# Exhibit 1



FREQUENTLY ASKED QUESTIONS

FAQ096

GYNECOLOGIC PROBLEMS

# Ovarian Cancer

- **What is cancer?**
- **What is ovarian cancer?**
- **What are the types of ovarian cancer?**
- **What are the risk factors for ovarian cancer?**
- **What screening tests are available for ovarian cancer?**
- **What are the symptoms of ovarian cancer?**
- **How is ovarian cancer diagnosed?**
- **How is ovarian cancer treated?**
- **What type of follow-up is needed after treatment?**
- **How can I reduce my risk of ovarian cancer?**
- **What should I know if I am at high risk of ovarian cancer?**
- **Glossary**

### What is cancer?

Normal cells in the body grow, divide, and are replaced on a routine basis. Sometimes, cells divide abnormally and begin to grow out of control. These cells may form growths or tumors.

Tumors can be benign (not cancer) or malignant (cancer). Benign tumors do not spread to other body tissues. Malignant tumors can invade and destroy nearby healthy tissues and organs. Cancer cells also can spread to other parts of the body and form new cancerous areas.

### What is ovarian cancer?

*Ovarian cancer* is cancer that affects one or both *ovaries*. Ovarian cancer is not common. But because ovarian cancer often goes undetected until it is in an advanced stage, it is the number one cause of deaths from gynecologic cancer in the United States.

### What are the types of ovarian cancer?

Ovarian cancer can develop on the surface of the ovary or from tissues inside the ovary. There are three main types. The type that develops on the surface of the ovary, epithelial ovarian cancer, is the most common type. About 90% of cases of ovarian cancer involve epithelial tumors. This FAQ discusses epithelial ovarian cancer.

### What are the risk factors for ovarian cancer?

Certain risk factors are associated with epithelial ovarian cancer. The following factors have been shown to increase a woman's risk of getting this type of cancer:

- Age older than 55 years
- Family history of breast cancer, ovarian cancer, colon cancer, or endometrial cancer (cancer of the lining of the *uterus*)
- Personal history of breast cancer
- **Mutations** in **BRCA1 and BRCA2 genes**
- Never having had children

- Infertility
- ***Endometriosis***
- ***Lynch Syndrome***

### What screening tests are available for ovarian cancer?

A screening test is a test that is done when no symptoms are present. Examples of screening tests are **colonoscopy** for colorectal cancer and the **Pap test** for cervical cancer. Currently, there is no screening test for ovarian cancer. You should be alert to any changes in your body and discuss them with your **obstetrician–gynecologist (ob-gyn)** or health care professional. The earlier that ovarian cancer is diagnosed, the more likely that treatment will be successful.

### What are the symptoms of ovarian cancer?

If you have any of the following symptoms, especially if you have them for more than 12 days per month, contact your ob-gyn or other health care professional:

- Bloating or an increase in abdominal size
- Pelvic or abdominal pain
- Difficulty eating or feeling full quickly
- Urinary symptoms (frequency and urgency)

Others symptoms can include vaginal bleeding, especially after **menopause**, and a change in bowel habits. Having these symptoms does not mean that you have ovarian cancer, but it is a good idea to find out what is causing them.

### How is ovarian cancer diagnosed?

If you have frequent or persistent symptoms of ovarian cancer, you may have a physical exam, including a **pelvic exam**. An imaging test of the ovaries, such as a **transvaginal ultrasound** exam, may be done. If a growth is found on an ovary, your ob-gyn may order a blood test to measure your **CA 125** level. CA 125 sometimes is increased in women with ovarian cancer. Results of these tests are used to assess the likelihood that the growth is cancer. Test results also will guide the next steps in evaluation.

### How is ovarian cancer treated?

If a woman is thought to have ovarian cancer, surgery usually is recommended to remove the uterus, ovaries, and **fallopian tubes**. **Lymph nodes** and tissues in the pelvis and abdomen are checked for cancer and may be removed as well. In some cases, only the ovary with cancer may be removed. Chemotherapy after surgery is recommended for most cases of ovarian cancer. **Chemotherapy** is the use of drugs that kill cancer cells. In some cases, chemotherapy may be recommended before surgery.

### What type of follow-up is needed after treatment?

Women treated for ovarian cancer need to have regular checkups to make certain that the cancer has not come back. A checkup after cancer treatment usually includes a review of symptoms and a physical exam. The checkup also may include a CA 125 test. Imaging tests are not routinely done but may be recommended. These may include ultrasound, chest X-ray, **magnetic resonance imaging (MRI)**, or **computed tomography (CT)**.

### How can I reduce my risk of ovarian cancer?

Combined hormonal birth control pills (those that contain estrogen and **progestin**) may reduce the risk of ovarian cancer. The longer a woman takes the pill, the more the risk is reduced—for every 5 years on the pill, a woman reduces her risk by about 20%. This benefit needs to be balanced against the risks of using the pill. The pill is safe for most women, but it is associated with a small increased risk of **deep vein thrombosis (DVT)**, heart attack, and stroke.

Current theories suggest that some types of ovarian cancer may start in the fallopian tubes. If you need to have your uterus removed or you have chosen sterilization as a permanent method of birth control, you may want to ask your ob-gyn or other health care professional about having your fallopian tubes removed. This operation is called a **salpingectomy**. In this procedure, only the fallopian tubes are removed. The ovaries are left in place. A salpingectomy may help reduce the risk of future ovarian cancer.

### What should I know if I am at high risk of ovarian cancer?

For women at high risk of ovarian cancer, such as women with *BRCA1* or *BRCA2* mutations, periodic tests to check for ovarian cancer may be recommended. These tests may include transvaginal ultrasound exam to look for changes in the ovaries and a CA 125 test.

**Risk-reducing salpingo-oophorectomy** also is an option. This is the removal of the fallopian tubes and the ovaries in a woman who does not have cancer. It is recommended for women with *BRCA1* or *BRCA2* mutations by age 40 years or when childbearing is complete. It also may be recommended for women with Lynch syndrome. This operation reduces the risk of ovarian cancer.

## Glossary

**BRCA1 and BRCA2:** Genes that function in the control of cell growth. Changes in these genes have been linked to an increased risk of breast cancer and ovarian cancer.

**CA 125:** A substance in the blood that may increase in the presence of some cancerous tumors.

**Chemotherapy:** Treatment of cancer with drugs.

**Colonoscopy:** An exam of the entire colon using a small, lighted instrument.

**Computed Tomography (CT):** A type of X-ray procedure that shows internal organs and structures in cross section.

**Deep Vein Thrombosis (DVT):** A condition in which a blood clot forms in veins in the leg or other areas of the body.

**Endometriosis:** A condition in which tissue that lines the uterus is found outside of the uterus, usually on the ovaries, fallopian tubes, and other pelvic structures.

**Fallopian Tubes:** Tubes through which an egg travels from the ovary to the uterus.

**Genes:** Segments of DNA that contain instructions for the development of a person's physical traits and control of processes in the body. They are the basic units of heredity and can be passed down from parent to child.

**Lymph Nodes:** Small clusters of special tissue located throughout the body that filter lymph, a nearly colorless liquid that bathes body cells. Lymph nodes are connected to each other by lymph vessels. Together, these structures make up the lymphatic system.

**Lynch Syndrome:** A genetic condition that increases a person's risk of several types of cancer, including colon cancer, ovarian cancer, and endometrial cancer.

**Magnetic Resonance Imaging (MRI):** A method of viewing internal organs and structures by using a strong magnetic field and sound waves.

**Menopause:** The time in a woman's life when menstruation stops; defined as the absence of menstrual periods for 1 year.

**Mutations:** Permanent changes in a gene that can be passed on from parent to child.

**Obstetrician–Gynecologist (Ob-Gyn):** A physician with special skills, training, and education in women's health.

**Ovarian Cancer:** Cancer that affects one or both of the ovaries.

**Ovaries:** The paired organs in the female reproductive system that contain the eggs released at ovulation and that produce hormones.

**Pap Test:** A test in which cells are taken from the cervix and vagina and examined under a microscope.

**Pelvic Exam:** A physical examination of a woman's reproductive organs.

**Progestin:** A synthetic form of progesterone that is similar to the hormone produced naturally by the body.

**Risk-Reducing Salpingo-oophorectomy:** Surgical removal of healthy fallopian tubes and ovaries.

**Salpingectomy:** Removal of one or both of the fallopian tubes.

**Transvaginal Ultrasound:** A type of ultrasound in which a device specially designed to be placed in the vagina is used.

**Uterus:** A muscular organ located in the female pelvis that contains and nourishes the developing fetus during pregnancy.

**If you have further questions, contact your obstetrician–gynecologist.**

**FAQ096:** Designed as an aid to patients, this document sets forth current information and opinions related to women's health. The information does not dictate an exclusive course of treatment or procedure to be followed and should not be construed as excluding other acceptable methods of practice. Variations, taking into account the needs of the individual patient, resources, and limitations unique to the institution or type of practice, may be appropriate.

Copyright July 2017 by the American College of Obstetricians and Gynecologists

# Exhibit 2





Society of Gynecologic Oncology

# ACOG PRACTICE BULLETIN

## Clinical Management Guidelines for Obstetrician–Gynecologists

NUMBER 182, SEPTEMBER 2017 *(Replaces Practice Bulletin Number 103, April 2009)*

**Committee on Practice Bulletins–Gynecology, Committee on Genetics, Society of Gynecologic Oncology.** This Practice Bulletin was developed by the American College of Obstetrician and Gynecologists' Committee on Practice Bulletins–Gynecology and Committee on Genetics in collaboration with Susan C. Modesitt, MD, and Karen Lu, MD, and by the Society of Gynecologic Oncology in collaboration with Lee-may Chen, MD, and C. Bethan Powell, MD.

# Hereditary Breast and Ovarian Cancer Syndrome

*Hereditary breast and ovarian cancer syndrome is an inherited cancer-susceptibility syndrome characterized by multiple family members with breast cancer, ovarian cancer, or both. Based on the contemporary understanding of the origins and management of ovarian cancer and for simplicity in this document, ovarian cancer also refers to fallopian tube cancer and primary peritoneal cancer. Clinical genetic testing for gene mutations allows more precise identification of those women who are at an increased risk of inherited breast cancer and ovarian cancer. For these individuals, screening and prevention strategies can be instituted to reduce their risks. Obstetrician–gynecologists play an important role in the identification and management of women with hereditary breast and ovarian cancer syndrome. If an obstetrician–gynecologist or other gynecologic care provider does not have the necessary knowledge or expertise in cancer genetics to counsel a patient appropriately, referral to a genetic counselor, gynecologic or medical oncologist, or other genetics specialist should be considered (1). More genes are being discovered that impart varying risks of breast cancer, ovarian cancer, and other types of cancer, and new technologies are being developed for genetic testing. This Practice Bulletin focuses on the primary genetic mutations associated with hereditary breast and ovarian cancer syndrome, BRCA1 and BRCA2, but also will briefly discuss some of the other genes that have been implicated.*

## Background

### BRCA1 *and* BRCA2

Germline mutations in the *BRCA1* and *BRCA2* (*BRCA*) genes account for most cases of hereditary breast and ovarian cancer syndrome. Approximately 9–24% of cases of epithelial ovarian cancer (2–5) and approximately 4.5% of cases of breast cancer (6) are due to germline mutations in *BRCA1* and *BRCA2*. *BRCA1* is found on chromosome 17 and *BRCA2* is on chromosome 13 (7, 8). Both *BRCA* genes are tumor suppressor genes that encode proteins that function in the DNA repair process (9, 10). Individuals with hereditary breast and ovarian cancer syndrome inherit one defective allele in *BRCA1* or *BRCA2* from their father or mother, but they

have a second, functional allele. If the second allele becomes nonfunctional as a result of a somatic mutation, cancer can develop. This is called the "two-hit hypothesis" (11).

### Founder BRCA Mutations

In the general population, it is estimated that approximately 1 in 300 to 1 in 800 individuals carry a mutation in *BRCA1* or *BRCA2* (12). In certain populations founded by a small ancestral group, a specific mutation in *BRCA1* or *BRCA2* may occur more frequently, and is often referred to as a founder mutation. These founder mutations in *BRCA1* and *BRCA2* have been identified in Ashkenazi (Central and Eastern European) Jews, French Canadians, and Icelanders, among other groups.

Particularly relevant to clinical practice in the United States, an estimated 1 in 40 Ashkenazi Jews carries one of three founder mutations in *BRCA1* or *BRCA2* (13, 14). *BRCA1* and *BRCA2* mutations also have been found in individuals of diverse ethnic backgrounds, including Hispanic, African American, and Asian (15, 16).

## Other Hereditary Breast and Ovarian Cancer Syndrome Mutations

In addition to *BRCA1* and *BRCA2*, other genes are implicated in hereditary breast and ovarian cancer syndrome. These other genes may account for up to 25% of hereditary ovarian cancer risk (4). Although a comprehensive review of each individual gene is outside the scope of this Practice Bulletin, patients found to have pathogenic variants in other implicated genes (Table 1) may benefit from risk-reduction management strategies for breast cancer, ovarian cancer, or both. The National Comprehensive Cancer Network guidelines are updated annually and may serve as a contemporary reference (17).

## Risk of Breast Cancer

The estimated risk of breast cancer in individuals with a *BRCA1* or *BRCA2* mutation is 45–85% by age 70 years (18–20). A meta-analysis of 10 studies that included a total of 1,641 carriers from multiple countries calculated a mean cumulative risk of breast cancer of 57% for *BRCA1* mutation carriers and 49% for *BRCA2* carriers (21). For *BRCA* mutation carriers with breast cancer, the 10-year actuarial risk of developing subsequent ovarian cancer is 12.7% for *BRCA1* and 6.8% for *BRCA2* (22).

The type of breast cancer also may vary based on *BRCA* mutation type. For example, a woman with triple-negative breast cancer (ie, estrogen-receptor negative, progesterone negative, and *ERBB2*-negative [also known as *HER2/neu* negative]) has a 10–39% chance of having a *BRCA1* or *BRCA2* mutation, with *BRCA1* being more likely (23). This is in contrast to the types of breast cancer diagnosed in women with *BRCA2* mutations, which are more commonly estrogen-receptor and progesterone-receptor positive (24, 25).

## Risk of Ovarian Cancer

For a woman with a *BRCA1* mutation, the risk of ovarian cancer (including fallopian tube cancer and primary peritoneal cancer) is approximately 39–46% by age 70 years (18–21). For a woman with a *BRCA2* mutation, the risk of ovarian cancer by age 70 years is 10–27% (18–21). Ovarian cancer that is associated with *BRCA1* and *BRCA2* mutations usually is high grade and has a

**Table 1.** Genetic Mutations Associated With Hereditary Breast and Ovarian Cancer Syndrome

| Gene | Breast Cancer Risk | Ovarian Cancer Risk* | Other Cancer Risk |
|---|---|---|---|
| *ATM* | Increased | No increased risk | Insufficient evidence |
| *BRCA1* | Increased | Increased | Prostate |
| *BRCA2* | Increased | Increased | Melanoma, pancreas, prostate |
| *BRIP1* | No increased risk | Increased | Insufficient evidence |
| *CDH1* | Increased | No increased risk | Stomach |
| *CHEK2* | Increased | No increased risk | Colon |
| Lynch Syndrome Genes: *MSH2, MLH1, MSH6, PMS2, and EPCAM* | Insufficient evidence | Increased | Colon, uterine, renal pelvis, small bowel, and others |
| *PALB2* | Increased | No increased risk | Unknown |
| *PTEN* | Increased | No increased risk | Cowden Syndrome |
| *RAD51C* | No increased risk | Increased | Unknown |
| *RAD51D* | No increased risk | Increased | Unknown |
| *STK11* | Increased risk | Increased risk of sex cord stromal tumors | Peutz–Jehger Syndrome |
| *TP53* | Increased | No increased risk | Li–Fraumeni Syndrome |

*Includes fallopian tube cancer and primary peritoneal cancer.

Data from National Comprehensive Cancer Network. Genetic/familial high risk assessment: breast and ovarian. Version 2.2017. NCCN Clinical Practice Guidelines in Oncology. Fort Washington (PA): NCCN; 2016. Available at: https://www.nccn.org/professionals/physician_gls/pdf/genetics_screening.pdf.

distinct histologic phenotype that is predominantly serous or endometrioid. A woman with high-grade ovarian cancer has a 9–24% chance of carrying a germline *BRCA1* or *BRCA2* mutation. (2–5). Mucinous cancer and borderline ovarian tumors do not appear to be part of the *BRCA*-related tumor spectrum (26–28).

There are growing data to support the fallopian tube as the site of origin for a large percentage of cases of *BRCA*-associated, high-grade serous cancer (29, 30). Multiple pathologic studies of the fallopian tubes and ovaries of women with *BRCA1* and *BRCA2* mutations who underwent risk-reducing salpingo-oophorectomy have identified cases of early microscopic high-grade cancer that were located predominantly in the fallopian tube as well as cases of serous tubal intraepithelial carcinoma (31, 32). Findings of these occult lesions are seen more frequently when risk-reducing salpingo-oophorectomy is delayed until a later age, and women with these findings have a higher risk of subsequent peritoneal carcinoma (33, 34).

### Risk of Other Types of Cancer

Patients with *BRCA* mutations also carry other cancer risks (albeit smaller than their risk of breast and ovarian cancer), including prostate cancer, pancreatic cancer, melanoma, and potentially uterine cancer (35, 36). *BRCA2* mutation carriers have a threefold increased risk and up to a 7% lifetime risk of pancreatic cancer. Additionally, *BRCA2* mutation carriers have an increased risk of melanoma, and male carriers have an increased prostate cancer risk (17). There is ongoing investigation regarding the potential significant (but small) increased risk of uterine cancer. Some studies to date have not shown increased risk, whereas others have shown increased risk, specifically of high-grade histology in *BRCA1* mutation carriers (eg, uterine papillary serous cancer) (37, 38).

# Clinical Considerations and Recommendations

▶ **Who are candidates for genetic counseling for hereditary breast and ovarian cancer syndrome?**

Genetic counseling is recommended for all women with ovarian epithelial cancer (this includes fallopian tube cancer or primary peritoneal cancer) and for individuals who have a personal or family history of breast cancer or ovarian cancer. Evaluating a patient's risk of hereditary breast and ovarian cancer syndrome should be a routine part of obstetric and gynecologic practice. Initial risk evaluation should include a personal medical history and family history. At minimum, this evaluation should include a personal cancer history and a family cancer history that includes first-degree and second-degree relatives from the paternal and maternal lineages, a description of the type of primary cancer, the age of onset, and the lineage (paternal versus maternal) of the family member. In addition, a patient's ethnic background can influence her genetic risk; thus, understanding this background is relevant in assessing a patient's predisposition to a hereditary breast and ovarian cancer syndrome (39).

The American College of Obstetricians and Gynecologists (39) and the American Society of Clinical Oncologists (40) have published guidance on the elements to be included as part of a cancer family history. When evaluating a family history, it is important to remember that predisposing genes for breast cancer and ovarian cancer, fallopian tube cancer, and primary peritoneal cancer can be transmitted through the father as well as the mother. Therefore, paternal family history should be obtained. Adoption can limit interpretation of a pedigree, and hysterectomy and oophorectomy at a young age in multiple family members can mask a hereditary gynecologic cancer predisposition. Also, the ability to assess breast cancer risk is limited in families with few female members. Women from high-risk groups with a higher rate of *BRCA* mutations (eg, Ashkenazi Jews, French Canadians, and Icelanders) should have a low threshold for referral for genetic counseling.

Guidelines from the American College of Medical Genetics and Genomics (41), the National Society of Genetic Counselors (41), the National Comprehensive Care Network (17), and the Society of Gynecologic Oncology (42) provide specific clinical criteria to assist health care providers in determining which patients would benefit from genetic counseling. The main criteria are similar across the guidelines and are listed in Box 1. Familial risk stratification models also may be used in initial risk screening for *BRCA*-related cancer. These brief risk tools are primarily intended for use by nongenetic specialists to guide patient referrals for more extensive genetic risk assessment and evaluation (43). Several models have been evaluated by the U.S. Preventive Services Task Force and the Agency for Healthcare Research and Quality, although there is insufficient evidence to recommend any particular risk model or a specific risk threshold for referral (43).

▶ **What issues should be addressed during genetic counseling?**

Genetic counseling is recommended before initiation of genetic testing and can be performed by an

**Box 1. Criteria for Further Genetic Evaluation for Hereditary Breast and Ovarian Cancer** ⇦

- Women affected with one or more of the following have an increased likelihood of having an inherited predisposition to breast* and ovarian, tubal, or peritoneal cancer and should receive genetic counseling and be offered genetic testing:

  — Epithelial ovarian, tubal, or peritoneal cancer

  — Breast cancer at age 45 years or less

  — Breast cancer and have a close relative† with breast cancer at age 50 years or less or close relative† with epithelial ovarian, tubal, or peritoneal cancer at any age

  — Breast cancer at age 50 years or less with a limited or unknown family history‡

  — Breast cancer and have two or more close relatives† with breast cancer at any age

  — Breast cancer and have two or more close relatives† with pancreatic cancer or aggressive prostate cancer (Gleason score equal to or greater than 7)

  — Two breast cancer primaries, with the first diagnosed before age 50 years

  — Triple-negative breast cancer at age 60 years or less

  — Breast cancer and Ashkenazi Jewish ancestry at any age

  — Pancreatic cancer and have two or more close relatives† with breast cancer; ovarian, tubal, or peritoneal cancer; pancreatic cancer; or aggressive prostate cancer (Gleason score equal to or greater than 7)

- Women unaffected with cancer, but with one or more of the following have an increased likelihood of having an inherited predisposition to breast and ovarian, tubal, or peritoneal cancer and should receive genetic counseling and be offered genetic testing:

  — A first-degree or several close relatives† that meet one or more of the aforementioned criteria

  — A close relative† carrying a known BRCA1 or BRCA2 mutation§

  — A close relative† with male breast cancer

*Invasive and ductal carcinoma in situ breast cancer.

†Close relative is defined as first degree (parent, sibling, offspring), second degree (grandparent, grandchild, uncle, aunt, nephew, niece, half-sibling), or third degree (first cousin, great-grandparent or great-grandchild).

‡Limited family history includes fewer than two first-degree or second-degree female relatives surviving beyond age 45 years.

§Or carrying another known actionable deleterious mutation associated with hereditary breast and ovarian cancer syndrome.

Adapted with permission from Lancaster JM, Powell CB, Chen LM, Richardson DL. Society of Gynecologic Oncology statement on risk assessment for inherited gynecologic cancer predispositions. SGO Clinical Practice Committee [published erratum appears in Gynecol Oncol 2015;138:765]. Gynecol Oncol 2015;136:3–7.

obstetrician–gynecologist (or other gynecologic care provider) who has expertise in cancer genetics or by a genetic counselor. Pretest genetic counseling includes the following:

- Detailed pedigree (or kindred analysis)

- Risk assessment to determine eligibility for genetic testing and identification of candidates in the family to proceed with genetic testing

- An informed consent process, including patient education about the benefits, harms, limitations, and possible outcomes of genetic testing, as well as the practical and ethical issues associated with disclosure or nondisclosure of test results to family members.

Posttest counseling includes reporting and interpretation of the results and discussion of management options such as intensive screening and risk-reduction interventions.

Several online risk models are available to estimate a woman's risk of developing breast cancer, gynecologic cancer, or both, and to help identify women who are candidates for genetic testing, intensive cancer screening, and risk-reduction measures. These models include BRCAPRO (available at www4.utsouthwestern.edu/breasthealth/cagene/), Tyrer–Cuzick or IBIS (available at www.ems-trials.org/riskevaluator/), and BOADICEA (available at www.srl.cam.ac.uk/genepi/boadicea/boadicea_home.html) (44–46). Two other risk prediction models have been developed for ovarian cancer. They include inherited and noninherited risk factors such as family history of breast and ovarian cancer, age at menarche, oral contraceptive pill use, history of tubal ligation, age at menopause, and menopausal hormonal therapy use (47, 48).

The possible outcomes of any genetic testing should be discussed as part of pretest genetic counseling (Box 2). This includes the possibility of variants of uncertain significance, which are genetic abnormalities for which the clinical significance to the individual and family remain unclear. If providing genetic testing, practitioners should have a process to inform patients if a variant of uncertain significance is reclassified. Genetic counseling also may include discussion of possible psychologic, reproductive, and familial implications of test results. Potential adverse psychologic effects of genetic testing include increased breast cancer-related worry and anxiety for women with positive or uninformative test results (49). Patients may feel burdened and distressed about disclosure of test results to family members. Written materials may help individuals share information with relatives about their potential genetic risks. Because a positive test result may affect family

---

**Box 2. Possible Outcomes of _BRCA_ Mutation* Testing** ⇦

- True positive—Indicates detection of a pathogenic _BRCA_ variant in the individual.
- True negative—Indicates the absence of a pathogenic variant in an individual who has relatives with cancer and a known pathogenic _BRCA_ variant in the family.
- Uninformative negative—Indicates the absence of a pathogenic variant in an individual; however, this negative test result is inconclusive because it can occur for several reasons:
  - Other family members have not been tested
  - The family carries a pathogenic _BRCA_ variant, but it was not detected because of limitations of the test
  - The family carries a high-risk mutation in another gene
  - There is no high-risk mutation in the family
- Variant of uncertain clinical significance—Indicates the presence of an abnormality of the _BRCA_ gene, but it is unknown whether the variant is associated with an increased risk of cancer.

*Or other known actionable deleterious mutation associated with hereditary breast and ovarian cancer syndrome.

Data from Nelson HD, Fu R, Goddard K, Mitchell JP, Okinaka-Hu L, Pappas M, et al. Risk assessment, genetic counseling, and genetic testing for _BRCA_-related cancer: systematic review to update the U.S. Preventive Services Task Force recommendation. Evidence Synthesis No. 101. AHRQ Publication No. 12-05164-EF-1. Rockville (MD): Agency for Healthcare Research and Quality; 2013.

---

members, all gynecologic care providers can have a role in advocating the education, referral, and testing of family members of affected individuals—otherwise known as "cascade" testing.

Genetic counseling also may include discussion of other potential implications of genetic testing, such as cost, privacy, and insurance coverage. Medicare and other insurance companies have written guidelines for covering the cost of genetic testing, and anyone ordering genetic testing will need to understand the various tests that are available as well as insurance coverage requirements. Another important aspect of genetic counseling is discussion of current legislation regarding genetic discrimination and the privacy of genetic information. The federal Genetic Information Nondiscrimination Act of 2008 protects individuals against health and employment discrimination based on genetic information (50). Many states also have laws that provide similar protection. These laws do not apply to other forms of insurance, which may include life or disability insurance.

Common clinical and ethical issues regarding genetic counseling and genetic testing in gynecologic care are presented and addressed in a case format in the _Genetics Toolkit_ (www.sgo.org/genetics/genetics-toolkit/), a collaborative effort of the Society of Gynecologic Oncology, the American College of Obstetricians and Gynecologists, the National Society of Genetic Counselors, Bright Pink, and Facing Our Risk of Cancer Empowered (FORCE). The American College of Obstetricians and Gynecologists' genetics web page (www.acog.org/Genetics) and Committee Opinion No. 693, _Counseling About Genetic Testing and Communication of Genetic Test Results_, include additional guidance and information on the clinical and ethical issues related to genetic testing in gynecologic practice.

▶ *What genetic testing approach should be offered?*

Genetic testing is recommended when the results of a detailed risk assessment that is performed as part of genetic counseling suggest the presence of an inherited cancer syndrome for which specific genes have been identified and when the results of testing are likely to influence medical management (51). Genetic testing will not be appropriate for every patient referred for genetic counseling and not every patient who is offered genetic testing will choose to act on that recommendation.

The two main genetic testing options for hereditary breast and ovarian cancer syndrome are _BRCA_ mutation testing and multigene panel testing that includes _BRCA_ and other genetic mutations. The choice of testing strategy will depend on whether or not there is a known mutation in the family (49). If possible, any genetic testing should begin with the cancer-affected individual in the family, who may have early-onset breast cancer, ovarian cancer, or another _BRCA_-associated cancer (eg, pancreatic cancer, melanoma, or early-onset prostate cancer) because this will provide the best answer as to whether the familial cancer is due to a known genetic mutation. If that person cannot be tested, the closest cancer-affected relative to that person may be appropriate for testing, with the understanding that a negative genetic test result in this situation may be uninformative.

## BRCA _Mutation Testing_

_BRCA_ mutation testing comprises single-site testing, targeted multisite mutation testing, comprehensive gene sequencing, and _BRCA_ rearrangement testing (49). If a specific _BRCA_ mutation is identified in an affected individual, a single-site test can be recommended for family members to look for that specific genetic mutation already identified (ie, "predictive testing"). For members of certain ethnic and geographic groups who are at risk of founder mutations, but who do not have a personal or family history of breast or ovarian cancer,

targeted multisite testing for common mutations can be performed and is less expensive than full sequence testing. Genetic testing has evolved over the years so patients who underwent *BRCA* genetic testing before the routine initiation of *BRCA* Rearrangement Testing, may need repeat testing or evaluation.

## Multigene Panel Testing

Technologic advances in genetic sequencing have resulted in the ability to perform parallel sequencing of multiple genes more quickly and cost effectively than in the past. The goal of panel testing is to maximize finding an actionable genetic mutation (ie, findings likely to affect medical management) (Table 1). Multiple companies now offer genetic panel testing for cancer-related genes with combinations of genes that may be associated with specific types of cancer (eg, breast–ovarian, gynecologic, colon, pancreas, and kidney).

Multigene panel testing may be useful when more than one gene may be associated with an inherited cancer syndrome (17, 51) or when a patient has a personal or family history that is consistent with an inherited cancer susceptibility, but single-gene testing has not identified a pathogenic variant (17). Multigene panel tests should be offered by a health care provider with cancer genetics expertise and after genetic counseling and informed consent. Although mutations in *BRCA1* and *BRCA2* account for most cases of hereditary breast and ovarian cancer, other genes have been found to be associated with this hereditary syndrome (Table 1), and results showing mutations in such genes may affect patient counseling regarding screening and risk-reduction measures.

An important consideration for multigene panel testing is the increased complexity and uncertainty of the results and how this affects interpretation, patient counseling, and medical management. Because panel testing involves the simultaneous testing of multiple genes and can include genes that confer moderate or uncertain risk, there is an increased likelihood of finding variants of uncertain significance for which there are limited (or no) data on associated cancer risk to guide appropriate management (17). Health care providers who order these multigene panel tests should be prepared to guide their patients appropriately and contact them if variant classifications change.

▶ *How should women with mutations in* **BRCA1** *or* **BRCA2** *be counseled to reduce the risk of ovarian cancer?*

Current strategies to reduce the risk of developing ovarian cancer (including fallopian tube cancer) in women at high risk with known deleterious *BRCA* mutations may include risk-reducing agents and surgery (17).

## Screening

In women with *BRCA* mutations or who have a personal or family history of ovarian cancer, routine ovarian cancer screening with measurement of serum CA 125 level or transvaginal ultrasonography generally is not recommended (17). Transvaginal ultrasonography or measurement of serum CA 125 level may be reasonable for short-term surveillance in women at high risk of ovarian cancer starting at age 30–35 years until the time they choose to pursue risk-reducing bilateral salpingo-oophorectomy, which is the only proven intervention to reduce ovarian cancer-specific mortality (17). Available screening procedures (measurement of serum CA 125 level and transvaginal ultrasonography) have not been proved to decrease the mortality rate or increase the survival rate associated with ovarian cancer in high-risk populations (49).

The low prevalence of ovarian cancer and the high likelihood of a positive screening test result that leads to potentially unnecessary invasive surgical evaluation are current obstacles in ovarian cancer screening programs among women at inherited risk (52–54). The largest trial to date in high-risk women (United Kingdom Familial Ovarian Cancer Screening Study-UK-FOCSS, 2017) monitored women with CA 125 level screening (using the risk of ovarian cancer algorithm) every 4 months and annual transvaginal ultrasonography (55). Risk-reducing surgery was encouraged throughout the study. Cases of cancer that were detected during the UK-FOCSS screening trial were more often early stage compared with cases of cancer diagnosed more than 1 year after screening ended. A significant number of cases of cancer were identified at risk-reducing surgery. Survival analysis could not be performed. The authors concluded that screening may be an option for women at high risk of ovarian cancer who defer or decline risk-reducing salpingo-oophorectomy (55). Further investigation is necessary to identify better serum markers and improved screening algorithms to improve the positive and negative predictive value of testing.

## Risk-Reducing Agents

A large systematic review and meta-analysis confirmed risk reduction with combined hormonal contraceptive use specifically in *BRCA* carriers. The reported reduction with 1 year of use was estimated at 33–80% for *BRCA1* and 58–63% for *BRCA2* carriers (56). Given the magnitude of the potential benefits (eg, ovarian and endometrial cancer risk reduction, pregnancy

prevention, cycle regulation), it is appropriate for women with mutations in *BRCA1* or *BRCA2* to use oral contraceptives if indicated, and use for cancer prophylaxis is reasonable. Although there have been conflicting reports in the literature on the effect of oral contraceptives on breast cancer risk (17), a recent meta-analysis showed no clear increased risk of breast cancer in *BRCA* mutation carriers who used oral contraceptives (57, 58).

## *Surgical Risk Reduction*

### Risk-Reducing Bilateral Salpingo-oophorectomy

The most effective ovarian cancer risk-reduction strategy for women with known *BRCA* mutations remains risk-reducing bilateral salpingo-oophorectomy (removal of the ovaries and fallopian tubes in their entirety). Women with *BRCA* mutations or who carry another actionable deleterious mutation predisposing to ovarian cancer should be offered risk-reducing bilateral salpingo-oophorectomy. The current National Comprehensive Cancer Network guidelines recommend that bilateral salpingo-oophorectomy also be considered for carriers of *BRIP1*, *RAD51C*, and *RAD51D* at ages 45–50 years and that hysterectomy along with bilateral salpingo-oophorectomy be considered for those with Lynch syndrome (17).

Meta-analysis results show that risk-reducing bilateral salpingo-oophorectomy reduces the risk of ovarian cancer, fallopian tube cancer, or peritoneal cancer by approximately 80% (hazard ratio, 0.21; 95% CI, 0.12–0.39) in women with known mutations in *BRCA1* or *BRCA2* (59). In addition, risk-reducing bilateral salpingo-oophorectomy has been shown to decrease overall mortality in women with a *BRCA1* or *BRCA2* mutation (60–62). Reported adverse effects of risk-reducing bilateral salpingo-oophorectomy include symptoms of early menopause (eg, vasomotor symptoms and decreased sexual functioning) and surgery complications (eg, wound infection, bladder perforation, small bowel obstruction, and uterine perforation) (49).

The timing of risk-reducing bilateral salpingo-oophorectomy can be individualized based on the particular genetic mutation, the patient's desires for further childbearing, and family history. Typically, risk-reducing salpingo-oophorectomy is recommended at age 35–40 years for *BRCA1* carriers with the highest lifetime risk of ovarian cancer, whereas women with *BRCA2* may consider delaying until age 40–45 years because of later onset of ovarian cancer (17). Ovarian cancer will be diagnosed in less than 2–3% of women with *BRCA1* or *BRCA2* mutations before age 40 years. For women with *BRCA1* mutations, the risk of ovarian cancer markedly increases during their 40s, with 10–21% of *BRCA1* mutation carriers developing ovarian cancer by age 50 years. The risk of premenopausal ovarian cancer is much lower in *BRCA2* mutation carriers, with no more than 3% of *BRCA2* mutation carriers developing ovarian cancer by age 50 years (20, 63). Given the different timing of ovarian cancer risk, consideration can be given to counseling patients with *BRCA1* mutations differently than patients with *BRCA2* mutations However, women with *BRCA2* mutations have a 26–34% chance of developing breast cancer by age 50 years (13, 18, 20), and the maximum benefit of removing the ovaries for breast cancer risk reduction is achieved the earlier the ovaries are removed (64, 65). Given these issues, the timing of risk-reducing salpingo-oophorectomy should be based on individual patient needs, taking into consideration the woman's desire to preserve fertility or prevent premature surgical menopause with the age-dependent effect of risk-reducing salpingo-oophorectomy on breast cancer and gynecologic cancer risks.

### Bilateral Salpingectomy

Bilateral salpingectomy alone in high-risk women is not currently recommended for ovarian cancer risk reduction, although clinical trials are underway (17). There is increasing interest in risk-reducing bilateral salpingectomy as an option for women with *BRCA* mutations. This option is primarily driven by the desire of high-risk women to reduce the risk of ovarian cancer but also to avoid the adverse effects of early menopause that occur with removal of the ovaries. However, bilateral salpingectomy with oophorectomy may have the added benefit of reducing breast cancer risk, which is an important consideration given that many of these high-risk women are often also at increased risk of breast cancer. Population data for women at average risk confirm a marked ovarian cancer risk reduction of up to 65% for those receiving a bilateral salpingectomy (66, 67), but trials are still ongoing for high-risk women. One study created a theoretical model to quantify the potential risk of a staged bilateral salpingectomy followed by a delayed oophorectomy and estimated that the differences in ovarian cancer risk were very small (68). Thus, in high-risk women who are undergoing tubal sterilization for contraception, bilateral salpingectomy followed by future oophorectomy may be a reasonable option to offer (69). Women at high risk of ovarian cancer should be counseled that the efficacy of bilateral salpingectomy intended solely for ovarian cancer risk reduction remains under evaluation and that bilateral salpingectomy without oophorectomy does not provide added protection against breast cancer.

▶ *How should women with mutations in* **BRCA1** *or* **BRCA2** *be counseled to reduce the risk of breast cancer?*

Current strategies to reduce the risk of breast cancer in women with known deleterious *BRCA* mutations include increased surveillance with more intensive breast cancer screening, chemoprevention, and surgery.

## Screening

For women aged 25–29 years with known *BRCA* mutations, recommended breast cancer surveillance includes clinical breast examination every 6–12 months and annual radiographic screening (preferably, magnetic resonance imaging [MRI] with contrast) (17). Magnetic resonance imaging of the breast with contrast is preferred over annual mammography from ages 25–29 years because of evidence of radiation exposure leading to an increased breast cancer risk in European women with *BRCA* mutations who were exposed to mammography before age 30 years (70), even though this finding was not replicated in a North American cohort (71). For women aged 30 years and older with known *BRCA* mutations or other actionable breast cancer mutations, recommended breast cancer surveillance includes annual mammography and annual breast MRI with contrast, often alternating every 6 months (17). Magnetic resonance imaging is more sensitive for the detection of breast cancer than mammography, and the combination of MRI, mammography, and clinical breast examination has the highest sensitivity for the detection of breast cancer in high-risk *BRCA* mutation carriers (72–74).

Potential adverse effects of intensive breast cancer screening in women with increased familial risk (including *BRCA* mutation carriers) include false-positive test results, unnecessary imaging, unneeded surgeries, discomfort, pain, and anxiety (49). Systematic review evidence shows that compared with mammography, MRI is associated with higher rates of false-positive test results (8.2–14% MRI; 4.6–15% mammography), recall (11% MRI; 3.9% mammography), and unneeded biopsy (25–43% MRI; 27–28% mammography) (49). Reported rates of discomfort, pain, and anxiety do not differ significantly between MRI, mammography, and clinical breast examination (49).

## Risk-Reducing Agents

The risk-reduction agents tamoxifen and raloxifene (in postmenopausal women) may be considered for breast cancer risk-reduction in *BRCA* mutation carriers. Studies have suggested that chemoprevention with tamoxifen may reduce breast cancer risk by approximately 62% in *BRCA2* mutation carriers (75). This is similar to the reduction observed in estrogen-positive breast cancer after tamoxifen use among the general population (76). In contrast, tamoxifen has not been found to reduce the risk of breast cancer among *BRCA1* mutation carriers (75). This likely reflects the lower prevalence (10–24%) of estrogen receptor-positive breast cancer among *BRCA1* mutation carriers; whereas *BRCA2* mutation carriers have tumors that are predominantly (65–79%) estrogen receptor positive (75).

In a systematic review and meta-analysis of published studies of breast cancer risk-reducing medications, raloxifene was found to reduce invasive breast cancer in women at increased risk, including those with a family history of breast cancer, although none of the trials evaluated breast cancer incidence specifically in women who were *BRCA* mutation carriers (77). There was a decreased risk of invasive breast cancer over 5 years in women who received raloxifene (relative risk [RR], 0.44; 95% CI, 0.27–0.71]) compared with women randomized to placebo. In the only head-to-head trial in the analysis, tamoxifen was associated with a greater risk reduction than raloxifene (RR of invasive cancer for raloxifene, 1.24; 95% CI, 1.05–1.47). Both medications were associated with a decreased risk of estrogen receptor-positive breast cancer but not estrogen receptor-negative breast cancer (77).

Commonly reported adverse effects of tamoxifen include vasomotor symptoms and vaginal symptoms (discharge, itching, dryness, and dyspareunia) (77). Tamoxifen also is associated with an increased risk of thromboembolic events (RR, 1.93; 95% CI, 1.41–2.64) and endometrial cancer (RR, 2.13; 95% CI, 1.36–3.32) (77). Reported adverse effects of raloxifene include vasomotor symptoms, leg cramps, dyspareunia, and weight gain (77).

Two trials have shown a reduction in breast cancer in postmenopausal high-risk women who use aromatase inhibitors. Neither trial specifically studied women with *BRCA* mutations. Given the protective effects in other at-risk populations, aromatase inhibitors may be an alternative for women who cannot take tamoxifen (78, 79).

## Risk-Reducing Surgery

### Bilateral Mastectomy

Women with *BRCA* mutations or who carry another actionable deleterious mutation that is predisposing to breast cancer should be offered risk-reducing bilateral mastectomy. Bilateral mastectomy reduces the risk of breast cancer in *BRCA* mutation carriers by 85–100% depending on the type of mastectomy procedure (49, 80, 81). The National Comprehensive Cancer Network

and U.S. Preventive Services Task Force recommend discussion of this option with the patient (17, 43). Total mastectomy removes the entire breast tissue, nipple, and areola, whereas a nipple-sparing mastectomy removes all breast tissue except the nipple and areola. There have been no trials that compared the efficacy of the two methods. Consideration of a contralateral prophylactic mastectomy is strongly recommended for *BRCA*-mutation carriers with breast cancer, given the 30% risk of contralateral recurrence in the 10 years following initial diagnosis (82).

Complete discussion with the patient who is considering prophylactic mastectomy is important and should include the psychosocial effects of mastectomy as well as the short-term and long-term complications (83). A meta-analysis of four descriptive studies of the effects of risk-reducing mastectomy with or without breast reconstruction found that adverse physical events included a 3–59 % risk of surgical complications (eg, postoperative infection, hematoma, flap necrosis, and failed reconstruction) and a 64–87% risk of postsurgical physical symptoms (eg, pain, numbness, tingling, swelling, and breast hardness) (49). In a retrospective cohort study of the psychosocial effects of risk-reducing bilateral mastectomy after a mean follow-up of 14.5 years, 70% of the 572 participants reported being satisfied with their decision to undergo surgery, and 74% reported decreased anxiety and concern about breast cancer (84). Commonly reported adverse psychosocial effects include decreased sexual satisfaction and negative body image (49, 85).

## Bilateral Salpingo-Oophorectomy

Risk-reducing bilateral salpingo-oophorectomy for ovarian cancer prevention may have the added benefit of reducing the risk of breast cancer by 37–100% in *BRCA* mutation carriers (49). In addition, risk-reducing bilateral salpingo-oophorectomy may improve breast cancer outcomes and prevent subsequent ovarian cancer in *BRCA*-positive women with breast cancer (86, 87). The protective effect against breast cancer likely occurs only if patients are premenopausal at the time of risk-reducing bilateral salpingo-oophorectomy (87). In a large 2016 prospective study, premenopausal oophorectomy was associated with prevention of premenopausal breast cancer (before age 50 years) in *BRCA2* mutation carriers (age-adjusted hazard ratio, 0.18; 95% CI, 0.05–0.63) but not in *BRCA1* mutation carriers (age-adjusted hazard ratio, 0.79; 95% CI, 0.55–1.13) (88).

However, some researchers have called into question the breast cancer risk reduction from bilateral salpingo-oophorectomy. In one study, by using different analytics and adjusting for cancer at the time of test and time preceding risk-reducing bilateral salpingo-oophorectomy, the authors found no decrease in breast cancer risk associated with risk-reducing bilateral salpingo-oophorectomy (89).

▶ *How should risk-reducing salpingo-oophorectomy be technically performed? How should surgical specimens be examined?*

For a risk-reducing bilateral salpingo-oophorectomy, all tissue from the ovaries and fallopian tubes should be removed. Thorough visualization of the peritoneal surfaces with pelvic washings should be performed. Complete, serial sectioning of the ovaries and fallopian tubes is necessary, with microscopic examination for occult cancer. The optimal approach will depend on patient and physician preference and the availability of an experienced health care provider to perform adequate staging. Decisions about the surgical approach should be made as part of an informed decision-making process, combining the patient's values and preferences with the knowledge and capability of the surgeon.

The diaphragm, liver, omentum, bowel, paracolic gutters, and appendix should be inspected in the abdomen. The ovaries, fallopian tubes, uterus, bladder serosa, and cul-de-sac should be inspected in the pelvis. Any abnormal areas should undergo biopsy. The ovarian vessels should be isolated and ligated approximately 2 cm proximal to the end of identifiable ovarian tissue to ensure that all ovarian and tubal tissue is completely removed. If a hysterectomy is not being performed, the fallopian tube should be divided at its insertion into the uterine cornu and the ovary removed at the utero–ovarian ligament as close to the uterus as possible. When performing a laparoscopic procedure, to optimize preservation of the ovarian surface epithelium, the specimens can be placed in an endoscopic bag before removal from the abdomen. If gross unsuspected cancer is identified, surgical staging with lymphadenectomy and omentectomy may be performed at the time of risk-reducing surgery, provided appropriate preoperative consent has been obtained. It also is reasonable, however, to await final pathology test results and proceed with definitive surgery in an expeditious manner if cancer is identified. Routine performance of an intraoperative frozen section procedure is discouraged because most malignancies found at risk-reducing salpingo-oophorectomy are occult (90).

Complete, serial sectioning of the ovaries and fallopian tubes is necessary, with microscopic examination for occult cancer (91). Occult, microscopic cancer of the ovary or fallopian tube has been identified in *BRCA1*

and *BRCA2* mutation carriers undergoing prophylactic risk-reducing salpingo-oophorectomy (92–95). This is more common in women older than 45 years than in younger women.

Thorough pathology review of the ovaries and the fallopian tubes is critical in order to detect microscopic cancer in these high-risk women. Rather than taking only one or two representative sections from each ovary, the complete ovaries and fallopian tubes should be serially sectioned and evaluated (91). In fact, more cases of microscopic fallopian tube cancer have been detected than microscopic ovarian cancer in the prophylactic risk-reducing salpingo-oophorectomy specimens of *BRCA1* and *BRCA2* mutation carriers. Although the tumors identified are microscopic, they are often high grade, and information from the peritoneal lavage may reflect the aggressiveness of the disease (96). Because occult cancer may be found only through serial sectioning and thorough evaluation of the ovaries and tubes, it is possible that some subsequent primary peritoneal carcinoma actually represents the recurrence of a previously unrecognized occult cancer (97).

The decision to perform a concurrent hysterectomy should be individualized. Salpingo-oophorectomy alone confers a significant cancer risk reduction with less surgical risk and shorter postoperative recovery (98, 99). However, benefits of hysterectomy include a more simplified hormone therapy strategy (with estrogen only) and the removal of the cornual fallopian tube, which is associated with a theoretical increased risk of cancer (100). The potentially increased risk of high-grade histology endometrial cancer in *BRCA1* mutations carriers also can be discussed and patient preferences taken into account (38). In addition, hysterectomy may be considered when there are other medical indications for removal of the uterus and cervix. For women taking tamoxifen, hysterectomy may be considered to reduce their endometrial cancer risk (101, 102).

▶ *What follow-up should women with mutations in* **BRCA1** *or* **BRCA2** *receive after risk-reducing salpingo-oophorectomy?*

Women with mutations in *BRCA1* or *BRCA2* who undergo risk-reducing salpingo-oophorectomy by the recommended age of 35–45 years will experience early menopause and the possibility of associated symptoms, and may have long-term health outcomes of heart disease and bone loss. Women who have undergone risk-reducing salpingo-oophorectomy and who are unaffected by breast cancer should be offered hormone therapy to mitigate the effects of early menopause. Patients should be counseled that limited data suggest that use

of estrogen-only or combination hormone therapy for a few years does not significantly diminish the protective effect of risk-reducing bilateral salpingo-oophorectomy on breast cancer risk reduction (103). However, the effect of long-term hormone therapy on breast cancer risk reduction in the patient who is premenopausal at time of risk-reducing salpingo-oophorectomy is not known. There are only two small studies that have looked at the safety of hormone therapy in this cohort after risk-reducing salpingo-oophorectomy (104, 105).

▶ *What surveillance for primary peritoneal cancer should be performed for women after risk-reducing salpingo-oophorectomy?*

No laboratory or imaging surveillance is recommended for primary peritoneal cancer in women who have undergone risk-reducing salpingo-oophorectomy. The benefit of serum CA 125 measurement or imaging surveillance after risk-reducing salpingo-oophorectomy is not known because peritoneal cancer is relatively uncommon (1–6% cumulative risk for all carriers) (105). Patients should be informed that because screening for primary peritoneal cancer is investigational, there is limited information available regarding the relative risks and benefits. Counseling should include information about symptom awareness and a discussion of the need to continue routine well-women screenings and care.

▶ *How should women with* **BRCA** *mutations be counseled regarding fertility and quality of life?*

There have been contradictory reports on whether women with *BRCA* mutations, particularly *BRCA1* mutations, without a history of cancer and who have not undergone risk-reducing surgery have an increased incidence of premature menopause (106–108). Recent evidence suggests that *BRCA1* mutation carriers may have decreased ovarian reserve (as measured by circulating anti-müllerian hormone levels) compared with *BRCA2* carriers and noncarriers (109). Nevertheless, fertility often is affected because many women with *BRCA* mutations will have breast cancer at a young age and undergo chemotherapy. The recommendation for offering a risk-reducing salpingo-oophorectomy by age 35–45 years also limits the fertility window. This warrants a careful discussion with a young *BRCA* carrier to ensure that her fertility needs are met. Those facing a cancer diagnosis or a decision for risk-reducing surgery may be candidates for oocyte or embryo cryopreservation (110).

Menopausal symptoms, including hot flushes, sexual discomfort (resulting from vaginal atrophy), and reduced libido are common in women who have

undergone risk-reducing salpingo-oophorectomy. For women without a history of breast cancer, hormone therapy can mitigate many of these symptoms. Quality-of-life studies of high-risk women who have undergone risk-reducing salpingo-oophorectomy demonstrate no significant change in their quality of life, except for a subset who report decreased sexual satisfaction (49). *BRCA* mutation carriers may benefit from supportive services, including counseling for sexuality and adjustment (111, 112).

▶ *What is the appropriate management for a woman with a strong family history who does not have a documented mutation in* **BRCA1,** **BRCA2,** *or other hereditary breast and ovarian cancer-associated gene?*

Women who have a personal or family history of breast or ovarian cancer but who do not have a documented mutation in *BRCA1*, *BRCA2*, or other hereditary breast or ovarian cancer-associated gene should be managed based on their family history. Preliminary data have suggested that women from families with a history of only breast cancer (but not ovarian cancer) in which no *BRCA* mutation is identified remain at a significantly increased risk of breast cancer, but not ovarian cancer (113, 114). Most cases of inherited predisposition to ovarian cancer are caused by pathogenic variants in *BRCA1*, *BRCA2*, or the other hereditary breast and ovarian cancer-associated genes (Table 1), although there may be other less prevalent genes that have not yet been identified (115). If women were tested before 2009, they may not have had large gene rearrangement testing in the *BRCA* genes (ie, the *BRCA* Rearrangement Test). Furthermore, women tested before 2013 would not have had access to multigene panel testing. For these women, further consultation with a specialist in cancer genetics may help to clarify their residual risk and the need for additional testing. It is important for high-risk individuals to stay in contact with clinicians experienced in the care of women at increased risk of hereditary breast and ovarian cancer, given the continued and rapidly developing research and refinements in testing technology.

# Summary of Recommendations

## *The following recommendations are based on good and consistent scientific evidence (Level B):*

▶ Genetic counseling is recommended for all women with ovarian epithelial cancer (this includes fallopian tube cancer or primary peritoneal cancer) and for individuals who have a personal or family history of breast cancer or ovarian cancer.

▶ Women with *BRCA* mutations or who carry another actionable deleterious mutation that is predisposing to breast cancer should be offered risk-reducing bilateral mastectomy.

▶ Women with *BRCA* mutations or who carry another actionable deleterious mutation predisposing to ovarian cancer should be offered risk-reducing bilateral salpingo-oophorectomy. The timing of risk-reducing bilateral salpingo-oophorectomy can be individualized based on the particular genetic mutation, the patient's desires for future childbearing, and family history. Typically, risk-reducing salpingo-oophorectomy is recommended at age 35–40 years for *BRCA1* carriers with the highest lifetime risk of ovarian cancer, whereas women with *BRCA2* may consider delaying until age 40–45 years because of later onset of ovarian cancer.

▶ For a risk-reducing bilateral salpingo-oophorectomy, all tissue from the ovaries and fallopian tubes should be removed. Thorough visualization of the peritoneal surfaces with pelvic washings should be performed. Complete, serial sectioning of the ovaries and fallopian tubes is necessary, with microscopic examination for occult cancer.

## *The following recommendations are based primarily on consensus and expert opinion (Level C):*

▶ Evaluating a patient's risk of hereditary breast and ovarian cancer syndrome should be a routine part of obstetric and gynecologic practice. Initial risk evaluation should include a personal medical history and family history.

▶ Genetic testing is recommended when the results of a detailed risk assessment that is performed as part of genetic counseling suggest the presence of an inherited cancer syndrome for which specific genes have been identified and when the results of testing are likely to influence medical management.

▶ The two main genetic testing options for hereditary breast and ovarian cancer syndrome are *BRCA* mutation testing and multigene panel testing that includes both *BRCA* and other genetic mutations. Multigene panel testing may be useful when more than one gene may be associated with an inherited cancer syndrome or when a patient has a personal or family history that is consistent with an inherited cancer susceptibility, but single-gene testing has not identified a pathogenic variant.

► In women with *BRCA* mutations or who have a personal or family history of ovarian cancer, routine ovarian cancer screening with measurement of serum CA 125 level or transvaginal ultrasonography generally is not recommended. Transvaginal ultrasonography or measurement of serum CA 125 level may be reasonable for short-term surveillance in women at high risk of ovarian cancer starting at age 30–35 years until the time they choose to pursue risk-reducing bilateral salpingo-oophorectomy, which is the only proven intervention to reduce ovarian cancer-specific mortality.

► For women aged 25–29 years with known *BRCA* mutations, recommended breast cancer surveillance includes clinical breast examination every 6–12 months and annual radiographic screening (preferably, MRI with contrast).

► For women aged 30 years and older with known *BRCA* mutations or other actionable breast cancer mutations, recommended breast cancer surveillance includes annual mammography and annual breast MRI with contrast, often alternating every 6 months.

► Women who have a personal or family history of breast or ovarian cancer but who do not have a documented mutation in *BRCA1*, *BRCA2*, or other hereditary breast or ovarian cancer-associated gene should be managed based on their family history.

# References

1. Counseling about genetic testing and communication of genetic test results. Committee Opinion No. 693. American College of Obstetricians and Gynecologists. Obstet Gynecol 2017;129:e96–101. (Level III) ⇦

2. Risch HA, McLaughlin JR, Cole DE, Rosen B, Bradley L, Kwan E, et al. Prevalence and penetrance of germline BRCA1 and BRCA2 mutations in a population series of 649 women with ovarian cancer. Am J Hum Genet 2001;68:700–10. (Level II-3) ⇦

3. Pal T, Permuth-Wey J, Betts JA, Krischer JP, Fiorica J, Arango H, et al. BRCA1 and BRCA2 mutations account for a large proportion of ovarian carcinoma cases. Cancer 2005;104:2807–16. (Level II-3) ⇦

4. Walsh T, Casadei S, Lee MK, Pennil CC, Nord AS, Thornton AM, et al. Mutations in 12 genes for inherited ovarian, fallopian tube, and peritoneal carcinoma identified by massively parallel sequencing. Proc Natl Acad Sci U S A 2011;108:18032–7. (Level III) ⇦

5. Pennington KP, Walsh T, Harrell MI, Lee MK, Pennil CC, Rendi MH, et al. Germline and somatic mutations in homologous recombination genes predict platinum response and survival in ovarian, fallopian tube, and peritoneal carcinomas. Clin Cancer Res 2014;20:764–75. (Level II-2) ⇦

6. Buys SS, Sandbach JF, Gammon A, Patel G, Kidd J, Brown KL, et al. A study of over 35,000 women with breast cancer tested with a 25-gene panel of hereditary cancer genes. Cancer 2017;123:1721–30. (Level II-3) ⇦

7. Hall JM, Lee MK, Newman B, Morrow JE, Anderson LA, Huey B, et al. Linkage of early-onset familial breast cancer to chromosome 17q21. Science 1990;250:1684–9. (Level III) ⇦

8. Wooster R, Neuhausen SL, Mangion J, Quirk Y, Ford D, Collins N, et al. Localization of a breast cancer susceptibility gene, BRCA2, to chromosome 13q12-13. Science 1994;265:2088–90. (Level III) ⇦

9. Gudmundsdottir K, Ashworth A. The roles of BRCA1 and BRCA2 and associated proteins in the maintenance of genomic stability. Oncogene 2006;25:5864–74. (Level III) ⇦

10. Venkitaraman AR. Cancer susceptibility and the functions of BRCA1 and BRCA2. Cell 2002;108:171–82. (Level III) ⇦

11. Knudson AG Jr. Mutation and cancer: statistical study of retinoblastoma. Proc Natl Acad Sci U S A 1971;68:820–3. (Level III) ⇦

12. Whittemore AS, Balise RR, Pharoah PD, Dicioccio RA, Oakley-Girvan I, Ramus SJ, et al. Oral contraceptive use and ovarian cancer risk among carriers of BRCA1 or BRCA2 mutations. Br J Cancer 2004;91:1911–5. (Level III) ⇦

13. Struewing JP, Hartge P, Wacholder S, Baker SM, Berlin M, McAdams M, et al. The risk of cancer associated with specific mutations of BRCA1 and BRCA2 among Ashkenazi Jews. N Engl J Med 1997;336:1401–8. (Level II-3) ⇦

14. Roa BB, Boyd AA, Volcik K, Richards CS. Ashkenazi Jewish population frequencies for common mutations in BRCA1 and BRCA2. Nat Genet 1996;14:185–7. (Level III) ⇦

15. Hall MJ, Reid JE, Burbidge LA, Pruss D, Deffenbaugh AM, Frye C, et al. BRCA1 and BRCA2 mutations in women of different ethnicities undergoing testing for hereditary breast-ovarian cancer [published erratum appears in Cancer 2009;115:2804]. Cancer 2009;115:2222–33. (Level II-3) ⇦

16. Nanda R, Schumm LP, Cummings S, Fackenthal JD, Sveen L, Ademuyiwa F, et al. Genetic testing in an ethnically diverse cohort of high-risk women: a comparative analysis of BRCA1 and BRCA2 mutations in American families of European and African ancestry. JAMA 2005;294:1925–33. (Level II-3) ⇦

17. National Comprehensive Cancer Network. Genetic/familial high risk assessment: breast and ovarian. Version 2.2017. NCCN Clinical Practice Guidelines in Oncology. Fort Washington (PA): NCCN; 2016. (Level III) ⇦

18. Ford D, Easton DF, Stratton M, Narod S, Goldgar D, Devilee P, et al. Genetic heterogeneity and penetrance analysis of the BRCA1 and BRCA2 genes in breast cancer families. The Breast Cancer Linkage Consortium. Am J Hum Genet 1998;62:676–89. (Level II-3) ⇦

19. Antoniou A, Pharoah PD, Narod S, Risch HA, Eyfjord JE, Hopper JL, et al. Average risks of breast and ovarian

cancer associated with BRCA1 or BRCA2 mutations detected in case series unselected for family history: a combined analysis of 22 studies [published erratum appears in Am J Hum Genet 2003;73:709]. Am J Hum Genet 2003;72:1117–30. (Meta-Analysis) ⮌

20. King MC, Marks JH, Mandell JB. Breast and ovarian cancer risks due to inherited mutations in BRCA1 and BRCA2. New York Breast Cancer Study Group. Science 2003;302:643–6. (Level II-3) ⮌

21. Chen S, Parmigiani G. Meta-analysis of BRCA1 and BRCA2 penetrance. J Clin Oncol 2007;25:1329–33. (Meta-Analysis) ⮌

22. Metcalfe KA, Lynch HT, Ghadirian P, Tung N, Olivotto IA, Foulkes WD, et al. The risk of ovarian cancer after breast cancer in BRCA1 and BRCA2 carriers. Gynecol Oncol 2005;96:222–6. (Level II-3) ⮌

23. Gonzalez-Angulo AM, Timms KM, Liu S, Chen H, Litton JK, Potter J, et al. Incidence and outcome of BRCA mutations in unselected patients with triple receptor-negative breast cancer. Clin Cancer Res 2011;17:1082–9. (Level II-3) ⮌

24. Kurman RJ, Shih I. The origin and pathogenesis of epithelial ovarian cancer: a proposed unifying theory. Am J Surg Pathol 2010;34:433–43. (Level III) ⮌

25. Mehra K, Mehrad M, Ning G, Drapkin R, McKeon FD, Xian W, et al. STICS, SCOUTs and p53 signatures; a new language for pelvic serous carcinogenesis. Front Biosci (Elite Ed) 2011;3:625–34. (Level III) ⮌

26. Berchuck A, Heron KA, Carney ME, Lancaster JM, Fraser EG, Vinson VL, et al. Frequency of germline and somatic BRCA1 mutations in ovarian cancer. Clin Cancer Res 1998;4:2433–7. (Level III) ⮌

27. Boyd J, Sonoda Y, Federici MG, Bogomolniy F, Rhei E, Maresco DL, et al. Clinicopathologic features of BRCA-linked and sporadic ovarian cancer. JAMA 2000;283:2260–5. (Level II-3) ⮌

28. Lakhani SR, Manek S, Penault-Llorca F, Flanagan A, Arnout L, Merrett S, et al. Pathology of ovarian cancers in BRCA1 and BRCA2 carriers. Clin Cancer Res 2004;10:2473–81. (Level II-3) ⮌

29. Crum CP, Drapkin R, Kindelberger D, Medeiros F, Miron A, Lee Y. Lessons from BRCA: the tubal fimbria emerges as an origin for pelvic serous cancer. Clin Med Res 2007;5:35–44. (Level III) ⮌

30. Yates MS, Meyer LA, Deavers MT, Daniels MS, Keeler ER, Mok SC, et al. Microscopic and early-stage ovarian cancers in BRCA1/2 mutation carriers: building a model for early BRCA-associated tumorigenesis. Cancer Prev Res (Phila) 2011;4:463–70. (Level II-3) ⮌

31. Conner JR, Meserve E, Pizer E, Garber J, Roh M, Urban N, et al. Outcome of unexpected adnexal neoplasia discovered during risk reduction salpingo-oophorectomy in women with germ-line BRCA1 or BRCA2 mutations. Gynecol Oncol 2014;132:280–6. (Level III) ⮌

32. Wethington SL, Park KJ, Soslow RA, Kauff ND, Brown CL, Dao F, et al. Clinical outcome of isolated serous tubal intraepithelial carcinomas (STIC). Int J Gynecol Cancer 2013;23:1603–11. (Level III) ⮌

33. Powell CB, Chen LM, McLennan J, Crawford B, Zaloudek C, Rabban JT, et al. Risk-reducing salpingo-oophorectomy (RRSO) in BRCA mutation carriers: experience with a consecutive series of 111 patients using a standardized surgical-pathological protocol. Int J Gynecol Cancer 2011;21:846–51. (Level II-3) ⮌

34. Zakhour M, Danovitch Y, Lester J, Rimel BJ, Walsh CS, Li AJ, et al. Occult and subsequent cancer incidence following risk-reducing surgery in BRCA mutation carriers. Gynecol Oncol 2016;143:231–5. (Level II-3) ⮌

35. Stadler ZK, Salo-Mullen E, Patil SM, Pietanza MC, Vijai J, Saloustros E, et al. Prevalence of BRCA1 and BRCA2 mutations in Ashkenazi Jewish families with breast and pancreatic cancer. Cancer 2012;118:493–9. (Level II-3) ⮌

36. Mersch J, Jackson MA, Park M, Nebgen D, Peterson SK, Singletary C, et al. Cancers associated with BRCA1 and BRCA2 mutations other than breast and ovarian [published erratum appears in Cancer 2015;121:2474–5]. Cancer 2015;121:269–75. (Level II-3) ⮌

37. Segev Y, Iqbal J, Lubinski J, Gronwald J, Lynch HT, Moller P, et al. The incidence of endometrial cancer in women with BRCA1 and BRCA2 mutations: an international prospective cohort study. Hereditary Breast Cancer Study Group. Gynecol Oncol 2013;130:127–31. (Level II-3) ⮌

38. Shu CA, Pike MC, Jotwani AR, Friebel TM, Soslow RA, Levine DA, et al. Uterine cancer after risk-reducing salpingo-oophorectomy without hysterectomy in women with BRCA mutations. JAMA Oncol 2016;2:1434–40. (Level II-3) ⮌

39. Hereditary cancer syndromes and risk assessment. Committee Opinion No. 634. American College of Obstetricians and Gynecologists. Obstet Gynecol 2015;125:1538–43. (Level III) ⮌

40. Lu KH, Wood ME, Daniels M, Burke C, Ford J, Kauff ND, et al. American Society of Clinical Oncology Expert Statement: collection and use of a cancer family history for oncology providers. American Society of Clinical Oncology. J Clin Oncol 2014;32:833–40. (Level III) ⮌

41. Hampel H, Bennett RL, Buchanan A, Pearlman R, Wiesner GL. A practice guideline from the American College of Medical Genetics and Genomics and the National Society of Genetic Counselors: referral indications for cancer predisposition assessment. Guideline Development Group, American College of Medical Genetics and Genomics Professional Practice and Guidelines Committee and National Society of Genetic Counselors Practice Guidelines Committee. Genet Med 2015;17:70–87. (Level III) ⮌

42. Lancaster JM, Powell CB, Chen LM, Richardson DL. Society of Gynecologic Oncology statement on risk assessment for inherited gynecologic cancer predispositions. SGO Clinical Practice Committee [published erratum appears in Gynecol Oncol 2015;138:765]. Gynecol Oncol 2015;136:3–7. (Level III) ⮌

43. Moyer VA. Risk assessment, genetic counseling, and genetic testing for BRCA-related cancer in women: U.S. Preventive Services Task Force recommendation statement. U.S. Preventive Services Task Force. Ann Intern Med 2014;160:271–81. (Level III) ⮌

44. Berry DA, Parmigiani G, Sanchez J, Schildkraut J, Winer E. Probability of carrying a mutation of breast-ovarian cancer gene BRCA1 based on family history. J Natl Cancer Inst 1997;89:227–38. (Level III)

45. Antoniou AC, Cunningham AP, Peto J, Evans DG, Lalloo F, Narod SA, et al. The BOADICEA model of genetic susceptibility to breast and ovarian cancers: updates and extensions [published erratum appears in Br J Cancer 2008;98:2015]. Br J Cancer 2008;98:1457–66. (Level III)

46. Tyrer J, Duffy SW, Cuzick J. A breast cancer prediction model incorporating familial and personal risk factors [published erratum appears in Stat Med 2005;24:156]. Stat Med 2004;23:1111–30. (Level III)

47. Rosner BA, Colditz GA, Webb PM, Hankinson SE. Mathematical models of ovarian cancer incidence. Epidemiology 2005;16:508–15. (Level II-2)

48. Pfeiffer RM, Park Y, Kreimer AR, Lacey JV Jr, Pee D, Greenlee RT, et al. Risk prediction for breast, endometrial, and ovarian cancer in white women aged 50 y or older: derivation and validation from population-based cohort studies. PLoS Med 2013;10:e1001492. (Level II-2)

49. Nelson HD, Fu R, Goddard K, Mitchell JP, Okinaka-Hu L, Pappas M, et al. Risk assessment, genetic counseling, and genetic testing for BRCA-related cancer: systematic review to update the U.S. Preventive Services Task Force recommendation. Evidence Synthesis No. 101. AHRQ Publication No. 12-05164-EF-1. Rockville (MD): Agency for Healthcare Research and Quality; 2013. (Systematic Review)

50. Genetic Information Nondiscrimination Act, Pub. L. No. 110-233, 122 Stat. 881 (2008). Available at: https://www.gpo.gov/fdsys/pkg/PLAW-110publ233/pdf/PLAW-110publ233.pdf. Retrieved May 19, 2017. (Level III)

51. Robson ME, Bradbury AR, Arun B, Domchek SM, Ford JM, Hampel HL, et al. American Society of Clinical Oncology Policy Statement update: genetic and genomic testing for cancer susceptibility. J Clin Oncol 2015;33:3660–7. (Level III)

52. Stirling D, Evans DG, Pichert G, Shenton A, Kirk EN, Rimmer S, et al. Screening for familial ovarian cancer: failure of current protocols to detect ovarian cancer at an early stage according to the international Federation of gynecology and obstetrics system. J Clin Oncol 2005;23:5588–96. (Level II-3)

53. Oei AL, Massuger LF, Bulten J, Ligtenberg MJ, Hoogerbrugge N, de Hullu JA. Surveillance of women at high risk for hereditary ovarian cancer is inefficient. Br J Cancer 2006;94:814–9. (Level II-3)

54. Olivier RI, Lubsen-Brandsma MA, Verhoef S, van Beurden M. CA125 and transvaginal ultrasound monitoring in high-risk women cannot prevent the diagnosis of advanced ovarian cancer. Gynecol Oncol 2006;100:20–6. (Level II-3)

55. Rosenthal AN, Fraser LSM, Philpott S, Manchanda R, Burnell M, Badman P, et al. Evidence of stage shift in women diagnosed with ovarian cancer during phase II of the United Kingdom Familial Ovarian Cancer Screening Study. United Kingdom Familial Ovarian Cancer Screening Study collaborators. J Clin Oncol 2017;35:1411–20. (Level II-3)

56. Friebel TM, Domchek SM, Rebbeck TR. Modifiers of cancer risk in BRCA1 and BRCA2 mutation carriers: systematic review and meta-analysis [published erratum appears in J Natl Cancer Inst 2014;106:dju235]. J Natl Cancer Inst 2014;106:dju091. (Systematic Review and Meta-Analysis)

57. Iodice S, Barile M, Rotmensz N, Feroce I, Bonanni B, Radice P, et al. Oral contraceptive use and breast or ovarian cancer risk in BRCA1/2 carriers: a meta-analysis. Eur J Cancer 2010;46:2275–84. (Meta-Analysis)

58. Moorman PG, Havrilesky LJ, Gierisch JM, Coeytaux RR, Lowery WJ, Peragallo Urrutia R, et al. Oral contraceptives and risk of ovarian cancer and breast cancer among high-risk women: a systematic review and meta-analysis. J Clin Oncol 2013;31:4188–98. (Systematic Review and Meta-Analysis)

59. Rebbeck TR, Kauff ND, Domchek SM. Meta-analysis of risk reduction estimates associated with risk-reducing salpingo-oophorectomy in BRCA1 or BRCA2 mutation carriers. J Natl Cancer Inst 2009;101:80–7. (Meta-analysis)

60. Domchek SM, Friebel TM, Neuhausen SL, Wagner T, Evans G, Isaacs C, et al. Mortality after bilateral salpingo-oophorectomy in BRCA1 and BRCA2 mutation carriers: a prospective cohort study. Lancet Oncol 2006;7:223–9. (Level II-2)

61. Domchek SM, Friebel TM, Singer CF, Evans DG, Lynch HT, Isaacs C, et al. Association of risk-reducing surgery in BRCA1 or BRCA2 mutation carriers with cancer risk and mortality. JAMA 2010;304:967–75. (Level II-2)

62. Finch AP, Lubinski J, Moller P, Singer CF, Karlan B, Senter L, et al. Impact of oophorectomy on cancer incidence and mortality in women with a BRCA1 or BRCA2 mutation. J Clin Oncol 2014;32:1547–53. (Level II-3)

63. Satagopan JM, Boyd J, Kauff ND, Robson M, Scheuer L, Narod S, et al. Ovarian cancer risk in Ashkenazi Jewish carriers of BRCA1 and BRCA2 mutations. Clin Cancer Res 2002;8:3776–81. (Level II-3)

64. Rebbeck TR, Lynch HT, Neuhausen SL, Narod SA, Van't Veer L, Garber JE, et al. Prophylactic oophorectomy in carriers of BRCA1 or BRCA2 mutations. Prevention and Observation of Surgical End Points Study Group. N Engl J Med 2002;346:1616–22. (Level II-2)

65. Eisen A, Lubinski J, Klijn J, Moller P, Lynch HT, Offit K, et al. Breast cancer risk following bilateral oophorectomy in BRCA1 and BRCA2 mutation carriers: an international case-control study. J Clin Oncol 2005;23:7491–6. (Level II-2)

66. Falconer H, Yin L, Gronberg H, Altman D. Ovarian cancer risk after salpingectomy: a nationwide population-based study. J Natl Cancer Inst 2015;107. (Level II-2)

67. Lessard-Anderson CR, Handlogten KS, Molitor RJ, Dowdy SC, Cliby WA, Weaver AL, et al. Effect of tubal sterilization technique on risk of serous epithelial

ovarian and primary peritoneal carcinoma. Gynecol Oncol 2014;135:423–7. (Level I-2) ⮌

68. Harmsen MG, IntHout J, Arts-de Jong M, Hoogerbrugge N, Massuger LF, Hermens RP, et al. Salpingectomy with delayed oophorectomy in BRCA1/2 mutation carriers: estimating ovarian cancer risk. Obstet Gynecol 2016;127:1054–63. (Level III) ⮌

69. Society of Gynecologic Oncology. Salpingectomy for ovarian cancer prevention. SGO Clinical Practice Statement. Chicago (IL): SGO; 2013. (Level III) ⮌

70. Pijpe A, Andrieu N, Easton DF, Kesminiene A, Cardis E, Nogues C, et al. Exposure to diagnostic radiation and risk of breast cancer among carriers of BRCA1/2 mutations: retrospective cohort study (GENE-RAD-RISK). BMJ 2012;345:e5660. (Level II-2) ⮌

71. Giannakeas V, Lubinski J, Gronwald J, Moller P, Armel S, Lynch HT, et al. Mammography screening and the risk of breast cancer in BRCA1 and BRCA2 mutation carriers: a prospective study. Breast Cancer Res Treat 2014;147:113–8. (Level II-3) ⮌

72. Warner E, Plewes DB, Hill KA, Causer PA, Zubovits JT, Jong RA, et al. Surveillance of BRCA1 and BRCA2 mutation carriers with magnetic resonance imaging, ultrasound, mammography, and clinical breast examination. JAMA 2004;292:1317–25. (Level II-3) ⮌

73. Stoutjesdijk MJ, Boetes C, Jager GJ, Beex L, Bult P, Hendriks JH, et al. Magnetic resonance imaging and mammography in women with a hereditary risk of breast cancer. J Natl Cancer Inst 2001;93:1095–102. (Level II-2) ⮌

74. Kriege M, Brekelmans CT, Boetes C, Besnard PE, Zonderland HM, Obdeijn IM, et al. Efficacy of MRI and mammography for breast-cancer screening in women with a familial or genetic predisposition. Magnetic Resonance Imaging Screening Study Group. N Engl J Med 2004;351:427–37. (Level II-3) ⮌

75. King MC, Wieand S, Hale K, Lee M, Walsh T, Owens K, et al. Tamoxifen and breast cancer incidence among women with inherited mutations in BRCA1 and BRCA2: National Surgical Adjuvant Breast and Bowel Project (NSABP-P1) Breast Cancer Prevention Trial. National Surgical Adjuvant Breast and Bowel Project. JAMA 2001;286:2251–6. (Level I) ⮌

76. Fisher B, Costantino JP, Wickerham DL, Redmond CK, Kavanah M, Cronin WM, et al. Tamoxifen for prevention of breast cancer: report of the National Surgical Adjuvant Breast and Bowel Project P-1 Study. J Natl Cancer Inst 1998;90:1371–88. (Level I) ⮌

77. Nelson HD, Smith ME, Griffin JC, Fu R. Use of medications to reduce risk for primary breast cancer: a systematic review for the U.S. Preventive Services Task Force. Ann Intern Med 2013;158:604–14. (Systematic Review) ⮌

78. Cuzick J, Sestak I, Forbes JF, Dowsett M, Knox J, Cawthorn S, et al. Anastrozole for prevention of breast cancer in high-risk postmenopausal women (IBIS-II): an international, double-blind, randomised placebo-controlled trial. IBIS-II investigators [published erratum appears in Lancet.2014;383:1040]. Lancet 2014;383:1041–8. (Level I) ⮌

79. Goss PE, Ingle JN, Ales-Martinez JE, Cheung AM, Chlebowski RT, Wactawski-Wende J, et al. Exemestane for breast cancer prevention in postmenopausal women. NCIC CTG MAP.3 Study Investigators [published erratum appears in N Engl J Med 2011;365:1361]. N Engl J Med 2011;364:2381–91. (Level I) ⮌

80. Meijers-Heijboer H, van Geel B, van Putten WL, Henzen-Logmans SC, Seynaeve C, Menke-Pluymers MB, et al. Breast cancer after prophylactic bilateral mastectomy in women with a BRCA1 or BRCA2 mutation. N Engl J Med 2001;345:159–64. (Level II-2) ⮌

81. Hartmann LC, Sellers TA, Schaid DJ, Frank TS, Soderberg CL, Sitta DL, et al. Efficacy of bilateral prophylactic mastectomy in BRCA1 and BRCA2 gene mutation carriers. J Natl Cancer Inst 2001;93:1633–7. (Level II-3) ⮌

82. Metcalfe K, Lynch HT, Ghadirian P, Tung N, Olivotto I, Warner E, et al. Contralateral breast cancer in BRCA1 and BRCA2 mutation carriers. J Clin Oncol 2004;22:2328–35. (Level II-3) ⮌

83. Dowdy SC, Stefanek M, Hartmann LC. Surgical risk reduction: prophylactic salpingo-oophorectomy and prophylactic mastectomy. Am J Obstet Gynecol 2004;191:1113–23. (Level III) ⮌

84. Frost MH, Schaid DJ, Sellers TA, Slezak JM, Arnold PG, Woods JE, et al. Long-term satisfaction and psychological and social function following bilateral prophylactic mastectomy. JAMA 2000;284:319–24. (Level II-3) ⮌

85. Brandberg Y, Sandelin K, Erikson S, Jurell G, Liljegren A, Lindblom A, et al. Psychological reactions, quality of life, and body image after bilateral prophylactic mastectomy in women at high risk for breast cancer: a prospective 1-year follow-up study. J Clin Oncol 2008;26:3943–9. (Level II-3) ⮌

86. Metcalfe K, Lynch HT, Foulkes WD, Tung N, Kim-Sing C, Olopade OI, et al. Effect of oophorectomy on survival after breast cancer in BRCA1 and BRCA2 mutation carriers. JAMA Oncol 2015;1:306–13. (Level II-3) ⮌

87. Francis PA, Regan MM, Fleming GF, Lang I, Ciruelos E, Bellet M, et al. Adjuvant ovarian suppression in premenopausal breast cancer. SOFT Investigators, International Breast Cancer Study Group. N Engl J Med 2015;372:436–46. (Level I) ⮌

88. Kotsopoulos J, Huzarski T, Gronwald J, Singer CF, Moller P, Lynch HT, et al. Bilateral oophorectomy and breast cancer risk in BRCA1 and BRCA2 mutation carriers. Hereditary Breast Cancer Clinical Study Group. J Natl Cancer Inst 2016;109:1–7. (Level II-2) ⮌

89. Heemskerk-Gerritsen BA, Seynaeve C, van Asperen CJ, Ausems MG, Collee JM, van Doorn HC, et al. Breast cancer risk after salpingo-oophorectomy in healthy BRCA1/2 mutation carriers: revisiting the evidence for risk reduction. Hereditary Breast and Ovarian Cancer Research Group Netherlands. J Natl Cancer Inst 2015;107(5):djv033. (Level II-3) ⮌

90. Rabban JT, Mackey A, Powell CB, Crawford B, Zaloudek CJ, Chen LM. Correlation of macroscopic and microscopic pathology in risk reducing salpingo-oophorectomy: implications for intraoperative specimen evaluation. Gynecol Oncol 2011;121:466–71. (Level III) ⮌

91. Powell CB, Kenley E, Chen LM, Crawford B, McLennan J, Zaloudek C, et al. Risk-reducing salpingo-oophorectomy in BRCA mutation carriers: role of serial sectioning in the detection of occult malignancy. J Clin Oncol 2005;23:127–32. (Level III) ⇐

92. Lu KH, Garber JE, Cramer DW, Welch WR, Niloff J, Schrag D, et al. Occult ovarian tumors in women with BRCA1 or BRCA2 mutations undergoing prophylactic oophorectomy. J Clin Oncol 2000;18:2728–32. (Level III) ⇐

93. Leeper K, Garcia R, Swisher E, Goff B, Greer B, Paley P. Pathologic findings in prophylactic oophorectomy specimens in high-risk women. Gynecol Oncol 2002;87:52–6. (Level III) ⇐

94. Colgan TJ, Murphy J, Cole DE, Narod S, Rosen B. Occult carcinoma in prophylactic oophorectomy specimens: prevalence and association with BRCA germline mutation status. Am J Surg Pathol 2001;25:1283–9. (Level III) ⇐

95. Sherman ME, Piedmonte M, Mai PL, Ioffe OB, Ronnett BM, Van Le L, et al. Pathologic findings at risk-reducing salpingo-oophorectomy: primary results from Gynecologic Oncology Group Trial GOG-0199. J Clin Oncol 2014;32:3275–83. (Level II-3) ⇐

96. Colgan TJ, Boerner SL, Murphy J, Cole DE, Narod S, Rosen B. Peritoneal lavage cytology: an assessment of its value during prophylactic oophorectomy. Gynecol Oncol 2002;85:397–403. (Level III) ⇐

97. Casey MJ, Synder C, Bewtra C, Narod SA, Watson P, Lynch HT. Intra-abdominal carcinomatosis after prophylactic oophorectomy in women of hereditary breast ovarian cancer syndrome kindreds associated with BRCA1 and BRCA2 mutations. Gynecol Oncol 2005;97:457–67. (Level III) ⇐

98. Lavie O, Hornreich G, Ben-Arie A, Rennert G, Cohen Y, Keidar R, et al. BRCA germline mutations in Jewish women with uterine serous papillary carcinoma. Gynecol Oncol 2004;92:521–4. (Level III) ⇐

99. Cass I, Holschneider C, Datta N, Barbuto D, Walts AE, Karlan BY. BRCA-mutation-associated fallopian tube carcinoma: a distinct clinical phenotype? Obstet Gynecol 2005;106:1327–34. (Level III) ⇐

100. Karlan BY. Defining cancer risks for BRCA germline mutation carriers: implications for surgical prophylaxis. Gynecol Oncol 2004;92:519–20. (Level III) ⇐

101. Beiner ME, Finch A, Rosen B, Lubinski J, Moller P, Ghadirian P, et al. The risk of endometrial cancer in women with BRCA1 and BRCA2 mutations. A prospective study. Hereditary Ovarian Cancer Clinical Study Group. Gynecol Oncol 2007;104:7–10. (Level II-3) ⇐

102. Lu KH, Kauff ND. Does a BRCA mutation plus tamoxifen equal hysterectomy? Gynecol Oncol 2007;104:3–4. (Level III) ⇐

103. Rebbeck TR, Friebel T, Wagner T, Lynch HT, Garber JE, Daly MB, et al. Effect of short-term hormone replacement therapy on breast cancer risk reduction after bilateral prophylactic oophorectomy in BRCA1 and BRCA2 mutation carriers: the PROSE Study Group. J Clin Oncol 2005;23:7804–10. (Level II-2) ⇐

104. Eisen A, Lubinski J, Gronwald J, Moller P, Lynch HT, Klijn J, et al. Hormone therapy and the risk of breast cancer in BRCA1 mutation carriers. Hereditary Breast Cancer Clinical Study Group. J Natl Cancer Inst 2008;100:1361–7. (Level II-2) ⇐

105. Finch A, Beiner M, Lubinski J, Lynch HT, Moller P, Rosen B, et al. Salpingo-oophorectomy and the risk of ovarian, fallopian tube, and peritoneal cancers in women with a BRCA1 or BRCA2 Mutation. Hereditary Ovarian Cancer Clinical Study Group. JAMA 2006;296:185–92. (Level II-3) ⇐

106. Finch A, Valentini A, Greenblatt E, Lynch HT, Ghadirian P, Armel S, et al. Frequency of premature menopause in women who carry a BRCA1 or BRCA2 mutation. Hereditary Breast Cancer Study Group. Fertil Steril 2013;99:1724–8. (Level II-3) ⇐

107. Oktay K, Kim JY, Barad D, Babayev SN. Association of BRCA1 mutations with occult primary ovarian insufficiency: a possible explanation for the link between infertility and breast/ovarian cancer risks [published erratum appears in J Clin Oncol 2010;28:4664]. J Clin Oncol 2010;28:240–4. (Level II-3) ⇐

108. Rzepka-Gorska I, Tarnowski B, Chudecka-Glaz A, Gorski B, Zielinska D, Toloczko-Grabarek A. Premature menopause in patients with BRCA1 gene mutation. Breast Cancer Res Treat 2006;100:59–63. (Level II-3) ⇐

109. Phillips KA, Collins IM, Milne RL, McLachlan SA, Friedlander M, Hickey M, et al. Anti-Mullerian hormone serum concentrations of women with germline BRCA1 or BRCA2 mutations. Kathleen Cuningham Consortium for Research into Familial Breast Cancer (kConFab). Hum Reprod 2016;31:1126–32. (Level II-3) ⇐

110. Fertility preservation in patients undergoing gonadotoxic therapy or gonadectomy: a committee opinion. Practice Committee of American Society for Reproductive Medicine. Fertil Steril 2013;100:1214–23. (Level III) ⇐

111. Madalinska JB, Hollenstein J, Bleiker E, van Beurden M, Valdimarsdottir HB, Massuger LF, et al. Quality-of-life effects of prophylactic salpingo-oophorectomy versus gynecologic screening among women at increased risk of hereditary ovarian cancer. J Clin Oncol 2005;23:6890–8. (Level II-3) ⇐

112. Finch A, Metcalfe KA, Chiang J, Elit L, McLaughlin J, Springate C, et al. The impact of prophylactic salpingo-oophorectomy on quality of life and psychological distress in women with a BRCA mutation. Psychooncology 2013;22:212–9. (Level II-3) ⇐

113. Kauff ND, Mitra N, Robson ME, Hurley KE, Chuai S, Goldfrank D, et al. Risk of ovarian cancer in BRCA1 and BRCA2 mutation-negative hereditary breast cancer families. J Natl Cancer Inst 2005;97:1382–4. (Level II-3) ⇐

114. Ingham SL, Warwick J, Buchan I, Sahin S, O'Hara C, Moran A, et al. Ovarian cancer among 8,005 women from a breast cancer family history clinic: no increased risk of invasive ovarian cancer in families testing negative for BRCA1 and BRCA2. J Med Genet 2013;50:368–72. (Level II-3) ⇐

115. Walsh T, Casadei S, Coats KH, Swisher E, Stray SM, Higgins J, et al. Spectrum of mutations in BRCA1, BRCA2, CHEK2, and TP53 in families at high risk of breast cancer. JAMA 2006;295:1379–88. (Level III) ⇔

Copyright September 2017 by the American College of Obstetricians and Gynecologists. All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, posted on the Internet, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without prior written permission from the publisher.

Requests for authorization to make photocopies should be directed to Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400.

ISSN 1099-3630

The American College of Obstetricians and Gynecologists
409 12th Street, SW, PO Box 96920, Washington, DC 20090-6920

Hereditary breast and ovarian cancer syndrome. Practice Bulletin No. 182. American College of Obstetricians and Gynecologists. Obstet Gynecol 2017;130:e110–26.

The MEDLINE database, the Cochrane Library, and ACOG's own internal resources and documents were used to conduct a literature search to locate relevant articles published between January 2000 and May 2017. The search was restricted to articles published in the English language. Priority was given to articles reporting results of original research, although review articles and commentaries also were consulted. Abstracts of research presented at symposia and scientific conferences were not considered adequate for inclusion in this document. Guidelines published by organizations or institutions such as the National Institutes of Health and the American College of Obstetricians and Gynecologists were reviewed, and additional studies were located by reviewing bibliographies of identified articles. When reliable research was not available, expert opinions from obstetrician–gynecologists were used.

Studies were reviewed and evaluated for quality according to the method outlined by the U.S. Preventive Services Task Force:

I    Evidence obtained from at least one properly designed randomized controlled trial.

II-1    Evidence obtained from well-designed controlled trials without randomization.

II-2    Evidence obtained from well-designed cohort or case–control analytic studies, preferably from more than one center or research group.

II-3    Evidence obtained from multiple time series with or without the intervention. Dramatic results in uncontrolled experiments also could be regarded as this type of evidence.

III    Opinions of respected authorities, based on clinical experience, descriptive studies, or reports of expert committees.

Based on the highest level of evidence found in the data, recommendations are provided and graded according to the following categories:

Level A—Recommendations are based on good and consistent scientific evidence.

Level B—Recommendations are based on limited or inconsistent scientific evidence.

Level C—Recommendations are based primarily on consensus and expert opinion.

---

*This information is designed as an educational resource to aid clinicians in providing obstetric and gynecologic care, and use of this information is voluntary. This information should not be considered as inclusive of all proper treatments or methods of care or as a statement of the standard of care. It is not intended to substitute for the independent professional judgment of the treating clinician. Variations in practice may be warranted when, in the reasonable judgment of the treating clinician, such course of action is indicated by the condition of the patient, limitations of available resources, or advances in knowledge or technology. The American College of Obstetricians and Gynecologists reviews its publications regularly; however, its publications may not reflect the most recent evidence. Any updates to this document can be found on www.acog.org or by calling the ACOG Resource Center.*

*While ACOG makes every effort to present accurate and reliable information, this publication is provided "as is" without any warranty of accuracy, reliability, or otherwise, either express or implied. ACOG does not guarantee, warrant, or endorse the products or services of any firm, organization, or person. Neither ACOG nor its officers, directors, members, employees, or agents will be liable for any loss, damage, or claim with respect to any liabilities, including direct, special, indirect, or consequential damages, incurred in connection with this publication or reliance on the information presented.*

# Exhibit 3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO ALL CASES* | MDL NO. 16-2738 (FLW) (LHG) |

**RULE 26 EXPERT REPORT OF**
**JUDITH WOLF, MD**

Date:   November 16, 2018

_____
Judith Wolf, MD

## I.     BIOGRAPHY AND QUALIFICATIONS

I am a board certified gynecologic oncologist, a physician specializing in the care of women with cancer with more than thirty years experience. I attended medical school at Northeast Ohio Universities College of Medicine and then moved to Texas where I completed residency at the University of Texas San Antonio and fellowship at MD Anderson Cancer Center where I remained on faculty for more than twenty years as Professor in the Department of Gynecologic Oncology. My area of expertise is ovarian cancer - diagnosis, research, treatment, and patient advocacy.

I have authored or co-authored over 100 peer-reviewed research articles and was the principal investigator or co-investigator for eleven research grants related to gynecologic cancers. Additionally, I have served as the principal investigator, co-principal investigator, or collaborator on 84 protocols, and have presented at more than 50 conferences, as well as at numerous scientific exhibitions and seminars. The majority of these have dealt with some aspect of ovarian cancer.

My research began when I was a fellow in gynecologic oncology. In addition to two years of clinical training, I spent two years working in the lab and getting my Masters degree in Biomedical Science from The University of Texas School of Biomedical Sciences in Houston. My research as a graduate student was in investigating targets for therapy in ovarian cancer. One of these led to a phase I Clinical trial for women with ovarian cancer using a targeted therapy. This trial was part of a larger NCI grant. After completing training, I maintained a research lab for over ten years, investigating gene therapy for the treatment of both ovarian and cervical cancer. My laboratory research in ovarian cancer led to a Clinical trial of gene therapy for women with ovarian cancer. Being able to see the long road it takes to bring new therapies from the lab to clinic fostered my continued interest in clinical trials, and led me to become involved in both investigator initiated and NCI cooperative group clinical trials - Phase II and III trials of new therapies for ovarian cancer.

Throughout my tenure as a Professor at MD Anderson Cancer Center, I was recruited to join the biomedical industry. It wasn't until in 2014, when Vermillion at Diagnostic Company recruited me as a Chief Medical Officer that I felt compelled to make a change in my career path. By this point in time, I had cared for hundreds of women with ovarian cancer, and saw the devastation this disease causes, with little improvement in the overall prognosis in more than twenty years. Working with a diagnostic company, focused on the early detection of ovarian cancer, seemed to me to be another way I could work to make a difference. While at Vermillion, I co-authored several publications, helped the company gain FDA clearance for their second generation multiprotein biomarker assay for ovarian cancer detection and was integral in the company obtaining a $7.5 million dollar grant from the State of Texas for ovarian cancer detection.

After two years at Vermillion, I was recruited by another small start-up diagnostic company, ProvistaDx, again in a Chief Medical Officer role. ProvistaDx was using similar multi-protein assays (like Vermillion) but combining them with antibodies to try to detect both breast and

1

ovarian cancer early. While at ProvistaDx, we published several articles in the breast cancer detection area and their first publication using this combined technology for ovarian cancer detection.

Working in these diagnostic companies exposed me to some of the intricacies of working in the biomedical industry and research from a view- from that as a public ally traded company (Vemillion) and a small private start-up (ProvistaDx). Additionally, I learned much about the regulation of the industry.

In mid-2018 I left my company position to have more time to focus on my volunteer and advocacy work for women's health- with a large focus on ovarian cancer.

In the mid 1990s, I became involved with raising awareness and educating women about ovarian cancer through my work with the National Ovarian Cancer Coalition. Initially, I was a medical board member and am currently a governing board member. Our mission is to raise awareness and educate women and their families about ovarian cancer. Additionally, I combined my love of running and passion for ovarian cancer to organize a charity 5K walk/run to raise awareness and research money for the Blanton/ Davis Ovarian Cancer Research Program at MD Anderson Cancer Center. This race has been going on now for more than twenty years and has raised more than $5 million dollars for ovarian cancer research.

In 2014, I became a member of the board of the Society for Women's Health Research which is a National nonprofit dedicated to promoting research on biological differences in disease and improving women's health. Additionally, I began working with Health Volunteers Overseas. I have volunteered in Vietnam, Honduras and Haiti working with physicians in these countries to train them to be better able to care for women with gynecologic cancers. Working with HVO, for the past year and a half, I am heading a project training young surgeons in Nepal to care for women with ovarian, cervical and uterine cancers. To continue my mission of improving women's health here in the US, I am working part time in Indianapolis, IN as a Gynecologic Oncologist.  My curriculum vitae is attached as Exhibit A.

## II.    METHODOLODGY

I was asked to make a determination as to whether the genital use of talcum powder can cause ovarian cancer. I approached this issue in a similar way and with the same rigor that I would use in my professional practice, both clinically and in research.  This is an exercise I have used regularly throughout my thirty plus year career.  I reviewed extensive medical and scientific literature (including epidemiological, animal, mechanistic studies, and reviews on all relevant topics).  I also researched publicly available information related to talcum powder products, their safety, and their association with ovarian cancer. Many of these sources were obtained through articles and references from my personal library of journals, textbooks, as well as PubMed searches on relevant topics. Additional relevant literature, documents, and testimony were provided by the attorneys working on this case.  I also requested additional information on various relevant issues when appropriate.

2

In doing this research, I applied the same standards that I use in clinical medicine to consider the reliability and validity of the medical and scientific literature, assessing the evidence according to the strengths and weaknesses of the study under review. I considered an extensive body of relevant literature, without regard to the nature of the specific findings. I based the opinions provided in this report using a weight of the evidence methodology in the context of Bradford Hill concepts.

## III.    OVERVIEW OF OVARIAN CANCER

Ovarian cancer is a group of malignancies that are believed to begin in ovarian or fallopian tube tissue. There are three groups of cancers based on the cell type from which they arise - germ cell, stromal, and epithelial cancers. Epithelial cancers (EOC) account for the vast majority of ovarian cancers (greater than 90%) and are further subdivided based on the microscopic characteristics of the cells. These subtypes include serous, endometrioid, clear cell, mucinous, undifferentiated or mixed. Of these, serous is by far the most common and accounts for 70% of EOC.  Epithelial ovarian cancers are those that are associated with talcum powder products.

Epithelial carcinoma of the ovary, fallopian tube, and peritoneum are usually considered as a single entity due to their common clinical behavior, risk factors, and pathogenesis.  Over the past decade, research has found that many serous carcinomas of the ovary may begin in the cells that line the distal portion of the fallopian tube. These cells then leak, drip, or "escape" from the tube and the ovary (which is next to the tube) or the peritoneum (the layer that lines the inside of the abdomen and pelvis). (Levanon 2008, Chen et al. 2017; Singh et al. 2016; Soong et al. 2018) Cancers that clinically appear to arise from the fallopian tube, ovary or peritoneum have the same microscopic appearance, pattern of spread (throughout the pelvis and abdomen), and response to treatment. This information is consistent with the role of talcum powder in cancer development.

Ovarian cancer is a relatively rare cancer.  The American Cancer Society estimates in 2018 22,240 new cases of ovarian cancer compared to 268,670 new cases of breast cancer.[1] There is no screening for ovarian cancer and symptoms are vague. This presentation leads to late diagnosis for more than 75% of patients.  Because of these factors and the often aggressive nature of the tumors, ovarian cancer is the most deadly gynecologic malignancy in the U.S. Seventy to seventy-five percent of women with advanced stage EOC die from their disease, usually from bowel obstruction, following years of chemotherapy treatment.[2] (Chen, L-M, et al 2018).

The National Cancer Institute defines a risk factor as something that increases the chances of developing a disease. Associations can occur that are not actually linked with a disease. A causative risk factor is one that increases the chances of developing a disease by means of a

---

[1] https://www.cancer.org/content/dam/cancer-org/research/cancer-facts-and-statistics/annual-cancer-facts-and-figures/2018/cancer-facts-and-figures-2018.pdf
[2] *Id*.

3

known or predictable mechanism. In other words, it is more than a mere association. (Vineis 2017).

The most significant risk factor associated with ovarian cancer are inherited susceptibility genes, primarily BRCA1, BRCA2, and the mismatch repair genes (associated with Lynch syndrome). A woman with BRCA1 gene mutation has a 39-46% lifetime risk of developing ovarian cancer; a woman with BRCA2 gene mutation has an 11-27% lifetime risk of developing ovarian cancer. (Ring et al. 2017).  It is estimated that these hereditary gene mutations account for 10-15% of all ovarian cancer and 75% of all hereditary ovarian cancers. (Lancaster et al. 2015). It is important to distinguish these inherited gene mutations from induced mutations caused by inflammation or environmental insults.

In addition to talc and asbestos exposure, other risk factors that have been linked to EOC include increasing age, nulliparity, infertility, endometriosis, obesity, polycystic ovarian syndrome, use of an intrauterine device, history of pelvic inflammatory disease, and cigarette smoking (for mucinous carcinoma. Protective factors (associated with a decreased risk of EOC) include previous pregnancy, history of breastfeeding, oral contraceptives, and tubal ligation. (Hunn and Rodriguez 2012; Mallen, Townsend, and Tworoger 2018; Park et al. 2018; Folkins et al. 2018). It is important to note that risk factors can interact with each other or act independently. They can act in a cumulative, additive, and/or synergistic fashion. (Wu et al. 2018; Vitonis et al. 2011).

Talcum powder dusting is often referred to as a "lifestyle factor". There are no medical benefits; any risk, particularly a risk of something as devastating and deadly as ovarian cancer, is unacceptable. (Folkins et al. 2018) Because of this, I advise all my patients not to use talcum powder products or to stop using them if they are already doing so.

Most women with EOC present with pelvic or abdominal pain, bloating, and/or gastrointestinal symptoms.   Diagnosis is based upon pathologic evaluation of tissue.  Knowledge and evaluation of the pathology of ovarian cancer is part of every gynecologic oncologist's training and experience.  Staging is surgical.  In a patient with advanced stage ovarian cancer (stage 3 and 4), the cancer is spread throughout the abdomen and pelvis with typically thousands of tumor nodules covering the surface of all internal organs, along with several liters of fluid containing cancer cells (ascites).

Treatment for ovarian cancer is a combination of surgery and chemotherapy.  Most women with advanced disease obtain 1-2 years of remission after treatment, and then their cancer recurs. Once ovarian cancer recurs, it is not curable and most patients spend the remainder of their life on chemotherapy in an attempt to extend their life spans and minimize their often severe symptoms.

## IV.    HISTORICAL BACKGROUND OF TALC

Johnson and Johnson's baby powder was introduced to consumers in 1894. (Gurowitz 2007).

4

In the late 1940s and early 1950s, there were numerous articles (including at least one from Johnson and Johnson's own lab) describing the inflammatory properties of talc when introduced into the peritoneal cavity experimentally or through surgical gloves and the relative safety of starch products in the same setting. (Eberl and George 1948; Graham and Jenkins 1952).  In 1953, Johnson and Johnson submitted a patent application for a "non-irritating" starch-based dusting powder due to the severe postoperative complications and strong inflammatory reaction frequently caused by talc. (Caldwell et al. 1953).  In 1967, the association between asbestos and ovarian cancer was reported (J. Graham and Graham 1967).

Henderson first identified talc particles deep in ovarian tissue in 1971. (Henderson et al. 1971). Dr. Woodruff and colleagues at Johns Hopkins began raising awareness regarding environmental toxins like talc as etiologic factors in the pathogenesis of ovarian cancer in the early 1970s. (Parmley and Woodruff 1974).

In 1979, Longo and Young cautioned the cosmetic industry regarding the dangers of talc in The Lancet: "Epidemiological, experimental, and clinical data seem to link asbestos and talc with ovarian cancer. Direct passage of talc or asbestos-contaminated talc through the female reproductive tract to the ovarian surface may play an aetiological role. Further systematic evaluation of talc and asbestos as ovarian carcinogens is needed. . . . What is disturbing is that a consultant to the cosmetic industry feels that further research on the biological effects of talc 'merits little priority'". (D. L. Longo and Young 1979).  The first epidemiologic study on the association between talc and ovarian cancer was published in 1982. (Cramer et al. 1982).

Between 1992 and 1995, concerns were raised in the medical literature regarding risks, including ovarian cancer, of talc on condoms. (e.g., Kang, Griffin, and Ellis 1992; Kasper and Chandler 1995).  In 1995, the condom industry voluntarily agreed to stop dusting condoms with talc due to ovarian cancer concerns. ("PCPC_MDL00062175" 1999; McCullough 1996). Recommendations regarding the use of talcum powder on diaphragms were also discontinued in the late 1990s.  In 1998, Janssen, a subsidiary of Johnson & Johnson, changed the warning on its All-Flex Diaphragm to state "Powders should not be used with the diaphragm."[3]

## V.    EPIDEMIOLOGY

Since the early 1980's, there have been numerous epidemiological studies evaluating the risk of ovarian cancer with talcum powder usage.  To the present time, there are over 25 case-control studies, three prospective cohort studies, one pooled analysis, and seven meta-analyses. I assessed all of these studies.

A case-control study is designed to help determine if an exposure is associated with an outcome, in this case ovarian cancer. First, researchers identify women with and without ovarian cancer - cases and controls. Then they look back in time to learn which subjects in each group had talcum

---

[3] Janssen sold the Ortho diaphragms beginning in the 1960s. The 1962 instructions stated, "Dust diaphragm when dry with talcum powder and return it to the original container." (JANSSEN-000001-19) 1962).

powder exposure(s), comparing the frequency of the exposure in the case group to the control group.

A case-control study is always retrospective because it starts with an outcome then traces it back to investigate exposures.  Advantages of case-control studies are that they are comparatively efficient, less expensive, and easier to perform.  Potential weaknesses include selection bias, (because they are not randomized) and recall bias.  Case-control studies are particularly appropriate for uncommon diseases, like ovarian cancer, in which a very large cohort would be required to accumulate enough cases for analysis. (Narod 2016).

A cohort study follows a group of people with defined characteristics, such as talcum powder exposure, and who are followed to determine incidence of an outcome, in this case development of ovarian cancer.  Cohort studies can be retrospective or prospective.  They can calculate rates of disease in exposed and unexposed individuals for multiple outcomes over time.  Potential disadvantages of cohort studies include the requirement of large number of subjects for rare exposures and outcomes and long duration of follow up for certain conditions.[4]  These disadvantages apply to the study of talc and ovarian cancer. Narod estimated that, for a cohort study to be properly powered to accurately predict the risk associated with talc use and ovarian cancer, as many as 200,000 women may be necessary. (Narod 2016).

A meta-analysis combines the results from previous studies to derive conclusions from a larger set of data. Outcomes from a meta-analysis may include a more precise estimate of the effect of treatment or exposure (talcum powder) than any individual study contributing to the pooled analysis.[5]  A meta-analysis weights the strengths of the studies before combing the data, unlike a pooled study.  A meta-analysis can be especially useful to review a complex, sometimes conflicting body of literature.

A randomized control trial, in which participants are divided by chance into separate groups to compare different interventions, is considered the gold standard in some research situations. However, it would be unethical and impractical to conduct a prospective randomized control clinical trial to compare the outcomes of women who did and did not use genital talcum powder because of its known carcinogenic potential.

For this project, I reviewed all epidemiological studies related to talcum powder and ovarian cancer, but concentrated on the cohort studies, the meta-analyses, and more recent high-quality case-control studies. I critically analyzed factors such as study design, journal quality, number of subjects, length of follow-up, and potential biases.

**Case-Control Studies**

There are numerous case-control studies.  Overall, the case-control studies are consistent showing a 30-50% increase in risk of ovarian cancer with talcum powder use.  I found the most

---

[4] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2998589/
[5] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3049418/

recent ones to be the most useful, based on their size and quality of design.  Several are summarized below:

A study by Wu published in 2015, evaluated 1701 women with EOC in California.  The conclusion of this study found that talc significantly increased the risk of ovarian cancer – 40% in whites, 20% in Hispanics, and 56% (not statistically significant) in African Americans.  The number of African Americans with ovarian cancer was only 128 and may account for the non-significant increase. (Wu et al. 2015).

Cramer published a recent case-control study of nearly 4,000 women in Massachusetts and New Hampshire with ovarian cancer and found that genital use of talcum powder, either alone or in combination with body use, was associated with a statistically significant elevated epithelial ovarian cancer risk (OR 1.33).  Risk increased with frequency and duration of use.  Talcum powder use increased risk for serous and endometrioid tumors with the dose response most apparent for invasive serous cancer.  (Cramer et al. 2016).

A multi-center study sponsored by National Cancer Institute of epithelial ovarian cancer in African-American women, a group with a high prevalence of talcum powder use, determined that regular genital powder use was associated with an increased risk of epithelial ovarian cancer (OR 1.44).   A dose–response relationship was found for duration of use and number of lifetime applications (P < 0.05).  Additionally, talcum powder use was common (62.8% of cases and 52.9% of controls).  (Schildkraut et al. 2016).

**Cohort Studies**

The Nurses' Health Study (NHS) is a prospective study of 121,700 nurses who were aged 30-55 years at enrollment in 1976 and followed through 1996 at the time of the publication.  In the NHS, talcum powder use was ascertained once in 1982, the same year as the first case-control study showing an association of talc use with ovarian cancer. (Cramer et al. 1982).   The follow up period for this study was 12.9 years. The study concluded there was no overall association with talc "ever use" and epithelial ovarian cancer.  However, there was a statistically significant increase risk of invasive serous ovarian cancer (40%) that was higher with more frequent talcum powder use.  The short period of follow up may not account for all ovarian cancer cases due to latency considerations between talcum powder usage and the development of ovarian cancer. (Gertig et al. 2000).  A second report of the Nurses' Health Study in 2010 did not find a statistically significant increased risk with talcum powder usage and either epithelial cancer as a whole or serous subtype. (Gates et al. 2010).

The Women's Health Initiative (WHI) enrolled 93,676 women from 1993-1998.  Women were eligible if they were aged 50 to 79 (mean 63.3 years) at enrollment and postmenopausal.  Mean follow-up was 12.2 years.  Use of powder on the genitals was associated with 12% increased risk of ovarian cancer, though this was not statistically significant.  Limitations of this study include lack of information regarding oophorectomy and recall bias regarding history of talc "ever use".  Additionally, the short follow-up may not account for all cases of ovarian cancer.  Information regarding the frequency or duration of powder usage was not obtained. (Houghton et al. 2014).

7

The Sister Study (2003-2009) followed 50,884 women in the US and Puerto Rico who had a sister diagnosed with breast cancer. At enrollment, participants were asked about douching and talcum powder use in the previous twelve months. During follow-up (median 6.6 years) 154 women reported a diagnosis of ovarian cancer but only seventeen of those reported talc use. The authors determined that there was little association between baseline talcum powder use and subsequent ovarian cancer. Douching at baseline, more common in talc users, was associated with increased risk. All ovarian cancers were grouped together. Limitations of this study include: 1) talc use was only obtained at baseline and was uncommon (analysis was based on only 17 cases), 2) no histologic information was obtained, so it is impossible to analyze relationship to serous subtype, 3) no risk elevation has ever been reported with dusting of diaphragm, cervical cap, or sanitary napkins, and 4) the short follow-up fails to account for the latency period. (Gonzalez et al. 2016).

All of the cohort studies are limited by lack of power, failure to make the appropriate queries, selection bias, and short follow-up.

**Meta-Analyses**

A recent and comprehensive meta-analysis by Penninkilampi and Eslick, published in 2018, included 24 case-control (13,421 cases) and three cohort studies (890 cases). The authors found that "any" perineal talc use was associated with an increased risk of ovarian cancer (OR = 1.31; 95% CI = 1.24, 1.39). More than 3600 lifetime applications (OR = 1.42; 95% CI 1.25, 1.39) were slightly more associated with ovarian cancer than <3600 (OR = 1.32; 95% CI = 1.15, 1.50). An association with "ever use" of talc was found in case-control studies (OR = 1.35; 95% CI = 1.27, 1.42), but not cohort studies (OR 1.06; 95% CI = 0.90, 1.25). However, cohort studies did find an association between talc use and invasive serous ovarian cancer (OR = 1.25; 95% CI = 1.01, 1.55).

The authors stated that case-control studies are preferred in this situation because statistical power is easier to obtain with the larger number of ovarian cancer cases and controls and the lengthy follow-up necessary for a prospective study is not required. I agree. The authors determined that perineal talc use is associated with a 24%–39% increased risk of ovarian cancer that is suggestive of a causal association. (Penninkilampi and Eslick 2017).

**Summary of Epidemiological Evidence**

When looking at epidemiological studies in their totality, the data demonstrates a consistent, replicated, and statistically significant increased risk of developing epithelial ovarian cancer with perineal talcum powder use. Invasive serous carcinoma is the most commonly associated histologic subtype. The risk elevation is 20-60%. This risk is stable among case-control studies, one cohort study, and all meta-analyses/pooled analyses over several decades. Recall and confounding bias in case-control studies appear to have minimal impact. (Penninkilampi and Eslick 2018; Langseth et al. 2008). There appears to be no significant publication bias. (Berge et al. 2017; Penninkilampi and Eslick 2018). Meta-analysis is the most reliable and scientifically valid epidemiological methodology in this setting - the evaluation of the association of talcum powder usage with ovarian cancer risk

8

## VI.      ASBESTOS AND OTHER CONSTITUENTS OF TALCUM POWDER

Asbestos is one of the most potent carcinogens known. All forms of asbestos (chrysotile, crocidolite, amosite, tremolite, actinolite, and anthophyllite) are carcinogenic to humans. (IARC 2012) The conclusions reached by International Agency for Research on Cancer (IARC) about asbestos and its carcinogenic risks apply to these six types of asbestos wherever they are found, and *includes talc containing asbestiform fibres* (fibrous talc). (IARC 2012).  Asbestos was first linked to pulmonary mesothelioma in 1935 (Gloyne 1935) and has been known to be an etiologic factor for ovarian cancer since 1965. (J. Graham and Graham 1967).

According to IARC, asbestos causes mesothelioma of the lung, larynx, *and ovary*. Based on multiple positive cohort mortality studies of women with heavy occupational exposure to asbestos, IARC's Working Group determined there is a causal association between asbestos exposure and ovarian cancer. (IARC 2012).

The scientific literature, Johnson and Johnson testing results and documents, and testing results of Dr. William Longo and Dr. Mark Rigler have demonstrated that talcum powder products, including Johnson's Baby Powder and Shower to Shower, may contain asbestos. (Cralley et al. 1968; Rohl et al. 1976; Lockey 1981; Paoletti et al. 1984; Blount 1991; Werner 1982; "Deposition of Alice M. Blount, Ph.D., Circuit Court of the City of St. Louis State of Missouri, Case No.: 1522-CC10417-01" 2018; Exhibit 28, Deposition of John Hopkins, Ph.D., MDL No. 2378, 2018; Exhibit 47, Deposition of Julie Pier, MDL 2738, 2018).

The IARC 2012 Monograph on asbestos states, "consumer products (e.g., cosmetics, pharmaceuticals) are the primary source of exposure to talc for the general population. Inhalation and *dermal contact* (i.e., through perineal application of talcum powders) are the primary routes of exposure."(IARC 2012).

Asbestos exposure is known to cause ovarian cancer; its presence in Johnson and Johnson talcum powder products contributes to the carcinogenicity of the products through an established mechanism of inflammation, DNA damage, and genetic alterations. Asbestos fibers may directly induce DNA damage mediated by reactive oxygen species. Asbestos fibers have also been shown to physically interfere with the mitotic apparatus, which may result in aneuploidy or polyploidy, and specific chromosomal alterations characteristic of asbestos-related cancer. In addition, persistent inflammation and macrophage activation can secondarily generate additional reactive oxygen species and reactive nitrogen species that can indirectly induce genotoxicity in addition to activation of intracellular signaling pathways, resistance to apoptosis, stimulation of cell proliferation, induction of epigenetic alterations, and activation of oncogenes/inactivation of tumor suppressor genes. (IARC 2012; Kane et al. 1996; Mossman 2018; Shukla et al. 2009; M. C. Jaurand 1997, 1989; M. Jaurand 1991)

In addition to asbestos, talcum powder products have been shown to contain fibrous talc, nickel, and chromium.   These are Group 1 carcinogens according to IARC. The inflammatory mechanism for carcinogenesis described by IARC is similar to that described for asbestos and talcum powder. These products also contain cobalt which is a Group 2b carcinogen according to

9

IARC (possibly carcinogenic), defined previously in this report.(W. E. Longo and Rigler 2018; Exhibit 47, Deposition of Julie Pier, MDL 2738, 2018)

I have also seen the list of "fragrance chemicals" added to Johnson's Baby Powder and Shower to Shower products, as well as the expert report of Dr. Michael Crowley. Many of these chemicals are known to be irritants, toxins, and carcinogens. Some have been shown to be harmful to the reproductive organs and function. These chemicals would be expected to accompany the talcum powder as it migrates or is transported through the genital tract to the fallopian tubes and ovaries. At least some of these chemicals would also be expected to be absorbed through the vaginal mucosa. These chemicals likely contribute to the inflammatory properties, toxicity, and carcinogenicity of these talcum powder products.

The presence of these constituents provides support for the mechanism for the increased risk seen in the epidemiological studies.

## VII.   MIGRATION AND TRANSPORT OF TALC THROUGH THE GENITAL TRACT

In the adult female, the peritoneal cavity communicates with the outside via the fallopian tubes, uterus, and vagina. It is universally accepted in the gynecologic community that substances migrate and/or be transported in both directions.  Evidence to support this includes, but is not limited to:

1.   Sperm: Sperm move more quickly through the genital tract than would be predicted from innate motility, indicating a transport mechanism. In addition, dead sperm and inanimate sperm particles (lacking flagella) are efficiently transported upwards through the uterus and tubes. (Jones and Lopez 2006).  This process involves directed uterine contractility that has been confirmed through research of intrauterine pressure measurements. (Kissler et al. 2004).

2.   Carbon particles: Inert carbon particles were placed in the posterior vaginal fornix and observed in the fallopian tubes 28 and 34 minutes later (2 out of 3 patients tested). This research confirmed that sperm motility is not the chief factor in transport and that contractions of the uterus are likely involved in process of migration/transport of particles through the genital tract. (Egli and Newton 1961).

3.   Retrograde menstruation: The transport of menstrual flow into the peritoneal cavity was first proposed by Sampson in 1927 and is now well-established as the mechanism for endometriosis initiation. The prevalence of retrograde menstruation has been described in 90% of investigated women.  (Blumenkrantz et al. 1981; Halme et al. 1984).

4.   Particulate radioactive material: Particulate radioactive material was placed in the posterior vaginal fornix. Twenty four hours later, radioactive material was present in the adnexa separate from the uterus in 2/3 of cases  The authors concluded that the transit of particles from the vagina to the peritoneal cavity and the ovaries "is probably the same

10

for many chemical substances used for hygienic, cosmetic, or medicinal purposes, many of which may have potential carcinogenic or irritating properties . . . migration of certain chemical substances could play an important aetiological role in gynaecological diseases and especially in carcinoma of the ovary." (Venter and Iturralde 1979).

5.  "Uterine peristaltic pump": Rapid and sustained sperm transport from the cervix to the fallopian tube is provided by uterine peristaltic contractions that can be visualized by vaginal sonography. (Kunz 1997; Zervomanoklakis et al. 2007).

6.  Glove powder: Studies have demonstrated retrograde migration of starch after gynecological examination with powdered gloves. The authors concluded that: "Consequently, powder or any other potentially harmful substances that can migrate from the vagina should be avoided." (Sjösten, Ellis, and Edelstam 2004).

7.  Talc:  Studies have documented the presence of talc particles in the adnexa, ovaries, and peritoneum.  The authors of these studies have concluded that this occurs as a result of migration of talc particles from the vagina through the cervix, uterus, and fallopian tubes. (Henderson et al. 1971; D. W. Cramer 1999; Heller et al. 1996). Talc has also been noted in pelvic lymph nodes which could also occur through migration, absorption, or inhalation with transport through the lymphatic system. (Cramer et al. 2007).

The migration of particles, including talc, asbestos and other constituents of talcum powder products, from the vagina to the upper genital tract (tubes and ovaries) is a key element in the mechanism by which talcum powder products cause ovarian cancer.  The evidence supporting this process is robust and universally accepted by the medical community.[6]  (FDA Citizens Petition response) I have considered the limited evidence to the contrary and find it non-persuasive.

In addition to perineal application resulting in migration and transport of particles through the genital tract, inhalation of these particles is another recognized route of exposure.  (IARC 2012; W. E. Longo, Rigler, and Egeland 2017; Steiling et al. 2018; Daniel W. Cramer et al. 2007) With either of these routes, talcum powder components can also be directly absorbed into the lymphatic system and bloodstream.

## VIII.   INFLAMMATION AND MOLECULAR BASIS FOR CARCINOGENESIS OF TALCUM POWDER PRODUCTS

The link between inflammation and cancer has been recognized since the 1800s. Inflammation and oxidative stress increase the risk of cancer, including ovarian cancer.  It has been known since the 1940's that talc increases inflammation. (Balkwill and Mantovani 2001; Eberl and George 1948).

---

[6] FDA states that the "potential for particulates to migrate from the perineum and vagina to the peritoneal cavity is indisputable.

There is an increased risk of malignancy with many inflammatory processes, including infection, autoimmune diseases, hypoxia, and chemical and physical agents (including talc and asbestos).

1. Virchow noted inflammatory cells (leukocytes) in neoplastic tissue as early as 1863.
2. Both tumor cells and inflammatory cells produce cytokines and chemokines which can contribute to cancer growth and spread.
3. Cytokines from inflammation/oxidative stress can influence multiple steps of the neoplastic process: survival, growth, mutation, proliferation, differentiation, and movement of cells.  (Balkwill and Mantovani 2001; Reuter et al. 2010; Crusz and Balkwill 2015; Kiraly et al. 2015).  Below are examples of inflammatory cytokines and their influence on cancer:
    a. Tumor necrosing factor (TNF) can induce reactive oxygen (nitric oxygen (NO)) which can cause DNA damage.  DNA damage can also occur by inhibiting cytochrome p450.
    b. Migration inhibitory factor (MIF) can inhibit the activity of p53 which is a tumor suppressor.
    c. IL-6, IL-1, IL-8 are all known to stimulate tumor cell proliferation and survival.
    d. Multiple inflammatory cytokines (TNF, IL-1, IL-6, TGF beta 1) can stimulate angiogenesis.
    e. TNF and IL-1 stimulate adhesion to promote invasion and metastasis of cancer cells.
4. Inflammation/oxidative stress affects all phases of cancer development and growth and is implicated in pathogenesis of ovarian cancer. This leads to decreased apoptosis and increased anaerobic metabolism.  Anaerobic metabolism leads to an acidic state which facilitates cancer growth. (G. Saed 2017; G. M. Saed et al. 2010; Jiang et al. 2011; Shan and Liu 2009; Freedman et al. 2004)
5. Talcum powder causes inflammation/oxidative stress both *in vitro* and *in vivo* (in both animal and human tissues).  (Eberl and George 1948; Graham and Jenkins 1952; Hamilton et al. 1984; Buz'Zard and Lau 2007; Shukla et al. 2009; G. Saed 2017; G. M. Saed et al. 2010; G. Saed 2017; Fletcher, Nicole, Memaj, Ira, and Saed, Ghassan 2018; N. Fletcher and Saed 2018, 2018; N. M. Fletcher et al. 2017, 2011; "NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)(NonAsbestiform) in F344/N.Rats and B6C3Fl Mice (Inhalation Studies)" 1993; Keskin et al. 2009).
6. In a recently reported abstract, Harper and Saed describes induction gene point mutations after talcum powder exposure, corresponding to known specific single nucleotide polymorphisms (SNPs) in normal and ovarian cancer cells.  These SNPs alter the activities of key oxidant enzymes and enhance the pro-oxidant state.  (Harper and Saed 2019).  This process of gene mutation is part of the carcinogenic cascade initiated by inflammation.
7. Although the literature is still somewhat contradictory, aspirin and other non-steroidal anti-inflammatory drugs have been shown to prevent and treat certain types of cancer, particularly colorectal.(Trabert et al. 2019; Rayburn, Ezell, and Zhang 2009; Chan et al. 2005).

12

Inflammation/oxidative stress has been well established as a significant factor in the development of cancer, including ovarian cancer.  Inflammation/oxidative stress facilitates cancer growth at multiple steps.  Inflammation/oxidative stress is an early step in the molecular pathway by which talc causes ovarian cancer.[7]

## IX.   CORNSTARCH

Since 1948 with a publication from Johnson & Johnson's, own laboratory, it has been clear that starch is a safer alternative to talc for use on surgical gloves.  Starch, unlike talc, is not an irritant and can be absorbed readily. (Eberl and George 1948).

A review paper by Whysner and Mohan in 2000 evaluated the available literature regarding the effects of cornstarch in the peritoneal cavity, comparing the potential risk of ovarian cancer with cornstarch versus talc.  Unlike talc, the authors noted that 1) cornstarch is capable of being removed by physiologic processes from the peritoneal cavity, 2) cornstarch contains no asbestos, and 3) epidemiologic studies reviewed found no relationship between cornstarch powder use and ovarian cancer. The authors concluded that any increased risk for ovarian cancer as a result of perineal exposure to cornstarch was biologically implausible. (Whysner and Mohan 2000).

## X.   DETERMINING WHETHER A RISK FACTOR IS CAUSATIVE

Although Bradford Hill factors are primarily an epidemiologic tool, the general principles provide a framework for clinical doctors to assess whether diseases like cancer can be caused by a particular agent, condition, or practice. These considerations are the same as those that I apply regularly, both in my clinical practice and research.

The factors as described by Bradford Hill are:

1. Strength (effect size): A small association does not mean that there is not a causal effect, though the larger the association, the more likely that it is causal.
2. Consistency (reproducibility): Consistent findings observed by different persons in different places with different samples strengthens the likelihood of an effect.
3. Specificity: Causation is more likely if there is a specific disease with no other likely explanation. Most frequently used example is a specific bacterium causing a particular disease (e.g. M. tuberculosis causes TB and T. pallidum causes syphilis). The more specific an association between a factor and an effect is, the bigger the probability of a causal relationship, but this is not necessarily required.

---

[7] Richard Zazenski, Director Product Safety for Luzenac, states in an email to Bill Ashton, on September 30, 2004: "I came across this paper this morning published in the April, 2004 journal "Human Reproduction", an official journal of the European Society for Human Reproduction and Embryology. It offers some compelling evidence **in support of the** 'migration' hypothesis. Combine this 'evidence' with the theory that talc deposition on the ovarian epithelium initiates epithelium inflammation – which leads to epithelium carcinogenesis – and you have a potential formula for NTP classifying talc as a causative agent in ovarian cancer." (IMERYS137677-IMERYS137690).

13

4.  Temporality (and Latency): The effect must occur after the cause (and if there is an expectant delay between the cause and expected effect, then the effect must occur after that delay).

5.  Biological gradient (Dose-response): Greater exposure should generally lead to greater incidence of the effect. There may also be a minimum level of exposure necessary (threshold). As a general principle of pharmacology and toxicology, the likelihood of a response increases with longer and more frequent exposure to an agent (dosage). (Klaassen and Doull 2013).

6.  Plausibility: A plausible mechanism between cause and effect is helpful (but Hill noted that knowledge of the mechanism can be limited by current knowledge). Knowledge and an understanding of the biological mechanisms changes over time.

7.  Coherence: Coherence between epidemiological and other research data/findings increases the likelihood of an effect. Coherence is the idea that an alleged association should not conflict with substantive knowledge that exists regarding the disease at issue.

8.  Experiment: "Occasionally it is possible to appeal to experimental evidence". This factor often refers to support from animal and clinical research with sound methodology. Has there been an attempt to collect data to analyze a cause and effect relationship? Do studies use controls when feasible? Are experiments reproducible? Are there ethical limitations?

9.  Analogy: The effect of similar factors may be considered. All the rules relating to scientific methodology must be employed at each stage of the analogy. (Fedak et al. 2015).

I considered these aspects of a causal relationship in determining whether talcum powder products cause ovarian cancer.

**Strength**

Overall the studies show a 1.3-1.4 odds ratio of increased risk of ovarian cancer among perineal talc users. The most recent and most complete meta-analysis determined an odds ratio of 1.31 with any perineal talc use and the development of ovarian cancer. An association with ever use of talc was found in case-control studies (OR = 1.35), but not cohort studies (OR = 1.06). However, cohort studies found an association between talc use and invasive serous type ovarian cancer (OR = 1.25). (Penninkilampi and Eslick 2018).

If invasive serous ovarian cancer is considered exclusively, the association is even stronger.

In general, many of the studies are well conducted, numerous and consistent, making the strength of the association valid.  When looking at causation of a relatively rare disease like ovarian cancer, this magnitude of risk is statistically and clinically significant and not unusual. With ovarian cancer, a disease which is difficult to diagnose and deadly, any preventable risk factor (talcum powder) should be deemed critically important and avoided.

**Consistency**

14

The magnitude of risk has been consistent over three decades, across various geographic populations and throughout the United States, Canada, and Australia. Results are generally consistent across case-control, meta-analysis, and pooled analysis studies. (Penninkilampi and Eslick 2018). I deemed the consistency and replication of the studies to be important in my causation analysis.

**Specificity**

The most compelling disease associated with talcum powder use is epithelial ovarian cancer, therefore specificity for a disease is demonstrated.

**Temporality**

Exposure to talcum powder and the resultant development of ovarian cancer meets the temporality consideration that the outcome follows the event. The average latency period between exposure to talc and diagnosis of ovarian cancer is at least twenty years. This is consistent with other cancers known to be caused by chemicals and/or toxins. (Purdie et al. 2003; Okada 2007)

**Biologic Gradient (Dose-response)**

Exposure is difficult to quantify with talcum powder applications with regard to how much is used, where it is concentrated, and how much actually reaches the tubes and ovaries; Many of the studies did not obtain the necessary information to evaluate dose response and lacked adequate power to assess dose-response accurately. Despite the lack of sufficient information in many studies, recent meta-analyses/pooled study and a case-control studies do show a dose response, using frequency and duration of use as parameters. (Penninkilampi and Eslick 2018; Cramer et al. 2016; Schildkraut et al. 2016; Terry et al. 2013; A. H. Wu et al. 2015). Modern medicine also recognizes that a monotonic dose-response curve is often overly simplistic (e.g. asbestos demonstrates a threshold rather a linear dose-response). Response can vary based on unique characteristics of the given population, exposure routes, molecular endpoints, individual susceptibility and synergistic or antagonistic effects of cumulative exposures. (Fedak et al. 2015). Given the limitations of the data, I consider this a less important factor when compared to the strength of the association, consistency, and the biological mechanism.

**Plausibility**

The general mechanism by which talcum powder products cause ovarian cancer is established as an inflammation-induced process. It is well-accepted that particles reach the fallopian tubes and ovaries through migration/transport through the genital tract. These particles can also reach the pelvic organs through inhalation. The particles elicit an inflammatory tissue response and initiate a cascade of events and pathways at the cellular level that result in cancer formation. This process is well-described by the medical and scientific community. In addition, as previously discussed in this report, various components of talcum powder products, including asbestos and fibrous talc, are known carcinogens and known to cause cancer by similar mechanisms.

15

**Coherence**

The findings and conclusions from epidemiological, animal, and in vitro studies are coherent with what is known about ovarian cancer. There is also consistency with what is known about other gynecological malignancies and other cancers induced by environmental and occupational exposures.

**Experiment**

Causation of ovarian cancer by talcum powder is supported by laboratory (*in vitro* and *in vivo*) experiments.  Research is ongoing which will further elucidate specific processes.

Prospective randomized controlled clinical trials to evaluate talcum powder products and their relationship to ovarian cancer are not feasible for a variety of ethical and methodological reasons. These include the recognized toxicity of talc, asbestos, and other constituents of talcum powder, the absence of therapeutic benefit, the long latency period, and the seriousness of ovarian cancer.

**Analogy**

As with consistency, plausibility, and coherence, the association between talcum powder and ovarian cancer is analogous to other diseases caused by various and specific carcinogens. For example, smoking causes lung cancer, asbestos causes mesothelioma and ovarian cancer, sun exposure causes skin cancer, and HPV causes cervical cancer. All of these cancers are the result of an inflammatory process initiated by a foreign agent.

## XI.    SUMMARY OF OPINIONS

The opinions in this report are provided to a reasonable degree of medical and scientific certainty.  A summary of these opinions follows:

1. Based on epidemiological studies, the established biological mechanism, and evidence of the presence of asbestos and other known carcinogens, talcum powder products cause epithelial ovarian cancer in some women.  The genital use of talcum powder products presents a significant risk factor for ovarian cancer for *all* women who use the products.
2. When looking at epidemiological studies in their totality, the data demonstrates a consistent, replicated, and statistically significant increased risk of developing epithelial ovarian cancer with perineal talcum powder use.
3. Asbestos is one of the most potent human carcinogens and known to cause ovarian cancer. The presence of asbestos in talcum powder products contributes to their carcinogenicity. In addition, other known constituents of talcum powder products (including nickel, chromium, and cobalt) are carcinogenic and their presence likely contributes to the cancer-causing properties of talcum powder products.

16

4.  The extensive number of fragrance chemicals added to the talcum powder products likely contributes to the inflammatory properties, toxicity, and carcinogenicity of these products.

5.  The migration/transport of particles, including talc and asbestos, to the upper genital tract (tubes and ovaries) is a key element in the mechanism by which talcum powder products cause ovarian cancer.  The evidence supporting migration is robust and universally accepted by the gynecologic community. In addition to perineal application resulting in migration and transport of particles through the genital tract, inhalation of these particles is another recognized route of exposure.

6.  Inflammation/oxidative stress is an early and essential lstep in the molecular process by which talcum powder products cause ovarian cancer.

7.  Cornstarch is a safer alternative to talcum powder.

8.  Talcum powder use is a preventable causative risk factor for EOC.

Based on my education, training, experience and expertise in ovarian and other gynecologic cancers, review of the totality of the evidence, analysis and weighing the data in the context of Bradford Hill, it is my professional opinion that talcum powder products cause epithelial ovarian cancer in some women.  The use of talcum powder products presents a significant risk factor for ovarian cancer in *all* women who use the products.

I reserve the right to amend or modify the report as new information becomes available.

I have not testified in litigation over the previous 4 years. I am charging $600 per hour for my work on this matter.

17

## References

Balkwill, Fran, and Alberto Mantovani. 2001. "Inflammation and Cancer: Back to Virchow?" *The Lancet* 357 (9255): 539–45. https://doi.org/10.1016/S0140-6736(00)04046-0.

Berge, Wera, Kenneth Mundt, Hung Luu, and Paolo Boffetta. 2017. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention*, January, 1. https://doi.org/10.1097/CEJ.0000000000000340.

Blount, A M. 1991. "Amphibole Content of Cosmetic and Pharmaceutical Talcs." *Environmental Health Perspectives* 94 (August): 225–30.

Blumenkrantz, M. J., N. Gallagher, R. A. Bashore, and H. Tenckhoff. 1981. "Retrograde Menstruation in Women Undergoing Chronic Peritoneal Dialysis." *Obstetrics and Gynecology* 57 (5): 667–70.

Buz'Zard, Amber R., and Benjamin H. S. Lau. 2007. "Pycnogenol Reduces Talc-Induced Neoplastic Transformation in Human Ovarian Cell Cultures." *Phytotherapy Research: PTR* 21 (6): 579–86. https://doi.org/10.1002/ptr.2117.

Caldwell, Carlyle G., White Thomas Aubrey, William L. George, and James J. Eberl. 1953. Medical dusting powder. United States US2626257A, filed May 21, 1952, and issued January 20, 1953. https://patents.google.com/patent/US2626257A/en?q=medical&q=dusting+powder&oq=medical+dusting+powder.

Chan, Andrew T., Edward L. Giovannucci, Jeffrey A. Meyerhardt, Eva S. Schernhammer, Gary C. Curhan, and Charles S. Fuchs. 2005. "Long-Term Use of Aspirin and Nonsteroidal Anti-Inflammatory Drugs and Risk of Colorectal Cancer." *JAMA* 294 (8): 914–23. https://doi.org/10.1001/jama.294.8.914.

Chen, F., K. Gaitskell, M. J. Garcia, A. Albukhari, J. Tsaltas, and A. A. Ahmed. 2017. "Serous Tubal Intraepithelial Carcinomas Associated with High-Grade Serous Ovarian Carcinomas: A Systematic Review." *BJOG: An International Journal of Obstetrics and Gynaecology* 124 (6): 872–78. https://doi.org/10.1111/1471-0528.14543.

Chen, L-M, et al. 2018. "Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum: Epidemiology and Risk Factors - UpToDate." 2018. https://www.uptodate.com/contents/epithelial-carcinoma-of-the-ovary-fallopian-tube-and-peritoneum-epidemiology-and-risk-factors?search=Epithelial%20carcinoma%20of%20the%20ovary,%20fallopian%20tube,%20and%20peritoneum:%20Epidemiology%20and%20risk%20factors&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

Cralley, L. J., M. M. Key, D. H. Groth, W. S. Lainhart, and R. M. Ligo. 1968. "Fibrous and Mineral Content of Cosmetic Talcum Products." *American Industrial Hygiene Association Journal* 29 (4): 350–54. https://doi.org/10.1080/00028896809343015.

Cramer, D. W. 1999. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics and Gynecology* 94 (1): 160–61.

Cramer, D. W., W. R. Welch, R. E. Scully, and C. A. Wojciechowski. 1982. "Ovarian Cancer and Talc: A Case-Control Study." *Cancer* 50 (2): 372–76.

Cramer, Daniel W., Allison F. Vitonis, Kathryn L. Terry, William R. Welch, and Linda J. Titus. 2016. "The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." *Epidemiology (Cambridge, Mass.)* 27 (3): 334–46. https://doi.org/10.1097/EDE.0000000000000434.

Cramer, Daniel W., William R. Welch, Ross S. Berkowitz, and John J. Godleski. 2007. "Presence of Talc in Pelvic Lymph Nodes of a Woman with Ovarian Cancer and Long-Term Genital Exposure to Cosmetic Talc." *Obstetrics and Gynecology* 110 (2 Pt 2): 498–501. https://doi.org/10.1097/01.AOG.0000262902.80861.a0.

Crusz, Shanthini M., and Frances R Balkwill. 2015. "Inflammation and Cancer: Advances and New Agents." *Nature Reviews Clinical Oncology* 12 (October): 584–96. https://doi.org/1l0.1038/nrclinonc.2015.105.

Curtis D. Klaassen, and John Doull. 2013. *Casarett and Doull's Toxicology : The Basic Science of Poisons*. 8th Edition. McGraw-Hill Education. https://www.ncbi.nlm.nih.gov/nlmcatalog/101586259.

"Deposition of Alice M. Blount, Ph.D., Circuit Court of the City of St. Louis State of Missouri, Case No.: 1522-CC10417-01." 2018.

Eberl, J. J., and W. L. George. 1948. "Comparative Evaluation of the Effects of Talcum and a New Absorbable Substitute on Surgical Gloves." *American Journal of Surgery* 75 (3): 493–97.

Egli, G. E., and M. Newton. 1961. "The Transport of Carbon Particles in the Human Female Reproductive Tract." *Fertility and Sterility* 12 (April): 151–55.

"Exhibit 28, Deposition of John Hopkins, Ph.D., In Re: Talcum Powder Prod. Liab. Litig., MDL No. 2378." 2018.

"Exhibit 47, Deposition of Julie Pier, In Re: Talcum Powder Prod. Liab. Litig., MDL 2738." 2018.

Fedak, Kristen M., Autumn Bernal, Zachary A. Capshaw, and Sherilyn Gross. 2015. "Applying the Bradford Hill Criteria in the 21st Century: How Data Integration Has Changed Causal Inference in Molecular Epidemiology." *Emerging Themes in Epidemiology* 12 (14). https://doi.org/10.1186/s12982-015-0037-4.

Fletcher, Nicole M., Jimmy Belotte, Mohammed G. Saed, Ira Memaj, Michael P. Diamond, Robert T. Morris, and Ghassan M. Saed. 2017. "Specific Point Mutations in Key Redox Enzymes Are Associated with Chemoresistance in Epithelial Ovarian Cancer." *Free Radical Biology and Medicine* 102: 122–32. https://doi.org/10.1016/j.freeradbiomed.2016.11.028.

Fletcher, Nicole M., Zhongliang Jiang, Rouba Ali-Fehmi, Nancy K. Levin, Jimmy Belotte, Michael A. Tainsky, Michael P. Diamond, Husam M. Abu-Soud, and Ghassan M. Saed. 2011. "Myeloperoxidase and Free Iron Levels: Potential Biomarkers for Early Detection and Prognosis of Ovarian Cancer." *Cancer Biomarkers* 10: 267–75. https://doi.org/10.3233/CBM-2012-0255.

Fletcher, Nicole, Memaj, Ira, and Saed, Ghassan. 2018. "Talcum Powder Enhances Oxidative Stress in Ovarian Cancer Cells." *Reproductive Sciences*, February. https://doi.org/10.1177/1933719118759999.

Fletcher, NM, and GM Saed. 2018. "Talcum Powder Enhances Cancer Antigen 125 Levels in Ovarian Cancer Cells." *Presented at the 65th Meeting of the Society for Reproductive Investigation, San Diego, California.*

Folkins, Ann K., Elke A. Jarboe, Jonathan L. Hecht, Michael G. Muto, and Christopher P. Crum. 2018. "Chapter 24 - Assessing Pelvic Epithelial Cancer Risk and Intercepting Early Malignancy." In *Diagnostic Gynecologic and Obstetric Pathology (Third Edition)*, 844–64. Philadelphia: Content Repository Only! https://doi.org/10.1016/B978-0-323-44732-4.00024-8.

19

Freedman, Ralph S, Michael Deavers, Jinsong Liu, and Ena Wang. 2004. "Peritoneal Inflammation – A Microenvironment for Epithelial Ovarian Cancer (EOC)." *Journal of Translational Medicine* 2 (23). https://doi.org/10.1186/1479-5876-2-23.

Gates, Margaret A., Bernard A. Rosner, Jonathan L. Hecht, and Shelley S. Tworoger. 2010. "Risk Factors for Epithelial Ovarian Cancer by Histologic Subtype." *American Journal of Epidemiology* 171 (1): 45–53. https://doi.org/10.1093/aje/kwp314.

Gertig, D. M., D. J. Hunter, D. W. Cramer, G. A. Colditz, F. E. Speizer, W. C. Willett, and S. E. Hankinson. 2000. "Prospective Study of Talc Use and Ovarian Cancer." *Journal of the National Cancer Institute* 92 (3): 249–52.

Gloyne, S. R. 1935. "Two Cases of Squamous Carcinoma of the Lung Occurring in Asbestosis." *Tubercle* 17: 5–10.

Gonzalez, Nicole L., Katie M. O'Brien, Aimee A. D'Aloisio, Dale P. Sandler, and Clarice R. Weinberg. 2016. "Douching, Talc Use, and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 27 (6): 797–802. https://doi.org/10.1097/EDE.0000000000000528.

Graham, J., and R. Graham. 1967. "Ovarian Cancer and Asbestos." *Environmental Research* 1 (2): 115–28.

Graham, and Jenkins. 1952. "Value of Modified Starch as a Substitute for Talc." *Lancet (London, England)* 1 (6708): 590–91.

Gurowitz, M. 2007. "The Birth of Our Baby Products." April 30, 2007. https://www.kilmerhouse.com/2007/04/the-birth-of-our-baby-products.

Halme, J., M. G. Hammond, J. F. Hulka, S. G. Raj, and L. M. Talbert. 1984. "Retrograde Menstruation in Healthy Women and in Patients with Endometriosis." *Obstetrics and Gynecology* 64 (2): 151–54.

Hamilton, T. C., H. Fox, C. H. Buckley, W. J. Henderson, and K. Griffiths. 1984. "Effects of Talc on the Rat Ovary." *British Journal of Experimental Pathology* 65 (1): 101–6.

Harper, Amy K, and Ghassan Saed. 2019. ""Talc Induces a pro-Oxidant State in Normal and Ovarian Cancer Cells through Genetic Point Mutations in Key Redox Enzymes," Accepted for Presentation at SGO Meeting."

Heller, D. S., C. Westhoff, R. E. Gordon, and N. Katz. 1996. "The Relationship between Perineal Cosmetic Talc Usage and Ovarian Talc Particle Burden." *American Journal of Obstetrics and Gynecology* 174 (5): 1507–10.

Henderson, W. J., C. A. Joslin, A. C. Turnbull, and K. Griffiths. 1971. "Talc and Carcinoma of the Ovary and Cervix." *The Journal of Obstetrics and Gynaecology of the British Commonwealth* 78 (3): 266–72.

Houghton, Serena C., Katherine W. Reeves, Susan E. Hankinson, Lori Crawford, Dorothy Lane, Jean Wactawski-Wende, Cynthia A. Thomson, Judith K. Ockene, and Susan R. Sturgeon. 2014. "Perineal Powder Use and Risk of Ovarian Cancer." *Journal of the National Cancer Institute* 106 (9). https://doi.org/10.1093/jnci/dju208.

Hunn, Jessica, and Gustavo C. Rodriguez. 2012. "Ovarian Cancer: Etiology, Risk Factors, and Epidemiology." *Clinical Obstetrics and Gynecology* 55 (1): 3–23. https://doi.org/10.1097/GRF.0b013e31824b4611.

IARC. 2012. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Volume 100C."

"IMERYS137677-IMERYS137690." 2004.

Jaurand, M. C. 1989. "Particulate-State Carcinogenesis: A Survey of Recent Studies on the Mechanisms of Action of Fibres." *IARC Scientific Publications*, no. 90: 54–73.

———. 1997. "Mechanisms of Fiber-Induced Genotoxicity." *Environmental Health Perspectives* 105 Suppl 5 (September): 1073–84. https://doi.org/10.1289/ehp.97105s51073.

Jaurand, MC. 1991. "Mechanisms of Fibre Genotoxicity." In *Mechanisms in Fibre Carcinogensis*. New York: Plenum Press.

Jiang, Zhongliang, Nicole M. Fletcher, Rouba Ali-Fehmi, Michael P. Diamond, Husam M. Abu-Soud, Adnan R. Munkarah, and Ghassan M. Saed. 2011. "Modulation of Redox Signaling Promotes Apoptosis in Epithelial Ovarian Cancer Cells." *Gynecologic Oncology* 122 (2): 418–23. https://doi.org/10.1016/j.ygyno.2011.04.051.

Jones, Richard E., and Kristin H. Lopez. 2006. "Human Reproductive Biology - 4th Edition Chapter 9 - Gamete Transport and Fertilization." In *Human Reproductive Biology*, Third, 159–73. San Diego: Academic Press. https://doi.org/10.1016/B978-0-12-382184-3.00009-X.

Kane, AB, P Boffetta, R Saracci, and JD Wilbourn. 1996. "Mechanisms of Fibre Carcinogenesis." IARC Scientific Publications No. 140. IARC.

Kang, N., D. Griffin, and H. Ellis. 1992. "The Pathological Effects of Glove and Condom Dusting Powders." *Journal of Applied Toxicology* 12 (6): 443–49. https://doi.org/10.1002/jat.2550120614.

Kasper, C. S., and P. J. Chandler. 1995. "Possible Morbidity in Women from Talc on Condoms." *JAMA: The Journal of the American Medical Association* 273 (11): 846–47.

Keskin, Nadi, Yasemin Aktan Teksen, Esra Gürlek Ongun, Yusuf Ozay, and Halil Saygili. 2009. "Does Long-Term Talc Exposure Have a Carcinogenic Effect on the Female Genital System of Rats? An Experimental Pilot Study." *Archives of Gynecology and Obstetrics* 280 (6): 925–31. https://doi.org/10.1007/s00404-009-1030-3.

Kiraly, Orsolya, Guanyu Gong, Werner Olipitz, Sureshkumar Muthupalani, and Bevin P. Engelward. 2015. "Inflammation-Induced Cell Proliferation Potentiates DNA Damage-Induced Mutations In Vivo." *PLoS Genetics*, February. https://doi.org/10.1371/journal.pgen.1004901.

Kissler, Stefan, Ernst Siebzehnruebl, Joachim Kohl, Anja Mueller, Nadja Hamscho, Regine Gaetje, Andre Ahr, Achim Rody, and Manfred Kaufmann. 2004. "Uterine Contractility and Directed Sperm Transport Assessed by Hysterosalpingoscintigraphy (HSSG) and Intrauterine Pressure (IUP) Measurement." *Acta Obstetricia Et Gynecologica Scandinavica* 83 (4): 369–74.

Kunz, Beil. 1997. "The Uterine Peristaltic Pump: Normal and Impeded Sperm Transport within the Female Genital Tract." *Adv Exp Med Biol* 424: 267–77.

Lancaster, Johnathan M., C. Bethan Powell, Lee-may Chen, and Debra L. Richardson. 2015. "Society of Gynecologic Oncology Statement on Risk Assessment for Inherited Gynecologic Cancer Predispositions." *Gynecologic Oncology* 136 (1): 3–7. https://doi.org/10.1016/j.ygyno.2014.09.009.

Langseth, H., S. E. Hankinson, J. Siemiatycki, and E. Weiderpass. 2008. "Perineal Use of Talc and Risk of Ovarian Cancer." *Journal of Epidemiology and Community Health* 62 (4): 358–60. https://doi.org/10.1136/jech.2006.047894.

Lockey, J. E. 1981. "Nonasbestos Fibrous Minerals." *Clinics in Chest Medicine* 2 (2): 203–18.

Longo, D. L., and R. C. Young. 1979. "Cosmetic Talc and Ovarian Cancer." *Lancet* 2 (8138): 349–51.

Longo, William E., and Mark W. Rigler. 2018. "The Analysis of Johnson & Johnson's Historical Baby Powder & Shower to Shower Products from the 1960's to the Early 1990's for Amphibole Asbestos."

Longo, William E., Mark W. Rigler, and William B. Egeland. 2017. "Below the Waist Application of Johnson & Johnson Baby Powder." MAS Project 14-1852. Materials Analytical Service, LLC.

Mallen, Adrianne R., Mary K. Townsend, and Shelley S. Tworoger. 2018. "Risk Factors for Ovarian Carcinoma." *Hematology/Oncology Clinics of North America*, September. https://doi.org/10.1016/j.hoc.2018.07.002.

McCullough, Marie. 1996. "Women's Health Concerns Prompt Condom Makers to Stop Using Talc." *Jersey Journal*, April 17, 1996, City Edition edition.

Mossman, Brooke T. 2018. "Mechanistic in Vitro Studies: What They Have Told Us about Carcinogenic Properties of Elongated Mineral Particles (EMPs)." *Toxicology and Applied Pharmacology*, July. https://doi.org/10.1016/j.taap.2018.07.018.

Narod, Steven A. 2016. "Talc and Ovarian Cancer." *Gynecologic Oncology* 141 (3): 410–12. https://doi.org/10.1016/j.ygyno.2016.04.011.

"NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)(NonAsbestiform) in F344/N.Rats and B6C3Fl Mice (Inhalation Studies)." 1993.

Okada, Futoshi. 2007. "Beyond Foreign-Body-Induced Carcinogenesis: Impact of Reactive Oxygen Species Derived from Inflammatory Cells in Tumorigenic Conversion and Tumor Progression." *International Journal of Cancer* 121 (11): 2364–72. https://doi.org/10.1002/ijc.23125.

Paoletti, L., S. Caiazza, G. Donelli, and F. Pocchiari. 1984. "Evaluation by Electron Microscopy Techniques of Asbestos Contamination in Industrial, Cosmetic, and Pharmaceutical Talcs." *Regulatory Toxicology and Pharmacology: RTP* 4 (3): 222–35.

Park, Hyo K., Joellen M. Schildkraut, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa Bondy, Sydnee Crankshaw, et al. 2018. "Benign Gynecologic Conditions Are Associated with Ovarian Cancer Risk in African-American Women: A Case–Control Study." *Cancer Causes & Control*, September. https://doi.org/10.1007/s10552-018-1082-4.

Parmley, T. H., and J. D. Woodruff. 1974. "The Ovarian Mesothelioma." *American Journal of Obstetrics and Gynecology* 120 (2): 234–41.

"PCPC_MDL00062175." 1999.

Penninkilampi, Ross, and Guy D. Eslick. 2018. "Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis." *Epidemiology (Cambridge, Mass.)* 29 (1): 41–49. https://doi.org/10.1097/EDE.0000000000000745.

"Pltf_MISC_00000272 (JANSSEN-000001-19)." 1962.

Purdie, David M., Christopher J. Bain, Victor Siskind, Penelope M. Webb, and Adèle C. Green. 2003. "Ovulation and Risk of Epithelial Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 104 (2): 228–32. https://doi.org/10.1002/ijc.10927.

Rayburn, Elizabeth R., Scharri J. Ezell, and Ruiwen Zhang. 2009. "Anti-Inflammatory Agents for Cancer Therapy." *Molecular and Cellular Pharmacology* 1 (1): 29–43. https://doi.org/10.4255/mcpharmacol.09.05.

22

Reuter, Simone, Subash C. Gupta, Madan M. Chaturvedi, and Bharat B. Aggarwal. 2010. "Oxidative Stress, Inflammation, and Cancer: How Are They Linked?" *Free Radical Biology and Medicine* 49 (11): 1603–16.

Ring, Kari L., Christine Garcia, Martha H. Thomas, and Susan C. Modesitt. 2017. "Current and Future Role of Genetic Screening in Gynecologic Malignancies." *American Journal of Obstetrics and Gynecology* 217 (5): 512–21. https://doi.org/10.1016/j.ajog.2017.04.011.

Rohl, A. N., A. M. Langer, I. J. Selikoff, A. Tordini, R. Klimentidis, D. R. Bowes, and D. L. Skinner. 1976. "Consumer Talcums and Powders: Mineral and Chemical Characterization." *Journal of Toxicology and Environmental Health* 2 (2): 255–84. https://doi.org/10.1080/15287397609529432.

Saed, Ghassan. 2017. "New Insights into the Pathogenesis of Ovarian Cancer: Oxidative Stress," September. https://doi.org/10.4172/2161-0932-C1-019.

Saed, Ghassan M., Rouba Ali-Fehmi, Zhong L. Jiang, Nicole M. Fletcher, Michael P. Diamond, Husam M. Abu-Soud, and Adnan R. Munkarah. 2010. "Myeloperoxidase Serves as a Redox Switch That Regulates Apoptosis in Epithelial Ovarian Cancer." *Gynecologic Oncology* 116 (2): 276–81. https://doi.org/10.1016/j.ygyno.2009.11.004.

Schildkraut, Joellen M., Sarah E. Abbott, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa L. Bondy, Michele L. Cote, et al. 2016. "Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES)." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25 (10): 1411–17. https://doi.org/10.1158/1055-9965.EPI-15-1281.

Shan, Weiwei, and Jinsong Liu. 2009. "Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8 (19): 3107–11. https://doi.org/10.4161/cc.8.19.9590.

Shukla, Arti, Maximilian B. MacPherson, Jedd Hillegass, Maria E. Ramos-Nino, Vlada Alexeeva, Pamela M. Vacek, Jeffrey P. Bond, Harvey I. Pass, Chad Steele, and Brooke T. Mossman. 2009. "Alterations in Gene Expression in Human Mesothelial Cells Correlate with Mineral Pathogenicity." *American Journal of Respiratory Cell and Molecular Biology* 41 (1): 114–23. https://doi.org/10.1165/rcmb.2008-0146OC.

Singh, Naveena, C. Blake Gilks, Lynn Hirschowitz, Sean Kehoe, Iain A. McNeish, Dianne Miller, Raj Naik, Nafisa Wilkinson, and W. Glenn McCluggage. 2016. "Primary Site Assignment in Tubo-Ovarian High-Grade Serous Carcinoma: Consensus Statement on Unifying Practice Worldwide." *Gynecologic Oncology* 141 (2): 195–98. https://doi.org/10.1016/j.ygyno.2015.10.022.

Sjösten, A. C. E., H. Ellis, and G. a. B. Edelstam. 2004. "Retrograde Migration of Glove Powder in the Human Female Genital Tract." *Human Reproduction* 19 (4): 991–95. https://doi.org/10.1093/humrep/deh156.

Soong, Thing Rinda, Brooke E. Howitt, Alexander Miron, Neil S. Horowitz, Frank Campbell, Colleen M. Feltmate, Michael G. Muto, et al. 2018. "Evidence for Lineage Continuity between Early Serous Proliferations (ESPs) in the Fallopian Tube and Disseminated High-Grade Serous Carcinomas." *The Journal of Pathology*, July. https://doi.org/10.1002/path.5145.

Steiling, W., J. F. Almeida, H. Assaf Vandecasteele, S. Gilpin, T. Kawamoto, L. O'Keeffe, G. Pappa, K. Rettinger, H. Rothe, and A. M. Bowden. 2018. "Principles for the Safety Evaluation of Cosmetic Powders." *Toxicology Letters*, August. https://doi.org/10.1016/j.toxlet.2018.08.011.

23

Terry, Kathryn L., Stalo Karageorgi, Yurii B. Shvetsov, Melissa A. Merritt, Galina Lurie, Pamela J. Thompson, Michael E. Carney, et al. 2013. "Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859 Controls." *Cancer Prevention Research (Philadelphia, Pa.)* 6 (8): 811–21. https://doi.org/10.1158/1940-6207.CAPR-13-0037.

Trabert, Britton, Elizabeth M. Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L. Anderson, Theodore M. Brasky, et al. 2019. "Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium." *Journal of the National Cancer Institute* 111 (2). https://doi.org/10.1093/jnci/djy100.

Venter, P. F., and M. Iturralde. 1979. "Migration of a Particulate Radioactive Tracer from the Vagina to the Peritoneal Cavity and Ovaries." *South African Medical Journal = Suid-Afrikaanse Tydskrif Vir Geneeskunde* 55 (23): 917–19.

Vineis, Paolo, Phyllis Illari, and Federica Russo. 2017. "Causality in Cancer Research: A Journey through Models in Molecular Epidemiology and Their Philosophical Interpretation." *Emerging Themes in Epidemiology* 14 (7). https://doi.org/DOI 10.1186/s12982-017-0061-7.

Vitonis, Allison F., Linda Titus-Ernstoff, and Daniel W. Cramer. 2011. "Assessing Ovarian Cancer Risk When Considering Elective Oophorectomy at the Time of Hysterectomy." *Obstetrics and Gynecology* 117 (5): 1042–50. https://doi.org/10.1097/AOG.0b013e318212fcb7.

Werner, I. 1982. "Presence of Asbestos in Talc Samples." *Atemschutzinform* 21 (5).

Whysner, J., and M. Mohan. 2000. "Perineal Application of Talc and Cornstarch Powders: Evaluation of Ovarian Cancer Risk." *American Journal of Obstetrics and Gynecology* 182 (3): 720–24.

Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, and Malcolm C. Pike. 2015. "African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 24 (7): 1094–1100. https://doi.org/10.1158/1055-9965.EPI-15-0023.

Wu, Song, Wei Zhu, Patricia Thompson, and Yusuf A. Hannun. 2018. "Evaluating Intrinsic and Non-Intrinsic Cancer Risk Factors." *Nature Communications* 9 (1): 3490. https://doi.org/10.1038/s41467-018-05467-z.

Zervomanoklakis, I, H.W. Ott, D Hadziomerovic, V. Mattle, B.E. Seeber, I. Virgolini, D. Heute, S. Kissler, G. Leyendecker, and L. Wildt. 2007. "Physiology of Upward Transport in the Human Female Genital Tract." *Annals of New York Acadamy of Sciences* 1101 (1): 1–20. https://doi.org/10.1196/annals.1389.032.

# Exhibit A

# CURRICULUM VITAE

## Judith K Wolf, MD

**PRESENT TITLE AND AFFILIATION**

**Chief Medical Officer**
**ProvistaDx**
**55 Broad St 18th Floor**
**New York, NY 0004**

**CITIZENSHIP**
United States

**OFFICE ADDRESS**
**ProvistaDx**
**55 Broad St 18th Floor**
**New York, NY 0004**

**PREVIOUS WORK EXPERIENCE**

**Chief Medical Officer**

**Vermillion, Inc**

**12117 Bee Caves Rd**

**Austin TX 78738**

**9/2014-6/2016**

**Division Chief of Surgery**

**Banner MD Anderson Cancer Center**

**2946 E Banner Gateway Dr**
**Gilbert, AZ 85235**

**6/2011-9/2014**

**Faculty**
**The University of Texas MD Anderson Cancer Center**

**1515 Holcombe Blvd**

**Houston, TX 77030**

**7/1995-6/2011**

**EDUCATION**
**Degree-Granting Education**
University of Akron, Akron, OH, BS, 1982, Natural Sciences
Northeastern Ohio Universities College of Medicine, Rootstown, OH, MD, 1986, Biomedical Science
The University of Texas Health Science Center at Houston, Houston, TX, MS, 1993, Biomedical
Sciences- Thesis, Characterization of two populations of the human ovarian cancer cell line, 2774, that
express different levels of epidermal growth factor receptor.
**Postgraduate Training**
Residency, Obstetrics and Gynecology
U.T. Health Science Center at San Antonio, San Antonio, TX, Dr. Carl J. Pauerstein
1986−1990
Fellowship, Gynecologic Surgery
University of Minnesota, Duluth, MN, Dr. Leo Twiggs
1990−1991
Fellow, Gynecologic Oncology, Department of Biology
The University of Texas MD Anderson Cancer Center, Houston, TX, Dr. J Taylor Wharton 1991−1993
Junior Faculty Associate, Gynecologic Oncology The University of Texas MD Anderson Cancer Center,
Houston, TX, Dr. J. Taylor Wharton 1993−1995

**CREDENTIALS**
**Board Certification**
American Board of Obstetrics and Gynecology, (Written Exam), 1990
American Board of Obstetrics and Gynecology: Special Qualification in Gynecologic Oncology, (Written Exam), 1996
American Board of Obstetrics and Gynecology,1997

    -Recertified 2014
American Board of Obstetrics and Gynecology: Special Qualification in Gynecologic Oncology, 2000
    -Recertified 2014


**Licensures**
**Active**
State of Arizona, AZ, 45110, 7/2011 – current
State of Indiana, IN 01074549D, 9/2014- current
State of Georgia, GA 173182 6/2014- present
**Inactive**
State of Minnesota, MN, 1/1990−1/1993
State of Texas, TX, H4856,1988−8/2012
**EXPERIENCE/SERVICE**
**Academic Appointments**

Assistant Professor, Department of Gynecologic Oncology, Division of Surgery, The University of Texas M.D. Anderson Cancer Center, Houston, TX, 1995−1999
Assistant Professor, Department of Gynecologic Oncology, Division of Surgery, The University of Texas M.D. Anderson Cancer Center, Houston, TX, 1999−2002
Associate Professor, Department of Gynecologic Oncology, Division of Surgery, The University of Texas M.D. Anderson Cancer Center, Houston, TX, 2002−8/2008
Graduate Faculty, Biomedical Sciences, Graduate School of Biomedical Sciences, The University of Texas Houston Health Science Center, Houston, TX, 2003−2011
Associate Professor, Department of Gynecologic Oncology, Blanton Davis Ovarian Cancer Research Program, The University of Texas M. D. Anderson Cancer Center, Houston, TX, 2006−8/2008
Associate Director, Department of Gynecologic Oncology, Developmental Therapeutics, The University of Texas MD Anderson Cancer Center, Houston, TX, 2006−2011
Co-Division Director, Department of Gynecologic Oncology, Division of Surgery, Baylor College of Medicine, Houston, TX, 4/2006−4/2007


Professor, Department of Gynecologic Oncology, Blanton Davis Ovarian Cancer  Research    Program, The University of Texas MD Anderson Cancer Center, Houston, TX, 2008-2011


Associate Director, Department of Gynecologic Oncology, Developmental Therapeutics, The University of Texas MD Anderson Cancer Center, Houston, TX, 2011


Division Chief, Surgical Oncology, Banner MD Anderson Cancer Center, Gilbert, AZ 6/2011-9/2014


Vice Chair, Department of Oncology Services, Banner MD Anderson Cancer Center, Gi bert, AZ 6/2011-/9-2014


Adjunct Professor, Gynecologic Oncology, University of Texas, MD Anderson Cancer Center, Houston, Texas, 2012- 2014


Clinical Professor, Division of Clinical Education, Arizona College of Osteopathic Medicine, Midwestern University, Arizona, 2012- 2014



**Administrative Appointments/Responsibilities**
**Assistant Program Director (Research),** Fellowship in Gynecologic Oncology, Division of Surgery, The University of Texas M. D. Anderson Cancer Center, Houston, TX, 1999−2004
**Medical Director**, Community Relations, Department of Gynecologic Oncology, Division of Surgery, The University of Texas MD Anderson Cancer Center, Houston, TX, 4/2008−2011
**Other Appointments/Responsibilities**

    **Member**, Felix Rutledge Society, Houston, TX, 1995-Present
        President, Felix Rutledge Society, 2008-2009
**Member**, Society of Gynecologic Oncologists, Chicago, IL, 1996−Present
**Member**, Quality and Outcomes Committee, Society of Gynecologic Oncology, 2012-Present
**Member**, Breakthrough Series; Improving Care at the End of Life, Houston, TX, 1997−2011

**Founder-Chairman**, Sprint for Life 5K Fun Run, M. D. Anderson Cancer Center, Houston, TX, 1998−Present
**Chairman**, Medical and Scientific Advisory Board, National Ovarian Cancer Coalition, Dallas, TX, 2003−Present
**President**, Houston Gynecologic & Obstetrics Society, Houston, TX, 2003−2004
        **Treasurer**, Houston Gynecologic & Obstetrics Society, Houston, TX, 1998−2000
        **Vice President**, Houston Gynecologic & Obstetrics Society, Houston, TX, 2001-
**Member**, Gynecologic Oncology Group, Philadelphia, PA, 2001−2011
**Departmental Liaison**, M D Anderson Cancer Center Women Faculty Programs, Houston, TX, 2/2010−2011
**Endowed Positions**
N/A
**Consultantships**
N/A
**Military or Other Governmental Service**
N/A
**Institutional Committee Activities**
Medical Records Committee, Member, 1995−2011
Clinical Research Committee, Member, 1997−2000
Women's Faculty Administrative Organization Steering Committee, Member, 1998−1999
Cancer Committee, Hermann Hospital, Member, 1998−2001
Search Committee, Anesthesia, Member, 1999−2000
Ovarian SPORE Executive Committee, Member, 1999−2011
Student and Trainee Resources-Clinical Fellow's Research Award, Faculty Reviewer, 1999
Cancer Therapeutics Discovery Program Grants, Reviewer, 2000−2004
Clinical Research Committee, Member, 2001−2004
Search Committee, Internal Medicine, Member, 2001
Uterine SPORE Executive Committee, Member, 2003−2011
Faculty Promotion and Tenure Committee, Division of Surgery, Member, 2003−2011
Gynecologic Oncology Surgical Research Program (GO-SRP) Committee, Member, 2004−2011
Fellowship Planning Committee, Member, 2004−2011
Blanton-Davis Ovarian Cancer Research Program Executive Committee, Member, 2004−2011
Faculty Celebration Steering Committee, Member, 2004
Gynecologic Oncology Center for Surgical Research (GOCSR), Member, 2004
Ovarian Working Group, Department of Gynecologic Oncology, Chairman, 2005−2011
Search Committee, Department of Nephrology Chair, Member, 2005
Gynecologic Oncology T32 - Program Steering Committee, Member, 2005
The University of Texas M. D. Anderson Cancer Center, Gynecologic Oncology Group (GOG), Co-Principal Investigator, 2005-2011
Faculty Celebration Gala, Chairman, 2005
Faculty Leadership Committee, Member, 2006−2011
Executive Committee of Faculty Senate, Member, 2007−2009

Faculty Senate Committee, Chair Elect, 2010−2011
        Faculty Senate Committee, Chair, 2011 – 2012
        Faculty Senate Committee, Member, 2006−2011
Gynecologic Oncology Committee for New Institute of Personalized Cancer Therapy, Head, 4/2008−2011
Award Nomination Selection Committee, 2010-2011
Clinical Research Counsel, Member, 6/2008−2011
Clinical Research Committee, Member, 7/2009−2011
Women Faculty Programs, Member, 8/2009−2011
Charitable Activities Committee Subcommittee, Member, 2010−2011
OPPE/FPPE, Department Safety Officer, 2/2010−2011
Institutional Review Board 1 (IRB1), Associate Member, 8/2010−2011
Vice Chair, Department of Oncology Services, BMDACC, 2011- 2014

BMDACC Perioperative Logistic Committee, 2011- 2014

BMDACC Surgery Committee, 2011- 2014t

BMDACC Phase II Steering Committee, 2011-2014

Relationship Committee between UT MD Anderson Cancer Center and BMDACC, 2011- 2014

BMDACC Research Faculty Guidance Committee, 2011- 2014

Banner Medical Group Knowledge Management Committee, 2012- 2014

BMDACC, Affiliate of UTMDACC for Gynecologic Oncology Group (GOG), Principal Investigator, 2012-2014

BMDACC Biospecimen Governance Committee Chair 2013- 2014

BMDACC Research Committee, Co-chair 03/2013- 2014

Banner Health Oncology Steering Committee, 5-9/2014

**HONORS AND AWARDS**
Medical Honor Society, Alpha Omega Alpha, 1986
Galloway Fellowship in Gynecologic Oncology, Memorial Sloan Kettering Cancer Center, 1989
Best Doctors in America®, 2005−2006, 2006−2007, 2007−2008, 2011, 2013

**RESEARCH**
**Grants and Contracts (past 5 years)**
**Funded**
Principal Investigator-MDACC, J. S. Blanton Research Fund, J. S. Blanton Research Fund, 1999−2011, $116,367
Principal Investigator, 10%, Gene Developmental in Ovarian Cancer, Specialized Program of Research Excellence, 2001− 2011, $50,000
Principal Investigator, Gene Therapy Development Award, W. M. Keck Center for Cancer Gene Therapy Development Award, 2001− 2011, $50,000
Principal Investigator, Texas Federation of Business Professional Women Award, Texas Federation of Business Professional Women Award, 2001− 2011, $6,337
Principal Investigator, The Ovarian Cancer Survivors Fund, Don-Ray George & Associates, 2003 − 2011, $116,126
Co-Investigator, Efficacy and Mechanism of SERMs for Recurrent / Advanced Endometrial Cancer, Molecular Progression of Endometrial Cancer, P150CA098258, Specialized Program of Research Excellence, PI - Karen H. Lu, 9/1/2003 − 8/31/2008,  $992,019
Principal Investigator-MDACC, Gynecologic Oncology Center for Surgical Research (GOCSR), Houston Jewish Community Foundation, 2004 − 2011, $50,000
Principal Investigator-MDACC, Susan G. Koch Ovarian Cancer Research Fund, Susan G. Koch, 2005 − 2011, $50,000
Co-Investigator, The University of Texas M D Anderson Cancer Center, Gynecologic Oncology Group, Gynecologic Oncology Group, PI - Robert Coleman, M.D., 2005 − 2011.
**Pending**
N/A
**Other**
N/A
**Completed**
Principal Investigator, Evaluation of the Effect and Mechanism of Action of Adenovirus-mediated Tumor Suppressor Gene Therapy of Ovarian Cancer, Gynecologic Cancer Foundation, 1998−2006, $25,000
Co-Investigator, Evaluating Fatigue and Other Symptoms of Ovarian cancer Patients with Ecological Momentary Assessment, Ovarian Cancer Research Development Award, PI - Karen Basen Engquist, Ph.D., 1999−2006, $50,000
**Not Funded**
N/A
**Protocols**
**Funded**
Principal Investigator, Evaluating Fatigue and Other Symptoms of Ovarian Cancer Patients with Ecological Momentary Assessment, ID99-, 1999, Ovarian Cancer Research Development Award
Principal Investigator, A Phase II Study of Oral Xeloda Administered Twice Daily for Fourteen Days Every Three Weeks to Patients with Advanced Ovarian, Tubal or Peritoneal Cancer Refractory to Platinum and Taxanes, GYN 00-275, 2000−2001
Co-Principal Investigator, Phase II Evaluation of Oxaliplatin In Persistent or Recurrent Squamous Cell Carcinoma of the Cervix, GOG127P, PI - Charles Levenback, 2000−2003, GOG
Principal Investigator, A Phase 1 Dose Escalation Study of Intraperitoneal E1A Lipid Complex (1:3) with Combination Chemotherapy in Women with Epithelial Ovarian Cancer, ID 99-316, 2000−2006
Co-Principal Investigator, A Phase II Evaluation of Thalidomide (NSC #66847, IND #48832) In the Treatment of recurrent or Persistent Leiomyosarcoma of the Uterus, GOG231B, PI - Diane Bodurka, 2001−2002, GOG
Co-Principal Investigator, A Phase II Multicenter Study of Oral Xeloda Administered Twice Daily for Fourteen Days Every Three Weeks to Patients with Advanced or Recurrent Cervical Cancer, GYN01-080, PI - Lois Ramondetta, M.D., 2001−2003
Collaborator, A 2-Part Phase I/II Study of Extended Field External Irradiation and Intracavitary Brachytherapy combined with Chemo (Weekly Cisplatin-Arm 1) and Amifostine (Weekly Cisplatin and Amifostine-Arm 2), RTOG-C0116, PI - Anuja Jhingran, M.D., 2001− 2011, RTOG
Principal Investigator, A Phase I/II Study to Evaluate the Maximum Biologic Dose of Pegylated-Interferon (PEG- INTRON) in Patients with Platinum Resistant Ovarian, Peritoneal, or Fallopian Tube Cancer, ID02-115, 2002−2005, $100,000, Integrated Therapeutics Group/Schering Plough
Collaborator, A Phase II Evaluation of Decetaxel and Gemcitabine Plus G-CSF in the treatment of recurrent of Persistent Leiomyosarcoma of the Uterus, GOG-0131G, PI - Lois Ramondetta, M.D., 2002−2005, GOG
Collaborator, A Phase II Evaluation of Liposomal Doxorubicin (Doxil) in the Treatment of Persistent or

Recurrent Squamous Cell Carcinoma of the Cervix, GOG 127-R, PI - Diane Bodurka, M.D., 2002−2005, GOG

Co-Principal Investigator, Phase II Study of Irofulven (IND #48914) in Patients with Refractory or Recurrent Advanced Epithelial Ovarian Cancer Using Every-Other-Week Dosing, GYN01-486, PI - Diane Bodurka, 2002−2005

Collaborator, A Phase II Evaluation of Capecitabine (NSC#712807) in the Treatment of Persistent or Recurrent Non-squamous Cell Carcinoma of the Cervix, GOG-0128G, PI - Diane Bodurka, M.D., 2002−2011, GOG

Collaborator, Treatment of Patients with Stage IB2 Carcinoma of the Cervix: A Randomized Comparison of Radical Hysterectomy and Tailored Chemo-Radiation versus Chemo-radiation, GOG0201, PI - Charles Levenback, M.D., 2003−2005, GOG

Collaborator, A Randomized Study of Tamoxifen versus Thalidomide (NSC no.66847) in Patients with Biochemical-Recurrence- Only Epthelial Ovarian Cancer of the Fallopian Tube, and Primary Peritoneal Carcinoma after First-Line Chemotherapy, GOG-0198, PI - Robert Coleman, M.D., 2003−2006, GOG

Collaborator, A Phase I/II Study of COX-2 Inh bitor, Celebrex (Celecoxib), and Chemoradiation in Patients with Locally Advanced Cervical Cancer, RTOG-C0128, PI - Patricia Eifel, M.D., 2003−2011, RTOG

Principal Investigator, A Phase I/II Study of Gleevec/Taxol in Patients with Newly Diagnosed Stage IIIC or IV or Recurrent (any stage) Uterine Papillary Serous Carcinoma (UPSC), GYN03-0177, 2003−2011, Novartis

Collaborator, A Phase III Clinical Trial of Tisseel VH Fibrin Sealant to Reduce Lymphedema Incidence after Inguinal Lymph Node Dissection Performed in the Management of Vulvar Malignancies, GOG195, PI - Pedro Ramirez, M.D., 2003−2011, GOG

Collaborator, A Phase III Randomized Clinic Trial of Laparoscopic Pelvic & Para-Aortic Node Sampling with Vaginal Hysterectomy and BSO versus Open Laparotomy with Pelvic and Para-Aortic Node Sampling and Abdominal Hysterectomy and BSO in Endometrial Adenocarcinoma and Uterine Sarcoma, GOG-LAP2, PI - Pedro Ramirez, M.D., 2003−2011, GOG

Collaborator, A Phase III Randomized Trial of Paclitaxel and Carboplatin versus Triplet or Sequential Doublet Combinations in Patients with Epithelial Ovarian or Primary Peritoneal Cancer, GOG-0182, PI - John Kavanagh, M.D., 2003−2011, GOG

Collaborator, A Randomized Phase III Study of Paclitaxel plus Cisplatin versus Vinorelbine Plus Cisplatin versus Gemcitabine Plus Cisplatin versus Topotecan Plus Cisplatin in Stage IVB, Recurrent or Persistent Carcinoma of the Cervix, GOG-0204, PI - Charles Levenback, M.D., 2003−2011, GOG

Principal Investigator, Phase I/II Study of Weekly Topotecan and Iressa in Patients with Platinum-Resistant Ovarian/Peritoneal/Fallopian Tube Cancer, 2003-0322, 2004−2007, $92,500, GlaxoSmithKline/Astra Zeneca

Principal Investigator, A Phase I/II Randomized Study of Intraperitoneal tgDCC-E1A and Intravenous Paclitaxel in Women with Platinum-Resistant Ovarian Cancer, ID02-321, 2004−2011, $365,000, Marcus Foundation Funds-UT M. D. Anderson Cancer Center

Principal Investigator, A Phase II Study of RAD001 in Patients with Recurrent Endometrial Cancer, 2004-0002 IND 69277, 2004−2011, $111,300, Novartis

Collaborator, A Randomized, Phase II Trial of Doxorubicin/Cisplatin/Paclitaxel and G-CSF versus Carboplatin/Paclitaxel in Patients with Stage III and IV or Recurrent Endometrial Cancer, GOG-0209, PI - Lois Ramondetta, M.D., 2004−2011, GOG

Mentor, Training Grant - Department of Gynecologic Oncology, Training of Academic Gynecologic Oncologists, NIH/NCI, 1 T32CA101642-01A, PI - David M. Gershenson, MD, 2005−2010, $1,535,549 ($181,757/year), NIH/NCI

Collaborator, A Limited Access Phase II Trial of Cetuximab (C225, NSC 714692) in Combination with Cisplatin (NSC #119875) in the Treatment of Advanced, Persistent, or Recurrent Carcinoma of the Cervix, GOG-0076DD, PI - Robert Coleman, M.D., 2005−2011, GOG

Principal Investigator, A Phase I Trial of Tailored Radiation Therapy with Concomitant Cetuximab (C225, NSC# 714692) and Cisplatin (NSC# 119875) in the Treatment of Patients with Cervical Cancer, GOG-9918, 2005−2011, GOG

Collaborator, A Phase II Evaluation of Pemetrexed (Alimta, LY231514, IND #40061) in the Treatment of Recurrent Carcinoma of the Cervix, GOG-0127T, PI - Charles Levenback, M.D., 2005−2011, GOG

Collaborator, A Phase II Evaluation of Thalidomide (NSC# 66847, IND# 48832) In The Treatment Of Recurrent Or Persistent Carcinosarcoma of the Uterus, GOG-0230B, PI - Lois Ramondetta, M.D., 2006−2007, GOG

Principal Investigator, A Dose-Escalating Phase I Study with an Expanded Cohort to Assess Feasibility of Intraperitoneal Carboplatin & Intravenous Paclitaxel in Patients with Previously Untreated Epithelial Ovarian, Primary Peritoneal, or Fallopian Tube Cancer, GOG-9917, 2006−2011, GOG

Collaborator, A Phase II Evaluation of Pemetrexed (Alimta, LY231514, IND #40061) in the Treatment of Recurrent or Persistent Platinum-Resistant Ovarian or Primary Peritoneal Carcinoma, GOG-0126Q, PI - Siqing Fu, M.D., 2006−2011, GOG

Co-Principal Investigator, A Phase II Study of Faslodex in Recurrent/Metastatic Endometrial Carcinoma, GOG-0188, PI - Lois Ramondetta, M.D., 2006−2011, GOG

Co-Principal Investigator, Phase III Carboplatin & Paclitaxel + Placebo vs. Carboplatin & Paclitaxel + Concurrent Bevacizumab (NSC #704865, IND # 7921) follow by Placebo, vs Carboplatin & Paclitaxel + Concurrent & Ext Bevacizumab, in Advanced Stage Epithelial Ovarian & Peritoneal Primary Cancer, GOG-0218, PI - Robert Coleman, M.D., 2006−2011, GOG

Collaborator, A Phase II Evaluation of ABI-007 (IND #55,974) in the Treatment of Persistent or Recurrent Squamous or Non Squamous Cell Carcinoma of the Cervix (Abraxis BioScience, Inc. Study #CA026) (Group B), GOG-0127V, PI - Robert Coleman, M.D., 2007−2011, GOG

Principal Investigator, Preliminary Evaluation of Femara (Letrozole) for Adjuvant Treatment After Completion of First-Line Chemotherapy for Patients with Optimally Debulked and Chemoresponsive Ovarian Cancer, IRB 2006-0689, 2007−2011, $314,989

Principal Investigator, Randomized Phase 2 Study of MLN8237, an Aurora A Kinase Inh bitor, Plus Weekly Paclitaxel or Weekly Paclitaxel Alone in Patients with Recurrent Epithelial Ovarian, Fallopian Tube, or Primary Peritoneal Cancer, Preceded by a Phase 1 Portion in Patients with Ovarian or Breast Cancer, Millennium.

**Unfunded**

Collaborator, A Phase II Study of Intravenously Administered Tirapazamine Plus Cisplatin in Subjects with Cervical Cancer, GYN96-136, PI - Charles Levenback, M.D., 1996−2004

Principal Investigator, Phase I Study of recurrent ovarian cancer Adp53, ID 97-288, 1997

Collaborator, Telomerase Testing in Peritoneal Washings from Ovarian Cancer Patients Undergoing Second Look Laparotomy, LAB98-080, PI - David Gershenson, M.D., 1998−2005

Collaborator, A Pilot Study of Transfusion of rhTPO-Derived Autologous Platelets Cryopreserved with Thromobosol and 2% DMSO in Patients with Gynecologic Malignancy Receiving Carboplatin, GYN97-310, PI - Saroj Vadhan, 1999−2004

Collaborator, Paclitaxel, Carboplatin, and Herceptin for Patients with Untreated Advanced, (Cohort A) or Recurrent Platinum-Sensitive (Cohort B) Epithelial Ovarian Cancer, Peritoneal Cancer, or Fallopian Tube Cancer, GYN99-067, PI - David Gershenson, M.D., 1999−2004

Collaborator, Paclitaxel, Carboplatin, and Herceptin for Patients with Untreated Advanced Epithelial Ovarian Cancer, Peritoneal Cancer, or Fallopian Tube Cancer, GYN99-132, PI - David Gershenson, M.D., 1999−2007

Collaborator, Feasibility of Measuring Gene Expression Patterns Using Tissue Acquisition of Primary Stage III and IV Epithelial Ovarian Cancer, Fallopian Tube, or Primary Peritoneal Cancer and Gene Expression Array Technology for Predicting Paclitaxel Chemotherapy Sensitivity and Resistance, ID00-408, PI - David Gershenson, M.D., 2000−2011

Principal Investigator, Phase II Study of Paclitaxel for Ovarian Stromal Tumors as First-Line or Second-Line Therapy, GOG-0187, 2000

Collaborator, A Phase II Study of Intraperitoneal E1A-Lipid complex for Patients with Advanced Epithelial Ovarian CX without Her-2/Neu Overexpression, ID00-306, PI - Naoto Ueno, 2001−2002

Collaborator, Phase II Study of Intraperitoneal Recombinant Human Interleukin-12 (RHIL-12) in Patients with Peritoneal Carcinomatosis (Residual Disease <1cm) Associated with Ovarian epithelial CX or Primary Peritoneal Carcinoma, ID00-232, PI - Renato Lenzi, 2001−2005

Collaborator, Feasibility Study of Intraoperative Lymphatic Mapping and Sentinel Lymph Node Identification in Patients with Endometrial Cancer, ID01-290, PI - Diane Bodurka, M.D., 2001−2006

Collaborator, A Phase II Multicenter Trial of Paclitaxel and Carboplatin in Women with Advanced (IIIb, IIIc, IVa and IVb) or Recurrent (All Stages) Mixed Malignant Mullerian Tumors (MMMT) of the Uterus, ID01-229, PI - Lois Ramondetta, M.D., 2001−2011

Collaborator, A Phase II Study: Paclitaxel and Pelvic Radiation for Stage I-IIIA Papillary Serous Carcinoma of the Endometrium, ID-418, PI - Anuja Jhingran, 2001−2011

Collaborator, Chemotherapy-Related Toxicities in Ovarian Cancer Patients: Preference Assessments of Patients, Family Members, Ancillary Staff and Gynecologic Oncologists, and Patients' Quality of Life, GYN00-409, PI - Diane Bodurka, M.D., 2001−2011

Collaborator, Clinical and Molecular Genetic Determinants of Late Complication in Patients Treated with Radiation Therapy for Cervical Cancer, LAB01-380, PI - Patricia Eifel, M.D., 2001−2011

Collaborator, Evaluating Fatigue and Other Symptoms of Ovarian Cancer Patients with Ecological Momentary Assessment, ID00-013, PI - Karen Basen-Engquist, 2001−2011

Collaborator, Phase II Study of Mifepristone (RU-486) in the Treatment of PR Positive Advanced/Recurrent Endometrial Adenocarcinoma and Low Grade Endometrial Stromal Sarcoma (LGESS), ID01-212, PI - Lois Ramondetta, M.D., 2001−2011

Collaborator, Use of the CA125 Algorithm for the Early Detection of Ovarian Cancer in Low Risk Women, ID01-022, PI - Karen Lu, 2001−2011

Co-Principal Investigator, Vacuum-Assisted Closure in the treatment of Gynecologic Oncology Wound Failures, RCR01-156, PI - Pedro Ramirez, 2002−2003

Collaborator, Phase I Trial of Concurrent Weekly CPT-11, Cisplatinum, and Radiotherapy for Patients with Newly Diagnosed Stage IIIb-IVa Cancer of the Uterine Cervix, ID02-526, PI - Pedro Ramirez, M.D., 2002−2005

Collaborator, A Phase II Study of Chemoimmunotherapy for Patients with Potentially Platinum Sensitive Müllerian (Epithelial Ovarian, Peritoneal, or Fallopian Tube) Carcinomas, ID02-231, PI - Ralph Freedman, M.D., Ph.D., 2002−2011

Collaborator, A Prevalence Study of HNPCC Gene Mutation in Women with Endometrial Cancers, ID01-533, PI - Karen Lu, M.D., 2002−2011

Collaborator, Feasibility of Measuring Gene Expression Patterns Using Tissue Acquisition of Primary Peritoneal CX and Gene Expression Array Technology for Predicting Paclitaxel Chemo Sensitive and Resistant, ID00-408, PI - David M. Gershenson, M.D., 2002−2011

Collaborator, Modulation of Putative Surrogate Endpoint Biomarkers in Endometrial Biopsies from Women with HNPCC, ID01-340, PI - Karen Lu, M.D., 2002−2011

Collaborator, The Utility and Impact of Computed Tomography and Serum CA-125 in the Management of Newly Diagnosed Ovarian Cancer, ID02-143, PI - Pedro Ramirez, M.D., 2002−2011

Co-Principal Investigator, Evaluation of Molecular Markers in Malignant Mixed Mesodermal Tumors (MMMT) of the Ovary, LAB03-0653, PI - Lois Ramondetta, M.D., 2003−2005

Co-Principal Investigator, A Phase I Study Evaluating the Safety and Tolerability of PS-341(Bortezomib) and Carboplatinum in Patients with Platinum Resistant Recurrent Ovarian Cancer, Primary Peritoneal Cancer, and Fallopian Tube Cancer, ID02-114, PI - Pedro Ramirez, 2003−2007

Collaborator, Phase III Randomized Study of TLK286 Versus Doxil/Caelix or Hycamtin as Third-Line Therapy in Platinum Refractory or Resistant Ovarian Cancer, ID03-184, PI - John Kavanagh, M.D., 2003−2007

Co-Principal Investigator, Role of Secondary Cytoreductive Surgery for Recurrent Ovarian: A 20-Year Experience, RCR03-0803, PI - Pedro Ramirez, 2003−2007

Collaborator, A Phase II Study Evaluating the Utility of Letrozole in the Treatment of Recurrent, Estrogen Receptor (ER) Positive, Epithelial Ovarian Cancer, Fallopian Tube Cancer, and Primary Peritoneal Cancer, ID02-698, PI - Pedro Ramirez, M.D., 2003−2011

Collaborator, A Pilot Study of Laparoscopic Extraperitoneal Lymph Node Dissection in Patients with Locally Advanced Cervical Cancer, ID03-0098, PI - Pedro Ramirez, M.D., 2003−2011

Collaborator, Phase 1-2a Dose-Ranging Study of TLK286 in Combination with Doxil in Platinum Refractory or Resistant Ovarian Cancer, ID02-571, PI - John Kavanagh, M.D., 2003−2011

Collaborator, Phase II Study of Letrozole in Patients with Recurrent Advanced Borderline Tumors or Low Grade Epithelial Cancers of the Ovary, Fallopian Tube and Primary Peritoneum, 2003-0486, PI - John Kavanagh, M.D., 2003−2011

Collaborator, Quality of Life and Preferences of Ovarian Cancer Patients Enrolled on a Randomized Trial of High-Dose versus Conventional Dose Chemotherapy, ID02-680, PI - Charlotte Sun, Ph.D., 2003−2011

Co-Principal Investigator, A Phase II Study of Gemcitabine and Cisplatin for Advanced or Recurrent Endometrial Cancer, 2003-0823, PI - Jubilee Brown, M. D., 2004−2011

Collaborator, Chemoradiation-Induced Nausea and Emesis: A Prospective Study to Assess Patient Preferences and Quality of Life, 200-0529, PI - Charlotte Sun, Ph.D., 2004−2011

Collaborator, The Role of Appendectomy at the Time of Tumor Reductive Surgery in Patients with Epithelial Ovarian Cancer, RCR05-0630, PI - Pedro Ramirez, M.D., 2005

Collaborator, Total Laparoscopic Radical Hysterectomy: Outcomes Evaluation, RCR05-0390, PI - Pedro Ramirez, M.D., 2005−2007

Co-Principal Investigator, A Pilot Clinical Trial with Molecular Marker Study of Chemosensitization to Carboplatin by Use of Vidaza in Platinum Resistant or Refractory Epithelial Ovarian Cancer, 2005-0009, PI - Siqing Fu, M.D., 2005−2011

Collaborator, Evaluation of Demographics and Perioperative Care of Patients Undergoing Laparoscopic Surgery for Gynecologic Malignancies: A 15-Year Experience, RCR05-0137, PI - Pedro Ramirez, M.D., 2005−2011

Collaborator, Systemic Antineoplastic Therapy in Ovarian Cancer Patients with Renal Dysfunction, RCR05-0707, PI - John Kavanagh, M.D., 2005−2011

Collaborator, A Phase I Dose Escalation Study of ABI-007 with Carboplatin as First-Line Therapy in Patients with Epithelial Ovarian, Primary Peritoneal, or Fallopian Tube Carcinoma, 2006-0405, PI - Robert Coleman, M.D., 2006−2011

Principal Investigator, Phase II Study of Cetuximab (Erbitux) in Patients with Progressive or recurrent Endometrial Cancer, 2006-0211, 2006−2011

Collaborator, A Multi-Institutional Study of Proteomic Evaluation of Epithelial Ovarian Cancer, Primary Peritoneal Cancer, and Fallopian Tube Cancer Patients in First Clinical Remission: Development of a Protein Fingerprint Profile of Relapse, 2005-0780, PI - Karen Lu, M.D., 2007−2011

Co-Principal Investigator, A Phase II, Open-Label, Non-Comparative, International, MC Study to Assess the Efficacy and Safety of KU-0059436 Given Orally Twice Daily in Patients with Advanced BRCA1-or BRCA2-Associated Ovarian Cancer, 2007-0098, PI - Karen H. Lu, M.D., 2007−2011

Collaborator, A Study of the Efficacy of MORAb-003 in Subjects with Platinum-Sensitive Epithelial Ovarian Cancer in First Relapse, 2006-0889, PI - Robert Coleman, M.D., 2007−2011

Collaborator, Phase I/II and Pharmacokinetic Study of Docetaxel Plus VEGF Trap (AVE0005, NSC #724770) In Patients with Recurrent Ovarian, Primary Peritoneal, and Fallopian Tube Cancer, 2006-0329, PI - Robert Coleman, M.D., 2007−2011

**Patents and Technology Licenses**
**Patents**
N/A
**Technology Licenses**
N/A
**Grant Reviewer/Service on Study Sections**
Review Committee on NIH CTRC, NIH, Member, Louisiana State University, 1997
AD HOC on NCI P01, NCI, Ad Hoc Member, Tulane University Health Science Center, 2004
Clinical Research Review Committee NCI, NCI, Member, Mayo Clinic, 2004
NIH-CONC Clinical Oncology Study Section Review (R01, R21), NIH, Member, Clinical Oncology Study Section Review (R01, R21), San Francisco, CA, 2004
Review Committee NCI-NIH, NIH, Member, Duke Comprehensive Cancer Center, Duke University, 2004
Review Committee on NCI-I Career Awards, NCI, Member, 2004
NCI PO1 Cluster Review, NIH, Member, Bethesda, MD, 2005
NIH-CONC Clinical Oncology Study Section Review (RO1, R21), NIH, Member, Clinical Oncology Study Section Review (RO1, R21), Bethesda, MD, 2005
Review Committee NCI-NIH, PO1 Experimental Therapeutics II Cluster Review, NIH, Member, PO1 Experimental Therapeutics II Cluster Review, Rockville, MD, 2005
**PUBLICATIONS**
**Peer-Reviewed Original Research Articles**
1. Yu D, **Wolf JK**, Scanlon M, Price JE, Hung MC. Enhanced c-erbB-2/neu expression in human ovarian cancer cells correlates with more severe malignancy that can be suppressed by E1A. Cancer Res 1993 Feb 15;53(4):891-8.
2. Hamada K, Zhang WW, Alemany R, Roth JA, **Wolf JK**, Mitchell MF. Gene therapy of cervical cancer by adenovirus-mediated p53 gene transfer. J Cell Biochem Suppl 1995; 21A:421.

3. Gershenson DM, Morris M, Burke TW, Levenback C, **Wolf JK**, Warner D, Matthews CM, Wharton JT. Treatment of poor-prognosis sex cord-stromal tumors of the ovary with the combination of bleomycin, etoposide, and cisplatin(BEP). Obstet Gynecol 1996 Apr:87(4):527-31.

4. **Wolf JK**, Levenback C, Malpica A, Morris M, Burke T, Mitchell MF. Adenocarcinoma in situ of the cervix: significance of cone biopsy margins. Obstet Gynecol 1996 Jul; 88(1)(1):82-6.

5. Levenback C, Morris M, Burke TW, Gershenson DM, **Wolf JK**, Wharton JT. Groin dissection practices among gynecologic oncologists treating early vulvar cancer. Gynecol Oncol 1996 Jul; 62(1)(1):73-7.

6. Hamada K, Zhang WW, Alemany R, **Wolf JK**, Roth JA, Mitchell MF. Growth inhibition of human cervical cancer cells with recombinant adenovirus p53 in vitro. Gynecol Oncol 1996;60(3):373-379.

7. Mitchell MF, Hamada K, Jagannadha S, Satterfield WC, Buchholz S, **Wolf JK**, Zhang WU, Alemany R, Tortolero-Luna G, Keeling ME, Wharton JT, Roth JR. Transgene expression in the rhesus cervix mediated by an adenovirus expressing b-galactosidase. Am J Obstet Gynecol 1996;174:1094-1101.

8. Brader KR, **Wolf JK**, Hung MC, Yu D, Crispens MA, van Golen KL, Price JE. Adenovirus E1A expression enhances the sensitivity of an ovarian cancer cell line to multiple cytotoxic agents through an apoptotic mechanism. Clin Cancer Res 1997 Nov; 3(11):2017-24.

9. Gershenson DM, Silva EG, Levy L, Burke TW, **Wolf JK**, Tornos C. Ovarian serous borderline tumors with invasive peritoneal implants. Cancer 1998 Mar; 82(6)(6):1096-103.

10. Brader KR, **Wolf JK**, Chakrabarty S, Price JE. Epidermal growth factor receptor (EGFR) antisense transfection reduces the expression of EGFR and suppresses the malignant phenotype of a human ovarian cancer cell line. Oncol Rep 1998 Sep-Oct; 5(5):1269-74.

11. Price JE, **Wolf JK**, Pathak S. Distinctive karyotypes and growth patterns in nude mice reveal cross-contamination in an established human cancer cell line. Oncol Rep 1998 Jan-Feb; 5(1)(1):261-6

12. **Wolf JK**, Kim TE, Fightmaster D, Bodurka D, Gershenson DM, Mills G, Wharton JT. Growth suppression of human ovarian cancer cell lines by the introduction of a p16 gene via a recombinant adenovirus. Gynecol Oncol 1999 Apr; 73(1)(1):27-34.

13. **Wolf JK**, Mullen J, Eifel PJ, Burke TW, Levenback C, Gershenson DM. Radiation treatment of advanced or recurrent granulosa cell tumor of the ovary. Gynecol Oncol 1999 Apr; 73(1):35-41.

14. **Wolf JK**, Mills GB, Bazzet L, Bast RC, Roth JA, Gershenson DM. Adenovirus-mediated p53 growth inhibition of ovarian cancer cells is independent of endogenous p53 status. Gynecol Oncol 1999 Nov; 75(2)(2):261-6.

15. Gershenson DM, Morris M, Burke TW, Levenback C, **Wolf JK**, Lee JJ, Thall PF, Atkinson EN, Silva EG, Wharton JT. A phase I trial of intravenous melphalan, paclitaxel, and cisplatin plus granulocyte-colony stimulating factor in patients with suboptimal advanced epithelial ovarian carcinoma or peritoneal carcinoma. Cancer 1999 Dec;86(11):2291-300.

16. Bodurka-Bevers, Basen-Engquist KM, Fitzgerald MA, Bevers MW, **Wolf JK**, Levenback C, Gershenson DM. Depression may worsen quality of life in patients with epithelial ovarian cancer. Gynecol Oncol 1999;72:449.

17. Bodurka-Bevers D, Basen-Engquist K, Carmack CL, Fitzgerald MA, **Wolf JK**, de Moor C, Gershenson DM. Depression, anxiety, and quality of life in patients with epithelial ovarian cancer. Gynecol Oncol 2000 Sep; 78(3)(3 Pt 1):302-8.

18. Parker LP, **Wolf JK**, Price JE. Adenoviral-mediated gene therapy with Ad5CMVp53 and Ad5CMVp21 in combination with standard therapies in human breast cancer cell lines. Ann Clin Lab Sci 2000 Oct; 30(4)(4):395-405.

19. Gordinier ME, Ramondetta LM, Parker LP, **Wolf JK**, Follen M, Gershenson DM, Bodurka-Bevers D. Survey of female gynecologic oncologists and fellows: balancing professional and personal life. Gynecol Oncol 2000 Nov; 79(2)(2):309-14.

20. Ramondetta L, Mills GB, Burke TW, **Wolf JK**. Adenovirus-mediated expression of p53 or p21 in a papillary serous endometrial carcinoma cell line (SPEC-2) results in both growth inhibition and apoptotic cell death: potential application of gene therapy to endometrial cancer. Clin Cancer Res 2000 Jan; 6(1)(1):278-84.

21. Donato, Gershenson D, Ippoliti C, Wharton JT, Bast Jr RC, Aleman A, Anderlini P, Gajewski JG, Giralt S, Molldrem J, Ueno N, Lauppe J, Korbling M, Boyer J, Bodurka-Bevers D, Bevers M, Burke T, Freedman R, Levenback C, **Wolf JK**, Champlin RE. High-dose ifosfamide and etoposide with filgrastim for stem cell mobilization in patients with advanced ovarian cancer. Bone Marrow Transplant 2000; 25(11):1137-1140.

22. Verschraegen, Levenback C, Vincent M, **Wolf JK**, Bevers M, Loyer E, Kudelka AP, Kavanagh JJ. Phase II study of intravenous DX-8951f in patients with advanced ovarian, tubal, or peritoneal cancer refractory to platinum, taxane, and topotecan. Annals NY Acad Sci 2000;922:349-51.

23. Munkarah A, Levenback C, **Wolf JK**, Bodurka-Bevers D, Tortolero-Luna G, Morris RT, Gershenson DM. Secondary cytoreductive surgery for localized intra-abdominal recurrences in epithelial ovarian cancer. Gynecol Oncol 2001 May; 81(2):237-41.

24. Modesitt SC, Ramirez P, Zu Z, Bodurka-Bevers D, Gershenson D, **Wolf JK**. In vitro and in vivo adenovirus-mediated p53 and p16 tumor suppressor therapy in ovarian cancer. Clin Cancer Res 2001 Jun; 7(6):1765-72.

25. Hortobagyi GN, Ueno NT, Xia W, Zhang S, **Wolf JK**, Putnam JB, Weiden PL, Willey JS, Carey M, Branham DL, Payne JY, Tucker SD, Bartholomeusz C, Kilbourn RG, De Jager RL, Sneige N, Katz RL, Anklesaria P, Ibrahim NK, Murray JL, Theriault RL, Valero V, Gershenson DM, Bevers MW, Huang L, Lopez-Berestein G, Hung MC. Cationic liposome-mediated E1A gene transfer to human breast and ovarian cancer cells and its biologic effects: a phase I clinical trial. J Clin Oncol 2001 Jul 15;19(14)(14):3422-33.

26. Ramirez PT, Levenback C, Burke TW, Eifel P, **Wolf JK**, Gershenson DM. Sigmoid perforation following radiation therapy in patients with cervical cancer. Gynecol Oncol 2001 Jul;82(1):150-5.

27. Donato ML, Gershenson DM, Wharton JT, Ippoliti CM, Aleman AS, Bodurka-Bevers D, Bevers MW, Burke TW, Levenback CF, **Wolf JK**, Freedman RS, Bast RC, Gajewski JL, Champlin RE. High-dose topotecan, melphalan, and cyclophosphamide (TMC) with stem cell support: a new regimen for the treatment of advanced ovarian cancer. Gynecol Oncol 2001 Sep;82(3)(3):420-6.

28. Robinson JB, Singh D, Bodurka-Bevers DC, Wharton JT, Gershenson DM, **Wolf JK**. Hypersensitivity reactions and the utility of oral and intravenous desensitization in patients with gynecologic malignancies. Gynecol Oncol 2001 Sep; 82(3):550-8.

29. Levenback C, Coleman RL, Burke TW, Bodurka-Bevers D, **Wolf JK**, Gershenson DM. Intraoperative lymphatic mapping and sentinel node identification with blue dye in patients with vulvar cancer. Gynecol Oncol 2001 Nov;83(2)(2):276-81.

30. Ramirez PT, Gershenson DM, Tortolero-Luna G, Ramondetta LM, Fightmaster D, Wharton JT, **Wolf JK**. Expression of cell-cycle mediators in ovarian cancer cells after transfection with p16(INK4a), p21(WAF1/Cip-1), and p53. Gynecol Oncol 2001 Dec; 83(3)(3):543-8.

31. Parker LP, Ramirez PT, Broaddus R, Sightler S, **Wolf JK**. Low-grade ovarian cancer in an adolescent patient. Gynecol Oncol 2001 Jan;80(1)(1):104-6.

32. Ramirez PT, Modesitt SC, Morris M, Edwards CL, Bevers MW, Wharton JT, **Wolf JK**. Functional outcomes and complications of continent urinary diversions in patients with gynecologic malignancies. Gynecol Oncol 2002 May; 85(2)(2):285-91.

33. Dalrymple JL, Levenback C, **Wolf JK**, Bodurka DC, Garcia M, Gershenson DM. Trends among gynecologic oncology inpatient deaths: is end-of-life care improving? Gynecol Oncol 2002 May;85(2):356-61.

34. Tedjarati S, Baker CH, Apte S, Huang S, **Wolf JK**, Killion JJ, Fidler IJ. Synergistic therapy of human ovarian carcinoma implanted orthotopically in nude mice by optimal biological dose of pegylated interferon alpha combined with paclitaxel. Clin Cancer Res 2002 Jul;8(7):2413-22.

35. Ramirez PT, **Wolf JK**, Malpica A, Deavers MT, Liu J, Broaddus R. Wolffian duct tumors: case reports and review of the literature. Gynecol Oncol 2002 Aug;86(2):225-30.

36. Modesitt SC, Tortolero-Luna G, Robinson JB, Gershenson DM, **Wolf JK**. Ovarian and extraovarian endometriosis-associated cancer. Obstet Gynecol 2002 Oct;100(4)(4):788-95.

37. Tanyi J, Lapushin R, Eder A, Auersperg N, Tabassam FH, Roth JA, Gu J, Fang B, Mills GB, **Wolf JK**. Identification of tissue and cancer selective promoters for the introduction of genes into human ovarian cancer cells. Gynecol Oncol 2002;85(3):451-458.

38. Bodurka DC, Levenback C, **Wolf JK**, Gano J, Wharton JT, Kavanagh JJ, Gershenson DM. Phase II trial of irinotecan in patients with metastatic epithelial ovarian cancer or peritoneal cancer. J Clin Oncol 2003 Jan 15;21(2)(2):291-7.

39. Tanyi JL, Morris AJ, **Wolf JK**, Fang X, Hasegawa Y, Lapushin R, Auersperg N, Sigal YJ, Newman RA, Felix EA, Atkinson EN, Mills GB. The human lipid phosphate phosphatase-3 decreases the growth, survival, and tumorigenesis of ovarian cancer cells: validation of the lysophosphatidic acid signaling cascade as a target for therapy in ovarian cancer. Cancer Res 2003 Mar 1;63(5)(5):1073-82.

40. Huh JJ, **Wolf JK**, Fightmaster DL, Lotan R, Follen M. Transduction of adenovirus-mediated wild-type p53 after radiotherapy in human cervical cancer cells. Gynecol Oncol 2003 May;89(2):243-50.

41. Shvartsman HS, Lu KH, Lee J, Lillie J, Deavers MT, Clifford S, **Wolf JK**, Mills GB, Bast RC, Jr, Gershenson DM, Schmandt R. Overexpression of kallikrein 10 in epithelial ovarian carcinomas. Gynecol Oncol 2003 Jul;90(1):44-50.

42. Ramondetta LM, Burke TW, Jhingran A, Schmandt R, Bevers MW, **Wolf JK**, Levenback CF, Broaddus R. A phase II trial of cisplatin, ifosfamide, and mesna in patients with advanced or recurrent uterine malignant mixed mullerian tumors with evaluation of potential molecular targets. Gynecol Oncol 2003 Sep;90(3)(3):529-36.

43. Gordinier ME, Malpica A, Burke TW, Bodurka DC, **Wolf JK**, Jhingran A, Ramirez PT, Levenback C. Groin recurrence in patients with vulvar cancer with negative nodes on superficial inguinal lymphadenectomy. Gynecol Oncol 2003 Sep;90(3):625-8.

44. Tanyi JL, Hasegawa Y, Lapushin R, Morris AJ, **Wolf JK**, Berchuck A, Lu K, Smith DI, Kalli K, Hartmann LC, McCune K, Fishman D, Broaddus R, Cheng KW, Atkinson EN, Yamal JM, Bast RC, Felix EA, Newman RA, Mills GB. Role of decreased levels of lipid phosphate phosphatase-1 in accumulation of lysophosphatidic acid in ovarian cancer. Clin Cancer Res 2003  Sept 1;9(10 pt 1)(10 Pt 1):3534-45.

45. Ramirez PT, **Wolf JK**, Levenback C. Laparoscopic port-site metastases: etiology and prevention. Gynecol Oncol 2003 Oct;91(1)(1):179-89.

46. Trimble, Bell M, **Wolf JK**, Alvarez R. Grantsmanship and career development for gynecologic cancer investigators. Cancer S 2003;98(9):2075-2082.

47. Ramondetta LM, Bodurka DC, Tortolero-Luna G, Gordinier M, **Wolf JK**, Gershenson DM, Sciscione AC. Mentorship and productivity among gynecologic oncology fellows. J Cancer Educ 2003 Spring 18(1)(1):15-9.

48. Fracasso, Blessing JA, **Wolf JK**, Rocereto TF, Berek JS, Waggoner S. Phase II evaluation of oxaliplatin in previously treated squamous cell carcinoma of the cervix: A Gynecologic Oncology Group Study. Gynecol Onc 2003; 90:177-80.

49. Donato ML, Aleman A, Champlin RE, Saliba RM, Wharton JT, Burke TW, Bodurka DC, Bevers MW, Levenback CF, **Wolf JK**, Bast RC, Freedman RS, Ippoliti C, Brewer M, Gajewski JL, Gershenson DM. Analysis of 96 patients with advanced ovarian carcinoma treated with high-dose chemotherapy and autologous stem cell transplantation. Bone Marrow Transplant 2004 Jun;33(12):1219-24.

50. **Wolf JK**, Bodurka DC, Gano JB, Deavers M, Ramondetta L, Ramirez PT, Levenback C, Gershenson DM. A phase I study of Adp53 (INGN 201; ADVEXIN) for patients with platinum- and paclitaxel-resistant epithelial ovarian cancer. Gynecol Oncol 2004 Aug;94(2)(2):442-8.

51. Ramirez PT, Frumovitz M, **Wolf JK**, Levenback C. Laparoscopic port-site metastases in patients with gynecological cancer. Int J Gynecol Cancer 2004 Nov-Dec;14(6)(6):1070-7.

52. Smith JA, Brown J, Martin MC, Ramondetta LM, **Wolf JK**. An in vitro study of the inh bitory activity of gemcitabine and platinum agents in human endometrial carcinoma cell lines. Gynecol Oncol 2004 Jan;92(1):314-9.

53. Christen, Muller P, Wathen K, **Wolf JK**. Bayesian randomized clinical trials: A decision-theoretic sequential design. Can J Stat 2004; 32(4):387-402.

54. Frumovitz, Ramirez PT, Greer M, Gregurich MA, **Wolf JK**, Bodurka DC, Levenback C. Laparoscopic

training and practice in gynecologic oncology among Society of Gynecologic Oncologists members and fellows-in-training. Gynecol Oncol 2004; 94:746-753.

55. Sun CC, Bodurka DC, Weaver CB, Rasu R, **Wolf JK**, Bevers MW, Smith JA, Wharton JT, Rubenstein EB. Rankings and symptom assessments of side effects from chemotherapy: insights from experienced patients with ovarian cancer. Support Care Cancer 2005 Apr;13(4)(4):219-27. e-Pub 2004 Nov 9.

56. Sood AK, Abu-Rustum NR, Barakat RR, Bodurka DC, Brown J, Donato ML, Poynor EA, **Wolf JK**, Gershenson DM. Fifth International Conference on Ovarian Cancer: challenges and opportunities. Gynecol Oncol 2005 Jun; 97(3)(3):916-23.

57. Jenkins AD, Ramondetta LM, Sun C, Johnston T, **Wolf JK**, Bodurka DC, Brown J, Atkinson EN, Levenback C. Phase II trial of capecitabine in recurrent squamous cell carcinoma of the cervix. Gynecol Oncol 2005 Jun;97(3)(3):840-4.

58. Sood AK, Coleman RL, **Wolf JK**, Gershenson DM. Selected highlights from the 5th International Conference on Ovarian Cancer. Houston, TX, USA, 1-4 December 2004. Expert Opin Pharmacother 2005 Jun; 6(7):1269-75.

59. Smith JA, Ngo H, Martin MC**, Wolf JK**. An evaluation of cytotoxicity of the taxane and platinum agents combination treatment in a panel of human ovarian carcinoma cell lines. Gynecol Oncol 2005 Jul;98(1):141-5.

60. Slomovitz, **Wolf JK,** Ramondetta LM, Burke TW, Lu KH. Advances in the management of advanced and recurrent uterine papillary serous carcinoma. Int J Gynecol Cancer (accepted in press), 2005.

61. Wolf Slomovitz BM. Novel biologic therapies for the treatment of endometrial cancer. Int J Gynecol Cancer (accepted in press), 2005.

62. Coleman RL, Broaddus RR, Bodurka DC, **Wolf JK**, Burke TW, Kavanagh JJ, Levenback CF, Gershenson DM. Phase II trial of imatin b mesylate in patients with recurrent platinum- and taxane-resistant epithelial ovarian and primary peritoneal cancers. Gynecol Oncol 2006 Apr;101(1)(1):126-31, 4/2006. e-Pub 2005 Nov 3.

63. Frumovitz M, Coleman RL, Gayed IW, Ramirez PT, **Wolf JK**, Gershenson DM, Levenback CF. Usefulness of preoperative lymphoscintigraphy in patients who undergo radical hysterectomy and pelvic lymphadenectomy for cervical cancer. Am J Obstet Gynecol 2006 Apr;194(4)(4):1186-93.

64. **Wolf JK**, Bodurka DC, Verschraegen C, Sun CC, Branham D, Jenkins AD, Atkinson N, Gershenson DM. A phase II trial of oral capecitabine in patients with platinum--and taxane--refractory ovarian, fallopian tube, or peritoneal cancer. Gynecol Oncol 2006 Sept; 102(3)(3):468-74. e-Pub 2006 Mar3.

65. Smith JA, Gaikwad A, Ramondetta LM, **Wolf JK**, Brown J. Determination of the mechanism of gemcitabine modulation of cisplatin drug resistance in panel of human endometrial cancer cell lines. Gynecol Oncol 2006 Nov;103(2):518-22.

66. Maluf FC, Leiser AL, Aghajanian C, Sabbatini P, Pezzulli S, Chi DS, **Wolf JK**, Levenback C, Loh E, Spriggs DR. Phase II study of tirapazamine plus cisplatin in patients with advanced or recurrent cervical cancer. Int J Gynecol Cancer 2006 May-Jun;16(3):1165-71.

67. Saucier JM, Yu J, Gaikwad A, Coleman RL, **Wolf JK**, Smith JA. Determination of the optimal combination chemotherapy regimen for treatment of platinum-resistant ovarian cancer in nude mouse model. J Oncol Pharm Pract 2007 Mar;13(1):39-45.

68. Crotzer DR, Sun CC, Coleman RL, **Wolf JK**, Levenback CF, Gershenson DM. Lack of effective systemic therapy for recurrent clear cell carcinoma of the ovary. Gynecol Oncol 2007 May; 105(2)(2):404-8. e-Pub 2007 Feb 9.

69. Soper JT, Spillman M, Sampson JH, Kirkpatrick JP, **Wolf JK**, Clarke-Pearson DL. High-risk gestational trophoblastic neoplasia with brain metastases: individualized multidisciplinary therapy in the management of four patients. Gynecol Oncol 2007 Mar;104(3):691-4, e-Pub 2006 Nov 29.

70. Tung CS, Soliman PT, Wallace MJ**, Wolf JK**, Bodurka DC. Successful catheter-directed venous thrombolysis in phlegmasia cerulea dolens. Gynecol Oncol 2007; 107(1):140-142.

71. Crotzer DR, **Wolf JK,** Gano JB, Gershenson DM, Levenback C. A pilot study of cisplatin, ifosfamide and mesna in the treatment of malignant mixed mesodermal tumors of the ovary. Gynecol Oncol. 2007 May; 1052):399-403. Epub 2007 Feb 9.

72. Smith JA, Gaikwad A, Yu J, **Wolf JK**, Brown J, Ramondetta L, Stewart C. In vitro evaluation of the effects of gefitinib on the modulation of cytotoxic activity of selected anticancer agents in a panel of human ovarian cancer cell lines. Cancer Chemother Pharmacol 62(1):51-58, 2008. e-Pub 9/2007

73. Ramirez PT, Schmeler KM, **Wolf JK**, Brown J, Soliman PT. Robotic radical parametrectomy and pelvic lymphadenectomy in patients with invasive cervical cancer. Gynecol Oncol 111(1):18-21, 10/2008. e-Pub 2008 Jul 18.

74. Hunter RJ, Navo MA, Thaker PH, Bodurka DC, **Wolf JK**, Smith JA. Dosing chemotherapy in obese patients: actual versus assigned body surface area (BSA). Cancer Treat Rev 2009 Feb 35(1):69-78. e-Pub 2008 Oct 14.

75. Ga kwad A, **Wolf JK**, Brown J, Ramondetta LM, Smith JA. In vitro evaluation of the effects of gefitinib on the cytotoxic activity of selected anticancer agents in a panel of human endometrial cancer cell lines. J Oncol Pharm Pract 2009 Mar; 15(1):35-44, e-Pub 2008 Aug 27.

76. Schmeler KM, Vadhan-Raj S, Ramirez PT, Apte SM, Cohen L, Bassett RL, Iyer RB, **Wolf JK,** Levenback CL, Gershenson DM, Freedman RS. A phase II study of GM-CSF and rIFN-gamma1b plus carboplatin for the treatment of recurrent, platinum-sensitive ovarian, fallopian tube and primary peritoneal cancer. Gynecol Oncol 2009 May;113(2):210-5. e-Pub 2009 Mar 4.

77. Tung CS, Mok SC, Tsang YT, Zu Z, Song H, Liu J, Deavers MT, Malpica A, **Wolf JK**, Lu KH, Gershenson DM, Wong KK. PAX2 expression in low malignant potential ovarian tumors and low-grade ovarian serous carcinomas. Mod Pathol. 2009 Sep; 22(9):1243-50, e-Pub 2009 Jun 12.

78. Mangala LS, Zuzel V, Schmandt R, Leshane ES, Halder JB, Armaiz-Pena GN, Spannuth WA, Tanaka T, Shahzad MM, Lin YG, Nick AM, Danes CG, Lee JW, Jennings NB, Vivas-Mejia PE, **Wolf JK**, Coleman RL, Siddik ZH, Lopez-Berestein G, Lutsenko S, Sood AK. Therapeutic targeting of ATP7B in Ovarian Carcinoma. Clin Cancer Res 2009 Jun 1;15(11):3770-80, e-Pub 2009 May 26.

79. Xie X, Hsu JL, Choi MG, Xia W, Yamaguchi H, Chen CT, Trinh BQ, Lu Z, Ueno NT, **Wolf JK**, Bast RC,

Hung MC. A novel hTERT promoter-driven E1A therapeutic for ovarian cancer. Mol Cancer Ther. 2009 Sept;8(8):2771

80. Kavanagh JJ, Levenback CF, Ramirez PT, **Wolf JK**, Moore CL, Jones MR, Meng L, Brown GL, Bast Jr. RC. Phase 2 study of canfosfamide in combination with pegylated liposomal doxorubicin in platinum and paclitaxel refractory or resistant epithelial ovarian cancer. Journal of Hematology & Oncology 2010 Mar 11;3:9.

81. Slomovitz BM, Lu KH, Johnston T, Coleman RL, Munsell M, Broaddus RR, Walker C, Ramondetta LM, Burke TW, Gershenson DM, **Wolf J**. A phase 2 study of the oral mammalian target of rapamycin inh bitor, everolimus, in patients with recurrent endometrial carcinoma. Cancer. 2010 Dec 1; 116(23):5415-9.e-Pub 2010 Aug 2.

82. Brown J, Smith JA, Ramondetta LM, Sood AK, Ramirez PT, Coleman RL, Levenback CF, Munsell MF, Jung M, **Wolf JK**. Combination of gemcitabine and cisplatin is highly active in women with endometrial carcinoma: results of a prospective phase 2 trial. Cancer 2010 Nov 1;116(21):4973-9. e-Pub 7/2010.

83. Fu S, Hu W, Iyer R, Kavanagh JJ, Coleman RL, Levenback CF, Sood AK, **Wolf JK**, Gershenson DM, Markman M, Hennessy BT, Kurzrock R, Bast RC. Phase 1b-2a study to reverse platinum resistance through use of a hypomethylating agent, azacitidine, in patients with platinum-resistant or platinum-refractory epithelial ovarian cancer. Cancer. 2011 Apr 15:117(8) e-pub 2010 Nov 8.

84. Wong KK, Tsang YTM, Deavers MT, Mok SC, Zu Z, Sun CC, Malpica A, **Wolf JK**, Lu KH, Gershenson DM. BRAF Mutation is rare in advanced stage low-grade ovarian serous carcinomas. The American Journal of Pathology. 2010 Oct 177(4): 1611-17, e-Pub 2010 Aug 27.

85. Tung CS, Mok S, Deavers M, Liu J, Malpica A, Lu KH, Tsang-Lee YT, Zu Z, **Wolf JK,** Gershenson DM, Song H. Pax2 expression in low malignant potential ovarian tumors and low-grade ovarian serous carcinomas. Modern Pathology. 2009 Sep;22(9):1243-50. e-Pub 2009 June 19.

86. Tanyi JL, Smith JA, Ramos LM, Parker C, Munsell M, **Wolf JK**. Predisposing risk factors for Palmar-Plantar erythrodysesthesia when using liposomal doxorubicin to treat recurrent  ovarian cancer. Gynecologic Oncology , 2009 Aug;114(2):219-24. e-Pub 2009 May 17.

87. Hunter RJ, Fujii H, Wakame K, Gaokwad A, **Wolf JK**, Simth JA. *In vitro* and *in vivo* evaluation of active hexose correlated compound (AHCC) in combination with pegylated liposomal doxorubicin for treatment of ovarian cancer. The Journal of Applied Research in Natural Products. Vol 4, No 3  2011

88. King ER, Tung CS, Tsang YT, Zu Z, Lok GT, Deaves MT, Malpica A, **Wolf JK**, Lu KH, Birrer MJ, Mok SC, Gershenson DM, Wong KK. The anterior gradient homolog 3 (AGR3) gene is associated with differentiation and survival in ovarian cancer. American Journal of Surgical Pathology, 2011 Jun, 35(6):904-12.

89. Rahma OE, Ashtar E, Czystowska M, Szajnik ME, Wieckowski E, Bernstein S, Herrin VE, Shams MA, Steinberg SM, Merino M, Gooding W, Visus C, Deleo AB, **Wolf JK**, Bell JG, Berzofsky JA, Whiteside TL, Khleif SN. A Gynecologic Oncology Group Phase II trial of two p53 peptide vaccine approaches: subcutaneous injection and intravenous pulsed dendritic cells in high recurrence risk ovarian cancer patients. Cancer Immunol Immunother. 2012 Mar;61(3):373-84.Epub 2011 Sep 17

90. Fu S, Hennessy BT, Ng CS, Ju Z, Coombes KR, **Wolf JK**, Sood AK, Levenback CF, Coleman RL, Kavanagh JJ, Gershenson DM, Markman M, Dice K, Howard A, Li J, Li Y, Stemke-Hale K, Dyer M, Atkinson E, Jackson E, Kundra V, Kurzrock R, Bast RC Jr, Mills GB. Perifosine plus docetaxel in patients with platinum and taxane resistant or refractory high-grade epithelial ovarian cancer.  Gynecol Oncol. 2012 Jul;126(1):47-53.

91. Julius JM, Tanyi JL, Ramos L, Munsell MF, Watkins JL, Coleman RL, **Wolf JK**, Smith JA.  Evaluation of pegylated liposomal doxorubicin dose on the adverse drug event  profile and outcomes in treatment of recurrent endometrial cancer. International Journal of Gynecologic Oncology.  2013 Feb;23(2):348-54

92. Estrella JS, **Wolf JK**, Deavers MT.  Ovarian serous carcinoma associated with a distinct "corded and hyalinized" pattern. Archives of Pathology and Laboratory Medicine.  2013 Feb;137(2):275-9.

93. Julius JM, Nogueras-Gonzalez GM, Watkins JL, Coleman RL, **Wolf JK**, Smith JA. Effect of declining renal function on the incidence of adverse drug events associated with liposomal doxorubicin in patients treated for gynecologic malignancies. International Journal of Gynecologic Oncology. 2013 Feb;23(2):48-54

94. Robert L. Coleman, MD; Thomas J. Herzog, MD; Daniel W. Chan, PhD; Donald G. Munroe, PhD; Todd C. Pappas, PhD; Alan Smith, MS; Zhen Zhang, PhD; Judith Wolf, MD. Validation of a second-generation multivariate index assay for malignancy risk of adnexal masses. Am J Obstet Gynecol 2016;volume;x.ex-x.ex

95. Ramez N. Eskander, Brian A. Carpenter, Howard G. Wu & Judith K. Wolf (2016) The clinical utility of an elevated-risk multivariate index assay score in ovarian cancer patients, Current Medical Research and Opinion, 32:6, 1161-1165, DOI: 10.1080/03007995.2016.1176014

**Invited Articles**

1. **Wolf JK**, Wharton JT. Wild-type p53 overexpression: what role in tumorigenesis? Gynecol Oncol 60(3):337-8, 3/1996.
2. **Wolf JK**. Management of wound complications. Clin Consults in Ob/Gyn 8:79-84, 1996.
3. **Wolf JK**, Ramirez PT. The molecular biology of cervical cancer. Cancer Invest 19(6)(6):621-9, 2001.
4. **Wolf JK**, Jenkins AD. Gene therapy for ovarian cancer (review). Int J Oncol 21(3)(3):461-8, 9/2002.
5. **Wolf JK**, Coleman RL. Commentary on, Phase I trial of intraperitoneal injection of the E1B-55-kd-gene-deleted adenovirus ONYZ-015(dl1520) given on days 1 through 5 every 3 weeks in patients with recurrent/refractory epithelial ovarian cancer. Vasey, et al. J Clin Oncol 2002;20:1562-9." Women's Oncol Rev 2:325-7, 2002.
6. **Wolf JK**, Franco EL, Arbeit JM, Shroyer KR, Wu TC, Runowicz CD, Tortolero-Luna G, Herrero R, Crum CP. Innovations in understanding the biology of cervical cancer. Cancer S 98(9):2064-9, 2003.
7. **Wolf JK**, Franco EL, Arbeit JM, Shroyer KR, Wu TC, Runowicz CD, Tortolero-Luna G, Herrero R, Crum CP. Innovations in understanding the biology of cervical cancer. Cancer S 98(9)(9 Suppl):2064-9, 2003.
8. Markman, Gershenson DM, **Wolf JK**. Controversies in Ovarian Cancer. ACOG Update 30:1-9, 2004.
9. Soliman PT, Slomovitz BM, **Wolf JK**. Mechanisms of cervical cancer. Drug Discov Today: Dis Mech 1(2):253-258, 2004.
10. Slomovitz B, Soliman P, **Wolf JK**. New standards for treating recurrent ovarian cancer. NOCC 19(Summer):5, 2004.
11. **Wolf JK,** Slomovitz BM. Novel biologic therapies for the treatment of endometrial cancer. Int J Gynecol Cancer 15(2):411, 2005.
12. **Wolf JK**. Prevention and treatment of vaginal stenosis resulting form pelvic radiation therapy. Community Oncol 3(10):665-71, 2006.

**Editorials**

1. **Wolf JK**, Wharton JT. Wild-type p53 overexpression: what role in tumorigenesis? Gynecol Oncol 60(3):337-8, 1996.

**Other Articles**

1. **Wolf JK**. Gynecologic Cancer Treatment Update (Highlights from ASCO 2003). Vital Signs Monograph, Fall, 2003.
2. Herzog, Coleman R, McGuire, Monk B, Spriggs D, **Wolf JK**. Patterns of Practice in Selected Gynecologic Malignancies. Colloquium at the Annual Meeting on Women's Cancer 2005 36th Annual Meeting of the Society of Gynecologic Oncologist . (SGO Monograph), 2005.

**Abstracts (Past 5 years)**

1. Jhingran A, Ramondetta L, Bodurka D, Brown J, Eifel P, Garcia M, Lu K, **Wolf JK**, Burke T. A prospective phase II study of chemoradiation followed by adjuvant chemotherapy for stage I-IIIA uterine papillary serous carcinoma. Gynecologic Oncology 116(3, S1):S9 (#15), 3/2010.
2. Brown J, Sood A, Ramirez P, Ramondetta L, Coleman R, Levenback C, Jung M, **Wolf JK**. Combination gemcitabine and cisplatin are highly active in endometrial carcinoma: Results of a prospective phase II trial. Gynecologic Oncology 116(3, S1) (#49), 3/2010.
3. Wong K, Tsang Y, Zu Z, Mok S, Deavers M, Birrer M, **Wolf JK**, Lu K, Gershenson D. Insulin growth factor 1 pathway is a potential therapeutic target for low-grade ovarian serous carcinomas. Gynecologic Oncology 116(3, S1):S113 (#290), 3/2010.
4. Slomovitz B, Schmeler K, Miller D, Lu K, Ramirez P, Caputo T, Coleman R, Burke T, Gershenson D, **Wolf JK**. Phase II study of cetuximab (Erbitux) in patients with progressive or recurrent endometrial canacer. Gynecologic Oncology 116(3, S1):S8-9 (#13). e-Pub 3/2010.
5. Rahma O, Achtar e, Czystowska M, Szajnik ME, Wieckowski E, Bernstein S, Herrin VE, Steinbert SM, Merino M, Gooding W, Visus C, DeLeo AB, Berzofsky JA, Whiteside TL, **Wolf JK**, Bell JG, Khleif SN. Comparable effect of p53 peptide vaccine in adjuvant or pulsed on dendritic cells in ovarian cancer patients: A gynecologic oncology group study. Proceedings of the American Association for Cancer Research 51:585 (#2414), 4/2010.
6. Slomovitz B, Soliman P, Levenback C, Brown J, **Wolf J**, Schmeler K, Johnston T, Mura D, Stone R, Lu K, Coleman R. Everolimus (E) and letrozole (L) in women with previously treated recurrent endometrial cancer(EC): A multiinstututional phase II clinical trial.  (ASCO Submitted 02/2012)
7. Reed K, **Wolf JK**, Deavers MT, Parker L, Schmeler K.  Paget's Disease of the Vulva.  Society of Gynecologic Oncologists, 3/2012
8. Meyer LA, Slomovitz BM, Djordjevic B, Munsell M, Broaddus R, Iglesias DA, Westin SN, Gershenson DM, **Wolf JK**, Lu KH.  Can negative biomarkers be helpful?  A novel combination test to predict non-response to inh bition of the mammalian target of rapamycin (mTOR) pathway in endometrial cancer.  Society of Gynecologic Oncologists, 3/2012
9. Fu S, Hennessy BT, Ng CS, Ju Z, Coombes KR, **Wolf JK**, Sood AK, Levenback CF, Coleman RL, Kavanagh JJ, Gershenson DM, Markman M, Dice K, Howard A, Li J, Li Y, Stemke-Hale K, Dyer M, Atkinson E, Jackson E, Kundra V, Kurzrock R, Bast RC Jr, Mills GB. Perifosine plus docetaxel in patients with platinum and taxane resistant or refractory high-grade epithelial ovarian cancer. American Association for Cancer Research, 4/2013.

**Book Chapters**

1. Hallum AV, III, Coleman RL, **Wolf JK**. Gynecologic Oncology. In: The M. D. Anderson Surgical Oncology Handbook. Ed(s) David H. Berger, Barry W. Feig, and George M. Fuhrman. Little Brown and Company: Boston, MA, 326-368, 1995.
2. Bevers MW, Bodurka Bevers DC, **Wolf JK**. Gynecologic Cancers. In: The M. D. Anderson Surgical Oncology Handbook, Second Edition. Ed(s) Barry W. Feig, David H Berger, and George M. Furhman. Lippincott Williams & Wilkins: Philadelphia, 377-424, 1998.

3. **Wolf JK**, Mills GB, Bast RC, et al. P53-mediated Gene Therapy. In: Ovarian Cancer. Ed(s) Frank Shart, Tony Blackett, Jonathan Berek and Robert Bast. Isis Medical Media Ltd: Oxford England, 259-27, 1998.

4. **Wolf JK**, Burke TW. Vulva/Vaginal Cancer. In: Practical Strategies in Obstetrics and Gynecology. Ed(s) Mitchell P. Dombrowski, S. Gene McNeeley, Kamran S. Moghissi, and Adnan R. Munkarah. W. B. Saunders Company: Philadelphia, 449-457, 2000.

5. **Wolf JK**. Molecular Biology. In: ACS Atlas of Clinical Oncology: Cancer of the Female Lower Genital Tract. Ed(s) Eifel PJ, Levenback C. B.C. Decker, Inc: Hamilton London, 2001.

6. Bevers MW, Bodurka Bevers DC, **Wolf JK**. Gynecologic Cancers. In: The M. D. Anderson Surgical Oncology Handbook, Third Edition. Ed(s) Barry W. Feig, David H. Berger, and George M. Fuhrman. Lippencott Williams & Wilkins: Philadelphia, PA, 445-490, 2003.

7. Tanyi JL, Crotzer D, **Wolf JK**, Yu S, Hasegawa Y, Lahad J, Wa Cheng K, Umezu-Goto M, Prestwich GD, Morris A, Newman RA, Felix EA, Lapis R, Mills GB. Lysophosphatidic Acid as a Targets for the Molecular Diagnosis and Therapy of Ovarian Cancer. A Review Article. In: Functional Lipidomics. Ed(s) Feng L, Prestwich GD. CRC Press Taylor & Francis Group: Boca Raton, FL, 101-123, 2005.

8. **Wolf JK**, Wharton JT. Surgery for Ovarian Cancer. In: Gynecologic Cancer. Ed(s) Gershenson DM, Eifel PJ, Kavanagh JJ, and Silva E. Springer-Verlag: New York, NY, 174-186, 2005.

9. Slomovitz BM, Soliman PT, **Wolf JK**. Gynecologic Cancers. In: The M. D. Anderson Surgical Oncology Handbook, Fourth Edition. Ed(s) Barry W. Feig, David H. Berger, and George M. Fuhrman. Lippencott Williams & Wilkins: Philadelphia, PA, 520-563, 2006.

10. Smith JA, **Wolf JK**. Ovarian Cancer. In: Pharmacotherapy: A Pathophysiologic Approach 8th Edition, 8th. Ed(s) DiPiro JT, Matzke GR, Yee GC, Talbert RL, Wells BG, Posey LM. Mcgraw-Hill Companies: Illinois. 2010.


**Letters to the Editor**
N/A

**Manuals, Teaching Aids, Other Teaching Publications**
N/A

**Other Publications**
N/A

**EDITORIAL AND REVIEW ACTIVITIES**

**Editor/Service on Editorial Board(s)**
N/A

**Member of Editorial Review Board**
Editorial Board Member, Clinical Ovarian Cancer: & Other Gynecologic Malignancies, CIG Media, 2008−present
Editorial Board Reviewer, European Journal of Clinical and Medical Oncology, San Lucas Medical Limited c/o Barefoot Investment Ltd, Editorial Board of the Peer Reviewed Journal, 2010−present

Editorial Board Revierer, American Society of Clinical Oncology, 2013 ASCO Educational Book

Editorial Advisory Board Reviewer, ADC Review/Journal of Antibody-drug Conjugates, 2013


**Journal Reviewer**
Reviewer, Gynecologic Oncology, 1995−present
Adhoc Reviewer, Obstetrics and Gynecology, 1996−present
Adhoc Reviewer, Clinical Cancer Research, 1998−present
Adhoc Reviewer, International Journal of Gynecologic Cancer, 1998−present
Adhoc Reviewer, International Journal of Radium Oncology, 1998−present
Adhoc Reviewer, Journal of Clinical Oncology, 1999−present
Adhoc Reviewer, American Journal of Pathology, 2001−present
Adhoc Reviewer, American Journal of Obstetrics and Gynecology, 2005−present


**Other Editorial and Review Activities**
Editor, Help Break the Silence.Ta k about Ovarian Cancer, National Ovarian Cancer Coalition - NOCC Editors Event; New York, NY, April 29, 2008

**TEACHING**

**Teaching Within Current Institution – Banner MD Anderson Cancer Center**

**Formal Teaching**

**Courses Taught**
N/A

**Training Programs**
N/A

**Other Formal Teaching**
Lecturer, 1995-1999, Gynecologic Oncology for Enterostomal Therapy Nurses / Role of Gynecologic Oncologist talk given twice a year
        1995−1999
Lecturer, 1998, Advances in Research for Ovarian Cancer / Sprint for Life Symposium
        1998
Lecturer, 1998, Ovarian Cancer Treatment: Molecular Approaches / Grand Rounds
        1998
Lecturer, 1999, Advances and Innovations in Ovarian Cancer / Sprint for Life Symposium

1999

**Supervisory Teaching**
**Committees**
**Advisory Committees**
Thesis Advisory Committee, GSBS, Christine Lee, MD, 2001−2003
Thesis Advisory Committee, GSBS, David Crotzer, MD, 2002−2004
Thesis Advisory Committee, GSBS, Monique Nillson, 2003−2005
**Supervisory Committees**
Chair, Thesis Supervisory Committee, GSBS, David Crotzer, MD, 2002−2004
**Examining Committees**
N/A
**Direct Supervision**
**Undergraduate and Allied Health Students**
N/A
**Medical Students**

4th Year Medical Students- Midwestern University, Phoenix, AZ
**Graduate Students**
GSBS, David Crotzer, MD, 2002−2004
**Postdoctoral Research Fellows**
Tae-Eu Kim Koreai, 1996−1997
Basic Science, Lois Ramondetta, MD, 1998
Basic Science, Pedro Ramirez, MD, 1998
Basic Science, Susan Modesitt, MD, 1999
Basic Science, Veronica Schimp, DO, 2000
Basic Science, Janos Tanyi, 2001−2004
Basic Science, Dwayne Jenkins, MD, 2001
Basic Science, David Crotzer, MD, 2002−2004
**Clinical Residents and Fellows**
Diljeet Singh, 7/1996−6/1999
Kenny Bozorgi, 7/1996−6/1999
Terri Pustilnik, 7/1996−6/1999
Lois M. Ramondetta, 7/1997−6/2000
Lynn P. Parker, 7/1997−6/2000
Mary E. Gordinier, 7/1997−6/2000
Carlos Herrera, 7/1998−6/2001
Lloyd West, 7/1998−6/2001
Pedro T. Ramirez, 7/1998−6/2001
Jubilee Brown Robinson, 7/1999−6/2002
Matthew Anderson, 7/1999−6/2002
Susan Modesitt, 7/1999−6/2002
Hyun Shvartsman, 7/2000−6/2003
Sean Tedjerati, 7/2000−6/2003
Veronica Schimp, 7/2000−6/2003
Alfred Dwayne Jenkins, 7/2001−6/2004
Amir Jazaeri, 7/2001−6/2004
Jonathan Oh, 7/2001−6/2004
Christine Lee, 7/2001−6/2005
Michael Frumovitz, 7/2001−6/2005
Sachin Apte, 7/2001−6/2005
Brian Slomovitz, 7/2002−6/2006
David Crotzer, 7/2002−6/2006
Premal Thaker, 7/2002−6/2006
Salvador Saldivar, 7/2003−6/2006
Charles Landen, 7/2003−6/2007
Pamela Soliman, 7/2003−6/2007
Aparna Kamat, 7/2004−6/2008
Kathleen Schmeler, 7/2004−6/2008
Liz Han, 7/2004−6/2008
Michael Milam, 7/2005−6/2009
William Merritt, 7/2005−6/2009
Yvonne Lin, 7/2005−6/2009
John Moroney, 7/2006−6/2010
Robin Lacour, 7/2006−6/2010
Shannon Westin, 7/2006−6/2010
Whitney Spannuth, 7/2006−6/2010
Alpa Nick, 7/2007−6/2011
Celestine Tung, 7/2007−6/2011
Larissa Meyer, 7/2007−6/2011
Jennifer Kelly Burzawa, 7/2008−6/2012
Matthew Peter Schlumbrecht, 7/2008−6/2012
Rebecca Lynn Stone, 7/2008−6/2012
**Other Supervisory Teaching**
Julie Huh, 4th year medical student, Graduate Students, 1996

Lisa Bazzett, Clinical Residents and Fellows, 1997

Mentor, Global Academic Programs - University Hosptial Juan Canalejo, Spain, Ovidio Fernandez-Calvo, MD, Foreign Visitor, 2/2009−5/2009

Mentor, Sister Institution Associates - Fudan Cancer Hospital, China, Global Academic Programs, Jie Tang, MD, Foreign Visitor, 6/2009−12/2009

**Teaching Outside of Current Institution**
**Formal Teaching**
**Courses Taught**
Current Directions in Cancer Therapy & Research, National Ovarian Cancer Coalition
Yearly, 1998−present
A-Z Gene Therapy Replacing p53 to achieve antitumor effect, Society of Gynecologic Oncologists
Lecturer, Gene Therapy for Gynecologic Malignancies, University of Texas Medical School
**Training Programs**
N/A
**Other Formal Teaching**
N/A
**Supervisory Teaching**
**Committees**
**Advisory Committees**
N/A
**Supervisory Committees**
PhD Committee, Lee Seabrooke, Arizona State University, Tempe, AZ
**Examining Committees**
N/A
**Direct Supervision**
**Undergraduate and Allied Health Students**
N/A
**Medical Students**
N/A
**Graduate Students**
N/A
**Postdoctoral Research Fellows**
N/A
**Clinical Residents and Fellows**
N/A
**Other Supervisory Teaching**
N/A
**CONFERENCES AND SYMPOSIA**
**Organization of Conferences/Symposia (Include chairing session)**
N/A
**Presentations at National or International Conferences**
**Invited**
Characterization of two populations of the human ovarian cancer cell line, 2774, that express different levels of epidermal growth factor receptor, AACR Annual Meeting, 1993
Characterization of two populations of the human ovarian cancer cell line, 2774, that express different levels of epidermal growth factor receptor, Felix Rutledge Society Annual Meeting, 1993
Enhanced c-erbB-2/neu expression in human ovarian cancer cells correlates with more severe malignancy that can be suppressed by E1A, American Radium Society Annual Meeting, Aruba, 1993
Relationship between expression of c-erb2/neu and the malignant phenotype of a human ovarian cancer cell line (SK0V3), Felix Rutledge Society Annual Meeting, 1993
Expression of adenovirus β-galactosidase in rhesus monkey cervix and growth inh bition of human cervical cancer cells by recombinant p53, Felix Rutledge Society Annual Meeting, 1995
Growth inhibition of human cervical cancer cells by the recombinant adenovirus-mediated transfer of a wild-type p53 gene, Society of Gynecologic Oncologists 26th Annual Meeting, San Francisco, CA, 1995
The significance of cone biopsy margins in patients with adenocarcinoma in situ of the cervix, Felix Rutledge Society Annual Meeting, 1995
A-Z Gene Therapy - Replacing p53 to achieve antitumor effect, Society of Gynecologic Oncologist, 1997
Growth inhibition of human ovarian cancer cells by combination treatment with cisplatinum and transfection with adenovirus-mediated p53, Society of Gynecologic Oncologists 28th Annual Meeting, Phoenix, AZ, 1997
Replacing p53 to Achieve an Antitumor Effect, Society of Gynecologic Oncologist 28th Annual Meeting, Phoenix, AZ, 1997
Growth suppression of human ovarian cancer cell lines by the introduction of a P16 via a recombinant adenovirus, Society of Gynecologic Oncologists Annual Meeting, 1998
Cirugia Citorreductora VS Cirugia Minimay uimioterapia Adyuvante, Sociedad Venezolana De Oncologia, VIII Congreso Venezolano De Oncologia, Puerto La Cruz, Venezuela, 10/9/1998
Ganglio Centinela En El Manejo Del Cancer Vulva, Sociedad Venezolana De Oncologia, VIII Congreso Venezolano De Oncologia, Puerto La Cruz, Venezuela, 10/9/1998
Principios De Terapia Genetica Aplicados A Oncologia Media, Sociedad Venezolana De Oncologia, VIII Congreso Venezolano De Oncologia, Puerto La Cruz, Venezuela, 10/9/1998
Terapia Genetica En Cancer, Sociedad Venezolana De Oncologia, VIII Congreso Venezolano De Oncologia, Puerto La Cruz, Venezuela, 10/9/1998
Gene Therapy for Gynecologic Malignancies, Department of Gynecology Grand Rounds, University of Texas Medical School, Houston, TX, 9/28/1999

A phase I trial of ADP53 for ovarian cancer patients: Correlation with p53 and anti-adenovirus AB status, Society of Gynecologic Oncologist Annual Meeting, 2000

A Phase I Trial of Adp53 for Patients with Platinum- and Paclitaxel-Resistant Epithelial Ovarian Cancer, 31st Annual Meeting of the Society of Gynecologic Oncologists, San Diego, CA, 2/9/2000

Prognostic Factors in Endometrial Cancer, Society of Gynecologic Oncologists 2000 Winter Meeting, Park City, UT, 3/18/2000

Effect of Transfecting P16 & P53 Suppressors on Cell Growth and Apoptosis in Ovarian Cancer Cell Lines, American Association for Cancer Research, 91st Annual Meeting, San Francisco, CA, 4/1/2000

Womens Professional Development, Association of American Medical Colleges Professional Development Seminar for Junior Women Faculty, Association of American Medical Colleges, Reston, VA, 4/1/2000

A Phase I Trial of Adp53 (RPR/INGN 201) for Ovarian Cancer Patients: Correlation with P53 and Anti-Adenovirus Antibody Status, American Society of Clinical Oncology, New Orleans, LA, 5/22/2000

Gene Therapy in Patients with Epithelial Ovarian Cancer, Gynecologic Oncology Group, 7/2000

Application of Molecular Biology in Gynecologic Cancer, Annual Meeting of the Thai Gynecologic Oncology Group, Nakorn Nayok, Thailand, 8/12/2000

The Role of Liposomal Doxorubicin (Caelyx) in Ovarian Cancer, Annual Meeting of the Thai Gynecologic Oncology Group, Nakorn Nayok, Thailand, 8/12/2000

Gene Therapy for Cervical Cancer - An Update, 2nd Annual International Conference on Cervical Cancer, Houston, TX, 4/13/2002

In Vivo Adenovirus-Mediated p16 Tumor Suppressor Gene Therapy in Ovarian Cancer, Texas Forum on Female Reproduction 8th Annual Meeting, Houston, TX, 5/2/2002

A Phase II Study of Xeloda in Patients with Chemotherapy Resistant Recurrent Ovarian Cancer, ASCO 2002 Annual Meeting, Orlando, FL, 5/19/2002

The Role of Docetaxel in Gynecologic Maligancies, 40th Japanese Society of Clinical Oncology Annual Meeting, Juntendo University, Toyko, Japan, 10/16/2002

Management of Ovarian cancer in the 21st Century-Surgery, Chemotherapy, and Molecular Therapy, 40th Japanese Society of Clinical Oncology Annual Meeting, Jutendo University, Toyko, Japan, 10/17/2002

Surgical Management of Gynecologic Malignancies, 40th Japanese Society of Clinical Oncology Annual Meeting, Jutendo University, Toyko, Japan, 10/17/2002

A Phase I/II Study to Evaluate the Optimum Biologic Dose of PEG-Intron in Patients with Platinum-Resistant Ovarian, Peritoneal, or Fallopian Tube Cancer, 11th SPORE Investigators Workshop, Baltimore, WA, 7/8/2003

A Phase I/II Study to Evaluate the Optimum Biologic Dose of PEG-Intron in Patients with Platinum-Resistant Ovarian, Peritoneal, or Fallopian Tube Cancer, 11th SPORE Investigator's Workshop, Baltimore, MD, 7/9/2003

P53 Targeted Therapy, 4th International Ovarian Cancer Conference, MSKCC, New York, NY, 9/11/2003

mTOR inhibition is a rational target for the treatment of endometrial cancer, ASCO 40th Annual Meeting, New Orleans, LA, 6/5/2004

Cervical and Endometrial Cancers - Preferred Treatment and Management Options, CME Conference, Hoag Cancer Center, Huntington Beach, CA, 1/28/2005

Health issues and risk factors for Breast and Gynecologic Cancers, Hadassah Check it Out program, San Antonio, TX, 2/9/2005

Cervical Cancer, Ovarian Cancer:What We Need to Know, Women's Health On Alert, Wellesley College, Wellesley, MA, 4/2/2005

Wiley, Miryam (Townsman Correspondent) Women and hormonal health the expert views., The Wellesley Townsman: townonline.com, Wellesley College, Wellesley, MA, 4/7/2005

Transitioning form Fellow to Faculty: How to go About Setting up an Independent Laboratory, and How to be a Mentor for Students, Residents and Fellows, 2005 Southern Regional Professional Development Conference - Successful Strategies for Women in Academic Medicine, Little Rock, AR, 4/16/2005

The Role of COUP-TFII in Ovarian Cancer, Grand Rounds, Baylor College of Medicine, Houston, TX, 5/6/2005

Biologic Therapies Should be Used as Single Agents in Ovarian Cancer Clinical Trials, Felix Rutledge Society 36th Annual Meeting, Mackinac Island, MI, 7/15/2005

Surgical Treatment of Ovarian Cancer Indications and Advances in the 21st Century, Chinese Society of Gynecologic Oncology, Tsinghua University, Nanjing, China, 6/3/2006

Surgical Treatment of Ovarian Cancer Indications and Advances in the 21st Century and Beyond, International Forum on the Mechanisms and Management of Ovarian Cancer, Peking University People's Hospital, Beijing, China, 6/9/2006

Thymidine Kinase Inh bitors in Gynecologic Malignancies, Felix Rutledge Society 36th Annual Meeting, Berlin, Germany, 9/7/2006

Intraperitoneal Chemotherapy for Optimally Debulked Ovarian Cancer and Emerging Therapies in Ovarian Cancer, 6th Samsung Medical Center - M. D. Anderson Cancer Center International Symposium, Seoul, Korea, Republic of, 11/4/2006

Ovarian Carcinoma for the General Oncologist, Third Symposium, Pursuit of Excellence: Addressing Issues and Trend in Oncology Nursing, UT M D Andersons Physicians Network, Santa Barbara, CA, 7/13/2007

Early Detection and Treatment of Ovarian Cancer, SGO, Tampa, FL, 3/9/2008

Optimizing Treatment Choices in Ovarian Cancer, SGO, Tampa, FL, 3/9/2008

Advances in the Management of Ovarian Stromal Tumors, ASCO, Chicago, IL, 5/31/2008

Ovarian Cancer, Uterine Cancer, Cervical Cancer, Hospital Israelita Albert Einstein and M D Anderson Cancer Center, Hospital Israelita Albert Einstein and M D Anderson Cancer Center, Sao Paulo, Brazil, 6/17/2008

Minimally Invasive Surgery in Gynecology Oncology, II International Symposium of Gynecology Oncology - Hospital Sirio-L banes, Sao Palo, Brazil, 11/7/2008

Gene Therapy and Targeted Therapies in Gynecologic malignancies, II International Symposium of

Gynecology Oncology - Hospital Sirio-Libanes, Sao Palo, Brazil, 11/8/2008

Gynecologic Cancers.What you need to know about Ovarian, Uterine, and Cervix Cancers, A bert Einstein Instituto Israelita De Ensino E Pesquisa, Sao Paulo, Brazil, 6/23/2009

Course Director, 8th International Conference on Ovarian Cancer, Memorial Sloan-Kettering Cancer Center, New York, NY, 9/24/2009

Treatment of Ovarian Cancer 21st Century and Beyond, 6th Chinese Conference on Oncology and the 9th Cross-Strait Conference on Oncology, Fudan University Shanghai Cancer Center, Shanghai, China, 5/21/2010

Chemotherapy Session Moderator, The 9th International Conference on Ovarian Cancer, Houston, TX 12/2/2011

**Scientific Exhibitions**

Current Directions in Cancer Therapy & Research, Cancer in Women: A Comprehensive Scientific Symposium on the Gynecologic Malignancies, National Ovarian Cancer Coalition, San Diego, CA, 2/4/2000

The Role of Gemcitabine in Ovarian Cancer, Lilly Oncology Advisory Meeting, Indianapolis, IN, 2/28/2002

Current and New Treatment Strategies for Ovarian Cancer, Grand Rounds, University of Medicine & Dentistry of New Jersey, Newark, NJ, 3/27/2002

Challenging Cases in Gynecologic Oncology, Network for Oncology Communication & Research, Las Vegas, NV, 8/17/2002

Cancer in Women: A scientific update in prevention, screening, treatment and risk management for ovarian and cervical malignancies, National Ovarian Cancer Coalition, Inc., Boston, MA, 10/10/2002

Ethical Delima's in Clinical Trials, John J. Molitar Lectureship CME Conference, University of California, Irvine, CA, 10/30/2002

The Application of Gene Therapy for Gynecologic Malignancies, Texas Medical Center Gene Therapy Symposium, Houston, TX, 11/11/2002

Indication for and Value of Screening for Ovarian Cancer, CME Conference, Inova Institute of Research & Education, Fairfax, VA, 11/15/2002

Treatment of recurrent Ovarian Cancer, Grand Rounds, Walter Reed Army Medical Center, Bethesda, MD, 12/4/2002

Current Treatment Strategies for Gynecologic Cancers, SGO Symposium 34th Annual Meeting, New Orleans, LA, 2/2/2003

Panel Physician - Ovarian Cancer Panel, The National Comprehensive Cancer Network on Ovarian Cancer Panel, Chicago, IL, 2/7/2003

Novel Therapeutics for Endometrial Cancer, 2003 SGO Winter Meeting, Breckenridge, CO, 3/7/2003

Novel Approaches to the Treatment of Gynecological Cancer, 2003 Oncology Forum, Fox Chase Cancer Center, Philadelphia, PA, 4/26/2003

Satellite Broadcast, Highlights from ASCO 2003, American Academy of the CME, Inc., Newark, NJ, 6/18/2003

What's New in Ovarian Cancer Treatment, NOCC National Conference, Ft. Lauderdale, FL, 11/8/2003

Ovarian Cancer: A Progress Report, 4th Annual Primary Care and Prevention conference, Atlanta, GA, 10/25/2004

Current & New Treatments for Ovarian Cancer, NOCC Conference, Philadelphia, PA, 10/30/2004

Clinical Trials, NOCC National Meeting, Ft. Lauderdale, FL, 11/13/2004

Cancer In Women: a Scientific Update on Ovarian Cancer-Prevention, Screening and Treatment, CME Conference, CME Massachusetts Medical Society & NOCC, 2/4/2005

Phase II Trials among the Ovarian SPORE Programs, Ovarian State of the Science Meeting - GOG Retreat, Bethesda, MD, 9/15/2005

Challenging Cases in Women's Health Recurrent Ovarian Cancer at 8 Months, NMCR Challenging Cases in Gyn Oncology and Breast Cancer, Miami, FL, 6/17/2006

How to Survive and Thrive as a Female Physician in Gynecologic Oncology, Japanese Society of Gynecologic Oncology 42nd Annual Meeting, Toyko, Japan, 6/28/2007

What's New Gynecologic Oncology? An Update on Translational and Clinical Research, Japanese Society of Gynecologic Oncology 42nd Annual Meeting, Toyko, Japan, 7/2/2007

Ovarian Carcinoma for the General Oncologist, UT M D Anderson Cancer Center and M D Anderson Physicians Network 3rd Annual Symposium

The University of Texas MD Anderson Cancer Center, Santa Barbara, CA, 7/9/2007Ovarian Expert Recap - Clinical Options, ASCO, Chicago, IL, 5/30/2008Controversial Issues in Recurrent Ovarian Cancer, Felix

Rutledge Society Meeting, Buenos Aires, Argentina, 4/29/2009

Conversations with Oncology Investigators, Bridging the Gap between Research and Patient Care, Research to Practice CME Program, 01/2013

**National Seminar Invitations**

Attended, Association of American Medical Colleges Professional Development Seminar for Junior Women Faculty. Reston, Virginia, April 1-4, 2000

Gynecologic Cancers 2003 Treatment Update, CHRISTUS Spohn Shoreline Tumor Conference-CME, CHRISTUS Spohn Shoreline, Corpus Christi, TX, 8/27/2003

Update in the Management of Ovarian Cancer, Symposium on Women's Cancer, The Cleo Craig Memorial Cancer and Research Clinic, Lawton, OK, 8/28/2004

Palliative Care Issues for Patients Facing Advanced Ovarian Cancer, MDACC Physicians Network, Christus Schumpert Cancer CME Symposium, MDACC Physicians Network, Christus Schumpert Cancer CME Symposium, Shreveport, LA, 10/22/2004

PV, The Abnormal Pap Smear, and Cervical Cancer, MDACC Physicians Network, Christus Schumpert Cancer CME Symposium, MDACC Physicians Network, Christus Schumpert Cancer CME Symposium, Shreveport, LA, 10/22/2004

Metastatic Cervical Cancer, Cancer 2005: Preferred Treatment and Management Options, Hoag Cancer Center CME Oncology Meeting, Huntington Beach, CA, 1/28/2005

Recurrent Endometrial Cancer, Cancer 2005: Preferred Treatment and Management Options, Hoag Cancer Center CME Oncology Meeting, Huntington Beach, CA, 1/28/2005

Clinical Trials - Understanding, Navigating & Accessing Clinical Trials, Georgia Ovarian Cancer Awareness Conference, Georgia Ovarian Cancer Awareness Conference, Atlanta, GA, 2/19/2005

Cervical Cancer, Ovarian Cancer: What We Need to Know, Women's Health on Alert, Wellesley College, Wellesley, MA, 4/2/2005

Recurrent Endometrial Cancer Case#5, Challenging Cases in Women's Health, NOCR, Las Vegas, NV, 8/6/2005

Breaking Sound Barriers: Cutting Edge Research from the Lab and Clinical Trials, Turn the Volume Up-Ovarian Cancer National Alliance Conference, NOCC, Atlanta, GA, 9/29/2005

Clinical Trials 101, Turn the Volume Up-Ovarian Cancer National Alliance Conference, NOCC, Atlanta, GA, 9/29/2005

Risk Factors and Genetic Risk factors Regarding Ovarian Cancer, Diagnosis and Treatment of Ovarian Cancer - Beyond Chemotherapy National Ovarian Cancer Coalition Symposium, NOCC, Philadelphia, PA, 10/29/2005

Clinical Trials, National Ovarian Cancer Coalition Mini-Conferences, NOCC, Silver Springs, MD, 11/12/2005

Current & New Treatments for Ovarian Cancer, Grand Rounds, Advocate Christ Medical Center, Oak Lawn, IL, 1/12/2006

Progress and Treatment for Ovarian Cancer, Grand Rounds CME, MacNeal Hospital, Berwyn, IL, 4/25/2006

Women and Cancer: A Focus on Cervical and Ovarian Cancer, Oncology Nursing and Pharmacy Conference Series 2006: Collaboration for Advancing the Quality of Community Cancer Care, UTMB Office of Continuing Education, San Diego, CA, 11/18/2006

Women and Cancer: A Focus on Cervical and Ovarian Cancer, Oncology Nursing and Pharmacy Conference Series 2006: Collaboration for Advancing the Quality of Community Cancer Care, UTMB Office of Continuing Education, Williamsburg, VA, 12/2/2006

Future Directions and New Frontiers in Individualized Therapeutic Approaches, SGO-CME Certified Satellite Symposium Management of Recurrent Epithelial Ovarian Cancer: Current Standards and Novel Approaches, Society of Gynecologic Oncologist, San Diego, CA, 3/5/2007

Treatment of a Patient with Recurrent, Platinum-Resistant Disease, SGO-CME Certified Satellite Symposium Management of Recurrent Epithelial Ovarian Cancer: Current Standards and Novel Approaches, Society of Gynecologic Oncologist, San Diego, CA, 3/5/2007

Northwestern Prentice Women's Hospital, Guest Speaker, Chicago, IL.  02/08/2008 "From Bench to Bedside – My Personal Experience

Texas Medical Association, Ovarian Cancer Advisory Panel Meeting, Austin, TX, July 21, 2008

EIF Callaway Golf Foundation Women's Cancer Initiative Annual Meeting, "Ovarian Cancer Research Program", Carlsbad, CA, August 8, 2008

The Impact of Stress, Gynecologic Cancer Foundation, NYU Langone Medical Center, New York, NY, 11/1/2008

Global Academic Programs (formerly Sister Institution Conference MDACC), Chair the Working Group on Gynecologic Malignancies, Houston, TX, 6/6/2008

M D Anderson Cancer Center Development Symposium, accompanied Dr. Mendelsohn and spoke at the

Southern Hills Country Club, Tulsa, OK, June 24, 2008

Gastrointestinal Cancer Retreat and PI3K Workshop: CCSG Programs Onstead Auditorium, BSRB Mitchell Building

Advisor, Entereg Complex Gynecologic Surgery Advisory Meeting, GSK, Philadelphia, PA, December 5-6, 2008

Texas Medical Association, Ovarian Cancer Advisory Panel Meeting, Austin, TX, January 9, 2009

Advisor, Yondelis Advisory Board Meeting, Centocor Ortho Biotech, Newport Beach, CA, February 20-21, 2009

Texas Medical Association, Ovarian Cancer Advisory Panel Meeting, Austin, TX, July 14, 2009

Career Pathways for Women in Science and Medicine & What the Careers of the Future Will Hold and More, Dinner with the Experts, Spring Branch Independent School District, Houston, TX, January 21, 2010

Faculty, CE-Continuing Education Program, OncoBeat ASCO 2010: Reporting the News. Beating Cancer. Educational Concepts Group, LLC; Chicago, IL; June 7, 2010.

Advanced Ovarian Cancer, Facilitator for Interactive Case Discussions, SGO, March 26, 2012

Guest Speaker, "The Ethics of Clinical Trials", Phoenix Chapter of Associal of Clinical Research Professicals, July 2013

**Lectureships/Visiting Professorships**

Gynecologic Oncology Overview, Grand Rounds, Beaumont Hospital, Beaumont, TX, 4/17/1997

Abnormal Uterine Bleeding & Endometrial Cancer, Grand Rounds, St. Frances Cabrini Hospital, Alexandria, LA, 8/24/1999

Gynecologic Oncology Overview, Grand Rounds, Nacogdoches/San Augustine Medical Society, Nacogdoches, TX, 11/10/1999

Gene Therapy for Gynecologic Malignancies, University of Minnesota Fellowship Program, Minneapolis, MN, 12/14/1999

Gynecologic Cancers: Diagnosis, Treatment & Outcomes-Where We've Been & Where We're Going, Grand Rounds, Christus Spohn Health System Tumor Conference, Corpus Christi, TX, 9/20/2000

Current and New Treatment Strategies for Ovarian Cancer, CME, University of Medicine & Dentistry of New Jersey, Medical School, Newark, NJ, 3/27/2002

Ethical Delima's in Clinical Trials, John J. Molitar Lectureship, University of California, Irvine, CA, 10/30/2002

The Application of Gene Therapy for Gynecologic Malignancies, Texas Medical Center Gene Therapy Symposium, Texas Medical Center, Houston, TX, 11/11/2002

Indication for and Value of Screening for Ovarian Cancer, CME, Inova Institute of Research & Education, Fairfax, VA, 11/15/2002

Treatment of recurrent Ovarian Cancer, CME, Walter Reed Army Medical Center, Bethesda, MD, 12/4/2002

Novel Therapeutics for Endometrial Cancer, 2003 SGO Winter Meeting, Society of Gynecologic Oncologist, Breckenridge, CO, 3/7/2003

Physician Advisor for Gynecological Cancer Advisory Board, Novel Approaches to the Treatment of Gynecological Cancer, 2003 Oncology Forum, Fox Chase Cancer Center, Philadelphia, PA, 4/26/2003

Translational Research from Bench to Bedside One Gynecologic Oncologist's Experience, Bench to Beside Symposium, NYU Medical Center, New York, NY, 5/20/2005

Progress and Treatment of Ovarian Cancer, MDACC Faculty Speakers Bureau, CME - OB/GYN Grand Rounds, St. David's Healthcare, Austin, TX, 10/18/2005

Progress and Treatment of Ovarian Cancer, MDACC Faculty Speakers Bureau, CME - University Hospital Grand Rounds, University Health Care System, Augusta, GA, 10/20/2005

Current and New Treatments for Ovarian Cancer, CME, Advocate Christ Hospital, Oak Lawn, IL, 1/12/2006

The Ethics of Clinical Trials, University of Minnesota Gynecologic Oncology Consensus Conference, University of Minnesota, Minneapolis, MN, 5/8/2006

Comprehensive Management of Ovarian Cancer: Current Treatment and Maximizing Quality of Life, CME-Medical Communications Media, Novato Community Hospital, Novato, CA, 5/7/2007

Comprehensive Management of Ovarian Cancer: Current Treatment and Maximizing Quality of Life, Grand Rounds-Medical Communications Media, University of Pittsburgh, Pittsburgh, PA, 6/5/2007

Treatment of Ovarian Cancer - 21st Century and Beyond, Grand Rounds, UC Davis Medical Center, Gynecologic Oncology, Sacramento, CA, 12/17/2008

Gynecologic Cancers: Uterine Cancer, CME: Update on Endometrial Cancer, Citizens Medical Center, Office of Continuing Medical Education, Victoria, TX, 1/11/2010

**NATIONAL CONFERENCES- INVITED/ AND OR SPEAKER**

Treatment of Ovarian Cancer, National Ovarian Cancer Coalition State Chapters Meeting, NOCC, Ft. Lauderdale, FL, 11/5/1999

Commencement speaker, East Liverpool High School, East Liverpool, OH, 6/1/2000

Gynecologic Cancers: Diagnosis, Treatment & Outcomes-Where We've Been & Where We're Going, 2nd Annual "Closing Gaps & Opening Doors Conference for Working Women, U.S. Department of Labor, Women's Bureau Region VI, Austin, TX, 10/5/2000

Talk-back Session - Moderator, Wet State Theater, Alley Theater, UT M D Anderson Cancer Center & the Stanford Foundation, Austin, TX, 5/31/2001

Interferon-g in the Management of Ovarian Cancer clinical Advisory Program, Advisory Program, InterMune Pharmaceuticals, Houston, TX, 6/21/2001

Current & New Treatments for Ovarian Cancer, Cancer in Women: A Scientific Update in Prevention, Screening and Treatment for Ovarian Cancer, NOCC, Houston, TX, 1/1/2004

Management of Gynecologic Cancer, Sanofi-Synthelabo Oncology Health Science Advisory Board Meeting, Sanofi-Synthelabo Oncology, Dallas, TX, 4/24/2004

Controversies in Ovarian Cancer, ACOG Update, Audiotaped Tele-Conference, ACOG, Houston, TX, 5/14/2004

Health issues and risk factors for Breast and Gynecologic Cancers, Hadassah Check it Out program to educate young women in Houston Independent School District, Worthing High School, Houston, TX, 2/9/2005

Screening for Gynecologic Cancers, CME Memorial Hermann Southwest Hospital, Memorial Hermann Southwest Hospital, Houston, TX, 3/8/2005

The Role of COUP-TFII in Ovarian Cancer, Arthur M. Faris, Sr., MD Resident Research Day, Baylor College of Medicine, Obstetrics and Gynecology, Houston, TX, 5/6/2005

Menopause The Musical Out Loud - Breaking the Silence on Ovarian Cancer, National Ovarian Cancer Coalition, Matrix Graphix, and Ovarian Cancer National Alliance Aging Out Loud Tour, TOC Productions Inc., www.menopausethemusical.com, National Ovarian Cancer Coalition, Stafford, TX, 3/3/2006

Progress and Treatment of Ovarian Cancer, National Ovarian Cancer Coalition, American Cancer Society, National Ovarian Cancer Coalition, American Cancer Society, Austin, TX, 3/20/2006

What you need to know - Hereditary Breast and Ovarian Cancer, UT M D Anderson Cancer Center and The San Antonio Chapter of Hadassah, San Antonio, TX, 10/26/2006

Progress and Treatment for Ovarian Cancer, UTMB - CME Grand Rounds, Galveston, TX, 2/14/2007

Moderator - Stump the Professor, 37th Annual Meeting of the Felix Rutledge Society, Houston, TX, 6/13/2007

Ovarian Cancer Advisory Panel, Physician Oncology Education Program, Ovarian Cancer Advisory Panel Meeting, Texas Medical Association, Austin, TX, 12/10/2007

Cervical Cancer Update Including the Role of Vaccines, SGO-Society of Gynecologic Oncologist, Educational Concepts Group, LLC, Oncobeat SGO: Reporting the News.Beating Cancer, San Antonio, TX, 2/8/2009

Wolf, JK. Strategies for the Management of Platinum-Resistant Ovarian Cancer, 41st Annual Meeting on Women's Cancer Society of Gynecologic Oncologist, CBCE - University of North Texas Health Science Center at Fort Worth, Center for Biomedical Continuing Education, San Francisco, CA, 3/15/2010

Ovarian Cancer, Women's Cancer Awareness Conference, Methodist Healthcare System, San Antonio, TX, 9/30/2010

Gynecologic Oncology Overview, Grand Rounds, Beaumont Hospital, Beaumont, TX, 4/17/1997
Abnormal Uterine Bleeding & Endometrial Cancer, Grand Rounds, St. Frances Cabrini Hospital, Alexandria, LA, 8/24/1999

Gynecologic Oncology Overview, Grand Rounds, Nacogdoches/San Augustine Medical Society, Nacogdoches, TX, 11/10/1999

Gene Therapy for Gynecologic Malignancies, University of Minnesota Fellowship Program, Minneapolis, MN, 12/14/1999

Gynecologic Cancers: Diagnosis, Treatment & Outcomes-Where We've Been & Where We're Going, 2nd Annual "Closing Gaps & Opening Doors Conference for Working Women, U.S. Department of Labor, Women's Bureau Region VI, Austin, TX, 10/5/2000

Gynecologic Cancers: Diagnosis, Treatment & Outcomes-Where We've Been & Where We're Going, Grand Rounds, Christus Spohn Health System Tumor Conference, Corpus Christi, TX, 9/20/2000

Talk-back Session - Moderator, Wet State Theater, Alley Theater, UT M D Anderson Cancer Center & the Stanford Foundation, Austin, TX, 5/31/2001

Interferon-g in the Management of Ovarian Cancer clinical Advisory Program, Advisory Program, InterMune Pharmaceuticals, Houston, TX, 6/21/2001

Current and New Treatment Strategies for Ovarian Cancer, CME, University of Medicine & Dentistry of New Jersey, Medical School, Newark, NJ, 3/27/2002

Ethical Delima's in Clinical Trials, John J. Molitar Lectureship, University of California, Irvine, CA,

10/30/2002

The Application of Gene Therapy for Gynecologic Malignancies, Texas Medical Center Gene Therapy Symposium, Texas Medical Center, Houston, TX, 11/11/2002

Indication for and Value of Screening for Ovarian Cancer, CME, Inova Institute of Research & Education, Fairfax, VA, 11/15/2002

Treatment of recurrent Ovarian Cancer, CME, Walter Reed Army Medical Center, Bethesda, MD, 12/4/2002

Novel Therapeutics for Endometrial Cancer, 2003 SGO Winter Meeting, Society of Gynecologic Oncologist, Breckenridge, CO, 3/7/2003

Physician Advisor for Gynecological Cancer Advisory Board, Novel Approaches to the Treatment of Gynecological Cancer, 2003 Oncology Forum, Fox Chase Cancer Center, Philadelphia, PA, 4/26/2003

Current & New Treatments for Ovarian Cancer, Cancer in Women: A Scientific Update in Prevention, Screening and Treatment for Ovarian Cancer, NOCC, Houston, TX, 1/1/2004

Management of Gynecologic Cancer, Sanofi-Synthelabo Oncology Health Science Advisory Board Meeting, Sanofi-Synthelabo Oncology, Dallas, TX, 4/24/2004

Controversies in Ovarian Cancer, ACOG Update, Audiotaped Tele-Conference, ACOG, Houston, TX, 5/14/2004

Health issues and risk factors for Breast and Gynecologic Cancers, Hadassah Check it Out program to educate young women in Houston Independent School District, Worthing High School, Houston, TX, 2/9/2005

Screening for Gynecologic Cancers, CME Memorial Hermann Southwest Hospital, Memorial Hermann Southwest Hospital, Houston, TX, 3/8/2005

The Role of COUP-TFII in Ovarian Cancer, Arthur M. Faris, Sr., MD Resident Research Day, Baylor College of Medicine, Obstetrics and Gynecology, Houston, TX, 5/6/2005

Translational Research from Bench to Bedside One Gynecologic Oncologist's Experience, Bench to Beside Symposium, NYU Medical Center, New York, NY, 5/20/2005

Progress and Treatment of Ovarian Cancer, MDACC Faculty Speakers Bureau, CME - OB/GYN Grand Rounds, St. David's Healthcare, Austin, TX, 10/18/2005

Progress and Treatment of Ovarian Cancer, MDACC Faculty Speakers Bureau, CME - University Hospital Grand Rounds, University Health Care System, Augusta, GA, 10/20/2005

Current and New Treatments for Ovarian Cancer, CME, Advocate Christ Hospital, Oak Lawn, IL, 1/12/2006

Menopause The Musical Out Loud - Breaking the Silence on Ovarian Cancer, National Ovarian Cancer Coalition, Matrix Graphix, and Ovarian Cancer National Alliance Aging Out Loud Tour, TOC Productions Inc., www.menopausethemusical.com, National Ovarian Cancer Coalition, Stafford, TX, 3/3/2006

Progress and Treatment of Ovarian Cancer, National Ovarian Cancer Coalition, American Cancer Society, National Ovarian Cancer Coalition, American Cancer Society, Austin, TX, 3/20/2006

The Ethics of Clinical Trials, University of Minnesota Gynecologic Oncology Consensus Conference, University of Minnesota, Minneapolis, MN, 5/8/2006

What you need to know - Hereditary Breast and Ovarian Cancer, UT M D Anderson Cancer Center and The San Antonio Chapter of Hadassah, San Antonio, TX, 10/26/2006

Progress and Treatment for Ovarian Cancer, UTMB - CME Grand Rounds, Galveston, TX, 2/14/2007
Comprehensive Management of Ovarian Cancer: Current Treatment and Maximizing Quality of Life, CME-Medical Communications Media, Novato Community Hospital, Novato, CA, 5/7/2007

Comprehensive Management of Ovarian Cancer: Current Treatment and Maximizing Quality of Life, Grand Rounds-Medical Communications Media, University of Pittsburgh, Pittsburgh, PA, 6/5/2007

Moderator - Stump the Professor, 37th Annual Meeting of the Felix Rutledge Society, Houston, TX, 6/13/2007

Ovarian Cancer Advisory Panel, Physician Oncology Education Program, Ovarian Cancer Advisory Panel Meeting, Texas Medical Association, Austin, TX, 12/10/2007

Lecturer: Teal Lunch for Life, "Ovarian Cancer: Top Ten Questions What you really need to know..," benefiting Blanton-Davis Ovarian Cancer Research Program, San Antonio, TX, September 10, 2008

Lecturer: E2 Communications-Opinions in Gyn Malignancies: An Interactive Forum and KOL Focus Group, Las Vegas, NV, October 18, 2008

Treatment of Ovarian Cancer - 21st Century and Beyond, Grand Rounds, UC Davis Medical Center, Gynecologic Oncology, Sacramento, CA, 12/17/2008

Lecturer: Shell Health - Shell Oil Company, Prevention and Gynecological Oncology, Houston, TX, April 6, 2009

Lecturer: Raising Ovarian Cancer Awareness to Increase Survival Rates; NOCC, Media Blitz in New York, NY, April 22-23, 2009

Speaker, Teal Lunch for Life, "Ovarian Cancer: What you need to know and how you can help..,"

benefiting Blanton-Davis Ovarian Cancer Research Program, San Antonio, TX, Sept. 9, 2009

Speaker, Key to the Cure Benefit, "Ovarian Cancer, Raise Awareness"; NOCC & Saks 5th Avenue-Austin, Austin, TX, September 17, 2009

Cervical Cancer Update Including the Role of Vaccines, SGO-Society of Gynecologic Oncologist, Educational Concepts Group, LLC, Oncobeat SGO: Reporting the News.Beating Cancer, San Antonio, TX, 2/8/2009

Gynecologic Cancers: Uterine Cancer, CME: Update on Endometrial Cancer, Citizens Medical Center, Office of Continuing Medical Education, Victoria, TX, 1/11/2010

Speaker, CME/CNE Ovarian Cancer Knowledge Video, Texas Medical Association, Ovarian Cancer Advisory Panel Meeting, Austin, TX, January 25, 2010

Wolf, JK. Strategies for the Management of Platinum-Resistant Ovarian Cancer, 41st Annual Meeting on Women's Cancer Society of Gynecologic Oncologist, CBCE - University of North Texas Health Science Center at Fort Worth, Center for Biomedical Continuing Education, San Francisco, CA, 3/15/2010

Ovarian Cancer, Women's Cancer Awareness Conference, Methodist Healthcare System, San Antonio, TX, 9/30/2010

**PROFESSIONAL MEMBERSHIPS/ACTIVITIES**
**Professional Society Activities, with Offices Held**
**National and International**

American Association of Cancer Research
**Member**, 1996−present
Felix Rutledge Society
**Member**, 1996−present
**Chairman**, Program Committee, 1999
**Co-Chairman**, Program Committee, 2007
**President**, 2008−2009
Society of Gynecologic Oncology
**Member**, 1996−present
**Member**, Program Committee, 1999
**Member**, Government Relations Committee, 2002−2011
**Co-Chair**, Government Relations Committee, 2005−2011
American Society of Clinical Oncology
**Member**, 1997−present
American College of Obstetrics and Gynecology
**Fellow**, 1999−present
Gynecologic Oncology Group
**Member,** Developmental Therapeutics Committee, 2001−2011
**Member,** Phase I Subcommittee, 2004−2011
NEOMED Alumni Board
Rootstown, OH

   **Member** 2008-present

Southern Regional Professional Development Conference for Women in Medicine and Research, Take charge of Your Life: Speak Up, Stand Out, and Stay Calm
**Member**, Planning Committee, 3/2007
American Gynecological & Obstetrical Society
**Fellow**, 11/2007−present
Southwest Oncology Group (SWOG), Seattle, WA
**Member**, 11/2010−2011
**Local/State**
Houston Gynecology & Obstetrics Society, Houston, TX
**Member**, 1996
**Treasurer**, 1998−2000
**Vice President**, 2001-2002
**President-Elect**, 2002−2003
**President**, 2003−2004
**Member**, 2004−2011
Ob-Gyn Alumni Association, The University of Texas Health Science Center at San Antonio, San Antonio, TX
**Member**, 1999
American Board of Obstetrics & Gynecology, Dallas, TX
**Oral Board Examiner**, 12/2008
**Oral Examiner**, 12/2009
**Examiner**, 12/2010
**MEDIA: LOCAL AND NATIONAL**

1. News Article on Women's Health On Alert Conference: Wiley, Miryam (Townsman Correspondent) Women and hormonal health - the expert views. The Wellesley Townsman: townonline.com, April 7, 2005
2. Lecturer, Breaking the Silence on Ovarian Cancer - Diagnosis and Treatment; NOCC, State of

        Disease, Teleconference in Advance of Nation's Leading Cancer Meeting, Taped in New York, NY, Televised Live Across the Nation, May 22-23, 2006

3. Lecturer, Breaking the Silence on Ovarian Cancer - Diagnosis and Treatment; NOCC Media Initiative Magazine Interview, Interviewed in New York, NY, Fitness, MEDIZine's Healthy Living, Family Circle, Prevention, Cosmopolitan, Glamour, Woman's Day, O Magazine, March 11-13, 2007

4. Lecturer, Breaking the Silence on Ovarian Cancer Campaign, NOCC Media Alert Blitz on the Consensus of Ovarian Cancer; Teleconference in Advance of Nation's Leading Cancer Meeting, Taped in Houston, Texas, Televised Live Across the Nation, June 25, 2007

5. Dr. Oz Show appearance, Birth Control Pills and Risk of Ovarian Cancer, March 2012

6. I Heart Radio, "Preview of Highlights of San Antonio Breast Cancer Society Meeting", December 2013

**COMMUNITY**

1. Founder, Sprint for Life Fun Run, Raised Well Over $3.6 Million to Date For Cancer   Research, 1998-Present

2. Foundation Event – Development Reception for Banner MD Anderson Cancer Center, November 3, 2011

3. Foundation Event – Presentation at Vi Community, Scottsdale, Arizona 02/2012

4. Banner Health Foundation Lunch - JoAnn Oreffice, Pat McKennon and Pat Carbone Tour and Lunch, March 30, 2012

5. Foundation Event – Freeport McMoRan Employee Campaign Launch, Phoenix, AZ , April 6, 2012

6. Surgery Grand Rounds, Banner Good Samaritan Hospital, Gynecologic Oncology 2012 Updates, Phoenix, AZ, March 2012

7. Foundation Event – Bill and Anne Smith Reception, Sedona, AZ  April 21, 2012

8. Foundation Event – Presentation at Vi Community, Scottsdale, Arizona 09/12/2012

9. Speaker at 4th Annual Run/Walk for Ovarian Cancer, Break the Silence, NOCC 09/23/2012

10. Speaker at Association of Physician Assistants in Oncology, 2012 Annual Conference, Scottsdale, AZ  10/13/2012

11. Obesity and Cancer, Banner Gateway Medical Center Bariatric Grand Rounds, 02/2013

12. Advanced Leadership Program for Physicians, Banner Health, 2012-2013

13. Principal-Investigator, Various Donors, UT M. D. Anderson Cancer Center, 1999-Present, $324,834

14. Selected 2013 *Top 50 Most Influential Women in Business*


**NATIONAL PROFESSIONAL LECTURES/TALKS**


Lecturer: **Strengthening Her Fight in the Battle Against Ovarian Cancer; Physicians Connect-Tibotec (Doxil) Pharmaceuticals & MediMedia**
        Houston, TX, October 11, 2005
        Woodlands, TX October 12, 2005
        Moline, IL, October 25, 2005
        Monrovia, CA, October 27, 2005
        Grand Rapids, MI, December 15, 2005
        Kansas City, MO, January 10, 2006
        Houston, TX, October 17, 2006
        Oklahoma City, OK, November 14, 2006
        Woodlands, TX, April 23, 2007
        Oklahoma City, OK, May 8, 2007
        Houston, TX, June 12, 2007
        Houston, TX, June 19, 2007
        Houston, TX (MDACC), June22, 2007
        Houston, TX, October 17, 2007
        Houston, TX, December 5, 2007
        Houston, TX, June 6, 2008
Houston, TX, May 14, 2009


Lecturer: **Latest Developments in HPV-Related Diseases and Cervical Cancer; Merck i-Med Conference**
        Lubbock, TX, September 26, 2006
        Dallas, TX, October 10, 2006
        Tyler, TX, October 24, 2006
        Harvey, LA, November 16, 2006
        Beaumont, TX, November 20, 2006
        Snyder, TX, November 21, 2006
        Bedford, TX, January 18, 2007
        Denver, CO, January 30, 2007
        Houston, TX, February 13, 2007
        Baytown, TX, February 20, 2007
        Houston, TX, March 14, 2007
        Austin, TX, March 28, 2007
        Arlington, TX, May 14, 2007
        Houston, TX (MDACC), May 18, 2007

Webster, TX, May 23, 2007
Woodlands, TX, June 7, 2007
Dallas, TX, June 8, 2007
Chicago, IL, July 23, 2007
Nacogdoches, TX, October 30, 2007
Houston, TX, November 11, 2007
San Antonio, TX, November 14, 2007
Dallas, TX, December 4, 2007
Dallas, TX, December 14, 2007
Grapevine, TX, February 4, 2008
SanAntonio, TX, February 18, 2008
San Angelo, TX, February 19, 2008
Nacogdoches, TX, February 28, 2008
Hutchinson, KS, May 12, 2008

Lecturer: **The Management of Cervical Cancer: Focus on Hycamtin; Advanced Communication and Education (ACE) - Glaxo Smith Klein (GSK)**

Beaumont, TX, October 30, 2006

Corpus Christi, TX, November 27, 2006

Lafayette, LA, November 28, 2006
Lake Charles, LA, April 2, 2007

Grand Rounds Speaker: **Comprehensive Management of Ovarian Cancer: Current Treatment and Maximizing Quality of Life; Medical Communications Media Bureau**

Casper, WY, September 11, 2007

Pensacola, FL, October 9, 2007

Sugarland, TX, November 9, 2007

Houston, TX, December 4, 2007

Victoria, TX, December 5, 2007

Birmingham, AL, April 1, 2008

Kansas City, MO, May 7, 2008

St. Petersburg, FL, August 21, 2008

Victoria, TX, December 3, 2008

Newport Beach, CA, December 4, 2008

Lecturer: **The Treatment of Platinum-Sensitive Advanced Ovarian Cancer; Lilly Lecturer Bureau**

Houston, TX, April 3, 2007

Harlingen, TX, 12pm & 7pm, Jan 31, 2008

McAllen, TX, March 26, 2008

Brownsville, TX, March 26, 2008

Jacksonville, FL, April 23, 2008

Houston, TX, May 5-6, 2008

Fort Worth, TX, May 14, 2008

Wichita Falls, TX, May 14, 2008

Houston, TX, May 15, 2008

San Antonio, TX, May 28, 2008

Houston, TX, June 4, 2008

San Antonio, TX, July 2, 2008

Beaumont, TX, July 23, 2008

Fort Worth, TX, August 27, 2008

Wichita Falls, TX, August 27, 2008

Indianapolis, IN, (3-ta ks), September 3,2008

Corpus Christi, TX, September 17, 2008

Laredo, TX, September 17, 2008

San Antonio, TX, October, 22, 2008

Temple, TX, May 22, 2009

Laredo, TX, May 27, 2009

McAllen, TX, May 28, 2009

Houston, TX, June 4, 2009

Houston, TX, June 17, 2009

Beaumont, TX, August 6, 2009

CV updated; 09/24/2014

Judith K Wolf, MD

Updated 7/6/2016

# Exhibit B

"A Survey of the Long-Term Effects of Talc and Kaolin Pleurodesis." *British Journal of Diseases of the Chest* 73 (1979): 285–88. https://doi.org/10.1016/0007-0971(79)90054-8.

Acencio, Milena M. P., Evaldo Marchi, Lisete R. Teixeira, Bruna Rocha Silva, Juliana Sanchez Silva, Carlos Sergio Rocha Silva, Vanessa Adelia Alvarenga, Leila Antonangelo, Francisco Suso Vargas, and Vera Luiza Capelozzi. "Talc Particles and Pleural Mesothelium Interface Modulate Apoptosis and Inflammation." *Pathology* 46, no. S2 (2014): S76.

Acheson, E D, M J Gardner, E C Pippard, and L P Grime. "Mortality of Two Groups of Women Who Manufactured Gas Masks from Chrysotile and Crocidolite Asbestos: A 40-Year Follow-Up." *British Journal of Industrial Medicine* 39, no. 4 (November 1982): 344–48.

Akhtar, Mohd Javed, Maqusood Ahamed, M.A. Majeed Khan, Salman A. Alrokayan, Iqbal Ahmad, and Sudhir Kumar. "Cytotoxicity and Apoptosis Induction by Nanoscale Talc Particles from Two Different Geographical Regions in Human Lung Epithelial Cells." *Environmental Toxicology* 29 (2014): 394–406. https://doi.org/10.1002/tox.21766.

Akhtar, Mohd Javed, Sudhir Kumar, Ramesh Chandra Murthy, Mohd Ashquin, Mohd Imran Khan, Govil Patil, and Iqbal Ahmad. "The Primary Role of Iron-Mediated Lipid Peroxidation in the Differential Cytotoxicity Caused by Two Varieties of Talc Nanoparticles on A549 Cells and Lipid Peroxidation Inhibitory Effect Exerted by Ascorbic Acid." *Toxicology in Vitro: An International Journal Published in Association with BIBRA* 24, no. 4 (June 2010): 1139–47. https://doi.org/10.1016/j.tiv.2010.03.002.

American Cancer Society. "Key Statistics for Ovarian Cancer," n.d. https://www.cancer.org/cancer/ovarian-cancer/about/key-statistics.html.

———. "What Is Ovarian Cancer?," n.d. https://www.cancer.org/cancer/ovarian-cancer/about/what-is-ovarian-cancer.html.

Anderson, Garnet L., Howard L. Judd, Andrew M. Kaunitz, David H. Barad, Shirley A. A. Beresford, Mary Pettinger, James Liu, S. Gene McNeeley, Ana Maria Lopez, and Women's Health Initiative Investigators. "Effects of Estrogen plus Progestin on Gynecologic Cancers and Associated Diagnostic Procedures: The Women's Health Initiative Randomized Trial." *JAMA* 290, no. 13 (October 1, 2003): 1739–48. https://doi.org/10.1001/jama.290.13.1739.

Antoniou, A., P. D. P. Pharoah, S. Narod, H. A. Risch, J. E. Eyfjord, J. L. Hopper, N. Loman, et al. "Average Risks of Breast and Ovarian Cancer Associated with BRCA1 or BRCA2 Mutations Detected in Case Series Unselected for Family History: A Combined Analysis of 22 Studies." *American Journal of Human Genetics* 72, no. 5 (May 2003): 1117–30.

Arellano-Orden, Elena, Auxiliadora Romero-Falcon, Jose Martin Juan, Manuel Ocana Jurado, Francisco Rodriguez-Panadero, and Ana Montes-Worboys. "Small Particle-Size Talc Is Associated with Poor Outcome and Increased Inflammation in Thoracoscopic Pleurodesis." *Respiration* 86 (2013): 201–9. https://doi.org/10.1159/000342042.

Armstrong, Deborah K., Brian Bundy, Lari Wenzel, Helen Q. Huang, Rebecca Baergen, Shashikant Lele, Larry J. Copeland, Joan L. Walker, Robert A. Burger, and Gynecologic Oncology Group. "Intraperitoneal Cisplatin and Paclitaxel in Ovarian Cancer." *The New England Journal of Medicine* 354, no. 1 (January 5, 2006): 34–43. https://doi.org/10.1056/NEJMoa052985.

"ATSDR - Toxicological Profile: Asbestos." Accessed August 16, 2018. https://www.atsdr.cdc.gov/toxprofiles/tp.asp?id=30&tid=4.

Baldwin, Lauren A., Bin Huang, Rachel W. Miller, Thomas Tucker, Scott T. Goodrich, Iwona Podzielinski, Christopher P. DeSimone, Fred R. Ueland, John R. van Nagell, and Leigh G. Seamon. "Ten-Year Relative Survival for Epithelial Ovarian Cancer:" *Obstetrics & Gynecology* 120, no. 3 (September 2012): 612–18. https://doi.org/10.1097/AOG.0b013e318264f794.

Balkwill, Fran, and Alberto Mantovani. "Inflammation and Cancer: Back to Virchow?" *The Lancet* 357, no. 9255 (February 2001): 539–45. https://doi.org/10.1016/S0140-6736(00)04046-0.

Beck, B. D., H. A. Feldman, J. D. Brain, T. J. Smith, M. Hallock, and B. Gerson. "The Pulmonary Toxicity of Talc and Granite Dust as Estimated from an in Vivo Hamster Bioassay." *Toxicology and Applied Pharmacology* 87, no. 2 (February 1987): 222–34.

Begg, Melissa D., and Dana March. "Cause and Association: Missing the Forest for the Trees." *American Journal of Public Health* 108, no. 5 (May 2018): 620. https://doi.org/10.2105/AJPH.2018.304366.

Belotte, Jimmy, Nicole M. Fletcher, Awoniyi O. Awonuga, Mitchell Alexis, Husam M. Abu-Soud, Ghassan M. Saed, Michael P. Diamond, and Mohammed G. Saed. "The Role of Oxidative Stress in the Development of Cisplatin Resistance in Epithelial Ovarian Cancer." *Reproductive Sciences* 21, no. 4 (2014): 503–8. https://doi.org/10.1177/1933719113503403.

Belotte, Jimmy, Nicole M. Fletcher, Mohammed G. Saed, Mohammed S. Abusamaan, Gregory Dyson, Michael P. Diamond, and Ghassan M. Saed. "A Single Nucleotide Polymorphism in Catalase Is Strongly Associated with Ovarian Cancer Survival." *PloS One* 10, no. 8 (2015). https://doi.org/e0135739. doi:10.1371/journal. pone.0135739.

Berge, Wera, Kenneth Mundt, Hung Luu, and Paolo Boffetta. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention*, January 2017, 1. https://doi.org/10.1097/CEJ.0000000000000340.

———. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention: The Official Journal of the European Cancer Prevention Organisation (ECP)* 27, no. 3 (2018): 248–57. https://doi.org/10.1097/CEJ.0000000000000340.

Berry, G., M. L. Newhouse, and J. C. Wagner. "Mortality from All Cancers of Asbestos Factory Workers in East London 1933-80." *Occupational and Environmental Medicine* 57, no. 11 (November 2000): 782–85.

Bertolotti, Marinella, Daniela Ferrante, Dario Mirabelli, Mario Botta, Marinella Nonnato, Annalisa Todesco, Benedetto Terracini, and Corrado Magnani. "[Mortality in the cohort of the asbestos cement workers in the Eternit plant in Casale Monferrato (Italy)]." *Epidemiologia E Prevenzione* 32, no. 4–5 (October 2008): 218–28.

Blank, M M, N Wentzensen, M A Murphy, A Hollenbeck, and Y Park. "Dietary Fat Intake and Risk of Ovarian Cancer in the NIH-AARP Diet and Health Study." *British Journal of Cancer* 106, no. 3 (January 31, 2012): 596–602. https://doi.org/10.1038/bjc.2011.572.

Blount, A M. "Amphibole Content of Cosmetic and Pharmaceutical Talcs." *Environmental Health Perspectives* 94 (August 1991): 225–30.

Bluemel, Piza, and Zischka-Konorsa, W. "Animal experimental investigations of tissue reactions to starch and talcum powder after intraperitoneal application." *Wiener klinische Wochenschrift* 74, no. 1 (January 1962).

Blumenkrantz, M. J., N. Gallagher, R. A. Bashore, and H. Tenckhoff. "Retrograde Menstruation in Women Undergoing Chronic Peritoneal Dialysis." *Obstetrics and Gynecology* 57, no. 5 (May 1981): 667–70.

Boorman, G. A., and J. C. Seely. "The Lack of an Ovarian Effect of Lifetime Talc Exposure in F344/N Rats and B6C3F1 Mice." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 242–43. https://doi.org/10.1006/rtph.1995.1035.

Booth, M., V. Beral, and P. Smith. "Risk Factors for Ovarian Cancer: A Case-Control Study." *British Journal of Cancer* 60, no. 4 (October 1989): 592–98.

Bottazzi, Barbara, Elio Riboli, and Alberto Mantovani. "Aging, Inflammation and Cancer." *Seminars in Immunology*, November 5, 2018. https://doi.org/10.1016/j.smim.2018.10.011.

Bunderson-Schelvan, Melisa, Jean C. Pfau, Robert Crouch, and Andrij Holian. "Nonpulmonary Outcomes of Asbestos Exposure." *Journal of Toxicology and Environmental Health. Part B, Critical Reviews* 14, no. 1–4 (2011): 122–52. https://doi.org/10.1080/10937404.2011.556048.

Burn, John, Anne-Marie Gerdes, Finlay Macrae, Jukka-Pekka Mecklin, Gabriela Moeslein, Sylviane Olschwang, Diane Eccles, et al. "Long-Term Effect of Aspirin on Cancer Risk in Carriers of Hereditary Colorectal Cancer: An Analysis from the CAPP2 Randomised Controlled Trial." *Lancet (London, England)* 378, no. 9809 (December 17, 2011): 2081–87. https://doi.org/10.1016/S0140-6736(11)61049-0.

Buz'Zard, Amber R., and Benjamin H. S. Lau. "Pycnogenol® Reduces Talc-Induced Neoplastic Transformation in Human Ovarian Cell Cultures." *Phytotherapy Research* 21, no. 6 (June 2007): 579–86. https://doi.org/10.1002/ptr.2117.

Caldwell, Carlyle G., White Thomas Aubrey, William L. George, and James J. Eberl. Medical dusting powder. United States US2626257A, filed May 21, 1952, and issued January 20, 1953. https://patents.google.com/patent/US2626257A/en?q=medical+&q=dusting+powder&oq=medical+dusting+powder.

Camargo, M. Constanza, Leslie T. Stayner, Kurt Straif, Margarita Reina, Umaima Al-Alem, Paul A. Demers, and Philip J. Landrigan. "Occupational Exposure to Asbestos and Ovarian Cancer: A Meta-Analysis." *Environmental Health Perspectives* 119, no. 9 (September 2011): 1211–17. https://doi.org/10.1289/ehp.1003283.

Carr, C.J. "Talc: Consumer Uses and Health Perspectives" 21 (1995): 211–15.

Chan, Andrew T., Edward L. Giovannucci, Jeffrey A. Meyerhardt, Eva S. Schernhammer, Gary C. Curhan, and Charles S. Fuchs. "Long-Term Use of Aspirin and Nonsteroidal Anti-Inflammatory Drugs and Risk of Colorectal Cancer." *JAMA* 294, no. 8 (August 24, 2005): 914–23. https://doi.org/10.1001/jama.294.8.914.

Chang, Che-Jui, Yu-Kang Tu, Pau-Chung Chen, and Hsiao-Yu Yang. "Occupational Exposure to Talc Increases the Risk of Lung Cancer: A Meta-Analysis of Occupational Cohort Studies." *Canadian Respiratory Journal*, 2017. https://doi.org/10.1155/2017/1270608.

Chang, Stella, and Harvey A. Risch. "Perineal Talc Exposure and Risk of Ovarian Carcinoma." *Cancer* 79, no. 12 (June 15, 1997): 2396–2401. https://doi.org/10.1002/(SICI)1097-0142(19970615)79:12<2396::AID-CNCR15>3.0.CO;2-M.

Chen, F., K. Gaitskell, M. J. Garcia, A. Albukhari, J. Tsaltas, and A. A. Ahmed. "Serous Tubal Intraepithelial Carcinomas Associated with High-Grade Serous Ovarian Carcinomas: A Systematic Review." *BJOG: An International Journal of Obstetrics and Gynaecology* 124, no. 6 (May 2017): 872–78. https://doi.org/10.1111/1471-0528.14543.

Chen, Lee-May, and Jonathan S Berek. "Overview of Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum." *UpToDate*, 2018.

Chen, L-M, et al. "Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum: Epidemiology and Risk Factors - UpToDate," 2018. https://www.uptodate.com/contents/epithelial-carcinoma-of-the-ovary-fallopian-tube-and-peritoneum-epidemiology-and-risk-factors?search=Epithelial%20carcinoma%20of%20the%20ovary,%20fallopian%20tube,%20and%20peritoneum:%20Epidemiology%20and%20risk%20factors&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

Chen, Xi, Gerd A. Müller, Marianne Quaas, Martin Fischer, Namshik Han, Benjamin Stutchbury, Andrew D. Sharrocks, and Kurt Engeland. "The Forkhead Transcription Factor FOXM1

Controls Cell Cycle-Dependent Gene Expression through an Atypical Chromatin Binding Mechanism." *Molecular and Cellular Biology* 33, no. 2 (January 2013): 227–36. https://doi.org/10.1128/MCB.00881-12.

Chen, Y., P. C. Wu, J. H. Lang, W. J. Ge, P. Hartge, and L. A. Brinton. "Risk Factors for Epithelial Ovarian Cancer in Beijing, China." *International Journal of Epidemiology* 21, no. 1 (February 1992): 23–29.

Chien, Jeremy, Hugues Sicotte, Jian-Bing Fan, Sean Humphray, Julie M. Cunningham, Kimberly R. Kalli, Ann L. Oberg, et al. "TP53 Mutations, Tetraploidy and Homologous Recombination Repair Defects in Early Stage High-Grade Serous Ovarian Cancer." *Nucleic Acids Research* 43, no. 14 (August 18, 2015): 6945–58. https://doi.org/10.1093/nar/gkv111.

Chittenden, B. G., G. Fullerton, A. Maheshwari, and S. Bhattacharya. "Polycystic Ovary Syndrome and the Risk of Gynaecological Cancer: A Systematic Review." *Reproductive Biomedicine Online* 19, no. 3 (September 2009): 398–405.

Cibula, D., M. Widschwendter, O. Májek, and L. Dusek. "Tubal Ligation and the Risk of Ovarian Cancer: Review and Meta-Analysis." *Human Reproduction Update* 17, no. 1 (January 1, 2011): 55–67. https://doi.org/10.1093/humupd/dmq030.

Cibula, David, Martin Widschwendter, Michael Zikan, and Ladislav Dusek. "Underlying Mechanisms of Ovarian Cancer Risk Reduction after Tubal Ligation." *Acta Obstetricia Et Gynecologica Scandinavica* 90, no. 6 (June 2011): 559–63. https://doi.org/10.1111/j.1600-0412.2011.01114.x.

CIMBA, Georgia Chenevix-Trench, Roger L Milne, Antonis C Antoniou, Fergus J Couch, Douglas F Easton, and David E Goldgar. "An International Initiative to Identify Genetic Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: The Consortium of Investigators of Modifiers of BRCA1 and BRCA2 (CIMBA)." *Breast Cancer Research* 9, no. 2 (December 2007). https://doi.org/10.1186/bcr1670.

Cohen, Samuel M., and Lora L. Arnold. "Chemical Carcinogenesis." *Toxicological Sciences* 120, no. suppl_1 (March 1, 2011): S76–92. https://doi.org/10.1093/toxsci/kfq365.

Colditz, Graham A. "Cancer Prevention." *UpToDate*, 2018.

Collaborative Group on Epidemiological Studies of Ovarian Cancer, V. Beral, R. Doll, C. Hermon, R. Peto, and G. Reeves. "Ovarian Cancer and Oral Contraceptives: Collaborative Reanalysis of Data from 45 Epidemiological Studies Including 23,257 Women with Ovarian Cancer and 87,303 Controls." *Lancet* 371, no. 9609 (January 26, 2008): 303–14. https://doi.org/10.1016/S0140-6736(08)60167-1.

Collaborative Group On Epidemiological Studies Of Ovarian Cancer, V. Beral, K. Gaitskell, C. Hermon, K. Moser, G. Reeves, and R. Peto. "Menopausal Hormone Use and Ovarian Cancer Risk: Individual Participant Meta-Analysis of 52 Epidemiological Studies." *Lancet (London, England)* 385, no. 9980 (May 9, 2015): 1835–42. https://doi.org/10.1016/S0140-6736(14)61687-1.

Committee on Practice Bulletins–Gynecology, Committee on Genetics, Society of Gynecologic Oncology. "Practice Bulletin No 182: Hereditary Breast and Ovarian Cancer Syndrome." *Obstetrics and Gynecology* 130, no. 3 (2017): e110–26. https://doi.org/10.1097/AOG.0000000000002296.

Compton, Sarah A., Sezgin Ozgür, and Jack D. Griffith. "Ring-Shaped Rad51 Paralog Protein Complexes Bind Holliday Junctions and Replication Forks as Visualized by Electron Microscopy." *The Journal of Biological Chemistry* 285, no. 18 (April 30, 2010): 13349–56. https://doi.org/10.1074/jbc.M109.074286.

Cook, Linda S., Mary L. Kamb, and Noel S. Weiss. "Perineal Powder Exposure and the Risk of Ovarian Cancer." *American Journal of Epidemiology* 145, no. 5 (March 1, 1997): 459–65.

Cook, LS. "Erratum in 'Perineal Powder Exposure and the Risk of Ovarian Cancer'." *American Journal of Epidemiology* 148, no. 410 (1997).

Coussens, Lisa M., and Zena Werb. "Inflammation and Cancer." *Nature* 420, no. 6917 (December 19, 2002): 860–67. https://doi.org/10.1038/nature01322.

Cralley, L. J., M. M. Key, D. H. Groth, W. S. Lainhart, and R. M. Ligo. "Fibrous and Mineral Content of Cosmetic Talcum Products." *American Industrial Hygiene Association Journal* 29, no. 4 (August 1968): 350–54. https://doi.org/10.1080/00028896809343015.

Cramer, D. W. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics and Gynecology* 94, no. 1 (July 1999): 160–61.

Cramer, D. W., R. F. Liberman, L. Titus-Ernstoff, W. R. Welch, E. R. Greenberg, J. A. Baron, and B. L. Harlow. "Genital Talc Exposure and Risk of Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 81, no. 3 (May 5, 1999): 351–56.

Cramer, D. W., W. R. Welch, R. E. Scully, and C. A. Wojciechowski. "Ovarian Cancer and Talc: A Case-Control Study." *Cancer* 50, no. 2 (July 15, 1982): 372–76.

Cramer, Daniel W., Linda Titus-Ernstoff, John R. McKolanis, William R. Welch, Allison F. Vitonis, Ross S. Berkowitz, and Olivera J. Finn. "Conditions Associated with Antibodies Against the Tumor-Associated Antigen MUC1 and Their Relationship to Risk for Ovarian Cancer." *Cancer Epidemiology Biomarkers & Prevention* 14, no. 5 (May 1, 2005): 1125–31. https://doi.org/10.1158/1055-9965.EPI-05-0035.

Cramer, Daniel W., Allison F. Vitonis, Kathryn L. Terry, William R. Welch, and Linda J. Titus. "The Association between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." *Epidemiology (Cambridge, Mass.)*, December 17, 2015. https://doi.org/10.1097/EDE.0000000000000434.

———. "The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." *Epidemiology (Cambridge, Mass.)* 27, no. 3 (May 2016): 334–46. https://doi.org/10.1097/EDE.0000000000000434.

Cramer, Daniel W., William R. Welch, Ross S. Berkowitz, and John J. Godleski. "Presence of Talc in Pelvic Lymph Nodes of a Woman with Ovarian Cancer and Long-Term Genital Exposure to Cosmetic Talc." *Obstetrics and Gynecology* 110, no. 2 Pt 2 (August 2007): 498–501. https://doi.org/10.1097/01.AOG.0000262902.80861.a0.

Cramer, Daniel W., William R. Welch, Robert E. Scully, and Carol A. Wojciechowski. "Ovarian Cancer and Talc. A Case-Control Study." *Cancer* 50, no. 2 (July 15, 1982): 372–76. https://doi.org/10.1002/1097-0142(19820715)50:2<372::AID-CNCR2820500235>3.0.CO;2-S.

Crum, Christopher P, Jonathan Bijron, and Brooke E. Howitt. "Pathogenesis of Ovarian, Fallopian Tubal, and Peritoneal Serous Carcinomas." *UpToDate*, 2018.

Crusz, Shanthini M., and Frances R Balkwill. "Inflammation and Cancer: Advances and New Agents." *Nature Reviews Clinical Oncology* 12 (October 2015): 584–96. https://doi.org/10.1038/nrclinonc.2015.105.

Curtis D. Klaassen, and John Doull. *Casarett and Doull's Toxicology : The Basic Science of Poisons*. 8th Edition. McGraw-Hill Education, 2013. https://www.ncbi.nlm.nih.gov/nlmcatalog/101586259.

Danforth, Kim N., Shelley S. Tworoger, Jonathan L. Hecht, Bernard A. Rosner, Graham A. Colditz, and Susan E. Hankinson. "Breastfeeding and Risk of Ovarian Cancer in Two Prospective

Cohorts." *Cancer Causes & Control: CCC* 18, no. 5 (June 2007): 517–23. https://doi.org/10.1007/s10552-007-0130-2.

"Deposition & Exhibits of John Hopkins, PhD, MDL No. 2738." In re: Talcum Power Prod. Liab. Litig., August 16, 2018.

"Deposition & Exhibits of Julie Pier, MDL No. 2738." In re: Talcum Power Prod. Liab. Litig., September 12, 2018.

"Deposition of Alice M. Blount, Ph.D., Circuit Court of the City of St. Louis State of Missouri, Case No.: 1522-CC10417-01," April 13, 2018.

Devaja, Omer. *Ovarian Cancer  From Pathogenesis to Treatment*. IntechOpen, 2018.

Ding, Yuan C., Lesley McGuffog, Sue Healey, Eitan Friedman, Yael Laitman, Shani- Paluch-Shimon, Bella Kaufman, et al. "A Nonsynonymous Polymorphism in IRS1 Modifies Risk of Developing Breast and Ovarian Cancers in BRCA1 and Ovarian Cancer in BRCA2 Mutation Carriers." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 21, no. 8 (August 2012): 1362–70. https://doi.org/10.1158/1055-9965.EPI-12-0229.

Dixon, Suzanne C., Christina M. Nagle, Nicolas Wentzensen, Britton Trabert, Alicia Beeghly-Fadiel, Joellen M. Schildkraut, Kirsten B. Moysich, et al. "Use of Common Analgesic Medications and Ovarian Cancer Survival: Results from a Pooled Analysis in the Ovarian Cancer Association Consortium." *British Journal of Cancer* 116, no. 9 (April 25, 2017): 1223–28. https://doi.org/10.1038/bjc.2017.68.

Dodson, R. F., M. O'Sullivan, C. J. Corn, and S. P. Hammar. "Quantitative Comparison of Asbestos and Talc Bodies in an Individual with Mixed Exposure." *American Journal of Industrial Medicine* 27, no. 2 (February 1995): 207–15.

D.R. Petterson. "JNJ 000251888," April 26, 1973.

Dubeau, L., and R. Drapkin. "Coming into Focus: The Nonovarian Origins of Ovarian Cancer." *Annals of Oncology: Official Journal of the European Society for Medical Oncology* 24 Suppl 8 (November 2013): viii28–35. https://doi.org/10.1093/annonc/mdt308.

Eberl, J. J., and W. L. George. "Comparative Evaluation of the Effects of Talcum and a New Absorbable Substitute on Surgical Gloves." *American Journal of Surgery* 75, no. 3 (March 1948): 493–97.

Egli, G. E., and M. Newton. "The Transport of Carbon Particles in the Human Female Reproductive Tract." *Fertility and Sterility* 12 (April 1961): 151–55.

Eng, Kevin H., J. Brian Szender, John Lewis Etter, Jasmine Kaur, Samantha Poblete, Ruea-Yea Huang, Qianqian Zhu, et al. "Paternal Lineage Early Onset Hereditary Ovarian Cancers: A Familial Ovarian Cancer Registry Study." *PLoS Genetics* 14, no. 2 (February 2018): e1007194. https://doi.org/10.1371/journal.pgen.1007194.

"Expert Report of Michael Crowley, Ph.D., In Re: Talcum Powder Prod. Liab. Litig., MDL No. 2738," November 12, 2018.

Fasching, Peter A., Simon Gayther, Leigh Pearce, Joellen M. Schildkraut, Ellen Goode, Falk Thiel, Georgia Chenevix-Trench, et al. "Role of Genetic Polymorphisms and Ovarian Cancer Susceptibility." *Molecular Oncology* 3, no. 2 (April 2009): 171–81. https://doi.org/10.1016/j.molonc.2009.01.008.

Fathalla, M. F. "Incessant Ovulation and Ovarian Cancer - a Hypothesis Re-Visited." *Facts, Views & Vision in ObGyn* 5, no. 4 (2013): 292–97.

———. "Incessant Ovulation--a Factor in Ovarian Neoplasia?" *Lancet* 2, no. 7716 (July 17, 1971): 163.

FDA. "Ltr to Samuel S. Epstein, M.D., RE: Docket Numbers 94P-0420 and FDA-2008-P-0309-0001 /CP," April 1, 2017.

Fedak, Kristen M., Autumn Bernal, Zachary A. Capshaw, and Sherilyn Gross. "Applying the Bradford Hill Criteria in the 21st Century: How Data Integration Has Changed Causal Inference in Molecular Epidemiology." *Emerging Themes in Epidemiology* 12, no. 14 (2015). https://doi.org/10.1186/s12982-015-0037-4.

"Federal Register Vol. 81, No.243, December 19, 2016 FDA Ban on Surgical Gloves." Accessed August 16, 2018. https://www.gpo.gov/fdsys/search/pagedetails.action?collectionCode=FR&browsePath=2016%2F12%2F12-19%5C%2F2%2FConsumer+Product+Safety+Commission&isCollapsed=true&leafLevelBrowse=true&packageId=FR-2016-12-19&isDocumentResults=true&ycord=173&isDocumentResults=true&ycord=173.

Ferguson, Lynnette R. "Chronic Inflammation and Mutagenesis." *Mutation Research* 690, no. 1–2 (August 7, 2010): 3–11. https://doi.org/10.1016/j.mrfmmm.2010.03.007.

Fernandes, José Veríssimo, Ricardo Ney Oliveira Cobucci, Carlos André Nunes Jatobá, Thales Allyrio Araújo de Medeiros Fernandes, Judson Welber Veríssimo de Azevedo, and Josélio Maria Galvão de Araújo. "The Role of the Mediators of Inflammation in Cancer Development." *Pathology & Oncology Research* 21, no. 3 (July 2015): 527–34. https://doi.org/10.1007/s12253-015-9913-z.

Ferrante, Daniela, Marinella Bertolotti, Annalisa Todesco, Dario Mirabelli, Benedetto Terracini, and Corrado Magnani. "Cancer Mortality and Incidence of Mesothelioma in a Cohort of Wives of Asbestos Workers in Casale Monferrato, Italy." *Environmental Health Perspectives* 115, no. 10 (October 2007): 1401–5. https://doi.org/10.1289/ehp.10195.

Ferrer, Jaume, Juan F. Montes, Maria A. Villarino, Richard W. Light, and José García-Valero. "Influence of Particle Size on Extrapleural Talc Dissemination after Talc Slurry Pleurodesis." *Chest* 122, no. 3 (September 2002): 1018–27.

Fiume, Monice M., Ivan Boyer, Wilma F. Bergfeld, Donald V. Belsito, Ronald A. Hill, Curtis D. Klaassen, Daniel C. Liebler, et al. "Safety Assessment of Talc as Used in Cosmetics." *International Journal of Toxicology* 34, no. 1 suppl (July 1, 2015): 66S-129S. https://doi.org/10.1177/1091581815586797.

Fletcher, Nicole M., Jimmy Belotte, Mohammed G. Saed, Ira Memaj, Michael P. Diamond, Robert T. Morris, and Ghassan M. Saed. "Specific Point Mutations in Key Redox Enzymes Are Associated with Chemoresistance in Epithelial Ovarian Cancer." *Free Radical Biology and Medicine* 102 (2017): 122–32. https://doi.org/10.1016/j.freeradbiomed.2016.11.028.

Fletcher, Nicole M., Zhongliang Jiang, Rouba Ali-Fehmi, Nancy K. Levin, Jimmy Belotte, Michael A. Tainsky, Michael P. Diamond, Husam M. Abu-Soud, and Ghassan M. Saed. "Myeloperoxidase and Free Iron Levels: Potential Biomarkers for Early Detection and Prognosis of Ovarian Cancer." *Cancer Biomarkers* 10 (2012 2011): 267–75. https://doi.org/10.3233/CBM-2012-0255.

Fletcher, Nicole, Memaj, Ira, and Saed, Ghassan. "Talcum Powder Enhances Oxidative Stress in Ovarian Cancer Cells." *Reproductive Sciences*, February 28, 2018. https://doi.org/10.1177/1933719118759999.

Fletcher, NM, and GM Saed. "Talcum Powder Enhances Cancer Antigen 125 Levels in Ovarian Cancer Cells." *Presented at the 65th Meeting of the Society for Reproductive Investigation, San Diego, California*, 2018.

Folkins, Ann K., Elke A. Jarboe, Jonathan L. Hecht, Michael G. Muto, and Christopher P. Crum. "Chapter 24 - Assessing Pelvic Epithelial Cancer Risk and Intercepting Early Malignancy." In *Diagnostic Gynecologic and Obstetric Pathology (Third Edition)*, 844–64. Philadelphia: Content Repository Only!, 2018. https://doi.org/10.1016/B978-0-323-44732-4.00024-8.

Ford, D., D.F. Easton, M. Stratton, S. Narod, D. Goldgar, P. Devilee, D.T. Bishop, et al. "Genetic Heterogeneity and Penetrance Analysis of the BRCA1 and BRCA2 Genes in Breast Cancer Families." *The American Journal of Human Genetics* 62, no. 3 (March 1998): 676–89. https://doi.org/10.1086/301749.

Freedman, Ralph S, Michael Deavers, Jinsong Liu, and Ena Wang. "Peritoneal Inflammation – A Microenvironment for Epithelial Ovarian Cancer (EOC)." *Journal of Translational Medicine* 2, no. 23 (2004). https://doi.org/10.1186/1479-5876-2-23.

Friebel, Tara M., Susan M. Domchek, and Timothy R. Rebbeck. "Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: Systematic Review and Meta-Analysis." *Journal of the National Cancer Institute* 106, no. 6 (June 2014): dju091. https://doi.org/10.1093/jnci/dju091.

Frost, G. "The Latency Period of Mesothelioma among a Cohort of British Asbestos Workers (1978-2005)." *British Journal of Cancer* 109, no. 7 (October 1, 2013): 1965–73. https://doi.org/10.1038/bjc.2013.514.

Galea, Sandro, and Roger D. Vaughan. "Moving Beyond the Cause Constraint: A Public Health of Consequence, May 2018." *American Journal of Public Health* 108, no. 5 (May 2018): 602–3. https://doi.org/10.2105/AJPH.2018.304390.

Gates, Margaret A., Bernard A. Rosner, Jonathan L. Hecht, and Shelley S. Tworoger. "Risk Factors for Epithelial Ovarian Cancer by Histologic Subtype." *American Journal of Epidemiology* 171, no. 1 (January 1, 2010): 45–53. https://doi.org/10.1093/aje/kwp314.

Gates, Margaret A., Shelley S. Tworoger, Kathryn L. Terry, Linda Titus-Ernstoff, Bernard Rosner, Immaculata De Vivo, Daniel W. Cramer, and Susan E. Hankinson. "Talc Use, Variants of the GSTM1, GSTT1, and NAT2 Genes, and Risk of Epithelial Ovarian Cancer." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 17, no. 9 (September 2008): 2436–44. https://doi.org/10.1158/1055-9965.EPI-08-0399.

Genofre, Eduardo H., Francisco S. Vargas, Milena M. P. Acencio, Leila Antonangelo, Lisete R. Teixeira, and Evaldo Marchi. "Talc Pleurodesis: Evidence of Systemic Inflammatory Response to Small Size Talc Particles." *Respiratory Medicine* 103, no. 1 (January 2009): 91–97. https://doi.org/10.1016/j.rmed.2008.07.021.

Germani, D., S. Belli, C. Bruno, M. Grignoli, M. Nesti, R. Pirastu, and P. Comba. "Cohort Mortality Study of Women Compensated for Asbestosis in Italy." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 129–34.

Gertig, D. M., D. J. Hunter, D. W. Cramer, G. A. Colditz, F. E. Speizer, W. C. Willett, and S. E. Hankinson. "Prospective Study of Talc Use and Ovarian Cancer." *Journal of the National Cancer Institute* 92, no. 3 (February 2, 2000): 249–52.

Ghio, Andrew J., Joleen M. Soukup, Lisa A. Dailey, Judy H. Richards, Jennifer L. Turi, Elizabeth N. Pavlisko, and Victor L. Roggli. "Disruption of Iron Homeostasis in Mesothelial Cells after Talc Pleurodesis." *American Journal of Respiratory Cell and Molecular Biology* 46, no. 1 (January 1, 2012): 80–86. https://doi.org/10.1165/rcmb.2011-0168OC.

Gloyne, S. R. "Two Cases of Squamous Carcinoma of the Lung Occurring in Asbestosis." *Tubercle* 17 (1935): 5–10.

Godard, B., W. D. Foulkes, D. Provencher, J. S. Brunet, P. N. Tonin, A. M. Mes-Masson, S. A. Narod, and P. Ghadirian. "Risk Factors for Familial and Sporadic Ovarian Cancer among French Canadians: A Case-Control Study." *American Journal of Obstetrics and Gynecology* 179, no. 2 (August 1998): 403–10.

Gonzalez, Kelly D., Katie A. Noltner, Carolyn H. Buzin, Dongqing Gu, Cindy Y. Wen-Fong, Vu Q. Nguyen, Jennifer H. Han, et al. "Beyond Li Fraumeni Syndrome: Clinical Characteristics of Families with P53 Germline Mutations." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 27, no. 8 (March 10, 2009): 1250–56. https://doi.org/10.1200/JCO.2008.16.6959.

Gonzalez, Nicole L., Katie M. O'Brien, Aimee A. D'Aloisio, Dale P. Sandler, and Clarice R. Weinberg. "Douching, Talc Use, and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 27, no. 6 (2016): 797–802. https://doi.org/10.1097/EDE.0000000000000528.

Goodman, Marc T, Galina Lurie, Pamela J Thompson, Katharine E McDuffie, and Michael E Carney. "Association of Two Common Single-Nucleotide Polymorphisms in the CYP19A1 Locus and Ovarian Cancer Risk." *Endocrine-Related Cancer* 15, no. 4 (December 2008): 1055–60. https://doi.org/10.1677/ERC-08-0104.

Gordon, Ronald E., Sean Fitzgerald, and James Millette. "Asbestos in Commercial Cosmetic Talcum Powder as a Cause of Mesothelioma in Women." *International Journal of Occupational and Environmental Health* 20, no. 4 (October 2014): 318–32. https://doi.org/10.1179/2049396714Y.0000000081.

Graham, J., and R. Graham. "Ovarian Cancer and Asbestos." *Environmental Research* 1, no. 2 (October 1967): 115–28.

Graham, and Jenkins. "Value of Modified Starch as a Substitute for Talc." *Lancet (London, England)* 1, no. 6708 (March 22, 1952): 590–91.

Green, A., D. Purdie, C. Bain, V. Siskind, P. Russell, M. Quinn, and B. Ward. "Tubal Sterilisation, Hysterectomy and Decreased Risk of Ovarian Cancer. Survey of Women's Health Study Group." *International Journal of Cancer. Journal International Du Cancer* 71, no. 6 (June 11, 1997): 948–51.

Grivennikov, Sergei I., Florian R. Greten, and Michael Karin. "Immunity, Inflammation, and Cancer." *Cell* 140, no. 6 (March 19, 2010): 883–99. https://doi.org/10.1016/j.cell.2010.01.025.

Gross, A. J., and P. H. Berg. "A Meta-Analytical Approach Examining the Potential Relationship between Talc Exposure and Ovarian Cancer." *Journal of Exposure Analysis and Environmental Epidemiology* 5, no. 2 (June 1995): 181–95.

Hall, J. M., M. K. Lee, B. Newman, J. E. Morrow, L. A. Anderson, B. Huey, and M. C. King. "Linkage of Early-Onset Familial Breast Cancer to Chromosome 17q21." *Science (New York, N.Y.)* 250, no. 4988 (December 21, 1990): 1684–89.

Halme, J., M. G. Hammond, J. F. Hulka, S. G. Raj, and L. M. Talbert. "Retrograde Menstruation in Healthy Women and in Patients with Endometriosis." *Obstetrics and Gynecology* 64, no. 2 (August 1984): 151–54.

Hamilton, T. C., H. Fox, C. H. Buckley, W. J. Henderson, and K. Griffiths. "Effects of Talc on the Rat Ovary." *British Journal of Experimental Pathology* 65, no. 1 (February 1984): 101–6.

Hankinson, S. E., D. J. Hunter, G. A. Colditz, W. C. Willett, M. J. Stampfer, B. Rosner, C. H. Hennekens, and F. E. Speizer. "Tubal Ligation, Hysterectomy, and Risk of Ovarian Cancer. A Prospective Study." *JAMA* 270, no. 23 (December 15, 1993): 2813–18.

Hannenhalli, Sridhar, and Klaus H. Kaestner. "The Evolution of Fox Genes and Their Role in Development and Disease." *Nature Reviews. Genetics* 10, no. 4 (April 2009): 233–40. https://doi.org/10.1038/nrg2523.

Harlow, B. L., D. W. Cramer, D. A. Bell, and W. R. Welch. "Perineal Exposure to Talc and Ovarian Cancer Risk." *Obstetrics and Gynecology* 80, no. 1 (July 1992): 19–26.

Harlow, B. L., and P. A. Hartge. "A Review of Perineal Talc Exposure and Risk of Ovarian Cancer." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 254–60. https://doi.org/10.1006/rtph.1995.1039.

Harlow, B. L., and N. S. Weiss. "A Case-Control Study of Borderline Ovarian Tumors: The Influence of Perineal Exposure to Talc." *American Journal of Epidemiology* 130, no. 2 (August 1989): 390–94.

Harper, Amy K, and Ghassan Saed. ""Talc Induces a pro-Oxidant State in Normal and Ovarian Cancer Cells through Genetic Point Mutations in Key Redox Enzymes," Accepted for Presentation at SGO Meeting," In Press 2019.

Hartge, P., R. Hoover, L. P. Lesher, and L. McGowan. "Talc and Ovarian Cancer." *JAMA: The Journal of the American Medical Association* 250, no. 14 (October 14, 1983): 1844.

Hasselbalch, Hans Carl. "Chronic Inflammation as a Promotor of Mutagenesis in Essential Thrombocythemia, Polycythemia Vera and Myelofibrosis. A Human Inflammation Model for Cancer Development?" *Leukemia Research* 37, no. 2 (February 2013): 214–20. https://doi.org/10.1016/j.leukres.2012.10.020.

Havrilesky, Laura J., Patricia G. Moorman, William J. Lowery, Jennifer M. Gierisch, Remy R. Coeytaux, Rachel Peragallo Urrutia, Michaela Dinan, et al. "Oral Contraceptive Pills as Primary Prevention for Ovarian Cancer: A Systematic Review and Meta-Analysis." *Obstetrics and Gynecology* 122, no. 1 (July 2013): 139–47. https://doi.org/10.1097/AOG.0b013e318291c235.

Heller, D. S., R. E. Gordon, and N. Katz. "Correlation of Asbestos Fiber Burdens in Fallopian Tubes and Ovarian Tissue." *American Journal of Obstetrics and Gynecology* 181, no. 2 (August 1999): 346–47.

Heller, D. S., R. E. Gordon, C. Westhoff, and S. Gerber. "Asbestos Exposure and Ovarian Fiber Burden." *American Journal of Industrial Medicine* 29, no. 5 (May 1996): 435–39. https://doi.org/10.1002/(SICI)1097-0274(199605)29:5<435::AID-AJIM1>3.0.CO;2-L.

Heller, D. S., C. Westhoff, R. E. Gordon, and N. Katz. "The Relationship between Perineal Cosmetic Talc Usage and Ovarian Talc Particle Burden." *American Journal of Obstetrics and Gynecology* 174, no. 5 (May 1996): 1507–10.

Henderson, W. J., T. C. Hamilton, M. S. Baylis, C. G. Pierrepoint, and K. Griffiths. "The Demonstration of the Migration of Talc from the Vagina and Posterior Uterus to the Ovary in the Rat." *Environmental Research* 40, no. 2 (August 1986): 247–50.

Henderson, W. J., C. A. Joslin, A. C. Turnbull, and K. Griffiths. "Talc and Carcinoma of the Ovary and Cervix." *The Journal of Obstetrics and Gynaecology of the British Commonwealth* 78, no. 3 (March 1971): 266–72.

Hernán, Miguel A. "The C-Word: Scientific Euphemisms Do Not Improve Causal Inference From Observational Data." *American Journal of Public Health* 108, no. 5 (May 2018): 616–19. https://doi.org/10.2105/AJPH.2018.304337.

Hill, Austin Bradford. "The Environment and Disease: Association or Causation?" *Proceedings of the Royal Society of Medicine* 58, no. 5 (May 1965): 295–300.

Hillegass, Jedd M., Arti Shukla, Maximilian B. MacPherson, Jeffrey P. Bond, Chad Steele, and Brooke T. Mossman. "Utilization of Gene Profiling and Proteomics to Determine Mineral

Pathogenicity in a Human Mesothelial Cell Line (LP9/TERT-1)." *Journal of Toxicology and Environmental Health. Part A* 73, no. 5 (January 2010): 423–36. https://doi.org/10.1080/15287390903486568.

Horowitz, Neil S., Austin Miller, Bunja Rungruang, Scott D. Richard, Noah Rodriguez, Michael A. Bookman, Chad A. Hamilton, Thomas C. Krivak, and G. Larry Maxwell. "Does Aggressive Surgery Improve Outcomes? Interaction between Preoperative Disease Burden and Complex Surgery in Patients with Advanced-Stage Ovarian Cancer: An Analysis of GOG 182." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 33, no. 8 (March 10, 2015): 937–43. https://doi.org/10.1200/JCO.2014.56.3106.

Houghton, Serena C., Katherine W. Reeves, Susan E. Hankinson, Lori Crawford, Dorothy Lane, Jean Wactawski-Wende, Cynthia A. Thomson, Judith K. Ockene, and Susan R. Sturgeon. "Perineal Powder Use and Risk of Ovarian Cancer." *Journal of the National Cancer Institute* 106, no. 9 (September 2014). https://doi.org/10.1093/jnci/dju208.

Huncharek, Michael, J. F. Geschwind, and Bruce Kupelnick. "Perineal Application of Cosmetic Talc and Risk of Invasive Epithelial Ovarian Cancer: A Meta-Analysis of 11,933 Subjects from Sixteen Observational Studies." *Anticancer Research* 23, no. 2C (April 2003): 1955–60.

Huncharek, Michael, Joshua Muscat, Adedayo Onitilo, and Bruce Kupelnick. "Use of Cosmetic Talc on Contraceptive Diaphragms and Risk of Ovarian Cancer: A Meta-Analysis of Nine Observational Studies." *European Journal of Cancer Prevention: The Official Journal of the European Cancer Prevention Organisation (ECP)* 16, no. 5 (October 2007): 422–29. https://doi.org/10.1097/01.cej.0000236257.03394.4a.

Hunn, Jessica, and Gustavo C. Rodriguez. "Ovarian Cancer: Etiology, Risk Factors, and Epidemiology." *Clinical Obstetrics and Gynecology* 55, no. 1 (March 2012): 3–23. https://doi.org/10.1097/GRF.0b013e31824b4611.

IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans – IARC : Asbestos," 1977. https://monographs.iarc.fr/iarc-monographs-on-the-evaluation-of-carcinogenic-risks-to-humans-79/.

———. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Volume 58.  Beryllium, Cadmium, Mercury, and Exposures in the Glass Manufacturing Industry," 1993.

———. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans Volume 93 Carbon Black, Titanium Dioxide, and Talc." *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans / World Health Organization, International Agency for Research on Cancer* 93 (2010): 1–413.

———. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Volume 100C," 2012.

———. "IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans: Silica and Some Silicates." IARC, 1987.

———. "IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans.  Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1-42.  Supplement 7," 1987. https://monographs.iarc.fr/wp-content/uploads/2018/06/Suppl7.pdf.

IARC, International Agency for Research on Cancer, and World Health Organization, eds. *Carbon Black, Titanium Dioxide, and Talc*. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, v. 93. Lyon, France : Geneva: International Agency for Research on Cancer ; Distributed by WHO Press, 2010.

"IMERYS 013188," n.d.

"IMERYS 088907 Rio Tinto Minerals HSE&EA Science Advisory Meeting." September 17, 2007.

"IMERYS 284935," n.d.

"IMERYS137677-IMERYS137690," 2004.

"IMERYS209971," 1972.

"IMERYS210136," n.d.

"IMERYS241866," n.d.

"IMERYS248877," n.d.

"IMERYS255101," n.d.

"IMERYS255224," n.d.

"IMERYS255384," n.d.

"IMERYS255394," n.d.

"IMERYS255395," n.d.

"IMERYS279884," n.d.

"IMERYS279968," n.d.

"IMERYS281335," n.d.

"IMERYS281776," n.d.

"IMERYS324700," n.d.

"IMERYS-A_0011817," n.d.

"Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8, no. 19 (2009): 3107–11.

Institute of Medicine (US) Committee on Asbestos: Selected Health Effects. *Asbestos: Selected Cancers*. The National Academies Collection: Reports Funded by National Institutes of Health. Washington (DC): National Academies Press (US), 2006. http://www.ncbi.nlm.nih.gov/books/NBK20332/.

Isaacs, Claudine, and Beth N Peshkin. "Management of Patients at High Risk for Breast and Ovarian Cancer." *UpToDate*, 2018.

Iturralde, M., and P. F. Venter. "Hysterosalpingo-Radionuclide Scintigraphy (HERS)." *Seminars in Nuclear Medicine* 11, no. 4 (October 1981): 301–14.

J. Lightfoot, G.A. Kingston, and F.D. Pooley. "An Examination of Italian Mine Samples and Relevant Powders," 1972.

Jaiswal, M., N. F. LaRusso, L. J. Burgart, and G. J. Gores. "Inflammatory Cytokines Induce DNA Damage and Inhibit DNA Repair in Cholangiocarcinoma Cells by a Nitric Oxide-Dependent Mechanism." *Cancer Research* 60, no. 1 (January 1, 2000): 184–90.

"JANSSEN-000056 P-23 (Pltf_MISC_00000321) Ortho Diaphragm Information," n.d.

Jaurand, M. C. "Mechanisms of Fiber-Induced Genotoxicity." *Environmental Health Perspectives* 105 Suppl 5 (September 1997): 1073–84. https://doi.org/10.1289/ehp.97105s51073.

———. "Particulate-State Carcinogenesis: A Survey of Recent Studies on the Mechanisms of Action of Fibres." *IARC Scientific Publications*, no. 90 (1989): 54–73.

Jaurand, MC. "Mechanisms of Fibre Genotoxicity." In *Mechanisms in Fibre Carcinogenesis*. New York: Plenum Press, 1991.

Jervis, Sarah, Honglin Song, Andrew Lee, Ed Dicks, Jonathan Tyrer, Patricia Harrington, Douglas F. Easton, Ian J. Jacobs, Paul P. D. Pharoah, and Antonis C. Antoniou. "Ovarian Cancer Familial Relative Risks by Tumour Subtypes and by Known Ovarian Cancer Genetic Susceptibility Variants." *Journal of Medical Genetics* 51, no. 2 (February 2014): 108–13. https://doi.org/10.1136/jmedgenet-2013-102015.

Jia, D, Y Nagaoka, S Orsulic, and M Katsumata. "Inflammation Is a Key Contributor to Ovarian Cancer Cell Seeding." *Scientific Reports* 8, no. 12394 (August 17, 2018). https://doi.org/10.1038/s41598-018-30261-8.

Jiang, Zhongliang, Nicole M. Fletcher, Rouba Ali-Fehmi, Michael P. Diamond, Husam M. Abu-Soud, Adnan R. Munkarah, and Ghassan M. Saed. "Modulation of Redox Signaling Promotes Apoptosis in Epithelial Ovarian Cancer Cells." *Gynecologic Oncology* 122, no. 2 (August 2011): 418–23. https://doi.org/10.1016/j.ygyno.2011.04.051.

"JNJ000000704 P-396," n.d.

"JNJ000011150," n.d.

"JNJ000016645," n.d.

"JNJ000019415," n.d.

"JNJ000025132," 1976.

"JNJ000025132," n.d.

"JNJ000026987," n.d.

"JNJ000046293," n.d.

"JNJ000245678," n.d.

"JNJ000245762," n.d.

"JNJ000251888," n.d.

"JNJ000260700," n.d.

"JNJ000261010," n.d.

"JNJ000265536," n.d.

"JNJ000279507," n.d.

"JNJ000348778," n.d.

"JNJ000404860," n.d.

"JNJ000460665," n.d.

"JNJ000526750," n.d.

John M. DeSesso. "Exponent Talc Defense Presentation Toxic Talc?" January 18, 2018.

Jones, Richard E., and Kristin H. Lopez. "Human Reproductive Biology - 4th Edition Chapter 9 - Gamete Transport and Fertilization." In *Human Reproductive Biology*, Third., 159–73. San Diego: Academic Press, 2006. https://doi.org/10.1016/B978-0-12-382184-3.00009-X.

Jordan, SJ, KL Cushing-Haugen, KG Wicklund, JA Doherty, and MA Rossing. "Breast Feeding and Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control : CCC* 23, no. 6 (June 2012): 919–27. https://doi.org/10.1007/s10552-012-9963-4.

Jordan, Susan J., Victor Siskind, Adèle C Green, David C. Whiteman, and Penelope M. Webb. "Breastfeeding and Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control: CCC* 21, no. 1 (January 2010): 109–16. https://doi.org/10.1007/s10552-009-9440-x.

Jordan, Susan J., David C. Whiteman, David M. Purdie, Adèle C. Green, and Penelope M. Webb. "Does Smoking Increase Risk of Ovarian Cancer? A Systematic Review." *Gynecologic Oncology* 103, no. 3 (December 2006): 1122–29. https://doi.org/10.1016/j.ygyno.2006.08.012.

Jurinski, Joseph B., and J. Donald Rimstidt. "Biodurability of Talc." *American Mineralogist* 86, no. 4 (April 2001): 392–99. https://doi.org/10.2138/am-2001-0402.

Kane, AB, P Boffetta, R Saracci, and JD Wilbourn. "Mechanisms of Fibre Carcinogenesis." IARC, 1996.

Kang, N., D. Griffin, and H. Ellis. "The Pathological Effects of Glove and Condom Dusting Powders." *Journal of Applied Toxicology* 12, no. 6 (December 1992): 443–49. https://doi.org/10.1002/jat.2550120614.

Karageorgi, Stalo, Margaret A. Gates, Susan E. Hankinson, and Immaculata De Vivo. "Perineal Use of Talcum Powder and Endometrial Cancer Risk." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 19, no. 5 (May 2010): 1269–75. https://doi.org/10.1158/1055-9965.EPI-09-1221.

Kasper, C. S., and P. J. Chandler. "Possible Morbidity in Women from Talc on Condoms." *JAMA: The Journal of the American Medical Association* 273, no. 11 (March 15, 1995): 846–47.

Kauff, Noah D., Nandita Mitra, Mark E. Robson, Karen E. Hurley, Shaokun Chuai, Deborah Goldfrank, Eve Wadsworth, et al. "Risk of Ovarian Cancer in BRCA1 and BRCA2 Mutation-Negative Hereditary Breast Cancer Families." *Journal of the National Cancer Institute* 97, no. 18 (September 21, 2005): 1382–84. https://doi.org/10.1093/jnci/dji281.

Keskin, Nadi, Yasemin Aktan Teksen, Esra Gürlek Ongun, Yusuf Ozay, and Halil Saygili. "Does Long-Term Talc Exposure Have a Carcinogenic Effect on the Female Genital System of Rats? An Experimental Pilot Study." *Archives of Gynecology and Obstetrics* 280, no. 6 (December 2009): 925–31. https://doi.org/10.1007/s00404-009-1030-3.

Khan, Mohd Imran, AmoghA. Sahasrabuddhe, Govil Patil, Mohd Javed Akhtar, Mohd Ashquin, and Iqbal Ahmad. "Nano-Talc Stabilizes TNF- $\alpha$ m-RNA in Human Macrophages." *Journal of Biomedical Nanotechnology* 7, no. 1 (January 1, 2011): 112–13. https://doi.org/10.1166/jbn.2011.1227.

King, HM. "Talc: The Softest Mineral.," n.d. https://geology.com/minerals/talc.shtml.

King, Talmadge. "Asbestos-Related Pleuropulmonary Disease." Edited by Kevin Flaherty. *UpToDate*, 2018.

Kiraly, Orsolya, Guanyu Gong, Werner Olipitz, Sureshkumar Muthupalani, and Bevin P. Engelward. "Inflammation-Induced Cell Proliferation Potentiates DNA Damage-Induced Mutations In Vivo." *PLoS Genetics*, February 3, 2015. https://doi.org/10.1371/journal.pgen.1004901.

Kissler, Stefan, Ernst Siebzehnruebl, Joachim Kohl, Anja Mueller, Nadja Hamscho, Regine Gaetje, Andre Ahr, Achim Rody, and Manfred Kaufmann. "Uterine Contractility and Directed Sperm Transport Assessed by Hysterosalpingoscintigraphy (HSSG) and Intrauterine Pressure (IUP) Measurement." *Acta Obstetricia Et Gynecologica Scandinavica* 83, no. 4 (April 2004): 369–74.

Klampfer, Lidija. "Cytokines, Inflammation and Colon Cancer." *Current Cancer Drug Targets* 11, no. 4 (May 2011): 451–64.

Knudson, A. G. "Mutation and Cancer: Statistical Study of Retinoblastoma." *Proceedings of the National Academy of Sciences of the United States of America* 68, no. 4 (April 1971): 820–23.

Kunz, G., D. Beil, H. Deiniger, A. Einspanier, G. Mall, and G. Leyendecker. "The Uterine Peristaltic Pump. Normal and Impeded Sperm Transport within the Female Genital Tract." *Advances in Experimental Medicine and Biology* 424 (1997): 267–77.

Kurman, Robert J., and Ie-Ming Shih. "Molecular Pathogenesis and Extraovarian Origin of Epithelial Ovarian Cancer. Shifting the Paradigm." *Human Pathology* 42, no. 7 (July 2011): 918–31. https://doi.org/10.1016/j.humpath.2011.03.003.

———. "The Dualistic Model of Ovarian Carcinogenesis." *The American Journal of Pathology* 186, no. 4 (April 1, 2016): 733–47. https://doi.org/10.1016/j.ajpath.2015.11.011.

———. "The Origin and Pathogenesis of Epithelial Ovarian Cancer: A Proposed Unifying Theory." *The American Journal of Surgical Pathology* 34, no. 3 (March 2010): 433–43. https://doi.org/10.1097/PAS.0b013e3181cf3d79.

Kurta, Michelle L., Kirsten B. Moysich, Joel L. Weissfeld, Ada O. Youk, Clareann H. Bunker, Robert P. Edwards, Francesmary Modugno, Roberta B. Ness, and Brenda Diergaarde. "Use of Fertility

Drugs and Risk of Ovarian Cancer: Results from a US-Based Case-Control Study." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 21, no. 8 (August 2012): 1282–92. https://doi.org/10.1158/1055-9965.EPI-12-0426.

La Vecchia. "Ovarian Cancer: Epidemiology and Risk Factors." *European Journal of Cancer Prevention* 26 (2017): 55–62.

Lancaster, Johnathan M., C. Bethan Powell, Lee-may Chen, and Debra L. Richardson. "Society of Gynecologic Oncology Statement on Risk Assessment for Inherited Gynecologic Cancer Predispositions." *Gynecologic Oncology* 136, no. 1 (January 2015): 3–7. https://doi.org/10.1016/j.ygyno.2014.09.009.

Landen, Charles N., Michael J. Birrer, and Anil K. Sood. "Early Events in the Pathogenesis of Epithelial Ovarian Cancer." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 26, no. 6 (February 20, 2008): 995–1005. https://doi.org/10.1200/JCO.2006.07.9970.

Langseth, H., S. E. Hankinson, J. Siemiatycki, and E. Weiderpass. "Perineal Use of Talc and Risk of Ovarian Cancer." *Journal of Epidemiology and Community Health* 62, no. 4 (April 2008): 358–60. https://doi.org/10.1136/jech.2006.047894.

Langseth, H., B.V. Johansen, J.M. Nesland, and K. Kjaerheim. "Asbestos Fibers in Ovarian Tissue from Norwegian Pulp and Paper Workers." *International Journal of Gynecological Cancer* 17, no. 1 (January 2007): 44–49. https://doi.org/10.1111/j.1525-1438.2006.00768.x.

Langseth, Hilde, and Kristina Kjaerheim. "Ovarian Cancer and Occupational Exposure among Pulp and Paper Employees in Norway." *Scandinavian Journal of Work, Environment & Health* 30, no. 5 (October 2004): 356–61.

Lanphear, B. P., and C. R. Buncher. "Latent Period for Malignant Mesothelioma of Occupational Origin." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 34, no. 7 (July 1992): 718–21.

Lee, Jennifer S., Esther M. John, Valerie McGuire, Anna Felberg, Kimberly L. Ostrow, Richard A. DiCioccio, Frederick P. Li, Alexander Miron, Dee W. West, and Alice S. Whittemore. "Breast and Ovarian Cancer in Relatives of Cancer Patients, with and without BRCA Mutations." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 15, no. 2 (February 2006): 359–63. https://doi.org/10.1158/1055-9965.EPI-05-0687.

Levanon, Keren, Christopher Crum, and Ronny Drapkin. "New Insights Into the Pathogenesis of Serous Ovarian Cancer and Its Clinical Impact." *Journal of Clinical Oncology* 26, no. 32 (November 10, 2008): 5284–93. https://doi.org/10.1200/JCO.2008.18.1107.

Levy-Lahad, E., and E. Friedman. "Cancer Risks among BRCA1 and BRCA2 Mutation Carriers." *British Journal of Cancer* 96, no. 1 (January 15, 2007): 11–15. https://doi.org/10.1038/sj.bjc.6603535.

Lin, Hui-Wen, Ying-Yueh Tu, Shiyng Yu Lin, Wei-Ju Su, Wei Li Lin, Wei Zer Lin, Shen-Chi Wu, and Yuen-Liang Lai. "Risk of Ovarian Cancer in Women with Pelvic Inflammatory Disease: A Population-Based Study." *The Lancet. Oncology* 12, no. 9 (September 2011): 900–904. https://doi.org/10.1016/S1470-2045(11)70165-6.

Liou, Geou-Yarh, and Peter Storz. "Reactive Oxygen Species in Cancer." *Free Radical Research* 44, no. 5 (May 2010): 476–96. https://doi.org/10.3109/10715761003667554.

Liu, D. T., and A. Hitchcock. "Endometriosis: Its Association with Retrograde Menstruation, Dysmenorrhoea and Tubal Pathology." *British Journal of Obstetrics and Gynaecology* 93, no. 8 (August 1986): 859–62.

Lo-Ciganic, Wei-Hsuan, Janice C. Zgibor, Clareann H. Bunker, Kirsten B. Moysich, Robert P. Edwards, and Roberta B. Ness. "Aspirin, Nonaspirin Nonsteroidal Anti-Inflammatory Drugs, or Acetaminophen and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 23, no. 2 (March 2012): 311–19. https://doi.org/10.1097/EDE.0b013e3182456ad3.

Lockey, J. E. "Nonasbestos Fibrous Minerals." *Clinics in Chest Medicine* 2, no. 2 (May 1981): 203–18.

"Longo - Feb 2018 MAS Report," 2018.

Longo, D. L., and R. C. Young. "Cosmetic Talc and Ovarian Cancer." *Lancet* 2, no. 8138 (August 18, 1979): 349–51.

Longo, William E., and Mark W. Rigler. "Analysis of Johnson & Johnson Baby Powder & Valiant Shower to Shower Products for Amphibole (Tremolite) Asbestos," August 2, 2017.

Longo, William E., and Rigler, Mark W. "MAS Project #14-1683, Analysis of William E. Longo, PhD and Mark W. Rigler, PhD," April 28, 2017.

———. "TEM Analysis of Historical 1978 Johnson's Baby Powder Sample for Amphibole Asbestos," February 16, 2018.

Longo, William E., and Mark W. Rigler. "The Analysis of Johnson & Johnson's Historical Baby Powder & Shower to Shower Products from the 1960's to the Early 1990's for Amphibole Asbestos," November 14, 2018.

Longo, William E., Mark W. Rigler, and William B. Egeland. "Below the Waist Application of Johnson & Johnson Baby Powder." Materials Analytical Service, LLC, September 2017.

Luan, Nan-Nan, Qi-Jun Wu, Ting-Ting Gong, Emily Vogtmann, Yong-Lai Wang, and Bei Lin. "Breastfeeding and Ovarian Cancer Risk: A Meta-Analysis of Epidemiologic Studies1234." *The American Journal of Clinical Nutrition* 98, no. 4 (October 2013): 1020–31. https://doi.org/10.3945/ajcn.113.062794.

Lundin, Eva, Laure Dossus, Tess Clendenen, Vittorio Krogh, Kjell Grankvist, Marianne Wulff, Sabina Sieri, et al. "C-Reactive Protein and Ovarian Cancer: A Prospective Study Nested in Three Cohorts (Sweden, USA, Italy)." *Cancer Causes & Control: CCC* 20, no. 7 (September 2009): 1151–59. https://doi.org/10.1007/s10552-009-9330-2.

Madsen, Cecilie, Louise Baandrup, Christian Dehlendorff, and Susanne K. Kjaer. "Tubal Ligation and Salpingectomy and the Risk of Epithelial Ovarian Cancer and Borderline Ovarian Tumors: A Nationwide Case-Control Study." *Acta Obstetricia Et Gynecologica Scandinavica* 94, no. 1 (January 2015): 86–94. https://doi.org/10.1111/aogs.12516.

Magnani, C., D. Ferrante, F. Barone-Adesi, M. Bertolotti, A. Todesco, D. Mirabelli, and B. Terracini. "Cancer Risk after Cessation of Asbestos Exposure: A Cohort Study of Italian Asbestos Cement Workers." *Occupational and Environmental Medicine* 65, no. 3 (March 2008): 164–70. https://doi.org/10.1136/oem.2007.032847.

Mäki-Nevala, Satu, Virinder Kaur Sarhadi, Aija Knuuttila, Ilari Scheinin, Pekka Ellonen, Sonja Lagström, Mikko Rönty, et al. "Driver Gene and Novel Mutations in Asbestos-Exposed Lung Adenocarcinoma and Malignant Mesothelioma Detected by Exome Sequencing." *Lung* 194, no. 1 (February 2016): 125–35. https://doi.org/10.1007/s00408-015-9814-7.

Mallen, Adrianne R., Mary K. Townsend, and Shelley S. Tworoger. "Risk Factors for Ovarian Carcinoma." *Hematology/Oncology Clinics of North America*, September 2018. https://doi.org/10.1016/j.hoc.2018.07.002.

Mannino, David M. "Cigarette Smoking and Other Possible Risk Factors for Lung Cancer." *UpToDate*, 2018.

McCullough, Marie. "Condom Makers Stop Using Talc." *Asbury Park Press*. January 16, 1996.

———. "Women's Health Concerns Prompt Condom Makers to Stop Using Talc." *Jersey Journal*. April 17, 1996, City Edition edition.

McLaughlin-Drubin, Margaret E., and Karl Munger. "Viruses Associated with Human Cancer." *Biochimica et Biophysica Acta* 1782, no. 3 (March 2008): 127–50. https://doi.org/10.1016/j.bbadis.2007.12.005.

McLemore, Miaskowski, Chen Aouizerat, and Dodd. "Epidemiological and Genetic Factors Associated With Ovarian Cancer." *Cancer Nursing* 32, no. 4 (2009): 281–88.

Melaiu, Ombretta, Federica Gemignani, and Stefano Landi. "The Genetic Susceptibility in the Development of Malignant Pleural Mesothelioma." *Journal of Thoracic Disease* 10, no. Suppl 2 (January 2018): S246–52. https://doi.org/10.21037/jtd.2017.10.41.

Meng, Qingsong, Weixue Sun, John Jiang, Nicole M. Fletcher, Michael P. Diamond, and Ghassan M. Saed. "Identification of Common Mechanisms between Endometriosis and Ovarian Cancer." *Journal of Assisted Reproduction and Genetics* 28 (2011): 917–23.

Merritt, Melissa A., Adèle C. Green, Christina M. Nagle, Penelope M. Webb, Australian Cancer Study (Ovarian Cancer), and Australian Ovarian Cancer Study Group. "Talcum Powder, Chronic Pelvic Inflammation and NSAIDs in Relation to Risk of Epithelial Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 122, no. 1 (January 1, 2008): 170–76. https://doi.org/10.1002/ijc.23017.

Miller, Diane M, and Jessica N. McAlpine. "Opportunistic Salpingectomy for Ovarian, Fallopian Tubal, and Peritoneal Carcinoma Risk Reduction." *UpToDate*, 2018.

Mills, Paul K., Deborah G. Riordan, Rosemary D. Cress, and Heather A. Young. "Perineal Talc Exposure and Epithelial Ovarian Cancer Risk in the Central Valley of California." *International Journal of Cancer. Journal International Du Cancer* 112, no. 3 (November 10, 2004): 458–64. https://doi.org/10.1002/ijc.20434.

Milne, R. L., and A. C. Antoniou. "Genetic Modifiers of Cancer Risk for BRCA1 and BRCA2 Mutation Carriers." *Annals of Oncology: Official Journal of the European Society for Medical Oncology* 22 Suppl 1 (January 2011): i11-17. https://doi.org/10.1093/annonc/mdq660.

Milne, Roger L., and Antonis C. Antoniou. "Modifiers of Breast and Ovarian Cancer Risks for BRCA1 and BRCA2 Mutation Carriers." *Endocrine-Related Cancer* 23, no. 10 (2016): T69-84. https://doi.org/10.1530/ERC-16-0277.

Moller, Danielsen, and Roursgaard Jantzen. "Oxidatively Damaged DNA in Animals Exposed to Particles." *Critical Reviews in Toxicology* 43, no. 2 (2013): 96–118.

Moon, Min Chaul, Jung Duck Park, Byung Soon Choi, So Young Park, Dong Won Kim, Yong Hyun Chung, Naomi Hisanaga, and Il Je Yu. "Risk Assessment of Baby Powder Exposure through Inhalation." *Toxicological Research* 27, no. 3 (September 2011): 137–41. https://doi.org/10.5487/TR.2011.27.3.137.

Moorman, Patricia G. "Scientific Review of the Epidemiologic Evidence on Talc Use and Ovarian Cancer," February 2018.

Moorman, Patricia G., Rachel T. Palmieri, Lucy Akushevich, Andrew Berchuck, and Joellen M. Schildkraut. "Ovarian Cancer Risk Factors in African-American and White Women." *American Journal of Epidemiology* 170, no. 5 (September 1, 2009): 598–606. https://doi.org/10.1093/aje/kwp176.

17

Mostafa, S. A., C. B. Bargeron, R. W. Flower, N. B. Rosenshein, T. H. Parmley, and J. D. Woodruff. "Foreign Body Granulomas in Normal Ovaries." *Obstetrics and Gynecology* 66, no. 5 (November 1985): 701–2.

Murphy, Megan A., Britton Trabert, Hannah P. Yang, Yikyung Park, Louise A. Brinton, Patricia Hartge, Mark E. Sherman, Albert Hollenbeck, and Nicolas Wentzensen. "Non-Steroidal Anti-Inflammatory Drug Use and Ovarian Cancer Risk: Findings from the NIH-AARP Diet and Health Study and Systematic Review." *Cancer Causes & Control : CCC* 23, no. 11 (November 2012): 1839–52. https://doi.org/10.1007/s10552-012-0063-2.

Muscat, J. E., and M. S. Huncharek. "Causation and Disease: Biomedical Science in Toxic Tort Litigation." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 31, no. 12 (December 1989): 997–1002.

Nadler, Diana L., and Igor G. Zurbenko. "Estimating Cancer Latency Times Using a Weibull Model," 2014, 8.

Narod, Steven A. "Talc and Ovarian Cancer." *Gynecologic Oncology* 141, no. 3 (2016): 410–12. https://doi.org/10.1016/j.ygyno.2016.04.011.

National Cancer Institute, Surveillance, Epidemiology, and End Results Program. "Cancer Stat Facts: Ovarian Cancer," 2018. https://seer.cancer.gov/statfacts/html/ovary.html.

"National Toxicology Program (NTP) Technical Report (NTP TR 421) on the Toxicology and Carcinogenesis Studies of Talc in F344/N Rats and B6C3F1 Mice." National Institutes of Health, 1993.

Nelson, Heather H., and Karl T. Kelsey. "The Molecular Epidemiology of Asbestos and Tobacco in Lung Cancer." *Oncogene* 21, no. 48 (October 21, 2002): 7284–88. https://doi.org/10.1038/sj.onc.1205804.

Ness, R. B., and C. Cottreau. "Possible Role of Ovarian Epithelial Inflammation in Ovarian Cancer." *JNCI Journal of the National Cancer Institute* 91, no. 17 (September 1, 1999): 1459–67. https://doi.org/10.1093/jnci/91.17.1459.

Ness, R. B., J. A. Grisso, C. Cottreau, J. Klapper, R. Vergona, J. E. Wheeler, M. Morgan, and J. J. Schlesselman. "Factors Related to Inflammation of the Ovarian Epithelium and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 11, no. 2 (March 2000): 111–17.

Ness, Roberta B., Daniel W. Cramer, Marc T. Goodman, Susanne Krüger Kjaer, Kathy Mallin, Berit Jul Mosgaard, David M. Purdie, Harvey A. Risch, Ronald Vergona, and Anna H. Wu. "Infertility, Fertility Drugs, and Ovarian Cancer: A Pooled Analysis of Case-Control Studies." *American Journal of Epidemiology* 155, no. 3 (February 1, 2002): 217–24.

Neutra, Raymond Richard, Carl F. Cranor, and David Gee. "The Use and Misuse of Bradford Hill in U.S. Tort Law." *Jurimetrics J.*, 2018, 127–62.

Newhouse, M. L., G. Berry, J. C. Wagner, and M. E. Turok. "A Study of the Mortality of Female Asbestos Workers." *British Journal of Industrial Medicine* 29, no. 2 (April 1972): 134–41.

Nick, Alpa M., Robert L. Coleman, Pedro T. Ramirez, and Anil K. Sood. "A Framework for a Personalized Surgical Approach to Ovarian Cancer." *Nature Reviews. Clinical Oncology* 12, no. 4 (April 2015): 239–45. https://doi.org/10.1038/nrclinonc.2015.26.

NIOSH. "Asbestos Fibers and Other Elongated Mineral Particles: State of the Science and Roadmap for Research (Revised Draft)," January 2009.

———. "Fiber Exposure during Use of Baby Powders, Report No. IWS-36-6.," July 1972. https://www.cdc.gov/niosh/nioshtic-2/00106056.html.

"NIOSH 2011 Current Intelligence Bulletin No. 62," 2011.

"NIOSHTIC-2 Publications Search - 00106056 - Fiber Exposure during Use of Baby Powders, Report No. IWS-36-6." Accessed August 16, 2018. https://www.cdc.gov/niosh/nioshtic-2/00106056.html.

"NIOSHTIC-2 Publications Search - 00106056 - Fiber .Pdf," n.d.

Norquist, Barbara M., Maria I. Harrell, Mark F. Brady, Tom Walsh, Ming K. Lee, Suleyman Gulsuner, Sarah S. Bernards, et al. "Inherited Mutations in Women With Ovarian Carcinoma." *JAMA Oncology* 2, no. 4 (April 2016): 482–90. https://doi.org/10.1001/jamaoncol.2015.5495.

NTP. "NTP Technical Report on the Toxicology and Carcinogenesis Studies of Benzophenone (CAS No. 119-61-9) In F344/N Rats and B6C3F1 Mice," February 2006.

"NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)(NonAsbestiform) in F344/N.Rats and B6C3Fl Mice (Inhalation Studies)," 1993.

Oberdörster, Günter, Eva Oberdörster, and Jan Oberdörster. "Nanotoxicology: An Emerging Discipline Evolving from Studies of Ultrafine Particles." *Environmental Health Perspectives* 113, no. 7 (July 2005): 823–39. https://doi.org/10.1289/ehp.7339.

Okada, Futoshi. "Beyond Foreign-Body-Induced Carcinogenesis: Impact of Reactive Oxygen Species Derived from Inflammatory Cells in Tumorigenic Conversion and Tumor Progression." *International Journal of Cancer* 121, no. 11 (December 1, 2007): 2364–72. https://doi.org/10.1002/ijc.23125.

Paoletti, L., S. Caiazza, G. Donelli, and F. Pocchiari. "Evaluation by Electron Microscopy Techniques of Asbestos Contamination in Industrial, Cosmetic, and Pharmaceutical Talcs." *Regulatory Toxicology and Pharmacology: RTP* 4, no. 3 (September 1984): 222–35.

Park, Hyo K., Joellen M. Schildkraut, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa Bondy, Sydnee Crankshaw, et al. "Benign Gynecologic Conditions Are Associated with Ovarian Cancer Risk in African-American Women: A Case–Control Study." *Cancer Causes & Control*, September 29, 2018. https://doi.org/10.1007/s10552-018-1082-4.

Parmar, M. K. B., J. A. Ledermann, N. Colombo, A. du Bois, J.-F. Delaloye, G. B. Kristensen, S. Wheeler, et al. "Paclitaxel plus Platinum-Based Chemotherapy versus Conventional Platinum-Based Chemotherapy in Women with Relapsed Ovarian Cancer: The ICON4/AGO-OVAR-2.2 Trial." *Lancet (London, England)* 361, no. 9375 (June 21, 2003): 2099–2106.

Parmley, T. H., and J. D. Woodruff. "The Ovarian Mesothelioma." *American Journal of Obstetrics and Gynecology* 120, no. 2 (September 15, 1974): 234–41.

*Pathology of Asbestos-Associated Diseases*, 2011. http://www.springer.com/medicine/pathology/book/978-1-4419-1894-9.

"PCPC_MDL00062175," May 25, 1999.

Pearce, Celeste Leigh, Claire Templeman, Mary Anne Rossing, Alice Lee, Aimee M Near, Penelope M Webb, Christina M Nagle, et al. "Association between Endometriosis and Risk of Histological Subtypes of Ovarian Cancer: A Pooled Analysis of Case–Control Studies." *The Lancet Oncology* 13, no. 4 (April 2012): 385–94. https://doi.org/10.1016/S1470-2045(11)70404-1.

Pejovic, Tanja, and Farr Nezhat. "Missing Link: Inflammation and Ovarian Cancer." *The Lancet. Oncology* 12, no. 9 (September 2011): 833–34. https://doi.org/10.1016/S1470-2045(11)70203-0.

Pelling, D., and J. G. Evans. "Long-Term Peritoneal Tissue Response in Rats to Mould-Release Agents and Lubricant Powder Used on Surgeons' Gloves." *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 24, no. 5 (May 1986): 425–30.

Penninkilampi, Ross, and Guy D. Eslick. "Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis." *Epidemiology (Cambridge, Mass.)* 29, no. 1 (January 2018): 41–49. https://doi.org/10.1097/EDE.0000000000000745.

Peshkin, B., and et al. "Genetic Counseling and Testing for Hereditary Breast and Ovarian Cancer - UpToDate," 2018. https://www.uptodate.com/contents/genetic-counseling-and-testing-for-hereditary-breast-and-ovarian-cancer?search=Genetic%20counseling%20and%20testing%20for%20hereditary%20breast%20and%20ovarian%20cancer&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

———. "Overview of Hereditary Breast and Ovarian Cancer Syndromes - UpToDate," 2018. https://www.uptodate.com/contents/overview-of-hereditary-breast-and-ovarian-cancer-syndromes?search=Overview%20of%20hereditary%20breast%20and%20ovarian%20cancer%20syndromes&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

———. "Prevalence of BRCA1 and BRCA2 Mutations and Associated Cancer Risks - UpToDate," 2018. https://www.uptodate.com/contents/prevalence-of-brca1-and-brca2-mutations-and-associated-cancer-risks?search=prevalence-of-brca1-and-brca2-mu%E2%80%A6search_result%26selectedTitle%3D1~73%26usage_type%3Ddefault%26display_y_rank%3D1&source=search_result&selectedTitle=2~150&usage_type=default&display_rank=2.

Phillips, J. C., P. J. Young, K. Hardy, and S. D. Gangolli. "Studies on the Absorption and Disposition of 3H-Labelled Talc in the Rat, Mouse, Guinea-Pig and Rabbit." *Food and Cosmetics Toxicology* 16, no. 2 (April 1978): 161–63.

Pira, E, C Pelucchi, L Buffoni, A Palmas, M Turbiglio, E Negri, P G Piolatto, and C La Vecchia. "Cancer Mortality in a Cohort of Asbestos Textile Workers." *British Journal of Cancer* 92, no. 3 (February 2005): 580–86. https://doi.org/10.1038/sj.bjc.6602240.

Pira, Enrico, Canzio Romano, Francesco S. Violante, Andrea Farioli, Giovanna Spatari, Carlo La Vecchia, and Paolo Boffetta. "Updated Mortality Study of a Cohort of Asbestos Textile Workers." *Cancer Medicine* 5, no. 9 (2016): 2623–28. https://doi.org/10.1002/cam4.824.

"Pltf_MISC_00000272 (JANSSEN-000001-19)," 1962.

Porro, F. W., and N. M. Levine. "Pathology of Talc Pneumoconiosis with Report of an Autopsy." *Northern New York Medical Journal* 3 (April 1946): 23–25.

Pott, R., and K. H. Friedrichs. "Tumors in Rats Following i.p. Injection of Fiberform Dusts." *Naturwissenschaften* 59 (n.d.): 318–24.

Prat, Jaime, and FIGO Committee on Gynecologic Oncology. "Abridged Republication of FIGO's Staging Classification for Cancer of the Ovary, Fallopian Tube, and Peritoneum." *Cancer* 121, no. 19 (October 1, 2015): 3452–54. https://doi.org/10.1002/cncr.29524.

Pukkala, Eero, Jan Ivar Martinsen, Elsebeth Lynge, Holmfridur Kolbrun Gunnarsdottir, Pär Sparén, Laufey Tryggvadottir, Elisabete Weiderpass, and Kristina Kjaerheim. "Occupation and Cancer - Follow-up of 15 Million People in Five Nordic Countries." *Acta Oncologica (Stockholm, Sweden)* 48, no. 5 (2009): 646–790. https://doi.org/10.1080/02841860902913546.

Purdie, D., A. Green, C. Bain, V. Siskind, B. Ward, N. Hacker, M. Quinn, G. Wright, P. Russell, and B. Susil. "Reproductive and Other Factors and Risk of Epithelial Ovarian Cancer: An Australian Case-Control Study. Survey of Women's Health Study Group." *International Journal of Cancer. Journal International Du Cancer* 62, no. 6 (September 15, 1995): 678–84.

Purdie, David M., Christopher J. Bain, Victor Siskind, Penelope M. Webb, and Adèle C. Green. "Ovulation and Risk of Epithelial Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 104, no. 2 (March 20, 2003): 228–32. https://doi.org/10.1002/ijc.10927.

Radic, I, I Vucak, J Milosevic, A Marusic, S Vukicevic, and M Marusic. "Immunosuppression Induced by Talc Granulomatosis in the Rat." *Clinical and Experimental Immunology* 73, no. 2 (August 1988): 316–21.

Ramus, Susan J., Antonis C. Antoniou, Karoline B. Kuchenbaecker, Penny Soucy, Jonathan Beesley, Xiaoqing Chen, Lesley McGuffog, et al. "Ovarian Cancer Susceptibility Alleles and Risk of Ovarian Cancer in BRCA1 and BRCA2 Mutation Carriers." *Human Mutation* 33, no. 4 (April 2012): 690–702. https://doi.org/10.1002/humu.22025.

Rasool, Nabila, Amanda Nickles Fader, Leigh Seamon, Nikki L. Neubauer, Fadi Abu Shahin, Heather A. Alexander, Kathleen Moore, et al. "Stage I, Grade 3 Endometrioid Adenocarcinoma of the Endometrium: An Analysis of Clinical Outcomes and Patterns of Recurrence." *Gynecologic Oncology* 116, no. 1 (January 2010): 10–14. https://doi.org/10.1016/j.ygyno.2009.10.043.

Rayburn, Elizabeth R., Scharri J. Ezell, and Ruiwen Zhang. "Anti-Inflammatory Agents for Cancer Therapy." *Molecular and Cellular Pharmacology* 1, no. 1 (2009): 29–43. https://doi.org/10.4255/mcpharmacol.09.05.

Rebbeck, Timothy R., Nandita Mitra, Fei Wan, Olga M. Sinilnikova, Sue Healey, Lesley McGuffog, Sylvie Mazoyer, et al. "Association of Type and Location of BRCA1 and BRCA2 Mutations with Risk of Breast and Ovarian Cancer." *JAMA* 313, no. 13 (April 7, 2015): 1347–61. https://doi.org/10.1001/jama.2014.5985.

"Reference Manual on Scientific Evidence" Third Edition (2011).

Reid, A., J. Heyworth, N. de Klerk, and A. W. Musk. "The Mortality of Women Exposed Environmentally and Domestically to Blue Asbestos at Wittenoom, Western Australia." *Occupational and Environmental Medicine* 65, no. 11 (November 2008): 743–49. https://doi.org/10.1136/oem.2007.035782.

Reid, A., N. de Klerk, and A. W. Musk. "Does Exposure to Asbestos Cause Ovarian Cancer? A Systematic Literature Review and Meta-Analysis." *Cancer Epidemiology Biomarkers & Prevention* 20, no. 7 (July 1, 2011): 1287–95. https://doi.org/10.1158/1055-9965.EPI-10-1302.

Reid, A., N. H. de Klerk, C. Magnani, D. Ferrante, G. Berry, A. W. Musk, and E. Merler. "Mesothelioma Risk after 40 Years since First Exposure to Asbestos: A Pooled Analysis." *Thorax* 69, no. 9 (September 2014): 843–50. https://doi.org/10.1136/thoraxjnl-2013-204161.

Reid, Alison, Amanda Segal, Jane S. Heyworth, Nicholas H. de Klerk, and Arthur W. Musk. "Gynecologic and Breast Cancers in Women after Exposure to Blue Asbestos at Wittenoom." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 18, no. 1 (January 2009): 140–47. https://doi.org/10.1158/1055-9965.EPI-08-0746.

Reid, Brett M., Jennifer B. Permuth, and Thomas A. Sellers. "Epidemiology of Ovarian Cancer: A Review." *Cancer Biology & Medicine* 14, no. 1 (February 2017): 9–32. https://doi.org/10.20892/j.issn.2095-3941.2016.0084.

Reuter, Simone, Subash C. Gupta, Madan M. Chaturvedi, and Bharat B. Aggarwal. "Oxidative Stress, Inflammation, and Cancer: How Are They Linked?" *Free Radical Biology and Medicine* 49, no. 11 (December 1, 2010): 1603–16.

Rice, Megan S., Susan E. Hankinson, and Shelley S. Tworoger. "Tubal Ligation, Hysterectomy, Unilateral Oophorectomy, and Risk of Ovarian Cancer in the Nurses' Health Studies." *Fertility and Sterility* 102, no. 1 (July 2014): 192-198.e3. https://doi.org/10.1016/j.fertnstert.2014.03.041.

Ring, Kari L., Christine Garcia, Martha H. Thomas, and Susan C. Modesitt. "Current and Future Role of Genetic Screening in Gynecologic Malignancies." *American Journal of Obstetrics and Gynecology* 217, no. 5 (2017): 512–21. https://doi.org/10.1016/j.ajog.2017.04.011.

Riska, A., J. I. Martinsen, K. Kjaerheim, E. Lynge, P. Sparen, L. Tryggvadottir, E. Weiderpass, and E. Pukkala. "Occupation and Risk of Primary Fallopian Tube Carcinoma in Nordic Countries." *International Journal of Cancer* 131, no. 1 (July 1, 2012): 186–92. https://doi.org/10.1002/ijc.26337.

Roggli, Victor L., Robin T. Vollmer, Kelly J. Butnor, and Thomas A. Sporn. "Tremolite and Mesothelioma." *Annals of Occupational Hygiene* 46, no. 5 (July 1, 2002): 447–53. https://doi.org/10.1093/annhyg/mef056.

Rohl, A. N. "Asbestos in Talc." *Environmental Health Perspectives* 9 (December 1974): 129–32.

Rohl, A. N., A. M. Langer, I. J. Selikoff, A. Tordini, R. Klimentidis, D. R. Bowes, and D. L. Skinner. "Consumer Talcums and Powders: Mineral and Chemical Characterization." *Journal of Toxicology and Environmental Health* 2, no. 2 (November 1976): 255–84. https://doi.org/10.1080/15287397609529432.

Roodhouse Gloyne, S. "Two Cases of Squamous Carcinoma of the Lung Occurring in Asbestosis." *Tubercle* 17, no. 1 (October 1935): 5-IN2. https://doi.org/10.1016/S0041-3879(35)80795-2.

Rosalind A. Eeles, Christine D. Berg, and Jeffery S. Tobias. *Cancer Prevention and Screening: Concepts, Principles and Controversies*. 1st ed. Accessed August 21, 2018. https://www.wiley.com/en-us/Cancer+Prevention+and+Screening%3A+Concepts%2C+Principles+and+Controversies-p-9781118990872.

Rosenblatt, K. A., M. Szklo, and N. B. Rosenshein. "Mineral Fiber Exposure and the Development of Ovarian Cancer." *Gynecologic Oncology* 45, no. 1 (April 1992): 20–25.

Rosenblatt, Karin A., Noel S. Weiss, Kara L. Cushing-Haugen, Kristine G. Wicklund, and Mary Anne Rossing. "Genital Powder Exposure and the Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control: CCC* 22, no. 5 (May 2011): 737–42. https://doi.org/10.1007/s10552-011-9746-3.

Rösler, J. A., H. J. Woitowitz, H. J. Lange, R. H. Woitowitz, K. Ulm, and K. Rödelsperger. "Mortality Rates in a Female Cohort Following Asbestos Exposure in Germany." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 36, no. 8 (August 1994): 889–93.

Ross, M. "Geology, Asbestos, and Health." *Environmental Health Perspectives* 9 (December 1974): 123–24.

Rothman, Kenneth J., Sander Greenland, and Timothy L. Lash. *Modern Epidemiology*. Lippincott Williams & Wilkins, 2008.

Saed, Ghassan M., Rouba Ali-Fehmi, Zhong L. Jiang, Nicole M. Fletcher, Michael P. Diamond, Husam M. Abu-Soud, and Adnan R. Munkarah. "Myeloperoxidase Serves as a Redox Switch That Regulates Apoptosis in Epithelial Ovarian Cancer." *Gynecologic Oncology* 116, no. 2 (February 2010): 276–81. https://doi.org/10.1016/j.ygyno.2009.11.004.

Saed, Ghassan M., Michael P. Diamond, and Nicole M. Fletcher. "Updates of the Role of Oxidative Stress in the Pathogenesis of Ovarian Cancer." *Gynecologic Oncology* 145, no. 3 (June 2017): 595–602. https://doi.org/10.1016/j.ygyno.2017.02.033.

Saed, Ghassan M., Nicole M. Fletcher, Michael P. Diamond, Robert T. Morris, Nardhy Gomez-Lopez, and Ira Memaj. "Novel Expression of CD11b in Epithelial Ovarian Cancer: Potential Therapeutic Target." *Gynecologic Oncology* 148, no. 3 (2018): 567–75. https://doi.org/10.1016/j.ygyno.2017.12.018.

Saed, Ghassan M., Robert T. Morris, and Nicole M. Fletcher. *New Insights into the Pathogenesis of Ovarian Cancer: Oxidative Stress*, 2018.

Schenken, Robert S. "Endometriosis: Pathogenesis, Clinical Features, and Diagnosis." *UpToDate*, 2018.

Schildkraut, Joellen M., Sarah E. Abbott, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa L. Bondy, Michele L. Cote, et al. "Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES)." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25, no. 10 (2016): 1411–17. https://doi.org/10.1158/1055-9965.EPI-15-1281.

"SEER Cancer Statistics Review, 1975-2015, National Cancer Institute, Bethesda, MD, Based on November 2017 SEER Data Submission, Posted to the SEER Web Site," April 2018. https://Seer.cancer.gov/csr/1975_2015/.

Shan, Weiwei, and Jinsong Liu. "Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8, no. 19 (2009): 3107–11. https://doi.org/10.4161/cc.8.19.9590.

Shukla, Arti, Maximilian B. MacPherson, Jedd Hillegass, Maria E. Ramos-Nino, Vlada Alexeeva, Pamela M. Vacek, Jeffrey P. Bond, Harvey I. Pass, Chad Steele, and Brooke T. Mossman. "Alterations in Gene Expression in Human Mesothelial Cells Correlate with Mineral Pathogenicity." *American Journal of Respiratory Cell and Molecular Biology* 41, no. 1 (July 2009): 114–23. https://doi.org/10.1165/rcmb.2008-0146OC.

Shushan, A., O. Paltiel, J. Iscovich, U. Elchalal, T. Peretz, and J. G. Schenker. "Human Menopausal Gonadotropin and the Risk of Epithelial Ovarian Cancer." *Fertility and Sterility* 65, no. 1 (January 1996): 13–18.

Singh, Naveena, C. Blake Gilks, Lynn Hirschowitz, Sean Kehoe, Iain A. McNeish, Dianne Miller, Raj Naik, Nafisa Wilkinson, and W. Glenn McCluggage. "Primary Site Assignment in Tubo-Ovarian High-Grade Serous Carcinoma: Consensus Statement on Unifying Practice Worldwide." *Gynecologic Oncology* 141, no. 2 (2016): 195–98. https://doi.org/10.1016/j.ygyno.2015.10.022.

Sjösten, A. C. E., H. Ellis, and G. a. B. Edelstam. "Retrograde Migration of Glove Powder in the Human Female Genital Tract." *Human Reproduction* 19, no. 4 (April 1, 2004): 991–95. https://doi.org/10.1093/humrep/deh156.

Soini, Tuuli, Ritva Hurskainen, Seija Grénman, Johanna Mäenpää, Jorma Paavonen, and Eero Pukkala. "Cancer Risk in Women Using the Levonorgestrel-Releasing Intrauterine System in Finland." *Obstetrics and Gynecology* 124, no. 2 Pt 1 (August 2014): 292–99. https://doi.org/10.1097/AOG.0000000000000356.

Soong, Thing Rinda, Brooke E. Howitt, Alexander Miron, Neil S. Horowitz, Frank Campbell, Colleen M. Feltmate, Michael G. Muto, et al. "Evidence for Lineage Continuity between Early Serous Proliferations (ESPs) in the Fallopian Tube and Disseminated High-Grade Serous Carcinomas." *The Journal of Pathology*, July 25, 2018. https://doi.org/10.1002/path.5145.

Stanton, M. F., M. Layard, A. Tegeris, E. Miller, M. May, E. Morgan, and A. Smith. "Relation of Particle Dimension to Carcinogenicity in Amphibole Asbestoses and Other Fibrous Minerals." *Journal of the National Cancer Institute* 67, no. 5 (November 1981): 965–75.

Starman, Daniel H., Leslie A. Litzky, and Larry R. Kaiser. "Epidemiology of Malignant Pleural Mesothelioma." *UpToDate*, 2018.

Steiling, W., J. F. Almeida, H. Assaf Vandecasteele, S. Gilpin, T. Kawamoto, L. O'Keeffe, G. Pappa, K. Rettinger, H. Rothe, and A. M. Bowden. "Principles for the Safety Evaluation of Cosmetic Powders." *Toxicology Letters*, August 17, 2018. https://doi.org/10.1016/j.toxlet.2018.08.011.

23

Steiling, W., M. Bascompta, P. Carthew, G. Catalano, N. Corea, A. D'Haese, P. Jackson, et al. "Principle Considerations for the Risk Assessment of Sprayed Consumer Products." *Toxicology Letters* 227, no. 1 (May 16, 2014): 41–49. https://doi.org/10.1016/j.toxlet.2014.03.005.

Stewart, Louise M., C. D'Arcy J. Holman, Patrick Aboagye-Sarfo, Judith C. Finn, David B. Preen, and Roger Hart. "In Vitro Fertilization, Endometriosis, Nulliparity and Ovarian Cancer Risk." *Gynecologic Oncology* 128, no. 2 (February 2013): 260–64. https://doi.org/10.1016/j.ygyno.2012.10.023.

Stewart, Louise M., Katrina Spilsbury, Susan Jordan, Colin Stewart, C. D'Arcy J. Holman, Aime Powell, Joanne Reekie, and Paul Cohen. "Risk of High-Grade Serous Ovarian Cancer Associated with Pelvic Inflammatory Disease, Parity and Breast Cancer." *Cancer Epidemiology* 55 (August 2018): 110–16. https://doi.org/10.1016/j.canep.2018.05.011.

Straif, Kurt. "Update of the Scientific Evidence on Asbestos and Cancer." presented at the International Conference on Environmental and Occupational Determinants of Cancer: Interventions for Primary Prevention, Asturias (Avilés, Gijón), Spain, March 17, 2011.

"Talc." *IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans* 42 (1987): 185–224.

Tarchi, M., D. Orsi, P. Comba, M. De Santis, R. Pirastu, G. Battista, and M. Valiani. "Cohort Mortality Study of Rock Salt Workers in Italy." *American Journal of Industrial Medicine* 25, no. 2 (February 1994): 251–56.

Terry, Kathryn L., Stalo Karageorgi, Yurii B. Shvetsov, Melissa A. Merritt, Galina Lurie, Pamela J. Thompson, Michael E. Carney, et al. "Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859 Controls." *Cancer Prevention Research (Philadelphia, Pa.)* 6, no. 8 (August 2013): 811–21. https://doi.org/10.1158/1940-6207.CAPR-13-0037.

Tewari, Devansu, James J. Java, Ritu Salani, Deborah K. Armstrong, Maurie Markman, Thomas Herzog, Bradley J. Monk, and John K. Chan. "Long-Term Survival Advantage and Prognostic Factors Associated with Intraperitoneal Chemotherapy Treatment in Advanced Ovarian Cancer: A Gynecologic Oncology Group Study." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 33, no. 13 (May 1, 2015): 1460–66. https://doi.org/10.1200/JCO.2014.55.9898.

Thai, T. H., F. Du, J. T. Tsan, Y. Jin, A. Phung, M. A. Spillman, H. F. Massa, et al. "Mutations in the BRCA1-Associated RING Domain (BARD1) Gene in Primary Breast, Ovarian and Uterine Cancers." *Human Molecular Genetics* 7, no. 2 (February 1998): 195–202.

Thomas, Charles A., and Major G. Seelig. Powder lubricated surgeon's rubber glove. United States US2621333A, filed June 27, 1947, and issued December 16, 1952. https://patents.google.com/patent/US2621333/en.

Torre, Lindsey A., Britton Trabert, Carol E. DeSantis, Kimberly D. Miller, Goli Samimi, Carolyn D. Runowicz, Mia M. Gaudet, Ahmedin Jemal, and Rebecca L. Siegel. "Ovarian Cancer Statistics, 2018." *CA: A Cancer Journal for Clinicians* 68, no. 4 (July 2018): 284–96. https://doi.org/10.3322/caac.21456.

Trabert, Britton. "Body Powder and Ovarian Cancer Risk – What Is the Role of Recall Bias?" *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25, no. 10 (October 2016): 1369–70. https://doi.org/10.1158/1055-9965.EPI-16-0476.

Trabert, Britton, Ligia Pinto, Patricia Hartge, Troy Kemp, Amanda Black, Mark E. Sherman, Louise A. Brinton, et al. "Pre-Diagnostic Serum Levels of Inflammation Markers and Risk of Ovarian

Cancer in the Prostate, Lung, Colorectal and Ovarian Cancer (PLCO) Screening Trial." *Gynecologic Oncology* 135, no. 2 (November 2014): 297–304. https://doi.org/10.1016/j.ygyno.2014.08.025.

Trabert, Britton, Elizabeth M Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L Anderson, Theodore M Brasky, et al. "Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium." *JNCI: Journal of the National Cancer Institute*, May 31, 2018. https://doi.org/10.1093/jnci/djy100.

Trabert, Britton, Elizabeth M. Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L. Anderson, Theodore M. Brasky, et al. "Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium." *Journal of the National Cancer Institute* 111, no. 2 (2019). https://doi.org/10.1093/jnci/djy100.

Tsilidis, K K, N E Allen, T J Key, L Dossus, A Lukanova, K Bakken, E Lund, et al. "Oral Contraceptive Use and Reproductive Factors and Risk of Ovarian Cancer in the European Prospective Investigation into Cancer and Nutrition." *British Journal of Cancer* 105, no. 9 (October 25, 2011): 1436–42. https://doi.org/10.1038/bjc.2011.371.

Tsilidis, Konstantinos K., Naomi E. Allen, Timothy J. Key, Laure Dossus, Rudolf Kaaks, Kjersti Bakken, Eiliv Lund, et al. "Menopausal Hormone Therapy and Risk of Ovarian Cancer in the European Prospective Investigation into Cancer and Nutrition." *Cancer Causes & Control: CCC* 22, no. 8 (August 2011): 1075–84. https://doi.org/10.1007/s10552-011-9782-z.

Tworoger, Shelley S., Kathleen M. Fairfield, Graham A. Colditz, Bernard A. Rosner, and Susan E. Hankinson. "Association of Oral Contraceptive Use, Other Contraceptive Methods, and Infertility with Ovarian Cancer Risk." *American Journal of Epidemiology* 166, no. 8 (October 15, 2007): 894–901. https://doi.org/10.1093/aje/kwm157.

Tzonou, A., A. Polychronopoulou, C. C. Hsieh, A. Rebelakos, A. Karakatsani, and D. Trichopoulos. "Hair Dyes, Analgesics, Tranquilizers and Perineal Talc Application as Risk Factors for Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 55, no. 3 (September 30, 1993): 408–10.

US EPA. "Health Assessment Document for Talc. | National Technical Reports Library - NTIS." - 600/8-91/217, 1992. https://ntrl.ntis.gov/NTRL/dashboard/searchResults/titleDetail/PB92239524.xhtml.

Van Gosen, B. S., H.A. Lowers, S.J. Sutley, and C.A. Gent. "Using the Geologic Setting of Talc Deposits as an Indicator of Amphibole Asbestos Content." *Environmental Geology* 45, no. 7 (2004): 20. https://doi.org/10.1007/s00254-003-0955-2.

Vanderhyden, Barbara C, Tanya J Shaw, and Jean-François Ethier. "Animal Models of Ovarian Cancer." *Reproductive Biology and Endocrinology : RB&E* 1 (October 7, 2003): 67. https://doi.org/10.1186/1477-7827-1-67.

VanOrden, D. "Weight Percent Compositional Analysis of Seven RTV Talc Samples. Analytical Report to R. T. Vanderbilt Company, Inc. Submitted to Public Comments Record – C. W. Jameson, National Toxicology Program, 10th ROC Nominations 'Talc (Containing Asbestiform Fibers)'. 4 December 2000., National Toxicology Program.," November 22, 2000.

Vasama-Neuvonen, K., E. Pukkala, H. Paakkulainen, P. Mutanen, E. Weiderpass, P. Boffetta, N. Shen, T. Kauppinen, H. Vainio, and T. Partanen. "Ovarian Cancer and Occupational Exposures in Finland." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 83–89.

Vasey, Paul A., Gordon C. Jayson, Alan Gordon, Hani Gabra, Rob Coleman, Ronnie Atkinson, David Parkin, et al. "Phase III Randomized Trial of Docetaxel-Carboplatin versus Paclitaxel-

Carboplatin as First-Line Chemotherapy for Ovarian Carcinoma." *Journal of the National Cancer Institute* 96, no. 22 (November 17, 2004): 1682–91. https://doi.org/10.1093/jnci/djh323.

Venkatesan, Priya. "Possible X Chromosome-Linked Transmission of Ovarian Cancer." *The Lancet. Oncology* 19, no. 4 (April 2018): e185. https://doi.org/10.1016/S1470-2045(18)30183-9.

Venter, P. F., and M. Iturralde. "Migration of a Particulate Radioactive Tracer from the Vagina to the Peritoneal Cavity and Ovaries." *South African Medical Journal = Suid-Afrikaanse Tydskrif Vir Geneeskunde* 55, no. 23 (June 2, 1979): 917–19.

Verdoodt, Freija, Christian Dehlendorff, Søren Friis, and Susanne K. Kjaer. "Non-Aspirin NSAID Use and Ovarian Cancer Mortality." *Gynecologic Oncology* 150, no. 2 (2018): 331–37. https://doi.org/10.1016/j.ygyno.2018.06.018.

Vicus, Danielle, Amy Finch, Barry Rosen, Isabel Fan, Linda Bradley, Ilana Cass, Ping Sun, et al. "Risk Factors for Carcinoma of the Fallopian Tube in Women with and without a Germline BRCA Mutation." *Gynecologic Oncology* 118, no. 2 (August 1, 2010): 155–59. https://doi.org/10.1016/j.ygyno.2010.03.009.

Vineis, Paolo, Phyllis Illari, and Federica Russo. "Causality in Cancer Research: A Journey through Models in Molecular Epidemiology and Their Philosophical Interpretation." *Emerging Themes in Epidemiology* 14, no. 7 (2017). https://doi.org/DOI 10.1186/s12982-017-0061-7.

Virta, RL. "The Phase Relationship of Talc and Amphiboles in a Fibrous Talc Sample." IH; Report of Investigations, 1985. https://www.cdc.gov/niosh/nioshtic-2/10004328.html.

Vitonis, Allison F., Linda Titus-Ernstoff, and Daniel W. Cramer. "Assessing Ovarian Cancer Risk When Considering Elective Oophorectomy at the Time of Hysterectomy." *Obstetrics and Gynecology* 117, no. 5 (May 2011): 1042–50. https://doi.org/10.1097/AOG.0b013e318212fcb7.

Wang, Chunpeng, Zhenzhen Liang, Xin Liu, Qian Zhang, and Shuang Li. "The Association between Endometriosis, Tubal Ligation, Hysterectomy and Epithelial Ovarian Cancer: Meta-Analyses." *International Journal of Environmental Research and Public Health* 13, no. 11 (November 14, 2016): 1138. https://doi.org/10.3390/ijerph13111138.

Wang, Xiaorong, Sihao Lin, Ignatius Yu, Hong Qiu, Yajia Lan, and Eiji Yano. "Cause-Specific Mortality in a Chinese Chrysotile Textile Worker Cohort." *Cancer Science* 104, no. 2 (February 2013): 245–49. https://doi.org/10.1111/cas.12060.

Watson, Ian R., Koichi Takahashi, P. Andrew Futreal, and Lynda Chin. "Emerging Patterns of Somatic Mutations in Cancer." *Nature Reviews. Genetics* 14, no. 10 (October 2013): 703–18. https://doi.org/10.1038/nrg3539.

Wehner, A. P., A. S. Hall, R. E. Weller, E. A. Lepel, and R. E. Schirmer. "Do Particles Translocate from the Vagina to the Oviducts and Beyond?" *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 23, no. 3 (March 1985): 367–72.

Wehner, A. P., R. E. Weller, and E. A. Lepel. "On Talc Translocation from the Vagina to the Oviducts and Beyond." *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 24, no. 4 (April 1986): 329–38.

Weiss, W. "Cigarette Smoking and Lung Cancer Trends. A Light at the End of the Tunnel?" *Chest* 111, no. 5 (May 1997): 1414–16.

Wentzensen, Nicolas, Elizabeth M. Poole, Britton Trabert, Emily White, Alan A. Arslan, Alpa V. Patel, V. Wendy Setiawan, et al. "Ovarian Cancer Risk Factors by Histologic Subtype: An Analysis From the Ovarian Cancer Cohort Consortium." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 34, no. 24 (20 2016): 2888–98. https://doi.org/10.1200/JCO.2016.66.8178.

Werner, I. "Presence of Asbestos in Talc Samples." *Atemschutzinform* 21, no. 5 (1982).

Whiteman, David C., Michael F. G. Murphy, Linda S. Cook, Daniel W. Cramer, Patricia Hartge, Polly A. Marchbanks, Philip C. Nasca, Roberta B. Ness, David M. Purdie, and Harvey A. Risch. "Multiple Births and Risk of Epithelial Ovarian Cancer." *Journal of the National Cancer Institute* 92, no. 14 (July 19, 2000): 1172–77. https://doi.org/10.1093/jnci/92.14.1172.

Whittemore, A. S., R. Harris, and J. Itnyre. "Characteristics Relating to Ovarian Cancer Risk: Collaborative Analysis of 12 US Case-Control Studies. IV. The Pathogenesis of Epithelial Ovarian Cancer. Collaborative Ovarian Cancer Group." *American Journal of Epidemiology* 136, no. 10 (November 15, 1992): 1212–20.

Whittemore, A. S., M. L. Wu, R. S. Paffenbarger, D. L. Sarles, J. B. Kampert, S. Grosser, D. L. Jung, S. Ballon, and M. Hendrickson. "Personal and Environmental Characteristics Related to Epithelial Ovarian Cancer. II. Exposures to Talcum Powder, Tobacco, Alcohol, and Coffee." *American Journal of Epidemiology* 128, no. 6 (December 1988): 1228–40.

Whysner, J., and M. Mohan. "Perineal Application of Talc and Cornstarch Powders: Evaluation of Ovarian Cancer Risk." *American Journal of Obstetrics and Gynecology* 182, no. 3 (March 2000): 720–24.

Wignall, B.K., and A.J. Fox. "Mortality of Female Gas Mask Assemblers." *British Journal of Industrial Medicine* 39, no. 1 (1982): 34–38.

Wild, P. "Lung Cancer Risk and Talc Not Containing Asbestiform Fibres: A Review of the Epidemiological Evidence." *Occupational and Environmental Medicine* 63, no. 1 (January 2006): 4–9. https://doi.org/10.1136/oem.2005.020750.

Wolff, Henrik, Tapio Vehmas, Panu Oksa, Jorma Rantanen, and Harri Vainio. "Asbestos, Asbestosis, and Cancer, the Helsinki Criteria for Diagnosis and Attribution 2014: Recommendations." *Scandinavian Journal of Work, Environment & Health* 41, no. 1 (January 2015): 5–15. https://doi.org/10.5271/sjweh.3462.

Wong, C., R. E. Hempling, M. S. Piver, N. Natarajan, and C. J. Mettlin. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics and Gynecology* 93, no. 3 (March 1999): 372–76.

Woodruff, J. D. "The Pathogenesis of Ovarian Neoplasia." *The Johns Hopkins Medical Journal* 144, no. 4 (April 1979): 117–20.

Wright, H. R., J. C. Wheeler, J. A. Woods, J. Hesford, P. Taylor, and R. F. Edlich. "Potential Toxicity of Retrograde Uterine Passage of Particulate Matter." *Journal of Long-Term Effects of Medical Implants* 6, no. 3–4 (1996): 199–206.

Wu, A. H., C. L. Pearce, C.-C. Tseng, and M. C. Pike. "African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates." *Cancer Epidemiology Biomarkers & Prevention* 24, no. 7 (July 1, 2015): 1094–1100. https://doi.org/10.1158/1055-9965.EPI-15-0023.

Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, and Malcolm C. Pike. "African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 24, no. 7 (July 2015): 1094–1100. https://doi.org/10.1158/1055-9965.EPI-15-0023.

Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, Claire Templeman, and Malcolm C. Pike. "Markers of Inflammation and Risk of Ovarian Cancer in Los Angeles County." *International*

*Journal of Cancer. Journal International Du Cancer* 124, no. 6 (March 15, 2009): 1409–15. https://doi.org/10.1002/ijc.24091.

Wu, Song, Wei Zhu, Patricia Thompson, and Yusuf A. Hannun. "Evaluating Intrinsic and Non-Intrinsic Cancer Risk Factors." *Nature Communications* 9, no. 1 (August 28, 2018): 3490. https://doi.org/10.1038/s41467-018-05467-z.

Yan, Bin, Yuanlin Peng, and Chuan-Yuan Li. "Molecular Analysis of Genetic Instability Caused by Chronic Inflammation." *Methods in Molecular Biology (Clifton, N.J.)* 512 (2009): 15–28. https://doi.org/10.1007/978-1-60327-530-9_2.

Yan, Bin, Huili Wang, Zahid Rabbani, Yulin Zhao, Wenrong Li, Yuqing Yuan, Fang Li, Mark W. Dewhirst, and Chuan-Yuan Li. "Tumor Necrosis Factor-a Is a Potent Endogenous Mutagen That Promotes Cellular Transformation." *Cancer Research* 66 (December 15, 2006): 11565.

"You Can Steer Clients to Condoms Free from Potentially Harmful Talc: Condom Companies Agree to Produce without the Dry Lubricant." *Contraceptive Technology Update* 16, no. 11 (November 1995): 133–44.

Zazenski, R., W. H. Ashton, D. Briggs, M. Chudkowski, J. W. Kelse, L. MacEachern, E. F. McCarthy, M. A. Nordhauser, M. T. Roddy, and N. M. Teetsel. "Talc: Occurrence, Characterization, and Consumer Applications." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 218–29.

Zervomanoklakis, I, H.W. Ott, D Hadziomerovic, V. Mattle, B.E. Seeber, I. Virgolini, D. Heute, S. Kissler, G. Leyendecker, and L. Wildt. "Physiology of Upward Transport in the Human Female Genital Tract." *Annals of New York Acadamy of Sciences* 1101, no. 1 (2007): 1–20. https://doi.org/10.1196/annals.1389.032.

Zhao, Weixing, Justin B. Steinfeld, Fengshan Liang, Xiaoyong Chen, David G. Maranon, Chu Jian Ma, Youngho Kwon, et al. "BRCA1-BARD1 Promotes RAD51-Mediated Homologous DNA Pairing." *Nature* 550, no. 7676 (19 2017): 360–65. https://doi.org/10.1038/nature24060.

Exhibit 4

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO ALL CASES* | MDL NO. 16-2738 (FLW) (LHG) |

## RULE 26 EXPERT REPORT OF
## ELLEN BLAIR SMITH, MD

Date:   November 16, 2018

Ellen Blair Smith, MD

As a physician who specializes in the treatment of women with cancer (including ovarian cancer), I was asked to provide professional opinions on the question of whether the genital use of talcum powder products can cause ovarian cancer. I was also asked, if I found this to be the case, to further provide opinions on the biological mechanism(s) for this effect.

## BACKGROUND AND QUALIFICATIONS

My name is Ellen Blair Smith. My attached CV reports my education and medical training. I practiced gynecologic oncology in Charlottesville, Virginia from July 1984 until February 1987 as an assistant professor at the University of Virginia. I then left academic medicine to open my own private practice of gynecologic oncology in Austin, Texas. That practice involved care of women known or suspected to have gynecologic cancers and continued for more than 28 years. During these years, I was responsible for all aspects of the care of hundreds of women with epithelial ovarian cancer. That care involved diagnosis, preoperative, surgical, and postoperative care, chemotherapy selection and administration and post-treatment care and surveillance. All too often post-treatment surveillance led to the diagnosis of recurrent cancer and the treatment cycle resumed. All too often, after months or years (up to 21 years of care for one patient), I provided end-of-life care for my patients.

My dissatisfaction with the inadequacies of screening systems to detect ovarian cancer early led me to follow enthusiastically the discoveries of genes that increase the risk of ovarian cancer and to aggressively promote the detection of such genes. Before these tests were commercially available, I worked with geneticist-physicians at the University of Pennsylvania and Duke University to detect these genes in my patients with ovarian cancer and their daughters. I was an early advocate of risk-reducing salpingooophorectomy and lectured throughout Texas by invitation of the Texas Medical Association. In 2004, Myriad Genetics (which had patented the BRCA test) asked me to be its first gynecologic oncologist speaker. Until roughly 2011, I delivered many lectures to gynecologic colleagues throughout the US.

In November 2001, I took a leave of absence and moved to Paris, France, with my children while my husband pursued a Guggenheim fellowship there. While there, I returned to the US to attend the Society of Gynecologic Oncologists to hear the latest research in ovarian cancer presented. I also attended a European Cancer conference in Paris and was excited to first hear the results of the Scottish Randomised Trial in Ovarian Cancer (SCOTROC), a large international randomized trial comparing two different chemotherapy regimens for the treatment of epithelial ovarian cancer ovarian cancer trial in which I enrolled patients. I returned to my practice in August of 2002.

To enhance the end of life care of my gynecologic oncology patients, I pursued further education in Hospice and Palliative Care, passing the written examination to become board certified in 2010. I retired from my gynecologic oncology practice in December of 2015. In April of 2017, I returned to patient care as medical director of Halcyon Home Hospice. In my role with a hospice organization, I continue to care for patients with ovarian and other cancers.  My CV is attached as Exhibit A.

1

**METHODOLOGY**

In preparing this report, I began with a comprehensive review of the medical literature. I relied on PubMed searches on many topics, including talc and ovarian cancer, as well as searched authors. I then read many of the references of the articles cited in those papers. I sometimes followed this research with searches on Google or Google Scholar on the same subjects to assure that I had found all relevant references. This literature included epidemiological studies, review articles, mechanistic articles and opinion articles on this topic and related subjects. I additionally reviewed information, including Johnson & Johnson and Imerys company documents that I either requested or considered relevant to my opinions. These were provided by plaintiffs' attorneys. Finally, I drew on my own educational resources, as well as my education, training, and experience caring for patients with ovarian cancer This is the same methodology and scientific rigor that I have used regularly in my professional career and clinical practice, to explore and understand a topic of interest.

**OVERVIEW OF OVARIAN CANCER**

Cancers of the ovary may arise from the epithelium/mesothelium covering the ovary, called epithelial ovarian cancer (EOC); from the oocytes of the ovary, called germ cell tumors; or, more rarely, from the hormone-producing cells of the ovary, the sex cord-stromal tumors. This report addresses EOC, the type of ovarian cancer associated with talcum powder exposure.

*Pathogenesis*

The history as to the origin of ovarian cancer must be divided into before 2008 and after 2008. Before 2008, incessant ovulation and the repair of the monthly breaks in ovarian surface epithelium was believed to be responsible for EOC.  (Fathalla 1971).  That more DNA errors would be generated with more ovulation defects made intuitive sense and seemed to be supported by the epidemiologic evidence of higher parity (ovulation free windows) decreasing risk of EOC (La Vecchia 2017). Furthermore, the first generation of high estrogen oral contraceptives that blocked ovulation also decreased ovarian cancer. (Havrilesky et al. 2013) Levanon proposed that EOC is, in fact, two different diseases with two etiologies; the premalignant state of Type II was, as yet, unidentified. Budding molecular data support this division.  (Levanon, Crum, and Drapkin 2008).

Until 2008, EOC was thought distinct from fallopian tube cancer and primary peritoneal cancer. While the cell of origin for all these cancers appears similar, many papers were published and conventions defined to separate them. The pioneering work of scientists/physicians at Brigham and Women's and the Dana Farber revealed that many EOCs arise in the fallopian tube and metastasize to the ovary and/or peritoneum, at least in women who harbor genetic homologous repair defects. (Levanon, Crum, and Drapkin 2008).  Both Fathalla and the researchers at Brigham and Women's have updated and more clearly defined their hypotheses in light of the increased role of fallopian tube epithelium in EOC and growing molecular data. (Levanon, Crum, and Drapkin 2008; Fathalla 2013).  Dubeau and Drapkin include and support the role of extrauterine Mullerian epithelium, as well as tubal and ovarian epithelium, in their hypotheses of pathogenesis of EOC. (Dubeau and Drapkin 2013).  For our purposes, we consider epithelial

cancers of the ovary, fallopian tubes, and peritoneum to be a single entity. All are associated with talcum powder usage

The quest for a molecular understanding of the ways EOC arise is ongoing, but has also been described extensively.  There are certain factors that can initiate the cascade of DNA changes that cause unregulated proliferation, acquisition of more DNA damage, and inhibition of programmed cell death (apoptosis) - the normal fate of abnormal cells in a healthy system. For example, loss of TP53 (a gene essential for regulating cell division and preventing tumor formation), function has been shown to appear early in the genesis of serous EOC. (Chien et al. 2015).

### Risk Factors

Generally accepted risk factors for EOC, in addition to talcum powder and asbestos, include inherited gene mutations, family history, obesity, nulliparity, advanced age, history of endometriosis, infertility, polycystic ovarian syndrome, intrauterine devices, pelvic inflammatory disease, early menarche and late menopause. Additionally, there are factors that are recognized as protective. These include tubal ligation/sterilization (TS), oral contraceptive use, salpingectomy, salpingo-oophorectomy, hysterectomy, and breast feeding.  (Hunn and Rodriguez 2012; Mallen, Townsend, and Tworoger 2018; Park et al. 2018; Folkins et al. 2018).  Risk factors are not mutually exclusive. They can be cumulative, additive, and synergistic. (Vitonis, Titus-Ernstoff, and Cramer 2011; S. Wu et al. 2018).

Inherited gene mutations, such as BRCA-Fanconi anemia pathway and Lynch syndrome mismatch repair genes, are discussed in another section.

The Ovarian Cohort Consortium pooled data from 21 prospective cohort studies on 1.3 million women. (Wentzensen et al. 2016).  In these studies, 5584 women were diagnosed with EOC and risk comparisons were made for parity, oral contraception use, breast feeding, age at menarche, age at menopause, menopausal HRT use, tubal ligation, endometriosis, first degree family history of breast cancer, first degree history of ovarian cancer, BMI, height, and smoking). In a group this large, histologic subclassification could be done and associations were made for serous/poorly differentiated EOC, endometrioid EOC, clear cell EOC and mucinous EOC. One thousand EOC patients had "other" or missing histologic information. Multiparity decreased risk in all ovarian cancer subtypes. Oral contraceptive use for 5 years and for 10 years decreased risk in all but mucinous tumors. Late menopause increased risk in only endometrioid and clear cell cancers.

### Diagnosis

The diagnosis of EOC may occur at surgery for a pelvic mass, incidentally at surgery for another reason, or by cytologic evaluation of paracentesis of ascites.

### Staging

Ovarian cancer, regardless of cell type, is staged surgically. By convention, we use International Federation of Gynecology and Obstetrics (FIGO) staging. The staging system changes every 10-

15 years as data allowing discrimination are reviewed. It was always my practice to note in a patient's chart the original stage and year of that staging versus contemporary stage.

| STAGE I: Tumor confined to ovaries | | | | | |
|---|---|---|---|---|---|
| OLD | | | NEW | | |
| IA | Tumor limited to 1 ovary, capsule intact, no tumor on surface, negative washings/ascites. | | IA | | Tumor limited to 1 ovary, capsule intact, no tumor on surface, negative washings. |
| IB | Tumor involves both ovaries otherwise like IA. | | IB | | Tumor involves both ovaries otherwise like IA. |
| IC | Tumor involves 1 or both ovaries with any of the following: capsule rupture, tumor on surface, positive washings/ascites. | | *IC  Tumor limited to 1 or both ovaries* | | |
| | | | IC1 | | *Surgical spill* |
| | | | IC2 | | *Capsule rupture before surgery or tumor on ovarian surface.* |
| | | | IC3 | | *Malignant cells in the ascites or peritoneal washings.* |

| STAGE II: Tumor involves 1 or both ovaries with pelvic extension (below the pelvic brim) or primary peritoneal cancer | | | | |
|---|---|---|---|---|
| OLD | | | NEW | |
| IIA | Extension and/or implant on uterus and/or Fallopian tubes | | IIA | Extension and/or implant on uterus and/or Fallopian tubes |
| IIB | Extension to other pelvic intraperitoneal tissues | | IIB | Extension to other pelvic intraperitoneal tissues |
| IIC | IIA or IIB with positive washings/ascites. | | | |

*\*\*Old stage IIC has been eliminated\*\**

4

| STAGE III: Tumor involves 1 or both ovaries with cytologically or histologically confirmed spread to the peritoneum outside the pelvis and/or metastasis to the retroperitoneal lymph nodes | | | | |
|---|---|---|---|---|
| OLD | | NEW | | |
| IIIA | Microscopic metastasis beyond the pelvis. | *IIIA ( Positive retroperitoneal lymph nodes and /or microscopic metastasis beyond the pelvis)* | | |
| | | *IIIA1* | *Positive retroperitoneal lymph nodes only* | |
| | | | *IIIA1(i)* | *Metastasis ≤ 10 mm* |
| | | | *IIIA1(ii)* | *Metastasis > 10 mm* |
| | | *IIIA2* | *Microscopic, extrapelvic (above the brim) peritoneal involvement ± positive retroperitoneal lymph nodes* | |
| IIIB | Macroscopic, extrapelvic, peritoneal metastasis ≤ 2 cm in greatest dimension. | *IIIB* | *Macroscopic, extrapelvic, peritoneal metastasis ≤ 2 cm ± positive retroperitoneal lymph nodes. Includes extension to capsule of liver/spleen.* | |
| IIIC | Macroscopic, extrapelvic, peritoneal metastasis > 2 cm in greatest dimension and/or regional lymph node metastasis. | *IIIC* | *Macroscopic, extrapelvic, peritoneal metastasis > 2 cm ± positive retroperitoneal lymph nodes. Includes extension to capsule of liver/spleen.* | |

| STAGE IV: Distant metastasis excluding peritoneal metastasis | | | |
|---|---|---|---|
| OLD | | NEW | |
| IV | Distant metastasis excluding peritoneal metastasis. Includes hepatic parenchymal metastasis. | *IVA* | *Pleural effusion with positive cytology* |
| | | IVB | Hepatic and/or *splenic parenchymal* metastasis, metastasis to extra-abdominal organs (including inguinal lymph nodes and lymph nodes outside of the abdominal cavity) |

FIGO Ovarian Cancer Staging Effective Jan. 1, 2014[1]

### Treatment

The treatment of ovarian cancer is usually straight-forward: surgically remove all the visible cancer, establish locations of invisible cancer (microscopic metastases, define best treatment and prognosis, then treat -in the majority of cases - with a taxane and a platinum chemotherapy doublet. (Vasey et al. 2004; Armstrong et al. 2006).

However, seventy-five percent of ovarian cancer cases present with metastases to the upper abdomen or beyond. Suboptimal debulking (leaving grossly visible tumor) has no survival benefit over primary chemotherapy. (Horowitz et al. 2015).  The physicians at MD Anderson established a protocol for preoperative laparoscopy and the opinions of two trained gynecologic oncologists, in concert with clinical and laboratory findings, to judge whether a tumor was resectable.  (Nick et al. 2015).  These "debulking" surgeries are quite complex, require specialized training, and often necessitate consultation from other surgical specialties.

---

[1] https://www.sgo.org/wp-content/uploads/2012/09/FIGO-Ovarian-Cancer-Staging_1.10.14.pdf

Chemotherapy with a platinum and a taxane follows. These drugs may be delivered intravenously or intraperitoneally. Usually, six cycles of chemotherapy are given. Remission occurs in over 70% of patients, as evidenced by CT scans, physical examination, and CA125 (a clinically used biomarker for screening and detection) levels. Surveillance begins.

In patients with Stage III and IV (typically 75% of patients with EOC), recurrence will follow in 5-24 months. Then we evaluate again for surgery (isolated focal recurrence versus multifocal or unresectable recurrence) and additional chemotherapy. (Rasool et al. 2010; Parmar et al. 2003).

This cycle typically continues until my patient's tumor has become resistant to platinum and two other agents. At that time, the probability of her tumor responding to any standard chemotherapy is essentially nonexistent. We discuss clinical trials and/or end-of-life care. Regardless of her treatment choices, she dies in 6-12 months. Her death is protracted, usually from starvation, due to multiple bowel obstructions. Ideally, pain is controlled.

### 5 Year Survival Rates

The following are 5-year survival rates according to the American Cancer Society Website. As the new FIGO staging just started in 2014, 5-year data is not yet available.

I 78%

IA 93%

IB 91%

IC 84%

II 61%

IIA 82%

IIB 72%

IIC 67%

III 28%

IIIA 63%

IIIB 53%

IIIC 41%

IV 19% [2]

Modern surgery and chemotherapy have changed the natural history of ovarian cancer. Late recurrence (after 5-year) is common. Ten-year survival does not mean cure. I have personally treated late recurrences after ten years of remission. Others have reported these findings as well. (Baldwin et al. 2012; Tewari et al. 2015)

---

[2] https://www.cancer.org/cancer/ovarian-cancer/detection-diagnosis-staging/survival-rates html

## OVARIAN CANCER GENETICS

All cancer is genetic; that is, cancer involves DNA changes occurring in the chromosomes of a cell that was initially normal.  For epithelial cancers, this is usually a series of mutations, DNA breaks, alterations (such as methylation), deletions, rearrangements or DNA amplification. These changes do not necessarily progress linearly. Watson reviewed some of these complexities in a recent article in Nature.  (Watson et al. 2013).

A Cancer Genome Atlas Research Network (TCGA) study published in 2011 analyzed 489 high grade serous ovarian cancers (HGSOC). Exon sequencing of 316 of these tumors was performed. It identified the nearly universal (96%) presence of somatic mutations in the gene TP53 in HGSOC. That mutation seems to be a first step towards the development of EOC. Ovarian cancers occur in <3% of women with germline, heritable TP53 mutations; breast cancer is much more frequently occurring.  (K. D. Gonzalez et al. 2009). Genes in homologous repair pathway were mutated in 49% (with better prognosis for those with germline mutations as opposed to somatic mutation or methylation). The FOXM1 transcription factor network was activated in 87%. This family of genes is involved in regulating cell cycle and differential gene expression. (Hannenhalli and Kaestner 2009; X. Chen et al. 2013).

Interest in the homologous repair pathway has exploded since Mary Claire King's identification of what we now know to be the tumor suppressor gene, BRCA1.  (Hall et al. 1990). Homologous DNA repair is double stranded DNA repair breaks. This pathway includes multiple genes including BRCA1, BRCA2, Rad 51B, Rad 51C, Rad 51D, BRIP1, PALB2 and others. The protein products of this family of multiple genes work together to repair DNA.  (Compton, Ozgür, and Griffith 2010; Thai et al. 1998).  Binding of BCDX2 or CX3 to Holliday Junction DNA CX3 (A) or BCDX2 (B) was incubated with Holliday junction templates, mounted onto carbon-coated copper grids, and rotary shadowcast with tungsten for visualization by EM. Images are shown in reverse contrast. (Compton, Ozgür, and Griffith 2010).

A



B



The ring structure in A is a complex of Rad 51C and Xrcc3. The ring structure in B is a complex of Rad 51B, Rad 51 C, Rad 51D and Xrcc2.

Germline deficiencies in any of these genes have been shown to result in an increased risk of EOC. Why? Knudson answered that in simple terms (Knudson 1971). To be born deficient in one half of a DNA repair enzyme is to be born one step closer to cancer; target cancers appear earlier and more frequently. Many early studies note the increased incidence of breast cancer with BRCA1 and BRCA2 germline mutations carriers: over 80% by age 70. (Ford et al. 1998). They also give the increased risks of ovarian cancer: for BRCA1, 39% by age 70, and for BRCA2, 11% by age 70 studied 1915 patients with ovarian cancer and detected germline mutations in BRCA1 and BRCA2, RAD51B, Rad51D, PALB2, BARD1, BRIP1 (the HR repair pathway), as well as the genes involved in Lynch Syndrome. (Antoniou et al. 2003; Norquist et al. 2016).

**Penetrance** is the phenotypic expression of underlying genetic aberrations. Why does one woman with a BRCA1 mutation exhibit breast and/or ovarian cancer while another woman with the SAME mutation does not? Penetrance is influenced by environmental and genetic factors. For example, epidemiologic studies have shown that breast feeding and tamoxifen use decrease the risk of manifesting breast cancer in carriers of BRCA1 mutations. (Friebel, Domchek, and Rebbeck 2014). This same review and meta-analysis shows that oral contraceptives use decreases risk for ovarian cancer in BRCA1 and BRCA2 mutation carriers. Other known risk factors can interact with individuals who have an inherited gene mutation to increase the risk. In other words, women with BRCA and other hereditary gene mutations, are at least as susceptible to other reproductive, environmental, or inflammatory risk factors as women who do not have mutations. This would be expected with BRCA mutation carriers exposed to talcum powder products.

Factors that decrease penetrance may be external or environmental factors, as mentioned above, or may be intrinsic factors, genetic, or epigenetic. Rebbeck et al. demonstrated that the location of the mutation in these huge BRCA genes is a determinant of risk of manifestation of breast and/or ovarian cancer. (Rebbeck et al. 2015). Genetic and epigenetic modifiers became the focus of the CIMBA (Consortium of Investigators of Modifiers of BRCA1/2). (CIMBA et al. 2007). This international consortium of sixty groups of researchers are identifying genetic modifiers to BRCA breast and ovarian cancer risks as single nucleotide polymorphisms (SNPs) in nonBRCA genes. (Ding et al. 2012; Ramus et al. 2012). Such SNPs modify penetrance. Epigenetic changes such as methylation in promoter regions of genes also affect risk of ovarian cancer development.

## EPIDEMIOLOGICAL STUDIES

The first epidemiological study was published in 1982 by Cramer, et al, Cancer (1982) 50:372 "Ovarian Cancer and Talc: A Case-Control Study." (D. W. Cramer et al. 1982). Since that time, there have been numerous additional epidemiological studies.

### The Meta-analyses and Pooled Study

Harlow et al, 1992:
This study (of which Cramer is a coauthor) offers the first meta-analysis of the perineal talcum powder use and risk of ovarian cancer in their case-control study of 235 Boston-area women hospitalized in ten area hospitals.  Controls were selected from the population and generated from "townbooks" by random number generation selecting the book page and age matched. "Ever" perineal talcum powder use vs none generated a OR of 1.5 (95% CI 1.0-2.1).  The meta-analysis follows:

Table 6. Odds Ratios With 95% Confidence Intervals of Ovarian Cancer in Relation to Any Perineal Exposure to Talc as Reported in Previous Epidemiologic Studies

| Author(s) (year) | Cases | | Controls | | Crude OR | 95% CI |
|---|---|---|---|---|---|---|
| | Total | Talc exposure | Total | Talc exposure | | |
| Cramer et al[4] (1982) | 215 | 92 (42.8%) | 215 | 61 (28.4%) | 1.9 | 1.3–2.9 |
| Hartge et al (1983)* | 135 | 67 (49.6%) | 171 | 100 (58.5%) | 0.7 | 0.4–1.1 |
| Whittemore et al[5] (1988) | 188 | 98 (52.1%) | 539 | 248 (46.0%) | 1.4 | 0.9–2.0 |
| Harlow and Weiss[6] (1989)† | 116 | 49 (42.2%) | 158 | 64 (40.5%) | 1.1 | 0.7–2.1 |
| Booth et al[7] (1989) | 217 | 141 (65.0%) | 434 | 256 (59.0%) | 1.3 | 0.9–1.9 |
| Harlow et al (1992) (current study) | 235 | 114 (48.5%) | 239 | 94 (39.3%) | 1.5 | 0.9–1.8 |
| All studies‡ | 1106 | 561 (50.7%) | 1756 | 823 (46.9%) | 1.3 | 1.1–1.6 |

The authors conclude that "there is an association, albeit modest, between ovarian cancer and peritoneal talc use" They state that this association may be due to asbestos contamination in talcum powder produced before 1976. This study was supported by an NCI grant.  (Harlow et al. 1992).

Gross and Berg, 1995
These investigators analyzed 9 case-control studies (D. W. Cramer et al. 1982; Hartge et al. 1983; Whittemore et al. 1988; Booth, Beral, and Smith 1989; Harlow and Weiss 1989; Y. Chen et al. 1992; Harlow et al. 1992; Rosenblatt, Szklo, and Rosenshein 1992; Tzonou et al. 1993) and combined those studies with preliminary (and mathematically manipulated) data from Hankinson et al's 1993 report on the Nurses' Health Study.  The Nurses' Health Study was not completed until 1996; talc use was not queried in the first 8 years of the study.  By Gross' and Berg's estimate the RR of "ever genital talc use" vs "never" use is 0.6 (95%CI 0.38-1.02).  In fact, that is a low RR as the Nurses' study showed and overall RR of ever vs never use and epithelial ovarian cancer of 1.09 (95% CI 0.86-1.37). (Gertig et al. 2000, see below).

192   *Gross and Berg*

**TABLE 3.          Results of the Meta-Analyses**

| Analysis | Studies used | Q (degrees of freedom) | RR (95% CI) |
|---|---|---|---|
| Crude risk, both tumor types | All | 11.884 (8) | 1.27 (1.09–1.48) |
| Adjusted risk, both tumor types | CRAM, HART, WHIT, HAR1, HAR2, CHEN, and TZON | 9.043 (6) | 1.31 (1.08–1.58) |
| Crude risk, epithelial tumors | HART, WHIT, BOOT, HAR2, ROSE, CHEN, and TZON | 7.19 (6) | 1.20 (1.01–1.44) |
| Adjusted risk, epithelial tumors | HART, WHIT, HAR2, CHEN, and TZON | 7.598 (4) | 1.29 (1.02–1.63) |

The authors demonstrated that "all meta-analyses arrive at relative risks greater than 1.0 with 95% confidence intervals excluding the null." Despite these findings, the authors conclude that "existing evidence linking talc exposure to an increased risk of ovarian cancer cannot be viewed as scientifically conclusive". A dose response relationship is not demonstrated. This study was supported by Johnson and Johnson.  (Gross and Berg 1995).

Cramer et al, 1999
In 1999, Cramer et al (with Harlow as a coauthor) published a new case-control study of 563 epithelial ovarian cancers, including 86 serous borderline tumors.  Controls were 523 women. No increased risk of ovarian cancer was seen in never users of powder vs non-genital powder users.  For those who never used or had nongenital powder use vs any genital use, the odds ratio was 1.60 (95% CI 1.18-2.15) for development of ovarian cancer.  Adjustments for age, community, parity, oral contraceptive use, BMI, and family history of breast or ovarian cancer were made.

These authors then did meta-analysis with the following results:

| Author | Cases Total n | Exposed (%) | Controls Total n | Exposed (%) | Crude OR (95% CI) |
|---|---|---|---|---|---|
| **Risk of ovarian cancer with perineal exposure to talc from key epidemiologic studies.** | | | | | **Odds ratios and confidence** |
| Cramer et al. (1982) | 215 | (42.8) | 215 | (28.4) | 1.9 (1.3-2.8) |
| Hartge et al. (1983) | 135 | (49.6) | 171 | (58.5) | 0.7 (0.4-1.1) |
| Whittemore et al. (1988) | 188 | (52.1) | 539 | (46.0) | 1.3 (0.9-1.8) |
| Harlow and Weiss (1989) | 116 | (42.2) | 158 | (40.5) | 1.1 (0.7-1.7) |
| Booth et al. (1989) | 217 | (65.0) | 434 | (59.0) | 1.3 (0.9-1.8) |
| Harlow et al. (1992) | 235 | (48.5) | 239 | (39.3) | 1.4 (1.0-2.1) |
| Rosenblatt et al. (1992) | 77 | (87.0) | 46 | (88.0) | 1.0 (0.3-3.0) |
| Chen et al. (1992) | 112 | (6.2) | 224 | (2.2) | 2.9 (0.9-9.4) |
| Tzonou et al. (1993) | 189 | (3.2) | 200 | (3.5) | 0.9 (0.3-2.7) |
| Purdie et al. (1995) | 824 | (56.7) | 860 | (52.0) | 1.2 (1.0-1.5) |
| Shushan et al. (1996) | 200 | (10.5) | 408 | (5.6) | 2.0 (1.0-3.6) |
| Cook et al. (1997) | 313 | (50.8) | 422 | (39.3) | 1.6 (1.2-2.1) |
| Chang and Rish (1997) | 450 | (44.0) | 564 | (35.6) | 1.4 (1.1-1.8) |
| Cramer et al. (1999) | 563 | (27.0) | 528 | (18.2) | 1.7 (1.2-2.2) |
| Summary odds ratio (95% confidence interval) | | | | | 1.4 (1.2-1.5) |

Cramer et al. conclude that "a consistent association between talc and ovarian cancer appears unlikely to be explained by recall bias or confounding" (page 356). This study, too, was supported by a grant from the National Cancer Institute.  (Cramer 1999).

Huncharek et al, 2003
Sixteen case control studies (Booth, Beral, and Smith 1989; C.-J. Chang et al. 2017; Y. Chen et al. 1992; Cook, Kamb, and Weiss 1997; D. W. Cramer et al. 1982; D. W. Cramer 1999; Godard et al. 1998; Harlow and Weiss 1989; Ness et al. 2000; Purdie et al. 1995; Rosenblatt, Szklo, and Rosenshein 1992; Tzonou et al. 1993; Whittemore et al. 1988; Wong 1999) were found to be homogeneous and delivered 11,933 subjects (4959 cases).  Pooled meta-analysis of ever perineal talcum powder use versus no exposure "yielded a summary relative risk of 1.33 with a 95% confidence interval of 1.16-1.45, a statistically significant result suggesting a 33% increased risk of developing ovarian cancer".  No dose response was found.  However, the study did not collect the necessary data to permit this determination.  Huncharek et al. spend the rest of the paper dismissing their result as NOT supporting an association between talc and ovarian cancer. According to the disclosure, this research was partially supported by the Marshfield Medical Research Foundation. There was no mention of financial support from Johnson & Johnson or Imerys (although disclosed in a 2007 paper by the same authors – Huncharek 2007).

Langseth et al 2008

The Langseth study drew data from The International Agency on Cancer Research (IARC) review of the literature, published as a Monograph in 2010 (which classified non-asbestiform talc as possibly carcinogenic)[3], but did not provide a comprehensive report on this review or the findings. IARC was founded in 1965 and comprises investigators from 25 countries who "promote international collaboration in cancer research" (IARC.fr website). Langseth found an OR of 1.35 (95% CI1.26-1.46), suggesting a statistically significant increase in ovarian cancer risk and concluded that "epidemiological evidence suggests that the use of cosmetic talc in the perineal area may be associated with ovarian cancer risk. Langseth commented in the high degree of consistency in the studies reviewed and proposed that "the mechanism of carcinogenicity may be related to inflammation."

See insert below.

---

[3] IARC defines Group 2B as follows: Group 2B: The agent is possibly carcinogenic to humans. This category is used for agents for which there is limited evidence of carcinogenicity in humans and less than sufficient evidence of carcinogenicity in experimental animals. It may also be used when there is inadequate evidence of carcinogenicity in humans but there is sufficient evidence of carcinogenicity in experimental animals. In some instances, an agent for which there is inadequate evidence of carcinogenicity in humans and less than sufficient evidence of carcinogenicity in experimental animals together with supporting evidence from mechanistic and other relevant data may be placed in this group. An agent may be classified in this category solely on the basis of strong evidence from mechanistic and other relevant data. (IARC 2012).

Langseth et al, 2008



**Figure 1**   Results from case-control studies contributing data on perineal talc use and ovarian cancer. Results are presented as odds ratios (ORs) and their corresponding confidence intervals (95% CIs) and represented by squares and lines, respectively. Results are separated in 14 population-based and six hospital-based case-control studies. Pooled ORs for all population-based studies combined and all hospital-based studies combined are given. OR pooling by fixed effect models (Mantel-Haenszel method).

11=Cramer et al, 1982
15=Harlow and Weiss, 1989
16=Harlow et al, 1992
17=Chen et al, 1992
20=Cramer and Xu, 1995
21=Purdie et al, 1995
22=Chang and Risch, 1997
23=Cook et al, 1997
24=Green et al, 1997
25=Godard et al, 1998
26=Cramer, 1999
28=Ness et al, 2000
29=Mills, et al, 2004
30=Jordan et al, 2007
12=Hartge et al, 1983                  19=Tzonou et al, 1993
13=Whittemore et al, 1988              27=Wong et al, 1999
14=Booth et al, 1989                   18=Rosenblatt et al, 1992

The Langseth et al study was financed by the Cancer Registry of Norway.

Terry et al, 2013
The Ovarian Cancer Association Consortium, an international, multidisciplinary group, investigates factors related to ovarian cancer development, including case-control studies and identification and analysis of genes associated with cancer risk.  It is supported, in part, by the Ovarian Cancer Research Fund, the United States National Cancer Institute, and Cancer Research UK.  Raw data from the following studies were pooled and analyzed:   Rosenblatt et al, 2011 (including previously unpublished additional patients and data), Goodman et al, 2008 (previous  unpublished data on powder use), Lo-Ciganic et al, 2012 (previously unpublished data on powder use), Moorman et al, 2009 (adding previously unpublished patients and data), Cramer et al , 1999 (with additional patient data), Pike et al, 2004 (previously unpublished powder use data), Merritt et al, 2008 (with additional patient data), and Chang et al, 1997 (including previously unreported patient data).  Cofounders adjusted for include age, oral contraceptive use and duration, parity, tubal ligation, BMI, race/ethnicity.  The cases were 8525 cases of ovarian, fallopian tube, and primary peritoneal cancer, reflecting the recognition, in the decade of the 2000s, of the overlap and similarity and possible common etiology of these differently named cancers.  In this study, 31% of cases used genital powder, as opposed to 25% of controls.  Comparing ever users of genital powder with never users, the OR was 1.24 (95% CI 1.15-1.33).  Similar results were seen for genital use vs non-genital use of powder. Risks were stronger for patient with BMI < 30.  There was no association with parity, OC use, tubal ligation status, or menopausal status.  Histologic break down of the cases showed significant increased risk in both borderline (OR 1.29 [95% CI 1.14-1.48]) and invasive cancers (OR 1.21, [95%CI1.12-1.32]).  Significant increased odds ratios with genital powder use were seen for invasive serous, endometrioid and clear cell tumors, but not invasive mucinous tumors.  (Terry et al. 2013).

Penninkilampi and Eslick, 2017
The most recent meta-analysis is from two authors at the University of Sydney in New South Wales, Australia.  The authors analyzed 24 case-control studies and 3 cohort studies on perineal talcum powder use and risk of development of ovarian study, excluding studies of fewer than 50 cases and duplicated published data.   A total of 14,311 cases of ovarian cancer were included.  Quality of the component studies were scored on the Newcastle-Ottawa Scale; none scored perfect, but the lowest score was 5/10, so none were excluded.  Long term talcum powder use was judged greater than 10 years and was associated with an increase in ovarian cancer risk of OR=1.25 (95% confidence interval (CI) 1.10-1.43). (Lifetime applications of perineal talc of 3600 times roughly correlates with 10 years use; increased risk of ovarian cancer was found with fewer and more applications than 3600.)  "Any perineal talc use was associated with any serous, serous invasive, serous borderline and endometrioid subtypes of ovarian cancer (Figure 2c)."  This is the largest meta-analysis to date and continues to support the association of perineal talc use with increasing the risk of epithelial ovarian cancers.  (Penninkilampi and Eslick 2018).

## *The Prospective Cohort Studies*

There are three true prospective cohort studies looking at genital talcum powder use to perineum, diaphragms or menstrual pads or such use in some combination.

Gertig 2000

The Nurses' Health Study (Gertig et al, 2000) is a 20-year duration study (1976-1996) of 78,630 nurses age 30-55 (in 1976) in the USA. Perineal talcum powder use was first queried in 1982. The cohort answered questionnaires every other year. Ovarian cancer developed in 307 nurses. The relative risk (RR) for ever use of talcum powder and development of any epithelial ovarian cancer was 1.09 (95% CI 0.86-1.37). Invasive serous ovarian cancer demonstrated a statistically significant elevated multivariate RR of 1.40 (95% CI 1.02-1.9) (controlled for age, parity, duration of oral contraceptive use, BMI, tubal ligation, smoking and menopausal status). No other histologic group (all serous including borderline tumors, endometrioid or mucinous tumors) showed elevated risk with appropriate confidence intervals. Within this study there was no dose-response demonstrated, although P for trend was 0.5. For users over 45 years old in 1982 RR for serous ovarian cancer was 1.51 (95% CI 1.07-2.15). No such increased relative risk for any ovarian cancer type was seen for those under 45 in 1982. Gates (2010) continues the analysis of the NHS, finding no increased risk of any subtype. (Gertig et al. 2000).

Houghton 2014

The Women's Health Initiative Study was published by Houghton et al in 2014. This study of 61,576 postmenopausal women (age 50-79) showed ever-talc-use (perineal, diaphragm, pad) was not associated with statistically significant increased risk of development of any ovarian cancer contrasted to never-use (Hazard ratio=1.12 [95% CI 0.92-1.23]). There were 429 incident cases of ovarian cancer over the 12+ years of this study. In this study, talc use in any form was combined, no histologic information was obtained, and information on frequency of use was not obtained. (Houghton et al. 2014).

Gonzalez 2016

Gonzalez et al, 2016 studied a cohort of sisters or half-sisters of breast cancer patients in the USA. After exclusions, (BSO, missing data), 41,654 women were followed a median of 6.5 years during which 135 ovarian cancer, 5 fallopian tube cancers and 4 peritoneal cancers were diagnosed. Eight other cancers were likely from one of these three sites. (Only 96 cases of cancer were verified by medical record or death certificate review; all other were solely patient-reported at annual questionnaire responses.) At entry, the participants completed questionnaires regarding genital talc use as powders or spray and its frequency and douching. Perineal powder use was inversely associated with the development of ovarian-type cancer (Hazard ratio=0.73 (95% CI 0.42-1.1). Douching during the 12 months prior to study entry was associated with an increased risk of ovarian cancer (HR=1.8 [95% CI 1.2-2.8]), while combined talc and douching in the 12 months antecedent to study entry resulted in an HR=1.8 (95%CI 0.81-3.9). The authors acknowledge that they cannot know which powders contained talc and admit "powder has changed over time…" Additional limitations include small numbers, failure to ask questions about frequency or duration of powder usage, and short-term follow-up. With an expected latency period of over twenty years, this study would not pick up all cases. All of these deficiencies result in a failure to capture the true risk. (Gonzalez et al. 2016).

## *The Case-Control Studies*

Cramer et al.'s landmark 1982 case control study looked at perineal talcum powder use in 215 white patients with epithelial ovarian cancer matched by age, race, and residence to 215

community women.  These 215 cases included 39 borderline tumors.  All pathology was histologically reviewed.  Cases and controls were interviewed as to talc exposure from surgical glove, diaphragm use, and perineal use and/or dusting menstrual pads. Talc use varied between cases (42.8%) and controls (28.4%). Any perineal talc exposure showed an adjusted relative risk of ovarian cancer of 1.92 (95% confidence limits 1.27-2.89). (This relative risk was adjusted for parity and menopausal status.)

In the ensuing thirty-five years, at least 24 case-control studies looking at the association of talc and ovarian cancer, both invasive and borderline, have been published. Studies vary in design quality and size, but show a consistent increased risk of ovarian cancer with genital talcum powder use. That data summary follows and is attached as Exhibit B.

Based on the limitations of the cohort studies and the variances in design and size of the case-control studies, I based my opinions largely on the meta-analyses, particularly Penninkilampi's most recent study. In my opinion, meta-analysis provides the most reliable evidence in this situation. The large number of overall cases (>14,000) in this study improves the power to detect a relatively small effect size. The authors agree: "As it stands, a meta-analysis of observational studies, such as the present study provides the highest level of evidence practically feasible for this research question."  (Penninkilampi and Eslick 2018).

In my opinion, meta-analysis is the most valid and reliable way to study an issue like ovarian cancer, that is relatively rare and requires a long study period to detect. The cohort studies were not designed to specifically to look at talcum powder. Instead, the use of talcum powder is only one of many queries. All of the cohort studies are limited by failure to obtain complete information, lack of power, selection bias, and short follow-up.

When looking at epidemiological studies with a critical eye and in their totality, they demonstrate a clear, consistent, and statistically significant increased risk of EOC (approximately 20-50%) with the genital use of talcum powder products.  This risk is replicated over a large number of case-control studies, one cohort study, and all meta-analyses/pooled analyses over several decades.  Recall and confounding bias in case-control studies appear to have minimal impact. (Penninkilampi and Eslick 2018; Langseth et al. 2008).  There appears to be no significant publication bias.  (Berge et al. 2017; Penninkilampi and Eslick 2018).

**MECHANISM**

***How Talc Particles Reach the Tube, Ovary and Peritoneum***

In 1971, Henderson, et al of Cardiff, Wales published their findings of talc deeply embedded in ovarian cancers. (Henderson et al. 1971)(Talc was also demonstrated in cervical cancers, endometrial cancers and non-diseased ovaries.) Ten years previously, Egli and Newton had demonstrated that carbon particles instilled in the posterior vaginal fornix would be "flushed" from the fallopian tubes removed transabdominally (No propulsive force of talc introduction was used in this study). (Egli and Newton 1961).  Glove powder from vaginal examination can be found in the peritoneal cavity one to four days after exam.  (Sjösten, Ellis, and Edelstam 2004). Based on the studies of Egli and others, Dr. J. Donald Woodruff began to postulate that "some agent enters the peritoneal cavity through the fallopian tube, irritates the pelvic peritoneum,

16

produces proliferation and with an added unknown ingredient results in the development of malignancy." (Woodruff 1979). Dr. Woodruff emphatically encouraged more scientific attention to agents introduced into the vaginal canal. This paper is the text of a lecture delivered in October of 1978. Drs. Longo and Young expressed their concerns about talc and pathogenesis of ovarian cancer and also encouraged further study of the risks of cosmetic talc use in women. (D. L. Longo and Young 1979). Although I reviewed the small number of articles that dispute talcum powder's ability to reach the tubes and ovaries, I rejected these claims. It is a universally accepted phenomenon by the gynecologic medical community, well documented in the scientific and medical literature, that the female genital tract functions as a conduit for foreign material to enter the peritoneal cavity. This is the process that occurs with talcum powder.

### *How Inflammation Leads to Mutagenesis and Cancer*

"Prolonged chemical exposures, persistent foreign bodies, recurrent acute inflammation or certain pathogens are all causes of chronic inflammation." (Ferguson, Chronic inflammation and mutagenesis, 2010). In this milieu, cytokines are generated, particularly TNF-alpha and IL-1beta. These cytokines generate reactive oxygen species (ROS) and reactive nitrogen species (RNS). ROS are incompletely reduced oxygen compounds that travel through the cell hungrily seeking electrons to steal or donate. These TNF-alpha radicals are potent mutagens and are comparable to the effects of ionizing radiation. (Yan et al. 2006; Yan, Peng, and Li 2009) (Yan methods described in 2009 book chapter). These ROS radicals cause DNA breaks, DNA adducts as well as having epigenetic effects (for example, lysine acetylation in chromosomal histones). The generation of TNF-alpha is DNA synthesis dependent and occurs in the macrophage (a WBC first responder in inflammation). (Liou and Storz 2010; Ferguson 2010; Yan 2011).

Inflammation and its involvement in the etiology and development of many types of cancer, has been studied extensively. (Klampfer 2011).

The inflammatory basis for cancer development is also supported by studies showing a reduced risk of cancer with the use of anti-inflammatory agents. (Burn et al. 2011).

This inflammatory cascade has been shown to occur in the pathogenesis of EOC as well. (Shan and Liu 2009; Saed, Morris, and Fletcher 2018; Saed, Diamond, and Fletcher 2017, 2017; Saed et al. 2018; Khan et al. 2011; Trabert et al. 2014).

In the "normal" cell, DNA damage is either repaired or the damaged cell is directed via the P53 pathway to apoptosis. Yan et al (2006) found more DNA aberrations in homozygous p53-negative cells of colon cancer origin. (Yan et al. 2006). Gates et al (2008) document absence of some DNA repair mechanisms in patients who are genital talc exposed compare to controls in New England Case Control Study as well as the Nurses' Health Study. (Gates et al. 2008).

In an *in vitro* study by Shukla (2009), crocidolite asbestos and non-fibrous talc caused expression of different genes in mesothelial cells and ovarian epithelial cells producing inflammatory cytokines. (Shukla et al. 2009).

Buz'Zard transformed normal ovarian epithelial cells to malignant cells by talc exposure. (2007). (Buz'Zard and Lau 2007). Her methods are supported by the works of Yan et al and Khan et al.

17

Harper and Saed have recently reported a mechanism by which talc enhances the pro-oxidant state in normal [ovarian and tubal] and ovarian cancer cells, through inductions of gene point mutations (SNPs) in key oxidant enzymes, altering their activities.  (Harper and Saed 2019).

Multiple investigators have looked at the effects of aspirin and nonsteroidal anti-inflammatory drugs (NSAIDs) on the risk of developing ovarian cancer. Although somewhat inconsistent, data regarding NSAID and aspirin use suggest a protective effect (results of these studies are inconsistent. (Murphy et al. 2012; Trabert et al. 2014, 2019).  In a case control study, use of NSAIDs increased the risk of ovarian cancer.  (A. H. Wu et al. 2009).  Trabert et al pooled 12 population based case-control studies regular aspirin use decreased the risk of ovarian cancer, both low dose and high dose.  Daily high dose NSAIDs decreased ovarian cancer risk.  (Trabert et al. 2014).  Trabert et al looked at 15 prospective cohort studies from North America and Europe and found no effect of aspirin or NSAIDs on ovarian cancer risks.  (Trabert et al. 2019). No study found an effect on ovarian cancer of acetaminophen use, an analgesic, antipyretic with no anti-inflammatory properties. Dixon et al found no correlation with pre-diagnosis aspirin or NSAID use and survival duration after the diagnosis of ovarian cancer.  (Dixon et al. 2017)

## ASBESTOS AND OTHER CONSTITUENTS

There is evidence from medical literature that talcum powders are not pure talc, but contain impurities including asbestos. (Cralley, Key, et al. 1968; Cralley, Keenan, et al. 1968; Rohl et al. 1976; Werner 1982; Lockey 1981; Paoletti et al. 1984; Blount 1991). I have also seen evidence of testing of Johnson and Johnson talcum powder products by Dr. William Longo demonstrating the presence of asbestos and fibrous talc in talcum powder product samples.   (W. E. Longo and Rigler 2018). In addition, I have seen numerous Johnson and Johnson testing results showing the presence of asbestos in their talcum powder products. (Exhibit 28, Deposition of John Hopkins, Ph.D., MDL No. 2378, 2018; Exhibit 47, Deposition of Julie Pier, MDL No. 2738, 2018).

Asbestos is well known to be one of the most potent human carcinogens. The International Agency for Research in Cancer (IARC) has determined that asbestos causes mesothelioma and cancer of the lung, larynx, and ovary. IARC 2012. According to IARC, all forms of asbestos (chrysotile, crocidolite, amosite, tremolite, actinolite, and anthophyllite and talc containing asbestiform fibers (fibrous talc) are carcinogenic. The IARC Working Group found that a "causal association between exposure to asbestos and cancer of the ovary was clearly established, based on five strongly positive studies in women with heavy occupational exposure to asbestos. (Acheson et al. 1982; Wignall and Fox 1982; Germani et al. 1999; Berry, Newhouse, and Wagner 2000; Magnani et al. 2008; IARC 2012). The IARC 100C Working Group was convened in 2009, with results published in 2012.

In 2011, Camargo et al, published a meta-analysis of epidemiologic studies of ovarian cancer in asbestos exposed women.  (Camargo et al. 2011). Their finding of a standardized mortality ratio (SMR) of 1.77 for risk of ovarian cancer mortality (95% confidence intervals 1.37-2.28) corroborate the finding of the IARC Working Group.

Distinction of peritoneal mesothelioma and ovarian carcinomatosis can be difficult. Even with such discrimination, asbestos increases ovarian cancer risk.  (Alison Reid, Klerk, and Musk 2011).

"Consumer products are the primary sources of exposure to talc for the general population. Inhalation and dermal contact (i.e. through perineal application of talcum powders) are the primary routes of exposure".  (IARC 2012). The mechanism of carcinogenesis of asbestos is the same as discussed above: induction of the inflammatory cascade resulting in mutagenesis either through a direct or indirect mechanism. Although migration/transport through the genital tract is the primary source of exposure with genital talcum powder use, inhalation represents a secondary exposure route. With either route, talcum powder particles can be also absorbed and transported through the lymphatics or blood system to pelvic organs and lymph nodes. The mechanism for the carcinogenicity of asbestos in the ovary and elsewhere provides a plausible biological mechanism by which it can contribute to the carcinogenicity of talcum powder products.

I have also seen evidence of the presence of heavy metals, including nickel, cadmium, and cobalt in Johnson and Johnson talcum powder products.  (Exhibit 47, Deposition of Julie Pier, MDL 2738, 2018). Nickel and chromium are Group 1 carcinogens.  (IARC 2012).  Cobalt is identified by IARC as Group 2b possibly carcinogenic. (IARC 2012).  The mechanism of action described by IARC, is inflammatory in nature. These heavy metals likely contribute to the carcinogenicity of talcum powder products by the inflammatory mechanism described at length in this report.

I have reviewed the list of fragrances chemicals contained in Johnson's Baby Powder and Shower to Shower products and the expert report of Dr. Michael Crowley. I agree with Dr. Crowley's opinion that these chemicals likely contribute to the inflammatory properties, toxicity and/or carcinogenicity of these products.

**DETERMINATION OF CAUSATION**
In 1965, epidemiologist Sir Austin Bradford Hill published his factors for determining causation from associations found in epidemiologic studies.  (Hill 1965).  These factors have been widely used, but are not considered absolute or required for a causal determination.  These considerations have also been elaborated upon for the 21st century by Fedak et al.  (Fedak et al. 2015).  For a doctor treating patients, knowledge of risk factors and causes of diseases are important for diagnosis, prevention, and treatment of the diseases. In essence, risk factors (associated with a health outcome) can be considered causal when the biological and molecular mechanisms for this relationship are known or predictable based on scientific research. The following are the Bradford Hill considerations and my analysis as they relate to talcum powder products and their relationship with ovarian cancer.

Strength:  There is no set magnitude or threshold for ascribing causality.  I would maintain that any practice or element that increases the risk of ovarian cancer by ANY consistent percentage is significant.  Ovarian cancer is, usually, a fatal disease, not a trivial inconvenience. The increased risk of ovarian cancer in perineal talc users in epidemiologic studies is 1.2-1.5, a 20-50% increased risk.

Consistency:  The consistency of the case-control epidemiologic studies the uniformity of the meta-analyses (Harlow et al, 1992, Gross and Berg, 1995, Cramer et al 1999, Huncharek et al 2003, Langseth et al, 2008, the pooled study of Terry et al 2013, and the recent Penninkilampi 2017) is impressive.  The studies are from different populations across three continents.  The seeming inconsistency with the cohort studies are likely due to lack of power and other study design limitations.  (Narod 2016).  Strength and consistency are very important to a physician involved in patient care.

Specificity:  Bradford Hill noted that different agents may cause more than one disease. Furthermore, any disease may have multiple component causes.  "One-to-one relationships are not frequent".  (Hill 1965).  Certainly, talc causes talcosis and medically induced pleural inflammation.  The body of epidemiologic work supports talcum powder's role in risk of epithelial ovarian cancer. For a physician, this consideration is less important than strength of association and consistency.

Temporality:  This requirement is met by studies of risk of ovarian cancer for those who used talcum powder versus those who did not.  It may take in vitro studies to establish threshold dose exposures.  Bradford Hill did not address latency which is another marker of temporality. In the case of talcum powder use and ovarian cancer, the average latency period exceeds twenty years. (Magnani et al. 2008; A. Reid et al. 2014; Okada 2007).  Reverse temporality is most unlikely in this case. Temporality is not particularly important to a physician as long as it has been shown to exist.

Biologic gradient:  This refers to dose response relationship which is not seen in all of the epidemiologic studies, but is demonstrated in some.  (Harlow et al. 1992; S. Chang and Risch 1997; Daniel W. Cramer et al. 2016; Schildkraut et al. 2016; Terry et al. 2013; Penninkilampi and Eslick 2018).  In the studies that failed to demonstrate a clear dose response, many simply did not have adequate data to assess. With genital talcum powder use, quantifying exposure is challenging in terms of measuring the exact amount used in each application, the amounts that migrate or are transported through the genital tract, the amount inhaled, and the amount absorbed through the vaginal mucosa. It is also impossible to measure how much of each constituent is present in any application. In vitro studies would help clarify dose response relationships and mechanisms. To a physician, dose response can be helpful when determining causality, but not essential.

Plausibility:  The growing body of evidence from in vitro studies enhance the plausibility of talcum powder's role in the causation of ovarian cancer. The talcum powder reaches the tubes, ovaries, and peritoneum by migration/transport of particles as described earlier in this report Once there, these particles create a hostile inflammatory environment of reactive oxygen and reactive nitrogen species capable of causing mutagenesis/carcinogenesis. This general mechanism is not only plausible, but accepted widely - even though the details at the molecular level are still being clarified. I placed a great deal of importance on the mechanism consideration and I find it compelling.

Coherence:  As Bradford Hill stated, assessing causation "should not seriously conflict with the generally known facts of natural history and biology of disease".  (Hill 1965).  This consideration has been satisfied, since talcum powder and its causal relationship with ovarian cancer is compatible with our knowledge of cancer and cancer processes.

Experiment:  Sir Bradford Hill discussed this point as an experimental change in the epidemiologic milieu which mitigated the statistical finding.  Fedak et al interpret this point in a more contemporary way: biochemical, in vitro experiments and laboratory investigation of genetic and epigenetic pathways.  (Fedak et al. 2015).  In this context, there is a growing body of evidence to support the biologic, genetic and epigenetic consequences to the ovarian epithelial cell with talcum powder exposure.  (Shukla et al. 2009; Fletcher, Nicole, Memaj, Ira, and Saed, Ghassan 2018; Saed, Morris, and Fletcher 2018; Buz'Zard and Lau 2007).

Analogy:  Sir Bradford Hill suggested the analogy of rubella and thalidomide causing birth defects in a similar fashion.  I would suggest the analogy of asbestos causing ovarian cancer and mesothelioma or HPV causing cervical cancer.

I give precedence to strength of association and consistency as most important factors.  If these are met, I judge plausibility and experiment next in importance.

**Cornstarch as a safer alternative**

Talc has been known to be more inflammatory and toxic than starch products for decades. (Eberl and George 1948).  In addition, there is no epidemiological evidence linking cornstarch to ovarian cancer. (S. Chang and Risch 1997; Daniel W. Cramer et al. 2015; Cook, Kamb, and Weiss 1997).  Whysner and Mohan reviewed the literature regarding talc and cornstarch and their relationship to epithelial ovarian cancer. The authors concluded that: 1) due to the chemical nature of cornstarch, a biological mechanism by which cornstarch could cause ovarian cancer is implausible; 2) epidemiologic studies have found no association between cornstarch and ovarian cancer; and 3) no increased risk of ovarian cancer from perineal cornstarch use is predicted. (Whysner and Mohan 2000).

**Conclusions**

In my opinion, talcum powder products cause epithelial ovarian cancer.  This opinion is based on my assessment of the totality of the epidemiologic data presented in the medical and scientific literature, the biologic mechanism, and the credible presence of known carcinogens in the products. This assessment was made by analyzing and weighing the extensive evidence in the context of Bradford Hill considerations.

Summary of my opinions:

1. Johnson and Johnson talcum powder products cause the development and progression of epithelial ovarian cancer.
2. There is credible evidence that Johnson and Johnson baby powder products contain asbestos.  Asbestos and fibrous talc cause epithelial ovarian cancer. Heavy metals and

fragrance chemicals added to the products can also contribute to the carcinogenicity of Johnson & Johnson Baby Powder and Shower to Shower products.

3. Talc and asbestos create an inflammatory pro-carcinogenic environment in the human body, the mechanism for epithelial ovarian cancer development and progression.

4. Perineal application of talcum powder products results in the tubal and intraperitoneal deposition of talc and asbestos by migration and transport through the genital tract. Inhalation is a secondary route of exposure.

I reserve the right to amend or modify the report as new information becomes available.

I have not testified in litigation over the previous 4 years. I am charging $600 per hour for my work on this matter. Additional materials I considered are attached as Exhibit C.

References

Acheson, E D, M J Gardner, E C Pippard, and L P Grime. 1982. "Mortality of Two Groups of Women Who Manufactured Gas Masks from Chrysotile and Crocidolite Asbestos: A 40-Year Follow-Up." *British Journal of Industrial Medicine* 39 (4): 344–48.

Antoniou, A., P. D. P. Pharoah, S. Narod, H. A. Risch, J. E. Eyfjord, J. L. Hopper, N. Loman, et al. 2003. "Average Risks of Breast and Ovarian Cancer Associated with BRCA1 or BRCA2 Mutations Detected in Case Series Unselected for Family History: A Combined Analysis of 22 Studies." *American Journal of Human Genetics* 72 (5): 1117–30.

Armstrong, Deborah K., Brian Bundy, Lari Wenzel, Helen Q. Huang, Rebecca Baergen, Shashikant Lele, Larry J. Copeland, Joan L. Walker, Robert A. Burger, and Gynecologic Oncology Group. 2006. "Intraperitoneal Cisplatin and Paclitaxel in Ovarian Cancer." *The New England Journal of Medicine* 354 (1): 34–43. https://doi.org/10.1056/NEJMoa052985.

Baldwin, Lauren A., Bin Huang, Rachel W. Miller, Thomas Tucker, Scott T. Goodrich, Iwona Podzielinski, Christopher P. DeSimone, Fred R. Ueland, John R. van Nagell, and Leigh G. Seamon. 2012. "Ten-Year Relative Survival for Epithelial Ovarian Cancer." *Obstetrics and Gynecology* 120 (3): 612–18. https://doi.org/10.1097/AOG.0b013e318264f794.

Berge, Wera, Kenneth Mundt, Hung Luu, and Paolo Boffetta. 2017. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention*, January, 1. https://doi.org/10.1097/CEJ.0000000000000340.

Berry, G., M. L. Newhouse, and J. C. Wagner. 2000. "Mortality from All Cancers of Asbestos Factory Workers in East London 1933-80." *Occupational and Environmental Medicine* 57 (11): 782–85.

Blount, A M. 1991. "Amphibole Content of Cosmetic and Pharmaceutical Talcs." *Environmental Health Perspectives* 94 (August): 225–30.

Booth, M., V. Beral, and P. Smith. 1989. "Risk Factors for Ovarian Cancer: A Case-Control Study." *British Journal of Cancer* 60 (4): 592–98.

Burn, John, Anne-Marie Gerdes, Finlay Macrae, Jukka-Pekka Mecklin, Gabriela Moeslein, Sylviane Olschwang, Diane Eccles, et al. 2011. "Long-Term Effect of Aspirin on Cancer Risk in Carriers of Hereditary Colorectal Cancer: An Analysis from the CAPP2 Randomised Controlled Trial." *Lancet (London, England)* 378 (9809): 2081–87. https://doi.org/10.1016/S0140-6736(11)61049-0.

Buz'Zard, Amber R., and Benjamin H. S. Lau. 2007. "Pycnogenol Reduces Talc-Induced Neoplastic Transformation in Human Ovarian Cell Cultures." *Phytotherapy Research: PTR* 21 (6): 579–86. https://doi.org/10.1002/ptr.2117.

Camargo, M. Constanza, Leslie T. Stayner, Kurt Straif, Margarita Reina, Umaima Al-Alem, Paul A. Demers, and Philip J. Landrigan. 2011. "Occupational Exposure to Asbestos and Ovarian Cancer: A Meta-Analysis." *Environmental Health Perspectives* 119 (9): 1211–17. https://doi.org/10.1289/ehp.1003283.

Chang, Che-Jui, Yu-Kang Tu, Pau-Chung Chen, and Hsiao-Yu Yang. 2017. "Occupational Exposure to Talc Increases the Risk of Lung Cancer: A Meta-Analysis of Occupational Cohort Studies." *Canadian Respiratory Journal* 2017: 1270608. https://doi.org/10.1155/2017/1270608.

Chang, Stella, and Harvey A. Risch. 1997. "Perineal Talc Exposure and Risk of Ovarian Carcinoma." *Cancer* 79 (12): 2396–2401. https://doi.org/10.1002/(SICI)1097-0142(19970615)79:12<2396::AID-CNCR15>3.0.CO;2-M.

Chen, Xi, Gerd A. Müller, Marianne Quaas, Martin Fischer, Namshik Han, Benjamin Stutchbury, Andrew D. Sharrocks, and Kurt Engeland. 2013. "The Forkhead Transcription Factor FOXM1 Controls Cell Cycle-Dependent Gene Expression through an Atypical Chromatin Binding Mechanism." *Molecular and Cellular Biology* 33 (2): 227–36. https://doi.org/10.1128/MCB.00881-12.

Chen, Y., P. C. Wu, J. H. Lang, W. J. Ge, P. Hartge, and L. A. Brinton. 1992. "Risk Factors for Epithelial Ovarian Cancer in Beijing, China." *International Journal of Epidemiology* 21 (1): 23–29.

Chien, Jeremy, Hugues Sicotte, Jian-Bing Fan, Sean Humphray, Julie M. Cunningham, Kimberly R. Kalli, Ann L. Oberg, et al. 2015. "TP53 Mutations, Tetraploidy and Homologous Recombination Repair Defects in Early Stage High-Grade Serous Ovarian Cancer." *Nucleic Acids Research* 43 (14): 6945–58. https://doi.org/10.1093/nar/gkv111.

CIMBA, Georgia Chenevix-Trench, Roger L Milne, Antonis C Antoniou, Fergus J Couch, Douglas F Easton, and David E Goldgar. 2007. "An International Initiative to Identify Genetic Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: The Consortium of Investigators of Modifiers of BRCA1 and BRCA2 (CIMBA)." *Breast Cancer Research* 9 (2). https://doi.org/10.1186/bcr1670.

Compton, Sarah A., Sezgin Ozgür, and Jack D. Griffith. 2010. "Ring-Shaped Rad51 Paralog Protein Complexes Bind Holliday Junctions and Replication Forks as Visualized by Electron Microscopy." *The Journal of Biological Chemistry* 285 (18): 13349–56. https://doi.org/10.1074/jbc.M109.074286.

Cook, Linda S., Mary L. Kamb, and Noel S. Weiss. 1997. "Perineal Powder Exposure and the Risk of Ovarian Cancer." *American Journal of Epidemiology* 145 (5): 459–65.

Cralley, L. J., R. G. Keenan, J. R. Lynch, and W. S. Lainhart. 1968. "Source and Identification of Respirable Fibers." *American Industrial Hygiene Association Journal* 29 (2): 129–35. https://doi.org/10.1080/00028896809343285.

Cralley, L. J., M. M. Key, D. H. Groth, W. S. Lainhart, and R. M. Ligo. 1968. "Fibrous and Mineral Content of Cosmetic Talcum Products." *American Industrial Hygiene Association Journal* 29 (4): 350–54. https://doi.org/10.1080/00028896809343015.

Cramer, D. W. 1999. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics and Gynecology* 94 (1): 160–61.

Cramer, D. W., W. R. Welch, R. E. Scully, and C. A. Wojciechowski. 1982. "Ovarian Cancer and Talc: A Case-Control Study." *Cancer* 50 (2): 372–76.

Cramer, Daniel W., Allison F. Vitonis, Kathryn L. Terry, William R. Welch, and Linda J. Titus. 2015. "The Association between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." *Epidemiology (Cambridge, Mass.)*, December. https://doi.org/10.1097/EDE.0000000000000434.

———. 2016. "The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." *Epidemiology (Cambridge, Mass.)* 27 (3): 334–46. https://doi.org/10.1097/EDE.0000000000000434.

Ding, Yuan C., Lesley McGuffog, Sue Healey, Eitan Friedman, Yael Laitman, Shani- Paluch-Shimon, Bella Kaufman, et al. 2012. "A Nonsynonymous Polymorphism in IRS1 Modifies Risk of Developing Breast and Ovarian Cancers in BRCA1 and Ovarian Cancer

in BRCA2 Mutation Carriers." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 21 (8): 1362–70. https://doi.org/10.1158/1055-9965.EPI-12-0229.

Dixon, Suzanne C., Christina M. Nagle, Nicolas Wentzensen, Britton Trabert, Alicia Beeghly-Fadiel, Joellen M. Schildkraut, Kirsten B. Moysich, et al. 2017. "Use of Common Analgesic Medications and Ovarian Cancer Survival: Results from a Pooled Analysis in the Ovarian Cancer Association Consortium." *British Journal of Cancer* 116 (9): 1223–28. https://doi.org/10.1038/bjc.2017.68.

Dubeau, L., and R. Drapkin. 2013. "Coming into Focus: The Nonovarian Origins of Ovarian Cancer." *Annals of Oncology: Official Journal of the European Society for Medical Oncology* 24 Suppl 8 (November): viii28–35. https://doi.org/10.1093/annonc/mdt308.

Eberl, J. J., and W. L. George. 1948. "Comparative Evaluation of the Effects of Talcum and a New Absorbable Substitute on Surgical Gloves." *American Journal of Surgery* 75 (3): 493–97.

Egli, G. E., and M. Newton. 1961. "The Transport of Carbon Particles in the Human Female Reproductive Tract." *Fertility and Sterility* 12 (April): 151–55.

"Exhibit 28, Deposition of John Hopkins, Ph.D., In Re: Talcum Powder Prod. Liab. Litig., MDL No. 2378." 2018.

"Exhibit 47, Deposition of Julie Pier, In Re: Talcum Powder Prod. Liab. Litig., MDL 2738." 2018.

Fathalla, M. F. 1971. "Incessant Ovulation--a Factor in Ovarian Neoplasia?" *Lancet* 2 (7716): 163.

———. 2013. "Incessant Ovulation and Ovarian Cancer - a Hypothesis Re-Visited." *Facts, Views & Vision in ObGyn* 5 (4): 292–97.

Fedak, Kristen M., Autumn Bernal, Zachary A. Capshaw, and Sherilyn Gross. 2015. "Applying the Bradford Hill Criteria in the 21st Century: How Data Integration Has Changed Causal Inference in Molecular Epidemiology." *Emerging Themes in Epidemiology* 12 (14). https://doi.org/10.1186/s12982-015-0037-4.

Ferguson, Lynnette R. 2010. "Chronic Inflammation and Mutagenesis." *Mutation Research* 690 (1–2): 3–11. https://doi.org/10.1016/j.mrfmmm.2010.03.007.

Fletcher, Nicole, Memaj, Ira, and Saed, Ghassan. 2018. "Talcum Powder Enhances Oxidative Stress in Ovarian Cancer Cells." *Reproductive Sciences*, February. https://doi.org/10.1177/1933719118759999.

Folkins, Ann K., Elke A. Jarboe, Jonathan L. Hecht, Michael G. Muto, and Christopher P. Crum. 2018. "Chapter 24 - Assessing Pelvic Epithelial Cancer Risk and Intercepting Early Malignancy." In *Diagnostic Gynecologic and Obstetric Pathology (Third Edition)*, 844–64. Philadelphia: Content Repository Only! https://doi.org/10.1016/B978-0-323-44732-4.00024-8.

Ford, D., D.F. Easton, M. Stratton, S. Narod, D. Goldgar, P. Devilee, D.T. Bishop, et al. 1998. "Genetic Heterogeneity and Penetrance Analysis of the BRCA1 and BRCA2 Genes in Breast Cancer Families." *The American Journal of Human Genetics* 62 (3): 676–89. https://doi.org/10.1086/301749.

Friebel, Tara M., Susan M. Domchek, and Timothy R. Rebbeck. 2014. "Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: Systematic Review and Meta-Analysis."

*Journal of the National Cancer Institute* 106 (6): dju091. https://doi.org/10.1093/jnci/dju091.

Gates, Margaret A., Shelley S. Tworoger, Kathryn L. Terry, Linda Titus-Ernstoff, Bernard Rosner, Immaculata De Vivo, Daniel W. Cramer, and Susan E. Hankinson. 2008. "Talc Use, Variants of the GSTM1, GSTT1, and NAT2 Genes, and Risk of Epithelial Ovarian Cancer." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 17 (9): 2436–44. https://doi.org/10.1158/1055-9965.EPI-08-0399.

Germani, D., S. Belli, C. Bruno, M. Grignoli, M. Nesti, R. Pirastu, and P. Comba. 1999. "Cohort Mortality Study of Women Compensated for Asbestosis in Italy." *American Journal of Industrial Medicine* 36 (1): 129–34.

Gertig, D. M., D. J. Hunter, D. W. Cramer, G. A. Colditz, F. E. Speizer, W. C. Willett, and S. E. Hankinson. 2000. "Prospective Study of Talc Use and Ovarian Cancer." *Journal of the National Cancer Institute* 92 (3): 249–52.

Godard, B., W. D. Foulkes, D. Provencher, J. S. Brunet, P. N. Tonin, A. M. Mes-Masson, S. A. Narod, and P. Ghadirian. 1998. "Risk Factors for Familial and Sporadic Ovarian Cancer among French Canadians: A Case-Control Study." *American Journal of Obstetrics and Gynecology* 179 (2): 403–10.

Gonzalez, Kelly D., Katie A. Noltner, Carolyn H. Buzin, Dongqing Gu, Cindy Y. Wen-Fong, Vu Q. Nguyen, Jennifer H. Han, et al. 2009. "Beyond Li Fraumeni Syndrome: Clinical Characteristics of Families with P53 Germline Mutations." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 27 (8): 1250–56. https://doi.org/10.1200/JCO.2008.16.6959.

Gonzalez, Nicole L., Katie M. O'Brien, Aimee A. D'Aloisio, Dale P. Sandler, and Clarice R. Weinberg. 2016. "Douching, Talc Use, and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 27 (6): 797–802. https://doi.org/10.1097/EDE.0000000000000528.

Gross, A. J., and P. H. Berg. 1995. "A Meta-Analytical Approach Examining the Potential Relationship between Talc Exposure and Ovarian Cancer." *Journal of Exposure Analysis and Environmental Epidemiology* 5 (2): 181–95.

Hall, J. M., M. K. Lee, B. Newman, J. E. Morrow, L. A. Anderson, B. Huey, and M. C. King. 1990. "Linkage of Early-Onset Familial Breast Cancer to Chromosome 17q21." *Science (New York, N.Y.)* 250 (4988): 1684–89.

Hannenhalli, Sridhar, and Klaus H. Kaestner. 2009. "The Evolution of Fox Genes and Their Role in Development and Disease." *Nature Reviews. Genetics* 10 (4): 233–40. https://doi.org/10.1038/nrg2523.

Harlow, B. L., D. W. Cramer, D. A. Bell, and W. R. Welch. 1992. "Perineal Exposure to Talc and Ovarian Cancer Risk." *Obstetrics and Gynecology* 80 (1): 19–26.

Harlow, B. L., and N. S. Weiss. 1989. "A Case-Control Study of Borderline Ovarian Tumors: The Influence of Perineal Exposure to Talc." *American Journal of Epidemiology* 130 (2): 390–94.

Harper, Amy K, and Ghassan Saed. 2019. ""Talc Induces a pro-Oxidant State in Normal and Ovarian Cancer Cells through Genetic Point Mutations in Key Redox Enzymes," Accepted for Presentation at SGO Meeting."

Hartge, P., R. Hoover, L. P. Lesher, and L. McGowan. 1983. "Talc and Ovarian Cancer." *JAMA: The Journal of the American Medical Association* 250 (14): 1844.

Havrilesky, Laura J., Patricia G. Moorman, William J. Lowery, Jennifer M. Gierisch, Remy R. Coeytaux, Rachel Peragallo Urrutia, Michaela Dinan, et al. 2013. "Oral Contraceptive Pills as Primary Prevention for Ovarian Cancer: A Systematic Review and Meta-Analysis." *Obstetrics and Gynecology* 122 (1): 139–47. https://doi.org/10.1097/AOG.0b013e318291c235.

Henderson, W. J., C. A. Joslin, A. C. Turnbull, and K. Griffiths. 1971. "Talc and Carcinoma of the Ovary and Cervix." *The Journal of Obstetrics and Gynaecology of the British Commonwealth* 78 (3): 266–72.

Hill, Austin Bradford. 1965. "The Environment and Disease: Association or Causation?" *Proceedings of the Royal Society of Medicine* 58 (5): 295–300.

Horowitz, Neil S., Austin Miller, Bunja Rungruang, Scott D. Richard, Noah Rodriguez, Michael A. Bookman, Chad A. Hamilton, Thomas C. Krivak, and G. Larry Maxwell. 2015. "Does Aggressive Surgery Improve Outcomes? Interaction between Preoperative Disease Burden and Complex Surgery in Patients with Advanced-Stage Ovarian Cancer: An Analysis of GOG 182." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 33 (8): 937–43. https://doi.org/10.1200/JCO.2014.56.3106.

Houghton, Serena C., Katherine W. Reeves, Susan E. Hankinson, Lori Crawford, Dorothy Lane, Jean Wactawski-Wende, Cynthia A. Thomson, Judith K. Ockene, and Susan R. Sturgeon. 2014. "Perineal Powder Use and Risk of Ovarian Cancer." *Journal of the National Cancer Institute* 106 (9). https://doi.org/10.1093/jnci/dju208.

Hunn, Jessica, and Gustavo C. Rodriguez. 2012. "Ovarian Cancer: Etiology, Risk Factors, and Epidemiology." *Clinical Obstetrics and Gynecology* 55 (1): 3–23. https://doi.org/10.1097/GRF.0b013e31824b4611.

IARC. 2012. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Volume 100C."

Khan, Mohd Imran, Amogh A. Sahasrabuddhe, Govil Patil, Mohd Javed Akhtar, Mohd Ashquin, and Iqbal Ahmad. 2011. "Nano-Talc Stabilizes TNF-Alpha m-RNA in Human Macrophages." *Journal of Biomedical Nanotechnology* 7 (1): 112–13.

Klampfer, Lidija. 2011. "Cytokines, Inflammation and Colon Cancer." *Current Cancer Drug Targets* 11 (4): 451–64.

Knudson, A. G. 1971. "Mutation and Cancer: Statistical Study of Retinoblastoma." *Proceedings of the National Academy of Sciences of the United States of America* 68 (4): 820–23.

La Vecchia, Carlo. 2017. "Ovarian Cancer: Epidemiology and Risk Factors." *European Journal of Cancer Prevention* 26 (1): 55–62. https://doi.org/10.1097/CEJ.0000000000000217.

Langseth, H., S. E. Hankinson, J. Siemiatycki, and E. Weiderpass. 2008. "Perineal Use of Talc and Risk of Ovarian Cancer." *Journal of Epidemiology and Community Health* 62 (4): 358–60. https://doi.org/10.1136/jech.2006.047894.

Levanon, Keren, Christopher Crum, and Ronny Drapkin. 2008. "New Insights Into the Pathogenesis of Serous Ovarian Cancer and Its Clinical Impact." *Journal of Clinical Oncology* 26 (32): 5284–93. https://doi.org/10.1200/JCO.2008.18.1107.

Liou, Geou-Yarh, and Peter Storz. 2010. "Reactive Oxygen Species in Cancer." *Free Radical Research* 44 (5): 476–96. https://doi.org/10.3109/10715761003667554.

Lockey, J. E. 1981. "Nonasbestos Fibrous Minerals." *Clinics in Chest Medicine* 2 (2): 203–18.

Longo, D. L., and R. C. Young. 1979. "Cosmetic Talc and Ovarian Cancer." *Lancet* 2 (8138): 349–51.

Longo, William E., and Mark W. Rigler. 2018. "The Analysis of Johnson & Johnson's Historical Baby Powder & Shower to Shower Products from the 1960's to the Early 1990's for Amphibole Asbestos."

Magnani, C., D. Ferrante, F. Barone-Adesi, M. Bertolotti, A. Todesco, D. Mirabelli, and B. Terracini. 2008. "Cancer Risk after Cessation of Asbestos Exposure: A Cohort Study of Italian Asbestos Cement Workers." *Occupational and Environmental Medicine* 65 (3): 164–70. https://doi.org/10.1136/oem.2007.032847.

Mallen, Adrianne R., Mary K. Townsend, and Shelley S. Tworoger. 2018. "Risk Factors for Ovarian Carcinoma." *Hematology/Oncology Clinics of North America*, September. https://doi.org/10.1016/j.hoc.2018.07.002.

Murphy, Megan A., Britton Trabert, Hannah P. Yang, Yikyung Park, Louise A. Brinton, Patricia Hartge, Mark E. Sherman, Albert Hollenbeck, and Nicolas Wentzensen. 2012. "Non-Steroidal Anti-Inflammatory Drug Use and Ovarian Cancer Risk: Findings from the NIH-AARP Diet and Health Study and Systematic Review." *Cancer Causes & Control : CCC* 23 (11): 1839–52. https://doi.org/10.1007/s10552-012-0063-2.

Narod, Steven A. 2016. "Talc and Ovarian Cancer." *Gynecologic Oncology* 141 (3): 410–12. https://doi.org/10.1016/j.ygyno.2016.04.011.

Ness, R. B., J. A. Grisso, C. Cottreau, J. Klapper, R. Vergona, J. E. Wheeler, M. Morgan, and J. J. Schlesselman. 2000. "Factors Related to Inflammation of the Ovarian Epithelium and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 11 (2): 111–17.

Nick, Alpa M., Robert L. Coleman, Pedro T. Ramirez, and Anil K. Sood. 2015. "A Framework for a Personalized Surgical Approach to Ovarian Cancer." *Nature Reviews. Clinical Oncology* 12 (4): 239–45. https://doi.org/10.1038/nrclinonc.2015.26.

Norquist, Barbara M., Maria I. Harrell, Mark F. Brady, Tom Walsh, Ming K. Lee, Suleyman Gulsuner, Sarah S. Bernards, et al. 2016. "Inherited Mutations in Women With Ovarian Carcinoma." *JAMA Oncology* 2 (4): 482–90. https://doi.org/10.1001/jamaoncol.2015.5495.

Okada, Futoshi. 2007. "Beyond Foreign-Body-Induced Carcinogenesis: Impact of Reactive Oxygen Species Derived from Inflammatory Cells in Tumorigenic Conversion and Tumor Progression." *International Journal of Cancer* 121 (11): 2364–72. https://doi.org/10.1002/ijc.23125.

Paoletti, L., S. Caiazza, G. Donelli, and F. Pocchiari. 1984. "Evaluation by Electron Microscopy Techniques of Asbestos Contamination in Industrial, Cosmetic, and Pharmaceutical Talcs." *Regulatory Toxicology and Pharmacology: RTP* 4 (3): 222–35.

Park, Hyo K., Joellen M. Schildkraut, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa Bondy, Sydnee Crankshaw, et al. 2018. "Benign Gynecologic Conditions Are Associated with Ovarian Cancer Risk in African-American Women: A Case–Control Study." *Cancer Causes & Control*, September. https://doi.org/10.1007/s10552-018-1082-4.

Parmar, M. K. B., J. A. Ledermann, N. Colombo, A. du Bois, J.-F. Delaloye, G. B. Kristensen, S. Wheeler, et al. 2003. "Paclitaxel plus Platinum-Based Chemotherapy versus Conventional Platinum-Based Chemotherapy in Women with Relapsed Ovarian Cancer: The ICON4/AGO-OVAR-2.2 Trial." *Lancet (London, England)* 361 (9375): 2099–2106.

Penninkilampi, Ross, and Guy D. Eslick. 2018. "Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis." *Epidemiology (Cambridge, Mass.)* 29 (1): 41–49. https://doi.org/10.1097/EDE.0000000000000745.

Purdie, D., A. Green, C. Bain, V. Siskind, B. Ward, N. Hacker, M. Quinn, G. Wright, P. Russell, and B. Susil. 1995. "Reproductive and Other Factors and Risk of Epithelial Ovarian Cancer: An Australian Case-Control Study. Survey of Women's Health Study Group." *International Journal of Cancer. Journal International Du Cancer* 62 (6): 678–84.

Ramus, Susan J., Antonis C. Antoniou, Karoline B. Kuchenbaecker, Penny Soucy, Jonathan Beesley, Xiaoqing Chen, Lesley McGuffog, et al. 2012. "Ovarian Cancer Susceptibility Alleles and Risk of Ovarian Cancer in BRCA1 and BRCA2 Mutation Carriers." *Human Mutation* 33 (4): 690–702. https://doi.org/10.1002/humu.22025.

Rasool, Nabila, Amanda Nickles Fader, Leigh Seamon, Nikki L. Neubauer, Fadi Abu Shahin, Heather A. Alexander, Kathleen Moore, et al. 2010. "Stage I, Grade 3 Endometrioid Adenocarcinoma of the Endometrium: An Analysis of Clinical Outcomes and Patterns of Recurrence." *Gynecologic Oncology* 116 (1): 10–14. https://doi.org/10.1016/j.ygyno.2009.10.043.

Rebbeck, Timothy R., Nandita Mitra, Fei Wan, Olga M. Sinilnikova, Sue Healey, Lesley McGuffog, Sylvie Mazoyer, et al. 2015. "Association of Type and Location of BRCA1 and BRCA2 Mutations with Risk of Breast and Ovarian Cancer." *JAMA* 313 (13): 1347–61. https://doi.org/10.1001/jama.2014.5985.

Reid, A., N. H. de Klerk, C. Magnani, D. Ferrante, G. Berry, A. W. Musk, and E. Merler. 2014. "Mesothelioma Risk after 40 Years since First Exposure to Asbestos: A Pooled Analysis." *Thorax* 69 (9): 843–50. https://doi.org/10.1136/thoraxjnl-2013-204161.

Reid, Alison, Nick de Klerk, and Arthur W. (Bill) Musk. 2011. "Does Exposure to Asbestos Cause Ovarian Cancer? A Systematic Literature Review and Meta-Analysis." *Cancer Epidemiology Biomarkers & Prevention* 20 (7): 1287–95. https://doi.org/10.1158/1055-9965.EPI-10-1302.

Rohl, A. N., A. M. Langer, I. J. Selikoff, A. Tordini, R. Klimentidis, D. R. Bowes, and D. L. Skinner. 1976. "Consumer Talcums and Powders: Mineral and Chemical Characterization." *Journal of Toxicology and Environmental Health* 2 (2): 255–84. https://doi.org/10.1080/15287397609529432.

Rosenblatt, K. A., M. Szklo, and N. B. Rosenshein. 1992. "Mineral Fiber Exposure and the Development of Ovarian Cancer." *Gynecologic Oncology* 45 (1): 20–25.

Saed, Ghassan M., Michael P. Diamond, and Nicole M. Fletcher. 2017. "Updates of the Role of Oxidative Stress in the Pathogenesis of Ovarian Cancer." *Gynecologic Oncology* 145 (3): 595–602. https://doi.org/10.1016/j.ygyno.2017.02.033.

Saed, Ghassan M., Nicole M. Fletcher, Michael P. Diamond, Robert T. Morris, Nardhy Gomez-Lopez, and Ira Memaj. 2018. "Novel Expression of CD11b in Epithelial Ovarian Cancer: Potential Therapeutic Target." *Gynecologic Oncology* 148 (3): 567–75. https://doi.org/10.1016/j.ygyno.2017.12.018.

Saed, Ghassan M., Robert T. Morris, and Nicole M. Fletcher. 2018. *New Insights into the Pathogenesis of Ovarian Cancer: Oxidative Stress*.

Schildkraut, Joellen M., Sarah E. Abbott, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa L. Bondy, Michele L. Cote, et al. 2016. "Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES)." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25 (10): 1411–17. https://doi.org/10.1158/1055-9965.EPI-15-1281.

Shan, Weiwei, and Jinsong Liu. 2009. "Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8 (19): 3107–11. https://doi.org/10.4161/cc.8.19.9590.

Shukla, Arti, Maximilian B. MacPherson, Jedd Hillegass, Maria E. Ramos-Nino, Vlada Alexeeva, Pamela M. Vacek, Jeffrey P. Bond, Harvey I. Pass, Chad Steele, and Brooke T. Mossman. 2009. "Alterations in Gene Expression in Human Mesothelial Cells Correlate with Mineral Pathogenicity." *American Journal of Respiratory Cell and Molecular Biology* 41 (1): 114–23. https://doi.org/10.1165/rcmb.2008-0146OC.

Sjösten, A. C. E., H. Ellis, and G. a. B. Edelstam. 2004. "Retrograde Migration of Glove Powder in the Human Female Genital Tract." *Human Reproduction* 19 (4): 991–95. https://doi.org/10.1093/humrep/deh156.

Terry, Kathryn L., Stalo Karageorgi, Yurii B. Shvetsov, Melissa A. Merritt, Galina Lurie, Pamela J. Thompson, Michael E. Carney, et al. 2013. "Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859 Controls." *Cancer Prevention Research (Philadelphia, Pa.)* 6 (8): 811–21. https://doi.org/10.1158/1940-6207.CAPR-13-0037.

Tewari, Devansu, James J. Java, Ritu Salani, Deborah K. Armstrong, Maurie Markman, Thomas Herzog, Bradley J. Monk, and John K. Chan. 2015. "Long-Term Survival Advantage and Prognostic Factors Associated with Intraperitoneal Chemotherapy Treatment in Advanced Ovarian Cancer: A Gynecologic Oncology Group Study." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 33 (13): 1460–66. https://doi.org/10.1200/JCO.2014.55.9898.

Thai, T. H., F. Du, J. T. Tsan, Y. Jin, A. Phung, M. A. Spillman, H. F. Massa, et al. 1998. "Mutations in the BRCA1-Associated RING Domain (BARD1) Gene in Primary Breast, Ovarian and Uterine Cancers." *Human Molecular Genetics* 7 (2): 195–202.

Trabert, Britton, Roberta B. Ness, Wei-Hsuan Lo-Ciganic, Megan A. Murphy, Ellen L. Goode, Elizabeth M. Poole, Louise A. Brinton, et al. 2014. "Aspirin, Nonaspirin Nonsteroidal Anti-Inflammatory Drug, and Acetaminophen Use and Risk of Invasive Epithelial Ovarian Cancer: A Pooled Analysis in the Ovarian Cancer Association Consortium." *JNCI Journal of the National Cancer Institute* 106 (2). https://doi.org/10.1093/jnci/djt431.

Trabert, Britton, Elizabeth M. Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L. Anderson, Theodore M. Brasky, et al. 2019. "Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium." *Journal of the National Cancer Institute* 111 (2). https://doi.org/10.1093/jnci/djy100.

Tzonou, A., A. Polychronopoulou, C. C. Hsieh, A. Rebelakos, A. Karakatsani, and D. Trichopoulos. 1993. "Hair Dyes, Analgesics, Tranquilizers and Perineal Talc Application as Risk Factors for Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 55 (3): 408–10.

Vasey, Paul A., Gordon C. Jayson, Alan Gordon, Hani Gabra, Rob Coleman, Ronnie Atkinson, David Parkin, et al. 2004. "Phase III Randomized Trial of Docetaxel-Carboplatin versus Paclitaxel-Carboplatin as First-Line Chemotherapy for Ovarian Carcinoma." *Journal of the National Cancer Institute* 96 (22): 1682–91. https://doi.org/10.1093/jnci/djh323.

Vitonis, Allison F., Linda Titus-Ernstoff, and Daniel W. Cramer. 2011. "Assessing Ovarian Cancer Risk When Considering Elective Oophorectomy at the Time of Hysterectomy." *Obstetrics and Gynecology* 117 (5): 1042–50. https://doi.org/10.1097/AOG.0b013e318212fcb7.

Watson, Ian R., Koichi Takahashi, P. Andrew Futreal, and Lynda Chin. 2013. "Emerging Patterns of Somatic Mutations in Cancer." *Nature Reviews. Genetics* 14 (10): 703–18. https://doi.org/10.1038/nrg3539.

Wentzensen, Nicolas, Elizabeth M. Poole, Britton Trabert, Emily White, Alan A. Arslan, Alpa V. Patel, V. Wendy Setiawan, et al. 2016. "Ovarian Cancer Risk Factors by Histologic Subtype: An Analysis From the Ovarian Cancer Cohort Consortium." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 34 (24): 2888–98. https://doi.org/10.1200/JCO.2016.66.8178.

Werner, I. 1982. "Presence of Asbestos in Talc Samples." *Atemschutzinform* 21 (5).

Whittemore, A. S., M. L. Wu, R. S. Paffenbarger, D. L. Sarles, J. B. Kampert, S. Grosser, D. L. Jung, S. Ballon, and M. Hendrickson. 1988. "Personal and Environmental Characteristics Related to Epithelial Ovarian Cancer. II. Exposures to Talcum Powder, Tobacco, Alcohol, and Coffee." *American Journal of Epidemiology* 128 (6): 1228–40.

Whysner, J., and M. Mohan. 2000. "Perineal Application of Talc and Cornstarch Powders: Evaluation of Ovarian Cancer Risk." *American Journal of Obstetrics and Gynecology* 182 (3): 720–24.

Wignall, B.K., and A.J. Fox. 1982. "Mortality of Female Gas Mask Assemblers." *British Journal of Industrial Medicine* 39 (1): 34–38.

Wong, C. 1999. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics & Gynecology* 93 (3): 372–76. https://doi.org/10.1016/S0029-7844(98)00439-6.

Woodruff, J. D. 1979. "The Pathogenesis of Ovarian Neoplasia." *The Johns Hopkins Medical Journal* 144 (4): 117–20.

Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, Claire Templeman, and Malcolm C. Pike. 2009. "Markers of Inflammation and Risk of Ovarian Cancer in Los Angeles County." *International Journal of Cancer. Journal International Du Cancer* 124 (6): 1409–15. https://doi.org/10.1002/ijc.24091.

Wu, Song, Wei Zhu, Patricia Thompson, and Yusuf A. Hannun. 2018. "Evaluating Intrinsic and Non-Intrinsic Cancer Risk Factors." *Nature Communications* 9 (1): 3490. https://doi.org/10.1038/s41467-018-05467-z.

Yan, Bin, Yuanlin Peng, and Chuan-Yuan Li. 2009. "Molecular Analysis of Genetic Instability Caused by Chronic Inflammation." *Methods in Molecular Biology (Clifton, N.J.)* 512: 15–28. https://doi.org/10.1007/978-1-60327-530-9_2.

Yan, Bin, Huili Wang, Zahid Rabbani, Yulin Zhao, Wenrong Li, Yuqing Yuan, Fang Li, Mark W. Dewhirst, and Chuan-Yuan Li. 2006. "Tumor Necrosis Factor-a Is a Potent Endogenous Mutagen That Promotes Cellular Transformation." *Cancer Research* 66 (December): 11565.

Exhibit A

# CURRICULUM VITAE
Ellen Blair Smith, M.D.

**PERSONAL DATA:**

Birth Date:   December 9, 1951

Mailing Address:  2311 Camino Alto Road
                  Austin, Texas, USA 78746

Email:  ellenblairsmith@gmail.com

NPI:  15583054

Employment Status:   Retired from Texas Oncology, PA December 31, 2015
                     Medical director, Halcyon Home Hospice, April, 2017-present

**EDUCATIONAL HISTORY:**

1969:  Diploma, Grimsley High School, Greensboro, North Carolina
1971:  A.A. , St. Mary's Junior College, Raleigh, North Carolina
1973:  B.A. Biology, University of North Carolina, Greensboro. North Carolina
1977:  M.D., University of North Carolina. Chapel Hill, North Carolina

**SCHOLASTIC HONORS:**

1974  Mosby Award
1976  Merck Award
1976  Student Aptitude Award, North Carolina Society of Obstetrics and
      Gynecology
1976  Alpha Omega Alpha, University of North Carolina School of Medicine
1977  American Medical Women's Association Citation of Scholastic
      Achievement

**POSTGRADUATE TRAINING:**

1977-1978:  Internship, Obstetrics and Gynecology, UTHSCSA, San Antonio, Texas
1978-1981:  Residency, Obstetrics and Gynecology, UTHSCSA, San Antonio, Texas
1979:       Galloway Fellowship, Memorial Sloan-Kettering, NY, NY
1981-1984:  Fellowship, Gynecologic Oncology, Duke University Medical School,
            Durham,NC (1983:  American Cancer Society Fellow)

**PREVIOUS EMPLOYMENT:**

1984-1987:  Assistant Professor, Gynecologic Oncology, University of Virginia Medical
            School, Charlottesville, Virginia
1987-1989:  Physician and Sole Proprietor, Gynecologic Oncology, Austin, Texas
1989-1995:  Physician and President, Austin Gynecologic Oncology Associates, Austin,TX

CURRICULUM VITAE
Ellen Blair Smith, M.D.

1995-2008:  Physician and Partner, Southwest Regional Cancer Center, Austin, Texas
2008-2015:  Physician Shareholder, Texas Oncology, Austin, Texas

MEDICAL LICENSURE:

Texas Medical Board:  F0313 (active)
DEA:  AS 1121021 (active)
Texas DPS 40063099 (active)
North Carolina State:  24537 (inactive)
Virginia State: 10103669 (inactive)

BOARD CERTIFICATIONS:

1985  American Board of Obstetrics and Gynecology (lifetime certified, voluntary
     recertification 1996)
1987  American Board of Obstetrics and Gynecology, Division of Gynecologic Oncology
     (lifetime certified, voluntary recertification 1996)
2011 Hospice and Palliative Medicine (via ABOG), expires 2021

APPOINTMENTS:

1981-1982  Associate, Obstetrics and Gynecology, Duke University Medical School,
     Durham, NC
1982-1984  Assistant Professor, Obstetrics and Gynecology, Duke University Medical
     School, Durham, NC
1984-1987  Assistant Professor, Department of Obstetric and Gynecology, University
     of Virginia Medical Center, Charlottesville, VA
1997-2000  Renaissance Women's Center Advisory Board, Austin, Texas
1998-2003 Hospice Austin Medical Advisory Board, Austin, Texas
1999-2001 Mediation Committee, Travis County Medical Society, Austin, Texas
2001-2007 Gynecologic Cancer Foundation, Board of Directors
     Nominating Committee Chair 2004
2007-2008  Section Chief Ob-Gyn, Seton Medical Center, Austin, Texas
2007-2014  Member Surgical Committee, Seton Medical Center, Austin, Texas
2011-2013  Medical Director of Surgical Services, US Oncology (elected office)
2011-2013  Member, National Policy Board Executive Committee, US Oncology
2011-2015  Member, Managed Care Committee, US Oncology
2011-2015  Member, Pathways Committee, US Oncology

PROFESSIONAL SOCIETIES:

Alpha Omega Alpha (1976-current)
American Cancer Society
     1985-1987  Charlottesville-Albemarle Unit
               Board of Directors
               Executive Committee

     1984-1986  Virginia Unit

CURRICULUM VITAE
Ellen Blair Smith, M.D.

Board of Directors
Colorectal Cancer Control Project Steering Committee
Finance Committee 1986
Nominating Committee 1986
1987-1988  Austin, Texas Unit
Public Education Chairman
American Congress of Obstetrics and Gynecology (1988-Life Member)
Society of Gynecologic Oncology (1988-lifetime)
Program Committee 1995-1996
Coding Committee  1996-2001
Nominating Committee 2008
Palliative Care Committee 2009-current
Session Moderator-Palliative Care- SGO Annual Meeting-2014
Steering Committee, SGO Genetics Summit-2015
American Academy of Hospice and Palliative Medicine 2010-present

PUBLICATIONS (PEER-REVIEWED JOURNALS) :

**Smith, EB**, Weed, JC, Tyrey, L and Hamond, CB:  "Treatment of Nonmetastatic  GTD:  Results of Methotrexate-Folinic Acid."  *Amer J Obstet Gynecol,* 144:88, 1982.

**Smith, EB**, Szulman, AE, Hinshaw, W, Tyrey, Surti, U, and Hammond, CB: "Human Chorionic Gonadotropin Level in Complete and Partial Hydatidiform Moles and Nonmolar Abortuses." *Amer J Obstet Gynecol,* 149: 129, 1984.

**Smith, EB**, Clarke-Pearson, DL, and Creasman, WT:  "A VP-16 and Cis-Platinum Containing Regimen for Treatment of Refractory Ovarian Germ Cell Malignancies"  *Amer J Obstet Gynecol*, 150:927, 1984.

**Smith, EB**, Dunnick, R, Nelson, PA and Hammond, CB: "Renal Metastases of Malignant Gestational Trophoblastic Disease with Particular Attention to the Use of Intravenous Urography in Staging."  *Gynecol Oncol* 20: 137, 1985.

Barter, J, **Smith, EB**, Szpak,CA, et al: "Leiomyosarcoma of the Uterus: A Clinicopathologic Study of 21 Patients."  *Gynecol Oncol* 21:221, 1985.

Puleo, JG, Clarke-Pearson, DL, **Smith, EB**, Barnard, DE, and Creasman, WT: "Superior Vena Cava Syndrome Associated with Gynecologic Malignancy."  *Gynecol Oncol* 23:59, 1986.

Taylor, PT, Anderson, WA, Barber, SR, Covell, JL, **Smith, EB**, and Underwood, PB: "The Screening Papanicolau Smear:  Contribution of the Endocervical Brush."  *Obstet Gynecol* 70:734, 1987.

Anderson, WA, Found, D, Peters, W, **Smith, EB**, Bagley, C and Taylor, PT:  "Platinum-Based Combination Chemotherapy for Malignant Mixed Mesodermal Tumors of the Ovary."  *Gynecol Oncol* 32: 319, 1989.

Plante, M, **Smith, EB** et al:  "The case of a viable pregnancy post vaginal radical trachelectomy followed by combined chemoradiation."  *Gynecol Oncol* 123:421, 2011.

CURRICULUM VITAE
Ellen Blair Smith, M.D.

PUBLICATIONS (INVITED ARTICLES AND BOOK CHAPTERS):

Creasman, WT, **Smith, EB** and Clarke-Pearson, DL:  "Gestational Trophoblastic Disease."
*The Female Patient*, 9:66, 1984.

**Smith, EB**, Clarke-Pearson, DL, and Creasman, WT: "Screening of Cervical
Cancer." (Chapter10) *Screening and Monitoring of Cancer*.  Basil A Still, ed.  John Wiley &
Sons; 1985.

**Smith, EB** and Creasman, WT: "Preinvasive and Invasive Cervical Carcinoma Associated With
Pregnancy."   *Principles of Medical Therapy in Pregnancy*.  N Gleicher, ed.  Plenum Publishing
Corp.  New York,  New York.  1985.  Revision 1990.

**Smith, EB**, Hammond, CB, Gore, H and Hertig, A.  "Gestational Trophoblastic Disease".
*Management of the Patient with Cancer*.  3rd edition.  TF Nealon, ed. W. B. Saunders CO,
Philadelphia, Pa.  1986.

**Smith, EB**:  "Gynecology for the Urologist." *Adult and Pediatric Urology.*  J Gillenwater. ed.
Year Book Medical Publishers; 1987.  Revision 1991.


INVITED LECTURES:

SGO State of the Art Meeting 2011- Palliative Care

SGO Winter Meeting 2013-Palliative Care

# Exhibit B

| First author and year | Cases (%talc use) | Controls (%talc use) | OR | 95% CI | Dose Response | Comments |
|---|---|---|---|---|---|---|
| Cramer, 1982 | 215 (43%) | 215 (28%) | 1.9 | 1.27-2.89 | | |
| Hartge,1983 | 135 | 171 | 0.7 | 0.4-1.1 | | hosp, letter only. Only 10 with perineal use |
| Whittemore, 1988 | 188 (52%) | 539 (46%) | 1.45 | 0.81-2.8 | no | perineal use, mixed hosp and population |
| Harlow, 1989 | 116 | 158 | 2.8 | 1.11 1.7 | no | LMP only, deodorant powder +/-talc |
| Booth,1989 | 235 (68%) | 451 (61%) | rare=0.9<br>weekly=2.0<br>daily=1.3 | 0.3-2.4<br>1.3-3.4<br>0.8-1.9 | no | hosp. path reviewed |
| Rosenblatt, 1992 | 77 (91%) | 46 | 1 | 0.2-4.0 | | These nmbers are way too small. |
| Chen,1992 | 112 (6%) | 224 (2%) | 3.9 | 0.9-11.6 | | also used occupational exposure, only 7 vs 5 total perineal powder users |
| Harlow, 1002 | 235 (48 5%) | 239 (39.3) | 1.5 | 1.0-21 | trend NSS | perineal use |
| Tzounou,1993 | 189 (3%) | 200 (3 5%) | 1.05 | 0.28-3.98 | | hosp, hairdye, low usage numbers, Greece |
| Purdie,1995 | 824 (57%) | 860 (52%) | 1.25 | 1,04-1,54 | | adj for parity , 17% LMP    Austrailia |
| Shusan, 1996 | 200 (11%) | 406 (5.6%) | seems to be : simple X2= 0.4 | | | Never/seldom vs mod-a lot, Focus on fertility drugs    Israel |
| Chang, 1997 | 450 (44%) | 564 (35.6%) | all 1.42<br>LMP 1.24<br>inv 1 51 | 1.08-1.86<br>0.76-2.02<br>1.13-2.02 | duration=borderline<br>frequency=no | no assn with cornstarch,  Canada |
| Cook, 1997 | 313 | 422 | 1.5 | 1.1-2.0 | no | ever powder use, looked at genital deodorant as well |
| Godard,1998 | 170 (10.6) | 170 (4.7) | 2.49 | 0.94-6.56 | | perineal use only      p=0.066     French Canadians |
| Wong, 1999 | 499 (47 8%) | 755 (44.9%) | genital+pad 1.1<br>genital 1.0<br>pad 0 9 | 0.7-1.7<br>0.8-1.3<br>0.4-2.0 | no | |

| first author, year | cases (% talc use) | controls (%talc use) | OR | 95% CI | dose-response | Comments |
|---|---|---|---|---|---|---|
| Cramer, 1999 | 563 (45%) | 523 (36%) | any genital powder 1.6<br>perineal talc 1.69 | 1.18-2.15<br>1.26-2.27 | no | |
| Ness,2000 | 767 (55%) | 1367 (47%) | genital 1.5<br>pad 1.6 | 1.1-2.0<br>1.1-2.3 | no | BTL protective, risk increased witalc on all areas body |
| Mills,2004 | 256 (43%) | 1122 (37%) | ever talc 1.37<br>serous 1.77 | 1.02-1.85<br>1.12-1.81 | no | |
| Merritt, 2008 | 1576 (46%) | 1509 (43%) | 1.17 | 1.01-1.36 | | adjusted OR, decreased with ASA, BIG NUMBERS     Australia     includes LMP, FT, PP |
| Moorman,2009 | 143 AA<br>943 white | 189 AA<br>868 white | 1.19<br>1.04 | 0.68-2.09<br>0.82-1.33) | | |
| Rosenblatt, 2011 | 812 | 1313 | all 1.27<br>LMP 1.55<br>inv 1.38 | 0.97-1.66<br>1.02-2.37<br>0.77-2.47 | no | |
| Kurtha, 2012 | 902 (22%) | 1802 (20.9%) | 1.4 | 1.16-1.69 | | The definitive fertility drug risk paper |
| Wu, 2015 | hispanics 30B (38%)<br>AA 128 (48%)<br>white 1265 (41%) | 380 (28%)<br>143 (44%)<br>1868 (30%) | 1.56<br>1.77<br>1.41 | 0.8-3.04<br>1.20-2.62<br>1.21-1.67 | | Stat sig more talc use in Aas |
| Cramer, 2016 | 2014 (51%) | 2100 (48%) | 1.33 | 1.16-1.52 | trend for freq<br>none for duration | |
| Schildkraut,2016 | 584 (63%) | 745 (53%) | 1.44 | 1.11-1.86 | yes | |

Exhibit C

"A Survey of the Long-Term Effects of Talc and Kaolin Pleurodesis." *British Journal of Diseases of the Chest* 73 (1979): 285–88. https://doi.org/10.1016/0007-0971(79)90054-8.

Acencio, Milena M. P., Evaldo Marchi, Lisete R. Teixeira, Bruna Rocha Silva, Juliana Sanchez Silva, Carlos Sergio Rocha Silva, Vanessa Adelia Alvarenga, Leila Antonangelo, Francisco Suso Vargas, and Vera Luiza Capelozzi. "Talc Particles and Pleural Mesothelium Interface Modulate Apoptosis and Inflammation." *Pathology* 46, no. S2 (2014): S76.

Acheson, E D, M J Gardner, E C Pippard, and L P Grime. "Mortality of Two Groups of Women Who Manufactured Gas Masks from Chrysotile and Crocidolite Asbestos: A 40-Year Follow-Up." *British Journal of Industrial Medicine* 39, no. 4 (November 1982): 344–48.

Akhtar, Mohd Javed, Maqusood Ahamed, M.A. Majeed Khan, Salman A. Alrokayan, Iqbal Ahmad, and Sudhir Kumar. "Cytotoxicity and Apoptosis Induction by Nanoscale Talc Particles from Two Different Geographical Regions in Human Lung Epithelial Cells." *Environmental Toxicology* 29 (2014): 394–406. https://doi.org/10.1002/tox.21766.

Akhtar, Mohd Javed, Sudhir Kumar, Ramesh Chandra Murthy, Mohd Ashquin, Mohd Imran Khan, Govil Patil, and Iqbal Ahmad. "The Primary Role of Iron-Mediated Lipid Peroxidation in the Differential Cytotoxicity Caused by Two Varieties of Talc Nanoparticles on A549 Cells and Lipid Peroxidation Inhibitory Effect Exerted by Ascorbic Acid." *Toxicology in Vitro: An International Journal Published in Association with BIBRA* 24, no. 4 (June 2010): 1139–47. https://doi.org/10.1016/j.tiv.2010.03.002.

American Cancer Society. "Key Statistics for Ovarian Cancer," n.d. https://www.cancer.org/cancer/ovarian-cancer/about/key-statistics.html.

———. "What Is Ovarian Cancer?," n.d. https://www.cancer.org/cancer/ovarian-cancer/about/what-is-ovarian-cancer.html.

Anderson, Garnet L., Howard L. Judd, Andrew M. Kaunitz, David H. Barad, Shirley A. A. Beresford, Mary Pettinger, James Liu, S. Gene McNeeley, Ana Maria Lopez, and Women's Health Initiative Investigators. "Effects of Estrogen plus Progestin on Gynecologic Cancers and Associated Diagnostic Procedures: The Women's Health Initiative Randomized Trial." *JAMA* 290, no. 13 (October 1, 2003): 1739–48. https://doi.org/10.1001/jama.290.13.1739.

Antoniou, A., P. D. P. Pharoah, S. Narod, H. A. Risch, J. E. Eyfjord, J. L. Hopper, N. Loman, et al. "Average Risks of Breast and Ovarian Cancer Associated with BRCA1 or BRCA2 Mutations Detected in Case Series Unselected for Family History: A Combined Analysis of 22 Studies." *American Journal of Human Genetics* 72, no. 5 (May 2003): 1117–30.

Arellano-Orden, Elena, Auxiliadora Romero-Falcon, Jose Martin Juan, Manuel Ocana Jurado, Francisco Rodriguez-Panadero, and Ana Montes-Worboys. "Small Particle-Size Talc Is Associated with Poor Outcome and Increased Inflammation in Thoracoscopic Pleurodesis." *Respiration* 86 (2013): 201–9. https://doi.org/10.1159/000342042.

Armstrong, Deborah K., Brian Bundy, Lari Wenzel, Helen Q. Huang, Rebecca Baergen, Shashikant Lele, Larry J. Copeland, Joan L. Walker, Robert A. Burger, and Gynecologic Oncology Group. "Intraperitoneal Cisplatin and Paclitaxel in Ovarian Cancer." *The New England Journal of Medicine* 354, no. 1 (January 5, 2006): 34–43. https://doi.org/10.1056/NEJMoa052985.

"ATSDR - Toxicological Profile: Asbestos." Accessed August 16, 2018. https://www.atsdr.cdc.gov/toxprofiles/tp.asp?id=30&tid=4.

Baldwin, Lauren A., Bin Huang, Rachel W. Miller, Thomas Tucker, Scott T. Goodrich, Iwona Podzielinski, Christopher P. DeSimone, Fred R. Ueland, John R. van Nagell, and Leigh G. Seamon. "Ten-Year Relative Survival for Epithelial Ovarian Cancer:" *Obstetrics & Gynecology* 120, no. 3 (September 2012): 612–18. https://doi.org/10.1097/AOG.0b013e318264f794.

Balkwill, Fran, and Alberto Mantovani. "Inflammation and Cancer: Back to Virchow?" *The Lancet* 357, no. 9255 (February 2001): 539–45. https://doi.org/10.1016/S0140-6736(00)04046-0.

Beck, B. D., H. A. Feldman, J. D. Brain, T. J. Smith, M. Hallock, and B. Gerson. "The Pulmonary Toxicity of Talc and Granite Dust as Estimated from an in Vivo Hamster Bioassay." *Toxicology and Applied Pharmacology* 87, no. 2 (February 1987): 222–34.

Begg, Melissa D., and Dana March. "Cause and Association: Missing the Forest for the Trees." *American Journal of Public Health* 108, no. 5 (May 2018): 620. https://doi.org/10.2105/AJPH.2018.304366.

Belotte, Jimmy, Nicole M. Fletcher, Awoniyi O. Awonuga, Mitchell Alexis, Husam M. Abu-Soud, Ghassan M. Saed, Michael P. Diamond, and Mohammed G. Saed. "The Role of Oxidative Stress in the Development of Cisplatin Resistance in Epithelial Ovarian Cancer." *Reproductive Sciences* 21, no. 4 (2014): 503–8. https://doi.org/10.1177/1933719113503403.

Belotte, Jimmy, Nicole M. Fletcher, Mohammed G. Saed, Mohammed S. Abusamaan, Gregory Dyson, Michael P. Diamond, and Ghassan M. Saed. "A Single Nucleotide Polymorphism in Catalase Is Strongly Associated with Ovarian Cancer Survival." *PloS One* 10, no. 8 (2015). https://doi.org/e0135739. doi:10.1371/journal. pone.0135739.

Berge, Wera, Kenneth Mundt, Hung Luu, and Paolo Boffetta. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention*, January 2017, 1. https://doi.org/10.1097/CEJ.0000000000000340.

———. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention: The Official Journal of the European Cancer Prevention Organisation (ECP)* 27, no. 3 (2018): 248–57. https://doi.org/10.1097/CEJ.0000000000000340.

Berry, G., M. L. Newhouse, and J. C. Wagner. "Mortality from All Cancers of Asbestos Factory Workers in East London 1933-80." *Occupational and Environmental Medicine* 57, no. 11 (November 2000): 782–85.

Bertolotti, Marinella, Daniela Ferrante, Dario Mirabelli, Mario Botta, Marinella Nonnato, Annalisa Todesco, Benedetto Terracini, and Corrado Magnani. "[Mortality in the cohort of the asbestos cement workers in the Eternit plant in Casale Monferrato (Italy)]." *Epidemiologia E Prevenzione* 32, no. 4–5 (October 2008): 218–28.

Blank, M M, N Wentzensen, M A Murphy, A Hollenbeck, and Y Park. "Dietary Fat Intake and Risk of Ovarian Cancer in the NIH-AARP Diet and Health Study." *British Journal of Cancer* 106, no. 3 (January 31, 2012): 596–602. https://doi.org/10.1038/bjc.2011.572.

Blount, A M. "Amphibole Content of Cosmetic and Pharmaceutical Talcs." *Environmental Health Perspectives* 94 (August 1991): 225–30.

Bluemel, Piza, and Zischka-Konorsa, W. "Animal experimental investigations of tissue reactions to starch and talcum powder after intraperitoneal application." *Wiener klinische Wochenschrift* 74, no. 1 (January 1962).

Blumenkrantz, M. J., N. Gallagher, R. A. Bashore, and H. Tenckhoff. "Retrograde Menstruation in Women Undergoing Chronic Peritoneal Dialysis." *Obstetrics and Gynecology* 57, no. 5 (May 1981): 667–70.

Boorman, G. A., and J. C. Seely. "The Lack of an Ovarian Effect of Lifetime Talc Exposure in F344/N Rats and B6C3F1 Mice." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 242–43. https://doi.org/10.1006/rtph.1995.1035.

Booth, M., V. Beral, and P. Smith. "Risk Factors for Ovarian Cancer: A Case-Control Study." *British Journal of Cancer* 60, no. 4 (October 1989): 592–98.

Bottazzi, Barbara, Elio Riboli, and Alberto Mantovani. "Aging, Inflammation and Cancer." *Seminars in Immunology*, November 5, 2018. https://doi.org/10.1016/j.smim.2018.10.011.

Bunderson-Schelvan, Melisa, Jean C. Pfau, Robert Crouch, and Andrij Holian. "Nonpulmonary Outcomes of Asbestos Exposure." *Journal of Toxicology and Environmental Health. Part B, Critical Reviews* 14, no. 1–4 (2011): 122–52. https://doi.org/10.1080/10937404.2011.556048.

Burn, John, Anne-Marie Gerdes, Finlay Macrae, Jukka-Pekka Mecklin, Gabriela Moeslein, Sylviane Olschwang, Diane Eccles, et al. "Long-Term Effect of Aspirin on Cancer Risk in Carriers of Hereditary Colorectal Cancer: An Analysis from the CAPP2 Randomised Controlled Trial." *Lancet (London, England)* 378, no. 9809 (December 17, 2011): 2081–87. https://doi.org/10.1016/S0140-6736(11)61049-0.

Buz'Zard, Amber R., and Benjamin H. S. Lau. "Pycnogenol® Reduces Talc-Induced Neoplastic Transformation in Human Ovarian Cell Cultures." *Phytotherapy Research* 21, no. 6 (June 2007): 579–86. https://doi.org/10.1002/ptr.2117.

Caldwell, Carlyle G., White Thomas Aubrey, William L. George, and James J. Eberl. Medical dusting powder. United States US2626257A, filed May 21, 1952, and issued January 20, 1953. https://patents.google.com/patent/US2626257A/en?q=medical+&q=dusting+powder&oq=medical +dusting+powder.

Camargo, M. Constanza, Leslie T. Stayner, Kurt Straif, Margarita Reina, Umaima Al-Alem, Paul A. Demers, and Philip J. Landrigan. "Occupational Exposure to Asbestos and Ovarian Cancer: A Meta-Analysis." *Environmental Health Perspectives* 119, no. 9 (September 2011): 1211–17. https://doi.org/10.1289/ehp.1003283.

Carr, C.J. "Talc: Consumer Uses and Health Perspectives" 21 (1995): 211–15.

Chan, Andrew T., Edward L. Giovannucci, Jeffrey A. Meyerhardt, Eva S. Schernhammer, Gary C. Curhan, and Charles S. Fuchs. "Long-Term Use of Aspirin and Nonsteroidal Anti-Inflammatory Drugs and Risk of Colorectal Cancer." *JAMA* 294, no. 8 (August 24, 2005): 914–23. https://doi.org/10.1001/jama.294.8.914.

Chang, Che-Jui, Yu-Kang Tu, Pau-Chung Chen, and Hsiao-Yu Yang. "Occupational Exposure to Talc Increases the Risk of Lung Cancer: A Meta-Analysis of Occupational Cohort Studies." *Canadian Respiratory Journal*, 2017. https://doi.org/10.1155/2017/1270608.

Chang, Stella, and Harvey A. Risch. "Perineal Talc Exposure and Risk of Ovarian Carcinoma." *Cancer* 79, no. 12 (June 15, 1997): 2396–2401. https://doi.org/10.1002/(SICI)1097-0142(19970615)79:12<2396::AID-CNCR15>3.0.CO;2-M.

Chen, F., K. Gaitskell, M. J. Garcia, A. Albukhari, J. Tsaltas, and A. A. Ahmed. "Serous Tubal Intraepithelial Carcinomas Associated with High-Grade Serous Ovarian Carcinomas: A Systematic Review." *BJOG: An International Journal of Obstetrics and Gynaecology* 124, no. 6 (May 2017): 872–78. https://doi.org/10.1111/1471-0528.14543.

Chen, Lee-May, and Jonathan S Berek. "Overview of Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum." *UpToDate*, 2018.

Chen, L-M, et al. "Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum: Epidemiology and Risk Factors - UpToDate," 2018. https://www.uptodate.com/contents/epithelial-carcinoma-of-the-ovary-fallopian-tube-and-peritoneum-epidemiology-and-risk-factors?search=Epithelial%20carcinoma%20of%20the%20ovary,%20fallopian%20tube,%20and %20peritoneum:%20Epidemiology%20and%20risk%20factors&source=search_result&selected Title=1~150&usage_type=default&display_rank=1.

Chen, Xi, Gerd A. Müller, Marianne Quaas, Martin Fischer, Namshik Han, Benjamin Stutchbury, Andrew D. Sharrocks, and Kurt Engeland. "The Forkhead Transcription Factor FOXM1

3

Controls Cell Cycle-Dependent Gene Expression through an Atypical Chromatin Binding Mechanism." *Molecular and Cellular Biology* 33, no. 2 (January 2013): 227–36. https://doi.org/10.1128/MCB.00881-12.

Chen, Y., P. C. Wu, J. H. Lang, W. J. Ge, P. Hartge, and L. A. Brinton. "Risk Factors for Epithelial Ovarian Cancer in Beijing, China." *International Journal of Epidemiology* 21, no. 1 (February 1992): 23–29.

Chien, Jeremy, Hugues Sicotte, Jian-Bing Fan, Sean Humphray, Julie M. Cunningham, Kimberly R. Kalli, Ann L. Oberg, et al. "TP53 Mutations, Tetraploidy and Homologous Recombination Repair Defects in Early Stage High-Grade Serous Ovarian Cancer." *Nucleic Acids Research* 43, no. 14 (August 18, 2015): 6945–58. https://doi.org/10.1093/nar/gkv111.

Chittenden, B. G., G. Fullerton, A. Maheshwari, and S. Bhattacharya. "Polycystic Ovary Syndrome and the Risk of Gynaecological Cancer: A Systematic Review." *Reproductive Biomedicine Online* 19, no. 3 (September 2009): 398–405.

Cibula, D., M. Widschwendter, O. Májek, and L. Dusek. "Tubal Ligation and the Risk of Ovarian Cancer: Review and Meta-Analysis." *Human Reproduction Update* 17, no. 1 (January 1, 2011): 55–67. https://doi.org/10.1093/humupd/dmq030.

Cibula, David, Martin Widschwendter, Michael Zikan, and Ladislav Dusek. "Underlying Mechanisms of Ovarian Cancer Risk Reduction after Tubal Ligation." *Acta Obstetricia Et Gynecologica Scandinavica* 90, no. 6 (June 2011): 559–63. https://doi.org/10.1111/j.1600-0412.2011.01114.x.

CIMBA, Georgia Chenevix-Trench, Roger L Milne, Antonis C Antoniou, Fergus J Couch, Douglas F Easton, and David E Goldgar. "An International Initiative to Identify Genetic Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: The Consortium of Investigators of Modifiers of BRCA1 and BRCA2 (CIMBA)." *Breast Cancer Research* 9, no. 2 (December 2007). https://doi.org/10.1186/bcr1670.

Cohen, Samuel M., and Lora L. Arnold. "Chemical Carcinogenesis." *Toxicological Sciences* 120, no. suppl_1 (March 1, 2011): S76–92. https://doi.org/10.1093/toxsci/kfq365.

Colditz, Graham A. "Cancer Prevention." *UpToDate*, 2018.

Collaborative Group on Epidemiological Studies of Ovarian Cancer, V. Beral, R. Doll, C. Hermon, R. Peto, and G. Reeves. "Ovarian Cancer and Oral Contraceptives: Collaborative Reanalysis of Data from 45 Epidemiological Studies Including 23,257 Women with Ovarian Cancer and 87,303 Controls." *Lancet* 371, no. 9609 (January 26, 2008): 303–14. https://doi.org/10.1016/S0140-6736(08)60167-1.

Collaborative Group On Epidemiological Studies Of Ovarian Cancer, V. Beral, K. Gaitskell, C. Hermon, K. Moser, G. Reeves, and R. Peto. "Menopausal Hormone Use and Ovarian Cancer Risk: Individual Participant Meta-Analysis of 52 Epidemiological Studies." *Lancet (London, England)* 385, no. 9980 (May 9, 2015): 1835–42. https://doi.org/10.1016/S0140-6736(14)61687-1.

Committee on Practice Bulletins–Gynecology, Committee on Genetics, Society of Gynecologic Oncology. "Practice Bulletin No 182: Hereditary Breast and Ovarian Cancer Syndrome." *Obstetrics and Gynecology* 130, no. 3 (2017): e110–26. https://doi.org/10.1097/AOG.0000000000002296.

Compton, Sarah A., Sezgin Ozgür, and Jack D. Griffith. "Ring-Shaped Rad51 Paralog Protein Complexes Bind Holliday Junctions and Replication Forks as Visualized by Electron Microscopy." *The Journal of Biological Chemistry* 285, no. 18 (April 30, 2010): 13349–56. https://doi.org/10.1074/jbc.M109.074286.

Cook, Linda S., Mary L. Kamb, and Noel S. Weiss. "Perineal Powder Exposure and the Risk of Ovarian Cancer." *American Journal of Epidemiology* 145, no. 5 (March 1, 1997): 459–65.

Cook, LS. "Erratum in 'Perineal Powder Exposure and the Risk of Ovarian Cancer'." *American Journal of Epidemiology* 148, no. 410 (1997).

Coussens, Lisa M., and Zena Werb. "Inflammation and Cancer." *Nature* 420, no. 6917 (December 19, 2002): 860–67. https://doi.org/10.1038/nature01322.

Cralley, L. J., M. M. Key, D. H. Groth, W. S. Lainhart, and R. M. Ligo. "Fibrous and Mineral Content of Cosmetic Talcum Products." *American Industrial Hygiene Association Journal* 29, no. 4 (August 1968): 350–54. https://doi.org/10.1080/00028896809343015.

Cramer, D. W. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics and Gynecology* 94, no. 1 (July 1999): 160–61.

Cramer, D. W., R. F. Liberman, L. Titus-Ernstoff, W. R. Welch, E. R. Greenberg, J. A. Baron, and B. L. Harlow. "Genital Talc Exposure and Risk of Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 81, no. 3 (May 5, 1999): 351–56.

Cramer, D. W., W. R. Welch, R. E. Scully, and C. A. Wojciechowski. "Ovarian Cancer and Talc: A Case-Control Study." *Cancer* 50, no. 2 (July 15, 1982): 372–76.

Cramer, Daniel W., Linda Titus-Ernstoff, John R. McKolanis, William R. Welch, Allison F. Vitonis, Ross S. Berkowitz, and Olivera J. Finn. "Conditions Associated with Antibodies Against the Tumor-Associated Antigen MUC1 and Their Relationship to Risk for Ovarian Cancer." *Cancer Epidemiology Biomarkers & Prevention* 14, no. 5 (May 1, 2005): 1125–31. https://doi.org/10.1158/1055-9965.EPI-05-0035.

Cramer, Daniel W., Allison F. Vitonis, Kathryn L. Terry, William R. Welch, and Linda J. Titus. "The Association between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." *Epidemiology (Cambridge, Mass.)*, December 17, 2015. https://doi.org/10.1097/EDE.0000000000000434.

———. "The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." *Epidemiology (Cambridge, Mass.)* 27, no. 3 (May 2016): 334–46. https://doi.org/10.1097/EDE.0000000000000434.

Cramer, Daniel W., William R. Welch, Ross S. Berkowitz, and John J. Godleski. "Presence of Talc in Pelvic Lymph Nodes of a Woman with Ovarian Cancer and Long-Term Genital Exposure to Cosmetic Talc." *Obstetrics and Gynecology* 110, no. 2 Pt 2 (August 2007): 498–501. https://doi.org/10.1097/01.AOG.0000262902.80861.a0.

Cramer, Daniel W., William R. Welch, Robert E. Scully, and Carol A. Wojciechowski. "Ovarian Cancer and Talc. A Case-Control Study." *Cancer* 50, no. 2 (July 15, 1982): 372–76. https://doi.org/10.1002/1097-0142(19820715)50:2<372::AID-CNCR2820500235>3.0.CO;2-S.

Crum, Christopher P, Jonathan Bijron, and Brooke E. Howitt. "Pathogenesis of Ovarian, Fallopian Tubal, and Peritoneal Serous Carcinomas." *UpToDate*, 2018.

Crusz, Shanthini M., and Frances R Balkwill. "Inflammation and Cancer: Advances and New Agents." *Nature Reviews Clinical Oncology* 12 (October 2015): 584–96. https://doi.org/10.1038/nrclinonc.2015.105.

Curtis D. Klaassen, and John Doull. *Casarett and Doull's Toxicology : The Basic Science of Poisons*. 8th Edition. McGraw-Hill Education, 2013. https://www.ncbi.nlm.nih.gov/nlmcatalog/101586259.

Danforth, Kim N., Shelley S. Tworoger, Jonathan L. Hecht, Bernard A. Rosner, Graham A. Colditz, and Susan E. Hankinson. "Breastfeeding and Risk of Ovarian Cancer in Two Prospective

Cohorts." *Cancer Causes & Control: CCC* 18, no. 5 (June 2007): 517–23. https://doi.org/10.1007/s10552-007-0130-2.

"Deposition & Exhibits of John Hopkins, PhD, MDL No. 2738." In re: Talcum Power Prod. Liab. Litig., August 16, 2018.

"Deposition & Exhibits of Julie Pier, MDL No. 2738." In re: Talcum Power Prod. Liab. Litig., September 12, 2018.

"Deposition of Alice M. Blount, Ph.D., Circuit Court of the City of St. Louis State of Missouri, Case No.: 1522-CC10417-01," April 13, 2018.

Devaja, Omer. *Ovarian Cancer  From Pathogenesis to Treatment*. IntechOpen, 2018.

Ding, Yuan C., Lesley McGuffog, Sue Healey, Eitan Friedman, Yael Laitman, Shani- Paluch-Shimon, Bella Kaufman, et al. "A Nonsynonymous Polymorphism in IRS1 Modifies Risk of Developing Breast and Ovarian Cancers in BRCA1 and Ovarian Cancer in BRCA2 Mutation Carriers." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 21, no. 8 (August 2012): 1362–70. https://doi.org/10.1158/1055-9965.EPI-12-0229.

Dixon, Suzanne C., Christina M. Nagle, Nicolas Wentzensen, Britton Trabert, Alicia Beeghly-Fadiel, Joellen M. Schildkraut, Kirsten B. Moysich, et al. "Use of Common Analgesic Medications and Ovarian Cancer Survival: Results from a Pooled Analysis in the Ovarian Cancer Association Consortium." *British Journal of Cancer* 116, no. 9 (April 25, 2017): 1223–28. https://doi.org/10.1038/bjc.2017.68.

Dodson, R. F., M. O'Sullivan, C. J. Corn, and S. P. Hammar. "Quantitative Comparison of Asbestos and Talc Bodies in an Individual with Mixed Exposure." *American Journal of Industrial Medicine* 27, no. 2 (February 1995): 207–15.

D.R. Petterson. "JNJ 000251888," April 26, 1973.

Dubeau, L., and R. Drapkin. "Coming into Focus: The Nonovarian Origins of Ovarian Cancer." *Annals of Oncology: Official Journal of the European Society for Medical Oncology* 24 Suppl 8 (November 2013): viii28–35. https://doi.org/10.1093/annonc/mdt308.

Eberl, J. J., and W. L. George. "Comparative Evaluation of the Effects of Talcum and a New Absorbable Substitute on Surgical Gloves." *American Journal of Surgery* 75, no. 3 (March 1948): 493–97.

Egli, G. E., and M. Newton. "The Transport of Carbon Particles in the Human Female Reproductive Tract." *Fertility and Sterility* 12 (April 1961): 151–55.

Eng, Kevin H., J. Brian Szender, John Lewis Etter, Jasmine Kaur, Samantha Poblete, Ruea-Yea Huang, Qianqian Zhu, et al. "Paternal Lineage Early Onset Hereditary Ovarian Cancers: A Familial Ovarian Cancer Registry Study." *PLoS Genetics* 14, no. 2 (February 2018): e1007194. https://doi.org/10.1371/journal.pgen.1007194.

"Expert Report of Michael Crowley, Ph.D., In Re: Talcum Powder Prod. Liab. Litig., MDL No. 2738," November 12, 2018.

Fasching, Peter A., Simon Gayther, Leigh Pearce, Joellen M. Schildkraut, Ellen Goode, Falk Thiel, Georgia Chenevix-Trench, et al. "Role of Genetic Polymorphisms and Ovarian Cancer Susceptibility." *Molecular Oncology* 3, no. 2 (April 2009): 171–81. https://doi.org/10.1016/j.molonc.2009.01.008.

Fathalla, M. F. "Incessant Ovulation and Ovarian Cancer - a Hypothesis Re-Visited." *Facts, Views & Vision in ObGyn* 5, no. 4 (2013): 292–97.

———. "Incessant Ovulation--a Factor in Ovarian Neoplasia?" *Lancet* 2, no. 7716 (July 17, 1971): 163.

FDA. "Ltr to Samuel S. Epstein, M.D., RE: Docket Numbers 94P-0420 and FDA-2008-P-0309-0001 /CP," April 1, 2017.

Fedak, Kristen M., Autumn Bernal, Zachary A. Capshaw, and Sherilyn Gross. "Applying the Bradford Hill Criteria in the 21st Century: How Data Integration Has Changed Causal Inference in Molecular Epidemiology." *Emerging Themes in Epidemiology* 12, no. 14 (2015). https://doi.org/10.1186/s12982-015-0037-4.

"Federal Register Vol. 81, No.243, December 19, 2016 FDA Ban on Surgical Gloves." Accessed August 16, 2018. https://www.gpo.gov/fdsys/search/pagedetails.action?collectionCode=FR&browsePath=2016%2 F12%2F12-19%5C%2F%2FConsumer+Product+Safety+Commission&isCollapsed=true&leafLevelBrowse =true&packageId=FR-2016-12-19&isDocumentResults=true&ycord=173&isDocumentResults=true&ycord=173.

Ferguson, Lynnette R. "Chronic Inflammation and Mutagenesis." *Mutation Research* 690, no. 1–2 (August 7, 2010): 3–11. https://doi.org/10.1016/j.mrfmmm.2010.03.007.

Fernandes, José Veríssimo, Ricardo Ney Oliveira Cobucci, Carlos André Nunes Jatobá, Thales Allyrio Araújo de Medeiros Fernandes, Judson Welber Veríssimo de Azevedo, and Josélio Maria Galvão de Araújo. "The Role of the Mediators of Inflammation in Cancer Development." *Pathology & Oncology Research* 21, no. 3 (July 2015): 527–34. https://doi.org/10.1007/s12253-015-9913-z.

Ferrante, Daniela, Marinella Bertolotti, Annalisa Todesco, Dario Mirabelli, Benedetto Terracini, and Corrado Magnani. "Cancer Mortality and Incidence of Mesothelioma in a Cohort of Wives of Asbestos Workers in Casale Monferrato, Italy." *Environmental Health Perspectives* 115, no. 10 (October 2007): 1401–5. https://doi.org/10.1289/ehp.10195.

Ferrer, Jaume, Juan F. Montes, Maria A. Villarino, Richard W. Light, and José García-Valero. "Influence of Particle Size on Extrapleural Talc Dissemination after Talc Slurry Pleurodesis." *Chest* 122, no. 3 (September 2002): 1018–27.

Fiume, Monice M., Ivan Boyer, Wilma F. Bergfeld, Donald V. Belsito, Ronald A. Hill, Curtis D. Klaassen, Daniel C. Liebler, et al. "Safety Assessment of Talc as Used in Cosmetics." *International Journal of Toxicology* 34, no. 1 suppl (July 1, 2015): 66S-129S. https://doi.org/10.1177/1091581815586797.

Fletcher, Nicole M., Jimmy Belotte, Mohammed G. Saed, Ira Memaj, Michael P. Diamond, Robert T. Morris, and Ghassan M. Saed. "Specific Point Mutations in Key Redox Enzymes Are Associated with Chemoresistance in Epithelial Ovarian Cancer." *Free Radical Biology and Medicine* 102 (2017): 122–32. https://doi.org/10.1016/j.freeradbiomed.2016.11.028.

Fletcher, Nicole, Zhongliang Jiang, Rouba Ali-Fehmi, Nancy K. Levin, Jimmy Belotte, Michael A. Tainsky, Michael P. Diamond, Husam M. Abu-Soud, and Ghassan M. Saed. "Myeloperoxidase and Free Iron Levels: Potential Biomarkers for Early Detection and Prognosis of Ovarian Cancer." *Cancer Biomarkers* 10 (2012 2011): 267–75. https://doi.org/10.3233/CBM-2012-0255.

Fletcher, Nicole, Memaj, Ira, and Saed, Ghassan. "Talcum Powder Enhances Oxidative Stress in Ovarian Cancer Cells." *Reproductive Sciences*, February 28, 2018. https://doi.org/10.1177/1933719118759999.

Fletcher, NM, and GM Saed. "Talcum Powder Enhances Cancer Antigen 125 Levels in Ovarian Cancer Cells." *Presented at the 65th Meeting of the Society for Reproductive Investigation, San Diego, California*, 2018.

Folkins, Ann K., Elke A. Jarboe, Jonathan L. Hecht, Michael G. Muto, and Christopher P. Crum. "Chapter 24 - Assessing Pelvic Epithelial Cancer Risk and Intercepting Early Malignancy." In *Diagnostic Gynecologic and Obstetric Pathology (Third Edition)*, 844–64. Philadelphia: Content Repository Only!, 2018. https://doi.org/10.1016/B978-0-323-44732-4.00024-8.

Ford, D., D.F. Easton, M. Stratton, S. Narod, D. Goldgar, P. Devilee, D.T. Bishop, et al. "Genetic Heterogeneity and Penetrance Analysis of the BRCA1 and BRCA2 Genes in Breast Cancer Families." *The American Journal of Human Genetics* 62, no. 3 (March 1998): 676–89. https://doi.org/10.1086/301749.

Freedman, Ralph S, Michael Deavers, Jinsong Liu, and Ena Wang. "Peritoneal Inflammation – A Microenvironment for Epithelial Ovarian Cancer (EOC)." *Journal of Translational Medicine* 2, no. 23 (2004). https://doi.org/10.1186/1479-5876-2-23.

Friebel, Tara M., Susan M. Domchek, and Timothy R. Rebbeck. "Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: Systematic Review and Meta-Analysis." *Journal of the National Cancer Institute* 106, no. 6 (June 2014): dju091. https://doi.org/10.1093/jnci/dju091.

Frost, G. "The Latency Period of Mesothelioma among a Cohort of British Asbestos Workers (1978-2005)." *British Journal of Cancer* 109, no. 7 (October 1, 2013): 1965–73. https://doi.org/10.1038/bjc.2013.514.

Galea, Sandro, and Roger D. Vaughan. "Moving Beyond the Cause Constraint: A Public Health of Consequence, May 2018." *American Journal of Public Health* 108, no. 5 (May 2018): 602–3. https://doi.org/10.2105/AJPH.2018.304390.

Gates, Margaret A., Bernard A. Rosner, Jonathan L. Hecht, and Shelley S. Tworoger. "Risk Factors for Epithelial Ovarian Cancer by Histologic Subtype." *American Journal of Epidemiology* 171, no. 1 (January 1, 2010): 45–53. https://doi.org/10.1093/aje/kwp314.

Gates, Margaret A., Shelley S. Tworoger, Kathryn L. Terry, Linda Titus-Ernstoff, Bernard Rosner, Immaculata De Vivo, Daniel W. Cramer, and Susan E. Hankinson. "Talc Use, Variants of the GSTM1, GSTT1, and NAT2 Genes, and Risk of Epithelial Ovarian Cancer." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 17, no. 9 (September 2008): 2436–44. https://doi.org/10.1158/1055-9965.EPI-08-0399.

Genofre, Eduardo H., Francisco S. Vargas, Milena M. P. Acencio, Leila Antonangelo, Lisete R. Teixeira, and Evaldo Marchi. "Talc Pleurodesis: Evidence of Systemic Inflammatory Response to Small Size Talc Particles." *Respiratory Medicine* 103, no. 1 (January 2009): 91–97. https://doi.org/10.1016/j.rmed.2008.07.021.

Germani, D., S. Belli, C. Bruno, M. Grignoli, M. Nesti, R. Pirastu, and P. Comba. "Cohort Mortality Study of Women Compensated for Asbestosis in Italy." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 129–34.

Gertig, D. M., D. J. Hunter, D. W. Cramer, G. A. Colditz, F. E. Speizer, W. C. Willett, and S. E. Hankinson. "Prospective Study of Talc Use and Ovarian Cancer." *Journal of the National Cancer Institute* 92, no. 3 (February 2, 2000): 249–52.

Ghio, Andrew J., Joleen M. Soukup, Lisa A. Dailey, Judy H. Richards, Jennifer L. Turi, Elizabeth N. Pavlisko, and Victor L. Roggli. "Disruption of Iron Homeostasis in Mesothelial Cells after Talc Pleurodesis." *American Journal of Respiratory Cell and Molecular Biology* 46, no. 1 (January 1, 2012): 80–86. https://doi.org/10.1165/rcmb.2011-0168OC.

Gloyne, S. R. "Two Cases of Squamous Carcinoma of the Lung Occurring in Asbestosis." *Tubercle* 17 (1935): 5–10.

Godard, B., W. D. Foulkes, D. Provencher, J. S. Brunet, P. N. Tonin, A. M. Mes-Masson, S. A. Narod, and P. Ghadirian. "Risk Factors for Familial and Sporadic Ovarian Cancer among French Canadians: A Case-Control Study." *American Journal of Obstetrics and Gynecology* 179, no. 2 (August 1998): 403–10.

Gonzalez, Kelly D., Katie A. Noltner, Carolyn H. Buzin, Dongqing Gu, Cindy Y. Wen-Fong, Vu Q. Nguyen, Jennifer H. Han, et al. "Beyond Li Fraumeni Syndrome: Clinical Characteristics of Families with P53 Germline Mutations." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 27, no. 8 (March 10, 2009): 1250–56. https://doi.org/10.1200/JCO.2008.16.6959.

Gonzalez, Nicole L., Katie M. O'Brien, Aimee A. D'Aloisio, Dale P. Sandler, and Clarice R. Weinberg. "Douching, Talc Use, and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 27, no. 6 (2016): 797–802. https://doi.org/10.1097/EDE.0000000000000528.

Goodman, Marc T, Galina Lurie, Pamela J Thompson, Katharine E McDuffie, and Michael E Carney. "Association of Two Common Single-Nucleotide Polymorphisms in the CYP19A1 Locus and Ovarian Cancer Risk." *Endocrine-Related Cancer* 15, no. 4 (December 2008): 1055–60. https://doi.org/10.1677/ERC-08-0104.

Gordon, Ronald E., Sean Fitzgerald, and James Millette. "Asbestos in Commercial Cosmetic Talcum Powder as a Cause of Mesothelioma in Women." *International Journal of Occupational and Environmental Health* 20, no. 4 (October 2014): 318–32. https://doi.org/10.1179/2049396714Y.0000000081.

Graham, J., and R. Graham. "Ovarian Cancer and Asbestos." *Environmental Research* 1, no. 2 (October 1967): 115–28.

Graham, and Jenkins. "Value of Modified Starch as a Substitute for Talc." *Lancet (London, England)* 1, no. 6708 (March 22, 1952): 590–91.

Green, A., D. Purdie, C. Bain, V. Siskind, P. Russell, M. Quinn, and B. Ward. "Tubal Sterilisation, Hysterectomy and Decreased Risk of Ovarian Cancer. Survey of Women's Health Study Group." *International Journal of Cancer. Journal International Du Cancer* 71, no. 6 (June 11, 1997): 948–51.

Grivennikov, Sergei I., Florian R. Greten, and Michael Karin. "Immunity, Inflammation, and Cancer." *Cell* 140, no. 6 (March 19, 2010): 883–99. https://doi.org/10.1016/j.cell.2010.01.025.

Gross, A. J., and P. H. Berg. "A Meta-Analytical Approach Examining the Potential Relationship between Talc Exposure and Ovarian Cancer." *Journal of Exposure Analysis and Environmental Epidemiology* 5, no. 2 (June 1995): 181–95.

Hall, J. M., M. K. Lee, B. Newman, J. E. Morrow, L. A. Anderson, B. Huey, and M. C. King. "Linkage of Early-Onset Familial Breast Cancer to Chromosome 17q21." *Science (New York, N.Y.)* 250, no. 4988 (December 21, 1990): 1684–89.

Halme, J., M. G. Hammond, J. F. Hulka, S. G. Raj, and L. M. Talbert. "Retrograde Menstruation in Healthy Women and in Patients with Endometriosis." *Obstetrics and Gynecology* 64, no. 2 (August 1984): 151–54.

Hamilton, T. C., H. Fox, C. H. Buckley, W. J. Henderson, and K. Griffiths. "Effects of Talc on the Rat Ovary." *British Journal of Experimental Pathology* 65, no. 1 (February 1984): 101–6.

Hankinson, S. E., D. J. Hunter, G. A. Colditz, W. C. Willett, M. J. Stampfer, B. Rosner, C. H. Hennekens, and F. E. Speizer. "Tubal Ligation, Hysterectomy, and Risk of Ovarian Cancer. A Prospective Study." *JAMA* 270, no. 23 (December 15, 1993): 2813–18.

Hannenhalli, Sridhar, and Klaus H. Kaestner. "The Evolution of Fox Genes and Their Role in Development and Disease." *Nature Reviews. Genetics* 10, no. 4 (April 2009): 233–40. https://doi.org/10.1038/nrg2523.

Harlow, B. L., D. W. Cramer, D. A. Bell, and W. R. Welch. "Perineal Exposure to Talc and Ovarian Cancer Risk." *Obstetrics and Gynecology* 80, no. 1 (July 1992): 19–26.

Harlow, B. L., and P. A. Hartge. "A Review of Perineal Talc Exposure and Risk of Ovarian Cancer." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 254–60. https://doi.org/10.1006/rtph.1995.1039.

Harlow, B. L., and N. S. Weiss. "A Case-Control Study of Borderline Ovarian Tumors: The Influence of Perineal Exposure to Talc." *American Journal of Epidemiology* 130, no. 2 (August 1989): 390–94.

Harper, Amy K, and Ghassan Saed. ""Talc Induces a pro-Oxidant State in Normal and Ovarian Cancer Cells through Genetic Point Mutations in Key Redox Enzymes," Accepted for Presentation at SGO Meeting," In Press 2019.

Hartge, P., R. Hoover, L. P. Lesher, and L. McGowan. "Talc and Ovarian Cancer." *JAMA: The Journal of the American Medical Association* 250, no. 14 (October 14, 1983): 1844.

Hasselbalch, Hans Carl. "Chronic Inflammation as a Promotor of Mutagenesis in Essential Thrombocythemia, Polycythemia Vera and Myelofibrosis. A Human Inflammation Model for Cancer Development?" *Leukemia Research* 37, no. 2 (February 2013): 214–20. https://doi.org/10.1016/j.leukres.2012.10.020.

Havrilesky, Laura J., Patricia G. Moorman, William J. Lowery, Jennifer M. Gierisch, Remy R. Coeytaux, Rachel Peragallo Urrutia, Michaela Dinan, et al. "Oral Contraceptive Pills as Primary Prevention for Ovarian Cancer: A Systematic Review and Meta-Analysis." *Obstetrics and Gynecology* 122, no. 1 (July 2013): 139–47. https://doi.org/10.1097/AOG.0b013e318291c235.

Heller, D. S., R. E. Gordon, and N. Katz. "Correlation of Asbestos Fiber Burdens in Fallopian Tubes and Ovarian Tissue." *American Journal of Obstetrics and Gynecology* 181, no. 2 (August 1999): 346–47.

Heller, D. S., R. E. Gordon, C. Westhoff, and S. Gerber. "Asbestos Exposure and Ovarian Fiber Burden." *American Journal of Industrial Medicine* 29, no. 5 (May 1996): 435–39. https://doi.org/10.1002/(SICI)1097-0274(199605)29:5<435::AID-AJIM1>3.0.CO;2-L.

Heller, D. S., C. Westhoff, R. E. Gordon, and N. Katz. "The Relationship between Perineal Cosmetic Talc Usage and Ovarian Talc Particle Burden." *American Journal of Obstetrics and Gynecology* 174, no. 5 (May 1996): 1507–10.

Henderson, W. J., T. C. Hamilton, M. S. Baylis, C. G. Pierrepoint, and K. Griffiths. "The Demonstration of the Migration of Talc from the Vagina and Posterior Uterus to the Ovary in the Rat." *Environmental Research* 40, no. 2 (August 1986): 247–50.

Henderson, W. J., C. A. Joslin, A. C. Turnbull, and K. Griffiths. "Talc and Carcinoma of the Ovary and Cervix." *The Journal of Obstetrics and Gynaecology of the British Commonwealth* 78, no. 3 (March 1971): 266–72.

Hernán, Miguel A. "The C-Word: Scientific Euphemisms Do Not Improve Causal Inference From Observational Data." *American Journal of Public Health* 108, no. 5 (May 2018): 616–19. https://doi.org/10.2105/AJPH.2018.304337.

Hill, Austin Bradford. "The Environment and Disease: Association or Causation?" *Proceedings of the Royal Society of Medicine* 58, no. 5 (May 1965): 295–300.

Hillegass, Jedd M., Arti Shukla, Maximilian B. MacPherson, Jeffrey P. Bond, Chad Steele, and Brooke T. Mossman. "Utilization of Gene Profiling and Proteomics to Determine Mineral

Pathogenicity in a Human Mesothelial Cell Line (LP9/TERT-1)." *Journal of Toxicology and Environmental Health. Part A* 73, no. 5 (January 2010): 423–36. https://doi.org/10.1080/15287390903486568.

Horowitz, Neil S., Austin Miller, Bunja Rungruang, Scott D. Richard, Noah Rodriguez, Michael A. Bookman, Chad A. Hamilton, Thomas C. Krivak, and G. Larry Maxwell. "Does Aggressive Surgery Improve Outcomes? Interaction between Preoperative Disease Burden and Complex Surgery in Patients with Advanced-Stage Ovarian Cancer: An Analysis of GOG 182." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 33, no. 8 (March 10, 2015): 937–43. https://doi.org/10.1200/JCO.2014.56.3106.

Houghton, Serena C., Katherine W. Reeves, Susan E. Hankinson, Lori Crawford, Dorothy Lane, Jean Wactawski-Wende, Cynthia A. Thomson, Judith K. Ockene, and Susan R. Sturgeon. "Perineal Powder Use and Risk of Ovarian Cancer." *Journal of the National Cancer Institute* 106, no. 9 (September 2014). https://doi.org/10.1093/jnci/dju208.

Huncharek, Michael, J. F. Geschwind, and Bruce Kupelnick. "Perineal Application of Cosmetic Talc and Risk of Invasive Epithelial Ovarian Cancer: A Meta-Analysis of 11,933 Subjects from Sixteen Observational Studies." *Anticancer Research* 23, no. 2C (April 2003): 1955–60.

Huncharek, Michael, Joshua Muscat, Adedayo Onitilo, and Bruce Kupelnick. "Use of Cosmetic Talc on Contraceptive Diaphragms and Risk of Ovarian Cancer: A Meta-Analysis of Nine Observational Studies." *European Journal of Cancer Prevention: The Official Journal of the European Cancer Prevention Organisation (ECP)* 16, no. 5 (October 2007): 422–29. https://doi.org/10.1097/01.cej.0000236257.03394.4a.

Hunn, Jessica, and Gustavo C. Rodriguez. "Ovarian Cancer: Etiology, Risk Factors, and Epidemiology." *Clinical Obstetrics and Gynecology* 55, no. 1 (March 2012): 3–23. https://doi.org/10.1097/GRF.0b013e31824b4611.

IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans – IARC : Asbestos," 1977. https://monographs.iarc.fr/iarc-monographs-on-the-evaluation-of-carcinogenic-risks-to-humans-79/.

———. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Volume 58.  Beryllium, Cadmium, Mercury, and Exposures in the Glass Manufacturing Industry," 1993.

———. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans Volume 93 Carbon Black, Titanium Dioxide, and Talc." *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans / World Health Organization, International Agency for Research on Cancer* 93 (2010): 1–413.

———. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Volume 100C," 2012.

———. "IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans: Silica and Some Silicates." IARC, 1987.

———. "IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans.  Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1-42.  Supplement 7," 1987. https://monographs.iarc.fr/wp-content/uploads/2018/06/Suppl7.pdf.

IARC, International Agency for Research on Cancer, and World Health Organization, eds. *Carbon Black, Titanium Dioxide, and Talc*. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, v. 93. Lyon, France : Geneva: International Agency for Research on Cancer ; Distributed by WHO Press, 2010.

"IMERYS 013188," n.d.

"IMERYS 088907 Rio Tinto Minerals HSE&EA Science Advisory Meeting." September 17, 2007.

"IMERYS 284935," n.d.

"IMERYS137677-IMERYS137690," 2004.

"IMERYS209971," 1972.

"IMERYS210136," n.d.

"IMERYS241866," n.d.

"IMERYS248877," n.d.

"IMERYS255101," n.d.

"IMERYS255224," n.d.

"IMERYS255384," n.d.

"IMERYS255394," n.d.

"IMERYS255395," n.d.

"IMERYS279884," n.d.

"IMERYS279968," n.d.

"IMERYS281335," n.d.

"IMERYS281776," n.d.

"IMERYS324700," n.d.

"IMERYS-A_0011817," n.d.

"Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8, no. 19 (2009): 3107–11.

Institute of Medicine (US) Committee on Asbestos: Selected Health Effects. *Asbestos: Selected Cancers*. The National Academies Collection: Reports Funded by National Institutes of Health. Washington (DC): National Academies Press (US), 2006. http://www.ncbi.nlm.nih.gov/books/NBK20332/.

Isaacs, Claudine, and Beth N Peshkin. "Management of Patients at High Risk for Breast and Ovarian Cancer." *UpToDate*, 2018.

Iturralde, M., and P. F. Venter. "Hysterosalpingo-Radionuclide Scintigraphy (HERS)." *Seminars in Nuclear Medicine* 11, no. 4 (October 1981): 301–14.

J. Lightfoot, G.A. Kingston, and F.D. Pooley. "An Examination of Italian Mine Samples and Relevant Powders," 1972.

Jaiswal, M., N. F. LaRusso, L. J. Burgart, and G. J. Gores. "Inflammatory Cytokines Induce DNA Damage and Inhibit DNA Repair in Cholangiocarcinoma Cells by a Nitric Oxide-Dependent Mechanism." *Cancer Research* 60, no. 1 (January 1, 2000): 184–90.

"JANSSEN-000056 P-23 (Pltf_MISC_00000321) Ortho Diaphragm Information," n.d.

Jaurand, M. C. "Mechanisms of Fiber-Induced Genotoxicity." *Environmental Health Perspectives* 105 Suppl 5 (September 1997): 1073–84. https://doi.org/10.1289/ehp.97105s51073.

———. "Particulate-State Carcinogenesis: A Survey of Recent Studies on the Mechanisms of Action of Fibres." *IARC Scientific Publications*, no. 90 (1989): 54–73.

Jaurand, MC. "Mechanisms of Fibre Genotoxicity." In *Mechanisms in Fibre Carcinogenesis*. New York: Plenum Press, 1991.

Jervis, Sarah, Honglin Song, Andrew Lee, Ed Dicks, Jonathan Tyrer, Patricia Harrington, Douglas F. Easton, Ian J. Jacobs, Paul P. D. Pharoah, and Antonis C. Antoniou. "Ovarian Cancer Familial Relative Risks by Tumour Subtypes and by Known Ovarian Cancer Genetic Susceptibility Variants." *Journal of Medical Genetics* 51, no. 2 (February 2014): 108–13. https://doi.org/10.1136/jmedgenet-2013-102015.

Jia, D, Y Nagaoka, S Orsulic, and M Katsumata. "Inflammation Is a Key Contributor to Ovarian Cancer Cell Seeding." *Scientific Reports* 8, no. 12394 (August 17, 2018). https://doi.org/10.1038/s41598-018-30261-8.

Jiang, Zhongliang, Nicole M. Fletcher, Rouba Ali-Fehmi, Michael P. Diamond, Husam M. Abu-Soud, Adnan R. Munkarah, and Ghassan M. Saed. "Modulation of Redox Signaling Promotes Apoptosis in Epithelial Ovarian Cancer Cells." *Gynecologic Oncology* 122, no. 2 (August 2011): 418–23. https://doi.org/10.1016/j.ygyno.2011.04.051.

"JNJ000000704 P-396," n.d.

"JNJ000011150," n.d.

"JNJ000016645," n.d.

"JNJ000019415," n.d.

"JNJ000025132," 1976.

"JNJ000025132," n.d.

"JNJ000026987," n.d.

"JNJ000046293," n.d.

"JNJ000245678," n.d.

"JNJ000245762," n.d.

"JNJ000251888," n.d.

"JNJ000260700," n.d.

"JNJ000261010," n.d.

"JNJ000265536," n.d.

"JNJ000279507," n.d.

"JNJ000348778," n.d.

"JNJ000404860," n.d.

"JNJ000460665," n.d.

"JNJ000526750," n.d.

John M. DeSesso. "Exponent Talc Defense Presentation Toxic Talc?" January 18, 2018.

Jones, Richard E., and Kristin H. Lopez. "Human Reproductive Biology - 4th Edition Chapter 9 - Gamete Transport and Fertilization." In *Human Reproductive Biology*, Third., 159–73. San Diego: Academic Press, 2006. https://doi.org/10.1016/B978-0-12-382184-3.00009-X.

Jordan, SJ, KL Cushing-Haugen, KG Wicklund, JA Doherty, and MA Rossing. "Breast Feeding and Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control : CCC* 23, no. 6 (June 2012): 919–27. https://doi.org/10.1007/s10552-012-9963-4.

Jordan, Susan J., Victor Siskind, Adèle C Green, David C. Whiteman, and Penelope M. Webb. "Breastfeeding and Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control: CCC* 21, no. 1 (January 2010): 109–16. https://doi.org/10.1007/s10552-009-9440-x.

Jordan, Susan J., David C. Whiteman, David M. Purdie, Adèle C. Green, and Penelope M. Webb. "Does Smoking Increase Risk of Ovarian Cancer? A Systematic Review." *Gynecologic Oncology* 103, no. 3 (December 2006): 1122–29. https://doi.org/10.1016/j.ygyno.2006.08.012.

Jurinski, Joseph B., and J. Donald Rimstidt. "Biodurability of Talc." *American Mineralogist* 86, no. 4 (April 2001): 392–99. https://doi.org/10.2138/am-2001-0402.

Kane, AB, P Boffetta, R Saracci, and JD Wilbourn. "Mechanisms of Fibre Carcinogenesis." IARC, 1996.

Kang, N., D. Griffin, and H. Ellis. "The Pathological Effects of Glove and Condom Dusting Powders." *Journal of Applied Toxicology* 12, no. 6 (December 1992): 443–49. https://doi.org/10.1002/jat.2550120614.

Karageorgi, Stalo, Margaret A. Gates, Susan E. Hankinson, and Immaculata De Vivo. "Perineal Use of Talcum Powder and Endometrial Cancer Risk." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 19, no. 5 (May 2010): 1269–75. https://doi.org/10.1158/1055-9965.EPI-09-1221.

Kasper, C. S., and P. J. Chandler. "Possible Morbidity in Women from Talc on Condoms." *JAMA: The Journal of the American Medical Association* 273, no. 11 (March 15, 1995): 846–47.

Kauff, Noah D., Nandita Mitra, Mark E. Robson, Karen E. Hurley, Shaokun Chuai, Deborah Goldfrank, Eve Wadsworth, et al. "Risk of Ovarian Cancer in BRCA1 and BRCA2 Mutation-Negative Hereditary Breast Cancer Families." *Journal of the National Cancer Institute* 97, no. 18 (September 21, 2005): 1382–84. https://doi.org/10.1093/jnci/dji281.

Keskin, Nadi, Yasemin Aktan Teksen, Esra Gürlek Ongun, Yusuf Ozay, and Halil Saygili. "Does Long-Term Talc Exposure Have a Carcinogenic Effect on the Female Genital System of Rats? An Experimental Pilot Study." *Archives of Gynecology and Obstetrics* 280, no. 6 (December 2009): 925–31. https://doi.org/10.1007/s00404-009-1030-3.

Khan, Mohd Imran, AmoghA. Sahasrabuddhe, Govil Patil, Mohd Javed Akhtar, Mohd Ashquin, and Iqbal Ahmad. "Nano-Talc Stabilizes TNF- $\alpha$ m-RNA in Human Macrophages." *Journal of Biomedical Nanotechnology* 7, no. 1 (January 1, 2011): 112–13. https://doi.org/10.1166/jbn.2011.1227.

King, HM. "Talc: The Softest Mineral.," n.d. https://geology.com/minerals/talc.shtml.

King, Talmadge. "Asbestos-Related Pleuropulmonary Disease." Edited by Kevin Flaherty. *UpToDate*, 2018.

Kiraly, Orsolya, Guanyu Gong, Werner Olipitz, Sureshkumar Muthupalani, and Bevin P. Engelward. "Inflammation-Induced Cell Proliferation Potentiates DNA Damage-Induced Mutations In Vivo." *PLoS Genetics*, February 3, 2015. https://doi.org/10.1371/journal.pgen.1004901.

Kissler, Stefan, Ernst Siebzehnruebl, Joachim Kohl, Anja Mueller, Nadja Hamscho, Regine Gaetje, Andre Ahr, Achim Rody, and Manfred Kaufmann. "Uterine Contractility and Directed Sperm Transport Assessed by Hysterosalpingoscintigraphy (HSSG) and Intrauterine Pressure (IUP) Measurement." *Acta Obstetricia Et Gynecologica Scandinavica* 83, no. 4 (April 2004): 369–74.

Klampfer, Lidija. "Cytokines, Inflammation and Colon Cancer." *Current Cancer Drug Targets* 11, no. 4 (May 2011): 451–64.

Knudson, A. G. "Mutation and Cancer: Statistical Study of Retinoblastoma." *Proceedings of the National Academy of Sciences of the United States of America* 68, no. 4 (April 1971): 820–23.

Kunz, G., D. Beil, H. Deiniger, A. Einspanier, G. Mall, and G. Leyendecker. "The Uterine Peristaltic Pump. Normal and Impeded Sperm Transport within the Female Genital Tract." *Advances in Experimental Medicine and Biology* 424 (1997): 267–77.

Kurman, Robert J., and Ie-Ming Shih. "Molecular Pathogenesis and Extraovarian Origin of Epithelial Ovarian Cancer. Shifting the Paradigm." *Human Pathology* 42, no. 7 (July 2011): 918–31. https://doi.org/10.1016/j.humpath.2011.03.003.

———. "The Dualistic Model of Ovarian Carcinogenesis." *The American Journal of Pathology* 186, no. 4 (April 1, 2016): 733–47. https://doi.org/10.1016/j.ajpath.2015.11.011.

———. "The Origin and Pathogenesis of Epithelial Ovarian Cancer: A Proposed Unifying Theory." *The American Journal of Surgical Pathology* 34, no. 3 (March 2010): 433–43. https://doi.org/10.1097/PAS.0b013e3181cf3d79.

Kurta, Michelle L., Kirsten B. Moysich, Joel L. Weissfeld, Ada O. Youk, Clareann H. Bunker, Robert P. Edwards, Francesmary Modugno, Roberta B. Ness, and Brenda Diergaarde. "Use of Fertility

Drugs and Risk of Ovarian Cancer: Results from a US-Based Case-Control Study." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 21, no. 8 (August 2012): 1282–92. https://doi.org/10.1158/1055-9965.EPI-12-0426.

La Vecchia. "Ovarian Cancer: Epidemiology and Risk Factors." *European Journal of Cancer Prevention* 26 (2017): 55–62.

Lancaster, Johnathan M., C. Bethan Powell, Lee-may Chen, and Debra L. Richardson. "Society of Gynecologic Oncology Statement on Risk Assessment for Inherited Gynecologic Cancer Predispositions." *Gynecologic Oncology* 136, no. 1 (January 2015): 3–7. https://doi.org/10.1016/j.ygyno.2014.09.009.

Landen, Charles N., Michael J. Birrer, and Anil K. Sood. "Early Events in the Pathogenesis of Epithelial Ovarian Cancer." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 26, no. 6 (February 20, 2008): 995–1005. https://doi.org/10.1200/JCO.2006.07.9970.

Langseth, H., S. E. Hankinson, J. Siemiatycki, and E. Weiderpass. "Perineal Use of Talc and Risk of Ovarian Cancer." *Journal of Epidemiology and Community Health* 62, no. 4 (April 2008): 358–60. https://doi.org/10.1136/jech.2006.047894.

Langseth, H., B.V. Johansen, J.M. Nesland, and K. Kjaerheim. "Asbestos Fibers in Ovarian Tissue from Norwegian Pulp and Paper Workers." *International Journal of Gynecological Cancer* 17, no. 1 (January 2007): 44–49. https://doi.org/10.1111/j.1525-1438.2006.00768.x.

Langseth, Hilde, and Kristina Kjaerheim. "Ovarian Cancer and Occupational Exposure among Pulp and Paper Employees in Norway." *Scandinavian Journal of Work, Environment & Health* 30, no. 5 (October 2004): 356–61.

Lanphear, B. P., and C. R. Buncher. "Latent Period for Malignant Mesothelioma of Occupational Origin." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 34, no. 7 (July 1992): 718–21.

Lee, Jennifer S., Esther M. John, Valerie McGuire, Anna Felberg, Kimberly L. Ostrow, Richard A. DiCioccio, Frederick P. Li, Alexander Miron, Dee W. West, and Alice S. Whittemore. "Breast and Ovarian Cancer in Relatives of Cancer Patients, with and without BRCA Mutations." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 15, no. 2 (February 2006): 359–63. https://doi.org/10.1158/1055-9965.EPI-05-0687.

Levanon, Keren, Christopher Crum, and Ronny Drapkin. "New Insights Into the Pathogenesis of Serous Ovarian Cancer and Its Clinical Impact." *Journal of Clinical Oncology* 26, no. 32 (November 10, 2008): 5284–93. https://doi.org/10.1200/JCO.2008.18.1107.

Levy-Lahad, E., and E. Friedman. "Cancer Risks among BRCA1 and BRCA2 Mutation Carriers." *British Journal of Cancer* 96, no. 1 (January 15, 2007): 11–15. https://doi.org/10.1038/sj.bjc.6603535.

Lin, Hui-Wen, Ying-Yueh Tu, Shiyng Yu Lin, Wei-Ju Su, Wei Li Lin, Wei Zer Lin, Shen-Chi Wu, and Yuen-Liang Lai. "Risk of Ovarian Cancer in Women with Pelvic Inflammatory Disease: A Population-Based Study." *The Lancet. Oncology* 12, no. 9 (September 2011): 900–904. https://doi.org/10.1016/S1470-2045(11)70165-6.

Liou, Geou-Yarh, and Peter Storz. "Reactive Oxygen Species in Cancer." *Free Radical Research* 44, no. 5 (May 2010): 476–96. https://doi.org/10.3109/10715761003667554.

Liu, D. T., and A. Hitchcock. "Endometriosis: Its Association with Retrograde Menstruation, Dysmenorrhoea and Tubal Pathology." *British Journal of Obstetrics and Gynaecology* 93, no. 8 (August 1986): 859–62.

Lo-Ciganic, Wei-Hsuan, Janice C. Zgibor, Clareann H. Bunker, Kirsten B. Moysich, Robert P. Edwards, and Roberta B. Ness. "Aspirin, Nonaspirin Nonsteroidal Anti-Inflammatory Drugs, or Acetaminophen and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 23, no. 2 (March 2012): 311–19. https://doi.org/10.1097/EDE.0b013e3182456ad3.

Lockey, J. E. "Nonasbestos Fibrous Minerals." *Clinics in Chest Medicine* 2, no. 2 (May 1981): 203–18.

"Longo - Feb 2018 MAS Report," 2018.

Longo, D. L., and R. C. Young. "Cosmetic Talc and Ovarian Cancer." *Lancet* 2, no. 8138 (August 18, 1979): 349–51.

Longo, William E., and Mark W. Rigler. "Analysis of Johnson & Johnson Baby Powder & Valiant Shower to Shower Products for Amphibole (Tremolite) Asbestos," August 2, 2017.

Longo, William E., and Rigler, Mark W. "MAS Project #14-1683, Analysis of William E. Longo, PhD and Mark W. Rigler, PhD," April 28, 2017.

———. "TEM Analysis of Historical 1978 Johnson's Baby Powder Sample for Amphibole Asbestos," February 16, 2018.

Longo, William E., and Mark W. Rigler. "The Analysis of Johnson & Johnson's Historical Baby Powder & Shower to Shower Products from the 1960's to the Early 1990's for Amphibole Asbestos," November 14, 2018.

Longo, William E., Mark W. Rigler, and William B. Egeland. "Below the Waist Application of Johnson & Johnson Baby Powder." Materials Analytical Service, LLC, September 2017.

Luan, Nan-Nan, Qi-Jun Wu, Ting-Ting Gong, Emily Vogtmann, Yong-Lai Wang, and Bei Lin. "Breastfeeding and Ovarian Cancer Risk: A Meta-Analysis of Epidemiologic Studies1234." *The American Journal of Clinical Nutrition* 98, no. 4 (October 2013): 1020–31. https://doi.org/10.3945/ajcn.113.062794.

Lundin, Eva, Laure Dossus, Tess Clendenen, Vittorio Krogh, Kjell Grankvist, Marianne Wulff, Sabina Sieri, et al. "C-Reactive Protein and Ovarian Cancer: A Prospective Study Nested in Three Cohorts (Sweden, USA, Italy)." *Cancer Causes & Control: CCC* 20, no. 7 (September 2009): 1151–59. https://doi.org/10.1007/s10552-009-9330-2.

Madsen, Cecilie, Louise Baandrup, Christian Dehlendorff, and Susanne K. Kjaer. "Tubal Ligation and Salpingectomy and the Risk of Epithelial Ovarian Cancer and Borderline Ovarian Tumors: A Nationwide Case-Control Study." *Acta Obstetricia Et Gynecologica Scandinavica* 94, no. 1 (January 2015): 86–94. https://doi.org/10.1111/aogs.12516.

Magnani, C., D. Ferrante, F. Barone-Adesi, M. Bertolotti, A. Todesco, D. Mirabelli, and B. Terracini. "Cancer Risk after Cessation of Asbestos Exposure: A Cohort Study of Italian Asbestos Cement Workers." *Occupational and Environmental Medicine* 65, no. 3 (March 2008): 164–70. https://doi.org/10.1136/oem.2007.032847.

Mäki-Nevala, Satu, Virinder Kaur Sarhadi, Aija Knuuttila, Ilari Scheinin, Pekka Ellonen, Sonja Lagström, Mikko Rönty, et al. "Driver Gene and Novel Mutations in Asbestos-Exposed Lung Adenocarcinoma and Malignant Mesothelioma Detected by Exome Sequencing." *Lung* 194, no. 1 (February 2016): 125–35. https://doi.org/10.1007/s00408-015-9814-7.

Mallen, Adrianne R., Mary K. Townsend, and Shelley S. Tworoger. "Risk Factors for Ovarian Carcinoma." *Hematology/Oncology Clinics of North America*, September 2018. https://doi.org/10.1016/j.hoc.2018.07.002.

Mannino, David M. "Cigarette Smoking and Other Possible Risk Factors for Lung Cancer." *UpToDate*, 2018.

McCullough, Marie. "Condom Makers Stop Using Talc." *Asbury Park Press*. January 16, 1996.

———. "Women's Health Concerns Prompt Condom Makers to Stop Using Talc." *Jersey Journal*. April 17, 1996, City Edition edition.

McLaughlin-Drubin, Margaret E., and Karl Munger. "Viruses Associated with Human Cancer." *Biochimica et Biophysica Acta* 1782, no. 3 (March 2008): 127–50. https://doi.org/10.1016/j.bbadis.2007.12.005.

McLemore, Miaskowski, Chen Aouizerat, and Dodd. "Epidemiological and Genetic Factors Associated With Ovarian Cancer." *Cancer Nursing* 32, no. 4 (2009): 281–88.

Melaiu, Ombretta, Federica Gemignani, and Stefano Landi. "The Genetic Susceptibility in the Development of Malignant Pleural Mesothelioma." *Journal of Thoracic Disease* 10, no. Suppl 2 (January 2018): S246–52. https://doi.org/10.21037/jtd.2017.10.41.

Meng, Qingsong, Weixue Sun, John Jiang, Nicole M. Fletcher, Michael P. Diamond, and Ghassan M. Saed. "Identification of Common Mechanisms between Endometriosis and Ovarian Cancer." *Journal of Assisted Reproduction and Genetics* 28 (2011): 917–23.

Merritt, Melissa A., Adèle C. Green, Christina M. Nagle, Penelope M. Webb, Australian Cancer Study (Ovarian Cancer), and Australian Ovarian Cancer Study Group. "Talcum Powder, Chronic Pelvic Inflammation and NSAIDs in Relation to Risk of Epithelial Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 122, no. 1 (January 1, 2008): 170–76. https://doi.org/10.1002/ijc.23017.

Miller, Diane M, and Jessica N. McAlpine. "Opportunistic Salpingectomy for Ovarian, Fallopian Tubal, and Peritoneal Carcinoma Risk Reduction." *UpToDate*, 2018.

Mills, Paul K., Deborah G. Riordan, Rosemary D. Cress, and Heather A. Young. "Perineal Talc Exposure and Epithelial Ovarian Cancer Risk in the Central Valley of California." *International Journal of Cancer. Journal International Du Cancer* 112, no. 3 (November 10, 2004): 458–64. https://doi.org/10.1002/ijc.20434.

Milne, R. L., and A. C. Antoniou. "Genetic Modifiers of Cancer Risk for BRCA1 and BRCA2 Mutation Carriers." *Annals of Oncology: Official Journal of the European Society for Medical Oncology* 22 Suppl 1 (January 2011): i11-17. https://doi.org/10.1093/annonc/mdq660.

Milne, Roger L., and Antonis C. Antoniou. "Modifiers of Breast and Ovarian Cancer Risks for BRCA1 and BRCA2 Mutation Carriers." *Endocrine-Related Cancer* 23, no. 10 (2016): T69-84. https://doi.org/10.1530/ERC-16-0277.

Moller, Danielsen, and Roursgaard Jantzen. "Oxidatively Damaged DNA in Animals Exposed to Particles." *Critical Reviews in Toxicology* 43, no. 2 (2013): 96–118.

Moon, Min Chaul, Jung Duck Park, Byung Soon Choi, So Young Park, Dong Won Kim, Yong Hyun Chung, Naomi Hisanaga, and Il Je Yu. "Risk Assessment of Baby Powder Exposure through Inhalation." *Toxicological Research* 27, no. 3 (September 2011): 137–41. https://doi.org/10.5487/TR.2011.27.3.137.

Moorman, Patricia G. "Scientific Review of the Epidemiologic Evidence on Talc Use and Ovarian Cancer," February 2018.

Moorman, Patricia G., Rachel T. Palmieri, Lucy Akushevich, Andrew Berchuck, and Joellen M. Schildkraut. "Ovarian Cancer Risk Factors in African-American and White Women." *American Journal of Epidemiology* 170, no. 5 (September 1, 2009): 598–606. https://doi.org/10.1093/aje/kwp176.

17

Mostafa, S. A., C. B. Bargeron, R. W. Flower, N. B. Rosenshein, T. H. Parmley, and J. D. Woodruff. "Foreign Body Granulomas in Normal Ovaries." *Obstetrics and Gynecology* 66, no. 5 (November 1985): 701–2.

Murphy, Megan A., Britton Trabert, Hannah P. Yang, Yikyung Park, Louise A. Brinton, Patricia Hartge, Mark E. Sherman, Albert Hollenbeck, and Nicolas Wentzensen. "Non-Steroidal Anti-Inflammatory Drug Use and Ovarian Cancer Risk: Findings from the NIH-AARP Diet and Health Study and Systematic Review." *Cancer Causes & Control : CCC* 23, no. 11 (November 2012): 1839–52. https://doi.org/10.1007/s10552-012-0063-2.

Muscat, J. E., and M. S. Huncharek. "Causation and Disease: Biomedical Science in Toxic Tort Litigation." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 31, no. 12 (December 1989): 997–1002.

Nadler, Diana L., and Igor G. Zurbenko. "Estimating Cancer Latency Times Using a Weibull Model," 2014, 8.

Narod, Steven A. "Talc and Ovarian Cancer." *Gynecologic Oncology* 141, no. 3 (2016): 410–12. https://doi.org/10.1016/j.ygyno.2016.04.011.

National Cancer Institute, Surveillance, Epidemiology, and End Results Program. "Cancer Stat Facts: Ovarian Cancer," 2018. https://seer.cancer.gov/statfacts/html/ovary.html.

"National Toxicology Program (NTP) Technical Report (NTP TR 421) on the Toxicology and Carcinogenesis Studies of Talc in F344/N Rats and B6C3F1 Mice." National Institutes of Health, 1993.

Nelson, Heather H., and Karl T. Kelsey. "The Molecular Epidemiology of Asbestos and Tobacco in Lung Cancer." *Oncogene* 21, no. 48 (October 21, 2002): 7284–88. https://doi.org/10.1038/sj.onc.1205804.

Ness, R. B., and C. Cottreau. "Possible Role of Ovarian Epithelial Inflammation in Ovarian Cancer." *JNCI Journal of the National Cancer Institute* 91, no. 17 (September 1, 1999): 1459–67. https://doi.org/10.1093/jnci/91.17.1459.

Ness, R. B., J. A. Grisso, C. Cottreau, J. Klapper, R. Vergona, J. E. Wheeler, M. Morgan, and J. J. Schlesselman. "Factors Related to Inflammation of the Ovarian Epithelium and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 11, no. 2 (March 2000): 111–17.

Ness, Roberta B., Daniel W. Cramer, Marc T. Goodman, Susanne Krüger Kjaer, Kathy Mallin, Berit Jul Mosgaard, David M. Purdie, Harvey A. Risch, Ronald Vergona, and Anna H. Wu. "Infertility, Fertility Drugs, and Ovarian Cancer: A Pooled Analysis of Case-Control Studies." *American Journal of Epidemiology* 155, no. 3 (February 1, 2002): 217–24.

Neutra, Raymond Richard, Carl F. Cranor, and David Gee. "The Use and Misuse of Bradford Hill in U.S. Tort Law." *Jurimetrics J.*, 2018, 127–62.

Newhouse, M. L., G. Berry, J. C. Wagner, and M. E. Turok. "A Study of the Mortality of Female Asbestos Workers." *British Journal of Industrial Medicine* 29, no. 2 (April 1972): 134–41.

Nick, Alpa M., Robert L. Coleman, Pedro T. Ramirez, and Anil K. Sood. "A Framework for a Personalized Surgical Approach to Ovarian Cancer." *Nature Reviews. Clinical Oncology* 12, no. 4 (April 2015): 239–45. https://doi.org/10.1038/nrclinonc.2015.26.

NIOSH. "Asbestos Fibers and Other Elongated Mineral Particles: State of the Science and Roadmap for Research (Revised Draft)," January 2009.

———. "Fiber Exposure during Use of Baby Powders, Report No. IWS-36-6.," July 1972. https://www.cdc.gov/niosh/nioshtic-2/00106056.html.

"NIOSH 2011 Current Intelligence Bulletin No. 62," 2011.

"NIOSHTIC-2 Publications Search - 00106056 - Fiber Exposure during Use of Baby Powders, Report No. IWS-36-6." Accessed August 16, 2018. https://www.cdc.gov/niosh/nioshtic-2/00106056.html.

"NIOSHTIC-2 Publications Search - 00106056 - Fiber .Pdf," n.d.

Norquist, Barbara M., Maria I. Harrell, Mark F. Brady, Tom Walsh, Ming K. Lee, Suleyman Gulsuner, Sarah S. Bernards, et al. "Inherited Mutations in Women With Ovarian Carcinoma." *JAMA Oncology* 2, no. 4 (April 2016): 482–90. https://doi.org/10.1001/jamaoncol.2015.5495.

NTP. "NTP Technical Report on the Toxicology and Carcinogenesis Studies of Benzophenone (CAS No. 119-61-9) In F344/N Rats and B6C3F1 Mice," February 2006.

"NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)(NonAsbestiform) in F344/N.Rats and B6C3Fl Mice (Inhalation Studies)," 1993.

Oberdörster, Günter, Eva Oberdörster, and Jan Oberdörster. "Nanotoxicology: An Emerging Discipline Evolving from Studies of Ultrafine Particles." *Environmental Health Perspectives* 113, no. 7 (July 2005): 823–39. https://doi.org/10.1289/ehp.7339.

Okada, Futoshi. "Beyond Foreign-Body-Induced Carcinogenesis: Impact of Reactive Oxygen Species Derived from Inflammatory Cells in Tumorigenic Conversion and Tumor Progression." *International Journal of Cancer* 121, no. 11 (December 1, 2007): 2364–72. https://doi.org/10.1002/ijc.23125.

Paoletti, L., S. Caiazza, G. Donelli, and F. Pocchiari. "Evaluation by Electron Microscopy Techniques of Asbestos Contamination in Industrial, Cosmetic, and Pharmaceutical Talcs." *Regulatory Toxicology and Pharmacology: RTP* 4, no. 3 (September 1984): 222–35.

Park, Hyo K., Joellen M. Schildkraut, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa Bondy, Sydnee Crankshaw, et al. "Benign Gynecologic Conditions Are Associated with Ovarian Cancer Risk in African-American Women: A Case–Control Study." *Cancer Causes & Control*, September 29, 2018. https://doi.org/10.1007/s10552-018-1082-4.

Parmar, M. K. B., J. A. Ledermann, N. Colombo, A. du Bois, J.-F. Delaloye, G. B. Kristensen, S. Wheeler, et al. "Paclitaxel plus Platinum-Based Chemotherapy versus Conventional Platinum-Based Chemotherapy in Women with Relapsed Ovarian Cancer: The ICON4/AGO-OVAR-2.2 Trial." *Lancet (London, England)* 361, no. 9375 (June 21, 2003): 2099–2106.

Parmley, T. H., and J. D. Woodruff. "The Ovarian Mesothelioma." *American Journal of Obstetrics and Gynecology* 120, no. 2 (September 15, 1974): 234–41.

*Pathology of Asbestos-Associated Diseases*, 2011. http://www.springer.com/medicine/pathology/book/978-1-4419-1894-9.

"PCPC_MDL00062175," May 25, 1999.

Pearce, Celeste Leigh, Claire Templeman, Mary Anne Rossing, Alice Lee, Aimee M Near, Penelope M Webb, Christina M Nagle, et al. "Association between Endometriosis and Risk of Histological Subtypes of Ovarian Cancer: A Pooled Analysis of Case–Control Studies." *The Lancet Oncology* 13, no. 4 (April 2012): 385–94. https://doi.org/10.1016/S1470-2045(11)70404-1.

Pejovic, Tanja, and Farr Nezhat. "Missing Link: Inflammation and Ovarian Cancer." *The Lancet. Oncology* 12, no. 9 (September 2011): 833–34. https://doi.org/10.1016/S1470-2045(11)70203-0.

Pelling, D., and J. G. Evans. "Long-Term Peritoneal Tissue Response in Rats to Mould-Release Agents and Lubricant Powder Used on Surgeons' Gloves." *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 24, no. 5 (May 1986): 425–30.

Penninkilampi, Ross, and Guy D. Eslick. "Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis." *Epidemiology (Cambridge, Mass.)* 29, no. 1 (January 2018): 41–49. https://doi.org/10.1097/EDE.0000000000000745.

Peshkin, B., and et al. "Genetic Counseling and Testing for Hereditary Breast and Ovarian Cancer - UpToDate," 2018. https://www.uptodate.com/contents/genetic-counseling-and-testing-for-hereditary-breast-and-ovarian-cancer?search=Genetic%20counseling%20and%20testing%20for%20hereditary%20breast%20and%20ovarian%20cancer&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

———. "Overview of Hereditary Breast and Ovarian Cancer Syndromes - UpToDate," 2018. https://www.uptodate.com/contents/overview-of-hereditary-breast-and-ovarian-cancer-syndromes?search=Overview%20of%20hereditary%20breast%20and%20ovarian%20cancer%20syndromes&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

———. "Prevalence of BRCA1 and BRCA2 Mutations and Associated Cancer Risks - UpToDate," 2018. https://www.uptodate.com/contents/prevalence-of-brca1-and-brca2-mutations-and-associated-cancer-risks?search=prevalence-of-brca1-and-brca2-mu%E2%80%A6search_result%26selectedTitle%3D1~73%26usage_type%3Ddefault%26display_rank%3D1&source=search_result&selectedTitle=2~150&usage_type=default&display_rank=2.

Phillips, J. C., P. J. Young, K. Hardy, and S. D. Gangolli. "Studies on the Absorption and Disposition of 3H-Labelled Talc in the Rat, Mouse, Guinea-Pig and Rabbit." *Food and Cosmetics Toxicology* 16, no. 2 (April 1978): 161–63.

Pira, E, C Pelucchi, L Buffoni, A Palmas, M Turbiglio, E Negri, P G Piolatto, and C La Vecchia. "Cancer Mortality in a Cohort of Asbestos Textile Workers." *British Journal of Cancer* 92, no. 3 (February 2005): 580–86. https://doi.org/10.1038/sj.bjc.6602240.

Pira, Enrico, Canzio Romano, Francesco S. Violante, Andrea Farioli, Giovanna Spatari, Carlo La Vecchia, and Paolo Boffetta. "Updated Mortality Study of a Cohort of Asbestos Textile Workers." *Cancer Medicine* 5, no. 9 (2016): 2623–28. https://doi.org/10.1002/cam4.824.

"Pltf_MISC_00000272 (JANSSEN-000001-19)," 1962.

Porro, F. W., and N. M. Levine. "Pathology of Talc Pneumoconiosis with Report of an Autopsy." *Northern New York Medical Journal* 3 (April 1946): 23–25.

Pott, R., and K. H. Friedrichs. "Tumors in Rats Following i.p. Injection of Fiberform Dusts." *Naturwissenschaften* 59 (n.d.): 318–24.

Prat, Jaime, and FIGO Committee on Gynecologic Oncology. "Abridged Republication of FIGO's Staging Classification for Cancer of the Ovary, Fallopian Tube, and Peritoneum." *Cancer* 121, no. 19 (October 1, 2015): 3452–54. https://doi.org/10.1002/cncr.29524.

Pukkala, Eero, Jan Ivar Martinsen, Elsebeth Lynge, Holmfridur Kolbrun Gunnarsdottir, Pär Sparén, Laufey Tryggvadottir, Elisabete Weiderpass, and Kristina Kjaerheim. "Occupation and Cancer - Follow-up of 15 Million People in Five Nordic Countries." *Acta Oncologica (Stockholm, Sweden)* 48, no. 5 (2009): 646–790. https://doi.org/10.1080/02841860902913546.

Purdie, D., A. Green, C. Bain, V. Siskind, B. Ward, N. Hacker, M. Quinn, G. Wright, P. Russell, and B. Susil. "Reproductive and Other Factors and Risk of Epithelial Ovarian Cancer: An Australian Case-Control Study. Survey of Women's Health Study Group." *International Journal of Cancer. Journal International Du Cancer* 62, no. 6 (September 15, 1995): 678–84.

Purdie, David M., Christopher J. Bain, Victor Siskind, Penelope M. Webb, and Adèle C. Green. "Ovulation and Risk of Epithelial Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 104, no. 2 (March 20, 2003): 228–32. https://doi.org/10.1002/ijc.10927.

Radic, I, I Vucak, J Milosevic, A Marusic, S Vukicevic, and M Marusic. "Immunosuppression Induced by Talc Granulomatosis in the Rat." *Clinical and Experimental Immunology* 73, no. 2 (August 1988): 316–21.

Ramus, Susan J., Antonis C. Antoniou, Karoline B. Kuchenbaecker, Penny Soucy, Jonathan Beesley, Xiaoqing Chen, Lesley McGuffog, et al. "Ovarian Cancer Susceptibility Alleles and Risk of Ovarian Cancer in BRCA1 and BRCA2 Mutation Carriers." *Human Mutation* 33, no. 4 (April 2012): 690–702. https://doi.org/10.1002/humu.22025.

Rasool, Nabila, Amanda Nickles Fader, Leigh Seamon, Nikki L. Neubauer, Fadi Abu Shahin, Heather A. Alexander, Kathleen Moore, et al. "Stage I, Grade 3 Endometrioid Adenocarcinoma of the Endometrium: An Analysis of Clinical Outcomes and Patterns of Recurrence." *Gynecologic Oncology* 116, no. 1 (January 2010): 10–14. https://doi.org/10.1016/j.ygyno.2009.10.043.

Rayburn, Elizabeth R., Scharri J. Ezell, and Ruiwen Zhang. "Anti-Inflammatory Agents for Cancer Therapy." *Molecular and Cellular Pharmacology* 1, no. 1 (2009): 29–43. https://doi.org/10.4255/mcpharmacol.09.05.

Rebbeck, Timothy R., Nandita Mitra, Fei Wan, Olga M. Sinilnikova, Sue Healey, Lesley McGuffog, Sylvie Mazoyer, et al. "Association of Type and Location of BRCA1 and BRCA2 Mutations with Risk of Breast and Ovarian Cancer." *JAMA* 313, no. 13 (April 7, 2015): 1347–61. https://doi.org/10.1001/jama.2014.5985.

"Reference Manual on Scientific Evidence" Third Edition (2011).

Reid, A., J. Heyworth, N. de Klerk, and A. W. Musk. "The Mortality of Women Exposed Environmentally and Domestically to Blue Asbestos at Wittenoom, Western Australia." *Occupational and Environmental Medicine* 65, no. 11 (November 2008): 743–49. https://doi.org/10.1136/oem.2007.035782.

Reid, A., N. de Klerk, and A. W. Musk. "Does Exposure to Asbestos Cause Ovarian Cancer? A Systematic Literature Review and Meta-Analysis." *Cancer Epidemiology Biomarkers & Prevention* 20, no. 7 (July 1, 2011): 1287–95. https://doi.org/10.1158/1055-9965.EPI-10-1302.

Reid, A., N. H. de Klerk, C. Magnani, D. Ferrante, G. Berry, A. W. Musk, and E. Merler. "Mesothelioma Risk after 40 Years since First Exposure to Asbestos: A Pooled Analysis." *Thorax* 69, no. 9 (September 2014): 843–50. https://doi.org/10.1136/thoraxjnl-2013-204161.

Reid, Alison, Amanda Segal, Jane S. Heyworth, Nicholas H. de Klerk and Arthur W. Musk. "Gynecologic and Breast Cancers in Women after Exposure to Blue Asbestos at Wittenoom." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 18, no. 1 (January 2009): 140–47. https://doi.org/10.1158/1055-9965.EPI-08-0746.

Reid, Brett M., Jennifer B. Permuth, and Thomas A. Sellers. "Epidemiology of Ovarian Cancer: A Review." *Cancer Biology & Medicine* 14, no. 1 (February 2017): 9–32. https://doi.org/10.20892/j.issn.2095-3941.2016.0084.

Reuter, Simone, Subash C. Gupta, Madan M. Chaturvedi, and Bharat B. Aggarwal. "Oxidative Stress, Inflammation, and Cancer: How Are They Linked?" *Free Radical Biology and Medicine* 49, no. 11 (December 1, 2010): 1603–16.

Rice, Megan S., Susan E. Hankinson, and Shelley S. Tworoger. "Tubal Ligation, Hysterectomy, Unilateral Oophorectomy, and Risk of Ovarian Cancer in the Nurses' Health Studies." *Fertility and Sterility* 102, no. 1 (July 2014): 192-198.e3. https://doi.org/10.1016/j.fertnstert.2014.03.041.

Ring, Kari L., Christine Garcia, Martha H. Thomas, and Susan C. Modesitt. "Current and Future Role of Genetic Screening in Gynecologic Malignancies." *American Journal of Obstetrics and Gynecology* 217, no. 5 (2017): 512–21. https://doi.org/10.1016/j.ajog.2017.04.011.

Riska, A., J. I. Martinsen, K. Kjaerheim, E. Lynge, P. Sparen, L. Tryggvadottir, E. Weiderpass, and E. Pukkala. "Occupation and Risk of Primary Fallopian Tube Carcinoma in Nordic Countries." *International Journal of Cancer* 131, no. 1 (July 1, 2012): 186–92. https://doi.org/10.1002/ijc.26337.

Roggli, Victor L., Robin T. Vollmer, Kelly J. Butnor, and Thomas A. Sporn. "Tremolite and Mesothelioma." *Annals of Occupational Hygiene* 46, no. 5 (July 1, 2002): 447–53. https://doi.org/10.1093/annhyg/mef056.

Rohl, A. N. "Asbestos in Talc." *Environmental Health Perspectives* 9 (December 1974): 129–32.

Rohl, A. N., A. M. Langer, I. J. Selikoff, A. Tordini, R. Klimentidis, D. R. Bowes, and D. L. Skinner. "Consumer Talcums and Powders: Mineral and Chemical Characterization." *Journal of Toxicology and Environmental Health* 2, no. 2 (November 1976): 255–84. https://doi.org/10.1080/15287397609529432.

Roodhouse Gloyne, S. "Two Cases of Squamous Carcinoma of the Lung Occurring in Asbestosis." *Tubercle* 17, no. 1 (October 1935): 5-IN2. https://doi.org/10.1016/S0041-3879(35)80795-2.

Rosalind A. Eeles, Christine D. Berg, and Jeffery S. Tobias. *Cancer Prevention and Screening: Concepts, Principles and Controversies*. 1st ed. Accessed August 21, 2018. https://www.wiley.com/en-us/Cancer+Prevention+and+Screening%3A+Concepts%2C+Principles+and+Controversies-p-9781118990872.

Rosenblatt, K. A., M. Szklo, and N. B. Rosenshein. "Mineral Fiber Exposure and the Development of Ovarian Cancer." *Gynecologic Oncology* 45, no. 1 (April 1992): 20–25.

Rosenblatt, Karin A., Noel S. Weiss, Kara L. Cushing-Haugen, Kristine G. Wicklund, and Mary Anne Rossing. "Genital Powder Exposure and the Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control: CCC* 22, no. 5 (May 2011): 737–42. https://doi.org/10.1007/s10552-011-9746-3.

Rösler, J. A., H. J. Woitowitz, H. J. Lange, R. H. Woitowitz, K. Ulm, and K. Rödelsperger. "Mortality Rates in a Female Cohort Following Asbestos Exposure in Germany." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 36, no. 8 (August 1994): 889–93.

Ross, M. "Geology, Asbestos, and Health." *Environmental Health Perspectives* 9 (December 1974): 123–24.

Rothman, Kenneth J., Sander Greenland, and Timothy L. Lash. *Modern Epidemiology*. Lippincott Williams & Wilkins, 2008.

Saed, Ghassan M., Rouba Ali-Fehmi, Zhong L. Jiang, Nicole M. Fletcher, Michael P. Diamond, Husam M. Abu-Soud, and Adnan R. Munkarah. "Myeloperoxidase Serves as a Redox Switch That Regulates Apoptosis in Epithelial Ovarian Cancer." *Gynecologic Oncology* 116, no. 2 (February 2010): 276–81. https://doi.org/10.1016/j.ygyno.2009.11.004.

Saed, Ghassan M., Michael P. Diamond, and Nicole M. Fletcher. "Updates of the Role of Oxidative Stress in the Pathogenesis of Ovarian Cancer." *Gynecologic Oncology* 145, no. 3 (June 2017): 595–602. https://doi.org/10.1016/j.ygyno.2017.02.033.

Saed, Ghassan M., Nicole M. Fletcher, Michael P. Diamond, Robert T. Morris, Nardhy Gomez-Lopez, and Ira Memaj. "Novel Expression of CD11b in Epithelial Ovarian Cancer: Potential Therapeutic Target." *Gynecologic Oncology* 148, no. 3 (2018): 567–75. https://doi.org/10.1016/j.ygyno.2017.12.018.

Saed, Ghassan M., Robert T. Morris, and Nicole M. Fletcher. *New Insights into the Pathogenesis of Ovarian Cancer: Oxidative Stress*, 2018.

Schenken, Robert S. "Endometriosis: Pathogenesis, Clinical Features, and Diagnosis." *UpToDate*, 2018.

Schildkraut, Joellen M., Sarah E. Abbott, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa L. Bondy, Michele L. Cote, et al. "Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES)." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25, no. 10 (2016): 1411–17. https://doi.org/10.1158/1055-9965.EPI-15-1281.

"SEER Cancer Statistics Review, 1975-2015, National Cancer Institute, Bethesda, MD, Based on November 2017 SEER Data Submission, Posted to the SEER Web Site," April 2018. https://Seer.cancer.gov/csr/1975_2015/.

Shan, Weiwei, and Jinsong Liu. "Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8, no. 19 (2009): 3107–11. https://doi.org/10.4161/cc.8.19.9590.

Shukla, Arti, Maximilian B. MacPherson, Jedd Hillegass, Maria E. Ramos-Nino, Vlada Alexeeva, Pamela M. Vacek, Jeffrey P. Bond, Harvey I. Pass, Chad Steele, and Brooke T. Mossman. "Alterations in Gene Expression in Human Mesothelial Cells Correlate with Mineral Pathogenicity." *American Journal of Respiratory Cell and Molecular Biology* 41, no. 1 (July 2009): 114–23. https://doi.org/10.1165/rcmb.2008-0146OC.

Shushan, A., O. Paltiel, J. Iscovich, U. Elchalal, T. Peretz, and J. G. Schenker. "Human Menopausal Gonadotropin and the Risk of Epithelial Ovarian Cancer." *Fertility and Sterility* 65, no. 1 (January 1996): 13–18.

Singh, Naveena, C. Blake Gilks, Lynn Hirschowitz, Sean Kehoe, Iain A. McNeish, Dianne Miller, Raj Naik, Nafisa Wilkinson, and W. Glenn McCluggage. "Primary Site Assignment in Tubo-Ovarian High-Grade Serous Carcinoma: Consensus Statement on Unifying Practice Worldwide." *Gynecologic Oncology* 141, no. 2 (2016): 195–98. https://doi.org/10.1016/j.ygyno.2015.10.022.

Sjösten, A. C. E., H. Ellis, and G. a. B. Edelstam. "Retrograde Migration of Glove Powder in the Human Female Genital Tract." *Human Reproduction* 19, no. 4 (April 1, 2004): 991–95. https://doi.org/10.1093/humrep/deh156.

Soini, Tuuli, Ritva Hurskainen, Seija Grénman, Johanna Mäenpää, Jorma Paavonen, and Eero Pukkala. "Cancer Risk in Women Using the Levonorgestrel-Releasing Intrauterine System in Finland." *Obstetrics and Gynecology* 124, no. 2 Pt 1 (August 2014): 292–99. https://doi.org/10.1097/AOG.0000000000000356.

Soong, Thing Rinda, Brooke E. Howitt, Alexander Miron, Neil S. Horowitz, Frank Campbell, Colleen M. Feltmate, Michael G. Muto, et al. "Evidence for Lineage Continuity between Early Serous Proliferations (ESPs) in the Fallopian Tube and Disseminated High-Grade Serous Carcinomas." *The Journal of Pathology*, July 25, 2018. https://doi.org/10.1002/path.5145.

Stanton, M. F., M. Layard, A. Tegeris, E. Miller, M. May, E. Morgan, and A. Smith. "Relation of Particle Dimension to Carcinogenicity in Amphibole Asbestoses and Other Fibrous Minerals." *Journal of the National Cancer Institute* 67, no. 5 (November 1981): 965–75.

Starman, Daniel H., Leslie A. Litzky, and Larry R. Kaiser. "Epidemiology of Malignant Pleural Mesothelioma." *UpToDate*, 2018.

Steiling, W., J. F. Almeida, H. Assaf Vandecasteele, S. Gilpin, T. Kawamoto, L. O'Keeffe, G. Pappa, K. Rettinger, H. Rothe, and A. M. Bowden. "Principles for the Safety Evaluation of Cosmetic Powders." *Toxicology Letters*, August 17, 2018. https://doi.org/10.1016/j.toxlet.2018.08.011.

Steiling, W., M. Bascompta, P. Carthew, G. Catalano, N. Corea, A. D'Haese, P. Jackson, et al. "Principle Considerations for the Risk Assessment of Sprayed Consumer Products." *Toxicology Letters* 227, no. 1 (May 16, 2014): 41–49. https://doi.org/10.1016/j.toxlet.2014.03.005.

Stewart, Louise M., C. D'Arcy J. Holman, Patrick Aboagye-Sarfo, Judith C. Finn, David B. Preen, and Roger Hart. "In Vitro Fertilization, Endometriosis, Nulliparity and Ovarian Cancer Risk." *Gynecologic Oncology* 128, no. 2 (February 2013): 260–64. https://doi.org/10.1016/j.ygyno.2012.10.023.

Stewart, Louise M., Katrina Spilsbury, Susan Jordan, Colin Stewart, C. D'Arcy J. Holman, Aime Powell, Joanne Reekie, and Paul Cohen. "Risk of High-Grade Serous Ovarian Cancer Associated with Pelvic Inflammatory Disease, Parity and Breast Cancer." *Cancer Epidemiology* 55 (August 2018): 110–16. https://doi.org/10.1016/j.canep.2018.05.011.

Straif, Kurt. "Update of the Scientific Evidence on Asbestos and Cancer." presented at the International Conference on Environmental and Occupational Determinants of Cancer: Interventions for Primary Prevention, Asturias (Avilés, Gijón), Spain, March 17, 2011.

"Talc." *IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans* 42 (1987): 185–224.

Tarchi, M., D. Orsi, P. Comba, M. De Santis, R. Pirastu, G. Battista, and M. Valiani. "Cohort Mortality Study of Rock Salt Workers in Italy." *American Journal of Industrial Medicine* 25, no. 2 (February 1994): 251–56.

Terry, Kathryn L., Stalo Karageorgi, Yurii B. Shvetsov, Melissa A. Merritt, Galina Lurie, Pamela J. Thompson, Michael E. Carney, et al. "Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859 Controls." *Cancer Prevention Research (Philadelphia, Pa.)* 6, no. 8 (August 2013): 811–21. https://doi.org/10.1158/1940-6207.CAPR-13-0037.

Tewari, Devansu, James J. Java, Ritu Salani, Deborah K. Armstrong, Maurie Markman, Thomas Herzog, Bradley J. Monk, and John K. Chan. "Long-Term Survival Advantage and Prognostic Factors Associated with Intraperitoneal Chemotherapy Treatment in Advanced Ovarian Cancer: A Gynecologic Oncology Group Study." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 33, no. 13 (May 1, 2015): 1460–66. https://doi.org/10.1200/JCO.2014.55.9898.

Thai, T. H., F. Du, J. T. Tsan, Y. Jin, A. Phung, M. A. Spillman, H. F. Massa, et al. "Mutations in the BRCA1-Associated RING Domain (BARD1) Gene in Primary Breast, Ovarian and Uterine Cancers." *Human Molecular Genetics* 7, no. 2 (February 1998): 195–202.

Thomas, Charles A., and Major G. Seelig. Powder lubricated surgeon's rubber glove. United States US2621333A, filed June 27, 1947, and issued December 16, 1952. https://patents.google.com/patent/US2621333/en.

Torre, Lindsey A., Britton Trabert, Carol E. DeSantis, Kimberly D. Miller, Goli Samimi, Carolyn D. Runowicz, Mia M. Gaudet, Ahmedin Jemal, and Rebecca L. Siegel. "Ovarian Cancer Statistics, 2018." *CA: A Cancer Journal for Clinicians* 68, no. 4 (July 2018): 284–96. https://doi.org/10.3322/caac.21456.

Trabert, Britton. "Body Powder and Ovarian Cancer Risk – What Is the Role of Recall Bias?" *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25, no. 10 (October 2016): 1369–70. https://doi.org/10.1158/1055-9965.EPI-16-0476.

Trabert, Britton, Ligia Pinto, Patricia Hartge, Troy Kemp, Amanda Black, Mark E. Sherman, Louise A. Brinton, et al. "Pre-Diagnostic Serum Levels of Inflammation Markers and Risk of Ovarian

Cancer in the Prostate, Lung, Colorectal and Ovarian Cancer (PLCO) Screening Trial." *Gynecologic Oncology* 135, no. 2 (November 2014): 297–304. https://doi.org/10.1016/j.ygyno.2014.08.025.

Trabert, Britton, Elizabeth M Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L Anderson, Theodore M Brasky, et al. "Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium." *JNCI: Journal of the National Cancer Institute*, May 31, 2018. https://doi.org/10.1093/jnci/djy100.

Trabert, Britton, Elizabeth M. Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L. Anderson, Theodore M. Brasky, et al. "Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium." *Journal of the National Cancer Institute* 111, no. 2 (2019). https://doi.org/10.1093/jnci/djy100.

Tsilidis, K K, N E Allen, T J Key, L Dossus, A Lukanova, K Bakken, E Lund, et al. "Oral Contraceptive Use and Reproductive Factors and Risk of Ovarian Cancer in the European Prospective Investigation into Cancer and Nutrition." *British Journal of Cancer* 105, no. 9 (October 25, 2011): 1436–42. https://doi.org/10.1038/bjc.2011.371.

Tsilidis, Konstantinos K., Naomi E. Allen, Timothy J. Key, Laure Dossus, Rudolf Kaaks, Kjersti Bakken, Eiliv Lund, et al. "Menopausal Hormone Therapy and Risk of Ovarian Cancer in the European Prospective Investigation into Cancer and Nutrition." *Cancer Causes & Control: CCC* 22, no. 8 (August 2011): 1075–84. https://doi.org/10.1007/s10552-011-9782-z.

Tworoger, Shelley S., Kathleen M. Fairfield, Graham A. Colditz, Bernard A. Rosner, and Susan E. Hankinson. "Association of Oral Contraceptive Use, Other Contraceptive Methods, and Infertility with Ovarian Cancer Risk." *American Journal of Epidemiology* 166, no. 8 (October 15, 2007): 894–901. https://doi.org/10.1093/aje/kwm157.

Tzonou, A., A. Polychronopoulou, C. C. Hsieh, A. Rebelakos, A. Karakatsani, and D. Trichopoulos. "Hair Dyes, Analgesics, Tranquilizers and Perineal Talc Application as Risk Factors for Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 55, no. 3 (September 30, 1993): 408–10.

US EPA. "Health Assessment Document for Talc. | National Technical Reports Library - NTIS." - 600/8-91/217, 1992. https://ntrl.ntis.gov/NTRL/dashboard/searchResults/titleDetail/PB92239524.xhtml.

Van Gosen, B. S., H.A. Lowers, S.J. Sutley, and C.A. Gent. "Using the Geologic Setting of Talc Deposits as an Indicator of Amphibole Asbestos Content." *Environmental Geology* 45, no. 7 (2004): 20. https://doi.org/10.1007/s00254-003-0955-2.

Vanderhyden, Barbara C, Tanya J Shaw, and Jean-François Ethier. "Animal Models of Ovarian Cancer." *Reproductive Biology and Endocrinology : RB&E* 1 (October 7, 2003): 67. https://doi.org/10.1186/1477-7827-1-67.

VanOrden, D. "Weight Percent Compositional Analysis of Seven RTV Talc Samples. Analytical Report to R. T. Vanderbilt Company, Inc. Submitted to Public Comments Record – C. W. Jameson, National Toxicology Program, 10th ROC Nominations 'Talc (Containing Asbestiform Fibers)'. 4 December 2000., National Toxicology Program.," November 22, 2000.

Vasama-Neuvonen, K., E. Pukkala, H. Paakkulainen, P. Mutanen, E. Weiderpass, P. Boffetta, N. Shen, T. Kauppinen, H. Vainio, and T. Partanen. "Ovarian Cancer and Occupational Exposures in Finland." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 83–89.

Vasey, Paul A., Gordon C. Jayson, Alan Gordon, Hani Gabra, Rob Coleman, Ronnie Atkinson, David Parkin, et al. "Phase III Randomized Trial of Docetaxel-Carboplatin versus Paclitaxel-

Carboplatin as First-Line Chemotherapy for Ovarian Carcinoma." *Journal of the National Cancer Institute* 96, no. 22 (November 17, 2004): 1682–91. https://doi.org/10.1093/jnci/djh323.

Venkatesan, Priya. "Possible X Chromosome-Linked Transmission of Ovarian Cancer." *The Lancet. Oncology* 19, no. 4 (April 2018): e185. https://doi.org/10.1016/S1470-2045(18)30183-9.

Venter, P. F., and M. Iturralde. "Migration of a Particulate Radioactive Tracer from the Vagina to the Peritoneal Cavity and Ovaries." *South African Medical Journal = Suid-Afrikaanse Tydskrif Vir Geneeskunde* 55, no. 23 (June 2, 1979): 917–19.

Verdoodt, Freija, Christian Dehlendorff, Søren Friis, and Susanne K. Kjaer. "Non-Aspirin NSAID Use and Ovarian Cancer Mortality." *Gynecologic Oncology* 150, no. 2 (2018): 331–37. https://doi.org/10.1016/j.ygyno.2018.06.018.

Vicus, Danielle, Amy Finch, Barry Rosen, Isabel Fan, Linda Bradley, Ilana Cass, Ping Sun, et al. "Risk Factors for Carcinoma of the Fallopian Tube in Women with and without a Germline BRCA Mutation." *Gynecologic Oncology* 118, no. 2 (August 1, 2010): 155–59. https://doi.org/10.1016/j.ygyno.2010.03.009.

Vineis, Paolo, Phyllis Illari, and Federica Russo. "Causality in Cancer Research: A Journey through Models in Molecular Epidemiology and Their Philosophical Interpretation." *Emerging Themes in Epidemiology* 14, no. 7 (2017): https://doi.org/DOI 10.1186/s12982-017-0061-7.

Virta, RL. "The Phase Relationship of Talc and Amphiboles in a Fibrous Talc Sample." IH; Report of Investigations, 1985. https://www.cdc.gov/niosh/nioshtic-2/10004328.html.

Vitonis, Allison F., Linda Titus-Ernstoff, and Daniel W. Cramer. "Assessing Ovarian Cancer Risk When Considering Elective Oophorectomy at the Time of Hysterectomy." *Obstetrics and Gynecology* 117, no. 5 (May 2011): 1042–50. https://doi.org/10.1097/AOG.0b013e318212fcb7.

Wang, Chunpeng, Zhenzhen Liang, Xin Liu, Qian Zhang, and Shuang Li. "The Association between Endometriosis, Tubal Ligation, Hysterectomy and Epithelial Ovarian Cancer: Meta-Analyses." *International Journal of Environmental Research and Public Health* 13, no. 11 (November 14, 2016): 1138. https://doi.org/10.3390/ijerph13111138.

Wang, Xiaorong, Sihao Lin, Ignatius Yu, Hong Qiu, Yajia Lan, and Eiji Yano. "Cause-Specific Mortality in a Chinese Chrysotile Textile Worker Cohort." *Cancer Science* 104, no. 2 (February 2013): 245–49. https://doi.org/10.1111/cas.12060.

Watson, Ian R., Koichi Takahashi, P. Andrew Futreal, and Lynda Chin. "Emerging Patterns of Somatic Mutations in Cancer." *Nature Reviews. Genetics* 14, no. 10 (October 2013): 703–18. https://doi.org/10.1038/nrg3539.

Wehner, A. P., A. S. Hall, R. E. Weller, E. A. Lepel, and R. E. Schirmer. "Do Particles Translocate from the Vagina to the Oviducts and Beyond?" *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 23, no. 3 (March 1985): 367–72.

Wehner, A. P., R. E. Weller, and E. A. Lepel. "On Talc Translocation from the Vagina to the Oviducts and Beyond." *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 24, no. 4 (April 1986): 329–38.

Weiss, W. "Cigarette Smoking and Lung Cancer Trends. A Light at the End of the Tunnel?" *Chest* 111, no. 5 (May 1997): 1414–16.

Wentzensen, Nicolas, Elizabeth M. Poole, Britton Trabert, Emily White, Alan A. Arslan, Alpa V. Patel, V. Wendy Setiawan, et al. "Ovarian Cancer Risk Factors by Histologic Subtype: An Analysis From the Ovarian Cancer Cohort Consortium." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 34, no. 24 (20 2016): 2888–98. https://doi.org/10.1200/JCO.2016.66.8178.

Werner, I. "Presence of Asbestos in Talc Samples." *Atemschutzinform* 21, no. 5 (1982).

Whiteman, David C., Michael F. G. Murphy, Linda S. Cook, Daniel W. Cramer, Patricia Hartge, Polly A. Marchbanks, Philip C. Nasca, Roberta B. Ness, David M. Purdie, and Harvey A. Risch. "Multiple Births and Risk of Epithelial Ovarian Cancer." *Journal of the National Cancer Institute* 92, no. 14 (July 19, 2000): 1172–77. https://doi.org/10.1093/jnci/92.14.1172.

Whittemore, A. S., R. Harris, and J. Itnyre. "Characteristics Relating to Ovarian Cancer Risk: Collaborative Analysis of 12 US Case-Control Studies. IV. The Pathogenesis of Epithelial Ovarian Cancer. Collaborative Ovarian Cancer Group." *American Journal of Epidemiology* 136, no. 10 (November 15, 1992): 1212–20.

Whittemore, A. S., M. L. Wu, R. S. Paffenbarger, D. L. Sarles, J. B. Kampert, S. Grosser, D. L. Jung, S. Ballon, and M. Hendrickson. "Personal and Environmental Characteristics Related to Epithelial Ovarian Cancer. II. Exposures to Talcum Powder, Tobacco, Alcohol, and Coffee." *American Journal of Epidemiology* 128, no. 6 (December 1988): 1228–40.

Whysner, J., and M. Mohan. "Perineal Application of Talc and Cornstarch Powders: Evaluation of Ovarian Cancer Risk." *American Journal of Obstetrics and Gynecology* 182, no. 3 (March 2000): 720–24.

Wignall, B.K., and A.J. Fox. "Mortality of Female Gas Mask Assemblers." *British Journal of Industrial Medicine* 39, no. 1 (1982): 34–38.

Wild, P. "Lung Cancer Risk and Talc Not Containing Asbestiform Fibres: A Review of the Epidemiological Evidence." *Occupational and Environmental Medicine* 63, no. 1 (January 2006): 4–9. https://doi.org/10.1136/oem.2005.020750.

Wolff, Henrik, Tapio Vehmas, Panu Oksa, Jorma Rantanen, and Harri Vainio. "Asbestos, Asbestosis, and Cancer, the Helsinki Criteria for Diagnosis and Attribution 2014: Recommendations." *Scandinavian Journal of Work, Environment & Health* 41, no. 1 (January 2015): 5–15. https://doi.org/10.5271/sjweh.3462.

Wong, C., R. E. Hempling, M. S. Piver, N. Natarajan, and C. J. Mettlin. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics and Gynecology* 93, no. 3 (March 1999): 372–76.

Woodruff, J. D. "The Pathogenesis of Ovarian Neoplasia." *The Johns Hopkins Medical Journal* 144, no. 4 (April 1979): 117–20.

Wright, H. R., J. C. Wheeler, J. A. Woods, J. Hesford, P. Taylor, and R. F. Edlich. "Potential Toxicity of Retrograde Uterine Passage of Particulate Matter." *Journal of Long-Term Effects of Medical Implants* 6, no. 3–4 (1996): 199–206.

Wu, A. H., C. L. Pearce, C.-C. Tseng, and M. C. Pike. "African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates." *Cancer Epidemiology Biomarkers & Prevention* 24, no. 7 (July 1, 2015): 1094–1100. https://doi.org/10.1158/1055-9965.EPI-15-0023.

Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, and Malcolm C. Pike. "African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 24, no. 7 (July 2015): 1094–1100. https://doi.org/10.1158/1055-9965.EPI-15-0023.

Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, Claire Templeman, and Malcolm C. Pike. "Markers of Inflammation and Risk of Ovarian Cancer in Los Angeles County." *International*

*Journal of Cancer. Journal International Du Cancer* 124, no. 6 (March 15, 2009): 1409–15. https://doi.org/10.1002/ijc.24091.

Wu, Song, Wei Zhu, Patricia Thompson, and Yusuf A. Hannun. "Evaluating Intrinsic and Non-Intrinsic Cancer Risk Factors." *Nature Communications* 9, no. 1 (August 28, 2018): 3490. https://doi.org/10.1038/s41467-018-05467-z.

Yan, Bin, Yuanlin Peng, and Chuan-Yuan Li. "Molecular Analysis of Genetic Instability Caused by Chronic Inflammation." *Methods in Molecular Biology (Clifton, N.J.)* 512 (2009): 15–28. https://doi.org/10.1007/978-1-60327-530-9_2.

Yan, Bin, Huili Wang, Zahid Rabbani, Yulin Zhao, Wenrong Li, Yuqing Yuan, Fang Li, Mark W. Dewhirst, and Chuan-Yuan Li. "Tumor Necrosis Factor-a Is a Potent Endogenous Mutagen That Promotes Cellular Transformation." *Cancer Research* 66 (December 15, 2006): 11565.

"You Can Steer Clients to Condoms Free from Potentially Harmful Talc: Condom Companies Agree to Produce without the Dry Lubricant." *Contraceptive Technology Update* 16, no. 11 (November 1995): 133–44.

Zazenski, R., W. H. Ashton, D. Briggs, M. Chudkowski, J. W. Kelse, L. MacEachern, E. F. McCarthy, M. A. Nordhauser, M. T. Roddy, and N. M. Teetsel. "Talc: Occurrence, Characterization, and Consumer Applications." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 218–29.

Zervomanoklakis, I, H.W. Ott, D Hadziomerovic, V. Mattle, B.E. Seeber, I. Virgolini, D. Heute, S. Kissler, G. Leyendecker, and L. Wildt. "Physiology of Upward Transport in the Human Female Genital Tract." *Annals of New York Acadamy of Sciences* 1101, no. 1 (2007): 1–20. https://doi.org/10.1196/annals.1389.032.

Zhao, Weixing, Justin B. Steinfeld, Fengshan Liang, Xiaoyong Chen, David G. Maranon, Chu Jian Ma, Youngho Kwon, et al. "BRCA1-BARD1 Promotes RAD51-Mediated Homologous DNA Pairing." *Nature* 550, no. 7676 (19 2017): 360–65. https://doi.org/10.1038/nature24060.

Exhibit 5

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY
LITIGATION

*THIS DOCUMENT RELATES TO ALL CASES*

MDL NO. 16-2738 (FLW) (LHG)

## RULE 26 EXPERT REPORT OF
## DANIEL L. CLARKE-PEARSON, MD

Date:   November 16, 2018

_____
Daniel L. Clarke-Pearson, MD

Daniel L. Clarke-Pearson, MD
Robert A. Ross Distinguished Professor and Chair
Department of Obstetrics and Gynecology
University of North Carolina, Chapel Hill

**Background and Qualifications**

I am certified by the American Board of Obstetrics and Gynecology as a specialist in obstetrics and gynecology as well as a subspecialist in gynecologic oncology.  The focus of my clinical practice, teaching and research for the past 40 years has been the care of women with gynecologic cancers (cancers of the ovary, fallopian tube, uterus, cervix, vagina, and vulva).   In addition, I also provide care for complex gynecologic surgical problems (endometriosis, large ovarian tumors, leiomyomata).

I received a BA from Harvard College (major in biology).  I spent a year as a laboratory technician developing a device to noninvasively detect deep venous thrombosis.  I then attended medical school at Case Western Reserve University School of Medicine (Cleveland, OH).  After graduating in 1975, I completed a four-year residency in Obstetrics and Gynecology at Duke University Medical Center (Durham, NC).  I then completed a three-year fellowship in Gynecologic Oncology at Duke.  From 1982-1985 I was an assistant professor on the Duke faculty (Division of Gynecologic Oncology).  From 1985-1987 I was the Director of Gynecology and Gynecologic Oncology at the University of Illinois (Chicago, IL).   I returned to Duke in 1987 to serve as the Director of Gynecologic Oncology and Director of the Gynecologic Oncology Fellowship program. I was appointed a full professor with tenure and was awarded a Distinguished Professorship (James Ingram Professor of Gynecologic Oncology) in 1993.

In 2005, I was appointed Chair of the Department of Obstetrics and Gynecology at the University of North Carolina (Chapel Hill, NC).  As the Robert A. Ross Distinguished Professor and Chair, I have administrative responsibilities over 75 faculty, 28 residents in obstetrics and gynecology and 29 fellows receiving subspecialty training in eight subspecialties.  I have continued to provide clinical care to women with gynecologic cancers including surgery, administration of chemotherapy, conducting clinical trials and educating residents in Obstetrics and Gynecology and Fellows in Gynecologic Oncology.

I have published over 200 peer-reviewed manuscripts in the medical literature.  I have also written over 50 chapters for medical textbooks and edited three medical textbooks.  My research has focused on the treatment of gynecologic cancers, surgical techniques, and the prevention of venous thromboembolic (VTE) disease.  I have conducted the practice defining clinical trials evaluating various methods to prevent VTE in gynecologic surgery.  I have served on the editorial boards of two peer-review journals (*Obstetrics and Gynecology* and *Gynecologic Oncology*).  I served as a board examiner for the American Board of Obstetrics and Gynecology for eighteen years.

1

I have been actively involved with relevant medical organizations including the American College of Obstetricians and Gynecologists (ACOG), the Society of Gynecologic Oncology (SGO), the American College of Surgeons (ACS) and the Gynecologic Oncology Group (GOG).  I have lead numerous postgraduate continuing education courses sponsored by ACOG.  Most have focused on teaching obstetricians and gynecologists complex pelvic surgery and management (and prevention) of surgical complications.   I have served on several ACOG committees (Technical Bulletins, Gynecologic Management and Grievance) and was the chair of the Gynecologic Management Committee that wrote Clinical Opinions distributed to ACOG members.  I also served a three-year term on the ACOG Executive Board.  As a gynecologic oncologist, I have been an active member of the SGO and have served on a number of SGO Committees and the Executive Board.   In 2010, I was the SGO President.  As a member of the American College of Surgeons, I have presented CME lectures at the ACS annual meeting and have served on the ACS Obstetrics and Gynecology Advisory Committee.  I am currently a member of the ACS Commission on Cancer.  The GOG is a cooperative group organization sponsored by the National Cancer Institute to conduct clinical trials investigating new treatments to improve the outcomes of women with gynecologic cancers.  Many of the publications on my CV (Exhibit A) derive from participation in these clinical trials.

Currently, I am a member of the SGO Ethics Committee and the President of the Council of University Chairs of Ob Gyn (CUCOG).

**Materials and Methods**

I was asked to provide opinions on these questions: 1) Can the use of talcum powder in the perineal area cause epithelial ovarian cancer? and 2) If so, what is the biological mechanism for this occurrence?

To answer these questions and prepare this report, I sought to obtain relevant information through several sources.  I primarily relied on a PubMed search of "talc AND Ovarian Cancer", "Ovarian Cancer AND risk factors", "Talcum Powder AND Ovarian Cancer", "Talcum Powder AND Cancer", "Talc AND Cancer", "Asbestos AND Ovarian Cancer", "Asbestos AND Cancer". These searches provided peer-reviewed papers that included original research, case-controlled studies, cohort studies, meta-analysis studies, and review papers and systematic analysis.  I also searched some of the references cited in these papers.  Google searches were also performed. I also reviewed a number of textbooks searching for "ovarian cancer risk factors" and "talc/talcum powder".  In addition to my literature review, I received relevant materials at my request to clarify a particular topic or answer a question.  I approached this research with the same scientific rigor that I would use in my own clinical, academic, and research practice.

I assessed the data and conclusions of these peer-reviewed articles considering the strengths and weaknesses of each particular study.  The medical and scientific literature on these topics varies in the quality of the study design and, at times, in conclusions. I approached each article objectively and critically, assessing for factors such as design, power, reputation of author(s),

2

quality of journal, and potential biases. The increased risk associated with the genital use of talcum powder is consistently described over decades. When formulating my opinions regarding causality, I considered the extensive body of literature in its totality, weighing the data and information according to its importance using the concepts outlined by Bradford Hill. Overall, I believe that the opinions expressed in this report are strongly supported by credible scientific research.

**Overview of Ovarian Cancer**

Approximately 22,000 women in the US will be diagnosed with ovarian cancer annually. To date, there is no method to screen for ovarian cancer and symptoms associated with ovarian cancer are vague and not specific.  Therefore, at the time of initial diagnosis, nearly 75% of women will have ovarian cancer spread throughout the abdominal cavity and into the lung (pleural effusion). Current treatment includes initial surgery to attempt to remove the bulk of the cancer ("debulking surgery") followed by treatment with multi-agent chemotherapy. Unfortunately, the majority of women will ultimately die from this malignancy.  The most common histologic type of ovarian cancer is high-grade serous cancer, also termed "epithelial ovarian cancer" (EOC).

**Pathogenesis of Ovarian Cancer**

There are several theories as to the origin of ovarian cancer.  One holds that "incessant ovulation" requires "repair" of the ovarian surface epithelium after each ovulation.  The "repair" mechanism is prone to generate DNA errors (mutations) that result in malignant transformation. (Fathalla 1971). This theory is supported by observations that events that reduce ovulation are associated with a lower risk of a woman developing ovarian cancer. (Pregnancy, breast feeding, use of oral contraceptives all reduce the risk of ovarian cancer). (Havrilesky et al. 2013; La Vecchia 2017).

Before 2008, it was presumed two other cancers in women (fallopian tube and primary peritoneal) were distinct from ovarian cancer.  However, Levanon recognized that many EOCs actually arise in the fallopian tube and metastasize to the ovary and peritoneal cavity. (Levanon, Crum, and Drapkin 2008).  This observation is supported by molecular data (especially the frequent finding of P53 mutations in the fallopian tube and EOC metastases. (Fathalla 2013; Kurman and Shih 2016; Dubeau and Drapkin 2013; Chien et al. 2015).  Today, we believe that EOC, fallopian tube carcinoma and primary peritoneal carcinoma are the same entity and share similar risk factors and pathogenesis.

By definition, cancer results from gene mutations in normal cells that transform the normal cell into a cell that has lost its regulation of controlled growth.  Mutations can occur through a number of processes.  Some mutations may be inherited from either the patient's mother or father.  BRCA1, BRCA 2 and mismatch repair gene (Lynch Syndrome) mutations are such examples.  In most instances, the mutations occur due to exposures such as virus (HPV virus causing cervix, anal, vulvar and oropharyngeal cancers), tobacco smoking (lung cancer) and

3

exposure to x-rays (leukemia).  Some exposures result in a chronic inflammatory response that induces mutations as the normal cell attempts to repair damage such as that caused by asbestos (pulmonary mesothelioma, ovarian cancer). These mutations can also occur spontaneously as cells (and individuals) age. (Bottazzi, Riboli, and Mantovani 2018).

**Inflammation and Cancer**

There is a clear link between inflammation (resulting in oxidative stress) and cancer risk.  This is true for many types of cancer including ovarian cancer.  (Balkwill and Mantovani 2001; Coussens and Werb 2002; Okada 2007; Reuter et al. 2010; Crusz and Balkwill 2015; Fernandes 2015).  Inflammation causes cancer through promoting cell proliferation, oxidative stress, and DNA damage and gene mutations.  This process is associated with many steps in the genesis of cancers including initiation, progression, metastases and chemoresistance.  Both inflammatory cells and cancers produce cytokines and chemokines that contribute to cancer growth and spread.  Cytokines, particularly TNF-alpha and IL 1 beta, generate reactive oxygen species (ROS) and reactive nitrogen species (RNS).   These are potent mutagens and are comparable to the cell damage caused by ionizing radiation (Yan, 2006).  These ROS radicals cause DNA breaks and DNA adducts.  The inflammation cascade has been shown to occur in the pathogenesis of EOC. (Shan and Liu 2009; Saed, Diamond, and Fletcher 2017; Khan et al. 2011; Saed et al. 2018; Trabert et al. 2014).   Harper and Saed recently reported the induction of single nucleotide polymorphisms (SNPs) following exposure of normal ovarian and tubal cells and ovarian cancer cells to talcum powder.  (Harper and Saed 2019).  In a "normal cell", DNA damage may be repaired.  Alternately, the damaged cell may undergo "programmed cell death" (apoptosis) as directed by the P53 pathway.  (P53 is a tumor suppressor gene).

Talcum powder is known to elicit an inflammatory response in animal and humans. (Eberl and George 1948; Radic et al. 1988; "NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)(NonAsbestiform) in F344/N.Rats and B6C3Fl Mice (Inhalation Studies)" 1993).  Shukla demonstrated in vitro that crocidolite asbestos and non-fibrous talc caused expression of genes in ovarian epithelial cells producing inflammatory cytokines.  (Shukla et al. 2009).  Gates documented absence of some DNA repair mechanisms in patients who were genital talcum powder exposed when compared to controls in the New England Case Control Study. (Gates et al. 2008).  In another series of in vitro experiments, Buz'Zard transformed normal ovarian epithelial cells to malignant cells by talc exposure.   (Buz'Zard and Lau 2007).  Yan and Kahn have demonstrated similar findings in their laboratories. (Yan et al. 2006; Khan et al. 2011).

**EOC Risk Factors**

Inherited mutations such as BRCA1, BRCA 2 are the most significant risk factor.   The lifetime risk of developing ovarian cancer is 39-46% in BRCA1 carriers and 11-27% in women with BRCA 2 mutation.  (Ring et al. 2017).  This is compared to 1.3% lifetime risk in non-carriers.  However, BRCA mutations only account for 10-15% of all EOC (Lancaster 2015).   Women with hereditary

risk are also affected by genetic modifiers, including nongenetic and environmental factors. (Levy-Lahad 2007).  In addition to talcum powder use and asbestos, other risk factors include increasing age, family history of ovarian or breast cancer, nulliparity, early menarche or late menopause, high fat diet, infertility, endometriosis, polycystic ovarian syndrome, hormone replacement therapy, IUD use, history of pelvic inflammatory disease and obesity.   (Hunn and Rodriguez 2012; Mallen, Townsend, and Tworoger 2018; Park et al. 2018; Folkins et al. 2018).

Multiparity, breast feeding, oral contraceptive use, tubal ligation, salpingoophorectomy, and hysterectomy (without salpingoophorectomy) reduce the risk of developing EOC.  (Hunn and Rodriguez 2012; Mallen, Townsend, and Tworoger 2018; Park et al. 2018; Folkins et al. 2018).

**Talcum Powder, Asbestos and other carcinogens**

During my postgraduate (residency) training (1975-1979) in obstetrics and gynecology it was reported that asbestos had been identified in ovarian cancer tissue samples (Henderson) and that talcum powder contained asbestos.   It seemed plausible that asbestos (a known carcinogen) could be an EOC risk factor.  However, we were taught that asbestos had been removed from talcum powder in the production process.

As a young gynecologic oncologist, it was reassuring to learn that asbestos was no longer contained in talcum powder because we knew that asbestos was a potent carcinogen.  IARC monograph 100c (2012) clearly summarizes the evidence associating asbestos to cancer of the lung, larynx and ovary.  Experimental models demonstrate sufficient evidence for the carcinogenicity of all forms of asbestos (chrysotile, crocidolite, amosite, tremolite, actinolite and anthophyllite) and that all forms, as well as talc containing asbestiform fibers are carcinogenic to humans.  Specifically addressing the increased risk of EOC in women exposed to asbestos in occupational settings, there are at least five cohort mortality studies (Acheson et al. 1982; Wignall and Fox 1982; Germani et al. 1999; Berry, Newhouse, and Wagner 2000; Magnani et al. 2008), two population-based cohort studies (Vasama-Neuvonen et al. 1999; Pukkala et al. 2009) and a case control study (Langseth and Kjaerheim 2004) showing a causal association between exposure to asbestos and ovarian cancer.

In the late 1970s concerns that talc could be associated with EOC were expressed by Woodruff and Longo.  (Woodruff 1979).  The hypothesis suggested that talc applied to the perineum (vulva) ascends to the vagina and then into the uterus and through the fallopian tubes to implant on the ovary and other peritoneal surfaces.  This foreign body was known to create a potent inflammatory reaction when found in the lungs, pleural cavity and peritoneal cavity.  In fact, as gynecologic surgeons, we were taught to wash the talcum powder off of our surgical gloves before opening the abdomen to prevent inflammatory reactions and adhesions.

In 1982 a case-control study was the first epidemiologic study alerting the medical community of the possible association of talc use and EOC.  (D. W. Cramer et al. 1982).  Cramer compared women who did and did not use talc in their perineal hygiene.  Regular use of talc was found to be associated with an increased occurrence of EOC by 92% (OR of 1.92.  95% confidence

interval 1.27-2.89).   Cramer wrote, "It is not clear whether this derives from the asbestos content of talc or from the uniqueness of the ovary which might make it susceptible to carcinogenesis from both talc and other particulates."

Talcum powder also contains other carcinogens including asbestos, talc containing asbestiform fibers (fibrous talc), heavy metals such as nickel, chromium and cobalt (possible 2b), and other inflammatory agents, toxins, and carcinogens contained in the fragrance chemicals in talcum powder.  (Expert Report of Longo and Rigler 2018; Exhibit 28, Deposition of John Hopkins, Ph.D., MDL No. 2378, 2018; Exhibit 47, Deposition of Julie Pier, MDL 2738, 2018; Expert Report of Michael Crowley, Ph.D, MDL No. 2738, 2018).

**Epidemiology Studies**

The association of talcum powder and EOC is based on several types of epidemiologic studies. Of course, a randomized controlled double-blinded trial would be more conclusive.  However, a randomized trial would be unethical given the evidence that talcum powder causes EOC.

When looking at these epidemiologic studies in their totality, the data shows a consistent, statistically significant increased risk of developing EOC with perineal talcum powder use. Overall, the risk is increased 20-60% when compared with women who did not use talcum powder.

The original case control study published by Cramer et al in 1982 evaluated the use of perineal talcum powder in 215 white women with EOC (29 cases were "borderline" or ovarian cancer of low malignant potential).  These women with EOC were matched by race, age and residence to 215 women in the same community.  Talc exposure from surgical gloves, diaphragm use and perineal use was ascertained.  Talc was used by 42.8% of women with EOC and only 28.4% of women who did not have EOC.  Any perineal talc exposure showed a 1.92-increased relative risk of EOC (95% confidence limits 1.27-2.89).  (D. W. Cramer et al. 1982).

Subsequently, there have been at least 24 other case-control studies looking at the association of talc and EOC.  Overall, the case-control studies show a 30-40% increased risk of EOC associated with talcum powder use.  These individual studies vary in size and quality and I weighted them accordingly.  Three recent case-control studies replicated previous studies showing an increased risk of EOC in women using perineal talcum powder.  Wu evaluated 1701 Californian women with EOC and found talc significantly increased the risk of EOC by 40% in whites, 20% in Hispanics and 56% in African Americans.  (Wu et al. 2015).  Owing to the small number of African American women in this study, the findings were not significant. Subsequently, the National Cancer Institute sponsored a multi-center study of African American women and found a 44% increase in EOC associated with talc use.  A dose-response was also found for duration of use and number of lifetime applications (p<.05).  (Schildkraut et al. 2016). Cramer performed a case control study (with additional pooled data) in 2016 that included nearly 4,000 women with EOC finding an elevated EOC risk of 33% (OR 1.33; CI....).  Risk increased with frequency and duration of use.  (Cramer et al. 2016).

6

While recent case-control studies and cohort studies are compelling, I feel that meta-analysis studies are much stronger in that they include larger numbers of patients resulting in greater statistical power.  I reviewed six meta-analyses reported between 1995 and 2018.  All of these studies report a statistically significant increase risk of EOC in women who use perineal talc:

| Author | Years | # case control studies | Odds Ratio | 95% Confidence interval |
|---|---|---|---|---|
| Gross & Berg | 1995 | 9 | 1.27 | 1.09-1.48 |
| Cramer | 1999 | 14 | 1.36 | |
| Huncharek | 2003 | 16/11,933 subjects | 1.33 | 1.16-1.45 |
| Langseth | 2008 | 14 | 1.40 | 1.29-1.52 |
| Terry | 2013 | 8/8,525 cases | 1.24 | 1.15-1.33 |
| Penninkilampi | 2018 | 24/13,421 cases | 1.31 | 1.24-1.39 |

Penninkilampi reported that there was a further increase in EOC in women who used talcum powder more frequently.  In those women who had greater than 3,600 lifetime applications the odds ratio increased to 1.42 (OR 1.42; CI 1.25-1.39) when compared with women who used < 3,600 applications (OR 1.32; CI 1.15-1.50).  In this study, talcum powder use was associated with an increased incidence of endometrioid and serous EOC but not mucinous or clear cell types.  (Penninkilampi and Eslick 2018).

In summary, when evaluating all epidemiological studies, there is a consistent and statistically significant increased risk of developing EOC with perineal talcum powder use.

**Migration**

How is it possible for cosmetic talcum powder, applied to the perineum, to reach the fallopian tube and ovary and cause an inflammatory response that could result in malignant transformation?

As compared to males, the female reproductive tract is open and allows migration of potential pathogens into the peritoneal cavity.  The female reproductive tract is in continuity between the peritoneal cavity and the external environment.  For example, an ovum extruded from the ovary (an intraperitoneal organ) can progress down the fallopian tube to the uterine cavity, implant and result in a pregnancy that delivers vaginally.   The converse is also obvious.  It is clearly recognized that sperm (including sperm and sperm particles which would be non-motile) ascend from the vagina through the uterus and into the fallopian tube and into the peritoneal cavity.  (Jones and Lopez 2006).  Sexually transmitted bacterial infections (for example, gonorrhea and chlamydia) ascend from the vagina to the tube and ovary resulting in pelvic inflammatory disease and tubo-ovarian abscesses.  While sperm and bacteria are "motile", non-motile substances have been demonstrated to ascend from the vagina to the peritoneal cavity.  As far back as 1961, Egli demonstrated that carbon particles placed in the posterior vaginal

7

fornix were observed in the fallopian tubes within less than one hour in two of three patients tested. (Egli and Newton 1961). Venter and Iturralde placed albumin microspheres labelled with 99mTc into the vagina. (Venter and Iturralde 1979). During pelvic surgery the following day, radioactive levels were found in the tubes and ovaries in nine of 14 cases. Sjosten conducted a trial that showed that powder on gloves use to perform a gynecologic exam resulted in powder detected in the peritoneal fluid, tubes and ovaries one day after the examination. (Sjösten, Ellis, and Edelstam 2004). Likewise, talc has been detected on the ovaries following surgical oophorectomy. (Henderson et al. 1971; Heller, Gordon, et al. 1996; Heller, Westhoff, et al. 1996).

I reviewed the small body of literature suggesting that migration of particles does not occur and do not think these studies are compelling.

I believe that ascension of talcum powder and its constituents through the genital tract is the most important route of exposure. However, inhalation is another plausible mechanism. (IARC 2012; Steiling et al. 2018). With either route, at least some of the talcum powder components are likely to be absorbed into the lymphatic system and bloodstream, representing another mechanism for exposure to internal organs.

In my opinion, genital application of talcum powder is a significant risk factor for all users and can cause epithelial ovarian cancer in some women by an accepted mechanism. As an academic and practicing physician, I made this determination in the context of Bradford Hill considerations as follow:

**Strength and consistency**: This opinion is supported by overwhelming epidemiologic evidence showing that the use of talcum powder statistically increases a woman's risk of developing EOC by approximately 30 percent (Odds ratio 1.31; Penninkilampi 2018). Every meta-analysis before 2018 also reported similar increase in the risk of developing EOC with the use of talcum powder. In my view, especially when considering the severity and frequency of ovarian cancer and the preventable nature of talcum powder usage, this finding is critically important and consistently supported by numerous studies.

**Specificity:** Based on the epidemiologic studies cited in this report, there appears to be a specific ovarian cancer caused by talcum powder: epithelial ovarian cancer (EOC). This association satisfies this consideration, although I did not weigh this factor to be as important as strength and consistency.

**Temporality:** In many cancers where there are identified etiologic agents (smoking and lung cancer, HPV infection and cervical cancer) there is a latency period (time from exposure to the onset of the cancer) that can extend over decades. In the case of talcum powder and ovarian cancer there is a clear latency period of decades of talcum powder use before a woman develops ovarian cancer, thus fulfilling this consideration.

**Biologic Gradient/Dose-response:**  Measuring the "dose" of talcum powder used by an individual woman is difficult to ascertain and has been dependent on recall by the woman.  In general, studies have attempted to capture the application "frequency" (daily?  Only used on perineal pads during menstrual cycle?) or duration of use (how many years?).  In addition, biologic gradient or dose-response is not always linear (e.g. asbestos exposure and mesothelioma is generally thought to have a "threshold response"). None the less, a number of studies have demonstrated an association between "dose" and the occurrence of EOC (response).   (Terry et al. 2013; Schildkraut et al. 2016; Daniel W. Cramer et al. 2016; Penninkilampi and Eslick 2018).  In modern times, molecular research is often used to elucidate this factor. I anticipate that this will occur as more in vitro studies are performed with talcum powder.

**Plausibility:**  This is obviously a critical factor when forming opinions on causation of a risk factor.  Evidence shows that talcum powder ascends from the perineum through the vagina, cervix and uterus into the fallopian tubes and onto the ovary. Talcum powder is known to be an agent that causes inflammation.  An inflammatory reaction caused by talcum powder on the tube and surface of the ovary results in genetic mutations and carcinogenesis.  Talcum powder causes ovarian cancer through this mechanism.  The "agent(s)" that causes the inflammatory reaction and carcinogenesis may be talc, asbestos, fibrous talc, heavy metals and/or chemicals contained in fragrances added to talcum powder.

**Coherence:**  Epidemiological data, in vitro and in vivo research are consistent in explaining the pathogenesis of EOC through the inflammatory mechanisms described above. (Saed, Diamond, and Fletcher 2017; Nadler and Zurbenko 2014).  Further, this is consistent with the causes of other cancers.

**Experiment:**   There are no randomized trials comparing outcomes of women who use or who do not use talcum powder in their perineal hygiene.  Further, such a trial at this point in time would be unethical.  How could we expose women to talcum powder when the existing evidence supports causation of EOC?  Laboratory research (in vitro) present evidence to support the biologic, genetic and epigenetic consequence to ovarian epithelium when exposed to talcum powder.  (Shukla et al. 2009; Fletcher and Saed 2018; Saed et al. 2018).

**Analogy:**  There are numerous reports in the medical literature of minerals similar to talc causing cancer.   Probably the most significant example is asbestos and lung cancer (mesothelioma).

## Summary of Opinions

It is my opinion, based on research that I have conducted in the medical and scientific literature as well as my knowledge and experience as an obstetrician-gynecologist and as a subspecialist in gynecologic oncology for over 40 years, that the use of talcum powder products including Johnson's Baby Powder and Shower to Shower, applied to the perineum of women, is a causative factor in the development of EOC.  The mechanism by which talcum powder causes

cancer involves: 1) ascension of particles to the fallopian tubes and ovaries and 2) initiation of an inflammatory process that includes oxidative stress and specific genetic mutations.

These opinions are made to a reasonable degree of medical and scientific certainty.

I am being compensated for my work in this case at a rate of $700 per hour.

I reserve the right to supplement or amend this report if new information becomes available. The materials I considered are attached as Exhibit B.  My prior testimony is attached as Exhibit C.

References

Acheson, E D, M J Gardner, E C Pippard, and L P Grime. 1982. "Mortality of Two Groups of Women Who Manufactured Gas Masks from Chrysotile and Crocidolite Asbestos: A 40-Year Follow-Up." *British Journal of Industrial Medicine* 39 (4): 344–48.

Balkwill, Fran, and Alberto Mantovani. 2001. "Inflammation and Cancer: Back to Virchow?" *The Lancet* 357 (9255): 539–45. https://doi.org/10.1016/S0140-6736(00)04046-0.

Berry, G., M. L. Newhouse, and J. C. Wagner. 2000. "Mortality from All Cancers of Asbestos Factory Workers in East London 1933-80." *Occupational and Environmental Medicine* 57 (11): 782–85.

Bottazzi, Barbara, Elio Riboli, and Alberto Mantovani. 2018. "Aging, Inflammation and Cancer." *Seminars in Immunology*, November. https://doi.org/10.1016/j.smim.2018.10.011.

Buz'Zard, Amber R., and Benjamin H. S. Lau. 2007. "Pycnogenol Reduces Talc-Induced Neoplastic Transformation in Human Ovarian Cell Cultures." *Phytotherapy Research: PTR* 21 (6): 579–86. https://doi.org/10.1002/ptr.2117.

Chien, Jeremy, Hugues Sicotte, Jian-Bing Fan, Sean Humphray, Julie M. Cunningham, Kimberly R. Kalli, Ann L. Oberg, et al. 2015. "TP53 Mutations, Tetraploidy and Homologous Recombination Repair Defects in Early Stage High-Grade Serous Ovarian Cancer." *Nucleic Acids Research* 43 (14): 6945–58. https://doi.org/10.1093/nar/gkv111.

Coussens, Lisa M., and Zena Werb. 2002. "Inflammation and Cancer." *Nature* 420 (6917): 860–67. https://doi.org/10.1038/nature01322.

Cramer, D. W., W. R. Welch, R. E. Scully, and C. A. Wojciechowski. 1982. "Ovarian Cancer and Talc: A Case-Control Study." *Cancer* 50 (2): 372–76.

Cramer, Daniel W., Allison F. Vitonis, Kathryn L. Terry, William R. Welch, and Linda J. Titus. 2016. "The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." *Epidemiology (Cambridge, Mass.)* 27 (3): 334–46. https://doi.org/10.1097/EDE.0000000000000434.

Crusz, Shanthini M., and Frances R Balkwill. 2015. "Inflammation and Cancer: Advances and New Agents." *Nature Reviews Clinical Oncology* 12 (October): 584–96. https://doi.org/10.1038/nrclinonc.2015.105.

Dubeau, L., and R. Drapkin. 2013. "Coming into Focus: The Nonovarian Origins of Ovarian Cancer." *Annals of Oncology: Official Journal of the European Society for Medical Oncology* 24 Suppl 8 (November): viii28–35. https://doi.org/10.1093/annonc/mdt308.

Eberl, J. J., and W. L. George. 1948. "Comparative Evaluation of the Effects of Talcum and a New Absorbable Substitute on Surgical Gloves." *American Journal of Surgery* 75 (3): 493–97.

Egli, G. E., and M. Newton. 1961. "The Transport of Carbon Particles in the Human Female Reproductive Tract." *Fertility and Sterility* 12 (April): 151–55.

"Exhibit 28, Deposition of John Hopkins, Ph.D., In Re: Talcum Powder Prod. Liab. Litig., MDL No. 2378." 2018.

"Exhibit 47, Deposition of Julie Pier, In Re: Talcum Powder Prod. Liab. Litig., MDL 2738." 2018.

"Expert Report of Michael Crowley, Ph.D., In Re: Talcum Powder Prod. Liab. Litig., MDL No. 2738." 2018.

Fathalla, M. F. 1971. "Incessant Ovulation--a Factor in Ovarian Neoplasia?" *Lancet* 2 (7716): 163.

———. 2013. "Incessant Ovulation and Ovarian Cancer - a Hypothesis Re-Visited." *Facts, Views & Vision in ObGyn* 5 (4): 292–97.

Fernandes, Jose. 2015. "The Role of the Mediators of Inflammation in Cancer Development," 527–34.

Fletcher, NM, and GM Saed. 2018. "Talcum Powder Enhances Cancer Antigen 125 Levels in Ovarian Cancer Cells." *Presented at the 65th Meeting of the Society for Reproductive Investigation, San Diego, California.*

Folkins, Ann K., Elke A. Jarboe, Jonathan L. Hecht, Michael G. Muto, and Christopher P. Crum. 2018. "Chapter 24 - Assessing Pelvic Epithelial Cancer Risk and Intercepting Early Malignancy." In *Diagnostic Gynecologic and Obstetric Pathology (Third Edition)*, 844–64. Philadelphia: Content Repository Only! https://doi.org/10.1016/B978-0-323-44732-4.00024-8.

Gates, Margaret A., Shelley S. Tworoger, Kathryn L. Terry, Linda Titus-Ernstoff, Bernard Rosner, Immaculata De Vivo, Daniel W. Cramer, and Susan E. Hankinson. 2008. "Talc Use, Variants of the GSTM1, GSTT1, and NAT2 Genes, and Risk of Epithelial Ovarian Cancer." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 17 (9): 2436–44. https://doi.org/10.1158/1055-9965.EPI-08-0399.

Germani, D., S. Belli, C. Bruno, M. Grignoli, M. Nesti, R. Pirastu, and P. Comba. 1999. "Cohort Mortality Study of Women Compensated for Asbestosis in Italy." *American Journal of Industrial Medicine* 36 (1): 129–34.

Harper, Amy K, and Ghassan Saed. 2019. ""Talc Induces a pro-Oxidant State in Normal and Ovarian Cancer Cells through Genetic Point Mutations in Key Redox Enzymes," Accepted for Presentation at SGO Meeting."

Havrilesky, Laura J., Patricia G. Moorman, William J. Lowery, Jennifer M. Gierisch, Remy R. Coeytaux, Rachel Peragallo Urrutia, Michaela Dinan, et al. 2013. "Oral Contraceptive Pills as Primary Prevention for Ovarian Cancer: A Systematic Review and Meta-Analysis." *Obstetrics and Gynecology* 122 (1): 139–47. https://doi.org/10.1097/AOG.0b013e318291c235.

Heller, D. S., R. E. Gordon, C. Westhoff, and S. Gerber. 1996. "Asbestos Exposure and Ovarian Fiber Burden." *American Journal of Industrial Medicine* 29 (5): 435–39. https://doi.org/10.1002/(SICI)1097-0274(199605)29:5<435::AID-AJIM1>3.0.CO;2-L.

Heller, D. S., C. Westhoff, R. E. Gordon, and N. Katz. 1996. "The Relationship between Perineal Cosmetic Talc Usage and Ovarian Talc Particle Burden." *American Journal of Obstetrics and Gynecology* 174 (5): 1507–10.

Henderson, W. J., C. A. Joslin, A. C. Turnbull, and K. Griffiths. 1971. "Talc and Carcinoma of the Ovary and Cervix." *The Journal of Obstetrics and Gynaecology of the British Commonwealth* 78 (3): 266–72.

Hunn, Jessica, and Gustavo C. Rodriguez. 2012. "Ovarian Cancer: Etiology, Risk Factors, and Epidemiology." *Clinical Obstetrics and Gynecology* 55 (1): 3–23. https://doi.org/10.1097/GRF.0b013e31824b4611.

IARC. 2012. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Volume 100C."

Jones, Richard E., and Kristin H. Lopez. 2006. "Human Reproductive Biology - 4th Edition Chapter 9 - Gamete Transport and Fertilization." In *Human Reproductive Biology*, Third, 159–73. San Diego: Academic Press. https://doi.org/10.1016/B978-0-12-382184-3.00009-X.

Khan, Mohd Imran, Amogh A. Sahasrabuddhe, Govil Patil, Mohd Javed Akhtar, Mohd Ashquin, and Iqbal Ahmad. 2011. "Nano-Talc Stabilizes TNF-Alpha m-RNA in Human Macrophages." *Journal of Biomedical Nanotechnology* 7 (1): 112–13.

Kurman, Robert J., and Ie-Ming Shih. 2016. "The Dualistic Model of Ovarian Carcinogenesis." *The American Journal of Pathology* 186 (4): 733–47. https://doi.org/10.1016/j.ajpath.2015.11.011.

La Vecchia, Carlo. 2017. "Ovarian Cancer: Epidemiology and Risk Factors." *European Journal of Cancer Prevention* 26 (1): 55–62. https://doi.org/10.1097/CEJ.0000000000000217.

Langseth, Hilde, and Kristina Kjaerheim. 2004. "Ovarian Cancer and Occupational Exposure among Pulp and Paper Employees in Norway." *Scandinavian Journal of Work, Environment & Health* 30 (5): 356–61.

Levanon, Keren, Christopher Crum, and Ronny Drapkin. 2008. "New Insights Into the Pathogenesis of Serous Ovarian Cancer and Its Clinical Impact." *Journal of Clinical Oncology* 26 (32): 5284–93. https://doi.org/10.1200/JCO.2008.18.1107.

Longo, William E., and Mark W. Rigler. 2018. "The Analysis of Johnson & Johnson's Historical Baby Powder & Shower to Shower Products from the 1960's to the Early 1990's for Amphibole Asbestos."

Magnani, C., D. Ferrante, F. Barone-Adesi, M. Bertolotti, A. Todesco, D. Mirabelli, and B. Terracini. 2008. "Cancer Risk after Cessation of Asbestos Exposure: A Cohort Study of Italian Asbestos Cement Workers." *Occupational and Environmental Medicine* 65 (3): 164–70. https://doi.org/10.1136/oem.2007.032847.

Mallen, Adrianne R., Mary K. Townsend, and Shelley S. Tworoger. 2018. "Risk Factors for Ovarian Carcinoma." *Hematology/Oncology Clinics of North America*, September. https://doi.org/10.1016/j.hoc.2018.07.002.

Nadler, Diana L., and Igor G. Zurbenko. 2014. "Estimating Cancer Latency Times Using a Weibull Model," 8.

"NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)(NonAsbestiform) in F344/N.Rats and B6C3Fl Mice (Inhalation Studies)." 1993.

Okada, Futoshi. 2007. "Beyond Foreign-Body-Induced Carcinogenesis: Impact of Reactive Oxygen Species Derived from Inflammatory Cells in Tumorigenic Conversion and Tumor Progression." *International Journal of Cancer* 121 (11): 2364–72. https://doi.org/10.1002/ijc.23125.

Park, Hyo K., Joellen M. Schildkraut, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa Bondy, Sydnee Crankshaw, et al. 2018. "Benign Gynecologic Conditions Are Associated with Ovarian Cancer Risk in African-American Women: A Case–Control Study." *Cancer Causes & Control*, September. https://doi.org/10.1007/s10552-018-1082-4.

Penninkilampi, Ross, and Guy D. Eslick. 2018. "Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis." *Epidemiology (Cambridge, Mass.)* 29 (1): 41–49. https://doi.org/10.1097/EDE.0000000000000745.

Pukkala, Eero, Jan Ivar Martinsen, Elsebeth Lynge, Holmfridur Kolbrun Gunnarsdottir, Pär Sparén, Laufey Tryggvadottir, Elisabete Weiderpass, and Kristina Kjaerheim. 2009. "Occupation and Cancer - Follow-up of 15 Million People in Five Nordic Countries." *Acta Oncologica (Stockholm, Sweden)* 48 (5): 646–790. https://doi.org/10.1080/02841860902913546.

Radic, I, I Vucak, J Milosevic, A Marusic, S Vukicevic, and M Marusic. 1988. "Immunosuppression Induced by Talc Granulomatosis in the Rat." *Clinical and Experimental Immunology* 73 (2): 316–21.

Reuter, Simone, Subash C. Gupta, Madan M. Chaturvedi, and Bharat B. Aggarwal. 2010. "Oxidative Stress, Inflammation, and Cancer: How Are They Linked?" *Free Radical Biology and Medicine* 49 (11): 1603–16.

Ring, Kari L., Christine Garcia, Martha H. Thomas, and Susan C. Modesitt. 2017. "Current and Future Role of Genetic Screening in Gynecologic Malignancies." *American Journal of Obstetrics and Gynecology* 217 (5): 512–21. https://doi.org/10.1016/j.ajog.2017.04.011.

Saed, Ghassan M., Michael P. Diamond, and Nicole M. Fletcher. 2017. "Updates of the Role of Oxidative Stress in the Pathogenesis of Ovarian Cancer." *Gynecologic Oncology* 145 (3): 595–602. https://doi.org/10.1016/j.ygyno.2017.02.033.

Saed, Ghassan M., Nicole M. Fletcher, Michael P. Diamond, Robert T. Morris, Nardhy Gomez-Lopez, and Ira Memaj. 2018. "Novel Expression of CD11b in Epithelial Ovarian Cancer: Potential Therapeutic Target." *Gynecologic Oncology* 148 (3): 567–75. https://doi.org/10.1016/j.ygyno.2017.12.018.

Schildkraut, Joellen M., Sarah E. Abbott, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa L. Bondy, Michele L. Cote, et al. 2016. "Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES)." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25 (10): 1411–17. https://doi.org/10.1158/1055-9965.EPI-15-1281.

Shan, Weiwei, and Jinsong Liu. 2009. "Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8 (19): 3107–11. https://doi.org/10.4161/cc.8.19.9590.

Shukla, Arti, Maximilian B. MacPherson, Jedd Hillegass, Maria E. Ramos-Nino, Vlada Alexeeva, Pamela M. Vacek, Jeffrey P. Bond, Harvey I. Pass, Chad Steele, and Brooke T. Mossman. 2009. "Alterations in Gene Expression in Human Mesothelial Cells Correlate with Mineral Pathogenicity." *American Journal of Respiratory Cell and Molecular Biology* 41 (1): 114–23. https://doi.org/10.1165/rcmb.2008-0146OC.

Sjösten, A. C. E., H. Ellis, and G. a. B. Edelstam. 2004. "Retrograde Migration of Glove Powder in the Human Female Genital Tract." *Human Reproduction* 19 (4): 991–95. https://doi.org/10.1093/humrep/deh156.

Steiling, W., J. F. Almeida, H. Assaf Vandecasteele, S. Gilpin, T. Kawamoto, L. O'Keeffe, G. Pappa, K. Rettinger, H. Rothe, and A. M. Bowden. 2018. "Principles for the Safety Evaluation of Cosmetic Powders." *Toxicology Letters*, August. https://doi.org/10.1016/j.toxlet.2018.08.011.

Terry, Kathryn L., Stalo Karageorgi, Yurii B. Shvetsov, Melissa A. Merritt, Galina Lurie, Pamela J. Thompson, Michael E. Carney, et al. 2013. "Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859 Controls." *Cancer Prevention Research (Philadelphia, Pa.)* 6 (8): 811–21. https://doi.org/10.1158/1940-6207.CAPR-13-0037.

Trabert, Britton, Ligia Pinto, Patricia Hartge, Troy Kemp, Amanda Black, Mark E. Sherman, Louise A. Brinton, et al. 2014. "Pre-Diagnostic Serum Levels of Inflammation Markers and Risk of Ovarian Cancer in the Prostate, Lung, Colorectal and Ovarian Cancer (PLCO) Screening Trial." *Gynecologic Oncology* 135 (2): 297–304. https://doi.org/10.1016/j.ygyno.2014.08.025.

Vasama-Neuvonen, K., E. Pukkala, H. Paakkulainen, P. Mutanen, E. Weiderpass, P. Boffetta, N. Shen, T. Kauppinen, H. Vainio, and T. Partanen. 1999. "Ovarian Cancer and Occupational Exposures in Finland." *American Journal of Industrial Medicine* 36 (1): 83–89.

Venter, P. F., and M. Iturralde. 1979. "Migration of a Particulate Radioactive Tracer from the Vagina to the Peritoneal Cavity and Ovaries." *South African Medical Journal = Suid-Afrikaanse Tydskrif Vir Geneeskunde* 55 (23): 917–19.

Wignall, B.K., and A.J. Fox. 1982. "Mortality of Female Gas Mask Assemblers." *British Journal of Industrial Medicine* 39 (1): 34–38.

Woodruff, J. D. 1979. "The Pathogenesis of Ovarian Neoplasia." *The Johns Hopkins Medical Journal* 144 (4): 117–20.

Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, and Malcolm C. Pike. 2015. "African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 24 (7): 1094–1100. https://doi.org/10.1158/1055-9965.EPI-15-0023.

Yan, Bin, Huili Wang, Zahid Rabbani, Yulin Zhao, Wenrong Li, Yuqing Yuan, Fang Li, Mark W. Dewhirst, and Chuan-Yuan Li. 2006. "Tumor Necrosis Factor-a Is a Potent Endogenous Mutagen That Promotes Cellular Transformation." *Cancer Research* 66 (December): 11565.

# Exhibit A

**UNC SCHOOL OF MEDICINE**
**CURRICULUM VITAE**

<u>**Personal Information**</u>

**Name**:        Daniel Lyle Clarke-Pearson, M.D.

**Address**:     105 Porter Place
                Chapel Hill, NC 27514

**Phone:**       (919) 933-7886

<u>**Education and Training**</u>

| | | | |
|---|---|---|---|
| Fellow | Duke University Medical Center | 1979-1981 | Gynecology Oncology |
| Residency | Duke University Medical Center | 1975-1979 | Obstetrics and Gynecology |
| Medical Degree | Case Western Reserve University School of Medicine | 1971-1975 | Medicine |
| Bachelor of Arts | Harvard College | 1966-1970 | Biology |

<u>**Professional Experience**</u>

| | | | |
|---|---|---|---|
| Active Consulting Staff | The Outer Banks Hospital | Oct 2009 – present | Medicine/Oncology Section |
| Chairman | University of North Carolina at Chapel Hill School of Medicine | September 2005 - present | Obstetrics and Gynecology |
| Robert A. Ross Distinguished Professor | University of North Carolina at Chapel Hill School of Medicine | September 2005 - present | Obstetrics and Gynecology |
| James M. Ingram Professor of Gynecologic Oncology | Duke University Medical Center | July 1993-2005 | Gynecologic Oncology |
| Division Director | Duke University Medical Center | July 1987-2005 | Gynecologic Oncology |
| Professor | Duke University Medical Center | July 1987-2005 | Obstetrics and Gynecology |

1

| Director of Gynecology and Gynecologic Oncology | University of Illinois at Chicago | January 1985-1986 | Obstetrics and Gynecology |
|---|---|---|---|
| Associate Professor | University of Illinois at Chicago | July1984-1986 | Obstetrics and Gynecology |
| Director of Gynecologic Oncology | University of Illinois at Chicago | July 1984-1985 | Obstetrics and Gynecology |
| Associate Professor | Duke University Medical Center | January1984 | Obstetrics and Gynecology |
| Co-Director, Trophoblastic Disease Center | Duke University Medical Center | July 1982-1984 | Obstetrics and Gynecology |
| Assistant Professor | Duke University Medical Center | July1980-1984 | Obstetrics and Gynecology |

**Honors and Awards**

| 2009-2010 | President, Society of Gynecologic Oncologists |
|---|---|
| 2001-2013 | America's Top Doctors for Women (176 Physicians): Women's Health |
| 2008 | CREOG National Faculty Award for Excellence in Resident Education |
| 2004 | Invited Panel Member, International Consensus Conference of the Prevention of Venous Thromboembolism, Windsor, England |
| 2002 | ACOG Roy Pitkin/Elsevier Award: One of top four papers published annually in Obstetrics and Gynecology |
| 2001 | America's Top Doctors for Women: Women's Health |
| 1991 | Invited Panel Participant, Consensus Meeting on the Prevention of Thromboembolism - Windsor, England |
| 1985 | Clinical Research Prize Paper – ACOG District Meeting |
| 1981-1984 | Junior Faculty Clinical Fellowship – American Cancer Society |
| 1982 | Donald F. Richardson Memorial Prize Paper -Best research paper presented by a Junior Fellow at a District ACOG Meeting |
| 1981 | Clinical Research Paper, Second Place ACOG Annual Clinical Meeting |
| 1981 | Junior Fellow First Prize Paper – ACOG District IV |
| 1980 | American Cancer Society Clinical Fellow |

2

1979          Junior Fellow First Prize Paper – ACOG District IV

**BIBLIOGRAPHY**

**Books and Chapters**

1. **Doll K, Clarke-Pearson DL**. Complications of Disease and Therapy. In <u>Clinical Gynecologic Oncology,</u> Eighth Edition.  (DiSaia PJ, Creasman WT, eds). Mosby/Elsevier, 2016.

2. Havrilesky LJ, Lopez-Acevedo M, **Clarke-Pearson DL.** Palliative Surgery for Ovarian Cancer. In Surgery for Ovarian Cancer. (Bristow RE, Karlan BY, Chi DS, eds) CRC Press, Boca Raton, 2016**.**

3. **Clarke-Pearson DL**, Snook M L.. Preoperative Evaluation and Postoperative Management. In Clinical Gynecology (Bieber EJ, Horowitz I, Sanfillippo J., Shafi MJ, eds) Cambridge University Press. 2014

4. Abaid LN, **Clarke-Pearson DL**. Evaluation and Management of the Adenxal Mass in <u>Gynecological Cancer Management: Identification Diagnosis and Treatment.</u> (Clarke-Pearson D, Soper J. eds) Wiley-Blackwell, London, 2010.

5. **Clarke-Pearson DL**, Soper JT: Gynecological Cancer Management: Identification Diagnosis and Treatment.  Wiley-Blackwell, London, 2010.

6. Ragazzo J L, **Clarke-Pearson DL**. Cervical Neoplasia in <u>Gynecological CancerManagement Identification Diagnosis and Treatment.</u> (Clarke-Pearson D, Soper J. eds) Wiley-Blackwell, London, 2010.

7. Mendivil A, **Clarke-Pearson D**. Unusual Neoplasms of the Uterus in <u>Gynecological Cancer Management: Identification Diagnosis and Treatment</u>. (Clarke-Pearson D, Soper J. eds) Wiley-Blackwell, London, 2010.

8. **Clarke-Pearson DL**, Picklesimer A. Management ofDVT/PE in Pregnancy. In The 5-Minute OB/GYN Clinical Consult (Ed. Paula J. Hilliard). Lippincott Williams and Wilkins,  2008.

9. **Clarke-Pearson DL**, Abaid L. Emergency Management of DVT/PE. In The 5-Minute OB/GYN Clinical Consult (Ed. Paula J. Hilliard). Lippincott Williams and Wilkins,  2008.

10. **Clarke-Pearson DL**. Complications of Disease and Therapy. In <u>Clinical Gynecologic Oncology,</u> Seventh Edition.  (DiSaia PJ, Creasman WT, eds). Mosby/Elsevier, 2007.

11. **Clarke-Pearson DL**. Abaid L. Prevention of Deep Vein Thrombosis and Pulmonary Embolism. ACOG Practice Bulletin American College of Obstetricians and Gynecologists, Washington DC, 2007**.**

12. **Clarke-Pearson DL**. Surgical Complications. In <u>Précis,</u> An update in Obstetrics and Gynecology, 3rd Edition, American College of Obstetricians and Gynecologists, Washington DC, 2007.

13. **Clarke-Pearson DL**, Lee P, Spillman M, Lutman C. Preoperative Evaluation and Postoperative Management. In: <u>Novak's Gynecology</u>, 13th Edition (Berek J, Adashi E, Hillard P, eds.) Williams and Wilkins, Baltimore, 2006.

14. **Clarke-Pearson DL**, Spillman M, Lutman C, Lee P. Preoperative Evaluation and Postoperative

Management. In Clinical Gynecology (Bieber EJ, Horowitz I, Sanfillippo J. eds) Churchill Livingstone, 2005.

15. **Clarke-Pearson D L**, Havrilesky L. Intestinal Surgery in <u>Surgery for Ovarian Cancer: Principles and Practice (</u>Bristow RE, Karlan BY, eds) Taylor and Francis, 2005.

16. Alvarez A, **Clarke-Pearson DL**: Gynecologic Cancers. In <u>Geriatric Medicine</u>, Fourth Edition (Ed Cassel, et al.) Springer-Verlag New York, NY, 2001.

17. **Clarke-Pearson DL**, Olt G, Rodriguez G, Boente MP: Preoperative Evaluation and Preparation for Gynecologic Surgery. In: <u>Textbook of Gynecology</u>, Second Edition (Copeland L, Jarrell J, eds).  W. B. Saunders, Philadelphia, 2000.

18. Nichols D, **Clarke-Pearson DL**: <u>Gynecologic, Obstetric and Related Surgery</u>: Second Edition. Mosby, St. Louis, 2000.

19. Carney M, **Clarke-Pearson D**. Endometrial Cancer. In: <u>Gynecology for The Primary Care Physician,</u> Stoval T, Ling F, eds.). Current Medicine, Inc.  Philadelphia, 1999.

20. **Clarke-Pearson DL**. Venous Thromboembolic Complications. In<u>: Management of Perioperative Complications in Gynecology</u>, (V. Baker, G. Deppe, eds.). WB Saunders, Philadelphia, 1997.

21. **Clarke-Pearson DL**, Olt GJ, Rodriguez GC, Boente MP. Preoperative Evaluation and postoperative Management. In: <u>Novak's Gynecology</u>, 12th Edition (Berek J, Adashi E, Hillard P, eds.) Williams and Wilkins, Baltimore, 1996.

22. Evans AC, **Clarke-Pearson DL**: Gynecologic Cancers. In: <u>Geriatric Medicine</u>, Third Edition (Ed Cassel, et. al.)  Springer-Verlag, New York, 1996.

23. **Clarke-Pearson DL**, Hurteau JA, Elbendary AA, Carney M: Chemotherapy of Gynecologic Malignancies in <u>Telinde's Operative Gynecology</u> (eighth edition), (Thompson JD and Rock JA eds.)  Lippincott-Raven, Philadelphia, 1996.

24. **Clarke-Pearson D**: Salpingectomy-Oophorectomy. In: <u>Atlas of General Surgery</u> (Sabiston DC, ed.).  WB Saunders, Philadelphia, 1994.

25. **Clarke-Pearson D**: Abdominal Hysterectomy. In: <u>Atlas of General Surgery</u> (Sabiston DC, ed.). WB Saunders Co., Philadelphia, 1994.

26. **Clarke-Pearson DL**: Obstetrics and Gynecology. In: <u>Prevention of Venous Thromboembolism</u> (Bergqvist D, Comerota AJ, Nicolaides AN, Scurr JH, eds.). Med-Orion Publishing, London, 1994.

27. **Clarke-Pearson DL**: Venous thrombolic disease in pregnancy. In: <u>Current Therapy in Obstetrics and Gynecology (</u>Zuspan FP, Quilligan EJ, eds.). WB Saunders Co., Philadelphia, 1994.

28. **Clarke-Pearson DL**, Kohler MF, Hurteau JA, Elbendary A: Surgery for advanced ovarian cancer. In: <u>Clinical Obstetrics and Gynecology (</u>Soper, JT, Ed.) JP Lippincott, 1994.

29. **Clarke-Pearson DL**, Soper JT, Berchuck A, Rodriguez GC: <u>Residents Handbook in Gynecologic Oncology</u>, Duke University, 1988, 1994.

30. **Clarke-Pearson DL**: Prevention of Venous Thromboembolism in Gynecologic Surgery Patients. In: <u>Current Opinion in Obstetrics and Gynecology</u> (Herbst AL, ed) Current Science, Philadelphia, 1993.

4

31. **Clarke-Pearson DL**, Rodriguez GC, Boente M: Palliative Surgery for Epithelial Ovarian Cancer. In: <u>Ovarian Cancer</u> (Rubin SC, Sutton GP, Eds). McGraw-Hill, Inc., New York, pp. 351-373, 1993.

32. **Clarke-Pearson DL**, Rodriguez GC: Hematologic Complications. In: <u>Complications in Gynecologic Surgery: Prevention, recognition and management</u> (Orr J, Shingleton H, eds). JB Lippincott Co., Philadelphia, 1993, pp. 83-104.

33. **Clarke-Pearson DL**, Soper JT: Vaginal Reconstruction with Gracilis Myocutaneous Flaps. In: <u>Reconstructive Urology</u> Vol 2 (G Webster, R Kirby, L King, B Goldwasser) Boston Blackwell Scientific Publications, 1993.

34. Bast RC, Xu FJ, Haas M, Daly L, Bast BS, McKenzie S, Soper JT, Berchuck A, **Clarke-Pearson DL**, Boyer C: Will multiple serum markers increase the sensitivity of CA 125 for the early detection of epithelial ovarian cancer? In: <u>Ovarian Cancer</u>, Chapman and Hall Medical, London. 1993.

35. **Clarke-Pearson DL**, Olt G, Rodriguez G, Boente M: Preoperative and Postoperative Management. In: <u>Operative Gynecology</u> (D Gershenson, S Curry, Eds) Saunders, Inc., 1993.

36. **Clarke-Pearson DL**, Olt G, Rodriguez G, Boente M: Preoperative evaluation and preparation. In: <u>Textbook of Gynecology</u>. (L Copeland, A DeCherney, Eds). Saunders, Inc., 1993.

37. Beckmann CRB, Ling F, Barzansky BM, Sharf BF, **Clarke-Pearson DL**: History and Physical Examination. In: <u>Clinical Manual of Gynecology</u> (Second Edition), (TG Stovall, RL Summit, CRB Beckman, FW Ling, Eds). McGraw-Hill, Inc., New York, 1992.

38. **Clarke-Pearson DL**: Vaginal Dysplasia and Carcinoma. In: <u>Clinical Manual of Gynecology</u> (Second Edition), (TG Stovall, RL Summit, CRB Beckman, FW Ling, Eds). McGraw-Hill, Inc., New York, 1992.

39. **Clarke-Pearson DL**: Vulvar Dysplasia and Carcinoma. In: <u>Clinical Manual of Gynecology</u> (Second Edition), (TG Stovall, RL Summit, CRB Beckman, FW Ling, Eds). McGraw-Hill, Inc., New York, 1992.

40. **Clarke-Pearson DL**, Soisson AP, Wall L: Radical Hysterectomy. In: <u>Gynecologic Oncology</u>, Treatment Rationale and Techniques. (B Greer and J Berek, Eds) Elsevier Science Publishing Co, Inc, New York, 1991.

41. **Clarke-Pearson DL**, Soper JT, Berchuck A, Hunter VG: Ovarian Cancer. In: <u>Comprehensive Textbook of Oncology</u> (Second Edition), (AR Moossa, Ed), Williams and Wilkins, Baltimore, 1991.

42. **Clarke-Pearson DL**: Ovarian Cancer. In: <u>Principles of Medical Therapy in Pregnancy</u> (Second Edition), (N Gleicher, Ed), Plenum Publishing Co, New York, 1990.

43. Bast RC Jr, Boyer CM, Olt GJ, Berchuck A, Soper JT, **Clarke-Pearson D**, Xu FJ, Ramakrishnan S: Identification of Markers for Early Detection of Epithelial Ovarian Cancer. In: <u>Ovarian Cancer</u>: Biological and Therapeutic Challenges. (Sharp F, Mason WP, and Leake RE, Eds). Chapman and Hall Medical, London, p. 265, 1990.

44. **Clarke-Pearson DL**, Dawood MY: <u>Green's Gynecology: Essentials of Clinical Practice</u>, Fourth Edition. Little, Brown and Company, Boston, 1990.

45. Soper JT, Hughes CL, **Clarke-Pearson DL**: Gynecologic Surgery. In: <u>Fundamentals of Surgery</u> (RD Leichty and JT Soper, Eds) CV Mosby Co, St. Louis, 1989, p. 500.

5

46. **Clarke-Pearson DL**, Creasman WT: Ovarian Cancer. In: <u>Comprehensive Textbook of Oncology</u>. (AR Mossa, MC Robson, and SC Schmipff, Eds) Williams and Wilkins, pp. 845-854, 1986.

47. **Clarke-Pearson DL**: Deep Venous Thrombosis in Gynecologic Oncology. In: <u>Gynecology and Obstetrics</u>. (JW Sciarra, Ed) Harper and Row Publ, Inc, Philadelphia, Ch. 56, pp. 1-17, 1986.

48. **Clarke-Pearson DL**: <u>Handbook for Residents: Gynecologic Oncology</u>. University of Illinois Press (95 Pages), 1986.

49. **Clarke-Pearson DL**: Postoperative Thromboembolic Disease in Gynecology: Natural History, Risk Factors, and Prophylaxis. In: <u>Strategies in Gynecologic Surgery</u>. (HJ Buchsbaum and LA Walton, Eds) Springer-Verlag, New York, pp. 145-161, 1986.

50. Smith EB, **Clarke-Pearson DL**, Creasman WT: Screening for Cervical Cancer. In: <u>Screening and Monitoring Cancer</u>. (BA Stoll, Ed) John Wiley and Sons, Chichester, pp. 153-166, 1985.

51. Soper JT, **Clarke-Pearson DL**: Gynecology. In: <u>Synopsis of Surgery</u>. (RD Leichty, JT Soper, Eds) CV Mosby Co, St. Louis, Ch. 45, pp. 665-685, 1985.

52. **Clarke-Pearson DL**: Prevention of Thromboembolic Phenomena. In: <u>Gynecology and Obstetrics</u>. (JW Sciarra, Ed) Harper and Row Pub, Inc, Philadelphia, Vol. 1, Ch. 95, pp. 1-11, 1985.

53. **Clarke-Pearson DL**: Carcinoma of the Ovary. In: <u>Principles of Medical Therapy in Pregnancy</u>. (N Gleicher, Ed) Plenum Publishing Co, New York, Ch. 166, pp. 1106-1112, 1985.

54. Creasman WT, **Clarke-Pearson DL**: Pelvic Exenteration. In: <u>Progress in Obstetrics and Gynecology</u>. (J Studd, Ed) Churchill-Livingston, London, Vol. 4, pp. 243-253, 1984.

55. Creasman WT, **Clarke-Pearson DL**: Immunological Therapy Monitoring in Ovarian Cancer. In: <u>Cancer Campaign</u>. Gustav Fischer-Verlag, Stuttgart, New York, Vol. 7, 1984.

56. Creasman WT, **Clarke-Pearson DL**: Ovarian Cancer: Postoperative Therapy. In: <u>Contemporary Issues in Clinical Oncology: Gynecologic Oncology</u>. (AA Forastiere, Ed) Churchill-Livingston, Inc, New York, pp. 139-154, 1984.

57. Hammond CB, **Clarke-Pearson DL**, Soper JT: Management of Patients with Gestational Trophoblastic Neoplasia: Experience of the Southeastern Regional Center. In: <u>Human Trophoblast Neoplasms</u>. (RA Pattillo and RO Hussa, Eds) Plenum Publishing Corp, New York, pp. 369-381, 1984.

58. Creasman WT, **Clarke-Pearson DL**: Immunotherapy of Ovarian Cancer. In: <u>Clinics in Obstetrics and Gynecology</u>. (PJ DiSaia, Ed) WB Saunders Co, London, pp. 297-306, 1983.

59. Creasman WT, **Clarke-Pearson DL**: Ovarian Carcinoma. In: <u>Current Therapy of Obstetrics and Gynecology</u>. (EJ Quilligan, Ed) WB Saunders Co, Philadelphia, pp. 198-200, 1983.


**<u>Original Research</u>**

1. Pritts EA, Olive DL, Clarke-Pearson DL.  Abdominal versus Minimally Invasive Hysterectomy.  JAMA 2016.  316:2677

2. Barber EL, **Clarke-Pearson DL**. : Prevention of Venous Thromboembolism in Gynecologic Oncology Surgery.  Gyencol Oncol. 2017. 144: 420-427

3. Siedhoff M, Doll K M, **Clarke-Pearson DL**, MD, Rutstein SE, Laparoscopic hysterectomy with morcellation versus abdominal hysterectomy for presumed fibroids: an updated decision analysis following the 2014 FDA Safety Communications. Am J Obstet Gynecol.  2017; 216: 259.

4. Barber EL, Gehrig P, **Clarke-Pearson DL**. Venous Thromboembolism in Minimally Invasive Compared With Open Hysterectomy for Endometrial Cancer.  Obstet Gynecol. 2016; 128:121-6.

5. Barber EL, **Clarke-Pearson DL.** The Limited Utility of Currently Available Venous Thromboembolism Risk Assessment Tools in Gynecologic Oncology Patients. Am J Obstet Gyncol; 2016; 215: 445.

6. Giovinazzo H, Kumar P, Sheikh A, Brooks KM, Ivanovic M, Walsh M, Caron WP, Kowalsky RJ, Song G, Whitlow A, **Clarke-Pearson DL**, Brewster WR, Van Le L, Zamboni BA, Bae-Jump V, Gehrig PA, Zamboni WC. Technetium Tc 99m sulfur colloid phenotypic probe for the pharmacokinetics and pharmacodynamics of PEGylated liposomal doxorubicin in women with ovarian cancer. Cancer Chemother Pharmacol. 2016 Mar;77(3):565-73. doi: 10.1007/s00280-015-2945-y. Epub 2016 Jan 28.
PMID: 26822231

7. Tarek Toubia, MD, Janelle K. Moulder, MD, Lauren D. Schiff, MD, **Daniel Clarke-Pearson, MD**, Siobhan M. O'Connor, MD and Matthew T. Siedhoff, MD, MSCR. Peritoneal Washings after Power Morcellation in Laparoscopic Myomectomy: A Pilot Study. J Min Invasive Gynecology. 2016.  (accepted)

8. Parker WH, Kaunitz AM, Pritts EA, Olive DL, Chalas E, **Clarke-Pearson DL**, Berek JS. US Food and Drug Administration's Guidance Regarding Morcellation of Leiomyomas: Well-Intentioned, But is it Harmful for Women? Obstet Gynecol 2016; 127: 18-23.

9. Rutstein SB. Siedhoff MT, Geller EJ, Doll KM, Wu JM, **Clarke-Pearson DL**. Wheeler SB. Cost-effectiveness of laparoscopic hysterectomy with morcellation compared to abdominal hysterectomy for presumed fibroids. The Journal of Minimally Invasive Gynecology. 2016; 223-33.

10. Siedhoff MT, Wheeler SB, Rutstein SE, Geller EJ, Doll KM, Wu JM, **Clarke-Pearson DL**. Laparoscopic hysterectomy with morcellation vs abdominal hysterectomy for presumed fibroid tumors in premenopausal women: a decision analysis.
Am J Obstet Gynecol. 2015 May; 212(5):591

11. Siedhoff MT, Ruitstein SE, Wheeler SB, Geller EJ, Doll KM, Wu JM, Clarke-Pearson DL.  Cost-Effectiveness of Laparoscopic Hysterectomy wht Morcellation Compared to Abdominal Hysterectomy for Presumed Benign Leiomyomata.  J Minim Invasive Gynecol.  2015; 22: S78.

12. Stine JE, **Clarke-Pearson DL**, Gehrig PA. Uterine morcellation at the time of hysterectomy: Techniques, risks and recommendations. Obstetrics and Gynecology Survey 2014; 69: 415-25.

13. Doll KM, Kalinowski A, Snavely AC, Irwin DE, Bensen JT, Bae-Jump V, Kim KH , Van Le L, **Clarke-Pearson DL**, Gehrig PA. Obesity is associated with worse quality of life in women with gynecologic malignancies: An opportunity to improve patient-centered outcomes. Cancer, 2015: 121:395-402. PMID 25250951

14. Stine JE, Doll KM, Moore DT, Van Le L, Ko E, Soper JT, **Clarke-Pearson D**, Bae-Jump V, Gehrig PA, Kim KH.The Prevalence and Impact of Invasive Procedures in Women with Gynecologic Malignancies Referred to Hospice Care. Jour of Palliative Care and Med. Accepted April 15 2014.

15. Caron WP, Lay JC, Fong AM, La-Beck NM, Kumar P, Newman SE, Zhou H, Monaco JH, **Clarke-Pearson DL**, Brewster WR, Van Le L, Bae-Jump VL, Gehrig PA, Zamboni WC. Translational Studies of Phenotypic Probes for the Mononuclear Phagocyte System and Liposomal Pharmacology J Pharmacol Exp Ther jpet.113.208801; published ahead of print September 16,

2013.

16. **Clarke-Pearson DL**, Geller EJ. Complications of hysterectomy. Obstet Gynecol. 2013 Mar;121(3):654-73

17. **Clarke-Pearson DL**, Abaid LN. Prevention of venous thromboembolic events after gynecologic surgery. Obstet Gynecol. 2012 Jan;119(1):155-67.

18. **Clarke-Pearson DL**. Thromboprophylaxis for gynecologic surgery: why are we stuck in 1975? Obstet Gynecol. 2011 Nov;118(5):973-5.

19. William Zamboni, Whitney Caron, John Lay, Alan Fong, Ninh La-Beck, Parag Kumar, Suzanne Newman, Beth Zamboni, Daniel Crona, **Daniel Clarke-Pearson**, Wendy Brewster, Linda Van Le, Victoria Bae-Jump, and Paola Gehrig. "Translational Studies of Phenotypic Probes for the Mononuclear Phagocyte System and Liposomal Pharmacology". Clinical Pharmacology and Therapeutics (Submitted 1/15/12)

20. Higginson DS, Morris DE, Jones EL, **Clarke-Pearson DL**, Varia MA. Stereotactic body radiotherapy (SBRT): Technological innovation and application in gynecologic oncology. Gynecol Oncol. 2011; 120: 404-12.

21. Attitudes regarding the use of hematopoietic colony-stimulating factors and maintenance of relative dose intensity among gynecologic oncologists. Alvarez Secord A, Bae-Jump V, Havrilesky LJ, Calingaert B, **Clarke-Pearson DL**, Soper JT, Gehrig PA. Int J Gynecol Cancer. 2009 Apr;19(3):447-54.

22. Cost benefit of intermittent pneumatic compression for venous thromboembolism prophylaxis in general surgery. Nicolaides A, Goldhaber SZ, Maxwell GL, Labropoulos N, **Clarke-Pearson DL**, Tyllis TH, Griffin MB. Int Angiol. 2008 Dec;27(6):500-6.

23. Carlson JW, Kauderer J, Walker JL, Gold MA, O'Malley D, Tuller E, **Clarke-Pearson DL**; Gynecologic Oncology Group. A randomized phase III trial of VH fibrin sealant to reduce lymphedema after inguinal lymph node dissection: a Gynecologic Oncology Group study. Gynecol Oncol. 2008;110(1):76-82.

24. Lyman GH, Khorana AA, Falanga A, **Clarke-Pearson D**, Flowers C, Jahanzeb M, Kakkar A, Kuderer N M, Levine MN, Liebman H, Mendelson D, Raskob G, Somerfield MR, Thodiyil P, Trent D, Francis CW. American Society of Clinical Oncology Guideline: Recommendations for Venous Thromboembolism Prophylaxis and Treatment in Patients with Cancer.    J Clin Oncol. 2007; 25: 5490-5505.

25. Alvarez A, Laura J Havrilesky, Bae-Jump V, Chin JR, Calingaert B, Bland AE, Rutledge TL, Berchuck A, **Clarke-Pearson DL**, Gehrig PA. The role of multi-modality adjuvant chemotherapy and radiation in women with advanced stage endometrial cancer Gynecol Oncol 2007; 107: 285-91

26. Martino MA, Williamson E, Rajaram L, Lancaster JM, Hoffman MS, Maxwell GL, **Clarke-Pearson DL**. Defining practice patterns in Gynecologic Oncology to prevent pulmonary embolism and deep venous thrombosis. Gynecol Oncol, 2007;106: 439-445.

27. Secord AA, Havrilesky LJ, Carney ME, Soper JT, **Clarke-Pearson DL**, Rodriguez GC, Berchuck A.  Weekly low-dose paclitaxel and carboplatin in the treatment of advanced or recurrent cervical and endometrial cancer.  Int J Clin Oncol. 2007; 12:31-36.

28. Havrilesky LJ, Cragun JM, Calingaert B, Secord AA, Valea FA, **Clarke-Pearson DL**, Berchuck A, Soper JT. The prognostic significance of positive peritoneal cytology and adenxal/serosal

metastasis in stage IIIA endometrial cancer. Gynecol Oncol 2007; 104: 401-405.

29. Havrilesky L, Secord A, Bae-Jump V, Ayeni T, Calingaert B, **Clarke-Pearson DL**, Berchuck A, Gehrig PA. Outcomes in surgical stage I uterine papillary serous carcinoma. Gynecol Oncol, 2007; 105: 677-82.

30. Soper JT, **Clarke-Pearson DL**. Comparison of Gracilis and Rectus Abdominis Myocutaneous Flap Neovaginal Reconstruction Performed During Radical Pelvic Surgery: Flap-Specific Morbidity. Int J Gynecol Oncol, 2007 17:298-303.

31. Rose P, Shamshad A, Watkins E, Thigpen JT, Deppe G, **Clarke-Pearson DL**, Insalaco S. Long-Term Follow-Up of a Randomized Trial Comparing Concurrent Single Agent Cisplatin or Cisplatin-Based Combination Chemotherapy or Hydroxyurea During Pelvic Irradiation for Locally Advanced Cervical Cancer: A Gynecologic Oncology Group Study. J Clin Oncol ,2007; 25: 2804-10

32. Spriggs DR, Brady M, Vaccarello L, **Clarke-Pearson D**, Burger RA, Mannel R, Boggess JF, Lee RB, Hanly M. A Phase III Randomized Trial of IV Cisplatin plus Paclitaxel as a 24- or 96-hour Infusion in Patients with selected Stage III or Stage IV Epithelial Ovarian Cancer: A Gynecologic Oncology Group Study. J Clin Oncol, 2007; 25: 4466-72.

33. Soper JT, Spillman MA, Sampson JH, Kirkpatrick JP, Wolf JK, **Clarke-Pearson DL** High-risk Gestational Trophoblastic Neoplasia with Brain Metastases: Individualized Multidisciplinary Therapy in the Management of Four Patients. Gynecol Oncol 2007; 104: 691-694.

34. Jones E, Alvarez Secord A, Prosnitz LR, Samulski TV, Oleson JR, Berchuck A, **Clarke-Pearson DL**, Soper J, Dewhirst MW, Vujaskovic Z. Intra-peritoneal cisplatin and whole abdomen hyperthermia for relapsed ovarian carcinoma. Int J Hyperthermia 2006; 22: 161-172.

35. Maxwell GL, **Clarke-Pearson DL**. Pulmonary embolism after major abdominal surgery in gynecologic oncology. Obstet Gynecol 2006; 108:209

36. Lutman CV, Havrilesky LJ, Cragun JM, Secord A, Calingaert B, Berchuck A, **Clarke-Pearson DL**, Soper JT. Pelvic lymph node count is an important prognostic variable for FIGO Stage I and II endometrial carcinoma with high risk histology. Gynecol Oncol 2006; 102:92-97.

37. Soper JT, Secord AA, Havrilesky LJ, Berchuck A, **Clarke-Pearson DL.** Rectus abdominis myocutaneous and myoperitoneal flaps for neovaginal reconstruction after radical pelvic surgery: comparison of flap-related morbidity. Gynecol Oncol. 2005; 97: 596-601.

38. Cragun JM, Havrilesky LJ, Calingaert B, Synan I, Secord AA, Soper JT, **Clarke-Pearson DL**, Berchuck A. Retrospective analysis of selective lymphadenectomy in apparent early-stage endometrial cancer. J Clin Oncol 2005; 23:3668-75.

39. Soper JT, Havrilesky LJ, Secord AA, Berchuck A, **Clarke-Pearson DL**. Rectus abdominis myocutaneous flaps for neovaginal reconstruction after radical pelvic surgery. Int J Gynecol Cancer. 2005; 15: 542-8.

40. Havrilesky LJ, Cragun JM, Calingaert B, Synan I, Secord AA, Soper JT **Clarke-Pearson DL**, Berchuck A. Resection of lymph node metastases influences survival in stage IIIC endometrial cancer. Gynecol Oncol. 2005; 99:689-95.

41. Walker JL, Armstrong D, Huang H, Fowler J, Webster K, Burger R, **Clarke-Pearson D**. Intraperitoneal Catheter Outcomes in a Phase III Trial of Intravenous vs. Intraperitoneal Chemotherapy in Optimal Stage III Ovarian and Primary Peritoneal Cancer. A Gynecologic Oncology Group Study. Gynecol Oncol 2005; 100:27-32.

1

42. Greer B, Bundy BN, Ozols RF, Fowler JM, **Clarke-Pearson DL**, Burger RA, Mannel R,DeGeest K, Hartenbach EM, Baergen RN, Copeland LJ. Implications of second-look laparotomy in the context of optimally resected Stage III Ovarian Cancer: A non-randomized comparison using an explanatory analysis: a Gynecologic Oncology Group Study.   J Clin Oncol. 2005;99:71-9.

43. Secord AA, Jones EL, Hahn CA, Petros WP, Yu D, Havrilesky LJ, Soper JT, Berchuck A, Spasojevic I, **Clarke-Pearson DL**, Prosnitz LR, Dewhirst MW. Phase I/II trial of intravenous Doxil and whole abdomen hyperthermia in patients with refractory ovarian cancer. Int J Hyperthermia 2005; 21:333-47

44. Dainty L, Maxwell GL, **Clarke-Pearson DL,** Myers ER. Cost-effectiveness of combination thromboembolism prophylaxis in gynecologic oncology surgery. Gynecol Oncol 2004; 93: 366-73.

45. Rose PG, Nerenstone S, Brady MF, **Clarke-Pearson D**, Olt G, Rubin SC, Moore DH. Secondary Surgical Cytoreduction for Advanced Stage Ovarian Carcinoma with Suboptimal Residual Disease.   N Engl J Med.  2004; 351:2489-97.

46. Soper JT, Reisinger SA, Asbury R, Jones E, **Clarke-Pearson DL**. Feasibility Study of Concurrent Weekly Cisplatin and Whole Abdominopelvic Irradiation Followed by Doxorubicin/Cisplatin Chemothereapy for Locally Advanced Endometrial Carcinoma: a Gynecologic Oncology Group Study. Gynecol Oncol 2004; 95: 95-100.

47. Rader JS, **Clarke-Pearson D**, Moore M, Carson L, Holloway R, Kao MS, Wiznitzer I, Douglass EC. A phase II study to determine the efficacy and tolerability of intravenous ZD9331 in heavily pretreated patients with ovarian cancer. Gynecol Oncol. 2003; 91:318-25.

48. Jones EL, Samulski TV, Dewhirst MW, Secord AA, Berchuck A, **Clarke-Pearson DL**, Havrilesky LJ, Soper J, Prosnitz LR. A Pilot Phase II Trial of Concurrent Radiotherapy, Chemotherapy, and Hyperthermia for Locally Advanced Cervical Carcinoma. Cancer. 2003; 98:277-282.

49. Havrilesky LJ, Peterson BL, Dryden DK, Soper JT, **Clarke-Pearson DL**, Berchuck A. Predictors of clinical Outcomes in the Laparoscopic Management of Adenxal Masses. Obstet Gynecol. 2003; 102: 243-51

50. Havrilesky LJ, Wong TZ, Secord AA, Berchuck A, **Clarke-Pearson DL**, Jones EL. The role of PET scanning in the detection of recurrent cervical cancer.  Gynecol Oncol 2003; 90:186-190

51. Roth TM, Secord AA, Havrilesky LJ, Jones E, **Clarke-Pearson DL** . High Dose Rate Intraoperative Radiotherapy for Recurrent Cervical Cancer and Nodal Disease. Gynecol Oncol. 2003;  91: 258-260.

52. Havrilesky LJ, Alvarez AA, Sayer RA, Lancaster JM, Berchuck A, **Clarke-Pearson DL**, Rodriguez GC, Carney ME: Weekly low-dose carboplatin and paclitaxel in the treatment of recurrent ovarian and peritoneal cancer. Gynecol Oncol 2003; 88: 51-57.

53. Ozols RF, Bundy BN, Greer BE, Fowler JM, **Clarke-Pearson DL**, Burger RA, Mannel R, DeGeest K, Hartenbach EM, Baergen R. Phase III Trial of Carboplatin and Paclitaxel Compared with Cisplatin and Paclitaxel in Patients with Optimally Resected Stage III Ovarian Cancer: a Gynecologic Oncology Group Study. J Clin Oncol 2003; 21: 3194-3200.

54. Varia MA, Stehman FB, Bundy BN, Benda JA, **Clarke-Pearson DL**, Alvarez RD, Long HJ. Intraperitoneal Radioactive Phosphorous (32P) versus observation following negative Second-Look Laparotomy for Stage III Ovarian Carcinoma: A Randomized Trial of the Gynecologic

Oncology Group.  J Clin Oncol 2003; 21: 2849-2855

55.  Bloss JD, Brady M, Rocereto T, Partridge EE, **Clarke-Pearson DL**. Extraovarian Peritoneal Serous Papillary Carcinoma: A Phase II Trial of Cisplatin and Cyclophosphamide with Comparison to a cohort with Papillary Serous Ovarian Carcinoma-A Gynecologic Oncology Group Study.  Gynecol Oncol  2003;89:148-54

56.  **Clarke-Pearson DL**, Maxwell GL, Synan I, Dodge R, McClelland C. Risk factors which predispose patients to thromboembolism despite prophylaxis with external pneumatic compression.  Obstet Gynecol 2003; 101:157-163.

57.  Bookman MA, Darcy KM, **Clarke-Pearson DL**, Boothby R, Horwitz I.  Evaluation of monoclonal Humanized Anti-HER2 Antibody (Trastuzumab, Herceptin) in Patients with recurrent or refractory Ovarian or Primary Peritoneal Carcinoma with Overexpression of HER2: A Phase II Trial of the Gynecologic Oncology Group.  J Clin Oncol 2003; 21:283-290.

58.  Gore M, Oza A, Rustin G, Malefetano J, Calvert H, **Clarke-Pearson D**, Carmichael J, Ross G, Beckman R, Fields S. A Randomized Trial of Oral versus Intravenous Topotecan in Patients with relapsed epithelial Ovarian Cancer.  Euro J Cancer. 2002: 38:57-63.

59.  Maxwell GL, Synan I, Hayes R, **Clarke-Pearson DL**. Preference and Compliance in Thromboembolism Prophylaxis for Gynecologic Oncology Patients. Obstet Gynecol. 2002, 100: 451

60.  Markman M, Bundy B, Alberts D, Fowler J, **Clarke-Pearson D**, Carson LF, Walder S, Sickel J. Phase III trial of standard dose intravenous cisplatin plus paclitaxel versus moderately high-dose carboplatin followed by intravenous paclitaxel and intraperitoneal cisplatin in small volume stage III ovarian cancer: an intergroup study of the Gynecologic Oncology Group, Southwestern Oncology Group, and Eastern Cooperative Oncology Group. J Clin Oncol; 2001; 19: 1001-1007

61.  Maxwell GL, Synan I, Dodge R, Carroll B, **Clarke-Pearson DL**. Prevention of Venous Thrombosis in Postoperative Gynecologic Oncology Patients: A Prospective Randomized Trial Comparing Pneumatic Calf Compression and Low Molecular Weight Heparin (dalteparin) Obstet Gynecol  2001; 98: 989-995

62.  **Clarke-Pearson DL**, Van Le L, Whitney CW, Hanjani P, Kristensen G, Malfetano JH, Beckman RA, Ross GA, Lane SR, DeWitte MH, Fields SZ. Oral Topotecan as Single-Agent Second-Line Chemotherapy in Patients with Advanced Ovarian Cancer.  J Clin Oncol  2001; 19:3976-3975

63.  Rader J, **Clarke-Pearson, DL** Moore M, et al. Phase II Trial of ZD9331 as third-line therapy for patients with ovarian carcinoma. Ann Oncol 2000; 11 (4): 83

64.  Cirisano FD Jr., Robboy SJ, Dodge RK, Bentley RC, Krigman HR, Synan IS, Soper JT, **Clarke-Pearson DL**. The outcome of stage I-II clinically and surgically staged papillary serous and clear cell endometrial cancers when compared with endometrioid carcinoma. Gynecol Oncol 77:55-65, 2000.

65.  Maxwell GL, Myers ER, **Clarke-Pearson DL**. Cost-effectiveness of deep venous thrombosis prophylaxis in gynecologic oncology surgery.  Obstetrics & Gynecol 95:206-14,2000.

66.  Rose PG, Bundy BN, Watkins EB, Thigpen JT, Deppe G, Maiman MA, **Clarke-Pearson DL**, Insalaco S. Concurrent cisplatin-based radiotherapy and chemotherapy for locally advanced cervical cancer.  N Engl J Med 340:1144-53, 1999.

67.  Ashih H. Gustilo-Ashby T, Myers ER, Andrews J, **Clarke-Pearson DL**,, Berry D, Berchuck A. Cost-effectiveness of treatment of early stage endometrial cancer. Gynecol Oncol 74:208-16,

1999.

68. Cirisano FE Jr. Robboy SJ, Dodge RK, Bentley RC, Krigman HR, Synan IS, Soper JT, **Clarke-Pearson DL**. Epidemiologic and surgicopathologic findings of papillary serous and clear cell endometrial cancers when compared to endometrioid carcinoma. Gynecol Oncol 74:385-94, 1999.

69. Whitney CW, Sause W, Bundy BN, Malfetano JH, Hannigan EV, Fowler WC, **Clarke-Pearson DL**, Liao SY: A randomized comparison of fluorouracil plus cisplatin versus hydroxyurea as an adjunct to radiation therapy in stages IIB-IVA carcinoma of the cervix with negative para-aortic lymph nodes: A Gynecologic Oncology Group and Southwest Oncology Group Study. J Clin Oncol 17:1339-48, 1999.

70. Boente MP, Berchuck A, Whitaker RS, Kalen A, Xu FJ, **Clarke-Pearson DL**, Bell RM, Bast RC: Suppression of Diacylglycerol Levels by Antibodies Reactive with c-erbB-2 (HER-2/neu) Gene Product p185$^{c-erbB-2}$ in Breast and Ovarian Cancer Cell Lines. Gynecol Oncol 70:49-55, 1998.

71. Woolas RP, Jacobs IJ, XU F, Berchuck A, Soper JT, **Clarke-Pearson DL**, Spence-Jones S, Oram D, Hudson CN, Shepherd JH, Bast RC, Jr.: Multiple tumor marker measurements to differentiate stage I ovarian cancer from the benign ovarian cyst. Gyn Techniques Vol (3) 3:123-126, 1997.

72. Clifford SL, Kaminetsky CP, Cirisano FD, Dodge R, Soper JT, **Clarke-Pearson DL**, Berchuck A: Racial disparity in overexpression of the p53 tumor suppressor gene in stage I endometrial cancer. Am J Obstet Gynecol 176:S229-32, 1997.

73. Roberts JA, Jenison EL, **Clarke-Pearson D**, Longleben A: A randomized, multicenter, double-blind, placebo-controlled, dose finding study of ORG 2766 in the prevention or delay of cisplatin-induced neuropathies in women with ovarian cancer. Gynecol Oncol 67:172-177, 1997

74. Hoskins WJ, McGuire WP, Brady MF, Kucera PR, Partridge EE, Look KY, **Clarke-Pearson DL**, Davidson M. Combination paclitaxel (Taxol) - cisplatin vs cyclophosphamide -cisplatin as primary therapy in patients with suboptimally debulked advanced ovarian cancer. Supplement: Int J Gynecol Cancer 7:9-13, 1997.

75. McGuire WP, Hoskins WJ, Brady MF, Kucera PR, Partridge EE, Look KY, **Clarke-Pearson DL**, Davidson M. Comparison of combination therapy with paclitaxel and cisplatin versus cyclophosphamide and cisplatin in patients with suboptimal stage III and stage IV ovarian cancer: A Gynecologic Oncology Group Study. Semin Oncol 24 (1 Suppl 2):S2-13-S2-16, 1997.

76. Omura GA, Blessing JA, Vaccarello L, Berman ML, **Clarke-Pearson DL**, Mutch D, Anderson B: Randomized trial of cisplatin versus cisplatin plus mitolactol (Dibromodulcitol) versus cisplatin plus ifosfamide in advanced squamous carcinoma of the cervix: A Gynecologic Oncology Group Study.   J Clin Oncol 15:165-171, 1997.

77. Alberts DS, Liu PY, Hannigan EV, O'Toole R, Williams SD, Young JA, Franklin EW, **Clarke-Pearson DL**, Malviya VK, Dubeshter B, Hoskins WJ, Adelson MD, Alvarez RD, O'Sullivan J, Garcia DJ, Sparks DB, Quade J, Rothenberg ML: Phase III study of intraperitoneal Cisplatin-intravenous Cyclophosphamide versus intravenous Cisplatin-intravenous cyclophosphamide in patients with optimal disease stage III ovarian cancer: A SWOG-GOG-EGOG Intergroup Study. Int J Gynecol Cancer 6 (1):28-29, 1996.

78. Rodrigeuz GC, Soper JT, Ho M, Dodge R, Berchuck A, **Clarke-Pearson DL**: A comparison of interrupted versus continuous Smead-Jones abdominal closure. J Gynecol Tech 2:19-23, 1996.

79. McGuire WP, Hoskins WJ, Brady M, Kucera PR, Partridge EE, Look KY, **Clarke-Pearson DL**, Davidson M: A phase III randomized study of Cyclophosphamide and Cisplatin versus Paclitaxel and Cisplatin in patients with suboptimal stage III and IV epithelial ovarian cancer. N EnglJ Med

334:1-6, 1996.

80. Alberts DS, Liu PY, Hannigan EV, O=Toole R, William SD, Young JA, Franklin EW, **Clarke-Pearson DL**, Malviya VK, DuBeshter B, Adelson MD, Hoskins WJ: Intraperitoneal Cisplatin plus intravenous Cyclophosphamide versus intravenous Cisplatin plus intravenous Cyclophosphamide in stage III ovarian cancer. N Engl J Med 335:1950-55, 1996.

81. Kohler MF, Carney P, Dodge R, Soper JT, **Clarke-Pearson DL**, Marks JR, Berchuck A: p53 overexpression in advanced-stage endometrial adenocarcinoma. Am J Obstet Gynecol 175:1246-52, 1996.

82. Stehman FB, Bundy BN, Harrison B, **Clarke-Pearson DL**: Sites of failure and times to failure in carcinoma of the vulva treated conservatively: A Gynecologic Oncology Group study. Am J Obstet Gynecol 174 (4):1128-33, 1996.

83. Look KY, Brunetto VL, **Clarke-Pearson DL**, Averette HE, Major FJ, Alvarez RD, Homesley HD, Zaino RJ: An analysis of cell type in patients with surgically staged stage IB carcinoma of the cervix: A Gynecologic Oncology Group Study. Gynecol Oncol 63(3):304-311, 1996.

84. Olt G, Soper J, Ramakrishnan S, Xu F, Berchuck A, **Clarke-Pearson D**, Dodge R, Bast RC Jr: Preoperative evaluation of macrophage colony stimulating factor levels (M-CSF) in patients with endometrial cancer. Am J Obstet Gynecol 174:1316-19,1996.

85. Massad LS, Bitterman P, **Clarke-Pearson DL**: Case Report: Metastatic clear cell eccrine hidradenocarcinoma of the vulva: Survival after primary surgical resection. Gynecol Oncol 61:287-290, 1996.

86. Cliby WA, **Clarke-Pearson DL**, Dodge R, Kohler ME, Rodriguez GC, Olt GJ, Soper JT, Berchuck A, Soisson AP: Acute morbidity and mortality associated with selective pelvic and para-aortic lymphadenectomy in the surgical staging of endometrial adenocarcinoma. J Gynecol Tech 1:19-25, 1995.

87. Hurteau JA, Rodriguez GC, Kay HH, Bentley RC, **Clarke-Pearson DL**:Villoglandular adenocarcinoma of the cervix: A case report. Obstet Gynecol 85:906-908, 1995.

88. Moore DH, Valea F, Walton LA, Soper JT, **Clarke-Pearson DL**, Fowler WC, Jr.: A phase I study of intraperitoneal-alpha2b interferon and intravenous cisplatin plus cyclophosphamide chemotherapy in patients with untreated stage III epithelial ovarian cancer: A Gynecologic Oncology Group pilot study. Gynecol Oncol 59:267-272,1995.

89. Hurteau JA, Rodriguez G, Berchuck A, Soper JT, Cliby W, Soisson AP, **Clarke-Pearson,DL**: Closed retroperitoneal suction drainage compared to no drainage in patients having undergone selective lymphadenectomy: Risks and benefits.  J Gynecol Tech (1)4:195-199,1995.

90. Weber TM, Sostman HD, Spritzer CE, Ballard RL, Meyer GA, **Clarke-Pearson DL**, Soper JT: Cervical carcinoma: Determination of recurrent tumor extent versus radiation changes with MR imaging.  Radiology 194:135-139, 1995

91. Soper JT, Rodriguez G, Berchuck A, **Clarke-Pearson DL**: Long and short gracilis myocutaneous flaps for vulvovaginal reconstruction after radical pelvic surgery: Comparison of flap-specific complications.  Gynecol Oncol 56:271, 1995.

92. LoCoco S, Covens A, Carney M, Franssen E, Dodge R, Rosen B, Osborne B, Kerr I, Buckman R, Soper J, Ridriguez G, DePetrillo A, **Clarke-Pearson D**, Berchuck A: Does aggressive therapy improve survival in suboptimal stage IIIC/IV ovarian cancer? A Canadian-American comparative study.  Gynecol Oncol 59:194-9, 1995.

13

93. Liu JR, Conaway M, Rodriguez GC, Soper JT, **Clarke-Pearson DL**, Berchuck A: Poor prognosis of black women with endometrial cancer is not due to delayed treatment. Obstet Gynecol 86:486-90, 1995.

94. Evans AC, **Clarke-Pearson DL**, Rodriguez GC, Berchuck A, Hammond CB: Gestational Trophoblastic Disease metastatic to the central nervous system. Gyn Oncol 59:226-230, 1995.

95. Hussein AM, Petros WP, Ross M, Vredenburgh JJ, Affronti ML, Jones RB, Shpall EJ, Rubin P, Elkordky M, Gilbert C, Gupton C, Egorin MJ, Soper J, Berchuck A, **Clarke-Pearson D**, Berry DA, Peters WA: A phase I/II study of high-dose cyclophosphamide, cisplatin, and thiotepa followed by autologous bone marrow and granulocyte colony-stimulating factor-primed peripheral blood progenitor cells in patients with advanced malignancies. Cancer Chemotherapy and Pharmacology 37:561-568, 1995.

96. Woolas RP, Conaway MR, Xu FJ, Jacobs IJ, Yu YJ, Daly L, Davies AP, O'Briant K, Berchuck A, Soper JT, **Clarke-Pearson D**, Rodriguez G, Oram DH, Bast RC Jr: Combinations of multiple serum markers are superior to individual assays for discriminating malignant from benign pelvic masses.  Gynecol Oncol 59:111-6, 1995.

97. Berchuck A, Anspach C, Evans AC, Soper JT, Rodriguez GC, Dodge R, Robboy S, **Clarke-Pearson DL**: Post-surgical surveillance of patients with FIGO stage I/II endometrial adenocarcinoma.  Gyn Onc 59:20-24, 1995.

98. Soper JT, Evans AC, Rodriguez G, Berchuck A, **Clarke-Pearson DL**, Hammond CB: Etoposide-platin combination therapy for chemorefractory gestational trophoblastic disease. Gynecol Oncol 56:421-424, 1995.

99. Rodriguez GC, Hughes CL, Soper JT, Berchuck A, **Clarke-Pearson DL**, Hammond CB: Serum progesterone for the exclusion of early pregnancy in women at risk for recurrent gestational trophoblastic neoplasia.  Obstet Gynecol 84:794-7, 1994.

100. Xu FJ, Yu YH, Daley L, Anselmino L, Hass GM, Berchuck A, Rodriguez GC, Soper JT, **Clarke-Pearson DL**, Hollis MS, Boyer C, Bast RC Jr.: OVX1 as a marker for early stage endometrial carcinoma.  Cancer 73(7):1855-1858, 1994.

101. Soisson AP, Olt G, Soper JT, Berchuck A, Rodriguez GC, **Clarke-Pearson DL**: Prevention of superficial wound separation with subcutaneous retention sutures. Gynecol Oncol 51:330-4, 1994.

102. Lukes A, Kohler MF, Pieper CF, Kerns BJ, Bentley R, Rodriguez GC, Soper JT, **Clarke-Pearson DL**, Bast RC Jr., Berchuck A: Multivariate analysis of DNA ploidy, p53, and HER-2/neu as prognostic factors in endometrial cancer. Cancer 79:2380-85, 1994.

103. Soper JT, **Clarke-Pearson DL**, Berchuck A, Rodriguez G, Hammond CB: 5-Day Methotrexate for Women with Metastatic Gestational Trophoblastic Disease. Gynecol Oncol 54:76-79, 1994.

104. Ben-Haim S, Kahn D, Weiner GJ, Madsen MT, Waxman AD, Williams CM, **Clarke-Pearson DL**, Coleman ER, Maguire RT: The safety and pharmacokinetics in adult subjects of an intravenously administered $^{99m}$Tc-labeled 17 amino acid peptide (CYT-379). Nucl Med Biol 21(2):131-142, 1994.

105. Rodriguez GC, **Clarke-Pearson DL**, Soper JT, Berchuck A, Synan I, Dodge RK: The negative prognostic implications of thrombocytosis in women with Stage IB cervical cancer. Obstet Gynecol 83:445-448, 1994.

106. Myers ER, **Clarke-Pearson DL**, Olt GJ, Soper JT, Berchuck A: Preoperative coagulation testing

on a gynecologic oncology service.  Obstet Gynecol 83:438-444, 1994.

107. Berchuck A, Kohler MF, Hopkins MP, Humphrey PA, Robboy SJ, Rodriguez GC, Soper JT, **Clarke-Pearson DL,** Bast RC: Overexpression of p53 is not a feature of benign and early-stage borderline epithelial ovarian tumors. Gynecol Oncol 52:232-236, 1994.

108. Soper JT, Evans AC, **Clarke-Pearson DL**, Berchuck A, Rodriguez G, Hammond CB: Alternating weekly chemotherapy with etoposide-methotrexate-dactinomycin/cyclophosphamide-vincristine for high-risk gestational trophoblastic disease. Obstet Gynecol 83(1):113-117, 1994.

109. Woolas R, Xu FJ, Daly L, Soper JT, Berchuck A, Rodriguez G, **Clarke-Pearson DL**, Boyer CM, Bast RC Jr: Screening strategies for ovarian cancer. Diag Oncol 3:287-293, 1993.

110. Woolas RP, Xu FJ, Jacobs IJ, Yu YH, Daly L, Berchuck A, Soper JT, **Clarke-Pearson DL**, Oram DH, Bast RC Jr: Elevation of multiple serum markers in patients with Stage I ovarian cancer.  J Nat Can Inst 85:1748-1751, 1993.

111. Kohler MF, Nishii H, Humphrey PA, Sasaki H, Boyd JA, Marks J, Bast RC, **Clarke-PearsonDL,** Berchuck A.: Mutation of the p53 tumor supressor gene is not a feature of endometrial hyperplasias.  Am J Obstet Gynecol 169:690-4, 1993.

112. Leopold KA, Oleson JR, **Clarke-Pearson DL**, Soper JT, Berchuck A, Samulski T, Page RL, Bliven J, Dewhirst M: Intraperitoneal cisplatin and regional hyperthermia for ovarian carcinoma. Int J Radiat Oncol Biol Phys 27:1245, 1993.

113. Kohler MF, Marks JR, Wiseman RW, Jacobs IJ, Davidoff AM, **Clarke-Pearson DL**, Soper JT, Bast RC Jr, Berchuck A: Spectrum of mutation and frequency of allelic deletion of the p53 gene in ovarian cancer.  J Natl Cancer Inst 85:1513-1519, 1993.

114. Xu FJ, Yu Y, Daley C, DeSombre K, Hass M, Anselmino L, Berchuck A, Soper JT, **Clarke-Pearson DL**, Boyer C, Layfield LJ, Bast RC: The OVX1 radioimmunoassay complements CA125 for predicting the presence of residual ovarian carcinoma at second look surgical surveillance procedures.  J Clin Oncol, 11:1506-1510, 1993.

115. **Clarke-Pearson DL**, Synan IS, Dodge R, Soper JT, Berchuck A, Coleman RE: A randomized trial of low-dose heparin and intermittent pneumatic calf compression for the prevention of deep venous thrombosis after gynecologic oncology surgery. Am J Obstet Gynecol 168:1146-54, 1993.

116. Asbury RF, Blessing JA, Look KY, **Clarke-Pearson DL**, Homesley HD: A Gynecologic Oncology Group phase II study of AMONAFIDE in epithelial ovarian cancer. AmJ Clin Oncol 16(6):529-531, 1993.

117. Boente MP, Berchuck A, Whitaker RS, Kalen A, Xu FJ, **Clarke-Pearson DL**, Bell RM, Bast RC Jr.: Antibodies against immunochemically distinct epitopes on the extracellular domain of HER-2/neu c-<u>cerb</u>B-2 inhibit growth of breast and ovarian cancer cell lines. Int J Cancer 53:401-408, 1993.

118. Kohler MF, Berchuck A, Davidoff AM, Humphrey PA, Iglehart JD, Soper JT, **Clarke-Pearson DL**, Bast RC Jr., Marks JR: Overexpression and mutation of p53 in endometrial cancer. Cancer Res 52:1622-27, 1992.

119. Soisson AP, Soper JT, Berchuck A, Dodge R, **Clarke-Pearson DL**: Radical hysterectomy in obese women.  Obstet Gynecol 80:940, 1992.

120. Boente MP, Berchuck A, Rodriguez GC, Davidoff A, Whitaker R, Xu FJ, Marks J, **Clarke-Pearson DL**, Bast RC Jr: The effect of interferon gamma on epidermal growth factor receptor

15

expression in normal and malignant ovarian epithelial cells. Amer J Obstet Gynecol 167:1877-1882, 1992.

121. Soper JT, Johnson P, Johnson V, Berchuck A, **Clarke-Pearson DL**: Comprehensive restaging laparotomy in women with apparent early ovarian carcinoma. Obstet Gynecol 80(6):949-952, 1992.

122. Olt G, Berchuck A, Soisson AP, Boyer C, Bast RC, **Clarke-Pearson DL**: Fibronectin is an immunosuppressive substance associated with epithelial ovarian cancer. Cancer 70:2137-42, 1992.

123. Rodriguez GC, Soper JT, Berchuck A, Oleson J, Dodge R, Montana G, **Clarke-Pearson DL**: Improved palliation of cerebral metastases in epithelial ovarian cancer using a combined modality approach including radiation therapy, chemotherapy, and surgery. J Clin Oncol 10:1553-1560, 1992.

124. Soper JT, Berchuck A, Dodge R, **Clarke-Pearson DL**: Adjuvant therapy with intraperitoneal chromic phosphate ($^{32}$P) in women with early ovarian carcinoma after comprehensive surgical staging.  Obstet Gynecol 79:993-7, 1992.

125. Montana GS, Anscher MS, Mansbach CM, Daly N, Delannes M, **Clarke-Pearson DL**, Gaydica EF: Topical application of WR-2721 to prevent radiation proctosigmoiditis. A phase I/II trial. Cancer 69:2826-2830, 1992

126. Berchuck A, Boente MP, Soper JT, Kerns BJ, Kinney RJ, **Clarke-Pearson DL**, Bacus SS, Bast RC Jr: Ploidy analysis of epithelial ovarian cancers using image cytometry. Gynecol Oncol 44:61-65, 1992.

127. Berchuck A, Rodriguez G, Olt GJ, Boente MP, Whitaker R, Arrick B, **Clarke-Pearson DL**, Bast RC Jr: Regulation of growth of normal ovarian epithelial cells and ovarian cancer cell lines by transforming growth factor-beta. Am J Obstet Gynecol 166(2):676-84, 1992.

128. O'Briant K, Chrysson N, Hunter V, Tyson F, Tanner M, Daly L, George SL, Berchuck A, Soper J, Fowler W, **Clarke-Pearson DL**, Bast RC: Ha-ras polymorphisms in epithelial ovarian cancer. Gynecol Oncol 45:299, 1992.

129. Slayton RE, Blessing JA, **Clarke-Pearson DL**: A phase II clinical trial of Diaziquone (AZQ) In the treatment of patients with recurrent mixed mesodermal sarcomas of the uterus. A Gynecologic Oncology Group Study. (Brief Report) Investigational New Drugs 9:93-94, 1991.

130. Massad LS, Hunter VJ, Szpak CA, **Clarke-Pearson DL**, Creasman WT: Epithelial ovariantumors of low malignant potential. Obstet Gynecol 78(6):1027-1032, 1991.

131. Livengood CH, Soper JT, **Clarke-Pearson DL**, Addison WA: Necrotizing fasciitis in irradiated tissues of diabetic patients. J Reprod Med 36:455-458, 1991.

132. Stellar MA, Soper JT, Szpak CA, Lanman JT, **Clarke-Pearson DL**: The importance of determining karyotype in premenarchal females with gonadal dysgerminoma: Two case reports. Int J Gynecol Cancer 1:141, 1991.

133. Berchuck A, Rodriguez GC, Kamel A, Dodge RK, Soper JT, **Clarke-Pearson DL**, Bast RC Jr: Epidermal growth factor receptor expression in normal ovarian epithelium and ovarian cancer. I. Correlation of receptor expression with prognostic factors in patients with ovarian cancer. Am J Obstet Gynecol 164:669-674, 1991.

134. Berchuck A, Rodriguez GC, Kinney RB, Soper JT, **Clarke-Pearson DL,** Bast RC Jr: Overexpression of HER-2/*neu* in endometrial cancer is associated with advanced stage disease.

Am J Obstet Gynecol 164:15-21, 1991.

135. Soper JT, Berchuck A, **Clarke-Pearson DL**: Adjuvant intraperitoneal chromic phosphate therapy for women with apparent early ovarian carcinoma who have not undergone comprehensive surgical staging. Cancer 68:725-729, 1991.

136. Soper JT, Couchman G, Berchuck A, **Clarke-Pearson DL**. The role of partial sigmoid colectomy for debulking epithelial ovarian carcinoma. Gynecol Oncol 41:239-44, 1991.

137. Marks JR, Davidoff AM, Kerns BJ, Pence J, Dodge RK, Humphrey PA, **Clarke-Pearson DL**, Iglehart JD, Bast RC Jr, Berchuck A: Overexpression and mutation of p53 in epithelial ovarian cancer.  Cancer Res 51:2979-84, 1991.

138. Rodriguez GC, Berchuck A, Whitaker RS, Schlossman D, **Clarke-Pearson DL**, Bast RC Jr: Epidermal growth factor receptor expression in normal ovarian epithelium and ovarian cancer. II. Relationship between receptor expression and response to epidermal growth factor. Am J Obstet Gynecol 164:745-50, 1991.

139. Kohler MF, Soper JT, Tucker JA, **Clarke-Pearson DL**: Isolated incisional metastases after intraperitoneal radioactive chromic phosphate therapy for ovarian carcinoma. Cancer 68:1380-83, 1991.

140. Xu FJ, Ramakrishnan S, Daly L, Soper JT, Berchuck A, **Clarke-Pearson DL**, Bast RC Jr: Increased serum levels of macrophage colony stimulating factor in ovarian cancer. Am J Obstet Gynecol 165:1356-1362, 1991.

141. Cliby W, Soisson AP, Berchuck A, **Clarke-Pearson DL**: Stage I small cell carcinoma of the vulva treated with vulvectomy, lymphadenectomy, and adjuvant chemotherapy. Cancer 67:2415-2417, 1991.

142. Berchuck A, Kamel A, Whitaker R, Kerns B, Olt G, Kinney R, Soper JT, Dodge R, **Clarke-Pearson DL**, Marks P, McKenzie S, Yin S, Bast RC Jr: Overexpression of HER-2/*neu* is associated with poor survival in advanced epithelial ovarian cancer. Cancer Res 50:4087-91, 1990.

143. Shpall EJ, **Clarke-Pearson DL**, Soper JT, Berchuck A, Jones RB, Bast RC Jr., Ross M, Lidor Y, Vanacek K, Tyler T, Peters WP: High-dose alkylating agent chemotherapy with autologous bone marrow support in patients with stage III/IV epithelial ovarian cancer. Gynecol Oncol 38:386-391, 1990.

144. Berchuck A, Rodriguez G, Kamel A, Soper JT, **Clarke-Pearson DL**, Bast RC Jr: Expression of epidermal growth factor receptor and HER-2/neu in normal and neoplastic cervix, vulva, and vagina.  Obstet Gynecol 76:381-387, 1990.

145. Kohler MF, Berchuck A, Baker ME, Szpak CA, Soper JT, **Clarke-Pearson DL**: Computed tomography guided fine-needle aspiration of retroperitoneal lymph nodes in gynecologic oncology.  Obstet Gynecol 76:612-616, 1990.

146. Hunter VJ, Daly L, Helms M, Soper JT, Berchuck A, **Clarke-Pearson DL**, Bast RC Jr: The prognostic significance of CA-125 half-life in patients with ovarian cancer who have received primary chemotherapy after surgical cytoreduction. Am J Obstet Gynecol 163:1164-1167, 1990.

147. Soper JT, Berchuck A, Olt GJ, Soisson AP, **Clarke-Pearson DL**, Bast JC Jr.: Preoperative evaluation of serum CA-125, TAG-72, and CA-15-3 in patients with endometrial carcinoma.  Am J Obstet Gynecol 163:1204-1209, 1990.

148. Soisson AP, Geszler J, Soper JT, Berchuck A, **Clarke-Pearson DL**: A comparison of

17

symptomatology, physical examination, and vaginal cytology in detection of recurrent cervical carcinoma after radical hysterectomy.  Obstet Gynecol 76:106, 1990.

149. Berchuck A, Olt GJ, Soisson AP, Kamel A, Soper JT, Boyer CM, **Clarke-Pearson DL**, Leslie DS, Bast RC Jr: Heterogeneity of antigen expression in advanced epithelial ovarian cancer. Am J Obstet Gynecol 162:883-888, 1990.

150. **Clarke-Pearson DL**, DeLong E, Synan IS, Soper JT, Creasman WT, Coleman RE: A controlled trial of two low-dose heparin regimens for the prevention of postoperative deep vein thrombosis. Obstet Gynecol 75:684-689, 1990.

151. Mutch DG, Soper JT, Babcock CJ, Christensen CW, **Clarke-Pearson DL**, Hammond CB: Recurrent gestational trophoblastic disease: Experience of the Southeastern Trophoblastic Disease Center.  Cancer 66:978, 1990.

152. Olt GJ, Greenberg C, Synan IS, Coleman RE, **Clarke-Pearson DL**: Preoperative assessment of fragment D-Dimer as a predictor of postoperative venous thrombosis. Am J Obstet Gynecol 162:772-775, 1990.

153. Soisson AP, Soper JT, **Clarke-Pearson DL**, Berchuck A, Montana GS, Creasman WT: Adjuvant radiotherapy following radical hysterectomy for patients with stage IB and IIA cervical cancer. Gynecol Oncol 37:390, 1990.

154. Bentel GC, Oleson JR, **Clarke-Pearson DL,** Soper JT, Montana GS: Transperineal templates for brachytherapy treatment of pelvic malignancies: A comparison of standard and customized templates.  Biol Phys 19:751, 1990.

155. Bentel GC, Oleson JR, **Clarke-Pearson DL**, Soper JT, Montana GS: Transperineal templates for brachytherapy treatment of pelvic malignancies: A comparison of standard and customized templates.  Biol Phys 19:751, 1990.

156. King ME, DiGiovanni LM, Yong FF, **Clarke-Pearson DL**: Immature teratoma of the ovary, Grade 3, with karyotype analysis. Int J Gynecol Pathol 9:178-184, 1990.

157. Fu SF, **Clarke-Pearson DL**: Complications of intraperitoneal port-a-cath for treatment of ovarian carcinoma.  Taiwan Med J 32:521-526, 1989.

158. Soper JT, Larson D, Hunter VJ, Berchuck A, **Clarke-Pearson DL**. Short gracilis myocutaneous flaps for vulvovaginal reconstruction after radical pelvic surgery. Obstet Gynecol 74:823-827, 1989.

159. Berchuck A, Soisson AP, Olt GJ, Soper JT, **Clarke-Pearson DL**, Bast RC Jr, McCarty KS Jr: Epidermal growth factor receptor expression in normal and malignant endometrium. Am J Obstet Gynecol 161:1247-1252, 1989.

160. Soisson AP, Berchuck A, Lessey BA, Soper JT, **Clarke-Pearson DL**, McCarty KS Jr, Bast RC Jr: Immunohistochemical expression of Tag-72 in normal and malignant endometrium: Correlation of antigen expression with estrogen receptor and progesterone receptor levels. Am J Obstet Gynecol 161:1258-1263, 1989.

161. Berchuck A, Soisson AP, Soper JT, **Clarke-Pearson DL**, Bast RC Jr, McCarty KS Jr: Reactivity of epidermal growth factor receptor monoclonal antibodies with human uterine tissues. Arch Pathol Lab Med 113:1155-1158, 1989.

162. Soper JT, Berchuck A, Creasman WT, **Clarke-Pearson DL**: Pelvic exenteration:Factors associated with major surgical morbidity. Gynecol Oncol 35:93-98, 1989.

18

163. Berchuck A, Soisson AP, **Clarke-Pearson DL**, Soper JT, Boyer CM, Kinney RT, McCarty KS, Bast RC: Immunohistochemical expression of CA 125 in endometrial adenocarcinoma: Correlation of antigen expression with metastatic potential. Cancer Res 49:2091-2095, 1989.

164. **Clarke-Pearson DL**, DeLong ER, Chin N, Rice R, Creasman WT: Intestinal obstruction in patients with ovarian cancer: variables associated with surgical complications and survival. Arch Surg 123:42-45, 1988.

165. Soper JT, Blaszcyk TM, Oke TZ, **Clarke-Pearson DL**, Creasman WT: Percutaneous nephrostomy in gynecologic oncology patients.  Am J Obstet Gynecol 158:1126-1131, 1988.

166. DeLong ER, DeLong DM, **Clarke-Pearson DL**: Comparing the areas under two or more correlated receiver operating characteristic curves: A nonparametric approach. Biometrics 44:837-845, 1988.

167. Soper JT, Mutch DG, Chin N, **Clarke-Pearson DL**, Hammond CB: Renal metastases of gestational trophoblastic disease: A report of eight cases.  Obstet Gynecol 72:797-798, 1988.

168. **Clarke-Pearson DL**, Soper JT, Creasman WT: Absorbable synthetic mesh (910-polyglactin) for creation of a pelvic "lid" following pelvic exenteration. Am J Obstet Gynecol 158:158-160, 1988.

169. Soper JT, **Clarke-Pearson DL,** Creasman WT: Absorbable synthetic mesh (910-polyglactin) intestinal sling to reduce radiation-induced small bowel injury in patients with pelvic malignancies.  Gynecol Oncol 29:283-289, 1988.

170. Soper JT, **Clarke-Pearson DL**, Hammond CB: Metastatic gestational trophoblastic disease: Prognostic factors in previously untreated patients.  Obstet Gynecol 71:338-343, 1988.

171. **Clarke-Pearson DL**, DeLong ER, Chin N, Rice R, Creasman WT: Intestinal obstruction in patients with ovarian cancer: Variables associated with surgical complications and survival. Arch Surg 123:42-45, 1988.

172. Bandy LC, **Clarke-Pearson DL**, Soper JT, Mutch DG, MacMillan J, Creasman WT: Long-term effects on bladder function following radical hysterectomy with and without postoperative radiation.  Gynecol 26:160, 1987.

173. Soper JT, Wilkinson RH, Bandy LC, **Clarke-Pearson DL**, Creasman WT: Intraperitoneal chromic phosphate P32 as salvage therapy for persistent carcinoma of the ovary after surgical restaging.  Am J Obstet Gynecol 156:1153, 1987.

174. **Clarke-Pearson DL**, DeLong ER, Synan IS, Coleman RE, Creasman WT: Variables associated with postoperative deep venous thrombosis: A prospective study of 411 gynecology patients and creation of a prognostic model. Obstet Gynecol 69:146-150, 1987.

175. **Clarke-Pearson DL**, Chin N, DeLong ER, Rice R, Creasman WT: Surgical management of intestinal obstruction in ovarian cancer: I. Clinical features, postoperative complication, and survival.  Gynecol Oncol 26:11-18, 1987.

176. Creasman WT, Soper JT, **Clarke-Pearson DL**: Radical hysterectomy as therapy for early carcinoma of the cervix. Am J Obstet Gynecol 155:964-969, 1986.

177. **Clarke-Pearson DL**, Bandy L, Dudzinski M, Heaston D, Creasman WT: Computed tomography in evaluation of patients with ovarian carcinoma in complete clinical remission: correlation with surgical pathologic findings.  JAMA 255:627-630, 1986.

19

178. Mutch DG, Soper JT, Baker ME, Bandy L, Cox EB, **Clarke-Pearson DL**, Hammond CB: The role of computerized axial tomography of the chest in staging patients with nonmetastatic gestational trophoblastic disease. Obstet Gynecol 68:348-352, 1986.

179. Creasman WT, Henderson D, **Clarke-Pearson DL**, Hinshaw WM: Estrogen replacement therapy in the patient treated for endometrial cancer. Obstet Gynecol 67:326-330, 1986.

180. Puleo J, **Clarke-Pearson D**, Smith E, Barnard D, CreasmanW: Superior vena cava syndrome associated with gynecologic malignancy. Gynec Onc 23:59-64, 1986.

181. Creasman WT, Soper JT, McCarty KS Jr, McCarty KS Sr, Hinshaw WM, **Clarke-Pearson DL**: Influence of cytoplasmic steroid receptor content on prognosis of early stage endometrial carcinoma.  Am J Obstet Gynecol 151:7, 922-932, 1985.

182. Soper JT, Creasman WT, **Clarke-Pearson DL**, Sullivan DC, Vergadoro F, Johnston WW: Intraperitoneal chromic phosphate P32 suspension therapy of malignant peritoneal cytology in endometrial carcinoma. Am J Obstet Gynecol 153:191-196, 1985.

183. Creasman WT, Fetter BF, **Clarke-Pearson DL**, Kaufman L, Parker RT: Management of Stage IA carcinoma of the cervix. Am J Obstet Gynecol 153:164-171, 1985.

184. Barter JF, Smith EB, Szpak CA, Hinshaw WM, **Clarke-Pearson DL**, Creasman WT: Leiomyosarcoma of the uterus: Clinicopathologic study of 21 cases. Gynecol Oncol 21:220-227, 1985.

185. **Clarke-Pearson DL**, Coleman RE, Siegel R, Synan IS, Petry N: Indium 111 platelet imaging for the detection of deep venous thrombosis and pulmonary embolism in patients without symptoms after surgery.  Surg 98:98-103, 1985.

186. Bandy L, **Clarke-Pearson DL**, Hammond CB: Pseudoobstruction of the coloncomplicating choriocarcinoma.  Gynecol Oncol 20:402-407, 1985.

187. **Clarke-Pearson DL**, Creasman WT: A clinical evaluation of absorbable polydioxanone ligating clips in abdominal and pelvic operations. Surg Gynecol Obstet 161:250-252, 1985.

188. Bandy L, **Clarke-Pearson DL**, Silverman PM, Creasman WT: Computed tomography in evaluation of extra pelvic lymphadenopathy in carcinoma of the cervix. Obstet Gynecol 65:73-76, 1985.

189. Fortier KJ, **Clarke-Pearson DL**, Creasman WT, Johnston WW: Fine Needle Aspiration in Gynecology: Evaluation of extra pelvic lesions in patients with gynecologic malignancy. Obstet Gynecol 65:76-72, 1985.

190. Zern RA, **Clarke-Pearson DL**: Pneumatosis intestinalis associated with enteral feeding by catheter jejunostomy.  Obstet Gynecol 65:81S-83, 1985.

191. Soper JT, McCarty KS Jr, Creasman WT, **Clarke-Pearson DL**, McCarty KS Sr: Induction of cytoplasmic progesterone receptor in human endometrial carcinoma transplanted into nude mice. Am J Obstet Gynecol 150:437, 1984.

192. Smith EB, **Clarke-Pearson DL,** Creasman WT: A VP-16-213 and cisplatin containing regimen for treatment of refractory ovarian germ cell malignancies. Am J Obstet Gynecol 150:927-931, 1984.

193. **Clarke-Pearson DL**, DeLong ER, Synan IS, Creasman WT: Complications of low-doseheparin prophylaxis in gynecologic oncology surgery.  Obstet Gynecol 64:689-694,1984.

20

194. Bandy L, **Clarke-Pearson DL**, Hammond CB: Malignant potential of gestational trophoblastic disease at the extreme ages of reproductive life.  Obstet Gynecol 64:395-399,1984.

195. Soper JT, McCarty KS Jr, Hinshaw WM, Creasman WT, McCarty KS Sr, **Clarke-Pearson DL**: Cytoplasmic estrogen and progesterone receptor content of uterine sarcomas. Am J Obstet Gynecol 150:342-348, 1984.

196. **Clarke-Pearson DL**, Coleman RE, Petry N, Synan IS, Creasman WT: Postoperative pelvic vein thrombosis and pulmonary embolism detected by indium 111-labeled platelet imaging: A case report.  Am J Obstet Gynecol 149:796-798, 1984.

197. Gore M, Miller KE, Soong S, **Clarke-Pearson DL**, Pizzo SV: Vascular plasminogen activator levels and thromboembolic disease in patients with gynecologic malignancies. Am J Obstet Gynecol 149:830-834, 1984.

198. **Clarke-Pearson DL**, Synan IS, Coleman RE, Hinshaw WM, Creasman WT: The natural history of venous thromboemboli in gynecologic oncology: A prospective study of 382 patients. Am J Obstet Gynecol 148:1051, 1984.

199. Creasman WT, Hinshaw WM, **Clarke-Pearson DL**: Cryosurgery in the management of cervical intraepithelial neoplasia. Obstet Gynecol 63:145-149, 1984.

200. **Clarke-Pearson DL**, Synan IS, Hinshaw WM, Coleman RE, Creasman WT: Prevention of postoperative venous thromboembolism by external pneumatic calf compression in patients with gynecologic malignancy. Obstet Gynecol 63:92-98,1984.

201. **Clarke-Pearson DL**, Creasman WT, Coleman RE, Synan IS, Hinshaw WM: Perioperative external pneumatic calf compression as thromboembolism prophylaxis in gynecology: Report of a randomized controlled trial. Gynecol Oncol 18:226-232, 1984.

202. Bandy L, **Clarke-Pearson DL**, Creasman WT: Vitamin B$_{12}$ deficiency following therapy in gynecologic oncology.  Gynecol Oncol 17:370-374,1984.

203. **Clarke-Pearson DL**, Synan IS, Creasman WT: Anticoagulation therapy for venous thromboembolism in patients with gynecologic malignancy. Am J Obstet Gynecol 147:369-375, 1983.

204. **Clarke-Pearson DL**, Coleman RE, Synan IS, Hinshaw W, Creasman WT: Venous thromboembolism prophylaxis in gynecologic oncology: A prospective, controlled trial of low-dose heparin.  Am J Obstet Gynecol 145:606-613,1983.

205. **Clarke-Pearson DL**, Jelovsek FR, Creasman WT: Thromboembolism complicating surgery for cervical and uterine malignancy: Incidence, risk factors and prophylaxis. Obstet Gynecol 61:87-94, 1983.

206. **Clarke-Pearson DL**, Coleman RE, Ralston M, Creasman WT: Indium-labeled platelet imaging of postoperative pelvic vein thrombi. Obstet Gynecol 62:109-116, 1983

207. **Clarke-Pearson DL**, Synan IS, Creasman WT: Significant venous thromboembolism caused by pelvic lymphocysts: Diagnosis and management. Gynecol Oncol 13:136,1982.

208. Creasman WT, **Clarke-Pearson DL,** Weed JC, Jr: Results of outpatient therapy of cervical intraepithelial neoplasia. Gynecol Oncol 12:306-316, 1981.

209. **Clarke-Pearson DL**, Creasman WT: Diagnosis of deep venous thrombosis in obstetrics and

gynecology by impedance phlebography.  Obstet Gynecol 58:52, 1981.

210. **Clarke-Pearson DL**, Jelovsek FR: Alterations of occlusive cuff impedance plethysmography results in the obstetric patient. Surg 89:594, 1981.

211. **Clarke-Pearson DL**: Low-dose heparin in prevention of deep venous thrombosis. Am J Obstet Gynecol 138:471, 1980.

212. Wheeler HB, **Pearson DL**, O'Connell D, Mullick SC: Impedance phlebography:Technique, interpretation, and results. Arch Surg 104:164, 1972.

213. Wheeler HB, Mullick SC, Anderson JM, **Pearson DL**: Diagnosis of occult deep vein thrombosis by a noninvasive bedside technique. Surg 70:20,1971.


**Other peer reviewed articles**

1.  Parker WH, Berek JS, Pritts EA, Olive D, Chalas E, Clarke-Pearson DL. Regarding "Incidence of Occult Uterine Malignancy Following Vaginal Hysterectomy with Morcellation".  JJ Minim Invasive Gynecol.  2018;

2.  Parker WH, Berek JS, Pritts EA, Olive D, Chalas E, Clarke-Pearson DL. Regarding "Incidence of Occult Uterine Malignancy Following Vaginal Hysterectomy with Morcellation".  JJ Minim Invasive Gynecol.  2018; 25: 187-188

3.  Parker W, Berek JS, Pritts E, Olive D Kaunitz AM, Chalas E, Clarke-Pearson D, et al.  An Open Letter to the Food and Drug Administration Regarding the Use of Morcellation Procedures in Women Having Surery for Presumed Uterine Myomas.  J Minim Invasive Gynecol. 2016; 23: 303-08.

4.  Parker WH, Kaunitz AM, Pritts EA, Olive DL, Chalas E, **Clarke-Pearson DL**, Berek JS. (for the Leiomyoma Morcellation Study Group). U.S. Food and Drug Administration's Guidance Regarding Morcellation of Leiomyoma: Well- Intentioned, but is it Harmful for Women? Obstet Gynecol. 2015.

5.  **Clarke-Pearson DL**, Barber EL. Venous thromboembolism in gynecologic surgery: Are we any closer to determining an optimal prophylaxis regimen? (Editorial) Gynecol Oncol. 2015; 138:495-6

6.  Rossi E, **Clarke-Pearson DL**. Screening for Ovarian Cancer in Midlife Women. The Female Patient. 2011; 36: 37-40.

7.  **Clarke-Pearson DL**. Clinical practice. Screening for ovarian cancer. N Engl J Med. 2009; 361(2):170-7.

8.  Alvarez A, **Clarke-Pearson DL**. Platinum-Resistant and Refractory Ovarian Cancer: Second-Line Treatment Options.  Am J Cancer 2003; 2:1-13.

9.  Soper JT, Evans AC, Conaway MR, **Clarke-Pearson DL**, Berchuck A, Hammond CB:Evaluation of prognostic factors and staging in gestational trophoblastic tumor. Gest Tropho Tumor 84(6):969-973, 1994.

10. Woolas R, Xu FJ, Jacobs IJ, Yu YH, Daly L, Berchuck A, Soper JT, **Clarke-Pearson DL**, Oram DH, Bast RC Jr: Screeing strategies for ovarian cancer. Diag Oncol 3:287-293,1993.

11. Nicholaides AN, Areelus J, Belcaro G, Bergqvist D, Borris LC, Buller HR, Caprini JA,

Christopoulos D, **Clarke-Pearson D**, et al: Prevention of venous thromboembolism: European consensus statement.  Int Angiology II:151-159,1992.

12.  **Clarke-Pearson DL**, Hume RF: Venous thromboembolic disease in Obstetrics and Gynecology: Prevention, diagnosis and treatment. Curr Probl Obstet Gynecol Fertil 12:38-63,1989.

13.  **Clarke-Pearson DL**, Olt G: Thromboembolism in patients with gynecologic tumors: Risk factors, natural history and prophylaxis.  Oncol 3:39-44,1989.

14.  Beckmann CRB, **Clarke-Pearson DL**, Evenhouse R: A reusable plastic training model for teaching Papanicolaou smear technique. Am J Obstet Gynecol 157:259-260, 1987.

15. Creasman WT, **Clarke-Pearson DL**, Ashe CA, Weed JC Jr: The abnormal pap smear: What to do next.  Cancer 48:515, 1981.

**ACOG Committee Opinions published during tenure as Committee Chair:**

1. Performance enhancing anabolic steroid abuse in women. Committee Opinion No. 484. American College of Obstetricians and Gynecologists. Obstet Gynecol 2011;117:1016–18.

2. Understanding and using the U.S. Medical Eligibility Criteria for Contraceptive Use, 2010. Committee Opinion No. 505. American College of Obstetricians and Gynecologists. Obstet Gynecol 2011;118:754–60.

3. Expedited partner therapy in the management of gonorrhea and chlamydia by obstetrician–gynecologists. Committee Opinion No. 506. American College of Obstetricians and Gynecologists. Obstet Gynecol 2011;118:761–6.

4. Management of vulvar intraepithelial neoplasia. Committee Opinion No. 509. American College of Obstetricians and Gynecologists. Obstet Gynecol 2011;118:1192–4.

5. Vaginal placement of synthetic mesh for pelvic organ prolapse. Committee Opinion No. 513. American College of Obstetricians and Gynecologists. Obstet Gynecol 2011;118:1459–64.

6. Compounded bioidentical menopausal hormone therapy. Committee Opinion No. 532. American College of Obstetricians and Gynecologists. Obstet Gynecol 2012;120:411–5.

7. Well-woman visit. Committee Opinion No. 534. American College of Obstetricians and Gynecologists. Obstet Gynecol 2012;120:421–4.

8. Reprocessed single-use devices. Committee Opinion No. 537. American College of Obstetricians and Gynecologists. Obstet Gynecol 2012;120:974–6.

9. Risk of venous thromboembolism among users of drospirenone-containing oral contraceptive pills. Committee Opinion No. 540. American College of Obstetricians and Gynecologists. Obstet Gynecol 2012;120:1239–42.

10. Over-the-counter access to oral contraceptives. Committee Opinion No. 544. American College of Obstetricians and Gynecologists. Obstet Gynecol 2012;120;1527-31.

11. Postmenopausal estrogen therapy: route of administration and risk of venous thromboembolism. Committee Opinion No. 556. American College of Obstetricians and Gynecologists. Obstet Gynecol 2013;121:887–90.

12. Management of acute abnormal uterine bleeding in nonpregnant reproductive-aged women. Committee Opinion No. 557. American College of Obstetricians and Gynecologists. Obstet Gynecol 2013;121:891–6.

13. Integrating immunizations into practice. Committee Opinion No. 558. American College of Obstetricians and Gynecologists. Obstet Gynecol 2013;121:897–903.

**Developed during tenure as Committee Chair:**

1. Female age-related fertility decline. Committee Opinion No. 589. American College of Obstetricians and Gynecologists. Obstet Gynecol 2014;123:719–21.

2.  Hormone therapy and heart disease. Committee Opinion No. 565. American College of Obstetricians and Gynecologists. Obstet Gynecol 2013;121:1407–10.

3.  Professional liability and gynecology-only practice. Committee Opinion No. 567. American College of Obstetricians and Gynecologists. Obstet Gynecol 2013;122:186.

4.  Solutions for surgical preparation of the vagina. Committee Opinion No. 571. American College of Obstetricians and Gynecologists. Obstet Gynecol 2013;122:718–20.

5.  Understanding and using the U.S. Selected Practice Recommendations for Contraceptive Use, 2013. Committee Opinion No. 577. American College of Obstetricians and Gynecologists. Obstet Gynecol 2013;122:1132–3.

6.  Von Willebrand disease in women. Committee Opinion No. 580. American College of Obstetricians and Gynecologists. Obstet Gyne-col 2013;122:1368–73.

7.  Addressing health risks of noncoital sexual activity. Committee Opinion No. 582. American College of Obstetricians and Gynecologists. Obstet Gynecol 2013;122:1378–83.

**Editorials and Letters**

1.  Clarke-Pearson DL, Geller EJ. Complications of Hysterectomy. Obstet Gynecol 2013;  121:1-21.

2.  Clarke-Pearson DL. Thromboprophylaxis in Gynecologic Surgery: Why are we Stuck in 1975? Obstet Gynecol 2011; 118: 973.

3.  Martino M, Rajaram L, Maxwell GL, **Clarke-Pearson DL.** Combination Prophylaxis for Thromboembolism Prevention among Gynecologic Oncology Patients Perioperatively. (Letter) Gynecol Oncol 2008; 109: 426-27.

4.  **Clarke-Pearson DL**: Prevention of venous thrombosis following gynecologic Surgery. J Gynecol Tech 1(1):11-17, 1995.

5.  **Clarke-Pearson DL**: Crafting the operative note: techniques critical to success (editorial). J Gynecol Tech 1(3):119-120, 1995.

6.  **Clarke-Pearson, DL**: Reassessment of ovarian cancer: What are our goals? Gynecol Oncol 52:151-153, 1994.

7.  Soper JT, **Clarke-Pearson DL**, Berchuck A: The clinical significance of blood transfusion at the time of radical hysterectomy. (Letter). Obstet Gynecol  77:165, 1991.

8.  **Clarke-Pearson DL**: The importance of calf vein thrombosis. N Eng J Med 302:752, 1980.

**Published Abstracts**

1.  Barber EL, **Clarke-Pearson DL**. Risk of venous thromboembolism in minimally invasive versus open hysterectomy for endometrial cancer. SGO Annual Meeting 2016.

2.  Barber EL, Gehrig PA, **Clarke-Pearson DL**.  A risk assessment score for postoperative VTE

25

among patients undergoing minimally invasive surgery for gynecologic cancer. SGO Annual Meeting 2016.

3.  Barber EL, **Clarke-Pearson DL**. Validity of currently available venous thromboembolism risk scores among gynecologic oncologypatients.

4.  Look K, Brunetto VL, **Clarke-Pearson DL**, Averette H, Major FJ, Alvarez RD, Homesley HD, Zaino R: An analysis of cell type in patients with surgically stages stage IB carcinoma of the cervix: A Gynecologic Oncology Group (GOG) Study. Abstract. Gynecol Oncol 60:117, 1996.

5.  Omura GA, Blessing J, Vaccarello L, Berman M, Mutch D, **Clarke-Pearson DL**, Anderson B: A randomized trial of Cisplatin versus Cisplatin + Mitolactol versus Cisplatin + Ifosfamide in advanced squamous carcinoma of the cervix by the Gynecologic Oncology Group (GOG). Abstract. Gynecol Oncol 60:120, 1996.

6.  Omura GA, Blessing J, Vaccarello L, Berman M, Mutch D, **Clarke-Pearson DL**, Anderson B: A randomized trial of Cisplatin versus Cisplatin + Mitolactol versus Cisplatin + Ifosfamide in advanced squamous carcinoma of the cervix by the Gynecologic Oncology Group (GOG). Abstract.   ASCO, 1995.

7.  Alberts DS, Liu PY, Hannigan EV, O'Toole R, Williams SD, Vogel S, Franklin FW, **Clarke-Pearson DL**, Malviya VK, Dubeshter B, Hoskins W, Adelson M, Alvarez RD, O=Sullivan J, Garcia DJ, Sparks D, Rothenberg ML: Phase III study of intraperitoneal (IP) Cisplatin CDDP)/Intravenous (IV) Cyclophosphamide (CPA) vs. IV CDDP/IV CPA in patients (Pts) with optimal disease stage III ovarian cancer: A SWOG-GOG Intergroup Study. Abstract. ASCO, 1995.

8.  Stehman FB, Bundy BN, Ball H, **Clarke-Pearson DL**: Sites of failure and times to failure in carcinoma of the vulva treated conservatively: A Gynecologic Oncology Group Study. Abstract. AGOS 1995.

9.  Omura GA, Blessing J, Vaccarello L, Berman M, Mutch D, **Clarke-Pearson D**, Anderson B: A randomized trial of cisplatin versus cisplatin + mitolactol (CM) versus cisplatin + ifosfamide (CIFX) in advanced squamous carcinoma of the cervix (SCC) by the Gynecologic Oncology Group (GOG). Presented at the 1995 American Society of Clinical Oncology Annual Meeting.

10. **Clarke-Pearson DL**, Berchuck A, Kohler M, Rodriguez GC: Retroperitoneal drains/morbidity of nodes.  Society of Gynecologic Oncologists,1993.

11. Hoskins WJ, McGuire WP, Brady MS, Copeland L, Homesley HD, **Clarke-Pearson DL**: Serum CA-125 for prediction of progression in advanced epithelial ovarian carcinoma (AOC). The Gynecologic Oncology Group (GOG). Proc ASOC (Abstract #707) 11:223, March 1992.

12. McGuire WP, Hoskins WJ, Brady MF, Homesley HD, **Clarke-Pearson DL**: A Phase III trial of dose intensive (DI) cisplatin (CDDP) and Cytoxan (CTX) in advanced ovarian cancer (AOC). Proc ASCO, March 1992.

13. Hoskins WJ, McGuire WP, Brady MS, Homesley HD, **Clarke-Pearson DL**: Serum CA-125 for prediction in advanced epithelial ovarian cancer (AOC). The Gynecologic Oncology Group (GOG). Third Meeting of the International Gynecologic Cancer Society, September 22-26, 1991, Cairns, Australia.

14. McGuire WP, Hoskins WJ, Brady MS, Homesley HD, **Clarke-Pearson DL**: A Phase II trial of dose intense (DI) versus standard dose (SD) Cisplatin (CDDP) and Cytoxan (CTX) in advanced ovarian cancer (AOC). The Gynecologic Oncology Group (GOG). Third Meeting of the International Gynecologic Cancer Society, September 22-26, 1991, Cairns, Australia.

15. Shpall E, **Clarke-Pearson DL**, Soper JT, Berchuck A, Jones R, Bast R, Lider Y, Vanacek K, Tyler T, Peters W: High dose alkylating agent chemotherapy with autologous bone marrow support in patients with Stage III/IV epithelial ovarian cancer. Society of Gynecologic Oncologists, 1990.

16. Soisson AP, Soper JT, Berchuck A, Creasman WT, **Clarke-Pearson DL**: The role of radiation therapy following radical hysterectomy for carcinoma of the cervix. Society of Gynecologic Oncologists, 1989.

17. Berchuck A, Soisson AP, Soper JT, **Clarke-Pearson DL**, McCarty KS Jr, Bast RC Jr:Cellular expression of CA-125 and metastatic potential of endometrial adenocarcinoma. Society of Gynecologic Oncologists, 1989.

18. Soisson AP, Berchuck A, Soper JT, **Clarke-Pearson DL**, Flowers J, Kinney R, McCarty KSJR, Bast RC Jr: TAG-72 expression in benign and malignant endometrium. American College of Obstetricians and Gynecologists, Armed Forces District Meeting,1988.

19. Christensen C, McCarty KS Jr, Flowers J, Soper JT, McCarty KS Sr, **Clarke-Pearson DL**: Progesterone receptor in ovarian carcinoma: Comparison of biochemical and immunohistochemical techniques. American College of Obstetricians and Gynecologists, Annual Clinical Meeting, 1988.

20. Genkins SM, Sotsman HD, Spritzer CE, Herfkens RJ, Carroll BA, Kadir S, **Clarke-Pearson DL**, Coleman RE: Diagnosis of deep venous thrombosis: Comparison of venography with four noninvasive techniques. The Radiological Society of North America, 1988.

21. Mutch DG, Soper JT, Babcock CJ, Christensen CW, **Clarke-Pearson DL**, Hammond CB: Recurrent gestational neoplasia: Experience of the Southeastern Trophoblastic Disease Center. Abstract, Gynecol Oncol 29:133, 1988.

22. Christensen C, McCarty KS Jr, Flowers J, Soper JT, McCarty KS Sr, **Clarke-Pearson DL**: Analysis of estrogen receptor in ovarian carcinoma using biochemical and monoclonal antibody assays. Presented at American College of Obstetricians and Gynecologists District IV Meeting. Atlanta, Georgia, October 1987.

23. **Clarke-Pearson DL**, Creasman WT: Prevention of postoperative deep venous thrombosis by two intense low-dose heparin regimens: A controlled trial. Abstract, Society of Pelvic Surgeons,1986.

24. **Clarke-Pearson DL**, DeLong ER, Synan IS, Coleman RE, Creasman WT: Variablesassociated with postoperative deep venous thrombosis. Abstract, Society of Gynecologic Investigation, p. 119, 1986.

25. Siegel RS, Kessler CM, **Clarke-Pearson DL**, Barth S, Fortune W, Reba R, Coleman RE: Application of Indium-111-labeled donor platelets to detection of deep venous thrombosis. Clin Res 32:323A, 1984.

26. Creasman WT, Henderson D, **Clarke-Pearson DL**: Use of estrogens after treatmentfor adenocarcinoma of the endometrium.  Gynecol Oncol 17:2, p. 255,1984.

27. Siegel RS, **Clarke-Pearson DL**, Barth S, Fortune W, Lewis RJ, Reba R, Coleman RE: Application of Indium-111-labeled donor platelets to detection of deep venous thrombosis and monitoring clot resolution on streptokinase therapy.  Blood, Suppl 62:310,1983.

28. Siegel RS, **Clarke-Pearson DL**, Coleman RE: Indium-111-labeled platelets in the detection of deep venous thrombosis and pulmonary embolism. Blood 50:223, 1982.

29. Postoperative thromboembolism prophylaxis in gynecologic oncology: A prospective, controlled trial of low-dose heparin and external pneumatic calf compression. Gynecol Oncol, 1982.

**Un-refereed Publications**

1. **Clarke-Pearson DL.** Preventon and Management of Venous Thromboembolism (15 minute Video) for the Globathon to End Women's Cancer. September 2014.

2. **Clarke-Pearson DL, Brincat C, Tang J.** Prevention and Management of Venous Thromboembolism in Gynecologic Surgery. ACOG Update. Vol 37, No 2.  August, 2011.

3. **Clarke-Pearson DL**. Preventing Venous Thromboembolism: Evidence-based Perioperative tactics.  OBG Management.  2006,  18:56-66.

4. **Clarke-Pearson DL**: Prevention of venous thrombosis following gynecologic surgery in menopausal patients. Menopausal Medicine Vol 4 (4):6-9, 1996.

5. Rodriguez GC, **Clarke-Pearson DL**: What is the appropriate preoperative and prenatal screen for hemostatic disorders? Obstet Gynecol Forum, November 1991.

6. **Clarke-Pearson DL,** Hume RF: Venous thromboembolic disease in obstetrics and gynecology: Prevention, diagnosis and treatment. Curr Problems in Obstet Gynecol, 1989.

7. Hunter VJ, Christensen C, **Clarke-Pearson DL**: Evaluation and management of the abnormal Papanicolaou smear. North Carolina Family Physician, 1989.

8. **Clarke-Pearson DL**, Krumholz AB: When the pap smear is equivocal. Patient Care 23:43-47, 1989.

9. **Clarke-Pearson D**, DiSaia P, Mastroianni L, Richart R, Weingold AB: Advances in managing endometrial carcinoma.  Patient Care 22:102-116,1988.

10. Creasman WT, Smith EB, **Clarke-Pearson DL**: Current concepts of gestational trophoblastic disease.  Female Patient, 1984.

11. Creasman WT, **Clarke-Pearson DL**: Abnormal cervical cytology: Spotting it, treating it. Contemporary Obstet Gynecol 21:53-76,1983.

12. Hammond CB, **Clarke-Pearson DL**, Soper JT: Management of patients with gestational trophoblastic neoplasia: Experience of the Southeastern Regional Center. In: The Proceedings of the World Congress on Gestational Trophoblastic Neoplasia, Nigeria,1982.

13. **Clarke-Pearson DL**: Application of impedance phlebography in obstetrics. Symposium on Noninvasive Diagnostic Techniques in Vascular Disease. San Diego, California, 1979.

14. **Clarke-Pearson DL**: The O.S.R. as an influence to health education. The Scalpel, Journal of Alpha Delta Alpha Medical Honor Society,1975.

**Teaching Record**

**2018**

Visiting Professor,  University of West Virginia, Morganton, WVa

Antonio Palladino Lectureship

**2016**    Plenary Session, Society of Pelvic Surgeons, St Louis, Mo.  "Venous Thromboembolismin

Minimally Invasive Compared with Open Hysterectomy for Endometrial Cancer"

Key Note Speaker.  ACOG Armed Forces District Meeting, Orlando, FL

Visiting Professor and Research Day Judge, Cleveland Clinic Department of Obstetrics and Gynecology and Women's Research Institute, Cleveland, Ohio

Visiting Professor, Department of Obstetrics and Gynecology, Carilion Roanoke Memorial Hospital, Roanoke, Va.

2015    Visiting Professor
University of Michigan

2014    Visiting Professor
Massachusetts General Hospital, ObGyn Department Grand Rounds
Boston, MA
Invited speaker: ACOG District II Annual Meeting, New York City
"Uterine Morcellation:  A Decision Analysis"

2013    Visiting Professor and Resident Research Day Judge
Department of Obstetrics and Gynecology, University of Nebraska
Omaha, NE
Visiting Professor, Emory University Department of Obstetrics and Gynecology
Atlanta, GA

Key Note Speaker: Inaugural Ireland Ovarian Cancer Forum
"Surgery for Ovarian Cancer"
Dublin, Ireland
Panel Moderator, American College of Surgeons Annual Clinical Congress
"General Surgery in the Pregnant Patient"
Washington, DC

2012    Clifford Wheeless Lecture, Johns Hopkins University, Department of Obstetrics and Gynecology, Baltimore, MD

Panel Moderator, American College of Surgeons Annual Clinical Congress
"Multidiciplinary approach to Vaginal Fistula"
Chicago, IL

Resident Research Day Judge and Visiting Professor
Department of Obstetrics and Gynecology, Greenville Hospital System, Greenville, SC

Visiting Professor: University Teaching Hospital, Department of Obstetrics and Gynecology, Lusaka, Zambia
Cervical Cancer management
Current Treatment of Vulvar Carcinoma
Visiting Professor: Center for Infectious Disease Research in Zambia (CIDRZ), Lusaka, Zambia
Human Papilloma Vaccine for the Prevention of Cervical Cancer

Visiting Professor:  Inova Fairfax Hospital Women's Center,  Fairfax VA

Visiting Professor: Emory University School of Medicine, Department of Obstetrics and Gynecology.  Atlanta, GA

2011    Sloane Symposium:  Current Issues and Controversies in Obstetrics and Gynecology
Columbia University, College of Physicians and Surgeons, Department of Obstetrics and

30

Gynecology
> Vandewiele Lecturer: "Prevention of Venous Thromboembolism in Gynecologic Surgery"

Guest Lecturer and Judge: Resident Research Day, Columbia University
> "What to say in your Operative Note"

University of Kentucky: Residents' Research Day Speaker

Virginia Commonwealth University School of Medicine
Department of Obstetrics and Gynecology Annual Ware-Dunn Symposium
Keynote speaker

**2010**   New England Obstetrical and Gynecological Society, Sturbridge, MA
Invited Speaker

ACOG Annual Clinical Meeting, San Francisco, CA
Luncheon Seminar Leader

George Washington University Medical Oncology Review Course
Washington, DC
Invited Faculty

MD Anderson Cancer Center Medical Oncology Review Course
Houston, TX
Invited Faculty

The Society of Gynecologic Oncology of Canada
Royal College of Physicians and Surgeons of Canada
Annual Meeting
Invited Lecturer:   Thromboprophylaxis in Minimially Invasive Surgery

Visiting Professor
University of South Florida, Tampa, FL
Resident Research Day

**2009**   ACOG District IV Meeting, Asheville, NC
"Prevention of Venous Thromboembolism"
"Stump the Professors: Panel"

American College of Surgeons' Annual Meeting, Chicago, IL
"Complicated Hysterectomy"

Visiting Professor:  Hartford Hospital, Hartford CT

Visiting Professor:  University of Connecticut, Farmington, CT

Visiting Professor: Memorial Sloan Kettering Cancer Center

Southern Obstetric and Gynecologic Seminar, Asheville, NC
"Prevention of VTE following Gynecologic Surgery"
"The Operative Note: What to say?"

Woman's Hospital 7th Annual Founders Commerative Lectureship, Woman's Hospital, Baton Rouge, LA

**2008**   Visiting Professor, Department of Obstetrics and Gynecology, Yale University

31

Course Director,  ACOG CME Course "Complex Pelvic Surgery", Phoenix, AZ

Invited Speaker: First Annual Gynecologic Cancer Symposium, Washington, DC April 18, 2008

Visiting Professor, University of Wisconsin Resident's Research Day, Ben M. Peckman Memorial Lecturer, Madison, WI

ACOG representative to Symposium on Surveillance for Venous Thrombosis, American Society of Hematology, Washington DC

**2007**   Visiting Professor, Department of Obstetrics and Gynecology, University of Miami

Faculty, University of Utah CME Course "Obstetrics and Gynecology: Update and Current Controversies"  Park City Utah

Visiting Professor, Department of Obstetrics and Gynecology St. Louis University, St. Louis MO

Invited Lecturer: Marvin Camel Memorial Lecture, Washington University, Department of Obstetrics and Gynecology, St Louis, MO

Presidential Panel Speaker: Society of Pelvic Surgeons Annual Meeting, Cleveland, OH "What Can We do to prevent Venous Thromboembolism?"

**2006**   Course Director: ACOG Annual Clinical Meeting: "Complex Gynecologic Surgery, Washington DC

Invited Speaker,  ACOG District IV Annual Meeting, Palm Beach, FL

**2005**   Course Director: ACOG Annual Clinical Meeting: "Complex Gynecologic Surgery, San Francisco

Course Director: ACOG Free-standing CME Course "Complex Gynecologic Surgery, Preventing Complications"  Dana Point, CA

**2004**   Society of Surgical Oncology: Symposium on Prevention of Venous Thromboembolism in the Surgical Oncology Patient

Postgraduate Course Faculty: ACOG Cancun, Mexico "Advanced Gynecologic Surgery"

American College of Obstetricians and Gynecologists, Annual Clinical Meeting, Philadelphia, PA
Faculty, 120 Course:  Special Topics for the Advanced Gynecologic Surgeon
Faculty, Luncheon Seminar: "Prevention of Postoperative Venous Thromboembolism"
Speaker:  "Late-breaking News in Gynecologic Oncology"

Visiting Professor, University of Kansas School of Medicine, Truman Medical Center

Faculty: ACOG Indiana Section Meeting, Indianapolis
"Surgery in the Obese Patient",  "Surgical Instruments"

**2003**   Faculty, The 3rd Annual Cancer Conference, Aultman Cancer Center, Canton Ohio
"Prevention and Management of Perioperative Venous Thromboembolism in the Gynecologic Cancer Patient"

Visiting Professor, Department of Obstetrics and Gynecology, University of Massachusetts, Worcester, MA

30

**2002**   Visiting Professor
Bowman Gray School of Medicine

Residents' Day Research Judge
Winston Salem, NC

American College of Surgeons' Annual Clinical Congress
Panel Discussant: "Surgical Problems: Unexpected adnexal mass, tuboovarian abscess"
Video Presentation: "Intraoperative Radiation Therapy for the treatment of Recurrent Cervical Carcinoma"
Discussant: Video Presentation "Laparoscopic Infrarenal paraarotic lymphadenectomy"

**2001**   ACOG Annual Meeting
Postgraduate Seminar
Gynecologic Surgery in the Elderly

Visiting Professor
University of West Virginia, Faculty, Cancer Center Annual Symposium
"Chemosensitization and Radiation Therapy in the treatment of locally advanced cervical carcinoma."

**2000**   Keynote Speaker
Knoxville Obstetrical and Gynecological Society

ACOG Annual Meeting (Course Director)
Postgraduate Course
Gynecologic Surgery for the Advanced Pelvic Surgeon

Visiting Professor
East Carolina University School of Medicine

Visiting Professor
Pennsylvania State University School of Medicine (Hershey)

George Washington University
Medical Oncology Board Review Course (Faculty)

**1999**   ACOG Annual Meeting (Course Director)
Postgraduate Course
Gynecologic Surgery for the Advanced Pelvic Surgeon

George Washington University School of Medicine
Medical Oncology Board Review Course (Faculty)

Visiting Professor
University of Virginia Health Sciences Center

ACOG Annual Meeting (Course Director)
Postgraduate Course
Gynecologic Surgery for the Advanced Pelvic Surgeon

**1998**   ACOG Annual Meeting (Course Director)
Postgraduate Course
Gynecologic Surgery for the Advanced Pelvic Surgeon

31

George Washington University School of Medicine
Medical Oncology Board Review Course (Faculty)

Visiting Professor
Temple University School of Medicine

Keynote Speaker
Maryland Obstetrical and Gynecological Society

Visiting Professor
University of Louisville
"Prevention of Postoperative Venous Thromboembolism"
"Management of Patients with Thrombophilias"

**1997**   Visiting Professor
University of Utah, Salt Lake City

ACOG Annual Meeting (Course Director)
Postgraduate Course
Advanced Surgery for the Gynecologist

Visiting Professor
Cleveland Clinic Foundation
Department of Obstetrics and Gynecology
Cleveland, Ohio

George Washington University School of Medicine
Medical Oncology Board Review Course (Faculty)

Keynote Speaker
Chicago Gynecological Society

Visiting Professor
University of Louisville School of Medicine

Visiting Professor
Washington University School of Medicine

Visiting Professor
Johns Hopkins University School of Medicine

ACOG Annual Clinical Meeting
Faculty, 120 Course: Special Topics for the Advanced Gynecologic Surgeon
Faculty, Seminar:  "Gynecologic Surgery in the Elderly"
Faculty, Luncheon Seminar: "Prevention of Postoperative Venous Thromboembolism"

American College of Surgeons' Annual Clinical Congress
Panel Discussant: "Management of Gynecologic Problems Encountered by the General
Surgeon at the time of Surgery. "Surgical Management of Ovarian Cancer Discovered at the time
of Laparotomy"

**1996**   Visiting Professor
Dartmouth Medical School

Director ACOG Postgraduate Course
Annual Clinical Meeting

32

Special Problems for the Advanced Gynecologic Surgeon

Visiting Professor
University of Tennessee School of Medicine
Chattanooga, Tennessee

Visiting Professor
University of South Florida School of Medicine
Tampa, Florida

Visiting Professor
Washington University School of Medicine
St. Louis, Missouri

John L. McKelvey Lecturer
New Treatments for Ovarian Cancer
University of Minnesota
Minneapolis, Minnesota

Faculty - Taubman Ovarian Cancer Symposium
St. Joseph's Hospital
Tulsa, Oklahoma

ACOG Postgraduate Course (Course Director)
San Juan, Puerto Rico
Advanced Pelvic Surgery

**1994**   ACOG Clinical Meeting CME Course
Orlando, FL
"Gynecologic Cancer"

Guest Speaker
Seattle Gynecological Society Assembly

**1993**   Visiting Professor - Department of OB/GYN
University of Massachusetts
Worcester, Massachusetts

ACOG Clinical Meeting - CME Course
Washington, DC
"Gynecologic Surgery"

PostGraduate Course in Obstetrics and Gynecology
Kaiser-Permanente  - Maui, Hawaii
"Screening for Ovarian Cancer"
"Management of CIN with LEEP"
"Difficult Vaginal Hysterectomy"
"Incisions and Wound Closures"

Duke/US Surgical Course
"Laparoscopic Assisted Difficult Hysterectomy"

Visiting Professor - Mt. Sinai Hospital
Baltimore, MD
"Prevention of Thromboembolism"
"Management of Ovarian Cancer"

33

**1992**   Visiting Professor - Department of OB/GYN
University of Massachusetts
Worcester, Massachusetts

**1991**   Visiting Professor
George Washington University School of Medicine

Course Director - ACOG Course (120 series)
Annual Clinical Meeting
New Orleans, Louisiana
"Gynecologic Oncology for the Practicing Gynecologist"

Course Director - ACOG Course
Vancouver, British Columbia, Canada
"Gynecologic Surgery"

Visiting Professor
Florida Hospital Cancer Center
Orlando, Florida

Paper Presentation
Poster Presentation
Society of Gynecologic Oncologists
Orlando, Florida

Visiting Professor
Ohio State University School of Medicine
Columbus, Ohio

Medical Oncology Board Review Course
George Washington University
Washington, DC
"Cervical, Vulvar and Vaginal Cancer"
"Gestational Trophoblastic Disease"

**1990**   Society of Gynecologic Oncologists
Breakfast Seminar
"Diagnosis and Prevention of Postoperative Venous Thrombosis"

Course Director - ACOG Course (120 Series)
Annual Clinical Meeting
San Francisco, California
"Update in Clinical Gynecologic Oncology"

Seminar, ACOG Clinical Meeting
"Prevention of Postoperative Venous Thrombosis"

**1989**   Tumor Conference, Moore Regional Hospital
Pinehurst, North Carolina

Course Director - ACOG Course (120 Series) Annual Clinical Meeting, Atlanta, Georgia
"Update in Clinical Gynecologic Oncology"

Seminar, ACOG Clinical Meeting
"Management of Early Ovarian Cancer"

34

Luncheon Conference, ACOG Annual Meeting
"Reproductive Outcome Following Cancer Treatment"

Medical Oncology Board Review Course, George Washington University, Washington, DC
"Cervical Cancer"

**1988**   Matt Weiss Symposium
St. Louis, Missouri

ACOG Annual Clinical Meeting
Poster Session Presentation
Review of Clinical Research Paper
Review of Surgical Film
Clinical Seminar Presentation

ACOG Course
Juneau, Alaska
"Gynecologic Surgery"

**1987**   Update in Obstetrics and Gynecology
Williamsburg, Virginia

North Carolina Obstetrical and Gynecological
Society Meeting, Southern Pines, North Carolina

Visiting Professor, University of Minnesota School of Medicine, Minneapolis, Minnesota

ACOG Annual Clinical Meeting
Clinical Paper Presentation
Clinical Seminar Presentation

Southern Obstetrics and Gynecology Seminar
Asheville, North Carolina

Satellite Teleconference
Chicago, Illinois
"Selected aspects of the care of the menopausal woman"

Chicago Medical Schools' Review Course
Chicago, Illinois
"Endometrial Carcinoma"

Smokey Mountain Obstetric and Gynecologic Seminar, East Tennessee State University
Johnson City, Tennessee

**Grants**

| Active Grants: | | | | | |
|---|---|---|---|---|---|
| None at this time | | | | | |
| | | | | | |
| **Completed Grants:** | | | | | |
| | | | | | |
| | | | | | |

35

| Project Period | Agency | Title | Amount | Role | % of Effort |
|---|---|---|---|---|---|
| 9/27/05-3/10/10 | NIH/NICHD | Women's Reproductive Health Research (WRHR) Career Development Center at UNC - HDD050113-02 | $370,367 Annual Direct Costs | Principal Investigator | |
| 3/1/00-3/31/02 | Pharmacia Upjohn Pharmaceuticals | Randomized Comparison of Low Molecular Weight Heparin vs. Oral Anticoagulant Therapy for Long Term Anticoagulation in cancer patients – 98-Frag-069 | $ 73,000 | Principal Investigator | |
| 1/1/99-6/15/00 | Zeneca Pharmaceuticals, Inc | Phase II/III Trial of IV ZD9331 in patients with recurrent refractory ovarian cancer | $ 18,320 | Principal Investigator | |
| 6/1/98-6/1/00 | Pharmacia Upjohn Pharmaceuticals | Prospective Randomized Trial Comparing Pneumatic Compression stockings To Low Molecular Weight Heparin (dalteparin) in the prevention of postoperativevenous Thrombosis | $ 100,760 | Principal Investigator | |
| 06/01/95 - 05/31/2000 | National Cancer Institute | Hyperthermia and Perfusion Effects in Cancer Therapy | $10,930,969 | Investigator | 2% |
| 03/15/98-03/14/00 | Novartis Pharmaceuticals | PSC 833 with taxol and carboplatin vs. carboplatin alone in patients with stage III ovarian cancer | $ 102,240 | Principal Investigator | |
| 8/1/97-7/31/99 | NIH | Hyperthermia and Perfusion Effects in Cancer Therapy | $ 1,832,501 | Co-Investigator | |
| 5/28/97-12/31/98 | Smithkline Beecham Pharmaceuticals | Oral Topotecan Single Agent for 5 days in patients with ovarian cancer | $ 81, 600 | Principal Investigator | |
| 01/01/93-12/31/98 | National Cancer Institute | Comprehensive Cancer Center Core Support Grant | $ 4,442,597 | Program Director | 10% |
| 06/01/94 - | National Cancer | Autologous Bone | $641,613 | Investigator | 10% |

| | | | | | |
|---|---|---|---|---|---|
| 03/31/97 | Institute | Marrow Transplantation in Breast and Ovarian Cancer: Project IB | | | |
| 03/15/96-05/30/96 | Ethicon, Inc | An Open, Controlled, Rand, Multicenter, Evaluation of Dyed Monocryl (Poliglecaprone 25) Synthetic Absorbable Suture as Compared to Surgical Gut (Chromic) Absorbable Suture | $ 4,000 | Principal Investigator | |
| 1987-1996 | American Cancer Society | Clinical Oncology Fellowship | $ 20,000 (Direct) | Principal Investigator | 5% |
| 10/01/92-09/30/94 | Centocor, Inc. | CA125 Post-Market Evaluation | $ 8,750 | Principal Investigator | 5% |
| 12/15/93-09/21/94 | Smith-Kline Beecham Pharmaceutical | Phase III Topotecan versus Taxol in Women with Advanced Ovarian Carcinoma | $ 37,500 | Principal Investigator | 5% |
| 12/15/93-08/14/94 | Smith-Kline Beecham Pharmaceutical | II Topotecan, Given as Five Daily Doses Every 21 Days in Ovarian Cancer | $ 37,500 | Principal Investigator | 10% |
| 07/01/89 -03/31/94 | Gynecologic Oncology Group | Gynecologic Oncology Group, Duke University Medical Center | $ Contingent on number of patients | Co-Principal Investigator | 30% |
| 01/01/91 –09/01/93 | Organon, Inc. | ORG 2766 as a Neuroprotector from Cisplatin Chemotherapy for Ovarian Cancer | $97, 575 | Principal Investigator | 10% |
| 02/01/91 -01/31/92 | Organon, Inc. | Decapeptyl Treatment of Advanced Ovarian Cancer (Phase II Trial) | $100,098 | Principal Investigator | 10% |
| 11/01/90-10/31/91 | Cytogen, Inc. | 111In-CYT-103 Oncoprobe Evaluation of Ovarian Cancer | $ 124,000 | Principal Investigator | 10% |
| 07/01/86-06/30/91 | National Institutes of Health | Avoidable Mortality from Cancers in Black Populations | $ 4,647,291 | Co-Investigator | 10% |
| 06/01/87 -05/31/89 | Public Health Service | Improved Instrumentation for the Diagnosis of Venous Thrombosis | $162,804 (Direct) | Co-Principal Investigator | 10% |
| 05/01/88 - | National Cancer | Gynecologic | $97,073 | Co-Principal | 10% |

37

| | | | | | |
|---|---|---|---|---|---|
| 04/30/89 | Institute | Oncology Group, Duke University Medical Center | (Direct) | Investigator | |
| 01/01/88 - 12/30/88 | Centocor, Inc. | Evaluation of the Safety and Preliminary Diagnostic Accuracy of IV Administered Indium-111-labeled OC-125 Monoclonal Antibody in Patients with Carcinoma of the Ovary | $ 20,000 (Direct) | Co-Principal Investigator | 5% |
| 01/01/88 - 12/30/88 | Centocor, Inc. | Evaluation of the Safety and Preliminary Diagnostic Accuracy of IV Administered Indium-111-labeled OV-TL3 Monoclonal Antibody in Patients with Carcinoma of the Ovary | $ 40,000 (Direct) | Co-Principal Investigator | 5% |
| 05/01/85- 04/30/87 | National Cancer Insitute | Illinois Cancer Council - Gynecologic Oncology Group | $ 21,000 (Direct) | Co-Principal Investigator | 10% |
| 07/01/81- 06/30/84 | American Cancer Society | Junior Faculty Clinical Fellowship | $ 35,000 | Principal Investigator | 30% |
| 01/01/83- 12/31/83 | Trent Foundation | In-vitro chemotherapy sensitivity testing of ovarian carcinoma | $ 1,000 | Principal Investigator | 5% |

## PROFESSIONAL SERVICE

### To discipline:

**A. National/International**

| | |
|---|---|
| **2018** | President, Council of University Chairs of ObGyn (CUCOG) |
| **2016** | President Elect:  Council of University Chairs of ObGyn (CUCOG) |
| 2016 | Vice President: Bayard Carter Society (Duke University ObGyn Alumni) |
| 2016 | Member, ACOG Grievance Committee |
| 2016 | Member, American College of Surgeons, Commission on Cancer |
| 2016 | American College of Obstetricians and Gynecologists) |
| 2016 | |
| **2015** | Secretary-Treasurer:  Council of University Chairs of ObGyn (CUCOG) |
| 2015 | American College of Surgeons Board of Governors. ACOG Representative (alternate) |

38

**2014**

| | |
|---|---|
| 2014 | Chair, External Site Visit Committee, Department of Obstetrics and Gynecology, Penn State |
| 2014 | University College of Medicine, Department of Obstetrics and Gynecology Member, CUCOG Executive Board |

**2011**

| | |
|---|---|
| 2011 | Member, American College of Surgeons Advisory Committee (ObGyn) |
| 2011 | Member, CUCOG Executive Committee |
| 2011 | Chair, ACOG Committee on Gynecologic Practice |
| | Chair, SGO Nominating Committee |

**2010-2013**

| | |
|---|---|
| 2010-2013 | Immediate Past President, SGO |
| 2010-2013 | Member, ACOG Executive Board (Representing the Society of Gynecologic Oncology) |
| 2011-2013 | Chair, Committee on Gynecologic Practice, ACOG |
| 2007 -2010 | Member, Education/Research Committee, Society of Pelvic Surgeons |
| 1988- 2005 | Board Examiner: Obstetrics and Gynecology , ABOG |
| 2010-2011 | Vice-Chair, Committee on Gynecologic Practice, ACOG |
| 2010 | President, Society of Gynecologic Oncologists |
| 2009-2010 | Editorial Board, Precis, Gynecology, ACOG |
| | Program Chair, Society of Pelvic Surgeons |

**2008**

| | |
|---|---|
| 2008-2010 | Committee on Gynecologic Practice, ACOG |
| 2008 | President Elect II, Society of Gynecologic Oncologists |
| 2008 | Chair, Membership Committee. Society of Pelvic Surgeons |
| 2007-2008 | Vice President, Society of Gynecologic Oncologists |

**2007**

| | |
|---|---|
| 2007 | Editorial Board:  Precis, Oncology, ACOG |
| 2007 | SGO Executive Council, Society of Gynecologic Oncologists |
| 2007 | Chair, Task Force to select Editor and Chief, *Gynecologic Oncology,* Society of Gynecologic Oncologists |
| 2007 | Co-Chair, Strategic Planning Committee, Society of Gynecologic Oncologists |
| 2007 | Member, By-laws Committee, Society of Gynecologic Oncologists |

**2005**

| | |
|---|---|
| 2005 | NC Breast and Cervical Cancer Control Program's (BCCCP) Medical Advisory Committee, North Carolina Department of Environment, Health, and Natural Resources |
| 2005 | Member, Clinical Cancer Committee, Moses Cone Health System |
| 2005 | Director, Gynecologic Oncology Program, Moses Cone Health System |
| 2005 | Member, Cancer Center Executive Committee, Moses Cone Health System |
| 1998-2005 | Member, Executive Committee Cancer Center Clinical Service Unit, Duke University |
| 1998-2005 | Co-Medical Director, Surgical Oncology Clinic, Duke University |
| 1992-2005 | Member, Operating Room Committee, Duke University |
| 1991-2005 | Principal Investigator, Duke University, Gynecologic Oncology Group |
| 1987-2005 | Director of Gynecologic Oncology Fellowship Program (Duke Univ), ABOG |
| 1987-2005 | Director, Gynecologic Oncology Program, Duke Comprehensive Cancer Center, Duke University |
| 1987-2005 | Member, Steering Committee Strategic Planning Task Force, Duke Comprehensive Cancer Center, Duke University |
| 1987-2005 | Member, Executive Committee, Duke Comprehensive Cancer Center, Duke University |

**2003**

| | |
|---|---|
| 2003 | Nominating Committee, Society of Gynecologic Oncologists |
| 2003 | President and Program Chairman,  Mid Atlantic Gynecologic Oncology Society |

39

**2002**
| | |
|---|---|
| 2002 | President-Elect, Mid Atlantic Gynecologic Oncology Society |
| 2002 | Member, Membership Committee, Society of Pelvic Surgeons |
| 2002 | Member, Oncology Strategic Planning Council, Duke University |

**2001**
| | |
|---|---|
| 2001 | Editorial Board:  Precis, Oncology, ACOG |
| 2001 | Board Examiner: Gynecologic Oncology, ABOG |

**2000**
| | |
|---|---|
| 2000 | Member, Nominating Committee (AGOS Foundation) |
| 2000 | Program Chairman (Annual Meeting), Mid Atlantic Gynecologic Oncology Society |
| 1994-2000 | Member, Education Committee, Society of Gynecologic Oncologists |

**1999**
| | |
|---|---|
| 1996-1999 | Member, Fellowship Committee, AGOS |

**1998**
| | |
|---|---|
| 1994-1998 | Council Member, Society of Gynecologic Oncologists |
| 1990-1998 | Ovarian Cancer Committee, Gynecologic Oncology Group |

**1997**
| | |
|---|---|
| 1993-1997 | Editorial Board Member, Duke Cancer Report, Duke University |
| 1993-1997 | Committee on Gynecologic Practice, ACOG |
| 1993-1997 | Chairman, Committee on Gynecologic Oncology Practice, ACOG |
| 1993-1997 | ACOG Liaison Representative to the Society of Gynecologic Oncologists |
| 1994-1997 | Member, Committee on Clinical Practice, Society of Gynecologic Oncologists |

**1995**
| | |
|---|---|
| 1994-1995 | Chairman, 1995 Program Committee, Society of Gynecologic Oncologists |

**1994**
| | |
|---|---|
| 1993-1994 | Ad hoc Council Member, Society of Gynecologic Oncologists |
| 1993-1994 | Ad hoc Committee on Clinical Practice Policy Development Society of Gynecologic Oncologists |
| 1994 | Society of Pelvic Surgeons |

**1993**
| | |
|---|---|
| 1991-1993 | Chairman, Gynecology Committee, North Carolina OB/GYN Society |
| 1991-1993 | Member, Professional Activities Committee, North Carolina OB/GYN Society |
| 1993 | Medical Director, Duke North Hospital, 5900 Unit, Duke University |
| 1993 | Fellow, American Gynecological and Obstetrical Society |
| 1993 | Member, Ad hoc Committee to Define Criteria for Tenure in Clinical Medicine , Duke University |
| 1993 | Department of Surgery Chairman Search Committee, Duke University |

**1992**
| | |
|---|---|
| 1990-1992 | Member, Task Force on Cervical Cancer, Chairman, Subcommittee on Impact of Appropriate Follow-up Care, North Carolina Department of Environment, Health, and Natural Resources |

**1991**
| | |
|---|---|
| 1987-1991 | Co-Principal Investigator, Duke University Grant, Gynecologic Oncology Group |
| 1987-1991 | Committee on Technical Bulletins, ACOG |
| 1991 | Board Examiner: Gynecologic Oncology, ABOG |
| 1991 | Member, Director of Surgical Pathology Search Committee, Duke University |

40

**1990**
|  | |
|---|---|
| 1990 | Member, Department of Pathology Chairman Search Committee, Duke University |
| 1982-1990 | Gynecologic Management Committee, Gynecologic Oncology Group |

**1989**

1989    Fellow, American College of Surgeons

**1988**

1988    Mid-Atlantic Gynecologic Oncology Society
1988    Southern Obstetrical and Gynecological Seminar
1988    International Gynecologic Cancer Society
1988    Mid-Atlantic Gynecologic Oncology Society
1988    Southern Obstetrical and Gynecological Seminar

**1987**

1985-1987    Chicago Medical Society
1985-1987    Illinois Cancer Council
1985-1987    Illinois State Medical Society
1985-1987    Chicago Association of Gynecologic Oncologists
1987    North Carolina Medical Society
1987    North Carolina Obstetrical and Gynecological Society
1987    American Society of Clinical Oncologists

**1986**

1986    Chicago Gynecological Society

**1985**

1982-1985    Co-Principal Investigator, Duke University Grant, Gynecologic Oncology Group
1985    Central Association of Obstetricians and Gynecologists
1985    Central Association of Obstetricians and Gynecologists
1985    American Medical Association

**1982**

1982    Gynecologic Oncology Group
1982    Society of Gynecologic Oncologists
1982    Fellow, American College of Obstetricians and Gynecologists

**1979**

1979    Piedmont Obstetrical and Gynecological Society
1979    Bayard Carter Society of Obstetricians and Gynecologists
1979    Junior Fellow Section Chairman, ACOG

**1978**

1978    Junior Fellow Section Co-Chairman, ACOG

**1977**

1977    Junior Fellow Section Program Chairman, ACOG

**B.   Within UNC-Chapel Hill**

2018-2021  Member, School of Medicine Promotions and Tenure Committee
2013-present Member, UNC Hospitals Committee of Perioperative Leaders
2011-present  Member, Physicians and Associates Executive Committee
          Member, P&A Finance and Compensation Committee
          Member, P&A Committee on Payer Relations

41

2009-present  Member, Strategic Planning Committee: Hillsboro Hospital

2009-present  Member, Strategic Planning Committee UNC HCS
2008-present Member, Dean's Advisory Committee on Part-Time Tenure Track Positions
2008-present  Member Geographic Strategic Planning Committee
2008-present Member UNC Strategic Planning Committee: Outpatient Surgery
2008-present  Member UNC Strategic Planning Committee: Oncology
2007-present  Member, Sheps Center Advisory Board
2007-present  Member, Center for Women's Health Research Advisory Board
2007-present Team Leader (Attending Physicians' Experience) UNC Hospital Commitment to Caring
2006-present  Medical Director, NC Women's Hospital Ambulatory Services
2005-present  Dean's Advisory Committee
2005-present  UNC Hospital Executive Committee
2005-present Physician and Chief, North Carolina Women's Hospital
2005-present  Member, Physician and Associates Board
2005-present  Member, UNC Lineberger Cancer Center
2006, 2007 Chair, Data Safety Monitoring Board: An International Multi-Center Phase III Study of
             Chemoradiotherapy versus chemoratiotherapy plusvhyperthermia for locally advanced
             cervical


**Editorial Board Member**

1994-2004    Postgraduate Obstetrics and Gynecology
2003         Précis, Oncology, Second Edition
1995-2001    Associate Editor, Journal of Gynecologic Techniques
1994-2000    Gynecologic Oncology


**Journal Reviewer**

Obstetrics and Gynecology
New England Journal of Medcine
American Journal of Obstetrics and Gynecology
Journal of the American Medical Association (JAMA)
    Annals of Internal Medicine
    Pharmacotherapy
    Fertility and Sterility
    Gynecologic Oncology
    Cancer
    International Journal of Gynecology and Obstetrics
    Journal of Pelvic Surgery

Exhibit B

"A Survey of the Long-Term Effects of Talc and Kaolin Pleurodesis." *British Journal of Diseases of the Chest* 73 (1979): 285–88. https://doi.org/10.1016/0007-0971(79)90054-8.

Acencio, Milena M. P., Evaldo Marchi, Lisete R. Teixeira, Bruna Rocha Silva, Juliana Sanchez Silva, Carlos Sergio Rocha Silva, Vanessa Adelia Alvarenga, Leila Antonangelo, Francisco Suso Vargas, and Vera Luiza Capelozzi. "Talc Particles and Pleural Mesothelium Interface Modulate Apoptosis and Inflammation." *Pathology* 46, no. S2 (2014): S76.

Acheson, E D, M J Gardner, E C Pippard, and L P Grime. "Mortality of Two Groups of Women Who Manufactured Gas Masks from Chrysotile and Crocidolite Asbestos: A 40-Year Follow-Up." *British Journal of Industrial Medicine* 39, no. 4 (November 1982): 344–48.

Akhtar, Mohd Javed, Maqusood Ahamed, M.A. Majeed Khan, Salman A. Alrokayan, Iqbal Ahmad, and Sudhir Kumar. "Cytotoxicity and Apoptosis Induction by Nanoscale Talc Particles from Two Different Geographical Regions in Human Lung Epithelial Cells." *Environmental Toxicology* 29 (2014): 394–406. https://doi.org/10.1002/tox.21766.

Akhtar, Mohd Javed, Sudhir Kumar, Ramesh Chandra Murthy, Mohd Ashquin, Mohd Imran Khan, Govil Patil, and Iqbal Ahmad. "The Primary Role of Iron-Mediated Lipid Peroxidation in the Differential Cytotoxicity Caused by Two Varieties of Talc Nanoparticles on A549 Cells and Lipid Peroxidation Inhibitory Effect Exerted by Ascorbic Acid." *Toxicology in Vitro: An International Journal Published in Association with BIBRA* 24, no. 4 (June 2010): 1139–47. https://doi.org/10.1016/j.tiv.2010.03.002.

American Cancer Society. "Key Statistics for Ovarian Cancer," n.d. https://www.cancer.org/cancer/ovarian-cancer/about/key-statistics.html.

———. "What Is Ovarian Cancer?," n.d. https://www.cancer.org/cancer/ovarian-cancer/about/what-is-ovarian-cancer.html.

Anderson, Garnet L., Howard L. Judd, Andrew M. Kaunitz, David H. Barad, Shirley A. A. Beresford, Mary Pettinger, James Liu, S. Gene McNeeley, Ana Maria Lopez, and Women's Health Initiative Investigators. "Effects of Estrogen plus Progestin on Gynecologic Cancers and Associated Diagnostic Procedures: The Women's Health Initiative Randomized Trial." *JAMA* 290, no. 13 (October 1, 2003): 1739–48. https://doi.org/10.1001/jama.290.13.1739.

Antoniou, A., P. D. P. Pharoah, S. Narod, H. A. Risch, J. E. Eyfjord, J. L. Hopper, N. Loman, et al. "Average Risks of Breast and Ovarian Cancer Associated with BRCA1 or BRCA2 Mutations Detected in Case Series Unselected for Family History: A Combined Analysis of 22 Studies." *American Journal of Human Genetics* 72, no. 5 (May 2003): 1117–30.

Arellano-Orden, Elena, Auxiliadora Romero-Falcon, Jose Martin Juan, Manuel Ocana Jurado, Francisco Rodriguez-Panadero, and Ana Montes-Worboys. "Small Particle-Size Talc Is Associated with Poor Outcome and Increased Inflammation in Thoracoscopic Pleurodesis." *Respiration* 86 (2013): 201–9. https://doi.org/10.1159/000342042.

Armstrong, Deborah K., Brian Bundy, Lari Wenzel, Helen Q. Huang, Rebecca Baergen, Shashikant Lele, Larry J. Copeland, Joan L. Walker, Robert A. Burger, and Gynecologic Oncology Group. "Intraperitoneal Cisplatin and Paclitaxel in Ovarian Cancer." *The New England Journal of Medicine* 354, no. 1 (January 5, 2006): 34–43. https://doi.org/10.1056/NEJMoa052985.

"ATSDR - Toxicological Profile: Asbestos." Accessed August 16, 2018. https://www.atsdr.cdc.gov/toxprofiles/tp.asp?id=30&tid=4.

Baldwin, Lauren A., Bin Huang, Rachel W. Miller, Thomas Tucker, Scott T. Goodrich, Iwona Podzielinski, Christopher P. DeSimone, Fred R. Ueland, John R. van Nagell, and Leigh G. Seamon. "Ten-Year Relative Survival for Epithelial Ovarian Cancer:" *Obstetrics & Gynecology* 120, no. 3 (September 2012): 612–18. https://doi.org/10.1097/AOG.0b013e318264f794.

Balkwill, Fran, and Alberto Mantovani. "Inflammation and Cancer: Back to Virchow?" *The Lancet* 357, no. 9255 (February 2001): 539–45. https://doi.org/10.1016/S0140-6736(00)04046-0.

Beck, B. D., H. A. Feldman, J. D. Brain, T. J. Smith, M. Hallock, and B. Gerson. "The Pulmonary Toxicity of Talc and Granite Dust as Estimated from an in Vivo Hamster Bioassay." *Toxicology and Applied Pharmacology* 87, no. 2 (February 1987): 222–34.

Begg, Melissa D., and Dana March. "Cause and Association: Missing the Forest for the Trees." *American Journal of Public Health* 108, no. 5 (May 2018): 620. https://doi.org/10.2105/AJPH.2018.304366.

Belotte, Jimmy, Nicole M. Fletcher, Awoniyi O. Awonuga, Mitchell Alexis, Husam M. Abu-Soud, Ghassan M. Saed, Michael P. Diamond, and Mohammed G. Saed. "The Role of Oxidative Stress in the Development of Cisplatin Resistance in Epithelial Ovarian Cancer." *Reproductive Sciences* 21, no. 4 (2014): 503–8. https://doi.org/10.1177/1933719113503403.

Belotte, Jimmy, Nicole M. Fletcher, Mohammed G. Saed, Mohammed S. Abusamaan, Gregory Dyson, Michael P. Diamond, and Ghassan M. Saed. "A Single Nucleotide Polymorphism in Catalase Is Strongly Associated with Ovarian Cancer Survival." *PloS One* 10, no. 8 (2015). https://doi.org/e0135739. doi:10.1371/journal. pone.0135739.

Berge, Wera, Kenneth Mundt, Hung Luu, and Paolo Boffetta. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention*, January 2017, 1. https://doi.org/10.1097/CEJ.0000000000000340.

———. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention: The Official Journal of the European Cancer Prevention Organisation (ECP)* 27, no. 3 (2018): 248–57. https://doi.org/10.1097/CEJ.0000000000000340.

Berry, G., M. L. Newhouse, and J. C. Wagner. "Mortality from All Cancers of Asbestos Factory Workers in East London 1933-80." *Occupational and Environmental Medicine* 57, no. 11 (November 2000): 782–85.

Bertolotti, Marinella, Daniela Ferrante, Dario Mirabelli, Mario Botta, Marinella Nonnato, Annalisa Todesco, Benedetto Terracini, and Corrado Magnani. "[Mortality in the cohort of the asbestos cement workers in the Eternit plant in Casale Monferrato (Italy)]." *Epidemiologia E Prevenzione* 32, no. 4–5 (October 2008): 218–28.

Blank, M M, N Wentzensen, M A Murphy, A Hollenbeck, and Y Park. "Dietary Fat Intake and Risk of Ovarian Cancer in the NIH-AARP Diet and Health Study." *British Journal of Cancer* 106, no. 3 (January 31, 2012): 596–602. https://doi.org/10.1038/bjc.2011.572.

Blount, A M. "Amphibole Content of Cosmetic and Pharmaceutical Talcs." *Environmental Health Perspectives* 94 (August 1991): 225–30.

Bluemel, Piza, and Zischka-Konorsa, W. "Animal experimental investigations of tissue reactions to starch and talcum powder after intraperitoneal application." *Wiener klinische Wochenschrift* 74, no. 1 (January 1962).

Blumenkrantz, M. J., N. Gallagher, R. A. Bashore, and H. Tenckhoff. "Retrograde Menstruation in Women Undergoing Chronic Peritoneal Dialysis." *Obstetrics and Gynecology* 57, no. 5 (May 1981): 667–70.

Boorman, G. A., and J. C. Seely. "The Lack of an Ovarian Effect of Lifetime Talc Exposure in F344/N Rats and B6C3F1 Mice." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 242–43. https://doi.org/10.1006/rtph.1995.1035.

Booth, M., V. Beral, and P. Smith. "Risk Factors for Ovarian Cancer: A Case-Control Study." *British Journal of Cancer* 60, no. 4 (October 1989): 592–98.

Bottazzi, Barbara, Elio Riboli, and Alberto Mantovani. "Aging, Inflammation and Cancer." *Seminars in Immunology*, November 5, 2018. https://doi.org/10.1016/j.smim.2018.10.011.

Bunderson-Schelvan, Melisa, Jean C. Pfau, Robert Crouch, and Andrij Holian. "Nonpulmonary Outcomes of Asbestos Exposure." *Journal of Toxicology and Environmental Health. Part B, Critical Reviews* 14, no. 1–4 (2011): 122–52. https://doi.org/10.1080/10937404.2011.556048.

Burn, John, Anne-Marie Gerdes, Finlay Macrae, Jukka-Pekka Mecklin, Gabriela Moeslein, Sylviane Olschwang, Diane Eccles, et al. "Long-Term Effect of Aspirin on Cancer Risk in Carriers of Hereditary Colorectal Cancer: An Analysis from the CAPP2 Randomised Controlled Trial." *Lancet (London, England)* 378, no. 9809 (December 17, 2011): 2081–87. https://doi.org/10.1016/S0140-6736(11)61049-0.

Buz'Zard, Amber R., and Benjamin H. S. Lau. "Pycnogenol® Reduces Talc-Induced Neoplastic Transformation in Human Ovarian Cell Cultures." *Phytotherapy Research* 21, no. 6 (June 2007): 579–86. https://doi.org/10.1002/ptr.2117.

Caldwell, Carlyle G., White Thomas Aubrey, William L. George, and James J. Eberl. Medical dusting powder. United States US2626257A, filed May 21, 1952, and issued January 20, 1953. https://patents.google.com/patent/US2626257A/en?q=medical&q=dusting+powder&oq=medical+dusting+powder.

Camargo, M. Constanza, Leslie T. Stayner, Kurt Straif, Margarita Reina, Umaima Al-Alem, Paul A. Demers, and Philip J. Landrigan. "Occupational Exposure to Asbestos and Ovarian Cancer: A Meta-Analysis." *Environmental Health Perspectives* 119, no. 9 (September 2011): 1211–17. https://doi.org/10.1289/ehp.1003283.

Carr, C.J. "Talc: Consumer Uses and Health Perspectives" 21 (1995): 211–15.

Chan, Andrew T., Edward L. Giovannucci, Jeffrey A. Meyerhardt, Eva S. Schernhammer, Gary C. Curhan, and Charles S. Fuchs. "Long-Term Use of Aspirin and Nonsteroidal Anti-Inflammatory Drugs and Risk of Colorectal Cancer." *JAMA* 294, no. 8 (August 24, 2005): 914–23. https://doi.org/10.1001/jama.294.8.914.

Chang, Che-Jui, Yu-Kang Tu, Pau-Chung Chen, and Hsiao-Yu Yang. "Occupational Exposure to Talc Increases the Risk of Lung Cancer: A Meta-Analysis of Occupational Cohort Studies." *Canadian Respiratory Journal*, 2017. https://doi.org/10.1155/2017/1270608.

Chang, Stella, and Harvey A. Risch. "Perineal Talc Exposure and Risk of Ovarian Carcinoma." *Cancer* 79, no. 12 (June 15, 1997): 2396–2401. https://doi.org/10.1002/(SICI)1097-0142(19970615)79:12<2396::AID-CNCR15>3.0.CO;2-M.

Chen, F., K. Gaitskell, M. J. Garcia, A. Albukhari, J. Tsaltas, and A. A. Ahmed. "Serous Tubal Intraepithelial Carcinomas Associated with High-Grade Serous Ovarian Carcinomas: A Systematic Review." *BJOG: An International Journal of Obstetrics and Gynaecology* 124, no. 6 (May 2017): 872–78. https://doi.org/10.1111/1471-0528.14543.

Chen, Lee-May, and Jonathan S Berek. "Overview of Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum." *UpToDate*, 2018.

Chen, L-M, et al. "Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum: Epidemiology and Risk Factors - UpToDate," 2018. https://www.uptodate.com/contents/epithelial-carcinoma-of-the-ovary-fallopian-tube-and-peritoneum-epidemiology-and-risk-factors?search=Epithelial%20carcinoma%20of%20the%20ovary,%20fallopian%20tube,%20and%20peritoneum:%20Epidemiology%20and%20risk%20factors&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

Chen, Xi, Gerd A. Müller, Marianne Quaas, Martin Fischer, Namshik Han, Benjamin Stutchbury, Andrew D. Sharrocks, and Kurt Engeland. "The Forkhead Transcription Factor FOXM1

Controls Cell Cycle-Dependent Gene Expression through an Atypical Chromatin Binding Mechanism." *Molecular and Cellular Biology* 33, no. 2 (January 2013): 227–36. https://doi.org/10.1128/MCB.00881-12.

Chen, Y., P. C. Wu, J. H. Lang, W. J. Ge, P. Hartge, and L. A. Brinton. "Risk Factors for Epithelial Ovarian Cancer in Beijing, China." *International Journal of Epidemiology* 21, no. 1 (February 1992): 23–29.

Chien, Jeremy, Hugues Sicotte, Jian-Bing Fan, Sean Humphray, Julie M. Cunningham, Kimberly R. Kalli, Ann L. Oberg, et al. "TP53 Mutations, Tetraploidy and Homologous Recombination Repair Defects in Early Stage High-Grade Serous Ovarian Cancer." *Nucleic Acids Research* 43, no. 14 (August 18, 2015): 6945–58. https://doi.org/10.1093/nar/gkv111.

Chittenden, B. G., G. Fullerton, A. Maheshwari, and S. Bhattacharya. "Polycystic Ovary Syndrome and the Risk of Gynaecological Cancer: A Systematic Review." *Reproductive Biomedicine Online* 19, no. 3 (September 2009): 398–405.

Cibula, D., M. Widschwendter, O. Májek, and L. Dusek. "Tubal Ligation and the Risk of Ovarian Cancer: Review and Meta-Analysis." *Human Reproduction Update* 17, no. 1 (January 1, 2011): 55–67. https://doi.org/10.1093/humupd/dmq030.

Cibula, David, Martin Widschwendter, Michael Zikan, and Ladislav Dusek. "Underlying Mechanisms of Ovarian Cancer Risk Reduction after Tubal Ligation." *Acta Obstetricia Et Gynecologica Scandinavica* 90, no. 6 (June 2011): 559–63. https://doi.org/10.1111/j.1600-0412.2011.01114.x.

CIMBA, Georgia Chenevix-Trench, Roger L Milne, Antonis C Antoniou, Fergus J Couch, Douglas F Easton, and David E Goldgar. "An International Initiative to Identify Genetic Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: The Consortium of Investigators of Modifiers of BRCA1 and BRCA2 (CIMBA)." *Breast Cancer Research* 9, no. 2 (December 2007). https://doi.org/10.1186/bcr1670.

Cohen, Samuel M., and Lora L. Arnold. "Chemical Carcinogenesis." *Toxicological Sciences* 120, no. suppl_1 (March 1, 2011): S76–92. https://doi.org/10.1093/toxsci/kfq365.

Colditz, Graham A. "Cancer Prevention." *UpToDate*, 2018.

Collaborative Group on Epidemiological Studies of Ovarian Cancer, V. Beral, R. Doll, C. Hermon, R. Peto, and G. Reeves. "Ovarian Cancer and Oral Contraceptives: Collaborative Reanalysis of Data from 45 Epidemiological Studies Including 23,257 Women with Ovarian Cancer and 87,303 Controls." *Lancet* 371, no. 9609 (January 26, 2008): 303–14. https://doi.org/10.1016/S0140-6736(08)60167-1.

Collaborative Group On Epidemiological Studies Of Ovarian Cancer, V. Beral, K. Gaitskell, C. Hermon, K. Moser, G. Reeves, and R. Peto. "Menopausal Hormone Use and Ovarian Cancer Risk: Individual Participant Meta-Analysis of 52 Epidemiological Studies." *Lancet (London, England)* 385, no. 9980 (May 9, 2015): 1835–42. https://doi.org/10.1016/S0140-6736(14)61687-1.

Committee on Practice Bulletins–Gynecology, Committee on Genetics, Society of Gynecologic Oncology. "Practice Bulletin No 182: Hereditary Breast and Ovarian Cancer Syndrome." *Obstetrics and Gynecology* 130, no. 3 (2017): e110–26. https://doi.org/10.1097/AOG.0000000000002296.

Compton, Sarah A., Sezgin Ozgür, and Jack D. Griffith. "Ring-Shaped Rad51 Paralog Protein Complexes Bind Holliday Junctions and Replication Forks as Visualized by Electron Microscopy." *The Journal of Biological Chemistry* 285, no. 18 (April 30, 2010): 13349–56. https://doi.org/10.1074/jbc.M109.074286.

Cook, Linda S., Mary L. Kamb, and Noel S. Weiss. "Perineal Powder Exposure and the Risk of Ovarian Cancer." *American Journal of Epidemiology* 145, no. 5 (March 1, 1997): 459–65.

Cook, LS. "Erratum in 'Perineal Powder Exposure and the Risk of Ovarian Cancer'." *American Journal of Epidemiology* 148, no. 410 (1997).

Coussens, Lisa M., and Zena Werb. "Inflammation and Cancer." *Nature* 420, no. 6917 (December 19, 2002): 860–67. https://doi.org/10.1038/nature01322.

Cralley, L. J., M. M. Key, D. H. Groth, W. S. Lainhart, and R. M. Ligo. "Fibrous and Mineral Content of Cosmetic Talcum Products." *American Industrial Hygiene Association Journal* 29, no. 4 (August 1968): 350–54. https://doi.org/10.1080/00028896809343015.

Cramer, D. W. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics and Gynecology* 94, no. 1 (July 1999): 160–61.

Cramer, D. W., R. F. Liberman, L. Titus-Ernstoff, W. R. Welch, E. R. Greenberg, J. A. Baron, and B. L. Harlow. "Genital Talc Exposure and Risk of Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 81, no. 3 (May 5, 1999): 351–56.

Cramer, D. W., W. R. Welch, R. E. Scully, and C. A. Wojciechowski. "Ovarian Cancer and Talc: A Case-Control Study." *Cancer* 50, no. 2 (July 15, 1982): 372–76.

Cramer, Daniel W., Linda Titus-Ernstoff, John R. McKolanis, William R. Welch, Allison F. Vitonis, Ross S. Berkowitz, and Olivera J. Finn. "Conditions Associated with Antibodies Against the Tumor-Associated Antigen MUC1 and Their Relationship to Risk for Ovarian Cancer." *Cancer Epidemiology Biomarkers & Prevention* 14, no. 5 (May 1, 2005): 1125–31. https://doi.org/10.1158/1055-9965.EPI-05-0035.

Cramer, Daniel W., Allison F. Vitonis, Kathryn L. Terry, William R. Welch, and Linda J. Titus. "The Association between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." *Epidemiology (Cambridge, Mass.)*, December 17, 2015. https://doi.org/10.1097/EDE.0000000000000434.

———. "The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." *Epidemiology (Cambridge, Mass.)* 27, no. 3 (May 2016): 334–46. https://doi.org/10.1097/EDE.0000000000000434.

Cramer, Daniel W., William R. Welch, Ross S. Berkowitz, and John J. Godleski. "Presence of Talc in Pelvic Lymph Nodes of a Woman with Ovarian Cancer and Long-Term Genital Exposure to Cosmetic Talc." *Obstetrics and Gynecology* 110, no. 2 Pt 2 (August 2007): 498–501. https://doi.org/10.1097/01.AOG.0000262902.80861.a0.

Cramer, Daniel W., William R. Welch, Robert E. Scully, and Carol A. Wojciechowski. "Ovarian Cancer and Talc. A Case-Control Study." *Cancer* 50, no. 2 (July 15, 1982): 372–76. https://doi.org/10.1002/1097-0142(19820715)50:2<372::AID-CNCR2820500235>3.0.CO;2-S.

Crum, Christopher P, Jonathan Bijron, and Brooke E. Howitt. "Pathogenesis of Ovarian, Fallopian Tubal, and Peritoneal Serous Carcinomas." *UpToDate*, 2018.

Crusz, Shanthini M., and Frances R Balkwill. "Inflammation and Cancer: Advances and New Agents." *Nature Reviews Clinical Oncology* 12 (October 2015): 584–96. https://doi.org/10.1038/nrclinonc.2015.105.

Curtis D. Klaassen, and John Doull. *Casarett and Doull's Toxicology : The Basic Science of Poisons*. 8th Edition. McGraw-Hill Education, 2013. https://www.ncbi.nlm.nih.gov/nlmcatalog/101586259.

Danforth, Kim N., Shelley S. Tworoger, Jonathan L. Hecht, Bernard A. Rosner, Graham A. Colditz, and Susan E. Hankinson. "Breastfeeding and Risk of Ovarian Cancer in Two Prospective

Cohorts." *Cancer Causes & Control: CCC* 18, no. 5 (June 2007): 517–23. https://doi.org/10.1007/s10552-007-0130-2.

"Deposition & Exhibits of John Hopkins, PhD, MDL No. 2738." In re: Talcum Power Prod. Liab. Litig., August 16, 2018.

"Deposition & Exhibits of Julie Pier, MDL No. 2738." In re: Talcum Power Prod. Liab. Litig., September 12, 2018.

"Deposition of Alice M. Blount, Ph.D., Circuit Court of the City of St. Louis State of Missouri, Case No.: 1522-CC10417-01," April 13, 2018.

Devaja, Omer. *Ovarian Cancer  From Pathogenesis to Treatment*. IntechOpen, 2018.

Ding, Yuan C., Lesley McGuffog, Sue Healey, Eitan Friedman, Yael Laitman, Shani- Paluch-Shimon, Bella Kaufman, et al. "A Nonsynonymous Polymorphism in IRS1 Modifies Risk of Developing Breast and Ovarian Cancers in BRCA1 and Ovarian Cancer in BRCA2 Mutation Carriers." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 21, no. 8 (August 2012): 1362–70. https://doi.org/10.1158/1055-9965.EPI-12-0229.

Dixon, Suzanne C., Christina M. Nagle, Nicolas Wentzensen, Britton Trabert, Alicia Beeghly-Fadiel, Joellen M. Schildkraut, Kirsten B. Moysich, et al. "Use of Common Analgesic Medications and Ovarian Cancer Survival: Results from a Pooled Analysis in the Ovarian Cancer Association Consortium." *British Journal of Cancer* 116, no. 9 (April 25, 2017): 1223–28. https://doi.org/10.1038/bjc.2017.68.

Dodson, R. F., M. O'Sullivan, C. J. Corn, and S. P. Hammar. "Quantitative Comparison of Asbestos and Talc Bodies in an Individual with Mixed Exposure." *American Journal of Industrial Medicine* 27, no. 2 (February 1995): 207–15.

D.R. Petterson. "JNJ 000251888," April 26, 1973.

Dubeau, L., and R. Drapkin. "Coming into Focus: The Nonovarian Origins of Ovarian Cancer." *Annals of Oncology: Official Journal of the European Society for Medical Oncology* 24 Suppl 8 (November 2013): viii28–35. https://doi.org/10.1093/annonc/mdt308.

Eberl, J. J., and W. L. George. "Comparative Evaluation of the Effects of Talcum and a New Absorbable Substitute on Surgical Gloves." *American Journal of Surgery* 75, no. 3 (March 1948): 493–97.

Egli, G. E., and M. Newton. "The Transport of Carbon Particles in the Human Female Reproductive Tract." *Fertility and Sterility* 12 (April 1961): 151–55.

Eng, Kevin H., J. Brian Szender, John Lewis Etter, Jasmine Kaur, Samantha Poblete, Ruea-Yea Huang, Qianqian Zhu, et al. "Paternal Lineage Early Onset Hereditary Ovarian Cancers: A Familial Ovarian Cancer Registry Study." *PLoS Genetics* 14, no. 2 (February 2018): e1007194. https://doi.org/10.1371/journal.pgen.1007194.

"Expert Report of Michael Crowley, Ph.D., In Re: Talcum Powder Prod. Liab. Litig., MDL No. 2738," November 12, 2018.

Fasching, Peter A., Simon Gayther, Leigh Pearce, Joellen M. Schildkraut, Ellen Goode, Falk Thiel, Georgia Chenevix-Trench, et al. "Role of Genetic Polymorphisms and Ovarian Cancer Susceptibility." *Molecular Oncology* 3, no. 2 (April 2009): 171–81. https://doi.org/10.1016/j.molonc.2009.01.008.

Fathalla, M. F. "Incessant Ovulation and Ovarian Cancer - a Hypothesis Re-Visited." *Facts, Views & Vision in ObGyn* 5, no. 4 (2013): 292–97.

———. "Incessant Ovulation--a Factor in Ovarian Neoplasia?" *Lancet* 2, no. 7716 (July 17, 1971): 163.

FDA. "Ltr to Samuel S. Epstein, M.D., RE: Docket Numbers 94P-0420 and FDA-2008-P-0309-0001 /CP," April 1, 2017.

Fedak, Kristen M., Autumn Bernal, Zachary A. Capshaw, and Sherilyn Gross. "Applying the Bradford Hill Criteria in the 21st Century: How Data Integration Has Changed Causal Inference in Molecular Epidemiology." *Emerging Themes in Epidemiology* 12, no. 14 (2015). https://doi.org/10.1186/s12982-015-0037-4.

"Federal Register Vol. 81, No.243, December 19, 2016 FDA Ban on Surgical Gloves." Accessed August 16, 2018. https://www.gpo.gov/fdsys/search/pagedetails.action?collectionCode=FR&browsePath=2016%2 F12%2F12-19%5C%2F%2FConsumer+Product+Safety+Commission&isCollapsed=true&leafLevelBrowse =true&packageId=FR-2016-12-19&isDocumentResults=true&ycord=173&isDocumentResults=true&ycord=173.

Ferguson, Lynnette R. "Chronic Inflammation and Mutagenesis." *Mutation Research* 690, no. 1–2 (August 7, 2010): 3–11. https://doi.org/10.1016/j.mrfmmm.2010.03.007.

Fernandes, José Veríssimo, Ricardo Ney Oliveira Cobucci, Carlos André Nunes Jatobá, Thales Allyrio Araújo de Medeiros Fernandes, Judson Welber Veríssimo de Azevedo, and Josélio Maria Galvão de Araújo. "The Role of the Mediators of Inflammation in Cancer Development." *Pathology & Oncology Research* 21, no. 3 (July 2015): 527–34. https://doi.org/10.1007/s12253-015-9913-z.

Ferrante, Daniela, Marinella Bertolotti, Annalisa Todesco, Dario Mirabelli, Benedetto Terracini, and Corrado Magnani. "Cancer Mortality and Incidence of Mesothelioma in a Cohort of Wives of Asbestos Workers in Casale Monferrato, Italy." *Environmental Health Perspectives* 115, no. 10 (October 2007): 1401–5. https://doi.org/10.1289/ehp.10195.

Ferrer, Jaume, Juan F. Montes, Maria A. Villarino, Richard W. Light, and José García-Valero. "Influence of Particle Size on Extrapleural Talc Dissemination after Talc Slurry Pleurodesis." *Chest* 122, no. 3 (September 2002): 1018–27.

Fiume, Monice M., Ivan Boyer, Wilma F. Bergfeld, Donald V. Belsito, Ronald A. Hill, Curtis D. Klaassen, Daniel C. Liebler, et al. "Safety Assessment of Talc as Used in Cosmetics." *International Journal of Toxicology* 34, no. 1 suppl (July 1, 2015): 66S-129S. https://doi.org/10.1177/1091581815586797.

Fletcher, Nicole M., Jimmy Belotte, Mohammed G. Saed, Ira Memaj, Michael P. Diamond, Robert T. Morris, and Ghassan M. Saed. "Specific Point Mutations in Key Redox Enzymes Are Associated with Chemoresistance in Epithelial Ovarian Cancer." *Free Radical Biology and Medicine* 102 (2017): 122–32. https://doi.org/10.1016/j.freeradbiomed.2016.11.028.

Fletcher, Nicole M., Zhongliang Jiang, Rouba Ali-Fehmi, Nancy K. Levin, Jimmy Belotte, Michael A. Tainsky, Michael P. Diamond, Husam M. Abu-Soud, and Ghassan M. Saed. "Myeloperoxidase and Free Iron Levels: Potential Biomarkers for Early Detection and Prognosis of Ovarian Cancer." *Cancer Biomarkers* 10 (2012 2011): 267–75. https://doi.org/10.3233/CBM-2012-0255.

Fletcher, Nicole, Memaj, Ira, and Saed, Ghassan. "Talcum Powder Enhances Oxidative Stress in Ovarian Cancer Cells." *Reproductive Sciences*, February 28, 2018. https://doi.org/10.1177/1933719118759999.

Fletcher, NM, and GM Saed. "Talcum Powder Enhances Cancer Antigen 125 Levels in Ovarian Cancer Cells." *Presented at the 65th Meeting of the Society for Reproductive Investigation, San Diego, California*, 2018.

Folkins, Ann K., Elke A. Jarboe, Jonathan L. Hecht, Michael G. Muto, and Christopher P. Crum. "Chapter 24 - Assessing Pelvic Epithelial Cancer Risk and Intercepting Early Malignancy." In *Diagnostic Gynecologic and Obstetric Pathology (Third Edition)*, 844–64. Philadelphia: Content Repository Only!, 2018. https://doi.org/10.1016/B978-0-323-44732-4.00024-8.

Ford, D., D.F. Easton, M. Stratton, S. Narod, D. Goldgar, P. Devilee, D.T. Bishop, et al. "Genetic Heterogeneity and Penetrance Analysis of the BRCA1 and BRCA2 Genes in Breast Cancer Families." *The American Journal of Human Genetics* 62, no. 3 (March 1998): 676–89. https://doi.org/10.1086/301749.

Freedman, Ralph S, Michael Deavers, Jinsong Liu, and Ena Wang. "Peritoneal Inflammation – A Microenvironment for Epithelial Ovarian Cancer (EOC)." *Journal of Translational Medicine* 2, no. 23 (2004). https://doi.org/10.1186/1479-5876-2-23.

Friebel, Tara M., Susan M. Domchek, and Timothy R. Rebbeck. "Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: Systematic Review and Meta-Analysis." *Journal of the National Cancer Institute* 106, no. 6 (June 2014): dju091. https://doi.org/10.1093/jnci/dju091.

Frost, G. "The Latency Period of Mesothelioma among a Cohort of British Asbestos Workers (1978-2005)." *British Journal of Cancer* 109, no. 7 (October 1, 2013): 1965–73. https://doi.org/10.1038/bjc.2013.514.

Galea, Sandro, and Roger D. Vaughan. "Moving Beyond the Cause Constraint: A Public Health of Consequence, May 2018." *American Journal of Public Health* 108, no. 5 (May 2018): 602–3. https://doi.org/10.2105/AJPH.2018.304390.

Gates, Margaret A., Bernard A. Rosner, Jonathan L. Hecht, and Shelley S. Tworoger. "Risk Factors for Epithelial Ovarian Cancer by Histologic Subtype." *American Journal of Epidemiology* 171, no. 1 (January 1, 2010): 45–53. https://doi.org/10.1093/aje/kwp314.

Gates, Margaret A., Shelley S. Tworoger, Kathryn L. Terry, Linda Titus-Ernstoff, Bernard Rosner, Immaculata De Vivo, Daniel W. Cramer, and Susan E. Hankinson. "Talc Use, Variants of the GSTM1, GSTT1, and NAT2 Genes, and Risk of Epithelial Ovarian Cancer." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 17, no. 9 (September 2008): 2436–44. https://doi.org/10.1158/1055-9965.EPI-08-0399.

Genofre, Eduardo H., Francisco S. Vargas, Milena M. P. Acencio, Leila Antonangelo, Lisete R. Teixeira, and Evaldo Marchi. "Talc Pleurodesis: Evidence of Systemic Inflammatory Response to Small Size Talc Particles." *Respiratory Medicine* 103, no. 1 (January 2009): 91–97. https://doi.org/10.1016/j.rmed.2008.07.021.

Germani, D., S. Belli, C. Bruno, M. Grignoli, M. Nesti, R. Pirastu, and P. Comba. "Cohort Mortality Study of Women Compensated for Asbestosis in Italy." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 129–34.

Gertig, D. M., D. J. Hunter, D. W. Cramer, G. A. Colditz, F. E. Speizer, W. C. Willett, and S. E. Hankinson. "Prospective Study of Talc Use and Ovarian Cancer." *Journal of the National Cancer Institute* 92, no. 3 (February 2, 2000): 249–52.

Ghio, Andrew J., Joleen M. Soukup, Lisa A. Dailey, Judy H. Richards, Jennifer L. Turi, Elizabeth N. Pavlisko, and Victor L. Roggli. "Disruption of Iron Homeostasis in Mesothelial Cells after Talc Pleurodesis." *American Journal of Respiratory Cell and Molecular Biology* 46, no. 1 (January 1, 2012): 80–86. https://doi.org/10.1165/rcmb.2011-0168OC.

Gloyne, S. R. "Two Cases of Squamous Carcinoma of the Lung Occurring in Asbestosis." *Tubercle* 17 (1935): 5–10.

Godard, B., W. D. Foulkes, D. Provencher, J. S. Brunet, P. N. Tonin, A. M. Mes-Masson, S. A. Narod, and P. Ghadirian. "Risk Factors for Familial and Sporadic Ovarian Cancer among French Canadians: A Case-Control Study." *American Journal of Obstetrics and Gynecology* 179, no. 2 (August 1998): 403–10.

Gonzalez, Kelly D., Katie A. Noltner, Carolyn H. Buzin, Dongqing Gu, Cindy Y. Wen-Fong, Vu Q. Nguyen, Jennifer H. Han, et al. "Beyond Li Fraumeni Syndrome: Clinical Characteristics of Families with P53 Germline Mutations." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 27, no. 8 (March 10, 2009): 1250–56. https://doi.org/10.1200/JCO.2008.16.6959.

Gonzalez, Nicole L., Katie M. O'Brien, Aimee A. D'Aloisio, Dale P. Sandler, and Clarice R. Weinberg. "Douching, Talc Use, and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 27, no. 6 (2016): 797–802. https://doi.org/10.1097/EDE.0000000000000528.

Goodman, Marc T, Galina Lurie, Pamela J Thompson, Katharine E McDuffie, and Michael E Carney. "Association of Two Common Single-Nucleotide Polymorphisms in the CYP19A1 Locus and Ovarian Cancer Risk." *Endocrine-Related Cancer* 15, no. 4 (December 2008): 1055–60. https://doi.org/10.1677/ERC-08-0104.

Gordon, Ronald E., Sean Fitzgerald, and James Millette. "Asbestos in Commercial Cosmetic Talcum Powder as a Cause of Mesothelioma in Women." *International Journal of Occupational and Environmental Health* 20, no. 4 (October 2014): 318–32. https://doi.org/10.1179/2049396714Y.0000000081.

Graham, J., and R. Graham. "Ovarian Cancer and Asbestos." *Environmental Research* 1, no. 2 (October 1967): 115–28.

Graham, and Jenkins. "Value of Modified Starch as a Substitute for Talc." *Lancet (London, England)* 1, no. 6708 (March 22, 1952): 590–91.

Green, A., D. Purdie, C. Bain, V. Siskind, P. Russell, M. Quinn, and B. Ward. "Tubal Sterilisation, Hysterectomy and Decreased Risk of Ovarian Cancer. Survey of Women's Health Study Group." *International Journal of Cancer. Journal International Du Cancer* 71, no. 6 (June 11, 1997): 948–51.

Grivennikov, Sergei I., Florian R. Greten, and Michael Karin. "Immunity, Inflammation, and Cancer." *Cell* 140, no. 6 (March 19, 2010): 883–99. https://doi.org/10.1016/j.cell.2010.01.025.

Gross, A. J., and P. H. Berg. "A Meta-Analytical Approach Examining the Potential Relationship between Talc Exposure and Ovarian Cancer." *Journal of Exposure Analysis and Environmental Epidemiology* 5, no. 2 (June 1995): 181–95.

Hall, J. M., M. K. Lee, B. Newman, J. E. Morrow, L. A. Anderson, B. Huey, and M. C. King. "Linkage of Early-Onset Familial Breast Cancer to Chromosome 17q21." *Science (New York, N.Y.)* 250, no. 4988 (December 21, 1990): 1684–89.

Halme, J., M. G. Hammond, J. F. Hulka, S. G. Raj, and L. M. Talbert. "Retrograde Menstruation in Healthy Women and in Patients with Endometriosis." *Obstetrics and Gynecology* 64, no. 2 (August 1984): 151–54.

Hamilton, T. C., H. Fox, C. H. Buckley, W. J. Henderson, and K. Griffiths. "Effects of Talc on the Rat Ovary." *British Journal of Experimental Pathology* 65, no. 1 (February 1984): 101–6.

Hankinson, S. E., D. J. Hunter, G. A. Colditz, W. C. Willett, M. J. Stampfer, B. Rosner, C. H. Hennekens, and F. E. Speizer. "Tubal Ligation, Hysterectomy, and Risk of Ovarian Cancer. A Prospective Study." *JAMA* 270, no. 23 (December 15, 1993): 2813–18.

9

Hannenhalli, Sridhar, and Klaus H. Kaestner. "The Evolution of Fox Genes and Their Role in Development and Disease." *Nature Reviews. Genetics* 10, no. 4 (April 2009): 233–40. https://doi.org/10.1038/nrg2523.

Harlow, B. L., D. W. Cramer, D. A. Bell, and W. R. Welch. "Perineal Exposure to Talc and Ovarian Cancer Risk." *Obstetrics and Gynecology* 80, no. 1 (July 1992): 19–26.

Harlow, B. L., and P. A. Hartge. "A Review of Perineal Talc Exposure and Risk of Ovarian Cancer." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 254–60. https://doi.org/10.1006/rtph.1995.1039.

Harlow, B. L., and N. S. Weiss. "A Case-Control Study of Borderline Ovarian Tumors: The Influence of Perineal Exposure to Talc." *American Journal of Epidemiology* 130, no. 2 (August 1989): 390–94.

Harper, Amy K, and Ghassan Saed. ""Talc Induces a pro-Oxidant State in Normal and Ovarian Cancer Cells through Genetic Point Mutations in Key Redox Enzymes," Accepted for Presentation at SGO Meeting," In Press 2019.

Hartge, P., R. Hoover, L. P. Lesher, and L. McGowan. "Talc and Ovarian Cancer." *JAMA: The Journal of the American Medical Association* 250, no. 14 (October 14, 1983): 1844.

Hasselbalch, Hans Carl. "Chronic Inflammation as a Promotor of Mutagenesis in Essential Thrombocythemia, Polycythemia Vera and Myelofibrosis. A Human Inflammation Model for Cancer Development?" *Leukemia Research* 37, no. 2 (February 2013): 214–20. https://doi.org/10.1016/j.leukres.2012.10.020.

Havrilesky, Laura J., Patricia G. Moorman, William J. Lowery, Jennifer M. Gierisch, Remy R. Coeytaux, Rachel Peragallo Urrutia, Michaela Dinan, et al. "Oral Contraceptive Pills as Primary Prevention for Ovarian Cancer: A Systematic Review and Meta-Analysis." *Obstetrics and Gynecology* 122, no. 1 (July 2013): 139–47. https://doi.org/10.1097/AOG.0b013e318291c235.

Heller, D. S., R. E. Gordon, and N. Katz. "Correlation of Asbestos Fiber Burdens in Fallopian Tubes and Ovarian Tissue." *American Journal of Obstetrics and Gynecology* 181, no. 2 (August 1999): 346–47.

Heller, D. S., R. E. Gordon, C. Westhoff, and S. Gerber. "Asbestos Exposure and Ovarian Fiber Burden." *American Journal of Industrial Medicine* 29, no. 5 (May 1996): 435–39. https://doi.org/10.1002/(SICI)1097-0274(199605)29:5<435::AID-AJIM1>3.0.CO;2-L.

Heller, D. S., C. Westhoff, R. E. Gordon, and N. Katz. "The Relationship between Perineal Cosmetic Talc Usage and Ovarian Talc Particle Burden." *American Journal of Obstetrics and Gynecology* 174, no. 5 (May 1996): 1507–10.

Henderson, W. J., T. C. Hamilton, M. S. Baylis, C. G. Pierrepoint, and K. Griffiths. "The Demonstration of the Migration of Talc from the Vagina and Posterior Uterus to the Ovary in the Rat." *Environmental Research* 40, no. 2 (August 1986): 247–50.

Henderson, W. J., C. A. Joslin, A. C. Turnbull, and K. Griffiths. "Talc and Carcinoma of the Ovary and Cervix." *The Journal of Obstetrics and Gynaecology of the British Commonwealth* 78, no. 3 (March 1971): 266–72.

Hernán, Miguel A. "The C-Word: Scientific Euphemisms Do Not Improve Causal Inference From Observational Data." *American Journal of Public Health* 108, no. 5 (May 2018): 616–19. https://doi.org/10.2105/AJPH.2018.304337.

Hill, Austin Bradford. "The Environment and Disease: Association or Causation?" *Proceedings of the Royal Society of Medicine* 58, no. 5 (May 1965): 295–300.

Hillegass, Jedd M., Arti Shukla, Maximilian B. MacPherson, Jeffrey P. Bond, Chad Steele, and Brooke T. Mossman. "Utilization of Gene Profiling and Proteomics to Determine Mineral

Pathogenicity in a Human Mesothelial Cell Line (LP9/TERT-1)." *Journal of Toxicology and Environmental Health. Part A* 73, no. 5 (January 2010): 423–36. https://doi.org/10.1080/15287390903486568.

Horowitz, Neil S., Austin Miller, Bunja Rungruang, Scott D. Richard, Noah Rodriguez, Michael A. Bookman, Chad A. Hamilton, Thomas C. Krivak, and G. Larry Maxwell. "Does Aggressive Surgery Improve Outcomes? Interaction between Preoperative Disease Burden and Complex Surgery in Patients with Advanced-Stage Ovarian Cancer: An Analysis of GOG 182." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 33, no. 8 (March 10, 2015): 937–43. https://doi.org/10.1200/JCO.2014.56.3106.

Houghton, Serena C., Katherine W. Reeves, Susan E. Hankinson, Lori Crawford, Dorothy Lane, Jean Wactawski-Wende, Cynthia A. Thomson, Judith K. Ockene, and Susan R. Sturgeon. "Perineal Powder Use and Risk of Ovarian Cancer." *Journal of the National Cancer Institute* 106, no. 9 (September 2014). https://doi.org/10.1093/jnci/dju208.

Huncharek, Michael, J. F. Geschwind, and Bruce Kupelnick. "Perineal Application of Cosmetic Talc and Risk of Invasive Epithelial Ovarian Cancer: A Meta-Analysis of 11,933 Subjects from Sixteen Observational Studies." *Anticancer Research* 23, no. 2C (April 2003): 1955–60.

Huncharek, Michael, Joshua Muscat, Adedayo Onitilo, and Bruce Kupelnick. "Use of Cosmetic Talc on Contraceptive Diaphragms and Risk of Ovarian Cancer: A Meta-Analysis of Nine Observational Studies." *European Journal of Cancer Prevention: The Official Journal of the European Cancer Prevention Organisation (ECP)* 16, no. 5 (October 2007): 422–29. https://doi.org/10.1097/01.cej.0000236257.03394.4a.

Hunn, Jessica, and Gustavo C. Rodriguez. "Ovarian Cancer: Etiology, Risk Factors, and Epidemiology." *Clinical Obstetrics and Gynecology* 55, no. 1 (March 2012): 3–23. https://doi.org/10.1097/GRF.0b013e31824b4611.

IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans – IARC : Asbestos," 1977. https://monographs.iarc.fr/iarc-monographs-on-the-evaluation-of-carcinogenic-risks-to-humans-79/.

———. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Volume 58.  Beryllium, Cadmium, Mercury, and Exposures in the Glass Manufacturing Industry," 1993.

———. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans Volume 93 Carbon Black, Titanium Dioxide, and Talc." *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans / World Health Organization, International Agency for Research on Cancer* 93 (2010): 1–413.

———. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Volume 100C," 2012.

———. "IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans: Silica and Some Silicates." IARC, 1987.

———. "IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans.  Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1-42.  Supplement 7," 1987. https://monographs.iarc.fr/wp-content/uploads/2018/06/Suppl7.pdf.

IARC, International Agency for Research on Cancer, and World Health Organization, eds. *Carbon Black, Titanium Dioxide, and Talc*. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, v. 93. Lyon, France : Geneva: International Agency for Research on Cancer ; Distributed by WHO Press, 2010.

"IMERYS 013188," n.d.

"IMERYS 088907 Rio Tinto Minerals HSE&EA Science Advisory Meeting." September 17, 2007.

"IMERYS 284935," n.d.

"IMERYS137677-IMERYS137690," 2004.

"IMERYS209971," 1972.

"IMERYS210136," n.d.

"IMERYS241866," n.d.

"IMERYS248877," n.d.

"IMERYS255101," n.d.

"IMERYS255224," n.d.

"IMERYS255384," n.d.

"IMERYS255394," n.d.

"IMERYS255395," n.d.

"IMERYS279884," n.d.

"IMERYS279968," n.d.

"IMERYS281335," n.d.

"IMERYS281776," n.d.

"IMERYS324700," n.d.

"IMERYS-A_0011817," n.d.

"Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8, no. 19 (2009): 3107–11.

Institute of Medicine (US) Committee on Asbestos: Selected Health Effects. *Asbestos: Selected Cancers*. The National Academies Collection: Reports Funded by National Institutes of Health. Washington (DC): National Academies Press (US), 2006. http://www.ncbi.nlm.nih.gov/books/NBK20332/.

Isaacs, Claudine, and Beth N Peshkin. "Management of Patients at High Risk for Breast and Ovarian Cancer." *UpToDate*, 2018.

Iturralde, M., and P. F. Venter. "Hysterosalpingo-Radionuclide Scintigraphy (HERS)." *Seminars in Nuclear Medicine* 11, no. 4 (October 1981): 301–14.

J. Lightfoot, G.A. Kingston, and F.D. Pooley. "An Examination of Italian Mine Samples and Relevant Powders," 1972.

Jaiswal, M., N. F. LaRusso, L. J. Burgart, and G. J. Gores. "Inflammatory Cytokines Induce DNA Damage and Inhibit DNA Repair in Cholangiocarcinoma Cells by a Nitric Oxide-Dependent Mechanism." *Cancer Research* 60, no. 1 (January 1, 2000): 184–90.

"JANSSEN-000056 P-23 (Pltf_MISC_00000321) Ortho Diaphragm Information," n.d.

Jaurand, M. C. "Mechanisms of Fiber-Induced Genotoxicity." *Environmental Health Perspectives* 105 Suppl 5 (September 1997): 1073–84. https://doi.org/10.1289/ehp.97105s51073.

———. "Particulate-State Carcinogenesis: A Survey of Recent Studies on the Mechanisms of Action of Fibres." *IARC Scientific Publications*, no. 90 (1989): 54–73.

Jaurand, MC. "Mechanisms of Fibre Genotoxicity." In *Mechanisms in Fibre Carcinogenesis*. New York: Plenum Press, 1991.

Jervis, Sarah, Honglin Song, Andrew Lee, Ed Dicks, Jonathan Tyrer, Patricia Harrington, Douglas F. Easton, Ian J. Jacobs, Paul P. D. Pharoah, and Antonis C. Antoniou. "Ovarian Cancer Familial Relative Risks by Tumour Subtypes and by Known Ovarian Cancer Genetic Susceptibility Variants." *Journal of Medical Genetics* 51, no. 2 (February 2014): 108–13. https://doi.org/10.1136/jmedgenet-2013-102015.

Jia, D, Y Nagaoka, S Orsulic, and M Katsumata. "Inflammation Is a Key Contributor to Ovarian Cancer Cell Seeding." *Scientific Reports* 8, no. 12394 (August 17, 2018). https://doi.org/10.1038/s41598-018-30261-8.

Jiang, Zhongliang, Nicole M. Fletcher, Rouba Ali-Fehmi, Michael P. Diamond, Husam M. Abu-Soud, Adnan R. Munkarah, and Ghassan M. Saed. "Modulation of Redox Signaling Promotes Apoptosis in Epithelial Ovarian Cancer Cells." *Gynecologic Oncology* 122, no. 2 (August 2011): 418–23. https://doi.org/10.1016/j.ygyno.2011.04.051.

"JNJ000000704 P-396," n.d.

"JNJ000011150," n.d.

"JNJ000016645," n.d.

"JNJ000019415," n.d.

"JNJ000025132," 1976.

"JNJ000025132," n.d.

"JNJ000026987," n.d.

"JNJ000046293," n.d.

"JNJ000245678," n.d.

"JNJ000245762," n.d.

"JNJ000251888," n.d.

"JNJ000260700," n.d.

"JNJ000261010," n.d.

"JNJ000265536," n.d.

"JNJ000279507," n.d.

"JNJ000348778," n.d.

"JNJ000404860," n.d.

"JNJ000460665," n.d.

"JNJ000526750," n.d.

John M. DeSesso. "Exponent Talc Defense Presentation Toxic Talc?" January 18, 2018.

Jones, Richard E., and Kristin H. Lopez. "Human Reproductive Biology - 4th Edition Chapter 9 - Gamete Transport and Fertilization." In *Human Reproductive Biology*, Third., 159–73. San Diego: Academic Press, 2006. https://doi.org/10.1016/B978-0-12-382184-3.00009-X.

Jordan, SJ, KL Cushing-Haugen, KG Wicklund, JA Doherty, and MA Rossing. "Breast Feeding and Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control : CCC* 23, no. 6 (June 2012): 919–27. https://doi.org/10.1007/s10552-012-9963-4.

Jordan, Susan J., Victor Siskind, Adèle C Green, David C. Whiteman, and Penelope M. Webb. "Breastfeeding and Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control: CCC* 21, no. 1 (January 2010): 109–16. https://doi.org/10.1007/s10552-009-9440-x.

Jordan, Susan J., David C. Whiteman, David M. Purdie, Adèle C. Green, and Penelope M. Webb. "Does Smoking Increase Risk of Ovarian Cancer? A Systematic Review." *Gynecologic Oncology* 103, no. 3 (December 2006): 1122–29. https://doi.org/10.1016/j.ygyno.2006.08.012.

Jurinski, Joseph B., and J. Donald Rimstidt. "Biodurability of Talc." *American Mineralogist* 86, no. 4 (April 2001): 392–99. https://doi.org/10.2138/am-2001-0402.

Kane, AB, P Boffetta, R Saracci, and JD Wilbourn. "Mechanisms of Fibre Carcinogenesis." IARC, 1996.

Kang, N., D. Griffin, and H. Ellis. "The Pathological Effects of Glove and Condom Dusting Powders." *Journal of Applied Toxicology* 12, no. 6 (December 1992): 443–49. https://doi.org/10.1002/jat.2550120614.

Karageorgi, Stalo, Margaret A. Gates, Susan E. Hankinson, and Immaculata De Vivo. "Perineal Use of Talcum Powder and Endometrial Cancer Risk." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 19, no. 5 (May 2010): 1269–75. https://doi.org/10.1158/1055-9965.EPI-09-1221.

Kasper, C. S., and P. J. Chandler. "Possible Morbidity in Women from Talc on Condoms." *JAMA: The Journal of the American Medical Association* 273, no. 11 (March 15, 1995): 846–47.

Kauff, Noah D., Nandita Mitra, Mark E. Robson, Karen E. Hurley, Shaokun Chuai, Deborah Goldfrank, Eve Wadsworth, et al. "Risk of Ovarian Cancer in BRCA1 and BRCA2 Mutation-Negative Hereditary Breast Cancer Families." *Journal of the National Cancer Institute* 97, no. 18 (September 21, 2005): 1382–84. https://doi.org/10.1093/jnci/dji281.

Keskin, Nadi, Yasemin Aktan Teksen, Esra Gürlek Ongun, Yusuf Ozay, and Halil Saygili. "Does Long-Term Talc Exposure Have a Carcinogenic Effect on the Female Genital System of Rats? An Experimental Pilot Study." *Archives of Gynecology and Obstetrics* 280, no. 6 (December 2009): 925–31. https://doi.org/10.1007/s00404-009-1030-3.

Khan, Mohd Imran, AmoghA. Sahasrabuddhe, Govil Patil, Mohd Javed Akhtar, Mohd Ashquin, and Iqbal Ahmad. "Nano-Talc Stabilizes TNF- $\alpha$ m-RNA in Human Macrophages." *Journal of Biomedical Nanotechnology* 7, no. 1 (January 1, 2011): 112–13. https://doi.org/10.1166/jbn.2011.1227.

King, HM. "Talc: The Softest Mineral.," n.d. https://geology.com/minerals/talc.shtml.

King, Talmadge. "Asbestos-Related Pleuropulmonary Disease." Edited by Kevin Flaherty. *UpToDate*, 2018.

Kiraly, Orsolya, Guanyu Gong, Werner Olipitz, Sureshkumar Muthupalani, and Bevin P. Engelward. "Inflammation-Induced Cell Proliferation Potentiates DNA Damage-Induced Mutations In Vivo." *PLoS Genetics*, February 3, 2015. https://doi.org/10.1371/journal.pgen.1004901.

Kissler, Stefan, Ernst Siebzehnruebl, Joachim Kohl, Anja Mueller, Nadja Hamscho, Regine Gaetje, Andre Ahr, Achim Rody, and Manfred Kaufmann. "Uterine Contractility and Directed Sperm Transport Assessed by Hysterosalpingoscintigraphy (HSSG) and Intrauterine Pressure (IUP) Measurement." *Acta Obstetricia Et Gynecologica Scandinavica* 83, no. 4 (April 2004): 369–74.

Klampfer, Lidija. "Cytokines, Inflammation and Colon Cancer." *Current Cancer Drug Targets* 11, no. 4 (May 2011): 451–64.

Knudson, A. G. "Mutation and Cancer: Statistical Study of Retinoblastoma." *Proceedings of the National Academy of Sciences of the United States of America* 68, no. 4 (April 1971): 820–23.

Kunz, G., D. Beil, H. Deiniger, A. Einspanier, G. Mall, and G. Leyendecker. "The Uterine Peristaltic Pump. Normal and Impeded Sperm Transport within the Female Genital Tract." *Advances in Experimental Medicine and Biology* 424 (1997): 267–77.

Kurman, Robert J., and Ie-Ming Shih. "Molecular Pathogenesis and Extraovarian Origin of Epithelial Ovarian Cancer. Shifting the Paradigm." *Human Pathology* 42, no. 7 (July 2011): 918–31. https://doi.org/10.1016/j.humpath.2011.03.003.

———. "The Dualistic Model of Ovarian Carcinogenesis." *The American Journal of Pathology* 186, no. 4 (April 1, 2016): 733–47. https://doi.org/10.1016/j.ajpath.2015.11.011.

———. "The Origin and Pathogenesis of Epithelial Ovarian Cancer: A Proposed Unifying Theory." *The American Journal of Surgical Pathology* 34, no. 3 (March 2010): 433–43. https://doi.org/10.1097/PAS.0b013e3181cf3d79.

Kurta, Michelle L., Kirsten B. Moysich, Joel L. Weissfeld, Ada O. Youk, Clareann H. Bunker, Robert P. Edwards, Francesmary Modugno, Roberta B. Ness, and Brenda Diergaarde. "Use of Fertility

Drugs and Risk of Ovarian Cancer: Results from a US-Based Case-Control Study." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 21, no. 8 (August 2012): 1282–92. https://doi.org/10.1158/1055-9965.EPI-12-0426.

La Vecchia. "Ovarian Cancer: Epidemiology and Risk Factors." *European Journal of Cancer Prevention* 26 (2017): 55–62.

Lancaster, Johnathan M., C. Bethan Powell, Lee-may Chen, and Debra L. Richardson. "Society of Gynecologic Oncology Statement on Risk Assessment for Inherited Gynecologic Cancer Predispositions." *Gynecologic Oncology* 136, no. 1 (January 2015): 3–7. https://doi.org/10.1016/j.ygyno.2014.09.009.

Landen, Charles N., Michael J. Birrer, and Anil K. Sood. "Early Events in the Pathogenesis of Epithelial Ovarian Cancer." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 26, no. 6 (February 20, 2008): 995–1005. https://doi.org/10.1200/JCO.2006.07.9970.

Langseth, H., S. E. Hankinson, J. Siemiatycki, and E. Weiderpass. "Perineal Use of Talc and Risk of Ovarian Cancer." *Journal of Epidemiology and Community Health* 62, no. 4 (April 2008): 358–60. https://doi.org/10.1136/jech.2006.047894.

Langseth, H., B.V. Johansen, J.M. Nesland, and K. Kjaerheim. "Asbestos Fibers in Ovarian Tissue from Norwegian Pulp and Paper Workers." *International Journal of Gynecological Cancer* 17, no. 1 (January 2007): 44–49. https://doi.org/10.1111/j.1525-1438.2006.00768.x.

Langseth, Hilde, and Kristina Kjaerheim. "Ovarian Cancer and Occupational Exposure among Pulp and Paper Employees in Norway." *Scandinavian Journal of Work, Environment & Health* 30, no. 5 (October 2004): 356–61.

Lanphear, B. P., and C. R. Buncher. "Latent Period for Malignant Mesothelioma of Occupational Origin." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 34, no. 7 (July 1992): 718–21.

Lee, Jennifer S., Esther M. John, Valerie McGuire, Anna Felberg, Kimberly L. Ostrow, Richard A. DiCioccio, Frederick P. Li, Alexander Miron, Dee W. West, and Alice S. Whittemore. "Breast and Ovarian Cancer in Relatives of Cancer Patients, with and without BRCA Mutations." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 15, no. 2 (February 2006): 359–63. https://doi.org/10.1158/1055-9965.EPI-05-0687.

Levanon, Keren, Christopher Crum, and Ronny Drapkin. "New Insights Into the Pathogenesis of Serous Ovarian Cancer and Its Clinical Impact." *Journal of Clinical Oncology* 26, no. 32 (November 10, 2008): 5284–93. https://doi.org/10.1200/JCO.2008.18.1107.

Levy-Lahad, E., and E. Friedman. "Cancer Risks among BRCA1 and BRCA2 Mutation Carriers." *British Journal of Cancer* 96, no. 1 (January 15, 2007): 11–15. https://doi.org/10.1038/sj.bjc.6603535.

Lin, Hui-Wen, Ying-Yueh Tu, Shiyng Yu Lin, Wei-Ju Su, Wei Li Lin, Wei Zer Lin, Shen-Chi Wu, and Yuen-Liang Lai. "Risk of Ovarian Cancer in Women with Pelvic Inflammatory Disease: A Population-Based Study." *The Lancet. Oncology* 12, no. 9 (September 2011): 900–904. https://doi.org/10.1016/S1470-2045(11)70165-6.

Liou, Geou-Yarh, and Peter Storz. "Reactive Oxygen Species in Cancer." *Free Radical Research* 44, no. 5 (May 2010): 476–96. https://doi.org/10.3109/10715761003667554.

Liu, D. T., and A. Hitchcock. "Endometriosis: Its Association with Retrograde Menstruation, Dysmenorrhoea and Tubal Pathology." *British Journal of Obstetrics and Gynaecology* 93, no. 8 (August 1986): 859–62.

Lo-Ciganic, Wei-Hsuan, Janice C. Zgibor, Clareann H. Bunker, Kirsten B. Moysich, Robert P. Edwards, and Roberta B. Ness. "Aspirin, Nonaspirin Nonsteroidal Anti-Inflammatory Drugs, or Acetaminophen and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 23, no. 2 (March 2012): 311–19. https://doi.org/10.1097/EDE.0b013e3182456ad3.

Lockey, J. E. "Nonasbestos Fibrous Minerals." *Clinics in Chest Medicine* 2, no. 2 (May 1981): 203–18.

"Longo - Feb 2018 MAS Report," 2018.

Longo, D. L., and R. C. Young. "Cosmetic Talc and Ovarian Cancer." *Lancet* 2, no. 8138 (August 18, 1979): 349–51.

Longo, William E., and Mark W. Rigler. "Analysis of Johnson & Johnson Baby Powder & Valiant Shower to Shower Products for Amphibole (Tremolite) Asbestos," August 2, 2017.

Longo, William E., and Rigler, Mark W. "MAS Project #14-1683, Analysis of William E. Longo, PhD and Mark W. Rigler, PhD," April 28, 2017.

———. "TEM Analysis of Historical 1978 Johnson's Baby Powder Sample for Amphibole Asbestos," February 16, 2018.

Longo, William E., and Mark W. Rigler. "The Analysis of Johnson & Johnson's Historical Baby Powder & Shower to Shower Products from the 1960's to the Early 1990's for Amphibole Asbestos," November 14, 2018.

Longo, William E., Mark W. Rigler, and William B. Egeland. "Below the Waist Application of Johnson & Johnson Baby Powder." Materials Analytical Service, LLC, September 2017.

Luan, Nan-Nan, Qi-Jun Wu, Ting-Ting Gong, Emily Vogtmann, Yong-Lai Wang, and Bei Lin. "Breastfeeding and Ovarian Cancer Risk: A Meta-Analysis of Epidemiologic Studies1234." *The American Journal of Clinical Nutrition* 98, no. 4 (October 2013): 1020–31. https://doi.org/10.3945/ajcn.113.062794.

Lundin, Eva, Laure Dossus, Tess Clendenen, Vittorio Krogh, Kjell Grankvist, Marianne Wulff, Sabina Sieri, et al. "C-Reactive Protein and Ovarian Cancer: A Prospective Study Nested in Three Cohorts (Sweden, USA, Italy)." *Cancer Causes & Control: CCC* 20, no. 7 (September 2009): 1151–59. https://doi.org/10.1007/s10552-009-9330-2.

Madsen, Cecilie, Louise Baandrup, Christian Dehlendorff, and Susanne K. Kjaer. "Tubal Ligation and Salpingectomy and the Risk of Epithelial Ovarian Cancer and Borderline Ovarian Tumors: A Nationwide Case-Control Study." *Acta Obstetricia Et Gynecologica Scandinavica* 94, no. 1 (January 2015): 86–94. https://doi.org/10.1111/aogs.12516.

Magnani, C., D. Ferrante, F. Barone-Adesi, M. Bertolotti, A. Todesco, D. Mirabelli, and B. Terracini. "Cancer Risk after Cessation of Asbestos Exposure: A Cohort Study of Italian Asbestos Cement Workers." *Occupational and Environmental Medicine* 65, no. 3 (March 2008): 164–70. https://doi.org/10.1136/oem.2007.032847.

Mäki-Nevala, Satu, Virinder Kaur Sarhadi, Aija Knuuttila, Ilari Scheinin, Pekka Ellonen, Sonja Lagström, Mikko Rönty, et al. "Driver Gene and Novel Mutations in Asbestos-Exposed Lung  Adenocarcinoma and Malignant Mesothelioma Detected  by Exome Sequencing." *Lung* 194, no. 1 (February 2016): 125–35. https://doi.org/10.1007/s00408-015-9814-7.

Mallen, Adrianne R., Mary K. Townsend, and Shelley S. Tworoger. "Risk Factors for Ovarian Carcinoma." *Hematology/Oncology Clinics of North America*, September 2018. https://doi.org/10.1016/j.hoc.2018.07.002.

Mannino, David M. "Cigarette Smoking and Other Possible Risk Factors for Lung Cancer." *UpToDate*, 2018.

McCullough, Marie. "Condom Makers Stop Using Talc." *Asbury Park Press*. January 16, 1996.

———. "Women's Health Concerns Prompt Condom Makers to Stop Using Talc." *Jersey Journal*. April 17, 1996, City Edition edition.

McLaughlin-Drubin, Margaret E., and Karl Munger. "Viruses Associated with Human Cancer." *Biochimica et Biophysica Acta* 1782, no. 3 (March 2008): 127–50. https://doi.org/10.1016/j.bbadis.2007.12.005.

McLemore, Miaskowski, Chen Aouizerat, and Dodd. "Epidemiological and Genetic Factors Associated With Ovarian Cancer." *Cancer Nursing* 32, no. 4 (2009): 281–88.

Melaiu, Ombretta, Federica Gemignani, and Stefano Landi. "The Genetic Susceptibility in the Development of Malignant Pleural Mesothelioma." *Journal of Thoracic Disease* 10, no. Suppl 2 (January 2018): S246–52. https://doi.org/10.21037/jtd.2017.10.41.

Meng, Qingsong, Weixue Sun, John Jiang, Nicole M. Fletcher, Michael P. Diamond, and Ghassan M. Saed. "Identification of Common Mechanisms between Endometriosis and Ovarian Cancer." *Journal of Assisted Reproduction and Genetics* 28 (2011): 917–23.

Merritt, Melissa A., Adèle C. Green, Christina M. Nagle, Penelope M. Webb, Australian Cancer Study (Ovarian Cancer), and Australian Ovarian Cancer Study Group. "Talcum Powder, Chronic Pelvic Inflammation and NSAIDs in Relation to Risk of Epithelial Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 122, no. 1 (January 1, 2008): 170–76. https://doi.org/10.1002/ijc.23017.

Miller, Diane M, and Jessica N. McAlpine. "Opportunistic Salpingectomy for Ovarian, Fallopian Tubal, and Peritoneal Carcinoma Risk Reduction." *UpToDate*, 2018.

Mills, Paul K., Deborah G. Riordan, Rosemary D. Cress, and Heather A. Young. "Perineal Talc Exposure and Epithelial Ovarian Cancer Risk in the Central Valley of California." *International Journal of Cancer. Journal International Du Cancer* 112, no. 3 (November 10, 2004): 458–64. https://doi.org/10.1002/ijc.20434.

Milne, R. L., and A. C. Antoniou. "Genetic Modifiers of Cancer Risk for BRCA1 and BRCA2 Mutation Carriers." *Annals of Oncology: Official Journal of the European Society for Medical Oncology* 22 Suppl 1 (January 2011): i11-17. https://doi.org/10.1093/annonc/mdq660.

Milne, Roger L., and Antonis C. Antoniou. "Modifiers of Breast and Ovarian Cancer Risks for BRCA1 and BRCA2 Mutation Carriers." *Endocrine-Related Cancer* 23, no. 10 (2016): T69-84. https://doi.org/10.1530/ERC-16-0277.

Moller, Danielsen, and Roursgaard Jantzen. "Oxidatively Damaged DNA in Animals Exposed to Particles." *Critical Reviews in Toxicology* 43, no. 2 (2013): 96–118.

Moon, Min Chaul, Jung Duck Park, Byung Soon Choi, So Young Park, Dong Won Kim, Yong Hyun Chung, Naomi Hisanaga, and Il Je Yu. "Risk Assessment of Baby Powder Exposure through Inhalation." *Toxicological Research* 27, no. 3 (September 2011): 137–41. https://doi.org/10.5487/TR.2011.27.3.137.

Moorman, Patricia G. "Scientific Review of the Epidemiologic Evidence on Talc Use and Ovarian Cancer," February 2018.

Moorman, Patricia G., Rachel T. Palmieri, Lucy Akushevich, Andrew Berchuck, and Joellen M. Schildkraut. "Ovarian Cancer Risk Factors in African-American and White Women." *American Journal of Epidemiology* 170, no. 5 (September 1, 2009): 598–606. https://doi.org/10.1093/aje/kwp176.

Mostafa, S. A., C. B. Bargeron, R. W. Flower, N. B. Rosenshein, T. H. Parmley, and J. D. Woodruff. "Foreign Body Granulomas in Normal Ovaries." *Obstetrics and Gynecology* 66, no. 5 (November 1985): 701–2.

Murphy, Megan A., Britton Trabert, Hannah P. Yang, Yikyung Park, Louise A. Brinton, Patricia Hartge, Mark E. Sherman, Albert Hollenbeck, and Nicolas Wentzensen. "Non-Steroidal Anti-Inflammatory Drug Use and Ovarian Cancer Risk: Findings from the NIH-AARP Diet and Health Study and Systematic Review." *Cancer Causes & Control : CCC* 23, no. 11 (November 2012): 1839–52. https://doi.org/10.1007/s10552-012-0063-2.

Muscat, J. E., and M. S. Huncharek. "Causation and Disease: Biomedical Science in Toxic Tort Litigation." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 31, no. 12 (December 1989): 997–1002.

Nadler, Diana L., and Igor G. Zurbenko. "Estimating Cancer Latency Times Using a Weibull Model," 2014, 8.

Narod, Steven A. "Talc and Ovarian Cancer." *Gynecologic Oncology* 141, no. 3 (2016): 410–12. https://doi.org/10.1016/j.ygyno.2016.04.011.

National Cancer Institute, Surveillance, Epidemiology, and End Results Program. "Cancer Stat Facts: Ovarian Cancer," 2018. https://seer.cancer.gov/statfacts/html/ovary.html.

"National Toxicology Program (NTP) Technical Report (NTP TR 421) on the Toxicology and Carcinogenesis Studies of Talc in F344/N Rats and B6C3F1 Mice." National Institutes of Health, 1993.

Nelson, Heather H., and Karl T. Kelsey. "The Molecular Epidemiology of Asbestos and Tobacco in Lung Cancer." *Oncogene* 21, no. 48 (October 21, 2002): 7284–88. https://doi.org/10.1038/sj.onc.1205804.

Ness, R. B., and C. Cottreau. "Possible Role of Ovarian Epithelial Inflammation in Ovarian Cancer." *JNCI Journal of the National Cancer Institute* 91, no. 17 (September 1, 1999): 1459–67. https://doi.org/10.1093/jnci/91.17.1459.

Ness, R. B., J. A. Grisso, C. Cottreau, J. Klapper, R. Vergona, J. E. Wheeler, M. Morgan, and J. J. Schlesselman. "Factors Related to Inflammation of the Ovarian Epithelium and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 11, no. 2 (March 2000): 111–17.

Ness, Roberta B., Daniel W. Cramer, Marc T. Goodman, Susanne Krüger Kjaer, Kathy Mallin, Berit Jul Mosgaard, David M. Purdie, Harvey A. Risch, Ronald Vergona, and Anna H. Wu. "Infertility, Fertility Drugs, and Ovarian Cancer: A Pooled Analysis of Case-Control Studies." *American Journal of Epidemiology* 155, no. 3 (February 1, 2002): 217–24.

Neutra, Raymond Richard, Carl F. Cranor, and David Gee. "The Use and Misuse of Bradford Hill in U.S. Tort Law." *Jurimetrics J.*, 2018, 127–62.

Newhouse, M. L., G. Berry, J. C. Wagner, and M. E. Turok. "A Study of the Mortality of Female Asbestos Workers." *British Journal of Industrial Medicine* 29, no. 2 (April 1972): 134–41.

Nick, Alpa M., Robert L. Coleman, Pedro T. Ramirez, and Anil K. Sood. "A Framework for a Personalized Surgical Approach to Ovarian Cancer." *Nature Reviews. Clinical Oncology* 12, no. 4 (April 2015): 239–45. https://doi.org/10.1038/nrclinonc.2015.26.

NIOSH. "Asbestos Fibers and Other Elongated Mineral Particles: State of the Science and Roadmap for Research (Revised Draft)," January 2009.

———. "Fiber Exposure during Use of Baby Powders, Report No. IWS-36-6.," July 1972. https://www.cdc.gov/niosh/nioshtic-2/00106056.html.

"NIOSH 2011 Current Intelligence Bulletin No. 62," 2011.

"NIOSHTIC-2 Publications Search - 00106056 - Fiber Exposure during Use of Baby Powders, Report No. IWS-36-6." Accessed August 16, 2018. https://www.cdc.gov/niosh/nioshtic-2/00106056.html.

"NIOSHTIC-2 Publications Search - 00106056 - Fiber .Pdf," n.d.

Norquist, Barbara M., Maria I. Harrell, Mark F. Brady, Tom Walsh, Ming K. Lee, Suleyman Gulsuner, Sarah S. Bernards, et al. "Inherited Mutations in Women With Ovarian Carcinoma." *JAMA Oncology* 2, no. 4 (April 2016): 482–90. https://doi.org/10.1001/jamaoncol.2015.5495.

NTP. "NTP Technical Report on the Toxicology and Carcinogenesis Studies of Benzophenone (CAS No. 119-61-9) In F344/N Rats and B6C3F1 Mice," February 2006.

"NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)(NonAsbestiform) in F344/N.Rats and B6C3Fl Mice (Inhalation Studies)," 1993.

Oberdörster, Günter, Eva Oberdörster, and Jan Oberdörster. "Nanotoxicology: An Emerging Discipline Evolving from Studies of Ultrafine Particles." *Environmental Health Perspectives* 113, no. 7 (July 2005): 823–39. https://doi.org/10.1289/ehp.7339.

Okada, Futoshi. "Beyond Foreign-Body-Induced Carcinogenesis: Impact of Reactive Oxygen Species Derived from Inflammatory Cells in Tumorigenic Conversion and Tumor Progression." *International Journal of Cancer* 121, no. 11 (December 1, 2007): 2364–72. https://doi.org/10.1002/ijc.23125.

Paoletti, L., S. Caiazza, G. Donelli, and F. Pocchiari. "Evaluation by Electron Microscopy Techniques of Asbestos Contamination in Industrial, Cosmetic, and Pharmaceutical Talcs." *Regulatory Toxicology and Pharmacology: RTP* 4, no. 3 (September 1984): 222–35.

Park, Hyo K., Joellen M. Schildkraut, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa Bondy, Sydnee Crankshaw, et al. "Benign Gynecologic Conditions Are Associated with Ovarian Cancer Risk in African-American Women: A Case–Control Study." *Cancer Causes & Control*, September 29, 2018. https://doi.org/10.1007/s10552-018-1082-4.

Parmar, M. K. B., J. A. Ledermann, N. Colombo, A. du Bois, J.-F. Delaloye, G. B. Kristensen, S. Wheeler, et al. "Paclitaxel plus Platinum-Based Chemotherapy versus Conventional Platinum-Based Chemotherapy in Women with Relapsed Ovarian Cancer: The ICON4/AGO-OVAR-2.2 Trial." *Lancet (London, England)* 361, no. 9375 (June 21, 2003): 2099–2106.

Parmley, T. H., and J. D. Woodruff. "The Ovarian Mesothelioma." *American Journal of Obstetrics and Gynecology* 120, no. 2 (September 15, 1974): 234–41.

*Pathology of Asbestos-Associated Diseases*, 2011. http://www.springer.com/medicine/pathology/book/978-1-4419-1894-9.

"PCPC_MDL00062175," May 25, 1999.

Pearce, Celeste Leigh, Claire Templeman, Mary Anne Rossing, Alice Lee, Aimee M Near, Penelope M Webb, Christina M Nagle, et al. "Association between Endometriosis and Risk of Histological Subtypes of Ovarian Cancer: A Pooled Analysis of Case–Control Studies." *The Lancet Oncology* 13, no. 4 (April 2012): 385–94. https://doi.org/10.1016/S1470-2045(11)70404-1.

Pejovic, Tanja, and Farr Nezhat. "Missing Link: Inflammation and Ovarian Cancer." *The Lancet. Oncology* 12, no. 9 (September 2011): 833–34. https://doi.org/10.1016/S1470-2045(11)70203-0.

Pelling, D., and J. G. Evans. "Long-Term Peritoneal Tissue Response in Rats to Mould-Release Agents and Lubricant Powder Used on Surgeons' Gloves." *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 24, no. 5 (May 1986): 425–30.

Penninkilampi, Ross, and Guy D. Eslick. "Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis." *Epidemiology (Cambridge, Mass.)* 29, no. 1 (January 2018): 41–49. https://doi.org/10.1097/EDE.0000000000000745.

Peshkin, B., and et al. "Genetic Counseling and Testing for Hereditary Breast and Ovarian Cancer - UpToDate," 2018. https://www.uptodate.com/contents/genetic-counseling-and-testing-for-hereditary-breast-and-ovarian-cancer?search=Genetic%20counseling%20and%20testing%20for%20hereditary%20breast%20and%20ovarian%20cancer&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

———. "Overview of Hereditary Breast and Ovarian Cancer Syndromes - UpToDate," 2018. https://www.uptodate.com/contents/overview-of-hereditary-breast-and-ovarian-cancer-syndromes?search=Overview%20of%20hereditary%20breast%20and%20ovarian%20cancer%20syndromes&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

———. "Prevalence of BRCA1 and BRCA2 Mutations and Associated Cancer Risks - UpToDate," 2018. https://www.uptodate.com/contents/prevalence-of-brca1-and-brca2-mutations-and-associated-cancer-risks?search=prevalence-of-brca1-and-brca2-mu%E2%80%A6search_result%26selectedTitle%3D1~73%26usage_type%3Ddefault%26display_rank%3D1&source=search_result&selectedTitle=2~150&usage_type=default&display_rank=2.

Phillips, J. C., P. J. Young, K. Hardy, and S. D. Gangolli. "Studies on the Absorption and Disposition of 3H-Labelled Talc in the Rat, Mouse, Guinea-Pig and Rabbit." *Food and Cosmetics Toxicology* 16, no. 2 (April 1978): 161–63.

Pira, E, C Pelucchi, L Buffoni, A Palmas, M Turbiglio, E Negri, P G Piolatto, and C La Vecchia. "Cancer Mortality in a Cohort of Asbestos Textile Workers." *British Journal of Cancer* 92, no. 3 (February 2005): 580–86. https://doi.org/10.1038/sj.bjc.6602240.

Pira, Enrico, Canzio Romano, Francesco S. Violante, Andrea Farioli, Giovanna Spatari, Carlo La Vecchia, and Paolo Boffetta. "Updated Mortality Study of a Cohort of Asbestos Textile Workers." *Cancer Medicine* 5, no. 9 (2016): 2623–28. https://doi.org/10.1002/cam4.824.

"Pltf_MISC_00000272 (JANSSEN-000001-19)," 1962.

Porro, F. W., and N. M. Levine. "Pathology of Talc Pneumoconiosis with Report of an Autopsy." *Northern New York Medical Journal* 3 (April 1946): 23–25.

Pott, R., and K. H. Friedrichs. "Tumors in Rats Following i.p. Injection of Fiberform Dusts." *Naturwissenschaften* 59 (n.d.): 318–24.

Prat, Jaime, and FIGO Committee on Gynecologic Oncology. "Abridged Republication of FIGO's Staging Classification for Cancer of the Ovary, Fallopian Tube, and Peritoneum." *Cancer* 121, no. 19 (October 1, 2015): 3452–54. https://doi.org/10.1002/cncr.29524.

Pukkala, Eero, Jan Ivar Martinsen, Elsebeth Lynge, Holmfridur Kolbrun Gunnarsdottir, Pär Sparén, Laufey Tryggvadottir, Elisabete Weiderpass, and Kristina Kjaerheim. "Occupation and Cancer - Follow-up of 15 Million People in Five Nordic Countries." *Acta Oncologica (Stockholm, Sweden)* 48, no. 5 (2009): 646–790. https://doi.org/10.1080/02841860902913546.

Purdie, D., A. Green, C. Bain, V. Siskind, B. Ward, N. Hacker, M. Quinn, G. Wright, P. Russell, and B. Susil. "Reproductive and Other Factors and Risk of Epithelial Ovarian Cancer: An Australian Case-Control Study. Survey of Women's Health Study Group." *International Journal of Cancer. Journal International Du Cancer* 62, no. 6 (September 15, 1995): 678–84.

Purdie, David M., Christopher J. Bain, Victor Siskind, Penelope M. Webb, and Adèle C. Green. "Ovulation and Risk of Epithelial Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 104, no. 2 (March 20, 2003): 228–32. https://doi.org/10.1002/ijc.10927.

Radic, I, I Vucak, J Milosevic, A Marusic, S Vukicevic, and M Marusic. "Immunosuppression Induced by Talc Granulomatosis in the Rat." *Clinical and Experimental Immunology* 73, no. 2 (August 1988): 316–21.

Ramus, Susan J., Antonis C. Antoniou, Karoline B. Kuchenbaecker, Penny Soucy, Jonathan Beesley, Xiaoqing Chen, Lesley McGuffog, et al. "Ovarian Cancer Susceptibility Alleles and Risk of Ovarian Cancer in BRCA1 and BRCA2 Mutation Carriers." *Human Mutation* 33, no. 4 (April 2012): 690–702. https://doi.org/10.1002/humu.22025.

Rasool, Nabila, Amanda Nickles Fader, Leigh Seamon, Nikki L. Neubauer, Fadi Abu Shahin, Heather A. Alexander, Kathleen Moore, et al. "Stage I, Grade 3 Endometrioid Adenocarcinoma of the Endometrium: An Analysis of Clinical Outcomes and Patterns of Recurrence." *Gynecologic Oncology* 116, no. 1 (January 2010): 10–14. https://doi.org/10.1016/j.ygyno.2009.10.043.

Rayburn, Elizabeth R., Scharri J. Ezell, and Ruiwen Zhang. "Anti-Inflammatory Agents for Cancer Therapy." *Molecular and Cellular Pharmacology* 1, no. 1 (2009): 29–43. https://doi.org/10.4255/mcpharmacol.09.05.

Rebbeck, Timothy R., Nandita Mitra, Fei Wan, Olga M. Sinilnikova, Sue Healey, Lesley McGuffog, Sylvie Mazoyer, et al. "Association of Type and Location of BRCA1 and BRCA2 Mutations with Risk of Breast and Ovarian Cancer." *JAMA* 313, no. 13 (April 7, 2015): 1347–61. https://doi.org/10.1001/jama.2014.5985.

"Reference Manual on Scientific Evidence" Third Edition (2011).

Reid, A., J. Heyworth, N. de Klerk, and A. W. Musk. "The Mortality of Women Exposed Environmentally and Domestically to Blue Asbestos at Wittenoom, Western Australia." *Occupational and Environmental Medicine* 65, no. 11 (November 2008): 743–49. https://doi.org/10.1136/oem.2007.035782.

Reid, A., N. de Klerk, and A. W. Musk. "Does Exposure to Asbestos Cause Ovarian Cancer? A Systematic Literature Review and Meta-Analysis." *Cancer Epidemiology Biomarkers & Prevention* 20, no. 7 (July 1, 2011): 1287–95. https://doi.org/10.1158/1055-9965.EPI-10-1302.

Reid, A., N. H. de Klerk, C. Magnani, D. Ferrante, G. Berry, A. W. Musk, and E. Merler. "Mesothelioma Risk after 40 Years since First Exposure to Asbestos: A Pooled Analysis." *Thorax* 69, no. 9 (September 2014): 843–50. https://doi.org/10.1136/thoraxjnl-2013-204161.

Reid, Alison, Amanda Segal, Jane S. Heyworth, Nicholas H. de Klerk, and Arthur W. Musk. "Gynecologic and Breast Cancers in Women after Exposure to Blue Asbestos at Wittenoom." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 18, no. 1 (January 2009): 140–47. https://doi.org/10.1158/1055-9965.EPI-08-0746.

Reid, Brett M., Jennifer B. Permuth, and Thomas A. Sellers. "Epidemiology of Ovarian Cancer: A Review." *Cancer Biology & Medicine* 14, no. 1 (February 2017): 9–32. https://doi.org/10.20892/j.issn.2095-3941.2016.0084.

Reuter, Simone, Subash C. Gupta, Madan M. Chaturvedi, and Bharat B. Aggarwal. "Oxidative Stress, Inflammation, and Cancer: How Are They Linked?" *Free Radical Biology and Medicine* 49, no. 11 (December 1, 2010): 1603–16.

Rice, Megan S., Susan E. Hankinson, and Shelley S. Tworoger. "Tubal Ligation, Hysterectomy, Unilateral Oophorectomy, and Risk of Ovarian Cancer in the Nurses' Health Studies." *Fertility and Sterility* 102, no. 1 (July 2014): 192-198.e3. https://doi.org/10.1016/j.fertnstert.2014.03.041.

Ring, Kari L., Christine Garcia, Martha H. Thomas, and Susan C. Modesitt. "Current and Future Role of Genetic Screening in Gynecologic Malignancies." *American Journal of Obstetrics and Gynecology* 217, no. 5 (2017): 512–21. https://doi.org/10.1016/j.ajog.2017.04.011.

Riska, A., J. I. Martinsen, K. Kjaerheim, E. Lynge, P. Sparen, L. Tryggvadottir, E. Weiderpass, and E. Pukkala. "Occupation and Risk of Primary Fallopian Tube Carcinoma in Nordic Countries." *International Journal of Cancer* 131, no. 1 (July 1, 2012): 186–92. https://doi.org/10.1002/ijc.26337.

Roggli, Victor L., Robin T. Vollmer, Kelly J. Butnor, and Thomas A. Sporn. "Tremolite and Mesothelioma." *Annals of Occupational Hygiene* 46, no. 5 (July 1, 2002): 447–53. https://doi.org/10.1093/annhyg/mef056.

Rohl, A. N. "Asbestos in Talc." *Environmental Health Perspectives* 9 (December 1974): 129–32.

Rohl, A. N., A. M. Langer, I. J. Selikoff, A. Tordini, R. Klimentidis, D. R. Bowes, and D. L. Skinner. "Consumer Talcums and Powders: Mineral and Chemical Characterization." *Journal of Toxicology and Environmental Health* 2, no. 2 (November 1976): 255–84. https://doi.org/10.1080/15287397609529432.

Roodhouse Gloyne, S. "Two Cases of Squamous Carcinoma of the Lung Occurring in Asbestosis." *Tubercle* 17, no. 1 (October 1935): 5-IN2. https://doi.org/10.1016/S0041-3879(35)80795-2.

Rosalind A. Eeles, Christine D. Berg, and Jeffery S. Tobias. *Cancer Prevention and Screening: Concepts, Principles and Controversies*. 1st ed. Accessed August 21, 2018. https://www.wiley.com/en-us/Cancer+Prevention+and+Screening%3A+Concepts%2C+Principles+and+Controversies-p-9781118990872.

Rosenblatt, K. A., M. Szklo, and N. B. Rosenshein. "Mineral Fiber Exposure and the Development of Ovarian Cancer." *Gynecologic Oncology* 45, no. 1 (April 1992): 20–25.

Rosenblatt, Karin A., Noel S. Weiss, Kara L. Cushing-Haugen, Kristine G. Wicklund, and Mary Anne Rossing. "Genital Powder Exposure and the Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control: CCC* 22, no. 5 (May 2011): 737–42. https://doi.org/10.1007/s10552-011-9746-3.

Rösler, J. A., H. J. Woitowitz, H. J. Lange, R. H. Woitowitz, K. Ulm, and K. Rödelsperger. "Mortality Rates in a Female Cohort Following Asbestos Exposure in Germany." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 36, no. 8 (August 1994): 889–93.

Ross, M. "Geology, Asbestos, and Health." *Environmental Health Perspectives* 9 (December 1974): 123–24.

Rothman, Kenneth J., Sander Greenland, and Timothy L. Lash. *Modern Epidemiology*. Lippincott Williams & Wilkins, 2008.

Saed, Ghassan M., Rouba Ali-Fehmi, Zhong L. Jiang, Nicole M. Fletcher, Michael P. Diamond, Husam M. Abu-Soud, and Adnan R. Munkarah. "Myeloperoxidase Serves as a Redox Switch That Regulates Apoptosis in Epithelial Ovarian Cancer." *Gynecologic Oncology* 116, no. 2 (February 2010): 276–81. https://doi.org/10.1016/j.ygyno.2009.11.004.

Saed, Ghassan M., Michael P. Diamond, and Nicole M. Fletcher. "Updates of the Role of Oxidative Stress in the Pathogenesis of Ovarian Cancer." *Gynecologic Oncology* 145, no. 3 (June 2017): 595–602. https://doi.org/10.1016/j.ygyno.2017.02.033.

Saed, Ghassan M., Nicole M. Fletcher, Michael P. Diamond, Robert T. Morris, Nardhy Gomez-Lopez, and Ira Memaj. "Novel Expression of CD11b in Epithelial Ovarian Cancer: Potential Therapeutic Target." *Gynecologic Oncology* 148, no. 3 (2018): 567–75. https://doi.org/10.1016/j.ygyno.2017.12.018.

Saed, Ghassan M., Robert T. Morris, and Nicole M. Fletcher. *New Insights into the Pathogenesis of Ovarian Cancer: Oxidative Stress*, 2018.

Schenken, Robert S. "Endometriosis: Pathogenesis, Clinical Features, and Diagnosis." *UpToDate*, 2018.

Schildkraut, Joellen M., Sarah E. Abbott, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa L. Bondy, Michele L. Cote, et al. "Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES)." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25, no. 10 (2016): 1411–17. https://doi.org/10.1158/1055-9965.EPI-15-1281.

"SEER Cancer Statistics Review, 1975-2015, National Cancer Institute, Bethesda, MD, Based on November 2017 SEER Data Submission, Posted to the SEER Web Site," April 2018. https://Seer.cancer.gov/csr/1975_2015/.

Shan, Weiwei, and Jinsong Liu. "Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8, no. 19 (2009): 3107–11. https://doi.org/10.4161/cc.8.19.9590.

Shukla, Arti, Maximilian B. MacPherson, Jedd Hillegass, Maria E. Ramos-Nino, Vlada Alexeeva, Pamela M. Vacek, Jeffrey P. Bond, Harvey I. Pass, Chad Steele, and Brooke T. Mossman. "Alterations in Gene Expression in Human Mesothelial Cells Correlate with Mineral Pathogenicity." *American Journal of Respiratory Cell and Molecular Biology* 41, no. 1 (July 2009): 114–23. https://doi.org/10.1165/rcmb.2008-0146OC.

Shushan, A., O. Paltiel, J. Iscovich, U. Elchalal, T. Peretz, and J. G. Schenker. "Human Menopausal Gonadotropin and the Risk of Epithelial Ovarian Cancer." *Fertility and Sterility* 65, no. 1 (January 1996): 13–18.

Singh, Naveena, C. Blake Gilks, Lynn Hirschowitz, Sean Kehoe, Iain A. McNeish, Dianne Miller, Raj Naik, Nafisa Wilkinson, and W. Glenn McCluggage. "Primary Site Assignment in Tubo-Ovarian High-Grade Serous Carcinoma: Consensus Statement on Unifying Practice Worldwide." *Gynecologic Oncology* 141, no. 2 (2016): 195–98. https://doi.org/10.1016/j.ygyno.2015.10.022.

Sjösten, A. C. E., H. Ellis, and G. a. B. Edelstam. "Retrograde Migration of Glove Powder in the Human Female Genital Tract." *Human Reproduction* 19, no. 4 (April 1, 2004): 991–95. https://doi.org/10.1093/humrep/deh156.

Soini, Tuuli, Ritva Hurskainen, Seija Grénman, Johanna Mäenpää, Jorma Paavonen, and Eero Pukkala. "Cancer Risk in Women Using the Levonorgestrel-Releasing Intrauterine System in Finland." *Obstetrics and Gynecology* 124, no. 2 Pt 1 (August 2014): 292–99. https://doi.org/10.1097/AOG.0000000000000356.

Soong, Thing Rinda, Brooke E. Howitt, Alexander Miron, Neil S. Horowitz, Frank Campbell, Colleen M. Feltmate, Michael G. Muto, et al. "Evidence for Lineage Continuity between Early Serous Proliferations (ESPs) in the Fallopian Tube and Disseminated High-Grade Serous Carcinomas." *The Journal of Pathology*, July 25, 2018. https://doi.org/10.1002/path.5145.

Stanton, M. F., M. Layard, A. Tegeris, E. Miller, M. May, E. Morgan, and A. Smith. "Relation of Particle Dimension to Carcinogenicity in Amphibole Asbestoses and Other Fibrous Minerals." *Journal of the National Cancer Institute* 67, no. 5 (November 1981): 965–75.

Starman, Daniel H., Leslie A. Litzky, and Larry R. Kaiser. "Epidemiology of Malignant Pleural Mesothelioma." *UpToDate*, 2018.

Steiling, W., J. F. Almeida, H. Assaf Vandecasteele, S. Gilpin, T. Kawamoto, L. O'Keeffe, G. Pappa, K. Rettinger, H. Rothe, and A. M. Bowden. "Principles for the Safety Evaluation of Cosmetic Powders." *Toxicology Letters*, August 17, 2018. https://doi.org/10.1016/j.toxlet.2018.08.011.

Steiling, W., M. Bascompta, P. Carthew, G. Catalano, N. Corea, A. D'Haese, P. Jackson, et al. "Principle Considerations for the Risk Assessment of Sprayed Consumer Products." *Toxicology Letters* 227, no. 1 (May 16, 2014): 41–49. https://doi.org/10.1016/j.toxlet.2014.03.005.

Stewart, Louise M., C. D'Arcy J. Holman, Patrick Aboagye-Sarfo, Judith C. Finn, David B. Preen, and Roger Hart. "In Vitro Fertilization, Endometriosis, Nulliparity and Ovarian Cancer Risk." *Gynecologic Oncology* 128, no. 2 (February 2013): 260–64. https://doi.org/10.1016/j.ygyno.2012.10.023.

Stewart, Louise M., Katrina Spilsbury, Susan Jordan, Colin Stewart, C. D'Arcy J. Holman, Aime Powell, Joanne Reekie, and Paul Cohen. "Risk of High-Grade Serous Ovarian Cancer Associated with Pelvic Inflammatory Disease, Parity and Breast Cancer." *Cancer Epidemiology* 55 (August 2018): 110–16. https://doi.org/10.1016/j.canep.2018.05.011.

Straif, Kurt. "Update of the Scientific Evidence on Asbestos and Cancer." presented at the International Conference on Environmental and Occupational Determinants of Cancer: Interventions for Primary Prevention, Asturias (Avilés, Gijón), Spain, March 17, 2011.

"Talc." *IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans* 42 (1987): 185–224.

Tarchi, M., D. Orsi, P. Comba, M. De Santis, R. Pirastu, G. Battista, and M. Valiani. "Cohort Mortality Study of Rock Salt Workers in Italy." *American Journal of Industrial Medicine* 25, no. 2 (February 1994): 251–56.

Terry, Kathryn L., Stalo Karageorgi, Yurii B. Shvetsov, Melissa A. Merritt, Galina Lurie, Pamela J. Thompson, Michael E. Carney, et al. "Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859 Controls." *Cancer Prevention Research (Philadelphia, Pa.)* 6, no. 8 (August 2013): 811–21. https://doi.org/10.1158/1940-6207.CAPR-13-0037.

Tewari, Devansu, James J. Java, Ritu Salani, Deborah K. Armstrong, Maurie Markman, Thomas Herzog, Bradley J. Monk, and John K. Chan. "Long-Term Survival Advantage and Prognostic Factors Associated with Intraperitoneal Chemotherapy Treatment in Advanced Ovarian Cancer: A Gynecologic Oncology Group Study." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 33, no. 13 (May 1, 2015): 1460–66. https://doi.org/10.1200/JCO.2014.55.9898.

Thai, T. H., F. Du, J. T. Tsan, Y. Jin, A. Phung, M. A. Spillman, H. F. Massa, et al. "Mutations in the BRCA1-Associated RING Domain (BARD1) Gene in Primary Breast, Ovarian and Uterine Cancers." *Human Molecular Genetics* 7, no. 2 (February 1998): 195–202.

Thomas, Charles A., and Major G. Seelig. Powder lubricated surgeon's rubber glove. United States US2621333A, filed June 27, 1947, and issued December 16, 1952. https://patents.google.com/patent/US2621333/en.

Torre, Lindsey A., Britton Trabert, Carol E. DeSantis, Kimberly D. Miller, Goli Samimi, Carolyn D. Runowicz, Mia M. Gaudet, Ahmedin Jemal, and Rebecca L. Siegel. "Ovarian Cancer Statistics, 2018." *CA: A Cancer Journal for Clinicians* 68, no. 4 (July 2018): 284–96. https://doi.org/10.3322/caac.21456.

Trabert, Britton. "Body Powder and Ovarian Cancer Risk – What Is the Role of Recall Bias?" *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25, no. 10 (October 2016): 1369–70. https://doi.org/10.1158/1055-9965.EPI-16-0476.

Trabert, Britton, Ligia Pinto, Patricia Hartge, Troy Kemp, Amanda Black, Mark E. Sherman, Louise A. Brinton, et al. "Pre-Diagnostic Serum Levels of Inflammation Markers and Risk of Ovarian

Cancer in the Prostate, Lung, Colorectal and Ovarian Cancer (PLCO) Screening Trial." *Gynecologic Oncology* 135, no. 2 (November 2014): 297–304. https://doi.org/10.1016/j.ygyno.2014.08.025.

Trabert, Britton, Elizabeth M Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L Anderson, Theodore M Brasky, et al. "Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium." *JNCI: Journal of the National Cancer Institute*, May 31, 2018. https://doi.org/10.1093/jnci/djy100.

Trabert, Britton, Elizabeth M. Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L. Anderson, Theodore M. Brasky, et al. "Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium." *Journal of the National Cancer Institute* 111, no. 2 (2019). https://doi.org/10.1093/jnci/djy100.

Tsilidis, K K, N E Allen, T J Key, L Dossus, A Lukanova, K Bakken, E Lund, et al. "Oral Contraceptive Use and Reproductive Factors and Risk of Ovarian Cancer in the European Prospective Investigation into Cancer and Nutrition." *British Journal of Cancer* 105, no. 9 (October 25, 2011): 1436–42. https://doi.org/10.1038/bjc.2011.371.

Tsilidis, Konstantinos K., Naomi E. Allen, Timothy J. Key, Laure Dossus, Rudolf Kaaks, Kjersti Bakken, Eiliv Lund, et al. "Menopausal Hormone Therapy and Risk of Ovarian Cancer in the European Prospective Investigation into Cancer and Nutrition." *Cancer Causes & Control: CCC* 22, no. 8 (August 2011): 1075–84. https://doi.org/10.1007/s10552-011-9782-z.

Tworoger, Shelley S., Kathleen M. Fairfield, Graham A. Colditz, Bernard A. Rosner, and Susan E. Hankinson. "Association of Oral Contraceptive Use, Other Contraceptive Methods, and Infertility with Ovarian Cancer Risk." *American Journal of Epidemiology* 166, no. 8 (October 15, 2007): 894–901. https://doi.org/10.1093/aje/kwm157.

Tzonou, A., A. Polychronopoulou, C. C. Hsieh, A. Rebelakos, A. Karakatsani, and D. Trichopoulos. "Hair Dyes, Analgesics, Tranquilizers and Perineal Talc Application as Risk Factors for Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 55, no. 3 (September 30, 1993): 408–10.

US EPA. "Health Assessment Document for Talc. | National Technical Reports Library - NTIS." - 600/8-91/217, 1992. https://ntrl.ntis.gov/NTRL/dashboard/searchResults/titleDetail/PB92239524.xhtml.

Van Gosen, B. S., H.A. Lowers, S.J. Sutley, and C.A. Gent. "Using the Geologic Setting of Talc Deposits as an Indicator of Amphibole Asbestos Content." *Environmental Geology* 45, no. 7 (2004): 20. https://doi.org/10.1007/s00254-003-0955-2.

Vanderhyden, Barbara C, Tanya J Shaw, and Jean-François Ethier. "Animal Models of Ovarian Cancer." *Reproductive Biology and Endocrinology : RB&E* 1 (October 7, 2003): 67. https://doi.org/10.1186/1477-7827-1-67.

VanOrden, D. "Weight Percent Compositional Analysis of Seven RTV Talc Samples. Analytical Report to R. T. Vanderbilt Company, Inc. Submitted to Public Comments Record – C. W. Jameson, National Toxicology Program, 10th ROC Nominations 'Talc (Containing Asbestiform Fibers)'. 4 December 2000., National Toxicology Program.," November 22, 2000.

Vasama-Neuvonen, K., E. Pukkala, H. Paakkulainen, P. Mutanen, E. Weiderpass, P. Boffetta, N. Shen, T. Kauppinen, H. Vainio, and T. Partanen. "Ovarian Cancer and Occupational Exposures in Finland." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 83–89.

Vasey, Paul A., Gordon C. Jayson, Alan Gordon, Hani Gabra, Rob Coleman, Ronnie Atkinson, David Parkin, et al. "Phase III Randomized Trial of Docetaxel-Carboplatin versus Paclitaxel-

Carboplatin as First-Line Chemotherapy for Ovarian Carcinoma." *Journal of the National Cancer Institute* 96, no. 22 (November 17, 2004): 1682–91. https://doi.org/10.1093/jnci/djh323.

Venkatesan, Priya. "Possible X Chromosome-Linked Transmission of Ovarian Cancer." *The Lancet. Oncology* 19, no. 4 (April 2018): e185. https://doi.org/10.1016/S1470-2045(18)30183-9.

Venter, P. F., and M. Iturralde. "Migration of a Particulate Radioactive Tracer from the Vagina to the Peritoneal Cavity and Ovaries." *South African Medical Journal = Suid-Afrikaanse Tydskrif Vir Geneeskunde* 55, no. 23 (June 2, 1979): 917–19.

Verdoodt, Freija, Christian Dehlendorff, Søren Friis, and Susanne K. Kjaer. "Non-Aspirin NSAID Use and Ovarian Cancer Mortality." *Gynecologic Oncology* 150, no. 2 (2018): 331–37. https://doi.org/10.1016/j.ygyno.2018.06.018.

Vicus, Danielle, Amy Finch, Barry Rosen, Isabel Fan, Linda Bradley, Ilana Cass, Ping Sun, et al. "Risk Factors for Carcinoma of the Fallopian Tube in Women with and without a Germline BRCA Mutation." *Gynecologic Oncology* 118, no. 2 (August 1, 2010): 155–59. https://doi.org/10.1016/j.ygyno.2010.03.009.

Vineis, Paolo, Phyllis Illari, and Federica Russo. "Causality in Cancer Research: A Journey through Models in Molecular Epidemiology and Their Philosophical Interpretation." *Emerging Themes in Epidemiology* 14, no. 7 (2017). https://doi.org/DOI 10.1186/s12982-017-0061-7.

Virta, RL. "The Phase Relationship of Talc and Amphiboles in a Fibrous Talc Sample." IH; Report of Investigations, 1985. https://www.cdc.gov/niosh/nioshtic-2/10004328.html.

Vitonis, Allison F., Linda Titus-Ernstoff, and Daniel W. Cramer. "Assessing Ovarian Cancer Risk When Considering Elective Oophorectomy at the Time of Hysterectomy." *Obstetrics and Gynecology* 117, no. 5 (May 2011): 1042–50. https://doi.org/10.1097/AOG.0b013e318212fcb7.

Wang, Chunpeng, Zhenzhen Liang, Xin Liu, Qian Zhang, and Shuang Li. "The Association between Endometriosis, Tubal Ligation, Hysterectomy and Epithelial Ovarian Cancer: Meta-Analyses." *International Journal of Environmental Research and Public Health* 13, no. 11 (November 14, 2016): 1138. https://doi.org/10.3390/ijerph13111138.

Wang, Xiaorong, Sihao Lin, Ignatius Yu, Hong Qiu, Yajia Lan, and Eiji Yano. "Cause-Specific Mortality in a Chinese Chrysotile Textile Worker Cohort." *Cancer Science* 104, no. 2 (February 2013): 245–49. https://doi.org/10.1111/cas.12060.

Watson, Ian R., Koichi Takahashi, P. Andrew Futreal, and Lynda Chin. "Emerging Patterns of Somatic Mutations in Cancer." *Nature Reviews. Genetics* 14, no. 10 (October 2013): 703–18. https://doi.org/10.1038/nrg3539.

Wehner, A. P., A. S. Hall, R. E. Weller, E. A. Lepel, and R. E. Schirmer. "Do Particles Translocate from the Vagina to the Oviducts and Beyond?" *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 23, no. 3 (March 1985): 367–72.

Wehner, A. P., R. E. Weller, and E. A. Lepel. "On Talc Translocation from the Vagina to the Oviducts and Beyond." *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 24, no. 4 (April 1986): 329–38.

Weiss, W. "Cigarette Smoking and Lung Cancer Trends. A Light at the End of the Tunnel?" *Chest* 111, no. 5 (May 1997): 1414–16.

Wentzensen, Nicolas, Elizabeth M. Poole, Britton Trabert, Emily White, Alan A. Arslan, Alpa V. Patel, V. Wendy Setiawan, et al. "Ovarian Cancer Risk Factors by Histologic Subtype: An Analysis From the Ovarian Cancer Cohort Consortium." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 34, no. 24 (20 2016): 2888–98. https://doi.org/10.1200/JCO.2016.66.8178.

Werner, I. "Presence of Asbestos in Talc Samples." *Atemschutzinform* 21, no. 5 (1982).

Whiteman, David C., Michael F. G. Murphy, Linda S. Cook, Daniel W. Cramer, Patricia Hartge, Polly A. Marchbanks, Philip C. Nasca, Roberta B. Ness, David M. Purdie, and Harvey A. Risch. "Multiple Births and Risk of Epithelial Ovarian Cancer." *Journal of the National Cancer Institute* 92, no. 14 (July 19, 2000): 1172–77. https://doi.org/10.1093/jnci/92.14.1172.

Whittemore, A. S., R. Harris, and J. Itnyre. "Characteristics Relating to Ovarian Cancer Risk: Collaborative Analysis of 12 US Case-Control Studies. IV. The Pathogenesis of Epithelial Ovarian Cancer. Collaborative Ovarian Cancer Group." *American Journal of Epidemiology* 136, no. 10 (November 15, 1992): 1212–20.

Whittemore, A. S., M. L. Wu, R. S. Paffenbarger, D. L. Sarles, J. B. Kampert, S. Grosser, D. L. Jung, S. Ballon, and M. Hendrickson. "Personal and Environmental Characteristics Related to Epithelial Ovarian Cancer. II. Exposures to Talcum Powder, Tobacco, Alcohol, and Coffee." *American Journal of Epidemiology* 128, no. 6 (December 1988): 1228–40.

Whysner, J., and M. Mohan. "Perineal Application of Talc and Cornstarch Powders: Evaluation of Ovarian Cancer Risk." *American Journal of Obstetrics and Gynecology* 182, no. 3 (March 2000): 720–24.

Wignall, B.K., and A.J. Fox. "Mortality of Female Gas Mask Assemblers." *British Journal of Industrial Medicine* 39, no. 1 (1982): 34–38.

Wild, P. "Lung Cancer Risk and Talc Not Containing Asbestiform Fibres: A Review of the Epidemiological Evidence." *Occupational and Environmental Medicine* 63, no. 1 (January 2006): 4–9. https://doi.org/10.1136/oem.2005.020750.

Wolff, Henrik, Tapio Vehmas, Panu Oksa, Jorma Rantanen, and Harri Vainio. "Asbestos, Asbestosis, and Cancer, the Helsinki Criteria for Diagnosis and Attribution 2014: Recommendations." *Scandinavian Journal of Work, Environment & Health* 41, no. 1 (January 2015): 5–15. https://doi.org/10.5271/sjweh.3462.

Wong, C., R. E. Hempling, M. S. Piver, N. Natarajan, and C. J. Mettlin. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics and Gynecology* 93, no. 3 (March 1999): 372–76.

Woodruff, J. D. "The Pathogenesis of Ovarian Neoplasia." *The Johns Hopkins Medical Journal* 144, no. 4 (April 1979): 117–20.

Wright, H. R., J. C. Wheeler, J. A. Woods, J. Hesford, P. Taylor, and R. F. Edlich. "Potential Toxicity of Retrograde Uterine Passage of Particulate Matter." *Journal of Long-Term Effects of Medical Implants* 6, no. 3–4 (1996): 199–206.

Wu, A. H., C. L. Pearce, C.-C. Tseng, and M. C. Pike. "African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates." *Cancer Epidemiology Biomarkers & Prevention* 24, no. 7 (July 1, 2015): 1094–1100. https://doi.org/10.1158/1055-9965.EPI-15-0023.

Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, and Malcolm C. Pike. "African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 24, no. 7 (July 2015): 1094–1100. https://doi.org/10.1158/1055-9965.EPI-15-0023.

Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, Claire Templeman, and Malcolm C. Pike. "Markers of Inflammation and Risk of Ovarian Cancer in Los Angeles County." *International*

*Journal of Cancer. Journal International Du Cancer* 124, no. 6 (March 15, 2009): 1409–15. https://doi.org/10.1002/ijc.24091.

Wu, Song, Wei Zhu, Patricia Thompson, and Yusuf A. Hannun. "Evaluating Intrinsic and Non-Intrinsic Cancer Risk Factors." *Nature Communications* 9, no. 1 (August 28, 2018): 3490. https://doi.org/10.1038/s41467-018-05467-z.

Yan, Bin, Yuanlin Peng, and Chuan-Yuan Li. "Molecular Analysis of Genetic Instability Caused by Chronic Inflammation." *Methods in Molecular Biology (Clifton, N.J.)* 512 (2009): 15–28. https://doi.org/10.1007/978-1-60327-530-9_2.

Yan, Bin, Huili Wang, Zahid Rabbani, Yulin Zhao, Wenrong Li, Yuqing Yuan, Fang Li, Mark W. Dewhirst, and Chuan-Yuan Li. "Tumor Necrosis Factor-a Is a Potent Endogenous Mutagen That Promotes Cellular Transformation." *Cancer Research* 66 (December 15, 2006): 11565.

"You Can Steer Clients to Condoms Free from Potentially Harmful Talc: Condom Companies Agree to Produce without the Dry Lubricant." *Contraceptive Technology Update* 16, no. 11 (November 1995): 133–44.

Zazenski, R., W. H. Ashton, D. Briggs, M. Chudkowski, J. W. Kelse, L. MacEachern, E. F. McCarthy, M. A. Nordhauser, M. T. Roddy, and N. M. Teetsel. "Talc: Occurrence, Characterization, and Consumer Applications." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 218–29.

Zervomanoklakis, I, H.W. Ott, D Hadziomerovic, V. Mattle, B.E. Seeber, I. Virgolini, D. Heute, S. Kissler, G. Leyendecker, and L. Wildt. "Physiology of Upward Transport in the Human Female Genital Tract." *Annals of New York Acadamy of Sciences* 1101, no. 1 (2007): 1–20. https://doi.org/10.1196/annals.1389.032.

Zhao, Weixing, Justin B. Steinfeld, Fengshan Liang, Xiaoyong Chen, David G. Maranon, Chu Jian Ma, Youngho Kwon, et al. "BRCA1-BARD1 Promotes RAD51-Mediated Homologous DNA Pairing." *Nature* 550, no. 7676 (19 2017): 360–65. https://doi.org/10.1038/nature24060.

Exhibit C

**DANIEL CLARKE-PEARSON, MD PRIOR TESTIMONY**

Rappaport v. Raleigh Ob/Gyn Centre, P.A., et al., No. 14-CVS-1438.  Superior Court of North Carolina, Wake County.

Exhibit 6

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY
LITIGATION

*THIS DOCUMENT RELATES TO ALL CASES*

MDL NO. 16-2738 (FLW) (LHG)

## RULE 26 EXPERT REPORT OF
## ARCH CARSON, MD, PHD

Date:   November 16, 2018

Arch Carson, MD, PhD

## Talcum Powder and Ovarian Cancer

1.  Introduction

I was asked to explain the relationship between the regular perineal use of talc-based personal hygiene products and the subsequent development of ovarian cancer in their users. I intend this report to explain this relationship.  I will describe ovarian cancer, what is known about its natural history, and will present statistics regarding its incidence, prevalence and fatality.  I will then describe what talc is and why talcum powder is used in personal care products.  I will then present the scientific evidence linking talc-based personal hygiene products and their components with cancer, and will show how the various components of this evidence, along with other data, lead me to conclude that regular perineal application of talcum powder products causes ovarian cancer in some users, and raises the risk of ovarian cancer in all users.

2.  Qualifications

I am a physician who specializes in the practice of medical toxicology.  I am currently an Associate Professor at the University of Texas School of Public Health in Houston and the Program Director of the Occupational and Environmental Medicine Residency training program at the University of Texas Health Science Center at Houston. I received my medical degree from the Ohio State University and a doctor of philosophy degree in Toxicology from the Kettering Laboratory at the University of Cincinnati. I am board certified by the American Board of Preventive Medicine in Occupational Medicine, and have been in the continuous practice of medical toxicology since 1991. My professional activities have included patient care, basic and applied research, teaching of medical students, graduate students and post-graduate medical trainees, and professional consulting.  I have been a program director of the NIOSH-funded Education and Research Center at the University of Texas for 19 of the last 21 years.  Other major collaborations include as Liaison for the World Health Organization Collaborating Centre in Occupational Health and as environmental exposure consultant to the MD Anderson Cancer Center in Houston.  My curriculum vitae is attached to this report as Exhibit A.

3.  Information reviewed and methodology employed

In the preparation of this report, I have reviewed relevant published scientific and medical literature, reports and documents produced in the process of litigation, and various other documents and websites that I believed to be pertinent to the refinement or extension of my professional opinions.  I applied the same methodology and scientific rigor in this research that I use in my academic and clinical practice.  Documents and other sources which I considered in reaching my opinions are listed in Exhibit B, "Materials and Data Considered."

4.  What is ovarian cancer?
    a.  What is cancer?

    All types of cancer involve the uncontrolled growth and accumulation or dissemination of cells that originated from normal cells, but have been altered so that they behave differently.  The many cells of a single cancer that result from this change are typically all derived from a single progenitor cell, and represent a clone of cells.  When this clone

reaches sufficient numbers, the cells themselves may develop into a recognizable "mass" that is called a tumor.  Tumors may cause symptoms and other health problems simply by taking up space and putting pressure on neighboring structures or blocking important fluid channels or nerves, thus disrupting normal functions of the body.  Still other cancers can proliferate into the blood stream.  As the number of cancerous cells increase, the biochemically active substances that they produce can also become a problem resulting in abnormal biological responses throughout the body.  Some substances that might become a problem in this way include normal or abnormal hormones, enzymes, antibodies, and proteins.  Cancerous cells are considered malignant if they lose their normal tendency to stop proliferating when they have filled a space or the bounds of their particular tissue type, referred to as contact inhibition.  Malignant cells ignore these boundary cues and may invade other tissue spaces and organs with devastating results.  They may also migrate via the blood stream or other routes to distant sites within the body where they set up a new location of tumor growth and tissue invasion.  This process is called metastasis.  Typically, cancers are not diagnosed until they produce sufficient symptoms or biochemical abnormalities that lead to an exhaustive diagnostic search resulting in their discovery.  Occasionally, cancers are discovered accidentally as part of another investigation, e.g. a chest x-ray may find an asymptomatic lung cancer; a blood test may disclose a telltale abnormality.  Still fewer cancers are discovered before they cause health problems through screening tests that are sensitive and specific enough to detect common cancers at a preclinical and hopefully highly treatable stage, e.g. routine colonoscopies to detect colon cancer, or PSA blood tests to detect prostate cancer.

b.   Carcinogenesis-a two-step process

The process of normal cells becoming cancer cells is generally recognized as resulting from a two-step process.

**Initiation**.  During initiation, a change is produced at one or more places in the DNA of a cell's chromosomes.  Because the DNA represents the genetic code that becomes duplicated and passed along to cells that arise from it, when that cell divides to produce two cells, the change to the genetic code is also duplicated and is present in both of them.

Normally, the abnormal cell that results from a change in the genetic code cannot survive because its cellular machinery is also abnormal and poorly or non-functional.  Less often, if the cell is able to survive in the body, it is still abnormal and deformed, and is recognized by the body's immune system as alien.  The immune system attacks it and destroys it, and it does not survive.  In the very rare instance that an alteration to the genetic material results in a survivable hereditary change that is not fatal, and which can escape the surveillance of the body's immune system, the resulting clone may live and persist. (Coussens LM, 2002)

**Promotion** - Once a cancer clone has been produced, it is at risk for being discovered and destroyed by the body's immune system, or failing to thrive in an environment for which it is not suited.  Promotion is the process by which the cancer clone is shielded

2

from the body's defenses and is stimulated to undergo rapid growth, transforming a microscopic cancer clone into a self-sustaining symptomatic cancer over time. (Ferrante D, 2007) (Coussens LM, 2002)

Most known carcinogenesis events occur by the two-step process and involve a long latent period between the moment of the alteration in the genetic material and the recognition that a cancer is present.  In human cancers, this latent period is often several months to many years in length.  The latency period for ovarian cancer, generally, and for cancers induced by environmental agents is usually quite long, often >20 years. (Nadler DL, 2014)  Promotion occurs throughout the latent period and stimulates the growing cancerous cells to become a recognizable cancer.  A third stage in the natural history of a cancer, referred to as Progression, involves maturation, differentiation or de-differentiation and accumulation of transcriptional changes that solidify the tumor's growth rate and invasiveness. Some carcinogenic substances are initiators and some are promotors, and still others are called complete carcinogens because they are capable of initiation and promotion.

c.   Ovarian cancer

Ovarian cancer is a group of cancers that arise in the ovary or in adjacent tissues.  It is estimated that about 22,240 women will receive a new diagnosis of ovarian cancer and about 14,070 women will die from ovarian cancer in the United States in 2018. (American Cancer Society, n.d.) (Torre LA, 2018)  Ovarian cancer ranks fifth in cancer deaths among women, and first due to cancers of the female reproductive system. Most ovarian cancers are not discovered until they have reached an advanced stage and have spread to sites elsewhere in the body.  Because advanced ovarian cancers are more difficult to treat, they have a high fatality rate. For these reasons, any effective prevention of ovarian cancer or reduction in ovarian cancer risk can have a significant impact on this disease and can save many women's lives.

There are several recognized forms of ovarian cancer that are distinguished by the specific tissues from which they arise, or the microscopic characteristics of the tumor cells themselves.  About 85% to 90% of malignant ovarian cancers are epithelial ovarian carcinomas, and the majority of these are of the serous type (American Cancer Society, n.d.) (Prat, 2015).  Ovarian, fallopian tube, and peritoneal cancers have a similar clinical presentation and are treated similarly, and current evidence suggests that they may have a common origin, supporting a common staging system (Soong TR, 2018).

Despite significant advances in cancer diagnosis and therapies over the past several decades, there have been few changes in the incidence or fatality rates for ovarian cancer. Consequently, it is worth considering preventable environmental causes of the ovarian cancer epidemic. (Woodruff, 1979) (LA Torre, 2018)

5.   What is talc?
    a.   General

3

Talc is a hydrated magnesium silicate **mineral produced through a metamorphic geological process and** having the generalized chemical formula $Mg_3Si_4O_{10}(OH)_2$. Some substitution of atoms occurs in variations of talc found in nature. Small amounts of Aluminum (Al) or Titanium (Ti) can substitute for Silicon, and small amounts of Iron (Fe), Manganese (Mn), Aluminum (Al) and Calcium (Ca) can substitute for Magnesium. This produces slight variations in the color, hardness and chemical properties of the mineral. Talc is the softest mineral on the Mohs Hardness Scale. (King, n.d.) It is essentially insoluble in water, but is slightly soluble in dilute mineral acids. The process seems to involve the extraction of magnesium and other cations leaving only the silicate as silicic acid and silica.

The commercial value of talc stems from its crystalline structure. Most talc is present in natural deposits as the platy form of talc, in which the talc crystals are arrange in large flat sheets running parallel to one another. These sheets are attracted to each other by weak Van der Waals forces that can be easily overcome by mechanical forces, causing the sheets to slide on each other. On the macro scale, this property gives talc its characteristic slippery feeling on the skin. The platy structure also gives talc its ability to absorb moisture and oil. Some talc is found as a fibrous crystalline structure, similar to some asbestos, also a magnesium silicate mineral. In fact, these two minerals are closely related in terms of their formation and composition. Talc deposits are often intermingled with asbestos and vice versa. (Rohl, 1974) (Rohl AN, 1976) (National Institute for Occupational Safety and Health, 2011) (Lockey, 1981)

b. Talcum Powder and Cancer.

Numerous studies have examined the cancer causing characteristics of talc. (Wild, 2006) Talc has caused cancer when implanted in various tissues and under the skin in laboratory animals. It causes inflammation and fibrotic reaction, including the chemotaxis of inflammatory immune cells, and accelerated growth and division of cells in the involved tissues (Okada, 2007). This is a normal body process that leads to the thwarting of infection and rapid healing, but in the absence of tissue injury, accelerated growth and cell division has the effect of amplifying and propagating viable genetic mutations, leading to cancer. Talc particles have been repeatedly demonstrated in ovarian tumor tissues (Henderson WJ C. J., 1971) (Henderson WJ T. H., 1979) and in inflammatory tissue in otherwise normal ovaries (Mostafa SAM, 1985). In 2006, the International Agency for Research on Cancer (IARC) evaluated the published evidence for the carcinogenicity of talc, not containing asbestiform fibers, when inhaled into the respiratory system and when applied to the perineum in personal hygiene activities. The agency concluded that talcum powder is a "possible human carcinogen" (Group 2B) when applied to the perineum, meaning that there is insufficient evidence of carcinogenesis in humans, but strong evidence in other mammalian species. IARC also concluded that there was insufficient evidence of carcinogenicity by the inhalation route (Group 3). (International Agency for Research on Cancer, 2010) Since that time,

numerous other studies have added to the data on this issue.  A recent meta-analysis showed that talc workers do have an excess of lung cancers. (Chang C-J, 2017)

When implanted under the skin or into tissues of laboratory animals, talcum powder induces an inflammatory response.  This reaction involves the chemotaxis of inflammatory cells of the immune system, lymphocytes, neutrophils and macrophages, the release of cytokines that promote membrane permeability and stimulate cell division.  As this reaction matures over time, granulomas may begin to develop.  All of this signifies that talcum powder is an effective and potent promotor of already initiated genetic alterations. (Fletcher NM M. I., 2018) (Fletcher NM S. G., 2018) (Saed GM, 2017) (Radić I, 1988) (Okada, 2007)  Other studies have demonstrated the ability of these same reactions to satisfy the carcinogenic initiation step, characterizing talcum powder as a complete carcinogen. (Shukla A, 2009) (Fletcher NM M. I., 2018)

c.   What about asbestos and other components in talc and talc-based products?

Talcum powder products in the marketplace have been shown to contain asbestos. (Paoletti L, 1984) (VanOrden D, 2000) (VanGosen BS, 2004) (Longo WE, 2017) Asbestos is conclusively recognized as a cause of ovarian cancers. The IARC Working Group concluded that "a causal association between exposure to asbestos and cancer of the ovary was clearly established, based on five strongly positive cohort mortality studies of women with heavy occupational exposure to asbestos, (International Agency for Research on Cancer, 2012)" and "studies showing that women and girls with environmental, but not occupational exposure to asbestos had positive, though non-significant, increases in both ovarian cancer incidence and mortality. (Acheson ED, 1982) (Fox, 1982) (Berry G, 2000) (Newhouse ML, 1972) (Reid A H. J., 2008) (Reid A S. A., 2009) (Pira E, 2005) (Magnani C, 2008) (Bertolotti M, 2008) (Ferrante D, 2007) (Germani D, 1999) (Rösler JA, 1994)  The classification determined by IARC included all forms of asbestos and talc containing asbestiform fibers (fibrous talc).  I have seen evidence that Johnson & Johnson's talcum powder products contain asbestos and fibrous talc. [1]

d.   Carcinogenic metals in talcum powder

In addition to other related minerals, talcum powder may contain varying amounts of chromium, cobalt and nickel, metal ions that are recognized as cancer causing.  These ions leach out of the talcum powder slowly over time, resulting in continuous, low-level exposure of the surrounding tissues to carcinogenic metals.  (Jurinski JB, 2001)  I have seen evidence that Johnson & Johnson's talcum powder products contain nickel (Group 1

---

[1] Ex. 28, Hopkins Dep. (Aug. 16 & 17, 2018; Oct. 26, 2018; and Nov. 5, 2018); Ex. 47, Pier Dep. (Sept. 12 & 13, 2018); Expert Report of William E. Longo, PhD and Mark R. Rigler, PhD (Nov. 14, 2018)

human carcinogen), chromium (Group 1 human carcinogen), and cobalt (Group 2B-possible human carcinogen). [2]

e.   Other potentially cancer-causing constituents

Johnson & Johnson's Baby Powder and Shower to Shower contain numerous ingredients that have been added to the products, i.e. fragrance chemicals, some of which have been shown to produce cancer in laboratory animals.  These substances are likely to be present in very small or trace quantities, and likely present a lower level of risk than the major components, by mass.  Nonetheless, any additional risks are added as part of a total risk profile.  I have reviewed the report of Dr. Michael Crowley and agree with his conclusions that these chemicals may contribute to the inflammatory properties, toxicity, and potential carcinogenicity of the products. [3]

6.   Epidemiology linking talcum powder and ovarian cancer

Many research studies have shown a strong association between talcum powder exposure and the development of ovarian cancer. (Langseth H, 2008) (Terry KL, 2013) (Schildkraut JM, 2016) (Trabert, 2016) (Berge W, 2017) (Cramer Daniel W, 2016) (Penninkilampi R, 2018)

a.   What evidence links exposure to talcum powder products with ovarian cancer?

Multiple epidemiological studies have examined the link between the personal hygiene use of talc containing products and the occurrence of ovarian cancers (Booth M, 1989) (Cook LS K. M., 1997) (Cook LS e. a., 1997) (Cramer DW, 1982) (Whittemore AS, 1988) (Harlow BL W. B., 1989) (Chen Y, 1992) (Harlow BL C. D., 1992) (Rosenblatt KA, 1992) (Hartge P, 1988) (Tzonou A, 1993) (Chang S, 1997) (Heller DS, 1996) (Penninkilampi R, 2018).  Talcum powder causes proliferation of human (Prat, 2015) ovarian cells in culture (Buz'Zard AR, 2007), and causes these cells to express reactive oxygen species (ROS) (Buz'Zard AR, 2007).

The research investigating the link between talcum powder exposure and ovarian cancer has been reviewed as a scientific whole at multiple stages.  (Harlow BL H. P., 1995) (Ness Roberta B, 1999) (Muscat JE, 2008) (Terry KL, 2013) (Berge W, 2017) (Penninkilampi R, 2018)

Laboratory, animal and human studies support the conclusions that talc causes ovarian cancer, and have filled in the blanks that establish biological plausibility and scientific coherence. (Jaiswal M, 2000) (Balkwill Fran, 2001) (Okada, 2007) (Saed Ghassan M, 2017) (Harper, 2019)

7.   Talcum powder product use

---

[2] Ex. 47, Pier Dep. (Sept. 12 & 13, 2018)

[3] Expert Report of Michael Crowley, PhD (Nov. 12, 2018).

Numerous studies have interviewed women regarding their personal practices of application of talc-based powders to the perineal area. Due to variations in these practices, it has been difficult to estimate dose in order to evaluate the dose response relationship for ovarian cancer. It is also difficult to exactly estimate the quantity of talcum powder administration during personal hygiene activities. For studies that attempted to determine amount of exposure, most relied on a method of estimating the frequency of application and/or the duration of those practices, then simply multiplying to reach a total number of applications over time. (Harlow BL H. P., 1995) (Langseth H, 2008) A review of studies of perineal talcum powder or cornstarch application suggests that the use of cornstarch instead of talcum powder reduces the risk of ovarian cancer. (Whysner J, 2000)

8. Other evidence

    a. Transport of talc-containing materials from the perineum to the upper reproductive tract and body cavities has been shown to occur with startling regularity and with respect to a wide variety of particulate materials. (Egli GE, 1961) (Venter PF, 1979) (Blumenkrantz MJ, 1981) (Halme J, 1984) (Sjösten ACE, 2004) Clearly, sufficient particulate materials applied routinely to the perineum have ready access and in sufficient quantities to produce biological responses in internal tissues, including the ovaries and surrounding structures. There are a limited number of animal studies suggesting that this transport does not occur. (National Toxicology Program, 1993) These are not as compelling as the human evidence because of anatomical and physiological differences between animals and humans in this regard, as well as the overwhelming evidence in humans.

9. Conclusions and opinions

The following conclusions and opinions are expressed with respect to reasonable medical and scientific certainty and I have applied reliable scientific principles and methods to the facts in reaching them. These opinions are based upon the documents and literature reviewed and cited herein, and also upon my own professional training and experience in practice of medicine and medical toxicology.

**I.     Talcum powder products sold for personal hygiene use are carcinogenic.**

Talcum powder is immunogenic, producing chronic inflammation in the tissues in which it sequesters, with the attraction of lymphocytes and macrophages and the ongoing local release of pro-inflammatory cytokines and reactive oxygen species. Further, all talcum powder has some component of mineral fibers that are toxic to macrophages and intensify the inflammatory response and stimulate cell growth and proliferation. The presence of asbestos, fibrous talc, carcinogenic metals and other chemicals further intensify this effect. Cohort and case-control studies have shown statistically significant associations between talc-based powder use and ovarian cancers. The presence of carcinogenic metals such as, chromium, cobalt and nickel, and toxic fragrance components in commercial talcum powder products, adds to their carcinogenic potency. Talcum powder is a complete carcinogen and can both initiate and promote the development of cancers in the tissues in which it sequesters.

## II.     Perineal use of talcum powder products for feminine hygiene purposes results in direct exposure to the female reproductive tract.

A proportion of talcum powder from personal hygiene applications to the perineum is transported or migrates through the reproductive tract, through the patent fallopian tubes, onto the ovaries and into the pelvic cavity. Talc particles have been identified in reproductive system structures of women who utilize talc powders. These include the uterine cervix, the endometrium, the fallopian tubes and the ovaries. Inhalation is likely a secondary route of exposure.

## III.     Common carcinogenic constituents of talcum powder products participate in and add to the carcinogenic process.

Naturally occurring carcinogenic components of talcum powder, i.e. asbestos, chromium, nickel, and cobalt, are liberated in bodily fluids and tissues and are free to exert their carcinogenic effects. Added substances that are toxic or carcinogenic, i.e. fragrance chemicals, may also contribute to these effects. This process is the most intense where the duration is the longest. Because the ovaries have no intrinsic elimination system, the transport of talc particles and their constituents reaches the ovaries where it stalls and sequesters. For these reasons, ovarian tissue is most at risk for the carcinogenic effect of these substances.

## IV.     Regular perineal application of talcum powder products causes epithelial ovarian cancer in some users, and raises the risk of ovarian cancer in all users.

Multiple case-control and cohort epidemiological studies have looked at the relationship between the perineal use of talc-based powders and the eventual development of epithelial ovarian cancer. Most, but not all, of these studies show a consistent positive relationship. When confounding and bias are exhaustively considered, the positive association remains. I conclude that the apparent cause and effect relationship between perineal talcum powder use and ovarian cancer is real, amounting to about a 30% increased risk of ovarian cancer in talcum powder product users. At the current rate of ovarian cancer diagnosis and mortality, elimination of this source of risk could result in over 3,000 lives saved in the U.S. each year.

In 1965, Sir Austin Bradford Hill published what has come to be recognized as the best collection of factors to consider for the assessment of scientific evidence that relates the causation of disease to environmental exposures (Hill, 1965). These factors include: (1) Strength of association, (2) Consistency of the evidence, (3) Specificity, (4) Temporality, (5) Biological gradient, (6) Plausibility, (7) Coherence, (8) Experiment, and (9) Analogy. Below I provide my evaluation of the scientific evidence with respect to the Hill factors.

**Strength of association** –Many epidemiological studies have attempted to examine the association between perineal use of talcum powder products and ovarian cancer. Most of these have been case-control studies, where women diagnosed with ovarian cancer are paired with others of similar demographic background who do not have ovarian cancer. All of these women are interviewed about their past practices and exposures, including the use of talcum powder products. The resulting data are analyzed to compute an odds ratio (OR) that describes the

likelihood of those with cancer having had greater exposure to talcum powder than those who did not.  Cohort studies selected populations of women, assessing them for many factors, including perineal talcum powder use, and followed them over time counting the occurrences of ovarian cancers.  These studies were than able to compute a relative risk (RR) of exposure to talcum powder resulting in ovarian cancers.  Of more than 25 case-control studies in the literature, the heavy majority showed positive and significant ORs for perineal talcum powder use and ovarian cancer.  The three cohort studies did not find a significant relative risk of perineal talcum powder exposure leading to ovarian cancer, but did show positive non-significant trends.  Several research groups have looked at the totality of the research evidence, evaluated the published study reports, and have reanalyzed those data on a common playing field through meta-analyses.  Taken in their totality, and accounting for sources of bias and differing statistical treatments, these epidemiological studies support a strong association between the perineal use of talcum powder and ovarian cancer.

**Consistency of the evidence** – As stated above, the majority of epidemiological studies that have investigated the link between perineal talcum powder use and ovarian cancer have reported positive associations.  These studies are consistent in their findings of a relationship between perineal use of talcum powder products and the development of ovarian cancer.  Further, recent meta-analyses of previously published studies have verified the comparability of the research methods used and the consensus of conclusions.

**Specificity** – Specificity is the concept that a specific disease, rather than a host of diseases, is produced by a particular exposure, and that the exposure is a principal cause of the disease.  Although talcum powder is known to cause non-specific inflammation in many tissues where its residues locate, the stimulation of ovarian cancer is particularly associated with the presence of talc in the ovaries and fallopian tubes.  Of known factors associated with ovarian cancer, i.e. nulliparous state, early menarche, late menopause, oral contraceptive use, living in the twentieth century and beyond, perineal talcum powder exposure is proving to be prominent among them.

**Temporality** – If a particular exposure is the cause of a particular disease, then the onset of exposure should precede the onset of the disease.  Studies investigating the link between perineal talcum powder exposure and ovarian cancer are designed to compare those with prior exposure to those who are not exposed, and so the scientific evidence supports this consideration.

**Biological gradient** – A basic toxicological principle is that a greater exposure intensity will result in a larger proportion of those exposed expressing the toxic effect, in this case ovarian cancer.  In order to determine the intensity of a long-term environmental exposure, typically a measure of frequency or quantity of use is multiplied by the duration of such use.  This allows categorization of exposure levels and comparisons.  Although some studies have failed to find evidence of a dose-response relationship, several more recent reports have shown a clear dose-response when the number of subjects rose to a level producing sufficient statistical power to allow the analysis after subdivision of subjects into pertinent categorical groups, and frequency and duration were measured (Schildkraut JM, 2016) (Cramer Daniel W, 2016) (Wu, et al., 2009).

**Plausibility** – This factor expects the rational presentation of a mechanism whereby the exposure in question leads to the disease.  Thus, if no such mechanism can be proposed, it is less likely that causation will be supported.  In the case of ovarian cancer, the mechanism supported in the literature is as follows: Talcum powder products are applied to the perineal area in the course of routine personal hygiene practices.  This element is supported by the existence of these products in the marketplace for many years and the statements of subjects interviewed for the purpose of conducting the scientific research discussed elsewhere in this report.  Portions of the applied powders are transferred via active processes or passive mass action movements into the female reproductive tract, some making it all the way to the distal fallopian tubes, the ovary surfaces and the pelvic and peritoneal cavities.  This element is supported by the observations that particulate materials of differing variety can make their ways along these pathways to the listed destinations, and the finding and confirmation of talc particles in normal ovarian tissues and ovarian tumor tissues at the time of oophorectomy or autopsy.  Once reaching the target tissues, talcum powder and its constituents initiate carcinogenesis via multiple means, including, inflammation with chemotaxis of inflammatory cells, liberation of cytokines, and reactive oxygen species, inactivation of TP53 genetic modulator, inhibition of DNA repair, and long-term promotion of genetic mutations via continuous inflammation and cellular growth stimulation.

**Coherence** – The proposed cause and effect relationship should not "seriously conflict with the generally known facts of the natural history and biology of the disease."(Hill, 1965)  The proposal that talcum powder product use results in the occurrence of ovarian cancer is entirely consistent with what is known about other factors related to ovarian cancer, i.e. early menarche, late menopause, pregnancies, breastfeeding history, oral contraceptive use, etc.  All are factors that influence the local inflammatory environment of the ovary and its surroundings and have the potential to promote existing transcriptional errors and mutations.

**Experiment** – Interventions, such as tubal ligation that decreases the incidence of ovarian cancer by blocking the exposure route, offers experimental support for this mechanism. The use of cornstarch-based dusting powders as a substitute for talcum powder products offers additional experimental support.

**Analogy** – Have there been other environmental exposures that have been associated with ovarian cancers that act via similar mechanisms?  Talcum powder is somewhat unique in terms of its delivery mechanism. But beyond that, the case of asbestos exposure is similar.  Asbestos exposure has resulted in excesses of ovarian cancers in exposed women, although the route of exposure is thought to be by inhalation.  Nonetheless, asbestos is a mineral very similar both chemically and structurally to talc that has been found in the ovary and peritoneal cavity of exposed women.  The mechanisms of carcinogenesis for both asbestos and talc are similar and analogous.  Further, talc-based products contain asbestos and non-asbestos mineral fibers having carcinogenic potential.

When considering these factors, I gave the most weight to the compelling strength of association and consistency, as well as the well-described biologic mechanism.

The currently available scientific research, when considered in its totality, demonstrates a cause and effect relationship between the use of talcum powder products and the development of epithelial ovarian cancer.  This opinion is reinforced by my consideration of the Hill factors for the assessment of causation.

In reviewing the scientific and medical literature on talcum powder product use, I also performed a risk assessment and considered whether perineal use of those products poses a safety risk to consumers.  This involved careful consideration of the epidemiological literature, data on the dose-response relationship and exposure, as well as the nature of these products, which are used primarily for personal care.  I also considered evidence of the toxicity of these products, for which repeated testing and analyses have shown to contain carcinogens.

In considering the weight of this epidemiologic, toxicologic, and mechanistic evidence, across multiple studies, time, demographics, and researchers, demonstrating a consistent association between perineal use of talcum powder products and ovarian cancer, it is my opinion that talcum powder products increase the risk of ovarian cancer and pose a significant health hazard.

In conclusion, it is my opinion that the perineal use of talcum powder products causes ovarian cancer in some users and increases the risk of ovarian cancer in all users of these products.

All of my opinions in this report are provided with respect to a reasonable degree of medical and scientific certainty.  I reserve the right to amend or supplement my report as new information becomes available.

**References**

Acheson ED, G. M. (1982). Mortality of two groups of women who manufactured gas masks from chrysotile and crocidolite asbestos: a 40-year follow-up. *British Journal of Industrial Medicine, 39*, 344-348.

American Cancer Society. (n.d.). *Key Statistics for Ovarian Cancer.* Retrieved October 31, 2018, from American Cancer Society: https://www.cancer.org/cancer/ovarian-cancer/about/key-statistics.html

American Cancer Society. (n.d.). *What Is Ovarian Cancer?* Retrieved 10 31, 2018, from American Cancer Society: https://www.cancer.org/cancer/ovarian-cancer/about/what-is-ovarian-cancer.html

Balkwill Fran, M. A. (2001). Inflammation and cancer: back to Virchow? *The Lancet, 357*, 540-545.

Berge W, e. a. (2017). Genital use of talc and risk of ovarian cancer: a meta-analysis. *European Journal of Cancer Prevention*.

Berry G, N. M. (2000). Mortality from all cancers of asbestos factory workers in east London 1933-80. *Occupational and Environmental Medicine, 57*, 782-785. doi:0.1136/oem.57.11.782

Bertolotti M, F. D. (2008). Mortality in the cohort of the asbestos cement workers in the Eternit plant in Casale Monferrato (Italy). *Epidemiol Prev, 32*, 218-228.

Blumenkrantz MJ, G. N. (1981). Retrograde menstruation in women undergoing chronic peritineal dialysis. *57*(5), 667-670.

Booth M, B. V. (1989). Risk factors for ovarian cancer: a case-control study. *British Journal of Cancer, 60*, 592-598.

Buz'Zard AR, L. B. (2007). Pycnogenol reduces talc-induced neoplastic transformation in human ovarian cell cultures. *Phytotherapy Research, 21*, 579-586.

Chang C-J, e. a. (2017). Occupational exposure to talc increases the risk of lung cancer: a meta-analysis of occupational cohort studies. *Canadian Respiratory Journal, 2017*(1270608), 1-12. Retrieved from https://doi.org/10.1155/2017/1270608

Chang S, R. H. (1997). Perineal talc exposure and risk of ovarian carcinoma. *Cancer, 79*, 2396-2401.

Chen Y, W. P. (1992). Risk factors for epithelial ovarian cancer in Beijing, China. *International Journal of Epidemiology, 21*, 23-29.

Cook LS, e. a. (1997). Erratum in "Perineal powder exposure and the risk of ovarian cancer". *American Journal of Epidemiology, 148*, 410.

Cook LS, K. M. (1997). Perineal powder exposure and the risk of ovarian cancer. *American Journal of Epidemiology, 145*, 459-465.

Coussens LM, Z. W. (2002). Inflammation and cancer. *Nature, 420*(6917), 860–867. doi:10.1038/nature01322

Cramer Daniel W, V. A. (2016). The Association Between Talc Use and Ovarian Cancer: A Retrospective Case–Control Study in Two US States. *Epidemiology, 27*, 334-346.

Cramer DW, W. W. (1982). Ovarian cancer and talc: A case-control study. *Cancer, 50*, 372-376.

Egli GE, M. N. (1961). The transport of carbon particles in the human female reproductive tract. *Fertility anfd Sterility, 12*(2), 151-155.

Ferrante D, B. M. (2007). Cancer mortality and incidence of mesothelioma in a cohort of wives of asbestos workers in Casale Monferrato. *Environmental Health Perspectives, 115*, 1401-1405.

Fletcher NM, M. I. (2018). Talcum powder enhances oxidative stress in ovarian cancer cells. *Presented at the 65th meeting of the Society for Reproductive Investigation, San Diego California.*

Fletcher NM, S. G. (2018). Talcum powder enhances cancer antigen 125 in ovarian cancer cells and normal ovarian epithelial cells. *Presented at the 65th meeting of the Society for Reproductive Investigation, San Diego California.*

Fox, A. W. (1982). Mortality of female gas mask assemblers. *British Journal of Industrial Medicine, 39*, 34-38.

Germani D, B. S. (1999). Cohort and mortality study of women compensated for asbestosis in Italy. *American Journal of Industrial Medicine, 36*, 129-134. doi:10.1002/(SICI)1097-0274(199907)36:1<129::AID-AJIM18>3.0.CO;2-9

Halme J, e. a. (1984). Retrograde menstruation in healthy women and in patients with endometriosis. *Obstetrics and Gynecology, 64*(2), 151-154.

Harlow BL, C. D. (1992). Perineal exposure to talc and ovarian cancer risk. *Obstetrics and Gynecology, 80*, 19-26.

Harlow BL, H. P. (1995). A review of perineal talc exposure and risk of ovarian cancer. *Regulatory Toxicology and Pharmacology, 21*, 254-260.

Harlow BL, W. B. (1989). A case–control study of borderline ovarian tumors: the influence of perineal exposure to talc. *American Journal of Epidemiology, 130*, 390-394.

Harper, S. (2019). Talc induces a pro-oxidant state in normal and ovarian cancer cells through gene point mutations in key redox enzymes. *pending publication*.

Hartge P, H. R. (1988). Talc and ovarian cancer [letter]. *JAMA, 250*, 1844.

Heller DS, W. C. (1996). The relationship between perineal cosmetic talc usage and ovarian talc particle burden. *American Journal of Obstetrics and Gynecology, 174*, 1507-1510.

Henderson WJ, C. J. (1971). Talc and carcinoma of the ovary and cervix. *Journal of Obstetrics and Gynaecology of the British Commonwealth, 78*, 266-272.

Henderson WJ, T. H. (1979). Talc in normal and malignant tissue. *The Lancet*, 499.

Hill, A. (1965). The environment and disease: Association or causation. *Proceedings of the Royal Society of Medicine, 58*(5), 295-300.

International Agency for Research on Cancer. (2010). *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Volume 93 - Carbon Black, Titanium Dioxide, and Talc.* Lyon, Freance.

International Agency for Research on Cancer. (2012). Arsenic, Metals, Fibres and Dusts, Vol 100C, A review of human carcinogens. In IARC, *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans.* Lyon, France: World Health Organization.

Jaiswal M, L. N. (2000). Inflammatory cytokines induce DNA damage and inhibit DNA repair in cholangiocarcinoma cells by a nitric oxide-dependent mechanism. *Cancer Res, 60*, 184-190.

Jurinski JB, R. J. (2001). Biodurability of talc. *American Mineralogist, 86*(4), 392-399.

King, H. M. (n.d.). *Talc: The Softest Mineral*. Retrieved 10 31, 2018, from Geology.com: https://geology.com/minerals/talc.shtml

LA Torre, B. T. (2018). Ovarian Cancer Statistics, 2018. *CA A Cancer Journal for Clinicians, 68*, 284–296.

Langseth H, H. S. (2008). Perineal use of talc and risk of ovarian cancer. *J Epidemiol Community Health, 62*, 358-360. doi:10.1136/jech.2006.047894

Lockey, J. (1981). Nonasbestos fibrous minerals. *Clinics in Chest Medicine, 2*(2), 203-218.

Longo WE, M. R. (2017). *Analysis of Johnson and Johnson Baby Powder and Valiant Shower To Shower Talc Products for Amphibole (Tremolite) Asbestos: Expert Report.* Materials Analytical Services, LLC, Atlanta .

Magnani C, F. D.-A. (2008). Cancer risk after cessation of asbestos exposure: a cohort study of Italian asbestos cement workers. *Occupational and Environmental Medicine, 65*, 164-170. doi:10.1136/oem.2007.032847

Mostafa SAM, e. a. (1985). Foreign body granulomas in normal ovaries. *Obstetrics and Gynecology, 66*(5), 701-702.

Muscat JE, H. M. (2008). Perineal Talc Use and Ovarian Cancer: A Critical Review. *Eur J Cancer Prev., 17*(2), 139-146. doi:10.1097/CEJ.0b013e32811080ef

Nadler DL, I. Z. (2014). Estimating Cancer Latency Times Using a Weibull Model. *Advances in Epidemiology, 2014*, 1-8. doi:10.1155/2014/746769

National Institute for Occupational Safety and Health. (2011). *Asbestos fibers and other elongate mineral particles: State of the science and roadmap for research.* NIOSH Current Intelligence Bulletin No. 62.

National Toxicology Program. (1993). *Toxicology and Carcinogenesis Studies of Talc (CAS No 14807-96-6)(NonAsbestiform) in F344/N.Rats and B6C3F1 Mice (Inhalation Studies) (1993).* Washington: USDHHS.

Ness Roberta B, C. C. (1999). Possible role of ovarian epithelial inflammation in ovarian cancer. *Journal of the National Cancer Institute, 91*, 1459-1467.

Newhouse ML, B. G. (1972). A study of the mortality of female asbestos workers. *British Journal of Industrial Medicine, 29*, 134-141.

Okada, F. (2007). Beyond foreign-body-induced carcinogenesis: Impact of reactive oxygen species derived from inflammatory cells in tumorigenic conversion and tumor progression. *International Journal of Cancer, 121*, 2364–2372.

Paoletti L, S. C. (1984). Evaluation by Electron Microscopy Techniques of Asbestos Contamination in Industrial, Cosmetic, and Pharmaceutical Talcs. *Regulatory Toxicology and Pharmacology, 4*, 222-235.

Penninkilampi R, E. G. (2018). Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis. *Epidemiology, 29*, 41-49. doi:10.1097/EDE.0000000000000745

Pira E, P. C. (2005). Cancer mortality in a cohort of asbestos textile workers. *British Journal of Cancer, 92*, 580-586. doi:10.1038/sj.bjc.6602240

Prat, J. (2015). Abridged Republication of FIGO's Staging Classification for Cancer of the Ovary, Fallopian Tube, and Peritoneum. *Cancer, 121*, 3452-3454.

Radić I, e. a. (1988). Immunosuppression induced by talc granulomatosis in the rat. *Clin Exp Immunol, 73*, 316-321.

Reid A, H. J. (2008). The mortality of women exposed environmentally and domestically to blue asbestos at Wittenoom, Western Australia. *Occupational and Environmental Medicine, 65*, 743-749. doi:10.1136/oem.2007.035782

Reid A, S. A. (2009). Gynecologic and breast cancers in women after exposure to blue asbestos at Wittenoom. *Cancer Epidemiol Biomarkers Prev, 18*, 140-147. doi:10.1158/1055-9965.EPI-08-0746

Rohl AN, e. a. (1976). Consumer talcums and powders: mineral and chemical characterization. *Journal of Toxicology and Environmental Health, 2*, 255-284.

Rohl, A. (1974). Asbestos in talc. *Environmental Health Perspectives, 9*, 129-132.

Rosenblatt KA, S. M. (1992). Mineral fiber exposure and the development of ovarian cancer. *Gynecological Oncology, 45*, 20-25.

Rösler JA, W. H. (1994). Mortality rates in a female cohort following asbestos exposure in Germany. *Journal of Occupational Medicine, 36*, 889–893.

Saed Ghassan M, D. M. (2017). Updates of the role of oxidative stress in the pathogenesis of ovarian cancer. *Gynecologic Oncology, 145*, 595-604. doi:http://dx.doi.org/10.1016/j.ygyno.2017.02.033

Saed GM, D. M. (2017). Updates on the role of oxidative stress in the pathogenesis of ovarian cancer. *Gynecologic Oncology, 145*, 595-602.

Schildkraut JM, A. S.-S. (2016). Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES). *Cancer Epidemiology, Biomarkers & Prevention, 25*(10), 1411–1417. doi:10.1158/1055-9965.EPI-15-1281

Shukla A, e. a. (2009). Alterations in gene expression in human mesothelial cells correlate with mineral pathogenicity. *American Journal of Respiratory Cell and Molecular Biology, 41*, 114-123.

Sjösten ACE, H. E. (2004). Retrograde migration of glove powder in the human female genital tract. *Human Reproduction, 19*(4), 991-995. doi:10.1093/humrep/deh156

Soong TR, H. B. (2018). Evidence for lineage continuity between early serous proliferations (ESPs) in the Fallopian tube and disseminated high-grade serous carcinomas. *Journal of Pathology, 246*(3), 344-351. doi:10.1002/path.5145

Terry KL, e. a. (2013). Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls. *Cancer Prevention Research, 6*(8), 811-821.

Torre LA, B. T. (2018). Ovarian Cancer Statistics, 2018. *CA Cancer J Clin, 68*, 284-296.

Trabert, B. (2016). Body Powder and Ovarian Cancer Risk—What Is the Role of Recall Bias? *Cancer Epidemiology, Biomarkers and Prevention, 25*(10), 1369-1370.

Tzonou A, P. A. (1993). Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. *International Journal of Cancer, 55*, 408-410.

VanGosen BS, L. H. (2004). *A USGS Study of Talc Deposits and Associated Amphibole Asbestos Within Mined Deposits of the Southern Death Valley Region, California.* United States Geological Survey. Retrieved from https://pubs.usgs.gov/of/2004/1092/

VanOrden D, L. R. (2000). *Weight Percent Compositional Analysis of Seven RTV Talc Samples. Analytical Report to R. T. Vanderbilt Company, Inc. 22 November 2000.* Submitted to Public Comments Record – C. W. Jameson, National Toxicology Program, 10th ROC Nominations "Talc (containing asbestiform fibers)". 4 December 2000., National Toxicology Program.

Venter PF, M. I. (1979). Migration of a particulate radioactive tracer from the vagina to the peritoneal cavity and ovaries. *S Afr Med. J, 55*, 917-919.

Whittemore AS, W. M. (1988). Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. *American Journal of Epidemiology, 128*, 1228-1240.

Whysner J, M. M. (2000). Perineal application of talc and cornstarch powders: Evaluation of ovarian cancer risk. *Am J Obstet Gynocol, 182*, 720-724.

Wild, P. (2006). Lung cancer risk and talc not containing asbestiform fibres: a review of the epidemiological evidence. *Occup Environ Med, 63*, 4-9. doi:10.1136/oem.2005.020750

Woodruff, J. (1979). The pathogenesis of ovarian neoplasias. *The Johns Hopkins Medical Journal, 144*(4), 117-120.

# Exhibit A

Curriculum Vitae

Arch I Carson MD PhD

Occupational Medicine and Medical Toxicology

4922 Braesvalley Dr.
Houston TX 77096
Telephone 713 446 7793
arch.carson@earthlink.net

**Biosketch**

Arch "Chip" Carson, MD, PhD is a physician (The Ohio State University), board certified in Occupational Medicine (American Board of Preventive Medicine), who holds a Doctor of Philosophy degree in Toxicology (University of Cincinnati, Kettering Laboratory). He has served on the faculty of the University of Cincinnati and the New York University Medical Center and joined the faculty of the University of Texas School of Public Health in 1992 in its Environmental Sciences Discipline and Occupational and Environmental Health and Aerospace Medicine Module. He is Associate Professor of Occupational Health, directs the Occupational and Environmental Medicine Residency Program and is a member of the research team of the Southwest Center for Occupational and Environmental Health, a NIOSH Education and Research Center, and WHO Collaborating Centre in Occupational Health. He maintains a clinical practice of occupational medicine and medical toxicology. In his more recent role as Medical Director for the University of Texas Medical Branch in Galveston, he is responsible for the health monitoring and care of more than 15,000 employees. He is a frequent consultant to governments, corporations and the legal community on matters related to industrial chemical exposure, toxicology and environmental justice. His research interests include: environmental and occupational chemical exposures, inhalation injuries, metal exposures and cancer, and professional training in occupational medicine.

**Professional Activities/Employment**

| | |
|---|---|
| 2017-18 | University of Texas Medical Branch, Galveston, Assistant Clinical Professor of Preventive Medicine and Family Medicine |
| 2017-18 | University of Texas Medical Branch, Galveston, Medical Director, Employee Health Services. |
| 2017-18 | Enbridge Corporation, Houston Texas, Medical Director, Employee Health Services. |
| 2010-18 | University of Texas Health Science Center, Houston, Associate Professor of Occupational Health. |
| 2010-18 | University of Texas Health Science Center at Houston, Program Director, Occupational and Environmental Medicine Residency. |
| 1991-18 | Private practice of Occupational Medicine and Toxicology, New York, Texas and Ohio. |
| 2011-18 | Spectra Energy Corporation, Houston Texas, Medical Director, Employee Health Services. |
| 1997-13 | Texas Medical Center Inc., Houston Texas, Medical Director, Employee Health Services. |
| 1992-08 | University of Texas School of Public Health, Assistant Professor of Occupational Medicine and Environmental Sciences. |
| 1998-08 | University of Texas Health Science Center at Houston, Program Director, Occupational and Environmental Medicine Residency. |
| 2003-08 | Southwest Center for Occupational and Environmental Health, Principal Investigator and Director, Diller Phosgene Exposure Incident Registry of the American Chemistry Council. |

A CARSON– revised  July, 2018

| 2000-06 | Chevron Phillips Chemical Company, Houston Texas, Corporate Medical Director. |
| 2003-05 | U.S. Department of Energy Office of Worker Advocacy Physician Review Panel Appointee. |
| 1997-04 | Southwest Center for Occupational and Environmental Health, Principal Investigator, City of Houston Lead Poisoning Epidemiology Project. |
| 1992-03 | UT Health Services, University of Texas Houston Health Science Center, Attending Physician, Occupational Medicine and Toxicology. |
| 1997-01 | University of Houston Downtown, Medical Director, Student Health Service. |
| 1998-99 | University of Texas School of Public Health, Convener of the Occupational/Environmental Health and Aerospace Medicine Module. |
| 1992-97 | Respiratory Consultants of Houston, PA, Attending Physician, Occupational Medicine and Toxicology. |
| 1992-95 | Exxon Chemical Americas, Baytown Polymer Center and Basic Chemicals Technology, Baytown TX, Consultant Physician. |
| 1990-91 | New York University Medical Center, Bellevue Hospital, Tisch Hospital, and Manhattan VA Hospital, New York NY, Dept. of Medicine, Clinical Instructor. |
| 1982-90 | Chemical Information Services Inc, Cincinnati OH, Associate in Toxicology. |
| 1978-87 | University of Cincinnati College of Medicine, Cincinnati OH, Instructor and Lecturer, Adjunct Assistant Professor of Industrial Toxicology. |
| 1974-79 | University of Cincinnati College of Medicine, Kettering Laboratory, Cincinnati OH, Research Technologist in Occupational Medicine and Clinical Studies. |
| 1969-74 | Millstone Inc., Cincinnati OH, Design Engineer, environmental control systems. |

**Educational Background**

| 2002 | Certificate of Board Eligibility, Medical Toxicology, American Board of Preventive Medicine/American Board of Emergency Medicine |
| 1992 | Certificate of Training - Residency in Occupational Medicine University of Texas Health Science Center at Houston, School of Public Health, and Southwest Center for Occupational and Environmental Health, Houston TX, 1992. |
| 1991 | Certificate of Training - Postgraduate Internship in Internal Medicine, New York University Medical Center and Bellevue Hospital Center, New York NY. |
| 1990 | MD - Ohio State University College of Medicine, Columbus OH. |
| 1987 | PhD - Kettering Laboratory, University of Cincinnati College of Medicine, Cincinnati OH, awarded in the field of "Environmental Health – Toxicology." |
| 1973 | BS - University of Cincinnati College of Arts and Sciences Cincinnati OH. Awarded in "Biological Sciences with Concentration in Engineering." |
| 1969 | Rensselaer Polytechnic Institute, Troy NY. Management Engineering |
| 1968 | Villa Madonna College, Covington KY. Certificate in Contemporary Physics. |

**Fellowships**

| 2011-13 | UTHealth, Health Educators Fellowship, University of Texas Health Science Center at Houston. |

A CARSON– revised  July, 2018

| | |
|---|---|
| 1983-85 | American Lung Association Fellowship in Lung Research (Inhalation Toxicology), American Lung Association of Southwestern Ohio, Grant. |
| 1981-82 | Owens Corning Fiberglas, Graduate Research Fellowship in Combustion Toxicology. |
| 1979-80 | National Institute for Occupational Safety and Health, Centers for Disease Control, Doctoral Fellowship in Industrial Toxicology. |

**Certifications**

| | |
|---|---|
| 2012 | License to practice medicine, State of Ohio 35.098635 |
| 2010 | Certified Healthy Homes Specialist – National Environmental Health Association. |
| 2002 | Board Eligibility, Medical Toxicology, American Board of Preventive Medicine/American Board of Emergency Medicine. |
| 1994 | Board Certification, Occupational Medicine, American Board of Preventive Medicine. |
| 1992 | License to practice medicine, State of Texas J2524. |
| 1991 | License to practice medicine, State of New York 186563. |
| 1982 | Emergency Hazard Response, Environmental and Industrial Chemical Accident Management, U.S. Environmental Protection Agency. |
| 1979 | Pulmonary Function Testing for Occupational Surveillance, NIOSH #003. |

**Professional Community Service**

| | |
|---|---|
| 2013-18 | University of Texas Health Science Center at Houston, Steering Committee on Interprofessional Collaboration |
| 2013-18 | University of Texas Health Science Center at Houston, Chemical Safety Committee. |
| 1998-18 | Association of Environmental and Occupational Clinics/ATSDR community resource on toxic exposures and health consequences, Federal Region VI. |
| 1997-18 | City of Houston Biological, Chemical and Radiation Emergency Preparedness Program. Medical Toxicology On-Call Advisor to the Houston Medical Strike Team. |
| 1998-18 | Association of Occupational and Environmental Medicine Residency Directors. Chairman 2005-2006 |
| 2010-18 1997-08 | University of Texas Health Science Center at Houston, Graduate Medical Education Committee |
| 2010-18 1994-08 | University of Texas Health Science Center, Houston, Community/Press Resource and Speaker via Public Information Office, (Toxic Exposures and Environmental Health). |
| 1996-18 | American College of Occupational and Environmental Medicine, Council on Academic Affairs and Co-chair, Academic Section 2004-2006. Occupational Medicine Residency Directors Committee, Chair 2006-2007, Appointed Member, Taskforce on the Future of Occupational Medicine Education 2005-2007.  Appointed Co-chair, Taskforce on the Future of Occupational Medicine Education 2013-2015. |
| 1996-18 | Texas College of Occupational and Environmental Medicine.  Secretary/Treasurer-2004-5, President Elect-2005-6, President-2006-7, Past President 2007-8. |
| 2003-12 | Boy Scouts of America, Sam Houston Council, Registered Adult Leader and Merit Badge Counselor. |
| 2005-08 | University of Texas School of Public Health, Practice Council Co-chair |

| | |
|---|---|
| 2003-05 | U.S. Department of Energy Office of Worker Advocacy Physician Review Panel Appointee. |
| 1996-00 | American Public Health Association, Occupational Health Subcommittee |
| 1994-96 | Advisory Board, National Environmental Education and Training Center (NEETC), Curriculum Development Committee. |
| 1981-85 | Tri-State Air Committee Inc., Cincinnati OH, (voluntary air quality organization) Scientific Advisor, Elected to Board of Directors in 1982, President and Chairman 1984-85. |
| 1981-85 | American Lung Association of Southwestern Ohio, Cincinnati OH, (voluntary health organization) speakers bureau. |
| 1982-83 | City of Cincinnati, Appointment to Occupational Health Scientific Liaison Board (municipal advisory committee). |
| 1981-83 | Cincinnati Area Toxic Substances Coalition, Cincinnati OH, (coalition of business, voluntary, and labor organizations with interest in environmental toxic substance issues) Cofounder and Chairman. |
| 1982-83 | Ohio River Valley Committee on Occupational Safety and Health, Cincinnati OH, (organized labor coalition) Scientific Resource Committee. |
| 1972-82 | Walnut Hills-Evanston Medical Center, Cincinnati OH, (primary care center) Board of Directors. |

**Professional Societies**

| | |
|---|---|
| 1991-18 | American College of Occupational and Environmental Medicine. |
| 1991-18 | Texas College of Occupational and Environmental Medicine |
| 2007-18 | Texas Public Health Association. |
| 2006-18 | International Congress on Occupational Health. |
| 2003-18 | American College of Medical Toxicology. |
| 2002-06 | Society of Occupational and Environmental Health. |
| 2001-06 | American Conference of Governmental Industrial Hygienists. |
| 1994-00 | American Public Health Association. |
| 1983-87 | American Industrial Hygiene Association. |
| 1983-87 | Society of Toxicology. |
| 1980-85 | American Thoracic Society, Associate Member and Participant in Occupational and Environment Scientific Session. |

**Publications**

Anderson F, **Carson A**, Whitehead L and Burau K  Age, Race and Gender Spatiotemporal Disparities of COPD Emergency Room Visits in Houston, Texas. Occupational Diseases and Environmental Medicine. 3:1-9, 2015. http://dx.doi.org/10.4236/odem.2015.31001.

Anderson F, **Carson A**, Whitehead L and Burau K.  Spatiotemporal Analysis of the Effect of Ozone and Fine Particulate on CVD Emergency Room Visits in Harris County, Texas. Open Journal of Air Pollution, 3:87-99, 2014. http://dx.doi.org/10.4236/ojap.2014.34009.

A CARSON– revised  July, 2018

Calcote, JC, **Carson, A**, Peskin, MF, Emery, RJ. An assessment of post-disaster psychological stress in hazardous waste operations and emergency response (HAZWOPER) workers. Disaster Med Public Health Preparedness. 7:452-460, 2013. PMID 24274124.

Delclos GL, Tullis LA, **Carson A**. The services industry.  In Occupational and Environmental Lung Diseases. Tarlo SM, Cullinan, Nemery B eds. 2010 pp.258-271. Wiley-Blackwell, West Sussex, UK.

Pugach S, Clarkson T, (**Carson A**). Prenatal mercury exposure and postnatal outcome: clinical case report and analysis. Clin Toxicol 47:366-370, 2009.

Pauluhn J, **Carson A**, Costa DL, Gordon T, Kodavanti U, Last JA, Matthay MA, Pinkerton KE and Sciuto AM. Workshop summary: phosgene-induced pulmonary toxicity revisited: appraisal of early and late markers of pulmonary injury from animal models with emphasis on human significance. Inhalation Toxicology. 19(10):789-810, 2007.

Delclos GL, Gimeno D, Arif AA, Burau KD, **Carson A**, Lusk C, Stock T, Symanski E, Whitehead LW, Zock JP, Benavides FG and Anto JM. Occupational risk factors and asthma among health care professionals, American Journal of Respiratory & Critical Care Medicine. 175(7):667-75, 2007.

Savely SM, **Carson A** and Delclos GL. "A survey of the implementation status of environmental management systems in U.S. colleges and universities" J Cleaner Production, 15(7) 650-659, 2007.

Savely SM, **Carson A** and Delclos GL. "An environmental management system implementation model for U.S. colleges and universities" J Cleaner Production, 15(7) 660-670, 2007.

Delclos GL, Arif AA, Aday L, **Carson A**, Lai D, Lusk C, Stock T, Symanski E, Whitehead LW, Benavides FG and Anto JM. Validation of an asthma questionnaire for use in healthcare workers. Occupational & Environmental Medicine. 63(3):173-9, 2006.

Delclos GL, Bright KA, **Carson A**, Felknor SA, Mackey TA, Morandi MT, Schulze LJH and Whitehead LW. "A global survey of occupational health competencies and curriculum" International Journal of Occupational and Environmental Health; 11:181-194, 2005.

Nooka A, Duonghi L, **Carson A**, Hassan M. Assessing Occupational Risk for Pancreatic Cancer by Chemical Exposures and Work History: A Case-Control study at MD Anderson Cancer Center. American Association for Cancer Research, Orlando. March, 2004.

Mitchell CS, Moline J, Avery AN, Baker D, Blessman JE, **Carson A**, Cosby O, Darcey D, Ducatman A, Emmett EA, Forst L, Gerr F, Gochfeld M, Guidotti TL, Harber P, Hu H, Hegmann KT, Kipen HM, Levin J, McGrail MP, Meyer JD, Mueller KL, Prince S, Rubin R, Schwerha JJ, Sprince NL, Taiwo O and Upfal M. In response to the 2002, vol. 22, no. 4 article entitled "The rise and fall of occupational medicine in the United States" [Letter] Am J Preventive Med. 23(4):307-9, 2002.

**Carson A** and Delclos GL. "The Respiratory System," in Modern Industrial Hygiene: Volume II – Biological Aspects, JL Perkins, ed. 2003, American Conference of Governmental Industrial Hygienists, Cincinnati.

**Carson A**, Colombo S and Alavi. A, City of Houston Childhood Lead Poisoning Prevention Program: Case Density and Impact Analysis, March 31, 2000, Technical Report (Principal Investigator).

Townsend MC, Lockey JE, Velez H, **Carson A**, Cowl CT, Delclos GL, Gerstenhaber BJ, Harber PI, Horvath EP, Jolly AT, Jones SH, Knackmuhs GG, Lindesmith LA, Markham TN, Raymond LW, Rosenberg DM, Sherson D, Smith DD, and Wintermeyer SF. ACOEM Position Statement – "Spirometry in the Occupational Setting" JOEM; 42: 228-245, 2000.

Bright K, Delclos G, **Carson A**, Felknor S, Mackey T, Morandi M, Schultz L and Whitehead L. A Global Study of Occupational Health Competencies and Curricula, Report to the World Health Organization, March, 2000, Southwest Center for Occupational and Environmental Health.

**Carson A**, Guevara E, Delclos GL, Murray KA, Burau KD, Morandi MT, Felknor SA, ("A Study of General Health of Workers of the Industrial Complex of Barrancabermeja") in [Compendium on Occupational Health in the Petroleum Industry of Colombia: Technical and Scientific Report of the "Occupational Health in the Petroleum Industry" Project], 1999 Pan American Health Organization (co-author).

**Carson A**, Hangoc V and Bahrainwala M, City of Houston Childhood Lead Poisoning Prevention Program: Case Density and Impact Analysis, June 30, 1999, Technical Report (Principal Investigator).

**Carson A**, Spears B, and Burau K, City of Houston Childhood Lead Poisoning Prevention Program: Case Density and Impact Analysis, June 30, 1998, Technical Report (Principal Investigator).

**Carson A**, Detry M, Spears B, and Burau K, City of Houston Childhood Lead Poisoning Prevention Program: Case Density and Impact Analysis, June 30, 1997, Technical Report (Principal Investigator).

Delclos GL and **Carson A**, "Acute Gaseous Exposures," in Occupational and Environmental Respiratory Diseases, P Harber, M Schenker, and J Balmes eds. 1995, Mosby Yearbook Pub., St. Louis.

**Carson A**, "Respiratory Effects of Exposure to Fresh Smokes from Pyrolytic Decomposition of Styrene Plastic in Rats."  Doctoral Dissertation, University of Cincinnati Kettering Laboratory, 1987.

**Carson A**, "A Dynamic Method for the Generation of Fresh Smokes From Combustion or Pyrolytic Decomposition of Structural Materials." Doctoral Dissertation, University of Cincinnati Kettering Laboratory, 1987.

Samuels SJ, Lemasters GK and **Carson A**, "Statistical Methods for Describing Occupational Exposure Measurements," Am. Ind. Hyg. Assoc. J., 46:427-433, 1985.

Lemasters GK, **Carson A** and Samuels SJ, "Occupational Styrene Exposure for Twelve Product Categories in the Reinforced-Plastics Industry," Am. Ind. Hyg. Assoc. J., 46:434-441, 1985.

Lockey JE, Brooks SM, Jarabek AM, Khoury PR, McKay RT, **Carson A**, Morrison JA, Wiot JF and Spitz HB. "Pulmonary changes after exposure to vermiculite contaminated with fibrous tremolite" Am Rev Respir Dis. 129(6):952-8, 1984.

Lockey JE, Jarabek A, **Carson A**, McKay R, Harber P, Khoury P, Morrison J, Wiot J, Spitz H and Brooks SM, "Pulmonary Hazards from Vermiculite," in Health Issues Related to Metal and Nonmetallic Mining, WL Wagner, W Rom and P Merchant eds. 1983, Butterworth's, Boston.

Vinegar A and **Carson A**, "Pulmonary Function Changes in Chinese Hamsters Exposed Six Months to Diesel Exhaust," Environ Int, 5:369-371, 1981.

Lockey JE, Jarabek A, **Carson A**, McKay R, Harber P,. Khoury P, Morrison J, Prior J and Brooks SM, "Health Effects of Vermiculite Exposure," Am Rev Respir Dis, 123:133, 1981 abstract.

Lockey JE, Jarabek A, **Carson A**, McKay R, Harber P, Khoury P, Morrison J and Brooks SM, "Single-Breath Diffusing Capacity (DLCOsb) in a Working Population," Am Rev Respir Dis, 123:132, 1981 abstract.

Vinegar A, **Carson A** and Pepelko WE, "Pulmonary Function Changes in Chinese Hamsters Exposed to Diesel Exhaust," in Health Effects of Diesel Engine Emissions, Vol. 2, WE Pepelko, RM Danner and NA Clarke eds, 1980, US Environmental Protection Agency, Washington.

**Carson A**, Vinegar A, Leng J and Cooper G, "Effects of Chronic Exposure to some Diesel Exhaust Components on Lung Function in Rats," Fed Proc, 39:1091, 1980 abstract.

A CARSON– revised  July, 2018

Elia VJ, Anderson LA, MacDonald TJ, **Carson A**, Buncher CR and Brooks SM, "Determination of Urinary Mandelic and Phenylglyoxylic Acids in Styrene Exposed Workers and a Control Population," Am Ind Hyg Assoc J, 41:922-926, 1980.

Brooks SM, Anderson LA, Emmett E, **Carson A**, Tsay JY, Elia VJ, Buncher CR and Karbowsky R, "The Effects of Protective Equipment on Styrene Exposure in Workers in the Reinforced Plastics Industry," Arch Environ Health, 35:287-294, 1980.

Brooks SM, Zipp T, Barber M and **Carson A**, "Measurement of Maximal Expiratory Flow Rates in Cigarette Smokers Using Gases of High and Low Densities," Am Rev Respir Dis, 118:75-81, 1978.

# Exhibit B

**LITERATURE:**

"A Survey of the Long-Term Effects of Talc and Kaolin Pleurodesis." *British Journal of Diseases of the Chest* 73 (1979): 285–88.

Acencio, Milena M. P., Evaldo Marchi, Lisete R. Teixeira, Bruna Rocha Silva, Juliana Sanchez Silva, Carlos Sergio Rocha Silva, Vanessa Adelia Alvarenga, Leila Antonangelo, Francisco Suso Vargas, and Vera Luiza Capelozzi. "Talc Particles and Pleural Mesothelium Interface Modulate Apoptosis and Inflammation." *Pathology* 46, no. S2 (2014): S76.

ACGIH. Product: Asbestos: TLV(R) Chemical Substances 7th Edition Documentation. Accessed August 16, 2018.

ACGIH. 2017 TLVs and BEIs: ACGIH. Accessed August 16, 2018.

Acheson, E D, M J Gardner, E C Pippard, and L P Grime. "Mortality of Two Groups of Women Who Manufactured Gas Masks from Chrysotile and Crocidolite Asbestos: A 40-Year Follow-Up." *British Journal of Industrial Medicine* 39, no. 4 (November 1982): 344–48.

Akhtar, Mohd Javed, Maqusood Ahamed, M.A. Majeed Khan, Salman A. Alrokayan, Iqbal Ahmad, and Sudhir Kumar. "Cytotoxicity and Apoptosis Induction by Nanoscale Talc Particles from Two Different Geographical Regions in Human Lung Epithelial Cells." *Environmental Toxicology* 29 (2014): 394–406.

Akhtar, Mohd Javed, Sudhir Kumar, Ramesh Chandra Murthy, Mohd Ashquin, Mohd Imran Khan, Govil Patil, and Iqbal Ahmad. "The Primary Role of Iron-Mediated Lipid Peroxidation in the Differential Cytotoxicity Caused by Two Varieties of Talc Nanoparticles on A549 Cells and Lipid Peroxidation Inhibitory Effect Exerted by Ascorbic Acid." *Toxicology in Vitro: An International Journal Published in Association with BIBRA* 24, no. 4 (June 2010): 1139–47.

American Cancer Society. "Key Statistics for Ovarian Cancer."

American Cancer Society. "What Is Ovarian Cancer?,"

Anderson, Garnet L., Howard L. Judd, Andrew M. Kaunitz, David H. Barad, Shirley A. A. Beresford, Mary Pettinger, James Liu, S. Gene McNeeley, Ana Maria Lopez, and Women's Health Initiative Investigators. "Effects of Estrogen plus Progestin on Gynecologic Cancers and Associated Diagnostic Procedures: The Women's Health Initiative Randomized Trial." *JAMA* 290, no. 13 (October 1, 2003): 1739–48.

Antoniou, A., P. D. P. Pharoah, S. Narod, H. A. Risch, J. E. Eyfjord, J. L. Hopper, N. Loman, et al. "Average Risks of Breast and Ovarian Cancer Associated with BRCA1 or BRCA2 Mutations Detected in Case Series Unselected for Family History: A Combined Analysis of 22 Studies." *American Journal of Human Genetics* 72, no. 5 (May 2003): 1117–30.

Arellano-Orden, Elena, Auxiliadora Romero-Falcon, Jose Martin Juan, Manuel Ocana Jurado, Francisco Rodriguez-Panadero, and Ana Montes-Worboys. "Small Particle-Size Talc Is Associated with Poor Outcome and Increased Inflammation in Thoracoscopic Pleurodesis." *Respiration* 86 (2013): 201–9.

Armstrong, Deborah K., Brian Bundy, Lari Wenzel, Helen Q. Huang, Rebecca Baergen, Shashikant Lele, Larry J. Copeland, Joan L. Walker, Robert A. Burger, and Gynecologic Oncology Group. "Intraperitoneal Cisplatin and Paclitaxel in Ovarian Cancer." *The New England Journal of Medicine* 354, no. 1 (January 5, 2006): 34–43.

"ATSDR - Toxicological Profile: Asbestos." Accessed August 16, 2018.

Baldwin, Lauren A., Bin Huang, Rachel W. Miller, Thomas Tucker, Scott T. Goodrich, Iowna

Podzielinski, Christopher P. DeSimone, Fred R. Ueland, John R. van Nagell, and Leigh G. Seamon. "Ten-Year Relative Survival for Epithelial Ovarian Cancer:" *Obstetrics & Gynecology* 120, no. 3 (September 2012): 612–18.

Balkwill, Fran, and Alberto Mantovani. "Inflammation and Cancer: Back to Virchow?" *The Lancet* 357, no. 9255 (February 2001): 539–45.

Bartrip, P.W. "History of Asbestos Related Disease." *Postgrad Med J* 80 (2004): 72–76.

Beck, B. D., H. A. Feldman, J. D. Brain, T. J. Smith, M. Hallock, and B. Gerson. "The Pulmonary Toxicity of Talc and Granite Dust as Estimated from an in Vivo Hamster Bioassay." *Toxicology and Applied Pharmacology* 87, no. 2 (February 1987): 222–34.

Begg, Melissa D., and Dana March. "Cause and Association: Missing the Forest for the Trees." *American Journal of Public Health* 108, no. 5 (May 2018): 620.

Belotte, Jimmy, Nicole M. Fletcher, Awoniyi O. Awonuga, Mitchell Alexis, Husam M. Abu-Soud, Ghassan M. Saed, Michael P. Diamond, and Mohammed G. Saed. "The Role of Oxidative Stress in the Development of Cisplatin Resistance in Epithelial Ovarian Cancer." *Reproductive Sciences* 21, no. 4 (2014): 503–8.

Belotte, Jimmy, Nicole M. Fletcher, Mohammed G. Saed, Mohammed S. Abusamaan, Gregory Dyson, Michael P. Diamond, and Ghassan M. Saed. "A Single Nucleotide Polymorphism in Catalase Is Strongly Associated with Ovarian Cancer Survival." *PloS One* 10, no. 8 (2015).

Berge, Wera, Kenneth Mundt, Hung Luu, and Paolo Boffetta. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention*, January 2017, 1.

Berge. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention: The Official Journal of the European Cancer Prevention Organisation (ECP)* 27, no. 3 (2018): 248–57.

Berry, G., M. L. Newhouse, and J. C. Wagner. "Mortality from All Cancers of Asbestos Factory Workers in East London 1933-80." *Occupational and Environmental Medicine* 57, no. 11 (November 2000): 782–85.

Bertolotti, Marinella, Daniela Ferrante, Dario Mirabelli, Mario Botta, Marinella Nonnato, Annalisa Todesco, Benedetto Terracini, and Corrado Magnani. "[Mortality in the cohort of the asbestos cement workers in the Eternit plant in Casale Monferrato (Italy)]." *Epidemiologia E Prevenzione* 32, no. 4–5 (October 2008): 218–28.

Blank, M M, N Wentzensen, M A Murphy, A Hollenbeck, and Y Park. "Dietary Fat Intake and Risk of Ovarian Cancer in the NIH-AARP Diet and Health Study." *British Journal of Cancer* 106, no. 3 (January 31, 2012): 596–602.

Blejer, H. and Robert Arlon. "Talc: A Possible Occupational and Environmental Carcinogen." *Journal of Occupational Medicine* No. 15(2) (February 1973): 92-97.

Blount, A M. "Amphibole Content of Cosmetic and Pharmaceutical Talcs." *Environmental Health Perspectives* 94 (August 1991): 225–30.

Bluemel, Piza, and Zischka-Konorsa, W. "Animal experimental investigations of tissue reactions to starch and talcum powder after intraperitoneal application." *Wiener klinische Wochenschrift* 74, no. 1 (January 1962).

Blumenkrantz, M. J., N. Gallagher, R. A. Bashore, and H. Tenckhoff. "Retrograde Menstruation in Women Undergoing Chronic Peritoneal Dialysis." *Obstetrics and Gynecology* 57, no. 5 (May 1981): 667–70.

Boorman, G. A., and J. C. Seely. "The Lack of an Ovarian Effect of Lifetime Talc Exposure in

F344/N Rats and B6C3F1 Mice." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 242–43.

Booth, M., V. Beral, and P. Smith. "Risk Factors for Ovarian Cancer: A Case-Control Study." *British Journal of Cancer* 60, no. 4 (October 1989): 592–98.

Bottazzi, Barbara, Elio Riboli, and Alberto Mantovani. "Aging, Inflammation and Cancer." *Seminars in Immunology*, November 9, 2018.

Brand, K.G., Lance C. Buoen, Kenneth H. Johnson, and Inge Brand. "Etiological Factors, Stages, and the Role of the Foreign Body in Foreign Body Tumorigenesis: A Review." *Cancer Research* No. 35 (February 1975): 279-286.

Brand, K.G. "Cancer Associated with Asbestosis, Schistosomiasis, Foreign Bodies, and Scars." *Cancer: A Comprehensive Treatise* 2nd Edition. Etiology: Chemical and Physical Carcinogenesis. Plenum Press. (1982).

Brand, K.G. "Solid State Carcinogenesis." *Barbury Report 25: Nongenotoxic Mechanisms in Carcinogensis.* (1987).

Brodeur, Paul. "The Magic Mineral." *The New Yorker* October 12, 1968.

Bunderson-Schelvan, Melisa, Jean C. Pfau, Robert Crouch, and Andrij Holian. "Nonpulmonary Outcomes of Asbestos Exposure." *Journal of Toxicology and Environmental Health. Part B, Critical Reviews* 14, no. 1–4 (2011): 122–52.

Burn, John, Anne-Marie Gerdes, Finlay Macrae, Jukka-Pekka Mecklin, Gabriela Moeslein, Sylviane Olschwang, Diane Eccles, et al. "Long-Term Effect of Aspirin on Cancer Risk in Carriers of Hereditary Colorectal Cancer: An Analysis from the CAPP2 Randomised Controlled Trial." *Lancet (London, England)* 378, no. 9809 (December 17, 2011): 2081–87.

Butterworth, B.E., J.A.A Popp, R.B. Connolly and T.L. Goldsworthy. "Chemically Induced Cell Proliferation in Carcinogenesis." *Mechanisms of Carcinogenesis in Risk Identification.* (1992): 279-305.

Buz'Zard, Amber R., and Benjamin H. S. Lau. "Pycnogenol® Reduces Talc-Induced Neoplastic Transformation in Human Ovarian Cell Cultures." *Phytotherapy Research* 21, no. 6 (June 2007): 579–86.

Caldwell, Carlyle G., White Thomas Aubrey, William L. George, and James J. Eberl. Medical dusting powder. United States US2626257A, filed May 21, 1952, and issued January 20, 1953.

Camargo, M. Constanza, Leslie T. Stayner, Kurt Straif, Margarita Reina, Umaima Al-Alem, Paul A. Demers, and Philip J. Landrigan. "Occupational Exposure to Asbestos and Ovarian Cancer: A Meta-Analysis." *Environmental Health Perspectives* 119, no. 9 (September 2011): 1211–17.

Carr, C.J. "Talc: Consumer Uses and Health Perspectives" 21 (1995): 211–15.

Chan, Andrew T., Edward L. Giovannucci, Jeffrey A. Meyerhardt, Eva S. Schernhammer, Gary C. Curhan, and Charles S. Fuchs. "Long-Term Use of Aspirin and Nonsteroidal Anti-Inflammatory Drugs and Risk of Colorectal Cancer." *JAMA* 294, no. 8 (August 24, 2005): 914–23.

Chang, Che-Jui, Yu-Kang Tu, Pau-Chung Chen, and Hsiao-Yu Yang. "Occupational Exposure to Talc Increases the Risk of Lung Cancer: A Meta-Analysis of Occupational Cohort Studies." *Canadian Respiratory Journal*, 2017.

Chang, Stella, and Harvey A. Risch. "Perineal Talc Exposure and Risk of Ovarian Carcinoma." *Cancer* 79, no. 12 (June 15, 1997): 2396–2401.

Chen, F., K. Gaitskell, M. J. Garcia, A. Albukhari, J. Tsaltas, and A. A. Ahmed. "Serous Tubal Intraepithelial Carcinomas Associated with High-Grade Serous Ovarian Carcinomas: A Systematic Review." *BJOG: An International Journal of Obstetrics and Gynaecology* 124, no. 6 (May 2017): 872–78.

Chen, Lee-May, and Jonathan S Berek. "Overview of Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum." *UpToDate*, 2018.

Chen, L-M, et al. "Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum: Epidemiology and Risk Factors - UpToDate," 2018.

Chen, Xi, Gerd A. Müller, Marianne Quaas, Martin Fischer, Namshik Han, Benjamin Stutchbury, Andrew D. Sharrocks, and Kurt Engeland. "The Forkhead Transcription Factor FOXM1 Controls Cell Cycle-Dependent Gene Expression through an Atypical Chromatin Binding Mechanism." *Molecular and Cellular Biology* 33, no. 2 (January 2013): 227–36.

Chen, Y., P. C. Wu, J. H. Lang, W. J. Ge, P. Hartge, and L. A. Brinton. "Risk Factors for Epithelial Ovarian Cancer in Beijing, China." *International Journal of Epidemiology* 21, no. 1 (February 1992): 23–29.

Chien, Jeremy, Hugues Sicotte, Jian-Bing Fan, Sean Humphray, Julie M. Cunningham, Kimberly R. Kalli, Ann L. Oberg, et al. "TP53 Mutations, Tetraploidy and Homologous Recombination Repair Defects in Early Stage High-Grade Serous Ovarian Cancer." *Nucleic Acids Research* 43, no. 14 (August 18, 2015): 6945–58.

Chittenden, B. G., G. Fullerton, A. Maheshwari, and S. Bhattacharya. "Polycystic Ovary Syndrome and the Risk of Gynaecological Cancer: A Systematic Review." *Reproductive Biomedicine Online* 19, no. 3 (September 2009): 398–405.

Cibula, D., M. Widschwendter, O. Májek, and L. Dusek. "Tubal Ligation and the Risk of Ovarian Cancer: Review and Meta-Analysis." *Human Reproduction Update* 17, no. 1 (January 1, 2011): 55–67.

Cibula, David, Martin Widschwendter, Michael Zikan, and Ladislav Dusek. "Underlying Mechanisms of Ovarian Cancer Risk Reduction after Tubal Ligation." *Acta Obstetricia Et Gynecologica Scandinavica* 90, no. 6 (June 2011): 559–63.

CIMBA, Georgia Chenevix-Trench, Roger L Milne, Antonis C Antoniou, Fergus J Couch, Douglas F Easton, and David E Goldgar. "An International Initiative to Identify Genetic Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: The Consortium of Investigators of Modifiers of BRCA1 and BRCA2 (CIMBA)." *Breast Cancer Research* 9, no. 2 (December 2007).

Cohen, Samuel M., and Lora L. Arnold. "Chemical Carcinogenesis." *Toxicological Sciences* 120, no. suppl_1 (March 1, 2011): S76–92.

Colditz, Graham A. "Cancer Prevention." *UpToDate*, 2018.

Collaborative Group on Epidemiological Studies of Ovarian Cancer, V. Beral, R. Doll, C. Hermon, R. Peto, and G. Reeves. "Ovarian Cancer and Oral Contraceptives: Collaborative Reanalysis of Data from 45 Epidemiological Studies Including 23,257 Women with Ovarian Cancer and 87,303 Controls." *Lancet* 371, no. 9609 (January 26, 2008): 303–14.

Collaborative Group On Epidemiological Studies Of Ovarian Cancer, V. Beral, K. Gaitskell, C. Hermon, K. Moser, G. Reeves, and R. Peto. "Menopausal Hormone Use and Ovarian Cancer Risk: Individual Participant Meta-Analysis of 52 Epidemiological Studies." *Lancet (London, England)* 385, no. 9980 (May 9, 2015): 1835–42.

Committee on Practice Bulletins–Gynecology, Committee on Genetics, Society of Gynecologic Oncology. "Practice Bulletin No 182: Hereditary Breast and Ovarian Cancer Syndrome." *Obstetrics and Gynecology* 130, no. 3 (2017): e110–26.

Compton, Sarah A., Sezgin Ozgür, and Jack D. Griffith. "Ring-Shaped Rad51 Paralog Protein Complexes Bind Holliday Junctions and Replication Forks as Visualized by Electron Microscopy." *The Journal of Biological Chemistry* 285, no. 18 (April 30, 2010): 13349–56.

Cook, Linda S., Mary L. Kamb, and Noel S. Weiss. "Perineal Powder Exposure and the Risk of Ovarian Cancer." *American Journal of Epidemiology* 145, no. 5 (March 1, 1997): 459–65.

Cook, LS. "Erratum in 'Perineal Powder Exposure and the Risk of Ovarian Cancer'." *American Journal of Epidemiology* 148, no. 410 (1997).

Coussens, Lisa M., and Zena Werb. "Inflammation and Cancer." *Nature* 420, no. 6917 (December 19, 2002): 860–67.

Cralley, L. J., M. M. Key, D. H. Groth, W. S. Lainhart, and R. M. Ligo. "Fibrous and Mineral Content of Cosmetic Talcum Products." *American Industrial Hygiene Association Journal* 29, no. 4 (August 1968): 350–54.

Cramer, D. W. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics and Gynecology* 94, no. 1 (July 1999): 160–61.

Cramer, D. W., R. F. Liberman, L. Titus-Ernstoff, W. R. Welch, E. R. Greenberg, J. A. Baron, and B. L. Harlow. "Genital Talc Exposure and Risk of Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 81, no. 3 (May 5, 1999): 351–56.

Cramer, D. W., W. R. Welch, R. E. Scully, and C. A. Wojciechowski. "Ovarian Cancer and Talc: A Case-Control Study." *Cancer* 50, no. 2 (July 15, 1982): 372–76.

Cramer, Daniel W., Linda Titus-Ernstoff, John R. McKolanis, William R. Welch, Allison F. Vitonis, Ross S. Berkowitz, and Olivera J. Finn. "Conditions Associated with Antibodies Against the Tumor-Associated Antigen MUC1 and Their Relationship to Risk for Ovarian Cancer." *Cancer Epidemiology Biomarkers & Prevention* 14, no. 5 (May 1, 2005): 1125–31.

Cramer, Daniel W., Allison F. Vitonis, Kathryn L. Terry, William R. Welch, and Linda J. Titus. "The Association between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." *Epidemiology (Cambridge, Mass.)*, December 17, 2015.

Cramer, Daniel, et al. "The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." *Epidemiology (Cambridge, Mass.)* 27, no. 3 (May 2016): 334–46.

Cramer, Daniel W., William R. Welch, Ross S. Berkowitz, and John J. Godleski. "Presence of Talc in Pelvic Lymph Nodes of a Woman with Ovarian Cancer and Long-Term Genital Exposure to Cosmetic Talc." *Obstetrics and Gynecology* 110, no. 2 Pt 2 (August 2007): 498–501.

Cramer, Daniel W., William R. Welch, Robert E. Scully, and Carol A. Wojciechowski. "Ovarian Cancer and Talc. A Case-Control Study." *Cancer* 50, no. 2 (July 15, 1982): 372–76.

Crum, Christopher P, Jonathan Bijron, and Brooke E. Howitt. "Pathogenesis of Ovarian, Fallopian Tubal, and Peritoneal Serous Carcinomas." *UpToDate*, 2018.

Crusz, Shanthini M., and Frances R Balkwill. "Inflammation and Cancer: Advances and New Agents." *Nature Reviews Clinical Oncology* 12 (October 2015): 584–96.

Curtis D. Klaassen, and John Doull. *Casarett and Doull's Toxicology : The Basic Science of*

*Poisons*. 8th Edition. McGraw-Hill Education, 2013.

Danforth, Kim N., Shelley S. Tworoger, Jonathan L. Hecht, Bernard A. Rosner, Graham A. Colditz, and Susan E. Hankinson. "Breastfeeding and Risk of Ovarian Cancer in Two Prospective Cohorts." *Cancer Causes & Control: CCC* 18, no. 5 (June 2007): 517–23.

Demirer, Ersin, Christian F. Ghattas, Mohamed O. Radwan, and Elamin M. Elamin. "Clinical and Prognostic Features of Erionite-Induced Malignant Mesothelioma." *Yonsei Med J* 56(2) (2015): 311-323.

Devaja, Omer. *Ovarian Cancer   From Pathogenesis to Treatment*. IntechOpen, 2018.

Ding, Yuan C., Lesley McGuffog, Sue Healey, Eitan Friedman, Yael Laitman, Shani-Paluch-Shimon, Bella Kaufman, et al. "A Nonsynonymous Polymorphism in IRS1 Modifies Risk of Developing Breast and Ovarian Cancers in BRCA1 and Ovarian Cancer in BRCA2 Mutation Carriers." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 21, no. 8 (August 2012): 1362–70.

Dixon, Suzanne C., Christina M. Nagle, Nicolas Wentzensen, Britton Trabert, Alicia Beeghly-Fadiel, Joellen M. Schildkraut, Kirsten B. Moysich, et al. "Use of Common Analgesic Medications and Ovarian Cancer Survival: Results from a Pooled Analysis in the Ovarian Cancer Association Consortium." *British Journal of Cancer* 116, no. 9 (April 25, 2017): 1223–28. https://doi.org/10.1038/bjc.2017.68.

Dodson, R. F., M. O'Sullivan, C. J. Corn, and S. P. Hammar. "Quantitative Comparison of Asbestos and Talc Bodies in an Individual with Mixed Exposure." *American Journal of Industrial Medicine* 27, no. 2 (February 1995): 207–15.

Donaldson, Ken. "The Inhalation Toxicology of *p*-aramid Fibrils." *Critical Reviews in Toxicology*, No. 39(6) (2009): 487-500.

Donaldson, Ken, Fiona A. Murphy, Rodger Duffin, Craig A. Poland. "Asbestos, Carbon Nanotubes and the Pleural Mesothelium: A Review of the Hypothesis Regarding the Role of Long Fibre Retention in the Parietal Pleura, Inflammation and Mesothelioma." *Particle and Fibre Toxicology* No. 7 (2010): 5.

D.R. Petterson. "JNJ 000251888," April 26, 1973.

Dubeau, L., and R. Drapkin. "Coming into Focus: The Nonovarian Origins of Ovarian Cancer." *Annals of Oncology: Official Journal of the European Society for Medical Oncology* 24 Suppl 8 (November 2013): viii28–35. https://doi.org/10.1093/annonc/mdt308.

Eberl, J. J., and W. L. George. "Comparative Evaluation of the Effects of Talcum and a New Absorbable Substitute on Surgical Gloves." *American Journal of Surgery* 75, no. 3 (March 1948): 493–97.

Egli, G. E., and M. Newton. "The Transport of Carbon Particles in the Human Female Reproductive Tract." *Fertility and Sterility* 12 (April 1961): 151–55.

Eng, Kevin H., J. Brian Szender, John Lewis Etter, Jasmine Kaur, Samantha Poblete, Ruea-Yea Huang, Qianqian Zhu, et al. "Paternal Lineage Early Onset Hereditary Ovarian Cancers: A Familial Ovarian Cancer Registry Study." *PLoS Genetics* 14, no. 2 (February 2018): e1007194. https://doi.org/10.1371/journal.pgen.1007194.

"Expert Report of Michael Crowley, Ph.D., In Re: Talcum Powder Prod. Liab. Litig., MDL No. 2738," November 12, 2018.

Fasching, Peter A., Simon Gayther, Leigh Pearce, Joellen M. Schildkraut, Ellen Goode, Falk Thiel, Georgia Chenevix-Trench, et al. "Role of Genetic Polymorphisms and Ovarian Cancer Susceptibility." *Molecular Oncology* 3, no. 2 (April 2009): 171–81.

https://doi.org/10.1016/j.molonc.2009.01.008.

Fathalla, M. F. "Incessant Ovulation and Ovarian Cancer - a Hypothesis Re-Visited." *Facts, Views & Vision in ObGyn* 5, no. 4 (2013): 292–97.

Fathalla, M. F. "Incessant Ovulation--a Factor in Ovarian Neoplasia?" *Lancet* 2, no. 7716 (July 17, 1971): 163.

FDA. "Ltr to Samuel S. Epstein, M.D., RE: Docket Numbers 94P-0420 and FDA-2008-P-0309-0001 /CP," April 1, 2017.

Fedak, Kristen M., Autumn Bernal, Zachary A. Capshaw, and Sherilyn Gross. "Applying the Bradford Hill Criteria in the 21st Century: How Data Integration Has Changed Causal Inference in Molecular Epidemiology." *Emerging Themes in Epidemiology* 12, no. 14 (2015).

"Federal Register Vol. 81, No.243, December 19, 2016 FDA Ban on Surgical Gloves." Accessed August 16, 2018.

Ferguson, Lynnette R. "Chronic Inflammation and Mutagenesis." *Mutation Research* 690, no. 1–2 (August 7, 2010): 3–11.

Fernandes, José Veríssimo, Ricardo Ney Oliveira Cobucci, Carlos André Nunes Jatobá, Thales Allyrio Araújo de Medeiros Fernandes, Judson Welber Veríssimo de Azevedo, and Josélio Maria Galvão de Araújo. "The Role of the Mediators of Inflammation in Cancer Development." *Pathology & Oncology Research* 21, no. 3 (July 2015): 527–34.

Ferrante, Daniela, Marinella Bertolotti, Annalisa Todesco, Dario Mirabelli, Benedetto Terracini, and Corrado Magnani. "Cancer Mortality and Incidence of Mesothelioma in a Cohort of Wives of Asbestos Workers in Casale Monferrato, Italy." *Environmental Health Perspectives* 115, no. 10 (October 2007): 1401–5.

Ferrer, Jaume, Juan F. Montes, Maria A. Villarino, Richard W. Light, and José García-Valero. "Influence of Particle Size on Extrapleural Talc Dissemination after Talc Slurry Pleurodesis." *Chest* 122, no. 3 (September 2002): 1018–27.

Fields, L., et al. "Gynecologic Cancer." Excerpt. *Clinical Oncology* 2001.

Fiume, Monice M., Ivan Boyer, Wilma F. Bergfeld, Donald V. Belsito, Ronald A. Hill, Curtis D. Klaassen, Daniel C. Liebler, et al. "Safety Assessment of Talc as Used in Cosmetics." *International Journal of Toxicology* 34, no. 1 suppl (July 1, 2015): 66S-129S.

Fletcher, Nicole M., Jimmy Belotte, Mohammed G. Saed, Ira Memaj, Michael P. Diamond, Robert T. Morris, and Ghassan M. Saed. "Specific Point Mutations in Key Redox Enzymes Are Associated with Chemoresistance in Epithelial Ovarian Cancer." *Free Radical Biology and Medicine* 102 (2017): 122–32.

Fletcher, Nicole M., Zhongliang Jiang, Rouba Ali-Fehmi, Nancy K. Levin, Jimmy Belotte, Michael A. Tainsky, Michael P. Diamond, Husam M. Abu-Soud, and Ghassan M. Saed. "Myeloperoxidase and Free Iron Levels: Potential Biomarkers for Early Detection and Prognosis of Ovarian Cancer." *Cancer Biomarkers* 10 (2012 2011): 267–75.

Fletcher, Nicole, Memaj, Ira, and Saed, Ghassan. "Talcum Powder Enhances Oxidative Stress in Ovarian Cancer Cells." *Reproductive Sciences*, February 28, 2018.

Fletcher, NM, and GM Saed. "Talcum Powder Enhances Cancer Antigen 125 Levels in Ovarian Cancer Cells." *Presented at the 65th Meeting of the Society for Reproductive Investigation, San Diego, California*, 2018.

Folkins, Ann K., Elke A. Jarboe, Jonathan L. Hecht, Michael G. Muto, and Christopher P. Crum. "Chapter 24 - Assessing Pelvic Epithelial Cancer Risk and Intercepting Early Malignancy." In *Diagnostic Gynecologic and Obstetric Pathology (Third Edition)*,

844–64. Philadelphia: Content Repository, 2018.

Ford, D., D.F. Easton, M. Stratton, S. Narod, D. Goldgar, P. Devilee, D.T. Bishop, et al. "Genetic Heterogeneity and Penetrance Analysis of the BRCA1 and BRCA2 Genes in Breast Cancer Families." *The American Journal of Human Genetics* 62, no. 3 (March 1998): 676–89.

Frank, Czul and Lascano Jorge. "An Uncommon Hazard: Pulmonary Talcosis as a Result of Recurrent Aspiration of Baby Powder." *Respiratory Medicine CME* No. 4 (2011): 109-111.

Freedman, Ralph S, Michael Deavers, Jinsong Liu, and Ena Wang. "Peritoneal Inflammation – A Microenvironment for Epithelial Ovarian Cancer (EOC)." *Journal of Translational Medicine* 2, no. 23 (2004).

Friebel, Tara M., Susan M. Domchek, and Timothy R. Rebbeck. "Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: Systematic Review and Meta-Analysis." *Journal of the National Cancer Institute* 106, no. 6 (June 2014): dju091.

Frost, G. "The Latency Period of Mesothelioma among a Cohort of British Asbestos Workers (1978-2005)." *British Journal of Cancer* 109, no. 7 (October 1, 2013): 1965–73.

Galea, Sandro, and Roger D. Vaughan. "Moving Beyond the Cause Constraint: A Public Health of Consequence, May 2018." *American Journal of Public Health* 108, no. 5 (May 2018): 602–3.

Gates, Margaret A., Bernard A. Rosner, Jonathan L. Hecht, and Shelley S. Tworoger. "Risk Factors for Epithelial Ovarian Cancer by Histologic Subtype." *American Journal of Epidemiology* 171, no. 1 (January 1, 2010): 45–53.

Gates, Margaret A., Shelley S. Tworoger, Kathryn L. Terry, Linda Titus-Ernstoff, Bernard Rosner, Immaculata De Vivo, Daniel W. Cramer, and Susan E. Hankinson. "Talc Use, Variants of the GSTM1, GSTT1, and NAT2 Genes, and Risk of Epithelial Ovarian Cancer." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 17, no. 9 (September 2008): 2436–44.

Genofre, Eduardo H., Francisco S. Vargas, Milena M. P. Acencio, Leila Antonangelo, Lisete R. Teixeira, and Evaldo Marchi. "Talc Pleurodesis: Evidence of Systemic Inflammatory Response to Small Size Talc Particles." *Respiratory Medicine* 103, no. 1 (January 2009): 91–97.

Germani, D., S. Belli, C. Bruno, M. Grignoli, M. Nesti, R. Pirastu, and P. Comba. "Cohort Mortality Study of Women Compensated for Asbestosis in Italy." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 129–34.

Gertig, D. M., D. J. Hunter, D. W. Cramer, G. A. Colditz, F. E. Speizer, W. C. Willett, and S. E. Hankinson. "Prospective Study of Talc Use and Ovarian Cancer." *Journal of the National Cancer Institute* 92, no. 3 (February 2, 2000): 249–52.

Ghio, Andrew J., Joleen M. Soukup, Lisa A. Dailey, Judy H. Richards, Jennifer L. Turi, Elizabeth N. Pavlisko, and Victor L. Roggli. "Disruption of Iron Homeostasis in Mesothelial Cells after Talc Pleurodesis." *American Journal of Respiratory Cell and Molecular Biology* 46, no. 1 (January 1, 2012): 80–86.

Gibbs, A.E., F.D. Pooley, M. Griffiths, R. Mitha, J.E. Craighead, J.R. Ruttner. "Talc Pneumoconiosis: A Pathologic and Mineralogic Study." *Human Pathology* 23, No. 12, (December 1992): 1344-1354.

Gloyne, S. R. "Two Cases of Squamous Carcinoma of the Lung Occurring in Asbestosis."

*Tubercle* 17 (1935): 5–10.

Godard, B., W. D. Foulkes, D. Provencher, J. S. Brunet, P. N. Tonin, A. M. Mes-Masson, S. A. Narod, and P. Ghadirian. "Risk Factors for Familial and Sporadic Ovarian Cancer among French Canadians: A Case-Control Study." *American Journal of Obstetrics and Gynecology* 179, no. 2 (August 1998): 403–10.

Gondal, M., et al. "Detection of Tox Metals (Lead and Chromium) in Talcum Powder Using Laser Induced Breakdown Spectroscopy." *Applied Optics* 51, No. 30, (October 2012): 7395-7401.

Gonzalez, Kelly D., Katie A. Noltner, Carolyn H. Buzin, Dongqing Gu, Cindy Y. Wen-Fong, Vu Q. Nguyen, Jennifer H. Han, et al. "Beyond Li Fraumeni Syndrome: Clinical Characteristics of Families with P53 Germline Mutations." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 27, no. 8 (March 10, 2009): 1250–56.

Gonzalez, Nicole L., Katie M. O'Brien, Aimee A. D'Aloisio, Dale P. Sandler, and Clarice R. Weinberg. "Douching, Talc Use, and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 27, no. 6 (2016): 797–802.

Goodman, Marc T, Galina Lurie, Pamela J Thompson, Katharine E McDuffie, and Michael E Carney. "Association of Two Common Single-Nucleotide Polymorphisms in the CYP19A1 Locus and Ovarian Cancer Risk." *Endocrine-Related Cancer* 15, no. 4 (December 2008): 1055–60.

Gordon, Ronald E., Sean Fitzgerald, and James Millette. "Asbestos in Commercial Cosmetic Talcum Powder as a Cause of Mesothelioma in Women." *International Journal of Occupational and Environmental Health* 20, no. 4 (October 2014): 318–32.

Graham, J., and R. Graham. "Ovarian Cancer and Asbestos." *Environmental Research* 1, no. 2 (October 1967): 115–28.

Graham, and Jenkins. "Value of Modified Starch as a Substitute for Talc." *Lancet (London, England)* 1, no. 6708 (March 22, 1952): 590–91.

Green, A., D. Purdie, C. Bain, V. Siskind, P. Russell, M. Quinn, and B. Ward. "Tubal Sterilisation, Hysterectomy and Decreased Risk of Ovarian Cancer. Survey of Women's Health Study Group." *International Journal of Cancer. Journal International Du Cancer* 71, no. 6 (June 11, 1997): 948–51.

Grivennikov, Sergei I., Florian R. Greten, and Michael Karin. "Immunity, Inflammation, and Cancer." *Cell* 140, no. 6 (March 19, 2010): 883–99.

Gross, A. J., and P. H. Berg. "A Meta-Analytical Approach Examining the Potential Relationship between Talc Exposure and Ovarian Cancer." *Journal of Exposure Analysis and Environmental Epidemiology* 5, no. 2 (June 1995): 181–95.

Hall, J. M., M. K. Lee, B. Newman, J. E. Morrow, L. A. Anderson, B. Huey, and M. C. King. "Linkage of Early-Onset Familial Breast Cancer to Chromosome 17q21." *Science (New York, N.Y.)* 250, no. 4988 (December 21, 1990): 1684–89.

Halme, J., M. G. Hammond, J. F. Hulka, S. G. Raj, and L. M. Talbert. "Retrograde Menstruation in Healthy Women and in Patients with Endometriosis." *Obstetrics and Gynecology* 64, no. 2 (August 1984): 151–54.

Hamilton, T. C., H. Fox, C. H. Buckley, W. J. Henderson, and K. Griffiths. "Effects of Talc on the Rat Ovary." *British Journal of Experimental Pathology* 65, no. 1 (February 1984): 101–6.

Hanahan, Douglas and Robert A. Weinberg. "Hallmarks of Cancer: The Next Generation." *Cell*

144, (March 4, 2011): 646-674.

Hankinson, S. E., D. J. Hunter, G. A. Colditz, W. C. Willett, M. J. Stampfer, B. Rosner, C. H. Hennekens, and F. E. Speizer. "Tubal Ligation, Hysterectomy, and Risk of Ovarian Cancer. A Prospective Study." *JAMA* 270, no. 23 (December 15, 1993): 2813–18.

Hannenhalli, Sridhar, and Klaus H. Kaestner. "The Evolution of Fox Genes and Their Role in Development and Disease." *Nature Reviews. Genetics* 10, no. 4 (April 2009): 233–40.

Harlow, B. L., D. W. Cramer, D. A. Bell, and W. R. Welch. "Perineal Exposure to Talc and Ovarian Cancer Risk." *Obstetrics and Gynecology* 80, no. 1 (July 1992): 19–26.

Harlow, B. L., and P. A. Hartge. "A Review of Perineal Talc Exposure and Risk of Ovarian Cancer." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 254–60.

Harlow, B. L., and N. S. Weiss. "A Case-Control Study of Borderline Ovarian Tumors: The Influence of Perineal Exposure to Talc." *American Journal of Epidemiology* 130, no. 2 (August 1989): 390–94.

Harper, Amy K, and Ghassan Saed. ""Talc Induces a pro-Oxidant State in Normal and Ovarian Cancer Cells through Genetic Point Mutations in Key Redox Enzymes," Accepted for Presentation at SGO Meeting," In Press 2019.

Hartge, P., R. Hoover, L. P. Lesher, and L. McGowan. "Talc and Ovarian Cancer." *JAMA: The Journal of the American Medical Association* 250, no. 14 (October 14, 1983): 1844.

Hasselbalch, Hans Carl. "Chronic Inflammation as a Promotor of Mutagenesis in Essential Thrombocythemia, Polycythemia Vera and Myelofibrosis. A Human Inflammation Model for Cancer Development?" *Leukemia Research* 37, no. 2 (February 2013): 214–20.

Havrilesky, Laura J., Patricia G. Moorman, William J. Lowery, Jennifer M. Gierisch, Remy R. Coeytaux, Rachel Peragallo Urrutia, Michaela Dinan, et al. "Oral Contraceptive Pills as Primary Prevention for Ovarian Cancer: A Systematic Review and Meta-Analysis." *Obstetrics and Gynecology* 122, no. 1 (July 2013): 139–47.

Heller, D. S., R. E. Gordon, and N. Katz. "Correlation of Asbestos Fiber Burdens in Fallopian Tubes and Ovarian Tissue." *American Journal of Obstetrics and Gynecology* 181, no. 2 (August 1999): 346–47.

Heller, D. S., R. E. Gordon, C. Westhoff, and S. Gerber. "Asbestos Exposure and Ovarian Fiber Burden." *American Journal of Industrial Medicine* 29, no. 5 (May 1996): 435–39.

Heller, D. S., C. Westhoff, R. E. Gordon, and N. Katz. "The Relationship between Perineal Cosmetic Talc Usage and Ovarian Talc Particle Burden." *American Journal of Obstetrics and Gynecology* 174, no. 5 (May 1996): 1507–10.

Henderson, W. J., T. C. Hamilton, M. S. Baylis, C. G. Pierrepoint, and K. Griffiths. "The Demonstration of the Migration of Talc from the Vagina and Posterior Uterus to the Ovary in the Rat." *Environmental Research* 40, no. 2 (August 1986): 247–50.

Henderson, W. J., T. C. Hamilton, and K. Griffiths. "Talc in Normal and Malignant Ovarian Tissue." *The Lancet* (March 3, 1979): 499.

Henderson, W. J., C. A. Joslin, A. C. Turnbull, and K. Griffiths. "Talc and Carcinoma of the Ovary and Cervix." *The Journal of Obstetrics and Gynaecology of the British Commonwealth* 78, no. 3 (March 1971): 266–72.

Hernán, Miguel A. "The C-Word: Scientific Euphemisms Do Not Improve Causal Inference From Observational Data." *American Journal of Public Health* 108, no. 5 (May 2018): 616–19.

Hill, Austin Bradford. "The Environment and Disease: Association or Causation?" *Proceedings*

*of the Royal Society of Medicine* 58, no. 5 (May 1965): 295–300.

Hillegass, Jedd M., Arti Shukla, Maximilian B. MacPherson, Jeffrey P. Bond, Chad Steele, and Brooke T. Mossman. "Utilization of Gene Profiling and Proteomics to Determine Mineral Pathogenicity in a Human Mesothelial Cell Line (LP9/TERT-1)." *Journal of Toxicology and Environmental Health. Part A* 73, no. 5 (January 2010): 423–36.

Hollinger, Mannfred. "Pulmonary Toxicity of Inhaled and Intravenous Talc." *Toxicology Letters* 52 (1990): 121-127.

Horowitz, Neil S., Austin Miller, Bunja Rungruang, Scott D. Richard, Noah Rodriguez, Michael A. Bookman, Chad A. Hamilton, Thomas C. Krivak, and G. Larry Maxwell. "Does Aggressive Surgery Improve Outcomes? Interaction between Preoperative Disease Burden and Complex Surgery in Patients with Advanced-Stage Ovarian Cancer: An Analysis of GOG 182." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 33, no. 8 (March 10, 2015): 937–43.

Houghton, Serena C., Katherine W. Reeves, Susan E. Hankinson, Lori Crawford, Dorothy Lane, Jean Wactawski-Wende, Cynthia A. Thomson, Judith K. Ockene, and Susan R. Sturgeon. "Perineal Powder Use and Risk of Ovarian Cancer." *Journal of the National Cancer Institute* 106, no. 9 (September 2014).

Huncharek, Michael, J. F. Geschwind, and Bruce Kupelnick. "Perineal Application of Cosmetic Talc and Risk of Invasive Epithelial Ovarian Cancer: A Meta-Analysis of 11,933 Subjects from Sixteen Observational Studies." *Anticancer Research* 23, no. 2C (April 2003): 1955–60.

Huncharek, Michael, Joshua Muscat, Adedayo Onitilo, and Bruce Kupelnick. "Use of Cosmetic Talc on Contraceptive Diaphragms and Risk of Ovarian Cancer: A Meta-Analysis of Nine Observational Studies." *European Journal of Cancer Prevention: The Official Journal of the European Cancer Prevention Organisation (ECP)* 16, no. 5 (October 2007): 422–29.

Hunn, Jessica, and Gustavo C. Rodriguez. "Ovarian Cancer: Etiology, Risk Factors, and Epidemiology." *Clinical Obstetrics and Gynecology* 55, no. 1 (March 2012): 3–23.

IARC. "Mechanisms of Fibre Carcinogens." *IARC Scientific Publications.* No. 140. 1996.

IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans – IARC: Asbestos," 1977.

IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Volume 58. Beryllium, Cadmium, Mercury, and Exposures in the Glass Manufacturing Industry," 1993.

IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans Volume 93 Carbon Black, Titanium Dioxide, and Talc." *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans / World Health Organization, International Agency for Research on Cancer* 93 (2010): 1–413.

IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Volume 100C," 2012.

IARC. "IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans: Silica and Some Silicates." IARC, 1987.

IARC. "IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans.   Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1-42. Supplement 7," 1987.

IARC, International Agency for Research on Cancer, and World Health Organization, eds.

*Carbon Black, Titanium Dioxide, and Talc*. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, v. 93. Lyon, France: Geneva: International Agency for Research on Cancer; Distributed by WHO Press, 2010.

"Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8, no. 19 (2009): 3107–11.

Institute of Medicine (US) Committee on Asbestos: Selected Health Effects. *Asbestos: Selected Cancers*. The National Academies Collection: Reports Funded by National Institutes of Health. Washington (DC): National Academies Press (US), 2006.

Isaacs, Claudine, and Beth N Peshkin. "Management of Patients at High Risk for Breast and Ovarian Cancer." *UpToDate*, 2018.

Iturralde, M., and P. F. Venter. "Hysterosalpingo-Radionuclide Scintigraphy (HERS)." *Seminars in Nuclear Medicine* 11, no. 4 (October 1981): 301–14.

J. Lightfoot, G.A. Kingston, and F.D. Pooley. "An Examination of Italian Mine Samples and Relevant Powders," 1972.

Jaiswal, M., N. F. LaRusso, L. J. Burgart, and G. J. Gores. "Inflammatory Cytokines Induce DNA Damage and Inhibit DNA Repair in Cholangiocarcinoma Cells by a Nitric Oxide-Dependent Mechanism." *Cancer Research* 60, no. 1 (January 1, 2000): 184–90.

"JANSSEN-000056 P-23 (Pltf_MISC_00000321) Ortho Diaphragm Information," n.d.

Jasuja, S. et al. "Cosmetic Talc-Related Pulmonary Granulomatosis." *Journal of Investigative Medicine High Impact Case Reports* (July-September 2017): 1–4.

Jaurand, M. C. "Mechanisms of Fiber-Induced Genotoxicity." *Environmental Health Perspectives* 105 Suppl 5 (September 1997): 1073–84.

Jaurand, M. C. "Particulate-State Carcinogenesis: A Survey of Recent Studies on the Mechanisms of Action of Fibres." *IARC Scientific Publications*, no. 90 (1989): 54–73.

Jaurand, MC. "Mechanisms of Fibre Genotoxicity." In *Mechanisms in Fibre Carcinogensis*. New York: Plenum Press, 1991.

Jervis, Sarah, Honglin Song, Andrew Lee, Ed Dicks, Jonathan Tyrer, Patricia Harrington, Douglas F. Easton, Ian J. Jacobs, Paul P. D. Pharoah, and Antonis C. Antoniou. "Ovarian Cancer Familial Relative Risks by Tumour Subtypes and by Known Ovarian Cancer Genetic Susceptibility Variants." *Journal of Medical Genetics* 51, no. 2 (February 2014): 108–13.

Jia, D, Y Nagaoka, S Orsulic, and M Katsumata. "Inflammation Is a Key Contributor to Ovarian Cancer Cell Seeding." *Scientific Reports* 8, no. 12394 (August 17, 2018).

Jiang, Zhongliang, Nicole M. Fletcher, Rouba Ali-Fehmi, Michael P. Diamond, Husam M. Abu-Soud, Adnan R. Munkarah, and Ghassan M. Saed. "Modulation of Redox Signaling Promotes Apoptosis in Epithelial Ovarian Cancer Cells." *Gynecologic Oncology* 122, no. 2 (August 2011): 418–23.

John M. DeSesso. "Exponent Talc Defense Presentation Toxic Talc?" January 18, 2018.

Jones, Richard E., and Kristin H. Lopez. "Human Reproductive Biology - 4th Edition Chapter 9 - Gamete Transport and Fertilization." In *Human Reproductive Biology*, Third., 159–73. San Diego: Academic Press, 2006.

Jordan, SJ, KL Cushing-Haugen, KG Wicklund, JA Doherty, and MA Rossing. "Breast Feeding and Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control: CCC* 23, no. 6 (June 2012): 919–27.

Jordan, Susan J., Victor Siskind, Adèle C Green, David C. Whiteman, and Penelope M. Webb. "Breastfeeding and Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control: CCC*

21, no. 1 (January 2010): 109–16.

Jordan, Susan J., David C. Whiteman, David M. Purdie, Adèle C. Green, and Penelope M. Webb. "Does Smoking Increase Risk of Ovarian Cancer? A Systematic Review." *Gynecologic Oncology* 103, no. 3 (December 2006): 1122–29.

Jurinski, Joseph B., and J. Donald Rimstidt. "Biodurability of Talc." *American Mineralogist* 86, no. 4 (April 2001): 392–99.

Kane, AB, P Boffetta, R Saracci, and JD Wilbourn. "Mechanisms of Fibre Carcinogenesis." IARC, 1996.

Kang, N., D. Griffin, and H. Ellis. "The Pathological Effects of Glove and Condom Dusting Powders." *Journal of Applied Toxicology* 12, no. 6 (December 1992): 443–49.

Kanterman, J., Moshe Sade-Feldman, Michal Baniyash. "New Insights into Chronic Inflammation-Induced Immunosuppression." *Seminars in Cancer Biology* 22 (2012): 307– 318.

Karageorgi, Stalo, Margaret A. Gates, Susan E. Hankinson, and Immaculata De Vivo. "Perineal Use of Talcum Powder and Endometrial Cancer Risk." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 19, no. 5 (May 2010): 1269–75.

Kasper, C. S., and P. J. Chandler. "Possible Morbidity in Women from Talc on Condoms." *JAMA: The Journal of the American Medical Association* 273, no. 11 (March 15, 1995): 846–47.

Kauff, Noah D., Nandita Mitra, Mark E. Robson, Karen E. Hurley, Shaokun Chuai, Deborah Goldfrank, Eve Wadsworth, et al. "Risk of Ovarian Cancer in BRCA1 and BRCA2 Mutation-Negative Hereditary Breast Cancer Families." *Journal of the National Cancer Institute* 97, no. 18 (September 21, 2005): 1382–84.

Keal, E.E. "Asbestosis and Abdominal Neoplasms." *The Lancet* (December 3, 1960): 1211-1260.

Keskin, Nadi, Yasemin Aktan Teksen, Esra Gürlek Ongun, Yusuf Ozay, and Halil Saygili. "Does Long-Term Talc Exposure Have a Carcinogenic Effect on the Female Genital System of Rats? An Experimental Pilot Study." *Archives of Gynecology and Obstetrics* 280, no. 6 (December 2009): 925–31.

Khan, Mohd Imran, AmoghA. Sahasrabuddhe, Govil Patil, Mohd Javed Akhtar, Mohd Ashquin, and Iqbal Ahmad. "Nano-Talc Stabilizes TNF- $\alpha$ m-RNA in Human Macrophages." *Journal of Biomedical Nanotechnology* 7, no. 1 (January 1, 2011): 112–13.

King, HM. "Talc: The Softest Mineral.,"

King, Talmadge. "Asbestos-Related Pleuropulmonary Disease." Edited by Kevin Flaherty. *UpToDate*, 2018.

Kiraly, Orsolya, Guanyu Gong, Werner Olipitz, Sureshkumar Muthupalani, and Bevin P. Engelward. "Inflammation-Induced Cell Proliferation Potentiates DNA Damage-Induced Mutations In Vivo." *PLoS Genetics*, February 3, 2015.

Kissler, Stefan, Ernst Siebzehnruebl, Joachim Kohl, Anja Mueller, Nadja Hamscho, Regine Gaetje, Andre Ahr, Achim Rody, and Manfred Kaufmann. "Uterine Contractility and Directed Sperm Transport Assessed by Hysterosalpingoscintigraphy (HSSG) and Intrauterine Pressure (IUP) Measurement." *Acta Obstetricia Et Gynecologica Scandinavica* 83, no. 4 (April 2004): 369–74.

Klampfer, Lidija. "Cytokines, Inflammation and Colon Cancer." *Current Cancer Drug Targets*

11, no. 4 (May 2011): 451–64.

Knudson, A. G. "Mutation and Cancer: Statistical Study of Retinoblastoma." *Proceedings of the National Academy of Sciences of the United States of America* 68, no. 4 (April 1971): 820–23.

Kunz, G., D. Beil, H. Deiniger, A. Einspanier, G. Mall, and G. Leyendecker. "The Uterine Peristaltic Pump. Normal and Impeded Sperm Transport within the Female Genital Tract." *Advances in Experimental Medicine and Biology* 424 (1997): 267–77.

Kurman, Robert J., and Ie-Ming Shih. "Molecular Pathogenesis and Extraovarian Origin of Epithelial Ovarian Cancer. Shifting the Paradigm." *Human Pathology* 42, no. 7 (July 2011): 918–31.

Kurman, Robert J. "The Dualistic Model of Ovarian Carcinogenesis." *The American Journal of Pathology* 186, no. 4 (April 1, 2016): 733–47.

Kurman, Robert J., "The Origin and Pathogenesis of Epithelial Ovarian Cancer: A Proposed Unifying Theory." *The American Journal of Surgical Pathology* 34, no. 3 (March 2010): 433–43.

Kurta, Michelle L., Kirsten B. Moysich, Joel L. Weissfeld, Ada O. Youk, Clareann H. Bunker, Robert P. Edwards, Francesmary Modugno, Roberta B. Ness, and Brenda Diergaarde. "Use of Fertility Drugs and Risk of Ovarian Cancer: Results from a US-Based Case-Control Study." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 21, no. 8 (August 2012): 1282–92.

La Vecchia. "Ovarian Cancer: Epidemiology and Risk Factors." *European Journal of Cancer Prevention* 26 (2017): 55–62.

Lambert, C., et al. "A Case-Control Study of Mesothelioma in Minnesota Iron Ore (Taconite) Miners." *Occup Environ Med* 73 (2016):103–109.

Lancaster, Johnathan M., C. Bethan Powell, Lee-may Chen, and Debra L. Richardson. "Society of Gynecologic Oncology Statement on Risk Assessment for Inherited Gynecologic Cancer Predispositions." *Gynecologic Oncology* 136, no. 1 (January 2015): 3–7.

Landen, Charles N., Michael J. Birrer, and Anil K. Sood. "Early Events in the Pathogenesis of Epithelial Ovarian Cancer." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 26, no. 6 (February 20, 2008): 995–1005.

Langseth, H., S. E. Hankinson, J. Siemiatycki, and E. Weiderpass. "Perineal Use of Talc and Risk of Ovarian Cancer." *Journal of Epidemiology and Community Health* 62, no. 4 (April 2008): 358–60.

Langseth, H., B.V. Johansen, J.M. Nesland, and K. Kjaerheim. "Asbestos Fibers in Ovarian Tissue from Norwegian Pulp and Paper Workers." *International Journal of Gynecological Cancer* 17, no. 1 (January 2007): 44–49.

Langseth, Hilde, and Kristina Kjaerheim. "Ovarian Cancer and Occupational Exposure among Pulp and Paper Employees in Norway." *Scandinavian Journal of Work, Environment & Health* 30, no. 5 (October 2004): 356–61.

Lanphear, B. P., and C. R. Buncher. "Latent Period for Malignant Mesothelioma of Occupational Origin." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 34, no. 7 (July 1992): 718–21.

Lee, Jennifer S., Esther M. John, Valerie McGuire, Anna Felberg, Kimberly L. Ostrow, Richard A. DiCioccio, Frederick P. Li, Alexander Miron, Dee W. West, and Alice S. Whittemore. "Breast and Ovarian Cancer in Relatives of Cancer Patients, with and without BRCA

Mutations." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 15, no. 2 (February 2006): 359–63.

Leikauf, George. "Toxic Responses of the Respiratory System." Chapter 15. 2013.

Levanon, Keren, Christopher Crum, and Ronny Drapkin. "New Insights into the Pathogenesis of Serous Ovarian Cancer and Its Clinical Impact." *Journal of Clinical Oncology* 26, no. 32 (November 10, 2008): 5284–93

Levy-Lahad, E., and E. Friedman. "Cancer Risks among BRCA1 and BRCA2 Mutation Carriers." *British Journal of Cancer* 96, no. 1 (January 15, 2007): 11–15.

Levy, Stuart. "Pulmonary Reactions to Other Occupational Dusts and Fumes." *Occupational Medicine.* 3rd Edition. Mosby. 1994.

Lin, Hui-Wen, Ying-Yueh Tu, Shiyng Yu Lin, Wei-Ju Su, Wei Li Lin, Wei Zer Lin, Shen-Chi Wu, and Yuen-Liang Lai. "Risk of Ovarian Cancer in Women with Pelvic Inflammatory Disease: A Population-Based Study." *The Lancet. Oncology* 12, no. 9 (September 2011): 900–904.

Liou, Geou-Yarh, and Peter Storz. "Reactive Oxygen Species in Cancer." *Free Radical Research* 44, no. 5 (May 2010): 476–96.

Liu, D. T., and A. Hitchcock. "Endometriosis: Its Association with Retrograde Menstruation, Dysmenorrhoea and Tubal Pathology." *British Journal of Obstetrics and Gynaecology* 93, no. 8 (August 1986): 859–62.

Lo-Ciganic, Wei-Hsuan, Janice C. Zgibor, Clareann H. Bunker, Kirsten B. Moysich, Robert P. Edwards, and Roberta B. Ness. "Aspirin, Nonaspirin Nonsteroidal Anti-Inflammatory Drugs, or Acetaminophen and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 23, no. 2 (March 2012): 311–19.

Lockey, J. E. "Nonasbestos Fibrous Minerals." *Clinics in Chest Medicine* 2, no. 2 (May 1981): 203–18.

Longo, D. L., and R. C. Young. "Cosmetic Talc and Ovarian Cancer." *Lancet* 2, no. 8138 (August 18, 1979): 349–51.

Luan, Nan-Nan, Qi-Jun Wu, Ting-Ting Gong, Emily Vogtmann, Yong-Lai Wang, and Bei Lin. "Breastfeeding and Ovarian Cancer Risk: A Meta-Analysis of Epidemiologic Studies1234." *The American Journal of Clinical Nutrition* 98, no. 4 (October 2013): 1020–31.

Lundin, Eva, Laure Dossus, Tess Clendenen, Vittorio Krogh, Kjell Grankvist, Marianne Wulff, Sabina Sieri, et al. "C-Reactive Protein and Ovarian Cancer: A Prospective Study Nested in Three Cohorts (Sweden, USA, Italy)." *Cancer Causes & Control: CCC* 20, no. 7 (September 2009): 1151–59.

Madsen, Cecilie, Louise Baandrup, Christian Dehlendorff, and Susanne K. Kjaer. "Tubal Ligation and Salpingectomy and the Risk of Epithelial Ovarian Cancer and Borderline Ovarian Tumors: A Nationwide Case-Control Study." *Acta Obstetricia Et Gynecologica Scandinavica* 94, no. 1 (January 2015): 86–94.

Magnani, C., D. Ferrante, F. Barone-Adesi, M. Bertolotti, A. Todesco, D. Mirabelli, and B. Terracini. "Cancer Risk after Cessation of Asbestos Exposure: A Cohort Study of Italian Asbestos Cement Workers." *Occupational and Environmental Medicine* 65, no. 3 (March 2008): 164–70.

Mäki-Nevala, Satu, Virinder Kaur Sarhadi, Aija Knuuttila, Ilari Scheinin, Pekka Ellonen, Sonja Lagström, Mikko Rönty, et al. "Driver Gene and Novel Mutations in Asbestos-Exposed

Lung   Adenocarcinoma and Malignant Mesothelioma Detected    by Exome Sequencing." *Lung* 194, no. 1 (February 2016): 125–35.

Mallen, Adrianne R., Mary K. Townsend, and Shelley S. Tworoger. "Risk Factors for Ovarian Carcinoma." *Hematology/Oncology Clinics of North America*, September 2018.

Mandel, J., et al. "A Review of Mortality Associated with Elongate Mineral Particle (EMP) Exposure in Occupational Epidemiology Studies of Gold, Talc, and Taconite Mining." *American Journal of Industrial Medicine* 59 (2016): 1047-1060.

Mannino, David M. "Cigarette Smoking and Other Possible Risk Factors for Lung Cancer." *UpToDate*, 2018.

Mattenklott, M. "Asbestos in Talc Powders and Soapstone – The Present State." *Gefahrstoffe-Reinhalt.* Luft 67 No. 7/8 (2007): 287-291.

McCullough, Marie. "Condom Makers Stop Using Talc." *Asbury Park Press*. January 16, 1996.

McCullough, Marie. "Women's Health Concerns Prompt Condom Makers to Stop Using Talc." *Jersey Journal*. April 17, 1996, City Edition.

McLaughlin-Drubin, Margaret E., and Karl Munger. "Viruses Associated with Human Cancer." *Biochimica et Biophysica Acta* 1782, no. 3 (March 2008): 127–50.

McLemore, Miaskowski, Chen Aouizerat, and Dodd. "Epidemiological and Genetic Factors Associated With Ovarian Cancer." *Cancer Nursing* 32, no. 4 (2009): 281–88.

Melaiu, Ombretta, Federica Gemignani, and Stefano Landi. "The Genetic Susceptibility in the Development of Malignant Pleural Mesothelioma." *Journal of Thoracic Disease* 10, no. Suppl 2 (January 2018): S246–52.

Meng, Qingsong, Weixue Sun, John Jiang, Nicole M. Fletcher, Michael P. Diamond, and Ghassan M. Saed. "Identification of Common Mechanisms between Endometriosis and Ovarian Cancer." *Journal of Assisted Reproduction and Genetics* 28 (2011): 917–23.

Merritt, Melissa A., Adèle C. Green, Christina M. Nagle, Penelope M. Webb, Australian Cancer Study (Ovarian Cancer), and Australian Ovarian Cancer Study Group. "Talcum Powder, Chronic Pelvic Inflammation and NSAIDs in Relation to Risk of Epithelial Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 122, no. 1 (January 1, 2008): 170–76.

Miller, Diane M, and Jessica N. McAlpine. "Opportunistic Salpingectomy for Ovarian, Fallopian Tubal, and Peritoneal Carcinoma Risk Reduction." *UpToDate*, 2018.

Mills, Paul K., Deborah G. Riordan, Rosemary D. Cress, and Heather A. Young. "Perineal Talc Exposure and Epithelial Ovarian Cancer Risk in the Central Valley of California." *International Journal of Cancer. Journal International Du Cancer* 112, no. 3 (November 10, 2004): 458–64.

Milne, R. L., and A. C. Antoniou. "Genetic Modifiers of Cancer Risk for BRCA1 and BRCA2 Mutation Carriers." *Annals of Oncology: Official Journal of the European Society for Medical Oncology* 22 Suppl 1 (January 2011): i11-17.

Milne, Roger L., and Antonis C. Antoniou. "Modifiers of Breast and Ovarian Cancer Risks for BRCA1 and BRCA2 Mutation Carriers." *Endocrine-Related Cancer* 23, no. 10 (2016): T69-84.

Moller, Danielsen, and Roursgaard Jantzen. "Oxidatively Damaged DNA in Animals Exposed to Particles." *Critical Reviews in Toxicology* 43, no. 2 (2013): 96–118.

Moon, Min Chaul, Jung Duck Park, Byung Soon Choi, So Young Park, Dong Won Kim, Yong Hyun Chung, Naomi Hisanaga, and Il Je Yu. "Risk Assessment of Baby Powder Exposure through Inhalation." *Toxicological Research* 27, no. 3 (September 2011):

137–41.

Moorman, Patricia G. "Scientific Review of the Epidemiologic Evidence on Talc Use and Ovarian Cancer," February 2018.

Moorman, Patricia G., Rachel T. Palmieri, Lucy Akushevich, Andrew Berchuck, and Joellen M. Schildkraut. "Ovarian Cancer Risk Factors in African-American and White Women." *American Journal of Epidemiology* 170, no. 5 (September 1, 2009): 598–606.

Moskowitz, Robert. "Talc Pneumoconiosis: A Treated Case." *Chest* 58, No.1 (July 1970): 37-41.

Mostafa, S. A., C. B. Bargeron, R. W. Flower, N. B. Rosenshein, T. H. Parmley, and J. D. Woodruff. "Foreign Body Granulomas in Normal Ovaries." *Obstetrics and Gynecology* 66, no. 5 (November 1985): 701–2.

Murphy, Megan A., Britton Trabert, Hannah P. Yang, Yikyung Park, Louise A. Brinton, Patricia Hartge, Mark E. Sherman, Albert Hollenbeck, and Nicolas Wentzensen. "Non-Steroidal Anti-Inflammatory Drug Use and Ovarian Cancer Risk: Findings from the NIH-AARP Diet and Health Study and Systematic Review." *Cancer Causes & Control: CCC* 23, no. 11 (November 2012): 1839–52.

Muscat, J. E., and M. S. Huncharek. "Causation and Disease: Biomedical Science in Toxic Tort Litigation." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 31, no. 12 (December 1989): 997–1002.

Nadler, Diana L., and Igor G. Zurbenko. "Estimating Cancer Latency Times Using a Weibull Model," 2014, 8.

Nam, Key and Douglas R. Gracey. "Pulmonary Talcosis from Cosmetic Talcum Powder." *JAMA* 221, No. 5 (1972): 492-493.

Narod, Steven A. "Talc and Ovarian Cancer." *Gynecologic Oncology* 141, no. 3 (2016): 410–12.

National Cancer Institute, Surveillance, Epidemiology, and End Results Program. "Cancer Stat Facts: Ovarian Cancer," 2018.

National Cancer Institute. "NCI Dictionary of Cancer Terms: Pleurodesis."

"National Toxicology Program (NTP) Technical Report (NTP TR 421) on the Toxicology and Carcinogenesis Studies of Talc in F344/N Rats and B6C3F1 Mice." National Institutes of Health, 1993.

Nelson, Heather H., and Karl T. Kelsey. "The Molecular Epidemiology of Asbestos and Tobacco in Lung Cancer." *Oncogene* 21, no. 48 (October 21, 2002): 7284–88.

Ness, R. B., and C. Cottreau. "Possible Role of Ovarian Epithelial Inflammation in Ovarian Cancer." *JNCI Journal of the National Cancer Institute* 91, no. 17 (September 1, 1999): 1459–67.

Ness, R. B., J. A. Grisso, C. Cottreau, J. Klapper, R. Vergona, J. E. Wheeler, M. Morgan, and J. J. Schlesselman. "Factors Related to Inflammation of the Ovarian Epithelium and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 11, no. 2 (March 2000): 111–17.

Ness, Roberta B., Daniel W. Cramer, Marc T. Goodman, Susanne Krûger Kjaer, Kathy Mallin, Berit Jul Mosgaard, David M. Purdie, Harvey A. Risch, Ronald Vergona, and Anna H. Wu. "Infertility, Fertility Drugs, and Ovarian Cancer: A Pooled Analysis of Case-Control Studies." *American Journal of Epidemiology* 155, no. 3 (February 1, 2002): 217–24.

Neutra, Raymond Richard, Carl F. Cranor, and David Gee. "The Use and Misuse of Bradford Hill in U.S. Tort Law." *Jurimetrics J.*, 2018, 127–62.

Newhouse, M. L., G. Berry, J. C. Wagner, and M. E. Turok. "A Study of the Mortality of Female Asbestos Workers." *British Journal of Industrial Medicine* 29, no. 2 (April 1972): 134–41.

Nick, Alpa M., Robert L. Coleman, Pedro T. Ramirez, and Anil K. Sood. "A Framework for a Personalized Surgical Approach to Ovarian Cancer." *Nature Reviews. Clinical Oncology* 12, no. 4 (April 2015): 239–45.

NIOSH. "Asbestos Fibers and Other Elongated Mineral Particles: State of the Science and Roadmap for Research (Revised Draft)," January 2009.

NIOSH. "Fiber Exposure during Use of Baby Powders, Report No. IWS-36-6.," July 1972.

NIOSH. 2011 Current Intelligence Bulletin No. 62," 2011.

NIOSH. "Pocket Guide to Chemical Hazards: Asbestos." Publication No. 2005-149 (September 2007).

Norquist, Barbara M., Maria I. Harrell, Mark F. Brady, Tom Walsh, Ming K. Lee, Suleyman Gulsuner, Sarah S. Bernards, et al. "Inherited Mutations in Women With Ovarian Carcinoma." *JAMA Oncology* 2, no. 4 (April 2016): 482–90.

NTP.    "Report on Carcinogens: Asbestos." 14th Edition. 2016.

NTP. "NTP Technical Report on the Toxicology and Carcinogenesis Studies of Benzophenone (CAS No. 119-61-9) In F344/N Rats and B6C3F1 Mice," February 2006.

NTP. "NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)(NonAsbestiform) in F344/N.Rats and B6C3Fl Mice (Inhalation Studies)," 1993.

Oberdörster, Günter, Eva Oberdörster, and Jan Oberdörster. "Nanotoxicology: An Emerging Discipline Evolving from Studies of Ultrafine Particles." *Environmental Health Perspectives* 113, no. 7 (July 2005): 823–39. https://doi.org/10.1289/ehp.7339.

Okada, Futoshi. "Beyond Foreign-Body-Induced Carcinogenesis: Impact of Reactive Oxygen Species Derived from Inflammatory Cells in Tumorigenic Conversion and Tumor Progression." *International Journal of Cancer* 121, no. 11 (December 1, 2007): 2364–72.

Paoletti, L., S. Caiazza, G. Donelli, and F. Pocchiari. "Evaluation by Electron Microscopy Techniques of Asbestos Contamination in Industrial, Cosmetic, and Pharmaceutical Talcs." *Regulatory Toxicology and Pharmacology: RTP* 4, no. 3 (September 1984): 222–35.

Park, Hyo K., Joellen M. Schildkraut, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa Bondy, Sydnee Crankshaw, et al. "Benign Gynecologic Conditions Are Associated with Ovarian Cancer Risk in African-American Women: A Case–Control Study." *Cancer Causes & Control*, September 29, 2018.

Parmar, M. K. B., J. A. Ledermann, N. Colombo, A. du Bois, J.-F. Delaloye, G. B. Kristensen, S. Wheeler, et al. "Paclitaxel plus Platinum-Based Chemotherapy versus Conventional Platinum-Based Chemotherapy in Women with Relapsed Ovarian Cancer: The ICON4/AGO-OVAR-2.2 Trial." *Lancet (London, England)* 361, no. 9375 (June 21, 2003): 2099–2106.

Parmley, T. H., and J. D. Woodruff. "The Ovarian Mesothelioma." *American Journal of Obstetrics and Gynecology* 120, no. 2 (September 15, 1974): 234–41.

*Pathology of Asbestos-Associated Diseases*, 2011.

Pearce, Celeste Leigh, Claire Templeman, Mary Anne Rossing, Alice Lee, Aimee M Near, Penelope M Webb, Christina M Nagle, et al. "Association between Endometriosis and Risk of Histological Subtypes of Ovarian Cancer: A Pooled Analysis of Case–Control Studies." *The Lancet Oncology* 13, no. 4 (April 2012): 385–94. https://doi.org/10.1016/S1470-2045(11)70404-1.

Pejovic, Tanja, and Farr Nezhat. "Missing Link: Inflammation and Ovarian Cancer." *The Lancet.*

*Oncology* 12, no. 9 (September 2011): 833–34.

Pelling, D., and J. G. Evans. "Long-Term Peritoneal Tissue Response in Rats to Mould-Release Agents and Lubricant Powder Used on Surgeons' Gloves." *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 24, no. 5 (May 1986): 425–30.

Penninkilampi, Ross, and Guy D. Eslick. "Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis." *Epidemiology (Cambridge, Mass.)* 29, no. 1 (January 2018): 41–49.

Peshkin, B., et al. "Genetic Counseling and Testing for Hereditary Breast and Ovarian Cancer - UpToDate," 2018. https://www.uptodate.com/contents/genetic-counseling-and-testing-for-hereditary-breast-and-ovarian-cancer?search=Genetic%20counseling%20and%20testing%20for%20hereditary%20breast%20and%20ovarian%20cancer&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

Peshkin, B. "Overview of Hereditary Breast and Ovarian Cancer Syndromes - UpToDate," 2018. https://www.uptodate.com/contents/overview-of-hereditary-breast-and-ovarian-cancer-syndromes?search=Overview%20of%20hereditary%20breast%20and%20ovarian%20cancer%20syndromes&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

Peshkin, B. "Prevalence of BRCA1 and BRCA2 Mutations and Associated Cancer Risks - UpToDate," 2018. https://www.uptodate.com/contents/prevalence-of-brca1-and-brca2-mutations-and-associated-cancer-risks?search=prevalence-of-brca1-and-brca2-mu%E2%80%A6search_result%26selectedTitle%3D1~73%26usage_type%3Ddefault%26display_rank%3D1&source=search_result&selectedTitle=2~150&usage_type=default&display_rank=2.

Phillips, J. C., P. J. Young, K. Hardy, and S. D. Gangolli. "Studies on the Absorption and Disposition of 3H-Labelled Talc in the Rat, Mouse, Guinea-Pig and Rabbit." *Food and Cosmetics Toxicology* 16, no. 2 (April 1978): 161–63.

Pira, E, C Pelucchi, L Buffoni, A Palmas, M Turbiglio, E Negri, P G Piolatto, and C La Vecchia. "Cancer Mortality in a Cohort of Asbestos Textile Workers." *British Journal of Cancer* 92, no. 3 (February 2005): 580–86.

Pira, Enrico, Canzio Romano, Francesco S. Violante, Andrea Farioli, Giovanna Spatari, Carlo La Vecchia, and Paolo Boffetta. "Updated Mortality Study of a Cohort of Asbestos Textile Workers." *Cancer Medicine* 5, no. 9 (2016): 2623–28.

Porro, F. W., and N. M. Levine. "Pathology of Talc Pneumoconiosis with Report of an Autopsy." *Northern New York Medical Journal* 3 (April 1946): 23–25.

Pott, R., and K. H. Friedrichs. "Tumors in Rats Following i.p. Injection of Fiberform Dusts." *Naturwissenschaften* 59 (n.d.): 318–24.

Prat, Jaime, and FIGO Committee on Gynecologic Oncology. "Abridged Republication of FIGO's Staging Classification for Cancer of the Ovary, Fallopian Tube, and Peritoneum." *Cancer* 121, no. 19 (October 1, 2015): 3452–54.

Pukkala, Eero, Jan Ivar Martinsen, Elsebeth Lynge, Holmfridur Kolbrun Gunnarsdottir, Pär Sparén, Laufey Tryggvadottir, Elisabete Weiderpass, and Kristina Kjaerheim. "Occupation and Cancer - Follow-up of 15 Million People in Five Nordic Countries." *Acta Oncologica (Stockholm, Sweden)* 48, no. 5 (2009): 646–790.

Purdie, D., A. Green, C. Bain, V. Siskind, B. Ward, N. Hacker, M. Quinn, G. Wright, P. Russell,

and B. Susil. "Reproductive and Other Factors and Risk of Epithelial Ovarian Cancer: An Australian Case-Control Study. Survey of Women's Health Study Group." *International Journal of Cancer. Journal International Du Cancer* 62, no. 6 (September 15, 1995): 678–84.

Purdie, David M., Christopher J. Bain, Victor Siskind, Penelope M. Webb, and Adèle C. Green. "Ovulation and Risk of Epithelial Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 104, no. 2 (March 20, 2003): 228–32.

Radic, I, I Vucak, J Milosevic, A Marusic, S Vukicevic, and M Marusic. "Immunosuppression Induced by Talc Granulomatosis in the Rat." *Clinical and Experimental Immunology* 73, no. 2 (August 1988): 316–21.

Ramus, Susan J., Antonis C. Antoniou, Karoline B. Kuchenbaecker, Penny Soucy, Jonathan Beesley, Xiaoqing Chen, Lesley McGuffog, et al. "Ovarian Cancer Susceptibility Alleles and Risk of Ovarian Cancer in BRCA1 and BRCA2 Mutation Carriers." *Human Mutation* 33, no. 4 (April 2012): 690–702.

Rasool, Nabila, Amanda Nickles Fader, Leigh Seamon, Nikki L. Neubauer, Fadi Abu Shahin, Heather A. Alexander, Kathleen Moore, et al. "Stage I, Grade 3 Endometrioid Adenocarcinoma of the Endometrium: An Analysis of Clinical Outcomes and Patterns of Recurrence." *Gynecologic Oncology* 116, no. 1 (January 2010): 10–14.

Rayburn, Elizabeth R., Scharri J. Ezell, and Ruiwen Zhang. "Anti-Inflammatory Agents for Cancer Therapy." *Molecular and Cellular Pharmacology* 1, no. 1 (2009): 29–43.

Rebbeck, Timothy R., Nandita Mitra, Fei Wan, Olga M. Sinilnikova, Sue Healey, Lesley McGuffog, Sylvie Mazoyer, et al. "Association of Type and Location of BRCA1 and BRCA2 Mutations with Risk of Breast and Ovarian Cancer." *JAMA* 313, no. 13 (April 7, 2015): 1347–61.

"Reference Manual on Scientific Evidence" Third Edition (2011).

Rehman, Ghana, et al. "Determination of Toxic Heavy Metals in Different Brands of Talcum Powder." *International Journal of Applied and Natural Sciences (IJANS);* Vol. 2, Issue 2; (May 2013): 45-52.

Reid, A., J. Heyworth, N. de Klerk, and A. W. Musk. "The Mortality of Women Exposed Environmentally and Domestically to Blue Asbestos at Wittenoom, Western Australia." *Occupational and Environmental Medicine* 65, no. 11 (November 2008): 743–49.

Reid, A., N. de Klerk, and A. W. Musk. "Does Exposure to Asbestos Cause Ovarian Cancer? A Systematic Literature Review and Meta-Analysis." *Cancer Epidemiology Biomarkers & Prevention* 20, no. 7 (July 1, 2011): 1287–95.

Reid, A., N. H. de Klerk, C. Magnani, D. Ferrante, G. Berry, A. W. Musk, and E. Merler. "Mesothelioma Risk after 40 Years since First Exposure to Asbestos: A Pooled Analysis." *Thorax* 69, no. 9 (September 2014): 843–50.

Reid, Alison, Amanda Segal, Jane S. Heyworth, Nicholas H. de Klerk, and Arthur W. Musk. "Gynecologic and Breast Cancers in Women after Exposure to Blue Asbestos at Wittenoom." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 18, no. 1 (January 2009): 140–47.

Reid, Brett M., Jennifer B. Permuth, and Thomas A. Sellers. "Epidemiology of Ovarian Cancer: A Review." *Cancer Biology & Medicine* 14, no. 1 (February 2017): 9–32.

Reinhold, Robert. "Panel Finds Danger to the Environment from Technology." *New York Times*; (December 29, 1968).

Reuter, Simone, Subash C. Gupta, Madan M. Chaturvedi, and Bharat B. Aggarwal. "Oxidative Stress, Inflammation, and Cancer: How Are They Linked?" *Free Radical Biology and Medicine* 49, no. 11 (December 1, 2010): 1603–16.

Rice, Megan S., Susan E. Hankinson, and Shelley S. Tworoger. "Tubal Ligation, Hysterectomy, Unilateral Oophorectomy, and Risk of Ovarian Cancer in the Nurses' Health Studies." *Fertility and Sterility* 102, no. 1 (July 2014): 192-198.e3. https://doi.org/10.1016/j.fertnstert.2014.03.041.

Ring, Kari L., Christine Garcia, Martha H. Thomas, and Susan C. Modesitt. "Current and Future Role of Genetic Screening in Gynecologic Malignancies." *American Journal of Obstetrics and Gynecology* 217, no. 5 (2017): 512–21.

Riska, A., J. I. Martinsen, K. Kjaerheim, E. Lynge, P. Sparen, L. Tryggvadottir, E. Weiderpass, and E. Pukkala. "Occupation and Risk of Primary Fallopian Tube Carcinoma in Nordic Countries." *International Journal of Cancer* 131, no. 1 (July 1, 2012): 186–92. https://doi.org/10.1002/ijc.26337.

Roggli, Victor L., Robin T. Vollmer, Kelly J. Butnor, and Thomas A. Sporn. "Tremolite and Mesothelioma." *Annals of Occupational Hygiene* 46, no. 5 (July 1, 2002): 447–53.

Rohl, A. N. "Asbestos in Talc." *Environmental Health Perspectives* 9 (December 1974): 129–32.

Rohl, A. N., A. M. Langer, I. J. Selikoff, A. Tordini, R. Klimentidis, D. R. Bowes, and D. L. Skinner. "Consumer Talcums and Powders: Mineral and Chemical Characterization." *Journal of Toxicology and Environmental Health* 2, no. 2 (November 1976): 255–84.

Roodhouse Gloyne, S. "Two Cases of Squamous Carcinoma of the Lung Occurring in Asbestosis." *Tubercle* 17, no. 1 (October 1935): 5-IN2.

Rosalind A. Eeles, Christine D. Berg, and Jeffery S. Tobias. *Cancer Prevention and Screening: Concepts, Principles and Controversies*. 1st ed. Accessed August 21, 2018. Rosenblatt, K. A., M. Szklo, and N. B. Rosenshein. "Mineral Fiber Exposure and the Development of Ovarian Cancer." *Gynecologic Oncology* 45, no. 1 (April 1992): 20–25.

Rosenblatt, Karin A., Noel S. Weiss, Kara L. Cushing-Haugen, Kristine G. Wicklund, and Mary Anne Rossing. "Genital Powder Exposure and the Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control: CCC* 22, no. 5 (May 2011): 737–42.

Rösler, J. A., H. J. Woitowitz, H. J. Lange, R. H. Woitowitz, K. Ulm, and K. Rödelsperger. "Mortality Rates in a Female Cohort Following Asbestos Exposure in Germany." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 36, no. 8 (August 1994): 889–93.

Ross, M. "Geology, Asbestos, and Health." *Environmental Health Perspectives* 9 (December 1974): 123–24.

Rothman, Kenneth J., Sander Greenland, and Timothy L. Lash. *Modern Epidemiology*. Lippincott Williams & Wilkins, 2008.

Saed, Ghassan M., Rouba Ali-Fehmi, Zhong L. Jiang, Nicole M. Fletcher, Michael P. Diamond, Husam M. Abu-Soud, and Adnan R. Munkarah. "Myeloperoxidase Serves as a Redox Switch That Regulates Apoptosis in Epithelial Ovarian Cancer." *Gynecologic Oncology* 116, no. 2 (February 2010): 276–81. https://doi.org/10.1016/j.ygyno.2009.11.004.

Saed, Ghassan M., Michael P. Diamond, and Nicole M. Fletcher. "Updates of the Role of Oxidative Stress in the Pathogenesis of Ovarian Cancer." *Gynecologic Oncology* 145, no. 3 (June 2017): 595–602. https://doi.org/10.1016/j.ygyno.2017.02.033.

Saed, Ghassan M., Nicole M. Fletcher, Michael P. Diamond, Robert T. Morris, Nardhy Gomez-Lopez, and Ira Memaj. "Novel Expression of CD11b in Epithelial Ovarian

Cancer: Potential Therapeutic Target." *Gynecologic Oncology* 148, no. 3 (2018): 567–75.

Saed, Ghassan M., Robert T. Morris, and Nicole M. Fletcher. *New Insights into the Pathogenesis of Ovarian Cancer: Oxidative Stress*, 2018.

Schelz, John P. "The Detection of Chrysotile Asbestos at Low Levels in Talc by Differential Thermal Analysis." *Thermochimica Acta*, 8 (1974) 197-204.

Schenken, Robert S. "Endometriosis: Pathogenesis, Clinical Features, and Diagnosis." *UpToDate*, 2018.

Schildkraut, Joellen M., Sarah E. Abbott, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa L. Bondy, Michele L. Cote, et al. "Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES)." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25, no. 10 (2016): 1411–17.

Seeler, Albert O., M.D. "Toxic Hazards, Talc Pneumoconiosis." *The New England Journal of Medicine;* Vol. 261, No. 21 (Nov. 19, 1959) 1084-1085.

"SEER Cancer Statistics Review, 1975-2015, National Cancer Institute, Bethesda, MD, Based on November 2017 SEER Data Submission, Posted to the SEER Web Site," April 2018.

Selikoff, Irving J., et al. "Asbestos Exposure and Neoplasia." *JAMA*, Vol. 188, No. 1 (April 6, 1964) 142-146.

Shan, Weiwei, and Jinsong Liu. "Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8, no. 19 (2009): 3107–11.

Shukla, Arti, Maximilian B. MacPherson, Jedd Hillegass, Maria E. Ramos-Nino, Vlada Alexeeva, Pamela M. Vacek, Jeffrey P. Bond, Harvey I. Pass, Chad Steele, and Brooke T. Mossman. "Alterations in Gene Expression in Human Mesothelial Cells Correlate with Mineral Pathogenicity." *American Journal of Respiratory Cell and Molecular Biology* 41, no. 1 (July 2009): 114–23.

Shushan, A., O. Paltiel, J. Iscovich, U. Elchalal, T. Peretz, and J. G. Schenker. "Human Menopausal Gonadotropin and the Risk of Epithelial Ovarian Cancer." *Fertility and Sterility* 65, no. 1 (January 1996): 13–18.

Singh, Naveena, C. Blake Gilks, Lynn Hirschowitz, Sean Kehoe, Iain A. McNeish, Dianne Miller, Raj Naik, Nafisa Wilkinson, and W. Glenn McCluggage. "Primary Site Assignment in Tubo-Ovarian High-Grade Serous Carcinoma: Consensus Statement on Unifying Practice Worldwide." *Gynecologic Oncology* 141, no. 2 (2016): 195–98.

Sjösten, A. C. E., H. Ellis, and G. a. B. Edelstam. "Retrograde Migration of Glove Powder in the Human Female Genital Tract." *Human Reproduction* 19, no. 4 (April 1, 2004): 991–95.

Soini, Tuuli, Ritva Hurskainen, Seija Grénman, Johanna Mäenpää, Jorma Paavonen, and Eero Pukkala. "Cancer Risk in Women Using the Levonorgestrel-Releasing Intrauterine System in Finland." *Obstetrics and Gynecology* 124, no. 2 Pt 1 (August 2014): 292–99.

Soong, Thing Rinda, Brooke E. Howitt, Alexander Miron, Neil S. Horowitz, Frank Campbell, Colleen M. Feltmate, Michael G. Muto, et al. "Evidence for Lineage Continuity between Early Serous Proliferations (ESPs) in the Fallopian Tube and Disseminated High-Grade Serous Carcinomas." *The Journal of Pathology*, July 25, 2018.

Stanton, M. F., M. Layard, A. Tegeris, E. Miller, M. May, E. Morgan, and A. Smith. "Relation of Particle Dimension to Carcinogenicity in Amphibole Asbestoses and Other Fibrous Minerals." *Journal of the National Cancer Institute* 67, no. 5 (November 1981): 965–75.

Starman, Daniel H., Leslie A. Litzky, and Larry R. Kaiser. "Epidemiology of Malignant Pleural

Mesothelioma." *UpToDate*, 2018.

Steiling, W., J. F. Almeida, H. Assaf Vandecasteele, S. Gilpin, T. Kawamoto, L. O'Keeffe, G. Pappa, K. Rettinger, H. Rothe, and A. M. Bowden. "Principles for the Safety Evaluation of Cosmetic Powders." *Toxicology Letters*, August 17, 2018.

Steiling, W., M. Bascompta, P. Carthew, G. Catalano, N. Corea, A. D'Haese, P. Jackson, et al. "Principle Considerations for the Risk Assessment of Sprayed Consumer Products." *Toxicology Letters* 227, no. 1 (May 16, 2014): 41–49.

Stewart, Louise M., C. D'Arcy J. Holman, Patrick Aboagye-Sarfo, Judith C. Finn, David B. Preen, and Roger Hart. "In Vitro Fertilization, Endometriosis, Nulliparity and Ovarian Cancer Risk." *Gynecologic Oncology* 128, no. 2 (February 2013): 260–64.

Stewart, Louise M., Katrina Spilsbury, Susan Jordan, Colin Stewart, C. D'Arcy J. Holman, Aime Powell, Joanne Reekie, and Paul Cohen. "Risk of High-Grade Serous Ovarian Cancer Associated with Pelvic Inflammatory Disease, Parity and Breast Cancer." *Cancer Epidemiology* 55 (August 2018): 110–16.

Straif, Kurt. "Update of the Scientific Evidence on Asbestos and Cancer." presented at the International Conference on Environmental and Occupational Determinants of Cancer: Interventions for Primary Prevention, Asturias (Avilés, Gijón), Spain, March 17, 2011.

Suzui, Masumi, et al. "Multiwalled Carbon Nanotubes Intratracheally Instilled into the Rat Lung Induce Development of Pleural Malignant Mesothelioma and Lung Tumors." *Cancer Sci,* 107 (2016) 924-935.

"Talc." *IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans* 42 (1987): 185–224.

Tarchi, M., D. Orsi, P. Comba, M. De Santis, R. Pirastu, G. Battista, and M. Valiani. "Cohort Mortality Study of Rock Salt Workers in Italy." *American Journal of Industrial Medicine* 25, no. 2 (February 1994): 251–56.

Terry, Kathryn L., Stalo Karageorgi, Yurii B. Shvetsov, Melissa A. Merritt, Galina Lurie, Pamela J. Thompson, Michael E. Carney, et al. "Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859 Controls." *Cancer Prevention Research (Philadelphia, Pa.)* 6, no. 8 (August 2013): 811–21.

Tewari, Devansu, James J. Java, Ritu Salani, Deborah K. Armstrong, Maurie Markman, Thomas Herzog, Bradley J. Monk, and John K. Chan. "Long-Term Survival Advantage and Prognostic Factors Associated with Intraperitoneal Chemotherapy Treatment in Advanced Ovarian Cancer: A Gynecologic Oncology Group Study." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 33, no. 13 (May 1, 2015): 1460–66.

Thai, T. H., F. Du, J. T. Tsan, Y. Jin, A. Phung, M. A. Spillman, H. F. Massa, et al. "Mutations in the BRCA1-Associated RING Domain (BARD1) Gene in Primary Breast, Ovarian and Uterine Cancers." *Human Molecular Genetics* 7, no. 2 (February 1998): 195–202.

Thomas, Charles A., and Major G. Seelig. Powder lubricated surgeon's rubber glove. United States US2621333A, filed June 27, 1947, and issued December 16, 1952.

Torre, Lindsey A., Britton Trabert, Carol E. DeSantis, Kimberly D. Miller, Goli Samimi, Carolyn D. Runowicz, Mia M. Gaudet, Ahmedin Jemal, and Rebecca L. Siegel. "Ovarian Cancer Statistics, 2018." *CA: A Cancer Journal for Clinicians* 68, no. 4 (July 2018): 284–96.

Trabert, Britton. "Body Powder and Ovarian Cancer Risk – What Is the Role of Recall Bias?" *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American*

*Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25, no. 10 (October 2016): 1369–70.

Trabert, Britton, Ligia Pinto, Patricia Hartge, Troy Kemp, Amanda Black, Mark E. Sherman, Louise A. Brinton, et al. "Pre-Diagnostic Serum Levels of Inflammation Markers and Risk of Ovarian Cancer in the Prostate, Lung, Colorectal and Ovarian Cancer (PLCO) Screening Trial." *Gynecologic Oncology* 135, no. 2 (November 2014): 297–304.

Trabert, Britton, Elizabeth M Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L Anderson, Theodore M Brasky, et al. "Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium." *JNCI: Journal of the National*

Trabert, Britton, Elizabeth M. Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L. Anderson, Theodore M. Brasky, et al. "Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium." *Journal of the National Cancer Institute* 111, no. 2 (2019).

Tsilidis, K K, N E Allen, T J Key, L Dossus, A Lukanova, K Bakken, E Lund, et al. "Oral Contraceptive Use and Reproductive Factors and Risk of Ovarian Cancer in the European Prospective Investigation into Cancer and Nutrition." *British Journal of Cancer* 105, no. 9 (October 25, 2011): 1436–42.

Tsilidis, Konstantinos K., Naomi E. Allen, Timothy J. Key, Laure Dossus, Rudolf Kaaks, Kjersti Bakken, Eiliv Lund, et al. "Menopausal Hormone Therapy and Risk of Ovarian Cancer in the European Prospective Investigation into Cancer and Nutrition." *Cancer Causes & Control: CCC* 22, no. 8 (August 2011): 1075–84.

Tworoger, Shelley S., Kathleen M. Fairfield, Graham A. Colditz, Bernard A. Rosner, and Susan E. Hankinson. "Association of Oral Contraceptive Use, Other Contraceptive Methods, and Infertility with Ovarian Cancer Risk." *American Journal of Epidemiology* 166, no. 8 (October 15, 2007): 894–901.

Tzonou, A., A. Polychronopoulou, C. C. Hsieh, A. Rebelakos, A. Karakatsani, and D. Trichopoulos. "Hair Dyes, Analgesics, Tranquilizers and Perineal Talc Application as Risk Factors for Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 55, no. 3 (September 30, 1993): 408–10.

US EPA. "Health Assessment Document for Talc. | National Technical Reports Library - NTIS." -600/8-91/217, 1992.

Vallyathan, N. Val, Ph.D., et al. "Pulmonary Pathology in Workers Exposed to Nonasbestiform Talc." *Human Pathology,* Vol. 12, No. 1 (January 1981) 28-35.

Van Gosen, B. S., H.A. Lowers, S.J. Sutley, and C.A. Gent. "Using the Geologic Setting of Talc Deposits as an Indicator of Amphibole Asbestos Content." *Environmental Geology* 45, no. 7 (2004): 20.

Van Huisstede, A., et al. "Talcosis Due to Abundant Use of Cosmetic Talcum Powder." *European Respiratory Review,* Vol. 19, No. 116 (2010) 165-168.

Vanderhyden, Barbara C, Tanya J Shaw, and Jean-François Ethier. "Animal Models of Ovarian Cancer." *Reproductive Biology and Endocrinology: RB&E* 1 (October 7, 2003): 67.

VanOrden, D. "Weight Percent Compositional Analysis of Seven RTV Talc Samples. Analytical Report to R. T. Vanderbilt Company, Inc. Submitted to Public Comments Record – C. W. Jameson, National Toxicology Program, 10th ROC Nominations 'Talc (Containing Asbestiform Fibers)'. 4 December 2000., National Toxicology Program.," November 22, 2000.

Vasama-Neuvonen, K., E. Pukkala, H. Paakkulainen, P. Mutanen, E. Weiderpass, P. Boffetta, N.

Shen, T. Kauppinen, H. Vainio, and T. Partanen. "Ovarian Cancer and Occupational Exposures in Finland." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 83–89.

Vasey, Paul A., Gordon C. Jayson, Alan Gordon, Hani Gabra, Rob Coleman, Ronnie Atkinson, David Parkin, et al. "Phase III Randomized Trial of Docetaxel-Carboplatin versus Paclitaxel-Carboplatin as First-Line Chemotherapy for Ovarian Carcinoma." *Journal of the National Cancer Institute* 96, no. 22 (November 17, 2004): 1682–91.

Venkatesan, Priya. "Possible X Chromosome-Linked Transmission of Ovarian Cancer." *The Lancet. Oncology* 19, no. 4 (April 2018): e185.

Venter, P. F., and M. Iturralde. "Migration of a Particulate Radioactive Tracer from the Vagina to the Peritoneal Cavity and Ovaries." *South African Medical Journal = Suid-Afrikaanse Tydskrif Vir Geneeskunde* 55, no. 23 (June 2, 1979): 917–19.

Verdoodt, Freija, Christian Dehlendorff, Søren Friis, and Susanne K. Kjaer. "Non-Aspirin NSAID Use and Ovarian Cancer Mortality." *Gynecologic Oncology* 150, no. 2 (2018): 331–37. https://doi.org/10.1016/j.ygyno.2018.06.018.

Vicus, Danielle, Amy Finch, Barry Rosen, Isabel Fan, Linda Bradley, Ilana Cass, Ping Sun, et al. "Risk Factors for Carcinoma of the Fallopian Tube in Women with and without a Germline BRCA Mutation." *Gynecologic Oncology* 118, no. 2 (August 1, 2010): 155–59. https://doi.org/10.1016/j.ygyno.2010.03.009.

Vineis, Paolo, Phyllis Illari, and Federica Russo. "Causality in Cancer Research: A Journey through Models in Molecular Epidemiology and Their Philosophical Interpretation." *Emerging Themes in Epidemiology* 14, no. 7 (2017).

Virta, RL. "The Phase Relationship of Talc and Amphiboles in a Fibrous Talc Sample." IH; Report of Investigations, 1985. https://www.cdc.gov/niosh/nioshtic-2/10004328.html.

Vitonis, Allison F., Linda Titus-Ernstoff, and Daniel W. Cramer. "Assessing Ovarian Cancer Risk When Considering Elective Oophorectomy at the Time of Hysterectomy." *Obstetrics and Gynecology* 117, no. 5 (May 2011): 1042–50.

Wang, Chunpeng, Zhenzhen Liang, Xin Liu, Qian Zhang, and Shuang Li. "The Association between Endometriosis, Tubal Ligation, Hysterectomy and Epithelial Ovarian Cancer: Meta-Analyses." *International Journal of Environmental Research and Public Health* 13, no. 11 (November 14, 2016): 1138.

Wang, Dingzhi, et al. "Immunosuppression Associated with Chronic Inflammation in the Tumor Microenvironment." *Carcinogenesis,* Vol. 36, No. 10 (2015): 1085-1093.

Wang, Xiaorong, Sihao Lin, Ignatius Yu, Hong Qiu, Yajia Lan, and Eiji Yano. "Cause-Specific Mortality in a Chinese Chrysotile Textile Worker Cohort." *Cancer Science* 104, no. 2 (February 2013): 245–49.

Watson, Ian R., Koichi Takahashi, P. Andrew Futreal, and Lynda Chin. "Emerging Patterns of Somatic Mutations in Cancer." *Nature Reviews. Genetics* 14, no. 10 (October 2013): 703–18.

Wehner, A. P., A. S. Hall, R. E. Weller, E. A. Lepel, and R. E. Schirmer. "Do Particles Translocate from the Vagina to the Oviducts and Beyond?" *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 23, no. 3 (March 1985): 367–72.

Wehner, A. P., R. E. Weller, and E. A. Lepel. "On Talc Translocation from the Vagina to the Oviducts and Beyond." *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 24, no. 4 (April

1986): 329–38.

Weiss, W. "Cigarette Smoking and Lung Cancer Trends. A Light at the End of the Tunnel?" *Chest* 111, no. 5 (May 1997): 1414–16.

Wells, I.P., et al. "Pulmonary Disease Caused By the Inhalation of Cosmetic Talcum Powder." *British Journal of Radiology,* Vol. 52, No. 619; (July 1979) 586-588.

Wentzensen, Nicolas, Elizabeth M. Poole, Britton Trabert, Emily White, Alan A. Arslan, Alpa V. Patel, V. Wendy Setiawan, et al. "Ovarian Cancer Risk Factors by Histologic Subtype: An Analysis from the Ovarian Cancer Cohort Consortium." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 34, no. 24 (20 2016): 2888–98.

Werner, I. "Presence of Asbestos in Talc Samples." *Atemschutzinform* 21, no. 5 (1982).

West, Sophie D., et al. "Pleurodesis for Malignant Pleural Effusions: Current Controversies and Variations in Practices." *Curr Opin Pulm Med 10, Diseases in the Pleura,* (2004) 305-310.

Whiteman, David C., Michael F. G. Murphy, Linda S. Cook, Daniel W. Cramer, Patricia Hartge, Polly A. Marchbanks, Philip C. Nasca, Roberta B. Ness, David M. Purdie, and Harvey A. Risch. "Multiple Births and Risk of Epithelial Ovarian Cancer." *Journal of the National Cancer Institute* 92, no. 14 (July 19, 2000): 1172–77.

Whittemore, A. S., R. Harris, and J. Itnyre. "Characteristics Relating to Ovarian Cancer Risk: Collaborative Analysis of 12 US Case-Control Studies. IV. The Pathogenesis of Epithelial Ovarian Cancer. Collaborative Ovarian Cancer Group." *American Journal of Epidemiology* 136, no. 10 (November 15, 1992): 1212–20.

Whittemore, A. S., M. L. Wu, R. S. Paffenbarger, D. L. Sarles, J. B. Kampert, S. Grosser, D. L. Jung, S. Ballon, and M. Hendrickson. "Personal and Environmental Characteristics Related to Epithelial Ovarian Cancer. II. Exposures to Talcum Powder, Tobacco, Alcohol, and Coffee." *American Journal of Epidemiology* 128, no. 6 (December 1988): 1228–40.

Whysner, J., and M. Mohan. "Perineal Application of Talc and Cornstarch Powders: Evaluation of Ovarian Cancer Risk." *American Journal of Obstetrics and Gynecology* 182, no. 3 (March 2000): 720–24.

Wignall, B.K., and A.J. Fox. "Mortality of Female Gas Mask Assemblers." *British Journal of Industrial Medicine* 39, no. 1 (1982): 34–38.

Wild, P. "Lung Cancer Risk and Talc Not Containing Asbestiform Fibres: A Review of the Epidemiological Evidence." *Occupational and Environmental Medicine* 63, no. 1 (January 2006): 4–9.

Wolff, Henrik, Tapio Vehmas, Panu Oksa, Jorma Rantanen, and Harri Vainio. "Asbestos, Asbestosis, and Cancer, the Helsinki Criteria for Diagnosis and Attribution 2014: Recommendations." *Scandinavian Journal of Work, Environment & Health* 41, no. 1 (January 2015): 5–15.

Wong, C., R. E. Hempling, M. S. Piver, N. Natarajan, and C. J. Mettlin. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics and Gynecology* 93, no. 3 (March 1999): 372–76.

Woodruff, J. D. "The Pathogenesis of Ovarian Neoplasia." *The Johns Hopkins Medical Journal* 144, no. 4 (April 1979): 117–20.

Wright, H. R., J. C. Wheeler, J. A. Woods, J. Hesford, P. Taylor, and R. F. Edlich. "Potential Toxicity of Retrograde Uterine Passage of Particulate Matter." *Journal of Long-Term*

*Effects of Medical Implants* 6, no. 3–4 (1996): 199–206.

Wu, A. H., C. L. Pearce, C.-C. Tseng, and M. C. Pike. "African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates." *Cancer Epidemiology Biomarkers & Prevention* 24, no. 7 (July 1, 2015): 1094–1100.

Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, and Malcolm C. Pike. "African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 24, no. 7 (July 2015): 1094–1100.

Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, Claire Templeman, and Malcolm C. Pike. "Markers of Inflammation and Risk of Ovarian Cancer in Los Angeles County." *International Journal of Cancer. Journal International Du Cancer* 124, no. 6 (March 15, 2009): 1409–15.

Wu, Song, Wei Zhu, Patricia Thompson, and Yusuf A. Hannun. "Evaluating Intrinsic and Non-Intrinsic Cancer Risk Factors." *Nature Communications* 9, no. 1 (August 28, 2018): 3490.

Yan, Bin, Yuanlin Peng, and Chuan-Yuan Li. "Molecular Analysis of Genetic Instability Caused by Chronic Inflammation." *Methods in Molecular Biology (Clifton, N.J.)* 512 (2009): 15–28.

Yan, Bin, Huili Wang, Zahid Rabbani, Yulin Zhao, Wenrong Li, Yuqing Yuan, Fang Li, Mark W. Dewhirst, and Chuan-Yuan Li. "Tumor Necrosis Factor-a Is a Potent Endogenous Mutagen That Promotes Cellular Transformation." *Cancer Research* 66 (December 15, 2006): 11565.

"You Can Steer Clients to Condoms Free from Potentially Harmful Talc: Condom Companies Agree to Produce without the Dry Lubricant." *Contraceptive Technology Update* 16, no. 11 (November 1995): 133–44.

Zazenski, R., W. H. Ashton, D. Briggs, M. Chudkowski, J. W. Kelse, L. MacEachern, E. F. McCarthy, M. A. Nordhauser, M. T. Roddy, and N. M. Teetsel. "Talc: Occurrence, Characterization, and Consumer Applications." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 218–29.

Zervomanoklakis, I, H.W. Ott, D Hadziomerovic, V. Mattle, B.E. Seeber, I. Virgolini, D. Heute, S. Kissler, G. Leyendecker, and L. Wildt. "Physiology of Upward Transport in the Human Female Genital Tract." *Annals of New York Acadamy of Sciences* 1101, no. 1 (2007): 1–20.

Zhao, Weixing, Justin B. Steinfeld, Fengshan Liang, Xiaoyong Chen, David G. Maranon, Chu Jian Ma, Youngho Kwon, et al. "BRCA1-BARD1 Promotes RAD51-Mediated Homologous DNA Pairing." *Nature* 550, no. 7676 (19 2017): 360–65.

**DEPOSITIONS, TRANSCRIPTS AND REPORTS:**

Affidavit of Laura Plunkett, PhD 02.22.18

Deposition of Alice Blount in the Ingham v. J&J Matter on 04.13.18

Deposition of Annie Awanais Yessian on 07.13.2017

Deposition and Exhibits of Pat Downey Dated 8.7.18-8.8.18
Deposition and Exhibits of John Hopkins Dated 8.16.18-8.17.18, 10.17.18 and 11.05.18
Deposition and Exhibits of Susan Nicholson Dated 7.26.18-7.27.18
Deposition and Exhibits of Julie Pier Dated 9.12.18-9.13.18
Ingham v. J&J Volume 11 (Egilman, Koman, Martinez, Packard) 6-14-18
Ingham v. J&J Volume 14A (Madigan, Williams) 6-20-18
Ingham v. JJ Volume 24A (Warner Huh, MD) 7.5.18
Ingham v. JJ Volume 24B (Warner Huh, MD) 7.5.18
John J. Godleski Expert Report for Brower Matter Dated 6.23.18
Lanzo Plaintiffs MIL re Imerys Spoliation and Concealment of Talc Samples
Laura Plunkett - Supplemental Expert Brower Report
Longo Analysis of J&J's Historical Talc Samples from the 1960's
Longo Analysis of J&J's Historical Talc Samples from the 1970's
Longo Analysis of J&J's Historical Talc Samples from the 1980's
Longo Analysis of J&J's Historical Talc Samples from the 1990's
Longo Analysis of J&J's Baby Powder Historical Samples - Asian - October 2018
Longo Analysis of J&J's BP Talc Products for Amphibole (Tremolite) Asbestos 8.2.17
Longo Analysis Report_Exhibit BB_04.28.2017
Longo MAS Project 14-1852 Below the Waist Application of Johnson's BP 9.2017
Longo Process Blanks for the Analysis of J&J's Products from the 60's to 90's for Asbestos
Longo TEM Analysis of Historical 1978 Johnson's BP Sample for Amphibole Asbestos 2.16.18
Longo Verification of Lee Poye's TEM Analysis of J&J's Historical Vermont Talc 11.5.18
Michael Crowley Expert Report Dated 11.12.18
Report of Results: MVA11730 Investigation of Italian Talc Samples for Asbestos 08.01.2017
RJLEE-001497
Thomas Dydek Brower Expert Report Dated 8.16.18 (corrected on 8.20.18)
Thomas Dydek Educational Report_FINAL (4-9-2018)
Thomas Dydek MDL Educational Report Dated 4.9.18


**OTHER SOURCES:**

American Cancer Society Ovarian Cancer Statistics
ATSDR Toxicological Profile for Asbestos
EPA Chemical Assessment Summary for Asbestos - 2017
EPA Guidelines for Carcinogen Risk Assessment - March 2005
EPA Health Assessment Document for Talc - 1992
Exhibit 1 - ATTORNEYS' EYES ONLY
Exhibit 2 - ATTORNEYS' EYES ONLY
Exhibit 3 - ATTORNEYS' EYES ONLY
FDA 4-1-2014   Response Letter to Epstein Denying Petition
Fitzgerald Analysis of J&J Baby Powder #1 and #2 Dated July 26, 2017
IARC Monograph 100C - Arsenic, Metals, Fibres, and Dusts - Excerpts
IARC Monograph 14 - Asbestos - 1977

IARC Monograph 2 - Some Inorganic and Organometallic Compounds - 1973

IARC Monograph 68 - Silica, Some Silicates, Coal Dust and Para-Aramid Fibrils - 1997

IARC Monograph 74 - Surgical Implants and Other Foreign Bodies - 1999

IARC Monograph 82 - Some Traditional Herbal Medicines, Some Mycotoxins, Naphthalene and Styrene - 2002

IARC Monograph 86 - Cobalt in Hard Minerals and Cobalt Sulfate, Gallium Arsenide, Indium Phosphide and Vanadium Pentoxide - 2006

IARC Monograph 87 - Inorganic and Organic Lead Compounds – 2006

| | |
|---|---|
| IMERYS013188 | J&J History |
| IMERYS045182 | J&J S2s and BP Product Analysis - 1972 |
| IMERYS045184 | JNJ 000087928 |
| IMERYS048311 | JNJ 000088570 |
| IMERYS051370 | JNJ 000285351 |
| IMERYS053387 | JNJ000025132 |
| IMERYS090653 | JNJ000062359 |
| IMERYS098115 | JNJ000062436 |
| IMERYS105215 | JNJ000063608 |
| IMERYS210136 | JNJ000063951 |
| IMERYS210729 | JNJ000064544 |
| IMERYS219720 | JNJ000064762; JNJ000265171 |
| IMERYS286445 | JNJ000065264 |
| IMERYS304036 | JNJ000065601 |
| IMERYS340454 | JNJ000087710 |
| IMERYS340798 | JNJ000087716 |
| IMERYS342524 | JNJ000089413 |
| IMERYS406170 | JNJ000231304 |
| IMERYS422289 | JNJ000237076 |
| IMERYS 088907 | JNJ000237379 |
| IMERYS 284935 | JNJ000239723 |
| IMERYS137677-IMERYS137690 | JNJ000239730 |
| IMERYS209971 | JNJ000245002 |
| IMERYS241866 | JNJ000246437 |
| IMERYS248877 | JNJ000251888 |
| IMERYS255101 | JNJ000260697 |
| IMERYS255224 | JNJ000277941 |
| IMERYS255384 | JNJ000291914 |
| IMERYS255394 | JNJ000291916 |
| IMERYS255395 | JNJ000314315 |
| IMERYS279884 | JNJ000314406 |
| IMERYS279968 | JNJ000347962 |
| IMERYS281335 | JNJ000347962 |
| IMERYS281776 | JNJ000521616 |
| IMERYS324700 | JNJ000000704 |
| IMERYS-A_0011817 | JNJ000011150 |
| IMERYS-A_0015663 | JNJ000016645 |

JNJ000019415
JNJ000025132
JNJ000026987
JNJ000046293
JNJ000245678
JNJ000245762
JNJ000251888
JNJ000260700
JNJ000261010
JNJ000265536
JNJ000279507
JNJ000348778
JNJ000404860
PCPC_MDL00062175
Pltf_MISC_00000272 (JANSSEN-000001-19)
NIOSH Occupation Respiratory Diseases September 1986
NIOSH Preliminary Report on Fiber Exposure During Use of Baby Powders - 1972
NTP Technical Report on the Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)- 1993
NTP Toxicology and Carcinogenesis Studies of Talc in F344/N Rats and B6C3F Mice Report No. 421
P-468
Read-the-Letter-from-the-FDA-on-Cosmetics
The Birth of Our Baby Products _ Kilmer House
WCD 002478 - Exhibit 32 Waldstreicher

JNJ000460665
JNJ000526750
JNJ000886067
JNJAZ55_000000577
JNJAZ55_000000905
JNJAZ55_000004563
JNJAZ55_000008177
JNJL61_000014431
JNJMX68_000003728
JNJMX68_000012858
JNJMX68_000013019
JNJNL61_000079334

**Arch Carson, MD, PhD Legal Testimony, 2015-2018**

Elaine Hale and Kenneth Dorsey parker, Jr. v. Centerpoint Energy Houston Electric, LLC; in the 55th District Court of Harris County, Texas.

2016                        Harris County, TX                   for Plaintiff

Danny Henderson and Linda Henderson; Magdaleno Flores and Maria Flores; Shari Waldrop; and Bryan Thomas v. Magnablend, Inc., Nugreen Specialty, Inc., Nugreen Solutions, Inc., and Enviro Tech Inc.; in the 40th District Court of Ellis County, Texas.

2015                        Ellis County, TX                        for Defendant

Edgar Guadalupe Solis v. Eastman Chemical Company, Texas Operations, Tradebe Environmental Services, Inc. d/b/a Tradebe Industrial Services LLC; in the 234th District Court of Harris County, Texas.

2015                        Harris County, TX                  for Defendant

Arch I. Carson, MD, PhD
Professional Consultation Fee Schedule

| | |
|---|---|
| Evidence-base research, report preparation, documentation, conference | $450/hr |
| Interview, physical examination or medical testing of patients | 450/hr |
| Review of documents | 450/hr |
| Testimony at deposition or trial plus expenses | 450/hr |
| Inspection, examination or sampling of physical evidence or sites | 450/hr |
| Travel | 200/hr |
| (Travel maximum $4,000 per diem, plus expenses) | |
| Laboratory analyses/studies | at cost |
| Overhead and Supplies | at cost |

Exhibit 7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br><br> ***THIS DOCUMENT RELATES TO ALL CASES*** | **MDL NO. 16-2738 (FLW) (LHG)** |

**RULE 26 EXPERT REPORT OF**
**REBECCA SMITH-BINDMAN, MD**

Date:   November 15, 2018

_(signature)_

Rebecca Smith-Bindman, MD

**The Relationship Between Exposure to Perineal Talc Powder Products and Ovarian Cancer**

**Expert Report**

Rebecca Smith-Bindman, MD
Professor, Radiology and Biomedical Imaging, Epidemiology and Biostatistics, Obstetrics, Gynecology and Reproductive Science and Director, Radiology Outcomes Research Lab
University of California San Francisco

**Table of Contents**

*I. Executive Summary* ............................................................................................................... 4

*II. Expertise of Dr. Smith-Bindman* ............................................................................................ 6

    **Education and Employment** .................................................................................................. 6

    **Research Expertise** ................................................................................................................ 6

    **Knowledge of Relevant Study Designs** ................................................................................ 6

    **Experience as a Medical Expert** ........................................................................................... 8

*III. Background: Ovarian cancer and Talc as a Modifiable Risk Factor* .................................... 8

    **Ovarian Cancer** ..................................................................................................................... 8

    **Histologic types** .................................................................................................................... 9

    **Risk Factors** ........................................................................................................................ 11

    **Etiology: Origins, Causes, Development and Inflammation** .............................................. 12

    **Association of Ovarian Cancer with Talc Powder Products** ............................................... 13

    **Why Talc Powder Products were Initially Suspected as Causing Ovarian Cancer** ............ 13

    **Asbestos** ............................................................................................................................. 14

    **Talc** ...................................................................................................................................... 15

    **Heavy Metals** ..................................................................................................................... 16

*IV. Overview of Publications on Genital use of Talc powder products and Ovarian Cancer* .............. 16

    **Explanation of study designs and article types** ................................................................ 16

    **Table of Reviewed Publications** ........................................................................................ 18

    **Quantifying Exposures** ...................................................................................................... 19

    **Summary of Data** .............................................................................................................. 19

    **Cohort Studies** .................................................................................................................. 19

    **Systematic Reviews** .......................................................................................................... 22

    **Pooled Data** ...................................................................................................................... 27

    **Case-Control Trials** ............................................................................................................ 29

*V. Rationale for and Explanation of the New Systematic Review* .......................................... 30

*VI. New Systematic Review of Literature Quantifying Association Between Regular Frequent Genital (Perineal) Talc powder products Application and Ovarian Epithelial Cancer Risk with A Focus On Invasive Serous Cancer.* .............................................................................................................. 31

    **Literature Search** .............................................................................................................. 31

    **Article Selection** ................................................................................................................ 31

    **Exclusion** ........................................................................................................................... 32

    **Defining Talc powder products Use** .................................................................................. 32

**Stratification of Analyses: Focus on a Single Histologic Type Where Possible** .............................. 32

**Type of Exposures** .......................................................................................................................... 32

**Statistical Analysis** .......................................................................................................................... 33

**Results** ............................................................................................................................................. 33

**New Systematic Meta analytic review: Summary** ......................................................................... 34

**Overall Summary of the Epidemiology Data Describing the Association Between Talc Powder Products and Ovarian cancer** .............................................................................................................. 34

*VII. Other Relevant Factors* ................................................................................................................ *35*

**Research Supporting Talc Association with Ovarian Cancer: Transit to ovary and Risk Reduction on Interruption** ....................................................................................................................................... 35

**Interactions** .................................................................................................................................... 32

**Risks Over Time** .............................................................................................................................. 32

**Variation in Risk when Talc Use is Discontinued** ........................................................................... 35

*VIII. Consideration of Causality of Talc powder products and Ovarian Cancer : Bradford Hill Factors* *35*

**A) Strength of Association** ............................................................................................................... 36

**B) Consistency of Associations in Different Populations and Studies** ........................................... 38

**C) Specificity Between Cause and Outcome** .................................................................................. 39

**D) Temporality** ................................................................................................................................. 39

**E) Dose Response** ............................................................................................................................ 39

**F) Biologic Plausibility: Factors Linking Talc and Ovarian Cancer** .................................................. 40

**G) Coherence and Consistency with Understood Biology** ............................................................. 41

**H) Experimental Evidence** ............................................................................................................... 41

**I) Analogy** ........................................................................................................................................ 41

*References* ........................................................................................................................................... *42*

**I. Executive Summary**

Substantial evidence supports a strong positive association between ovarian cancer and genital exposure to talcum powder products and that regular exposure to talcum powder products causes ovarian cancer in some women.  Talc is a naturally occurring mineral used in cosmetic products because of its desirable chemical properties such as being soft and absorbent. Women who have had regular exposure of the genitals (specifically the perineal region from the pubic area to the anal area) to talcum powder products are at increased risk of developing invasive ovarian cancer, in particular serous cancer, the most common and most lethal form. In the United States, a substantial portion of women report having ever used talc powder products at some point in their life. The most commonly reported frequency of talcum powder product use is daily. Women who use talcum powder products daily increase their risk of developing ovarian cancer significantly. Regular exposure causes ovarian cancer in some women.

I was asked to review the medical and scientific literature regarding the relationship between genital talcum powder product use and ovarian cancer and determine whether the relationship is causal. For this extensive analysis and report, I applied the same methodology with the same scientific rigor that I use in my research and clinical practice. I reviewed 43 relevant publications presenting scientific data on the association between ovarian cancer and exposure to talc powder products: 4 cohort studies, 8 systematic reviews, 2 studies that pooled data from multiple individual studies, and 30 case-control studies. I also read numerous review articles, and systematic reviews on related topics such as those completed by the International Agency on Research on Cancer (IARC). I also completed my own, new systematic review on of the studies that I reviewed as part of this report. This report contains my overview of these publications plus a detailed new systematic review of the studies that I conducted. After reading, evaluating, and summarizing these publications, in my expert opinion, I do not have any uncertainty that regular exposure to talc powder products increases a woman's chance of developing epithelial ovarian cancer. In my expert opinion, regular exposure to talcum powder products causes ovarian cancer

Quantifying the precise magnitude of the association is more difficult than establishing the association. The association will certainly vary by demographic and reproductive factors and whether women have other underlying ovarian cancer risk factors and exposures. With that caveat, **it is my opinion that women exposed to perineal talc powder products on a regular basis have about a 50% increase in their subsequent risk of developing invasive serous ovarian cancer**, compared to women who do not regularly use talc and even after accounting for other ovarian cancer risk factors. This estimate is supported by existing publications and my quantitative review of the scientific literature that focused on summarizing studies that addressed regular exposure to talc powder products as a risk factor for epithelial ovarian cancer, and in particular serous cancer. Talcum powder exposure is associated with other epithelial cancer subtypes (in particular, clear cell and endometrioid carcinoma), but because these cancers are less common, and because fewer studies have evaluated these cancers in sufficient numbers, quantifying the associations is more difficult.  While some publications estimated talc powder products have a slightly greater risk of these cancer subtypes, others

estimated a slightly lower risk of these cancer subtypes. In my opinion, this risk is likely overall in about the same range as for serous cancer, but I would estimate slightly less at 40% increased risk.

The epidemiological evidence documents a strong, positive association between exposure to talcum powder products and ovarian cancer and that regular exposure causes ovarian cancer. The epidemiological evidence alone does not confirm the mechanism by which talc powder product increases ovarian cancer risk, nor does it confirm the specific component in talcum powder products that makes it carcinogenic. Nonetheless, the literature provides compelling evidence that exposure to talcum powder products leads to chronic inflammation and that the inflammation induces a strong biological response that results in the induction, promotion, and growth of cancer. Further, there is evidence that several highly carcinogenic agents are components of the talcum powder products. These include, most importantly, asbestos, a Group 1 carcinogen that the International Agency for Research on Cancer (IARC) has determined causes ovarian cancer. I have seen evidence that talcum powder products contain asbestos. Second, talcum powder products contain asbestiform talc particles which have a similarity in structure to asbestos fibers (and which IARC concludes are carcinogenic). Lastly, talcum powder products contain numerous heavy metals such as, nickel, chromium, (Group 1 carcinogens) and cobalt (Group 2 carcinogen ) according to IARC. These components are carcinogenic (cause cancer) and can contribute to the carcinogenicity of talcum powder products.  Observational and experimental data confirm that talcum powder product particles applied to the perineum can reach the fallopian tubes and ovaries through the vagina, supporting that talc particles applied to the perineum can deposit on the ovaries. Surgery that impedes the movement of particles from the perineum to the ovaries such as hysterectomy (uterine removal) or tubal ligation (tying or blocking the fallopian tubes to the ovaries), reduces the elevated risk of ovarian cancer from exposure to talcum powder products. This finding supports that local tissue response and inflammation in the fallopian tubes and/or ovaries from talcum powder products (with components) causes the elevated ovarian cancer risk.

In summary, **from my review of the scientific literature and my own analysis, it is my opinion that genital exposure to talcum powder products is an actionable and causative risk factor for ovarian cancer.** As a physician involved in women's health issues, I view talcum powder usage as a modifiable "lifestyle" risk factor that should be avoided because of the substantial risk to health and lack of therapeutic benefit.  An elevated risk of 50% is significant and results in a large number of unnecessary ovarian cancers given the large number of women exposed. Depending on estimates of how many women regularly use talcum powder products, between 7% and 20% of all ovarian cancers and 14% - 39% of invasive serous cancers (the most aggressive and feared cancer type) are caused by the use of talcum powder products. These cancers can be prevented if women do not use talcum powder products.

## II. Qualifications

Education and Employment
I am a professor of Radiology and Biomedical Imaging, Epidemiology and Biostatistics, Obstetrics, Gynecology and Reproductive Medicine, and Health Policy at the University of California San Francisco (UCSF) School of Medicine. I graduated from Princeton University with a degree in structural engineering (with combined majors in engineering and architecture) and attended UCSF medical school. My training after medical school included an internship, radiology residency, and clinical fellowship in women's health and a research fellowship in epidemiology and biostatistics in the UCSF Departments of Medicine and Epidemiology and Biostatistics.

I am a clinician-scientist. My clinical work includes one day a week in the Department of Radiology and Biomedical Imaging, with a focus on women's health imaging. I work in the ultrasound section, where a large proportion of the work is focused on the diagnosis of ovarian abnormalities (cancer and other functional issues). I run the UCSF Radiology Outcomes Research Lab, spending most of my time on clinical research and leading large epidemiological studies. I teach in the UCSF School of Medicine and Department of Epidemiology and Biostatistics.

Research Expertise
My research expertise is in epidemiology, outcomes research, comparative effectiveness, health services research, and dissemination and implementation sciences. My epidemiological studies have evaluated the quality, use, accuracy, predictive value, and impact of diagnostic testing on patient health. I have measured the risks and benefits of medical imaging in different contexts and different populations. Much of the research is in women's health, including diagnoses of cancers such as ovarian, endometrial, thyroid and breast. I have led many large, multi-institutional research projects. These projects are typically collaborative, involving researchers and clinicians with diverse expertise including radiology, obstetrics and gynecology, medicine, biostatistics, epidemiology, economics, demography, social sciences, medical informatics, radiation science, and dissemination and implementation science.

I have been a prolific researcher. I have led projects funded by more than 50 million dollars in research grants—entirely focused on cancer diagnosis and prediction. The research has been published in the most prestigious medical journals including the *New England Journal of Medicine*, *Annals of Internal Medicine*, *Journal of the American Medical Association*, *Journal of the American Medical Association Internal Medicine*, *Journal of the National Cancer Institute*, *Obstetrics and Gynecology*, and leading radiology specialty journals such as *Radiology* and *Journal of the American College of Radiology*.

Knowledge of Relevant Study Designs
Several of my published studies have been systematic, meta-analytic, quantitative reviews of the published literature. Meta-analyses review existing evidence on a topic and summarize

6

and re-analyze data from earlier studies. My systematic reviews focused on the diagnoses of endometrial cancer, breast cancer, and a range of birth defects including trisomy 21 (Down syndrome) and trisomy 18 (Edwards Syndrome). Many of my reviews were published in prestigious medical journals, reflecting their scientific rigor based on an in-depth understanding of how to combine and review results from different studies in a scientifically valid and reproducible way.

Several of my recent research projects quantified the variation in radiation dose associated with medical imaging and the expected impact of this variation on cancer outcomes. This work has brought attention to the need for better standards in medical imaging. I am currently leading two large, multi-institutional epidemiological projects on medical radiation funded by the National Institutes of Health. One project is collecting radiation dose measures associated with computed tomography (CT) imaging from more than 150 hospitals in the United States, Europe, and Asia and testing the impact of providing feedback and education to radiologists on average and high doses. The second project is a multinational epidemiological study on childhood cancer. This project is assessing the risk of cancer associated with medical imaging among 1 million children and 1 million pregnant patients after accounting for a range of other cancer risk factors. The study will be the first to quantify the risk of medical imaging including CT among a large group of patients and uses novel methods to accurately estimate radiation dose from imaging.

I have expertise in a range of research study designs. The projects I currently lead (each funded by the National Institutes of Health or the Patient-Centered Outcomes Research Institute for between 9 - 15 million dollars each) have designs selected to be appropriate for the research question. For example, the study assessing the risk of cancer from medical imaging uses a *case-control study design, in which data are collected on a group of patients and those with a condition (cases), are matched to similar patients without the condition (controls)*. Matching people with a disease to people of similar age, gender, and other factors who do not have the disease allows researchers to determine if circumstances such as exposure to a potential toxin influence disease development.

My project on medical imaging uses a *cohort design, comparing groups of people (cohorts) in a population, some exposed to a potential disease agent and some not exposed*, to see if the agent influences disease. My study on radiation doses from CT uses a *randomized controlled design, in which individual patients are randomly assigned to different treatments* so their effectiveness can be compared. I am studying lung nodules using a *cluster-randomized controlled trial design that randomly assigns groups of people in similar circumstances (for example because they all see the same doctor) to different treatments* so the effects of the treatments can be compared.

I have a deep understanding of how epidemiological studies are conducted. I understand what study designs are suitable to particular datasets, populations, and research questions and the advantages and disadvantages of each design. This is relevant as no single study

design is "best;" there are strengths and weaknesses of each. The most appropriate and valid study design varies based on the research question being asked.

Experience as a Medical Expert

For the National Academy of Medicine, I have contributed to several reports, including Saving Women's Lives (2004), Improving Mammographic Quality Standards (2005), and Breast and the Environment: A Life Course Approach (2012), for which I wrote a review on the association between radiation exposure and breast cancer (Appendix). In addition to this research, I am actively involved in raising awareness of the need for better standards and greater safety around medical imaging, in particular related to radiation exposure. I have spoken at the US Food and Drug Administration, testified before the US Congress on several occasions, and worked with leading professional societies to focus attention on improving medical imaging safety.  I have written several quality measures on radiation dose adopted by the National Quality Forum and developed educational tools to help physicians and patients understand the importance of minimizing radiation exposure from imaging.

Prior to providing my opinions on the association between talcum powder products and ovarian cancer, I had not reviewed the relevant literature and had not published in this area. As a result, I brought an unbiased perspective to my review. This report reflects my review of medical and scientific publications in this area (overviews and scientific studies), my own analysis, and review of documents shared with me by the lawyers who engaged me for this task.  My curriculum vitae is attached as Exhibit A, the materials I considered are attached as Exhibit B, and my fees and prior testimony are attached as Exhibit C.

**III. Background: Ovarian cancer and Talc as a Modifiable Risk Factor**

Ovarian Cancer

Ovarian cancer is the seventh most common cancer in women and the fifth leading cause of cancer deaths in the United States. [1] In  2018, 22,240 women are expected to receive a new diagnosis of ovarian cancer and 14,070 women will die from it. Overall, about 1 in 78 women (1.3%) will be diagnosed with ovarian cancer in their lifetime and around 1 in 108 will die of it. About 224,940 women are currently living with ovarian cancer. [2] Most cases occur among older women; the median age at diagnosis is 62, although this varies by ovarian cancer type. [2]Ovarian cancer is frequently diagnosed at a late stage, when a cure is unlikely. Because so many ovarian cancers are diagnosed at a late stage, the overall mortality rate is high, and the overall 5-year survival is poor. With the poor prognosis and absence of a reliable screening test to find ovarian cancer early, it is a highly feared cancer for women and their physicians alike.

Histologic types

Cancers are classified by histologic type, meaning the type of cells that are involved. Understanding ovarian cancer histologic types is important because the risk factors, etiology and genetics of ovarian cancer can vary by histological type. Therefore, the importance of talcum powder products as a risk factor or cause can also vary by type.

Ovarian cancers (epithelial and non-epithelial) are a heterogeneous group of malignancies that vary in their pathological appearance, molecular biology, risk factors, etiology and prognosis. [1] Epithelial ovarian cancers have several histologic types; most fall into a small group of more common types including serous, endometrioid, clear cell and mucinous. About 90% of ovarian cancers are epithelial (meaning they arise from cells on the surface of the ovary or fallopian tube) and the most common type of epithelial cancer is serous carcinoma. Serous is not only the most common type of ovarian cancer, it is also the most lethal type of ovarian cancer. Further, it is the type of cancer that pathologists can most consistently, reliably, and reproducibly diagnose. Thus, epidemiological studies will have the greatest ability to document a clear association between serous ovarian cancer types and talcum powder products, if a connection exists. It is also the subtype that has been studied most from a molecular and pathologic research standpoint.

| Table 1. Histologic Types of Ovarian Cancers Diagnosed Over 15 Years at the KP Washington (in press, JAMA Internal Medicine) | | |
|---|---|---|
| Histologic Type | Number | Percent of Total Cancers |
| Papillary serous cystadenocarcinoma | 52 | 36.6 |
| Endometrioid carcinoma | 17 | 12.0 |
| Serous cystadenocarcinoma | 15 | 10.6 |
| Clear cell adenocarcinoma | 12 | 8.5 |
| Adenocarcinoma, NOS | 11 | 7.7 |
| Mucinous adenocarcinoma | 7 | 4.9 |
| Mixed cell adenocarcinoma | 3 | 2.1 |
| Serous surface papillary carcinoma | 3 | 2.1 |
| Granulosa cell tumor | 3 | 2.1 |
| Carcinoma, not otherwise specific | 2 | 1.4 |
| Mucinous cystadenocarcinoma | 2 | 1.4 |
| Mucinous cystic tumor of borderline | 2 | 1.4 |
| Carcinoma in situ | 1 | 0.7 |
| Squamous cell carcinoma | 1 | 0.7 |
| Papillary adenocarcinoma | 1 | 0.7 |
| Papillary serous cystadenoma, borderline | 1 | 0.7 |
| Adenocarcinoma with squamous meta | 1 | 0.7 |
| Granulosa cell tumor, malignant | 1 | 0.7 |
| Endometrial stroma sarcoma | 1 | 0.7 |
| Mullerian mixed tumor | 1 | 0.7 |
| Carcinosarcoma | 1 | 0.7 |
| Carcinosarcoma, embryonal | 1 | 0.7 |
| Teratoma, malignant | 1 | 0.7 |
| Astrocytoma | 1 | 0.7 |
| Marginal zone B-cell lymphoma | 1 | 0.7 |
| **Total** | **142** | **100** |
| **Summary** | | |
| Serous carcinoma | 70 | 49.3 |
| Endometroid carcinoma | 17 | 12.0 |
| Clear cell carcinoma | 12 | 8.5 |
| Mucinous carcinoma | 9 | 6.3 |

My research group recently reported on the ultrasound appearance of ovarian cancers among a large cohort of women. The purpose of this cohort study was to quantify the risk of malignant ovarian cancer based on ultrasound findings. We described 142 new ovarian cancer cases in a population of 500,000 women enrolled in Kaiser Permanente Washington, an integrated health plan, between 1997 and 2008, including 72,093 women who underwent pelvic ultrasound. The distribution of cancer histological types is in Table 1. Serous carcinoma was the most common cancer type: In our cohort, it was 50% of the ovarian cancers. Serous carcinoma has the worst prognosis of the ovarian cancer types. Its high frequency and poor

9

prognosis contribute to the high mortality rate for ovarian cancer overall. The other common histological types of ovarian cancer were endometrioid (12% in our data), clear cell (8.5% in our data), and mucinous (6.3% in our data).

Ovarian cancer types have large differences in stage of diagnosis (a strong predictor of survival) and prognosis independent of stage. The 5-year survival by histological type is in Table 2. Serous cancer is the most frequent and most aggressive, with an overall 5-year survival of 43% as compared with 82% for endometrioid. The survival is strongly influenced by stage at diagnosis, with higher stage numbers indicating more advanced stage. [1] Most serous carcinomas are diagnosed at stage III (51%) or IV (29%) (Figure 1), [2] for which 5-year survivals from the most recent data were 42% and 26%, respectively. These data reflect the aggressive nature of serous cancer. [1] In contrast, the majority (58% to 64%) of endometrioid, mucinous, and clear cell carcinomas are diagnosed at stage I, similar to nonepithelial tumors (Figure 1) . Consequently, the 5-year survivals are 82%, 71%, and 66%, respectively, for endometrioid, mucinous, and clear cell carcinoma. Thus, these cancers behave very differently, even though all are ovarian epithelial cancers.

**Table 2. Percent of Women Surviving 5 Years After Diagnosis by Epithelial Ovarian Cancer Type. Data From 2008–2013.**

| | All epithelial types | Serous | Endometrioid | Mucinous | Clear cell | Sex cord-stromal | Germ cell |
|---|---|---|---|---|---|---|---|
| **Stage** | | | | | | | |
| **All** | 47 | 43 | 82 | 71 | 66 | 88 | 94 |
| **Stage I** | 89 | 86 | 95 | 92 | 85 | 98 | 99 |
| **Stage II** | 71 | 71 | 84 | 69 | 71 | 84 | 93 |
| **Stage III** | 41 | 42 | 59 | 30 | 35 | 61 | 90 |
| **Stage IV** | 20 | 26 | 29 | 13 | 16 | 41 | 69 |

**Figure 1. American Joint Committee on Cancer Sixth Edition Stage Distribution (%) for Ovarian Cancer by Histology, US, 2007-2013, SEER 18 Registries, NCI, 2017. This shows that serious cancers are more likely to be diagnosed at state III, IV (green and teal), compared with other tumor types.**



This summary reflects our current knowledge about ovarian cancer histologic types and their associated prognoses. As research results are reported, our knowledge will evolve. For example, recent studies suggest we need to improve our ability to distinguish between high-grade serous and endometrioid carcinomas. Other results suggest that many ovarian mucinous carcinomas are actually gastrointestinal tumors that metastasized to the ovaries and this realization is affecting the reported rates of ovarian mucinous carcinomas (which are declining). [1,3,4] The categorization of noninvasive tumors classified as borderline is also under investigation and a topic of discussion in the field. These noninvasive tumors have historically been considered in the spectrum of ovarian cancer that have less aggressive behavior. However, many previously described borderline cancers are now generally considered non-malignant.

In summary, when assessing the carcinogenicity of talcum power products, this should focus on invasive serous carcinoma as the most important cancer (based on prognosis) and the most reliable cancer to identify (based on histology and understanding of cancer behavior).

Additionally, over the last decade, there has been research suggesting that many ovarian cancers originate from cells in the distal portion of the fallopian tube. Because the pathogenesis, treatment, and prognosis of serous cancers of the fallopian tube, ovary, and peritoneum are similar, these are now typically considered as a single entity. [4] This consideration applies to the association with talcum powder product usage discussed in this report.

Risk Factors

Understanding ovarian cancer risk factors is important because analyzing the impact of talcum powder products exposure must consider *covariates, or other characteristics* that a woman might have that might also influence her ovarian cancer risk such as age, inherited genetic mutations, reproductive factors, or family history of cancer. Every risk factor does not have be considered to come to a valid conclusion; indeed, this is not realistic within the limitations of medical research, and the bias introduced by the exclusion or some risk factors will be small. However, crude analyses that look at the risk of ovarian cancer from talcum powder products without adjusting for any other risk factors must be considered cautiously. For that reason, statistical analyses of research results often adjust for *confounding factors or variables that are covariates that hinder accurate calculation of an association,* for example between talcum powder products and ovarian cancer.

Numerous risk factors are identified for ovarian cancer. [5] Unfortunately, few can be modified by therapies or lifestyle changes. Risk factors vary by histologic type [5] but those that increase risk of ovarian cancer include personal or family history of ovarian or breast cancer, inherited mutations including BRCA1 and BRCA2 [6-10] advanced age, white race, increased education, and endometriosis. Other factors that may increase ovarian cancer risk due to estrogen exposure include having no pregnancies or advanced age at first birth, obesity, and postmenopausal hormone therapy. [11-13] Several factors are associated with reduced risk for ovarian cancer including breast feeding, multiple pregnancies, use of oral contraception,

tubal ligation, and removal of uterus, fallopian tubes, or both. [14-18] Smoking is a possible risk factor for ovarian cancer, primarily mucinous subtype, although study results have not been consistent. [5,19]

Risk factors vary by cancer type. For example, serous cancer is more strongly associated with reproductive risk factors than mucinous tumors [20-22] and different histologic types have different molecular and genetic profiles. [23-25] Serous tumors are more likely to have a cancer-promoting mutation in the p53 gene, whereas similar KRAS mutations are more common in mucinous tumors. Over time, the occurrence of ovarian cancer has changed, in part due to changes in risk factors. For example, small declines in the rates of endometrioid and serous cancer are attributed to declining use of hormone replacement among postmenopausal women.

Etiology: Origins, Causes, Development and Inflammation

Our understanding of the etiology and course of ovarian cancer continues to evolve. Hereditary genetic predisposition increases risk, but overall, accounts for only a small proportion of cancers. And even in women with hereditary genetic mutations, not all will develop ovarian cancer. The majority of ovarian cancers are now believed to arise in the distal portion of the fallopian tube. By convention, fallopian tube, ovary and peritoneal cancers are considered as a single entity. The most widely accepted mechanism for initiation, promotion and progression of ovarian cancer is tissue inflammation leading to a series of responses that result in cancer.

There is very clear and extensive scientific literature describing the relationship between inflammation and cancer across many anatomic areas. Chronic inflammation, and even subtle, subclinical inflammation, is associated with an increased risk of cancer. [26-28] Many inflammatory conditions predispose to cancer development. Diverse factors that lead to inflammation - infection, chemical exposures, physical agents, autoimmune factors, and even inflammatory reactions of uncertain etiology - can lead to an increase in cancer incidence. For example, there are well described and accepted causal pathways linking inflammation in the etiology of bladder cancer (schistosomiasis, toxic chemicals), cervical cancer (papillomavirus), gastric cancer (H Pylori), colon cancer (inflammatory bowel disease), liver cancer (hepatitis), mesothelioma (asbestos) and ovarian cancer (pelvic inflammatory disease and endometriosis). The biological pathways associated with inflammation include stimulation/interference with a range of biological responses that are involved in initiation of cancer, promotion of cancer, and progression of cancer. Oxidative stress resulting from inflammation can impact all stages of cancer development including cancer initiation (DNA is damaged by introducing gene mutations and structural alterations of DNA leading to inhibition of DNA repair and malignant transformation); promotion (which may be manifest as abnormal gene expression resulting in cell proliferation and decrease apoptosis) and progression (further DNA damage and enhancement of cell growth. [29] Local inflammatory response can lead to signaling molecules such as cytokines, chemokines, prostaglandins, growth transcription factors, microRNAs having higher expression that can promote cancer

12

development and can create a favorable microenvironment for the development and progression of cancer. [30] Inflammation impacts every step of tumorigenesis, from initiation through tumor promotion, and extending to metastatic progression. Similarly, the most compelling mechanism for the etiology of ovarian cancer is that of chronic inflammation and scarring in the ovary that leads to malignant transformation and cancer progression. This mechanism involves cell proliferation, oxidative stress, DNA damage and gene mutations. [31-33] [31,34-37] The microenvironment of ovarian cancer contains a broad spectrum of pro-inflammatory cytokines and chemokines contributing to the mechanism. [38]

There are many processes that can lead to inflammation and tumorigenesis and the exposure to talcum powder products is one such exposure that can strongly enhance the tumor promotion or progression as seen in in vitro and animal studies.  For example, normal repeated ovulation leads to injury of ovarian epithelial cells and transformation to malignant cancer cells that can be enhanced by various factors such as talc or asbestos particles. Exposure to talcum powder products can induce the production of pro-oxidant enzymes and reduced production of antioxidant enzymes leads to malignant transformation. In support of inflammation from talcum powder products causing cancer, hysterectomy or bilateral tubal ligation, which would significantly limit ovarian exposure to inflammatory mediators, and toxins, is associated with reduced ovarian cancer risk.

<u>Relationship Between Ovarian Cancer and  Talcum Powder Products</u>
The epidemiological evidence described in detail below demonstrates a strong and positive association between exposure to talcum powder products and ovarian cancer and that talcum powder products cause ovarian cancer. Although epidemiologic evidence alone does not provide a definitive mechanism or pathophysiological process that accounts for the increased risk, the evidence for inflammation as described above is very strong. Similarly, epidemiological evidence alone does not confirm the specific component or ingredient in talcum powder products that is responsible for its carcinogenesis. Nonetheless, several constituents within talc powder products are worth highlighting as they may be acting individually or together to create the carcinogenicity of talc powder products inasmuch as they are individually highly carcinogenic

<u>Why Talcum Powder Products were Initially Suspected as Causing Ovarian Cancer</u>
In 1978 samples of commercial body powders were shown to contain asbestos silica minerals. Asbestos was a known carcinogen and about half of the powder samples contained respirable quartz, a lung carcinogen. Concerns were primarily raised that inhaled powder could cause lung scarring, lung cancer, or mesothelioma. In 1971, Henderson observed talc particles deeply embedded in ovarian cancer tissue. The authors noted the close association of talc to the asbestos group of minerals. [39]Further concern was raised , in 1982 whena case-control study of ovarian cancer that collected information on talcum powder use reported an increased risk with perineal dusting. [40] These findings were reported in widely circulated newspapers such as The Globe, raising concern that the powders were carcinogenic because

of the contamination with asbestos, using the relationship between asbestos and lung cancer and mesothelioma as the basis for the concern.

<u>Carcinomic of Constituents of Talc Powder Products</u>
There are hundreds of different constituents and ingredients within talcum powder products in addition to platy talc. Many of these are Group 1 carcinogens (such as asbestos, talc containing asbestiform fibers, heavy metals, and some fragrance chemicals) that  likely contribute to the carcinogenicity of the products.

<u>Asbestos</u>
Asbestos is the generic commercial designation for a group of naturally occurring mineral silicate fibers; serpentine mineral fibers are called chrysotile, and amphibole minerals include actinolite, amosite, anthophyllite, crocidolite and tremolites. Talc is formed by complex geological processes acting on pre-existing rock formations with diverse chemical composition. Small amounts of chrysotile (asbestos) may occur in these talc deposits [41,42] When talc is mined it may contain asbestos fibers [42,43] A study of 21 consumer talcum powders obtained from retail stores in 1971–1975 reported that 10 contained concentrations of asbestos fibers ranging from 0.2 to 14%. [41,44] Because of concern that asbestos was present in talcum powder products and the known carcinogenicity of asbestos, it has been reported that voluntary guidelines were established by the cosmetic industry in 1976 to limit the content of asbestos fibers in commercial talc preparations. While currently talcum powder products are believed to free from asbestos, the data on its continued presences are strong. I have seen evidence of continued presence since 1976. [45-48] For example, Longo  tested approximately 50 samples that were taken between the years 1960 through 2000 and the majority of sample are positive for asbestos. [47]

Asbestos is a known and potent human carcinogen. Asbestos is highly carcinogenic to the lungs, lining of the lungs, and larynx. [49] Asbestos is also highly carcinogenic to the ovaries. [49-58] Women working in asbestos-manufacturing industries have an increased risk of ovarian cancer. IARC reviewed the association between asbestos exposure and ovarian cancer in 2012. To assess the relationship, IARC reviewed data primarily from large epidemiological cohort studies of women who had occupational exposure to asbestos as well case-control studies on non-occupational exposure. The context and lengths of exposures varied, along with the type of asbestos fibers to which the women were exposed and the study designs and assessments. Nonetheless, the results were consistent. Most, but not all, were statistically significant and documented a strong and compelling causal association between exposure to asbestos and ovarian cancer, largely the result of the association from cohort studies of women with substantial occupational exposures. [50-54] **IARC concluded that there is sufficient evidence that asbestos is carcinogenic in humans and that asbestos causes cancer of the ovary.**This is the highest risk category. [49]  IARC also concluded that this categorization applied to all forms of asbestos and to talc containing asbestiform fibers (talc in a fibrous habit or fibrous talc)). IARC also concluded that asbestos is carcinogenic based on animal studies. Camargo completed a systematic review of the relationship between women occupationally exposed to asbestos and ovarian cancer. [59] The authors found that of the 18 cohort studies

the pooled standard mortality estimate for ovarian cancer was 1.77 (95% confidence interval, 1.37-2.28). The range in reported SMR values was 1.1– 5.4 across the included cohort studies and the most common values were 2–3. This study supports  IARC's conclusion that exposure to asbestos causes ovarian cancer.

**IARC explicitly stated that the findings in this Monograph applied to all forms of asbestos, as well as asbestiform talc (fibrous talc).**

I reviewed many publications and primary research studies, including experimental and basic science models showing molecular and genetic cancer-promoting changes to cells that occur from exposure to asbestos fibers. I also strongly conclude that asbestos causes ovarian cancer.

Talc

Talc is the primary component of talcum powder products. The chemical structures of talc and asbestos can be similar. While talc particles are usually plate-like, talc can also grow as a fiber which is similar to the group of minerals called asbestos. Both are magnesium silicate and when talc has the fibrous form it is called asbestiform because of its similarity to asbestos. The form of the talc fibers is long and thin, with parallel bundles that are easy to separate from each other, and closely resembles the physical appearance of asbestos minerals. The histologic appearances of mesothelioma and ovarian cancer are similar. The known carcinogenicity of asbestos for lung, pleural, peritoneal and ovarian cancer has led to the theory that the similarity in the fibers and the resulting cancers suggests that talc works mechanistically within the ovary to induce cancer in a way that is similar to how asbestos in the chest induces mesothelioma.

Early observations demonstrated talc particles in both malignant and normal ovaries establishing a route from the perineum to the ovary and shows that many women are exposed to talc. [39,60] In 2006, the International Agency for Research on Cancer (IARC) reviewed the data on cosmetic (perineal) talc ("non-asbestiform") application and concluded that it is possibly carcinogenic to humans. [61] This is not as strong a recommendation as they made for asbestos and ovarian cancer, but nonetheless is a strong recommendation. IARC classified genital-perineal use of talc-based powder as possibly carcinogenic. Exposure to talc particles can induce an inflammatory response, either directly at the ovary and ovary-fallopian tube juncture, causing local irritation from talc particulates or through more generalized peritoneal inflammation. The mechanism that can lead to cancer is local irritation by talc fibers that disrupts the epithelial surface, increasing rates of cell division and DNA repair that can lead to mutations. Also increased are oxidative stress and cytokine production, indicating inflammation. Fibers that are incorporated into the epithelial cells enter ovarian tissue. This inflammation initiates a series of responses, supported by research, that promote cancer. The reduction in the elevated risk of ovarian cancer from talcum powder exposure after hysterectomy or tubal ligation supports the mechanism by which local irritation and inflammation to the ovary from talc or asbestos causes an elevated cancer risk.

15

Heavy Metals

**Talc powder products can contain Group 1 metals that are considered by IARC as carcinogenic to humans.** [44,49] This includes nickel compounds which IARC documents cause lung and nasal cavity and paranasal sinus cancer. (IARC100c-10, 2012). Nickel compounds "cause DNA damage, chromosomal aberrations, delayed mutagenicity and chromosomal instability … and nickel compounds act as co-mutagens." Talcum powder products also contain Chromium (VI) (IARC100c-9, 2012) another Group 1 carcinogen, where there is sufficient evidence in humans for carcinogenicity (to the nose and nasal sinus). The mechanism includes "DNA damage, generation of oxidative stress and aneuploidy. Talc powder products can also contain Group 2A metals that are considered probably carcinogenic to humans, such as Cobalt which can be found in talc powder products. [62] IARC considers Cobalt metal with tungsten carbide as probably carcinogenic to humans (Group 2A), but worth noting that a number of the IARC working group members supported an evaluation in Group 1 because they judged the epidemiological evidence to be sufficient, leading to an overall evaluation in Group 1; or they judged the mechanistic evidence to be strong enough to justify upgrading the default evaluation from 2A to 1. The majority of working group members, who supported the group 2A evaluation, cited the need for either sufficient evidence in humans or strong mechanistic evidence in exposed humans. Cobalt metal without tungsten carbide is also considered possibly carcinogenic to humans (Group 2B). Cobalt sulfate and other soluble cobalt(II) salts are possibly carcinogenic to humans (Group 2B).

Any and all of these heavy metals can cause ovarian cancer through an inflammatory mechanism

Fragrances

There are more than 150 different chemicals added to Johnson's Baby Powder and Shower to Shower products. I reviewed the expert report from Dr. Crowley that concludes that some of these chemicals may contribute to the inflammatory response, toxicity, and potential carcinogenicity of Johnson & Johnson's talcum powder products. I concur with his opinion. [63]

**IV. Overview of Publications on Genital Use of Talc Powder Products and Ovarian Cancer**

To understand the relationship between exposure to talcum powder products and ovarian cancer, I searched for and reviewed scientific papers on this topic. I used several searchable publication databases (Scopus, Embase, Pubmed) and manually searched the reference lists of all articles I found, including a large number of reviews. The results of my review follow the explanation of the main types of studies and articles.

Explanation of study designs and article types

Nearly all published studies that I reviewed used one of two designs: case-control and cohort. Each design has strengths and biases. The commonly held view is that cohort studies are better than case-control studies. This is a misconception thus it is worth explaining their differences. Many articles I reviewed were systematic reviews, which are also explained.

*Case-control studies compare people with a condition (cases) by matching them to people with similar characteristics who do not have the condition (controls)* to determine the effect of a potential disease-causing factor. They often analyze existing data *retrospectively, after people have been diagnosed,* and involve tens or hundreds of patients. *Cohort studies compare cohorts, or groups of people, who were exposed or not exposed to a potential disease agent.* They often collect data on people *prospectively, before they develop a disease* and track their health over time. Both case-control and cohort studies, if well done, can provide accurate and meaningful information about statistical associations. In general, however, the risk of bias is greater for case-control studies. (An example is *recall bias*, in which women are more likely to remember and report exposure to talc powder products after they have been diagnosed with cancer compared to women without a diagnosis, perhaps because diagnosed women heard that talc powder products is harmful and are more likely to remember talc use). Nonetheless, when studying a rare disease, the case-control design is frequently highly efficient and desirable as it allows you to assemble a much larger number of cases and can delve in great depth for particular exposures. You can identify all patients who have the outcome of interest, and then query them (and some control group) about any antecedent exposure. The identification of the control group is very important. My large, National Institutes of Health-funded study of cancer risk factors in children is employing a case-control design. This design permits us to ask very detailed questions of a small number of individuals about their various exposures.

Cohort studies potentially avoid some biases of case-control studies since exposures are prospectively assessed and quantified, that is, before disease outcomes. This design also has limitations, though. An extremely important limitation is that because cohort studies are expensive and time-consuming, they rarely focus on a single, narrowly defined question such as the association between regular use of talcum powder products and cancer. Usually, researchers investigate a broad range of questions in cohort studies, so asking patients in-depth questions about any given topic is difficult, especially since tens of thousands of patients may be surveyed on many topics. Further, in cohort studies, having comprehensive assessment of outcomes on all individuals in the cohort is extremely important. Losing patients to follow up (meaning researchers cannot contact or find records on a participant) leads to study bias. The other disadvantage of cohort studies is that a very large number of patients must be assessed over a long period of time to see who will develop a rare outcome (like ovarian cancer). Because of this, typically there will be far fewer patients with disease in a cohort study as compared with case control study (like in this case).

The small number of cohort studies I found on the relationship between talcum powder products exposure and ovarian cancer did not focus on the details of this topic. While they may have included questions about talcum powder exposure, they were not sufficiently nuanced  to provide meaningful information. Thus, in most of the cohort studies I found, measurements of exposure were poor, not specific, or inaccurate. Further, several had very short follow-up periods with data or information about the time before the cancer occurred. This negates an advantage of cohort studies, which is being able to learn about exposures before the cancer, eliminating recall bias.

17

*Systematic reviews quantitatively summarize results across multiple studies.* One of the rationales of this study design is that individual studies may not have enough participants to yield meaningful results because they are too small or insufficiently powered. Combining small studies can provide more stable and reliable summary estimates of the effects of disease agents and risk factors. Further, a systematic review may be better than a single study, as it provides broader evidence of the results and includes patients from diverse settings. However, in order to statistically combine and summarize the data from different research studies into a single systematic meta-analytic review, the combined studies must ask the same research question and follow sufficiently similar and rigorous scientific methods. A meta-analysis does not compensate for gaps or flaws in an original study: Combining three poorly performed studies does not yield reliable summary estimates even though there may be three times the number of patients. Similarly, combining studies that ask different research questions (for example, assessing women of different ages for a disease in which age is an important risk factor) does not provide reliable summaries. Results from different studies often vary when the studies ask different research questions, have different criteria for including participants, or use different methods. I raise these issues to point out that systematic reviews must be read extremely carefully to ensure that their conclusions are valid.

<u>Table of Reviewed Publications</u>
I identified and reviewed 43 English-language publications that provided quantitative data based on epidemiological studies about the relationship between genital talcum powder exposure and ovarian cancer (Table 3). This list includes 4 cohort studies, 8 systematic meta-analytic reviews, 2 studies that pooled individual patient-level data from several research studies, and 30 case-control studies. One study contributed both the systematic review and a case control study. I also read multiple review articles that are not included in the table. The epidemiological studies were published between 1982 and 2018. I have described the results organized by study design below.

Most studies used a case-control study design with a small number using a cohort study design. Although some studies assessed powder use to any part of the body or assessed the use of talcum powder on diaphragms, condoms or sanitary napkins, the primary research question that I focused on in my review and that was assessed in all included individual research studies, was whether genital area exposure to talcum powder  increases risk of epithelial ovarian cancer. Occasionally, study authors assessed combination exposures (i.e., to genitals and other body parts). These studies were included as long as genital powder use was assessed. Nearly all studies adjusted for known ovarian cancer risk factors, but those factors varied. The vast majority of studies found a positive association between any exposure to talcum powder products and cancer. However, the sample size of some studies was small and resulted in high statistical uncertainty. Because of these and other limitations, quantifying a precise association between exposure and cancer was difficult from my review of the literature. The data for some studies may have shown that effects of talcum powder exposure (measured as odds ratios, ORs) was meaningful for cancer development, but with statistical

uncertainty; whereas other studies showed the reverse results, with ORs not showing a positive association, but statistical parameters suggesting that a meaningful association was nonetheless possible because of wide confidence intervals. Therefore, I thought a more precise and careful review was called for. The number of individual women included in each study and the reported or estimated effect size for "any exposure to talc" (adjusted for other risk factors such as age) are in Table 4.

A subset of the studies quantified the *intensity (frequency)* of each woman's exposure to talc to assess the importance of use patterns (e.g., if a single lifetime use or weekly, monthly, or daily use increased ovarian cancer risk) or *dose dependency (links between the number of exposures and cancer risk, e.g., if doubling exposure doubles risk)*. Further, a subset of studies stratified by cancer type (invasive vs. low malignant potential/borderline) and whether the risks varied by histological types including the four dominant types of serous, mucinous, clear cell, and endometrioid cancer.

Studies that provided data on the frequency of talc use and association by histologic type were included in a separate systematic meta-analytic review that I conducted as part of my review of the literature to include in this report.  The reason I completed my own statistical review is further explained below.

Quantifying Exposures

A large proportion of women will have used talcum powder products, highlighting the importance of this issue. However, publications that focus on women reporting "any" genital exposure to talc (i.e., talc at any point in life and for any duration) may be too broad to provide meaningful information. For example, "any use" will include women who applied talc powder products three times over five decades and women who used talc powder products daily, whose might have had 20,000 applications and exposures in comparison to three. Defining a variable as any use is the equivalent to creating a variable of any smoking use, that combines data on individuals who tried one cigarette in their life with individuals with 50 pack years of tobacco use. Combining data on women with infrequent or sporadic exposures with data from women with frequent, sustained use leads to imprecise results, masking any causal associations. Therefore, I selected the studies for my own review that quantified the frequency of talc powder products use as having the most informative data and included them in a separate systematic review.

Summary of Data

I grouped the research studies by their study design. What follows is my review of the cohort studies, systematic review studies, pooled data studies, followed by my own review.

Cohort Studies

Four cohorts (Gertig, Gates, Houghton, Gonzalez) have been published on talcum powder products and ovarian cancer.

**Cohort 1: Gertig (2000) [64]**

This first cohort study assessed the relationship between perineal talc and ovarian cancer within the context of the US Nurses' Health Study, a prospective study of 121,700 female registered nurses in the United States who were aged 30–55 years at enrollment in 1976. These are mostly premenopausal women. While talc exposure was not an initial part of the study, questions about talc, including measuring frequency of exposure, were added in 1982; a large subset of the cohort (78,630 women) completed these questions and were included in analyses. Among these women who were followed for 14 years, 307 were diagnosed with epithelial ovarian cancer. After adjusting for confounding variables, the *relative risk (RR)* of developing ovarian cancer (*the likelihood of ovarian cancer in talc users compared to nonusers, with higher RR meaning increased risk stronger association*) among daily users of talc was RR 1.12 (95% *confidence interval [CI]* 0.82, 1.55, *a measure of statistical uncertainty, with wider ranges indicating greater uncertainty*), which was not statistically significant. However, when results were classified by histologic subtype, the RR of invasive serous cancers was significantly elevated among any users of talc (RR 1.40, 95% CI 1.02, 1.9) and the RR of invasive serous cancer among daily users of talc was higher at RR 1.49 (95% CI 0.98, 2.3).

In this cohort study, the researchers assessed talc exposure before cancer diagnosis, avoiding the possibility of the recall bias of case-control studies. This was a strong strength of this study. A potential weakness was that frequency (i.e. daily) but not duration (number of years) of talc use was measured, so a clear lifetime exposure measure was missing. The researchers nonetheless quantified exposure at the time the talc questions were asked, which was probably strongly associated with prior use (i.e. an approximation on ongoing use). **This study provides strong evidence that perineal exposure to talc increases the risk of invasive serous ovarian cancer, particularly among daily users of talc, with about a 50% increased risk**, which is substantial and meaningful.

**Cohort 2: Gates (2010) [24]**

This study assessed the association between ovarian cancer risk factors and incidence of ovarian tumors by histological type using data from the US Nurses' Health Study combined with data from the Nurses' Health Study II, which included a second period of enrolling participants. Unfortunately, talc use was assessed only on the first survey and not assessed among patients enrolled in the Nurses' Health Study II. Thus, this extends the period of follow up from the initial NHS but does not include greater information about risk factors. Results were presented for any talc powder products use and not for frequency of use. **Thus, this report does not add to a meaningful assessment of the relationship between talc use and ovarian cancer because it used exactly the same patient group as Gertig (2000) but provided less information to quantify the frequency of talc use.**

**Cohort 3: Houghton (2013) [65]**

This study assessed perineal talc powder products use and risk of ovarian cancer in the Women's Health Initiative Observational study, in which postmenopausal women aged 50–79 were enrolled in a prospective cohort of women from 40 clinical centers across the United

States in 1993–1998. Overall, 61,576 women were included in analyses, including 429 diagnosed with ovarian cancer. Perineal powder use was assessed at the start of the study. Participants were asked if they **ever used talc powder products** on their private parts (genital areas). Those who responded yes were asked about duration (years) of use. Women were followed for a mean of 12 years and the median age of participants was 63. **Talc powder products use was associated with a 12% increase in risk of ovarian cancer after accounting for covariates** (RR 1.12, 95% CI 0.92, 1.36). When limited to women who used perineal powder for 20 years or more, the RR was 1.10 (95% CI 0.82, 1.48). When limited to serous ovarian cancer, the RR was 1.13 (95% CI 0.84, 1.51.) **The primary limitation of the study was that frequency of talc powder products use was not assessed—and thus the authors could focus only on any talcum powder use.** The imprecision in estimation of talcum powder exposure makes the results not terribly meaningful. The second limitation was the relatively short follow-up of 12 years to identify ovarian cancer diagnoses.

**Cohort 4: Gonzalez (2016)** [66]

The Sister Study (2003–2009) followed 50,884 women ages 35 to 75 years in the US and Puerto Rico who had a sister diagnosed with breast cancer. After excluding participants who had bilateral oophorectomies, ovarian cancer, or were lost to follow-up, 41,654 participants were included. At baseline participants were asked about douching and talc use during the previous 12 months, and during follow-up (median of 6.6 years) 154 participants reported a diagnosis of ovarian cancer. The authors computed adjusted hazard ratios (HR) and 95% confidence intervals (CI) for ovarian cancer risk using the Cox proportional hazards model. The authors found no significant association between baseline perineal talc use and subsequent ovarian cancer (HR: 0.73 CI: 0.44, 1.2). **The primary limitations of this study are that the authors combined a large number of potential talc exposures into a single category, including genital talc use in the form of powder or spray applied to a sanitary napkin, underwear, diaphragm, cervical cap, or vaginal area. Further, the authors categorized the exposure based on the 12 months prior to enrollment as a dichotomous ever/never.** Thus not only was it an ever versus never category, the ever category was extremely broad, making the lack of association less meaningful. Further, there are several other factors that make the results questionable, including lower than expected proportion of women who report any exposure to talc powder products, and the lack of a validated approach to ascertainment of ovarian cancer.

**Cohort Studies: Summary**

Analyses of data from the US Nurses' Health study and the Women's Health Initiative estimated that women who report any exposure talc powder products will have a 12% increase in ovarian cancer compared to women who never report talc powder products use, although this estimate was not statistically significant. The primary limitation of this estimate is that it is based on *any talc powder products* use, which is a weak, crude predictor. Similarly, while the results from the Sisters study did not identify a significant association between talc powder products use and ovarian cancer, they too used a measure of ever use, and included a large number of different types of exposures that would not be expected to measure a single exposure. The most important and meaningful conclusion that I draw from the cohort studies

is from the Gertig 2000 study using data from the US Nurses' Health study: That women who are **daily users of talc have an approximately 50% increase (OR 1.49) in their risk of invasive serous** cancer, the most lethal and frequent type of ovarian cancer.

<u>Systematic Reviews</u>
I found nine systematic reviews that summarized the relationship between talc and ovarian cancer, summarized below. These reviews were completed using various subsets of the full list of publications. The systematic reviewers are presented with the most recent first, because the more recent studies tended to be more complete, comprehensive and the most methodologically rigorous.

**Systematic Review 1: Penninkilampi (2018)** [67]
This comprehensive systematic review of the association between any genital use of talcum powder products and ovarian cancer conducted a stratified analyses showing the association by frequency of talc use and histologic cancer subtype. The methods of the study are well described. The researchers identified studies using six electronic databases and reviewed publications with 50 or more cases of ovarian cancer. They identified 24 case-control studies describing 13,421 cases and the three cohort studies (890 cases, 181,860 person-years) described above. Any reported use of perineal talc powder products was associated with increased risk of ovarian cancer compared to no use (OR = 1.31; 95% CI 1.24, 1.39). Women with more than 3600 lifetime applications had slightly higher risks (OR = 1.42; 95% CI 1.25, 1.61). Women who reported long-term (>10 years) talc use also had an increased risk (OR 1.25; 95% CI = 1.10, 1.43). The association between any talcum powder product exposure and ovarian cancer was limited to studies that used a case-control design. The cohort studies showed an increased risk of serous invasive cancer subtypes for perineal talc use compared to no use (OR = 1.25; 95% CI = 1.01, 1.55). While serous and endometrioid cancer were associated with talcum powder products use, no association was seen with mucinous or clear cell cancers. The review authors concluded, from the data, that perineal talcum powder use and ovarian cancer were consistently associated, with a slightly higher risk in women who report greater usage. Some variation in the magnitude of the effect of talcum powder products was found when considering the study designs and ovarian cancer subtypes. Several small methodological issues are that Penniniklampi may have included some groups of patients more than once in analyses and did not include updated data or previously unpublished data available from a research consortium on ovarian cancer. However, these concerns are unlikely to have had a significant impact on their estimates.

## Table 3. List of Included Studies, sorted by study design

| | Study Type | Year | Author | Journal | Title |
|---|---|---|---|---|---|
| 1 | Cohort Study | 2000 | Gerting | J Natl Cancer Inst | Prospective study of talc use and ovarian cancer (in the Nurses' Health Study) |
| 2 | Cohort Study | 2010 | Gates | Am J Epidemiol | Risk factors for epithelial ovarian cancer by histologic type; US Nurses Health Study |
| 3 | Cohort Study | 2014 | Houghton | J Natl Cancer Inst | Perineal powder use and risk of ovarian cancer: Results from the Women's Health Initiativ |
| 4 | Cohort Study | 2016 | Gonzalez | Epidemiology | Douching, talc use and risk of ovarian cancer: Results from the Sister Study |
| 5 | Systematic Rev. | 1992 | Harlow | Obst Gyn | Perineal exposure to talc and ovarian cancer risk |
| 6 | Systematic Rev. | 1995 | Gross | J Expo Anal Env Epid | A meta-analytical approach examining the potential relationship between talc exposure and ovarian cancer |
| 7 | Systematic Rev. | 2003 | Huncharek | Anticancer Res | Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen observational studies |
| 8 | Systematic Rev. | 2007 | Huncharek | Eur J Cancer Prev | Use of cosmetic talc on contraceptive diaphragms and risk of ovarian cancer: a meta-analysis of nine observational studies. |
| 9 | Systematic Rev. | 2008 | Langseth | J Epid Community Health | Perineal use of talc and risk of ovarian cancer. |
| 10 | Systematic Rev. | 2010 | IARC | IARC Monographs | IARC monographs on the evalatuion of carcinogentic risks to humans: Carbon black, titanium dioxide, and talc |
| 11 | Systematic Rev. | 2017 | Berg | European J of Can Prev | Genital use of talc and risk of ovarian cancer: A meta-analysis |
| 12 | Systematic Rev. | 2018 | Penninkilampi | Epidemiology | Perineal talc use and ovarian cancer: A systematic review and meta-analysis. |
| 13 | Pooled Data | 2013 | Terry | Cancer Prev Res | Genital powder use and risk of ovarian cancer: a pooled analysis of 8525 cases and 9859 controls |
| 14 | Pooled Data | 2016 | Cramer | Epidemiology | The association between talc use and ovarian cancer- A retrospective case- control study two US states |
| 15 | Case-Control | 1982 | Cramer | Cancer | Ovarian cancer and talc: A case control study |
| 16 | Case-Control | 1983 | Hartge | JAMA | Talc and ovarian cancer |
| 17 | Case-Control | 1988 | Whittemoore | Am J Epidemiol | Personal and environmental characteristics related to epithelial ovarian cancer. Exposure to talcum powder, tobacco, alcohol, and coffee |
| 5 | Case-Control | 1989 | Harlow | Am J Epidemiol | A case-control study of borderline ovarian tumors: The influence of perineal exposure to talc |
| 18 | Case-Control | 1989 | Booth | BR Cancer | Risk factors for ovarian cancer: a case-control study |
| 19 | Case-Control | 1992 | Harlow | Obstet Gynecol | Perineal exposure to talc and ovarian cancer risk |
| 20 | Case-Control | 1992 | Rosenblatt | Gynecol Oncol | Mineral fiber exposure and the development of ovarian cancer |
| 21 | Case-Control | 1992 | Chen | Int J Epidemiol | Risk factors for epithelial ovarian cancer in Beijing, China |
| 22 | Case-Control | 1993 | Tzonous | Int J Cancer | Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer |
| 23 | Case-Control | 1995 | Purdie | Int J Cancer | Reproductive and other factors and risk of epithelial ovarian cancer: an Australian case-control study |
| 24 | Case-Control | 1996 | Shushan | Fertil Steril | Human menopausal gonadotropin and the risk of epithelial ovarian cancer |
| 25 | Case-Control | 1997 | Chang | Cancer | Perineal talc exposure and risk of ovarian carcinoma |
| 26 | Case-Control | 1997 | Cook | Am J Epidemiol | Perineal powder exposure and the risk of ovarian cancer |
| 27 | Case-Control | 1998 | Green | In J Cancer | Tubal sterilization, hysterectomy and decreased risk of ovarian cancer. |
| 28 | Case-Control | 1998 | Godard | Am J Obstet Gynecol | Risk factors for familial and spordic ovarian cancer among French Canadians: A case-contr study |
| 29 | Case-Control | 1999 | Cramer | International J of Cancer | Genital talc exposure and risk of ovarian cancer |
| 30 | Case-Control | 1999 | Wong | Obstet Gynecol | Perineal talc exposure and subsequent epithelial ovarian cancer: A case-control study |
| 31 | Case-Control | 2000 | Ness | Epidemiol | Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer |
| 32 | Case-Control | 2004 | Pike | Fertil  Steril | Hormonal factors and the risk of invasive ovarian cancer: A population based case control study |
| 33 | Case-Control | 2004 | Mills | Int J Cancer | Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California |
| 34 | Case-Control | 2008 | Goodman | Endcor Relat Cancer | Association of two common single-nucleotide polymorphisms in the CYP19A1 locus and ovarian cancer risk |
| 35 | Case-Control | 2008 | Gates | Cancer Epid Bio Prev | Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer |
| 36 | Case-Control | 2008 | Merritt | Int J Cancer | Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer |
| 37 | Case-Control | 2009 | Moorman | Am J Epidemiol | Ovarian cancer risk factors in African-American and white women |
| 38 | Case-Control | 2009 | Wu | Int J Cancer | Markers of inflammation and risk of ovarian cancer in Los Angeles County |
| 39 | Case-Control | 2011 | Rosenblatt | Gynecol Oncol | Mineral fiber exposure and the development of ovarian cancer |
| 40 | Case-Control | 2012 | Lo-Cignaic | Epidemiol | Aspirin, non-aspirin non-steroidal anti-inflammatory drugs, or acetaminophen and risk of ovarian cancer |
| 41 | Case-Control | 2012 | Kurta | Cancer Epid Bio Prev | Use of fertility drugs and risk of ovarian cancer: results from a U.S.-based case-control stu |
| 42 | Case-Control | 2015 | Wu | Cancer Epid Bio Prev | African Americans and Hispanics remain at lower risk of ovarian cancer than non-Hispanic whites after considering nongenetic risk factors and oophorectomy rates |
| 43 | Case-Control | 2016 | Schildkraut | Cancer Epid Bio Prev | Association between body powder use and ovarian cancer: the African American Cancer epidemiology Study |

**Table 4. List of Included Studies with Number of Cancers, Controls, and Reported Odds Ratios**

| | Study Type | Year | Author | Cancers | Controls or Cohort Size | Odds Ratio | 95% CI |
|---|---|---|---|---|---|---|---|
| 1 | Cohort Study | 2000 | Gerting | 307 | 78,630 | 1.12 | (0.82,1.55) |
| 2 | Cohort Study | 2010 | Gates | 797 | 108,073 | 1.06 | (0.89, 1.28) |
| 3 | Cohort Study | 2014 | Houghton | 427 | 61,576 | 1.12 | (0.92,1.36) |
| 4 | Cohort Study | 2016 | Gonzalez | 154 | 41,654 | 0.73 | (0.44,1.2) |
| 5 | Systematic Review | 1992 | Harlow * | 1,106 | 1,756 | 1.58 | (1.1, 1.6) |
| 6 | Systematic Review | 1995 | Gross | 1,333 | 2,362 | 1.29 | (1.02, 1.63) |
| 7 | Systematic Review | 2007 | Huncharek | 1,858 | 2,830 | NA | NA |
| 8 | Systematic Review | 2003 | Huncharek | 5,260 | 6,673 | 1.33 | (1.16, 1.45) |
| 9 | Systematic Review | 2008 | Langseth | | | 1.35 | NA |
| 10 | Systematic Review | 2010 | IARC | | | 1.30 | |
| 11 | Systematic Review | 2017 | Berg | 15,230 | NR | 1.22 | (1.13, 1.30) |
| 12 | Systematic Review | 2018 | Penninkilampi | 14,311 | NR | 1.31 | 1.24, 1.39 |
| 13 | Pooled Data | 2013 | Terry | 4,472 | 6,175 | 1.37 | (1.19-1.58) |
| 14 | Pooled Data | 2016 | Cramer | 2,041 | 2,100 | 1.38 | (1.01,1.99) |
| 15 | Case-Control Study | 1982 | Cramer | 215 | 215 | 1.83 | (0.98, 2.47) |
| 16 | Case-Control Study | 1983 | Hartge | 135 | 171 | 2.50 | (0.70, 10.0) |
| 17 | Case-Control Study | 1988 | Whittemoore | 188 | 539 | 1.45 | (0.94, 2.22) |
| 5 | Case-Control Study | 1989 | Harlow | 116 | 158 | 1.10 | (0.70,2.1) |
| 18 | Case-Control Study | 1989 | Booth | 235 | 451 | 1.30 | (0.80,1.9) |
| 19 | Case-Control Study | 1992 | Harlow | 235 | 239 | 1.80 | (1.1, 3.0) |
| 20 | Case-Control Study | 1992 | Rosenblatt | 77 | 46 | 1.70 | (.70, 3.9) |
| 21 | Case-Control Study | 1992 | Chen | 112 | 224 | 3.90 | (0.9,10.6) |
| 22 | Case-Control Study | 1993 | Tzonous | 189 | 200 | 1.05 | (.28, 3.98) |
| 23 | Case-Control Study | 1995 | Purdie | 824 | 860 | 1.27 | (1.04, 1.54) |
| 24 | Case-Control Study | 1996 | Shushan ** | 200 | 408 | 2.00 | NA |
| 25 | Case-Control Study | 1997 | Chang | 367 | 564 | 1.51 | (1.13,2.02) |
| 26 | Case-Control Study | 1997 | Cook | 313 | 422 | 1.60 | (0.9, 2.9) |
| 27 | Case-Control Study | 1998 | Green | 824 | 855 | 1.30 | (1.1, 1.6) |
| 28 | Case-Control Study | 1998 | Godard | 170 | 170 | 2.49 | (0.94,6.56) |
| 29 | Case-Control Study | 1999 | Cramer | 563 | 523 | 1.60 | (1.18, 2.15) |
| 30 | Case-Control Study | 1999 | Wong*** | 499 | 755 | 1.13 | (0.89, 1.43) |
| 31 | Case-Control Study | 2000 | Ness | 767 | 1,367 | 1.50 | (1.1, 2.0) |
| 32 | Case-Control Study | 2004 | Pike | | | | |
| 33 | Case-Control Study | 2004 | Mills | 256 | 1,122 | 1.74 | (1.14, 2.64) |
| 34 | Case-Control Study | 2008 | Goodman | 367 | 602 | 0.99 | (.70, 1.41) |
| 35 | Case-Control Study | 2008 | Gates | | | 1.41 | (1.14 1.76) |
| 36 | Case-Control Study | 2008 | Merritt | 1,576 | 1,509 | 1.34 | (1.06, 1.68) |
| 37 | Case-Control Study | 2009 | Moorman | 1,086 | 1,057 | 1.37 | (1.05, 1.80) |
| 38 | Case-Control Study | 2009 | Wu | 609 | 688 | 2.08 | ((1.34 3.23) |
| 39 | Case-Control Study | 2011 | Rosenblatt | 812 | 1,313 | 1.13 | (0.93,1.36) |
| 40 | Case-Control Study | 2012 | Lo-Cignaic | 902 | 1,802 | 1.34 | (1.07,1.66) |
| 41 | Case-Control Study | 2012 | Kurta | 902 | 1,802 | 1.41 | (1.16, 1.69) |
| 42 | Case-Control Study | 2015 | Wu | 1,701 | 2,391 | 1.46 | (1.27,1.69) |
| 43 | Case-Control Study | 2016 | Schildkraut | 584 | 745 | 1.71 | (1.26, 2.33) |

Odds ratio, likelihood (odds) that an outcome will occur because of a particular exposure compared to the likelihood it will occur without the exposure. 95% CI, 95% confidence interval, a measure of statistical uncertainty that says with about 95% of the time that the true value is within the range of numbers. The wider the range, the higher the uncertainty. NR, not reported.

* crude unadjusted estimate
** approximate, unadjusted estimate
*** assessed perineal or thigh use, and controls all have cancer

**Berge (2018)** [68]

This large, comprehensive systematic review of the association between genital use of talc powder products and ovarian cancer also had well-described methods. Berge reviewed and abstracted data for 27 publications and reported an overall summary estimate of the association between talc exposure and ovarian cancer. For six of the reviewed studies, Berge included data published in a pooled data analysis, from Terry [69] described below) that had not been previously included in the original publications. Overall, data on 15,230 women with ovarian cancer were analyzed (a number that is incorrectly reported in the paper). This is slightly higher than the number included in Penninkilampi because of the additional patients from the Terry publication. The summary estimate for risk of ovarian cancer for women who ever used genital talc was RR 1.22 (95% CI 1.13, 1.30). When stratified by histologic type, serous carcinoma was the only type with a significant association to talc use (RR 1.24, 95% CI 1.15, 1.34). There was no difference in risk when tumors were categorized as invasive versus borderline.

To assess relationships among ovarian cancer and intensity and duration of use, these measures were analyzed separately rather than as a combined measure that would give an estimate of the total number of exposures; the analyses did not demonstrate a significant dose response. Importantly, these measures were assessed only in five studies with the results on frequency of use presented as increased risk per additional day per week of talc use, which assumes a very linear association. I was not able to identify the original studies used in the review that reported the results with this level of granularity. Because of the small number of studies, the results (3% increase in risk per additional day of talc used, with high statistical uncertainty) were not surprising.

The authors also stratified the results by the study design (as did Penninkilampi) and found that the association between talc exposure and ovarian cancer was significant only for the case-control studies, although, as above, the cohort studies had the weakest definition of exposure. The primary limitation of the review is defining exposure as ever having used talc. As described above, this is a broad, vague definition that probably dilutes any estimated association, as it includes both women with trivial use and with regular use. A second limitation is that the included studies adjusted for a variety of covariates although this is unavoidable in this type of summary. The large difference in general between adjusted and crude results emphasizes the importance of adjustments when estimating particular risk.

**Langseth (2008)** [70]

This systematic review of the association between genital use of talc powder products and ovarian cancer included 21 publications. The overall pooled odds of cancer were OR 1.35 across all studies.  Several authors of this systematic review were involved in an IARC report on talc exposure. They analyzed a subset of eight studies used in the IARC report that were considered to be the most informative for estimating ovarian cancer risk. Analysis of these more relevant, higher quality studies, produced an increased ovarian cancer risk of 30 to 60% (presumably OR 1.3–1.6) associated  with talcum powder use. This subset analysis did not document a dose response or assess associations by cancer types.

### Huncharek (2007) [71]

Huncharek summarized the results of nine studies that reported on the association between talc used on contraceptive diaphragms and ovarian cancer. No data on perineal talc exposure were analyzed and the data are not included herein. Of note, the reported methodological details suggest a very poorly designed and conducted study. Some of the included papers do not even mention talcum powder products used with diaphragms. This systematic review is poor quality.

### IARC (2006) [62]

Beginning in 1969 the International Agency for Research on Cancer (IARC) began a program to critically review the data on the carcinogenic risk of chemicals to humans. They subsequently expanded their reviews to included evaluation of carcinogenic risks associated with a range of exposures (including risks associated with biological and physical agents, lifestyle factors, complex mixtures of exposures, occupations, etc.) The purpose of the IARC program is to elaborate and publish detailed monographs including critical review of data, to evaluate human risks, and to indicate where uncertainty exists and where additional data are needed. They also give an overall assessment of the strength of the associations. It is worth noting that the individuals who contribute to IARC reports (the Working Group) include extremely knowledgeable and unbiased scientists who have specific content expertise and who have no apparent conflicts of interest. Invited specialists and representatives from international health agencies are brought in to supplement the scientific experts. In their evaluation, they heavily weight whether data support a conclusion of causality. They score evidenced into four categories, ranging from a) evidenced suggesting lack of carcinogenicity; b) inadequate evidence of carcinogenicity c) limited evidence of carcinogenicity and d) sufficient evidence of carcinogenicity. Category c is used when there is possibly carcinogenicity, and this category is not used lightly. An exposure meets category c if there is a positive association between observed exposure to the agent and cancer for which a causal interpretation is considered by the Working Group to be credible, but chance of bias or confounding could not be ruled out. They further categorize agents into 3 groups: Group 1, corresponding to d above (sufficient evidence), the agent is carcinogenic to humans; Group 2, which includes 2A (the agent is probably carcinogenic) and 2B: the agent is possibly carcinogenic to humans. A review focused on the risks associated with carbon black, titanium oxide and talc was published in 2006. The review included a detailed review of the individual studies examining perineal talc use as a risk factor for cancer. IARC concluded that perineal use of talc-based body powder is possibly carcinogenic to humans (Group 2B)

### Huncharek (2003) [72]

This review of 16 studies assessed the relationship between genital exposure to talc and ovarian cancer using data for 5260 women with cancer and 6673 controls. The pooled OR for ever being exposed to perineal talc powder products was 1.33 (95% CI 1.16, 1.45). Small differences were observed in the estimated ORs by whether controls in the case-control studies were from hospital populations (OR 1.19, 95% CI 0.99, 1.4), or the general population (OR 1.38, 95% CI 1.25, 1.52). I believe these differences are small. In general, in case-control

studies, population controls are likely more relevant and valid. However, as with several of the other reviews, talcum powder exposure was assessed as any exposure rather than quantifying by intensity. No stratification by tumor subtype or invasiveness was performed.

**Gross (1995)** [73]

Gross reviewed 10 studies on the association between talc exposure and ovarian cancer using data on 1333 women with cancer and 2362 without cancer. To summarize the RR of malignant epithelial cancer types due to any exposure to talc, adjusting for ovarian cancer risk factors, the authors combined results from five studies for OR 1.29 (95% CI 1.02, 1.63). For an analysis of all cancers (borderline and invasive), they included data from seven studies for a similar OR of 1.31 (95% CI 1.08, 1.58). Notably, the authors did not provide any methodological details of how they identified, assessed, and combined studies, making the results difficult to fully interpret. As with several of the other reviews, they assessed any exposure to talc.

**Harlow (1992)** [74]

Harlow reviewed five previously published studies and summarized an OR, not adjusted for confounding factors, and added his own data for a crude estimated OR of 1.3 (95% CI 1.1, 1.6). Unfortunately, no methodological details were provided on how studies were identified, assessed, and combined or how exposure was defined, making the results difficult to fully interpret. Further, only the combined, estimated, non-adjusted crude OR was reported. Of note, the results of the five published studies used in the review (in contrast to the summary) are well described and of good methodological quality.

**Systematic Reviews: Summary**

**The systematic reviews provide a remarkably consistent estimate of an approximately 30% increase in the risk of ovarian cancer associated with any talc powder products use.** The studies summarized in the systematic reviews reported consistent results with little variability and closely overlapping estimates for ovarian cancer risk due to talc use. Further, the reviews suggest that the risks are greater for invasive serous cancer. I believe Penninkilampi provides a comprehensive and high quality review and his estimate is that women who regularly use talc powder products, defined as >3600 lifetime applications, have a 40% increased risk of ovarian cancer compared to women with no regular talc power product use. The association was significant for serous cancers.

While the methodological approaches of these systematic reviews were generally valid, I believe they all shared the weakness of focusing on any talcum powder use rather than daily talcum powder use, and this motivated my own review (below).

Pooled Data

Two large studies pooled data from several studies. They are worth describing because of their larger sample size and strong methodology in comparison to the individual case-control studies.

**Pooled Data 1: Terry (2013)**[69]

This report pooled data on ovarian cancer patients from a national research consortium and assessed the relationship between talc powder products exposure and ovarian cancer by histologic subtype and invasiveness. Data were from eight case-controlled studies and importantly included previously unpublished data. The authors tried to unify definitions across the studies, but the definitions nonetheless varied widely. The prevalence of genital powder use in the controls varied widely across participating study sites, ranging from 15%–45%, suggesting either large variations in the underlying populations or, probably more likely, variation in the definition of powder use that led to these differences.

The data were for a total of 8525 cases and 9859 controls in the primary analysis. The authors found that **genital talcum powder  use was associated with an approximately 24% increased risk of epithelial ovarian cancer (OR 1.24, 95% CI 1.15, 1.33).** When stratified by cancer type, the risk was increased for all cancers except mucinous cancer. Risks were approximately equally elevated for invasive and borderline tumors. They used a subset of patient data to determine RR of ovarian cancer for the highest talcum powder users, measured as cumulative lifetime perineal applications (defined as applications per month and months of the year). They also considered age (inclusion in the highest user group required more use at age 70 than age 40) and assessed risk of cancer among the highest users. **The odds of cancer in the highest talc exposure category was higher than for women who ever used talc (OR 1.37, 95% CI 1.19, 1.58).** A significant dose response was seen when data on all patients were analyzed, with greater exposure leading to greater risk.

**Pooled Data 2: Cramer (2016)** [75]

Cramer conducted several case-control studies on the relationship between genital talc powder use and ovarian cancer. He pooled data from a large number of these studies, described as reflecting study enrollment in 1992–1997, 1998–2002, and 2003–2008. This publication reports the analysis of pooled data from these separate enrollment phases and a more detailed characterization of those data. Cases were women who resided in Eastern Massachusetts and New Hampshire diagnosed with epithelial ovarian cancer between the ages of 18 and 80. Controls were women identified through random-digit dialing, driver's license lists and town resident lists. Women were interviewed in person, and details of talc use were elicited including the number of applications per month (allowing assessment of frequency of use), timing of use, and lifetime exposures. These descriptions gave far greater detail than most other reports and are thus an important contribution to the field. Further, more demographic and clinical history were obtained and described in these enrollments than for other reviewed studies. This report gave associations from pooled data for 2041 cases and 2100 controls. The larger size of the population, unified variables, and greater detail about cases and controls allowed a larger number of stratifications than other studies.

Overall, genital talc use was associated with an OR of 1.33 (95% CI 1.1.6, 1.52). An important observation was that risk decreased with time since last use. Thus, how often women regularly used talcum powder (daily, or weekly or monthly) was meaningful for predicting ovarian cancer risk, but not if the women had not used talcum powder for 5 or more years.

**Women who reported using talcum powder daily (>30 applications per month) had an OR of 1.46 (95% CI 1.2, 1.78)**. Of note, among women in the ovarian cancer case group who used talcum powder, daily was the most commonly reported frequency of use**. When analysis used data on women who reported their total number of talcum powder applications, those in the highest group category (>7200 lifetime applications, the equivalent of 20 years of daily application) had an OR for ovarian cancer of 1.49 (95% CI 1.06, 2.1).**

Cramer conducted detailed analysis of factors that could influence/interact with the association between talcum powder and ovarian cancer. Some of the results are quite striking. First, a very strong interaction with race was noted. **African-American women seem to be at a particularly elevated risk of ovarian cancer following talcum powder exposure (OR 5.08, 95% CI 1.32, 19.6) compared with white women (OR 1.35, 95% CI 1.17, 1.55).** This finding calls for greater research given the higher incidence, and poorer outcomes among African American women. Asian women seem to be at reduced risk (OR 0.04, 95% CI 0.01, 0.34). **Analysis showed a strong relationship with menopausal status and use of hormone replacement therapy.** ORs were significantly increased in premenopausal women (OR 1.41, 95% CI 1.13, 1.75) and **postmenopausal women who used hormone treatment (OR 2.21, 95% CI 1.63, 3.0).** Postmenopausal women who did not use hormone therapy were not at increased risk of ovarian cancer (OR 1.0, 0.68, 1.49). **Interestingly, the risk of ovarian cancer among postmenopausal hormone-treatment users was elevated only if they used hormones before hysterectomy and tubal ligation but risk was substantial (OR 3.49, 95% CI 1.39, 8.75) if talcum powder was used before these surgeries (OR 5.85, 95% CI 2.89, 11.9) compared to talcum powder use both before and after surgery.**

These findings merit further assessment in other populations but raise the possibility that estrogen is important in ovarian carcinogenesis. The authors also stratified analyses by histologic type and found that the relationship between ovarian cancer and frequency of talcum powder use was significantly elevated for invasive and borderline serous cancer and invasive endometrioid cancer, but not for mucinous, clear cell or mucinous borderline cancer. **Among the most frequent users of talc the adjusted OR for invasive serous cancer is 1.54 (95% CI 1.15, 2.07).** This relationship was even stronger among premenopausal women (OR 1.85, 95% CI 1.21, 2.8) compared to postmenopausal women (OR 1.33, 95% CI 0.96, 1.85).

**Pooled Data of Case-Control Studies: Summary**
**The increased risk of ovarian cancer associated with talc use was estimated at around 40% across these studies. The increased risk for serous cancer was even higher at 50%.**

Case-Control Trials
A large number of case-control studies are published—too many to dedicate a paragraph to summarizing the methods of each.
21,24,36,40,74,76-99

 I carefully read and abstracted data from each study. Without assessing the quality of the case-control studies, I included them in a table and sorted them by size of the reported effect

of talc on ovarian cancer risk. It's a way to get an overview of what they report – and Viewing them in this way is easy to see the general direction of the effect. All but two demonstrate a positive association (OR > 1) between any talc powder products use and ovarian cancer, with ORs ranging from 0.73–3.9 across studies, Table 5 .

**Table 5: List of Case-Control Studies Sorted by Estimated Effect Size (Odds Ratio)**

| Year | First author | | | Odds ratio | Confidence interval |
|------|--------------|------|------|------------|---------------------|
|      | 2008 | Goodman | 367 | 602 | 0.99 | (.70, 1.41) |
| 1993 | Tzonous | 189 | 200 | 1.05 | (.28, 3.98) |
| 1989 | Harlow | 116 | 158 | 1.10 | (0.70,2.1) |
| 1999 | Wong* | 499 | 755 | 1.13 | (0.89, 1.43) |
| 2011 | Rosenblatt | 812 | 1313 | 1.13 | (0.93,1.36) |
| 1995 | Purdie | 824 | 860 | 1.27 | (1.04, 1.54) |
| 1989 | Booth | 235 | 451 | 1.30 | (0.80,1.9) |
| 1998 | Green | 824 | 855 | 1.30 | (1.1, 1.6) |
| 2008 | Merritt | 1576 | 1509 | 1.34 | (1.06, 1.68) |
| 2012 | Lo-Cignaic | 902 | 1802 | 1.34 | (1.07,1.66) |
| 2009 | Moorman | 1086 | 1057 | 1.37 | (1.05, 1.80) |
| 2008 | Gates | | | 1.41 | (1.14, 1.76) |
| 2012 | Kurta | 902 | 1802 | 1.41 | (1.16, 1.69) |
| 1988 | Whittemoore | 188 | 539 | 1.45 | (0.94, 2.22) |
| 2015 | Wu | 1701 | 2391 | 1.46 | (1.27,1.69) |
| 2000 | Ness | 767 | 1367 | 1.50 | (1.1, 2.0) |
| 1997 | Chang | 367 | 564 | 1.51 | (1.13,2.02) |
| 1982 | Cramer | 215 | 215 | 1.58 | (0.98, 2.47) |
| 1997 | Cook | 313 | 422 | 1.60 | (0.9, 2.9) |
| 1999 | Cramer | 563 | 523 | 1.60 | (1.18, 2.15) |
| 1992 | Rosenblatt | 77 | 46 | 1.70 | (.70, 3.9) |
| 2016 | Schildkraut | 584 | 745 | 1.71 | (1.26, 2.33) |
| 2004 | Mills | 256 | 1122 | 1.74 | (1.14, 2.64) |
| 1992 | Harlow | 235 | 239 | 1.80 | (1.1, 3.0) |
| 1996 | Shushan ** | 200 | 408 | 2.00 | NA |
| 2009 | Wu | 609 | 688 | 2.08 | ((1.34 3.23) |
| 1998 | Godard | 170 | 170 | 2.49 | (0.94,6.56) |
| 1983 | Hartge | 135 | 171 | 2.50 | (0.70, 10.0) |
| 1992 | Chen | 112 | 224 | 3.90 | (0.9,10.6) |
| 2004 | Pike | | | NA | |

**V. Rationale for and Explanation of the New Systematic Review**

In previous systematic reviews that I have conducted, I have obtained the most meaningful and consistent results by narrowly defining the research topic of the review, including only studies that provide data on this narrow topic in a well-defined population and stratifying my analysis of the studies' results by relevant factors such as age or race/ethnicity. The benefit of this approach is more accurate, precise, and meaningful results, while the potential tradeoff is a reduction in general applicability of the results, because many studies may be excluded for inadequate data. I believe greater accuracy is more important because I want to be certain about the data I am describing. For example, when I conducted a systematic review on the use of transvaginal ultrasound as a diagnostic test for endometrial cancer, I initially stratified

the results by patient use of hormone therapy. The reviewed studies had consistent results, but only if profoundly different diagnostic criteria were applied for women who did and did not use hormone therapy. For this reason, I completed one review on hormone users and another on non-users. In this case, I had sufficient data to assess both groups.

In this review on talcum powder use, I had sufficient data to summarize results for regular users of talcum powder (as close to daily but reflecting use of talc powder products several times per week) and risks of serous cancer; I did not have sufficient data to summarize results for occasional users or risk of other cancer types.  I believe the most important research question to answer in this review is whether regular exposure to talcum powder is associated with ovarian cancer.  I want to point out that this <u>does not mean</u> that other uses (i.e. less than approximate daily use) does not cause ovarian cancer, nor that talc powder products does not cause other types types of ovarian cancer (e.g. endometrioid cancer). Thus, for the systematic review below of case-control studies on the relationship between perineal exposure to talcum powder products and ovarian cancer, I focused on whether regular use of perineal (genital) talc increases the risk of the ovarian cancer. When possible, I focused on the most common and serious type, invasive serous ovarian cancer.

**VI. New Systematic Review of Literature Quantifying Association Between Regular Frequent Genital (Perineal) Talcum Powder Products Application and Ovarian Epithelial Cancer Risk with A Focus on Invasive Serous Cancer.**

<u>Literature Search</u>
I performed a literature search to identify primary research studies (not reviews) that included patient-level data on the association between talc and ovarian cancer. The literature search was performed in the Medline, Embase, and Scopus databases using keywords "ovarian cancer," "talc," "perineal powder" and "genital powder." Abstracts of resulting publications were reviewed to identify if they addressed the topic and included data. Only English-language articles were reviewed. The references of identified articles and reviews were scanned to identify additional publications. Review articles, editorials, letters to the editor were excluded.

<u>Article Selection</u>
Articles were included based on relevance to the question: **Does the regular (as close to approximately daily)** use of genital (perineal) talcum powder increase invasive epithelial ovarian cancer? Because daily use was the most dominant use category, when studies stratified their results into quartiles of use, or lifetime applications, I included the highest use category that had a reasonable number of data points to reflect daily use. Wherever possible, data on invasive serous cancer were abstracted separately. When I found duplicate reports on the same patient group, the largest and most detailed publication was included. This usually meant the most recent publication, but not always. An important caveat is that I could not always identify duplicative results. I included data from the Terry 2013 pooled data study because it included new data from previous studies. I also included data from the Cramer

31

2016 pooled analysis and earlier publications with duplicative patients were not included.  But I calculated the results both including and excluding these studies.

Exclusion

Studies were not included if they reported only crude ORs unadjusted for confounding factors, A few studies were excluded because, the research methods were poorly defined, even though they reported on women who frequently used talcum powder. Studies that asked participants a single question about ever use of talcum powder, without further quantification of exposure, were not included in the summary.

Defining Talcum Powder Products Use

Regular use was defined ideally as daily or at least more than 3 uses per week. I also accepted studies that defined use as "regular" where the description made it clear that this was regular use. Studies that reported "regular use" but defined it as use of less than this frequency, were not included. Regular use was selected to differentiate occasional use (which may include one-time or infrequent use or use during only a particular time of a woman's menstrual cycle) from sustained regular use. Studies that asked participants a single question about ever use of talc, without further quantification of exposure, were not included in the summary. For example, Purdie reported that 52–57% of women reported ever using talc without further quantification and was not included. Several studies asked about *regular use* defined as at least once a month. These studies were not included unless they further characterized women into different categories of use; if so, I included data for women in the highest use category as long as this was group was large enough to be meaningful. When studies asked about ever use but defined use and stratified results by use, I included any data that may have reflected daily use. This measure of regular use is imprecise but is more accurate and meaningful than evaluating talcum powder exposure as any use.

Stratification of Analyses: Focus on a Single Histologic Type Where Possible

My review focused on invasive serous cancer where possible, but also included all invasive cancer. The decision to focus on a single histologic cancer type was in part because ovarian cancers include a broad range of types and association of talc and cancer might differ by type. I chose serous cancers because they are most common invasive ovarian cancer type. Importantly, serous ovarian cancer is the only histologic type for which most individual research studies accumulated sufficient cases for valid statistical analysis. This cancer type also has the least uncertainty in pathological diagnosis (see Section III, Histologic Types). Further and most importantly, serous ovarian cancer is the most aggressive histologic type, so identifying causal factors is important. Finally, I focused on invasive cancer (as opposed to borderline cancer) because the risk of death from invasive serous tumors is far higher than for noninvasive types, with growing consensus that borderline tumors may not be malignant.

Type of Exposures

Studies were included if they reported on perineal exposure (rather than exposure through sanitary napkins, diaphragms, or condoms) as this is the most common exposure type and is

likely to reflect the most consistent exposure. I did not exclude studies if they reported combined use, as long as the exposure included perineal use.

<u>Statistical Analysis</u>

Two individuals (Smith-Bindman and a consultant biostatistician) reviewed an abstracted data from each publication. Differences were resolved by consensus. The focus of the review was on quantifying the association between regular talcum powder products use and ovarian cancer, with a sub analysis on serous cancer and invasive cancer. Meta-analysis was performed using the metafor package in R (Version 3.5.1). The rma function was used to apply linear mixed effects models to study results and calculate summary statistics on effect size. Due to varying amounts and types of available data from each included publication, adjusted odds ratios (OR) and standard errors were used as the model inputs. Standard error (SE) was estimated using the relationship: 95% confidence interval = Effect size +/- 1.96*SE, assuming a roughly normal distribution of data and roughly symmetrical upper and lower confidence interval bounds. Incorporating adjusted ORs and SE into models in this way provides the added benefit of allowing model use of covariate-adjusted data (versus crude OR data). Weighting was done based on estimates of inverse variance. Study result heterogeneity was estimated based on maximum likelihood methods and was summarized via an I2 statistic and associated p-value. The decision to include results from the cohort study by Gertig and colleagues (2000), which reported relative risk (RR), was based on the estimation that the RR value was only nominally different from the OR, a safe assumption in a study sample where less than 0.4% of the cohort developed the condition-of-interest.

<u>Results</u>

Overall 10 studies reported on daily talc powder products use and the risk of ovarian cancer. These studies were homogenous, and the odds of ovarian cancer associated with regular use was 1.43 (95% CI 1.15 1.71). The included studies with associated point estimates are shown in a Forrest Plot in Figure 2

Figure 2. Forrest plot showing odds of ovarian cancer associated with regular use of talcum powder products.



The primary analysis of this excluded Terry, but the results were nearly identical if Terry was included

There were studies reported on regular talcum powder use and invasive serous cancer (or all invasive cancer if serous not reported) These studies were homogenous. The odds of invasive serous cancer associated with regular use was 1.52 (95% CI 1.15, 1.88).  The results were similar when assessing the odds of all serous cancer.

Figure 3 Forrest plot showing odds of ovarian cancer assocated with regular use of talcum powder products and invasive serous cancer.



New Systematic Meta-Analytic Review: Summary

The results of my systematic review of case-control studies on talcum powder use and ovarian cancer risk were consistent and indicate a **50% increase in risk of serous invasive cancer related to routine talcum powder exposure compared to no exposure**. This review had limitations including that study results were self-reported. I tried to be consistent in defining exposure, but this factor was subjectively determined by the individual studies. I tried to eliminate overlap of participant populations used in the included studies, but some patients may have contributed data to more than one study.

Overall Summary of the Epidemiology Data Describing the Association Between Talcum Powder Products and Serous Ovarian Cancer
I conclude, based on the review of the available primary studies, systematic reviews and my own quantitative review, that regular exposure to talcum powder products increases ovarian cancer risk by around 50%. The existing systematic reviews (in particular Penninkilampi and Berge) also concluded a significant increase in ovarian cancer risk following talcum powder exposure.

**VII. Other Relevant Factors**

<u>Research Supporting Talcum Association with Ovarian Cancer: Transit to Ovary and Risk Reduction on Interruption</u>

Evidence from relevant studies is clear that talcum powder particles applied to the genital region will ascend through the vagina and fallopian tubes and enter the pelvic cavity, reaching fallopian tubes and ovaries. In humans, this route has been established experimentally by labelling inert particles, applying them to the perineum just prior to planned hysterectomy, and then recovering them from the fallopian tubes following surgery. [Egli Fertil Stwril 1961]

Further, talc particles have been found in normal and malignant ovarian tissue. Henderson found that in 10 of 13 tested epithelial ovarian cancer tumors, 75% had talc embedded in the tissue. This result confirms that talc reached to the areas with cancerous tissue, but not that it caused the cancer. Histological evaluation of ovaries removed because of ovarian cancer or benign conditions have identified both talc particles and asbestos fibers in the ovarian tissue, further supporting that particles applied to the perineum reach the ovaries. [60,100] Heller found that in all women in a study who were having ovaries removed for benign ovarian growth had talc in their ovaries. These results confirm that talcum powder applied to the perineum may be absorbed into the vagina and migrate or be transported to the tubes and ovaries. [101-104] In 1967, Graham and Graham demonstrated that intraperitoneal application of asbestos in guinea pigs and rats results in overgrowth of ovarian epithelial cells comparable to the histologic changes in epithelial ovarian tumors in women. The greater frequency at which talc particles are discovered in ovarian cancerous tissue than in normal ovarian tissue further supports that these particles may be causing cancer.

Several epidemiological studies evaluated the risk of ovarian cancer associated with talcum powder products before and after women had tubal ligation or hysterectomy, which surgically removes the route by which talc reaches the ovaries. The studies strongly suggest that the increased risk of ovarian cancer associated with talcum powder products use is reduced or eliminated after tubal ligation or hysterectomy. The results support that the risk from talcum powder products is elevated when women have an open pathway from the perineum to the ovary that enables powder components to reach the ovaries via unobstructed fallopian tubes., The collective results demonstrate that talcum powder products are carcinogenic through direct transport/migration to the fallopian tubes and ovaries.

<u>Variation in Risk when Talc Use is Discontinued</u>

Several studies showed that the risk of ovarian cancer associated with talc powder products decreases as the time from discontinuation of powder use increases. For example, Cramer found an elevated risk of ovarian cancer with talc powder products use and the risk decreased as time since last use increased. [75]

**VIII. Consideration of Causality of Talc Powder Products and Ovarian Cancer : Bradford Hill Analysis**

Causality is easiest to determine in studies such as randomized controlled trial, in which participants are randomized to receive or not receive a treatment, then their health is followed to see their response. However, people cannot ethically be randomized to be exposed to a potentially cancer-causing agent. Therefore, when assessing risk factors for cancer, the Bradford Hill Factors are often used. They provide a framework for assessing the weight of evidence to help decide if causality is likely, given a particular association, such as between talcum powder and ovarian cancer. The guidelines are imperfect and provide a framework as compared with an absolute set of criteria.

I address each of the Bradford Hill factors below, with my understanding of how the evidence of talcum powder products exposure supports or refutes causality. While the Bradford Hill Factors include  nine aspects of association, they should not be used as a checklist for causation. Instead, they can help interpret associations and aid in inferring causality.  For each factor, I have highlighted why I believe this factor is more or less important.

<u>A) Strength of Association</u>
It is frequently argued that the larger an apparent association, the more likely the association is to be real (causal) and important for epidemiological assessment. This would suggest that an OR of 2.0 is more likely to indicate causality and importance than an OR of 1.5. While this is often argued, I do not believe this is necessarily the case. If a risk factor increases the risk of disease by 50%, and the exposure is common, it will have a far greater impact on a number of people, in comparison to a rare exposure that has a higher associated OR. <u>And if the association is truly one that increases risk by 50%, then this is the magnitude of the association that will be detected.</u> It is not intuitive that if an exposure increases a risk by 50%, this difference is not discoverable compared with an exposure that increases risk by 100%. A larger association between exposure and disease may be easier to identify, but I do not believe it is more likely to indicate causality or importance.

As an example, Table 6 shows an overview of the relationship between bladder cancer and two of its known risk factors; occupational industrial chemicals and smoking. Several industrial chemicals such as 2-naphthylamine are strongly associated with bladder cancer risk. In 1954, Case et al. reported a 200-fold increased bladder cancer risk for workers exposed to 2-naphthylamine. In cohort studies of rubber industry workers, elevated standardized mortality ratios (SMRs) as high as 253 (95% CI 93, 551) were reported. Use of some of these chemicals are now prohibited in Europe and their use is regulated in the United States because they cause cancer.(OSHA, 2011).

Cigarette smoking is also a known bladder cancer risk factor. However, the RR for smoking and bladder cancer is around 3, and therefore about 100 times lower than the RR for exposure to industrial chemicals. Yet bladder cancer is the second most common cancer attributed to smoking in the United States. It impacts a very large number of individuals. Of the 70,000 cases of bladder cancer diagnosed each year, as many as 60% are estimated as attributable to smoking.

Using the RR magnitude to quantify the "importance" of these two risk factors, industrial chemicals and smoking, would be misleading. Smoking will result in far more cancers than industrial chemicals, even though the RR is much lower. In the crude data in Table 6, of the approximately 70,000 bladder cancers diagnosed annually in the United States, 50,000 are thought to result from cigarettes while fewer than 1000 result from occupational exposures. A 50% reduction in smoking exposure will save 25,000 men from getting bladder cancer. Reducing industrial chemical exposures will saving around 500 men from getting bladder cancer. Thus, any impact on reducing known exposures for bladder cancer has the potential to be around 50 times more impactful if directed at smoking.

**Table 6. An example showing the number of individuals who might be impacted through exposure to an occupational chemical that leads to bladder cancer as opposed to smoking.**

|  | Occupational Exposure 2-naphthylamine | Smoking |
|---|---|---|
| Estimated odds ratio associated with exposure | 200 | 3 |
| Number of individuals exposed annually | 10,000 | 50,000,000 |
| **Bladder cancers due to exposure annually** | **1000** | **50,000** |
| **Impact on number of cancers diagnosed annual if exposure reduced by 50%** | **500** | **25,000** |

The bladder cancer example highlights that a factor that increases risk by 50% will have an enormous impact on population mortality if the exposure is common or if the cancer is particularly lethal. This is certainly the case for talcum powder products, which are used by as many as half of all women in the U.S. Women's use of talcum powder products is so widespread that even a relatively modest increase in risk would pose a sizeable health risk to the population. Further, a 50% risk increase is particularly important for ovarian cancer, which has a high mortality rate, with rare early detection.

Defining a "strong" association is critical for assessing potentially causal relationships. A current concept in epidemiology is that considerations about whether a factor causes a disease should weigh statistical validity and significance and the multiple factors that influence the disease. Thus, assessing *strength of association* when inferring causality requires examining underlying research and analytic methods, comparing the weight of evidence in the literature, and considering other contextual factors. The data supporting the causality of  talcum powder products exposure for ovarian cancer is extremely strong.

Using the existing evidence, I reviewed and assembled for this report, I estimated how many ovarian cancers that occur each year in the United States are likely to be caused by exposure to talcum powder products in comparison to other risk factors for ovarian cancer, Table 7. This is a relatively simple analysis, but nonetheless is informative. The total number of ovarian cancers that are estimated to occur in the US annually is 22,240, and these will occur among

the 50.8 percent of the U.S. population of 311 million who are women. Of these ovarian cancer cases, approximately half (11,120) will reflect invasive serous carcinoma. For the purpose of this simple analysis, I have assumed that the elevation in ovarian cancer risk associated with talcum powder product exposures occurs only with invasive serous carcinoma. This is not true, but the data are the most certain for these cancer and this is a conservative assumption (meaning the true number of cancer and proportion of cancers caused by talcum powder product users will be even higher than my calculation).  A proportion of ovarian cancers will occur among women who regularly use talcum powder products, and the remainder will occur in women who do not regularly use talcum powder products. If we estimate that women who use talcum powder products regularly have a 50% elevated risk of invasive serious cancer and we estimate the number of women who are exposed to daily talcum powder products is between 10% and 30% (this proportion is fewer than ever users of talcum powder products), then between 1,589 and 4,351 women will be diagnosed each year with invasive serous cancer caused by the exposures, reflecting between 14% and 39% of all invasive serous cancers and reflecting between 7% - 20% of all ovarian cancer diagnosed each year. <u>This is a tremendous risk. This is a very large number of cancers to be caused by a product that provides no medical benefit. This Bradford Hill Factor of the Strength of the association is important and is met.</u>

**Table 7 An estimate of the number of ovarian cancers and invasive serous cancers caused by regular use of perineal talc powder products.**

| Proportion of women who regularly use Talcum powder products | Annual Invasive Serous Cancer in Women Exposed to Talcum Powder Products | Annual Invasive Serous Cancer in Women Not Exposed to Talcum Powder Products | % Invasive Serous Cancer in Women Exposed to Talcum Powder Products | % of all ovarian Cancer in Women Exposed to Talcum Powder Products |
|---|---|---|---|---|
| **10%** | 1,589 | 9,531 | 0.14 | 0.07 |
| **20%** | 3,033 | 8,087 | 0.27 | 0.14 |
| **30%** | 4,351 | 6,769 | 0.39 | 0.20 |

<u>B) Consistency of Associations in Different Populations and Studies</u>
Another consideration for association and causality is consistency of the data. The data on the association between genital talc and ovarian cancer are highly consistent. The relative stability in the estimated increase in the risk of ovarian cancer associated with talc powder products use (50% increase for regular users of talcum powder and serous cancers; around 40% increase for all epithelial ovarian cancer and regular users of talcum powder products), as assessed across time and in diverse populations with diverse study designs, <u>strongly argues that the causal association is real and satisfies the Bradford Hill guideline  for consistency of associations across populations and studies.</u>

C) Specificity Between Cause and Effect

The Bradford Hill factors suggest that associations are more likely to be causal when an exposure causes only one disease. While some examples of highly specific exposures and outcomes exist, many exposures and health concerns involve complex chemical mixtures and low-dose environmental and occupational exposures complicated by a variety of personal risk factors. A recent review stated, "The original criterion of *specificity* is widely considered weak or irrelevant from an epidemiologic standpoint." [105]  Asbestos, for example, is associated with a range of cancers and various exposures. Regardless of doubts about the meaningfulness of this factor, talcum powder products are primarily associated with ovarian cancer and thus fulfills the specificity consideration, although this consideration is not one of the most important considerations for causality in my expert opinion.

D) Temporality

An exposure must come before an outcome for the exposure to be causal. Bradford Hill explained that for an exposure-disease relationship to be causal, exposure must precede the onset of disease. While this is self-evident, in epidemiological studies, reverse causality, in which behavior related to a health issue is influenced by knowledge or events about the issue, is always a concern. For example, women who undergo ovarian cancer treatment may begin using talcum powder products during their pre- and post-operative period because of symptoms or side effects perceived to be alleviated by talcum powder products use. Assessing talcum powder use without specifying the time of use might lead to women with ovarian cancer being more likely to report talcum powder products use. In this example, talcum powder may not have caused the cancer; rather, use of talcum powder products was caused by the cancer (and treatments). The importance of this issue led to Bradford Hill's consideration of temporality when assessing causality.

In essentially all of the case-control studies that assessed use of talcum powder products, women were specifically asked to report talc powder products only during past, not current periods; thus, the studies explicitly assessed exposure to talcum before cancer. Typically, questions were phrased "Did you ever use talc, but not in the last year before cancer diagnosis?" to exclude the year prior to diagnosis. This issue is not relevant for the included cohort studies, as women were surveyed about their exposures prior to cancer ascertainment. Thus, the  temporality consideration is important for my consideration and  is satisfied.

E) Dose Response

In general, when risks are proportional to exposure (e.g., doubling exposure doubles risk) this dose-response evidence is considered to support causality. Many of the reviewed studies did not collect sufficient data to carefully quantify the dose response, and many limited their comparisons to an ever/never comparison. This is in part what motivated me to complete my separate quantitative review to at least be able to dis-entangle ever into regular versus not regular use.  The reviewed studies that did provide data that could be used to assess the

39

potential for dose response had mixed results in quantifying dose response. While most studies showed evidence of a dose response, others did not. For example, Schildkraut showed that >20 years of any genital powder use (OR 1.51, 95% CI 1.11, 2.06) showed a stronger association with ovarian cancer than <20 years of use (OR 1.33, 95% CI 0.95, 1.86). [99]  Terry and Harlow showed significant dose responses, where ORs increased as exposures increased. [69,74] The adjusted ORs increased from 1.3, to 1.5 to 1.8 with <1000, 1000–10,000, and >10,000 lifetime applications. Overall, any exposure to talcum powder resulted in an OR of 1.5; direct perineal application had an OR of 1.7 (95% CI 1.1, 2.7), daily exposure had an OR of 1.8 (95% CI 1.1, 3.0) and women with an intact genital tract who were estimated to have had more than 10,000 applications during ovulating years had the highest risk (OR 2.8 95% CI 1.4, 5.4). This exposure was found in 14% of women with ovarian cancer. Penninkilampi [67],the most comprehensive of the systematic reviews, also showed a dose response where women with more than 3600 lifetime applications had slightly higher risks as did women who reported long-term (>10 years) talc use. In contrast, Whittemore [77] showed no dose response, and Booth [78] demonstrated the reverse—the higher the dose, the lower the risks. The data from reviewed studies were too diverse to summarize a dose-response relationship. The measures of exposure frequency and duration varied, and the studies used different thresholds for quantifying exposures. Further, the measures to quantify dose tended to be crude, making the response even more difficult to establish.

In summary, most but not all studies of talcum powder products and ovarian cancer show a dose response, but the results are inconsistent, and more importantly, are not considered or assessed in most of the published studies. A dose-response relationship is not required for causality and in large part because data were not consistently available, this factor does not weight heavily in my consideration. Further, this factor did not weight heavily in my considerations in that not all exposures will have a dose response, and some will indeed have a threshold effect. This is important here because asbestos is believed to exhibit a threshold, rather than a linear, dose-response.

F) Biologic Plausibility: Factors Linking Talc and Ovarian Cancer
The epidemiological evidence suggests a strong and positive association between exposure to talcum powder products and invasive ovarian cancer. However, epidemiological evidence alone does not provide a mechanism or pathophysiological process that accounts for the increased risk. Nor does the epidemiological evidence confirm the specific component or ingredient in talc powder products that is responsible for carcinogenesis. Nonetheless, the data are persuasive that particles contained in talcum powder reach the tubes and ovaries, inflammation initiate a  causal pathway, and that several components of talc powder products including asbestos, asbestiform fibers in talc, and heavy metals can contribute to the carcinogenicity of the products. This was a strong factor in my consideration of the evidence because there is extremely strong evidence that the components of talc powder products are known to be highly carcinogenic in other settings.

G)  Coherence and Consistency with Understood Biology

The guideline  of coherence is considered similar to biological plausibility. For both, the cause-and-effect explanation should be consistent with all knowledge available. For talcum powder and ovarian cancer, this consideration is easily satisfied.

H)  Experimental Evidence

The evidence in humans of the impact of talcum powder products exposure and ovarian cancer development is based on a large number of observational studies. Direct experimental evidence in the form of randomized controlled trials in humans is simply not possible to generate, for ethical reasons. The experimental evidence in humans that talc particles can migrate to the ovary and be incorporated into ovarian tissue is relevant to developing a causal model but does not directly prove that that exposure causes cancer. There is also human data relating to the inflammatory nature of ovarian cancer. There is compelling in vitro research delineating the inflammatory mechanism by which talcum powder causes cancer.  Animal studies showing inflammatory tissue effects and tumor formation with talcum powder exposure are also supportive.

I) Analogy

Bradford Hill implied that when evidence is strong of a causal relationship between a risk factor and disease, researchers should be more accepting of weaker evidence that a similar risk factor may cause a similar disease. Thus, analogy has been interpreted to mean that when one causal agent is known, the standards of evidence are lowered for a second causal agent that is similar. The strong evidence for the association between asbestos and lung cancer, and the chemical similarity between these minerals, as well as their fibrous nature, supports the analogy consideration and causal inference.

**Summary:  Consideration of Causality of Talc Powder Products and Ovarian Cancer using Bradford Hill**

In consideration of Bradford Hill, the clear strength of the association (A), remarkable consistency in the published literature across a large number of populations and research studies (B), temporality (D) considered in all of the published studies, and perhaps most importantly, biological plausibility (F) were the criteria that I considered of paramount importance when assessing the causality of exposures of talc powder products and epithelial ovarian cancer

**IX. Conclusion**

In conclusion, substantial evidence supports a strong, positive and causal association between ovarian cancer and genital exposure to talcum powder products. Regular exposure to talcum powder products causes ovarian cancer in some women. This opinion is based on my extensive review of the medical and scientific literature, my own independent meta-analysis of the data, and my experience and expertise in the areas of epidemiology and women's health, including ovarian cancer.

41

All opinions are made to a reasonable degree of medical and scientific certainty. I reserve the right to amend or supplement this report as new information becomes available.

**References**

1.  Torre LA, Trabert B, DeSantis CE, et al. Ovarian cancer statistics, 2018. *CA Cancer J Clin.* 2018;68(4):284-296.
2.  SEER Cancer Statistics Review, 1975-2015, National Cancer Institute, Bethesda, MD, Https://Seer.cancer.gov/csr/1975_2015/, based on November 2017 SEER data submission, posted to the SEER web site, April 2018. 2018.
3.  Yang M, Li X, Chun-Hong P, Lin-Ping H. Pure mucinous breast carcinoma: a favorable subtype. *Breast Care (Basel).* 2013;8(1):56-59.
4.  Lee KR, Nucci MR. Ovarian mucinous and mixed epithelial carcinomas of mullerian (endocervical-like) type: a clinicopathologic analysis of four cases of an uncommon variant associated with endometriosis. *Int J Gynecol Pathol.* 2003;22(1):42-51.
5.  Wentzensen N, Poole EM, Trabert B, et al. Ovarian Cancer Risk Factors by Histologic Subtype: An Analysis From the Ovarian Cancer Cohort Consortium. *Journal of clinical oncology : official journal of the American Society of Clinical Oncology.* 2016;34(24):2888-2898.
6.  Bolton KL, Ganda C, Berchuck A, Pharoah PD, Gayther SA. Role of common genetic variants in ovarian cancer susceptibility and outcome: progress to date from the Ovarian Cancer Association Consortium (OCAC). *Journal of internal medicine.* 2012;271(4):366-378.
7.  Weissman SM, Weiss SM, Newlin AC. Genetic testing by cancer site: ovary. *Cancer journal (Sudbury, Mass).* 2012;18(4):320-327.
8.  Hunn J, Rodriguez GC. Ovarian cancer: etiology, risk factors, and epidemiology. *Clinical obstetrics and gynecology.* 2012;55(1):3-23.
9.  Pal T, Akbari MR, Sun P, et al. Frequency of mutations in mismatch repair genes in a population-based study of women with ovarian cancer. *British journal of cancer.* 2012;107(10):1783-1790.
10. Gayther SA, Pharoah PD. The inherited genetics of ovarian and endometrial cancer. *Current opinion in genetics & development.* 2010;20(3):231-238.
11. Lacey JV, Jr., Brinton LA, Leitzmann MF, et al. Menopausal hormone therapy and ovarian cancer risk in the National Institutes of Health-AARP Diet and Health Study Cohort. *Journal of the National Cancer Institute.* 2006;98(19):1397-1405.
12. Trabert B, Wentzensen N, Yang HP, et al. Ovarian cancer and menopausal hormone therapy in the NIH-AARP diet and health study. *British journal of cancer.* 2012;107(7):1181-1187.
13. Lahmann PH, Cust AE, Friedenreich CM, et al. Anthropometric measures and epithelial ovarian cancer risk in the European Prospective Investigation into Cancer and Nutrition. *International journal of cancer.* 2010;126(10):2404-2415.
14. Jordan SJ, Siskind V, A CG, Whiteman DC, Webb PM. Breastfeeding and risk of epithelial ovarian cancer. *Cancer causes & control : CCC.* 2010;21(1):109-116.
15. Garg PP, Kerlikowske K, Subak L, Grady D. Hormone replacement therapy and the risk of epithelial ovarian carcinoma: a meta-analysis. *Obstetrics and gynecology.* 1998;92(3):472-479.
16. Lacey JV, Jr., Mink PJ, Lubin JH, et al. Menopausal hormone replacement therapy and risk of ovarian cancer. *Jama.* 2002;288(3):334-341.

17. Seidman JD RP, Kurman RJ. . Surface epithelial tumors of the ovary. In: Kurman RJ, ed. Blaustein's Pathology of the Female Genital Tract. 5th ed. New York: Springer-Verlag; 2002:791–904.

18. Faber MT, Jensen A, Frederiksen K, et al. Oral contraceptive use and impact of cumulative intake of estrogen and progestin on risk of ovarian cancer. *Cancer causes & control : CCC.* 2013;24(12):2197-2206.

19. Faber MT, Kjaer SK, Dehlendorff C, et al. Cigarette smoking and risk of ovarian cancer: a pooled analysis of 21 case-control studies. *Cancer causes & control : CCC.* 2013;24(5):989-1004.

20. Risch HA, Marrett LD, Jain M, Howe GR. Differences in risk factors for epithelial ovarian cancer by histologic type. Results of a case-control study. *American journal of epidemiology.* 1996;144(4):363-372.

21. Purdie D, Green A, Bain C, et al. Reproductive and other factors and risk of epithelial ovarian cancer: an Australian case-control study. Survey of Women's Health Study Group. *International journal of cancer.* 1995;62(6):678-684.

22. Purdie DM, Bain CJ, Siskind V, Webb PM, Green AC. Ovulation and risk of epithelial ovarian cancer. *International journal of cancer.* 2003;104(2):228-232.

23. Kurian AW, Balise RR, McGuire V, Whittemore AS. Histologic types of epithelial ovarian cancer: have they different risk factors? *Gynecologic oncology.* 2005;96(2):520-530.

24. Gates MA, Rosner BA, Hecht JL, Tworoger SS. Risk factors for epithelial ovarian cancer by histologic subtype. *American journal of epidemiology.* 2010;171(1):45-53.

25. Gilks CB. Molecular abnormalities in ovarian cancer subtypes other than high-grade serous carcinoma. *Journal of oncology.* 2010;2010:740968.

26. Balkwill F, Mantovani A. Inflammation and cancer: back to Virchow? *Lancet (London, England).* 2001;357(9255):539-545.

27. Coussens LM, Werb Z. Inflammation and cancer. *Nature.* 2002;420(6917):860-867.

28. Crusz SM, Balkwill FR. Inflammation and cancer: advances and new agents. *Nature reviews Clinical oncology.* 2015;12(10):584-596.

29. Reuter S, Gupta SC, Chaturvedi MM, Aggarwal BB. Oxidative stress, inflammation, and cancer: how are they linked? *Free radical biology & medicine.* 2010;49(11):1603-1616.

30. Fernandes JV, Cobucci RN, Jatoba CA, Fernandes TA, de Azevedo JW, de Araujo JM. The role of the mediators of inflammation in cancer development. *Pathology oncology research : POR.* 2015;21(3):527-534.

31. Saed GM, Diamond MP, Fletcher NM. Updates of the role of oxidative stress in the pathogenesis of ovarian cancer. *Gynecologic oncology.* 2017;145(3):595-602.

32. Saed GM MR, Fletcher NM. New Insights into the Pathogenesis of Ovarian Cancer: Oxidative Stress. *In press*

33. Saed GM, Ali-Fehmi R, Jiang ZL, et al. Myeloperoxidase serves as a redox switch that regulates apoptosis in epithelial ovarian cancer. *Gynecologic oncology.* 2010;116(2):276-281.

34. Saed GM, Fletcher NM, Diamond MP, Morris RT, Gomez-Lopez N, Memaj I. Novel expression of CD11b in epithelial ovarian cancer: Potential therapeutic target. *Gynecologic oncology.* 2018;148(3):567-575.

35. Shan W, Liu J. Inflammation: a hidden path to breaking the spell of ovarian cancer. *Cell cycle (Georgetown, Tex).* 2009;8(19):3107-3111.

36. Ness RB, Grisso JA, Cottreau C, et al. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. *Epidemiology (Cambridge, Mass).* 2000;11(2):111-117.

37. Ness RB, Cottreau C. Possible role of ovarian epithelial inflammation in ovarian cancer. *Journal of the National Cancer Institute.* 1999;91(17):1459-1467.

38. Freedman RS, Deavers M, Liu J, Wang E. Peritoneal inflammation - A microenvironment for Epithelial Ovarian Cancer (EOC). *Journal of translational medicine.* 2004;2(1):23.

39. Henderson WJ, Joslin CA, Turnbull AC, Griffiths K. Talc and carcinoma of the ovary and cervix. *J Obstet Gynaecol Br Commonw.* 1971;78(3):266-272.

40. Cramer DW, Welch WR, Scully RE, Wojciechowski CA. Ovarian cancer and talc: a case-control study. *Cancer.* 1982;50(2):372-376.

41. Rohl AN, Langer AM, Selikoff IJ, et al. Consumer talcums and powders: mineral and chemical characterization. *Journal of toxicology and environmental health.* 1976;2(2):255-284.

42. Zazenski R, Ashton WH, Briggs D, et al. Talc: occurrence, characterization, and consumer applications. *Regulatory toxicology and pharmacology : RTP.* 1995;21(2):218-229.

43. Blount AM. Amphibole content of cosmetic and pharmaceutical talcs. *Environmental health perspectives.* 1991;94:225-230.

44. Carbon black, titanium dioxide, and talc. *IARC monographs on the evaluation of carcinogenic risks to humans.* 2010;93:1-413.

45. Longo. Analysis of Johnson & Johnson Baby Powder & Valiant Shower to Shower Products for Amphibole (Tremolite) Asbestos, Expert Report of William E. Longo, PhD and Mark W. Rigler, PhD (August 2, 2017). 2017.

46. Longo. Below the Waist Application of Johnson & Johnson Baby Powder. Longo, William E., Mark W. Rigler, and William B. Egeland. Materials Analytical Service, LLC, September 2017. 2017.

47. Longo. Expert Report of William E. Longo, PhD and Mark W. Rigler, PhD, In re: Talcum Power Prod. Liab. Litig., MDL No. 2738 (Nov. 12, 2018). 2018.

48. Longo R. TEM Analysis of Historical 1978 Johnson's Baby Powder Sample for Amphibole Asbestos, Expert Report of William E. Longo, PhD and Mark W. Rigler, PhD (Feb. 16, 2018).

49. Arsenic, metals, fibres, and dusts. *IARC monographs on the evaluation of carcinogenic risks to humans.* 2012;100(Pt C):11-465.

50. Acheson ED, Gardner MJ, Pippard EC, Grime LP. Mortality of two groups of women who manufactured gas masks from chrysotile and crocidolite asbestos: a 40-year follow-up. *British journal of industrial medicine.* 1982;39(4):344-348.

51. Wignall BK, Fox AJ. Mortality of female gas mask assemblers. *British journal of industrial medicine.* 1982;39(1):34-38.

52. Germani D, Belli S, Bruno C, et al. Cohort mortality study of women compensated for asbestosis in Italy. *American journal of industrial medicine.* 1999;36(1):129-134.

53. Berry G, Newhouse ML, Wagner JC. Mortality from all cancers of asbestos factory workers in east London 1933-80. *Occupational and environmental medicine.* 2000;57(11):782-785.

54. Magnani C, Ferrante D, Barone-Adesi F, et al. Cancer risk after cessation of asbestos exposure: a cohort study of Italian asbestos cement workers. *Occupational and environmental medicine.* 2008;65(3):164-170.

55. Reid A, Heyworth J, de Klerk N, Musk AW. The mortality of women exposed environmentally and domestically to blue asbestos at Wittenoom, Western Australia. *Occupational and environmental medicine.* 2008;65(11):743-749.

56. Vasama-Neuvonen K, Pukkala E, Paakkulainen H, et al. Ovarian cancer and occupational exposures in Finland. *American journal of industrial medicine.* 1999;36(1):83-89.

57. Langseth H, Kjaerheim K. Ovarian cancer and occupational exposure among pulp and paper employees in Norway. *Scandinavian journal of work, environment & health.* 2004;30(5):356-361.

58. Pira E, Pelucchi C, Buffoni L, et al. Cancer mortality in a cohort of asbestos textile workers. *British journal of cancer.* 2005;92(3):580-586.

59.    Camargo MC, Stayner LT, Straif K, et al. Occupational exposure to asbestos and ovarian cancer: a meta-analysis. *Environmental health perspectives.* 2011;119(9):1211-1217.

60.    Heller DS, Westhoff C, Gordon RE, Katz N. The relationship between perineal cosmetic talc usage and ovarian talc particle burden. *American journal of obstetrics and gynecology.* 1996;174(5):1507-1510.

61.    Baan R, Straif K, Grosse Y, et al. Carcinogenicity of carbon black, titanium dioxide, and talc. *Lancet Oncol.* 2006;7(4):295-296.

62.    *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Volume 86, Cobalt in Hard Metals and Cobalt Sulfate, Gallium Arsenide, Indium Phosphide and Vanadium Pentoxide* 2006.

63.    Crowley. Expert Report of Michael Crowley, PhD, In re: Talcum Power Prod. Liab. Litig., MDL No. 2738 (Nov. 12, 2018). 2018.

64.    Gertig DM, Hunter DJ, Cramer DW, et al. Prospective study of talc use and ovarian cancer. *Journal of the National Cancer Institute.* 2000;92(3):249-252.

65.    Houghton SC, Reeves KW, Hankinson SE, et al. Perineal powder use and risk of ovarian cancer. *Journal of the National Cancer Institute.* 2014;106(9).

66.    Gonzalez NL, O'Brien KM, D'Aloisio AA, Sandler DP, Weinberg CR. Douching, Talc Use, and Risk of Ovarian Cancer. *Epidemiology (Cambridge, Mass).* 2016;27(6):797-802.

67.    Penninkilampi R, Eslick GD. Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis. *Epidemiology (Cambridge, Mass).* 2018;29(1):41-49.

68.    Berge W, Mundt K, Luu H, Boffetta P. Genital use of talc and risk of ovarian cancer: a meta-analysis. *European journal of cancer prevention : the official journal of the European Cancer Prevention Organisation (ECP).* 2018;27(3):248-257.

69.    Terry KL, Karageorgi S, Shvetsov YB, et al. Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls. *Cancer prevention research (Philadelphia, Pa).* 2013;6(8):811-821.

70.    Langseth H, Hankinson SE, Siemiatycki J, Weiderpass E. Perineal use of talc and risk of ovarian cancer. *Journal of epidemiology and community health.* 2008;62(4):358-360.

71.    Huncharek M, Muscat J, Onitilo A, Kupelnick B. Use of cosmetic talc on contraceptive diaphragms and risk of ovarian cancer: a meta-analysis of nine observational studies. *European journal of cancer prevention : the official journal of the European Cancer Prevention Organisation (ECP).* 2007;16(5):422-429.

72.    Huncharek M, Geschwind JF, Kupelnick B. Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen observational studies. *Anticancer research.* 2003;23(2c):1955-1960.

73.    Gross AJ, Berg PH. A meta-analytical approach examining the potential relationship between talc exposure and ovarian cancer. *Journal of exposure analysis and environmental epidemiology.* 1995;5(2):181-195.

74.    Harlow BL, Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer risk. *Obstetrics and gynecology.* 1992;80(1):19-26.

75.    Cramer DW, Vitonis AF, Terry KL, Welch WR, Titus LJ. The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States. *Epidemiology (Cambridge, Mass).* 2016;27(3):334-346.

76.    Hartge P, Hoover R, Lesher LP, McGowan L. Talc and ovarian cancer. *Jama.* 1983;250(14):1844.

77.    Whittemore AS, Wu ML, Paffenbarger RS, Jr., et al. Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. *American journal of epidemiology.* 1988;128(6):1228-1240.

78.     Booth M, Beral V, Smith P. Risk factors for ovarian cancer: a case-control study. *British journal of cancer.* 1989;60(4):592-598.

79.     Harlow BL, Weiss NS. A case-control study of borderline ovarian tumors: the influence of perineal exposure to talc. *American journal of epidemiology.* 1989;130(2):390-394.

80.     Chen Y, Wu PC, Lang JH, Ge WJ, Hartge P, Brinton LA. Risk factors for epithelial ovarian cancer in Beijing, China. *International journal of epidemiology.* 1992;21(1):23-29.

81.     Rosenblatt KA, Szklo M, Rosenshein NB. Mineral fiber exposure and the development of ovarian cancer. *Gynecologic oncology.* 1992;45(1):20-25.

82.     Tzonou A, Polychronopoulou A, Hsieh CC, Rebelakos A, Karakatsani A, Trichopoulos D. Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. *International journal of cancer.* 1993;55(3):408-410.

83.     Shushan A, Paltiel O, Iscovich J, Elchalal U, Peretz T, Schenker JG. Human menopausal gonadotropin and the risk of epithelial ovarian cancer. *Fertility and sterility.* 1996;65(1):13-18.

84.     Chang S, Risch HA. Perineal talc exposure and risk of ovarian carcinoma. *Cancer.* 1997;79(12):2396-2401.

85.     Cook LS, Kamb ML, Weiss NS. Perineal powder exposure and the risk of ovarian cancer. *American journal of epidemiology.* 1997;145(5):459-465.

86.     Green A, Purdie D, Bain C, et al. Tubal sterilisation, hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group. *International journal of cancer.* 1997;71(6):948-951.

87.     Godard B, Foulkes WD, Provencher D, et al. Risk factors for familial and sporadic ovarian cancer among French Canadians: a case-control study. *American journal of obstetrics and gynecology.* 1998;179(2):403-410.

88.     Cramer DW, Liberman RF, Titus-Ernstoff L, et al. Genital talc exposure and risk of ovarian cancer. *International journal of cancer.* 1999;81(3):351-356.

89.     Wong C, Hempling RE, Piver MS, Natarajan N, Mettlin CJ. Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study. *Obstetrics and gynecology.* 1999;93(3):372-376.

90.     Mills PK, Riordan DG, Cress RD, Young HA. Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. *International journal of cancer.* 2004;112(3):458-464.

91.     Goodman MT, Lurie G, Thompson PJ, McDuffie KE, Carney ME. Association of two common single-nucleotide polymorphisms in the CYP19A1 locus and ovarian cancer risk. *Endocr Relat Cancer.* 2008;15(4):1055-1060.

92.     Merritt MA, Green AC, Nagle CM, Webb PM. Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. *International journal of cancer.* 2008;122(1):170-176.

93.     Moorman PG, Palmieri RT, Akushevich L, Berchuck A, Schildkraut JM. Ovarian cancer risk factors in African-American and white women. *American journal of epidemiology.* 2009;170(5):598-606.

94.     Wu AH, Pearce CL, Tseng CC, Templeman C, Pike MC. Markers of inflammation and risk of ovarian cancer in Los Angeles County. *International journal of cancer.* 2009;124(6):1409-1415.

95.     Rosenblatt KA, Weiss NS, Cushing-Haugen KL, Wicklund KG, Rossing MA. Genital powder exposure and the risk of epithelial ovarian cancer. *Cancer causes & control : CCC.* 2011;22(5):737-742.

96.     Lo-Ciganic W-H, Zgibor JC, Bunker CH, Moysich KB, Edwards RP, Ness RB. Aspirin, Non-Aspirin Nonsteroidal Anti-inflammatory Drugs, or Acetaminophen and risk of ovarian cancer. *Epidemiology (Cambridge, Mass).* 2012;23(2):311-319.

97.     Kurta ML, Moysich KB, Weissfeld JL, et al. Use of fertility drugs and risk of ovarian cancer: results from a U.S.-based case-control study. *Cancer epidemiology, biomarkers & prevention : a publication of the American Association for Cancer Research, cosponsored by the American Society of Preventive Oncology.* 2012;21(8):1282-1292.

98.     Wu AH, Pearce CL, Tseng CC, Pike MC. African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates. *Cancer epidemiology, biomarkers & prevention : a publication of the American Association for Cancer Research, cosponsored by the American Society of Preventive Oncology.* 2015;24(7):1094-1100.

99.     Schildkraut JM, Abbott SE, Alberg AJ, et al. Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES). *Cancer epidemiology, biomarkers & prevention : a publication of the American Association for Cancer Research, cosponsored by the American Society of Preventive Oncology.* 2016;25(10):1411-1417.

100.    Heller DS, Gordon RE, Westhoff C, Gerber S. Asbestos exposure and ovarian fiber burden. *American journal of industrial medicine.* 1996;29(5):435-439.

101.    Egli GE, Newton M. The Transport of Carbon Particles in the Human Female Reproductive Tract. *Fertility and sterility.* 1961;12(2):151-155.

102.    Sjosten AC, Ellis H, Edelstam GA. Retrograde migration of glove powder in the human female genital tract. *Human reproduction (Oxford, England).* 2004;19(4):991-995.

103.    Venter PF, Iturralde M. Migration of a particulate radioactive tracer from the vagina to the peritoneal cavity and ovaries. *South African medical journal = Suid-Afrikaanse tydskrif vir geneeskunde.* 1979;55(23):917-919.

104.    RE J. Jones, Richard E., and Kristin H. Lopez. "Human Reproductive Biology - 4th Edition Chapter 9 - Gamete Transport and Fertilization." In Human Reproductive Biology, Third., 159–73. San Diego: Academic Press, 2006. https://doi.org/10.1016/B978-0-12-382184-3.00009-X. MAS Project #14-1683, Analysis of William E. Longo, PhD and Mark W. Rigler, PhD (April 28, 2017).

105.    Fedak KM, Bernal A, Capshaw ZA, Gross S. Applying the Bradford Hill criteria in the 21st century: how data integration has changed causal inference in molecular epidemiology. *Emerging themes in epidemiology.* 2015;12:14.

Exhibit A

## CURRICULUM VITAE
## REBECCA SMITH-BINDMAN, MD

**Title**          Professor, Radiology and Biomedical Imaging, Epidemiology and Biostatistics, Obstetrics, Gynecology and Reproductive Sciences, Phillip R. Lee Institute for Health Policy Director, Radiology Outcomes Research Lab, University of California San Francisco

**Address:**      Department of Radiology and Biomedical Imaging
350 Parnassus Ave, Suite 307
San Francisco, CA 94117
Voice: 415 353-4946**;** Fax: 415 353-2790
Email: Rebecca.Smith-Bindman@ucsf.edu

## EDUCATION

| | | | |
|---|---|---|---|
| 1980 - 1985 | Princeton University | BSE | Engineering / Architecture |
| 1985 - 1986 | Columbia University | | Post Bacc Pre-Med |
| 1987 - 1991 | University of California, San Francisco | MD | Medicine |
| 1991 - 1992 | University of California, San Francisco | Intern | Pathology |
| 1992 - 1996 | University of California, San Francisco | Resident | Radiology |
| 1996 - 1997 | University of California, San Francisco | Clinical Instructor | Radiology, Ultrasound |
| 1996 - 1998 | University of California, San Francisco | Fellow | Epidemiology & Biostatistics |

## LICENSES, CERTIFICATION

| | |
|---|---|
| 1992 | California Medical License # G76462 |
| 1993 | California X-ray Supervisor and Operator License RHL 143658 |
| 1996 | Board Certification, American Board of Radiology |

## PRINCIPAL POSITIONS HELD

| | | |
|---|---|---|
| 1998 - 2003 | UCSF, Radiology and Biomedical Imaging, Epidemiology and Biostatistics, Obstetrics, Gynecology and Reproductive Sciences | Assistant Professor |
| 2003 - 2009 | UCSF, Radiology and Biomedical Imaging, Epidemiology and Biostatistics, Obstetrics, Gynecology and Reproductive Sciences | Associate Professor |
| 2009 - current | UCSF, Radiology and Biomedical Imaging, Epidemiology and Biostatistics, Obstetrics, Gynecology and Reproductive Sciences | Professor |
| 2014 - current | UCSF, Phillip R. Lee Institute for Health Policy Studies | Member |
| 2000 - current | UCSF, Radiology Outcomes Research Lab | Director |

## OTHER POSITIONS HELD CONCURRENTLY

| | | |
|---|---|---|
| 1999 - 2000 | St Bartholomew's and The Royal London School of Medicine | Research Fellow |
| 2009 - 2010 | NIH, National Cancer Institute, Radiation Epidemiology Branch | Research Scientist |

## HONORS AND AWARDS

| | |
|---|---|
| 1985 | Cum laude, Princeton University |
| 1985 | Senior Thesis Prize, Princeton University |
| 1991 | Student Summer Research Fellowship, Institute for Health Policy Studies, UCSF |
| 1999, 2000 | Nycomed Amersham Fellow, Radiologic Society of North America |
| 2007 | Nomination, Clinical Research Mentor of the Year, Bay Area Symposium on Clinical Research |
| 2010 | Nomination, CTSI Consultant of the Year, Impact Award |
| 2010 | Scientific Paper of the Year, Minnies, Auntminnie.com |
| 2010 | Finalist, Most Influential Radiology Researcher, Minnies, Auntminnie.com |
| 2011 | Leader in Imaging, Auntminnie.com |
| 2012 | Finalist, Scientific Paper of the Year, Auntminnie.com, Minnies |
| 2012 | Semifinalist, Scientific Paper of the Year, Auntminnie.com, Minnies |
| 2012 | Winner, UCSF Center for Health Care Value, Medical Center Initiative, Innovation Award |
| 2013 | Finalist, Scientific Paper of the Year, Auntminnie.com, Minnies |
| 2013 | Runner-up, Scientific Paper of the Year, Auntminnie.com, Minnies |
| 2013 | Paper honored as 1 of the top 10 publications Funded by NCI's Epidemiology and Genomics Research Program |
| 2014 | Invited Editor, J of the American College of Radiology, March 2014, Radiation Dose Optimization |
| 2014 | Among Philip R. Lee Institute for Health Policy Studies faculty videos on UCTV, "Is Medical Imaging Harmful to Health: Opportunities to Influence Health Policy", most popular, N = 409,937 |
| 2015 | Academy of Radiology Research, Distinguished Investigator Award |
| 2015 | Election to Fellowship, Society of Radiologists in Ultrasound |

## KEYWORDS AND AREAS OF INTEREST

Health Services Research, Outcomes Research, Disparities Research, Women's Imaging, Comparative Effectiveness Research, Quality Improvement, Dissemination and Implementation Sciences, Evidenced Based Radiology, Assessment of Population Impact of Screening Tests, Radiation Associated with Medical Imaging, Radiation as an Environmental Cause of Cancer, Management of Incidental Findings on Diagnostic Testing

**OVERVIEW**

**Narrative**

Dr. Smith-Bindman is a clinical researcher with expertise in health services research, epidemiology, outcomes research, comparative effectiveness research, and dissemination and implementation sciences focused on diagnostic imaging. Her research has focused on evaluating the quality, utilization, accuracy, predictive values and impact of diagnostic testing on patient health, and has quantified both the risks and benefits of medical imaging when used in different contexts and by different populations. One area of focus has been on evaluating racial and ethnic differences in access and utilization of screening mammography and how that contributes to higher breast cancer mortality among African American women, and on factors that influence the quality and access to screening among vulnerable populations (see references 33, 34, 37, 43, 46, 48, 61, 67 at the end of CV). A separate area of focus has been on quantified the variation in radiation dose associated with medical imaging across patients and institutions, and quantified the impact of radiation, particularly from computed tomography, as an environmental carcinogen. (see references 53, 58, 60, 62, 65, 68, 69, 72, 76, 78, 79., 81, 87, 89, 91, 97, 102, 107.)  Separate from her research activities, she has been actively involved in translating evidence into changes in practice and policy. She has *informed policy leaders, practitioners and the public about* the safety concerns surrounding the use of radiation in imaging by describing the issue in main stream media, testifying before the US Congress, and by advising the FDA, The Joint Commission, the International Atomic Energy Agency, the International Council on Radiation Protection and leading professional societies. She has also written quality measures focused on radiation safety, and her work has resulted in organizations which monitor health care quality to adopt measures of diagnostic imaging safety.

**Significant Publications**

1. **Smith-Bindman** et al. Ultrasound vs Computed Tomography for Suspected Nephrolithiasis NEJM.  2014; 371:1100-10

2. Miglioretti DL, Johnson E, William SA, Grenlee RT, Weinmann S, Solberg LI, Feigelson HS, Roblin D, Flynn MJ, Vanneman N, **Smith-Bindman R**. The use of computed tomography in pediatrics and the associated radiation exposure and estimated cancer risk. JAMA Pediatr. 2013 167 (88): 700-7

3. **Smith-Bindman R**, et al.  Risk of Thyroid Cancer based on Thyroid Ultrasound Imaging Characteristic: Result of A Population Based-Study. JAMA Internal Medicine. 2013 173(19):1788-96

4. **Smith-Bindman R.** Appendix F. Ionizing Radiation Exposure to the US Population, with a Focus on Radiation from Medical Imaging, included in Breast and the Environment: A Life Course Approach. The Institute of Medicine. March 20 2012

5. **Smith-Bindman R et al.** Radiation dose associated with common computed tomography examinations and the associated lifetime attributable risk of cancer. JAMA Internal Medicine 2009;169(22):2078-86

6. Curtis E, Quale C, Haggstrom D, **Smith-Bindman R**. Racial and Ethnic Differences in Breast Cancer Survival: How Much Is Explained By Screening, Tumor Severity, Biology, Treatment, and Co-morbidities. Cancer 2008 112(1):171

7. Goldman L, Haneuse S, Miglioretti D, Kerlikoswke K, Buist D, Yankaskas B, **Smith-Bindman R**, An assessment of the quality of mammography care at facilities treating medically vulnerable populations Medical Care 2008 46(7):701-8.

8. **Smith-Bindman et al.** Does Utilization of Screening Mammography Explain Racial and Ethnic Differences in Breast Cancer? Ann Intern Med, 2006; 144(8):541-53

9. Haggstrom DA, Quale C, **Smith-Bindman R**. Differences in the Quality of Breast Cancer Care Among Vulnerable Populations. Cancer. 2005 Dec 1;104(11):2347-58.

10. **Smith-Bindman, R,** et al Endovaginal ultrasound to evaluate endometrial abnormalities. JAMA 1999;281:1693-4

3

## PROFESSIONAL ACTIVITIES

## CLINICAL

Attending physician, Ultrasound Section, Department of Radiology and Biomedical Imaging, UCSF, 25%. Includes supervised instruction of residents and fellows. My teaching focuses on how to use evidence to help inform interpretation of clinical examinations.

## PROFESSIONAL ORGANIZATIONS

Memberships

| | |
|---|---|
| 1997 - 2018 | Society of Radiologists in Ultrasound (SRU) |
| 1997 - 2018 | Radiology Alliance for Health Services Research in Radiology (RAHSR) |
| 2013 - 2018 | American College of Radiology (ACR) |
| 2014 - 2018 | American Roentgen Ray Society (ARRS) |
| 2014 - 2018 | Association of University Radiologists (AUR) |

Service to Professional Organizations (selected)

| | |
|---|---|
| 2010 - 2011 | American Board of Medical Specialties, American Board of Radiology, American College of Radiology, and Physician Consortium for Performance Improvements. Patient Radiation Dose Work Group |
| 2011 - 2012 | Institute of Medicine Committee on Breast Cancer and the Environment, commissioned report "Temporal Changes in Ionizing Radiation and Estimate of Contributions to Breast Cancer," contributing author |
| 2012 | Centers for Disease Control and Prevention, Cancer Prevention Work Group |
| 2012 - 2014 | The Joint Commission, Diagnostic Ionizing Radiation and Magnetic Resonance work group focused on issues of safety and guideline development |
| 2012 - Present | International Council on Radiation Protection (ICRP) Task Group #79 on Defining Effective Dose Use in Medicine |
| 2014 | International Atomic Energy Agency (IAEA) United Nations General Assembly and Security Council. Special Committee Considering Population Impact of Low Dose Radiation |
| 2015 | Council of Distinguished Investigators of the Academy of Radiology Research |

Service to Professional Publications (selected)

| | |
|---|---|
| 2000 - 2018 | Journal of the American Medical Association (JAMA) |
| 2000 - 2018 | JAMA Internal Medicine |
| 2000 - 2018 | New England Journal of Medicine (NEJM) |
| 2000 - 2018 | Radiology |
| 2000 - 2018 | American Journal of Radiology |
| 2000 - 2011 | Journal of the National Cancer Institute |
| 2000 - 2011 | Health Affairs |

4

| | |
|---|---|
| 2000 - 2015 | Health Services Research |
| 2000 - 2010 | American Journal of Obstetrics & Gynecology |
| 2000 - 2010 | American Journal of Public Health |
| 2000 - 2010 | Annals of Internal Medicine |
| 2000 - 2010 | Journal of Medical Screening |
| 2000 - 2010 | Journal of Women's Health |
| 2000 - 2010 | Medical Care |
| 2000 - 2010 | Medical Decision Making |
| 2000 - 2010 | Obstetrics and Gynecology |
| 2000 - 2010 | Ultrasound in Obstetrics & Gynecology |

## INVITED PRESENTATIONS

<u>International</u>

| | |
|---|---|
| 2001 | US - UK Cancer Learning Network, Deprivation and Cancer, *London, United Kingdom* |
| 2001 | British Society of Human Genetics, Prenatal Screening for Down syndrome in England and Wales and Birth Outcomes, *London, United Kingdom* |
| 2002 | Global Summit on Mammographic Screening, Europe Institute of Oncology, U.S.-U.K. Comparison of Screening Mammography, *Milan, Italy* |
| 2005 | University of Copenhagen, Does Practice Make Perfect; Association Between Volume and Accuracy of Mammography, *Copenhagen, Denmark* |
| 2006 | International Society for Prenatal Diagnosis, Prenatal Screening for Down syndrome in The Second Trimester of Pregnancy, *Kyoto, Japan* |
| 2009 | Canadian Breast Cancer Foundation, Forum on the Earlier Detection and Diagnosis of Breast Cancer, *Toronto, Canada* |
| 2010 | Nation Cancer Research Institute (NCRI), Risk of Cancer from Computed Tomography Examinations, *Liverpool, United Kingdom* |
| 2013 | Bach Mai University Hospital, Radiation for Medical Imaging: A Hidden Epidemic, *Hanoi, Vietnam* |
| 2014 | International Atomic Energy Agency (IAEA), Health Effects of Exposure to Low Dose Ionizing Radiation Associated with Medical Imaging, *Vienna, Austria* |
| 2014 | Korea College of Radiology, Tracking and Monitoring Radiation Dose and Its Impact Across the University of California Medical Centers and CT Radiation Doses Are Not What You Think: Why It's Important to Monitor and Track Dose Seoul, Republic of Korea |
| 2016 | International Atomic Energy Agency (IAEA), Exposure to low dose ionizing radiation from medical imaging and the health effects from these exposures. International Atomic Energy Agency. Technical Meeting on Science, Technology and Society Perspectives on Nuclear Science, Radiation and Human Health: The View from Asia, Singapore University |
| 2016 | University of North Carolina School of Medicine, Chapill Hill, NC, Radiology Department Grand Rounds , Diagnostic Imaging: Increasing Effectiveness and Safety Radiation From Medical Imaging, |

| | |
|---|---|
| 2016 | Singapore General Hospital, Singapore. Radiology Grand Rounds. Visualizing Patients and Their Dose to Improve Health Care Quality, |
| 2016 | St Luke's International Hospital, Tokyo, Japan. Hospital-wide grand rounds, Radiation from Medical imaging: A Hidden Epidemic. |
| 2017 | Childhood Leukemia International Consortium, Annual Meeting, Minneapolis, Minnesota, Estimating Radiation Exposure from Imaging Procedures |
| 2017 | Charity Hospital, Berlin, Germany. Radiology Grand Rounds, Radiation from Medical Imaging: A Hidden Epidemic |
| 2017 | Charity Hospital, Berlin, Germany, Imaging for Suspected Nephrolithiasis: Results from the Randomized Controlled Trial |
| 2017 | University Hospital, Basel, Switzerland, Radiology Grand Rounds. A Dose of Reality: The Need for Active CT Dose Management |
| 2017 | Center for Diagnostic Imaging Quality Institute Council of Medical Directors, Scottsdale, AZ Keynote: Radiation from Medical Imaging |
| 2017 | The Leap Frog Group Pediatric Computed Tomography Radiation Dose |
| 2017 | PCORI Advisory Panel on Communication and Dissemination Research Presentation UCSF CT Radiation Dose Registry to Ensure a Patient-Centered Approach for Imaging |
| 2017 | American Urological Association (AUA) Quality Improvement Summit, Baltimore Maryland Keynote Address. Imaging Wisely: Improving the Value of Medical Imaging |
| 2018 | Jakarta Radiology Society, Jakarta Indonesia. Dose Optimization Implementation to achieve better radiology service in HospitalKeynote Addresses: Radiation from Medical Imaging: A Hidden Epidemic and Optimizing Radiation Doses for CT |
| 2018 | Westmead Hospital Sydney Australia. Radiology Grand Rounds. Radiation from Medical Imaging: A Hidden Epidemic |
| 2018 | Westmead Childrends Hospital, Sydney Australia. Optiizing Radiation Doses For Pediatric CT |

<u>National</u>

| | |
|---|---|
| 2000 | American College of Medical Genetics |
| 2000 | Society of Radiologists in Ultrasound |
| 2000 | Society for Health Services Research in Radiology |
| 2001 | Society of Radiologists in Ultrasound Annual Meeting |

6

| 2001 | Society for Health Services Research in Radiology |
| 2002 | Society of Radiologists in Ultrasound |
| 2003 | Breast Cancer Surveillance Consortium |
| 2003 | Society of Radiologists in Ultrasound |
| 2003 | Centers for Disease Control and Prevention |
| 2003 | RSNA 88th Scientific Assembly and Annual Meeting |
| 2004 | Institute of Medicine (IOM): Saving Women's Lives |
| 2004 | Breast Cancer Surveillance Consortium |
| 2005 | Improving Mammographic Quality Standards Institute of Medicine (IOM) |
| 2006 | Beth Israel Deaconess Medical Center, Grand Rounds |
| 2006 | National Institute Child Health and Human Development |
| 2007 | National Cancer Institute, National Institute of Health  (x2) |
| 2008 | Mount Sinai Urban Health Institute; Metro Chicago Breast Cancer Taskforce, Partnerships in Translation: Advancing Research and Clinical Care |
| 2008 | University of Washington, Seattle, Washington, Grand Rounds, and Visiting Professor, |
| 2008 | HMO Research Network Conference (4th annual), Danville, Pennsylvania |
| 2009 | Society of Radiologists in Ultrasound, National Conference on Management of Ovarian Cysts |
| 2009 | Canadian Forum for the Earlier Detection and Diagnosis of Breast Cancer |
| 2010 | Center for Disease Control & Prevention, Annual Cancer Registry Meeting, Atlanta, Georgia |
| 2010 | HMO Research Network conference, Emerging Frontier in Healthcare, Research Delivery, Austin, Texas |
| 2010 | National Council on Radiation Protection (NCRP), Communication of Radiation Benefits and Risks in Decision Making |
| 2010 | National Cancer Institute, Board of Scientific Advisors, Bethesda, Maryland |
| 2010 | American Statistical Association Conference on Radiation Health, Annapolis, Maryland |
| 2010 | Breast Cancer Surveillance Consortium Annual Meeting, Washington, D.C. |
| 2010 | Kaiser Permanente: National Radiology Leadership Group, held at the RSNA, Chicago, IL |
| 2011 | Cleveland Clinic, Health Care Quality Innovation, Cleveland, Ohio |
| 2011 | Auntminnie.com, Live WebEx Conference RADEXPO 2011 |
| 2011 | University of New Mexico, Visiting Professor, External Reviewer, Resident Research Day |
| 2011 | Oregon Health Sciences University, Department of Emergency Medicine, Grand Rounds |
| 2012 | Society for Imaging Informatics for Medicine (SIIM), San Francisco, CA |
| 2012 | Brown University, Grand Rounds, Emergency Medicine, RI Hospital, Providence, RI |
| 2012 | Society for Imaging Informatics in Medicine (SIIM), Los Angeles, CA |

7

| | |
|---|---|
| 2012 | PharmMed OUT, Georgetown University, Washington, DC |
| 2012 | Agency for Healthcare Research and Quality, Rockville, MD |
| 2012 | Radiology Society of North America, expert witness in full day mock trial focused on radiation safety and whether radiologists need to communicate risks to patients, Chicago, IL |
| 2012 | University of Pennsylvania, Grand Rounds, Emergency Medicine, Philadelphia, PA |
| 2013 | Radiology Society of North America (RSNA), Controversies Session, CT Radiation and Risk: How Certain Are We of the Uncertainty? Chicago, IL |
| 2013 | American Cancer Society, Doc Talk Lecture Series |
| 2013 | Association of University Radiologists (AUR), Comparative Effectiveness and Patient-centered Outcomes Research, Los Angeles, CA |
| 2014 | Cancer.net Podcast, "CT Scans and Cancer Risk", Available Online at http://www.cancer.net/blog/2014-10/ct-scans-and-cancer-risk |
| 2014 | Oregon Chapter, American College of Emergency Physicians, Portland, Oregon |
| 2015 | Women in Government Foundation (non-profit, non-partisan organization of all U.S. female state legislators) Diagnostic Imaging. Increasing Its Effectiveness and Safety, at 16th Annual Southern & Eastern Regional Conference, Charleston S Carolina |
| 2016 | Lindeberger Cancer Center, University of North Carolina, Chappil Hill NC, Radiation From Medical Imaging: A Hidden Epidemic |
| 2017 | American Urological Association (AUA) Quality Improvement Summit, Baltimore Maryland Keynote Address.  Imaging Wisely: Improving the Value of Medical Imaging |

Regional Presentations (selected)

| | |
|---|---|
| 2000 | Kaiser Permanente Department of Genetics, Oakland CA |
| 2001 | San Francisco State University, SF CA |
| 2001 | UCSF, San Francisco General Hospital, Department of Medicine, Grand Rounds |
| 2001 | American College of Obstetrics and Gynecology |
| 2002 | UCSF Breast Oncology Program Comprehensive Cancer Center Grand Rounds |
| 2003 | UCSF Obstetrics and Gynecology Grand Rounds, SF CA |
| 2004 | UCSF Multi-Department Symposium. Racial Disparity and Breast Cancer, SF CA |
| 2004 | UCSF Quality of Breast Cancer Care Symposium, SF CA |
| 2005 | Sisters Network, San Francisco (African American Advocacy Organization) |
| 2005 | Stanford University, Department of Health Research and Policy, Grand Rounds, Palo Alto CA |
| 2006 | UCSF, Lunch and Learn: San Francisco Community Outreach, SF CA |
| 2006 | Bay Area Health Care and Quality Outcomes, San Francisco, CA |
| 2007 | California Breast Cancer Research Symposium, Los Angeles, CA |
| 2010 | Bay Area Clinical Research Symposium, Plenary Speaker, San Francisco CA |

| 2011 | UCSF Department of Medicine Grand Rounds, San Francisco, CA |
| 2011 | San Francisco General Hospital Department of Medicine, Grand Rounds, San Francisco, CA |
| 2011 | UCSF, Department of Urology Grand Rounds, San Francisco, CA |
| 2011 | UCSF Department of Radiology Grand Rounds, San Francisco, CA |
| 2011 | Eden Hospital, Department of Medicine Grand Rounds, Alameda, CA |
| 2011 | Stanford Hospital, Department of Medicine, Grand Rounds, Palo Alto, CA |
| 2011 | Kaiser Permanente Medical Center, Multi-departmental Grand Rounds, San Francisco, CA |
| 2011 | UCSF Institute for Health Policy Studies, San Francisco, CA. |
| 2012 | Kaiser Permanente Medical Center, Grand Rounds, San Francisco, CA |
| 2012 | Kaiser Permanente Medical Center, Grand Rounds, Oakland, CA |
| 2012 | Massachusetts General Hospital, Department of Emergency Medicine, Grand Rounds Boston, |
| 2012 | Beth Israel Hospital, Department of Emergency Medicine Grand Rounds, Boston, MA |
| 2012 | Univ. of California Office of the President, Quality Improvement and Technology, Oakland, CA |
| 2012 | UCSF, Department of Radiation Oncology, Grand Rounds, |
| 2012 | Southern California Kaiser Radiology Chiefs Grand Rounds, |
| 2014 | UCSF, Endocrine Grand Rounds, San Francisco, CA |
| 2015 | California Society of Radiology Technologists, Annual Meeting, San Francisco, CA Keynote Address. Radiation from CT: A Hidden Epidemic. Strategies to minimize doses: What technologists can do? |
| 2016 | Society of Radiology in Ultrasound, Annual Meeting, Baltimore Maryland.  Risk of Thyroid Cancer Based on Thyroid Ultrasound Imaging Characteristics |
| 2016 | UCSF, Breast Oncology Program, Radiation from Medical Imaging: A Hidden Epidemic and Approaches for Improving. |
| 2016 | UCSF Mini-Medical School Radiation Safety and Medical Imaging |
| 2017 | University of California Davis, Radiology Grand Rounds, Radiation from Medical Imaging; A Hidden Epidemic |
| 2017 | UCSF: Stand Up for Science: Panel Discussant |

## GOVERNMENT AND OTHER PROFESSIONAL SERVICE (selected)

| 2002 - 2003 | CDC, National Breast and Cervical Cancer Early Detection Program, Planning Committee |
| 2002 - 2005 | Cochrane Collaboration Screening and Diagnostic Tests, Methods Working Group |
| 2003 - 2003 | Radiology National Boards, Examination Question Writer |
| 2003 - 2010 | National Cancer Institute, Physician Data Query (PDQ) |

9

| 2004 - 2005 | CDC, National Breast and Cervical Cancer Early Detection Program, Panelist, Committee on Assessment of Covered Benefits, Expert |
| 2007 - 2010 | California Health Benefits Review Program (CHBRP) |
| 2008 - 2011 | Center for Scientific Review, NIH, Health Services Organization and Delivery Study Section |
| 2010 - 2011 | American Board of Medical Specialties, American Board of Radiology, American College of Radiology, and Physician Consortium for Performance Improvements. Patient Radiation Dose Work Group |
| 2010 | Congressional Hearing, US House of Representatives, Energy and Commerce, Subcommittee on Health. Medical Radiation: An Overview of the Issues. Expert Witness |
| 2010 | Food and Drug Administration, Center for Devices & Radiological Health, National Meeting Focus on Radiation Safety, Presenter |
| 2010 - 2011 | National Quality Forum, Imaging Efficiently Steering Committee |
| 2011 - 2012 | Institute of Medicine Committee on Breast Cancer and the Environment, commissioned report "Temporal Changes in Ionizing Radiation and Estimate of Contributions to Breast Cancer," contributing author |
| 2010 - 2011 | Lung Cancer Screening with CT Evidence Review Committee. Multidisciplinary collaboration, including American Cancer Society, American College of Chest Physicians; American Society of Clinical Oncology & The National Comprehensive Cancer Network |
| 2011 - 2016 | International Council on Radiation Protection (ICRP), Task Group 79 on Defining Effective Dose Use in Medicine |
| 2012 | Congressional Hearing, US House of Representatives, Energy and Commerce, Subcommittee on Health, hearing on the Consistency, Accuracy, Responsibility, and Excellence in Medical Imaging and Radiation Therapy (The CARE Bill), Expert Witness |
| 2012 | Centers for Disease Control and Prevention, Cancer Prevention Work Group |
| 2012 - 2014 | The Joint Commission, Diagnostic Ionizing Radiation and Magnetic Resonance work group focused on issues of safety and guideline development |
| 2013 | Government Accountability Office: Medicare Imaging Accreditation Establishing Minimum National Standards and an Oversight Framework to Ensure Quality and Safety of Advanced Diagnostic Imaging Services, May 2013, Contributor |
| 2014 | International Atomic Energy Agency (IAEA) United Nations General Assembly and Security Council. Special Committee Considering Impact of Low Dose Radiation |
| 2015 | Council of Distinguished Investigators of the Academy of Radiology Research |

## UNIVERSITY AND PUBLIC SERVICE

### Service Narrative

There are several activities to which Dr. Smith-Bindman has contributed. For seven years she participated in the NCI sponsored Physicians Data Query (PDQ), an NCI committee charged with presenting evidenced based, on-line, widely accessible and widely disseminated guidelines relating to cancer screening and diagnosis. She

participated in several activities related to breast cancer screening including acting as a reviewer for the CDC on assessing the guidelines for the National Breast and Cervical Cancer Detection Program, participating in coverage decisions, acting as reviewer and content expert for the CA Health Benefits Review Program analyzing several bills before the state legislature that would expand breast cancer screening to include MRI, and participating in the creation of several IOM Reports. She has participated in several community projects, such as acting on the board of an African American breast cancer advocacy group, and as a consultant to the Metropolitan Breast Cancer Task Force, charged with improving breast cancer mortality rates and racial disparities. During the last five years She has been very active in local, statewide and national efforts around improving radiation safety, including invited presentations to the FDA, testifying before the US Congress on two occasions, working with innumerable societies and government organizations on guidelines and submitting two endorsed quality measures on radiation safety to the National Quality Forum. Her involvement in service activities within the University have focused on increasing the quality and quantity of translational research through participation in several University-wide task forces. Dr. Smith-Bindman serves on several Medical Center Committees, focusing on improved oversight and stewardship around radiation, and projects to improve the efficiency and effectiveness with CT.

## UNIVERSITY SERVICE (selected)

| | |
|---|---|
| 2001 - 2015 | UCSF School of Medicine, Faculty Recruitment Committees, Radiology, Rad Onc, Medicine |
| 2002 | UCSF School of Medicine Dean's Leadership Retreat, Santa Cruz |
| 2003 | University of California, Blueprint for Regional Excellence in Breast Cancer Care |
| 2003 | UCSF School of Medicine Task Force, Future of UCSF and Mission Bay |
| 2003 | UCSF Medical Center, Hospital Exceptional Physician Award, Committee Co-Chair |
| 2003 - 2004 | UCSF School of Medicine Task Force, Physician Scientist Program Clinic-Based |
| 2003 - 2005 | UCSF School of Medicine Faculty Council |
| 2005 | UCSF School of Medicine, Dean's Leadership Retreat, Santa Cruz, CA |
| 2005 - 2006 | UCSF Department of Radiology Seminars and Presentation Committee |
| 2005 - 2008 | UCSF Department of Radiology Annual Research Symposium Abstract Review Committee |
| 2005 - 2009 | UCSF Department of Radiology, SEED Grant Review Committee |
| 2006 - 2007 | UCSF Pathways for Clinical and Translational Research |
| 2008 - 2010 | UCSF Pathways to Discovery, Clinical and Translational Research, Advisory Council |
| 2007 - 2010 | University of California, Office of the President, CA Health Benefits Review Program |
| 2009 - 2017 | UCSF, Radiation Safety Committee |
| 2012 - 2014 | UCSF Department of Radiology, Maintenance of Certification Committee |
| 2012 - 2015 | UCSF Medical Center, Center for Health Care Value |
| 2013 - 2017 | UCSF School of Medicine, Conflict of Interest Advisory Committee |
| 2014 - 2016 | UCSF Clinical Enterprise, Strategic Plan, Committee for Continuous Process Improvement |
| 2015 - 2017 | UCSF Clinical Enterprise, Utilization Management Committee |

## PUBLIC SERVICE

| | |
|---|---|
| 2003 – 2007 | SF Sisters, an African American breast cancer advocacy group, board member |
| 2008 - 2008 | Metropolitan Chicago Breast Cancer Task Force, Chicago IL, unpaid consultant |
| 2011 - 2014 | National Quality Form, National Consensus Standard for Patient Safety. Measure Developer "UCSF CT Radiation Dose Patient Safety Measure" Measure endorsed |
| 2015 | National Quality Forum, Pediatric Measures. Measure Developer, "Pediatric Computed Tomography Radiation Dose" Measure endorsed |

## TEACHING AND MENTORING

### Teaching Narrative

Dr. Smith-Bindman spends substantial time mentoring trainees in clinical research. The trainees have ranged in experience from high school students through mid-career UCSF faculty. The individuals have come from a broad range of departments at UCSF including Radiology, Internal Medicine, Hospital Medicine, Emergency Medicine, Obstetrics and Gynecology, and Urology, and have also come from the UCSF Medical School, The University of California Berkeley, and local SF high schools. On average, she meets with each trainee 1-2 hours per week while collaborating. An NIH Mid-Career Investigator Award (K24) supported her time mentoring these individuals.

She teaches in several formal classes in the department of Epidemiology and Biostatistics primarily targeted to post graduate students who are completing a master's degree in clinical research. She is actively engaged in teaching the Radiology residents and fellows while attending on the clinical service and provides frequent lectures to the Radiology residents focused at research methods; frequently teaches in courses organized by the UCSF Office of Continuing Medical Education for both radiology courses and courses within other medical specialties. The radiology courses focus on using evidence to interpret our studies (usually focused on ultrasound topics), the lectures for other medical specialties focused on how to use imaging more appropriately. As listed above, she also frequently gives grand rounds within UCSF, and nationally on using imaging more appropriately. Lastly, she organized and ran a large, ongoing, virtual symposium on Radiation Safety described below. Both the content and format of this meeting were novel.

## TEACHING

Formal scheduled classes for UCSF students.

The first class listed is a course for UCSF Medical Students. The remaining are part of the coursework offered within the UCSF Masters in Clinical Research Program, Department of Epidemiology and Biostatistics

| Year | Title | Role | Class Size |
|---|---|---|---|
| 2002 - 2005 | Epidemiology and Biostatistics, UCSF School of Med | Section Leader | 20 |
| 2005 | Introduction to Diagnostic Testing | Lecturer | 18 |
| 2007 - 2008 | Clinical Performance and Health Outcome Measurement | Lecturer | 20 |
| 2011 - 2014 | Translating Evidence into Policy: Theory and Design | Lecturer | 30 |
| 2010 - 2015 | Framing Research to Influence Policy | Lecturer | 25 |

Post Graduate CME courses (1-5 lectures/meeting)

| | |
|---|---|
| 2001 | UCSF Obstetrics and Gynecology Update, San Francisco, CA |
| 2001 | UCSF Primary Care Medicine, Aspen, CO |
| 2001 | Primary Care Medicine, Maui, HI |
| 2001 | Management of the Hospitalized Patient, San Francisco, CA |
| 2001 | Controversies in Women's Health, San Francisco, CA |
| 2001 | Diagnostic Imaging in Women's Health, San Francisco, CA |
| 2001 | MRI & Ultrasound Imaging, Lake Tahoe, CA |
| 2002 | Obstetrics and Gynecology Update, San Francisco, CA. |
| 2002 | 17th Annual Primary Care Medicine: Concepts and Controversies, Aspen, CO |
| 2002 | 10th Annual Controversies in Women's Health, San Francisco, CA |
| 2002 | Diagnostic Imaging in Women's Health, San Francisco, CA |
| 2002 | Diagnostic Imaging, Maui, HI |
| 2002 | Obstetical, Gynocological and Abdominal Ultrasound, San Francisco, CA |
| 2003 | Primary Care Medicine, Diagnostic Imaging in Women's Health, Maui, HI |
| 2003 | 11th Annual Controversies in Women's Health, San Francisco, CA |
| 2003 | Diagnostic Imaging for Disease Prevention, San Francisco, CA |
| 2003 | 46th Annual Diagnostic Radiology Postgraduate Course, San Francisco, CA |
| 2003 | OB/GYN and Abdominal Ultrasound, San Francisco, CA |
| 2003 | MRI and Ultrasound by the Lake, Lake Tahoe, CA |
| 2004 | Women's Imaging, Sonoma, CA |
| 2004 | Primary Care Medicine, Maui, HI |
| 2004 | Diagnostic Imaging in Clinical Practice, San Francisco, CA |
| 2005 | Obstetrical and Gynecologic Sonography, San Francisco, CA |
| 2005 | Radiology Spring Training, Scottsdale, Arizona |
| 2005 | Abdominal Imaging, Montreal and Quebec, Canada |
| 2006 | Controversies in Women's Health, San Francisco, CA |
| 2006 | Controversies in Breast Cancer Screening and Diagnosis, San Francisco, CA |
| 2006 | Cutting Edge Radiology, Diagnosis and Intervention, Vancouver, Canada |
| 2008 | Primary Care Medicine: Update 2008, San Francisco, CA |
| 2008 | Diagnostic Imaging in Women's Health, San Francisco, CA |
| 2008 | Obstetrical/Gynecological and Abdominal Sonography, San Francisco, CA |
| 2009 | Primary Care Medicine: Update 2008, San Francisco, CA |

| | |
|---|---|
| 2009 | Obstetrical/Gynecological and Abdominal Sonography Update, San Francisco, CA |
| 2011 | Imaging of Kidney Stones, San Francisco, CA, Director |
| 2011 | Primary Care Medicine, Principles & Practice, San Francisco, CA, Keynote |
| 2011 | 39th Annual Advances in Internal Department of Medicine, San Francisco, CA, Keynote |
| 2011 | Controversies in Women's Health, Department of Medicine, San Francisco, CA, Keynote |
| 2012 | Updates on Imaging, Maui, Hawaii |
| 2013 | UCSF Otolaryngology Annual Conference, San Francisco, CA |
| 2017 | UCSF Practical Body Imaging, Kona, Hawaii |

## Other Teaching

Radiation Safety and CT: Virtual Symposium. Innovative on-line Interactive CME course targeted to physicians (radiologists and those who order imaging), technologists, medical physicists, and trainees. This was created as an on-line, free, virtual meeting focuses on radiation safety. The initial creation of this virtual meeting began in 2013. Creating the meeting involved creating a multidisciplinary, on line, virtual meeting with over 100 lectures (see list of lectures, now offered freely on line - http://rorl.ucsf.edu/speakers ), 10 live interactive sessions/chat rooms and over 500 registrants enrolled in the meeting during the "live days", and ongoing attendees attend each month. The speakers at the meeting included numerous department chairs, the director of the Agency for Health Care Policy at the time, a US Congressman, leaders from numerous societies, The Joint Commission, The American Board of Internal Medicine Foundation, and innumerable scientific experts on diverse patient safety issues, and the meeting was an integration of diverse viewpoints and perspectives. Dr. Smith-Bindman directed this meeting and personally wrote and delivered 7 lectures for the meeting. The meeting was novel in format and content.

## MENTORING

Pre-doctoral students directly supervised

| Dates | Name | Program or School | Current Position |
|---|---|---|---|
| 2004 - 2005 | C. Kagay | UCSF Medical School | Radiologist, Private Practice |
| 2005 - 2006 | A. Ding | UCB/ UCSF MD/MPH | MGH |
| 2005 - 2008 | A. Venkatesan | UCSF Medical School | Resident, Stanford |
| 2006 - 2007 | E. Dinkelspiel | Urban High School | Student, Univ. of Chicago |
| 2011 - 2015 | J. Keegan | Lick Wilmerding High | San Luis Obispo College |
| 2010 - 2015 | P. Mehta | UC Berkeley/UCLA Med School | UCLA Medical School |
| 2012 - 2013 | J. Zhang | UC Berkeley | Senior |
| 2014  summer | A. Fraser | University High | Georgetown College |

Postdoctoral fellows and residents directly supervised

| Dates | Name | Position | Current Position |
|---|---|---|---|
| 1998 - 2000 | M. Copanigro, MD | Radiology Resident / Fellow | Private Practice |

14

| | | | |
|---|---|---|---|
| 1998 - 2000 | N. Vincoff, MD | Radiology Resident / Fellow | Private Practice |
| 2003 - 2004 | E. Weiss, MD | OB GYN Resident | Private Practice |
| 2003 - 2005 | K. Schueler, MD | RORL Research Fellow | Private Practice |
| 2003 - 2005 | D. Haggstrom, MD | Internal Medicine Fellow | Indiana University, Faculty |
| 2005 - 2006 | K. Reid, MD | Internal Medicine Fellow | Emory Faculty |
| 2005 | A. Jensen | PhD student, Copenhagen | Faculty |
| 2005 - 2006 | B. Ching, MD | Radiology Fellow | Private Practice, |
| 2005 - 2006 | A. Cole, MD | Radiology Fellow | Private Practice |
| 2005 - 2007 | L. Goldman, MD | Internal Medicine Fellow | UCSF Faculty |
| 2006 - 2010 | J. Lipson, MD | Radiology T32 Scholar | Stanford Faculty |
| 2007 - 2008 | J Stengel, MD | Radiology Fellow | Private Practice |
| 2007 - 2008 | A. Heath, MD | RORL Research Fellow | Private Practice |
| 2007 - 2009 | R. Cho, MD | Radiology Fellow | Private Practice |
| 2007 - 2009 | D. Sellami, MD | Radiology Resident / Fellow | Private Practice |
| 2008 - 2009 | A. Kamath, MD | Radiology T32 Scholar | NYU Faculty |
| 2009 - 2010 | J Ching, MD | OB GYN Resident | Faculty |
| 2009 - 2011 | N, Brasic, MD | Radiology Fellow | UCSF Faculty |
| 2010 - 2011 | D. Sridhar, MD | Radiology Resident | Private Practice |
| 2010 - 2012 | P. Lebda, MD | Radiology Fellow | Cleveland Clinic Faculty |
| 2010 - 2013 | I. Burger, MD | Radiology Resident | Private Practice |
| 2010 - 2013 | G. Merry, MD | Radiology Resident | Private Practice |
| 2011 - 2014 | J. Mongan, MD PhD | Rad Resident / Fellow | UCSF, Faculty |
| 2013 - 2014 | S. Hou, MD | Radiology Resident | NYU Faculty |
| 2013 - 2014 | C. Lee, MD | Radiology Resident | UCSF Faculty |
| 2013 - 2014 | T. Morgan, MD | Radiology Resident | UCSF Faculty |
| 2013 - 2015 | LA Hampton, MD | Urology Resident / Fellow | Fellow, Wash U |
| 2013 - 2015 | V. Arasu, MD | Radiology Resident | Resident |
| 2013 - 2015 | N. Benedetti, MD | Radiology Resident | University of Wash Faculty |
| 2014 - 2015 | B Carpenter, MD | Radiology Fellow | UCSF Faculty |
| 2014 - 2015 | J. Hsu, MD | Radiology Fellow | Private Practice |
| 2014 - 2018 | J. Demb | Epidemiology | UCSF |

15

Faculty Mentoring

| Dates | Name | Department / Section | Current Position |
|-------|------|---------------------|------------------|
| 2002 - 2005 | John Shepherd, MD | Radiology / Musculoskeletal | UCSF, Faculty, Radiology |
| 2004 - 2005 | Elaina Curtis, MD | UCSF Visiting Fellow | Univer. of Auckland Faculty |
| 2005 - 2006 | John Stein, MD | Emergency Medicine | UCSF Faculty, Emerg Med |
| 2005 - 2006 | Max Wintermark, MD | Radiology / Neuro | UVA, Faculty, Radiology |
| 2007 - 2013 | Lauren Goldman, MD | Internal Medicine | UCSF, Faculty, Medicine |
| 2008 - 2011 | Larry Rand, MD | OBGYN / Maternal Medicine | UCSF, Faculty, OBGYN |
| 2008 - 2014 | Antonio Westphalen, MD | Radiology / Abdominal Imaging | UCSF, Faculty, Radiology |
| 2009 - 2017 | Liina Poder, MD | Radiology / Abdominal Imaging | UCSF, Faculty, Radiology |
| 2010 - 2018 | Ralph Wang, MD | Emergency Medicine | UCSF Faculty, Emerg Med |
| 2014 - 2018 | John Mongan, MD, PhD | Radiology / Abdominal Imaging | UCSF, Faculty, Radiology |
| 2014 - 2017 | Cindy Lee, MD | Radiology / Abdominal Imaging | UCSF, Faculty, Radiology |
| 2014 - 2017 | Tara Morgan, MD | Radiology / Abdominal Imaging | UCSF, Faculty, Radiology |
| 2014 - 2018 | Maureen Kohi, MD | Radiology / Interventional | UCSF, Faculty, Radiology |
| 2015 - 2018 | Ben Franc, MD PhD | Radiology / Nuclear Medicine | UCSF, Faculty, Radiology |
| 2017 - 2018 | Brian Haas MD | Radiology | UCSF, Faculty, Radiology |

# RESEARCH AND CREATIVE ACTIVITIES

## Research Narrative

Dr. Smith-Bindman's research focuses on understanding the impact of diagnostic testing on patient outcomes. She is the director of the UCSF Radiology Outcomes Research Laboratory, and her team includes several programmers, biostatisticians, a developer, and a handful of epidemiologists who serve as project managers for the funded grants below. Her research expertise is in areas of epidemiology, technology assessment, outcomes research, comparative effectiveness research, health services research, and dissemination and implementation sciences focused on imaging. The research has focused on evaluating the quality, utilization, accuracy, predictive values and impact of diagnostic testing on patient health, and has quantified both the risks and benefits of medical imaging when used in different contexts and by different populations. I am leading several studies that assess and standardize the radiation dose used for CT scanning, in order to minimize doses, without loss of diagnostic accuracy. Additional current research is focused on putting systems-based solutions in place to standardize the use of imaging. For example, ongoing projects focus on improving decision support provided to physicians to help improve the use of testing, using evidence to drive and guide the change in practice, and determining the optimal surveillance strategy for the follow up of incidental findings seen on CT imaging. The research projects she leads, listed below, are typically collaborative, involving researchers from diverse clinical areas and who offer diverse methodological expertise.

# RESEARCH AWARDS

Current

| | |
|---|---|
| **PI** | 07/02/2014 - 06/30/2019 |
| NIH | $1,140,000 direct/yr1 |
| **CT DOSE Collaboration: Partnership for Dose** | **$7,900,000 total** |

*Collaboration across the US and Europe to standardize and optimize the doses used for CT. The study uses a novel randomized controlled trial design to compare simple feedback to a multicomponent intervention as strategies to optimize doses. There are approximately 125 hospitals participating in the trial.*

| | |
|---|---|
| **PI** | 09/02/2013 - 08/31/2016 |
| PCORI (Patient Centered Outcomes Research Institute) | $492,163 direct/yr1 |
| **CT Radiation Dose Registry to Ensure a Patient Centered Approach for Imaging** | **$2,069,365 total** |

*Collaboration across the US and Europe to create benchmarks and standards for CT by pooling data from a large number of hospitals and outpatient facilities*

| | |
|---|---|
| **PI** | 3/01/2015- 02/28/2020 |
| NIH | $1,834,410 direct/yr1 |
| **Risk of Cancer in Childhood Associated with Medical Imaging** | **$10,600,000 total** |

*Retrospective cohort across large integrated health care systems to assess imaging in pregnant women and children and to quantify the risk of childhood and adolescent cancer associated with these exposures.*

| | |
|---|---|
| **PI**  (co-PI with Gould, Kaiser Foundation Research) | 4/01/2015- 03/30/2020 |
| PCORI | |
| **Pragmatic Trial of More versus Less Intensive Strategies for Surveillance of Patients with Small Pulmonary Nodules** | **$14,458,936 total** |

*Prospective comparative effectiveness study across 15 health care systems to compare different strategies for the surveillance of lung nodules. The study is novel in that patients will be recruited with routine clinical care at imaging and the creation of systematic quality improvement strategies to ensure no loss to follow up.*

Past

| | |
|---|---|
| **PI** | 10/01/2010 - 09/30/2013 |
| AHRQ | $4,830,368 direct/yr1 |
| **RCT of US versus CT for Patients with Suspected Renal Colic** | **$9,210,000 total** |

*15 Center randomized pragmatic comparative effectiveness trial comparing different strategies for imaging patients with suspected kidney stones. The study exceeded enrollment and follow up targets, and the primary results were published in the NEJM in 2014. Many additional analyses are ongoing using these data.*

| | |
|---|---|
| **PI** | 09/01/2008 - 07/31/2015 |
| NIH K24 | $172,000 direct/yr1 |
| **Mid-Career Development Award: Risk of Cancer Associated with Incidental Findings** | **$868,632 total** |

| | |
|---|---|
| **PI** | 07/01/2011 - 07/01/2014 |
| University of California Office of the President, CHQI | $250,000 direct/yr1 |
| **Standardization and Optimization of CT Radiation Dose** | **$750,000 total** |

**Across the University of California Medical Centers.**
*Five-center observational study to collect radiation data across the five University of California campuses using automated techniques, analyze the sources of variation in dose, and conduct quality improvement initiatives to standardize practice*

| | |
|---|---|
| **PI** | 09/30/2012 - 09/29/2014 |
| CDC (Centers for Disease Control and Prevention) | $250,000 direct/yr1 |
| **PEDS CT-DOSE: Pediatric CT Dose Optimization and** | **$500,000 total** |
| **Standardization Endeavor** | |

*Ten center observational study to collect radiation data and create benchmarks in children*

| | |
|---|---|
| **Co-Investigator** (PI Solberg, Health Partners) | 07/01/2012 - 06/30/2014 |
| PCORI (Patient Centered Outcomes Research Institute) | $250,000 direct/yr1 |
| **Measuring Patient Outcome from High Tech Imaging Studies** | **$500,000 total** |

*Mixed methods study to understand imaging use, positive rates of imaging and patient perspectives on imaging, with respect to identifying patient centered outcomes important to patients.*

| | |
|---|---|
| **PI** | 04/01/2009 - 03/31/2011 |
| NIH / R21 | **$317,000 total** |
| **Risk of Cancer with Incidental Findings Identified on US Imaging** | |

*Retrospective cohort to understand cancer risks of incidental findings*

| | |
|---|---|
| **PI** | |
| NIH / R21 | 09/01/2008 - 08/31/2010 |
| **Radiation Exposure from Imaging: are Doses in a Carcinogenic** | **$317,000 total** |
| **Range** | |

*Retrospective cohort to understand use of medical imaging within integrated health care systems*

| | |
|---|---|
| **PI** | 10/01/1999 - 07/01/2005 |
| DOD | **$725,515 total** |
| **Outcomes of Screening Mammography in Elderly Women** | |

*Medicare Data were analyzed to determine utilization of mammography and factors influencing survival*

| | |
|---|---|
| **PI** | |
| NIH K07 | 09/01/1999 - 06/01/2005 |
| **Outcomes of Screening Mammography in Elderly Women** | **$635,687 total** |

*NIH Career development award to study breast cancer screening among elderly women.*

| | |
|---|---|
| **PI** | |
| California Breast Cancer Research Program | 07/01/2003 - 02/01/2007 |
| **Racial Disparity in Breast Cancer Mortality** | **$583,287 total** |

*Retrospective cohort to understand the causes for racial disparity in breast cancer outcomes*

18

**Co-Investigator** (PI Kerlikowske UCSF)          04/01/2000 - 03/31/2005
NIH, U01                                           **$3,100,000 total**
**San Francisco Mammography Registry: A Research Resource**

*Dr. Smith-Bindman project lead on 1) Physician Predictors of Mammography Accuracy and 2) Validation of the Medicare Screening Algorithm*

**Co-Investigator**  (PI – McCune, UCSF)
NIH                                               09/30/2006 - 06/30/2011
**Clinical and Translational Science Institute (CTSI)**

*The grant is to enhance training and infrastructure across UCSF. I participate in the Biomedical Informatics Program to educate trainees about imaging, epidemiology and study design*

**Co-Investigator** (PI- Lu, UCSF)
**NIH**                                           **04/01/2006 - 03/01/2009**
**Statistical Methods for Evaluation and Validation of Tests**

**Co-Investigator** (PI Tlsty, UCSF))
NIH                                               10/01/2005 - 09/30/2010
**Biological Basis of Breast Density and Breast Cancer Risk**

**Co-Investigator** (PI Esserman, UCSF)           05/01/2003 - 04/30/2007
Department of Defense/USAMRC                       **$6,900,000 total**
**Blueprint for Regional Excellence in Breast Cancer Care**

**PI**                                            01/01/2002 - 12/01/2006
Women's Health Research Center, UCSF               **$70,000 total**
**Down Syndrome Screening in the US**

**PI**                                            04/01/2001 - 04/01/2003
Society of Radiologists in Ultrasound             $**40,000 total**
**Prenatal Ultrasound for Detection of Birth Defects and Chromosome Abnormalities**

**PI**
Society of Radiologists in Ultrasound             04/01/2001 - 04/01/2004
**Physician Variation in Ultrasound Accuracy**    **$30,000 total**

**PI**                                            07/01/2000 - 06/01/2001Radiologic
Society of North America                          **$40,000 direct/yr1**
**U.S. U.K Comparison of The Accuracy of Screening Mammography**

**P
I**                                               07/07/1999 - 06/01/2000
Radiologic Society of North America               **$35,000 direct**
**Prenatal diagnostic ultrasound for the detection of chromosomal Abnormalities**

19

**MOST SIGNIFICANT RESEARCH PUBLICATIONS**

1)      **Smith-Bindman et al.  Endovaginal ultrasound to evaluate endometrial abnormalities <u>JAMA</u> 1999**
*Vaginal bleeding affects 7% of post-menopausal women, and historically women have undergone an invasive endometrial biopsy to exclude a diagnosis of cancer.  This meta-analytic review found that endovaginal ultrasound is an easily tolerated non-invasive test that is accurate for the diagnosis of cancer, so that most women can avoid the need for an endometrial biopsy if they have a normal ultrasound test result.  These results have been integrated into clinical practice guidelines in the US, Scotland, England, Germany, and Hong Kong. The publication has been cited 427 times based on SCOPUS accessed in 2015.*

2)      **Smith-Bindman et al. Second-trimester ultrasound to detect fetuses with Down syndrome: a meta-analysis. <u>JAMA.</u> 2001.** *Prenatal ultrasound is widely used to screen for Down syndrome, but the impact on patients has not been well studied.  This meta-analytic review suggests that the use of ultrasound for the detection of fetuses affected by Down syndrome may be associated with more harm than benefit, as it can lead to large numbers of unnecessary amniocenteses and subsequent fetal losses with little evidence of benefits. This article was accompanied by extensive media coverage (AP, Reuters, NY Times), and controversy, and prompted discussion regarding the role of ultrasound in prenatal diagnoses.  The manuscript has been cited 217 times based on SCOPUS accessed in 2015.*

3)      **Smith-Bindman R et al. US-UK Comparison of Screening Mammography. <u>JAMA</u> 2003.** *Screening mammography is an imprecise test, and there are considerable differences between physicians and programs in the accuracy of screening. This international comparison of screening mammography described 5.5 million mammograms obtained between 1996 to 1999 within three large-scale mammography registries or screening programs. Recall rates and open surgical biopsy rates were twice as high in the U.S. as in the U.K., although cancer rates were nearly identical. There was extensive media coverage (AP, Reuters, NY Times, Wall Street Journal, National Public Radio). These results have been widely cited, and were included in the IOM Report, "Saving Women's Lives." The publication was cited 223 times based on SCOPUS accessed in 2015.*

4)      **Smith-Bindman et al.  Physician Predictors of Mammographic Accuracy. <u>J Natl Cancer Inst</u> 2005.**
*Beyond the issues raised about the collective quality of mammographic screening in the United States, even more pronounced concern is the glaring variation among U.S. physicians in the ability to accurately interpretation their patients' mammograms. Dr. Smith-Bindman studied the accuracy of mammographic screening among 208 U.S. physicians, who collectively interpreted 1.2 million mammograms, and she found extraordinary variation in the interpretive abilities of radiologists; the sensitivity spanned 29% to 97%, while the false positive rate (the percentage of women who did not have cancer, but who underwent additional diagnostic testing or biopsy at their physician's recommendation) ranged from 1 to 29%. The difference in accuracy was principally due to differences in their training, experience and dedication to screening mammography; in short, the more experienced mammographers - and those who read more than the minimum number of mammograms required by MQSA guidelines - did substantially better.  These findings have already been integrated into the Institute of Medicine's report on Mammography Quality Standards, regarding Enhancement of Interpretative Performance. The manuscript was cited 82 times based on SCOPUS accessed in 2015.*

5)      **Smith-Bindman et al.  Does Utilization of Screening Mammography Explain Racial and Ethnic Differences in Breast Cancer? <u>Ann Intern Med,</u> 2006** *Racial and ethnic minorities tend to have larger, more advanced stage breast cancers at diagnosis than white women, and African American women have significantly higher breast cancer mortality. It has not been clear, however, if this is due to inherent differences in biology or the utilization of screening mammography. This paper sought to disentangle whether biology or the use of screening was largely responsible for the known racial and ethnic differences in breast cancer. This study was*

*unique in that detailed cancer information was available from tumor registries that were linked with detailed information regarding mammography utilization. The results were striking. Most of the racial and ethnic differences in breast cancer features were reduced or eliminated after accounting for the frequency of mammography screening. The manuscript was cited 175 times on SCOPUS.*

**6)      Smith-Bindman et al. Second trimester prenatal ultrasound for the detection of pregnancies at increased risk of Down syndrome. <u>Prenat Diagn</u> 2007** *Prenatal ultrasound is widely used to screen for Down syndrome, but the impact on patients has not been well studied.  Our meta-analytic review found that ultrasound was not useful and this prompted our large prospective study which evaluated ultrasound in a larger cohort, including nearly 20,000 women, in whom nearly 500 had fetuses affected by Down syndrome. This large study confirmed these preliminary results. The manuscript was cited 51 times on SCOPUS.*

**7)      Smith-Bindman et al. Radiation dose associated with common computed tomography examinations and the associated lifetime attributable risk of cancer. <u>JAMA Internal Medicine</u> 2009** *This paper documented the variation in doses associated with routine CT. The widespread media attention that this paper received contributed to active policy discussion in this area. I was invited to present and discuss the results at the FDA, at a Congressional Hearing sponsored by the Health Subcommittee of the Committee on Energy and Commerce, and innumerable professional society meetings, and submitted (and had endorsed) a measure of quality around CT imaging by the National Quality Forum. The manuscript was cited 857 times based on SCOPUS accessed in 2015.*

**8)      Smith-Bindman R, Appendix F. Ionizing Radiation Exposure to the US Population, with a Focus on Radiation from Medical Imaging, in Breast and the Environment: A Life Course Approach. <u>The Institute of Medicine</u>. 2012** The IOM was commissioned to write a report on environmental causes of breast cancer. The Komen Foundation commissioned the report. I was asked to summarize what is known about the harmful effects of ionizing radiation on breast cancer risks. The IOM concluded that ionizing radiation is one of the largest, and the most preventable causes of breast cancer.

**9)      Miglioretti DL et al. Smith-Bindman senior author. The use of computed tomography in pediatrics and the associated radiation exposure and estimated cancer risk. <u>JAMA Pediatr.</u> 2013** Using a retrospective cohort design, this paper quantified the use of imaging among children within one of 7 large integrated health care systems, quantified the radiation exposure associated with these examinations, and estimated the likely impact of improved standardization of the conduct of CT on the risks of cancer. The manuscript concluded that if the top outlying radiation exposures could be reduced to the average (a modest goal) that 40% of expected cancer could be eliminated. *The manuscript was cited 150 times based on SCOPUS accessed in 2015*

**10)    Smith-Bindman R, et al.  Risk of Thyroid Cancer based on Thyroid Ultrasound Imaging Characteristic: Result of A Population Based-Study. <u>JAMA Internal Medicine</u>. 2013**. This retrospective observational study documented the risk of cancer associated with specific thyroid imaging findings.  This is the first study that links a large cohort of patients with detailed imaging findings, with a comprehensive tumor registry to permit the quantification of the risk of cancer associated with specific findings. The results suggest that the number of biopsies can be reduced by up to 90%, with a relatively small impact on cancer detected.  The results are being rapidly embraced by endocrinologists, surgeons and radiologists.

**11)    Smith-Bindman et al Ultrasound versus Computed Tomography for Suspected Nephrolithiasis <u>NEJM.</u>  2014.** *This 15-center randomized comparative effectiveness study assessed whether ultrasound or CT should be the first imaging test in patients with suspected kidney stones. The study is unique in using a rigorous randomized trial design to assess a diagnostic imaging test, and in assessing a broad range of outcomes other than diagnostic accuracy. Emergency department patients with abdominal pain and suspected nephrolithiasis*

*were randomly assigned to one of three arms for imaging: ultrasound performed by an emergency medicine physician, ultrasound provided by a radiologist, or computerized tomography (CT). No significant differences were observed over the next 6 months in rates of severe serious adverse events (SAEs), related SAEs, or total SAEs, or ED or hospital admission rates at 7 or 30 days; however, initial imaging with ultrasound was associated with lower 1 day and 6-month cumulative radiation exposures than initial imaging with CT. The manuscript was cited 45 times based on SCOPUS accessed in 2015*

## PUBLICATIONS

### Peer Reviewed

1. Block JE, **Smith R**, Black D, Tenant HK. Does Exercise Prevent Osteoporosis? JAMA 1987 257:3115-3117.

2. Genant HK, Block JE, Steiger P, Glueer CC, **Smith R.** Quantitative Computed Tomography in Assessment of Osteoporosis. Sem in Nuclear Med 4 1987:316-333.

3. Genant HK, Steiger P, Block JE, **Smith R**, Black D, Ettinger B, Harris ST. Rate of change in bone mineral content as measured by QCT, DPA and SPA in postmenopausal women. J Bone Miner Res 1987 25; 212.

4. Ettinger B, Block JE, **Smith R,** Cummings SR, Harris ST, Genent HK. An examination of the association between vertebral deformities, physical disabilities and psychosocial problems. Maturitas 1988 10:283-96.

5. Block JE, **Smith R**, Glueer CC, Steiger P, Ettinger B, Genant HK. Models of Spinal Trabecular Bone Loss as Determined by Quantitative Computed Tomography. J Bone Miner Res 1989 4:249-57.

6. **Smith-Bindman R**, Cummings SR, Steiger P, Genant HK. A comparison of morphometric definitions of vertebral fractures. J Bone Miner Res 1991 6:25-34.

7. **Smith-Bindman R**, Steiger P, Cummings SR, Genant HK. The Index of Radiographic Area (IRA): a new approach for estimating the severity of vertebral deformity. Bone and Mineral 1991 15:137-50

8. **Smith-Bindman R**, Kerlikowske K, Feldstein V, Subak L, Scheidler J, Segal M, Brand R,Grady D. Endovaginal ultrasound to exclude endometrial cancer and other endometrial abnormalities: a meta- analytic review. JAMA 1998 280:1510-1517

9. **Smith-Bindman, R**, Kerlikowske K, Feldstein V. Endovaginal ultrasound to evaluate endometrial abnormalities. JAMA 1999 281:1693-4.

10. Vincoff N, Callen P, **Smith-Bindman R**, Goldstein R. Effect of transducer frequency on the appearance of the fetal bowel. J Ultrasound Med 1999 18:799-803

11. **Smith-Bindman R**, Gebretsadik T, Kerlikowske K, Newman J. Is screening mammography effective in elderly women? Am J Med 2000 108:112-118, 2000

12. **Smith-Bindman R**, Hosmer W, Feldstein VA, Deeks JJ, Goldberg JD. Second-trimester ultrasound to detect fetuses with Down syndrome: a meta-analysis. JAMA 2001 285 (8):1044-55.

13. **Smith-Bindman R**, Hosmer W, Coppanigro M, Cunningham G. The variability in the interpretation of prenatal diagnostic ultrasound. Ultrasound Obstet Gynecol 2001 17:(4):326-332.

14. Goldstein RB, Bree RL, Benson CB, Benacerraf BR, Bloss JD, Carlos R, Fleischer AC,Goldstein SR, Hunt RB, Kurman RJ, Kurtz AB, Laing FC, Parsons AK, **Smith-Bindman R**, Walker J.Evaluation of woman with postmenopausal bleeding: Society of Radiologists in Ultrasound Consensus Conference Statement. J Ultrasound Med 2001 20 10;1025-1036.

15. **Smith-Bindman R**, Feldstein V, Goldberg JD. The Genetic Sonogram in Screening for Down Syndrome, J Ultrasound Med 2001 (20);1153-5.

16. **Smith-Bindman R**, Chu P, Ecker J, Feldstein V, Filly R, Bacchetti P. US evaluation of fetal growth: prediction of neonatal outcomes. Radiology 2002 223(1):153-161.

17. Shepherd JA, Kerlikowske K, **Smith-Bindman R**, Genant H, Cummings SR. Measurement of breast density with dual X-ray absorptiometry: feasibility. Radiology 2002 223(5): 554-557.

18. Prevrhal S, Shepherd JA, **Smith-Bindman R**, Kerlikowske K, Cummings SR. Accuracy of Mammographic Breast Density analysis: Results of Formal Operator Training. J Cancer, Epi. Bio. & Prev 2002 11(11); 1389-93.

19. **Smith-Bindman R**, Chu PW, Miglioretti DL, Sickles EA, Blanks R, Ballard-Barbash R, Bobo JK, Lee NC, Wallis MG, Patnick J, Kerlikowske K. Comparison of Screening Mammography in the US and the UK. JAMA 2003 290(16):2129-37.

20. **Smith-Bindman R**, Chu P, Bacchetti P, Waters JJ, Mutton D, Alberman E. Prenatal screening for Down syndrome in England and Wales and population-based birth outcomes. Am J Obstet Gynecol 2003 189(4):980-5.

21. **Smith-Bindman R**, Chu P, Ecker J, Feldstein V, Bacchetti P, Filly R. Adverse birth outcomes in relation to prenatal sonographic measurements of fetal size. J Ultrasound Med 2003 Apr 22:347-356.

22. Kerlikowske K, **Smith-Bindman R**, Barclay J, Ling BM, Grady D. Evaluation of Abnormal Mammography Results and Palpable Breast Abnormalities. Ann Intern Med 2003 139(4):274-84.

23. Ziv E, Shepherd J, **Smith-Bindman R** Kerlikowske K. Mammographic Breast Density and Family History of Breast Cancer. J Natl Cancer Inst 2003 95(7) 556-558.

24. **Smith-Bindman R**, Weiss E, Feldstein V. How thick is too thick? What endometrial thickness should prompt biopsy in an asymptomatic postmenopausal woman? Ultrasound Obstet Gynecol, 2004 June; 24:558-565

25.  **Smith-Bindman R**. Diagnostic Imaging in the Differential Diagnosis of Vaginal Bleeding and Breast Mass. <u>Adv Stud Med</u> 2004 (9):476-482.

26.  Ziv E, Tice J, **Smith-Bindman R**, Shepherd J, Cummings S, Kerlikowske K. Mammographic density and estrogen receptor status of breast cancer. <u>Cancer Epidemiol Biomarkers Prev</u> 2004 13 (12):2090-5

27.  Benn PA, Egan JF, Fang M, **Smith-Bindman R**. Changes in the utilization of prenatal diagnosis. <u>Obstet Gynecol</u> 2004 103(6):1255-60.

28.  **Smith-Bindman R**, Chu P, Miglioretti D, Quale C, Rosenberg R, Cutter G, Geller B, Bacchetti P, Sickles E, Kerlikowske K. Physician Predictors of Mammographic Accuracy. <u>J Natl Cancer Inst</u> 2005 97:358-67

29.  Kerlikowske K, **Smith-Bindman R**, Abraham LA, Lehman CD, Yankaskas BC, Ballard Barbash R, Barlow WE, Voeks JH, Geller BM, Carney PA, Sickles EA. Breast Cancer Yield for Screening Mammographic Examinations with Recommendation for Short-Interval Follow-up. <u>Radiology</u> 2005 234(3):684-692.

30.  **Smith-Bindman R**, Ballard-Barbash R, Miglioretti D, Patnick J, Kerlikowske K. Comparing the Performance of Mammography Screening in the United States and the United Kingdom. <u>J Med Screen</u> 2005 12(1): 50-54.

31.  Sickles EA, Miglioretti D, Ballard-Barbash R, Geller B, Leung J, Rosenberg R, **Smith-Bindman R**, Yankaskas B. Performance Benchmarks for Diagnostic Mammography. <u>Radiology</u> 2005 235(3):775-90

32.  Kerlikowske K, Creasman J, Leung JW, **Smith-Bindman R**, Ernster VL. Differences in screening outcomes among White, Chinese, and Filipino women. <u>Arch Intern Med</u>. 2005 165(16):1862-8

33.  Haggstrom DA, Quale C, **Smith-Bindman R**. Differences in the Quality of Breast Cancer Care Among Vulnerable Populations. <u>Cancer</u>. 2005 Dec 1;104(11):2347-58.

34.  **Smith-Bindman R**, Miglioretti D, Lurie N, Abraham L, Ballard Barbash R, Strzelczyk J, Dignan M, Barlow W, Beasley C, Kerlikowske K. Does Utilization of Screening Mammography Explain Racial and Ethnic Differences in Breast Cancer? <u>Ann Intern Med,</u> 2006 144(8):541-53.

35.  **Smith-Bindman R**, Quale C, Chu PW, Rosenberg R, Kerlikowske K. Can Medicare Billing Claims Data Be Used to Assess Mammography Utilization Among Women Age 65 and Older. <u>Medical Care</u> 2006 44(5):463-70

36.  Kado DM, Christianson L, Palermo L **Smith-Bindman R**, Cummings SR, Greendale GA. Comparing a supine radiologic versus standing clinical measurement of kyphosis in older women: The Fracture Intervention Trial <u>Spine</u> 2006 31:4;4463-467.

37.  Kagay C, Quale C, **Smith-Bindman.** Mammography Use Among the American Elderly," <u>Am J Prev Med</u> 2006 Aug;31(2):142-9

24

38.   Schell MJ, Yankaskas BC, Ballard-Barbash R, Qaqish BF, Barlow WE, Rosenberg RD, **Smith-Bindman R**. Evidence-based target recall rates for screening mammography. <u>Radiology</u> 2007;243(3):681-9

39.   **Smith-Bindman R**, Chu P, Goldberg JD. Second trimester prenatal ultrasound for the detection of pregnancies at increased risk of Down Syndrome. <u>Prenat Diagn</u> 2007;27(6):535-44.

40.   Kerlikowske K, Ichikawa L, Miglioretti DL, Buist DS, Vacek PM, **Smith-Bindman R**, Yankaskas B, Carney PA, Ballard-Barbash R; National Institutes of Health Breast Cancer Surveillance Consortium. Longitudinal measurement of clinical mammographic breast density to improve estimation of breast cancer risk. <u>J Natl Cancer Inst</u> 2007;99(5):386-95

41.   Carrell D, Miglioretti D, **Smith-Bindman R**., Coding free text radiology reports using the Cancer Text Information Extaction System (caTIES).   AMIA Annu Symp Proc. 2007 11:889.

42.   Miglioretti DL, **Smith-Bindman R**, Abraham L, Brenner RJ, Carney PA, Bowles EJ, Buist DS, Elmore JG Radiologist Predictors of the Interpretive Performance of Diagnostic Mammography. <u>J Natl Cancer Inst</u> 2007 10;99(24)1854-63

43.   Curtis E, Quale C, Haggstrom D, **Smith-Bindman R**. Racial and Ethnic Differences in Breast Cancer Survival: How Much Is Explained by Screening, Tumor Severity, Biology, Treatment, and Co-morbidities. <u>Cancer</u> 2008 112(1):171

44.   **Smith-Bindman R**, Miglioretti DL, Rosenberg R, Reid RJ, Taplin SH, Geller BM, Kerlikowske K; N ational Institutes of Health Breast Cancer Surveillance Consortium. Physician workload in mammography. <u>Am J Roentgenol</u>. 2008 Feb;190(2):526-32.

45.   Dinkelspiel E, Chu P, **Smith-Bindman R**, Access to Diagnostic Mammography in the San Francisco Bay Area. <u>Journal of Women's Health</u> 2008 17(5):893-9

46.   Goldman L, Haneuse S, Miglioretti D, Kerlikoswke K, Buist D, Yankaskas B, **Smith-Bindman R**, An assessment of the quality of mammography care at facilities treating medically vulnerable populations <u>Medical Care</u> 2008 46(7):701-8.

47.   Tice JA, Cummings SR, **Smith-Bindman R**, Ichikawa L, Barlow WE, Kerlikowshe K. Using clinical factors and mammograhic breast density to estimate breast cancer risk: development and validation of a new predictive model. <u>Ann Intern Med</u> 2008 Mar 4;148(5):337-47.

48.   Scheuler K, Chu B, **Smith-Bindman R**. Factors Associated with Mammography Utilization: A Quantitative Meta-Analytic Review. <u>Journal of Women's Health</u> 2008 November 17 (9); 1477-98.

49.   **Smith-Bindman R**, Miglioretti D, Larson E. Utilization of diagnostic medical imaging in a large integrated healthcare system: modality and organ system trends. <u>Health Aff (Millwood)</u>. 2008 27(6):1491-502.

50.   Venkatesan A, Chu P, Kerlikowske K, **Smith-Bindman R** The positive predictive value of specific mammographic findings according to reader and patient variables. <u>Radiology</u> 2009 50(3):648-57.

25

51.     Cho R, Chu B, **Smith-Bindman R**. Second Trimester prenatal ultrasound for the detection of pregnancies at increased risk for Trisomy 18. Prenatal Diagnosis 2009 29(2):129-39

52.     Cummings SR, Browner WB, Tice JA, Bauer S, Cuzick J, ivE, Vogel V, Shepherd J, Vachon C, **Smith-Bindman R**, Kerlkowske K. Prevention of Breast Cancer in Postmenopausal Women: Approaches to Estimating and Reducing Risk. J Natl Cancer Inst. 2009 101(6):384-98

53.     **Smith-Bindman** R, Lipson J, Marcus R, Kim KP, Mahesh M, Gould R, Berrington de González A, Miglioretti DL. Radiation dose associated with common computed tomography examinations and the associated lifetime attributable risk of cancer. Archives of Internal Medicine 2009;169(22):2078-86.

54.     **Smith-Bindman R**, McCulloch CE, Ding A, Quale C, Chu PW. Diagnostic imaging rates for head injury in the ED and states' medical malpractice tort reforms. Am J Emerg Med. 2011 Jul;29(6):656-64

55.     Taplin S, Abraham LA, Geller B, Barlow WE, Buist DSM, **Smith-Bindman R**, Lehman C, Harvey S, Weaver D, Yankaskas BC. The effect of previous benign breast biopsy on the interpretive performance of subsequent screening mammography. Journal of the National Cancer Institute. 2010 102(14):1040-51.

56.     Levine D, Brown DL, Andreotti RF, Benacerraf B, Benson CB, Brewster WR, Coleman B, Depriest P, Doubilet PM, Goldstein SR, Hamper UM, Hecht JL, Horrow M, Hur HC, Marnach M, Patel MD, Platt LD, Puscheck E, **Smith-Bindman R**. Management of asymptomatic ovarian and other adnexal cysts imaged at US: Society of Radiologists in Ultrasound Consensus Conference Statement. Radiology. 256(3):943-54.

57.     Stengel JW, Webb EM, Poder L, Yeh BM, **Smith-Bindman R**, Coakley FV. Acute appendicitis: clinical outcome in patients with an initial false-position CT diagnosis. Radiology. 2010 256(1):119-26.

58.     **Smith-Bindman R**. Is computed tomography safe? N Engl J Med. 2010 Jul 1;363(1):1-4.

59.     Levine D, Brown DL, Andreotti RF, Benacerraf B, Benson CB, Brewster WR, Coleman B, DePriest P, Doubilet PM, Goldstein SR, Hamper UM, Hecht JL, Horrow M, Hur HC, Marnach M, Patel MD, Platt LD, Puscheck E, **Smith-Bindman R**; Management of asymptomatic ovarian and other adnexal cysts imaged at US Society of Radiologists in Ultrasound consensus conference statement.  Society of Radiologists in Ultrasound.  Ultrasound Q. 2010 26(3):121-31.

60.     Berrington de Gonzalez A, Kim KP, **Smith-Bindman R**, McAreavey D. Myocardial perfusion scans: projected population cancer risks from current levels of use in the United States. Circulation. 2010 122(23):2403-10.

61.     Goldman LE, Walker R, Miglioretti DL, **Smith-Bindman R**, Kerlikowske K; Accuracy of diagnostic mammography at facilities serving vulnerable women.  National Cancer Institute Breast Cancer Surveillance Consortium. Med Care. 2011 49(1):67-75

62.     Berrington de Gonzalez AB, Kim KP, Knudsen AB, Lansdorp-Vogelaar I, Rutter CM, **Smith-Bindman R**, Yee J, Kuntz KM, van Ballegooijen M, Zauber AG, Berg CD. Radiation-related

cancer risks from CT colonography screening: a risk-benefit analysis. Am J Roentgenol. 2011 196(4):816-23.

63.     Mehta P, **Smith-Bindman R** Airport Full-Body Screening: What is the Risk? Arch Intern Med. 2011 171(12):1112-5

64.     Rosenberg RD, Haneuse SJ, Geller BM, Buist DS, Miglioretti DL, Brenner RJ, **Smith-Bindman R**, Taplin SH; Breast Cancer Surveillance Consortium. Timeliness of follow-up after abnormal screening mammogram: variability of facilities. Radiology. 2011 261(2):404-13.

65.     Miglioretti DL, **Smith-Bindman R** Overuse of computed tomography and associated risks. Am Fam Physician. 2011 83(11):1252-4.

66      Westphalen AC, Koff WJ, Coakley FV, Muglia VF, Neuhaus JM, Marcus RT, Kurhanewicz J, **Smith-Bindman R**. Prostate cancer: prediction of biochemical failure after external-beam radiation therapy--Kattan nomogram and endorectal MR imaging estimation of tumor volume. Radiology. 2011 261(2):477-86.

67.     Goldman LE, Walker R, Miglioretti DL, **Smith-Bindman R**, Kerlikowske AK; Breast Cancer Surveillance Consortium. Facility characteristics do not explain higher false-positive rates in diagnostic mammography at facilities serving vulnerable women. Med Care. 2012 50(3):210-6.

68.     **Smith-Bindman** R, Miglioretti DL, Johnson E, Lee C, Feigelson HS, Flynn M, Greenlee RT, Kruger RL, Hornbrook MC, Roblin D, Solberg LI, Vanneman N, Weinmann S, Williams AE. Use of diagnostic imaging studies and associated radiation exposure for patients enrolled in large integrated health care systems, 1996-2010. JAMA. 2012 Jun 13;307(22):2400-9.

69.     **Smith-Bindman R**. Environmental causes of breast cancer and radiation from medical imaging: findings from the Institute of Medicine report. Arch Intern Med. 2012 172(13):1023-7.

70.     Bach PB, Mirkin JN, Oliver TK, Azzoli CG, Berry DA, Brawley OW, Byers T, Colditz GA, Gould MK, Jett JR, Sabichi AL, **Smith-Bindman R**, Wood DE, Qaseem A, Detterbeck FC. Benefits and harms of CT screening for lung cancer: a systematic review. JAMA 307(22):2418-29.

71.     Fenton JJ, Zhu W, Balch S, **Smith-Bindman R**, Lindfors KK, Hubbard RA.  External validation of Medicare claims codes for digital mammography and computer-aided detection. Cancer Epidemiol Biomarkers Prev. 2012 Aug 23(8):1344-7.

72.     Fazel R, Curtis J, Wang Y, Einstein AJ, **Smith-Bindman R**, Tsai TT, Chen J, Shah ND, Krumholz HM, Nallamothu BK. Determinants of fluoroscopy time for invasive coronary angiography and percutaneous coronary intervention: Insights from the NCDR. Catheter Cardiovasc Interv. 2013 82(7):1091-105

74.     Miglioretti DL, Johnson E, William SA, Grenlee RT, Weinmann S, Solberg LI, Feigelson HS, Roblin D, Flynn MJ, Vanneman N, **Smith-Bindman R**. The use of computed tomography in pediatrics and the associated radiation exposure and estimated cancer risk. JAMA Pediatr. 2013 167 (88): 700-7

75.   **Smith-Bindman R**, Lebda P, Feldtein VA, Sellami D, Goldstein RB, Brasic N, Jin C, Kornak J. Risk of Thyroid Cancer based on Thyroid Ultrasound Imaging Characteristic: Result of A Population Based-Study. JAMA Internal Medicine. 2013 173(19):1788-96

76.   Keegan J, Miglioretti DL, Gould R, Donnely LF, **Smith-Bindman R**, Wilson ND. Radiation Dose Metrics in Computed Tomography: Assessing Dose Using the National Quality Forum CT Patient Safety Measure. J Am Coll Radiol. 2014 11(3):309-15.

77.   Fenton JJ, Zhu W, Balch S, **Smith-Bindman R**, Fishman P, Hubbard RA. Med Care. Distinguished Screening from Diagnostic Mammograms Using Medicare Claims Data. Med Care. 2014 52(7):e44-51

78.   Miglioretti DL, Zhang Y, Johnson E, Lee C, Morin RL, Vanneman N, **Smith-Bindman R**. Personalized Technologist Dose Audit Feedback for Reducing Patient Radiation Exposure from CT. J Am Coll Radiol. 2014 11(3):300-8.

79.   Lee CS, Reinhardt EB, **Smith-Bindman R**. CTSim: An Interactive Computer Simulation to Learn the Fundamentals of CT Dose Optimization. J Am Coll Radiol. 2014 11(3):255-6.

80.   Wilson N, Valencia V, **Smith-Bindman R**. Virtual Meetings: Improving Impact and Accessibility of CME. J Am Coll Radiol. 2014 11(3):231-2.

81.   **Smith-Bindman R**, Boone JM. Radiation Dose Optimization-Improving the Safety of CT.  J Am Coll Radiol. 2014 11(3):229-30.

82.   Valencia V, Moghadassi M, Kriesel DR, Cummings S, **Smith-Bindman R**. Study of Tomography Of Nephrolithiasis Evaluation (STONE): Methodology, approach and rationale. Contemp Clin Trials. 2014 38(1):92-101

83.   **Smith-Bindman** R, Aubin C, Bailitz J, Bengiamin RN, Camargo CA Jr, Corbo J, Dean AJ, Goldstein RB, Griffey RT, Jay GD, Kang TL, Kriesel DR, Ma OJ, Mallin M, Manson W, Melnikow J, Miglioretti DL, Miller SK, Mills LD, Miner JR, Moghadassi M, Noble VE, Press GM, Stoller ML, Valencia VE, Wang J, Wang RC, Cummings SR. Ultrasound versus Computed Tomography for Suspected Nephrolithiasis. N Engl J Med. 2014 371(12):1100-10.

84.   Hubbard RA, Benjamin-Johnson R, Onega T, **Smith-Bindman R**, Zhu W, Fenton JJ. Classification accuracy of claims-based methods for identifying providers failing to meet performance targets. Stat Med. 2015 15;34(1):93-105

85.   **Smith-Bindman R,** Appendix F. Ionizing Radiation Exposure to the US Population, with a Focus on Radiation from Medical Imaging, in Breast and the Environment: A Life Course Approach. The Institute of Medicine. 2012

86.   **Smith-Bindman R**, Moghadassi M, Griffey RT, Camargo CA Jr, Bailitz J, Beland M, Miglioretti DL. Computed Tomography Radiation Dose in Patients with Suspected Urolithiasis. JAMA Intern Med. 2015 Aug;175(8):1413-6

87.   **Smith-Bindman R**, Moghadassi M, Wilson N, Nelson TR, Boone JM, Cagnon CH, Gould R, Hall DJ, Krishnam M, Lamba R, McNitt-Gray M, Seibert A, Miglioretti DL. Radiation Doses in

Consecutive CT Examinations from Five University of California Medical Centers. <u>Radiology</u>. 2015 277(1):134-41.

88. Hubbard RA, Benjamin-Johnson R, Onega T, **Smith-Bindman R**, Zhu W, Fenton JJ. Classification accuracy of claims-based methods for identifying providers failing to meet performance targets. <u>Stat Med</u>. 2015 15;34(1):93-105.

89. **Smith-Bindman R**. CT Radiation and the Risk of Cancer. <u>Current Radiology Reports</u>. 2015 3:3

90. Mongan J, Kline J, **Smith-Bindman R**. Age and sex-dependent trends in pulmonary embolism testing and derivation of a clinical decision rule for young patients. <u>Emerg Med J.</u> 2015 32(11):840-5

91. Bahadori A, Miglioretti D, Kruger R, Flynn M, Weinmann S, **Smith-Bindman R**, Lee C. Calculation of Organ Doses for a Large Number of Patients Undergoing CT Examinations. <u>Am J Roentgenol.</u> 2015 205(4):827-33.

92. Solberg LI, Asche SE, Butler J, Carrell D, Norton CK, Jarvik JG, **Smith-Bindman R**, Tillema JO, Whitebird RR, Ziegenfuss JY. The Effect of Achieving Patient-Reported Outcome Measures on Satisfaction. <u>J Am Board Fam Med</u>. 2015 Nov-Dec;28(6):785-92.

93. Burke LMB, Semelka RC, **Smith-Bindman R**. Trends of CT Utilization in North America over the last decade. <u>Current Radiology Reports</u>, January 2015 3:78

94. Melnikow J, Xing G, Cox G, Leigh P, Mills L, Miglioretti DL, Moghadassi M, **Smith-Bindman R**. Cost Analysis of the STONE Randomized Trial: Can Health Care Costs be Reduced One Test at a Time? <u>Med Care</u>. 2016 54(4):337-42.

95. Morgan TA, **Smith-Bindman R**, Harbell J, Kornak J, Stock PG, Feldstein VA. US Findings in Patients at Risk for Pancreas Transplant Failure. <u>Radiology</u>. 2016 280(1):281-9.

96. Wang RC, Bent S, Weber E, Neilson J, **Smith-Bindman R**, Fahimi J. The Impact of Clinical Decision Rules on Computed Tomography Use and Yield for Pulmonary Embolism: A Systematic Review and Meta-analysis. <u>Ann Emerg Med</u>. 2016 67(6):693-701.

97. Harrison JD, Balonov M, Martin CJ, Ortiz Lopez P, Menzel HG, Simmonds JR, **Smith-Bindman R**, Wakeford R. Use of effective dose. <u>Ann ICRP</u>. 2016 45(1 Suppl):215-24.

98. **Smith-Bindman R**, Bindman AB. Imaging More Wisely. JAMA Intern Med. 2016 176(2):168-70.

99. Wang RC, Rodriguez RM, Moghadassi M, Noble V, Bailitz J, Mallin M, Corbo J, Kang TL, Chu P, Shiboski S, **Smith-Bindman R**. External Validation of the STONE Score, a Clinical Prediction Rule for Ureteral Stone: An Observational Multi-Institutional Study. <u>Ann Emerg Med.</u> 2016 67(4):423-432.e2.

100 Onega T, Goldman LE, Walker RL, Miglioretti DL, Buist DS, Taplin S, Geller BM, Hill DA, **Smith-Bindman R**. Facility Mammography Volume in Relation to Breast Cancer Screening Outcomes. <u>J Med Screen</u>. 2016 23(1):31-7.

101    Fenton JJ, Onega T, Zhu W, Balch S, **Smith-Bindman R**, Henderson L, Sprague BL, Kerlikowske K, Hubbard RA. Validation of a Medicare Claims-based Algorithm for Identifying Breast Cancers Detected at Screening Mammography. <u>Med Care</u>. 2016;54(3).

102.   Demb J, Chu P, Nelson T, Hall D, Seibert A, Lamba R, Boone J, Krishnam M, Cagnon C, Bostani M, Gould R, Miglioretti D, **Smith-Bindman R.** Optimizing Radiation Doses for Computed Tomography Across Institutions: Dose Auditing and Best Practices. <u>JAMA Intern Med</u>. 2017 177(6):810-817.

103.   Wang RC, Addo N, Chi T, Moore C, Mallin M, Shiboski S, Stoller M, **Smith-Bindman R.** Medical expulsive therapy use in emergency department patients diagnosed with ureteral stones. <u>Am J Emerg Med</u>. 2017 35(8):1069-1074.

104.   Wang RC, Rodriguez RM, Fahimi J, Hall MK, Shiboski S, Chi T, **Smith-Bindman R.** Derivation of decision rules to predict clinically important outcomes in acute flank pain patients. <u>Am J Emerg Med.</u> 2017 35(4):554-563.

105.   Metzler IS, **Smith-Bindman R,** Moghadassi M, Wang RC, Stoller ML, Chi T. Emergency Department Imaging Modality Effect on Surgical Management of Nephrolithiasis: A Multicenter, Randomized Clinical Trial. <u>J Urol.</u> 2017 197(3 Pt 1):710-714.

106.   Wang RC, **Smith-Bindman R**, Whitaker E, Neilson J, Allen IE, Stoller ML, Fahimi J. Effect of Tamsulosin on Stone Passage for Ureteral Stones: A Systematic Review and Meta-analysis. <u>Ann Emerg Med</u>. 2017 Mar;69(3):353-361

107.   **Smith-Bindman R**, Wang Y, Yellen-Nelson TR, Moghadassi M, Wilson N, Gould R, Seibert A, Boone JM, Krishnam M, Lamba R, Hall DJ, Miglioretti DL. Predictors of CT Radiation Dose and Their Effect on Patient Care: A Comprehensive Analysis Using Automated Data. <u>Radiology.</u> 2017 Jan;282(1):182-193.

108.   **Smith-Bindman R**. Use of Advanced Imaging Tests and the Not-So-Incidental Harms of Incidental Findings. <u>JAMA Intern Med</u>. 2017 Dec 26.

109.   **Smith-Bindman R**, Poder L, Johnson E, Miglioretti D. Risk of Malignant Ovarian Cancer Based on Ultrasound Findings in a Large Unselected Population <u>JAMA Intern Med</u> Published online November 12, 2018. doi:10.1001/jamainternmed.2018.5113

110.   **Smith-Bindman R**, Yifei Wang Y, Chu P, Chung R, et al, International Variation in Radiation Dose For Computed Tomography. <u>BMJ In press</u>

**Publications, Other (selected)**

1.    **Smith-Bindman R.** Positron emission tomography to evaluate lung lesions. <u>JAMA</u>. 2001 285(21):2711-2

2.    **Smith-Bindman R**, Feldstein VA, Goldberg JD. The genetic sonogram in screening for Down syndrome. <u>J Ultrasound Med</u>. 2001 20(11):1153-8

3       **Smith-Bindman R**, Miglioretti DL. CTDIvol, DLP, and effective dose are excellent measures for use in CT quality improvement. Radiology. 2011 261(3):999

4.      **Smith-Bindman R**. Ultrasonography vs. CT for suspected nephrolithiasis. N Engl J Med. 2014 Dec 25;371(26):2531

5.      **Smith-Bindman R**, Miglioretti D. Cell-free DNA Analysis for Noninvasive Examination of Trisomy. N Engl J Med. 2015 Dec 24;373(26)**:2581.**

**6.**    Rita F. Redberg and Rebecca Smith-Bindman "We Are Giving Ourselves Cancer." Editorial. The New York Times 31 Jan. 2014, The New York ed.: A27. 30 Jan. 2014.

7.      **Smith-Bindman R**, Bindman AB. Imaging More Wisely-Already At Work. JAMA Intern Med. 2016 176(6):870-1.

**8.**    **Smith-Bindman R,** Kwan ML, Miglioretti DL. Who Gets to Decide? Radiology. 2016 278(2):635-6

## Conference Abstracts

1.      Smith-Bindman R, Kerlikowske K. Is there a downside to elderly women undergoing screening mammography? J Natl Cancer Inst 1999:18;1322-3.

2.      Smith-Bindman, R, Kerlikowske, K, Feldstein, V. Endovaginal ultrasound to evaluate endometrial abnormalities JAMA 1999;281:1693-4.

3.      Smith-Bindman R. Positron emission tomography to evaluate lung lesions JAMA 2001;285:2711-2.

4.      Smith-Bindman, R, Goldberg, JD. Ultrasound markers of fetal Down syndrome. JAMA 2001;285:2858.

5.      Smith-Bindman R, Feldstein V, Goldberg JD. The Genetic Sonogram in Screening For Down Syndrome, J Ultrasound Med 2001 Nov; 20(11):1153-8.

6.      Kerlikowske K, Smith-Bindman R, Sickles EA. Short-interval follow-up mammography: are we doing the right thing? J Natl Cancer Inst 2003 Aug 6;95(15):1175-6.

7.      Smith-Bindman R, Miglioretti D, Kerlikowske K. Comparison of screening mammography in the United States and the United Kingdom. JAMA. 2004 Feb 18;291(7):824.

8.      Sellami D, Goldstein R, Feldstein V, Smith-Bindman R. Ultrasound Can Help Low-Risk Patients Avoid Invasive Thyroid Biopsy. American Roentgen Ray Society, 2009

9.      Kamath A, Smith-Bindman R. CT radiation dose shows wide variance in Emergency Department, RSNA 2009

10.     Chang JH, Rand L, Smith-Bindman. Second trimester prenatal ultrasound for the detection of fetal structural anomalies and their associated risk for chromosomal abnormalities. American Journal of Obstetics and Gynecology Volume 201, Issue 6, Supplement (December 2009) and poster presentation. Society for Maternal-Fetal Medicine: 2010 30th Annual Meeting: The Pregnancy Meeting Chicago, IL; February 4, 2010

11.     Rand L, Smith-Bindman R, Saadai P, Machin GA, Farmer DL, Feldstein VA. Monochorionic twin pregnancy outcomes: Impact of cord insertion sites. (IFMSS 2009, Brazil)

12.     Rand L, Smith-Bindman R, Saadai P, Machin GA, Lee H, Farmer DL, Feldstein VA. Monochorionic twin pregnancy outcomes: Impact of arterio-arterial and veno-venous anastomoses. (IFMSS 2009, Brazil)

13.     Rand L, Smith-Bindman R, Payam Saadai, Geoffrey Machin, Vickie Feldstein. Placental Predictors of Adverse Outcomes in Monochorionic twins. (SMFM 2010, Chicago)

14.     Rand L, Smith-Bindman R, Saadai P, Machin GA, Feldstein VA. Natural History and Outcomes of Monochorionic Twin Pregnancies in a Large Population-Based Study. (SMFM 2010, Chicago)

15.     Lebada P, Feldstein V, Goldstein R, Sellami D, Smith-Bindman R. Risk of Thyroid Cancer Assocaited with Ultrasound Findings. Results from a population based study. Association of University Radiologists, 2011, Boston MA

16.     Burger I, Miglioretti D, Johnson E, et al. Rise in Radiation Exposure from Diagnostic Imaging in Patients Across Several Different HMO Populations. Paper presented at: RSNA, December 2 20102010; Chicago, IL

17.     Burger I, Miglioretti D, Johnson E, Vanneman N, Smith-Bindman R. Radiation Exposure Increased Dramatically in a Large Health Plan, Particularly Among Cancer Patients. Paper presented at: RSNA, December 1 20102010; Chicago, IL

18.     Merry, MD et al. Breast Cancer Risk from Medical Imaging Including Computed Tomography (CT) and Nuclear Medicine among Females Enrolled in a Large Integrated health Care System – manuscript in preparation. Presented at the Radiological Society of North America Annual Meeting, Chicago, IL, 2012

19.     Mongan, et al. Improving Efficiency of Pulmonary Embolism Testing in Young Female patients manuscript in preparation. Presented at the Radiological Society of North America Annual Meeting, Chicago, IL, 2012

## Abstract Presentations at Scientific Meetings

Current CT doses from a Computed Tomography Dose Registry, presented at the *Conference on Radiation in Health, Radiation Research Society*, Kona, HI, 10/15-17, 2016

Current Exposure to Computed Tomography Imaging in US Integrated Health Care Systems, presented at the Conference on Radiation in Health by the Radiation Research Society, Kona, HI, 10/15-17, 2016

Current CT doses from a Computed Tomography Dose Registry in Pediatric Patients, Presented at the American Academy of Pediatrics Annual Meeting, San Francisco, CA, 10/22-25/2017

European Congress of Radiology, European Society of Radiology, 2017
*Practical Strategies for Optimizing Dose, A Dose of Reality*

European Congress of Radiology, European Society of Radiology, 2018
*An International Randomized Controlled Trial of Two Interventions for Reducing Doses for Computed Tomography (CT) Through Audit Feedback and Sharing Best Practices*

European Congress of Radiology, European Society of Radiology, 2018
*International Variation in Radiation Dose for Computed Tomography (CT)*

# Exhibit B

"A Survey of the Long-Term Effects of Talc and Kaolin Pleurodesis." *British Journal of Diseases of the Chest* 73 (1979): 285–88. https://doi.org/10.1016/0007-0971(79)90054-8.

Acencio, Milena M. P., Evaldo Marchi, Lisete R. Teixeira, Bruna Rocha Silva, Juliana Sanchez Silva, Carlos Sergio Rocha Silva, Vanessa Adelia Alvarenga, Leila Antonangelo, Francisco Suso Vargas, and Vera Luiza Capelozzi. "Talc Particles and Pleural Mesothelium Interface Modulate Apoptosis and Inflammation." *Pathology* 46, no. S2 (2014): S76.

Acheson, E D, M J Gardner, E C Pippard, and L P Grime. "Mortality of Two Groups of Women Who Manufactured Gas Masks from Chrysotile and Crocidolite Asbestos: A 40-Year Follow-Up." *British Journal of Industrial Medicine* 39, no. 4 (November 1982): 344–48.

Akhtar, Mohd Javed, Maqusood Ahamed, M.A. Majeed Khan, Salman A. Alrokayan, Iqbal Ahmad, and Sudhir Kumar. "Cytotoxicity and Apoptosis Induction by Nanoscale Talc Particles from Two Different Geographical Regions in Human Lung Epithelial Cells." *Environmental Toxicology* 29 (2014): 394–406. https://doi.org/10.1002/tox.21766.

Akhtar, Mohd Javed, Sudhir Kumar, Ramesh Chandra Murthy, Mohd Ashquin, Mohd Imran Khan, Govil Patil, and Iqbal Ahmad. "The Primary Role of Iron-Mediated Lipid Peroxidation in the Differential Cytotoxicity Caused by Two Varieties of Talc Nanoparticles on A549 Cells and Lipid Peroxidation Inhibitory Effect Exerted by Ascorbic Acid." *Toxicology in Vitro: An International Journal Published in Association with BIBRA* 24, no. 4 (June 2010): 1139–47. https://doi.org/10.1016/j.tiv.2010.03.002.

American Cancer Society. "Key Statistics for Ovarian Cancer," n.d. https://www.cancer.org/cancer/ovarian-cancer/about/key-statistics.html.

———. "What Is Ovarian Cancer?," n.d. https://www.cancer.org/cancer/ovarian-cancer/about/what-is-ovarian-cancer.html.

Anderson, Garnet L., Howard L. Judd, Andrew M. Kaunitz, David H. Barad, Shirley A. A. Beresford, Mary Pettinger, James Liu, S. Gene McNeeley, Ana Maria Lopez, and Women's Health Initiative Investigators. "Effects of Estrogen plus Progestin on Gynecologic Cancers and Associated Diagnostic Procedures: The Women's Health Initiative Randomized Trial." *JAMA* 290, no. 13 (October 1, 2003): 1739–48. https://doi.org/10.1001/jama.290.13.1739.

Antoniou, A., P. D. P. Pharoah, S. Narod, H. A. Risch, J. E. Eyfjord, J. L. Hopper, N. Loman, et al. "Average Risks of Breast and Ovarian Cancer Associated with BRCA1 or BRCA2 Mutations Detected in Case Series Unselected for Family History: A Combined Analysis of 22 Studies." *American Journal of Human Genetics* 72, no. 5 (May 2003): 1117–30.

Arellano-Orden, Elena, Auxiliadora Romero-Falcon, Jose Martin Juan, Manuel Ocana Jurado, Francisco Rodriguez-Panadero, and Ana Montes-Worboys. "Small Particle-Size Talc Is Associated with Poor Outcome and Increased Inflammation in Thoracoscopic Pleurodesis." *Respiration* 86 (2013): 201–9. https://doi.org/10.1159/000342042.

Armstrong, Deborah K., Brian Bundy, Lari Wenzel, Helen Q. Huang, Rebecca Baergen, Shashikant Lele, Larry J. Copeland, Joan L. Walker, Robert A. Burger, and Gynecologic Oncology Group. "Intraperitoneal Cisplatin and Paclitaxel in Ovarian Cancer." *The New England Journal of Medicine* 354, no. 1 (January 5, 2006): 34–43. https://doi.org/10.1056/NEJMoa052985.

"ATSDR - Toxicological Profile: Asbestos." Accessed August 16, 2018. https://www.atsdr.cdc.gov/toxprofiles/tp.asp?id=30&tid=4.

Baldwin, Lauren A., Bin Huang, Rachel W. Miller, Thomas Tucker, Scott T. Goodrich, Iwona Podzielinski, Christopher P. DeSimone, Fred R. Ueland, John R. van Nagell, and Leigh G. Seamon. "Ten-Year Relative Survival for Epithelial Ovarian Cancer:" *Obstetrics & Gynecology* 120, no. 3 (September 2012): 612–18. https://doi.org/10.1097/AOG.0b013e318264f794.

Balkwill, Fran, and Alberto Mantovani. "Inflammation and Cancer: Back to Virchow?" *The Lancet* 357, no. 9255 (February 2001): 539–45. https://doi.org/10.1016/S0140-6736(00)04046-0.

Beck, B. D., H. A. Feldman, J. D. Brain, T. J. Smith, M. Hallock, and B. Gerson. "The Pulmonary Toxicity of Talc and Granite Dust as Estimated from an in Vivo Hamster Bioassay." *Toxicology and Applied Pharmacology* 87, no. 2 (February 1987): 222–34.

Begg, Melissa D., and Dana March. "Cause and Association: Missing the Forest for the Trees." *American Journal of Public Health* 108, no. 5 (May 2018): 620. https://doi.org/10.2105/AJPH.2018.304366.

Belotte, Jimmy, Nicole M. Fletcher, Awoniyi O. Awonuga, Mitchell Alexis, Husam M. Abu-Soud, Ghassan M. Saed, Michael P. Diamond, and Mohammed G. Saed. "The Role of Oxidative Stress in the Development of Cisplatin Resistance in Epithelial Ovarian Cancer." *Reproductive Sciences* 21, no. 4 (2014): 503–8. https://doi.org/10.1177/1933719113503403.

Belotte, Jimmy, Nicole M. Fletcher, Mohammed G. Saed, Mohammed S. Abusamaan, Gregory Dyson, Michael P. Diamond, and Ghassan M. Saed. "A Single Nucleotide Polymorphism in Catalase Is Strongly Associated with Ovarian Cancer Survival." *PloS One* 10, no. 8 (2015). https://doi.org/e0135739. doi:10.1371/journal. pone.0135739.

Berge, Wera, Kenneth Mundt, Hung Luu, and Paolo Boffetta. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention*, January 2017, 1. https://doi.org/10.1097/CEJ.0000000000000340.

———. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention: The Official Journal of the European Cancer Prevention Organisation (ECP)* 27, no. 3 (2018): 248–57. https://doi.org/10.1097/CEJ.0000000000000340.

Berry, G., M. L. Newhouse, and J. C. Wagner. "Mortality from All Cancers of Asbestos Factory Workers in East London 1933-80." *Occupational and Environmental Medicine* 57, no. 11 (November 2000): 782–85.

Bertolotti, Marinella, Daniela Ferrante, Dario Mirabelli, Mario Botta, Marinella Nonnato, Annalisa Todesco, Benedetto Terracini, and Corrado Magnani. "[Mortality in the cohort of the asbestos cement workers in the Eternit plant in Casale Monferrato (Italy)]." *Epidemiologia E Prevenzione* 32, no. 4–5 (October 2008): 218–28.

Blank, M M, N Wentzensen, M A Murphy, A Hollenbeck, and Y Park. "Dietary Fat Intake and Risk of Ovarian Cancer in the NIH-AARP Diet and Health Study." *British Journal of Cancer* 106, no. 3 (January 31, 2012): 596–602. https://doi.org/10.1038/bjc.2011.572.

Blount, A M. "Amphibole Content of Cosmetic and Pharmaceutical Talcs." *Environmental Health Perspectives* 94 (August 1991): 225–30.

Bluemel, Piza, and Zischka-Konorsa, W. "Animal experimental investigations of tissue reactions to starch and talcum powder after intraperitoneal application." *Wiener klinische Wochenschrift* 74, no. 1 (January 1962).

Blumenkrantz, M. J., N. Gallagher, R. A. Bashore, and H. Tenckhoff. "Retrograde Menstruation in Women Undergoing Chronic Peritoneal Dialysis." *Obstetrics and Gynecology* 57, no. 5 (May 1981): 667–70.

Boorman, G. A., and J. C. Seely. "The Lack of an Ovarian Effect of Lifetime Talc Exposure in F344/N Rats and B6C3F1 Mice." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 242–43. https://doi.org/10.1006/rtph.1995.1035.

Booth, M., V. Beral, and P. Smith. "Risk Factors for Ovarian Cancer: A Case-Control Study." *British Journal of Cancer* 60, no. 4 (October 1989): 592–98.

Bottazzi, Barbara, Elio Riboli, and Alberto Mantovani. "Aging, Inflammation and Cancer." *Seminars in Immunology*, November 5, 2018. https://doi.org/10.1016/j.smim.2018.10.011.

Bunderson-Schelvan, Melisa, Jean C. Pfau, Robert Crouch, and Andrij Holian. "Nonpulmonary Outcomes of Asbestos Exposure." *Journal of Toxicology and Environmental Health. Part B, Critical Reviews* 14, no. 1–4 (2011): 122–52. https://doi.org/10.1080/10937404.2011.556048.

Burn, John, Anne-Marie Gerdes, Finlay Macrae, Jukka-Pekka Mecklin, Gabriela Moeslein, Sylviane Olschwang, Diane Eccles, et al. "Long-Term Effect of Aspirin on Cancer Risk in Carriers of Hereditary Colorectal Cancer: An Analysis from the CAPP2 Randomised Controlled Trial." *Lancet (London, England)* 378, no. 9809 (December 17, 2011): 2081–87. https://doi.org/10.1016/S0140-6736(11)61049-0.

Buz'Zard, Amber R., and Benjamin H. S. Lau. "Pycnogenol® Reduces Talc-Induced Neoplastic Transformation in Human Ovarian Cell Cultures." *Phytotherapy Research* 21, no. 6 (June 2007): 579–86. https://doi.org/10.1002/ptr.2117.

Caldwell, Carlyle G., White Thomas Aubrey, William L. George, and James J. Eberl. Medical dusting powder. United States US2626257A, filed May 21, 1952, and issued January 20, 1953. https://patents.google.com/patent/US2626257A/en?q=medical&q=dusting+powder&oq=medical +dusting+powder.

Camargo, M. Constanza, Leslie T. Stayner, Kurt Straif, Margarita Reina, Umaima Al-Alem, Paul A. Demers, and Philip J. Landrigan. "Occupational Exposure to Asbestos and Ovarian Cancer: A Meta-Analysis." *Environmental Health Perspectives* 119, no. 9 (September 2011): 1211–17. https://doi.org/10.1289/ehp.1003283.

Carr, C.J. "Talc: Consumer Uses and Health Perspectives" 21 (1995): 211–15.

Chan, Andrew T., Edward L. Giovannucci, Jeffrey A. Meyerhardt, Eva S. Schernhammer, Gary C. Curhan, and Charles S. Fuchs. "Long-Term Use of Aspirin and Nonsteroidal Anti-Inflammatory Drugs and Risk of Colorectal Cancer." *JAMA* 294, no. 8 (August 24, 2005): 914–23. https://doi.org/10.1001/jama.294.8.914.

Chang, Che-Jui, Yu-Kang Tu, Pau-Chung Chen, and Hsiao-Yu Yang. "Occupational Exposure to Talc Increases the Risk of Lung Cancer: A Meta-Analysis of Occupational Cohort Studies." *Canadian Respiratory Journal*, 2017. https://doi.org/10.1155/2017/1270608.

Chang, Stella, and Harvey A. Risch. "Perineal Talc Exposure and Risk of Ovarian Carcinoma." *Cancer* 79, no. 12 (June 15, 1997): 2396–2401. https://doi.org/10.1002/(SICI)1097-0142(19970615)79:12<2396::AID-CNCR15>3.0.CO;2-M.

Chen, F., K. Gaitskell, M. J. Garcia, A. Albukhari, J. Tsaltas, and A. A. Ahmed. "Serous Tubal Intraepithelial Carcinomas Associated with High-Grade Serous Ovarian Carcinomas: A Systematic Review." *BJOG: An International Journal of Obstetrics and Gynaecology* 124, no. 6 (May 2017): 872–78. https://doi.org/10.1111/1471-0528.14543.

Chen, Lee-May, and Jonathan S Berek. "Overview of Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum." *UpToDate*, 2018.

Chen, L-M, et al. "Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum: Epidemiology and Risk Factors - UpToDate," 2018. https://www.uptodate.com/contents/epithelial-carcinoma-of-the-ovary-fallopian-tube-and-peritoneum-epidemiology-and-risk-factors?search=Epithelial%20carcinoma%20of%20the%20ovary,%20fallopian%20tube,%20and %20peritoneum:%20Epidemiology%20and%20risk%20factors&source=search_result&selected Title=1~150&usage_type=default&display_rank=1.

Chen, Xi, Gerd A. Müller, Marianne Quaas, Martin Fischer, Namshik Han, Benjamin Stutchbury, Andrew D. Sharrocks, and Kurt Engeland. "The Forkhead Transcription Factor FOXM1

Controls Cell Cycle-Dependent Gene Expression through an Atypical Chromatin Binding Mechanism." *Molecular and Cellular Biology* 33, no. 2 (January 2013): 227–36. https://doi.org/10.1128/MCB.00881-12.

Chen, Y., P. C. Wu, J. H. Lang, W. J. Ge, P. Hartge, and L. A. Brinton. "Risk Factors for Epithelial Ovarian Cancer in Beijing, China." *International Journal of Epidemiology* 21, no. 1 (February 1992): 23–29.

Chien, Jeremy, Hugues Sicotte, Jian-Bing Fan, Sean Humphray, Julie M. Cunningham, Kimberly R. Kalli, Ann L. Oberg, et al. "TP53 Mutations, Tetraploidy and Homologous Recombination Repair Defects in Early Stage High-Grade Serous Ovarian Cancer." *Nucleic Acids Research* 43, no. 14 (August 18, 2015): 6945–58. https://doi.org/10.1093/nar/gkv111.

Chittenden, B. G., G. Fullerton, A. Maheshwari, and S. Bhattacharya. "Polycystic Ovary Syndrome and the Risk of Gynaecological Cancer: A Systematic Review." *Reproductive Biomedicine Online* 19, no. 3 (September 2009): 398–405.

Cibula, D., M. Widschwendter, O. Májek, and L. Dusek. "Tubal Ligation and the Risk of Ovarian Cancer: Review and Meta-Analysis." *Human Reproduction Update* 17, no. 1 (January 1, 2011): 55–67. https://doi.org/10.1093/humupd/dmq030.

Cibula, David, Martin Widschwendter, Michael Zikan, and Ladislav Dusek. "Underlying Mechanisms of Ovarian Cancer Risk Reduction after Tubal Ligation." *Acta Obstetricia Et Gynecologica Scandinavica* 90, no. 6 (June 2011): 559–63. https://doi.org/10.1111/j.1600-0412.2011.01114.x.

CIMBA, Georgia Chenevix-Trench, Roger L Milne, Antonis C Antoniou, Fergus J Couch, Douglas F Easton, and David E Goldgar. "An International Initiative to Identify Genetic Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: The Consortium of Investigators of Modifiers of BRCA1 and BRCA2 (CIMBA)." *Breast Cancer Research* 9, no. 2 (December 2007). https://doi.org/10.1186/bcr1670.

Cohen, Samuel M., and Lora L. Arnold. "Chemical Carcinogenesis." *Toxicological Sciences* 120, no. suppl_1 (March 1, 2011): S76–92. https://doi.org/10.1093/toxsci/kfq365.

Colditz, Graham A. "Cancer Prevention." *UpToDate*, 2018.

Collaborative Group on Epidemiological Studies of Ovarian Cancer, V. Beral, R. Doll, C. Hermon, R. Peto, and G. Reeves. "Ovarian Cancer and Oral Contraceptives: Collaborative Reanalysis of Data from 45 Epidemiological Studies Including 23,257 Women with Ovarian Cancer and 87,303 Controls." *Lancet* 371, no. 9609 (January 26, 2008): 303–14. https://doi.org/10.1016/S0140-6736(08)60167-1.

Collaborative Group On Epidemiological Studies Of Ovarian Cancer, V. Beral, K. Gaitskell, C. Hermon, K. Moser, G. Reeves, and R. Peto. "Menopausal Hormone Use and Ovarian Cancer Risk: Individual Participant Meta-Analysis of 52 Epidemiological Studies." *Lancet (London, England)* 385, no. 9980 (May 9, 2015): 1835–42. https://doi.org/10.1016/S0140-6736(14)61687-1.

Committee on Practice Bulletins–Gynecology, Committee on Genetics, Society of Gynecologic Oncology. "Practice Bulletin No 182: Hereditary Breast and Ovarian Cancer Syndrome." *Obstetrics and Gynecology* 130, no. 3 (2017): e110–26. https://doi.org/10.1097/AOG.0000000000002296.

Compton, Sarah A., Sezgin Ozgür, and Jack D. Griffith. "Ring-Shaped Rad51 Paralog Protein Complexes Bind Holliday Junctions and Replication Forks as Visualized by Electron Microscopy." *The Journal of Biological Chemistry* 285, no. 18 (April 30, 2010): 13349–56. https://doi.org/10.1074/jbc.M109.074286.

Cook, Linda S., Mary L. Kamb, and Noel S. Weiss. "Perineal Powder Exposure and the Risk of Ovarian Cancer." *American Journal of Epidemiology* 145, no. 5 (March 1, 1997): 459–65.

Cook, LS. "Erratum in 'Perineal Powder Exposure and the Risk of Ovarian Cancer'." *American Journal of Epidemiology* 148, no. 410 (1997).

Coussens, Lisa M., and Zena Werb. "Inflammation and Cancer." *Nature* 420, no. 6917 (December 19, 2002): 860–67. https://doi.org/10.1038/nature01322.

Cralley, L. J., M. M. Key, D. H. Groth, W. S. Lainhart, and R. M. Ligo. "Fibrous and Mineral Content of Cosmetic Talcum Products." *American Industrial Hygiene Association Journal* 29, no. 4 (August 1968): 350–54. https://doi.org/10.1080/00028896809343015.

Cramer, D. W. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics and Gynecology* 94, no. 1 (July 1999): 160–61.

Cramer, D. W., R. F. Liberman, L. Titus-Ernstoff, W. R. Welch, E. R. Greenberg, J. A. Baron, and B. L. Harlow. "Genital Talc Exposure and Risk of Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 81, no. 3 (May 5, 1999): 351–56.

Cramer, D. W., W. R. Welch, R. E. Scully, and C. A. Wojciechowski. "Ovarian Cancer and Talc: A Case-Control Study." *Cancer* 50, no. 2 (July 15, 1982): 372–76.

Cramer, Daniel W., Linda Titus-Ernstoff, John R. McKolanis, William R. Welch, Allison F. Vitonis, Ross S. Berkowitz, and Olivera J. Finn. "Conditions Associated with Antibodies Against the Tumor-Associated Antigen MUC1 and Their Relationship to Risk for Ovarian Cancer." *Cancer Epidemiology Biomarkers & Prevention* 14, no. 5 (May 1, 2005): 1125–31. https://doi.org/10.1158/1055-9965.EPI-05-0035.

Cramer, Daniel W., Allison F. Vitonis, Kathryn L. Terry, William R. Welch, and Linda J. Titus. "The Association between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." *Epidemiology (Cambridge, Mass.)*, December 17, 2015. https://doi.org/10.1097/EDE.0000000000000434.

———. "The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." *Epidemiology (Cambridge, Mass.)* 27, no. 3 (May 2016): 334–46. https://doi.org/10.1097/EDE.0000000000000434.

Cramer, Daniel W., William R. Welch, Ross S. Berkowitz, and John J. Godleski. "Presence of Talc in Pelvic Lymph Nodes of a Woman with Ovarian Cancer and Long-Term Genital Exposure to Cosmetic Talc." *Obstetrics and Gynecology* 110, no. 2 Pt 2 (August 2007): 498–501. https://doi.org/10.1097/01.AOG.0000262902.80861.a0.

Cramer, Daniel W., William R. Welch, Robert E. Scully, and Carol A. Wojciechowski. "Ovarian Cancer and Talc. A Case-Control Study." *Cancer* 50, no. 2 (July 15, 1982): 372–76. https://doi.org/10.1002/1097-0142(19820715)50:2<372::AID-CNCR2820500235>3.0.CO;2-S.

Crum, Christopher P, Jonathan Bijron, and Brooke E. Howitt. "Pathogenesis of Ovarian, Fallopian Tubal, and Peritoneal Serous Carcinomas." *UpToDate*, 2018.

Crusz, Shanthini M., and Frances R Balkwill. "Inflammation and Cancer: Advances and New Agents." *Nature Reviews Clinical Oncology* 12 (October 2015): 584–96. https://doi.org/10.1038/nrclinonc.2015.105.

Curtis D. Klaassen, and John Doull. *Casarett and Doull's Toxicology : The Basic Science of Poisons*. 8th Edition. McGraw-Hill Education, 2013. https://www.ncbi.nlm.nih.gov/nlmcatalog/101586259.

Danforth, Kim N., Shelley S. Tworoger, Jonathan L. Hecht, Bernard A. Rosner, Graham A. Colditz, and Susan E. Hankinson. "Breastfeeding and Risk of Ovarian Cancer in Two Prospective

Cohorts." *Cancer Causes & Control: CCC* 18, no. 5 (June 2007): 517–23. https://doi.org/10.1007/s10552-007-0130-2.

"Deposition & Exhibits of John Hopkins, PhD, MDL No. 2738." In re: Talcum Power Prod. Liab. Litig., August 16, 2018.

"Deposition & Exhibits of Julie Pier, MDL No. 2738." In re: Talcum Power Prod. Liab. Litig., September 12, 2018.

"Deposition of Alice M. Blount, Ph.D., Circuit Court of the City of St. Louis State of Missouri, Case No.: 1522-CC10417-01," April 13, 2018.

Devaja, Omer. *Ovarian Cancer  From Pathogenesis to Treatment*. IntechOpen, 2018.

Ding, Yuan C., Lesley McGuffog, Sue Healey, Eitan Friedman, Yael Laitman, Shani- Paluch-Shimon, Bella Kaufman, et al. "A Nonsynonymous Polymorphism in IRS1 Modifies Risk of Developing Breast and Ovarian Cancers in BRCA1 and Ovarian Cancer in BRCA2 Mutation Carriers." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 21, no. 8 (August 2012): 1362–70. https://doi.org/10.1158/1055-9965.EPI-12-0229.

Dixon, Suzanne C., Christina M. Nagle, Nicolas Wentzensen, Britton Trabert, Alicia Beeghly-Fadiel, Joellen M. Schildkraut, Kirsten B. Moysich, et al. "Use of Common Analgesic Medications and Ovarian Cancer Survival: Results from a Pooled Analysis in the Ovarian Cancer Association Consortium." *British Journal of Cancer* 116, no. 9 (April 25, 2017): 1223–28. https://doi.org/10.1038/bjc.2017.68.

Dodson, R. F., M. O'Sullivan, C. J. Corn, and S. P. Hammar. "Quantitative Comparison of Asbestos and Talc Bodies in an Individual with Mixed Exposure." *American Journal of Industrial Medicine* 27, no. 2 (February 1995): 207–15.

D.R. Petterson. "JNJ 000251888," April 26, 1973.

Dubeau, L., and R. Drapkin. "Coming into Focus: The Nonovarian Origins of Ovarian Cancer." *Annals of Oncology: Official Journal of the European Society for Medical Oncology* 24 Suppl 8 (November 2013): viii28–35. https://doi.org/10.1093/annonc/mdt308.

Eberl, J. J., and W. L. George. "Comparative Evaluation of the Effects of Talcum and a New Absorbable Substitute on Surgical Gloves." *American Journal of Surgery* 75, no. 3 (March 1948): 493–97.

Egli, G. E., and M. Newton. "The Transport of Carbon Particles in the Human Female Reproductive Tract." *Fertility and Sterility* 12 (April 1961): 151–55.

Eng, Kevin H., J. Brian Szender, John Lewis Etter, Jasmine Kaur, Samantha Poblete, Ruea-Yea Huang, Qianqian Zhu, et al. "Paternal Lineage Early Onset Hereditary Ovarian Cancers: A Familial Ovarian Cancer Registry Study." *PLoS Genetics* 14, no. 2 (February 2018): e1007194. https://doi.org/10.1371/journal.pgen.1007194.

"Expert Report of Michael Crowley, Ph.D., In Re: Talcum Powder Prod. Liab. Litig., MDL No. 2738," November 12, 2018.

Fasching, Peter A., Simon Gayther, Leigh Pearce, Joellen M. Schildkraut, Ellen Goode, Falk Thiel, Georgia Chenevix-Trench, et al. "Role of Genetic Polymorphisms and Ovarian Cancer Susceptibility." *Molecular Oncology* 3, no. 2 (April 2009): 171–81. https://doi.org/10.1016/j.molonc.2009.01.008.

Fathalla, M. F. "Incessant Ovulation and Ovarian Cancer - a Hypothesis Re-Visited." *Facts, Views & Vision in ObGyn* 5, no. 4 (2013): 292–97.

———. "Incessant Ovulation--a Factor in Ovarian Neoplasia?" *Lancet* 2, no. 7716 (July 17, 1971): 163.

FDA. "Ltr to Samuel S. Epstein, M.D., RE: Docket Numbers 94P-0420 and FDA-2008-P-0309-0001 /CP," April 1, 2017.

Fedak, Kristen M., Autumn Bernal, Zachary A. Capshaw, and Sherilyn Gross. "Applying the Bradford Hill Criteria in the 21st Century: How Data Integration Has Changed Causal Inference in Molecular Epidemiology." *Emerging Themes in Epidemiology* 12, no. 14 (2015). https://doi.org/10.1186/s12982-015-0037-4.

"Federal Register Vol. 81, No.243, December 19, 2016 FDA Ban on Surgical Gloves." Accessed August 16, 2018. https://www.gpo.gov/fdsys/search/pagedetails.action?collectionCode=FR&browsePath=2016%2 F12%2F12-19%5C%2F%2FConsumer+Product+Safety+Commission&isCollapsed=true&leafLevelBrowse =true&packageId=FR-2016-12-19&isDocumentResults=true&ycord=173&isDocumentResults=true&ycord=173.

Ferguson, Lynnette R. "Chronic Inflammation and Mutagenesis." *Mutation Research* 690, no. 1–2 (August 7, 2010): 3–11. https://doi.org/10.1016/j.mrfmmm.2010.03.007.

Fernandes, José Veríssimo, Ricardo Ney Oliveira Cobucci, Carlos André Nunes Jatobá, Thales Allyrio Araújo de Medeiros Fernandes, Judson Welber Veríssimo de Azevedo, and Josélio Maria Galvão de Araújo. "The Role of the Mediators of Inflammation in Cancer Development." *Pathology & Oncology Research* 21, no. 3 (July 2015): 527–34. https://doi.org/10.1007/s12253-015-9913-z.

Ferrante, Daniela, Marinella Bertolotti, Annalisa Todesco, Dario Mirabelli, Benedetto Terracini, and Corrado Magnani. "Cancer Mortality and Incidence of Mesothelioma in a Cohort of Wives of Asbestos Workers in Casale Monferrato, Italy." *Environmental Health Perspectives* 115, no. 10 (October 2007): 1401–5. https://doi.org/10.1289/ehp.10195.

Ferrer, Jaume, Juan F. Montes, Maria A. Villarino, Richard W. Light, and José García-Valero. "Influence of Particle Size on Extrapleural Talc Dissemination after Talc Slurry Pleurodesis." *Chest* 122, no. 3 (September 2002): 1018–27.

Fiume, Monice M., Ivan Boyer, Wilma F. Bergfeld, Donald V. Belsito, Ronald A. Hill, Curtis D. Klaassen, Daniel C. Liebler, et al. "Safety Assessment of Talc as Used in Cosmetics." *International Journal of Toxicology* 34, no. 1 suppl (July 1, 2015): 66S-129S. https://doi.org/10.1177/1091581815586797.

Fletcher, Nicole M., Jimmy Belotte, Mohammed G. Saed, Ira Memaj, Michael P. Diamond, Robert T. Morris, and Ghassan M. Saed. "Specific Point Mutations in Key Redox Enzymes Are Associated with Chemoresistance in Epithelial Ovarian Cancer." *Free Radical Biology and Medicine* 102 (2017): 122–32. https://doi.org/10.1016/j.freeradbiomed.2016.11.028.

Fletcher, Nicole M., Zhongliang Jiang, Rouba Ali-Fehmi, Nancy K. Levin, Jimmy Belotte, Michael A. Tainsky, Michael P. Diamond, Husam M. Abu-Soud, and Ghassan M. Saed. "Myeloperoxidase and Free Iron Levels: Potential Biomarkers for Early Detection and Prognosis of Ovarian Cancer." *Cancer Biomarkers* 10 (2012 2011): 267–75. https://doi.org/10.3233/CBM-2012-0255.

Fletcher, Nicole, Memaj, Ira, and Saed, Ghassan. "Talcum Powder Enhances Oxidative Stress in Ovarian Cancer Cells." *Reproductive Sciences*, February 28, 2018. https://doi.org/10.1177/1933719118759999.

Fletcher, NM, and GM Saed. "Talcum Powder Enhances Cancer Antigen 125 Levels in Ovarian Cancer Cells." *Presented at the 65th Meeting of the Society for Reproductive Investigation, San Diego, California*, 2018.

Folkins, Ann K., Elke A. Jarboe, Jonathan L. Hecht, Michael G. Muto, and Christopher P. Crum. "Chapter 24 - Assessing Pelvic Epithelial Cancer Risk and Intercepting Early Malignancy." In *Diagnostic Gynecologic and Obstetric Pathology (Third Edition)*, 844–64. Philadelphia: Content Repository Only!, 2018. https://doi.org/10.1016/B978-0-323-44732-4.00024-8.

Ford, D., D.F. Easton, M. Stratton, S. Narod, D. Goldgar, P. Devilee, D.T. Bishop, et al. "Genetic Heterogeneity and Penetrance Analysis of the BRCA1 and BRCA2 Genes in Breast Cancer Families." *The American Journal of Human Genetics* 62, no. 3 (March 1998): 676–89. https://doi.org/10.1086/301749.

Freedman, Ralph S, Michael Deavers, Jinsong Liu, and Ena Wang. "Peritoneal Inflammation – A Microenvironment for Epithelial Ovarian Cancer (EOC)." *Journal of Translational Medicine* 2, no. 23 (2004). https://doi.org/10.1186/1479-5876-2-23.

Friebel, Tara M., Susan M. Domchek, and Timothy R. Rebbeck. "Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: Systematic Review and Meta-Analysis." *Journal of the National Cancer Institute* 106, no. 6 (June 2014): dju091. https://doi.org/10.1093/jnci/dju091.

Frost, G. "The Latency Period of Mesothelioma among a Cohort of British Asbestos Workers (1978-2005)." *British Journal of Cancer* 109, no. 7 (October 1, 2013): 1965–73. https://doi.org/10.1038/bjc.2013.514.

Galea, Sandro, and Roger D. Vaughan. "Moving Beyond the Cause Constraint: A Public Health of Consequence, May 2018." *American Journal of Public Health* 108, no. 5 (May 2018): 602–3. https://doi.org/10.2105/AJPH.2018.304390.

Gates, Margaret A., Bernard A. Rosner, Jonathan L. Hecht, and Shelley S. Tworoger. "Risk Factors for Epithelial Ovarian Cancer by Histologic Subtype." *American Journal of Epidemiology* 171, no. 1 (January 1, 2010): 45–53. https://doi.org/10.1093/aje/kwp314.

Gates, Margaret A., Shelley S. Tworoger, Kathryn L. Terry, Linda Titus-Ernstoff, Bernard Rosner, Immaculata De Vivo, Daniel W. Cramer, and Susan E. Hankinson. "Talc Use, Variants of the GSTM1, GSTT1, and NAT2 Genes, and Risk of Epithelial Ovarian Cancer." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 17, no. 9 (September 2008): 2436–44. https://doi.org/10.1158/1055-9965.EPI-08-0399.

Genofre, Eduardo H., Francisco S. Vargas, Milena M. P. Acencio, Leila Antonangelo, Lisete R. Teixeira, and Evaldo Marchi. "Talc Pleurodesis: Evidence of Systemic Inflammatory Response to Small Size Talc Particles." *Respiratory Medicine* 103, no. 1 (January 2009): 91–97. https://doi.org/10.1016/j.rmed.2008.07.021.

Germani, D., S. Belli, C. Bruno, M. Grignoli, M. Nesti, R. Pirastu, and P. Comba. "Cohort Mortality Study of Women Compensated for Asbestosis in Italy." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 129–34.

Gertig, D. M., D. J. Hunter, D. W. Cramer, G. A. Colditz, F. E. Speizer, W. C. Willett, and S. E. Hankinson. "Prospective Study of Talc Use and Ovarian Cancer." *Journal of the National Cancer Institute* 92, no. 3 (February 2, 2000): 249–52.

Ghio, Andrew J., Joleen M. Soukup, Lisa A. Dailey, Judy H. Richards, Jennifer L. Turi, Elizabeth N. Pavlisko, and Victor L. Roggli. "Disruption of Iron Homeostasis in Mesothelial Cells after Talc Pleurodesis." *American Journal of Respiratory Cell and Molecular Biology* 46, no. 1 (January 1, 2012): 80–86. https://doi.org/10.1165/rcmb.2011-0168OC.

Gloyne, S. R. "Two Cases of Squamous Carcinoma of the Lung Occurring in Asbestosis." *Tubercle* 17 (1935): 5–10.

Godard, B., W. D. Foulkes, D. Provencher, J. S. Brunet, P. N. Tonin, A. M. Mes-Masson, S. A. Narod, and P. Ghadirian. "Risk Factors for Familial and Sporadic Ovarian Cancer among French Canadians: A Case-Control Study." *American Journal of Obstetrics and Gynecology* 179, no. 2 (August 1998): 403–10.

Gonzalez, Kelly D., Katie A. Noltner, Carolyn H. Buzin, Dongqing Gu, Cindy Y. Wen-Fong, Vu Q. Nguyen, Jennifer H. Han, et al. "Beyond Li Fraumeni Syndrome: Clinical Characteristics of Families with P53 Germline Mutations." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 27, no. 8 (March 10, 2009): 1250–56. https://doi.org/10.1200/JCO.2008.16.6959.

Gonzalez, Nicole L., Katie M. O'Brien, Aimee A. D'Aloisio, Dale P. Sandler, and Clarice R. Weinberg. "Douching, Talc Use, and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 27, no. 6 (2016): 797–802. https://doi.org/10.1097/EDE.0000000000000528.

Goodman, Marc T, Galina Lurie, Pamela J Thompson, Katharine E McDuffie, and Michael E Carney. "Association of Two Common Single-Nucleotide Polymorphisms in the CYP19A1 Locus and Ovarian Cancer Risk." *Endocrine-Related Cancer* 15, no. 4 (December 2008): 1055–60. https://doi.org/10.1677/ERC-08-0104.

Gordon, Ronald E., Sean Fitzgerald, and James Millette. "Asbestos in Commercial Cosmetic Talcum Powder as a Cause of Mesothelioma in Women." *International Journal of Occupational and Environmental Health* 20, no. 4 (October 2014): 318–32. https://doi.org/10.1179/2049396714Y.0000000081.

Graham, J., and R. Graham. "Ovarian Cancer and Asbestos." *Environmental Research* 1, no. 2 (October 1967): 115–28.

Graham, and Jenkins. "Value of Modified Starch as a Substitute for Talc." *Lancet (London, England)* 1, no. 6708 (March 22, 1952): 590–91.

Green, A., D. Purdie, C. Bain, V. Siskind, P. Russell, M. Quinn, and B. Ward. "Tubal Sterilisation, Hysterectomy and Decreased Risk of Ovarian Cancer. Survey of Women's Health Study Group." *International Journal of Cancer. Journal International Du Cancer* 71, no. 6 (June 11, 1997): 948–51.

Grivennikov, Sergei I., Florian R. Greten, and Michael Karin. "Immunity, Inflammation, and Cancer." *Cell* 140, no. 6 (March 19, 2010): 883–99. https://doi.org/10.1016/j.cell.2010.01.025.

Gross, A. J., and P. H. Berg. "A Meta-Analytical Approach Examining the Potential Relationship between Talc Exposure and Ovarian Cancer." *Journal of Exposure Analysis and Environmental Epidemiology* 5, no. 2 (June 1995): 181–95.

Hall, J. M., M. K. Lee, B. Newman, J. E. Morrow, L. A. Anderson, B. Huey, and M. C. King. "Linkage of Early-Onset Familial Breast Cancer to Chromosome 17q21." *Science (New York, N.Y.)* 250, no. 4988 (December 21, 1990): 1684–89.

Halme, J., M. G. Hammond, J. F. Hulka, S. G. Raj, and L. M. Talbert. "Retrograde Menstruation in Healthy Women and in Patients with Endometriosis." *Obstetrics and Gynecology* 64, no. 2 (August 1984): 151–54.

Hamilton, T. C., H. Fox, C. H. Buckley, W. J. Henderson, and K. Griffiths. "Effects of Talc on the Rat Ovary." *British Journal of Experimental Pathology* 65, no. 1 (February 1984): 101–6.

Hankinson, S. E., D. J. Hunter, G. A. Colditz, W. C. Willett, M. J. Stampfer, B. Rosner, C. H. Hennekens, and F. E. Speizer. "Tubal Ligation, Hysterectomy, and Risk of Ovarian Cancer. A Prospective Study." *JAMA* 270, no. 23 (December 15, 1993): 2813–18.

Hannenhalli, Sridhar, and Klaus H. Kaestner. "The Evolution of Fox Genes and Their Role in Development and Disease." *Nature Reviews. Genetics* 10, no. 4 (April 2009): 233–40. https://doi.org/10.1038/nrg2523.

Harlow, B. L., D. W. Cramer, D. A. Bell, and W. R. Welch. "Perineal Exposure to Talc and Ovarian Cancer Risk." *Obstetrics and Gynecology* 80, no. 1 (July 1992): 19–26.

Harlow, B. L., and P. A. Hartge. "A Review of Perineal Talc Exposure and Risk of Ovarian Cancer." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 254–60. https://doi.org/10.1006/rtph.1995.1039.

Harlow, B. L., and N. S. Weiss. "A Case-Control Study of Borderline Ovarian Tumors: The Influence of Perineal Exposure to Talc." *American Journal of Epidemiology* 130, no. 2 (August 1989): 390–94.

Harper, Amy K, and Ghassan Saed. ""Talc Induces a pro-Oxidant State in Normal and Ovarian Cancer Cells through Genetic Point Mutations in Key Redox Enzymes," Accepted for Presentation at SGO Meeting," In Press 2019.

Hartge, P., R. Hoover, L. P. Lesher, and L. McGowan. "Talc and Ovarian Cancer." *JAMA: The Journal of the American Medical Association* 250, no. 14 (October 14, 1983): 1844.

Hasselbalch, Hans Carl. "Chronic Inflammation as a Promotor of Mutagenesis in Essential Thrombocythemia, Polycythemia Vera and Myelofibrosis. A Human Inflammation Model for Cancer Development?" *Leukemia Research* 37, no. 2 (February 2013): 214–20. https://doi.org/10.1016/j.leukres.2012.10.020.

Havrilesky, Laura J., Patricia G. Moorman, William J. Lowery, Jennifer M. Gierisch, Remy R. Coeytaux, Rachel Peragallo Urrutia, Michaela Dinan, et al. "Oral Contraceptive Pills as Primary Prevention for Ovarian Cancer: A Systematic Review and Meta-Analysis." *Obstetrics and Gynecology* 122, no. 1 (July 2013): 139–47. https://doi.org/10.1097/AOG.0b013e318291c235.

Heller, D. S., R. E. Gordon, and N. Katz. "Correlation of Asbestos Fiber Burdens in Fallopian Tubes and Ovarian Tissue." *American Journal of Obstetrics and Gynecology* 181, no. 2 (August 1999): 346–47.

Heller, D. S., R. E. Gordon, C. Westhoff, and S. Gerber. "Asbestos Exposure and Ovarian Fiber Burden." *American Journal of Industrial Medicine* 29, no. 5 (May 1996): 435–39. https://doi.org/10.1002/(SICI)1097-0274(199605)29:5<435::AID-AJIM1>3.0.CO;2-L.

Heller, D. S., C. Westhoff, R. E. Gordon, and N. Katz. "The Relationship between Perineal Cosmetic Talc Usage and Ovarian Talc Particle Burden." *American Journal of Obstetrics and Gynecology* 174, no. 5 (May 1996): 1507–10.

Henderson, W. J., T. C. Hamilton, M. S. Baylis, C. G. Pierrepoint, and K. Griffiths. "The Demonstration of the Migration of Talc from the Vagina and Posterior Uterus to the Ovary in the Rat." *Environmental Research* 40, no. 2 (August 1986): 247–50.

Henderson, W. J., C. A. Joslin, A. C. Turnbull, and K. Griffiths. "Talc and Carcinoma of the Ovary and Cervix." *The Journal of Obstetrics and Gynaecology of the British Commonwealth* 78, no. 3 (March 1971): 266–72.

Hernán, Miguel A. "The C-Word: Scientific Euphemisms Do Not Improve Causal Inference From Observational Data." *American Journal of Public Health* 108, no. 5 (May 2018): 616–19. https://doi.org/10.2105/AJPH.2018.304337.

Hill, Austin Bradford. "The Environment and Disease: Association or Causation?" *Proceedings of the Royal Society of Medicine* 58, no. 5 (May 1965): 295–300.

Hillegass, Jedd M., Arti Shukla, Maximilian B. MacPherson, Jeffrey P. Bond, Chad Steele, and Brooke T. Mossman. "Utilization of Gene Profiling and Proteomics to Determine Mineral

Pathogenicity in a Human Mesothelial Cell Line (LP9/TERT-1)." *Journal of Toxicology and Environmental Health. Part A* 73, no. 5 (January 2010): 423–36. https://doi.org/10.1080/15287390903486568.

Horowitz, Neil S., Austin Miller, Bunja Rungruang, Scott D. Richard, Noah Rodriguez, Michael A. Bookman, Chad A. Hamilton, Thomas C. Krivak, and G. Larry Maxwell. "Does Aggressive Surgery Improve Outcomes? Interaction between Preoperative Disease Burden and Complex Surgery in Patients with Advanced-Stage Ovarian Cancer: An Analysis of GOG 182." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 33, no. 8 (March 10, 2015): 937–43. https://doi.org/10.1200/JCO.2014.56.3106.

Houghton, Serena C., Katherine W. Reeves, Susan E. Hankinson, Lori Crawford, Dorothy Lane, Jean Wactawski-Wende, Cynthia A. Thomson, Judith K. Ockene, and Susan R. Sturgeon. "Perineal Powder Use and Risk of Ovarian Cancer." *Journal of the National Cancer Institute* 106, no. 9 (September 2014). https://doi.org/10.1093/jnci/dju208.

Huncharek, Michael, J. F. Geschwind, and Bruce Kupelnick. "Perineal Application of Cosmetic Talc and Risk of Invasive Epithelial Ovarian Cancer: A Meta-Analysis of 11,933 Subjects from Sixteen Observational Studies." *Anticancer Research* 23, no. 2C (April 2003): 1955–60.

Huncharek, Michael, Joshua Muscat, Adedayo Onitilo, and Bruce Kupelnick. "Use of Cosmetic Talc on Contraceptive Diaphragms and Risk of Ovarian Cancer: A Meta-Analysis of Nine Observational Studies." *European Journal of Cancer Prevention: The Official Journal of the European Cancer Prevention Organisation (ECP)* 16, no. 5 (October 2007): 422–29. https://doi.org/10.1097/01.cej.0000236257.03394.4a.

Hunn, Jessica, and Gustavo C. Rodriguez. "Ovarian Cancer: Etiology, Risk Factors, and Epidemiology." *Clinical Obstetrics and Gynecology* 55, no. 1 (March 2012): 3–23. https://doi.org/10.1097/GRF.0b013e31824b4611.

IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans – IARC : Asbestos," 1977. https://monographs.iarc.fr/iarc-monographs-on-the-evaluation-of-carcinogenic-risks-to-humans-79/.

———. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Volume 58. Beryllium, Cadmium, Mercury, and Exposures in the Glass Manufacturing Industry," 1993.

———. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans Volume 93 Carbon Black, Titanium Dioxide, and Talc." *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans / World Health Organization, International Agency for Research on Cancer* 93 (2010): 1–413.

———. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Volume 100C," 2012.

———. "IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans: Silica and Some Silicates." IARC, 1987.

———. "IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans.  Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1-42.  Supplement 7," 1987. https://monographs.iarc.fr/wp-content/uploads/2018/06/Suppl7.pdf.

IARC, International Agency for Research on Cancer, and World Health Organization, eds. *Carbon Black, Titanium Dioxide, and Talc*. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, v. 93. Lyon, France : Geneva: International Agency for Research on Cancer ; Distributed by WHO Press, 2010.

"IMERYS 013188," n.d.

"IMERYS 088907 Rio Tinto Minerals HSE&EA Science Advisory Meeting." September 17, 2007.

"IMERYS 284935," n.d.

"IMERYS137677-IMERYS137690," 2004.

"IMERYS209971," 1972.

"IMERYS210136," n.d.

"IMERYS241866," n.d.

"IMERYS248877," n.d.

"IMERYS255101," n.d.

"IMERYS255224," n.d.

"IMERYS255384," n.d.

"IMERYS255394," n.d.

"IMERYS255395," n.d.

"IMERYS279884," n.d.

"IMERYS279968," n.d.

"IMERYS281335," n.d.

"IMERYS281776," n.d.

"IMERYS324700," n.d.

"IMERYS-A_0011817," n.d.

"Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8, no. 19 (2009): 3107–11.

Institute of Medicine (US) Committee on Asbestos: Selected Health Effects. *Asbestos: Selected Cancers*. The National Academies Collection: Reports Funded by National Institutes of Health. Washington (DC): National Academies Press (US), 2006. http://www.ncbi.nlm.nih.gov/books/NBK20332/.

Isaacs, Claudine, and Beth N Peshkin. "Management of Patients at High Risk for Breast and Ovarian Cancer." *UpToDate*, 2018.

Iturralde, M., and P. F. Venter. "Hysterosalpingo-Radionuclide Scintigraphy (HERS)." *Seminars in Nuclear Medicine* 11, no. 4 (October 1981): 301–14.

J. Lightfoot, G.A. Kingston, and F.D. Pooley. "An Examination of Italian Mine Samples and Relevant Powders," 1972.

Jaiswal, M., N. F. LaRusso, L. J. Burgart, and G. J. Gores. "Inflammatory Cytokines Induce DNA Damage and Inhibit DNA Repair in Cholangiocarcinoma Cells by a Nitric Oxide-Dependent Mechanism." *Cancer Research* 60, no. 1 (January 1, 2000): 184–90.

"JANSSEN-000056 P-23 (Pltf_MISC_00000321) Ortho Diaphragm Information," n.d.

Jaurand, M. C. "Mechanisms of Fiber-Induced Genotoxicity." *Environmental Health Perspectives* 105 Suppl 5 (September 1997): 1073–84. https://doi.org/10.1289/ehp.97105s51073.

———. "Particulate-State Carcinogenesis: A Survey of Recent Studies on the Mechanisms of Action of Fibres." *IARC Scientific Publications*, no. 90 (1989): 54–73.

Jaurand, MC. "Mechanisms of Fibre Genotoxicity." In *Mechanisms in Fibre Carcinogenesis*. New York: Plenum Press, 1991.

Jervis, Sarah, Honglin Song, Andrew Lee, Ed Dicks, Jonathan Tyrer, Patricia Harrington, Douglas F. Easton, Ian J. Jacobs, Paul P. D. Pharoah, and Antonis C. Antoniou. "Ovarian Cancer Familial Relative Risks by Tumour Subtypes and by Known Ovarian Cancer Genetic Susceptibility Variants." *Journal of Medical Genetics* 51, no. 2 (February 2014): 108–13. https://doi.org/10.1136/jmedgenet-2013-102015.

Jia, D, Y Nagaoka, S Orsulic, and M Katsumata. "Inflammation Is a Key Contributor to Ovarian Cancer Cell Seeding." *Scientific Reports* 8, no. 12394 (August 17, 2018). https://doi.org/10.1038/s41598-018-30261-8.

Jiang, Zhongliang, Nicole M. Fletcher, Rouba Ali-Fehmi, Michael P. Diamond, Husam M. Abu-Soud, Adnan R. Munkarah, and Ghassan M. Saed. "Modulation of Redox Signaling Promotes Apoptosis in Epithelial Ovarian Cancer Cells." *Gynecologic Oncology* 122, no. 2 (August 2011): 418–23. https://doi.org/10.1016/j.ygyno.2011.04.051.

"JNJ000000704 P-396," n.d.

"JNJ000011150," n.d.

"JNJ000016645," n.d.

"JNJ000019415," n.d.

"JNJ000025132," 1976.

"JNJ000025132," n.d.

"JNJ000026987," n.d.

"JNJ000046293," n.d.

"JNJ000245678," n.d.

"JNJ000245762," n.d.

"JNJ000251888," n.d.

"JNJ000260700," n.d.

"JNJ000261010," n.d.

"JNJ000265536," n.d.

"JNJ000279507," n.d.

"JNJ000348778," n.d.

"JNJ000404860," n.d.

"JNJ000460665," n.d.

"JNJ000526750," n.d.

John M. DeSesso. "Exponent Talc Defense Presentation Toxic Talc?" January 18, 2018.

Jones, Richard E., and Kristin H. Lopez. "Human Reproductive Biology - 4th Edition Chapter 9 - Gamete Transport and Fertilization." In *Human Reproductive Biology*, Third., 159–73. San Diego: Academic Press, 2006. https://doi.org/10.1016/B978-0-12-382184-3.00009-X.

Jordan, SJ, KL Cushing-Haugen, KG Wicklund, JA Doherty, and MA Rossing. "Breast Feeding and Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control : CCC* 23, no. 6 (June 2012): 919–27. https://doi.org/10.1007/s10552-012-9963-4.

Jordan, Susan J., Victor Siskind, Adèle C Green, David C. Whiteman, and Penelope M. Webb. "Breastfeeding and Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control: CCC* 21, no. 1 (January 2010): 109–16. https://doi.org/10.1007/s10552-009-9440-x.

Jordan, Susan J., David C. Whiteman, David M. Purdie, Adèle C. Green, and Penelope M. Webb. "Does Smoking Increase Risk of Ovarian Cancer? A Systematic Review." *Gynecologic Oncology* 103, no. 3 (December 2006): 1122–29. https://doi.org/10.1016/j.ygyno.2006.08.012.

Jurinski, Joseph B., and J. Donald Rimstidt. "Biodurability of Talc." *American Mineralogist* 86, no. 4 (April 2001): 392–99. https://doi.org/10.2138/am-2001-0402.

Kane, AB, P Boffetta, R Saracci, and JD Wilbourn. "Mechanisms of Fibre Carcinogenesis." IARC, 1996.

Kang, N., D. Griffin, and H. Ellis. "The Pathological Effects of Glove and Condom Dusting Powders." *Journal of Applied Toxicology* 12, no. 6 (December 1992): 443–49. https://doi.org/10.1002/jat.2550120614.

Karageorgi, Stalo, Margaret A. Gates, Susan E. Hankinson, and Immaculata De Vivo. "Perineal Use of Talcum Powder and Endometrial Cancer Risk." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 19, no. 5 (May 2010): 1269–75. https://doi.org/10.1158/1055-9965.EPI-09-1221.

Kasper, C. S., and P. J. Chandler. "Possible Morbidity in Women from Talc on Condoms." *JAMA: The Journal of the American Medical Association* 273, no. 11 (March 15, 1995): 846–47.

Kauff, Noah D., Nandita Mitra, Mark E. Robson, Karen E. Hurley, Shaokun Chuai, Deborah Goldfrank, Eve Wadsworth, et al. "Risk of Ovarian Cancer in BRCA1 and BRCA2 Mutation-Negative Hereditary Breast Cancer Families." *Journal of the National Cancer Institute* 97, no. 18 (September 21, 2005): 1382–84. https://doi.org/10.1093/jnci/dji281.

Keskin, Nadi, Yasemin Aktan Teksen, Esra Gürlek Ongun, Yusuf Ozay, and Halil Saygili. "Does Long-Term Talc Exposure Have a Carcinogenic Effect on the Female Genital System of Rats? An Experimental Pilot Study." *Archives of Gynecology and Obstetrics* 280, no. 6 (December 2009): 925–31. https://doi.org/10.1007/s00404-009-1030-3.

Khan, Mohd Imran, AmoghA. Sahasrabuddhe, Govil Patil, Mohd Javed Akhtar, Mohd Ashquin, and Iqbal Ahmad. "Nano-Talc Stabilizes TNF-α m-RNA in Human Macrophages." *Journal of Biomedical Nanotechnology* 7, no. 1 (January 1, 2011): 112–13. https://doi.org/10.1166/jbn.2011.1227.

King, HM. "Talc: The Softest Mineral.," n.d. https://geology.com/minerals/talc.shtml.

King, Talmadge. "Asbestos-Related Pleuropulmonary Disease." Edited by Kevin Flaherty. *UpToDate*, 2018.

Kiraly, Orsolya, Guanyu Gong, Werner Olipitz, Sureshkumar Muthupalani, and Bevin P. Engelward. "Inflammation-Induced Cell Proliferation Potentiates DNA Damage-Induced Mutations In Vivo." *PLoS Genetics*, February 3, 2015. https://doi.org/10.1371/journal.pgen.1004901.

Kissler, Stefan, Ernst Siebzehnruebl, Joachim Kohl, Anja Mueller, Nadja Hamscho, Regine Gaetje, Andre Ahr, Achim Rody, and Manfred Kaufmann. "Uterine Contractility and Directed Sperm Transport Assessed by Hysterosalpingoscintigraphy (HSSG) and Intrauterine Pressure (IUP) Measurement." *Acta Obstetricia Et Gynecologica Scandinavica* 83, no. 4 (April 2004): 369–74.

Klampfer, Lidija. "Cytokines, Inflammation and Colon Cancer." *Current Cancer Drug Targets* 11, no. 4 (May 2011): 451–64.

Knudson, A. G. "Mutation and Cancer: Statistical Study of Retinoblastoma." *Proceedings of the National Academy of Sciences of the United States of America* 68, no. 4 (April 1971): 820–23.

Kunz, G., D. Beil, H. Deiniger, A. Einspanier, G. Mall, and G. Leyendecker. "The Uterine Peristaltic Pump. Normal and Impeded Sperm Transport within the Female Genital Tract." *Advances in Experimental Medicine and Biology* 424 (1997): 267–77.

Kurman, Robert J., and Ie-Ming Shih. "Molecular Pathogenesis and Extraovarian Origin of Epithelial Ovarian Cancer. Shifting the Paradigm." *Human Pathology* 42, no. 7 (July 2011): 918–31. https://doi.org/10.1016/j.humpath.2011.03.003.

———. "The Dualistic Model of Ovarian Carcinogenesis." *The American Journal of Pathology* 186, no. 4 (April 1, 2016): 733–47. https://doi.org/10.1016/j.ajpath.2015.11.011.

———. "The Origin and Pathogenesis of Epithelial Ovarian Cancer: A Proposed Unifying Theory." *The American Journal of Surgical Pathology* 34, no. 3 (March 2010): 433–43. https://doi.org/10.1097/PAS.0b013e3181cf3d79.

Kurta, Michelle L., Kirsten B. Moysich, Joel L. Weissfeld, Ada O. Youk, Clareann H. Bunker, Robert P. Edwards, Francesmary Modugno, Roberta B. Ness, and Brenda Diergaarde. "Use of Fertility

Drugs and Risk of Ovarian Cancer: Results from a US-Based Case-Control Study." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 21, no. 8 (August 2012): 1282–92. https://doi.org/10.1158/1055-9965.EPI-12-0426.

La Vecchia. "Ovarian Cancer: Epidemiology and Risk Factors." *European Journal of Cancer Prevention* 26 (2017): 55–62.

Lancaster, Johnathan M., C. Bethan Powell, Lee-may Chen, and Debra L. Richardson. "Society of Gynecologic Oncology Statement on Risk Assessment for Inherited Gynecologic Cancer Predispositions." *Gynecologic Oncology* 136, no. 1 (January 2015): 3–7. https://doi.org/10.1016/j.ygyno.2014.09.009.

Landen, Charles N., Michael J. Birrer, and Anil K. Sood. "Early Events in the Pathogenesis of Epithelial Ovarian Cancer." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 26, no. 6 (February 20, 2008): 995–1005. https://doi.org/10.1200/JCO.2006.07.9970.

Langseth, H., S. E. Hankinson, J. Siemiatycki, and E. Weiderpass. "Perineal Use of Talc and Risk of Ovarian Cancer." *Journal of Epidemiology and Community Health* 62, no. 4 (April 2008): 358–60. https://doi.org/10.1136/jech.2006.047894.

Langseth, H., B.V. Johansen, J.M. Nesland, and K. Kjaerheim. "Asbestos Fibers in Ovarian Tissue from Norwegian Pulp and Paper Workers." *International Journal of Gynecological Cancer* 17, no. 1 (January 2007): 44–49. https://doi.org/10.1111/j.1525-1438.2006.00768.x.

Langseth, Hilde, and Kristina Kjaerheim. "Ovarian Cancer and Occupational Exposure among Pulp and Paper Employees in Norway." *Scandinavian Journal of Work, Environment & Health* 30, no. 5 (October 2004): 356–61.

Lanphear, B. P., and C. R. Buncher. "Latent Period for Malignant Mesothelioma of Occupational Origin." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 34, no. 7 (July 1992): 718–21.

Lee, Jennifer S., Esther M. John, Valerie McGuire, Anna Felberg, Kimberly L. Ostrow, Richard A. DiCioccio, Frederick P. Li, Alexander Miron, Dee W. West, and Alice S. Whittemore. "Breast and Ovarian Cancer in Relatives of Cancer Patients, with and without BRCA Mutations." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 15, no. 2 (February 2006): 359–63. https://doi.org/10.1158/1055-9965.EPI-05-0687.

Levanon, Keren, Christopher Crum, and Ronny Drapkin. "New Insights Into the Pathogenesis of Serous Ovarian Cancer and Its Clinical Impact." *Journal of Clinical Oncology* 26, no. 32 (November 10, 2008): 5284–93. https://doi.org/10.1200/JCO.2008.18.1107.

Levy-Lahad, E., and E. Friedman. "Cancer Risks among BRCA1 and BRCA2 Mutation Carriers." *British Journal of Cancer* 96, no. 1 (January 15, 2007): 11–15. https://doi.org/10.1038/sj.bjc.6603535.

Lin, Hui-Wen, Ying-Yueh Tu, Shiyng Yu Lin, Wei-Ju Su, Wei Li Lin, Wei Zer Lin, Shen-Chi Wu, and Yuen-Liang Lai. "Risk of Ovarian Cancer in Women with Pelvic Inflammatory Disease: A Population-Based Study." *The Lancet. Oncology* 12, no. 9 (September 2011): 900–904. https://doi.org/10.1016/S1470-2045(11)70165-6.

Liou, Geou-Yarh, and Peter Storz. "Reactive Oxygen Species in Cancer." *Free Radical Research* 44, no. 5 (May 2010): 476–96. https://doi.org/10.3109/10715761003667554.

Liu, D. T., and A. Hitchcock. "Endometriosis: Its Association with Retrograde Menstruation, Dysmenorrhoea and Tubal Pathology." *British Journal of Obstetrics and Gynaecology* 93, no. 8 (August 1986): 859–62.

Lo-Ciganic, Wei-Hsuan, Janice C. Zgibor, Clareann H. Bunker, Kirsten B. Moysich, Robert P. Edwards, and Roberta B. Ness. "Aspirin, Nonaspirin Nonsteroidal Anti-Inflammatory Drugs, or Acetaminophen and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 23, no. 2 (March 2012): 311–19. https://doi.org/10.1097/EDE.0b013e3182456ad3.

Lockey, J. E. "Nonasbestos Fibrous Minerals." *Clinics in Chest Medicine* 2, no. 2 (May 1981): 203–18.

"Longo - Feb 2018 MAS Report," 2018.

Longo, D. L., and R. C. Young. "Cosmetic Talc and Ovarian Cancer." *Lancet* 2, no. 8138 (August 18, 1979): 349–51.

Longo, William E., and Mark W. Rigler. "Analysis of Johnson & Johnson Baby Powder & Valiant Shower to Shower Products for Amphibole (Tremolite) Asbestos," August 2, 2017.

Longo, William E., and Rigler, Mark W. "MAS Project #14-1683, Analysis of William E. Longo, PhD and Mark W. Rigler, PhD," April 28, 2017.

———. "TEM Analysis of Historical 1978 Johnson's Baby Powder Sample for Amphibole Asbestos," February 16, 2018.

Longo, William E., and Mark W. Rigler. "The Analysis of Johnson & Johnson's Historical Baby Powder & Shower to Shower Products from the 1960's to the Early 1990's for Amphibole Asbestos," November 14, 2018.

Longo, William E., Mark W. Rigler, and William B. Egeland. "Below the Waist Application of Johnson & Johnson Baby Powder." Materials Analytical Service, LLC, September 2017.

Luan, Nan-Nan, Qi-Jun Wu, Ting-Ting Gong, Emily Vogtmann, Yong-Lai Wang, and Bei Lin. "Breastfeeding and Ovarian Cancer Risk: A Meta-Analysis of Epidemiologic Studies1234." *The American Journal of Clinical Nutrition* 98, no. 4 (October 2013): 1020–31. https://doi.org/10.3945/ajcn.113.062794.

Lundin, Eva, Laure Dossus, Tess Clendenen, Vittorio Krogh, Kjell Grankvist, Marianne Wulff, Sabina Sieri, et al. "C-Reactive Protein and Ovarian Cancer: A Prospective Study Nested in Three Cohorts (Sweden, USA, Italy)." *Cancer Causes & Control: CCC* 20, no. 7 (September 2009): 1151–59. https://doi.org/10.1007/s10552-009-9330-2.

Madsen, Cecilie, Louise Baandrup, Christian Dehlendorff, and Susanne K. Kjaer. "Tubal Ligation and Salpingectomy and the Risk of Epithelial Ovarian Cancer and Borderline Ovarian Tumors: A Nationwide Case-Control Study." *Acta Obstetricia Et Gynecologica Scandinavica* 94, no. 1 (January 2015): 86–94. https://doi.org/10.1111/aogs.12516.

Magnani, C., D. Ferrante, F. Barone-Adesi, M. Bertolotti, A. Todesco, D. Mirabelli, and B. Terracini. "Cancer Risk after Cessation of Asbestos Exposure: A Cohort Study of Italian Asbestos Cement Workers." *Occupational and Environmental Medicine* 65, no. 3 (March 2008): 164–70. https://doi.org/10.1136/oem.2007.032847.

Mäki-Nevala, Satu, Virinder Kaur Sarhadi, Aija Knuuttila, Ilari Scheinin, Pekka Ellonen, Sonja Lagström, Mikko Rönty, et al. "Driver Gene and Novel Mutations in Asbestos-Exposed Lung Adenocarcinoma and Malignant Mesothelioma Detected by Exome Sequencing." *Lung* 194, no. 1 (February 2016): 125–35. https://doi.org/10.1007/s00408-015-9814-7.

Mallen, Adrianne R., Mary K. Townsend, and Shelley S. Tworoger. "Risk Factors for Ovarian Carcinoma." *Hematology/Oncology Clinics of North America*, September 2018. https://doi.org/10.1016/j.hoc.2018.07.002.

Mannino, David M. "Cigarette Smoking and Other Possible Risk Factors for Lung Cancer." *UpToDate*, 2018.

McCullough, Marie. "Condom Makers Stop Using Talc." *Asbury Park Press*. January 16, 1996.

———. "Women's Health Concerns Prompt Condom Makers to Stop Using Talc." *Jersey Journal*. April 17, 1996, City Edition edition.

McLaughlin-Drubin, Margaret E., and Karl Munger. "Viruses Associated with Human Cancer." *Biochimica et Biophysica Acta* 1782, no. 3 (March 2008): 127–50. https://doi.org/10.1016/j.bbadis.2007.12.005.

McLemore, Miaskowski, Chen Aouizerat, and Dodd. "Epidemiological and Genetic Factors Associated With Ovarian Cancer." *Cancer Nursing* 32, no. 4 (2009): 281–88.

Melaiu, Ombretta, Federica Gemignani, and Stefano Landi. "The Genetic Susceptibility in the Development of Malignant Pleural Mesothelioma." *Journal of Thoracic Disease* 10, no. Suppl 2 (January 2018): S246–52. https://doi.org/10.21037/jtd.2017.10.41.

Meng, Qingsong, Weixue Sun, John Jiang, Nicole M. Fletcher, Michael P. Diamond, and Ghassan M. Saed. "Identification of Common Mechanisms between Endometriosis and Ovarian Cancer." *Journal of Assisted Reproduction and Genetics* 28 (2011): 917–23.

Merritt, Melissa A., Adèle C. Green, Christina M. Nagle, Penelope M. Webb, Australian Cancer Study (Ovarian Cancer), and Australian Ovarian Cancer Study Group. "Talcum Powder, Chronic Pelvic Inflammation and NSAIDs in Relation to Risk of Epithelial Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 122, no. 1 (January 1, 2008): 170–76. https://doi.org/10.1002/ijc.23017.

Miller, Diane M, and Jessica N. McAlpine. "Opportunistic Salpingectomy for Ovarian, Fallopian Tubal, and Peritoneal Carcinoma Risk Reduction." *UpToDate*, 2018.

Mills, Paul K., Deborah G. Riordan, Rosemary D. Cress, and Heather A. Young. "Perineal Talc Exposure and Epithelial Ovarian Cancer Risk in the Central Valley of California." *International Journal of Cancer. Journal International Du Cancer* 112, no. 3 (November 10, 2004): 458–64. https://doi.org/10.1002/ijc.20434.

Milne, R. L., and A. C. Antoniou. "Genetic Modifiers of Cancer Risk for BRCA1 and BRCA2 Mutation Carriers." *Annals of Oncology: Official Journal of the European Society for Medical Oncology* 22 Suppl 1 (January 2011): i11-17. https://doi.org/10.1093/annonc/mdq660.

Milne, Roger L., and Antonis C. Antoniou. "Modifiers of Breast and Ovarian Cancer Risks for BRCA1 and BRCA2 Mutation Carriers." *Endocrine-Related Cancer* 23, no. 10 (2016): T69-84. https://doi.org/10.1530/ERC-16-0277.

Moller, Danielsen, and Roursgaard Jantzen. "Oxidatively Damaged DNA in Animals Exposed to Particles." *Critical Reviews in Toxicology* 43, no. 2 (2013): 96–118.

Moon, Min Chaul, Jung Duck Park, Byung Soon Choi, So Young Park, Dong Won Kim, Yong Hyun Chung, Naomi Hisanaga, and Il Je Yu. "Risk Assessment of Baby Powder Exposure through Inhalation." *Toxicological Research* 27, no. 3 (September 2011): 137–41. https://doi.org/10.5487/TR.2011.27.3.137.

Moorman, Patricia G. "Scientific Review of the Epidemiologic Evidence on Talc Use and Ovarian Cancer," February 2018.

Moorman, Patricia G., Rachel T. Palmieri, Lucy Akushevich, Andrew Berchuck, and Joellen M. Schildkraut. "Ovarian Cancer Risk Factors in African-American and White Women." *American Journal of Epidemiology* 170, no. 5 (September 1, 2009): 598–606. https://doi.org/10.1093/aje/kwp176.

Mostafa, S. A., C. B. Bargeron, R. W. Flower, N. B. Rosenshein, T. H. Parmley, and J. D. Woodruff. "Foreign Body Granulomas in Normal Ovaries." *Obstetrics and Gynecology* 66, no. 5 (November 1985): 701–2.

Murphy, Megan A., Britton Trabert, Hannah P. Yang, Yikyung Park, Louise A. Brinton, Patricia Hartge, Mark E. Sherman, Albert Hollenbeck, and Nicolas Wentzensen. "Non-Steroidal Anti-Inflammatory Drug Use and Ovarian Cancer Risk: Findings from the NIH-AARP Diet and Health Study and Systematic Review." *Cancer Causes & Control : CCC* 23, no. 11 (November 2012): 1839–52. https://doi.org/10.1007/s10552-012-0063-2.

Muscat, J. E., and M. S. Huncharek. "Causation and Disease: Biomedical Science in Toxic Tort Litigation." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 31, no. 12 (December 1989): 997–1002.

Nadler, Diana L., and Igor G. Zurbenko. "Estimating Cancer Latency Times Using a Weibull Model," 2014, 8.

Narod, Steven A. "Talc and Ovarian Cancer." *Gynecologic Oncology* 141, no. 3 (2016): 410–12. https://doi.org/10.1016/j.ygyno.2016.04.011.

National Cancer Institute, Surveillance, Epidemiology, and End Results Program. "Cancer Stat Facts: Ovarian Cancer," 2018. https://seer.cancer.gov/statfacts/html/ovary.html.

"National Toxicology Program (NTP) Technical Report (NTP TR 421) on the Toxicology and Carcinogenesis Studies of Talc in F344/N Rats and B6C3F1 Mice." National Institutes of Health, 1993.

Nelson, Heather H., and Karl T. Kelsey. "The Molecular Epidemiology of Asbestos and Tobacco in Lung Cancer." *Oncogene* 21, no. 48 (October 21, 2002): 7284–88. https://doi.org/10.1038/sj.onc.1205804.

Ness, R. B., and C. Cottreau. "Possible Role of Ovarian Epithelial Inflammation in Ovarian Cancer." *JNCI Journal of the National Cancer Institute* 91, no. 17 (September 1, 1999): 1459–67. https://doi.org/10.1093/jnci/91.17.1459.

Ness, R. B., J. A. Grisso, C. Cottreau, J. Klapper, R. Vergona, J. E. Wheeler, M. Morgan, and J. J. Schlesselman. "Factors Related to Inflammation of the Ovarian Epithelium and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 11, no. 2 (March 2000): 111–17.

Ness, Roberta B., Daniel W. Cramer, Marc T. Goodman, Susanne Krüger Kjaer, Kathy Mallin, Berit Jul Mosgaard, David M. Purdie, Harvey A. Risch, Ronald Vergona, and Anna H. Wu. "Infertility, Fertility Drugs, and Ovarian Cancer: A Pooled Analysis of Case-Control Studies." *American Journal of Epidemiology* 155, no. 3 (February 1, 2002): 217–24.

Neutra, Raymond Richard, Carl F. Cranor, and David Gee. "The Use and Misuse of Bradford Hill in U.S. Tort Law." *Jurimetrics J.*, 2018, 127–62.

Newhouse, M. L., G. Berry, J. C. Wagner, and M. E. Turok. "A Study of the Mortality of Female Asbestos Workers." *British Journal of Industrial Medicine* 29, no. 2 (April 1972): 134–41.

Nick, Alpa M., Robert L. Coleman, Pedro T. Ramirez, and Anil K. Sood. "A Framework for a Personalized Surgical Approach to Ovarian Cancer." *Nature Reviews. Clinical Oncology* 12, no. 4 (April 2015): 239–45. https://doi.org/10.1038/nrclinonc.2015.26.

NIOSH. "Asbestos Fibers and Other Elongated Mineral Particles: State of the Science and Roadmap for Research (Revised Draft)," January 2009.

———. "Fiber Exposure during Use of Baby Powders, Report No. IWS-36-6.," July 1972. https://www.cdc.gov/niosh/nioshtic-2/00106056.html.

"NIOSH 2011 Current Intelligence Bulletin No. 62," 2011.

"NIOSHTIC-2 Publications Search - 00106056 - Fiber Exposure during Use of Baby Powders, Report No. IWS-36-6." Accessed August 16, 2018. https://www.cdc.gov/niosh/nioshtic-2/00106056.html.

"NIOSHTIC-2 Publications Search - 00106056 - Fiber .Pdf," n.d.

Norquist, Barbara M., Maria I. Harrell, Mark F. Brady, Tom Walsh, Ming K. Lee, Suleyman Gulsuner, Sarah S. Bernards, et al. "Inherited Mutations in Women With Ovarian Carcinoma." *JAMA Oncology* 2, no. 4 (April 2016): 482–90. https://doi.org/10.1001/jamaoncol.2015.5495.

NTP. "NTP Technical Report on the Toxicology and Carcinogenesis Studies of Benzophenone (CAS No. 119-61-9) In F344/N Rats and B6C3F1 Mice," February 2006.

"NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)(NonAsbestiform) in F344/N.Rats and B6C3Fl Mice (Inhalation Studies)," 1993.

Oberdörster, Günter, Eva Oberdörster, and Jan Oberdörster. "Nanotoxicology: An Emerging Discipline Evolving from Studies of Ultrafine Particles." *Environmental Health Perspectives* 113, no. 7 (July 2005): 823–39. https://doi.org/10.1289/ehp.7339.

Okada, Futoshi. "Beyond Foreign-Body-Induced Carcinogenesis: Impact of Reactive Oxygen Species Derived from Inflammatory Cells in Tumorigenic Conversion and Tumor Progression." *International Journal of Cancer* 121, no. 11 (December 1, 2007): 2364–72. https://doi.org/10.1002/ijc.23125.

Paoletti, L., S. Caiazza, G. Donelli, and F. Pocchiari. "Evaluation by Electron Microscopy Techniques of Asbestos Contamination in Industrial, Cosmetic, and Pharmaceutical Talcs." *Regulatory Toxicology and Pharmacology: RTP* 4, no. 3 (September 1984): 222–35.

Park, Hyo K., Joellen M. Schildkraut, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa Bondy, Sydnee Crankshaw, et al. "Benign Gynecologic Conditions Are Associated with Ovarian Cancer Risk in African-American Women: A Case–Control Study." *Cancer Causes & Control*, September 29, 2018. https://doi.org/10.1007/s10552-018-1082-4.

Parmar, M. K. B., J. A. Ledermann, N. Colombo, A. du Bois, J.-F. Delaloye, G. B. Kristensen, S. Wheeler, et al. "Paclitaxel plus Platinum-Based Chemotherapy versus Conventional Platinum-Based Chemotherapy in Women with Relapsed Ovarian Cancer: The ICON4/AGO-OVAR-2.2 Trial." *Lancet (London, England)* 361, no. 9375 (June 21, 2003): 2099–2106.

Parmley, T. H., and J. D. Woodruff. "The Ovarian Mesothelioma." *American Journal of Obstetrics and Gynecology* 120, no. 2 (September 15, 1974): 234–41.

*Pathology of Asbestos-Associated Diseases*, 2011. http://www.springer.com/medicine/pathology/book/978-1-4419-1894-9.

"PCPC_MDL00062175," May 25, 1999.

Pearce, Celeste Leigh, Claire Templeman, Mary Anne Rossing, Alice Lee, Aimee M Near, Penelope M Webb, Christina M Nagle, et al. "Association between Endometriosis and Risk of Histological Subtypes of Ovarian Cancer: A Pooled Analysis of Case–Control Studies." *The Lancet Oncology* 13, no. 4 (April 2012): 385–94. https://doi.org/10.1016/S1470-2045(11)70404-1.

Pejovic, Tanja, and Farr Nezhat. "Missing Link: Inflammation and Ovarian Cancer." *The Lancet. Oncology* 12, no. 9 (September 2011): 833–34. https://doi.org/10.1016/S1470-2045(11)70203-0.

Pelling, D., and J. G. Evans. "Long-Term Peritoneal Tissue Response in Rats to Mould-Release Agents and Lubricant Powder Used on Surgeons' Gloves." *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 24, no. 5 (May 1986): 425–30.

Penninkilampi, Ross, and Guy D. Eslick. "Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis." *Epidemiology (Cambridge, Mass.)* 29, no. 1 (January 2018): 41–49. https://doi.org/10.1097/EDE.0000000000000745.

Peshkin, B., and et al. "Genetic Counseling and Testing for Hereditary Breast and Ovarian Cancer - UpToDate," 2018. https://www.uptodate.com/contents/genetic-counseling-and-testing-for-hereditary-breast-and-ovarian-cancer?search=Genetic%20counseling%20and%20testing%20for%20hereditary%20breast%20and%20ovarian%20cancer&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

———. "Overview of Hereditary Breast and Ovarian Cancer Syndromes - UpToDate," 2018. https://www.uptodate.com/contents/overview-of-hereditary-breast-and-ovarian-cancer-syndromes?search=Overview%20of%20hereditary%20breast%20and%20ovarian%20cancer%20syndromes&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

———. "Prevalence of BRCA1 and BRCA2 Mutations and Associated Cancer Risks - UpToDate," 2018. https://www.uptodate.com/contents/prevalence-of-brca1-and-brca2-mutations-and-associated-cancer-risks?search=prevalence-of-brca1-and-brca2-mu%E2%80%A6search_result%26selectedTitle%3D1~73%26usage_type%3Ddefault%26display_rank%3D1&source=search_result&selectedTitle=2~150&usage_type=default&display_rank=2.

Phillips, J. C., P. J. Young, K. Hardy, and S. D. Gangolli. "Studies on the Absorption and Disposition of 3H-Labelled Talc in the Rat, Mouse, Guinea-Pig and Rabbit." *Food and Cosmetics Toxicology* 16, no. 2 (April 1978): 161–63.

Pira, E, C Pelucchi, L Buffoni, A Palmas, M Turbiglio, E Negri, P G Piolatto, and C La Vecchia. "Cancer Mortality in a Cohort of Asbestos Textile Workers." *British Journal of Cancer* 92, no. 3 (February 2005): 580–86. https://doi.org/10.1038/sj.bjc.6602240.

Pira, Enrico, Canzio Romano, Francesco S. Violante, Andrea Farioli, Giovanna Spatari, Carlo La Vecchia, and Paolo Boffetta. "Updated Mortality Study of a Cohort of Asbestos Textile Workers." *Cancer Medicine* 5, no. 9 (2016): 2623–28. https://doi.org/10.1002/cam4.824.

"Pltf_MISC_00000272 (JANSSEN-000001-19)," 1962.

Porro, F. W., and N. M. Levine. "Pathology of Talc Pneumoconiosis with Report of an Autopsy." *Northern New York Medical Journal* 3 (April 1946): 23–25.

Pott, R., and K. H. Friedrichs. "Tumors in Rats Following i.p. Injection of Fiberform Dusts." *Naturwissenschaften* 59 (n.d.): 318–24.

Prat, Jaime, and FIGO Committee on Gynecologic Oncology. "Abridged Republication of FIGO's Staging Classification for Cancer of the Ovary, Fallopian Tube, and Peritoneum." *Cancer* 121, no. 19 (October 1, 2015): 3452–54. https://doi.org/10.1002/cncr.29524.

Pukkala, Eero, Jan Ivar Martinsen, Elsebeth Lynge, Holmfridur Kolbrun Gunnarsdottir, Pär Sparén, Laufey Tryggvadottir, Elisabete Weiderpass, and Kristina Kjaerheim. "Occupation and Cancer - Follow-up of 15 Million People in Five Nordic Countries." *Acta Oncologica (Stockholm, Sweden)* 48, no. 5 (2009): 646–790. https://doi.org/10.1080/02841860902913546.

Purdie, D., A. Green, C. Bain, V. Siskind, B. Ward, N. Hacker, M. Quinn, G. Wright, P. Russell, and B. Susil. "Reproductive and Other Factors and Risk of Epithelial Ovarian Cancer: An Australian Case-Control Study. Survey of Women's Health Study Group." *International Journal of Cancer. Journal International Du Cancer* 62, no. 6 (September 15, 1995): 678–84.

Purdie, David M., Christopher J. Bain, Victor Siskind, Penelope M. Webb, and Adèle C. Green. "Ovulation and Risk of Epithelial Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 104, no. 2 (March 20, 2003): 228–32. https://doi.org/10.1002/ijc.10927.

Radic, I, I Vucak, J Milosevic, A Marusic, S Vukicevic, and M Marusic. "Immunosuppression Induced by Talc Granulomatosis in the Rat." *Clinical and Experimental Immunology* 73, no. 2 (August 1988): 316–21.

Ramus, Susan J., Antonis C. Antoniou, Karoline B. Kuchenbaecker, Penny Soucy, Jonathan Beesley, Xiaoqing Chen, Lesley McGuffog, et al. "Ovarian Cancer Susceptibility Alleles and Risk of Ovarian Cancer in BRCA1 and BRCA2 Mutation Carriers." *Human Mutation* 33, no. 4 (April 2012): 690–702. https://doi.org/10.1002/humu.22025.

Rasool, Nabila, Amanda Nickles Fader, Leigh Seamon, Nikki L. Neubauer, Fadi Abu Shahin, Heather A. Alexander, Kathleen Moore, et al. "Stage I, Grade 3 Endometrioid Adenocarcinoma of the Endometrium: An Analysis of Clinical Outcomes and Patterns of Recurrence." *Gynecologic Oncology* 116, no. 1 (January 2010): 10–14. https://doi.org/10.1016/j.ygyno.2009.10.043.

Rayburn, Elizabeth R., Scharri J. Ezell, and Ruiwen Zhang. "Anti-Inflammatory Agents for Cancer Therapy." *Molecular and Cellular Pharmacology* 1, no. 1 (2009): 29–43. https://doi.org/10.4255/mcpharmacol.09.05.

Rebbeck, Timothy R., Nandita Mitra, Fei Wan, Olga M. Sinilnikova, Sue Healey, Lesley McGuffog, Sylvie Mazoyer, et al. "Association of Type and Location of BRCA1 and BRCA2 Mutations with Risk of Breast and Ovarian Cancer." *JAMA* 313, no. 13 (April 7, 2015): 1347–61. https://doi.org/10.1001/jama.2014.5985.

"Reference Manual on Scientific Evidence" Third Edition (2011).

Reid, A., J. Heyworth, N. de Klerk, and A. W. Musk. "The Mortality of Women Exposed Environmentally and Domestically to Blue Asbestos at Wittenoom, Western Australia." *Occupational and Environmental Medicine* 65, no. 11 (November 2008): 743–49. https://doi.org/10.1136/oem.2007.035782.

Reid, A., N. de Klerk, and A. W. Musk. "Does Exposure to Asbestos Cause Ovarian Cancer? A Systematic Literature Review and Meta-Analysis." *Cancer Epidemiology Biomarkers & Prevention* 20, no. 7 (July 1, 2011): 1287–95. https://doi.org/10.1158/1055-9965.EPI-10-1302.

Reid, A., N. H. de Klerk, C. Magnani, D. Ferrante, G. Berry, A. W. Musk, and E. Merler. "Mesothelioma Risk after 40 Years since First Exposure to Asbestos: A Pooled Analysis." *Thorax* 69, no. 9 (September 2014): 843–50. https://doi.org/10.1136/thoraxjnl-2013-204161.

Reid, Alison, Amanda Segal, Jane S. Heyworth, Nicholas H. de Klerk and Arthur W. Musk. "Gynecologic and Breast Cancers in Women after Exposure to Blue Asbestos at Wittenoom." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 18, no. 1 (January 2009): 140–47. https://doi.org/10.1158/1055-9965.EPI-08-0746.

Reid, Brett M., Jennifer B. Permuth, and Thomas A. Sellers. "Epidemiology of Ovarian Cancer: A Review." *Cancer Biology & Medicine* 14, no. 1 (February 2017): 9–32. https://doi.org/10.20892/j.issn.2095-3941.2016.0084.

Reuter, Simone, Subash C. Gupta, Madan M. Chaturvedi, and Bharat B. Aggarwal. "Oxidative Stress, Inflammation, and Cancer: How Are They Linked?" *Free Radical Biology and Medicine* 49, no. 11 (December 1, 2010): 1603–16.

Rice, Megan S., Susan E. Hankinson, and Shelley S. Tworoger. "Tubal Ligation, Hysterectomy, Unilateral Oophorectomy, and Risk of Ovarian Cancer in the Nurses' Health Studies." *Fertility and Sterility* 102, no. 1 (July 2014): 192-198.e3. https://doi.org/10.1016/j.fertnstert.2014.03.041.

Ring, Kari L., Christine Garcia, Martha H. Thomas, and Susan C. Modesitt. "Current and Future Role of Genetic Screening in Gynecologic Malignancies." *American Journal of Obstetrics and Gynecology* 217, no. 5 (2017): 512–21. https://doi.org/10.1016/j.ajog.2017.04.011.

Riska, A., J. I. Martinsen, K. Kjaerheim, E. Lynge, P. Sparen, L. Tryggvadottir, E. Weiderpass, and E. Pukkala. "Occupation and Risk of Primary Fallopian Tube Carcinoma in Nordic Countries." *International Journal of Cancer* 131, no. 1 (July 1, 2012): 186–92. https://doi.org/10.1002/ijc.26337.

Roggli, Victor L., Robin T. Vollmer, Kelly J. Butnor, and Thomas A. Sporn. "Tremolite and Mesothelioma." *Annals of Occupational Hygiene* 46, no. 5 (July 1, 2002): 447–53. https://doi.org/10.1093/annhyg/mef056.

Rohl, A. N. "Asbestos in Talc." *Environmental Health Perspectives* 9 (December 1974): 129–32.

Rohl, A. N., A. M. Langer, I. J. Selikoff, A. Tordini, R. Klimentidis, D. R. Bowes, and D. L. Skinner. "Consumer Talcums and Powders: Mineral and Chemical Characterization." *Journal of Toxicology and Environmental Health* 2, no. 2 (November 1976): 255–84. https://doi.org/10.1080/15287397609529432.

Roodhouse Gloyne, S. "Two Cases of Squamous Carcinoma of the Lung Occurring in Asbestosis." *Tubercle* 17, no. 1 (October 1935): 5-IN2. https://doi.org/10.1016/S0041-3879(35)80795-2.

Rosalind A. Eeles, Christine D. Berg, and Jeffery S. Tobias. *Cancer Prevention and Screening: Concepts, Principles and Controversies*. 1st ed. Accessed August 21, 2018. https://www.wiley.com/en-us/Cancer+Prevention+and+Screening%3A+Concepts%2C+Principles+and+Controversies-p-9781118990872.

Rosenblatt, K. A., M. Szklo, and N. B. Rosenshein. "Mineral Fiber Exposure and the Development of Ovarian Cancer." *Gynecologic Oncology* 45, no. 1 (April 1992): 20–25.

Rosenblatt, Karin A., Noel S. Weiss, Kara L. Cushing-Haugen, Kristine G. Wicklund, and Mary Anne Rossing. "Genital Powder Exposure and the Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control: CCC* 22, no. 5 (May 2011): 737–42. https://doi.org/10.1007/s10552-011-9746-3.

Rösler, J. A., H. J. Woitowitz, H. J. Lange, R. H. Woitowitz, K. Ulm, and K. Rödelsperger. "Mortality Rates in a Female Cohort Following Asbestos Exposure in Germany." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 36, no. 8 (August 1994): 889–93.

Ross, M. "Geology, Asbestos, and Health." *Environmental Health Perspectives* 9 (December 1974): 123–24.

Rothman, Kenneth J., Sander Greenland, and Timothy L. Lash. *Modern Epidemiology*. Lippincott Williams & Wilkins, 2008.

Saed, Ghassan M., Rouba Ali-Fehmi, Zhong L. Jiang, Nicole M. Fletcher, Michael P. Diamond, Husam M. Abu-Soud, and Adnan R. Munkarah. "Myeloperoxidase Serves as a Redox Switch That Regulates Apoptosis in Epithelial Ovarian Cancer." *Gynecologic Oncology* 116, no. 2 (February 2010): 276–81. https://doi.org/10.1016/j.ygyno.2009.11.004.

Saed, Ghassan M., Michael P. Diamond, and Nicole M. Fletcher. "Updates of the Role of Oxidative Stress in the Pathogenesis of Ovarian Cancer." *Gynecologic Oncology* 145, no. 3 (June 2017): 595–602. https://doi.org/10.1016/j.ygyno.2017.02.033.

Saed, Ghassan M., Nicole M. Fletcher, Michael P. Diamond, Robert T. Morris, Nardhy Gomez-Lopez, and Ira Memaj. "Novel Expression of CD11b in Epithelial Ovarian Cancer: Potential Therapeutic Target." *Gynecologic Oncology* 148, no. 3 (2018): 567–75. https://doi.org/10.1016/j.ygyno.2017.12.018.

Saed, Ghassan M., Robert T. Morris, and Nicole M. Fletcher. *New Insights into the Pathogenesis of Ovarian Cancer: Oxidative Stress*, 2018.

Schenken, Robert S. "Endometriosis: Pathogenesis, Clinical Features, and Diagnosis." *UpToDate*, 2018.

Schildkraut, Joellen M., Sarah E. Abbott, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa L. Bondy, Michele L. Cote, et al. "Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES)." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25, no. 10 (2016): 1411–17. https://doi.org/10.1158/1055-9965.EPI-15-1281.

"SEER Cancer Statistics Review, 1975-2015, National Cancer Institute, Bethesda, MD, Based on November 2017 SEER Data Submission, Posted to the SEER Web Site," April 2018. https://Seer.cancer.gov/csr/1975_2015/.

Shan, Weiwei, and Jinsong Liu. "Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8, no. 19 (2009): 3107–11. https://doi.org/10.4161/cc.8.19.9590.

Shukla, Arti, Maximilian B. MacPherson, Jedd Hillegass, Maria E. Ramos-Nino, Vlada Alexeeva, Pamela M. Vacek, Jeffrey P. Bond, Harvey I. Pass, Chad Steele, and Brooke T. Mossman. "Alterations in Gene Expression in Human Mesothelial Cells Correlate with Mineral Pathogenicity." *American Journal of Respiratory Cell and Molecular Biology* 41, no. 1 (July 2009): 114–23. https://doi.org/10.1165/rcmb.2008-0146OC.

Shushan, A., O. Paltiel, J. Iscovich, U. Elchalal, T. Peretz, and J. G. Schenker. "Human Menopausal Gonadotropin and the Risk of Epithelial Ovarian Cancer." *Fertility and Sterility* 65, no. 1 (January 1996): 13–18.

Singh, Naveena, C. Blake Gilks, Lynn Hirschowitz, Sean Kehoe, Iain A. McNeish, Dianne Miller, Raj Naik, Nafisa Wilkinson, and W. Glenn McCluggage. "Primary Site Assignment in Tubo-Ovarian High-Grade Serous Carcinoma: Consensus Statement on Unifying Practice Worldwide." *Gynecologic Oncology* 141, no. 2 (2016): 195–98. https://doi.org/10.1016/j.ygyno.2015.10.022.

Sjösten, A. C. E., H. Ellis, and G. a. B. Edelstam. "Retrograde Migration of Glove Powder in the Human Female Genital Tract." *Human Reproduction* 19, no. 4 (April 1, 2004): 991–95. https://doi.org/10.1093/humrep/deh156.

Soini, Tuuli, Ritva Hurskainen, Seija Grénman, Johanna Mäenpää, Jorma Paavonen, and Eero Pukkala. "Cancer Risk in Women Using the Levonorgestrel-Releasing Intrauterine System in Finland." *Obstetrics and Gynecology* 124, no. 2 Pt 1 (August 2014): 292–99. https://doi.org/10.1097/AOG.0000000000000356.

Soong, Thing Rinda, Brooke E. Howitt, Alexander Miron, Neil S. Horowitz, Frank Campbell, Colleen M. Feltmate, Michael G. Muto, et al. "Evidence for Lineage Continuity between Early Serous Proliferations (ESPs) in the Fallopian Tube and Disseminated High-Grade Serous Carcinomas." *The Journal of Pathology*, July 25, 2018. https://doi.org/10.1002/path.5145.

Stanton, M. F., M. Layard, A. Tegeris, E. Miller, M. May, E. Morgan, and A. Smith. "Relation of Particle Dimension to Carcinogenicity in Amphibole Asbestoses and Other Fibrous Minerals." *Journal of the National Cancer Institute* 67, no. 5 (November 1981): 965–75.

Starman, Daniel H., Leslie A. Litzky, and Larry R. Kaiser. "Epidemiology of Malignant Pleural Mesothelioma." *UpToDate*, 2018.

Steiling, W., J. F. Almeida, H. Assaf Vandecasteele, S. Gilpin, T. Kawamoto, L. O'Keeffe, G. Pappa, K. Rettinger, H. Rothe, and A. M. Bowden. "Principles for the Safety Evaluation of Cosmetic Powders." *Toxicology Letters*, August 17, 2018. https://doi.org/10.1016/j.toxlet.2018.08.011.

Steiling, W., M. Bascompta, P. Carthew, G. Catalano, N. Corea, A. D'Haese, P. Jackson, et al. "Principle Considerations for the Risk Assessment of Sprayed Consumer Products." *Toxicology Letters* 227, no. 1 (May 16, 2014): 41–49. https://doi.org/10.1016/j.toxlet.2014.03.005.

Stewart, Louise M., C. D'Arcy J. Holman, Patrick Aboagye-Sarfo, Judith C. Finn, David B. Preen, and Roger Hart. "In Vitro Fertilization, Endometriosis, Nulliparity and Ovarian Cancer Risk." *Gynecologic Oncology* 128, no. 2 (February 2013): 260–64. https://doi.org/10.1016/j.ygyno.2012.10.023.

Stewart, Louise M., Katrina Spilsbury, Susan Jordan, Colin Stewart, C. D'Arcy J. Holman, Aime Powell, Joanne Reekie, and Paul Cohen. "Risk of High-Grade Serous Ovarian Cancer Associated with Pelvic Inflammatory Disease, Parity and Breast Cancer." *Cancer Epidemiology* 55 (August 2018): 110–16. https://doi.org/10.1016/j.canep.2018.05.011.

Straif, Kurt. "Update of the Scientific Evidence on Asbestos and Cancer." presented at the International Conference on Environmental and Occupational Determinants of Cancer: Interventions for Primary Prevention, Asturias (Avilés, Gijón), Spain, March 17, 2011.

"Talc." *IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans* 42 (1987): 185–224.

Tarchi, M., D. Orsi, P. Comba, M. De Santis, R. Pirastu, G. Battista, and M. Valiani. "Cohort Mortality Study of Rock Salt Workers in Italy." *American Journal of Industrial Medicine* 25, no. 2 (February 1994): 251–56.

Terry, Kathryn L., Stalo Karageorgi, Yurii B. Shvetsov, Melissa A. Merritt, Galina Lurie, Pamela J. Thompson, Michael E. Carney, et al. "Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859 Controls." *Cancer Prevention Research (Philadelphia, Pa.)* 6, no. 8 (August 2013): 811–21. https://doi.org/10.1158/1940-6207.CAPR-13-0037.

Tewari, Devansu, James J. Java, Ritu Salani, Deborah K. Armstrong, Maurie Markman, Thomas Herzog, Bradley J. Monk, and John K. Chan. "Long-Term Survival Advantage and Prognostic Factors Associated with Intraperitoneal Chemotherapy Treatment in Advanced Ovarian Cancer: A Gynecologic Oncology Group Study." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 33, no. 13 (May 1, 2015): 1460–66. https://doi.org/10.1200/JCO.2014.55.9898.

Thai, T. H., F. Du, J. T. Tsan, Y. Jin, A. Phung, M. A. Spillman, H. F. Massa, et al. "Mutations in the BRCA1-Associated RING Domain (BARD1) Gene in Primary Breast, Ovarian and Uterine Cancers." *Human Molecular Genetics* 7, no. 2 (February 1998): 195–202.

Thomas, Charles A., and Major G. Seelig. Powder lubricated surgeon's rubber glove. United States US2621333A, filed June 27, 1947, and issued December 16, 1952. https://patents.google.com/patent/US2621333/en.

Torre, Lindsey A., Britton Trabert, Carol E. DeSantis, Kimberly D. Miller, Goli Samimi, Carolyn D. Runowicz, Mia M. Gaudet, Ahmedin Jemal, and Rebecca L. Siegel. "Ovarian Cancer Statistics, 2018." *CA: A Cancer Journal for Clinicians* 68, no. 4 (July 2018): 284–96. https://doi.org/10.3322/caac.21456.

Trabert, Britton. "Body Powder and Ovarian Cancer Risk – What Is the Role of Recall Bias?" *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25, no. 10 (October 2016): 1369–70. https://doi.org/10.1158/1055-9965.EPI-16-0476.

Trabert, Britton, Ligia Pinto, Patricia Hartge, Troy Kemp, Amanda Black, Mark E. Sherman, Louise A. Brinton, et al. "Pre-Diagnostic Serum Levels of Inflammation Markers and Risk of Ovarian

Cancer in the Prostate, Lung, Colorectal and Ovarian Cancer (PLCO) Screening Trial." *Gynecologic Oncology* 135, no. 2 (November 2014): 297–304. https://doi.org/10.1016/j.ygyno.2014.08.025.

Trabert, Britton, Elizabeth M Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L Anderson, Theodore M Brasky, et al. "Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium." *JNCI: Journal of the National Cancer Institute*, May 31, 2018. https://doi.org/10.1093/jnci/djy100.

Trabert, Britton, Elizabeth M. Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L. Anderson, Theodore M. Brasky, et al. "Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium." *Journal of the National Cancer Institute* 111, no. 2 (2019). https://doi.org/10.1093/jnci/djy100.

Tsilidis, K K, N E Allen, T J Key, L Dossus, A Lukanova, K Bakken, E Lund, et al. "Oral Contraceptive Use and Reproductive Factors and Risk of Ovarian Cancer in the European Prospective Investigation into Cancer and Nutrition." *British Journal of Cancer* 105, no. 9 (October 25, 2011): 1436–42. https://doi.org/10.1038/bjc.2011.371.

Tsilidis, Konstantinos K., Naomi E. Allen, Timothy J. Key, Laure Dossus, Rudolf Kaaks, Kjersti Bakken, Eiliv Lund, et al. "Menopausal Hormone Therapy and Risk of Ovarian Cancer in the European Prospective Investigation into Cancer and Nutrition." *Cancer Causes & Control: CCC* 22, no. 8 (August 2011): 1075–84. https://doi.org/10.1007/s10552-011-9782-z.

Tworoger, Shelley S., Kathleen M. Fairfield, Graham A. Colditz, Bernard A. Rosner, and Susan E. Hankinson. "Association of Oral Contraceptive Use, Other Contraceptive Methods, and Infertility with Ovarian Cancer Risk." *American Journal of Epidemiology* 166, no. 8 (October 15, 2007): 894–901. https://doi.org/10.1093/aje/kwm157.

Tzonou, A., A. Polychronopoulou, C. C. Hsieh, A. Rebelakos, A. Karakatsani, and D. Trichopoulos. "Hair Dyes, Analgesics, Tranquilizers and Perineal Talc Application as Risk Factors for Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 55, no. 3 (September 30, 1993): 408–10.

US EPA. "Health Assessment Document for Talc. | National Technical Reports Library - NTIS." - 600/8-91/217, 1992. https://ntrl.ntis.gov/NTRL/dashboard/searchResults/titleDetail/PB92239524.xhtml.

Van Gosen, B. S., H.A. Lowers, S.J. Sutley, and C.A. Gent. "Using the Geologic Setting of Talc Deposits as an Indicator of Amphibole Asbestos Content." *Environmental Geology* 45, no. 7 (2004): 20. https://doi.org/10.1007/s00254-003-0955-2.

Vanderhyden, Barbara C, Tanya J Shaw, and Jean-François Ethier. "Animal Models of Ovarian Cancer." *Reproductive Biology and Endocrinology : RB&E* 1 (October 7, 2003): 67. https://doi.org/10.1186/1477-7827-1-67.

VanOrden, D. "Weight Percent Compositional Analysis of Seven RTV Talc Samples. Analytical Report to R. T. Vanderbilt Company, Inc. Submitted to Public Comments Record – C. W. Jameson, National Toxicology Program, 10th ROC Nominations 'Talc (Containing Asbestiform Fibers)'. 4 December 2000., National Toxicology Program.," November 22, 2000.

Vasama-Neuvonen, K., E. Pukkala, H. Paakkulainen, P. Mutanen, E. Weiderpass, P. Boffetta, N. Shen, T. Kauppinen, H. Vainio, and T. Partanen. "Ovarian Cancer and Occupational Exposures in Finland." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 83–89.

Vasey, Paul A., Gordon C. Jayson, Alan Gordon, Hani Gabra, Rob Coleman, Ronnie Atkinson, David Parkin, et al. "Phase III Randomized Trial of Docetaxel-Carboplatin versus Paclitaxel-

Carboplatin as First-Line Chemotherapy for Ovarian Carcinoma." *Journal of the National Cancer Institute* 96, no. 22 (November 17, 2004): 1682–91. https://doi.org/10.1093/jnci/djh323.

Venkatesan, Priya. "Possible X Chromosome-Linked Transmission of Ovarian Cancer." *The Lancet. Oncology* 19, no. 4 (April 2018): e185. https://doi.org/10.1016/S1470-2045(18)30183-9.

Venter, P. F., and M. Iturralde. "Migration of a Particulate Radioactive Tracer from the Vagina to the Peritoneal Cavity and Ovaries." *South African Medical Journal = Suid-Afrikaanse Tydskrif Vir Geneeskunde* 55, no. 23 (June 2, 1979): 917–19.

Verdoodt, Freija, Christian Dehlendorff, Søren Friis, and Susanne K. Kjaer. "Non-Aspirin NSAID Use and Ovarian Cancer Mortality." *Gynecologic Oncology* 150, no. 2 (2018): 331–37. https://doi.org/10.1016/j.ygyno.2018.06.018.

Vicus, Danielle, Amy Finch, Barry Rosen, Isabel Fan, Linda Bradley, Ilana Cass, Ping Sun, et al. "Risk Factors for Carcinoma of the Fallopian Tube in Women with and without a Germline BRCA Mutation." *Gynecologic Oncology* 118, no. 2 (August 1, 2010): 155–59. https://doi.org/10.1016/j.ygyno.2010.03.009.

Vineis, Paolo, Phyllis Illari, and Federica Russo. "Causality in Cancer Research: A Journey through Models in Molecular Epidemiology and Their Philosophical Interpretation." *Emerging Themes in Epidemiology* 14, no. 7 (2017). https://doi.org/DOI 10.1186/s12982-017-0061-7.

Virta, RL. "The Phase Relationship of Talc and Amphiboles in a Fibrous Talc Sample." IH; Report of Investigations, 1985. https://www.cdc.gov/niosh/nioshtic-2/10004328.html.

Vitonis, Allison F., Linda Titus-Ernstoff, and Daniel W. Cramer. "Assessing Ovarian Cancer Risk When Considering Elective Oophorectomy at the Time of Hysterectomy." *Obstetrics and Gynecology* 117, no. 5 (May 2011): 1042–50. https://doi.org/10.1097/AOG.0b013e318212fcb7.

Wang, Chunpeng, Zhenzhen Liang, Xin Liu, Qian Zhang, and Shuang Li. "The Association between Endometriosis, Tubal Ligation, Hysterectomy and Epithelial Ovarian Cancer: Meta-Analyses." *International Journal of Environmental Research and Public Health* 13, no. 11 (November 14, 2016): 1138. https://doi.org/10.3390/ijerph13111138.

Wang, Xiaorong, Sihao Lin, Ignatius Yu, Hong Qiu, Yajia Lan, and Eiji Yano. "Cause-Specific Mortality in a Chinese Chrysotile Textile Worker Cohort." *Cancer Science* 104, no. 2 (February 2013): 245–49. https://doi.org/10.1111/cas.12060.

Watson, Ian R., Koichi Takahashi, P. Andrew Futreal, and Lynda Chin. "Emerging Patterns of Somatic Mutations in Cancer." *Nature Reviews. Genetics* 14, no. 10 (October 2013): 703–18. https://doi.org/10.1038/nrg3539.

Wehner, A. P., A. S. Hall, R. E. Weller, E. A. Lepel, and R. E. Schirmer. "Do Particles Translocate from the Vagina to the Oviducts and Beyond?" *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 23, no. 3 (March 1985): 367–72.

Wehner, A. P., R. E. Weller, and E. A. Lepel. "On Talc Translocation from the Vagina to the Oviducts and Beyond." *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 24, no. 4 (April 1986): 329–38.

Weiss, W. "Cigarette Smoking and Lung Cancer Trends. A Light at the End of the Tunnel?" *Chest* 111, no. 5 (May 1997): 1414–16.

Wentzensen, Nicolas, Elizabeth M. Poole, Britton Trabert, Emily White, Alan A. Arslan, Alpa V. Patel, V. Wendy Setiawan, et al. "Ovarian Cancer Risk Factors by Histologic Subtype: An Analysis From the Ovarian Cancer Cohort Consortium." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 34, no. 24 (20 2016): 2888–98. https://doi.org/10.1200/JCO.2016.66.8178.

Werner, I. "Presence of Asbestos in Talc Samples." *Atemschutzinform* 21, no. 5 (1982).

Whiteman, David C., Michael F. G. Murphy, Linda S. Cook, Daniel W. Cramer, Patricia Hartge, Polly A. Marchbanks, Philip C. Nasca, Roberta B. Ness, David M. Purdie, and Harvey A. Risch. "Multiple Births and Risk of Epithelial Ovarian Cancer." *Journal of the National Cancer Institute* 92, no. 14 (July 19, 2000): 1172–77. https://doi.org/10.1093/jnci/92.14.1172.

Whittemore, A. S., R. Harris, and J. Itnyre. "Characteristics Relating to Ovarian Cancer Risk: Collaborative Analysis of 12 US Case-Control Studies. IV. The Pathogenesis of Epithelial Ovarian Cancer. Collaborative Ovarian Cancer Group." *American Journal of Epidemiology* 136, no. 10 (November 15, 1992): 1212–20.

Whittemore, A. S., M. L. Wu, R. S. Paffenbarger, D. L. Sarles, J. B. Kampert, S. Grosser, D. L. Jung, S. Ballon, and M. Hendrickson. "Personal and Environmental Characteristics Related to Epithelial Ovarian Cancer. II. Exposures to Talcum Powder, Tobacco, Alcohol, and Coffee." *American Journal of Epidemiology* 128, no. 6 (December 1988): 1228–40.

Whysner, J., and M. Mohan. "Perineal Application of Talc and Cornstarch Powders: Evaluation of Ovarian Cancer Risk." *American Journal of Obstetrics and Gynecology* 182, no. 3 (March 2000): 720–24.

Wignall, B.K., and A.J. Fox. "Mortality of Female Gas Mask Assemblers." *British Journal of Industrial Medicine* 39, no. 1 (1982): 34–38.

Wild, P. "Lung Cancer Risk and Talc Not Containing Asbestiform Fibres: A Review of the Epidemiological Evidence." *Occupational and Environmental Medicine* 63, no. 1 (January 2006): 4–9. https://doi.org/10.1136/oem.2005.020750.

Wolff, Henrik, Tapio Vehmas, Panu Oksa, Jorma Rantanen, and Harri Vainio. "Asbestos, Asbestosis, and Cancer, the Helsinki Criteria for Diagnosis and Attribution 2014: Recommendations." *Scandinavian Journal of Work, Environment & Health* 41, no. 1 (January 2015): 5–15. https://doi.org/10.5271/sjweh.3462.

Wong, C., R. E. Hempling, M. S. Piver, N. Natarajan, and C. J. Mettlin. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics and Gynecology* 93, no. 3 (March 1999): 372–76.

Woodruff, J. D. "The Pathogenesis of Ovarian Neoplasia." *The Johns Hopkins Medical Journal* 144, no. 4 (April 1979): 117–20.

Wright, H. R., J. C. Wheeler, J. A. Woods, J. Hesford, P. Taylor, and R. F. Edlich. "Potential Toxicity of Retrograde Uterine Passage of Particulate Matter." *Journal of Long-Term Effects of Medical Implants* 6, no. 3–4 (1996): 199–206.

Wu, A. H., C. L. Pearce, C.-C. Tseng, and M. C. Pike. "African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates." *Cancer Epidemiology Biomarkers & Prevention* 24, no. 7 (July 1, 2015): 1094–1100. https://doi.org/10.1158/1055-9965.EPI-15-0023.

Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, and Malcolm C. Pike. "African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 24, no. 7 (July 2015): 1094–1100. https://doi.org/10.1158/1055-9965.EPI-15-0023.

Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, Claire Templeman, and Malcolm C. Pike. "Markers of Inflammation and Risk of Ovarian Cancer in Los Angeles County." *International*

*Journal of Cancer. Journal International Du Cancer* 124, no. 6 (March 15, 2009): 1409–15. https://doi.org/10.1002/ijc.24091.

Wu, Song, Wei Zhu, Patricia Thompson, and Yusuf A. Hannun. "Evaluating Intrinsic and Non-Intrinsic Cancer Risk Factors." *Nature Communications* 9, no. 1 (August 28, 2018): 3490. https://doi.org/10.1038/s41467-018-05467-z.

Yan, Bin, Yuanlin Peng, and Chuan-Yuan Li. "Molecular Analysis of Genetic Instability Caused by Chronic Inflammation." *Methods in Molecular Biology (Clifton, N.J.)* 512 (2009): 15–28. https://doi.org/10.1007/978-1-60327-530-9_2.

Yan, Bin, Huili Wang, Zahid Rabbani, Yulin Zhao, Wenrong Li, Yuqing Yuan, Fang Li, Mark W. Dewhirst, and Chuan-Yuan Li. "Tumor Necrosis Factor-a Is a Potent Endogenous Mutagen That Promotes Cellular Transformation." *Cancer Research* 66 (December 15, 2006): 11565.

"You Can Steer Clients to Condoms Free from Potentially Harmful Talc: Condom Companies Agree to Produce without the Dry Lubricant." *Contraceptive Technology Update* 16, no. 11 (November 1995): 133–44.

Zazenski, R., W. H. Ashton, D. Briggs, M. Chudkowski, J. W. Kelse, L. MacEachern, E. F. McCarthy, M. A. Nordhauser, M. T. Roddy, and N. M. Teetsel. "Talc: Occurrence, Characterization, and Consumer Applications." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 218–29.

Zervomanoklakis, I, H.W. Ott, D Hadziomerovic, V. Mattle, B.E. Seeber, I. Virgolini, D. Heute, S. Kissler, G. Leyendecker, and L. Wildt. "Physiology of Upward Transport in the Human Female Genital Tract." *Annals of New York Acadamy of Sciences* 1101, no. 1 (2007): 1–20. https://doi.org/10.1196/annals.1389.032.

Zhao, Weixing, Justin B. Steinfeld, Fengshan Liang, Xiaoyong Chen, David G. Maranon, Chu Jian Ma, Youngho Kwon, et al. "BRCA1-BARD1 Promotes RAD51-Mediated Homologous DNA Pairing." *Nature* 550, no. 7676 (19 2017): 360–65. https://doi.org/10.1038/nature24060.

Exhibit C

**Rebecca Smith-Bindman Compensation and Prior Testimony**

Dr. Smith-Bindman's fees are $1,000/hr.  She has not testified in other cases during the previous four years.

Exhibit 8

Kevin Holcomb, M.D.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW JERSEY

- - -

IN RE:  JOHNSON &          :
JOHNSON TALCUM POWDER  :
PRODUCTS MARKETING,      :
SALES PRACTICES, AND    :   NO. 16-2738
PRODUCTS LIABILITY       :   (FLW) (LHG)
LITIGATION                   :
                                    :
THIS DOCUMENT RELATES  :
TO ALL CASES                :

- - -

March 27, 2019

- - -

                Videotaped deposition of
KEVIN HOLCOMB, M.D., taken pursuant to
notice, was held at Weil Gotshal &
Manges, LLP, 767 Fifth Avenue, New York,
New York, beginning at 9:53 a.m., on the
above date, before Michelle L. Gray, a
Registered Professional Reporter,
Certified Shorthand Reporter, Certified
Realtime Reporter, and Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Kevin Holcomb, M.D.

| Page 2 | Page 4 |
|---|---|

**Page 2**

1  APPEARANCES:
2
3  ROBINSON CALCAGNIE, INC
   BY: CYNTHIA L GARBER, ESQ
4  19 Corporate Plaza Drive
   Newport Beach, California 92660
5  (949) 720-1288
   cgarber@robinsonfirm com
6
7   - and -
8  BLOOD HURST & O'REARDON, LLP
   BY: PAULA R BROWN, ESQ
9  501 West Broadway
   Suite 1490
10 San Diego, California 92101
   (619) 338-1100
11 Pbrown@bholaw com
12  - and -
13 BEASLEY ALLEN, P C
   BY: MARGARET M THOMPSON, M D , ESQ
   BY: P LEIGH O'DELL, ESQ
14 218 Commerce Street
   Montgomery, Alabama 36104
15 (334) 269-2343
   Margaret thompson@beasleyallen com
16 leigh odell@beasleyallen com
   Representing the Plaintiffs
17
18
19
20
21
22
23
24

**Page 4**

1  APPEARANCES: (Cont'd.)
2
   TUCKER ELLIS, LLP
3  BY: JAMES W. MIZGALA, ESQ.
   233 South Wacker Drive
4  Suite 6950
   Chicago, Illinois 60606
5  (312) 624-6307
   james mizgala@tuckerellis.com
6  Representing the Defendant, PTI
   Royston LLC and PTI Union LLC
7
8  ALSO PRESENT:
9
   VIDEOTAPE TECHNICIAN:
10   Henry Marte
11
12
13
14
15
16
17
18
19
20
21
22
23
24

| Page 3 | Page 5 |
|---|---|

**Page 3**

1  APPEARANCES: (Cont'd )
2
3  NUTTER McCLENNEN & FISH, LLP
   BY: DAWN M CURRY, ESQ
4  155 Seaport Boulevard
   Boston, Massachusetts 02210
5  (617) 439-2286
   Dcurry@nutter com
6
7   - and -
8  DRINKER, BIDDLE & REATH, LLP
   BY: SUSAN M SHARKO, ESQ
9  600 Campus Drive
   Florham Park, New Jersey 07932
10 (973) 549-7000
   susan sharko@dbr com
11  - and -
12 WEIL GOTSHAL & MANGES, LLP
   BY: RICHARD M HEASLIP, ESQ
13 17 Hulfish Street, Suite 201
   Princeton, New Jersey 08542
14 (609) 986-1118
   richard heaslip@weil com
15 Representing the Defendants, Johnson
   & Johnson entities
16
17 SEYFARTH SHAW, LLP
   BY: RENÉE B APPEL, ESQ
18 975 F Street, NW
   Washington, D C 20004
19 (202) 463-2400
   rappel@seyfarth com
20 Representing the Defendant, PCPC
21
22
23
24

**Page 5**

1        - - -
2      I N D E X
3        - - -
4
   Testimony of:    KEVIN HOLCOMB, M.D.
5
   By Ms. Garber          12
6
7
8
9        - - -
10     E X H I B I T S
11       - - -
12
13 NO.      DESCRIPTION        PAGE
14 Holcomb-1  Excerpt from the     40
             Transcript of Kevin
15           Holcomb, MD, 5/7/18
             Page 56
16
   Holcomb-2  Excerpt from the     45
17           Transcript of Kevin
             Holcomb, MD, 5/7/18
18           Page 57
19 Holcomb-3  Excerpt from the     64
             Transcript of Kevin
20           Holcomb, MD, 5/7/18
             Page 103
21
   Holcomb-4  IARC Monographs      71
22           Arsenic, Metals, Fibres
             And Dusts
23           (Volume 100 C)
24

2 (Pages 2 to 5)

Kevin Holcomb, M.D.

Page 6

```
 1              - - -
 2      E X H I B I T S  (Cont'd.)
 3              - - -
 4
 5   NO.      DESCRIPTION      PAGE
 6   Holcomb-5   Notice of Oral and   102
                Videotaped Deposition
 7
     Holcomb-6   Supplemental    110
 8              Materials Received
                And Reviewed
 9              & Invoice
10   Holcomb-7   Expert Report of  114
                Kevin Holcomb, M.D.
11              For General Causation
                Daubert Hearing
12              2/25/19
13   Holcomb-8   Talc & Ovarian    180
                Cancer
14              (Narod)
15   Holcomb-9   Table 1         186
                Study Type, Year
16              Author Journal
17   Holcomb-10  Retire Statistical  199
                Significance
18              (Amrhein)
19   Holcomb-11  Draft Screening   220
                Assessment
20              December 2018
21   Holcomb-12  Systemic Review   224
                and Meta-Analysis
22              Of the Association
                Between Perineal
23              Use of Talc and Risk
                Of Ovarian Cancer
24              (Taher)
```

Page 8

```
 1              - - -
 2      E X H I B I T S  (Cont'd.)
 3              - - -
 4
 5   NO.      DESCRIPTION      PAGE
 6   Holcomb-19  Reports,        344
                Prospective Study of
 7              Talc Use and Ovarian
                Cancer
 8              (Gertig)
 9   Holcomb-20  Risk Factors for   363
                Epithelial Ovarian
10              Cancer by
                Histologic Subtype
11              (Gates)
12   Holcomb-21  Perineal Powder Use  377
                And Risk of Ovarian
13              Cancer
                (Houghton)
14
     Holcomb-22  Douching, Talc Use  403
15              And Risk of Ovarian
                Cancer
16              (Gonzalez)
17   Holcomb-23  Perineal Talc Use   406
                and Ovarian Cancer
18              A Systematic Review
                And Metal-Analysis
19              (Penninkilampi)
20   Holcomb-24  Demonstrative    407
                TPP and Ovarian
21              And TPP Serous Cancer
                Meta-Analyses
22
23
24
```

Page 7

```
 1              - - -
 2      E X H I B I T S  (Cont'd )
 3              - - -
 4
 5   NO       DESCRIPTION      PAGE
 6   Holcomb-13  Perineal Talc    255
                Exposure and Epithelial
 7              Ovarian Cancer Risk in
                the Central Valley of
 8              California
                (Mills)
 9
     Holcomb-14  Perineal Use of   271
10              Talc and Risk of
                Ovarian Cancer
11              (Langseth)
12   Holcomb-15  Association Between  273
                Body Powder Use and
13              Ovarian Cancer:
                The African American
14              Cancer Epidemiology Study
                (AACES)
15              (Schildkraut)
16   Holcomb-16  Six Persistent    281
                Research
17              Misconceptions
                (Rothman)
18
     Holcomb-17  Weill Cornell     292
19              Medicine, Evidence-
                Based Medicine, EBM
20              Defined
                (Straus)
21
     Holcomb-18  Ovulation and Risk  302
22              Of Epithelial Ovarian
                Cancer
23              (Purdie)
24
```

Page 9

```
 1              - - -
 2      E X H I B I T S  (Cont'd )
 3              - - -
 4
 5   NO       DESCRIPTION      PAGE
 6   Holcomb-25  FDA Letter, 4/1/14  424
                To Epstein from Musser
 7              RE, Docket Numbers
                JNJ 000489048-54
 8
     Holcomb-26  American Journal of  468
 9              Respiratory and
                Critical Care Medicine
10              Talc Should Not Be Used
                For Pleurodeses in
11              Patients with Nonmalignant
                Pleural Effusions
12              (Ghio)
13   Holcomb-27  Genital Use of Talc  471
                And Risk of Ovarian
14              Cancer:  A Meta-Analysis
                (Berge)
15
     Holcomb-28  Epithelial Ovarian  486
16              Cancer
                (Lheureux)
17
     Holcomb-29  What is New in     488
18              Ovarian Cancer?
                (Wright)
19
     Holcomb-30  FDA Advises Consumers  496
20              To Stop Using Certain
                Claire's Cosmetic
21              Products
22   Holcomb-31  Ingredients Talc   503
                (FDA Website)
23
24
```

3 (Pages 6 to 9)

Kevin Holcomb, M.D.

Page 10

```
1              - - -
2       DEPOSITION SUPPORT INDEX
3              - - -
4
5   Direction to Witness Not to Answer
6   PAGE  LINE
    None.
7
8   Request for Production of Documents
9   PAGE  LINE
    None.
10
11  Stipulations
12  PAGE  LINE
    None.
13
14  Questions Marked
15  PAGE  LINE
    None.
16
17
18
19
20
21
22
23
24
```

Page 11

```
1              - - -
2        THE VIDEOGRAPHER:  We are
3   now on the record.  My name is
4   Henry Marte.  I am a videographer
5   with Golkow Litigation Services.
6        Today's date is March 27,
7   2019, and the time is 9:53 a.m.
8        This videotaped deposition
9   is being held at 767 Fifth Avenue,
10  New York, New York in the matter
11  of Talcum Powder Litigation.
12       The deponent today is
13  Dr. Kevin Holcomb.
14       All appearances are noted on
15  the stenographic record.
16       Will the court reporter
17  please administer the oath.
18             - - -
19  ... KEVIN HOLCOMB, M.D.,
20  having been first duly sworn, was
21  examined and testified as follows:
22             - - -
23       EXAMINATION
24             - - -
```

Page 12

```
1        BY MS. GARBER:
2        Q.   Good morning, Doctor.
3        A.   Good morning.
4        Q.   Would you please state your
5   name for the record?
6        A.   Yes.  My name is Kevin
7   Holcomb.
8        Q.   And you're a medical doctor?
9        A.   Yes, I am.
10       Q.   Are you a gynecologic
11  oncologist?
12       A.   I am.
13       Q.   And are you a practicing
14  gynecologic oncologist?
15       A.   I am.
16       Q.   Where do you practice?
17       A.   I practice at Weill Cornell
18  Medical Center.
19       Q.   Thank you.  Are you here
20  today as a litigation expert for the
21  defendant, Johnson & Johnson?
22       A.   I am.
23       Q.   And this is not the first
24  time you've testified for the defendant
```

Page 13

```
1   Johnson & Johnson regarding their talcum
2   powder products and risk of ovarian
3   cancer; is that true?
4        A.   That's true.
5        Q.   You testified in deposition
6   and at trial in the Ingham matter; is
7   that correct?
8        A.   That's correct.
9        Q.   Have you ever testified in
10  deposition or trial in any other talcum
11  powder ovarian cancer cases?
12       A.   No, I haven't.
13       Q.   Doctor, have you been sued
14  in connection with your own medical care
15  and treatment?
16       A.   Yes, I have.
17       Q.   How many times?
18       A.   Probably about three.
19       Q.   Doctor, if you testified in
20  a prior matter that it was four times,
21  does that refresh your recollection?
22       A.   It's possible.
23       Q.   Are all of the matters
24  wherein you were sued as a medical
```

4 (Pages 10 to 13)

Kevin Holcomb, M.D.

Page 14

1    defendant resolved in one way or another?
2        A.   I believe there's still one
3    outstanding.
4        Q.   What is the name of that
5    matter?
6        A.   I'm trying to remember the
7    patient's last name. I'm sorry. I don't
8    remember the last name of the patient,
9    sorry.
10       Q.   Where was that case venued?
11       A.   In New York.
12       Q.   And is it accurate, Doctor,
13   that none of those matters concern
14   diagnosis and/or treatment of ovarian
15   cancer?
16       A.   That's true.
17       Q.   Is the nature of the matter
18   that's still open in connection with
19   performance of robotic surgery?
20       A.   Yes.
21       Q.   Thank you. So I don't know
22   the last time that you've been deposed.
23   Has it been since the Ingham matter?
24       A.   That was the last time.

Page 15

1        Q.   All right. I'll go through
2    the admonitions that typically accompany
3    the deposition process so we've reviewed
4    the most important ones. Okay?
5        A.   Okay.
6        Q.   All right. You've taken an
7    oath to tell the truth under penalty of
8    perjury. And, Doctor, you understand
9    that that oath carries the same force and
10   effect as if you were testifying in a
11   court of law even though you are in an
12   informal setting of this conference room.
13   Do you understand that?
14       A.   I do.
15       Q.   And you've given depositions
16   so you know that the court reporter is
17   going to be taking down what's said, and
18   we want to avoid talking over one
19   another.
20            You're doing a good job of
21   waiting for my question. And I'll try to
22   do the same, wait for your answer, so we
23   get a clear record. Okay?
24       A.   Okay.

Page 16

1        Q.   If you don't understand one
2    of my questions, I'm bound to be unartful
3    at times, and I don't want you to guess
4    at what you think I'm asking you. Just
5    please ask me to clarify. Because if you
6    don't I'm going to assume that you
7    understood my question. Is that fair?
8        A.   That's fair.
9        Q.   All right. I just want to
10   kind of clear up a few definitions so
11   we're on the same page. Okay?
12            When I refer to talcum
13   powder products today, will you
14   understand that that includes Johnson &
15   Johnson's Baby Powder and Shower to
16   Shower products?
17       A.   Yes.
18       Q.   And in your report you use
19   the word talc. Is that fair to assume
20   that you are including Johnson &
21   Johnson's Baby Powder and Shower to
22   Shower products?
23            MS. CURRY: Objection to
24   form.

Page 17

1            THE WITNESS: That's true.
2    BY MS. GARBER:
3        Q.   What is a carcinogen?
4        A.   A carcinogen is something
5    that causes cancer.
6        Q.   What does it mean to be
7    carcinogenic?
8        A.   To have the ability to cause
9    cancer.
10       Q.   What is a risk factor in the
11   context of ovarian cancer?
12            MS. CURRY: Objection to
13   form.
14            THE WITNESS: A risk factor
15       is something that's associated
16       with a higher likelihood of
17       developing a cancer.
18   BY MS. GARBER:
19       Q.   How do you define higher
20   likelihood?
21       A.   More likely than if you
22   hadn't been exposed.
23       Q.   To a medical degree of
24   certainty?

5 (Pages 14 to 17)

Kevin Holcomb, M.D.

Page 18

1          MS. CURRY:  Objection to
2     form.
3          THE WITNESS:  Typically that
4     is something that I would relate
5     to statistical analysis from
6     studies.  So there would be
7     statistical definitions.
8     BY MS. GARBER:
9          Q.   Rather than a medical degree
10    of certainty, correct?
11         MS. CURRY:  Objection to
12    form.
13         THE WITNESS:  My medical
14    degree of certainty is often based
15    on the statistical results of
16    tests.
17    BY MS. GARBER:
18         Q.   How do you define a causal
19    factor in the context of ovarian cancer?
20         A.   A causal factor would be
21    something that you know caused the
22    cancer.
23         Q.   How do you know if it caused
24    cancer?

Page 19

1          MS. CURRY:  Objection to
2     form.
3          THE WITNESS:  Well, in the
4     context of any individual patient,
5     I can't say what caused their
6     cancer.  So I think it's
7     impossible to say on an individual
8     level that you've seen that.
9     Outside of the individual, if you
10    have a substance that can
11    transform cells into a malignant
12    phenotype in a cell culture for
13    example, that would be evidence of
14    a carcinogen.
15    BY MS. GARBER:
16         Q.   What is your definition of
17    the phrase latency period in the context
18    of ovarian cancer?
19         MS. CURRY:  Objection to
20    form.
21         THE WITNESS:  In the context
22    of ovarian cancer -- well, the
23    latency period in any cancer is
24    the time between the initial

Page 20

1     exposure to a known carcinogen and
2     the development of the cancer that
3     it's associated with, that it
4     causes.
5     BY MS. GARBER:
6          Q.   You used the phrase "known
7     carcinogen."  How do you know if it's a
8     known carcinogen?
9          A.   Well, if it's not a
10    carcinogen, you can't really have a
11    latency period.
12         Q.   In the performance of a
13    study assessing whether or not it's a
14    carcinogen, you can nevertheless still
15    have a latency period for purposes of
16    determining follow-up and things of that
17    nature, correct?
18         A.   No, I don't think --
19         MS. CURRY:  Objection to
20    form.
21         THE WITNESS:  I don't agree
22    with that.
23    BY MS. GARBER:
24         Q.   You don't?

Page 21

1          A.   No.
2          Q.   All right.  Do you have an
3     opinion as to the latency period for
4     ovarian cancer?
5          A.   In general, I think to
6     define the latency period, you have to,
7     one, start with a carcinogen, and then
8     have data showing that you have an idea
9     from the time of first exposure to that
10    carcinogen to the development of the
11    disease in question.
12         So latency periods are going
13    to be specific to whichever carcinogen
14    you're speaking about.
15         Q.   Okay.  Fair enough.  Is
16    serous ovarian cancer included under the
17    umbrella of epithelial ovarian cancer?
18         A.   It is.
19         Q.   So in other words, serous
20    ovarian cancer is ovarian cancer, right?
21         A.   It's a type of ovarian
22    cancer, yes.
23         Q.   Let's talk about some of
24    your qualifications, okay.  Is it

6 (Pages 18 to 21)

Kevin Holcomb, M.D.

Page 22

1    accurate, Doctor, that you've never
2    conducted research experiments regarding
3    the effects of talcum powder products and
4    its carcinogenicity?
5        A.   That's true.
6        Q.   And in your CV it shows that
7    you've never published regarding talcum
8    powder products and ovarian cancer,
9    right?
10       A.   That's true.
11       Q.   Is it also true that you've
12   never published regarding talcum powder
13   products, asbestos, and ovarian cancer?
14       A.   That's true.
15       Q.   You don't have any
16   publications about asbestos at all,
17   correct?
18       A.   That's true.
19       Q.   And you don't have any
20   publications with regard to talcum powder
21   products at all, correct?
22       A.   That's true.
23       Q.   Have you ever created or
24   written any presentations regarding

Page 23

1    talcum powder products and ovarian
2    cancer?
3        A.   No.  I've created materials
4    on ovarian cancer and its risk factors
5    and general educational information for
6    the students -- medical students,
7    residents and fellows.  But not
8    particularly with regard to talc.
9        Q.   Did any of -- were those in
10   regard to risk factors and ovarian cancer
11   risk?
12       A.   Yes.
13       Q.   And did any of those
14   materials address the issue of talc one
15   way or another?
16       A.   No.
17       Q.   So let me clarify my
18   question.  Is it accurate, Doctor, that
19   in those presentations that you've
20   created with regard to risk factors for
21   ovarian cancer, you've never made an
22   affirmative statement in any of those
23   that talc is not a risk factor; is that
24   true?

Page 24

1            MS. CURRY:  Object to the
2    form.
3            THE WITNESS:  I'm a little
4    confused by the question.  Because
5    if you are giving a lecture and
6    you're listing what you consider
7    risk factors, anything that's not
8    on that list you are not
9    mentioning as a risk factor, so
10   you're -- you're asking me have I
11   formed a negative?
12   BY MS. GARBER:
13       Q.   Yeah, well, and I appreciate
14   you asking for clarification, because I
15   don't think my question was a good one,
16   so thank you.
17           I just want to be sure I
18   understand the -- the nature of your
19   presentation.
20           In your presentation you've
21   never actually used the word talc in any
22   of your presentations with regard to risk
23   factors and ovarian cancer; is that true?
24       A.   No.

Page 25

1        Q.   What percentage of your
2    current patients have been diagnosed with
3    female reproductive cancer including
4    ovarian cancer?
5        A.   I'd say about 70 percent of
6    my patients have malignant.
7        Q.   Can you break that down by
8    way of ovarian cancer?
9        A.   Out of that 70 percent,
10   probably 30 percent are ovarian.
11       Q.   For the 30 or so percent
12   that have not been diagnosed with a
13   malignancy, do you counsel them with
14   regard to risk factors?
15           MS. CURRY:  Objection to
16   form.
17           MS. GARBER:  I wasn't done
18   yet.  I'll start again.
19   BY MS. GARBER:
20       Q.   With regard to the
21   30 percent of your patients that have not
22   been diagnosed with malignancy, is it
23   your custom and practice to counsel them
24   with regard to risk factors for cancer in

7 (Pages 22 to 25)

Kevin Holcomb, M.D.

Page 26

1    general?
2         MS. CURRY:  Objection to
3    form.
4         THE WITNESS:  I take a
5    formal history and a complete
6    history, and I will address any
7    issues that I may bring up.  But
8    giving a general lecture to each
9    patient on the risk factors for
10   cancers, it would only come up in
11   questions.
12   BY MS. GARBER:
13        Q.   When you take a history,
14   Doctor, do you ask for a patient's
15   exposure to asbestos?
16        A.   When I'm taking a history I
17   do question patients about their
18   occupations, and that would be the only
19   thing I can think of where an asbestos
20   exposure would likely be revealed.
21        Q.   Do you know how long it
22   takes to conduct an asbestos history?
23        MS. CURRY:  Object to form.
24   BY MS. GARBER:

Page 27

1         Q.   A thorough asbestos history
2    of a patient?
3         MS. CURRY:  Same objection.
4         THE WITNESS:  No, I don't.
5    BY MS. GARBER:
6         Q.   When you take a history, do
7    you ask patients about their exposure to
8    talcum powder products?
9         A.   No.
10        Q.   Why do you ask them about
11   their occupation and put that in the
12   context of asbestos?
13        MS. CURRY:  Object to the
14   form.
15        THE WITNESS:  That's not why
16   I'm asking them about the
17   occupational history.  I was
18   thinking, was there any chance of
19   asbestos exposure coming up in my
20   routine questioning, and I thought
21   that would be the only area that I
22   could think of it coming up.
23   BY MS. GARBER:
24        Q.   And do you relate that to

Page 28

1    any certain risk of any certain type of
2    cancer?
3         MS. CURRY:  Object to the
4    form.
5         THE WITNESS:  Well, I'm
6    aware that heavy occupational
7    exposure to asbestos has been
8    determined by at least some to be
9    a cause of ovarian cancer.  So I
10   guess if -- if it came out through
11   a history that a patient had
12   engaged in any of those type of
13   practices, it would -- it would
14   catch my attention.
15   BY MS. GARBER:
16        Q.   Thank you.
17        How many publications do you
18   have to your credit about the causes of
19   ovarian cancer over your career?
20        A.   I don't believe any of my
21   publications are addressing the causes of
22   ovarian cancer.
23        Q.   Women place talcum powder
24   products on their genitals to stay fresh

Page 29

1    and clean, right?
2         MS. CURRY:  Object to the
3    form.
4         THE WITNESS:  I'm not sure
5    why every individual uses talcum
6    powder.
7    BY MS. GARBER:
8         Q.   Do you understand that women
9    place talcum powder products on their
10   genitals?
11        A.   Yes, I do.
12        Q.   And do you understand that
13   women place talcum powder products on
14   their body?
15        A.   Yes, I do.
16        Q.   And of course, you
17   understand that women in the United
18   States were likely diapered with talcum
19   powder products, correct?
20        MS. CURRY:  Object to the
21   form.
22        THE WITNESS:  I'm not sure
23   of the frequency of using it for
24   diaper.

8  (Pages 26 to 29)

Kevin Holcomb, M.D.

Page 30

1    BY MS. GARBER:
2        Q.   But you understand that at
3    least some portion of the population in
4    the United States was diapered with
5    talcum powder products, right?
6        A.   I do understand that.
7        Q.   Are you aware of data that
8    indicates that there are women now with
9    ovarian cancer who use talc on their
10   genitals in the 1950s, '60s, and early
11   1970s?
12       A.   Could you repeat the
13   question.
14       Q.   Sure.  Are you aware of data
15   that indicates that there are women now
16   with ovarian cancer who used talc on
17   their genitals in the 1950s, '60s, and
18   early 1970s?
19       MR. MIZGALA:  Object to
20   form.
21       MS. GARBER:  Are we --
22   sorry.  Are we going to have one
23   person objecting for the group?  I
24   thought that was CMO 11.

Page 31

1        MS. SHARKO:  No that's not
2    the in the CMO.  He doesn't
3    represent J&J.
4        MS. GARBER:  I thought I
5    read one objection was for all.
6        MS. SHARKO:  Sometimes we do
7    that.
8    BY MS. GARBER:
9        Q.   Go ahead, Doctor.  I forgot
10   my question.  Do you remember it?
11       A.   If you would repeat it, I'd
12   appreciate it.
13       Q.   Sure.  Let me see if you
14   answered it.  So my question is, are you
15   aware of data that indicates women now
16   with ovarian cancer who used talcum
17   powder products on their genitals in the
18   early 1950s, '60s, and 1970s?
19       A.   I think your question was am
20   I aware of any studies that suggest this.
21   And I'd have to say, I'd have to look
22   through each specific study to see do
23   they mention that in particular.
24       Q.   Sure.  That wasn't my

Page 32

1    question.  So I'll ask it again.
2        Doctor, are you aware of
3    data that indicates that there are women
4    now with ovarian cancer who used talc on
5    their genitals in the 1950s, '60s, and
6    '70s, any data?
7        MR. MIZGALA:  Objection.
8        THE WITNESS:  I'm not aware
9    of any specific data, no.
10   BY MS. GARBER:
11       Q.   Do you agree generally,
12   Doctor, that there are women now in the
13   United States with ovarian cancer who
14   were diapered with Johnson & Johnson Baby
15   Powder in the 1950s, '60s, and early
16   1970s?
17       MS. CURRY:  Object to the
18   form.
19       THE WITNESS:  I don't have
20   any specific data on people being
21   diapered in the '50s and '60s.  So
22   no, I'd have to say no.
23   BY MS. GARBER:
24       Q.   Okay.  Johnson & Johnson

Page 33

1    talcum powder products are cosmetic
2    products, not medications, right?
3        A.   That's true.
4        Q.   There's no medical benefits
5    for women to use defendant's talcum
6    powder products on their genitals, right?
7        MS. CURRY:  Objection to
8    form.
9        THE WITNESS:  No, I would
10   disagree with that.
11   BY MS. GARBER:
12       Q.   There's medical benefits?
13       MS. CURRY:  Object to the
14   form.
15       THE WITNESS:  I think you're
16   using a term "medical benefit."
17   I'm not sure if you can first
18   clarify what you mean by medical
19   benefit.
20   BY MS. GARBER:
21       Q.   Sure.  You've done a
22   risk/benefit assessment of, say, a drug
23   or a medication, right?  You know what
24   that means, don't you?

9 (Pages 30 to 33)

Kevin Holcomb, M.D.

Page 34

1     A.   I do.
2     Q.   All right.  And what do you
3  think that means, when I say a
4  risk/benefit in the context of a
5  medication?
6     A.   A risk/benefit would be an
7  analysis of the reason why the person is
8  using the drug versus the risk of using
9  the drug.
10    Q.   Right.  And so the benefit
11 is the reason they are using the drug,
12 right?
13    A.   Right.
14    Q.   It has to have some sort of
15 efficacy or benefit, right?
16    A.   Right.
17       MS. CURRY:  Object to the
18 form.
19 BY MS. GARBER:
20    Q.   So my question is now take
21 that to talc and talcum powder products.
22       There's no medical benefit
23 in that context, is there?
24       MS. CURRY:  Object to the

Page 35

1  form.
2        THE WITNESS:  I'm assuming a
3     practice that has endured for this
4     long of time, there must be a
5     perception on the people who are
6     using it that they are benefiting
7     from it in some form or fashion.
8  BY MS. GARBER:
9     Q.   Sure.  My question is a
10 little different.
11       Is -- is there a medical
12 benefit to using talcum powder products
13 in the same context as, say, a
14 medication, drug, something like that?
15       MS. CURRY:  Object to the
16 form.
17       THE WITNESS:  Yeah, I would
18    say there is.
19 BY MS. GARBER:
20    Q.   There isn't or --
21    A.   There is, I would say.
22    Q.   There is?  So you would tell
23 a patient to use talcum powder products
24 for a medical benefit?

Page 36

1        MS. CURRY:  Object to the
2     form.
3        THE WITNESS:  That wasn't --
4     no, I wouldn't.  But I believe
5     your question was, is there a
6     medical benefit.  And that's in
7     the eye of the patient who's using
8     it.  And I would have to ask her
9     why she's using it.
10       For example, if someone says
11    I'm diabetic, I get yeast
12    infections when I'm moist, and I
13    find that talcum keeps me dry and
14    I have less yeast infections, I
15    would say that's probably a
16    medical benefit to that
17    individual.
18 BY MS. GARBER:
19    Q.   But talcum powder products
20 do not fall under the rubric of a
21 medication for purposes of regulatory;
22 isn't that true?
23    A.   That's true.  But things
24 that fall under the rubric of medications

Page 37

1  that we prescribe pretty regularly that
2  are just quality of life issues are
3  considered medications.  I mean there are
4  medications that prevent hot flashes.  I
5  don't believe anybody can point to a
6  specific medical benefit of stopping hot
7  flashes, but there's still medications
8  for that use.
9     Q.   Doctor, you've been
10 designated as an expert by Johnson &
11 Johnson in the talcum powder litigation
12 in the multi-district litigation; is that
13 right?
14    A.   That's true.
15    Q.   And you understand that
16 we're here today to take your deposition
17 to get all your opinions and the bases of
18 those opinions so we can prepare for
19 briefings, hearings, and trial.
20       Do you understand that?
21    A.   Yes.
22    Q.   When were you first retained
23 in the talcum powder ovarian cancer
24 litigation generally, not in the MDL,

10  (Pages 34 to 37)

Kevin Holcomb, M.D.

Page 38

1  just in general?
2        A.   The Ingham case was my only
3  other involvement.  And I believe that.
4  That interaction began late.  Probably
5  November -- let me think.  I guess that
6  would be November of 2017 then.
7        No, I'm sorry, more like
8  January.  I think it was more like
9  January of 2018 then.
10        Q.   Were there any documents
11  that would refresh your recollection in
12  that regard?
13        A.   Not that I can think of.
14        Q.   You are not an asbestos
15  expert, are you?
16        A.   No.
17        Q.   Before you were hired by
18  Johnson & Johnson regarding talcum powder
19  products, is it fair to say that your
20  understanding of asbestos was pretty
21  limited?
22        MS. CURRY:  Object to the
23  form.
24        THE WITNESS:  I'm not sure

Page 39

1        what you mean by limited.
2  BY MS. GARBER:
3        Q.   Did you testify that it was
4  pretty limited in a prior case?
5        MS. CURRY:  Object to the
6        form.
7        THE WITNESS:  When I -- if I
8        had used the term limited, I guess
9        I was referring to its role in
10        gynecologic oncology.
11        I'm not an expert in
12        asbestos in any way.  But I
13        probably have the same amount of
14        knowledge as anyone else.
15  BY MS. GARBER:
16        Q.   Doctor, let's look at your
17  prior testimony, if we can.
18        I'm going to mark as
19  Exhibit 1 -- no, I'm not going to mark it
20  for now.
21        Doctor, let me pass you
22  over --
23        MS. CURRY:  Do you have a
24        copy of the full transcript?

Page 40

1        MS. GARBER:  I do.
2  BY MS. GARBER:
3        Q.   Doctor, if I could call your
4  attention to --
5        MS. GARBER:  You know what,
6  I am going to mark this as
7  Exhibit 1.
8        Can I have that back,
9  Doctor?
10        THE WITNESS:  Sure.
11        MS. GARBER:  Sorry.
12        (Document marked for
13  identification as Exhibit
14  Holcomb-1.)
15  BY MS. GARBER:
16        Q.   I don't mean to throw these
17  at you.
18        A.   I didn't take offense.
19        Q.   I apologize.
20        So the front page of
21  Exhibit 1 indicates that this is a
22  deposition transcript on May 7th, 2018,
23  in the Ingham case; is that correct?
24        A.   That's correct.

Page 41

1        Q.   And on the front page it
2  indicates that you are the deponent,
3  correct?
4        A.   That I am the?
5        Q.   Person who was being
6  deposed.
7        Does your name --
8        A.   Yes.
9        Q.   Yes, it is.
10        And then, Doctor, if you
11  turn to Page 56 of the transcript, lines
12  2 through 8, I will read it.
13        "Question:  In fact, is it
14  fair to say that, B, until you began
15  consulting for Johnson & Johnson, your
16  understanding of the different fibers of
17  asbestos that exist was -- was pretty
18  limited?
19        And then question:  "Is that
20  fair to say?"
21        And the answer was:  "That's
22  fair to say."
23        So, Doctor, you agree that
24  your understanding of asbestos was pretty

11 (Pages 38 to 41)

Kevin Holcomb, M.D.

Page 42

1  limited before you were hired by J&J,
2  correct?
3       MS. CURRY:  Object to the
4  form.
5       THE WITNESS:  Your prior
6  question just asked me about my
7  understanding of -- of asbestos
8  and was proceeded by my admitting
9  that I'm not an asbestos
10  specialist.
11       This testimony has to do
12  with my understanding of the
13  different fiber types of asbestos.
14  So I think there's a little bit of
15  a difference in what I was
16  testifying about here and your
17  question.  But I don't see the
18  inconsistency.
19  BY MS. GARBER:
20    Q.   Okay.  Fair enough.
21       As to the fibers, before you
22  were hired by J&J and consulting for
23  them, you weren't even aware what an
24  amphibole was, right?

Page 43

1    A.   No.
2    Q.   All right.  When were you
3  first retained in the MDL talc
4  litigation?
5    A.   That, I believe, was around
6  November of 2018.
7    Q.   And what was your
8  understanding of your assignment when you
9  were hired in the MDL?
10    A.   My understanding with that,
11  was that I was -- I was being asked for
12  my opinion based on my assessment of the
13  existing body of literature in the area
14  of whether talc causes ovarian cancers.
15    Q.   We're going to get to the
16  body of literature in a moment.  But were
17  you asked to do anything else?  Or
18  what -- strike that.
19       What was your understanding
20  of your assignment?  Did it -- did it
21  entail anything else?
22       MS. CURRY:  Object to the
23  form.
24       THE WITNESS:  I believe it

Page 44

1  entailed what I thought was
2  necessary to offer an opinion on
3  the question of whether talc use
4  causes ovarian cancer.
5  BY MS. GARBER:
6    Q.   At the time that you were
7  hired by Johnson & Johnson to do work in
8  the MDL, you already harbored -- harbored
9  causation opinions based on the work that
10  you did attendant to the Ingham cases,
11  correct?
12    A.   That's correct.
13    Q.   Isn't it true that in the
14  Ingham case you formed your opinion that
15  talcum powder products do not cause
16  ovarian cancer based on review of 61
17  published studies provided to you by
18  counsel for Johnson & Johnson?
19       MS. CURRY:  Object to the
20  form.
21       THE WITNESS:  That's --
22  that's not true.  My opinion that
23  talc did not cause ovarian cancer
24  preceded my involvement with

Page 45

1  Ingham.
2       But, yes, that reliance list
3  helped further confirm that
4  feeling.
5       (Document marked for
6  identification as Exhibit
7  Holcomb-2.)
8  BY MS. GARBER:
9    Q.   Doctor, I'm going to mark as
10  Exhibit 2 another deposition transcript.
11       Doctor, this is -- Exhibit 2
12  is the same front transcript, the Ingham
13  matter, and on your deposition taken on
14  May 7, 2018, right?
15    A.   Yes.
16    Q.   And at Page 57, Lines 10
17  through 14, question reads:
18       "Are the 61 reliance
19  materials cited in Exhibit 4 the complete
20  universe of the materials that you relied
21  upon in order to form your opinions in
22  that case?
23       "Answer:  Yes."
24       Is your testimony different

12 (Pages 42 to 45)

Kevin Holcomb, M.D.

Page 46

1    today, Doctor?
2         MS. CURRY:  Object to the
3    form.
4         THE WITNESS:  No, it's not
5    any different.  The -- I can't
6    think of anything that was outside
7    of this data that I reviewed for
8    this case that I had not seen
9    prior.
10         My testimony today is that
11    my opinion about the causal
12    relationship of talc and ovarian
13    cancer preceded my involvement in
14    Ingham.  And your question asked
15    me, or you stated in your question
16    that my opinion was developed
17    during Ingham, or that was my
18    understanding of your question.
19    And that's all I was trying to
20    clarify.
21    BY MS. GARBER:
22         Q.   Your universe of the data
23    that you relied on in the Ingham matter
24    consisted of 61 published studies

Page 47

1    provided to you by counsel for J&J.
2         MS. CURRY:  Object to the
3    form.
4    BY MS. GARBER:
5         Q.   Right?
6         A.   To be honest, some of the
7    materials I found on my own.  Some of it
8    was provided by J&J.
9         And again, I -- I don't know
10    if you mean to be doing this, but I just
11    want to clarify.  If I read some of this
12    material years ago and had come to an
13    independent opinion about this, and then
14    I read it again, I don't -- I just want
15    to clarify, that my opinion is not being
16    made during that case.
17         Q.   The 61 studies that were
18    reflected on a reference list were the
19    universe of studies that formed your
20    opinion in the Ingham case, correct?
21         A.   Yes.
22         Q.   Thank you.
23         You testified that the key
24    literature that formed the basis of your

Page 48

1    opinion in the Ingham case were the
2    cohort studies which included gate --
3    Gertig, Gates 2010, Houghton, and
4    Gonzalez, Heller 1996, and IARC 2010 and
5    IARC 2012.
6         Is that correct?
7         MS. CURRY:  Object to form.
8         THE WITNESS:  No.  You're --
9    you're piquing my memory of
10    this -- of this -- because I
11    realize I only have two pages of
12    it.
13         But repeatedly the counsel
14    who was taking my deposition
15    attempted to limit, as you are
16    defining them, as key pieces of
17    information.  My -- my opinion was
18    based on the totality of all the
19    data.
20         That -- that answer just did
21    not seem acceptable at the time,
22    and there was this attempt to
23    constantly drill down to me
24    identifying a few studies that I

Page 49

1    could say were important, but I
2    repeatedly said then and I imagine
3    I'll maybe have to do that again
4    today, that it is the totality of
5    the data that led me to my
6    opinion.
7         The universe, I believe, as
8    you like to call it.
9    BY MS. GARBER:
10         Q.   The totality of the evidence
11    that formulated the opinions in this
12    matter are listed in the reference list
13    of -- lists of your expert report, which
14    is dated February 25, 2019, and the
15    supplemental reference list.
16         Is that a true statement?
17         MS. CURRY:  Object to the
18    form.
19         THE WITNESS:  That's a true
20    statement, but there -- I -- I did
21    also read the expert reports of
22    others involved in the case.  And
23    they referenced other papers that
24    are not in my reference list.

13  (Pages 46 to 49)

Kevin Holcomb, M.D.

Page 50

1           So I -- I'd have to say I
2      came across more than -- than just
3      what was in my reference list in
4      my preparation.
5  BY MS. GARBER:
6      Q.   And in regard to what you
7  just said, reading other experts' reports
8  that were involved in the case, is it
9  true that you read the experts' report,
10 but did not read the underlying studies
11 that were referenced in that given expert
12 report?
13     A.   No.
14          MS. CURRY:  Object to the
15     form.
16          THE WITNESS:  That's exactly
17     the opposite of what I'm saying.
18     I'm saying at times I would read
19     something in an expert report that
20     piqued my interest, and I would go
21     back and pull that paper and read
22     the paper.
23 BY MS. GARBER:
24     Q.   And then you didn't list it

Page 51

1  on your reference list?
2          MS. CURRY:  Object to the
3      form.
4          THE WITNESS:  It was not
5      part of my expert report.  My
6      expert report had already been
7      completed.
8  BY MS. GARBER:
9      Q.   Did you know that a
10 supplemental reference list was just
11 produced in this matter?
12     A.   Yes.
13     Q.   Are you telling me that you
14 have reviewed other materials that do not
15 appear on any of the reference lists that
16 are attached to your expert report or the
17 supplemental materials that were just
18 produced on the 25th?
19          MS. CURRY:  Object to the
20     form.
21          THE WITNESS:  I believe that
22     it -- I don't know exactly the
23     list that you have of everything I
24     reviewed.  But if it's not clear

Page 52

1      that I reviewed the other experts'
2      reports and the literature that
3      they were basing their opinions
4      on, I did in some cases.
5  BY MS. GARBER:
6      Q.   Doctor, you understand that
7  I am entitled to know the materials that
8  you read, reviewed and relied upon in
9  formulating your opinions.  You
10 understand that, right?
11     A.   Yes.
12          MS. CURRY:  I can possibly
13     clarify --
14          MS. GARBER:  I don't --
15          MS. CURRY:  -- the issue if
16     it's helpful.
17          MS. GARBER:  Let me -- let
18     me just finish this line of
19     questioning, Ms. Curry.  Thank you
20     very much.
21 BY MS. GARBER:
22     Q.   And, Doctor, is it your
23 testimony that aside from the reference
24 lists that are attached to your expert

Page 53

1  report and the supplemental materials,
2  that there are papers that you have
3  reviewed that are not listed there?
4          MS. CURRY:  Object to the
5      form.
6          THE WITNESS:  I would have
7      to review my reference list and
8      see what's on there.  Or all the
9      information that was handed over
10     to you as far as what I reviewed.
11          But, again, I did look
12     through other experts' reports.
13     If they referenced a study, in
14     most cases, I did not go back and
15     review the study.  I just read
16     what they were saying.
17 BY MS. GARBER:
18     Q.   Can you think of a given
19 study that you were reading an expert
20 report and it piqued your interest, to
21 use your words, and you went and pulled
22 it and read it?
23     A.   No, I can't think of any
24 specific papers.

14  (Pages 50 to 53)

Kevin Holcomb, M.D.

Page 54

1    MS. GARBER: Go ahead,
2  Ms. Curry. Maybe you can clarify.
3    MS. CURRY: Just to clarify,
4  we have on the supplemental list,
5  in addition to the expert reports,
6  the deposition transcripts and
7  exhibits to the depositions, and
8  so I believe that the additional
9  articles that would have been
10  reviewed by Dr. Holcomb are
11  included in those exhibits.
12    MS. GARBER: I see. So what
13  I'm supposed to do is I'm supposed
14  to go pull the deposition, and
15  pull the exhibits and then move
16  those forward to the reference
17  list to understand his library?
18    MS. CURRY: It's the
19  deposition that you actually took
20  of Dr. Saenz, the exhibits that
21  you presented to her in its
22  totality were provided to
23  Dr. Holcomb after that deposition.
24

Page 55

1  BY MS. GARBER:
2    Q.   And which of those papers,
3  after reading Dr. Saenz's deposition,
4  which of those -- strike that.
5    Which of those exhibits
6  after reading Dr. Saenz's deposition did
7  you pull and read, if any?
8    A.   I didn't have to pull any of
9  them of them. The paper was in the -- in
10  the exhibit. And I don't remember which
11  one. I believe there were about 30
12  exhibits. So if you show me the list I
13  can show you which ones I read.
14    Q.   Did you read every single
15  one of them?
16    A.   No.
17    Q.   Do any come to mind?
18    A.   I just said no.
19    Q.   Are some of them included in
20  the supplemental reference list that was
21  just produced a couple days ago?
22    MS. CURRY: Object to the
23  form.
24    THE WITNESS: I don't know.

Page 56

1  BY MS. GARBER:
2    Q.   Did you prepare the
3  supplemental reference list?
4    A.   Yes. I don't remember if
5  there's any overlap I'm saying.
6    Q.   Did you type it up yourself?
7    A.   No.
8    Q.   How was it that that was
9  prepared?
10    A.   How was what?
11    MS. CURRY: Object to the
12  form.
13  BY MS. GARBER:
14    Q.   The supplemental reference
15  list.
16    A.   The lawyers asked me, was
17  there anything else that I had reviewed,
18  and I just gave them a list of which
19  papers I had reviewed.
20    Q.   Thank you. What did you do
21  to prepare for today's deposition?
22    A.   I reviewed the epidemiologic
23  papers on talc, and in some cases just
24  powder use and ovarian cancer.

Page 57

1    I looked at the basic
2  science papers, some that addressed
3  mechanistic questions.
4    I looked at some of the
5  basic science papers on theories of
6  carcinogenesis.
7    I reviewed -- that's pretty
8  much it. I pretty much went through that
9  body of literature, so...
10    Q.   The epidemiological
11  literature that you looked at appear on
12  the reference lists that are attached to
13  your expert report and the supplemental
14  reference list that was just produced?
15    A.   Yes.
16    Q.   And when you say the basic
17  science on mechanism of carcinogenicity,
18  what data are those?
19    MS. CURRY: Object to the
20  form.
21    MS. SHARKO: Can you keep
22  your voice a little louder,
23  please?
24    MS. GARBER: Sure.

15 (Pages 54 to 57)

Kevin Holcomb, M.D.

Page 58

1      MS. SHARKO:  Thank you.
2      THE WITNESS:  Could you
3  repeat the question as well.
4  BY MS. GARBER:
5      Q.  The basic science with
6  regard to mechanism of carcinogenicity,
7  what specific studies are those?
8      MS. CURRY:  Object to the
9  form.
10      THE WITNESS:  I don't
11  remember the specific studies
12  because most of that came from
13  reviewing other experts' expert
14  reports.
15  BY MS. GARBER:
16      Q.  Do those studies that you
17  reviewed in connection with preparation
18  for your deposition appear on the
19  reference lists that you have produced?
20      A.  Again, in those cases I
21  wasn't pulling the whole paper.  I was
22  just reading expert reports.  So no, it's
23  not.
24      Q.  When you say science with

Page 59

1  regard to basic science with regard to
2  carcinogens, the theories of carcinogens,
3  that would be your same answer as the
4  prior one; it was in the context of
5  reading expert reports?
6      A.  That's true.
7      Q.  How many hours did you
8  prepare for today's deposition?
9      A.  Do you mean from the
10  beginning of my engagement in the MDL or?
11      Q.  Specifically in connection
12  with just getting ready for today.  I'm
13  going to get to that, Doctor.  And thanks
14  for the clarification.
15      But just with regard to
16  preparing for today's deposition.
17      A.  I'm not sure -- I asked you
18  if there was a difference.  But I guess
19  in essence there really isn't.  I've been
20  preparing for this deposition from the
21  beginning of my engagement.
22      So I would say probably
23  about 90 hours.
24      Q.  So is it your testimony that

Page 60

1  from the time that you were retained by
2  Johnson & Johnson in the MDL through
3  today's deposition, you prepared about
4  90 hours?
5      MS. CURRY:  Object to the
6  form.
7      THE WITNESS:  That's true.
8  BY MS. GARBER:
9      Q.  And your pay rate is $850 an
10  hour?
11      A.  That's true.
12      Q.  Doctor, in the Ingham case,
13  it was your opinion that occupational
14  exposure to asbestos couldn't cause
15  ovarian cancer; is that correct?
16      MS. CURRY:  Object to the
17  form.
18      THE WITNESS:  Yes.
19  BY MS. GARBER:
20      Q.  And is that still your
21  opinion today?
22      A.  As with my deposition at the
23  time of Ingham, I was quoting IARC's
24  monograph on the topic.  And also offered

Page 61

1  some critiques of that finding, which
2  included concerns about
3  misclassification, concerns about whether
4  environmental exposures really supported
5  the findings or not.  And so, you know, I
6  spent quite a bit of time in the Ingham
7  deposition going through this.  But I
8  accepted IARC's findings.
9      Q.  So my question is a little
10  narrower.
11      A.  Mm-hmm.
12      Q.  Is it your opinion today
13  that occupational exposure to asbestos
14  can cause ovarian cancer?
15      A.  In my -- it's my opinion
16  that based on the five heavy occupational
17  exposure papers cited in that IARC
18  monograph, that in those specific
19  situations, yes, those exposures did
20  contribute to ovarian cancer.
21      Q.  Doctor, did you testify in
22  Ingham that occupational exposure to
23  asbestos can cause ovarian cancer?
24      MS. CURRY:  Object to the

16 (Pages 58 to 61)

Kevin Holcomb, M.D.

Page 62

1    form.
2         THE WITNESS:  Again, if I
3    did, it's to the degree of -- I --
4    I don't have any opinion outside
5    of the literature that I read on
6    the topic.  And the only
7    literature I've read on the topic
8    are those five papers cited in the
9    monograph.  So if I said it during
10   Ingham, it's based on the same
11   data that I'd be saying it based
12   on today.
13   BY MS. GARBER:
14        Q.   Was it your testimony that
15   occupational exposure to asbestos can
16   cause ovarian cancer?
17        MS. CURRY:  Object to the
18   form.
19        THE WITNESS:  I believe so.
20   BY MS. GARBER:
21        Q.   And is it your opinion today
22   that occupational exposure to asbestos
23   can cause ovarian cancer?
24        MS. CURRY:  Object to the

Page 63

1    form.
2         THE WITNESS:  Once again,
3    it's my opinion that occupational
4    exposure in those settings as
5    described in the IARC monograph,
6    which would be, you know, the --
7    the women who participated in gas
8    mask productions, or cement
9    factories in pre-World War II
10   Italy, and in those specific
11   situations, yes, I think that
12   there's enough evidence to deduce
13   that -- that exposure increased
14   the risk of ovarian cancer.
15   BY MS. GARBER:
16        Q.   So if I asked you in any
17   hearing, Doctor, can occupational
18   exposure to asbestos cause ovarian
19   cancer, and I asked you for a yes or no
20   question, would the answer be yes?
21        MS. CURRY:  Object to the
22   form.
23        THE WITNESS:  I don't think
24   you can ask a yes or no question

Page 64

1    in that situation, because the
2    question is so broad to say in an
3    occupational setting.  And I only
4    have data on a few different
5    settings where it was shown.  And
6    so I'm going to restrict my
7    opinion to the data I've read, and
8    the data I've read on those
9    specific occupational settings.
10   BY MS. GARBER:
11        Q.   So, Doctor, I'm going to
12   mark as Exhibit 3 --
13        (Document marked for
14        identification as Exhibit
15        Holcomb-3.)
16   BY MS. GARBER:
17        Q.   -- prior deposition
18   testimony in the Ingham matter.
19        Doctor, this was deposition
20   testimony from May 7, 2018, right?
21        A.   Yes.
22        Q.   And if you turn to Page 103,
23   Lines 7 through 19, it reads:
24        "Question:  Do you believe

Page 65

1    that asbestos exposure can cause ovarian
2    cancer?"
3         And your answer is:  "Yes.
4    We did go over this before and I do
5    believe that occupational exposure to
6    asbestos can cause ovarian cancer."
7         And it goes on to say:  "Is
8    that because you believe that asbestos
9    fibers in the ovaries increases the risk
10   of developing ovarian cancer?"
11        And your answer was:  "I
12   have no idea of the mechanism by which it
13   could occur."
14        Is that still your testimony
15   today?
16        MS. CURRY:  Object to the
17   form.  And to showing one page of
18   the deposition transcript.
19        MS. GARBER:  I don't think
20   we're going to have any speaking
21   objections here today, Ms. Curry.
22   I --
23        MS. CURRY:  It's just --
24   you're -- he's referring back to

17 (Pages 62 to 65)

Kevin Holcomb, M.D.

Page 66

1    testimony and you're not showing
2    him the prior testimony.
3         MS. GARBER:  As you well
4    know, Ms. Curry, the proper
5    objection is, "Objection to form."
6         MS. SHARKO:  I think she's
7    doing fine.
8         MS. GARBER:  I'm sure you
9    do.
10   BY MS. GARBER:
11        Q.   Go ahead, Doctor.
12        A.   So, in my answer I said yes,
13   we did go over this before, which sort of
14   supports the conversation I was saying
15   without all the things I said before, you
16   don't know how to interpret that.
17            But I know what -- how to
18   interpret that.  It's what I'm just
19   saying, we had gone over this multiple
20   times being asked the same question,
21   similar to what's happening now.  And I
22   kept restricting it to not stepping
23   outside of -- and -- and this is a common
24   theme that I think we're going to revisit

Page 67

1    over and over today.
2            This idea of making comments
3    and conclusions that go outside of the
4    specific findings of your studies, and
5    purists and careful clinicians and
6    scientists don't do that.  And so if you
7    ask me does any occupational exposure
8    increase your risk of asbestos, how would
9    I know?  I only have a body of literature
10   that looks at specific situations.  And
11   that's the only situation that I'm going
12   to speak to -- speak about.
13            So when I said yes, we did
14   go over this before, that's because this
15   was about who knows how many times I had
16   been asked the same question with the
17   same answer.
18        MS. GARBER:  Objection.
19   Motion to strike as nonresponsive.
20   BY MS. GARBER:
21        Q.   Doctor, you answered to the
22   question, do you believe that asbestos
23   exposure can cause ovarian cancer, yes.
24   We did go over this.  And I do believe

Page 68

1    that occupational exposure to asbestos
2    can cause cancer.
3         A.   Are you --
4         Q.   That's your --
5             MS. CURRY:  Same objections.
6    BY MS. GARBER:
7         Q.   That's your answer, right?
8         A.   My answer has a piece of it
9    that you can't, or don't, or you're not
10   interested in.  And I think it's just as
11   important as the part that you're
12   focusing on that says yes, we did go over
13   this before.
14            I'd be happy to go through
15   the entire transcript of this area.  I
16   think you'll find what I'm referring to
17   as being consistent, that I was trying to
18   say that my opinions about exposure in
19   the occupational setting was restricted
20   to the few occupational settings that
21   were defined in the IARC monograph.  And
22   that is what I'm trying to tell you now.
23            Because I said we've gone
24   through this before, I'm referring to

Page 69

1    those qualifications.
2         Q.   I'm just trying to get your
3    opinions here today.  You understand
4    that, right?
5         A.   I don't.  I don't.  I don't
6    think so.  Because my opinion on this is
7    so clear that I believe that if you're
8    making gas masks in a World War II, or
9    pre-World War II or during World War II
10   factory, or if you're mixing cement in
11   Italy around the same time, that I'd be
12   concerned about your risk of ovarian
13   cancer.
14            Outside of those specific
15   situations, I don't have an opinion.
16        Q.   You've read the IARC
17   monograph from 2012 with regard to
18   asbestos, right?
19        A.   Yes.
20        Q.   And, in fact, it's on your
21   reference list in this matter?
22        A.   Yes.
23        Q.   And, Doctor, do you think
24   that the IARC 2002 monograph limits risk

18 (Pages 66 to 69)

Kevin Holcomb, M.D.

Page 70

1  of ovarian cancer to occupational
2  exposure?
3      MS. CURRY: I believe you
4  mean IARC 2012. And objection to
5  form.
6      MS. GARBER: Thank you.
7  BY MS. GARBER:
8      Q.  So I'll redo that question.
9      Doctor, do you think the
10  IARC monograph of 2012 limits risk of
11  ovarian cancer to occupational exposure?
12      MS. CURRY: Object to the
13  form.
14      THE WITNESS: I'm telling
15  you my -- my opinion, which is
16  what I think you're trying to get
17  at, is that the only data on
18  occupational exposure that showed
19  an increased risk of ovarian
20  cancer were those same specific
21  settings that I am mentioning to
22  you. And so my personal opinion
23  is that I can only speak towards
24  the relationship of asbestos

Page 71

1      exposure in an occupational
2      setting and ovarian cancer with
3      regard to those specific settings.
4      (Document marked for
5      identification as Exhibit
6      Holcomb-4.)
7  BY MS. GARBER:
8      Q.  I'm going to mark as
9  Exhibit 4 the IARC monograph of 2012
10  Volume 100-C, titled "Arsenic, Metals,
11  Fibres, and Dust: A Review of Human
12  Carcinogens."
13      And I apologize. I don't
14  have a full copy of this with me.
15      A.  Sure. Thank you.
16      MS. SHARKO: Do you have a
17  copy for us?
18      MS. GARBER: That's what I
19  just said, Ms. Sharko. I
20  apologize. I don't have a full
21  copy. I have a page that I'm
22  going to question him from, but
23  not all the pages.
24      It's based on testimony that

Page 72

1      I just got. So I apologize.
2  BY MS. GARBER:
3      Q.  Doctor, if you could turn to
4  Page 219 of the monograph. And, Doctor,
5  you can look up here. It will go quicker
6  this way if you just --
7      A.  I'd rather look at it, if
8  that's okay.
9      You said 219. Oh.
10      Q.  Yeah. Why don't you just
11  look up here. I'm just going to read
12  something.
13      219, it says, exposure data,
14  identification of the agent.
15      A.  219 -- but what I saw at the
16  back.
17      Q.  Doctor, if you can just look
18  up here.
19      MS. CURRY: I'm sorry. The
20  exhibit that you just handed him
21  does not have a Page 219, is the
22  problem.
23      THE WITNESS: So I just -- I
24  just want to make sure that what

Page 73

1      you've given me is what you're
2      reading.
3      MS. GARBER: Yeah, that's
4      fine.
5  BY MS. GARBER:
6      Q.  Why don't you just look up
7  here at the Elmo.
8      A.  Are we looking at the same
9  thing?
10      Q.  Yes. Yes. I will cure it
11  on the break.
12      MS. SHARKO: If the doctor
13      wants a paper copy, number one
14      he's allowed to have it, and
15      number two --
16      MS. GARBER: Well, you --
17      you have one.
18      MS. SHARKO: -- I'm three
19      seats closer to the screen, and I
20      can't even read that.
21      MS. GARBER: You have one,
22      right?
23      MS. SHARKO: So I don't know
24      how he can.

19 (Pages 70 to 73)

Kevin Holcomb, M.D.

Page 74

1      MS. CURRY: This is the one
2  page. I have the full.
3      THE WITNESS: Okay. So --
4  BY MS. GARBER:
5      Q.   So at Page 219, Doctor, do
6  you see that it says asbestos, and then
7  it lists the different fibers, correct?
8  The different types of asbestos?
9      A.   I don't know -- can you
10 please --
11     Q.   The title. The title.
12     A.   Yes.
13     Q.   The top.
14     A.   The -- correct.
15     Q.   All right. And then under
16 exposure data, Number 1, it says,
17 "Identification of the agent."
18         Do you see that?
19     A.   Yes.
20     Q.   And then about halfway
21 through the paragraph, it says, "The
22 conclusions reached in this monograph
23 about asbestos and its carcinogenic
24 risk" --

Page 75

1      A.   I'm sorry. I'm still just
2  getting up to where you are.
3      Q.   Just look -- just look up at
4  here, Doctor.
5      A.   Ma'am, if it's okay with
6  you, we went through the trouble to get
7  this because it's easier for me to see.
8  I'm going to use this if you just bear
9  with me.
10     Q.   Okay. Well, then you can
11 look up here to see where I'm reading.
12     A.   I've got you.
13     Q.   Okay. "The conclusions
14 reached in this monograph about asbestos
15 and its carcinogenic risks apply to these
16 six types of fibers wherever they are
17 found, and that includes talc containing
18 asbestiform fibers."
19         Correct? Is that what it
20 says?
21     A.   That's what it says.
22     Q.   Doctor, that's my only
23 question. Is that what it says?
24     A.   "The conclusions reached in

Page 76

1  this monograph about asbestos and its
2  carcinogenic risks apply to these six
3  types of fibers wherever they are found."
4  And I'm going to assume that the
5  conclusions are going to be based on the
6  studies that they cite.
7      Q.   Doctor, we don't want to
8  make conclusions. My question is, does
9  that what the monograph say?
10     A.   That's what the monograph --
11     Q.   Did I read that correctly?
12     A.   You read the monograph
13 correctly.
14     Q.   And I have no further
15 question for you.
16     MS. GARBER: Motion to
17 strike everything besides saying
18 yes, that's what it says.
19     MS. SHARKO: Does that mean
20 that we're done for today?
21 BY MS. GARBER:
22     Q.   Doctor, is that what the
23 monograph says on Page 219?
24     A.   That's what the monograph

Page 77

1  says. I disagree with that. Yes.
2      Q.   Okay. What part do you
3  disagree with?
4      MS. CURRY: Object to the
5  form.
6      THE WITNESS: I think -- I
7  was getting at this before, and I
8  think that a lot of what we're
9  going to get into today makes that
10 same mistake. You can't make
11 conclusions about things that you
12 haven't studied. And if you only
13 study a certain setting, and
14 you're able to show that in this
15 setting it causes ovarian cancer,
16 how can you reliably expand that
17 finding to situations that you've
18 never even looked at?
19     And I don't care if IARC
20 puts it in writing and says they
21 are going to do that. The
22 question is, do I accept it? Do
23 I accept that if you show me that
24 it causes cancer if you're making

20  (Pages 74 to 77)

Kevin Holcomb, M.D.

Page 78

```
 1        gas masks, that means it causes
 2    cancer in any other situation.
 3        I think that's -- clearly is
 4    what IARC said they did.  I think
 5    that's a problem.  And I already
 6    explained to you some of the other
 7    issues that I have with IARC.  I
 8    mean, we all can make mistakes.
 9    There's other issues with IARC.  I
10    mean, the studies, even in the
11    ones that I accept, there's
12    misclassification issues.
13        In fact, if you look at the
14    studies where they do pathologic
15    confirmation, the increased risk
16    is attenuated to the baseline.
17        And so, you know, part of my
18    being able to give my opinion here
19    is my years of practice.  And I've
20    had the experience of debulking
21    somebody who I thought had ovarian
22    cancer who ended up having
23    mesothelioma.
24        So I know the difficulties
```

Page 79

```
 1    in being able to tell the
 2    difference between the two.
 3    BY MS. GARBER:
 4        Q.   Doctor, I'm going to get to
 5    your report.
 6        MS. CURRY:  Were you
 7    finished with your response?
 8        THE WITNESS:  No.
 9        And I'm also aware that, you
10    know, there was not even a
11    diagnosis code for malignant
12    mesothelioma at a time that -- an
13    international diagnosis code, an
14    ICD-9 code for mesothelioma during
15    this time.
16        And I'm sure that the
17    immunohistochemical test that
18    helped to distinguish between
19    ovarian cancer and primary
20    peritoneal cancer and malignant
21    mesothelioma were not developed at
22    that time.
23        So, yes, I take IARC at what
24    they're saying.  But even in the
```

Page 80

```
 1    settings where they found that
 2    it's associated with, there are
 3    weaknesses in their findings.  To
 4    extend that definition outside to
 5    any occupational exposure that
 6    they haven't examined, I think is
 7    problematic.
 8    BY MS. GARBER:
 9        Q.   Doctor, what was my
10    question?
11        A.   Did IARC make that
12    statement, and I said yes.
13        Q.   Thank you.
14        MS. GARBER:  Motion to
15    strike everything besides that.
16        MS. SHARKO:  Well, that
17    wasn't the question you asked.
18    BY MS. GARBER:
19        Q.   Doctor, you disagree --
20        MS. CURRY:  He answered your
21    question.
22        MS. O'DELL:  All right,
23    Susan.  We went over this
24    earlier -- I think -- not earlier
```

Page 81

```
 1    this week, last week.  I think
 2    Dawn is doing the objections.
 3    There's no need for you to add the
 4    commentary.
 5        MS. SHARKO:  Well, why --
 6    why are you talking if it's one
 7    lawyer per side?  You should have
 8    been there yesterday when you had
 9    three people on your side talking
10    at us.
11        MS. O'DELL:  Well, I
12    can't -- can't speak to yesterday.
13    But we've had this discussion, you
14    and I, and and --
15        MS. CURRY:  As the person
16    making objections, I do want to
17    put on the record that the
18    question that was asked was what
19    part of -- of IARC do you disagree
20    with, and so Dr. Holcomb's
21    response was directly responsive
22    to that question.
23        Thank you.
24
```

21 (Pages 78 to 81)

Kevin Holcomb, M.D.

Page 82

1    BY MS. GARBER:
2        Q.   Doctor, we will get to your
3    report and what you say about asbestos.
4            My question was simply,
5    Number 1, at Page 219 where I read: "Is
6    that what the monograph says?"
7            And I think your testimony
8    was, yes, that's what the monograph says,
9    correct?
10       A.   That's what the monograph
11   says.
12       Q.   All right.  And then I
13   wanted to show you next at Page 232 with
14   regard to your testimony about the
15   populations?
16       A.   I'm sorry.
17       Q.   232 --
18       A.   232, right.
19       Q.   -- under human exposure.
20       A.   This is the --
21       Q.   Are you there?
22       A.   I'm just a little confused,
23   because this is talking about talc.  And
24   we were talking about asbestos.

Page 83

1            Are we in the same --
2        Q.   Are you --
3        A.   I think I'm in a
4    different --
5        Q.   -- are you on Page 232?
6        A.   Yes, but I don't know if I'm
7    reading the same thing you are.  You are
8    talking about the monograph on --
9        Q.   On asbestos.
10       A.   Right.  I think I'm in the
11   wrong --
12       Q.   No, that is -- that is --
13       A.   This is the right one?  Oh,
14   2012.  So this is the one.
15       Q.   Okay.  Doctor, under 1.6.5,
16   it says, "Human Exposure"?
17       A.   Yeah.
18       Q.   And then it indicates
19   "Exposure of the General Population."
20           Is that the heading?
21       A.   Exposure of the general
22   population.  And it's -- yeah, exposure
23   to talc for the general population.
24       Q.   Okay.  Well, let's read what

Page 84

1    it says.
2            It says, "Consumer products,
3    e.g., cosmetic, pharmaceuticals, are the
4    primary sources of exposure to talc for
5    the general population.  Inhalation and
6    dermal contact through" -- "i.e., through
7    perineal application of talcum powders,
8    are the primary routes of exposure."
9            Did I read that correctly?
10       A.   Yes.
11       Q.   So that is indicating that
12   talcum powder products and exposure in
13   the general population, correct?
14           MS. CURRY:  Object to form.
15   BY MS. GARBER:
16       Q.   That's on Page 232?
17       A.   I -- I just want to -- I
18   know we're only picking out this one page
19   to read, but it's a little confusing to
20   me since we had started reading a
21   monograph on asbestos and this seems to
22   be dealing with talc.
23           So I turn one page back.
24   This is a section on talc containing

Page 85

1    asbestiform fibers.
2            So this area that we are
3    talking about -- I -- I don't know if
4    they are talking about -- what -- I'm a
5    little unclear of what they are talking
6    about here, with the general -- are they
7    talking about asbestiform fibers?  Are
8    they talking about -- I'm not sure.
9        Q.   Let me see if I can help
10   you.
11       A.   Thank you.
12       Q.   So turning back to 219.
13       A.   Yes.
14       Q.   Where the monograph says,
15   "The conclusions reached by the monograph
16   about asbestos and its carcinogenic risks
17   apply to these six types of fibers
18   wherever they are found -- thereby
19   meaning asbestos -- and that includes
20   talc containing asbestiform fibers."
21           So this monograph applies to
22   both talc containing asbestiform fibers,
23   and asbestos.
24           You understand that,

22  (Pages 82 to 85)

Kevin Holcomb, M.D.

Page 86

1    correct?
2        A.   This goes to the question of
3    what I disagree with, because what you're
4    saying is that if they study asbestos in
5    these heavy occupational exposures, that
6    means you should then extend these
7    findings to other clinical settings
8    outside of that.  And -- so yes, I get
9    what you're saying and that's exactly
10   what I was saying I disagreed with.
11       Q.   Do you -- I guess I don't
12   know what your -- what your opinion is,
13   so I'll ask it.
14            You understand that this
15   monograph from 2012 applies to asbestos
16   and asbestiform talc, you understand
17   that, right?
18       A.   Yes.
19       Q.   Thank you.
20            Doctor, in your expert
21   report and just a minute ago, you were
22   talking about the misdiagnosis of ovarian
23   cancer and peritoneal mesothelioma.  Do
24   you recall that?

Page 87

1        A.   I said misclassification.
2        Q.   Okay.  And, we'll turn to
3    that part of your expert report in a bit.
4    But since you brought it up, if you could
5    turn to Page 356 of the monograph.
6        A.   Sand and gravel?
7        Q.   It's -- did I say three?
8        A.   You said 356, sand and
9    gravel.
10       Q.   256.  I apologize.
11       A.   Okay.
12       Q.   Okay.  If you look at the
13   right-hand column.  We'll -- we'll start
14   with the first full paragraph which reads
15   the working group -- are we together?
16       A.   Yes.
17       Q.   Okay.  "The working group
18   noted that a causal association between
19   exposure to asbestos and cancer of the
20   ovary was clearly established based on
21   five strongly positive cohort mortality
22   studies of women with heavy occupational
23   exposure."
24            That's what you were

Page 88

1    testifying a bit ago, right?
2        A.   That's true.
3        Q.   All right.  But it goes on,
4    doesn't it, Doctor?  It says, "The
5    conclusion received" -- "the conclusion
6    received additional support from studies
7    showing that women and girls with
8    environmental, but not occupational
9    exposure to asbestos," right?
10       A.   This is what I was --
11   maybe -- maybe it wasn't clear what I was
12   referring to when you asked me earlier
13   what I disagreed with.
14            And I talked about the
15   limitations of the IARC monograph.  I
16   mentioned this issue, that they'll make
17   these statements and then they give you a
18   couple of papers to go look at; Ferante,
19   et al., and Reid, et al.
20            When you go back and you
21   look at those studies, they actually come
22   to the exact opposite conclusion, that
23   women in those settings did not have an
24   increased risk of ovarian cancer.  And

Page 89

1    yet the IARC authors say that their
2    findings were supported.  So they have
3    five strong studies showing an increased
4    risk of ovarian cancer.  Two studies
5    in -- in environmental settings that show
6    no increases of ovarian cancer come to
7    the conclusion that that is not a
8    discrepancy, it's actually in support of.
9            And I am supposed to read
10   this and agree with that.
11       Q.   You disagree with IARC and
12   their findings with regard --
13       A.   No, and if they regard --
14       Q.   Hold on, Doctor.
15       A.   Yes.  Okay.
16       Q.   You disagree with IARC and
17   their findings with regard to asbestos
18   and asbestiform talc and its
19   carcinogenicity as it relates to the
20   ovary, correct?
21            MS. CURRY:  Object to the
22   form.
23            THE WITNESS:  My opinion
24   about this is that I restrict my

23 (Pages 86 to 89)

Kevin Holcomb, M.D.

Page 90

1  opinions about the carcinogenicity
2  of asbestos with ovarian cancer to
3  the settings where it was shown to
4  increase ovarian cancer.
5      If you ask me about settings
6  where the studies explicitly show
7  it did not increase ovarian
8  cancer, I don't accept that it
9  increases ovarian cancer in those
10  situations.
11      I don't understand how a
12  reasonable person could.  If you
13  read a study that says it did not
14  increase risk of ovarian cancer in
15  a situation, why would you then
16  conclude that it does?
17  BY MS. GARBER:
18      Q.  Have you done a thorough and
19  comprehensive assessment of the
20  literature as it pertains to asbestos and
21  ovarian cancer?
22      MS. CURRY:  Object to the
23  form.
24      THE WITNESS:  To be honest,

Page 91

1  I'm hoping that IARC would have
2  done an extensive study of the
3  literature.  So my only -- as I've
4  already admitted, I'm not an
5  asbestos specialist, so my
6  understanding of asbestos and
7  ovarian cancer is limited to IARC.
8      And if they've done an
9  extensive review to reach their
10  conclusions, then I would have to
11  say that I have as well, because I
12  reviewed the papers they've
13  reviewed.  And I've already
14  repeatedly told you the problems
15  that I have with saying you're
16  supported by studies that find the
17  exact opposite findings of the
18  studies that hold your original
19  opinion."
20  BY MS. GARBER:
21      Q.  Is the answer to my question
22  no, I have not conducted a full
23  comprehensive review of the literature?
24      MS. CURRY:  Object to the

Page 92

1  form.
2      THE WITNESS:  I believe I
3  have.  I'm disagreeing with you.
4  BY MS. GARBER:
5      Q.  Because --
6      A.  I'm saying --
7      Q.  Because you --
8      A.  -- because I reviewed
9  IARC --
10      MS. CURRY:  Sorry.  You
11  can't talk over one another.
12      Do you want to finish your
13  response?
14      THE WITNESS:  My
15  understanding is that IARC,
16  because so many other groups rely
17  on their findings to inform their
18  opinions, that they are tasked
19  with doing a comprehensive review
20  of the literature on the topic.
21  And so yes, I feel like if I
22  reviewed what they reviewed, I've
23  done a comprehensive review as
24  well.

Page 93

1  BY MS. GARBER:
2      Q.  With regard to the
3  misclassification issue that you
4  testified about, Doctor, if you could
5  look back at Page 256.
6      A.  Yes.
7      Q.  It indicates, "The working
8  group carefully considered the
9  possibility that cases of peritoneal
10  mesothelioma may have been misdiagnosed
11  as ovarian cancer and that these
12  contributed to the observed excesses.
13  Contravening that possibility is the
14  finding that three of the studies cited
15  here specifically examined the
16  possibility, and there were misdiagnosed
17  cases of peritoneal mesothelioma, and all
18  failed to find sufficient numbers of
19  misclassified cases."
20      Doctor, do you agree with
21  that statement?
22      A.  I agree with the statement
23  that they did not find what they
24  considered enough cases of misclassified

24 (Pages 90 to 93)

Kevin Holcomb, M.D.

Page 94

1    cases. But I'm aware that they actually
2    did not go back and do a histologic
3    evaluation of every case.
4         What I'm also aware of is
5    that specific cases that do
6    systematically go back and have
7    pathologic confirmation somehow come to a
8    different conclusion than the studies
9    that don't do that. And so I'm still
10   left wondering, if you do a systematic
11   pathology review and classify them, you
12   don't find an increased risk. If you
13   don't do a systematic pathology
14   confirmation, you find an increased risk.
15        I'm like IARC, I'm not
16   convinced that misclassification has been
17   totally ruled out because I can't
18   understand why these two different types
19   of studies are coming -- you see, you're
20   losing consistency then.
21        Q.   IARC found otherwise.
22        A.   I just admitted that I have
23   a different opinion.
24        Q.   So your review as to the

Page 95

1    issue of asbestos and asbestiform talc
2    and carcinogenicity is limited to IARC
3    2012, correct?
4         MS. CURRY:  Object to the
5    form.
6         THE WITNESS:  Again, I'm
7    trying to -- trying to state this
8    as clearly as possible so we can
9    move on.
10        My opinion of asbestos and
11   its ability to cause cancer of the
12   ovary are restricted to the
13   studies of heavy occupational
14   exposure in which they actually
15   found an increased risk of ovarian
16   cancer.
17   BY MS. GARBER:
18        Q.   And your review to come to
19   your opinions is limited to IARC 2012?
20        MS. CURRY:  Object to form.
21        THE WITNESS:  As far as
22   asbestos?
23   BY MS. GARBER:
24        Q.   Yes.

Page 96

1         A.   Yes.
2         Q.   And asbestiform talc?
3         A.   Yes.
4         Q.   Thank you.
5         Do you agree, Doctor, that
6    asbestos and asbestiform talc are Group 1
7    carcinogens under IARC 2012?
8         A.   I agree.
9         Q.   Doctor, if talcum powder
10   products contain asbestos, talcum powder
11   products contain a Group 1 carcinogen?
12        MS. CURRY:  Object to the
13   form.
14        THE WITNESS:  Excuse me?
15   BY MS. GARBER:
16        Q.   You just testified that
17   asbestos is a Group 1 carcinogen, right?
18        A.   Yes.
19        Q.   And --
20        A.   According to IARC, yes.
21        Q.   Okay. And if, it's a
22   hypothetical, talcum powder products
23   contain asbestos, then those talcum
24   powder products contain a Group 1

Page 97

1    carcinogen, right?
2         A.   That would be IARC's
3    opinion, yes.
4         Q.   Is it your opinion?  It's a
5    Group 1 carcinogen.
6         A.   You asked, you asked what --
7    in the beginning whether -- what's my
8    definition of a carcinogen. And I said
9    it's a substance that can cause cancer.
10        So on one hand you're asking
11   if it contains this substance that IARC
12   has deemed a Level 1 carcinogen, would it
13   contain that carcinogen?  By definition,
14   yes. You said if I take that
15   supposition.
16        I would just say I'm looking
17   at, and I was asked to review the
18   literature on talc. And you asked me
19   what do I consider talc, and I said
20   Johnson & Johnson and Shower to Shower.
21   Is that a carcinogen?
22        And now that goes back to my
23   definition of carcinogen. Can that
24   powder cause cancer? And my review, as

25  (Pages 94 to 97)

Kevin Holcomb, M.D.

Page 98

1  you know you've already asked, would be
2  no.
3      Q.  Well, so I'll go back to my
4  question.
5          Assume that talcum powder
6  products contain asbestos, then they
7  contain a Group 1 carcinogen, right?
8          MS. CURRY:  Object to form.
9          THE WITNESS:  You know,
10  we're sort of tying all these
11  things together.  I already
12  explained that I disagreed with
13  IARC's definition of at least its
14  role of -- outside of those heavy
15  occupational exposures, which are
16  the only studies that they cite
17  which shows an increased risk of
18  ovarian cancer.
19      So you're saying would IARC
20  consider that in talc as a
21  carcinogen, the asbestos, and I'm
22  saying yes, they considered -- in
23  your supposition, would
24  asbestiform talc be considered a

Page 99

1  Group 1.  I would say according to
2  IARC, yes.
3      I'm just clarifying to say
4  that the whole point of me being
5  here is to give an opinion whether
6  that supposition that you just
7  said, if there is asbestos in Baby
8  Powder, Johnson & Johnson's
9  product, is that a carcinogen?
10      And my answer would be no,
11  because I don't see convincing --
12  and we're going to go through I'm
13  sure all the reasons that I don't
14  believe that.  But I don't believe
15  that it proves that it's a
16  carcinogen.
17  BY MS. GARBER:
18      Q.  So then, you disagree with
19  IARC that asbestos is not a Group 1
20  carcinogen?
21          MS. CURRY:  Object to form.
22          THE WITNESS:  No.  You're
23  oversimplifying my statement.  And
24  I can't believe it's to really

Page 100

1  clarify my opinion, because my
2  opinion is really, I think,
3  clearly what I'm stating.
4      I'm saying that asbestos and
5  its relationship to ovarian cancer
6  has been clearly shown in a few
7  very unlikely situations ever to
8  happen again.  And those are those
9  prospective cohort studies.
10      I'm saying that IARC,
11  extending that outside of those
12  situations that they have not
13  studied, that's when I'm going to
14  go to what are people actually
15  using in that bottle.
16      And if that's asbestos in
17  that bottle, I'm closing this
18  book, and I'm opening the talc
19  monograph, because that -- all the
20  studies that they discuss in that
21  talc monograph are these products,
22  the Johnson & Johnson products.
23      I would be going to the
24  case-control studies in my report.

Page 101

1  I'd be going to the prospective
2  trials in my report.
3      I don't understand why we
4  would use such an indirect
5  comparison, finding something in
6  this book to help us figure out
7  does that product cause cancer
8  when there's been so much research
9  using what's in that bottle that
10  have results.
11  BY MS. GARBER:
12      Q.  Doctor, my question was just
13  way more broad than what -- what you're
14  answering.
15      Do you agree with IARC that
16  asbestos is a Group I carcinogen?  I
17  didn't mention ovarian cancer.  I said do
18  you agree with IARC that asbestos is a
19  Group I carcinogen?
20          MS. CURRY:  Object to the
21  form.
22          THE WITNESS:  Yes.  In
23  certain settings.
24  BY MS. GARBER:

26 (Pages 98 to 101)

Kevin Holcomb, M.D.

Page 102

1      Q.   And so now if we put a
2  Group I carcinogen in a bottle of talc,
3  then the corollary is that the bottle of
4  talc contains a Group I carcinogen,
5  right?
6      A.   That would be true.
7          MS. CURRY:  Object to the
8      form.
9  BY MS. GARBER:
10     Q.   Thank you.
11         So let's mark your notice of
12  deposition as Exhibit 5.
13         (Document marked for
14         identification as Exhibit
15         Holcomb-5.)
16  BY MS. GARBER:
17     Q.   Doctor, we've marked as
18  Exhibit 5 your notice of deposition for
19  today's proceeding.  Did you review this
20  before today?
21     A.   At some point I did.
22     Q.   When did you review it?
23     A.   When?
24     Q.   Mm-hmm.

Page 103

1      A.   When it was first produced.
2      Q.   And did you review the
3  documents --
4          MS. GARBER:  And I
5      understand you've made objections,
6      Ms. Curry.
7  BY MS. GARBER:
8      Q.   But did you review the
9  documents that we asked you to produce?
10     A.   Yes.
11     Q.   And did you endeavor to
12  comply with that and provide those
13  documents?
14     A.   Yes.
15     Q.   And have you brought with
16  you Item 3, a copy of your complete files
17  as they relate to the work done
18  concerning talcum powder litigation?
19         MS. CURRY:  Object to the
20      form.
21         THE WITNESS:  Yes.
22  BY MS. GARBER:
23     Q.   And where is that file?
24     A.   In my report.

Page 104

1      Q.   Your file for this matter is
2  your report?
3      A.   Yes.
4      Q.   Does it consist of anything
5  else?
6      A.   Does my report consist of
7  anything else?
8      Q.   No.
9          Is it your testimony,
10  Doctor, that your file in this matter in
11  the MDL consists of your expert report,
12  which is dated February 25, 2019?
13         MS. CURRY:  Object to the
14      form.
15         THE WITNESS:  Yes.
16  BY MS. GARBER:
17     Q.   You don't have any other
18  documents?
19     A.   No.
20     Q.   And do you have any
21  document -- any scientific literature
22  that consists of your file?
23         MS. CURRY:  Object to the
24      form.

Page 105

1          THE WITNESS:  I don't
2      understand your question.
3  BY MS. GARBER:
4      Q.   You've reviewed a number of
5  studies that appear on the reference
6  lists attached to your expert report,
7  correct?
8      A.   Correct.
9      Q.   Where physically are those
10  literature?
11     A.   When you say where
12  physically?
13     Q.   Mm-hmm.
14     A.   The -- I -- I did most of
15  my -- almost all of it electronically.
16     Q.   You didn't receive hard
17  copies of any documents?
18     A.   The expert reports I
19  received as a hardcopy.
20     Q.   What about with regard to
21  published literature.  Did you review
22  any -- did you receive any hard copies of
23  those?
24     A.   Not for the MDL.

27 (Pages 102 to 105)

Kevin Holcomb, M.D.

Page 106

```
 1        Q.   You did receive hard copies
 2   from the Ingham matter, correct?
 3        A.   I did.  And I quickly asked
 4   for electronic copies.
 5        Q.   And did you make any notes
 6   on those 61 studies that you received in
 7   connection with Ingham?
 8            MS. CURRY:  Object to the
 9   form.
10            THE WITNESS:  No.
11   BY MS. GARBER:
12        Q.   With regard to the
13   literature that you reviewed in
14   connection with this matter, did you make
15   any notes electronically on the data?
16        A.   No.
17        Q.   Do you have the data saved
18   in a certain file in your computer?
19        A.   Yes.  I imagine it's
20   probably somewhere in my download list,
21   in my download area.
22        Q.   Like a DropBox?
23        A.   No.  I'm saying like if it
24   was sent electronically, when I
```

Page 107

```
 1   downloaded it, I would imagine it must be
 2   in the download part of my computer.
 3        Q.   Have you -- I don't
 4   understand when you say download of a
 5   computer, where that would be?
 6        A.   If you get a ZIP file, and
 7   you open it, it's actually downloading
 8   stuff to your computer.
 9        Q.   I understand.  Okay.
10            Have you produced all
11   documents that relate to your
12   compensation for expert work in this
13   matter?
14        A.   Yes.
15            MS. CURRY:  Subject to the
16   objections.
17   BY MS. GARBER:
18        Q.   And have you produced all
19   references that identify facts, or data
20   that Johnson & Johnson lawyers provided
21   you and you considered in formulating
22   your opinions?
23        A.   Yes.
24        Q.   Are there any assumptions
```

Page 108

```
 1   that Johnson & Johnson provided you that
 2   you relied upon in forming your opinions?
 3        A.   No.
 4        Q.   Relating to your opinions as
 5   set forth in your February 25, 2019,
 6   litigation report, have you made any
 7   assumptions?
 8        A.   Please repeat that?
 9        Q.   Sure.  Relating to your
10   opinions in your expert report in this
11   matter, have you made any assumptions?
12            MS. CURRY:  Object to the
13   form.
14            THE WITNESS:  No.
15   BY MS. GARBER:
16        Q.   Do you assume, in coming to
17   your causation opinions regarding talcum
18   powder products, that they are free of
19   asbestos?
20        A.   I don't have an opinion on
21   it.
22        Q.   Do you have an opinion as to
23   whether Johnson & Johnson products,
24   talcum powder products, are free of
```

Page 109

```
 1   fibrous talc?
 2        A.   No, I don't have an opinion.
 3        Q.   Do you have an opinion if
 4   Johnson & Johnson talcum powder products
 5   contain heavy metals like nickel,
 6   chromium, cobalt and the like?
 7            MS. CURRY:  Object to the
 8   form.
 9            THE WITNESS:  I don't have
10   an opinion.
11   BY MS. GARBER:
12        Q.   Do you have an opinion
13   whether Johnson & Johnson talcum powder
14   products contain carcinogenic fragrances?
15            MS. CURRY:  Object to the
16   form.
17            THE WITNESS:  No, I don't
18   have an opinion.
19   BY MS. GARBER:
20        Q.   In the Ingham matter, you
21   had no opinion whether Johnson &
22   Johnson's talcum powder products
23   contained asbestos at any point, right?
24        A.   I didn't have an opinion,
```

28 (Pages 106 to 109)

Kevin Holcomb, M.D.

Page 110

1    no.
2         Q.   Is that still the case?
3         A.   Still the case.
4              (Document marked for
5         identification as Exhibit
6         Holcomb-6.)
7    BY MS. GARBER:
8         Q.   I'll mark as Exhibit 6 the
9    production that was made, I think, the
10   25th.
11             Doctor, this is a single
12   document that is printed on both sides,
13   and we'll start with the side that is
14   titled "Expert Report of Kevin Holcomb
15   For General Or Causation Daubert Hearing,
16   Supplemental Materials Received and
17   Reviewed By Dr. Kevin Holcomb."
18             Doctor, is this the
19   supplemental materials that you reviewed
20   after you issued your expert report?
21        A.   Yes.
22        Q.   Do you need to add any
23   further documents to this list to make it
24   accurate?

Page 111

1         A.   No.
2         Q.   And when did you review the
3    scientific studies that are listed there?
4         A.   When you say scientific?
5         Q.   Aside from the depositions
6    and expert reports, when did you review
7    each of those papers that are listed
8    there, specifically Items 1, 2, 8, 9 and
9    10?
10        A.   That came after reading
11   Dr. Saenz's deposition. So I don't know.
12   Maybe about a week, week and a half ago.
13        Q.   Okay. And then if we turn
14   the document over, does this reflect an
15   invoice issued by you on March 25th,
16   2019, to Johnson & Johnson for expert
17   services?
18        A.   Yes, it does.
19        Q.   And it indicates as to the
20   description for literature review,
21   drafting of expert report, and
22   preparation for deposition; is that
23   correct?
24        A.   That's true.

Page 112

1         Q.   And it lists 95 hours of
2    expert work?
3         A.   Yes, it does.
4         Q.   And at a rate of $850?
5         A.   Yes.
6         Q.   And so you've invoiced
7    Johnson & Johnson for $80,750, right?
8         A.   That's correct.
9         Q.   Have you been paid?
10        A.   No.
11        Q.   And are there any other
12   hours that you intend to invoice Johnson
13   & Johnson for?
14        A.   Yes.
15             MS. CURRY:  Object to the
16        form.
17   BY MS. GARBER:
18        Q.   And how many hours would
19   that entail?
20        A.   Depends on how long we go
21   today and the few hours yesterday.
22        Q.   How many hours yesterday?
23        A.   Maybe about four.
24        Q.   And do you intend to bill

Page 113

1    Johnson & Johnson for any work in
2    preparation of today's deposition before
3    the deposition started today?
4         A.   No.
5         Q.   Do you have a different rate
6    for your deposition --
7         A.   No.
8         Q.   -- as opposed to other work
9    that you do?
10        A.   No.
11        Q.   How much money were you paid
12   with regard to your work in the Ingham
13   case?
14        A.   In total, it was $100,300.
15        Q.   And so in connection with
16   your work today for Johnson & Johnson in
17   connection with talcum powder products,
18   ovarian cancer litigation, you have thus
19   at least invoiced and/or been paid for
20   roughly 183 -- almost $184,000; is that
21   fair?
22             MS. CURRY:  Object to the
23        form.
24             THE WITNESS:  No.

29 (Pages 110 to 113)

Kevin Holcomb, M.D.

Page 114

1   BY MS. GARBER:
2       Q.   How much?
3       A.   You said invoiced and been
4   paid?
5       Q.   Yeah, so, so you have to
6   date earned $103,000, correct?
7       A.   Correct.
8       Q.   And then you've invoiced
9   Johnson & Johnson for $80,750, correct?
10      A.   Correct.
11      Q.   Plus the hours that you just
12  mentioned?
13      A.   Correct.
14      Q.   Is that the totality of the
15  compensation that you have received, or
16  will receive up through today's
17  deposition?
18      A.   That is.
19      Q.   Thank you.
20          (Document marked for
21          identification as Exhibit
22          Holcomb-7.)
23  BY MS. GARBER:
24      Q.   I'm going to mark your

Page 115

1   expert report in the MDL as Exhibit 7.
2          You signed this document on
3   February 25, 2019, correct?
4       A.   Correct.
5       Q.   And this is your litigation
6   report attendant to the MDL talcum powder
7   products litigation, correct?
8       A.   Correct.
9       Q.   Have you endeavored to have
10  this litigation report published in any
11  scientific journal?
12      A.   No.
13      Q.   Can you describe the process
14  you used in developing the opinions
15  contained in this report?
16      A.   Yes.  I started, again, by
17  reviewing epidemiologic data.  I reviewed
18  both case-control and cohort studies.  I
19  looked at -- well, I guess my methodology
20  would really be following Bradford Hill's
21  methodology, because in reviewing that
22  data I looked at the strengths of
23  associations.
24          I tried to rate the studies

Page 116

1   with some degree of how strong I thought
2   the studies were, how subject they might
3   be to spurious results.
4          I looked to see if there was
5   consistency.  I looked to see if there
6   was a biologic plausibility that involved
7   mainly looking at migration issues.  And
8   then in a totality came up with my
9   opinion about the ability of talc to
10  cause ovarian cancer.
11      Q.   If we turn to your
12  references which appear beginning at Page
13  25 through 33.  And in addition the
14  supplemental references, there are more
15  than the 61 references that you had in
16  connection with the Ingham trial,
17  correct?
18      A.   Yes.
19      Q.   Did you request any other
20  documents or literature from counsel?
21          MS. CURRY:  Object to the
22          form.
23          THE WITNESS:  No.
24  BY MS. GARBER:

Page 117

1       Q.   And is it accurate that all
2   of the documents that are listed on your
3   reference lists, which include what's
4   attached to your report and the
5   supplemental, were all provided to you by
6   counsel?
7          MS. CURRY:  Object to the
8          form.
9          THE WITNESS:  No.  Some of
10         these I came up with on my own.  I
11         don't remember exactly which ones.
12         But it's not all provided by
13         counsel.
14  BY MS. GARBER:
15      Q.   Is there anything you
16  reviewed but did not rely upon in forming
17  your opinions?
18      A.   No.
19      Q.   Are there any materials that
20  you relied upon in forming your opinions
21  that are not listed in your reference
22  lists that we've reviewed?
23          MS. CURRY:  Object to the
24          form.

30 (Pages 114 to 117)

Kevin Holcomb, M.D.

Page 118

1    THE WITNESS: Other than
2    what I've already told you that I
3    came across in expert reports.
4  BY MS. GARBER:
5    Q.   And in drafting your expert
6  report, you have not made any notes; is
7  that correct?
8    A.   If you mean written, no. I
9  would -- as the manuscript was being
10 produced, I would make points. But it
11 all became incorporated in the end into a
12 final product.
13   Q.   What was the process by
14 which you developed your report? Did you
15 read a study and then make some notes or
16 mental notes, or write? Tell me the
17 process by which you --
18   MS. CURRY: Object to the
19   form.
20   THE WITNESS: I typically
21   worked with two monitors. And one
22   I'm writing the manuscript. The
23   other one, I'm bringing up papers.
24 BY MS. GARBER:

Page 119

1    Q.   Okay. So there's no notes
2  that you made before you started to sit
3  down and write your expert report; is
4  that correct?
5    MS. CURRY: Object to the
6    form.
7    THE WITNESS: No.
8  BY MS. GARBER:
9    Q.   It's not correct?
10   A.   There are no notes.
11   Q.   There are -- thank you.
12   Did you read every word of
13 the documents listed in your reference
14 list?
15   A.   Yes.
16   Q.   Did you -- when you said you
17 obtained some of the references, is that
18 limited to reviewing exhibits from expert
19 reports or depositions?
20   A.   No.
21   Q.   Did you conduct any
22 searches, say, Medline searches or PubMed
23 searches?
24   A.   I did.

Page 120

1    Q.   What were your -- what was
2  your search engine?
3    A.   PubMed as you mentioned.
4  Sometimes Google.
5    Q.   And what were your search
6  terms?
7    A.   Ovarian cancer, talc,
8  perineal talc and ovarian cancer, body
9  powder and ovarian cancer. It depended
10 what I was looking for.
11   There was some points I'm
12 making in my expert report where I'm
13 using analogies. And so I was looking at
14 HPV and cervical cancer or herpes simplex
15 virus and cervical cancer. And so it --
16 it depended on what I was -- what I was
17 looking at at the moment.
18   Q.   What did you do, Google
19 searches?
20   A.   I'm guilty of using Google
21 from now and then to start a search.
22 It's sometimes faster. It will bring up
23 PubMed articles.
24   Q.   Did -- have you read, since

Page 121

1  the production of your supplemental
2  reference list, have you read any other
3  expert reports or depositions or other
4  studies?
5    A.   Since?
6    Q.   Since the production of your
7  supplemental expert report which was
8  marked as Exhibit 6.
9    MS. CURRY: Object to the
10   form. You mean supplemental
11   materials received list?
12   MS. GARBER: Yes.
13   THE WITNESS: Only -- let's
14   see. Yes, there's one other --
15   one other paper, and that was a
16   migration paper. But I believe it
17   just came out. It was --
18 BY MS. GARBER:
19   Q.   What's the title?
20   A.   I don't remember.
21   Q.   Or the author?
22   A.   It was -- I don't know who
23 is the first author. I know --
24   Q.   Can you give me any authors?

31 (Pages 118 to 121)

Kevin Holcomb, M.D.

Page 122

1      A.   Cramer was -- was involved.
2    I don't remember the first author though.
3      Q.   What was the nature of that
4    paper?
5      A.   It was --
6         MS. CURRY:  Object to the
7    form.
8         THE WITNESS:  It was a paper
9         looking at an attempt to try to
10        differentiate contamination of
11        actual migration of talc
12        particles.
13   BY MS. GARBER:
14     Q.   What did you glean from that
15   paper, Doctor?
16        MS. CURRY:  Object to the
17   form.
18        THE WITNESS:  The biggest
19        thing that I gleaned was that
20        contamination is -- it's probably
21        even more widespread than I
22        realized.  And I appreciated the
23        effort to try to distinguish
24        between the two, but I wasn't

Page 123

1         convinced that you can
2         necessarily.
3    BY MS. GARBER:
4      Q.   Did the authors there
5    attempt to distinguish surface
6    contamination from talc that was deeply
7    embedded in the tissue?
8      A.   Well, they were only looking
9    at lymph nodes from my memory.  So they
10   were trying to distinguish between
11   particles on the surface and particles
12   that are in, deeper inside the lymph node
13   itself, yes.
14     Q.   Does that paper provide a
15   basis for any of your expert opinions
16   today?
17     A.   No.
18     Q.   You did not rely upon -- you
19   do not rely upon the Cramer -- we'll call
20   it Cramer contamination paper -- for
21   purposes of your expert opinions; is that
22   fair?
23     A.   That's fair.
24     Q.   Did you read any other

Page 124

1    expert reports or depositions after the
2    supplemental reference list?
3      A.   No.
4      Q.   And it is accurate that
5    prior to signing your expert report on
6    February 25, 2019, you had not read the
7    recent Saed 2019 paper with regard to a
8    molecular basis supporting the
9    association of talcum powder use with
10   increased risk of ovarian cancer, right?
11        MS. CURRY:  Object to the
12   form.
13        THE WITNESS:  I'm sorry, can
14        you repeat the question again?
15        Prior to --
16   BY MS. GARBER:
17     Q.   Sure.
18        Prior to signing your expert
19   report on February 25, 2019, you had not
20   read Dr. Saed's 2019 publication,
21   correct?
22     A.   That's true.
23        MS. CURRY:  Same objection.
24   Sorry.

Page 125

1    BY MS. GARBER:
2      Q.   Prior to signing your expert
3    report on February 25, 2019, likewise you
4    had not read Dr. Saed's abstract with
5    regard to talc and ROS induction,
6    correct?
7      A.   That's true.
8      Q.   You indicate at Page 20 --
9         MS. CURRY:  Do you need a
10   break?
11        THE WITNESS:  Well, I wasn't
12   sure if I -- it looks like we're
13   going to be close to lunch so...
14        We'll be planning on
15   breaking around 12 or --
16        MS. CURRY:  Sorry.  I
17   thought he had a message from the
18   hospital, so I wanted to make sure
19   if he needs to take a break.
20   We've been going over an hour,
21   Susan, so whenever is a good time
22   for you.
23        MS. GARBER:  You want to
24   take a break?  Whenever you

32 (Pages 122 to 125)

Kevin Holcomb, M.D.

Page 126

1    guys --
2          THE WITNESS:  I'm fine for a
3    break.
4          MS. GARBER:  You want to
5    take a break?
6          THE WITNESS:  Yeah, I'd
7    appreciate it.
8          MS. GARBER:  Okay.
9          THE VIDEOGRAPHER:  Please
10   remove your microphones.  The time
11   is 11:28 a.m.  Going off the
12   record.
13         (Short break.)
14         THE VIDEOGRAPHER:  Okay.  We
15   are back on the record.  The time
16   is 11:42 a.m.
17   BY MS. GARBER:
18   Q.   Doctor, you state at Page 22
19   of your report that plaintiffs' expert
20   gynecologic oncologist conducted a
21   selective review of the study on biologic
22   mechanism.
23         What studies do you
24   contend --

Page 127

1          A.   Could you -- could you
2    point -- I'm not sure where you're
3    reading from.
4          Q.   From Page 22 of your expert
5    report.
6          A.   Right, where -- I'm just
7    looking where on the page it says this.
8          Q.   At the first full paragraph.
9          MS. CURRY:  I'm not seeing
10   it there either.
11         THE WITNESS:  I see where
12   you're saying.
13         You're saying, "Such
14   selective review of studies is
15   clearly conclusion driven."
16   Q.   Yeah, okay.  So what -- what
17   studies do you believe were omitted from
18   the expert -- from the plaintiffs'
19   experts?
20         MS. CURRY:  Object to the
21   form.
22         THE WITNESS:  There's animal
23   studies showing no ascension of --
24   of particles and -- and they --

Page 128

1    they do acknowledge that, but they
2    don't -- they don't describe it.
3    They just say considered limited
4    evidence to the contrary and find
5    it non-persuasive.
6          My review of the literature
7    on this topic, I was looking for
8    some studies showing that you
9    could dust the human vulva with
10   talc and show that those particles
11   can make it to the ovary, and I
12   couldn't find a single study in
13   that situation.
14         You could place particles in
15   the vagina.  You can give a
16   patient oxytocin.  You can do
17   some -- you know, different --
18   different than the majority of the
19   use of these products.
20         And so I -- I came to the
21   conclusion that their -- their
22   approach was conclusion driven,
23   just because it seemed to me, if
24   you've never seen a study that

Page 129

1    shows it's possible, and then you
2    just say well, the -- the studies
3    that I did say that it doesn't
4    happen in an animal model, I
5    don't -- I'm not persuaded by
6    that.
7    BY MS. GARBER:
8          Q.   What animal studies did you
9    review with regard to migration?
10         A.   Yeah, I'd have to look back
11   and see was -- whether it was the -- the
12   rat model or the pig model.  But there
13   were definitely animal model studies.
14         Let me just show you.  It's
15   in the -- in the talc monograph, if you
16   want me to, I can go back through and --
17   and find the citations of --
18         Q.   That's okay, Doctor.
19         I want to know what animal
20   studies you think plaintiffs' experts
21   should have looked at in connection with
22   migration.
23         A.   Well, it's exactly my point.
24   What I'm saying is the study they should

Kevin Holcomb, M.D.

Page 130

1    look at would be the study where someone
2    dusted the human perineum with talc and
3    showed that it was able to reach the
4    ovary, and that doesn't exist.  So that
5    would be the best thing to look at.
6         The studies that I mentioned
7    to you, which I can go back to the talc
8    monograph and find, I don't remember if
9    it was Sprague rats or if it was actually
10   pigs or guinea pigs.  There was a couple
11   of animal models where they were not able
12   to show migration from the vagina, not --
13   much less the perineum.
14        Q.   It's your testimony that
15   plaintiffs' experts didn't look at a
16   human study that dusted the perineum with
17   talc and it was shown to migrate to the
18   ovaries, and you're critical of that even
19   though such a study does not exist?
20        MS. CURRY:  Object to the
21        form.
22        THE WITNESS:  You know, I
23        guess what you can be critical of,
24        and I'd have to admit to that is,

Page 131

1    I'm saying such selective
2    review -- and I guess that's not
3    what's being selective here.
4    What's being selective is what you
5    consider persuasive or not.
6         It's not the review.  It's
7    the absence of such a study.  And
8    then not finding the studies on
9    animal models that don't show
10   ascension as not being persuasive.
11   BY MS. GARBER:
12        Q.   Doctor, I reviewed your
13   reference list, and I can find about
14   three studies with regard to the issue of
15   migration.  And my question to you is,
16   did you do a comprehensive review of the
17   literature with regard to the ability of
18   talc to migrate from the genitals to the
19   perineum --
20        MS. CURRY:  Objection.
21   BY MS. GARBER:
22        Q.   -- or to the ovaries?
23        MS. CURRY:  Object to the
24        form.

Page 132

1         THE WITNESS:  I'm not sure
2    what you mean by comprehensive.  I
3    will tell you that the studies
4    that I do cite, for example a
5    study like Heller, where there's
6    no correlation between the
7    presence of talc in someone's
8    ovaries and the reported use of
9    talc, which I'm sure the
10   plaintiffs' experts have seen,
11   should give them reason to pause
12   if they've never been able to show
13   it in a human model that it can
14   happen.
15        And then you see studies
16   like that that say there's no
17   correlation between reported
18   history and the presence of talc
19   in the ovaries, that it should
20   make you -- it should make you
21   wonder.
22        And I wouldn't be so
23   dismissive of the studies that are
24   to the contrary.  I mean, they're

Page 133

1    mentioning, "Reviewed the small
2    body of literature suggesting
3    migration of particles does not
4    occur."  So they're admitting that
5    there is a body of literature that
6    shows that it doesn't occur.
7    BY MS. GARBER:
8         Q.   Doctor --
9         A.   You can go --
10        Q.   Doctor, if you can --
11        MS. CURRY:  Are you finished
12   with your response?
13        THE WITNESS:  Yeah.
14   BY MS. GARBER:
15        Q.   Can you turn to Page --
16        A.   Can I finish my answer?
17   So --
18        Q.   You can finish.
19        A.   Thank you.
20        So the statement that says,
21   "I've reviewed the small body of
22   literature suggesting that migration of
23   particles does not occur," they're
24   describing that body of literature as

34 (Pages 130 to 133)

Kevin Holcomb, M.D.

Page 134

1    small.  And I'm saying that there is no
2    body of literature showing that perineal
3    dusting of talc gets to the ovaries.
4           So you're comparing small to
5    none, but you find the small
6    non-persuasive.
7           Q.   Doctor, if you can turn to
8    Page 16 of your expert report.  There is
9    a section on Page 16 titled "Migration of
10   Talc Particles," correct?
11          A.   Yes.
12          Q.   And you mention the Wehner
13   paper, correct?
14          A.   Yes.
15          Q.   And do you know what -- was
16   that an animal study or human study?
17          A.   That was animals.
18          Q.   All right.  And then you
19   mentioned the Heller study.  Was that a
20   talc migration study?  In other words,
21   was talc placed at the genitals and
22   looked to see if it travels?
23          A.   No.
24          Q.   Okay.  And then you also

Page 135

1    mentioned the Cramer study, right, the
2    2007 study?
3           A.   Yes.
4           2007, you said?
5           Q.   Yes.
6           A.   Oh, yes, yes.
7           Q.   And then if we turn the page
8    over, you also mention the Gertig study;
9    is that right?
10          A.   Yes.
11          Q.   And then you mention the
12   Terry study?
13          A.   Right.
14          Q.   Doctor, did you look at any
15   of the human studies where particulate
16   was placed at the genitals or in the
17   genitals and the ability to migrate?
18          A.   What particular particulate
19   are you talking about?
20          Q.   Any particulate.
21          A.   Yes.  And I saw in expert --
22   for example, in Dr. Birrer's report, I
23   believe he discusses a study of carbon.
24   But I think it's really important if

Page 136

1    you're going to develop a model to say --
2           Q.   Doctor, sorry, I'm just
3    going to cut you off.
4           A.   Sure.
5           Q.   My question was did you --
6    it was just a really simple question.
7    Did you look at any other human studies.
8    And the answer was yes?
9           A.   Yes.
10          Q.   And then you mentioned one
11   study; is that right?  Were there any
12   other studies?
13          MS. CURRY:  Object to the
14   form.
15          THE WITNESS:  I would have
16   to go back and remind myself of
17   how many, but it was more than
18   one.
19   BY MS. GARBER:
20          Q.   Do you have any other
21   criticisms of plaintiffs' gynecologic
22   oncologists and the claim that they
23   selectively reviewed studies?  Any other
24   criticisms as to the body of literature?

Page 137

1           A.   I do.
2           MS. CURRY:  Object to the
3    form.
4           THE WITNESS:  I do.  I
5    looked at the literature in
6    totality.  So if you just restrict
7    to the epidemiologic data, I
8    looked at the case-control
9    studies.  I spent a fair amount of
10   time going through those, looking
11   for consistency and things like
12   that.
13          And then I looked at the
14   cohort studies, which as you see
15   in my report I explain why they
16   may -- they are generally
17   considered to be less prone to
18   bias.
19          And then I read
20   Dr. Clarke-Pearson's report where
21   he almost -- I don't even think he
22   mentioned the cohort studies,
23   which to me was an important thing
24   that you'd have to explain away if

Kevin Holcomb, M.D.

Page 138

1    you really believe that talc
2    causes ovarian cancer.
3          I did -- as I mention, I
4    think they take as a given that
5    talc can migrate. And they're not
6    alone in this. I don't -- I don't
7    think that they're alone in doing
8    that. I read a number of papers
9    that in the introduction will make
10   statements like, "We all know talc
11   can get to the ovaries," and then
12   offer no citation for it.
13         And so I take issue with
14   that as well.
15   BY MS. GARBER:
16         Q.   Doctor, I didn't ask you for
17   a full list of your opinions.
18         A.   I thought you did.
19         Q.   I asked you --
20         A.   You asked me what areas do I
21   disagree with them.
22         Q.   Okay. And you mentioned --
23         MS. CURRY:  Please let him
24   finish his response. You've cut

Page 139

1    him off twice now.
2          MS. GARBER:  That's because
3    he's talking in very large
4    paragraphs, and we're never going
5    to get anywhere if I don't.
6          MS. CURRY:  If you ask these
7    broad, open-ended questions, he's
8    entitled to respond to it.
9          MS. GARBER:  All right.
10   I'll ask a different question.
11   BY MS. GARBER:
12         Q.   Doctor, did you review the
13   Buz'Zard 2007, Shukla 2009 papers?
14         A.   Only with regard to the
15   expert reports.
16         Q.   They're not on your
17   reference list, are they?
18         A.   No.
19         Q.   And you did not review the
20   Saed 2019 prior to signing your expert
21   report. We've already established that,
22   right?
23         MS. CURRY:  Object to the
24   form.

Page 140

1          THE WITNESS:  That's
2    correct.
3    BY MS. GARBER:
4          Q.   And those papers relied on
5    plaintiffs' experts in support of their
6    biologically plausible mechanism of
7    carcinogenicity, true?
8          A.   Yes, that's true.
9          Q.   And in Page 23 of your
10   report you state, "I understand that
11   there are a number of irregularities in
12   Dr. Saed's work and his lab notes."
13         What is your source of that
14   statement?
15         A.   Dr. Birrer's expert report.
16         Q.   When did you read
17   Dr. Birrer's expert report?
18         A.   I'm trying to think.
19   Probably about maybe two weeks ago.
20         Can you tell me what you're
21   referring to though?
22         Your -- your statement. You
23   said you -- I made a -- a referral to
24   something about Dr. Saed, but you didn't

Page 141

1    tell me where to find it.
2          Q.   I just asked you generally,
3    Doctor.
4          You -- you made mention
5    that -- that his work and lab notes --
6          A.   I'm just asking where you're
7    reading from, if you can --
8          Q.   At Page 23, Doctor.
9          A.   23. Thank you.
10         Q.   So what's your source of
11   that statement?
12         A.   Hold on one second.
13         Q.   If you don't know, we'll
14   move on.
15         MS. CURRY:  Just give him a
16   second to look at where you're
17   reading from.
18         THE WITNESS:  I just want to
19   get to -- yeah.
20   BY MS. GARBER:
21         Q.   It's at the top of 23.
22         A.   I don't remember exactly.
23         Q.   All right. Did you -- I --
24   I noted that his lab notebooks were not

36 (Pages 138 to 141)

Kevin Holcomb, M.D.

Page 142

1    on his reference list.  You didn't look
2    at those, did you?
3           MS. CURRY:  Object to the
4        form.
5           THE WITNESS:  No.
6    BY MS. GARBER:
7        Q.   You haven't looked at all of
8    his work relating to talc and mechanism
9    of carcinogenicity, right?
10       A.   No.
11       Q.   And with regard to your
12   reference list, you haven't reviewed
13   Health Canada's draft screening
14   assessment with regard to talc dated
15   December of 2018, correct?
16          MS. CURRY:  Object to the
17       form.
18          THE WITNESS:  I did.
19   BY MS. GARBER:
20       Q.   Sorry?
21       A.   I did.
22       Q.   You did review it?
23       A.   It's one of Dr. Saenz's
24   exhibits.

Page 143

1        Q.   Okay.  And it's not listed
2    on your reference list, correct?
3           MS. CURRY:  Object to the
4        form.
5           THE WITNESS:  I'd have to
6        look through the reference list --
7        no, it was something that I
8        reviewed as part of Dr. Saenz's
9        exhibits.
10   BY MS. GARBER:
11       Q.   So you have reviewed Health
12   Canada's December 2018 draft report?
13       A.   It's part of Dr. -- it's
14   part of Dr. Saenz's exhibits and I have
15   reviewed it.
16       Q.   When did you review that?
17       A.   Maybe about a week ago.
18       Q.   Okay.  Have you read any
19   comment letters or reports issued in
20   response to the Health Canada DSAR?
21       A.   No.
22       Q.   Have you been asked to
23   provide any comment to Health Canada?
24       A.   No.

Page 144

1        Q.   Are you planning to provide
2    any comment?
3        A.   What I reviewed was a draft.
4    So I'm not sure what Health Canada is
5    going to finally decide to publish.  So
6    no, I didn't -- I didn't --
7        Q.   Do --
8           MS. GARBER:  Motion to
9        strike as nonresponsive.
10   BY MS. GARBER:
11       Q.   Doctor, I asked you, are you
12   planning to provide any comment to Health
13   Canada?
14       A.   I'm saying perhaps I would
15   if I saw a final product that I thought
16   was really egregious, but I've only
17   reviewed a draft and so I -- I can't say
18   whether I would or not.
19       Q.   Doctor, do you understand
20   that Health Canada has asked for public
21   comment?
22       A.   I didn't -- no, I wasn't
23   aware of the process.
24       Q.   Okay.  Have you ever been

Page 145

1    asked to testify at any United States or
2    state government proceedings with regard
3    to talcum powder products?
4        A.   No.
5        Q.   And you are not conducting
6    any research, experimental research in
7    any capacity concerning talcum powder
8    products and ovarian cancer, right?
9        A.   No.
10       Q.   Are you planning to?
11       A.   No.
12       Q.   Have you ever applied for a
13   grant or monies to conduct a research on
14   talcum powder products and ovarian
15   cancer?
16       A.   No.
17       Q.   Have you read the Taher 2018
18   meta-analysis?
19       A.   I have.
20       Q.   Yes?
21       A.   Yes.
22       Q.   When did you read that?
23       A.   Same day I read the Health
24   Canada assessment.

37 (Pages 142 to 145)

Kevin Holcomb, M.D.

Page 146

1       Q.   And that was not on any of
2    your -- the Taher 2018 meta-analysis was
3    not listed on any of your reference
4    lists, correct?
5       A.   It is --
6          MS. CURRY:  Object to the
7       form.
8          THE WITNESS:  It's also part
9       of the exhibits for Dr. Saenz.
10   BY MS. GARBER:
11      Q.   Could you go back to
12   Exhibit 6, please.
13         Doctor, you understand that
14   your reference lists provide me an
15   opportunity to know what literature you
16   have reviewed and relied on attendant to
17   your expert opinions, correct?
18      A.   That's correct.
19      Q.   And if you look at Item 5 of
20   Exhibit 6 which is your supplemental
21   materials?
22      A.   Yes.
23      Q.   Could you read Number 5 for
24   me, please?

Page 147

1       A.   It says, "Expert report of
2    Cheryl Saenz, M.D., February 25, 2019."
3       Q.   It doesn't say exhibits,
4    does it?
5          MS. CURRY:  Object to the
6       form.  Number 3 discusses the
7       deposition.
8    BY MS. GARBER:
9       Q.   Is that what it says,
10   Doctor?  Does it say exhibits there, sir?
11         MS. CURRY:  Object to the
12      form.
13         THE WITNESS:  It clearly
14      doesn't say exhibits.  Number 3 is
15      where it says exhibits, so I'm not
16      sure why you're having me read all
17      of 5, when it clearly says on
18      Number 3, "Deposition of Cheryl
19      Saenz, M.D., and exhibits,
20      March 13, 2019."
21   BY MS. GARBER:
22      Q.   Okay.  Doctor, have you
23   spoken with any of the Taher study
24   authors?

Page 148

1       A.   No, I have not.
2       Q.   And your expert report
3    contains Table 1, correct?
4       A.   Yes.
5       Q.   And what is the nature of
6    Table 1?
7       A.   Table 1 --
8          MS. CURRY:  Table 1 in the
9       copy that you marked is actually
10      cut off.
11         Do you have a full version
12      of it?
13         MS. GARBER:  I do.  It's --
14      it's buried.  But I'm going to
15      mark it, so...
16   BY MS. GARBER:
17      Q.   Are you able to tell me what
18   Table 1 contains?
19      A.   Yes.
20      Q.   And what it is?
21      A.   Table 1 is a list of
22   case-control studies that I reviewed in
23   regard to this matter.
24      Q.   Why did you create this

Page 149

1    list?
2       A.   One, I wanted to show that I
3    performed a comprehensive review.  But I
4    guess largely what I saw mentions over
5    and over again by plaintiffs' experts and
6    sometimes in other papers, the statement
7    that the epidemiologic data consistently
8    shows an increased risk of -- of ovarian
9    cancer with talc exposure.  And I think
10   most people already know that that's only
11   with case-control studies and none of the
12   cohort studies if you include Gates and
13   then update to Gertig.
14         So then I wanted to look at
15   the case-control studies.  And to see
16   could somebody use that term
17   consistently, maybe loosely, and what I
18   consider consistent and they consider
19   consistent different.
20         And so I looked through this
21   list of case-control studies.  I looked
22   at those that showed a positive
23   association and had a 95 percent
24   confidence interval that would suggest it

Kevin Holcomb, M.D.

Page 150

1    was statistically significant. And I
2    wanted to see what percentage of them,
3    that were not duplicates of the same
4    dataset actually showed this association.
5          And so my -- my review of
6    this list of case-control studies was
7    that -- I don't -- it came out to be
8    about 50/50 with a positive association.
9    Because I wanted to find out, would --
10   would anybody call, you know, a 50/50
11   chance consistent.
12       Q.   So you created Table 1 to
13   show or to support your claim that the
14   case-control studies were inconsistent
15   based on statistical significance.
16         Is that fair, Doctor?
17       MS. CURRY:  Object to the
18   form.
19       THE WITNESS:  That's fair.
20   BY MS. GARBER:
21       Q.   Okay.  Exhibit A at the back
22   of your expert report is your CV, right?
23       A.   Yes.
24       Q.   When did you last update it?

Page 151

1        A.   I believe this is the most
2    recent copy.  Let's see.
3          Let's see.  This last paper
4    is from January 2019, probably like
5    February or maybe early March.
6        Q.   Do you need to make any
7    amendments to make it accurate today?
8        A.   I have a few more accepted
9    publications, but they are not up on
10   PubMed, so I don't think so.
11       Q.   Do they concern ovarian
12   cancer?
13       A.   No.  Oh, hold on.  I'm
14   sorry.
15         Yes.
16       Q.   In what capacity?
17       A.   There's one study, which
18   deals with early detection of ovarian
19   cancer where we looked at vaginal fluid
20   as a potential biomarker for women who
21   have an adnexa mass to pick up whether
22   they have ovarian cancer.  And we looked
23   at a chemical called LPA,
24   lysophosphatidic acid, and showed that

Page 152

1    its levels were higher in women who
2    specifically had clear cell carcinoma.
3        Q.   Do any of the publications
4    that do not appear on your reference list
5    concern any of the issues that you deem
6    relevant in this case?
7        MS. CURRY:  Object to the
8    form.
9        THE WITNESS:  Please repeat
10   that.
11   BY MS. GARBER:
12       Q.   Do any of the publications
13   that do not appear on your CV,
14   bibliography, do any -- are any of those
15   relevant as you deem them to the issues
16   in this case?
17       A.   I just wanted to clarify.
18   You're asking if any of the papers that
19   I'm a co-author or author on relevant to
20   this topic?
21       Q.   That do not appear on your
22   CV?
23       A.   That do not appear on my CV?
24       Q.   Yes.  The ones that you say

Page 153

1    that are not published yet.
2        A.   Oh, no.
3        Q.   No, they do not concern --
4        A.   No, they do not concern talc
5    and ovarian cancer.
6        Q.   Do you consider yourself a
7    research cancer biologist?
8        MS. CURRY:  Object to the
9    form.
10       THE WITNESS:  No, I would
11   consider someone who does mainly
12   basic science research a
13   biologist.
14   BY MS. GARBER:
15       Q.   You don't conduct in vitro
16   studies as part of your practice, right?
17       A.   If you see my CV, you'll see
18   some studies that involve in vitro
19   studies.  So I collaborate with Ph.Ds.
20   So I'm part of a research team that does
21   perform --
22       Q.   But you don't do the bench
23   work, do you?
24       A.   I'm not doing the bench

Kevin Holcomb, M.D.

Page 154

1    work, no.
2        Q.   All right.  And you don't
3    have any degrees in epidemiology, right?
4        A.   No.
5        Q.   Did you review any internal
6    documents of defendants in this case that
7    were produced attendant to this
8    litigation?
9        A.   No, I have not.
10       Q.   And do you understand that
11   United States Senate seeking internal
12   company documents relevant to their
13   investigation as to whether Johnson &
14   Johnson has misrepresented the truth
15   about asbestos content in their talcum
16   powder products?
17       A.   I am aware.
18       Q.   You understand that the
19   public, which includes scientists, are
20   not normally allowed to review internal
21   company documents because manufacturers
22   like Johnson & Johnson mark them
23   confidential and disclosure can result in
24   violation of a protective order?  Do you

Page 155

1    understand that?
2            MS. CURRY:  Object to the
3        form.
4            THE WITNESS:  No, I --
5    BY MS. GARBER:
6        Q.   Do you understand how that
7    works?
8        A.   No, I didn't know that.
9        Q.   You do?
10       A.   I don't know that.
11       Q.   Okay.  Do I now have a full
12   list of the documents that you considered
13   in formulating your opinions as
14   referenced in your expert report and
15   supplemental materials?
16       A.   Yes.
17       Q.   Do you understand, Doctor,
18   that I'm entitled to know the literature
19   that you considered and the foundation
20   for your opinions?
21       A.   Yes.
22       Q.   And while you don't agree
23   with plaintiffs' causation opinions that
24   you reviewed, you do acknowledge that

Page 156

1    their opinions were based on informed
2    scientific medical judgment?
3            MS. CURRY:  Object to the
4        form.
5            THE WITNESS:  No.
6    BY MS. GARBER:
7        Q.   You disagree with that?
8        A.   No.
9        Q.   Pardon?
10       A.   I disagree with it.
11       Q.   Which experts -- and I don't
12   need to know why.  Which experts do you
13   think of uninformed scientific opinions?
14           MS. CURRY:  Object to the
15       form.
16           THE WITNESS:  I would say
17       Dr. Clarke-Pearson, Dr. Judith
18       Wolf, Ellen Blair Smith.
19   BY MS. GARBER:
20       Q.   Any others?
21       A.   No, I would restrict it to
22   that.
23       Q.   Okay.  And your criticisms
24   of those particular doctors as referenced

Page 157

1    in your expert report, does that consist
2    of -- strike that.
3            The opinions with regard to
4    plaintiffs' experts, Dr. Clarke-Pearson,
5    Wolf, and Blair Smith, your criticisms of
6    those experts are contained within your
7    expert report; is that fair?
8        A.   That's fair.
9        Q.   Do you agree that experts
10   must use scientific judgment when
11   assessing the literature for causality?
12       A.   Yes, I do.
13       Q.   And in assessing the
14   literature, one person's scientific
15   judgment may be different than another
16   person's scientific judgment?
17           MS. CURRY:  Object to the
18       form.
19           THE WITNESS:  I believe
20       scientific judgment has a role,
21       but I believe that there are
22       things that are right and wrong as
23       well.  And I gave you an example
24       of one of them, which was it's

40 (Pages 154 to 157)

Kevin Holcomb, M.D.

Page 158

1  wrong to say that something is
2  consistently shown to be
3  associated with something if it's
4  not consistently shown.
5        And -- and I think for
6  statements like that, you can rely
7  on what the general population
8  would consider consistency, or
9  just any reasonable person. So if
10  someone says something is a
11  hallmark of a disease, and there's
12  no good evidence that it is even a
13  part of the disease, then, you
14  know, that's not a judgment call
15  at that point. That's the
16  difference between a misstatement
17  and a -- it's just a misstatement.
18  BY MS. GARBER:
19        Q.   We will get to the issue of
20  consistency, Doctor.
21        In addressing -- or in
22  assessing -- strike that.
23        Do you agree that experts
24  can reasonably weigh factors differently?

Page 159

1        MS. CURRY: Object to the
2  form.
3        THE WITNESS: What I was
4  trying to get at, and I was hoping
5  that we would be able to cover
6  this quickly, but probably not.
7  That --
8  BY MS. GARBER:
9        Q.   Doctor, just yes or no. And
10  you're --
11        A.   I need -- no --
12        Q.   -- going to have an
13  opportunity for your lawyer to ask you
14  questions.
15        A.   But ma'am, if you ask a
16  question --
17        MS. GARBER: Object to form.
18  BY MS. GARBER:
19        Q.   I will withdraw the
20  question.
21        A.   Okay.
22        Q.   Doctor, with regard to
23  methodology, will you please point me to
24  the methodology section in your report

Page 160

1  that informs the reader of the
2  methodology that you employed to render
3  your opinions.
4        A.   I would have to point to my
5  description of the Bradford Hill
6  criteria.
7        Q.   Where does that appear?
8        A.   I'll find it for you.
9  Page 19.
10        Q.   Doctor, is that a
11  methodology section? I asked you
12  specifically if you could point me to the
13  methodology section.
14        A.   No. That does -- that is
15  not a methodology section.
16        Q.   And, in fact, you don't have
17  a methodology section in your report, do
18  you?
19        A.   I don't have a --
20        MS. CURRY: Object to the
21  form.
22        THE WITNESS: I don't have a
23  specific section labeled
24  methodology, no.

Page 161

1  BY MS. GARBER:
2        Q.   And, in fact, in the four
3  corners of your report you do not state
4  anywhere the methodology that you
5  employed in coming to your opinions. Is
6  that also a true statement?
7        MS. CURRY: Object to the
8  form.
9        THE WITNESS: Throughout my
10  report, within the four corners
11  one could see the methodology I'm
12  using. And then I go onto explain
13  where I got that methodology with
14  Bradford Hill.
15  BY MS. GARBER:
16        Q.   Doctor, you understand the
17  methodology is important so that opinions
18  can be replicated, right?
19        When you're reviewing a
20  study, there's a methods section, so that
21  the evaluation can be replicated. You
22  understand that, right?
23        A.   Yes.
24        MS. CURRY: Object to the

41 (Pages 158 to 161)

Kevin Holcomb, M.D.

Page 162

1    form.
2    BY MS. GARBER:
3        Q.   You don't have a methodology
4    section in your report where --
5        A.   I do not.
6        Q.   Thank you.
7            Doctor, if we could move
8    onto your statements about plaintiffs'
9    criticism of not reviewing the totality
10   of the literature.
11           I want to ask some questions
12   of you.
13           You did not review the
14   totality of the literature relating to
15   biologic plausibility, because you did
16   not review the Shukla, Buz'Zard, Saed
17   references before rendering your expert
18   opinion in the case?
19           MS. CURRY:  Object to the
20   form.
21   BY MS. GARBER:
22       Q.   In -- in this case.  Do you
23   agree with that?
24           MS. CURRY:  Object to the

Page 163

1    form.
2            THE WITNESS:  I believe that
3    even though it's -- I didn't have
4    a methodology section, I did
5    approach this in a method --
6    methodical way --
7    BY MS. GARBER:
8        Q.   Doctor, I didn't ask you
9    about your methodology.
10       A.   If I -- if I can finish my
11   answer, please.
12           MS. CURRY:  Please stop
13   cutting him off.
14           THE WITNESS:  So --
15           MS. GARBER:  Motion to
16   strike.
17   BY MS. GARBER:
18       Q.   My question was about
19   Shukla, Buz'Zard and Saez --
20           MS. SHARKO:  You have to let
21   him finish his answer.  You are
22   not allowed to interrupt.  Now be
23   polite please.
24           THE WITNESS:  With regard to

Page 164

1    the studies that you're referring
2    to, I did not specifically mention
3    those studies at the time that I
4    presented my opinion, because my
5    view of the Bradford Hill criteria
6    was that there's a reason why the
7    first one is strength of
8    association and the second is
9    consistency.  And that I felt that
10   my reasoning showing the
11   inconsistencies there, that
12   it's -- it's an interesting
13   question to look at biological
14   plausibility and -- and -- but
15   when you have such weakness in the
16   epidemiologic data, I did not
17   spend as much time going through
18   the biologic plausibility other
19   than to the degree that I did,
20   because I think -- and it's full
21   of weaknesses there as well.
22           But no, my opinion, just
23   even based on the epidemiology
24   is -- is that there isn't a

Page 165

1    consistent finding of an
2    association with talc use and
3    ovarian cancer.
4    BY MS. GARBER:
5        Q.   Doctor, is it your testimony
6    that if you look at the epidemiological
7    literature and you find it weak, you
8    don't then need to go on and review the
9    biologic plausibility to render a
10   causation opinion?
11           MS. CURRY:  Object to the
12   form.
13   BY MS. GARBER:
14       Q.   Is that your -- is that your
15   opinion?
16       A.   That is not my opinion.
17       Q.   Okay.
18       A.   And that's not what I'm
19   saying.
20       Q.   So -- and, Doctor, you did
21   not review studies that looked at the
22   biologic plausibility for talc and
23   ovarian cancer which included Shukla,
24   Buz'Zard, and Saed before signing your

42 (Pages 162 to 165)

Kevin Holcomb, M.D.

|  | Page 166 |
|---|---|
| 1 | report, correct? |
| 2 | MS. CURRY: Object to the |
| 3 | form. |
| 4 | THE WITNESS: I would argue |
| 5 | that Buz'Zard is not -- |
| 6 | BY MS. GARBER: |
| 7 | Q. Doctor, yes or no, did you |
| 8 | review those or not? |
| 9 | MS. CURRY: Object to the |
| 10 | form. |
| 11 | THE WITNESS: I don't -- |
| 12 | MS. CURRY: Please let him |
| 13 | finish his response. |
| 14 | THE WITNESS: You're -- |
| 15 | you're looking for yes or no |
| 16 | simple answers and you keep -- |
| 17 | BY MS. GARBER: |
| 18 | Q. I'm not looking for |
| 19 | paragraphs, Doctor. |
| 20 | A. -- but -- but you keep |
| 21 | telling me that you're here to clarify my |
| 22 | answers. But whenever I get started with |
| 23 | an answer you cut me off, which makes me |
| 24 | wonder are you really here to clarify my |

|  | Page 167 |
|---|---|
| 1 | answers. Because I can explain to you. |
| 2 | Buz'Zard -- |
| 3 | Q. I didn't ask you for an |
| 4 | explanation. I asked you, were they |
| 5 | listed, yes or no. And your answer was |
| 6 | no -- |
| 7 | A. Can you go back to your last |
| 8 | question? Can you go back to the |
| 9 | question? |
| 10 | Q. Doctor, you understand I'm |
| 11 | here to ask questions and you're here to |
| 12 | answer them. |
| 13 | A. I'm asking you to repeat |
| 14 | your question. |
| 15 | MS. CURRY: Ms. Garber, |
| 16 | you're not letting him answer the |
| 17 | question. And please, you can't |
| 18 | keep talking over each other. |
| 19 | MS. O'DELL: That's really |
| 20 | not fair. If she's -- if she's |
| 21 | asking whether the doctor has |
| 22 | reviewed a study, that's a yes or |
| 23 | no question. |
| 24 | She's not cutting you off. |

|  | Page 168 |
|---|---|
| 1 | She's asking him to respond to the |
| 2 | question. |
| 3 | And if Dr. Holcomb continues |
| 4 | not to answer a question, it's an |
| 5 | appropriate issue to take to |
| 6 | Judge Pisano and that's what we're |
| 7 | going to do. So -- so -- so -- |
| 8 | MR. MIZGALA: I want to |
| 9 | insert here. Because you're |
| 10 | not -- she's not just asking him |
| 11 | yes or no about the studies. |
| 12 | She's characterizing the studies |
| 13 | in a specific manner and he |
| 14 | disagrees with that. I think he |
| 15 | should be able to explain that. |
| 16 | THE WITNESS: That's exactly |
| 17 | my feeling about it. It's, the |
| 18 | question is did I review the |
| 19 | study -- |
| 20 | BY MS. GARBER: |
| 21 | Q. Doctor, there's no question |
| 22 | pending. |
| 23 | Did you -- |
| 24 | MS. SHARKO: All right. So |

|  | Page 169 |
|---|---|
| 1 | all prior questions are withdrawn. |
| 2 | MS. GARBER: No -- |
| 3 | MS. SHARKO: She will now |
| 4 | ask a question and hopefully |
| 5 | she'll be polite and let you |
| 6 | answer it. If we have to go to |
| 7 | the judge about the constant |
| 8 | interrupting that we've had over |
| 9 | the last few days, then we will. |
| 10 | MS. O'DELL: We're here for |
| 11 | the day. Not for the last few |
| 12 | days. And the questions aren't |
| 13 | withdrawn. You're welcome to pose |
| 14 | a new question. |
| 15 | And -- and I wanted to say |
| 16 | for the record the suggestion that |
| 17 | Ms. Garber is not being polite is |
| 18 | incorrect, Ms. Sharko. |
| 19 | MS. SHARKO: I disagree. |
| 20 | But let's go on. |
| 21 | There's a lot of silence. |
| 22 | Are you going to ask a question, |
| 23 | or are you waiting for the doctor |
| 24 | to answer the -- |

43 (Pages 166 to 169)

Kevin Holcomb, M.D.

Page 170

1        MS. GARBER: I'm going to --
2    I'm going to ask a question.
3        MS. SHARKO: Great. Thank
4    you.
5    BY MS. GARBER:
6        Q.   Doctor, you did not review
7    Dr. Longo's testing of talcum powder
8    products for the presence of asbestos,
9    fibrous talc, heavy metals and the like,
10   correct?
11       A.   That's correct.
12       Q.   And you did not present or
13   discuss the study design limitations with
14   the cohort studies.  Do you agree with
15   that, yes or no?
16       MS. CURRY: Object to the
17   form.
18       THE WITNESS: Please repeat.
19   BY MS. GARBER:
20       Q.   Did you -- you did not
21   present and discuss the study design
22   limitations of the cohort studies, yes or
23   no?
24       A.   I'd have to read through the

Page 171

1    report again.  I don't remember.
2        Q.   You can't answer that
3    question?
4        A.   I can't.
5        Q.   Okay.  Is it true, Doctor
6    that you did not provide a word of
7    analysis in your report regarding the
8    contrary data to your causation opinion
9    specifically with regard to
10   Penninkilampi, Health Canada or the Taher
11   paper?
12       MS. CURRY: Object to the
13   form.
14   BY MS. GARBER:
15       Q.   Is that true?
16       A.   Please repeat one more time.
17       Q.   Your report does not provide
18   a word of analysis regarding the contrary
19   data to your causation opinion,
20   specifically the Penninkilampi, Health
21   Canada or Taher analysis of causation,
22   correct?
23       A.   No, I -- I mentioned
24   Penninkilampi.

Page 172

1        MS. CURRY: Object to the
2    form.
3    BY MS. GARBER:
4        Q.   Do you mention her
5    reference -- his references with regard
6    to causation?
7        MS. CURRY: Object to the
8    form.
9        THE WITNESS: No.  I
10   reference his study, not his
11   discussion section.
12   BY MS. GARBER:
13       Q.   Okay.  In your critique of
14   plaintiffs' experts' opinions, you do not
15   state the methodology used in coming to
16   those opinions, correct?
17       MS. CURRY: Object to the
18   form.
19       THE WITNESS: I do discuss
20   the methodology that I used.  I
21   don't have a methodology section
22   that you discussed.
23   BY MS. GARBER:
24       Q.   You don't discuss the

Page 173

1    methodology that you employed in
2    rendering critiques of plaintiffs'
3    experts' opinions, correct?
4        MS. CURRY: Object to the
5    form.
6        THE WITNESS: I just discuss
7    and describe my critiques, yes.
8    BY MS. GARBER:
9        Q.   Wouldn't you agree, Doctor,
10   that there's medical consensus that the
11   female genital tract is an open system to
12   facilitate the passage of menses and
13   promote retrograde movement of sperm?
14       MS. CURRY: Object to the
15   form.
16       THE WITNESS: Yes.
17   BY MS. GARBER:
18       Q.   Let's talk about your
19   opinions and be sure that I understand
20   what they are.
21       These should be yes or no
22   questions, not why.
23       Okay.  Is it your opinion
24   that the literature does not provide a

44 (Pages 170 to 173)

Kevin Holcomb, M.D.

Page 174

1   biologically plausible mechanism whereby
2   talcum powder products can migrate from a
3   woman's genitals to her ovaries?
4           MS. CURRY:  Object to the
5       form.
6           THE WITNESS:  Is it my
7       opinion that it does not provide?
8   BY MS. GARBER:
9       Q.   Correct.
10      A.   The answer would be yes.
11      Q.   Is it your opinion that the
12  literature does not provide a
13  biologically plausible mechanism whereby
14  talcum powder products can induce chronic
15  inflammation, resulting in ovarian
16  cancer?
17      A.   I believe that it proves
18  that it can cause chronic inflammation.
19  I don't believe that it's been proven
20  that that causes ovarian cancer.
21      Q.   Is it your opinion that
22  talcum powder products do not increase
23  the risk of developing ovarian cancer?
24      A.   Yes.

Page 175

1       Q.   And if talcum powder
2   products contain asbestos, does that
3   opinion change?
4       A.   No.
5       Q.   Is it your opinion that
6   talcum powder products do not cause
7   ovarian cancer?
8       A.   I don't have an opinion.
9   I'm sorry.  Talcum powder is -- did you
10  ask the same question twice?
11      Q.   No.  One was risk, one was
12  cause.
13      A.   Oh.
14      Q.   Is it your opinion that
15  talcum powder products do not cause
16  ovarian cancer?
17      A.   That's my opinion.
18      Q.   Is it your opinion that
19  there is no evidence that talc is
20  associated with ovarian cancer?
21          MS. CURRY:  Object to the
22      form.
23          THE WITNESS:  No, that's not
24      my opinion.

Page 176

1   BY MS. GARBER:
2       Q.   Is your opinion limited to
3   there's no credible evidence --
4           MS. CURRY:  Object to the
5       form.
6   BY MS. GARBER:
7       Q.   -- that talc is associated
8   with ovarian cancer?
9           MS. CURRY:  Object to the
10      form.
11          THE WITNESS:  This is going
12      to be tough for yes or no.  I
13      can't answer that with a yes or
14      no.
15  BY MS. GARBER:
16      Q.   Okay.  As a gynecologic
17  oncologist, you're a member of the
18  Society For Gynecologic Oncology, right?
19      A.   Correct.
20      Q.   And you've served as a
21  reviewer for the publications submitted
22  to the Journal of Gynecologic Oncology,
23  right?
24      A.   Correct.

Page 177

1       Q.   And I assume that you
2   believe the journal -- the journal is a
3   reliable source for study data generally?
4           MS. CURRY:  Object to the
5       form.
6           THE WITNESS:  What's your
7       definition of reliable?
8   BY MS. GARBER:
9       Q.   What do you think it means?
10      A.   I don't use that term
11  reliable.  So I wouldn't use that term.
12      Q.   Do you read the journal?
13      A.   Yes, I do.
14      Q.   And the data that's
15  contained therein generally, do you deem
16  it reliable for what it provides or do
17  you think it's not credible?
18          MS. CURRY:  Object to the
19      form.
20          THE WITNESS:  Again, if
21      you're saying I believe it's
22      reliable, do I assume that
23      everybody is honestly reporting
24      what they found, that is a general

45 (Pages 174 to 177)

Kevin Holcomb, M.D.

Page 178

1    assumption that we hold in
2    academic medicine.  And, yes, I
3    make that assumption for
4    gynecologic oncology.
5         There's no way for a
6    reviewer or someone else to know
7    if someone is giving you false
8    information.  We assume it's all
9    valid and that they've not lied
10    about anything.  So is that what
11    you mean by reliable?
12    BY MS. GARBER:
13        Q.   Have you had an experience
14    as a reviewer for Gynecologic Oncology
15    where authors submitted false data?
16        A.   What I'm saying is we don't
17    ask for raw data.  I've never -- let me
18    say I.  I have never asked a submitting
19    scientist for their raw data so that I
20    could look for irregularities.  There is
21    a general understanding that you are
22    trusting the person is giving you their
23    findings, and you're reviewing them with
24    that understanding.

Page 179

1        Q.   And based on the fact that
2    you're a reviewer for Gynecologic
3    Oncology, do you tend to trust the data
4    presented in that journal?
5         MS. CURRY:  Object to the
6        form.
7         THE WITNESS:  When you
8        say -- unfortunately, when you say
9        "trust" --
10    BY MS. GARBER:
11        Q.   That was your word, Doctor.
12        A.   You may disagree with the
13    findings, but the word -- when I use the
14    word "trust," that's why I keep on coming
15    back to believing that what the person is
16    giving you is valid, this is actually
17    what they did, that they're not
18    falsifying results.  To that degree, I
19    trust those results just as much as any
20    other journal.
21         Whether I find the findings
22    of every study valid, no.  Just because
23    it's in GYN Oncology does not mean that I
24    take it as a valid study.

Page 180

1        Q.   Okay.  I'm going to show you
2    a paper, Doctor.  I don't believe it was
3    cited in your expert report.
4         (Document marked for
5         identification as Exhibit
6         Holcomb-8.)
7    BY MS. GARBER:
8        Q.   I'm going to mark as
9    Exhibit 8 -- oh, sorry.
10         Doctor, this is a paper that
11    is published in Gynecologic Oncology
12    titled "Talc and Ovarian Cancer" by
13    Steven Narod, the date of this study is
14    2016.
15         Have you read this paper
16    before?
17        A.   I've seen it before, yes.
18        Q.   And when did you see it?
19        A.   When it came out.
20        Q.   Okay.  Did you review it as
21    a reviewer for --
22        A.   No.
23        Q.   Thank you.  Let me -- let me
24    get that clear.

Page 181

1         Did you review this paper
2    prior to its publication attendant to
3    your reviewer role from time to time with
4    Gynecologic Oncology?
5        A.   I did not review this paper
6    before publication.
7        Q.   Okay.  Let's look at some of
8    the statements that are therein.
9         If you look at, Doctor, the
10    bottom of Page 2.  The very last sentence
11    at bottom of Page 2.
12         And, Doctor, it reads:  "In
13    any case, given the number of hazard
14    ratios reported in the literature" --
15        A.   I'm -- I'm sorry, I'm
16    looking for you.  Bottom of 2.
17        Q.   Doctor, you can look up here
18    at the Elmo.
19        A.   Yes.
20        Q.   And see where I am.  I'm at
21    the bottom of 2, Page 2.  Left-hand
22    column.
23        A.   Okay.  Left-hand column.
24    That helps.  Okay.

46 (Pages 178 to 181)

Kevin Holcomb, M.D.

Page 182

1    Q.  And -- and it says, "This
2  article about talc and ovarian cancer
3  indicates in any case given the number of
4  hazard ratios reported in the literature
5  between 1.1 and 1.4 in both case-control
6  and cohort studies, it would be
7  disingenuous to state that there is no
8  evidence that talc is associated with
9  ovarian cancer."
10      Did I read that correctly?
11     A.  Yes, you read it correctly.
12     Q.  Yes or no, do you agree with
13  that statement?
14     A.  It's actually a question you
15  already asked me and I agreed.
16     Q.  Let's look at some of the
17  other statements in this paper and see if
18  you agree with them.
19      If you go over to the first
20  page, Doctor, right-hand column.
21      As to the issue of
22  consistency, it indicates, "The
23  case-control studies to date are
24  consistent.  Given the small effect size

Page 183

1  it is not surprising that some are
2  positive, i.e., show a consistent" --
3  "show a significant increase in risk and
4  some are negative, i.e., show a
5  nonconsistent increased risk."
6      MS. CURRY:  You keep saying
7  consistent, but the word is
8  significant.
9      MS. GARBER:  Significant.
10 BY MS. GARBER:
11     Q.  Let me start again.
12      "The case-control studies to
13  date are consistent.  Given the small
14  effect size it is not surprising that
15  some are positive, i.e., show a
16  significant increased risk and some are
17  negative, i.e., show a nonsignificant
18  increase in risk or no risk difference."
19      Did I read that correctly?
20     A.  Yes.
21     Q.  Do you disagree with that?
22     A.  It's interesting.  He says
23  the case-control studies are consistent,
24  and then goes on to describe

Page 184

1  inconsistency.  Some are positive and
2  some are negative.
3      So you read it correctly.  I
4  think it's a contradictory statement.
5  He's saying they are consistent, and then
6  says some are positive, some are
7  negative.  That's not my definition of
8  consistency.
9      Q.  Doctor, this study author
10  is -- in a peer-reviewed paper said that
11  the data are consistent.  Do you agree
12  with that?
13     A.  And then himself says some
14  are positive and some are negative.  And
15  I'm asking, my definition of consistency
16  means that they say the same thing.
17     Q.  I didn't ask you for what --
18  why.  I said did this study author in a
19  peer-reviewed journal call the data
20  consistent, yes or no?
21     A.  Yes.  Yes.
22     Q.  Thank you.  You didn't
23  present that in your expert report that
24  there are peer-reviewed published authors

Page 185

1  who say the data are consistent, did you?
2      MS. CURRY:  Object to the
3  form.
4      THE WITNESS:  I would like
5  to say that this is a -- this --
6  there's a difference between a
7  paper and a news -- a story in a
8  newspaper that a reporter wrote
9  and an op Ed.
10      This is the medical version
11  of an op Ed.  I'm not going to be
12  citing op Eds.  I'm going to be
13  citing the literature that's based
14  on.
15      And -- and you find the
16  difficulty with what Dr. Narod is
17  saying here in his own statement.
18  It's contradictory.  He could --
19  it would have made more sense if
20  he said I can explain away the
21  inconsistency.  Because the effect
22  size is low you can expect to see
23  inconsistent data.  But you can't
24  say it's consistent, some are

47 (Pages 182 to 185)

Kevin Holcomb, M.D.

Page 186

1      positive, some are negative.
2   BY MS. GARBER:
3      Q.   Doctor, let's -- let's turn
4   to Table 1 of your expert report.  And
5   I'll mark that as Exhibit 9.
6          (Document marked for
7          identification as Exhibit
8          Holcomb-9.)
9   BY MS. GARBER:
10     Q.   And this appears in your
11  expert report, correct?
12     A.   Correct.
13     Q.   And it is separated by --
14  I -- I've produced a color copy, right?
15     A.   Yes.
16     Q.   Yeah.  And it is -- there
17  appears to be shaded studies that appear
18  to be in a -- in a blue color; is that
19  right?
20     A.   Correct.
21     Q.   And then those that are not
22  shaded, right?
23     A.   That's correct.
24     Q.   And then you have shaded

Page 187

1   the -- some of the studies in blue and
2   why are those studies shaded in blue?
3      A.   They are shaded in blue,
4   because they have 95 -- 95 percent
5   confidence intervals that cross one.  And
6   that is not a statistically significant
7   finding whether it's showing an increase
8   or a decrease.
9      Q.   Did you create this table?
10     A.   Yes, I did.
11     Q.   On your computer?
12     A.   Yes.
13     Q.   And you put all the data
14  into this table and -- and color-coded
15  it?
16     A.   Yes.
17     Q.   In your expert report at
18  Page 10, you indicate that the -- with
19  regard to the case-control studies, the
20  risk estimates range between 1.2 and 1.6,
21  suggesting a 20 to 60 percent increased
22  risk; is that right?
23     A.   Yes.
24     Q.   And so, you believe that the

Page 188

1   case-control data are unreliable because
2   they are inconsistent based on some
3   studies lack statistical significance?
4          MS. CURRY:  Object to the
5          form.
6   BY MS. GARBER:
7      Q.   Is that your opinion?
8      A.   I'm -- no.  Please repeat
9   that again.
10     Q.   Sure.
11         Is it your opinion that the
12  case-control data are unreliable because
13  they are inconsistent based on some
14  studies lack statistical significance?
15     A.   No.  It's my opinion that
16  it's not reliable because those studies
17  that lack statistical significance are
18  actually showing no increased risk, no --
19  no -- we -- we use statistical
20  significance to say that that increased
21  risk was more than just by chance.  So
22  the lack of statistical significance is
23  what leads to the inconsistency.
24     Q.   Okay.  So you believe that

Page 189

1   the case-control studies are inconsistent
2   because some of the studies don't show
3   statistical significance because the
4   confidence interval crosses one; is that
5   fair?
6      A.   In the materials and
7   methods, like you asked me to have a
8   methods section, they will say before
9   they look at the data, and this is what
10  you do, so you're not biased, you say
11  we're going to consider this significant
12  at this level.  We're going to consider
13  this a positive study at this level, and
14  then you go and you do your analysis.
15  And when it doesn't reach that level,
16  whether it's above or below, you don't
17  come out of that study saying there's
18  a -- there's a significant risk of
19  ovarian cancer associated with talc.
20         So everything that's shaded
21  in blue, those things are negative
22  studies.
23     Q.   Doctor, do you remember my
24  question?

48 (Pages 186 to 189)

Kevin Holcomb, M.D.

Page 190

1      A.   I felt the need to clarify
2  why I think this is inconsistent.  It's
3  not just -- it's because yes, they
4  don't -- they -- they --
5      Q.   Doctor, excuse me.
6      A.   Yes.
7      Q.   I'm going to interrupt you
8  there, because --
9           MS. SHARKO:  You can't do
10          that.
11 BY MS. GARBER:
12     Q.   I -- you -- you understood
13 my question, yet you felt the need to
14 clarify.
15          That isn't what I've asked
16 you to do.  I've asked you a very simple
17 question:  What's the nature of this
18 Table 1, and then you launched into what
19 the study authors do.
20     A.   I -- I think I might be
21 mistaken about the purpose of this --
22          MS. CURRY:  Ms. Garber --
23          hold on.  Can I just state an
24          objection on the record, please?

Page 191

1           THE WITNESS:  Okay.
2           MS. SHARKO:  The question,
3      if he can't answer it without
4      clarifying, then he's entitled to
5      clarify the question.
6           And the question was broader
7      than what you just stated.  It
8      was, because it asked specifically
9      whether or not the case-control
10     studies are inconsistent because
11     it doesn't show statistical
12     significance.
13 BY MS. GARBER:
14     Q.   Doctor, is it your opinion
15 that the studies that do not show
16 statistical significance are unreliable
17 and attributable to chance?
18     A.   Yes.
19     Q.   And is it your opinion that
20 the case-control studies that do not
21 show -- strike that.
22          Is it your opinion that the
23 studies do not -- that do not show
24 statistical significance are unreliable

Page 192

1  because they're inconsistent with those
2  that do show statistical significance?
3           MS. CURRY:  Object to the
4      form.
5           THE WITNESS:  Because they
6      are inconsistent with -- no.
7  BY MS. GARBER:
8      Q.   Okay.  Doctor, if we look at
9  Table 1, with the exception of, I think,
10 two studies, every one of those relative
11 risks are all to the right of one, are
12 they not?
13     A.   Yes.
14     Q.   And you have odds ratio,
15 relative risk.  Which is it for the
16 case-control studies?
17          MS. CURRY:  Object to the
18     form.
19 BY MS. GARBER:
20     Q.   Which would be proper?
21     A.   An odds ratio.
22     Q.   Okay.  And so --
23     A.   I'm sorry.  Hold on.  I'm
24 sorry.  One second.  I'm sorry.  It's the

Page 193

1  other way around.  Case-control would be
2  relative risk.
3      Q.   Are you sure?
4      A.   Yeah.
5      Q.   And all of those studies are
6  to the right of one except two, right?
7      A.   Right.
8      Q.   And so all of those are
9  positive because they're to the right of
10 one, correct?
11     A.   No, that's --
12          MS. CURRY:  Object to the
13     form.
14          THE WITNESS:  That's a
15 misunderstanding of statistics.
16 They are not positive because
17 they're to the right of one.  It's
18 defined in the study what they
19 were going to consider a positive
20 study.  It had to be above one and
21 have a 95 percent chance that the
22 true risk estimate was within the
23 range of the 95 percent confidence
24 interval.  So once it drops below

49 (Pages 190 to 193)

Kevin Holcomb, M.D.

Page 194

```
 1      one, you're saying the author
 2      themselves, by doing the
 3      statistics, by putting that in the
 4      materials and methods, they're
 5      saying I don't consider this a
 6      positive study unless I achieve a
 7      positive direction above one and
 8      the 95 percent confidence interval
 9      does not cross one, otherwise why
10      bother doing that?
11  BY MS. GARBER:
12      Q.   Can you give me any article,
13  treatise, authority, that supports that
14  claim that for a study to be positive, it
15  needs to be greater than one and reach
16  statistical significance?
17      A.   Any treatise?
18      Q.   Any -- any authority to
19  support that claim?
20      A.   Again, I think for each
21  individual paper, I could go through the
22  materials and methods, and the author who
23  wrote that paper will describe, before
24  they started collecting data, their
```

Page 195

```
 1      methodology.  And what they were going to
 2      consider significant.
 3      Q.   Do you understand that to be
 4      authority?
 5      MS. CURRY:  Object to the
 6      form.
 7      THE WITNESS:  I'm saying for
 8      each individual person that's
 9      doing the study, that is their
10      definition of what they considered
11      a positive study.
12  BY MS. GARBER:
13      Q.   I understand that.  I'm
14  asking you for an authoritative paper
15  that indicates your definition of a
16  positive study meaning greater than one
17  that reached statistical significance
18  constitutes a positive study.  Can you
19  please give me an authority for that
20  statement?
21      A.   I'm sure if you gave me the
22  time I could find it.  But I don't have
23  one that I can quote you now.
24      Q.   You can't come up with one
```

Page 196

```
 1      off the top of your head?
 2      A.   No.  It's such -- you're
 3      asking something that is so widely
 4      accepted, that it would be like finding
 5      an authority that says water is H2O.  I
 6      mean, it's -- I could find a nice review
 7      article that explains, and this all comes
 8      down to the quality of the study, and in
 9      the study design how much risk is there
10      for a spurious value, for a confounder or
11      for a recall bias to play a role.
12      And that's why you have -- I
13      think of 95 confidence intervals as your
14      bumpers, your safety bumpers that keep
15      you from making a mistake.
16      Q.   Is the point estimate the
17  best estimate of risk?
18      MS. CURRY:  Object to the
19      form.
20      THE WITNESS:  The point
21      estimate has to be taken into
22      account with the 95 percent
23      confidence intervals.
24  BY MS. GARBER:
```

Page 197

```
 1      Q.   That wasn't my question.  Is
 2      the point estimate the best estimate of
 3      risk?
 4      MS. CURRY:  Object to the
 5      form.
 6      THE WITNESS:  I don't
 7      understand your question.  As
 8      opposed to what?
 9  BY MS. GARBER:
10      Q.   In looking at the data, in
11  looking --
12      A.   As opposed to what though?
13  All you get is the point estimate and the
14  95 percent confidence interval.  So
15  you're saying it's better than what?
16      Q.   You've never seen that
17  statement that the point estimate is the
18  best estimate of risk?
19      A.   Have you heard the term
20  "compared to what"?
21      Q.   Okay.  Doctor, what is your
22  definition of a negative study?
23      A.   A negative study is a study
24  that doesn't reach your predefined
```

Kevin Holcomb, M.D.

Page 198

1  definition of a positive study.  Anything
2  that doesn't reach your definition of a
3  positive study -- there's no in between.
4  It's either positive or negative.
5      Q.   So your definition of
6  negative is a study which can be to the
7  right of one or greater than one, but
8  doesn't reach statistical significance?
9  That's how --
10     A.   Say this once again.
11     Q.   That's how you define a
12 negative study?
13         MS. CURRY:  Object to the
14     form.
15         THE WITNESS:  I do.  And the
16     reason being is because when you
17     think about the problems with
18     case-control studies, and it's
19     every -- all the experts on both
20     sides talk about this risk of
21     recall bias.  Recall bias never
22     sends your numbers below zero.
23 BY MS. GARBER:
24     Q.   Doctor, did I ask you about

Page 199

1  recall bias?
2      A.   And I'm explaining why I
3  have this opinion.
4      Q.   I didn't ask you why you
5  have your opinion.
6      A.   Then I'll withdraw my
7  statement.
8      Q.   Your lawyer will be able to
9  ask you questions.  Thank you, Doctor.
10     Doctor, have you cited any
11 authority to support your claims that
12 studies that don't show statistical
13 significance are attributable to chance
14 and bias?
15     A.   No.  That's not -- that's
16 not my claim, first of all.
17     Q.   Okay.  Doctor, do you know
18 who Sander Greenland is?
19     A.   No.
20     Q.   Do you know who Kenneth
21 Rothman is?
22     A.   No.
23         (Document marked for
24     identification as Exhibit

Page 200

1      Holcomb-10.)
2  BY MS. GARBER:
3      Q.   I'm going to mark as
4  Exhibit 10 a paper that was just
5  published.  Doctor, in just looking at
6  this paper -- this paper was just
7  published on March 21st, here at the
8  bottom.  March 21, 2019, in Nature.
9         Do you -- do you know that
10 journal?
11     A.   Yes.
12     Q.   And what's your opinion of
13 that journal?
14     A.   Nature?
15     Q.   Mm-hmm.
16     A.   It's a highly respected
17 journal.
18     Q.   Thank you.
19         And do you see that the
20 title of this article is "Retire
21 Statistical Significance"?
22     A.   Yes.  And this is a comment
23 in the highly respected journal.  Again,
24 this is an op Ed piece, not -- this is

Page 201

1  not a study.
2      Q.   Doctor, do you see who the
3  study authors are?
4      A.   Yes.
5      Q.   And do you see that Sander
6  Greenland is one of the study authors?
7      A.   Yes.
8      Q.   And do you see that it goes
9  on to say, "And more than 800 signatories
10 call for an end to the hyped claim and
11 dismissal of possibly crucial effects."
12         Do you see that?  That's
13 the --
14     A.   Yes, I do see that.
15     Q.   All right.  And let's look
16 at this paper, if we could, together.
17         It begins by stating, "When
18 was the last time you heard a seminar
19 speaker claim that there was no
20 difference between two groups because the
21 difference was statistically
22 nonsignificant?"
23         Did I read that correctly?
24     A.   You read that correctly.

Kevin Holcomb, M.D.

Page 202

```
1        Q.    So this is a paper, just
2   from the introduction at least, looking
3   like it's going to talk about statistical
4   versus non-statistical data using the
5   95 percent confidence interval, right?
6        A.    Right.
7             MS. CURRY:  Object to the
8        form.
9   BY MS. GARBER:
10       Q.    Is that fair?
11            And then if you go to the
12  section which indicates the pervasive
13  problem.  It says, "Let's be clear about
14  what must stop.  We should never conclude
15  that there is no difference or no
16  association just because a P-value is
17  larger than a threshold such as 2
18  point" -- "such as 0.05."
19            And then we turn to the next
20  page, "or equivocally because a
21  confidence interval includes zero."
22            MS. CURRY:  Take the time to
23       look it through.
24  BY MS. GARBER:
```

Page 203

```
1        Q.    "Neither should we include
2   that two studies conflict because one has
3   a statistically significant result and
4   the other did not.  These errors waste
5   research efforts and misinform policy
6   decisions."
7             Did I read that correctly,
8   Doctor?
9        A.    Yes, you read that
10  correctly.
11       Q.    That's the opinion of these
12  authors and 800 signatories, correct?
13            MS. CURRY:  Object to the
14       form.
15            THE WITNESS:  I haven't read
16       the full paper, but that's what
17       the title says, yes.
18  BY MS. GARBER:
19       Q.    All right.  Let's go on to
20  read further down where it indicates, "It
21  is ludicrous to conclude that the
22  statistically nonsignificant results
23  showed no association when the interval
24  estimate included serious risk increases.
```

Page 204

```
1   It is equally absurd to claim that these
2   results were in contrast with earlier
3   results showing an identical observed
4   result, yet these common practices show
5   how reliance on thresholds of statistical
6   significance can" -- "can mislead us (See
7   'Beware false conclusions')."
8             Did I read that correctly?
9        A.    You did.
10       Q.    And -- and that's, in fact,
11  what you've done in Table 1, haven't you?
12            MS. CURRY:  Object to the
13       form.
14  BY MS. GARBER:
15       Q.    You've tried to separate
16  them by statistically significant and
17  nonstatistically significant, correct?
18       A.    As -- as much -- I did
19  divide them by significance and
20  nonsignificance.
21            Based on these doctors --
22  I'm not familiar with them.  But they are
23  clearly worried about missing significant
24  effects that are small, and I'm not
```

Page 205

```
1   saying I'm not interested in small effect
2   sizes.  But I'm saying that because of
3   the risk of -- of confounders and other
4   biases, that you need to find -- if
5   you're going to have a small effect size,
6   you're going to need to find consistency
7   along -- the -- the onus is going to be
8   even stronger to prove that you're not
9   making a spurious conclusion.  Because I
10  would imagine, being Nature contributors,
11  these are likely basic science
12  researchers.  And I can show you example
13  after example in clinical medicine where
14  nonsignificant findings led to wrong
15  results.  Whether -- and I give some
16  examples in my report with, you know,
17  what causes cervix cancer, the effect of
18  estrogen replacement therapy.  These
19  things that we did not use the safety
20  bumpers of 95 percent confidence
21  intervals.  It just -- it doesn't mean
22  that the studies should stop.  It just
23  means -- and that you have a definitive
24  answer.  It means that that should raise
```

52 (Pages 202 to 205)

Kevin Holcomb, M.D.

Page 206

1 questions for you and that should make
2 you think that there may be something
3 else going on.
4         MS. GARBER: Objection.
5     Motion to strike as nonresponsive.
6 BY MS. GARBER:
7     Q.   Doctor, what we're talking
8 about here is ovarian cancer, correct?
9     A.   Correct.
10     Q.   We're talking about a risk
11 of a deadly disease, correct?
12     A.   I treat ovarian cancer,
13 ma'am.  We don't have to go through the
14 fact it's deadly.
15     Q.   Right.  And -- and so here
16 there is a body of literature over
17 40 years that's looked at the topic,
18 right?
19     A.   Right.
20     Q.   And that body of literature
21 has consistent odds ratios throughout
22 case-control, cohort and -- and
23 meta-analyses?
24     A.   Cohort, no --

Page 207

1         MS. CURRY: Object to the
2     form.
3         THE WITNESS: I disagree
4     with that.
5 BY MS. GARBER:
6     Q.   You do?
7     A.   Yeah.
8     Q.   Okay.  The cohort studies
9 are showing, aside from the Gonzalez
10 study, they are all showing numbers that
11 are to the right of one, aren't they?
12         MS. CURRY: Object to the
13     form.
14 BY MS. GARBER:
15     Q.   For every use?
16     A.   For example, Gates is 1.06.
17     Q.   Mm-hmm.  That's to the right
18 of one, isn't it?
19     A.   Yes, ma'am.  Just right to
20 the right of one.
21     Q.   Okay.  Let's -- let's carry
22 on with this paper.
23         MS. SHARKO: Why doesn't --
24     why doesn't Dr. Greenland disclose

Page 208

1 that he is a plaintiffs' expert
2 here?  I'm just curious.
3         MS. GARBER: Let's -- let's
4 go on.
5 BY MS. GARBER:
6     Q.   Doctor --
7         MS. O'DELL: Susan, that's
8 totally inappropriate.  Stop
9 coaching the witness.
10         MS. SHARKO: I'm not.  I'm
11 not coaching him.  I'm asking you.
12         MS. O'DELL: He's not my
13 expert.  I don't know what you're
14 talking about.
15         MS. SHARKO: You identified
16 him as an plaintiffs' expert.
17         MS. O'DELL: I did not.
18         MS. SHARKO: Yeah, you did.
19 Look at your disclosures.
20     All right.  We'll send --
21 we'll send you a letter on this,
22 because I'm concerned about that.
23         MS. GARBER: So I -- I would
24 just like to say I would

Page 209

1 appreciate it, Ms. Sharko, if you
2 could stop coaching.  I understand
3 your need to, you know, speak up,
4 but Ms. Curry is completely
5 capable of defending the doctor.
6 And your coaching only frustrates
7 the process.
8     And -- and I will go to the
9 Court if we need to, because it's
10 not fair.  And you know it.
11         MS. SHARKO: Right.  There's
12 no coaching.  I asked you --
13         MS. GARBER: There is
14 coaching, Ms. Sharko.  You -- you
15 have just coached him about
16 Dr. Greenland, so --
17         MS. SHARKO: You are
18 interrupting me.  You are
19 interrupting me.
20         MS. GARBER: Because, you
21 know what, we're on the record.
22 So we'll have this topic off the
23 record later if we like.
24         MS. SHARKO: Are you going

53 (Pages 206 to 209)

Kevin Holcomb, M.D.

Page 210

1    to interrupt me off the record?
2         There's no question pending.
3    It's a question for the plaintiffs
4    and we'll pursue it. We'll pursue
5    it off the record.
6    BY MS. GARBER:
7         Q.  Doctor, could you look at
8    the bottom of this document. And it
9    indicates: "Beware of false conclusions.
10   Studies currently dubbed statistically
11   significant and statistically
12   nonsignificant need not be contradictory,
13   and as such, designations might cause
14   genuine effects to be dismissed."
15        Do you see that?
16        A.  Yes.
17        Q.  The study authors are very
18   concerned about risk of disease being
19   dismissed because a body of literature
20   shows statistical significance and
21   another one showing near statistical
22   significance, but experts like you,
23   dismissing that risk, they are concerned
24   about that, aren't they?

Page 211

1         A.  Because I'm -- I'm
2    concerned --
3         MR. MIZGALA: Object to the
4    form.
5         MS. CURRY: Object to the
6    form.
7         THE WITNESS: What I'm
8    concerned about is if you have a
9    group of studies that are all the
10   same design that are subject --
11   BY MS. GARBER:
12        Q.  Doctor, I didn't ask you
13   that. I asked you yes or no, is that the
14   author's conclusions in your opinion?
15        MR. MIZGALA: Object to the
16   form.
17        THE WITNESS: The author is
18   not here speaking in front of the
19   camera. I'm here because you
20   asked me my opinions. And if you
21   want me to just read their
22   opinions, you don't need me here.
23   BY MS. GARBER:
24        Q.  I don't want that. I --

Page 212

1         A.  So I'm here to give you my
2    opinions --
3         Q.  I don't --
4         A.  -- but you're not -- you're
5    not really interested in my opinions --
6         Q.  What I --
7         A.  -- because every time I try
8    to offer it to you, you cut me off and
9    you want me to tell you, are you reading
10   his opinions correctly.
11        Q.  No, Doctor, I'm asking for
12   yours.
13        A.  I believe you can read it.
14        Q.  Do you agree with that?
15   That was my question. Do you agree with
16   these study authors?
17        A.  Can you repeat the
18   statement?
19        Q.  Okay. Do you agree with
20   these -- strike that.
21        These study authors are
22   concerned about dismissing genuine
23   effects.
24        A.  Do I agree that they're

Page 213

1    concerned?
2         Q.  Yes.
3         MR. MIZGALA: Object to the
4    form.
5         MS. CURRY: Object to the
6    form.
7         THE WITNESS: They're
8    obviously concerned. They wrote
9    the paper.
10   BY MS. GARBER:
11        Q.  Okay. That was my first
12   question --
13        A.  Right.
14        Q.  -- you didn't answer. Now
15   my second question is --
16        MS. SHARKO: Objection.
17        MS. GARBER: Strike my
18   second question. Let's move on.
19        MS. SHARKO: Thank you.
20        MS. GARBER: You know what?
21   I just -- I don't think I've ever
22   had another lawyer treat me as
23   disrespectfully as you,
24   Ms. Sharko. I just can't believe

54 (Pages 210 to 213)

Kevin Holcomb, M.D.

Page 214

1    it.  Okay.
2         MS. SHARKO:  I have great
3    respect for you, Ms. Garber.  It's
4    not my intention to make you feel
5    disrespected.
6         MS. GARBER:  When you laugh
7    and you make snide comments, it's
8    hard to see that you have great
9    respect for me.
10        MS. SHARKO:  I haven't
11   laughed or made snide comments,
12   but let's move on.
13   BY MS. GARBER:
14   Q.   Okay.  If we move on to the
15   middle of the column.  The authors say,
16   "We agree on the call for the entire
17   concept of statistical significance to be
18   abandoned.  We are far from alone."  And
19   it goes onto describe, 250 people signed
20   on in the first 24 hours and another 800
21   experts.
22        Do you see that?
23   A.   Yes.
24   Q.   And so it's not just these

Page 215

1    study authors.  It's -- it's other
2    experts in the field, right?
3         MS. CURRY:  Object to the
4    form.
5    BY MS. GARBER:
6    Q.   Do you understand that from
7    reading this or do you need to read the
8    whole paper?
9         MS. CURRY:  Object to the
10   form.
11        THE WITNESS:  I agree that
12   you read the segment correctly.
13   BY MS. GARBER:
14   Q.   Okay.  And then, Doctor,
15   finally, under -- at the right-hand side
16   under the heading "Quit Categorizing,"
17   the authors write, "The trouble is human
18   and cognitive more than statistical.
19   Bucketing results into statistical
20   significance and statistical
21   non-significance makes people think that
22   the items assigned in the way" -- "in
23   that way are categorically different."
24        Do you see that?

Page 216

1    A.   I do.
2    Q.   And you're drawing
3    categorical differences in the data
4    between statistically significant and
5    non-statistically significant, correct?
6         MS. CURRY:  Object to the
7    form.
8         THE WITNESS:  Will I be able
9    to explain for my reasons doing
10   so?  Or are just going to see if I
11   agree with everything that they
12   say?
13   BY MS. GARBER:
14   Q.   You know what?  Your lawyer
15   can ask you questions --
16   A.   Okay.
17   Q.   -- that you want asked of
18   you --
19   A.   Okay.
20   Q.   -- Doctor.  But this is my
21   opportunity to ask you questions that I
22   want to ask you.
23   A.   Sure.
24   Q.   And finally, turning over to

Page 217

1    the next page.  The -- under the heading
2    of "Wrong Interpretations," it reads, "An
3    analysis of 791 articles across five
4    journals found that around half
5    mistakenly assume non-significance means
6    no effect."
7         Did I read that correctly?
8    A.   Yes.
9    Q.   And so, finally, turning
10   over to page -- to the right-hand column,
11   the authors conclude, "But eradicating
12   categorization will help to halt
13   overconfident claims, unwarranted
14   declarations of no difference, and absurd
15   statements about replication failure when
16   the results from the original and
17   replication studies are highly
18   compatible.
19        "The misuse of statistical
20   significance has done much harm to the
21   science community and those who rely on
22   scientific evidence.  P-values, intervals
23   and other statistical measures all have
24   their place, but it's time for

55 (Pages 214 to 217)

Kevin Holcomb, M.D.

Page 218

1    statistical significance to go."
2         And I assume that you
3    disagree with these 800-some authors?
4         MS. CURRY: Object to the
5    form.
6         THE WITNESS: If you say
7    P-value has its place, what is its
8    place if not to determine
9    significance? That's all a
10   P-values is. So I would want to
11   know from the authors, if P-values
12   have their place and it's not in
13   determining significance, what
14   exactly is the place for a
15   P-value? It's only used for one
16   thing, determining significance.
17   BY MS. GARBER:
18        Q.   What was my question,
19   Doctor?
20        A.   I'm sorry.
21        Q.   What was my question?
22        A.   I don't remember.
23        Q.   Okay. My question was, I
24   assume you disagree with those authors;

Page 219

1    is that correct?
2         A.   Yes.
3         Q.   So in accord with the study
4    authors of the paper we just reviewed,
5    the case-control data as presented in
6    your Table 1 should not be deemed
7    different or inconsistent based on the
8    confidence interval under the authority
9    of the paper we just reviewed, correct?
10        MS. CURRY: Object to the
11   form.
12        THE WITNESS: Under my
13   authority, I would say they should
14   be considered different.
15   BY MS. GARBER:
16        Q.   Under the authority of the
17   paper that we just reviewed --
18        A.   Oh, these doctors want to
19   get rid of statistics altogether. So we
20   wouldn't even -- yeah, they would say
21   don't bother doing them.
22        Q.   Where do you see that these
23   doctors want to get rid of statistics?
24        A.   Statistical significance,

Page 220

1    sorry. They want to get rid of
2    statistical significance altogether.
3         Q.   You read Health Canada?
4         A.   Yes.
5         Q.   Let's look at what Health
6    Canada said about the consistency of the
7    study data. Okay?
8         A.   Are you going to provide
9    something?
10        Q.   I'm going to mark the Health
11   Canada draft screening assessment dated
12   December 2010 as Exhibit 11.
13        A.   Thank you.
14        (Document marked for
15   identification as Exhibit
16   Holcomb-11.)
17   BY MS. GARBER:
18        Q.   There, Doctor, the study
19   authors indicated that, "The
20   meta-analyses of the available human
21   studies in the peer-reviewed literature
22   indicate a consistent and statistically
23   significant positive association between
24   perineal exposure to talc and ovarian

Page 221

1    cancer."
2         Do you agree with that, that
3    that's what the meta-analyses show?
4         A.   Yes.
5         Q.   You disagree?
6         MS. CURRY: Object to the
7    form.
8    BY MS. GARBER:
9         Q.   You think --
10        A.   No. They're talking about
11   the meta-analyses?
12        Q.   Yes. Do you agree with
13   that?
14        A.   I believe they take a bunch
15   of studies, put them together. Yes,
16   that's true.
17        Q.   So you believe that they are
18   consistent?
19        A.   The meta-analyses?
20        Q.   Yes.
21        MS. CURRY: Object to the
22   form.
23        THE WITNESS: The
24   meta-analyses -- if -- if I -- I

56 (Pages 218 to 221)

Kevin Holcomb, M.D.

Page 222

```
 1    want to make sure it's okay for me
 2    to expound on this.
 3         The meta-analyses combine
 4    both case-control and cohort
 5    studies and come to the conclusion
 6    that the case-control studies that
 7    they are including, find a
 8    difference, and usually typically
 9    described as moderate -- a -- a
10    weak difference.  And cohort
11    studies which show no difference.
12    And they combine them together.
13         The few that have kept them
14    separate and look separately have
15    shown no difference in the cohort
16    studies they've put together and a
17    difference in the case-control
18    studies.
19    BY MS. GARBER:
20         Q.   Doctor, the authors here in
21    the Health Canada have concluded that the
22    meta-analyses are consistent.  Do you
23    agree with that?
24         A.   Yes.  That's what they are
```

Page 223

```
 1    concluding.
 2         Q.   Do you agree with the study
 3    authors?
 4         MS. CURRY:  Object to the
 5    form.
 6         THE WITNESS:  Again --
 7    BY MS. GARBER:
 8         Q.   Do you think they're -- do
 9    you think they are consistent or
10    inconsistent?
11         A.   No.  Meta-analyses are
12    consistent.
13         Q.   Thank you.
14         You reviewed the Taher
15    paper?
16         A.   The what?
17         Q.   The Taher, T-A-H-E-R.
18         A.   Taher --
19         Q.   Yes.
20         A.   -- yes.  Mm-hmm.
21         MS. CURRY:  Ms. Garber,
22    whenever it's appropriate to take
23    a lunch break?
24         MS. GARBER:  Okay.  Let me
```

Page 224

```
 1    just get into this.  I'm half into
 2    it.
 3         I'll mark the Taher 2018
 4    meta-analyses as Exhibit 12.
 5         (Document marked for
 6    identification as Exhibit
 7    Holcomb-12.)
 8    BY MS. GARBER:
 9         Q.   And turning -- as to the
10    topic of consistency, turning over to
11    Page 49, under the conclusion, it
12    reads --
13         A.   Page 49, I'm sorry.
14         Q.   -- "Consistent with previous
15    evaluations, the IARC in 2010 and
16    subsequent evaluations by individual
17    investigators, the present comprehensive
18    evaluation of all currently available
19    relevant data indicates that perineal
20    exposure to talcum powder is a possible
21    cause of ovarian cancer in humans."
22         First, did I read that
23    correctly?
24         A.   You did read it correctly.
```

Page 225

```
 1         Q.   And this indicates that the
 2    data are consistent --
 3         MS. CURRY:  Object to the
 4    form.
 5    BY MS. GARBER:
 6         Q.   -- correct?
 7         A.   It's consistent with IARC,
 8    yes.
 9         Q.   Does it limit it to IARC,
10    that statement?
11         A.   IARC is basically using the
12    subsequent evaluations and so consistency
13    would not be surprising when you're
14    rechurning the same data over and over.
15         So when you say that the --
16    the individual investigators are
17    consistent with IARC, but IARC uses
18    individual investigators.  When you have
19    individual investigator's data then put
20    together into a pooled analysis, you
21    would expect consistency.  When you --
22    when you do meta-analysis that then take
23    those same individual studies and put all
24    the patients together, you would expect
```

57 (Pages 222 to 225)

Kevin Holcomb, M.D.

Page 226

1 consistency.
2 The consistency in that
3 sense, you know, really doesn't surprise
4 me. If you take a bunch of studies that
5 have the same risk of bias -- and even if
6 the level of bias is the same, for
7 example, if you're doing a case-control
8 study in Boston, I wouldn't expect women
9 in Massachusetts to be more prone or less
10 prone to recall bias than a group of
11 women in California.
12 So I wouldn't be surprised
13 to see, especially since they are so
14 small, similar risk. And that's why I
15 have a problem with the commenters in
16 Nature to say you don't need these, these
17 safe ways, because as long as they keep
18 going in the same direction, we should be
19 assuming it's real.
20 But what if all the studies
21 have the same problem, and that problem
22 takes your risk estimate in the same
23 direction? And that's the problem I have
24 with just getting away with intervals,

Page 227

1 then, in any case.
2 So yes, IARC reviewed the
3 individual investigator's data and came
4 to this conclusion, and they are coming
5 to the same conclusion, largely looking
6 at the same data.
7 Taher's meta-analysis is
8 basically Berge's, it's basically
9 Penninkilampi. There's no new data in
10 there. It's rechurning the same data.
11 So to say that this is
12 consistent with this and this is
13 consistent with this, and you're all
14 looking at the same studies, to do the
15 same thing over and over and expect a
16 different outcome is insanity.
17 Q. Are you done?
18 A. Yes.
19 Q. What was my question?
20 A. Did I agree with this?
21 Q. Okay. That wasn't my
22 question.
23 The subsequent evaluations
24 by individual investigators, are -- are

Page 228

1 those contained within IARC's or are
2 those new studies?
3 A. Well, interesting, IARC came
4 to the conclusion that it's a possible
5 carcinogen --
6 Q. Doctor, what was my
7 question?
8 A. I'm going to answer. And
9 this time, you asked me a question, I'm
10 going to give you an answer. And --
11 Q. Are you going to give me an
12 answer that's --
13 A. I'm going to give you a very
14 direct answer to the question you
15 asked --
16 Q. That would be great.
17 A. -- and if you would give me
18 a chance, you would have found out that
19 it would have been that case.
20 So IARC 2010 looks at talc.
21 They have one prospective trial included
22 in that.
23 In the coming years, you
24 asked, are there subsequent data that was

Page 229

1 added to it. Well, IARC comes to this
2 conclusion, in the subsequent years
3 there's three more prospective studies
4 that are not included in IARC that come
5 to the conclusion that there is no
6 association.
7 And there are a number of
8 pooled analysis, and -- and meta-analysis
9 that keeps rechurning the same old data
10 that's in IARC.
11 So there's a number of
12 studies that have come out since IARC. I
13 would say the balance of which have been
14 stronger design studies that have shown
15 no increased risk. And I'll be curious
16 to see what IARC thinks the next time
17 they sit down and pool all this together.
18 Q. Doctor, Endnote 3 and 5 and
19 69 do not cite to IARC. Are you aware of
20 that?
21 A. 3, 5 and 69 in IARC?
22 Q. Yeah. I'll represent to you
23 they're Berge, Penninkilampi and --
24 A. Right, so what are Berge and

58 (Pages 226 to 229)

Kevin Holcomb, M.D.

Page 230

1  Penninkilampi, what are the studies in
2  those?
3      Q.    Those are just rechurning in
4  your opinion.  Those are just --
5      A.    I'm saying --
6      Q.    -- those studies are
7  invaluable because they are just
8  rechurning the prior meta-analyses.
9          Is that your opinion?
10         MS. CURRY:  Object to the
11  form.
12         THE WITNESS:  I'm saying
13  that there's very little
14  difference between Taher's
15  meta-analysis and Penninkilampi's
16  meta-analysis, and Berge's
17  meta-analysis.
18         The overlap in those studies
19  is great.  There's very -- that's
20  not much difference between those.
21  They have very similar number of
22  studies.  And so yes, it is a
23  rechurning of the same data.
24  BY MS. GARBER:

Page 231

1      Q.    That doesn't provide you
2  with support that those data are robust?
3      A.    If you --
4          MS. CURRY:  Object to the
5  form.
6          THE WITNESS:  No.  If you --
7  if you --
8  BY MS. GARBER:
9      Q.    Different authors doing --
10  picking basically different studies --
11     A.    Different studies?  That's
12  what I'm saying, they are not different
13  studies.
14     Q.    Okay.
15     A.    They're talking the same
16  studies.
17     Q.    I'm talking about the body
18  of meta-analyses.
19     A.    I'm telling you that
20  Penninkilampi, and Berge, and Taher, if
21  you look at the overlap in the studies
22  that they are putting together, if you
23  look at my case-control list, and it may
24  look like there's so many studies, but in

Page 232

1  fact, you'll see that Purdie and Green,
2  same dataset.  You'll see that Wu 2015
3  includes Wu 2009.  You'll see that Cramer
4  2016 includes Cramer 2009.
5          So is it surprising that
6  2009 Cramer and 2015 Cramer looks the
7  same when the -- half of 2016 is 2009?
8      Q.    Shall we throw out --
9      A.    It is rechurning --
10     Q.    Shall we throw out the
11  meta-analysis because they are
12  rechurning?
13     A.    I'm saying all -- no.  I'm
14  saying that meta --
15         MS. CURRY:  Object to the
16  form.
17         We have to do this in -- in
18  question and answer or you're
19  going to drive the court reporter
20  crazy.
21         THE WITNESS:  I apologize.
22         MS. CURRY:  Let her get her
23  full question out, give me a
24  second if I need to make an

Page 233

1          objection, and then please let him
2          finish his answer.
3  BY MS. GARBER:
4      Q.    Doctor, should we throw out
5  the meta-analyses because the subsequent
6  meta-analyses are just rechurning of
7  prior meta-analyses?
8      A.    No, what I'm saying is don't
9  say Penninkilampi, Berge, and the --
10  don't count three -- in the same way that
11  in my list of case-control studies, you
12  shouldn't consider Purdie and Green
13  different studies.  Even though I have a
14  list there just to show that I was being
15  comprehensive.  It's the same dataset.
16         So my point is, if you're
17  look -- if there's a lot of overlap, you
18  shouldn't then look and say, well, this
19  is consistent, because what Bradford Hill
20  meant by consistency was different
21  populations in different places at
22  different times.  That's not the spirit
23  of taking the same patients from the same
24  times in the same places and looking at

59 (Pages 230 to 233)

Kevin Holcomb, M.D.

Page 234

1    them over and over again.
2        Q.   There's not 100 percent
3    overlap in any of the studies, is there?
4        A.   Not 100 percent.  But the
5    majority of them.  The majority of Berge
6    is in Taher, and the majority of
7    Penninkilampi is in Taher.
8             You do the math and tell me
9    what percentage is not there.  It's the
10   same.  It's -- the majority, it's the
11   same studies.
12       Q.   In the case-control studies
13   is the majority -- are the majority of
14   those studies overlap of the prior
15   studies?
16           MS. CURRY:  Object to the
17   form.
18           THE WITNESS:  I don't
19   understand what you mean.
20   BY MS. GARBER:
21       Q.   Well, you seem to take issue
22   with -- that there's overlap?  So
23   let's --
24       A.   There's some.

Page 235

1        Q.   Let's talk about the
2    case-control studies.
3        A.   Sure.
4        Q.   Do the body of case-control
5    studies provide 100 percent overlap of
6    data?
7            MS. CURRY:  Object to the
8    form.
9            THE WITNESS:  No.
10   BY MS. GARBER:
11       Q.   And what's the percentage of
12   overlap in your opinion?
13           MS. CURRY:  Object to the
14   form.
15           THE WITNESS:  I just
16   mentioned the studies on my list
17   that were overlap.
18   BY MS. GARBER:
19       Q.   Okay.  And it's limited to
20   those studies, correct?
21       A.   And you have -- irrespective
22   of what the doctors say about throwing
23   away confidence intervals, which is not
24   the majority of people in medicine, I

Page 236

1    will say that, yes, when you don't have
2    overlap you get a 50/50.  You get a 50/50
3    significance, 50/50 non-significance.
4            If you keep churning the
5    same data over, you would be surprised to
6    see it drop out of significance.  And in
7    fact, when you look at Berge, which is
8    really the only meta-analysis I -- I
9    wouldn't say it's the only meta-analysis
10   that I respect.
11           But one of the rules of
12   meta-analysis is that you have to do a
13   test for heterogeneity before you just
14   decide to throw these studies together
15   and it's valid to do so.
16           And I look at Penninkilampi.
17   And Penninkilampi says, well, I did a
18   study for heterogeneity.  And I looked
19   at, make sure they use condoms and
20   diaphragms and perineal dusting.  And
21   that's what he's looking for
22   heterogeneity.
23           But the biggest form of
24   heterogeneity, the one thing that they

Page 237

1    don't mention, is the first thing Berge
2    did.  What if you looked at the
3    case-control studies and the cohort
4    studies?  Should these things even be
5    mixed together.
6            And Berge says, they
7    shouldn't.  There's too much
8    heterogeneity.  But they go ahead and do
9    it anyway.
10       Q.   The Penninkilampi authors
11   looked at the issue of heterogeneity and
12   found --
13       A.   Through case-control -- I'm
14   sorry.
15           MS. CURRY:  You have to let
16   her finish her question.
17           THE WITNESS:  I'm sorry.
18   BY MS. GARBER:
19       Q.   The Penninkilampi authors
20   looked at the issue of heterogeneity and
21   concluded that there was not
22   heterogeneity with regard to talc
23   exposure, true?
24           MS. CURRY:  Object to the

60 (Pages 234 to 237)

Kevin Holcomb, M.D.

Page 238

1    form.
2        THE WITNESS:  Looking at a
3    very similar group of studies as
4    Berge, and somehow Berge came up
5    with heterogeneity and mentions
6    the heterogeneity between study
7    design, and Penninkilampi, if you
8    look at what they looked at as far
9    as heterogeneity, they never say
10   that they saw a lack of
11   heterogeneity between cohort
12   studies and case-control studies.
13       And how could you not find
14   heterogeneity when you have none
15   of the cohort studies showing a
16   significant impact?
17   BY MS. GARBER:
18       Q.   Are you an advocate for the
19   defense?
20       MS. CURRY:  Object to the
21   form.
22       THE WITNESS:  I'm an
23   advocate for the truth.  But I'm
24   the biggest advocate for my

Page 239

1    patients.  But that's a whole
2    other story.
3    BY MS. GARBER:
4        Q.   You are an advocate for your
5    patients?
6        A.   I am.
7        Q.   Do you advise them that it's
8    safe to put asbestos on their genitals?
9        A.   No, I don't.
10       MS. CURRY:  Is it a good
11   time -- good breaking point for
12   you?
13       MS. GARBER:  Sure.
14       THE VIDEOGRAPHER:  Off the
15   record, right?  The time is
16   1:07 p.m.  Off the record.
17       (Lunch break.)
18       THE VIDEOGRAPHER:  We are
19   back on the record.  The time is
20   2:04 p.m.
21   BY MS. GARBER:
22       Q.   Good afternoon, Doctor.  Did
23   you have a good lunch?
24       A.   Yes, I did.  Thank you.

Page 240

1        Q.   Very well.
2        In the case-control studies
3    that are here published in Table 1, do
4    those studies involve study participants
5    of different ethnicities?
6        A.   Yes.
7        Q.   And do those studies involve
8    case-control studies that have occurred
9    over decades, in other words from 1982 to
10   recently?
11       A.   Yes.
12       Q.   Okay.  And while some of
13   them are in the United States, some are
14   in foreign countries?
15       A.   Majority in the United
16   States.
17       Q.   But some are in foreign
18   countries?
19       A.   A few.
20       Q.   Yeah.  And --
21       MR. MIZGALA:  Could you
22   raise your voice just a little
23   bit?
24       MS. GARBER:  Yeah.

Page 241

1        MR. MIZGALA:  Thank you.
2    BY MS. GARBER:
3        Q.   And with regard to the
4    case-control cohorts and meta-analyses,
5    the published literature with regard to
6    talc and ovarian cancer contained
7    different study designs, can we agree
8    with that?
9        A.   Yes.
10       Q.   And even within the
11   case-control studies, those involve
12   different study designs generally?
13       MS. CURRY:  Object to the
14   form.
15       THE WITNESS:  No.  The
16   case-control is a study design.
17   BY MS. GARBER:
18       Q.   Okay.  I'll just strike
19   that.
20       All right.  Is it your
21   opinion that unless a given study is
22   statistically significant and with an
23   odds ratio greater or equal to 2.0, that
24   the findings are attributable to random

61 (Pages 238 to 241)

Kevin Holcomb, M.D.

Page 242

1    chance?
2          MS. CURRY:  Object to the
3    form.
4          THE WITNESS:  No.
5    BY MS. GARBER:
6      Q.  That's not your opinion?
7      A.  No.
8      Q.  Who is Melissa Frey?
9      A.  She is one of my partners at
10   Cornell.  She is a GYN oncologist.
11     Q.  Do you respect her as a
12   clinician?
13         MS. CURRY:  Object to the
14   form.
15         THE WITNESS:  Yes, I do.
16   BY MS. GARBER:
17     Q.  Do you respect her
18   professional judgment?
19     A.  Yes.
20     Q.  You indicate in your expert
21   report that use of hormone replacement
22   therapy, or can we call that HRT?
23     A.  It depends what you're
24   talking about.  If you're talking about a

Page 243

1    combination single -- I -- I assume we're
2    going to specify what you're referring
3    to.
4      Q.  Okay.  For purposes of your
5    expert report with regard to risk factors
6    and HRT, what are you referencing?
7      A.  Most of the studies that
8    show a significant increased risk is with
9    estrogen replacement alone.
10     Q.  Okay.  And you believe that
11   HRT is a risk factor for ovarian cancer,
12   or do you limit that to estrogen alone?
13     A.  I would limit it to estrogen
14   alone.
15     Q.  Okay.  In caring for women
16   who use HRT in connection with menopause,
17   have you had the occasion to prescribe or
18   care for a woman using HRT Prempro?
19     A.  Yes.
20     Q.  Did you ever prescribe it?
21     A.  Yes, I have.
22     Q.  Are you aware that the --
23   what the odds ratio or the risks are
24   associated with that drug for cancer?

Page 244

1          MS. CURRY:  Object to the
2    form.
3          THE WITNESS:  Which type of
4    cancer are you referring to?
5    BY MS. GARBER:
6      Q.  We'll start with breast
7    cancer.
8      A.  I don't know the odds ratio
9    exactly, no.
10     Q.  Doctor, if I represent to
11   you that the odds ratio for Prempro and
12   breast cancer is a 1.24, you don't have
13   any reason to dispute that, do you?
14         MS. CURRY:  Object to the
15   form.
16         THE WITNESS:  I -- I don't
17   know the odds ratio.
18   BY MS. GARBER:
19     Q.  Do you know, Doctor, or are
20   you aware that Prempro carries a black
21   box warning for a risk of breast cancer
22   based on an odds ratio of 1.24?
23     A.  For all patients?
24     Q.  Yes.

Page 245

1      A.  No, I wasn't aware of that.
2      Q.  No -- for menopausal women.
3    Are you aware of that?
4      A.  No.
5      Q.  Do you believe that the risk
6    associated with talc and ovarian cancer
7    is generally 1.3 to 1.4?
8          MS. CURRY:  Object to the
9    form.
10         THE WITNESS:  I believe in
11   my report I say it's between 1.2
12   and 1.6.  So I'll stick with that.
13   BY MS. GARBER:
14     Q.  Okay.  And so that would be
15   a 20 to 60 percent increased risk of
16   ovarian cancer associated with talcum
17   powder products, right?
18     A.  In the studies that show a
19   risk increase at all, yes.
20     Q.  And you believe that
21   odds ratio or relative risk is low?
22         MS. CURRY:  Object to the
23   form.
24         THE WITNESS:  Yes.

62 (Pages 242 to 245)

Kevin Holcomb, M.D.

Page 246

1    BY MS. GARBER:
2        Q.   And do you, therefore, feel
3    that it does not meet sufficiency of a
4    magnitude of a risk to be reliable under
5    the Bradford Hill factors?
6        A.   No --
7            MS. CURRY:  Object to the
8    form.
9            THE WITNESS:  -- that's not
10   my opinion.
11   BY MS. GARBER:
12       Q.   Okay.  Do you have any
13   opinion as to the magnitude of the risk
14   or strength of the association between
15   the talc literature and ovarian cancer?
16       A.   Please repeat the question.
17       Q.   Sure.  Do you have an
18   opinion as to the strength of the
19   association or magnitude of the risk as
20   it pertains to the talc ovarian cancer
21   literature?
22           MS. CURRY:  Object to the
23   form.
24           THE WITNESS:  It's generally

Page 247

1    referred to -- it's generally
2    referred to as modest.  In some
3    cases weak.  And I would -- I
4    would agree with that.
5    BY MS. GARBER:
6        Q.   You are aware of
7    peer-reviewed and published studies that
8    hold the opposite opinion to yours,
9    right, that -- that the magnitude of
10   risk -- magnitude of the risk is
11   sufficient to meet with the Bradford Hill
12   criteria as to that issue?
13       A.   I agree with the statement
14   that -- I don't agree with the statement
15   that I've seen literature that described
16   the association as anything but modest
17   even in the -- by the authors who hold a
18   different opinion.
19       Q.   Do you know what IARC says
20   as to the magnitude of the risk in the
21   2010 monograph?
22       A.   I'd have to review it again
23   to say specifically.
24       Q.   Do you know what the

Page 248

1    prevalence is in the United States for
2    use of talcum powder products?
3            MS. CURRY:  Object to the
4    form.
5            THE WITNESS:  The different
6    studies that I reviewed had
7    different -- different prevalence
8    of use.  And I think it's somewhat
9    related to the ethnic group.  For
10   example, the group that has
11   probably one of the lowest rates
12   of ovarian cancer is African
13   Americans, and historically they
14   have one of the highest uses of
15   talc.
16           But for example, in Gertig
17   at the -- at that time of that
18   study I believe it was about
19   42 percent of women reported using
20   it with about 14 percent using it
21   daily.
22   BY MS. GARBER:
23       Q.   You've seen literature that
24   cites it as high as 50 percent in the

Page 249

1    United States, right?
2        A.   Yes.
3        Q.   Do you agree with the Narod
4    author in 2016 that it's right to be
5    concerned over carcinogenicity of talc
6    even if a risk ratio is below 50 percent?
7            MS. CURRY:  Object to the
8    form.
9            THE WITNESS:  No.  I think
10   that statement taken in isolation,
11   I would not agree with that.
12   BY MS. GARBER:
13       Q.   You agree that his opinion
14   has been published in Gynecologic
15   Oncology, correct?
16       A.   I agree, yes.
17       Q.   Do you have an opinion as to
18   when subgroup analysis for epithelial
19   ovarian cancer histology type is
20   performed in the studies that serous has
21   the strongest association?
22           MS. CURRY:  Object to the
23   form.
24           THE WITNESS:  I do.  It's

63 (Pages 246 to 249)

Kevin Holcomb, M.D.

Page 250

1    not surprising, because it's the
2    most predominate cell type.
3  BY MS. GARBER:
4    Q.  Do you agree if women tend
5  to use talc daily, as you indicate in
6  your report, that the use becomes
7  habitual rather than memorable?
8    A.  Habitual rather than
9  memorable?
10   Q.  Mm-hmm.
11      MS. CURRY:  Object to the
12  form.
13  BY MS. GARBER:
14   Q.  Do you understand the nature
15  of my question?
16   A.  No, I guess I have to think
17  about that.
18   Q.  Let me see if I can help.
19  So if, let's say, I have grown up
20  brushing my teeth every single day twice
21  a day with Crest toothpaste, and somebody
22  wants to know what I've done over my
23  lifetime, I don't have to think about,
24  oh, did I use Crest every single day,

Page 251

1  twice a day?  It's habitual because I've
2  done it my whole life, rather than if I
3  used one product one day and another
4  product the other day and, you know, it
5  was not something that was part of my
6  ADLs.  You understand what ADLs are, of
7  course.
8    A.  I do.
9    Q.  Yeah.  Activities of daily
10  living.  So if it was not part of an
11  activity of daily living, it might be
12  more memorable.
13      Do you understand now?
14      MS. CURRY:  Object to the
15  form.
16      THE WITNESS:  I -- honestly,
17  I think my understanding of this
18  isn't that certain things are
19  memorable and certain things are
20  habitual.  It's that activities
21  can be impacted by alterations in
22  your recall of those things by a
23  number of factors, which I
24  outlined in my report, one

Page 252

1    including the desirability of the
2    exposure.
3       But -- so I think all
4    behaviors are subject to changes
5    in recall based on the specifics.
6  BY MS. GARBER:
7    Q.  Do you believe that the
8  case-control studies are unreliable for
9  assessment of risk for talcum powder
10  exposure in ovarian cancer based on
11  recall bias?
12      MS. CURRY:  Object to the
13  form.
14      THE WITNESS:  I think all
15  case-control studies have a risk
16  of recall bias, not just limited
17  to ovarian cancer studies.
18  BY MS. GARBER:
19   Q.  I understand they're at risk
20  for that.  Is it your opinion that the
21  case-control studies have had recall bias
22  at play to explain that increase in risk?
23   A.  I think that's one of the
24  possible explanations, yes.

Page 253

1    Q.  Possible, not probable?
2       MS. CURRY:  Object to the
3    form.
4       THE WITNESS:  I would argue
5    probable.
6  BY MS. GARBER:
7    Q.  Okay.  I got you to change
8  it to a probable?
9    A.  Yes.
10   Q.  Are you aware of literature
11  that says it's not likely at play to
12  explain the increased odds ratios or
13  relative risks?
14   A.  I have read opinions about
15  it, but literature, no.
16   Q.  Okay.  Are you aware of
17  authors that have studied the topic of
18  talcum powder products and risk of
19  ovarian cancer who have concluded that
20  recall bias is not at play?
21      MS. CURRY:  Object to the
22  form.
23      THE WITNESS:  Please repeat
24  the question again.

64 (Pages 250 to 253)

Kevin Holcomb, M.D.

Page 254

1  BY MS. GARBER:
2     Q.   Sure.  Have you -- have you
3  read peer-reviewed published studies
4  where the authors were studying talcum
5  powder products and the risk of ovarian
6  cancer and have concluded that recall
7  bias was not at play as increasing the
8  risk for ovarian cancer?
9         MS. CURRY:  Object to the
10  form.
11         THE WITNESS:  No.  In fact,
12     the only time I remember a study
13     really getting into this where
14     they had proof was Schildkraut
15     2016, where there was a pretty
16     significant increase and people
17     remembering being exposed to talc
18     after 2014 compared to before
19     2014.
20         And I can't think of any
21     other explanation for that
22     difference other than recall bias.
23  BY MS. GARBER:
24     Q.   Well, we'll get to that

Page 255

1  paper.  And I appreciate that.  But you
2  just used a term, "proof."  What do you
3  mean by that?
4     A.   I don't know exactly what I
5  said.  Can you repeat my statement?
6     Q.   You said, "I remember a
7  study really getting into this where they
8  had proof, was Schildkraut 2016, where
9  there were pretty significant" --
10     A.   Let me change the word from
11  "proof" to "evidence."
12     Q.   Okay.  Let's look at some
13  studies.
14         (Document marked for
15         identification as Exhibit
16         Holcomb-13.)
17  BY MS. GARBER:
18     Q.   I'm going to mark as
19  Exhibit 13 a paper by Mills, et al.  This
20  is one that you reviewed, right?
21     A.   Yes.
22         MS. GARBER:  Sorry.  I
23     didn't -- I didn't make enough
24     copies for you guys.  I apologize.

Page 256

1         Here's a screen.  The doctor has a
2     screen.
3  BY MS. GARBER:
4     Q.   Doctor, at Page 464 of this
5  paper, if you can turn to that, the last
6  page of the study.  And on the left-hand
7  column, about halfway down the paragraph,
8  it begins "recall."
9         Do you see where I am?  If
10  you look -- if you look here, Doctor.
11  See?
12     A.   Yeah.
13     Q.   Okay.  It reads, "Recall
14  bias has also been implicated as a
15  limitation in studies of talc and ovarian
16  cancer.  However, findings in a
17  prospective" -- "in a prospective study,
18  the Nurses' Health Study, in which
19  exposure data were collected prior to
20  diagnosis and hence free of recall bias
21  were similar to the present finding for
22  our talc use and serous invasive ovarian
23  cancer.
24         "It has also been suggested

Page 257

1  that use of talc is habitual versus
2  memorable and not likely to be subject to
3  recall bias."
4         So, Doctor, my question is,
5  this is a peer-reviewed study author who
6  is suggesting that the studies are
7  similar between case-control and a cohort
8  and suggesting that recall bias is not at
9  play because the use is habitual versus
10  memorable.
11         Do you agree?
12         MS. CURRY:  Object to the
13     form.
14         THE WITNESS:  No.  Can I
15     explain why?
16  BY MS. GARBER:
17     Q.   I don't -- I don't mean
18  agree with the author.  Do you agree with
19  my assessment of what the authors are
20  saying?
21         MS. CURRY:  Object to the
22     form.
23         THE WITNESS:  That's true
24     what the authors are saying.

65 (Pages 254 to 257)

Kevin Holcomb, M.D.

Page 258

BY MS. GARBER:
2      Q.   Okay.  And you disagree that
3  recall bias is not at play because the
4  use is habitual rather than memorable?
5      A.   No.
6      Q.   You don't agree with that?
7      A.   If I can explain my
8  reasoning, or should I leave this at yes
9  or no?
10      Q.   Just I don't need to know
11  why.
12      A.   You don't need to know why.
13      Q.   No, I want to ask you a few
14  more questions and then I'll circle back
15  to that --
16      A.   Sure.
17      Q.   -- because there are a few
18  other papers that I want to get to before
19  we understand that.
20           Doctor, if you can go back
21  to the Health Canada, which we marked as
22  Exhibit 11.  And if you could turn to
23  Page 28.  Under -- do you see where I am?
24  Under the 6.4, third paragraph down.

Page 259

1           Do you see where I am?  It
2  says, "In studies?"
3      A.   28.  Yes.  Yes.  Okay.
4      Q.   It says, "In studies where
5  the exposure is simple, e.g., never
6  versus ever use, recall bias is unlikely
7  to be an important source of bias."  And
8  then it cites to Narod 2016.
9           "The positive association is
10  strongest for serous histologic type,"
11  and then it cites to Berge 2018 and Taher
12  2018.  "Findings that the association may
13  vary by histologic type detracts from the
14  hypothesis of report bias as this type of
15  bias would likely operate for all
16  histologic types."
17           Did I read that correctly?
18      A.   You did.
19      Q.   And so what the authors
20  there are saying is if recall bias was at
21  play here, you would expect to see an
22  increase in all of the histologic types,
23  not just certain ones, correct?
24           MS. CURRY:  Object to the

Page 260

1  form.
2           THE WITNESS:  One, the first
3  statement, "The recall bias is
4  unlikely to be an important source
5  of bias," is now referring to an
6  opinion of Narod.  Narod's 2016, I
7  told you was that not -- that
8  wasn't based on data.  So there's
9  an echo chamber thing.
10           And then the positive
11  association is strongest for
12  serous histologic type, if you
13  have a higher prevalence of a
14  type, you would expect recall bias
15  to be more commonly seen with
16  that, because when you have rarer,
17  smaller numbers, you may not reach
18  an association high enough to show
19  the increased risk there.
20           So it's not surprising to me
21  if there was going to be a
22  consistent cell type that you saw
23  this increased risk with, it would
24  be with serous, because it is the

Page 261

1  predominate cell type.
2  BY MS. GARBER:
3      Q.   You disagree with the study
4  authors of Health Canada wherein they are
5  stating at Page 28, that recall bias is
6  not likely at play --
7      A.   They are -- yeah, I'm sorry.
8      Q.   -- not likely at play for
9  the increased risk amongst the studies,
10  correct?
11      A.   I do because if they would
12  cite a study where they can show it
13  wasn't at play.  See, I can cite a study
14  where I believe it was at play when I
15  cite Schildkraut.
16           When they cite a study that
17  shows it's not at play, they cite an
18  opinion piece by Narod.  There's a
19  difference.
20      Q.   Well, and they also cite the
21  Berge and Taher papers, don't they?
22      A.   For a different period --
23  for a different point.
24      Q.   Is there any metric,

66 (Pages 258 to 261)

Kevin Holcomb, M.D.

Page 262

1    objective metric to measure recall bias
2    in a given study?  In other words, for
3    those who don't typically read
4    epidemiological literature, there --
5    there is not an objective measurement
6    that can be --
7         A.   I can think of one.
8              MS. CURRY:  Object to the
9        form.
10             THE WITNESS:  If you have a
11       situation where there is a -- an
12       increase in familiarity with a
13       topic that happens after a certain
14       time point and you look at the
15       association before and after this
16       is widely known and show that
17       there's a difference, I think that
18       that's a fair metric -- it puts
19       the onus to figure out, well, why
20       all of a sudden after the time
21       that it's a well-known entity, why
22       do more people remember using it
23       who have cancer compared to the
24       controls.

Page 263

1              So if the controls have the
2        same memory of using it before
3        it's widely known as after it's
4        widely known, but the cases, all
5        of the sudden after it's widely
6        known the cases remember using,
7        this habitual practice, all of the
8        sudden goes up, after it's widely
9        known, I take that as a fair
10       metric of recall bias.
11             And I've tried to explain in
12       my mind what other thing could get
13       played to explain that finding,
14       and I can't.
15             So with all due respect to
16       Dr. Narod's opinion, which is not
17       citing a paper, I have seen data
18       where I think -- I can't think of
19       another plausible explanation for
20       what's at play other than recall
21       bias using the metric I just
22       described.
23   BY MS. GARBER:
24       Q.   Widely known is subjective,

Page 264

1    isn't it?  I mean, how does a study
2    author decide what is and what isn't
3    likely known?
4        A.   Well, if you -- I think it's
5    a fair thing to ask.  But if you have a
6    date where there's a big lawsuit, per
7    se -- per se.  And I bet you if you
8    counted how many commercials you see on a
9    topic, a liability topic, I bet you can
10   come up with a clear point where you can
11   say before this time frame there was this
12   amount of activity on TV, and after this
13   time frame, it was that much.  And -- and
14   yeah, that was a crude estimate to do it
15   with what date the -- the first cases are
16   becoming very well known.
17             But I disagree with the
18       point that you can't approximate recall
19       bias.  Because I -- I do think
20       Schildkraut's study was a good example of
21       it.
22       Q.   The Schildkraut separated
23   the -- what was known from what was not
24   known based on a time frame of 2014,

Page 265

1    correct?
2        A.   Right.
3        Q.   And what was known, what was
4    widely known in 2014 in your opinion?
5              MS. CURRY:  Object to the
6        form.
7              THE WITNESS:  Well, I don't
8        think it was as widely known
9        before 2014 of large payments and
10       lawsuits because of talc being
11       associated with -- with ovarian
12       cancer.
13             Because it's my assumption
14       that most lay people don't know of
15       the association because they've
16       been reading Cramer studies, or
17       Merritt or any of these other --
18       I'm -- I'm going to assume that
19       the majority of people out there
20       who are going to be on these
21       studies and answering these
22       questionnaires, how are they going
23       to find out about talc.  It's most
24       likely going to come through the

Kevin Holcomb, M.D.

Page 266

1    lay media.
2         The lay media pipes up more
3    when there is product liability
4    associated with it.
5    BY MS. GARBER:
6    Q.   When --
7    A.   And so --
8    Q.   When was that first time
9    that there was lay media coverage of a
10   talc verdict or litigation?
11        A.   I don't think it's -- I
12   can't give you the exact date where it
13   starts.  I think you'd have to look, and
14   split your studies up into an earlier
15   period and a later period.
16        But, if people who don't
17   have ovarian cancer have the same
18   recollection of talc usage before and
19   after a certain point, but cases have a
20   very different memory of using it before
21   and after, I think that that's a very,
22   very powerful statement, and I would
23   argue that you'd be challenged to come up
24   with another reason why that would

Page 267

1    happen, other than recall bias.
2         Q.   Are you aware of
3    peer-reviewed study authors that state in
4    their papers with regard to talcum powder
5    product use and ovarian cancer, that say
6    reporting bias is not at play with regard
7    to the results?
8         MS. CURRY:  Object to the
9    form.
10        THE WITNESS:  I'm not
11   familiar with, and you -- you
12   posited that there's no good
13   metric.  So I'm not sure, other
14   than me describing examples where
15   I believe it's at play and
16   explaining why, I would be curious
17   to hear the opinion of somebody
18   like Narod who says I don't
19   believe it's at play.
20        And if your only
21   justification for the statement is
22   that I believe it's habitual
23   versus memorable, that is less
24   persuasive than what I'm

Page 268

1    describing.
2         I believe it was at play in
3    Schildkraut.  And I don't believe
4    there is anything special about
5    Schildkraut's study design that
6    would make it at play in that
7    study and not another one.
8    BY MS. GARBER:
9         Q.   Okay.  Your opinion that
10   there's recall bias at play in the
11   case-control studies is based on
12   Schildkraut's study?
13        MS. CURRY:  Object to the
14   form.
15        THE WITNESS:  Not only.
16   BY MS. GARBER:
17        Q.   What -- what other data do
18   you have to support that claim?
19        A.   A trend in the strength of
20   association also increasing over time.
21        Q.   Is that your opinion?
22        A.   Yes.
23        Q.   That there is a trend of
24   increasing --

Page 269

1         A.   To be fair the term
2    "trend" --
3         Q.   -- risk over time?
4         A.   I'm sorry.
5         Q.   Sorry.
6         A.   The term "trend" is a -- is
7    a statistical term.  So I -- I can't say
8    I've subjected this to a statistical
9    test.
10        But in earlier versus later
11   studies, you do see an increase.
12        Q.   And, Doctor, if we look at
13   your Table 1 and we look at the odds
14   ratios -- or sorry, the relative risk,
15   do --
16        A.   Let me go back.
17        Q.   -- does it show an increase
18   over time?
19        A.   Let me go back one second.
20        Q.   It's Exhibit 9.
21        A.   I'd have to take the time to
22   look through all the odds ratios, but one
23   of the reasons why I color-coded it was I
24   can just look at that and -- and see that

68 (Pages 266 to 269)

Kevin Holcomb, M.D.

Page 270

1    there's more blue which are
2    nonsignificant studies --
3        Q.   Well --
4        A.   -- in the beginning --
5        Q.   Well, Doctor --
6        A.   -- and these -- these are
7    in -- in chronological order.
8        Q.   Let's just look at the -- at
9    the white ones.
10        The odds ratios don't seem
11   to be increasing over time appreciably,
12   do they?
13       A.   Not to my naked eye, no.
14       Q.   Okay.
15       A.   Just the frequency of
16   positive studies.
17       Q.   And we're going to get to
18   the meta-analysis shortly.  But the
19   meta-analyses over time.  How many
20   meta-analyses are there, by the way?
21       A.   There's probably about
22   seven.  Maybe more.
23       Q.   And do you, off the top of
24   your head, do you have a general sense of

Page 271

1    what those odds ratios are?
2        A.   Yes.  I believe they're in
3    the same modest range as the studies that
4    are going into them.  1.24, 1.28, 1.31,
5    in that general region.
6        Q.   Let's look at another paper,
7    the Langseth paper.  You reviewed that as
8    part of your expert opinions, right?
9        A.   Yes.
10        (Document marked for
11        identification as Exhibit
12        Holcomb-14.)
13   BY MS. GARBER:
14       Q.   And if you turn to page --
15   well, it's 358.  It's the front page,
16   Doctor.
17        And if you look at -- if you
18   look at the right-hand column about
19   halfway down -- do you see where I am?
20   Where it says, "Methodological factors"?
21       A.   Yes, I do.
22       Q.   And the paper reads,
23   "Methodological factors such as recall
24   bias should always be considered in

Page 272

1    case-control studies.  It could have been
2    a problem had there been widespread
3    publicity about the possible association
4    between use of body powder and cancer.
5    The IARC" -- shortened that -- "working
6    group considers that there has not been
7    widespread public concern about the issue
8    and, therefore, considers it unlikely
9    that such a bias could explain the
10   consistent findings."
11        Did I read that correctly?
12       A.   You did.  And you're talking
13   about one type of recall bias.  The
14   authors go on to say that's not the only
15   type of recall bias that we have to
16   consider.  And in fact just recall bias
17   in cancer patients remembering exposures
18   at a higher rate cannot be ruled out.
19       Q.   Doctor, you can't say to a
20   medical degree of probability that there
21   is recall bias that explain the
22   statistically significant increased risk
23   in the case-control studies, can you?
24        MS. CURRY:  Object to the

Page 273

1    form.
2        THE WITNESS:  No.
3    BY MS. GARBER:
4        Q.   In your expert report, do
5    you address at all anywhere in the four
6    corners of your report where study
7    authors -- peer-reviewed study authors
8    have indicated that recall bias is not
9    likely at play to explain the increased
10   risk?  Do you address that issue at all?
11       A.   No.
12       Q.   And anywhere in the four
13   corners of your report, do you address
14   that study authors, peer-reviewed study
15   authors, have indicated that the
16   epidemiological data is consistent?
17       A.   Do I present the data in my
18   report showing a 50/50 split and then say
19   that other people called it consistent?
20   No, I didn't.
21       Q.   Let's turn to the
22   Schildkraut paper.
23        (Document marked for
24        identification as Exhibit

Kevin Holcomb, M.D.

Page 274

1      Holcomb-15.)
2 BY MS. GARBER:
3      Q.   I'm going to mark it as 15.
4 Doctor, in your expert report at Page 9,
5 you indicate that, "Recall bias can lead
6 to spurious results in case-control
7 studies in a variety" --
8      A.   I'm sorry. Which page were
9 you reading from?
10      Q.   Page 9. You indicate that,
11 "Recall bias can lead to spurious results
12 in case-control studies in a variety
13 of" --
14      A.   I'm sorry. I'm still trying
15 to find out where we are. I don't
16 think --
17      Q.   I'm just --
18      A.   One second.
19      Q.   I'm just reading.
20      A.   I know. I just want to read
21 along, if it's okay.
22          Yes, I'm ready for you.
23      Q.   I'll try it again. You
24 indicate that, "Recall bias can lead to

Page 275

1 spurious results in case-control studies
2 in a variety of clinical scenarios." And
3 then you cite to the Schildkraut 2016
4 paper, correct?
5      A.   Right.
6      Q.   All right. And --
7      A.   Hold on. Is that
8 Schildkraut that I'm -- let me see. 33,
9 yes.
10      Q.   What you didn't cite to is
11 that the -- is what the authors stated
12 about the class action publicity. And so
13 if I can have you turn to Page 1416 of
14 the Schildkraut paper.
15          And so if you go to the
16 right-hand column, in the first paragraph
17 about halfway down with the sentence that
18 begins "although."
19          Do you see where I am?
20      A.   Yes.
21      Q.   It says, "Although our
22 findings" --
23      A.   No. I'm sorry. Wrong
24 although. They say "although" more than

Page 276

1 once.
2      MS. CURRY: Where are you?
3      MS. GARBER: Right here.
4      THE WITNESS: Yes, I found
5 it.
6 BY MS. GARBER:
7      Q.   "Although our findings
8 suggest that the publicity of class
9 action lawsuits may have resulted in
10 increased reporting of body powder use,
11 our data do not support that recall bias
12 alone before 2014 versus" -- "before 2014
13 versus 2014 or later would account for
14 the associations with body powder use and
15 epithelial ovarian cancer."
16      Did I read that correctly?
17      A.   Yes, you did.
18      Q.   So you didn't cite in
19 your expert report, did you?
20      A.   I -- maybe I'm
21 misunderstanding what they are saying
22 here. But they're saying maybe it's not
23 just not that alone. They're saying that
24 there could be other things that cause

Page 277

1 recall bias. And they're saying --
2 they're not discounting that that played
3 a role. They're saying there could be
4 other things, and they are pretty much
5 saying the same thing that I read before
6 where they said there's other causes of
7 recall bias other than just information
8 out in the media.
9          Possibly there were multiple
10 things at play that caused recall bias.
11 But that statement, they're not saying
12 there was no recall bias in the study.
13 They're just saying that it may be more
14 than just -- than just the lawsuits.
15      Q.   That's your interpretation
16 of what they are saying?
17      A.   Well, it says --
18      MS. CURRY: Object to the
19 form.
20      THE WITNESS: -- it says,
21 "The data do not support the
22 recall bias alone before 2014
23 versus" -- "or later would account
24 for the associations." They

Kevin Holcomb, M.D.

Page 278

1    didn't say that it didn't.
2       They're just saying possibly
3    there's other things.
4          Yes, that's my
5    interpretation.
6  BY MS. GARBER:
7       Q.   You don't know what the
8    other things are, do you?
9       A.   They don't either.  They're
10   saying -- they're not discounting recall
11   bias.  They're just saying there may be
12   multiple sources.
13      Q.   There was no widespread
14   publicity about talc and ovarian cancer
15   in the lay media in 2014, was there?
16         MS. CURRY:  Object to the
17   form.
18         THE WITNESS:  Then why did
19   Schildkraut decide to make that
20   analysis?  They made that analysis
21   specifically because of the
22   lawsuits.
23   BY MS. GARBER:
24      Q.   You're making that

Page 279

1    assumption, aren't you?
2          MS. CURRY:  Object to the
3    form.
4          THE WITNESS:  No.  They --
5    they say in the materials and
6    methods, why they split at 2014.
7    BY MS. GARBER:
8       Q.   Do you know --
9       A.   They didn't just routinely
10   pick that up.
11      Q.   I understand that, Doctor.
12      A.   Right.
13      Q.   But authors can make
14   mistakes, can't they?
15      A.   I've been pointing out a lot
16   of them.
17      Q.   Okay.  You didn't point out
18   this one, did you?
19      A.   Which mistake?
20      Q.   Well, do you know if there
21   was widespread publicity about lawsuits
22   in 2014?
23      A.   The authors consider that
24   maybe publicity would make a difference.

Page 280

1    They then design an experiment to see if
2    they could show a difference, and guess
3    what?  The findings show exactly that.
4    That controls have the same level of
5    memory of exposure but the cases all of
6    the sudden jump up after 2014.
7          If you do an experiment
8    because you have a hypothesis, and your
9    experiment then proves the hypothesis,
10   you should reasonably say, this is why I
11   did it.  I found what I found.  I have
12   evidence of recall bias.  That's the
13   whole point why they did this experiment.
14      Q.   Did the Schildkraut authors
15   find a statistically significant finding
16   between genital powder use and epithelial
17   ovarian cancer?
18      A.   Yes.  What I found
19   interesting about --
20      Q.   Doctor, I didn't --
21      A.   I won't editorialize.  I
22   won't -- sorry.
23      Q.   I appreciate that.
24      A.   Sure.

Page 281

1       Q.   At Page 8, Figure 1 of your
2    expert report, if we can turn there.
3          Are you there?
4       A.   I am.
5       Q.   Here you have a diagram
6    regarding the levels of evidence; is that
7    right?
8       A.   Yes.
9       Q.   I'll publish it on the Elmo.
10   This is your diagram for the levels of
11   evidence, correct?
12      A.   It's not my diagram.
13      Q.   In fact, it's the levels of
14   evidence for the Center For
15   Evidence-Based Medicine, or the CEBMA,
16   correct?
17      A.   Management, yes.
18      Q.   And what -- is that a
19   medical site or is that a business site?
20      A.   I'm not sure.
21      Q.   Why did you pick that
22   diagram?
23      A.   I was looking -- I was
24   looking for an example of the -- what I

71 (Pages 278 to 281)

Kevin Holcomb, M.D.

Page 282

1  believe is a widely held hierarchy on the
2  strengths of different study types based
3  on their ability to be altered by
4  inaccuracies.  And this was the diagram
5  that I found that I thought showed it the
6  best.
7       Q.   Did you just look to find a
8  diagram where cohorts were above
9  case-control studies, is that how you
10  searched?
11          MS. CURRY:  Object -- object
12       to the form.
13          THE WITNESS:  If you search
14       under levels of evidence, you will
15       never find -- well, I may not say
16       never.  Who knows.
17          I -- I don't think you
18       will -- you have to search hard to
19       find a -- a figure that has cohort
20       studies above case-control
21       studies.
22  BY MS. GARBER:
23       Q.   Okay.  So what you said is
24  if you search under levels of evidence,

Page 283

1  you will never find -- I mean -- I mean I
2  may not say never.  Who knows.  You have
3  to search hard to find a figure that has
4  cohorts above case-control studies.
5          Is that your testimony?
6       A.   I'm sorry.  It's below.
7  Sorry.  The other way around.  Thank you.
8       Q.   Thanks for that.
9          Did you attempt to find a
10  medical website or an evidence-based
11  medical website as to the levels of
12  evidence?
13          MS. CURRY:  Object to the
14       form.
15  BY MS. GARBER:
16       Q.   Or did you find this one and
17  stop?
18       A.   I -- I don't -- I don't
19  think that whether -- statistics don't
20  alter from one practice to the other.
21  Weaknesses in a study design are built in
22  and baked in.  And so I, I didn't look
23  for a specific medical website, because I
24  thought it would look differently than

Page 284

1  this.
2          This is how I was -- this is
3  how I was trained.  I mean, this -- I'm
4  looking for -- there are some things that
5  I learned in reviewing for the -- for
6  this deposition.  And there are certain
7  beliefs that I've long held because I was
8  trained that way.  I was forced -- well,
9  not forced.  I was happily taking a
10  graduate level statistics course as part
11  of my fellowship.  And I was taught this
12  then too.  And that was part of a medical
13  statistics course.
14          So this is just consistent
15  with what I already knew.
16       Q.   Where do meta-analyses fall
17  on your pyramid?
18       A.   You know, the reason why
19  meta-analyses aren't on these is because
20  meta-analysis is a somewhat controversial
21  practice.  They -- there are some
22  strengths to meta-analysis.  There are
23  some ways that meta-analyses can help.
24  But you have to really, really conduct

Page 285

1  them in a strict format and not break the
2  rules.  So you can have a meta-analysis
3  that's well -- you know, very well
4  controlled, and look for heterogeneity
5  and did all the things that you have to
6  do, that would be a strong study.  But
7  it's so fraught with the ability to make
8  it a poor study.  So it's hard to put it
9  on here.  Because there is no one
10  meta-analysis that's going to be
11  positive.  It's going to be a good study.
12       Q.   What -- what is your basis
13  to say that -- that meta-analyses are
14  controversial?
15       A.   Let me go through.  I -- I
16  thought I had actually given a citation
17  for it when I said -- because I believe I
18  made that statement in here as well.
19          You know, I didn't cite to
20  a -- to an exact paper.
21       Q.   So that's the opinion of
22  Dr. Holcomb --
23       A.   No, I wish I had cited it,
24  because I actually reviewed different

72 (Pages 282 to 285)

Kevin Holcomb, M.D.

Page 286

1    study designs. Not just for this. And
2    that is, if given the -- the time, I
3    could find a citation that makes the same
4    statement. It's not just my opinion.
5        Q.   But there's not one in your
6    report?
7        A.   There's not one in my
8    report, no.
9        Q.   You can't think of one
10   either, can you?
11       A.   No, I would have to do a
12   search.
13       Q.   So when you had your
14   statistics class, what was your text, do
15   you remember?
16           MS. CURRY: Object to the
17       form.
18           THE WITNESS: I don't.
19   BY MS. GARBER:
20       Q.   And I asked you this before,
21   if you knew who Kenneth Rothman was in
22   the context of epidemiology. And you did
23   not, correct?
24       A.   That's correct.

Page 287

1        Q.   So I'll represent to you
2    that he is a professor of epidemiology,
3    an author of textbooks and many published
4    articles regarding epidemiology. Okay?
5            I'll also show you that he
6    is the study author of this widely used
7    text with regard to epidemiology. You
8    see that Kenneth Rothman is the first
9    author, Sander Greenland is the second.
10   And that goes back to that paper on
11   statistical significance. That's the
12   author, right?
13           You are not familiar with
14   those authors or this text; is that
15   correct?
16       A.   Or the fact that it's widely
17   used, no.
18       Q.   Okay. You've never read a
19   book with regard to meta-analyses and the
20   utility of them -- strike that.
21           Can you name a text with
22   regard to meta-analyses and the utility
23   of them?
24           MS. CURRY: Object to the

Page 288

1    form.
2            THE WITNESS: No. As I
3        stated before, I would have to
4        search and find you one.
5    BY MS. GARBER:
6        Q.   Did you know that Kenneth
7    Rothman is known for his work on teaching
8    about epidemiologic research methodology?
9            MS. CURRY: Object to the
10       form.
11   BY MS. GARBER:
12       Q.   Were you aware of that?
13       A.   Given the fact that I --
14   I've already answered that I wasn't aware
15   who he is, I don't see how I would know
16   that.
17       Q.   Do you ever rely on
18   meta-analyses in your practice to make
19   clinical decisions, do you ever look at
20   epidemiological data and set your care
21   attendant to the results or are they just
22   worthwhile in your opinion?
23           MS. CURRY: Object to the
24       form.

Page 289

1            THE WITNESS: No, no,
2        they're worthwhile but they -- we
3        don't -- I've never made any
4        clinical decisions on care based
5        on one study. It's -- it's --
6        meta-analysis will become part of
7        the totality of what I'm looking
8        at.
9    BY MS. GARBER:
10       Q.   Meta-analysis is looking at
11   a systematic review of a body of
12   literature, correct?
13       A.   Meta-analysis is taking
14   subjects that were in different places
15   and different times and mixing them up as
16   if they were all in the same place at the
17   same time under the same conditions,
18   hence it's fraught with potential issues.
19       Q.   There's utility to them,
20   isn't there?
21           MS. CURRY: Object to the
22       form.
23           THE WITNESS: If done
24       correctly, yes.

73 (Pages 286 to 289)

Kevin Holcomb, M.D.

Page 290

1    BY MS. GARBER:
2        Q.   What are -- what is the
3    utility of them?
4        A.   For example, if you had --
5    this question of do you have enough
6    numbers in your cohort studies to
7    approximate an effect size that you see
8    in your case-control studies, well, you
9    might be able to do that in a
10   meta-analysis.  You might be able to put
11   all these things together.
12       And Berge says when we put
13   everything together, we felt we had
14   99 percent chance of finding the effect
15   size in the case-control size when we put
16   all the people together from the three
17   cohort studies that Berge put together.
18       So that's an example where
19   it might be helpful.  If you think you
20   can put together studies that are biased
21   for example, and that if you mix them
22   altogether the bias will be diluted,
23   that's where it's not helpful.
24       Q.   Do you have a source to cite

Page 291

1    that when you put cohort studies
2    together, that the bias will affect the
3    results of a meta-analysis?
4        MS. CURRY:  Object to the
5    form.
6        THE WITNESS:  I didn't --
7    that wasn't my statement.
8    BY MS. GARBER:
9        Q.   Do you have a source for
10   that?
11       A.   I didn't say that.  So why
12   would I have a source?
13       Q.   Do you have a source for
14   what you just said?
15       A.   Please repeat it.
16       Q.   You said, "If you think you
17   can put together studies that are biased,
18   for example, and that if you mix them
19   together, although the bias will be
20   diluted, that's where it's not helpful."
21       What is your source for that
22   statement?
23       A.   The source?  That adding
24   biased studies together doesn't dilute

Page 292

1    the bias?  I don't can't think of a
2    source.  I know it's not -- I know even
3    some of your experts don't -- don't
4    refute that.  Ellen Blair Smith says as
5    much in her -- in her expert report.  She
6    agrees that that's the case.
7        Q.   Does she say there's no
8    utility to the meta-analyses because of
9    bias?
10       A.   I didn't -- I didn't say
11   that.  If you're asking me about the
12   statement, I can tell you that I can find
13   support of that statement by some of the
14   plaintiff experts.
15       Q.   Let's look at a paper by Ken
16   Rothman.
17           (Document marked for
18           identification as Exhibit
19           Holcomb-16.)
20   BY MS. GARBER:
21       Q.   I'm going to mark as
22   Exhibit 16 a paper titled "Six Persistent
23   Research Misconceptions" by Kenneth
24   Rothman.  You've not seen that paper

Page 293

1    before?
2        A.   No.
3        Q.   Doctor, if you look at the
4    left-hand column, do you see here that's
5    illuminated or highlighted?
6        Do you see where I am?
7        A.   Yes, I do.
8        Q.   It reads, "Scientific
9    knowledge changes rapidly, but the
10   concepts and methods of conduct of
11   research change more slowly.  To
12   stimulate discussion of outmoded thinking
13   regarding the conduct of research, I list
14   six misconceptions about research that
15   persist long after their flaws become
16   apparent.
17       "These misconceptions are:
18       "Number one, the
19   hierarchy" -- I'm sorry.
20       "Number one, there is a
21   hierarchy of study designs.  Randomized
22   trials provide the greatest validity
23   followed by cohort studies, with
24   case-control studies being least

74 (Pages 290 to 293)

Kevin Holcomb, M.D.

Page 294

1    reliable."
2          So Dr. Rothman is indicating
3    that there is a misconception that there
4    is a hierarchy which ranks cohort studies
5    above case-control studies.
6       A.   He's admitting --
7       Q.   Do you see that?
8       A.   Yes.  He's admitting that
9    this is the hierarchy.
10      Q.   No.  He's admitting that it
11   is a misconception to say that cohort
12   studies are above case-control studies.
13      A.   He's admitting that this is
14   a common thought, right?  He's saying
15   there's a hierarchy.  The misconceptions
16   are, there's a hierarchy.  So he's saying
17   there is this thought out there that
18   there's a hierarchy, because it's clear
19   that there is and it's a commonly taught
20   thing.
21         So this one doctor is
22   saying, similar to the doctors you
23   brought up earlier, let's throw away
24   convention.  And I would have to read the

Page 295

1    whole paper to understand why.  But I
2    take this as -- the first statement to
3    say that there is -- he doesn't say well
4    recognized.
5          But I believe he took the
6    time to write this paper to try to debunk
7    some of these things, because they are
8    out there and well accepted.
9       Q.   Right.  They're out there,
10   and he is concerned about that, that
11   clinicians like yourself are putting
12   cohort above case-control.  And he's
13   trying to debunk that because he doesn't
14   agree with that; is that fair?
15         MS. CURRY:  Object to the
16   form.
17         MR. MIZGALA:  Object to the
18   form.
19         THE WITNESS:  Can I tell you
20   that there's --
21   BY MS. GARBER:
22      Q.   Doctor --
23      A.   -- not as much difference in
24   what --

Page 296

1       Q.   Is that what he's saying?
2          MS. CURRY:  Object to the
3    form.
4          THE WITNESS:  Yes, yes.
5    BY MS. GARBER:
6       Q.   Okay.  Thank you.  That's
7    the only question that I had.
8          He's also saying, number
9    three, "If a term that denotes the
10   product of two factors is a regression
11   model" -- "is a regression model is not
12   statistically significant, then there is
13   no biologic interaction between those
14   factors."
15         So again, he is attempting
16   to debunk this notion of holding at
17   disparate statistically significant from
18   nonstatistically significant data,
19   correct?
20         MS. CURRY:  Object to the
21   form.
22   BY MS. GARBER:
23      Q.   That's a misconception?
24         THE WITNESS:  I'm just

Page 297

1    curious.  Are you here -- are you
2    more interested in me agreeing
3    that you're reading this correctly
4    or my response to it?  Because I'd
5    love to jump in and tell you about
6    what I think about these
7    statements.  But I feel like I'm
8    not being given an opportunity.
9    And I -- you know, I could have
10   come down and read all the papers
11   that you want to read and read
12   them out loud for you.
13         But I'm assuming that you
14   would like to know if I agree with
15   it, why not if I disagree.
16         But I feel like you keep on
17   asking me, is that -- did I read
18   that correctly, and I said yes,
19   you read very well.  And you say
20   do you agree with it?  And I say
21   no.
22         And then I go to try to
23   explain, and you move on.  And I'm
24   trying to understand what's the

Kevin Holcomb, M.D.

Page 298

```
 1        purpose of that?
 2    BY MS. GARBER:
 3        Q.   Are you done?
 4        A.   Yes, I am.
 5        Q.   Okay.  You know that I am
 6    here to ask you questions, and you're
 7    here to answer questions.  You also know
 8    that this is in the context of a
 9    cross-examination and your counsel has
10    the opportunity to ask you questions too.
11    You understand that, right?
12        A.   I understand.
13        Q.   Thanks.
14            All right.  So Dr. Rothman
15    in his peer-reviewed and published paper
16    indicates that there is a misconception
17    about the hierarchy, which places cohorts
18    above case-control.  And this is a
19    misconception about statistical
20    significance and calling nonstatistically
21    results different from statistical
22    significant results.
23            Can we agree with that?
24            MS. CURRY:  Object to the
```

Page 299

```
 1        form.
 2            THE WITNESS:  No.
 3    BY MS. GARBER:
 4        Q.   You don't agree with that?
 5        A.   Because you started off the
 6    statement by saying this is a review article.
 7    peer-reviewed.  This is a review article.
 8    I don't know if it's peer-reviewed.
 9        Q.   It's a published article?
10        A.   It's not peer-reviewed
11    necessarily.
12        Q.   But it's a published?
13        A.   You said peer-reviewed.
14        Q.   I know.
15        A.   I'm saying, do you know that
16    it was peer reviewed?
17        Q.   Now I'm saying, it's a
18    published article, right?
19        A.   Simple -- yeah, you can --
20    it's an open access journal that you
21    can -- I mean, just because something is
22    published, you're making it seem like --
23    there's something called vanity
24    publishing.  And I'm not suggesting
```

Page 300

```
 1    that's what he's doing.  I don't know the
 2    author.
 3            But to suggest that
 4    something's published and ergo it's
 5    worthwhile, that's a big misconception.
 6        Q.   All right.  And otherwise
 7    you agree with what I just said, if we --
 8    if we amend my question to say it is a
 9    published article --
10        A.   Can you repeat it because I
11    got so stuck on your mentioning that it
12    was peer-reviewed that I didn't --
13        Q.   I'll just move on.
14        A.   -- I stopped listening.
15        Q.   Did you attempt to look at
16    what your institution said about study
17    hierarchies?
18            MS. CURRY:  Object to the
19    form.
20            THE WITNESS:  My
21    institution?  Which institution?
22    BY MS. GARBER:
23        Q.   Where do you work?  Where do
24    you work?
```

Page 301

```
 1        A.   I work in two -- I'm
 2    actually an employee of Weill Cornell
 3    Medical Center.  But I --
 4        Q.   Okay.  And that's your
 5    institution, right?
 6        A.   As is New York Presbyterian
 7    Hospital, which is separate, so which
 8    institution --
 9        Q.   You have privileges at both?
10        A.   I don't have privileges in
11    the medical school because that's not our
12    medical school's work.  So, no, I don't
13    have privileges --
14        Q.   You don't have privileges
15    in -- in the hospital associated --
16        A.   The hospital is -- is owned
17    by New York Presbyterian Hospital.
18        Q.   Okay.
19        A.   So I have no privileges at
20    Weill Cornell.
21        Q.   Got it.  I didn't understand
22    the -- the nature of that.
23            So did you look at Weill
24    Cornell's study hierarchy?
```

76 (Pages 298 to 301)

Kevin Holcomb, M.D.

Page 302

1      MS. CURRY: Object to the
2   form.
3      THE WITNESS: I don't know
4   if -- well, no, I don't know that
5   Weill Cornell has a study
6   hierarchy.
7  BY MS. GARBER:
8      Q.   Okay.
9      (Document marked for
10   identification as Exhibit
11   Holcomb-17.)
12  BY MS. GARBER:
13     Q.   Let's mark as Exhibit 17 a
14   document.
15     And, Doctor, this is a
16   printout of a website from Weill Cornell.
17   And it is titled "Evidence-based
18   Medicine, or EBM, Defined."
19     Did I read that correctly?
20     A.   You did.
21     Q.   Under the definition it
22   reads, "Evidence-based medicine requires
23   the integration of the best research
24   evidence with our clinical expertise, and

Page 303

1   our patients' unique values and
2   circumstances."
3      And then there's a citation
4   to Straus, S-T-R-A-U-S, et al.,
5   Evidence-based Medicine 2015.
6      Did you see this before you
7   put in your expert report the hierarchy
8   that you put from the --
9      A.   No.
10     Q.   -- management website?
11     A.   No.
12        MS. CURRY: Object to the
13     form.
14  BY MS. GARBER:
15     Q.   Doctor, if we could look at
16   this together.
17     Evidence-based medicine.
18   That is what -- that's a -- that's a
19   medical term, right, evidence-based
20   medicine?
21     A.   Yes.
22     Q.   And it implies what to you?
23     A.   It implies practicing on
24   what's deemed to be accurate findings

Page 304

1   from studies, and then brought into
2   clinical practice.
3      Q.   Okay.  And under that
4   heading in the hierarchy at the top lists
5   Cochrane systematic reviews.  Do you know
6   what those are?
7      A.   Yes.
8      Q.   Have you ever considered
9   them for purposes of your practice?
10     A.   Yes.
11     Q.   You ever considered them for
12   purposes of your opinions?
13     A.   They are part of it --
14        MS. CURRY: Object to the
15     form.
16        THE WITNESS: -- yes.
17  BY MS. GARBER:
18     Q.   And next on the top of the
19   hierarchy is what?
20     A.   I'm not sure what SR is --
21   systematic reviews, must be, and
22   meta-analyses.
23     Q.   Mm-hmm.  So up above the
24   cohorts and the case-control are

Page 305

1   systematic reviews and meta-analyses,
2   right, on this evidence-based hierarchy,
3   right?
4      A.   Yes.
5      Q.   All right.  And then there's
6   evidence guidelines and the evidence
7   summaries.  And then one, two, three,
8   four -- fifth down, lists randomized
9   clinical trials, case cohorts, and
10   control studies.  All in the same line,
11   correct?
12     A.   Yes.
13     Q.   And so that's a little
14   different than your hierarchy, right?
15     A.   Yes.
16        MS. CURRY: Object to the
17     form.
18  BY MS. GARBER:
19     Q.   And this one relates to
20   medicine, not to management and business,
21   right?
22        MS. CURRY: Object to the
23     form.
24        THE WITNESS: Yes. It

Kevin Holcomb, M.D.

Page 306

1    relates to medicine.
2    BY MS. GARBER:
3        Q.    And this is from the web --
4    this is from the -- off the website of
5    where you practice medicine?
6        A.    Yes.
7        Q.    And where you teach?
8        A.    And where I teach.  And I
9    don't necessarily disagree that a
10   well-designed --
11       Q.    Doctor, I didn't ask you if
12   you disagreed or not --
13       A.    Okay.
14       Q.    -- I just asked you --
15       A.    Just to read the website.
16           MS. CURRY:  Let him finish
17   his response, please.
18   BY MS. GARBER:
19       Q.    Are you aware that the link
20   between smoking and lung cancer was
21   initially discovered in the case-control
22   studies carried out in the 1950s, are you
23   aware of that?
24       A.    Yes.

Page 307

1        Q.    As a physician you do
2    consider meta-analyses in your practice?
3        A.    Yes.
4        Q.    And as to the cohort studies
5    in this case, do you rely primarily on
6    them in support of your opinions?
7            MS. CURRY:  Object to the
8    form.
9            THE WITNESS:  No.  As I
10   stated in the beginning, it's the
11   totality of their reviews.
12           So the cohort studies which,
13   you know, I will still say as a
14   design are less prone to bias than
15   case-control studies regardless of
16   how this is, I don't think any --
17   anybody questions that.
18           I will look at the whole
19   picture which is what I did with
20   the talc literature.  So it was
21   the inconsistency in case-control
22   results.  It was the low level of
23   strength of association that I
24   found plus the lack of findings in

Page 308

1    the cohort study.  And then the
2    weaknesses and biologic
3    plausibility that led me to the
4    opinion that I offered in the
5    beginning.
6    BY MS. GARBER:
7        Q.    Do you believe that the
8    case-control studies are less reliable
9    than the cohort studies?
10       A.    I believe that all study
11   designs can have weaknesses.  And a
12   poorly designed study can come in the
13   form of any type.
14           You can have a poorly
15   designed cohort study.  You can have a
16   poorly designed case-control study.  You
17   can have a poorly designed meta-analysis.
18           I'm sorry, I forgot your
19   question now.
20       Q.    That's okay.
21           And with regard to the
22   cohort studies, Doctor, I don't see in
23   your expert report where you talk about
24   the design limitations, specifically what

Page 309

1    even the authors talk about as the design
2    limitations.
3            You don't -- you don't talk
4    about those in your expert report, right?
5        A.    I'd have to read through it.
6    I'm not sure.
7        Q.    Okay.
8        A.    I'm not sure if I address
9    that.
10       Q.    I'll represent to you that I
11   couldn't find a single word about you
12   talking about the design limitations.  So
13   you can check me to see if I'm wrong.
14           You do talk about some of
15   the design limitations and the problems
16   with the case-control studies, correct?
17       A.    That is true.
18       Q.    And you do talk about some
19   of the design limitations and problems of
20   the meta-analyses, right?
21       A.    Yes.
22       Q.    And so in your opinion the
23   case-control studies do not support
24   statistically an increased risk of talcum

78 (Pages 306 to 309)

Kevin Holcomb, M.D.

Page 310

1  powder product exposure and risk of
2  ovarian cancer, right?
3      A.   My feeling is that the
4  case-control studies are not consistent
5  in their results.  That some studies show
6  an association and some studies don't.
7  And that it seems to be as consistent as
8  flipping a coin.
9      Q.   Do they support the opinion
10  that there is an increased risk, yes or
11  no?
12      A.   Some do, and some don't.
13      Q.   Okay.  What about the -- the
14  cohort studies, do they support an
15  increased risk for --
16      A.   No.
17      Q.   Let me finish my sentence.
18      A.   Sorry.
19      Q.   Do the cohort studies
20  support an increased risk for talcum
21  powder exposure and ovarian cancer?
22      A.   The initial Gertig study had
23  found that in a subset of just
24  histologically split out there was an

Page 311

1  increased risk of serous carcinoma.  The
2  reason why we're saying no about cohort
3  studies is because the same group of
4  women, when followed longer in Gates,
5  that significance dropped down.
6          So I would say overall in
7  those populations, the sister study, the
8  WHI, and the Nurses' Health Study, that
9  they did not support an increased risk.
10      Q.   Do the meta-analyses as a
11  whole support an increased risk of talcum
12  powder exposure and ovarian cancer?
13      A.   Not surprisingly, the
14  meta-analyses all say that the
15  case-control studies do and the cohort
16  studies don't, and when you mix the 27
17  case-control studies with the three
18  cohorts and weigh them fairly equally,
19  that you will find an increased risk when
20  you mix them altogether, which is not at
21  all surprising.
22      Q.   Do the odds ratios that are
23  reported for epithelial ovarian cancer
24  and genital talc exposure support an

Page 312

1  increased risk in ovarian cancer?
2          MS. CURRY:  Object to the
3  form.
4          THE WITNESS:  In which
5  study?
6  BY MS. GARBER:
7      Q.   In the meta-analysis as a
8  body?
9      A.   Again, yes.
10      Q.   Okay.  The only group of
11  studies that, in your opinion, don't
12  support an increased risk, you don't have
13  a single criticism of, yet the studies
14  that do, you criticize; is that fair?
15          MS. CURRY:  Object to the
16  form.
17          THE WITNESS:  If you -- that
18  is true.  I'm criticizing all the
19  case-control studies as a design.
20  But that means I'm criticizing the
21  ones that didn't find an
22  association just as much as I'm
23  criticizing the ones that do.
24          I'm saying at the design,

Page 313

1  there are flaws in case-control
2  studies.  And so I'm not just
3  trying to pick on the positive
4  case-control studies.  I'm talking
5  about case-control studies.
6          And that's -- from my look
7  at the literature, I'm saying that
8  about half of them saying there is
9  an association and half of them
10  saying that there's not, I'm
11  criticizing case-control study
12  design altogether.
13  BY MS. GARBER:
14      Q.   You said generally that
15  there can be design problems with
16  cohorts, yet I don't see a single
17  reference to the design limitations of
18  the cohorts that play in this case,
19  right?
20      A.   Well, one of the concerns
21  that you can have with a cohort study is
22  whether or not you follow patients long
23  enough, whether you have sufficient size.
24          And in my read, in my

79 (Pages 310 to 313)

Kevin Holcomb, M.D.

Page 314

1    understanding of the data, I was not
2    concerned -- size I already explained,
3    that I was concerned since it was such a
4    small level of effect in the case-control
5    studies.  It wasn't until I saw Berge,
6    when they put them together, that I
7    realized that you could overcome that
8    size problem.  And so I was not concerned
9    that you would pick up an effect size
10   that small.
11       Q.   Do you remember what my
12   question was?
13       A.   Yes.  You asked me did I
14   bring up criticisms.  And I'm saying my
15   criticisms about cohort studies in
16   general, I was able to put to rest with
17   my reading of those cohort studies,
18   whereas things like recall bias -- and we
19   already went through Schildkraut -- I was
20   able to find examples of why I was
21   concerned, and then find examples of
22   studies where I thought they were at
23   play.
24            So, I'm just explaining to

Page 315

1    you, you're saying, why is there an
2    absence of criticisms on these things.  I
3    didn't find any evidence of those things
4    at play in the cohort studies.
5        Q.   So you didn't find as the
6    expert for Johnson & Johnson in the
7    studies that didn't find an increased
8    risk in your opinion, and you didn't
9    bother to advise the court that there are
10   design limitations in that group of
11   studies, the cohorts, yet you did tell
12   the court about the study limitations of
13   the case-control and the study
14   limitations of the meta-analyses, true?
15           MS. CURRY:  Object to the
16       form.
17   BY MS. GARBER:
18       Q.   I didn't ask why.  I just
19   said true.
20       A.   True.
21       Q.   Thank you.
22           All right.  Let's look at a
23   couple of things.  So in looking at the
24   cohort studies and the limitations, is it

Page 316

1    true, Doctor, that none of the cohort
2    studies were specifically designed to
3    investigate the relationship of talcum
4    powder product use and the risk of
5    ovarian cancer?
6            MS. CURRY:  Object to the
7        form.
8            THE WITNESS:  Specifically
9        no.
10   BY MS. GARBER:
11       Q.   Rather, the cohorts were
12   designed to study a large number of
13   outcomes in a wide variety of exposures,
14   true?
15       A.   True.  When you do a cohort
16   study, because of the time and money
17   invested, you are very rarely going to
18   design a cohort study to answer one
19   question.
20       Q.   Right.  And that's a
21   limitation, right?
22           MS. CURRY:  Object to the
23       form.
24           THE WITNESS:  I'm not

Page 317

1    sure --
2    BY MS. GARBER:
3        Q.   It's okay.
4        A.   -- in what way that was a
5    limitation.
6        Q.   You're not sure?
7        A.   No.
8        Q.   Okay.  With a cohort study
9    looking at a rare cancer like ovarian
10   cancer, the study has to be large enough
11   to detect the true relative risk.
12           Do you agree with that?
13       A.   I agree.
14       Q.   So in fact, that a cohort
15   does not find a significant relative risk
16   can be due to the small study size,
17   correct?
18           MS. CURRY:  Object to the
19       form.
20           THE WITNESS:  Correct.
21   BY MS. GARBER:
22       Q.   The sample sizes and the
23   number of cases of most of the cohort
24   study publications were too small to be

Kevin Holcomb, M.D.

Page 318

1    able to accurately detect a relative risk
2    around 1.2 to 1.3.
3         Do you agree with that
4    statement?
5         MS. CURRY:  Object to the
6    form.
7         THE WITNESS:  I'm not sure.
8    I -- I've seen the opinion
9    expressed in the Narod paper that
10   you -- you had produced earlier.
11   And I keep on referring to Berge
12   only because it was the one
13   meta-analysis where they actually
14   addressed that.
15        Narod said you need like
16   200,000 women to see this effect
17   size, and then you look at three
18   studies with 78,000, 61,000,
19   41,000.  You're getting close to
20   that 200,000.  They say, we have
21   99 percent power to detect the
22   effect size in a meta-analysis
23   that is held so highly to see the
24   same effect size in the

Page 319

1    case-control studies.
2    BY MS. GARBER:
3         Q.   Well, you do go to Berge all
4    the time.  But you do that by ignoring
5    Penninkilampi which was a more recent
6    study, right?
7         A.   But the problem --
8         MS. CURRY:  Object to the
9    form.
10        THE WITNESS:  The problem --
11   the problem with Penninkilampi is
12   that Berge says the first thing
13   out the box I'm going to look
14   at heterogeneity and see if these
15   should be mixed.  And one of the
16   problems with putting
17   meta-analyses on the top of your
18   thing is assuming it's well
19   designed.
20        And I think all these
21   studies can have design flaws.
22   But I think meta-analysis is
23   probably the most at risk for
24   making mistakes in the design of

Page 320

1    your study and then coming out
2    with spurious values.
3         And one of the first things
4    that is generally thought to be a
5    no-no, we don't do cross-trial
6    comparisons in general.  If you
7    had a group of women taking this
8    chemotherapy over here and a group
9    of women taking chemotherapy over
10   there, we don't compare those two
11   chemotherapies and say well, this
12   study showed a response rate of
13   this.  This showed this, this,
14   that.
15        So whenever you're going
16   against that rule and you're going
17   to mix these people together, you
18   want to make sure that there's not
19   heterogeneity.  And the reason why
20   I keep on going back to Berge, is
21   because Penninkilampi somehow
22   looked at pretty much the same
23   studies and did not find a problem
24   with heterogeneity, whereas Berge

Page 321

1    says yeah, I found this
2    difference, but I'll caution you,
3    don't take it too seriously
4    because there was too much
5    heterogeneity in these two study
6    designs.
7         And I'm just questioning,
8    how is it that Berge was able to
9    find this heterogeneity issue and
10   yet other -- Taher, Penninkilampi,
11   other people who looked at largely
12   overlap the same study group, with
13   very little difference, somehow
14   didn't come up with this problem.
15   BY MS. GARBER:
16        Q.   So --
17        A.   And so I keep on going back
18   to it because it's the only meta-analysis
19   that says okay, here is the group if we
20   put them altogether.  Maybe we shouldn't
21   be doing it in the first place.  But
22   we're going to do it.
23        We put them altogether, but
24   here is what it looks like if you leave

Kevin Holcomb, M.D.

Page 322

1    them separately.
2         Q.   So, Doctor, if you would
3    then look at the Penninkilampi
4    meta-analysis which is later than the
5    Berge meta-analysis, right?
6         A.   Yes.
7         Q.   And the Berge meta-analysis,
8    and you say that those are basically the
9    same studies that the two study groups --
10        A.   There's a lot of overlap.
11        Q.   -- studied, right?
12             And the Penninkilampi says
13   there's no heterogeneity.  And the Berge
14   that says there is.  What is your basis
15   to say Berge is right and Penninkilampi
16   is wrong?
17        A.   Because if you can share --
18        Q.   You don't like the results
19   of Penninkilampi?
20        A.   -- if you can share -- yes.
21   If you can share Penninkilampi, because
22   Berge the -- Berge, Berge, I don't know
23   if I'm pronouncing it correctly, sorry.
24        Q.   However you say it.

Page 323

1         A.   The first thing they do is
2    to talk about heterogeneity in study
3    design.  And I'd like to see in
4    Penninkilampi to say that they considered
5    study design heterogeneity and found
6    none.  Because I don't remember seeing
7    that.  I'd like to see the paper if you
8    have it.  But I don't remember them even
9    addressing it.
10             He goes into act -- other
11   lesser important areas of heterogeneity
12   like the percentage that looked at mode
13   of exposure and things like that.
14             So if one doesn't even
15   mention it, and one mentions it and says
16   we found heterogeneity, I don't assume
17   that the one who didn't even mention it,
18   looked at it, found heterogeneity and
19   just decided not to mention it.  I'm
20   assuming they didn't think about it.
21        Q.   What did the Taher paper say
22   about heterogeneity?  Was there a
23   significant overlap in the Taher paper?
24        A.   I don't remember -- I don't

Page 324

1    remember them splitting out the case
2    controls and the -- they -- they do say
3    all the impact -- the positive effect was
4    in case-control, not in cohort studies.
5    Taher does say that.
6             Although Taher, if you look
7    at the tables, there's a few things that
8    I don't understand.  Like they -- they
9    say, actually in the cohort studies that
10   there is some increased risk of -- of
11   ovarian cancer.
12             And they -- they are
13   actually including Gates in that.  And
14   they say there's possibly an increased
15   risk in -- in Gates.  And then go onto
16   say, "but not mucinous."
17             But in Gates there was no
18   increased risk of any of the types.  In
19   fact, the only one that came the closest
20   to it was mucinous.
21        Q.   We're going to get to that,
22   and we'll go through that data, okay?
23        A.   Sure.
24        Q.   Let's look at Health Canada

Page 325

1    as to the topic of case-control -- or
2    cohort studies.
3         A.   Yes.
4         Q.   Page 20.
5             All right.  On Page 20 in
6    this paragraph here.  Do you see where I
7    am in the -- in the Taher paper?
8         A.   Yes, I see it.
9         Q.   Or, sorry, Health Canada.
10             It indicates -- I'll -- I'll
11   start with the first given.
12             "Given the long latency
13   period of ovarian cancer, the follow-up
14   periods may not have been sufficient to
15   capture all cases for the individual
16   cohort studies.
17             "Also, given the rarity of
18   ovarian cancer, many of the available
19   human studies may not be sufficiently
20   powered to detect a low odds ratio."
21             Do you agree with both of
22   those statements?
23        A.   No.
24        Q.   Which ones do you --

82 (Pages 322 to 325)

Kevin Holcomb, M.D.

Page 326

1     A.   I'll start off.
2     Q.   Do you agree with either
3  one?
4     A.   I -- I'll start off.  The
5  long latency for ovarian cancer suggests
6  we know the latency for ovarian cancer.
7  To determine the latency for a cancer you
8  have to know the time from exposure to a
9  carcinogen to the time it develops.
10        So most people who make
11  statements about ovarian cancer latency
12  will look at things like women who
13  developed ovarian cancer after the
14  dropping of the atomic bomb at Hiroshima.
15  They'll look at the chance of developing
16  ovarian cancer after heavy occupational
17  exposure to asbestos.
18        You have to know the
19  carcinogen first before you can determine
20  the latency.  So they are assuming, well,
21  if there is long latency in these
22  situations it should be the same.  But
23  instead it's taken as a given.
24        Given the long latency of

Page 327

1  ovarian cancer.  Latency to what?
2  Latency from what incident?  There --
3  latency from --
4     Q.   Do you have an opinion of
5  the years?
6     A.   Excuse me?
7     Q.   Do you have an opinion of
8  the years of latency --
9     A.   I -- I'm just letting --
10    Q.   -- of ovarian cancer?
11    A.   I'm saying that you --
12        MS. CURRY:  Object to the
13    form.  And were you done with your
14    prior answer?
15        THE WITNESS:  No.  Because I
16    didn't go through the other part.
17        And then -- but going back
18    to the other one where they say --
19  BY MS. GARBER:
20    Q.   Sorry, Doctor, can I
21  interrupt you?
22        Do you have an opinion --
23    A.   I'd like to finish my first
24  answer.

Page 328

1         MS. CURRY:  I'm sorry.
2     You -- you've asked three
3     questions already that he's trying
4     to respond to.  So we'll still on
5     question Number 1 as to why he
6     disagrees with these two
7     statements.
8  BY MS. GARBER:
9     Q.   I just -- I just now asked
10  you if you have an opinion as to the
11  latency period.
12    A.   I was -- yeah, I'm -- I'm
13  trying to keep my train of thought
14  steady.  And I'm sure you want to keep
15  yours steady as well.
16        So I'm going to finish
17  answering the first thing you asked and
18  then we'll get to that.
19    Q.   Okay.
20    A.   So sample sizes were not
21  large enough to detect the 20 to
22  30 percent increased risk.  And as you
23  said, I keep going back to Berge, because
24  they say yes, there was enough.

Page 329

1         If you add those three
2  cohort studies, you had 99 percent chance
3  of picking up what was in the
4  case-control studies, but yet Taher
5  says -- or, sorry, Health Canada says
6  that there may not have been enough.  But
7  they -- and then they -- they quote Narod
8  as opposed to quoting -- there's no
9  mention of Berge saying that there was
10  enough.  There's just Narod's op Ed
11  opinion in 2016 which was not based on a
12  single study.  So I didn't -- so I didn't
13  agree with either one.
14    Q.   So the Narod paper is
15  talking in the abstract about the design
16  of cohort studies, and that you need a
17  sufficient number to detect a low odds
18  ratio.
19        The Berge study is talking
20  about their study, his study, right?
21    A.   Berge was a meta-analysis.
22    Q.   Yeah.  And -- and they're
23  talking about, for purposes of power,
24  that study.  Narod is talking about in

Kevin Holcomb, M.D.

Page 330

1    general when you look at cohort studies,
2    they have to have sufficient number of --
3    of study participants or you are not
4    going to detect a small risk.
5        A.   In the same way that I
6    wouldn't look at --
7            MS. CURRY: Object to the
8    form.
9            THE WITNESS: --
10   occupational exposure to asbestos
11   to answer the question of what
12   talc does when dusted on the
13   perineum, I wouldn't stick on a
14   hypothetical statement by Narod
15   when you actually have data from
16   women in the clinical scenario
17   that you're questioning, do you or
18   do you not have the power to
19   detect the level of -- the low
20   level of effect.
21       They are admitting it's a
22   low level.  They are saying that
23   maybe it wasn't enough.  But I'm
24   saying there's a study out there

Page 331

1    that says it was enough and gives
2    the explanation with the numbers.
3        It's not -- it's not cited
4    here.
5    BY MS. GARBER:
6        Q.   Doctor, you recognize that
7    Health Canada is recognizing that the
8    latency for development of ovarian cancer
9    is an important issue in the cohort
10   designs, right?
11           MS. CURRY: Object to the
12   form.
13           THE WITNESS: I'm -- I'm not
14   requesting that.  I'm questioning
15   what is the latency from.  If you
16   assume that talc causes ovarian
17   cancer, what is the latency for
18   talc causing ovarian cancer?
19       No one knows.  So any
20   extrapolation is an extrapolation
21   from another situation like an
22   atomic bomb, like in a heavy
23   occupational exposure.  So there
24   is an assumption, and these

Page 332

1    assumptions get made over and over
2    and over of what the latency
3    period is.  And you asked me then,
4    do I have an opinion on what the
5    latency period is.
6        And I can say that if you
7    had heavy occupational exposure
8    to -- I'll let you finish.
9    BY MS. GARBER:
10       Q.   No.  Carry on.  Carry on.
11       A.   No, I'll let you finish.
12       Q.   I can do two things at once.
13   I can multitask.  I'm listening.  I'm
14   listening.
15       A.   All right.  So if you -- if
16   you're asking me what is the latency
17   period for someone making gas masks in a
18   factory, I would say it's probably
19   somewhere around 20 years, maybe
20   30 years.  Hiroshima, you know, maybe 10
21   to 20 years.  That's the question.
22       Q.   So you have testified in a
23   prior case that ovarian cancer has a long
24   latency; is that true?

Page 333

1            MS. CURRY: Object to the
2    form.
3            THE WITNESS: In those
4    situations.
5    BY MS. GARBER:
6        Q.   Yeah.  All right.
7        And you have testified that
8    it can be as long as 20 to 40 years,
9    correct?
10       A.   It's possible, yes.  Based
11   on the extrapolations I just mentioned.
12       Q.   And you're aware of the
13   Purdie study from 2003 that indicated the
14   latency as likely 30 to 40 years,
15   correct?
16       A.   Can you show me Purdie study
17   and I can see what they're relying on --
18       Q.   Sure.
19       A.   -- and see what citation
20   they use, or if it's cited at all.
21           (Document marked for
22           identification as Exhibit
23           Holcomb-18.)
24   BY MS. GARBER:

Kevin Holcomb, M.D.

Page 334

1          Q.   Let's mark as Exhibit 18.
2    The Purdie 2003 study.
3          Doctor, if you turn to Page
4    231. Following Footnote 23, it reads,
5    "With regard to the latency" --
6          A.   I'm sorry.  231.
7    Following -- you said --
8          Q.   Here.  Look up here, Doctor.
9          A.   Hold on one second.
10         Q.   The authors state, "It is
11   likely that ovarian cancer has a
12   reasonable" --
13         A.   I'm sorry.  Can you -- I
14   really want to read along with you.  I
15   just don't see where you are.  You said
16   231 is the page we're on?
17         Q.   Yes.
18         A.   Okay.  Left?  Right?
19         Q.   Left-hand column.
20         A.   Okay.  Top of the page,
21   middle of the page, bottom?
22         Q.   Right here.  "It is likely
23   that ovarian cancer has a reasonably long
24   latency period between initiation and

Page 335

1    manifestation of established disease, and
2    this is exacerbated by unusually late
3    clinical detection of the disease."
4          A.   And that --
5          Q.   And you agree -- you
6    disagree with that?
7          MS. CURRY:  Object to the
8    form.  I think you said unusually.
9    The word is usually.
10   BY MS. GARBER:
11         Q.   Do you disagree with that
12   statement?
13         A.   What I -- I was curious to
14   see what the citation was.  I would say
15   that in other situations with a known
16   carcinogen, like the radiation from an
17   atomic bomb or heavy occupational
18   exposure, in those situations there is a
19   long latency.
20         Q.   And so, Doctor --
21         A.   Here there's no citations.
22   So I'm not sure what the statement is
23   based on.
24         Q.   So, Doctor, if you go down a

Page 336

1    bit it says -- couple lines, it says,
2    "Thus, the latency period of more
3    advanced malignant epithelial ovarian
4    cancer could be estimated to be
5    approximately 30 to 40 years."
6          A.   "This time frame is
7    consistent with data from the Hiroshima
8    cohort."
9          Yes.  They're doing what I
10   said.  They're extrapolating from an
11   atomic bomb victim to figure out what the
12   latency would be for somebody putting
13   talcum powder in their underwear.
14         Q.   And, Doctor, do you have any
15   reason or basis -- strike that.
16         Do you have any basis to
17   claim that the latency period would be
18   any different for talcum powder exposure
19   and development of ovarian cancer?
20         A.   In the totality of my review
21   of the literature, I don't see sufficient
22   evidence to consider that talcum powder
23   even causes ovarian cancer.  So I don't
24   have a carcinogen to start off with to

Page 337

1    start estimating latency.
2          What they're saying is, if
3    you extrapolate from the few situations
4    that we know that cause ovarian cancer,
5    they have a long latency.  So the
6    assumption is, well, this must have a
7    long latency period too.
8          They've given no citation
9    why that it is likely.  It's just, well,
10   it happened here; it must be the same
11   here.
12         Q.   So let's talk about this.
13   You're a study designer.  And you really
14   want to find out if talcum powder
15   exposure causes ovarian cancer.  And you
16   know that there's all this data out here
17   that ovarian cancer has a long latency.
18         A.   It's all this data out here?
19         Q.   Yeah.  I'm giving you a
20   hypothetical.  There's data from
21   radiation and other exposures.  Okay?
22         A.   Okay.
23         Q.   And the latency period is
24   about 20 to 40 years.  Are you going to

85 (Pages 334 to 337)

Kevin Holcomb, M.D.

Page 338

1    design a study that is going to follow
2    women 10 or six or 15 years when you know
3    that potentially it could be 20,
4    40 years?  You're not going to detect all
5    the risk, are you?
6        MS. CURRY:  Object to the
7    form.
8        THE WITNESS:  I think
9    there's a misconception between
10   how long you follow a patient and
11   latency.
12       Latency doesn't start when
13   you designed a study and she
14   signed the consent form.  Latency
15   started from exposure to
16   development of a cancer.
17       So if somebody, let's say,
18   on the woman's health initiative,
19   is 55 at the time that she goes
20   on, and you're trying to convince
21   me earlier that this is this
22   habitual thing that she does, that
23   she doesn't even think about it.
24   Cramer 2016 says she likely

Page 339

1    started in her 20s.  She may be
2    decades in by the time that you're
3    following her.
4        So if somebody has been
5    using talc for 20 years and then
6    you follow them for another 12, or
7    in the case of Gates, they were
8    followed for 24 years, and they
9    showed even women who had greater
10   than 20 years' exposure didn't
11   have an increased risk.
12       The other problem with this
13   concept that you're having, like
14   you're missing the latency, you
15   would expect that even in the
16   studies that are showing an
17   effect, that you should be able to
18   show a dose-response curve with
19   duration of use.  And it's an
20   inconsistent thing.  And all the
21   data, it's inconsistent.
22       There's -- one of the
23   struggles of saying that this
24   is -- that talc is a cause of

Page 340

1    ovarian cancer is the biologic
2    plausibility and where it falls
3    apart on dose-response.
4        So I'm saying, just because
5    you followed somebody from
6    12 years, doesn't mean that they
7    started using talc the day before
8    she signed consent.
9        And so no, if you're talking
10   about a behavior that likely
11   starts in the 20s, and you're
12   trying to design a study that's
13   enrolling women who started at 50,
14   yeah, 12 years should be enough.
15   BY MS. GARBER:
16       Q.   Doctor, in the studies
17   themselves, do they indicate when the
18   women started using the talc, the age at
19   which they started using the talc?
20       MS. CURRY:  Object to the
21   form.
22       THE WITNESS:  Again, no.  I
23   am referring to what Dr. Cramer
24   believes.

Page 341

1    BY MS. GARBER:
2        Q.   You're making assumptions
3    based on one given study --
4        MS. CURRY:  Objection.
5    BY MS. GARBER:
6        Q.    -- as to when the women were
7    exposed to talc.  Isn't that true?
8        MS. CURRY:  Object to the
9    form.
10       THE WITNESS:  Honest -- no.
11   Honestly it's -- it's also
12   personal experience with just
13   people in my family who have used
14   talc.  It's been -- it hasn't been
15   my experience.  I -- I don't know
16   anybody --
17   BY MS. GARBER:
18       Q.   That's not scientific,
19   Doctor, is it?
20       A.   It's not.  No.  But you
21   asked me what it's based on.  I'm saying
22   I don't know anybody who starts using
23   talc and never did it before and they
24   started at 50.

86 (Pages 338 to 341)

Kevin Holcomb, M.D.

Page 342

1          Q.   Okay.  And if you were going
2    to take my history if I were one of your
3    patients and you wanted to find out about
4    my risk for developing lung cancer, you
5    wanted to find out about my smoking
6    history, ask me what questions you
7    would -- and tell me what questions you
8    would ask me.
9          A.   I would ask --
10              MS. CURRY:  Object to the
11         form.
12    BY MS. GARBER:
13         Q.   About my exposure?
14         A.   I would ask when you started
15    smoking cigarettes.  How many cigarettes
16    a day do you smoke.
17         Q.   What else?
18         A.   Have you been exposed to
19    asbestos.  I know that's a co-carcinogen.
20    Things like that.
21         Q.   So when I started.
22         A.   Mm-hmm.
23         Q.   And how --
24         A.   Do you still smoke today?

Page 343

1          Q.   -- how frequently I smoke?
2          A.   Mm-hmm.
3          Q.   And so that's a two-sided
4    metric, right, frequency and duration.
5          A.   Right.
6          Q.   Right?  And that's important
7    to determine the true risk?
8              MS. CURRY:  Object to the
9         form.
10    BY MS. GARBER:
11         Q.   Right?
12              MS. CURRY:  Object to the
13         form.
14              THE WITNESS:  That's true.
15              MS. GARBER:  Okay.  Let's
16         take a break.
17              THE VIDEOGRAPHER:  Okay.
18         Stand by, please.  The time is
19         3:28 p.m.  Off the record.
20              (Short break.)
21              THE VIDEOGRAPHER:  Okay.  We
22         are back on the record.  The time
23         is 3:55 p.m.
24    BY MS. GARBER:

Page 344

1          Q.   Doctor, I'm going to mark
2    the Gertig 2000 study --
3              (Document marked for
4         identification as Exhibit
5         Holcomb-19.)
6    BY MS. GARBER:
7          Q.   -- as -- I'm sorry -- as
8    Exhibit 19.
9              Doctor, a study limitation
10    of the Nurses' Health Study is that the
11    authors only captured talcum powder
12    exposure one time in 1982 via
13    questionnaire, right?
14         A.   It's true.
15         Q.   Another limitation is the
16    study's exposure metric only captured
17    frequency of use, and not cumulative use,
18    correct?
19              MS. CURRY:  Object to the
20         form.
21              THE WITNESS:  Yes.
22    BY MS. GARBER:
23         Q.   And Table 2 shows that the
24    talc use in the perineum is never less

Page 345

1    than one week, one to -- one to six --
2    sorry.
3              Less than one time per week,
4    one to six times per week, and daily,
5    correct, is that your understanding?
6          A.   Yes.
7          Q.   And an adequate
8    dose-response cannot be determined by
9    just measuring frequency without the
10    length of use, correct?
11              MS. CURRY:  Object to the
12         form.
13    BY MS. GARBER:
14         Q.   Do you agree with that?
15         A.   No, I don't agree.
16         Q.   Okay.  Because the
17    assessment was only made in 1982, many of
18    the women may have stopped using talcum
19    powder products over the study period.
20    Do you agree with that?
21         A.   Not likely.
22         Q.   Do you agree that there were
23    only 78,630 women who formed the cohort
24    analysis?

87 (Pages 342 to 345)

Kevin Holcomb, M.D.

Page 346

1      A.   Yes.
2      Q.   That's a far cry from the
3  requisite 200 of the Narod study,
4  correct?
5           MS. CURRY:  Object to the
6      form.
7           THE WITNESS:  I've already
8      addressed that in the past.
9  BY MS. GARBER:
10     Q.   All right.  You didn't --
11 and didn't you testify in the Ingham case
12 that we don't know if there was a proper
13 control group because we don't know if
14 the control group was exposed to talcum
15 powder products via diapering?
16          MS. CURRY:  Object to the
17     form.
18          THE WITNESS:  You'd have to
19     show me my --
20 BY MS. GARBER:
21     Q.   You don't recall testifying
22 about that?
23     A.   We talked -- I'd be happy to
24 read through it again.  I don't have an

Page 347

1  independent memory of that.
2      Q.   All right.  The Gertig paper
3  provided a result for ever use of talcum
4  powder products on the perineum for
5  ovarian cancer at Table 2.  Do you recall
6  that?
7      A.   Yes.
8      Q.   And I'll just show you
9  Table 2 here.  Table 2, ever perineal
10 talc use, yes, no.
11          Correct?
12     A.   Correct.
13     Q.   All right.  And the point
14 estimate for ever use of talc, talc
15 powder products and EOC was 1.9 with a
16 confidence interval of 0.86 to 1.37; is
17 that correct?
18     A.   No.  The reference is by
19 Definition 1.
20     Q.   The ever use.
21     A.   I'm sorry.
22     Q.   The ever use --
23     A.   Yes.
24     Q.   -- point estimate was 0.09

Page 348

1  under the multivariant relative risk,
2  right?
3      A.   Yes.  Earlier you had said
4  reference.  So yes.  It's 1.09.
5      Q.   That's an elevated risk,
6  right?
7           THE VIDEOGRAPHER:  Can you
8      give me one second.  Sorry.  Just
9      lost power in my camera for some
10     reason.
11          Stand by.  The time is
12     3:59 p.m.  Off the record.
13          (Brief pause.)
14          THE VIDEOGRAPHER:  Okay.  We
15     are back on the record.  The time
16     is 4:00 p.m.
17 BY MS. GARBER:
18     Q.   And, Doctor, before that
19 break, I was just asking you about ever
20 use of perineal talc -- ever perineal
21 talc use.  And I asked you, is a
22 multivariant relative risk 1.09 with a
23 confidence interval of 0.86 to 1.37.  And
24 you agreed that that's what it is,

Page 349

1  correct?
2      A.   Yes.
3      Q.   That's an elevated risk,
4  correct?
5           MS. CURRY:  Object to the
6      form.
7           THE WITNESS:  No.  That's --
8      you can't say for sure whether
9      that's an elevated risk.  Because
10     the true risk estimate is
11     somewhere between having a 14 --
12     yeah, 14 percent reduction in risk
13     to a 37 percent increase in risk.
14     And the true risk is somewhere in
15     there.  Where exactly the true
16     risk estimate I'm not sure.
17 BY MS. GARBER:
18     Q.   The point estimate, the
19 point estimate is elevated at 1.09, true?
20          MS. CURRY:  Object to the
21     form.
22          THE WITNESS:  The point
23     estimate is elevated, yes.
24 BY MS. GARBER:

Kevin Holcomb, M.D.

Page 350

1          Q.   And the follow-up study
2    period was just 14 years, correct, here
3    at Table 2, it sets forth a follow-up
4    period.
5              If you look here at the
6    table, you see the study period?
7          A.   Okay --
8          Q.   It's 14 years, right?
9          A.   One second.  I'm just doing
10   the math.  I went to public school.
11         Q.   Okay.  I went to a private
12   school.  But I'm not good at math either.
13         A.   Yes, 14 years.
14         Q.   Okay.  And with regard to
15   that follow-up period at Page 251,
16   Doctor, the authors note the limitation
17   in that they state, "In that regard, in
18   the peer-reviewed paper" --
19             MS. CURRY:  I'm sorry, where
20   are you --
21             THE WITNESS:  I'm sorry, I
22   don't know where you're reading.
23   BY MS. GARBER:
24         Q.   I'm reading at the top of

Page 351

1    251, right-hand column.  The authors
2    state, "Our relatively short follow-up
3    period may be inadequate to detect an
4    association if the latency for
5    development of ovarian cancer is more
6    than 15 years."
7              Did I read that correctly?
8          A.   You read that correctly.
9          Q.   So the authors are noting
10   that study limitation, correct?
11         A.   Yes, they did.
12         Q.   Also, at 251, the authors in
13   the middle column note that there are
14   several important study limitations,
15   correct?
16         A.   That's what it says, yes.
17         Q.   The authors also note that
18   they cannot determine the age at which
19   women began using talc or the duration of
20   their use.  That's what they say under
21   the heading of "Several Important
22   Limitations in Our Study," right?
23         A.   Yes.
24         Q.   Okay.  None of those study

Page 352

1    limitations that I just went through with
2    you are cited or addressed in your expert
3    report; is that true?
4          A.   That's true.  I did not
5    consider that a -- while a potential
6    study limitation, I sort of -- I looked
7    at the literature in totality, and other
8    papers suggested that while they could
9    not account for it, it's very likely that
10   this was a practice that began early in
11   the women's lives.
12             And so for completeness'
13   sake, they are mentioning this as a
14   limitation.  But the follow-up period, as
15   I mentioned earlier, of 14 years would be
16   too short to pick up a latency of
17   15 years if the woman just started using
18   talc the day she signed the consent.  But
19   if she had used talc for just three years
20   before signing the consent, it would not
21   have been a weakness.
22             So I respect them mentioning
23   this for completeness' sake.  But the
24   likelihood of them having not enough time

Page 353

1    for latency -- because latency again is
2    not follow-up time, it's exposure to
3    diagnosis -- I think it's unlikely that
4    they would not have the latency if you
5    extrapolated from an atomic bomb victim.
6          Q.   Did I ask you why those
7    aren't -- those study limitations aren't
8    contained within your expert report?
9          A.   No.  You asked me if it was
10   mentioned.  And I was just explaining why
11   it wasn't.
12         Q.   Try to just answer my
13   questions, if you can, Doctor.  I really
14   appreciate it.
15             The relative risk for ever
16   use of talcum powder products in serous
17   invasive ovarian cancer was elevated at
18   1.4 with a confidence interval of 1.02 to
19   1.91, correct?
20         A.   It depends on what type of
21   use you're talking about.  Because
22   strangely enough, in this study, for some
23   reason, if you use talcum powder on your
24   perineum, but you also used it on

89 (Pages 350 to 353)

Kevin Holcomb, M.D.

Page 354

1   sanitary napkins, an increased exposure,
2   the point estimates are actually
3   protective, there's .89, of course
4   crossing one, and .90. So --
5        Q.   Doctor, what was my
6   question?
7        A.   You said ever use of what
8   type.
9             MS. CURRY: Did you complete
10       your thought?
11  BY MS. GARBER:
12       Q.   So, Doctor, you'll get a
13  chance to answer questions that counsel
14  for Johnson & Johnson may want to ask
15  you.
16            My question was, is the odds
17  ratio for serous ovarian cancer 1.4 with
18  a confidence interval of 1.02 to 1.91?
19  Is that what's reported in the study?
20       A.   I'm sorry. One second,
21  ma'am. For multivariate, it's 1.4, yes.
22       Q.   Okay. And serous ovarian
23  cancer, as you testified several hours
24  ago, is a type of ovarian cancer,

Page 355

1   correct?
2        A.   The most predominate type,
3   yes.
4        Q.   Okay. And so when you say
5   in your expert report that none of the
6   cohort studies showed an increased risk
7   in ovarian cancer, that was an error,
8   right? Because --
9        A.   No.
10       Q.   -- serous ovarian cancer is
11  a form of ovarian cancer, true?
12            MS. CURRY: Object to the
13       form.
14            THE WITNESS: No. I don't
15       see that as an error, because if I
16       have two studies of the same
17       population, one with 14 years of
18       follow-up, which you seem to take
19       a lot of issue with, and one with
20       24 years follow-up, I was under
21       impression with your criticisms of
22       the study that the one with the
23       longer follow-up would be
24       considered more accurate.

Page 356

1             So if Gates has 24 years of
2   follow-up, I would look at Gates
3   as the answer to this.
4             So that's exactly what
5   happened in this situation. These
6   same group of women followed years
7   later, closer to covering the
8   latency that you were concerned
9   about, this risk went away.
10            And so I don't think I would
11  report twice on the same cohort of
12  patients.
13            MS. GARBER: Objection.
14       Motion to strike as nonresponsive.
15  BY MS. GARBER:
16       Q.   Doctor, you didn't cite in
17  the four corners of your expert report
18  that the Gertig study showed an increased
19  risk in serous ovarian cancer, did you?
20            MS. CURRY: Object to the
21       form.
22            THE WITNESS: I just
23       explained why I made the general
24       statement --

Page 357

1   BY MS. GARBER:
2        Q.   I didn't ask you why. My
3   question was very clear and precise.
4             MS. SHARKO: You can't
5       interrupt him.
6   BY MS. GARBER:
7        Q.   Did you -- did you in the
8   four corners of your report state what
9   the results were for serous ovarian
10  cancer in Gertig, yes or no?
11       A.   Let me take a look and see.
12  Yes, I did mention it.
13       Q.   And, Doctor, do you state at
14  the top of Page 11 that the Gates 2010
15  reversed the finding of the only cohort
16  study reporting the association between
17  genital talc and epithelial ovarian
18  cancer?
19       A.   Yes.
20       Q.   What is your basis for that?
21       A.   Pretty much as I stated in
22  the report, that you said that I didn't
23  state, is that there was a modest
24  increased risk for invasive serous

90 (Pages 354 to 357)

Kevin Holcomb, M.D.

Page 358

1    ovarian cancer in the Gertig study, which
2    was stated on the bottom of Page 10
3    clearly.  And that -- I can read it to
4    you, "In 2010 Gates, et al." --
5            Q.   You don't have to read it,
6    Doctor.  I can read it for myself.  Let
7    me withdraw that.
8            Doctor, did the Gates
9    authors state that their study reversed
10   the findings of the Gertig 2000 study?
11           MS. CURRY:  Object to the
12   form.
13           THE WITNESS:  The results
14   did, yes.
15   BY MS. GARBER:
16           Q.   Did the study authors say
17   our data reversed the findings, used that
18   phrase, "reversed the findings" of the
19   Gertig study?
20           A.   I'd have to read through the
21   study to see if it was mentioned.
22           Q.   Is it epidemiological
23   sound to say, "My study reversed the
24   findings of a prior study"?

Page 359

1            MS. CURRY:  Object to the
2    form.
3    BY MS. GARBER:
4            Q.   Have you ever heard that
5    done?
6            A.   I use the term.  So yes,
7    I've heard it done.
8            Q.   It's your turn -- it's your
9    term?
10           MS. CURRY:  Object to the
11   form.
12           THE WITNESS:  I use it in my
13   report, yes.
14   BY MS. GARBER:
15           Q.   Have you seen any other
16   study authors who say, in all of
17   epidemiological literature that you've
18   looked at, that says that the Gates 2010
19   study reversed the findings of the Gertig
20   2000 study?
21           A.   I could not tell you that
22   out of all the epidemiologic studies that
23   I've read whether or not that term was
24   used.

Page 360

1            Q.   In fact, there are
2    epidemiological studies as recent as
3    2018, that use the Gertig study in their
4    meta-analysis, right, the Penninkilampi
5    for one?
6            A.   That is true.  And a
7    weakness of the study.
8            Q.   We're going to get to that.
9    I'm sure that's your opinion.  But that
10   study relies on the Gertig study, in
11   other words, if they are including it in
12   their meta-analysis, surely those study
13   authors aren't thinking that the results
14   are reversed by Gates, correct?
15           A.   And --
16           MS. CURRY:  Object to the
17   form.
18           THE WITNESS:  -- and by not
19   including Gates, they will come to
20   a spurious result.  They will
21   think that maybe a prospective
22   study supports that there's an
23   increased risk.  Where if they had
24   done -- and this is what I was

Page 361

1    saying about meta-analysis.
2            Not only do you have to
3    worry about heterogeneity.  And we
4    spent enough time talking about
5    that.  But selection of the
6    studies that go into your
7    meta-analysis are very, very
8    important.  And one -- and
9    selection bias is -- is a very
10   important thing that you have to
11   watch out for as well.
12           So the fact that
13   Penninkilampi, as late as that
14   study just came out, was unable to
15   figure out that that same cohort
16   had been followed for ten years
17   longer, we -- strengthening the
18   study by increasing the follow-up
19   time, all the criticisms you just
20   gave me about Gertig is now
21   strengthened in Gates, and yet you
22   choose to use the number from
23   Gertig.  I'd have to ask why would
24   somebody who's seeking the truth

91 (Pages 358 to 361)

Kevin Holcomb, M.D.

Page 362

1    do that.
2    BY MS. GARBER:
3        Q.   I'm going to show you some
4    data and see if we can figure that out
5    together.
6        You don't have any basis to
7    conclude that the Penninkilampi authors
8    didn't know about the Gates 2010 data,
9    did you?
10       MS. CURRY:  Object to the
11   form.
12       THE WITNESS:  I'm saying
13       that I don't see in their
14       definitions, including the studies
15       that they included, the search
16       terms that they included, a reason
17       why they would negate Gates.
18   BY MS. GARBER:
19       Q.   Do you know whether or not
20   the Taher authors included the Gertig or
21   the Gates study?
22       A.   I believe they included
23   both.  But if I can look at it.  Because
24   earlier that was where I was telling you

Page 363

1    that they are saying Gates shows a
2    possible increased risk of cancer in
3    their table, where -- and I'm talking
4    about on the -- the -- can I pull out
5    Taher since you bring it up?
6        Q.   That's okay.  We're going
7    to -- we're going to get there in a
8    minute --
9        A.   Okay.
10       Q.   -- when I'm done with these
11   cohorts, so...
12       All right.  Let's -- let's
13   talk about Gates 2010.
14       (Document marked for
15       identification as Exhibit
16       Holcomb-20.)
17   BY MS. GARBER:
18       Q.   I'll mark as Exhibit 20, the
19   Gates 2010 publication:
20       Doctor, the Gates 2010
21   article was a publication of the
22   follow-up to the Nurses' Health Study I
23   that was published as Gertig in the year
24   2000, correct?

Page 364

1        A.   Correct.
2        Q.   And the age of the women in
3    the Gates 2010 were younger than the
4    study women in the Gertig?
5        MS. CURRY:  Objection to
6    form.
7    BY MS. GARBER:
8        Q.   Is that true?
9        A.   I'm sorry, say the --
10       Q.   Sorry.  The age of the women
11   in Gates 2010 were younger than the
12   Gertig women, correct?
13       MS. CURRY:  Object to form.
14       THE WITNESS:  You mean the
15       same women that were followed
16       in -- in Gertig, by the time they
17       saw them ten years later they were
18       younger?
19   BY MS. GARBER:
20       Q.   Is there a disparity in the
21   age of the two cohorts?
22       A.   Between Gertig and Gates.
23       MS. CURRY:  Not -- I
24   think --

Page 365

1        THE WITNESS:  I'm a -- I'm a
2    little confused by your question.
3    BY MS. GARBER:
4        Q.   Okay.  Do you understand
5    that the women who were included in the
6    Gates study were younger than the women
7    in the Gertig study?
8        MS. CURRY:  Object to the
9    form.
10   BY MS. GARBER:
11       Q.   Maybe I'll show you --
12       A.   Yes.
13       Q.   -- and then you can maybe
14   help me understand.
15       A.   Because I don't need to read
16   through.
17       Q.   Doctor, if you could look
18   right here?
19       A.   Sure.
20       Q.   On the first page.  Do you
21   see where it says, "The Nurses' Health
22   Study was established in 1976 and the
23   Nurses' Health Study II in 1989 amongst
24   121,700 U.S. women" -- "U.S. female

92 (Pages 362 to 365)

Kevin Holcomb, M.D.

Page 366

1    registered nurses aged 30 to 55 and
2    116,430 U.S. female registered nurses
3    aged 25 to 42 respectively."
4           So the two cohorts are
5    different ages, are they not?
6           MS. CURRY:  Object to the
7       form.
8           THE WITNESS:  I'm sorry, I'm
9       just taking my time to read
10      through this again.
11   BY MS. GARBER:
12      Q.   Mm-hmm.  Do you need time to
13   study?  We'll go off the record if you
14   do.
15      A.   No.  That seems to be the
16   case, yes.
17      Q.   Okay.  Okay.  In the Gates
18   study they were not asked questions about
19   it -- about their talc use.  Instead, the
20   data about their talc exposure was
21   carried over from the Gertig one-time
22   1982 questionnaire.  Do you agree with
23   that?
24      A.   It's my understanding that

Page 367

1    the NHSII population was not queried on
2    their use of talc because it was a
3    one-time questionnaire in 1982.
4           So yes, the NHSII
5    population is younger than the NHSI, but
6    the question of the effect of talc on
7    ovarian cancer was in -- only in patients
8    that have been asked about ovarian cancer
9    exposure.
10      Q.   Mm-hmm.  And that's a study
11   limitation, correct?
12      A.   No.
13      Q.   Okay.  In the Gates 2010 the
14   authors provide no results for ever use
15   of talcum powder product on the perineum
16   for ovarian cancer; is that true?
17      A.   No.
18      Q.   It's not true?
19      A.   No.  Hold on one second.
20   Sorry.  I have to go and find.
21      Q.   Doctor, if you turn to
22   Table 4 --
23      A.   Yes.
24      Q.   -- Page 50.  You see that

Page 368

1    the metric is talc use greater than once
2    a week versus less than once a week.
3    It's not ever never, correct?
4       A.   Correct.
5       Q.   That's a different metric
6    from Gertig, right?
7       A.   Different metric, yes.
8       Q.   Thank you.
9       A.   Valid -- valid change
10   though.
11      Q.   Okay.  But different
12   nonetheless, right?
13      A.   Different and valid.
14      Q.   While the Gates 2010 study
15   followed women for ten more years, the
16   follow-up is, in total, 26 years,
17   correct?
18      A.   Correct.
19      Q.   And we don't know when the
20   women were exposed, at what age they
21   began using talc, correct, the study
22   doesn't -- either study doesn't tell us
23   that, correct?
24      A.   No.

Page 369

1       Q.   And assuming the latency for
2    ovarian cancer is 30 to 40 years, that
3    study period would be inadequate to
4    accurately detect all of the women with
5    ovarian cancer.  Would you agree with
6    that?
7           MS. CURRY:  Object to the
8       form.
9           THE WITNESS:  No.  I think
10      if you -- if you can stretch to
11      the assumption that the latency
12      for something that's not even
13      proven carcinogenic is the same as
14      somebody working in a gas mask
15      factory, I think you can
16      equally -- in fact, it takes less
17      of a stretch to believe that the
18      women didn't start talc use four
19      years before they went on the
20      study, because that is not what
21      most people believe, even
22      Dr. Cramer doesn't believe most
23      women start talc use late in life.
24   BY MS. GARBER:

93 (Pages 366 to 369)

Kevin Holcomb, M.D.

Page 370

1    Q.   But you have no data as to
2  when the women in this study actually
3  started talc use, do you?
4    A.   No.
5    Q.   The Gates relative risk for
6  women who use talc greater than once a
7  week and serous ovarian cancer is 1.06
8  with a confidence interval of 0.84 to
9  1.35.  Do you agree with that?
10    A.   Sorry, one second.  Yes.
11    Q.   And again, under your
12  definition of positive, you do not think
13  that is a positive finding, correct?
14    A.   Positive and not
15  statistically significant, yes.
16    Q.   You do think it's positive,
17  but not statistically significant?
18        MS. CURRY:  Object to the
19    form.
20        THE WITNESS:  If you're
21    asking me about directionality,
22    it's obvious.  Because
23    directionality it's positive.
24        I do not consider it a

Page 371

1    significant or valid finding
2    because I can't say for 90
3    percent, 95 percent accuracy, that
4    the true risk estimate lies above
5    one.
6  BY MS. GARBER:
7    Q.   So, Doctor, earlier today
8  you told me that where relative risk was
9  greater than one, but not statistically
10  significant, that was a negative finding.
11        Are you now changing your
12  definition of positive versus negative?
13    A.   I think you just misstated
14  my statement, because that's not --
15  doesn't make sense what you just said.
16    Q.   Okay.  I thought you told me
17  earlier today when I asked you what a
18  negative study was, it included an odds
19  ratio that could be greater than one but
20  if it wasn't statistically significant,
21  it was a negative study in your opinion?
22    A.   In this term, the question
23  that you just asked me when you were
24  asked positive, I thought you were asking

Page 372

1  directionality.  And that's why I said
2  it's obviously directionality positive.
3        And if you're asking me is
4  it a valid study, one that I would rely
5  on with a degree of medical certainty, I
6  would say no, because I'm one of those
7  old school doctors who still believe that
8  95 percent confidence intervals are
9  important.
10    Q.   If the Court asked you if
11  the Gertig serous ovarian cancer in the
12  Gates study was positive or negative, how
13  would you reply?
14    A.   I would say it's a negative.
15    Q.   Okay.  And I think we
16  already covered this.  But you can't cite
17  me to any authority, can you, that the
18  Gates study reverses the Gertig finding,
19  correct?
20        MS. CURRY:  Object to the
21    form.
22        THE WITNESS:  Well, I'm here
23    giving my testimony.  So I'm going
24    to assume the mantle of an

Page 373

1    authority.  And I would say if
2    this group is followed for ten
3    years longer -- and I'll add the
4    caveat that women who used it for
5    less than one week had the same
6    risk in a study just two years
7    before this, as women who had
8    never used.
9        So if you go to Gates 2008,
10    you will see for this study cohort
11    there's no reason to believe that
12    it's not a valid thing to lump
13    somebody who used it in less than
14    one week with never used, based on
15    the Gates 2008 data.
16        So, yes, I would say this
17    1.4 that was found in Gertig is
18    not -- is no longer here.
19        And so in my estimation,
20    this reverses the findings.  This
21    says in the same population of
22    women followed longer, the
23    increased risk went away.
24  BY MS. GARBER:

94 (Pages 370 to 373)

Kevin Holcomb, M.D.

Page 374

1    Q.    The study authors, again, do
2  not say that, correct?
3    A.   I'd have to --
4    Q.    They don't say it reverses?
5    A.   I don't remember.  I'd have
6  to read through the whole discussion
7  section for you.
8    Q.    Okay.  And, Doctor, as to
9  the Houghton study, the WHI study, you
10  read that one, right?
11    A.   Yes.
12    Q.    You say in your report, at
13  Page 11 in sort of the middle of the
14  page, that there was no statistically
15  significant association between use of
16  genital talc and the development of
17  ovarian cancer for ever users?
18    A.   I'm sorry.  The page again?
19  Q.    Page 11.
20    A.   Yes.
21    Q.    And to make that statement,
22  there is --
23    A.   I'm still looking for it.
24  One second.

Page 375

1    Q.    It's in the middle of the
2  page.
3    A.    Can you repeat the statement
4  that you said I'm looking for.
5    Q.    In your expert report at
6  Page 11 as to the Houghton study --
7    A.   Yes.
8    Q.    -- you indicate that there
9  was no statistically significant
10  association.
11    A.    I'm looking for the term
12  that you're saying.
13    Q.    That's okay, Doctor.
14    Do you know what the sample
15  size was in the WHI study?
16    A.   I think it was about 61,000.
17    Q.    And based on the relative
18  small size, that's a study limitation of
19  the Houghton study, correct?
20    MS. CURRY:  Object to the
21  form.
22    THE WITNESS:  As taken in a
23  vacuum as an individual study,
24  yes.

Page 376

1  BY MS. GARBER:
2    Q.    And what was the exposure
3  metric in the Houghton study?
4    A.    There was a question at
5  baseline with, "Have you ever used powder
6  on your private parts/genital areas?"
7  And then respondents responding yes, were
8  then asked to identify the duration of
9  use.  It was less than one year, one to
10  four years, five to nine years, and all
11  the way up to greater than 20 years.
12    Q.    And, Doctor, that's --
13  that's a duration of use --
14    A.    Right.
15    Q.    -- assessment, right?
16    A.    Yes.
17    Q.    And that doesn't take into
18  consideration frequency of use, right?
19    A.    No.
20    Q.    All right.  And then the
21  Houghton authors state that the Nurses'
22  Health Study found that there was a
23  40 percent increase in the risk with a
24  confidence interval of 1.02 to 1.91?

Page 377

1    A.    I'm not sure where you're
2  looking.
3    Q.    Okay.  Doctor, if you look
4  at the right-hand -- yeah.  If you look
5  at the first page, the right-hand column.
6    MS. CURRY:  Which study?
7  Sorry.
8    MS. GARBER:  Houghton.
9    THE WITNESS:  Yeah, but we
10  don't --
11    MS. CURRY:  You haven't
12  marked it as an exhibit.
13    MS. GARBER:  Oh, I'm sorry,
14  you guys.
15    (Document marked for
16  identification as Exhibit
17  Holcomb-21.)
18  BY MS. GARBER:
19    Q.    Okay.  Let's mark the
20  Houghton 2014 study.  Doctor, if you look
21  at the right-hand column, here.
22    MS. SHARKO:  What exhibit is
23  this?
24    MS. GARBER:  What?

95 (Pages 374 to 377)

Kevin Holcomb, M.D.

Page 378

1       MS. CURRY: 21.
2       MS. SHARKO: Oh, 21? Okay.
3    BY MS. GARBER:
4       Q.   Doctor, do you see where I'm
5    marking right here, on the right-hand
6    side?
7       A.   Yes.
8       Q.   The -- the sentence begins,
9    "In the Nurses' Health Study (NHS)
10   cohort, no overall association was found
11   between the use of perineal powder and
12   epithelial ovarian cancer" -- and it
13   cites the risk -- "or serous ovarian
14   cancer," and it cites the odds ratio.  It
15   goes on to say, "However, there was a
16   40 percent with a 95 percent confidence
17   interval of 1.02 to 1.91 increased risk
18   for serous invasive ovarian cancer with
19   ever perineal use, which comprises
20   86 percent of the serous ovarian cancers
21   in the cohort."
22       Did I read that correctly?
23       A.   You read it correctly.
24       Q.   And that cites to the Gertig

Page 379

1    study, right?
2       A.   Yes.  The beginning of that
3    paragraph says, "To date there has only
4    been one prospective study conducted."
5    This is 2013.  And we've already
6    established there was a follow-up to that
7    study in 2010 that wasn't included here.
8       Q.   And that's precisely my
9    point.  So here, the Houghton authors are
10   citing to the Gertig study, not the Gates
11   study, correct?
12       A.   That's correct.  And I would
13   consider it inappropriate not to mention
14   that follow-up information.
15       Q.   The authors don't say that
16   the Gates 2010 reversed the findings of
17   the Gertig study; rather, they cite those
18   data, don't they?
19       A.   They do.
20       MS. CURRY:  Object to the
21   form.
22       THE WITNESS:  I just think
23   it's a mistake to leave out what
24   clearly -- this statement, "To

Page 380

1    date, there has only been one
2    prospective study conducted the
3    powder use and risk of ovarian
4    cancer," and then only cite
5    Gertig, which in fact to that
6    date, there had been two studies.
7       If you don't want to say one
8    reversed it.  Then you have to at
9    least admit that there was two
10   studies.  It was Gertig and Gates.
11   So the fact that they made that
12   mistake from the beginning of that
13   paragraph and follow it through
14   with only talking about Gertig,
15   yes, you're accurate -- you read
16   perfectly right what they said.
17   But my point is that that's not an
18   accurate statement.  There was
19   more than one.
20   BY MS. GARBER:
21       Q.   So Nurses' Health Study was
22   one study, right, with two publications?
23       A.   No, I think that if you are
24   talking about how many studies,

Page 381

1    there's -- there is two different
2    publications.  You're right, they are
3    only citing one of them.
4       Q.   So the Nurses' Health Study
5    was one study with two publications or it
6    was two studies with two publications?
7       MS. CURRY:  Object to the
8    form.
9       THE WITNESS:  As you can see
10   with my case-control lists for
11   example, I still counted those as
12   separate studies and you are
13   talking about what percentage are
14   positive, what percentage are
15   negative.  When, in fact, I had
16   studies that were reported on the
17   same populations at later time.  I
18   can -- I considered them two
19   studies.
20       So I'm -- the Nurses' Health
21   Study was one prospective study
22   with -- with two publications.
23   And the fact that they don't cite
24   Gates, I see as a weakness to

96 (Pages 378 to 381)

Kevin Holcomb, M.D.

Page 382

1    their -- their introduction.
2    BY MS. GARBER:
3        Q.   You think they should have
4    cited the Gates 2010 study?
5        A.   I think that's -- I think
6    that's -- it should make you pause when
7    the only prospective study that you're
8    quoting has this increased risk.  And
9    then the women followed longer, the risk
10   goes away.  It's worth mentioning I would
11   think.
12       Q.   Well, Doctor, the Gates
13   study is peer reviewed and published,
14   right?
15       A.   Yes.
16       Q.   And the Penninkilampi is
17   peer reviewed and published, correct?
18       A.   Yes.
19       Q.   And I know the Taher isn't
20   yet peer reviewed, but it -- it cites to
21   the Gertig study too, doesn't it?
22       A.   Repeated --
23            MS. CURRY:  Object to the
24       form.

Page 383

1            THE WITNESS:  -- mistakes
2        don't make it less of a mistake.
3    BY MS. GARBER:
4        Q.   Okay.  But -- but at least
5    the Gertig and the Penninkilampi are peer
6    reviewed and cite --
7        A.   Some of -- so --
8        Q.   -- to Gertig --
9        A.   Yes.
10       Q.   -- is that true?
11       A.   Yes, yes.
12       Q.   Okay.  Let's talk further
13   about the Houghton study --
14       A.   Yes.
15       Q.   -- the WHI study.  The study
16   enrolled 61,576 postmenopausal women,
17   right?
18       A.   I'm sorry --
19       Q.   It's in the abstract under
20   results?
21       A.   Yes.
22       Q.   Okay.  And you don't -- do
23   you know when the women started using
24   talc, at what age, in this study?

Page 384

1        A.   I have to go back to the
2    materials and methods to see if they
3    asked.  One second.
4            No.
5        Q.   Okay.  And while there is
6    duration of exposure, you don't know how
7    many women were exposed to long-term talc
8    defined by more than 20 years, do you,
9    this study doesn't report that data, does
10   it?
11       A.   How many women had used it
12   for 20 or more years?
13       Q.   Yes.
14       A.   I'd have to go to the
15   results to check for that.  Because it
16   was part of the questions.
17       Q.   All right.  That's all
18   right.  I'll withdraw the question.
19            And turning to Page 4,
20   Table 2.  It shows the number of women in
21   the study who reported using talcum
22   powder products on their genitals, right?
23       A.   Yes.
24       Q.   And how many women used

Page 385

1    it -- let me catch up to you.  How many
2    women were reporting using ten years or
3    more?
4        A.   68.
5        Q.   Not very many, is it?
6            MS. CURRY:  Object to the
7        form.
8            THE WITNESS:  No.
9            This -- you -- let me
10       clarify.  You're asking not how
11       many women used it for longer, but
12       how many women who developed
13       ovarian cancer that had used it.
14   BY MS. GARBER:
15       Q.   Yeah.
16       A.   That's 68.  Yes.
17       Q.   Yeah.  It's not very many
18   women in that study group, is it?
19            MS. CURRY:  Object to the
20       form.
21            THE WITNESS:  Relative to?
22   BY MS. GARBER:
23       Q.   Relative to 200,000?
24       A.   Narod didn't say you need

97 (Pages 382 to 385)

Kevin Holcomb, M.D.

Page 386

1    200,000 women with ovarian cancer. He
2    said you need 200,000 women total.
3        Q.   Okay. Is 68 who developed
4    ovarian cancer a good amount that gives
5    you confidence in these data?
6            MS. CURRY: Object to the
7        form.
8            THE WITNESS: You know, the
9        smaller the number, the wider the
10       confidence interval would be.
11   BY MS. GARBER:
12       Q.   Is this a wide confidence
13   interval? You testified in the Ingham
14   case it was, didn't you?
15       A.   That this is a wide
16   interval?
17       Q.   Mm-hmm.
18       A.   Well, it crosses -- it's
19   wide enough, and it's in the wrong -- you
20   know, it crosses one, so it's not
21   statistically significant.
22           So that apparent reduction
23   in the risk, that 2 percent reduction in
24   the risk, I wouldn't trust it.

Page 387

1        Q.   That's a limitation of the
2    study, right, the wide confidence
3    interval, in that few women -- few number
4    of women participants?
5            MS. CURRY: Object to the
6        form.
7    BY MS. GARBER:
8        Q.   Right?
9        A.   The few number of women
10   participants, it's -- it's actually what,
11   61,000 women participants.
12       Q.   The 68 women participants
13   calls into question the validity of this
14   subgroup analysis, doesn't it, Doctor?
15           MS. CURRY: Object to the
16       form.
17           THE WITNESS: If you're --
18       the only analysis that was broken
19       down, you're saying the number of
20       women with ten or more years is
21       68.
22           And when you say that's low,
23       I'm not sure it's relative to
24       what.

Page 388

1    BY MS. GARBER:
2        Q.   Okay. Another limitation of
3    the study was that one-sided metric of
4    only capturing duration. Do you agree
5    with that?
6            MS. CURRY: Object to the
7        form.
8            THE WITNESS: I think a
9        perfect study would collect --
10       collect both. So yes.
11   BY MS. GARBER:
12       Q.   It would be an optimal study
13   to collect both, wouldn't it?
14           MS. CURRY: Object to the
15       form.
16           THE WITNESS: Unfortunately
17       there is no such thing as an
18       optimal study. I could look at
19       all -- every study I reviewed and
20       pick up things that should have
21       been done differently and better.
22       And hopefully learn with the next
23       study design. But that's true for
24       everything in my reliance list.

Page 389

1    BY MS. GARBER:
2        Q.   Let's see if we can work out
3    how this would work.
4            If you only captured
5    duration of use and you said it was --
6    you used it ten years or more, a given
7    woman could have used it once a year on
8    her anniversary for all you know,
9    correct?
10       A.   Correct.
11           The -- the big problem with
12   this whole body of literature though, is
13   this concept that you have any idea of
14   the dose at the tissue level.
15           I -- if you told me you used
16   it everyday, and I'm a woman and I use it
17   everyday and you take three shakes and I
18   take one, we're really not getting to the
19   heart of dose-response.
20           And this -- this is a
21   difficulty of all this topic. It's --
22   it's -- they are all limited. They are
23   all limited. We have no idea of the dose
24   of talc, if it's even getting to the

98 (Pages 386 to 389)

Kevin Holcomb, M.D.

Page 390

1    ovaries, and if it's getting to the
2    ovaries from that dusting, what amount is
3    getting to the ovaries.  And so we're
4    playing a pseudoscience game with
5    dose-response.
6          This isn't really
7    dose-response.  Dose-response studies
8    have to do with the level of what you're
9    interested in at the tissue level.  So we
10   can go through the stuff and talk about
11   these as weaknesses, but this whole body
12   of literature is weakened by the
13   inability to know.
14         I don't even know for sure
15   that it gets to the ovary from this way.
16   How much each women put into her --
17   dusted with is -- is totally random.
18      Q.   And that's what I want to
19   really get at here because you're aware
20   of data where there is talc found in the
21   ovarian tissue, both tumor and
22   non-diseased, right?
23      A.   In women who report exposure
24   and women who don't report exposure.

Page 391

1       Q.   Okay.  And you're aware
2    of -- from your work in individual cases,
3    that there are women who report talcum
4    powder product exposure who have found
5    asbestos and talc in their ovaries,
6    correct?
7          MS. CURRY:  Object to the
8          form.
9          THE WITNESS:  There are
10         women who report neither of the
11         two who find particles that
12         diagnosed as talc or asbestos in
13         their ovaries.
14         So you're getting to my
15         point, is that the -- it falls
16         apart with the biologic
17         plausibility because of all these
18         weaknesses, because you can't
19         really assess dose at the tissue
20         level, because women who report
21         no -- because there isn't a good
22         correlation between reported
23         history of exposure and finding
24         the particles.

Page 392

1          Because even in the cases of
2    the particles that you find, I
3    have no idea how they got there.
4          There is -- there is a lot
5    of weakness just overall in this
6    whole area.
7          So I would be less bothered
8    by that if you gave me the
9    epidemiology data that showed me a
10   20-fold increase.  Then I'm less
11   reliant or feel like you -- it's
12   less necessary.
13         But in this situation where
14   we've already gone through the
15   epidemiologic data earlier.  And I
16   pointed out all the
17   inconsistencies, as I describe.  I
18   call a 50/50 split inconsistent.
19         And now you get to this, and
20   you can point out all the
21   weaknesses.  But I'm saying
22   there's weaknesses in all these
23   studies going through.
24

Page 393

1    BY MS. GARBER:
2       Q.   Doctor, do you think that
3    the data which shows that there is
4    asbestos and talc in ovarian tissue
5    provides a biologically plausible
6    mechanism of carcinogenicity?
7          MS. CURRY:  Object to the
8          form.
9          THE WITNESS:  Just the
10         presence of it in the --
11   BY MS. GARBER:
12      Q.   Yeah.
13      A.   This is part of the problem
14   with this whole area.  The presence --
15      Q.   Doctor, that wasn't my
16   question.
17      A.   No.  The presence --
18      Q.   Yes or no.
19      A.   No.  The presence of it does
20   not --
21      Q.   You don't think that --
22      A.   Just the mere presence of
23   the particle does not prove a causal
24   relationship.

99 (Pages 390 to 393)

Kevin Holcomb, M.D.

Page 394

1    Q.   And you've seen paper after
2  published paper wherein the study authors
3  who are actually studying talcum powder
4  exposure, talc product exposure and
5  ovarian cancer, are stating that there is
6  a biologically plausible mechanism,
7  correct?
8        MS. CURRY:  Object to the
9  form.
10       THE WITNESS:  The
11  statements of --
12  BY MS. GARBER:
13    Q.   You just disagree with them?
14       MS. CURRY:  Object to the
15  form.
16       THE WITNESS:  But the -- in
17  no situation, in medicine that I
18  can think of would a -- the mere
19  presence of a molecule or particle
20  or whatever in a certain organ be
21  evidence of its carcinogenicity.
22       That's not biologic
23  plausibility.
24       Just its mere presence

Page 395

1  isn't.
2        And the fact -- the fact
3  that so many people are saying
4  that is exactly what I'm talking
5  about when people overstate the
6  findings of their studies, just
7  the -- just the finding it there
8  in no way implies biologic
9  plausibility.
10  BY MS. GARBER:
11    Q.   That's your opinion, right?
12    A.   That's like saying --
13    Q.   There are study authors who
14  disagree with you, correct?
15       MS. CURRY:  Object to the
16  form.
17       THE WITNESS:  Just to give
18  you an example, it was -- it would
19  be like saying because I went to
20  the bank, there's a plausible
21  evidence that I robbed the bank
22  because I was there.  I mean, that
23  doesn't make any sense to me.
24  That's not the way I look at it,

Page 396

1  not just in talc.  I would look at
2  that as a ridiculous situation in
3  any statement.
4        We're here and studying this
5  because people say they -- they
6  describe finding talc there.  But
7  that's -- that's not the burden of
8  proof.
9  BY MS. GARBER:
10    Q.   Okay.  Do you think the
11  burden of proof is absolute proof that
12  the talc got there through perineal
13  dusting?
14    A.   Does it matter how it got
15  there if it's a carcinogen?
16    Q.   If it's a carcinogen, does
17  it matter?
18    A.   It matters maybe for you,
19  because of the nature of this litigation.
20       But if talc caused cancer of
21  the ovary, I could care less how it got
22  there.  I'd want to -- you know, the fact
23  that it's there is an issue.  You'd be
24  able to prove that it's a carcinogen.

Page 397

1        So even the cases, the
2  Heller study, you mentioned it earlier,
3  24 women, 12 reporting a history of
4  exposure, 12 not reporting a history of
5  exposure.  Not only is there not a
6  correlation, if I go back and I read the
7  paper, I think the fiber counts are even
8  higher in the women without a reported
9  history.
10    Q.   We're going to look at that
11  paper in a minute.  But, Doctor, don't
12  the authors suggest why that is, why the
13  unexposed group may have high fiber
14  counts?
15       MS. CURRY:  Object to the
16  form.
17       THE WITNESS:  Do they
18  what -- what it is?  Can you
19  repeat?
20  BY MS. GARBER:
21    Q.   Don't the study authors
22  suggest --
23    A.   See --
24    Q.   -- what may account for that

100 (Pages 394 to 397)

Kevin Holcomb, M.D.

Page 398

```
1   high fiber burden in the non-exposed
2   group?
3       MS. CURRY: Object to the
4       form.
5       THE WITNESS: If you
6       equal -- if you think and suggest
7       and hypothesize are the same, I
8       would agree with you. You see
9       suggestion in science means
10      there's some evidence to make you
11      think this is the case.
12      Otherwise, you're just -- it's
13      conjecture and it's hypothesis.
14  BY MS. GARBER:
15      Q. And you read the Cramer
16  paper. Didn't the Cramer paper suggest
17  that -- address the issues, the
18  shortcomings of the Heller data, that
19  there may be surface contamination that
20  goes in and mixes with the talc or
21  asbestos in the tissue which accounts for
22  the unexposed group?
23      MS. CURRY: Object to the
24      form.
```

Page 399

```
1   BY MS. GARBER:
2       Q. Don't they suggest that?
3       A. Yes. You're saying that one
4   author says it's from one explanation and
5   Cramer says it's from another
6   explanation, so yeah, they're all
7   suggesting these different things. One
8   person saying it is diapering as a child.
9   The next person is saying it's
10  contamination. The truth is no one
11  knows.
12      Q. Did Cramer say it's coming
13  from contamination, or did Cramer say
14  that you need to do polarized light to
15  make sure that you're adequately counting
16  what's really deeply embedded in the
17  tissue and not what's coming in the
18  surface?
19      MS. CURRY: Object to the
20      form.
21      THE WITNESS: Because he
22      thinks what's on the surface is
23      contamination.
24  BY MS. GARBER:
```

Page 400

```
1       Q. No, from the paraffin
2   processing, right?
3       MS. CURRY: Object to the
4       form.
5       THE WITNESS: Contamination
6       at some point. I mean, is it
7       contamination during processing?
8       Is it from surgical gloves from
9       past surgeries? Is it from -- my
10      point is, this is all conjecture
11      because there's all these possible
12      explanations. And people can
13      suggest what they want in their
14      introduction to their paper.
15      But I'm more interested in
16      the actual science that goes to
17      the heart of trying to figure
18      out -- you know.
19      But again, you're -- we
20      started this conversation by
21      talking about the mere presence of
22      talc particles in the ovary.
23  BY MS. GARBER:
24      Q. Okay. So we'll get back to
```

Page 401

```
1   the cohorts, and then we'll move onto the
2   biologic plausibility.
3       But you would agree with me,
4   wouldn't you, that there are study --
5   peer-reviewed study authors that set
6   forth that there is a biologically
7   plausible mechanism. You just disagree
8   with that, correct?
9       MS. CURRY: Object to the
10      form.
11      THE WITNESS: The reason
12      that I have to disagree with it
13      is --
14  BY MS. GARBER:
15      Q. Doctor, my question is yes
16  or no.
17      A. I disagree with it that
18  there's -- it's conjecture.
19      Q. That's fine. I understand
20  your opinion.
21      I just want you to answer my
22  question, which is you agree that there
23  are study authors that say there's
24  biologically plausible mechanism, you
```

101 (Pages 398 to 401)

Kevin Holcomb, M.D.

Page 402

1      just disagree with that?
2            MS. CURRY:  Object to the
3      form.
4      BY MS. GARBER:
5            Q.   Correct?
6            A.   I disagree with it.  Many
7      people disagree with it.
8            Q.   Okay.  And there's many
9      people who agree with it, right?
10           MS. CURRY:  Object to the
11     form.
12           THE WITNESS:  Based on
13     pseudoscience.
14     BY MS. GARBER:
15           Q.   Is the Health Canada
16     pseudoscience?
17           A.   No, I wouldn't describe
18     Health Canada as pseudoscience in
19     totality.  But if you -- if you want to
20     read through it and ask what things I
21     agree with and what things I don't, I
22     think I've already told you that when --
23     when authors make statements in their
24     preambles, in their introductions, that

Page 403

1      aren't based on data but they state it as
2      a fact, watch out for what's coming
3      later.
4            Q.   Okay.  We'll go to --
5            A.   If somebody starts off like
6      that.
7            Q.   We'll go to Health Canada
8      and see what they said about biologic
9      plausibility.
10           A.   You spend a lot of time in
11     Canada.
12           Q.   You also reviewed the Gertig
13     study, correct?
14           A.   The same study that we were
15     just going through?
16           Q.   I'm sorry, I -- I misspoke.
17     The Gonzalez study?
18           A.   Yes, I did.
19           Q.   And I'll mark that as
20     Exhibit 22.
21           (Document marked for
22           identification as Exhibit
23           Holcomb-22.)
24     BY MS. GARBER:

Page 404

1            Q.   Doctor, this study involved
2      only 41,654 women, correct?
3            A.   41,000 women, and 600.
4            Q.   Yeah.  And the talc exposure
5      metric was to ask women about the
6      frequency of their talcum powder exposure
7      within -- in their genitals within the
8      prior 12 months, correct?
9            A.   Let me just confirm that.
10           Q.   It's under the methods on
11     the abstract, Doctor.
12           A.   Can you repeat your
13     statement just now?
14           Q.   Doctor, was one of the
15     limitations that the -- the exposure was
16     talcum powder exposure to the genitals
17     within the prior 12 months.  Do you agree
18     with that?
19           A.   Yes.  Along -- along with
20     frequency.  I -- I thought you were --
21     yes.
22           Q.   Okay.  And the follow-up
23     there in the abstract was 6.6 years,
24     right?

Page 405

1            A.   Yes.
2            Q.   And you don't know when the
3      women started using talc, right?
4            A.   No.
5            Q.   Like the others?
6            A.   As I -- I would anticipate
7      that they were average users.
8            Q.   Doctor, does douching
9      increase the risk for ovarian cancer?
10           A.   This study suggests it does.
11           Q.   Is douching a risk factor
12     for ovarian cancer?
13           A.   This study suggests it is.
14           Q.   Do you tell your patients
15     that douching is a risk factor for
16     ovarian cancer?
17           A.   No.  Because it's only one
18     study suggesting it.
19           Q.   And, Doctor, any of the
20     limitations that we've just gone through
21     with regard to the cohort studies, none
22     of them are listed within the four
23     corners of your expert report; is that
24     correct?

102  (Pages 402 to 405)

Kevin Holcomb, M.D.

Page 406

1      MS. CURRY: Object to the
2    form.
3      THE WITNESS: The
4    limitations of cohort studies in
5    general?
6  BY MS. GARBER:
7      Q.   That we've gone through
8    here, as we've gone through the cohorts.
9      A.   The --
10     Q.   You have not -- you have not
11   put forth in the four corners of your
12   report any of the study limitations of
13   the cohorts, correct?
14     A.   I'd have to read through
15   the -- through this again.  I -- I don't
16   remember exactly, you know, every word
17   that I said about them.
18     Q.   Doctor, let's talk about the
19   meta-analyses.
20     A.   Sure.
21        (Document marked for
22        identification as Exhibit
23        Holcomb-23.)
24   BY MS. GARBER:

Page 407

1      Q.   I'm going to mark the
2    Penninkilampi paper.  Exhibit 23.
3        Doctor, before we turn to
4    the Penninkilampi paper.  In your expert
5    report, you indicate that the
6    meta-analyses -- the results of the
7    meta-analyses --
8      A.   Can you tell me what page
9    you are reading from?
10     Q.   Page 13.
11        -- are discrepant.  Do you
12   recall using that phrase or that term?
13        It's the very last two words
14   of the first paragraph at Page 13.
15        Do you see that?
16     A.   Yes.
17        (Document marked for
18        identification as Exhibit
19        Holcomb-24.)
20   BY MS. GARBER:
21     Q.   And I'm going to mark as
22   Exhibit 24, a document which I will
23   represent to you I created.  It may have
24   errors on it.  I hope it doesn't.

Page 408

1      MS. CURRY: Do you have
2    copies of that?
3  BY MS. GARBER:
4      Q.   Doctor, what I've attempted
5    to do is to show the results for talcum
6    powder product and ovarian cancer results
7    of the meta-analyses.
8      A.   Mm-hmm.
9      Q.   And I've listed there the
10   meta-analyses and the pooled study.
11   The -- as you see study type, the Berge
12   study indicates it's a pooled study.
13        All of those odds ratios are
14   within the vicinity of 1.22 to 1.35.
15        Do you see that?
16     A.   Yes.
17        MS. CURRY: Object to the
18   form.
19   BY MS. GARBER:
20     Q.   And those are discrepant
21   results?
22     A.   I wasn't speaking about the
23   strength of association.  I think you
24   assumed that.

Page 409

1        I was referring to, there's
2    discrepancies between what tumors were
3    increased and which ones weren't.  For
4    example, Penninkilampi, I believe, found
5    serous and endometrioid but not mucinous
6    or clear cell.  Berge found serous only.
7    Terry found -- I don't even think Terry
8    broke it down by...
9        So there's discrepancies in
10   results.  I wasn't referring to the
11   strength of association.
12     Q.   Okay.
13     A.   We spent a fair amount of
14   time earlier talking about the levels of
15   overlap in some of the meta-analyses.
16     Q.   We're going to give you a
17   chance to talk about those in a second,
18   Doctor.
19     A.   Sure.
20     Q.   With regard to talcum powder
21   products and serous ovarian cancer in the
22   meta-analyses, the Taher paper, the
23   Penninkilampi paper and the Berge paper
24   are all within 1.24 to 1.38.  Do you

103 (Pages 406 to 409)

Kevin Holcomb, M.D.

Page 410

1    agree with that?
2        A.   Can we talk -- we spoke
3    earlier about the overlap in the number,
4    the studies on these three studies --
5        Q.   Doctor, I --
6        A.   -- so it would be strange
7    for the same study design to come out
8    with discrepant results when they are
9    looking at largely the same studies.
10       So yes, the -- the point
11   that these are showing consistency is not
12   going towards proving causality.  Because
13   you would just expect that if you
14   subjected the same studies to this study
15   design, you really should come up with
16   very similar results.
17       Q.   So you agree then, Doctor,
18   that the meta-analyses both with
19   epithelial ovarian cancer and serous
20   ovarian cancer are consistent, correct?
21       MS. CURRY:  Object to the
22   form.
23       THE WITNESS:  I believe they
24   are very similar studies.

Page 411

1    BY MS. GARBER:
2        Q.   Is the answer to my question
3    yes?
4        A.   Yes.  I believe that when
5    you examine the same studies you will get
6    very similar answers.
7        Q.   With regard to your
8    criticisms of the Penninkilampi paper,
9    did you write the journal voicing your
10   concerns about this study?
11       A.   No.
12       Q.   Did you attempt to contact
13   the study authors?
14       A.   No.
15       Q.   And you indicate in your
16   expert report that the study authors in
17   Penninkilampi should have included the
18   Gates study instead of the Gertig 2000
19   study; is that correct?
20       A.   Yes.
21       Q.   And there are other study
22   authors that we've seen that have
23   included Gertig rather than Gates 2010,
24   correct?

Page 412

1        A.   It's a mistake then that's
2    not only made by Penninkilampi.
3        Q.   Right.  The -- you have not
4    performed a meta-analysis yourself, have
5    you?
6        A.   No, I have not.
7        Q.   And you certainly do not
8    have any evidence, do you, Dr. Holcomb,
9    that would support your contention that
10   if the study authors had used Gates 2010
11   instead of Gertig, it would have changed
12   the outcome?
13       MS. CURRY:  Object to the
14   form.
15       THE WITNESS:  I'm not so
16   sure about that.
17   BY MS. GARBER:
18       Q.   You would be speculating,
19   wouldn't you, because you haven't done
20   that study, right?
21       MS. CURRY:  Object to the
22   form.
23       THE WITNESS:  But that
24   wasn't your question.  Can you

Page 413

1    repeat your question?
2    BY MS. GARBER:
3        Q.   Sure.  I'll ask it this way.
4        A.   No, I wanted you to repeat,
5    because I -- you're saying speculation,
6    but I believe you asked me to speculate.
7        Q.   Sure.  I'll ask you a better
8    question.
9        You have not performed a
10   meta-analysis using the Gates rather than
11   the Gertig for the ever use with
12   epithelial ovarian cancer, true?
13       A.   As I stated earlier I have
14   not performed any meta-analysis, so that
15   would be true for that specific question
16   as well.
17       Q.   And there are no study
18   authors that have indicated it's a
19   mistake to include Gertig rather than
20   Gates 2010, correct?
21       MS. CURRY:  Object to the
22   form.
23   BY MS. GARBER:
24       Q.   In other words, Health

104 (Pages 410 to 413)

Kevin Holcomb, M.D.

Page 414

1    Canada didn't say that, did they?
2        A.   Health Canada included
3    Gates, so they didn't make the mistake.
4        Q.   But they didn't say it was a
5    mistake for other study authors to
6    include --
7        A.   The fact that they didn't
8    make the same mistake, I've got to
9    believe that they thought it was
10   worthwhile to include the study.  So yes,
11   they thought it was a mistake not to
12   include it.  They included it.
13       Q.   Well, they didn't say it was
14   a mistake, did they?
15       A.   Because they did it.  Why
16   would they --
17       Q.   Doctor, you are speculating,
18   aren't you?
19           MS. CURRY:  Object to the
20       form.
21   BY MS. GARBER:
22       Q.   As -- as we talked about
23   earlier --
24           MS. SHARKO:  Was that a

Page 415

1        question the doctor should answer?
2    BY MS. GARBER:
3        Q.   Did you answer my question?
4        A.   I'm a little confused if you
5    can repeat.
6        Q.   I'll just withdraw and move
7    on.
8            Doctor, the exposure for
9    Gertig was ever/never, right?
10       A.   Right.
11       Q.   And the exposure for Gates
12   was not ever/never, was it?
13       A.   No.
14       Q.   And so let's look at
15   Penninkilampi, if we could.  Page 46,
16   figure A.
17           Do you see where I am?
18   Figure 2-A.
19       A.   I'm sorry, 2-A?  I'm looking
20   at -- oh, I'm looking at Table 2.  46.
21   Sorry.
22       Q.   It's on Page 46.
23       A.   Yes.
24       Q.   And -- do you see where I

Page 416

1    am?
2        A.   I'm looking at A, yes.
3        Q.   Yeah, okay.  Very good.  And
4    with the legend below, it indicates that
5    2-A is any perineal talc use, right?
6    That's a ever/never metric, right?
7        A.   That's what they say down
8    here, yes.
9        Q.   Right.  And as we see, Gates
10   is not an ever/never, is it?
11       A.   Neither is Wu, et al., 2015
12   and they included that --
13       Q.   I thought you might say
14   that.  Let's look at Wu.  Or let's look
15   at what Penninkilampi says about Wu.
16       A.   Okay.
17       Q.   Let's go to Page 43 of the
18   Penninkilampi paper.  And here in the
19   middle of the paragraph.
20           Do you see where I am?
21       A.   Yes.
22       Q.   It says, "Note that the Wu,
23   et al., 2015 include results from Wu
24   2009.  However, only Wu, et al., 2009,

Page 417

1    reported on non-perineal talc use total
2    lifetime applications and long-term talc
3    use, hence data were extracted from Wu
4    2015 for any perineal use outcome from
5    the Wu, et al., 2009, for the" -- "for
6    the three other outcomes previously
7    mentioned."
8            So the authors in
9    Penninkilampi were trying to keep the
10   data consistent and keep with ever/never
11   exposure, not change the metric, right,
12   Doctor?
13       A.   Give me one -- give me one
14   second just read that.  Note that Wu, et
15   al...
16           MS. CURRY:  Object to the
17       form.  And do you have a copy of
18       Wu 2015?  Do you have a copy of
19       the Wu 2015 paper?
20           MS. GARBER:  I may.  I don't
21       know if I'm going to use it.  You
22       can if you'd like.
23   BY MS. GARBER:
24       Q.   Doctor, should we go off the

105 (Pages 414 to 417)

Kevin Holcomb, M.D.

Page 418

1    record while you read that?
2         A.   Well, I guess I don't -- I'm
3    trying to figure out, is he saying that
4    he only looked at the patients in Wu 2015
5    that were actually included in the Wu
6    2009 for that --
7         Q.   Doctor, if you don't
8    understand what the authors are saying --
9         A.   I don't.
10        Q.   -- we'll just move on.
11        A.   Yeah, I don't understand.
12        Q.   Okay.  All right.  Let's
13   move on.
14        A.   Because it seems to me that
15   he would only include Wu 2009.
16        Q.   Doctor, I don't have a
17   question pending.
18        A.   If Wu 2009 only had the ever
19   use, why have Wu 2015 cited if you only
20   used the patients on 2009?
21            MS. GARBER:  Objection to
22        strike as nonresponsive.
23   BY MS. GARBER:
24        Q.   Doctor, I did not have a

Page 419

1    question pending.
2            Are you aware, Doctor, that
3    the Health Canada considered the
4    collective meta-analyses in coming to
5    their causal opinion regarding genital
6    talc and risk of ovarian cancer?
7         A.   Yes.
8            MS. CURRY:  Object to the
9        form.
10   BY MS. GARBER:
11        Q.   And are you aware that the
12   IARC 2010 considered the meta-analyses
13   that were then available at the time in
14   coming to their findings regarding talc
15   and its carcinogenicity?
16        A.   Yes.
17        Q.   And what was Health Canada's
18   conclusion about talc and risk of ovarian
19   cancer?  Did they come to a causal
20   opinion?
21            MS. CURRY:  Object to the
22        form.
23            THE WITNESS:  My memory was
24        that they said it's possibly --

Page 420

1            they were similar to IARC,
2            possibly a carcinogen.
3    BY MS. GARBER:
4         Q.   Health Canada?
5         A.   Yes.
6         Q.   Okay.  Let's look at Health
7    Canada.
8         A.   Sure.  I have it open.
9         Q.   Doctor, if you can turn to
10   Page 21, and right above 6.2, exposure
11   assessment, it indicates, "The most
12   recent meta-analysis detailed above,
13   Taher 2018, and consistent with the Hill
14   criteria suggest a small but consistent
15   statistically significant positive
16   association between ovarian cancer and
17   perineal talc exposure.  Further
18   available data are indicative of a causal
19   effect."
20            Did I read that correctly?
21        A.   Yes.  Apparently they
22   disagree with IARC.
23        Q.   They looked at more data
24   than IARC looked at, didn't they?

Page 421

1         A.   I'll tell you, I'm not -- I
2    have to tell you that they do say causal
3    effect here.  And yet if I have time to
4    read through this, I can show you where
5    they say it's a possible carcinogen.
6            And I'm not sure how you can
7    say that something is a possible
8    carcinogen and that it is causative of
9    cancer in the same paper.
10           But if you can give -- if
11   you give me the time I can show you where
12   it says it's a possible carcinogen.
13           MS. GARBER:  Let's take a
14       break.
15           THE VIDEOGRAPHER:  Okay.
16       The time -- the time is 5:01 p.m.
17       Off the record.
18           (Short break.)
19           THE VIDEOGRAPHER:  We are
20       back on the record.  The time is
21       5:22 p.m.
22   BY MS. GARBER:
23        Q.   Just so I'm clear, Doctor,
24   it's your opinion that there is no

106 (Pages 418 to 421)

Kevin Holcomb, M.D.

Page 422

1  biologically plausible mechanism by which
2  talc powder products can translocate or
3  migrate from the perineum to the
4  fallopian tubes and ovaries in your
5  opinion?
6      A.  I want to make sure I'm
7  understanding the question.  I -- there
8  is no expelling evidence that I've seen
9  that has the ability to do it.  So I'm
10  not ask -- I'm not sure if you're asking
11  is it just possible or is it -- is any
12  evidence to suggest that it can happen.
13      Because if -- if you're
14  saying is it possible, I'd have to say
15  yes.  If you're saying is there any
16  evidence suggesting it could happen, I
17  would have to say no.
18      Q.  Doctor, is there a
19  biologically plausible mechanism by which
20  talcum powder products can translocate
21  from the perineum to the fallopian tubes
22  and ovaries in your opinion?
23      A.  I would have to say it would
24  be unlikely that -- that the female

Page 423

1  genital tract, while open, for obvious
2  reasons has developed many mechanisms to
3  keep particulate matter and foreign
4  bodies from ascending into the peritoneal
5  cavity.
6      So I would say it's -- it's
7  not plausible to me.
8      Q.  You've seen study data that
9  would indicate that -- strike that.
10      You have seen study authors
11  who have concluded the opposite, that
12  there is a biologically plausible
13  mechanism by which talc can -- talcum
14  powder products can translocate from the
15  perineum to the fallopian tubes and
16  ovaries, right?
17      MS. CURRY:  Object to the
18  form.
19      THE WITNESS:  I'm assuming
20  you -- I'm assuming you struck
21  your original question because
22  they are making the statements
23  with no data.  And so no, I've
24  never seen any data suggesting it

Page 424

1  can happen.
2      But people hypothesizing,
3  yes, I've seen that.
4  BY MS. GARBER:
5      Q.  You've seen study authors
6  who conclude that, right?
7      A.  I have seen study authors
8  who hypothesize it.  You can't conclude
9  it without any studies showing it.
10      (Document marked for
11  identification as Exhibit
12  Holcomb-25.)
13  BY MS. GARBER:
14      Q.  I'm going to mark as
15  Exhibit 25 a document which I'll
16  represent to you is an FDA letter dated
17  April 1st, 2014.
18      And, Doctor, this document
19  appears on your reference list, doesn't
20  it?
21      A.  Yes.
22      Q.  And if we could turn to
23  Page 5 in the middle of the page where
24  the --

Page 425

1      A.  I'm sorry, give me one
2  second.  5 -- Page 4 -- 5.  Mm-hmm.
3      Q.  Where -- in the middle of
4  the document where the first word is
5  while.
6      Do you see where I am?
7      A.  No.  I'm sorry.  Can -- can
8  we use the --
9      Q.  Right here in the middle,
10  where it says while.
11      A.  Give me one second, ma'am.
12  Give me one second.  Yes.
13      Q.  "While there exists no
14  direct proof of talc and ovarian
15  carcinogenesis, the potential for
16  particulates to migrate from the perineum
17  and vagina to the peritoneal cavity is
18  indisputable."
19      Do you agree with that?
20      A.  No.  This is an example of
21  what I was saying earlier.  Someone
22  making a very, very strong statement.
23  Indisputable, and yet there's no studies
24  showing that perineal talc can make it to

107 (Pages 422 to 425)

Kevin Holcomb, M.D.

Page 426

1   the ovaries. And yet Dr. Epstein is
2   saying it's indisputable.
3         So that's not a judgment
4   call. That's not reasonable doctors
5   having different opinions. That's just
6   wrong. It can't be indisputable without
7   a single study showing its ability.
8         Q.   You -- you disagree with FDA
9   on the issue of migration being
10  indisputable, correct?
11        A.   No, I -- I disagree with
12  Dr. Epstein.
13        Q.   And this letter comes from
14  FDA, right?
15        A.   Written by Dr. Epstein,
16  right?
17        Q.   Right. And --
18        A.   I'm sorry, no, it's written
19  by -- it seems to be written by Steven
20  Musser.
21        Q.   Right. It's written to
22  Dr. Epstein.
23        A.   It's written to Dr. -- so I
24  guess I'm disagreeing with Steven M.

Page 427

1   Musser, Ph.D., who I -- I don't even know
2   what area of practice he's -- he's the
3   director of operations for Center of Food
4   Safety and Applied Nutrition.
5         I -- I don't know if he
6   knows more about the female genital tract
7   than I do, but my -- my guess is probably
8   not. And if he's calling it indisputable
9   in the absence of any study showing that
10  it happens, that by definition is just
11  wrong.
12        Q.   Doctor, you would agree,
13  would you not, that in the Health Canada,
14  the study authors, as part of the
15  Bradford Hill have concluded that there
16  is a biologically plausible mechanism by
17  which talcum powder products can migrate
18  from the perineum to the ovaries?
19        MS. CURRY:  Object to the
20  form.
21        THE WITNESS:  I'd have --
22  I'd have to read through it again.
23  Can you point it to me?
24  BY MS. GARBER:

Page 428

1         Q.   You don't recall that?
2         A.   No. If you can just point
3   it out to me again.
4         Q.   Just so I'm clear, you
5   disagree with the position of the FDA as
6   indicated in the April 1st, 2014, paper
7   on migration, right?
8         A.   I'm -- I'm disagreeing again
9   with a Dr. Steven Musser, Ph.D., who is
10  the deputy director for Scientific
11  Operation Center For Food Safety and
12  Applied Nutrition. That's who I'm
13  disagreeing with.
14        Q.   So going back to the Health
15  Canada which we've previously marked as
16  Exhibit 11.
17        Do you see starting at
18  Pages 19 through 21, the study authors of
19  the Health Canada assessment are
20  analyzing the scientific evidence in the
21  context of the Bradford Hill criteria?
22        A.   Is there a specific area
23  you'd like me to read or?
24        Q.   No.

Page 429

1         Do you -- do you see that
2   that's what that portion of the document
3   is doing? It's an analysis of the
4   evidence in the context of the Bradford
5   Hill criteria.
6         Is that true?
7         A.   They are addressing
8   translocation in this section. I -- I
9   assume that's part of a larger...
10        Q.   Doctor, is -- is strength of
11  the association a criteria of Bradford
12  Hill?
13        A.   Yes.
14        Q.   And consistency is a
15  criteria of Bradford Hill?
16        A.   Yes. Which makes me think
17  I'm looking at a different page.
18        I'm sorry, which page are
19  you on?
20        Q.   19 through 20.
21        A.   19.
22        Q.   Specificity as an aspect
23  of --
24        A.   Oh, down at the bottom. I'm

108 (Pages 426 to 429)

Kevin Holcomb, M.D.

Page 430

1  sorry.  I was looking someplace else.
2      If you can just give me some
3  idea when we turn the page, if you're
4  talking top or bottom, I can probably get
5  there faster.
6      Q.  Doctor, Pages 19 through 21,
7  the authors of Health Canada are
8  analyzing the scientific evidence in the
9  context of the Bradford Hill aspects or
10  criteria, are they not?
11      A.  Yes.
12      Q.  Thank you.  And if you turn
13  to Page 20 -- sorry, Page 21, under the
14  heading of "Biologic Plausibility."  You
15  agree that that's one of the aspects of
16  Bradford Hill, right?
17      A.  Yes.  And the first line
18  they have is, "Particles of talc are
19  hypothesized to migrate into the pelvis."
20  And that's very different from the
21  statement of the other doctor who said
22  it's indisputable.
23      MS. GARBER:  Motion to
24      strike as nonresponsive.

Page 431

1  BY MS. GARBER:
2      Q.  Doctor, did I ask you a
3  question?
4      A.  No.
5      Q.  Should I get my time back
6  that you just wasted?
7      A.  It's a small amount of time.
8      MS. CURRY:  Object to the
9      form.
10  BY MS. GARBER:
11      Q.  All day long it's not a
12  small amount of time, is it, Doctor?
13      So let me ask you this,
14  under the biologic plausibility section
15  of the Bradford Hill analysis as
16  conducted by Health Canada, the study
17  authors indicate that, "Particles of talc
18  are hypothesized to migrate into the
19  pelvis and ovarian tissue, causing
20  irritation and inflammation."
21      I read that correctly,
22  right?
23      A.  Yes.
24      Q.  The authors go on to say,

Page 432

1  "The presence of talc in the ovaries has
2  been documented," and they cite to the
3  Heller 1996 paper, correct?
4      A.  True.
5      Q.  And they go on to say, "This
6  evidence" -- "This evidence of retrograde
7  transport supports the biologic
8  plausibility of the association between
9  perineal talc application and ovarian
10  exposure; however, the specific
11  mechanisms in the cascade of molecular
12  events by which talc cause ovarian cancer
13  have not been identified."  And then they
14  cite to Taher 2018.
15      Did I read that correctly?
16      A.  You read it correctly, yes.
17      Q.  And Doctor, the Saed 2019
18  paper does, in fact, provide the
19  molecular events by which talc can cause
20  ovarian cancer.  Can we agree with that?
21      MS. CURRY:  Object to the
22      form.
23      THE WITNESS:  No.
24  BY MS. GARBER:

Page 433

1      Q.  Okay.  You have read the
2  Saed 2019 paper now?
3      A.  I have.
4      Q.  Not at the time of your
5  report, but you have?
6      MS. CURRY:  Object to the
7      form.
8      THE WITNESS:  I have.
9  BY MS. GARBER:
10      Q.  Did it provide a molecular
11  basis by which talc can cause ovarian
12  cancer?
13      A.  It proposed a theory without
14  proving it.  So when you say provide, I'm
15  assuming you mean that it proposed a
16  theory and then showed that that -- that
17  molecular change actually transformed
18  cells and causes cancer.
19      Q.  You used the word "prove."
20  So the study provided statistically
21  significant findings of an association in
22  support of the experiment hypothesis,
23  correct?
24      A.  I disagree.

109 (Pages 430 to 433)

Kevin Holcomb, M.D.

Page 434

1    MS. CURRY:  Object to the
2  form.
3    THE WITNESS:  I disagree.
4  If the hypothesis is to say that
5  inflammation was the cause of
6  ovarian cancer, and in your study
7  you prove something like CA-125
8  goes up, and you consider that
9  proof of your hypothesis, I'd have
10  to say that's not the case.
11  BY MS. GARBER:
12    Q.   Doctor, was that the only
13  finding of the Saed 2019 paper?
14    A.   I'd be happy to look at the
15  rest of it.
16    Q.   Well, you seem to remember
17  the CA-125 that was a corollary finding,
18  wasn't it?
19    MS. CURRY:  Object to the
20  form.
21    THE WITNESS:  If you have
22  the paper, again, I'd be happy to
23  look at the others.
24  BY MS. GARBER:

Page 435

1    Q.   Can you think of any other
2  molecular findings that were reported?
3    A.   I remember --
4    Q.   For instance ROS or NOS
5  increasing with talc application?
6    MS. CURRY:  Object to the
7  form.
8    THE WITNESS:  I remember --
9  and again, if you have the paper
10  I'd rather look at it again.  But
11  I remember him making a statement
12  that reactive oxygen species
13  actually went up in the presence
14  of talc when in fact they were
15  actually lower than the controls
16  except for one concentration.
17    And then with the next
18  concentration, it actually went
19  back down.  And yet, he concluded
20  that reactive oxygen species was
21  actually going up.
22  BY MS. GARBER:
23    Q.   What was the conclusion of
24  the study authors in that paper, by way

Page 436

1  of --
2    A.   I'd have to look at it
3  again.
4    Q.   Okay.  And we'll do that.
5    So you see at the end of the
6  Bradford Hill analysis and the Health
7  Canada assessment, the authors conclude
8  that the data are indicative of a causal
9  effect, right?
10    A.   That's what they state, yes.
11    Q.   And so the authors have
12  found that there is a biologically
13  plausible mechanism by which talc can
14  migrate and talc can induce inflammation,
15  correct?
16    MS. CURRY:  Object to the
17  form.
18    THE WITNESS:  The authors
19  believe that Heller's findings are
20  evidence of retrograde
21  translocation of talc.
22    And that is a big
23  assumption.  And so I can
24  understand how they would put

Page 437

1  those things together.  But
2  there's no proof in Heller's study
3  where the talc particles came
4  from.
5    And so they're saying this
6  evidence of retrograde transports
7  supports biologic plausibility.
8  They cite a study that doesn't
9  prove retrograde transport and
10  says that is what I'm using to
11  support what I believe is
12  biologically plausible.
13    So yes, these authors are
14  making a statement and then citing
15  to something that never examined
16  retrograde transport.
17  BY MS. GARBER:
18    Q.   Doctor, you have not
19  reviewed the Zervomanolakis or the Kunz
20  paper with regard to genital tract
21  peristalsis, have you?
22    A.   No.
23    Q.   Are you aware that there is
24  retrograde genital tract peristalsis

110  (Pages 434 to 437)

Kevin Holcomb, M.D.

Page 438

1  during the woman's cycle?
2        MS. CURRY:  Object to the
3  form.
4        THE WITNESS:  Yes.  Of
5  course I am.  Does that mean that
6  talc is able to retrograde
7  translocate?  I'm not sure.  This
8  is what often happens.  People
9  cite studies that don't prove what
10  the -- the point that they're
11  trying to make.
12  BY MS. GARBER:
13     Q.   Okay.  There's been data
14  that have shown that particulate in a
15  woman's genital tract can travel
16  retrograde from the vagina to the
17  fallopian tubes and the ovaries, correct?
18  You are aware of this data?
19     A.   If you put her -- if you put
20  her in the lithotomy position and give
21  her a little oxytocin and -- yes, under
22  those very unnatural conditions, there's
23  studies supporting that.
24        What I'm saying is I don't

Page 439

1  see a single study -- and maybe you can
2  quote one for me -- where they dusted the
3  perineum of women and shown that that
4  talc gets to the ovaries.
5     Q.   Based on what we know about
6  talc and its carcinogenicity that would
7  be an unethical study to conduct at this
8  point, wouldn't it?
9        MS. CURRY:  Object to the
10  form.
11        MR. MIZGALA:  Object to the
12  form.
13        THE WITNESS:  Not if -- I
14  would say not for a woman who's
15  currently using talc.
16  BY MS. GARBER:
17     Q.   Doctor, you would agree with
18  me, wouldn't you, that there are study
19  authors, peer-reviewed study authors, and
20  in addition Health Canada, who have
21  concluded that there is a biologically
22  plausible mechanism by which talc can
23  migrate from the genitals to the ovaries,
24  true?

Page 440

1     A.   True.  And I've explained
2  exactly how they make that connection.
3     Q.   Thank you.
4        Let's talk about
5  inflammation.  You are aware that there
6  is study data and peer-reviewed studies
7  that indicate a biologically plausible
8  mechanism by which talc can induce
9  inflammation, correct?
10     A.   Is there a specific --
11        MS. CURRY:  Object to the
12  form.
13        THE WITNESS:  -- study you'd
14  like to review?
15  BY MS. GARBER:
16     Q.   No, I'm just asking you,
17  have you seen peer-reviewed studies that
18  indicate talc can induce inflammation?
19     A.   I have not seen studies that
20  I've read that I've been convinced.  If
21  you have a specific study that you'd like
22  to review, I'm happy to go over --
23     Q.   Have you seen the Ness data?
24  Either '99 or 2000?

Page 441

1     A.   I did -- it's on my reliance
2  list.  If we can pull it out I'd be glad
3  to go through it again with you.
4     Q.   Did the Ness authors
5  conclude that there was a biologically
6  plausible mechanism by which talc can
7  induce inflammation?
8     A.   Again, I'd be happy to read
9  the paper if you have it.
10     Q.   You're not sure?
11        MS. CURRY:  Object to the
12  form.
13        THE WITNESS:  Oh, I don't
14  remember everything off my
15  reliance list off the top of my
16  head, no.
17  BY MS. GARBER:
18     Q.   Doctor, is it your opinion
19  that -- is it your opinion that there is
20  not a biologically plausible mechanism to
21  support talc can migrate from the
22  genitals to the ovaries and tubes because
23  of the tubal ligation data?
24        MS. CURRY:  Object to the

111  (Pages 438 to 441)

Kevin Holcomb, M.D.

Page 442

1    form.
2         THE WITNESS:  Please repeat
3    that again.
4    BY MS. GARBER:
5         Q.   Sure.
6         Do you base your opinion
7    that talcum powder products don't migrate
8    to the ovaries based on tubal ligation
9    and hysterectomy data?
10        MS. CURRY:  Object to the
11   form.
12        THE WITNESS:  No.  I base
13   the fact that I don't have any
14   proof of talc being able to
15   migrate to the ovaries under
16   normal situations.  The tubal
17   ligation data and the
18   inconsistency of its protective
19   impact makes me question even
20   further.
21   BY MS. GARBER:
22        Q.   Doctor, if you could pull
23   out Taher 2018, Page 2.  Do you see under
24   the results there --

Page 443

1         A.   I'm sorry -- Page 2.
2         Q.   -- that the study authors
3    indicate that the most recent
4    meta-analysis found a negative
5    association with tubal ligation.  That's
6    what the authors say, right?
7         A.   This is an unpublished,
8    un-peer-reviewed paper.
9         Q.   That's what the authors say
10   in this paper, true?
11        A.   In this unpublished
12   un-peer-reviewed paper, yes.
13        Q.   That's what the authors say,
14   right?
15        A.   In this unpublished
16   peer-reviewed paper, correct.
17        Q.   Turn to Page 33 please,
18   Doctor.  That the first full -- second
19   full paragraph.  It indicates, "Women
20   with prior ligation of the fallopian
21   tubes showed a significant reduction in
22   risk," and then they cite a statistically
23   significant odds ratio, right, against
24   ovarian cancer?

Page 444

1         A.   I'm assuming this is the
2    results of the meta-analysis that hasn't
3    been published?
4         Q.   Yes.
5         A.   Yes, that's what they say.
6         Q.   All right.  And then a
7    couple lines down it says, "This might be
8    attributed to the fact that tubal
9    ligation is usually performed at an
10   earlier age, thus preventing entry of
11   talc into the reproductive tract earlier
12   and prolonged exposure to talc, compared
13   to hysterectomy that is performed later
14   in life where higher exposure has already
15   taken place."
16        It goes on to say, "In a
17   recent meta-analysis," and then it cites
18   70, "The authors reported a negative
19   association with tubal ligation and
20   hysterectomy with risk of ovarian
21   cancer."
22        Did I read that correctly?
23        A.   Yes, you've read everything
24   very well so far.

Page 445

1         Q.   All right.
2         A.   It's that private schooling.
3         Q.   And -- and the authors go on
4    to say as to the study that the authors
5    there stated a highly plausible mechanism
6    for the association --
7         A.   I'm sorry -- yes.  As
8    suggested by the author.  Suggested.
9         Q.   Right.  "Involving the
10   blocking of ascent of such agents such as
11   talc to the ovaries."
12        Again, you disagree with
13   these study -- with these two study
14   authors that indicate that talc can
15   ascend the female genital tract, right?
16        A.   It is a suggestion by the
17   authors.  It's not a proven point.  These
18   are conjecture and theory by those
19   authors.  And, yes, I would say
20   apparently my bar is a little bit higher.
21   I would like to see a study where you
22   actually put talc on the perineum the way
23   people put talc on the perineum and show
24   that it gets to the ovaries.  So, yes.

112 (Pages 442 to 445)

Kevin Holcomb, M.D.

Page 446

1         And -- and I find, outside
2    of this unpublished meta-analysis, when
3    you get to the individual studies it
4    becomes much less consistent on this
5    protective impact of tubal ligation with
6    regard to talc.
7         MS. GARBER:  Objection.
8    Motion to strike as nonresponsive.
9    BY MS. GARBER:
10        Q.   Doctor, if you could turn
11   back to Health Canada and Page 18.  And
12   I'll just point to where I'm reading,
13   Doctor.  Right here.
14        Do you see where I am?
15   Doctor, it reads:  "There is
16   support for an association of
17   inflammation and increased risk of
18   ovarian cancer."  And it cites to the
19   National Academy of Sciences, Engineering
20   and Medicine in 2016 in the Rasmussen
21   paper.
22        Doctor, that's what these
23   study authors who did an analysis --
24        A.   Can -- can -- I'm sorry,

Page 447

1    I'll let you finish.
2         Q.   -- concluded about the mode
3    of action, correct?
4         MS. CURRY:  Object to the
5    form.
6         THE WITNESS:  Yes, and
7    interestingly, I -- I would be
8    glad to look at the Rasmussen
9    paper.  I believe it was actually
10   a paper that was negative, that
11   there was a paper that didn't show
12   a reduce in the risk of ovarian
13   cancer with -- with
14   antiinflammatories.
15   BY MS. GARBER:
16        Q.   And, Doctor, I'm glad you
17   mentioned antiinflammatories.  Because is
18   the other basis for your opinion that
19   talc, while it increases inflammation,
20   doesn't cause ovarian -- talcum powder --
21   strike that.
22        Another basis for your
23   opinion that talcum powder products do
24   not cause ovarian cancer based on the

Page 448

1    fact that the NSAID data do not support
2    reduction of risk of ovarian cancer?
3         MS. CURRY:  Object to the
4    form.
5         THE WITNESS:  The main
6    reason why I hold that opinion is
7    because I have seen no evidence of
8    chronic inflammation in the
9    genital tract from perineal use of
10   talc.
11        In the Heller study, in the
12   case that they looked for evidence
13   of clinical information, and --
14   and we know what it looks like
15   with talc, because there's years
16   of using it in pleurodesis, it
17   causes granulomas.
18        I -- we -- we present every
19   STIC lesion, a serous tubular
20   intraepithelial carcinoma at
21   Cornell.  We present it as part of
22   our tumor board.  And so I've seen
23   a lot of STIC lesions.  I've seen
24   a lot of p53 signatures.

Page 449

1         I've not ever seen a case
2    with a granuloma or any evidence
3    of granulomatous inflammation or
4    any other sort of inflammation,
5    and so that's the real -- the --
6    the other thing that you're
7    mentioning, the inconsistency of
8    whether antiinflammatories reduce
9    the risk of ovarian cancer just
10   further confirms my -- my belief.
11        But it's really the fact
12   that I've seen the precursor
13   lesion for high grade serous
14   carcinoma, and I've never seen it
15   in conjunction with any evidence
16   of granulomatous inflammation.
17   BY MS. GARBER:
18        Q.   Okay.  Let's take both of
19   those, because I think you mentioned two
20   different things there.
21        As to what you see when you
22   look at the tissue pathology, -- that's
23   what you're referencing, right, what
24   you're seeing microscopically in the path

113 (Pages 446 to 449)

Kevin Holcomb, M.D.

Page 450

1    slides?
2         A.   Yes.
3         Q.   And --
4         A.   I would argue in -- in
5    ovarian cancer cases as well, I don't see
6    granulomas.
7         Q.   You mean macroscopically
8    when you're doing surgery?
9         A.   No, I mean microscopically.
10   I also scrub out and look at all my
11   frozen sections.  And we present every
12   new patient in a multi-disciplinary tumor
13   board where we look at the slides.  So
14   there's not an ovarian cancer patient
15   that I take care of that I haven't seen
16   her histologic slides.
17        Q.   Have you seen testimony
18   where there is -- strike that.
19             Have you seen data that
20   would suggest that you're not seeing
21   evidence of acute inflammation because
22   the talc and its effects have been
23   subsumed by tumor?  In other words,
24   that's a snapshot in time when there's

Page 451

1    carcinogenic transformation, and what
2    you're seeing over here years later
3    you're not going to see the evidence of
4    the chronic inflammation, correct?
5             MS. CURRY:  Object to the
6    form.
7             THE WITNESS:  Maybe you
8    misunderstood my description of
9    what we do.  I said look at every
10   invasive cancer and we present
11   every STIC.
12             And so that's precancer.
13   That is a precursor to high grade
14   serous ovarian cancer.  And now we
15   believe there's a p53 signature
16   that's even earlier.  And I will
17   tell you that I've never seen any
18   evidence of inflammation in any of
19   those lesions, nor have I read of
20   anybody showing granulomatous
21   inflammation in any of those
22   lesions.
23             So you may believe it
24   disappears later.  I'm saying even

Page 452

1    at the time of precancer, I've not
2    seen it.  And if it's not there in
3    the precancerous phase, when was
4    it there?
5    BY MS. GARBER:
6         Q.   Is it your opinion that all
7    epithelial ovarian cancers begin in the
8    fallopian tube?
9         A.   No.
10        Q.   Okay.  Let's talk about the
11   NSAIDs, the NSAID data.
12             You've looked at some
13   studies about NSAIDs and their effect
14   upon the risk of --
15        A.   Yes.
16        Q.   -- ovarian cancer right?
17        A.   Yes, I have.
18        Q.   Would you agree with me that
19   the aspirin data seem to indicate a
20   decreased risk in ovarian cancer?
21             MS. CURRY:  Object to the
22   form.
23             THE WITNESS:  I'm not sure
24   if that's consistent in every --

Page 453

1    in every study.  I just want to
2    get to my report in that area, if
3    that's okay.
4    BY MS. GARBER:
5         Q.   Okay.  Doctor, shall we go
6    off the record?
7         A.   You can.  It's not going to
8    take me long.
9             THE VIDEOGRAPHER:  The time
10   is 5:49.  Going off the record.
11             (Brief pause.)
12             THE VIDEOGRAPHER:  The time
13   is 5:49 p.m.  Back on the record.
14             THE WITNESS:  So Bonovas, et
15   al., is a meta-analysis that
16   showed antiinflammatory drug use
17   did not reduce ovarian cancer.
18             Ni, et al., did a pooled
19   analysis of 13 case-control
20   studies, one clinical trial, three
21   cohort studies.  Also found no
22   efforts of an association between
23   aspirin use and ovarian cancer and
24   did not find strong evidence of an

114 (Pages 450 to 453)

Kevin Holcomb, M.D.

Page 454

1    association between non-aspirin
2    NSAID use and ovarian cancer.
3  BY MS. GARBER:
4       Q.   Doctor, did I have a
5  question pending?
6       A.   You had asked me -- yeah.
7  You did.  That's why we went off.
8  Remember I was looking for the --
9       Q.   Okay.  Have you seen the --
10  I don't know how to pronounce it --
11  Q-I-A-O, 2018, study with regard to --
12  with regard to aspirin and its effects on
13  ovarian cancer?
14       A.   I have not.
15       Q.   Have you seen Trabert 2013
16  study wherein the study authors found
17  that use of antiinflammatory aspirin was
18  associated with a reduction of risk of
19  ovarian cancer?
20       A.   I believe that --
21       MS. CURRY:  Object to the
22  form.
23       THE WITNESS:  I believe
24  that's in my -- my report that's

Page 455

1    saying -- to show the
2  inconsistencies.  I gave you two
3  examples of studies, one including
4  meta-analysis, and showing no
5  reduced ovarian cancer, and the
6  studies that you mentioned that
7  show that there was a reduction.
8  BY MS. GARBER:
9       Q.   Do you agree, Doctor, that
10  there are data on both sides for both
11  aspirin and nonsteroidal
12  antiinflammatories that go both ways?  In
13  other words, there's some data that show
14  a decreased risk of ovarian cancer and
15  some data that do not for both aspirin
16  and NSAIDs?
17       A.   I do believe that if there
18  was powerful enough data to support the
19  use of antiinflammatories to prevent the
20  deadliest GYN malignancy, this would be a
21  common recommendation for patients to
22  use.  We don't tell BRCA mutation
23  patients to take NSAIDs.  We don't tell
24  the women at the highest risk of ovarian

Page 456

1    cancer to take an NSAID, Tylenol -- well,
2  Tylenol really hasn't shown much
3  difference.  But even aspirin.
4       That's different from a
5  woman who has -- or a man who has
6  familial adenomatous polyposis.  There's
7  certain situations where the data is so
8  strong that you can prevent cancer, it's
9  actually recommended to use aspirin to
10  prevent it.  And we don't do that in GYN
11  oncology.
12       And so I'd have to ask you,
13  not only do I not believe this, but why
14  is the GYN oncology not recommending
15  NSAID and aspirin use if it is so proven
16  that it decreases ovarian cancer risk?
17  It would be --
18       MS. GARBER:  Objection.
19  Objection.  Motion to strike as
20  nonresponsive.
21  BY MS. GARBER:
22       Q.   Doctor, you're talking in
23  paragraphs, and you're not answering my
24  question.  I'm going to just ask you to

Page 457

1    indulge me, please.
2       MS. CURRY:  I disagree.
3  BY MS. GARBER:
4       Q.   My question --
5       MS. CURRY:  That was
6  directly responsive to the
7  question.
8  BY MS. GARBER:
9       Q.   My question was, do you
10  agree that there are data for aspirin and
11  NSAIDs that go both ways, they decrease
12  the risk, and other studies do not show
13  that?
14       A.   The reason why for speaking
15  in paragraphs --
16       Q.   I didn't ask you why.
17       A.   -- is because it's still
18  clearly stated in my report --
19       Q.   Doctor, I didn't ask you why
20  you're speaking in paragraphs.
21       A.   But it says so in my report.
22  And I gave you the examples.  And we just
23  went through them one by one.  I gave you
24  two examples where it did, and two

Kevin Holcomb, M.D.

Page 458

1  examples it didn't.  And then you follow
2  up a question --
3      Q.   If you're not -- if you're
4  not going to answer my question --
5      A.   Because --
6      Q.   -- I think we're going to
7  have to call the Court because we're
8  nearly done, and you're talking in
9  paragraphs and you're not responding to
10  my question.
11      A.   But you're asking --
12      MS. SHARKO:  The order
13  doesn't allow you to criticize his
14  answer.  So please stop.
15      THE WITNESS:  You're asking
16  questions that --
17      MS. O'DELL:  That's not
18  true, Susan.  Completely not true.
19      THE WITNESS:  -- have clear
20  evidence.  You're saying have I --
21  I cited in my report data that
22  went both ways.  And then you turn
23  around and ask me, do you believe
24  that data goes both ways?  And I

Page 459

1      cited.
2  BY MS. GARBER:
3      Q.   I never said in your report.
4      Do you agree that there are
5  peer-reviewed published studies on the
6  topic of anti-inflammatories, aspirin and
7  NSAIDs -- NSAIDs, that go both ways, some
8  data show a decreased risk and other data
9  do not?
10      MS. CURRY:  Object to the
11  form.
12  BY MS. GARBER:
13      Q.   Do you agree?
14      A.   I do agree.  And that's the
15  reason -- the fact that it's gone both
16  ways is the reason why we do not
17  recommend nonsteroidal use or aspirin use
18  to prevent it.
19      Q.   And Doctor, you don't
20  know -- strike that.
21      You cited on your
22  supplemental report some data that were
23  cited in the Penninkilampi paper about
24  the COX expression in epithelial ovarian

Page 460

1  cancer.
2      Do you recall that data?
3      MS. CURRY:  Object to the
4  form.
5      THE WITNESS:  Yes.
6  BY MS. GARBER:
7      Q.   Why did you cite those data?
8      A.   Couple reasons.
9  Penninkilampi, in trying to explain the
10  way exactly what were you trying to
11  explain, he's saying that I know it's
12  inconsistent, the data on nonsteroidals.
13  He's saying, I know it doesn't look in
14  support of my argument for my biologic
15  plausibility.
16      But maybe -- maybe NSAIDs
17  don't work because they don't -- they
18  only -- they prevent -- they work on COX.
19  And COX expression is low in these cells
20  anyway.  And that's why you don't see a
21  more impressive -- so he's explaining why
22  this data that you're saying is -- is as
23  unimpressive as it is.
24      And so I read in

Page 461

1  Dr. Saenz -- her deposition, she
2  mentioned some basic science research by
3  Dr. Dineo Khabele, who I happened to have
4  been a resident with back at Cornell
5  years ago.
6      And so that piqued my
7  interest.  And I was curious to see what
8  is she doing in her lab, and so I
9  actually went back and I looked at the
10  studies that she was showing to see that
11  Penninkilampi actually had misstated the
12  fact that Type 2 tumors, high grade
13  serous carcinomas, actually expressed
14  COX-1.  And Type 1 expressed COX-2.
15      So this idea that inhibitors
16  of COX, that NSAIDs, that they don't
17  work, or aspirin doesn't work because
18  there's low expression of this thing in
19  the first place, that doesn't make sense.
20  If -- if -- you'd have to explain
21  something else.
22      Maybe it doesn't make a
23  difference because ovarian cancer is not
24  caused by inflammation.

116 (Pages 458 to 461)

Kevin Holcomb, M.D.

Page 462

1    Q.   You didn't read the Wilson
2  2015 paper with regard to COX -- COX
3  expression in epithelial ovarian tissue,
4  did you?
5         MS. CURRY:  Object to the
6  form.
7         THE WITNESS:  Whose -- whose
8  paper?  I'm sorry.
9  BY MS. GARBER:
10        Q.   Wilson, et al.?
11        A.   If you can show it to me I'd
12  let you know.  I don't think so.
13        MS. O'DELL:  Counsel, please
14  don't show something to the
15  witness.
16        MS. CURRY:  I'm just --
17  you're referring to -- you just
18  said Wilson 2000 --
19        MS. O'DELL:  Let me finish.
20  That's the third time --
21        MS. CURRY:  Hang on a minute
22  and let me explain.  It's not the
23  third time.
24        MS. O'DELL:  It's the third

Page 463

1  time I've seen you do it and I
2  haven't said anything.  But that's
3  not appropriate --
4         MS. GARBER:  I've seen you
5  do it as well.
6         MS. CURRY:  Excuse me.
7  Excuse me.  I've pointed out where
8  you were trying to show something
9  on the Elmo, and he's trying to
10  find it, where it is on the
11  document to help speed things
12  along.
13        MS. O'DELL:  Those --
14        MS. CURRY:  What I just
15  referred to him -- excuse me.  Let
16  me finish speaking, please.
17        What I just pointed out was,
18  when you say Wilson 2015, it's --
19  you're not giving any further
20  information about the article.
21        So I'm pointing out that
22  it's the one on his supplemental
23  list of items considered that
24  we've produced to you today.

Page 464

1         That's the only thing I was
2  doing.  That is not inappropriate.
3         MS. O'DELL:  It is
4  inappropriate --
5         MS. CURRY:  I disagree.
6         MS. O'DELL:  -- and the
7  three instances that I've referred
8  to are not occasions when the Elmo
9  was in use, so --
10        MS. CURRY:  Well, I think
11  you are mischaracterizing what has
12  happened today.
13        MS. O'DELL:  That is not
14  true.
15  BY MS. GARBER:
16        Q.   Doctor, is the basis for
17  your opinion that talc does not induce
18  inflammation which leads to ovarian
19  cancer based on pleurodesis data?
20        MS. CURRY:  Object to the
21  form.
22        THE WITNESS:  No.
23  BY MS. GARBER:
24        Q.   Pleurodesis does -- talc

Page 465

1  pleurodesis has been shown to increase
2  inflammation in pleural tissue, correct?
3         A.   But not cancer.  Yes, it
4  increases --
5         Q.   That wasn't my question.
6         A.   It increases inflammation.
7  Does not cause cancer.
8         So the reason why I don't
9  think inflammation --
10        Q.   Doctor, I didn't ask you the
11  reason.  Did I?
12        A.   Oh, I'm sorry.  I thought I
13  was here to clarify my positions.  I'll
14  wait for the questions.
15        Q.   Thank you.  I really
16  appreciate that.  You've got to let me
17  get there.
18        A.   You don't get there.
19        Q.   I will if you don't stop
20  talking in paragraphs.
21        Doctor, did you read the
22  Ghio 2007 study with regard to
23  pleurodesis, talc pleurodesis?
24        A.   Can you produce it for me so

117 (Pages 462 to 465)

Kevin Holcomb, M.D.

Page 466

1  I can let you know?
2       Q.  I will.
3       While she's pulling that,
4  I'll ask you this.  You indicate that
5  talc pleurodesis does not induce cancer,
6  is that fair, what you said?
7       A.  Yes.
8       Q.  And the number one
9  indication for talc pleurodesis is
10  malignant pleural effusions, right?
11       A.  Yes.
12       Q.  And so those patients
13  already have cancer and are likely end
14  stage, right?
15       A.  It had been used for years
16  on patients without malignancy.  The
17  reason why it's used on patients --
18       Q.  Did you say yes?
19       A.  Say this again?
20       Q.  Did you say yes to my -- to
21  my question?
22       MS. CURRY:  Objection.
23       Please don't interrupt him --
24  BY MS. GARBER:

Page 467

1       Q.  Did you say yes to my
2  question?  I didn't ask you for the
3  reason.
4       A.  Your -- your question is?
5       Q.  Did you say yes?
6       A.  Can you ask the question
7  again?  I want to -- just repeat it.
8       Q.  I said:  "And those patients
9  have cancer and are likely end stage,
10  right?"
11       And you said:  "It has been
12  used for years on patients without
13  malignancy.  The reason --"
14       And then I said:  "Did you
15  say yes?"
16       You said?
17       A.  Yes.  In those patients that
18  have malignancy, they are likely end
19  stage.  As opposed to the patients who
20  don't have malignancy for years that has
21  been used.
22       Q.  Doctor, the title of this
23  study is "Talc Should Not Be Used For
24  Pleurodesis in Patients With Nonmalignant

Page 468

1  Pleural Effusions."
2       (Document marked for
3       identification as Exhibit
4       Holcomb-26.)
5  BY MS. GARBER:
6       Q.  Nonmalignant pleural
7  effusions are what for the lay listener?
8       MS. CURRY:  Object to the
9       form.
10       MS. SHARKO:  What exhibit is
11  this now?
12       MS. BROWN:  26.
13       MS. SHARKO:  Pardon me?
14       MS. BROWN:  26.
15  BY MS. GARBER:
16       Q.  What's a nonmalignant
17  pleural effusion?
18       A.  A nonmalignant pleural
19  effusion is one where you have fluid
20  surrounding the lung but it's not from a
21  cancer.
22       Q.  All right.  And -- and this
23  paper is authored by Andrew Ghio and
24  Victor Roggli.

Page 469

1       Do you see that?
2       MS. CURRY:  Object to the
3       form.
4       THE WITNESS:  Yes.
5  BY MS. GARBER:
6       Q.  Okay.  In the first
7  paragraph, it begins, however, it says,
8  "However, there should continue to be
9  concern regarding use of talc for
10  pleurodesis in individuals with
11  nonmalignant pleural effusions and
12  spontaneous pneumothorax.  This dilemma
13  results from a possible increased risk of
14  malignant mesothelioma in those patients
15  treated with talc.  Consequently, an
16  alternative agent should be employed in
17  any individual without malignancy
18  requiring pleurodesis."
19       Did I read that correctly?
20       A.  You read that correctly
21  again.
22       THE VIDEOGRAPHER:  Can
23  you -- your hair is on top of the
24  mic.

118 (Pages 466 to 469)

Kevin Holcomb, M.D.

Page 470

1        MS. GARBER:  Sorry.
2        THE VIDEOGRAPHER:  Thanks.
3   BY MS. GARBER:
4        Q.   Doctor, do you think that --
5   that peer-reviewed published data
6   indicate that there is a dose-response
7   with regard to talc and risk of ovarian
8   cancer?
9        A.   I believe that that's one of
10  the weaknesses is it's not consistently
11  shown.
12       Q.   But you do agree that there
13  are peer-reviewed studies which show a
14  dose-response, correct?
15       MS. CURRY:  Object to the
16  form.
17       THE WITNESS:  I've seen
18  studies that are peer reviewed and
19  published that have only two
20  levels of exposure, and one is
21  higher than the other and they
22  call that a dose-response.
23       So what I've seen in the
24  literature, people define

Page 471

1   dose-response in a lot of
2   different ways.  So I'd have to
3   agree with you, yes.
4       Penninkilampi does that.
5   Two dose levels and says there's a
6   dose-response.
7       (Document marked for
8   identification as Exhibit
9   Holcomb-27.)
10  BY MS. GARBER:
11      Q.   I'm going to mark as
12  Exhibit 27 the Berge paper that you've
13  referenced many times today, Doctor.
14      And, Doctor, if you can turn
15  to -- if you can turn to -- well, in this
16  paper, unfortunately there isn't page
17  numbers.
18      And so this table is Table
19  3, and it appears about five, six pages
20  forward from the end of the document.
21  Table 3.
22      A.   Sure.
23      Q.   If you want, we can look at
24  it here.  Do you see Table 3, Doctor?

Page 472

1        A.   Yeah.  I mean, I can't --
2   I'm going to have to watch up here
3   because it's too small.
4        Q.   Are you there --
5        A.   Yeah, I'm going to have to
6   sit it here because --
7        Q.   -- in your version?
8        MS. CURRY:  Can I show him
9   my version which is --
10       THE WITNESS:  I mean
11  literally, it's this.  That's
12  Table 3.  You want me to read that
13  and give you an opinion?
14       MS. GARBER:  Let me see
15  yours, Ms. Curry, if you could.
16       Yes, please show that to
17  him.  Thank you.
18  BY MS. GARBER:
19       Q.   Doctor, in the Berge study
20  it indicates that with the duration of
21  talc use greater than ten years, defined
22  as ten years, there is a statistically
23  significant relative risk, correct?
24       A.   I'm just trying to make sure

Page 473

1   I understand what they're looking at
2   here.
3        Q.   That's what the table says,
4   right?
5        A.   Give me one second, ma'am.
6   I'll be right with you.
7        MS. GARBER:  Let's go off
8   the record then.
9        THE VIDEOGRAPHER:  All
10  right.  The time is 6:03 p.m.  Off
11  the record.
12       (Brief pause.)
13       MS. SHARKO:  For the record,
14  we object to this.  I don't think
15  it's appropriate.  I don't think
16  it's appropriate, but it's late in
17  the day, and I assume that the
18  plaintiffs are almost done in any
19  event.
20       MS. GARBER:  You're correct
21  in that regard.
22       THE VIDEOGRAPHER:  We are
23  back on the record.  The time is
24  6:04 p.m.

119 (Pages 470 to 473)

Kevin Holcomb, M.D.

Page 474

BY MS. GARBER:
2  Q.  Doctor, these data here that
3  are presented in Table 3, they show
4  duration and frequency of talc use,
5  right?
6  A.  Yes.
7  Q.  In the meta-analysis?
8  A.  Yes.
9  Q.  Correct?
10       And for the duration defined
11  as ten years, the relative risk is
12  statistically significant at 1.16, right?
13  A.  The only thing I'm not -- I
14  have to say I'm not sure what's going on
15  here, and I didn't want to hold up more
16  time.  Are they saying if you compare
17  studies in this 12-risk estimate and look
18  at someone who has less than ten years
19  use and more than ten years use, and then
20  say the relative risk between those two
21  is 1.16, and a confidence interval that
22  comes close but doesn't cross one, then
23  you're -- if it's a -- if it's just
24  splitting it in two, and say well ten is

Page 475

1  the split-off and I'm going to look at
2  less than ten and more than ten, that's
3  not a dose-response.  You can't make a
4  dose-response on just two observations.
5       And I think that may be what
6  they're doing on the second one as well.
7  But to be perfectly honest, I'm not sure.
8  I'd have to look at the methods to figure
9  out what they're doing here.  But it
10  seems like a -- like a -- basically
11  just -- what's the term I'm looking for?
12  Just two options, less than ten years,
13  more than ten years.
14  Q.  Doctor, let me ask you this.
15  Does Table 3 --
16  A.  I guess I don't understand
17  exactly what they did here.
18  Q.  Yeah.  Okay.  That's fair.
19       Does Table 3 present
20  duration and frequency of talc use that
21  present statistically significant
22  results?
23       MS. CURRY:  Object to the
24  form.

Page 476

1       THE WITNESS:  Yes.  But not
2  together.  They're saying duration
3  in one and frequency in the other.
4  So they're saying that -- but I
5  think they've just split this in
6  two.
7  BY MS. GARBER:
8  Q.  And, Doctor, if you go back
9  to the abstract, first page of this
10  study.
11  A.  Right.
12  Q.  Okay.  Second-to-last
13  sentence.  It says, "This meta-analysis
14  resulted in a weak but statistically
15  significant association between genital
16  use of talc and ovarian cancer, which
17  appears to be limited to serous carcinoma
18  with a suggestion of a dose-response."
19       Do you see that?
20  A.  Yeah.
21  Q.  Those were the authors'
22  words, right, suggestion of a
23  dose-response?
24  A.  Suggestion, yes.

Page 477

1  Q.  Okay.  And then --
2  A.  And I think they're using
3  suggestion because they just did a
4  dichotomous -- that's the word that I was
5  looking for, dichotomous -- a dichotomous
6  evaluation with just -- and you can't
7  prove a dose-response.  Because if they
8  were doing a test for dose-response, they
9  met statistical significance.  And you
10  know how much I like confidence
11  intervals.  They would say that they
12  found a dose-response.  But they're
13  saying it's a suggestion of a
14  dose-response because they didn't do that
15  sort of analysis.
16  Q.  Doctor, Health Canada
17  concluded there was a dose-response in
18  their Bradford Hill, right, under their
19  biologic gradient assessment?
20       MS. CURRY:  Object to the
21  form.
22       THE WITNESS:  I'd have to
23  look -- have to look back at that.
24  BY MS. GARBER:

120 (Pages 474 to 477)

Kevin Holcomb, M.D.

Page 478

1    Q.   You don't remember?
2    A.   No, I don't.
3    Q.   All right.
4    A.   Can you tell me which page
5  you are talking about?
6    Q.   Can I ask you a few more
7  questions?
8         Were you provided by
9  Johnson & Johnson counsel any testing of
10  talcum powder products by Dr. Longo with
11  regard to historical samples of talcum
12  powder products?
13    A.   No.
14    Q.   Were you provided by Johnson
15  & Johnson with any internal Johnson &
16  Johnson company testing of their talcum
17  powder products for asbestos or fibrous
18  talc?
19    A.   No.
20    Q.   Were you provided with any
21  company witness testimony with regard to
22  testing of talcum powder products?
23    A.   I hadn't requested any of
24  these, and no, I wasn't provided.

Page 479

1    Q.   So, Doctor, let me ask you
2  this.  I want you to assume that talcum
3  powder products contain asbestos, and a
4  patient of yours has asked you, is it
5  safe to use talcum powder products on my
6  genitals.  What would be your response?
7    A.   Well, my first step would be
8  to disclose that I'm involved in this
9  litigation.
10        And then I would tell her,
11  pretty much what I would say without that
12  assumption, that there are some, in my
13  opinion, weaker designed studies showing
14  a weak, as other people agree, increased
15  risk of ovarian cancer.  And other
16  weaker -- other weakly designed studies
17  that show no difference, and it seems to
18  be about a 50/50 thing, and then cohort
19  studies that show no increased risk.
20        And I would tell the patient
21  overall there's not sufficient evidence
22  to suggest that talcum powder causes
23  ovarian cancer.
24    Q.   And, Doctor, if after you

Page 480

1  said all that to her, she said, "I just
2  need to know, Doctor, should I use it?
3  Is it safe?  Yes or no?" what would your
4  response be?
5         MS. CURRY:  Object to the
6  form.
7         THE WITNESS:  I'd want to
8  ask her why she uses it.  I'm
9  going to make another assumption.
10  The fact that she's asking me
11  again after that explanation is
12  that she's concerned.  And I would
13  say, if you're concerned maybe you
14  should find an alternative product
15  because you're concerned, not
16  because I think it causes ovarian
17  cancer.  But I don't see why you
18  would stress yourself out over
19  this.
20  BY MS. GARBER:
21    Q.   And, Doctor, if your patient
22  said, "I just need to know, is using
23  Johnson & Johnson talcum powder products
24  that contain asbestos, is that safe for

Page 481

1  me to use?  Yes or no?"
2         MS. CURRY:  Object to the
3  form.
4         THE WITNESS:  And this is
5  with my assumption that there's
6  asbestos in the product?
7  BY MS. GARBER:
8    Q.   Right.
9    A.   And I'm going to make
10  another assumption that there were
11  asbestos in the products that was studied
12  in this totality of the evidence that I
13  reviewed.  And I would -- I'm not going
14  to repeat it for the sake of time, but I
15  would have the same exact discussion with
16  her.
17    Q.   You would say that it's safe
18  to use?
19    A.   I would say that, given your
20  assumption, there's asbestos in this
21  talcum powder.  The totality of the data
22  using the same product that you say has
23  asbestos in it, does not convince me that
24  it causes ovarian cancer.  So I would --

121 (Pages 478 to 481)

Kevin Holcomb, M.D.

Page 482

1    that's what I would say to her.
2        Q.   Would you say that it was
3    then safe to use?
4        A.   Again, I'm telling you that
5    there is no convincing evidence that this
6    powder causes ovarian cancer.  And that's
7    where I would leave it.
8        Q.   Okay.  Let me turn to
9    another hypothetical.
10        I want you to assume that
11   Johnson & Johnson's talcum powder
12   products are found to contain fibrous
13   talc and your patient asks you the same
14   question, is it safe for me to use
15   Johnson & Johnson's talcum powder
16   products that contain fibrous talc on my
17   genitals, what would your response be?
18        MS. CURRY:  Object to the
19   form.
20        THE WITNESS:  In this
21   hypothetical situation, can I
22   assume that that same Johnson &
23   Johnson that has fibrous talc was
24   the same stuff used in all the

Page 483

1        body of literature that I've or --
2        is that what you'd like me to
3        assume as well?
4    BY MS. GARBER:
5        Q.   What I want you to assume is
6    that one of your patients is asking you
7    is it safe or not.
8        A.   But this is your world.  And
9    this is your hypothetical situation, so I
10   want to make sure I'm doing it right.
11        The patient is asking me,
12   talcum powder products by Johnson &
13   Johnson has fibrous talc as you said.
14   And I'm just asking you, can I assume
15   that the body of literature in its
16   totality that I've reviewed is the same
17   product that you're describing, there is
18   no reason for me to have a different
19   conversation?
20        Q.   My hypothetical did not
21   include the body of literature.
22        My hypothetical was that
23   Johnson & Johnson's products contain
24   fibrous talc and your patient is asking

Page 484

1    you, is it safe to apply this product to
2    my genitals.
3        A.   Okay.  I'm going to assume
4    then that the product that you're
5    describing is the same product that was
6    used in the totality of the data that I
7    reviewed.  And I would tell her the exact
8    same story, that there's some weaker
9    studies suggesting a modest or weak
10   inconsistent positive association, and
11   stronger studies showing no association.
12   And in its totality, I would say there's
13   no compelling evidence that that product
14   that you're describing increases her risk
15   for ovarian cancer.
16        Q.   Do you go to those data
17   because you assume there's asbestos in
18   Johnson & Johnson's products always?
19        MS. CURRY:  Object to the
20   form.
21        THE WITNESS:  Do I go to
22   what data?
23   BY MS. GARBER:
24        Q.   Do you go to the talc data

Page 485

1    because you make an assumption that
2    Johnson & Johnson's products contain
3    asbestos?
4        MS. CURRY:  Object to the
5    form.
6        THE WITNESS:  I'm not sure
7    what would make you say that.
8        How else can I advise a
9    patient on the risk of a substance
10   without going to the epidemiologic
11   data on that substance?  She's
12   asking me about talc.  What other
13   data am I going to review to give
14   her an answer?
15   BY MS. GARBER:
16        Q.   Doctor, you didn't look at
17   the NTP data, did you?
18        A.   No.
19        MS. GARBER:  Okay.  Let's
20   just take a break and let me look
21   at my notes.  But I think I'm
22   finished.
23        MS. CURRY:  Let's go off the
24   record.

122 (Pages 482 to 485)

Kevin Holcomb, M.D.

Page 486

1           THE VIDEOGRAPHER: Okay.
2    The time is 6:13 p.m.  Off the
3    record.
4           (Short break.)
5           THE VIDEOGRAPHER:  We are
6    back on the record.  The time is
7    6:36 p.m.
8    BY MS. GARBER:
9       Q.   Doctor, I'm going to mark an
10   additional paper that appears in the
11   Lancet dated March 23, 2019.
12          (Document marked for
13          identification as Exhibit
14          Holcomb-28.)
15   BY MS. GARBER:
16      Q.   And, Doctor, you have not
17   seen this paper before, have you?
18      A.   No.
19      Q.   All right.  If I could turn
20   your attention to the left-hand column
21   that appears at the bottom if you look up
22   here?
23      A.   Yes.
24      Q.   Okay.  And, Doctor, it

Page 487

1    reads -- the title is "Epithelial Ovarian
2    Cancer" by Stephanie -- oh boy.  Okay.  I
3    have to start with French.
4       A.   Lheureux, I believe.
5       Q.   Lheureux.  All right.
6           And it indicates: "Risk
7    factors for epithelial ovarian cancer
8    include the number of lifetime ovulations
9    (absence of pregnancy, early age of
10   menarche, and late age of menarche)
11   family history of EOC, smoking, benign
12   gynecologic conditions (including
13   endometriosis, polycystic ovarian system,
14   and pelvic inflammatory disease) and
15   potentially the use of talcum powder."
16          Did I read that correctly?
17      A.   Yes, you did.
18      Q.   So here the authors just
19   days ago are indicating the potential of
20   talc as a risk factor for epithelial
21   ovarian cancer, true?
22          MS. CURRY:  Object to the
23          form.
24          THE WITNESS:  Yes.  They for

Page 488

1    some reason separated that one out
2    with a potentially.
3    BY MS. GARBER:
4       Q.   All right.  And the footnote
5    that the authors are citing to is the
6    Penninkilampi data, correct?
7       A.   Yes.
8       Q.   And, Doctor, I'm going to
9    mark another document as Exhibit 29.
10          (Document marked for
11          identification as Exhibit
12          Holcomb-29.)
13   BY MS. GARBER:
14      Q.   And this is a study that
15   appeared in ACOG Obstetrics and
16   Gynecology, and it's titled "What's New
17   in Ovarian Cancer."
18          Do you see that?
19      A.   Yes, I do.
20      Q.   And it says, "Best articles
21   from the past year," correct?
22      A.   Yes.
23      Q.   It's written by Jason D.
24   Wright, M.D., correct?

Page 489

1       A.   Correct.
2       Q.   You respect him?
3       A.   Yes.
4       Q.   And the Penninkilampi
5    article is listed as four of the best
6    articles from the past year, correct?
7       A.   Yes.
8       Q.   Doctor, we --
9           MS. CURRY:  Object to the
10          form of the last question.
11          THE WITNESS:  I don't -- you
12   know, I'm sorry.
13   BY MS. GARBER:
14      Q.   Doctor, I didn't have a
15   question.
16      A.   No, no, I want to go back.
17   Because I said yes.  But you made a few
18   misstatements there.
19          A, you said this was a
20   study.  It's not.  It's another op Ed
21   piece from Jason Wright saying what he
22   felt was the best papers of the year.
23          Two, you said it was an
24   ACOG.  No, it's the journal of

Kevin Holcomb, M.D.

Page 490

1  obstetrics -- Obstetrics and Gynecology
2  is the name of the journal this is in.
3       And just to clarify, without
4  speaking to Dr. Wright, I'm not sure why
5  he's calling these specifically the best,
6  whether he's speaking towards the quality
7  of the studies or just what's the most
8  popular or sensational.
9       Q.   Doctor, what's the journal
10  name?
11       A.   Obstetrics and Gynecology.
12       Q.   Does that -- do people refer
13  to that as by a particular color?
14       A.   Green.
15       Q.   And that's a -- that's a
16  journal that you regularly read?
17       A.   Yes.
18       Q.   And you do some review work
19  for them, don't you?
20       A.   Yes.
21       Q.   That is a published document
22  that appears within the Green Journal,
23  right?
24       A.   Yes.  You're telling me this

Page 491

1  is from the Green Journal, so it's --
2       Q.   Doctor, were you aware that
3  IARC is currently evaluating talcum
4  powder products for its carcinogenicity?
5       MS. CURRY:  Object to the
6  form.
7       THE WITNESS:  No.  I was not
8  aware.
9  BY MS. GARBER:
10       Q.   You are not aware of that?
11       Doctor, if -- I want you to
12  assume that IARC reviews the data that
13  exists to date and concludes that talcum
14  powder products are a Group 1 carcinogen.
15  Would your opinions in this case differ
16  with regard to talcum powder products?
17       MS. CURRY:  Object to the
18  form.
19       THE WITNESS:  I'd have to
20  see what additional data happened
21  between 2010 and 2019 that that
22  bumped them from 2-B to 1.  So I'm
23  assuming that there would be some
24  data that I've -- after my

Page 492

1  exhaustive review haven't seen
2  before.
3       And so in that setting, if
4  there was some convincing data
5  that bumped them from 2-B to 1,
6  yes, I would feel differently
7  about it.
8  BY MS. GARBER:
9       Q.   I will state in my
10  hypothetical that the IARC authors or
11  working group look at the data that
12  exists today with regard to the
13  epidemiological data, the meta-analyses
14  that exist, the nine meta-analyses,
15  including Taher, and the other
16  epidemiological data, the Saed data and
17  the other biologically plausible data,
18  and the mechanistic data that was
19  previously contained in IARC 2010, and
20  they concluded that it -- that talcum
21  powder products were a Group 1
22  carcinogen, would your opinions in this
23  matter change?
24       MS. CURRY:  Object to the

Page 493

1  form.
2       THE WITNESS:  I have to be
3  honest.  It's hard for me to
4  imagine that Dr. Saed's paper
5  being quoted in IARC.  So this is
6  a tough one for me to get into
7  your hypothetical situation here.
8       But no, I'm not so sure,
9  because I'm thinking from the last
10  time they published a
11  classification to now, there's
12  going to be three prospective
13  studies, all coming to the
14  conclusion that there is no
15  increased risk.
16       And then there's going to be
17  a number of meta-analysis, as
18  you're saying, which a lot of the
19  data is rechurning what they've
20  already looked at.  So it would be
21  what incremental data have they
22  added to it.
23       So I guess I'm having a hard
24  time in your -- in your scenario,

124 (Pages 490 to 493)

Kevin Holcomb, M.D.

Page 494

1    how IARC is going to get from a
2    2-B to a 1, based on what's been
3    published from the last time that
4    they issued an opinion on this.
5   BY MS. GARBER:
6        Q.   I want you to assume that
7   they get to a 1.  Is your opinion going
8   to change out of your respect for the
9   institution of IARC, a branch of the
10  World Health Organization?
11            MS. CURRY:  Object to the
12       form.
13            THE WITNESS:  If IARC used
14       Penninkilampi, for example --
15       let's say that I was -- I'm going
16       to give you a hypothetical.
17  BY MS. GARBER:
18       Q.   Doctor, you don't give me a
19  hypothetical.
20       A.   If --
21       Q.   I give you one.  You
22  understand that, right?
23       A.   I'm giving you the
24  hypothetical of how I'm considering your

Page 495

1   situation.
2        Q.   I want you to answer my
3   hypothetical.
4        A.   It depends on what brought
5   them from 2-B to 1.  I have respect for
6   IARC because I looked at their
7   methodology.  We've gone through the
8   things that I didn't agree with IARC
9   methodology.  But if you told me IARC's
10  quality dropped to such a standard that
11  they had Dr. Saed's paper as highly
12  credible, and this is moving us from here
13  to here, I'm no longer so impressed with
14  IARC.
15            So, no, my respect level for
16  IARC would drop considerably, and I
17  probably wouldn't follow the
18  recommendations.
19       Q.   Doctor, you're aware, aren't
20  you, of FDA's recent statements with
21  regard to the businesses Justice and
22  Claire and their cosmetic products?
23       A.   That's -- I'm not -- can you
24  repeat that once again.

Page 496

1        Q.   Sure.  Are you aware that
2   the FDA -- are you aware of FDA's
3   statements with regard to certain
4   cosmetic makeup products that are sold at
5   Justice and Claire's with regard to talc
6   and asbestos?
7            MS. CURRY:  Object to the
8       form.
9            THE WITNESS:  No, I'm not
10       aware.
11  BY MS. GARBER:
12       Q.   Did you, before you came
13  here today and in preparation for your
14  deposition, endeavor to look at what FDA
15  is saying about talcum powder products?
16            MS. CURRY:  Object to the
17       form.
18            THE WITNESS:  No.
19            (Document marked for
20       identification as Exhibit
21       Holcomb-30.)
22  BY MS. GARBER:
23       Q.   Let's mark this as
24  Exhibit 30.

Page 497

1            Doctor, this is -- at the
2   bottom, you see this is the FDA's
3   website, right, FDA.gov/cosmetics?
4        A.   Yes.
5        Q.   Do you see that?
6        A.   Yes.
7        Q.   And do you see at the top it
8   indicates recalls and alerts?  "FDA
9   advises consumers to stop using certain
10  Claire's cosmetic products."
11            Do you see that?
12       A.   Yes.
13       Q.   And do you see there in the
14  middle of the document, it indicates,
15  "Product samples test positive for
16  asbestos," and then it lists a number of
17  Claire's products?
18       A.   Yes.
19       Q.   Doctor, if there was such a
20  finding by FDA with regard to J&J's
21  talcum powder products, would your
22  opinions change in this case?
23            MS. CURRY:  Object to the
24       form.

125 (Pages 494 to 497)

Kevin Holcomb, M.D.

Page 498

```
 1          THE WITNESS: I'd have to
 2   say the testing of the products
 3   that went into this body of
 4   knowledge that I have, I'm not
 5   sure. I would have to think about
 6   it. The reason why I'm hesitating
 7   is because I don't know, is that a
 8   new problem? Like, for example,
 9   this one store, Claire's stores, I
10   think it's easier to call these
11   folks out because you don't know
12   if this is a new contamination.
13          The question would be if all
14   this data is with the same
15   contaminated product, I'd have to
16   assume that a woman is at no more
17   increased risk than -- than --
18   than the stuff in this paper -- in
19   these papers.
20          But I can't see myself going
21   against FDA regulations. I mean,
22   if FDA says stop using something,
23   I'm not going to tell people to
24   use something against FDA's
```

Page 499

```
 1   regulations.
 2   BY MS. GARBER:
 3      Q.   And if FDA indicates that
 4   the testing that they conducted of
 5   Johnson & Johnson's talcum powder
 6   products test positive for asbestos,
 7   would your causation opinions change?
 8          MS. CURRY: Object to the
 9      form.
10          THE WITNESS: No. No.
11   BY MS. GARBER:
12      Q.   Would your advice to
13   patients change?
14      A.   Apparently the FDA would
15   likely put out a warning to say stop
16   using it, and, yeah, I would stop using
17   it. I've done that in the past where
18   there's things that -- if the FDA sends
19   out a warning about, and I stop doing it,
20   even though I may think in my hands it's
21   safe.
22          It has a lot to do with
23   medical/legal issues and things like
24   that. But --
```

Page 500

```
 1      Q.   You would heed the warning?
 2          MS. CURRY: Object to the
 3      form.
 4          THE WITNESS: I would think
 5   anyone with common sense would.
 6   It doesn't make sense to not to.
 7   BY MS. GARBER:
 8      Q.   Similarly, if FDA compelled
 9   a warning to be placed on Johnson &
10   Johnson's products, would you heed that
11   warning if your patients were asking you
12   if it was safe to use?
13          MS. CURRY: Object to the
14      form.
15          THE WITNESS: Putting a
16   warning on it or pulling it off
17   the market?
18   BY MS. GARBER:
19      Q.   Putting a warning on the
20   bottle.
21          MS. CURRY: Object to the
22      form.
23          THE WITNESS: Would I tell
24   patients to heed the warning.
```

Page 501

```
 1   BY MS. GARBER:
 2      Q.   Sure. If the patient -- if
 3   there was a warning about ovarian cancer
 4   on the bottle, compelled by -- by FDA and
 5   your patient came and said I've been
 6   putting this on my genitals, should I
 7   stop, what would your answer be?
 8          MS. CURRY: Object to the
 9      form.
10          THE WITNESS: I have to
11   believe that if the -- if the FDA
12   thought that that product was such
13   a carcinogen and so dangerous
14   there wouldn't be just a warning
15   label, they would pull it off the
16   market. If the FDA is just
17   putting a warning so that patients
18   are aware of it, I think my
19   conversation with her is going to
20   be very similar to the
21   conversation I just told you I
22   would have now.
23   BY MS. GARBER:
24      Q.   But you wouldn't tell her
```

126 (Pages 498 to 501)

Kevin Holcomb, M.D.

Page 502

1    to -- to stop using it?
2         A.   My guess is the warning
3    would be very similar to the
4    conversations I'm having, there are some
5    weaker data suggesting -- so in your --
6    you know, your hypothetical situation,
7    it's -- I would think that they would
8    possibly recall it or -- not recall it.
9    They would -- they would put an advice to
10   stop using a certain product, like they
11   are doing in this situation.  And a
12   patient came to me and says the FDA has
13   this warning to stop using this product,
14   I would support the FDA.
15        Q.   And, Doctor, I know you are
16   not a regulatory expert, but you do know
17   that at times FDA does not have the power
18   to compel a warning, you understand that,
19   right?
20        A.   I -- I, really -- as you
21   started with your statement, I am not a
22   regulatory expert.  I know very little
23   about regulations and how the FDA works
24   in that regard.

Page 503

1         (Document marked for
2         identification as Exhibit
3         Holcomb-31.)
4    BY MS. GARBER:
5         Q.   I want to mark another
6    document.  And this is Exhibit 31, which
7    is from the FDA website.  And it's titled
8    "Talc."
9         Doctor, do you see -- do you
10   see that the date of the download of this
11   document is March 19, 2019?
12        A.   Yes.
13        Q.   And, Doctor, did you ever
14   endeavor to go to the FDA website and put
15   in "talc" to see what the FDA was saying
16   about talcum powder products?
17        A.   No.
18        Q.   Okay.  I will represent to
19   you what appears on this website is
20   what's under the heading of "Talc."
21        It says, "Here is a recent
22   FDA action related to talc.  Learn more
23   below."
24        It reads, "The FDA continues

Page 504

1    to investigate and monitor reports of
2    asbestos contamination in certain
3    cosmetic products and will provide
4    additional information as it becomes
5    available.  The agency is and will
6    continue to work with other" -- "other
7    federal partners to share our collective
8    expertise to advance scientific test
9    methods for the assessment of asbestos."
10        Did I read that correctly?
11        A.   So far you've been perfect.
12        Q.   Does it cause you concern
13   that the FDA is interested in looking
14   further into whether talcum powder
15   products contain asbestos?
16             MS. CURRY:  Object to the
17        form.
18             THE WITNESS:  No.  It
19        actually gives me reassurance that
20        the federal agencies that are
21        supposed to be protecting public
22        safety are at work and doing what
23        they are supposed to be doing.
24   BY MS. GARBER:

Page 505

1         Q.   But you are here in this
2    litigation saying talc is safe, even
3    though FDA is looking into whether or not
4    talcum powder products contain asbestos.
5         A.   Right.  So if --
6             MS. CURRY:  Object to the
7        form.
8    BY MS. GARBER:
9         Q.   It doesn't concern you?
10        A.   It would concern me if they
11   told me that they found levels of talc
12   and -- and -- you know, the -- the reason
13   why it would concern me is because I
14   don't know if that's a new contamination
15   or that product is the same as it's
16   always been.
17        If it's the same as it's
18   always been, then you are talking about a
19   level of contamination that don't have
20   compelling evidence that it causes
21   cancer.
22        But I don't know how I would
23   know the difference.  I think I would
24   have to assume that it's -- that it's

127 (Pages 502 to 505)

Kevin Holcomb, M.D.

Page 506

1    different than this. I think you'd have
2    to either assume it's the same or it's
3    different. And I think the safer thing
4    to do would be to assume that it's
5    different.
6          If I knew for sure that this
7    level of contamination they find has been
8    in this stuff all this time and all these
9    thousands of patients that we've
10   followed, you know, the large
11   case-control studies, the 70,000, 60,000,
12   40,000 patients on cohort studies, if
13   that's the product that they've been
14   using and it's contaminated all this
15   time, I would have to say no, that
16   wouldn't worry me. But there's no way
17   that I would be able to tell the
18   difference.
19         Q.   Shouldn't you, as a patient
20   advocate, err on the side of safety?
21         MS. CURRY: Object to the
22   form.
23         THE WITNESS: That's what I
24   just said, I would.

Page 507

1    BY MS. GARBER:
2          Q.   You know, Doctor, if -- you
3    are a member of the SGO, right?
4          A.   Yes.
5          Q.   And that stands for Society
6    of Gynecologic Oncology, right?
7          A.   Yes.
8          Q.   That's a professional
9    organization?
10         A.   Yes.
11         Q.   And do you know what --
12   whether they list talc as a risk factor
13   at present?
14         A.   On which site, on the SGO
15   website?
16         Q.   Yeah.
17         A.   No, I'm not -- I'm not sure.
18         Q.   I want you to assume that --
19   that the SGO issues an advisory that talc
20   can cause cancer. Would you continue to
21   recommend to patients that they use
22   talcum powder products on their genitals?
23         MS. CURRY: Object to the
24   form.

Page 508

1          THE WITNESS: You're saying
2    the advisory would just say that
3    there's some evidence suggesting
4    that talc -- what is the -- can
5    you word the -- can you give me
6    the hypothetical wording of what
7    is SGO is saying?
8    BY MS. GARBER:
9          Q.   Sure. SGO has issued an
10   advisory that says there is evidence that
11   talc can cause cancer, ovarian cancer.
12         A.   Right. And then --
13         Q.   Would you -- would you
14   continue to advise patients that talcum
15   powder products are safe?
16         MS. CURRY: Object to the
17   form.
18         THE WITNESS: Before I made
19   a decision on that I'd have to go
20   and see what is the data that they
21   are basing that on.
22         If they are basing it on the
23   data that I've just reviewed, I
24   would have the same discussion

Page 509

1    with my patients, because I -- I
2    would say them saying that there's
3    evidence to this effect is just
4    telling the truth.
5          If I then have to go and
6    read the body of literature that
7    they're using to make that
8    warning, to decide, well, yes,
9    the -- the studies that they are
10   referring to are the same ones I
11   know, and the ones that don't is
12   the same amount going both ways,
13   my feeling would be the same.
14         So is their advisory based
15   on new data or an assessment of
16   what I've assessed?
17   BY MS. GARBER:
18         Q.   You wouldn't heed the
19   advisory of the SGO, your professional
20   organization, is that your testimony?
21         A.   And stop using talc myself?
22   What -- what would --
23         MS. CURRY: Object to the
24   form.

Kevin Holcomb, M.D.

Page 510

BY MS. GARBER:
    Q.   And advise patients that
it's safe to use?
    A.   You didn't say that SGO is
advising to stop using talc.  You said
what would I do if the SGO had an
advisory just saying that patients should
be aware that there's information out
there to this effect.
    Q.   That wasn't my hypothetical,
was it, Doctor?
    A.   Yeah.  Can you go back and
read it?
    Q.   The SGO issues an advisory
that talc can cause cancer.  Would that
change what you told patients about the
safety of talcum powder products?
        MS. CURRY:  Object to the
    form.
        THE WITNESS:  If the SGO
    jumped up to the same
    classification as IARC that says
    there's insufficient evidence but
    this is potentially a carcinogen,

Page 511

I don't see how SGO would be
saying anything different than
IARC.
    So that -- that statement
that says it can, you'd have to go
in and see, well, what's the
evidence that you're basing it on.
    And I'm saying that -- why
would I change my feeling about
this if somebody else looks at
this data, and it's the same data
that I've just reviewed, and says
we're going to make this
statement.
    And the patient comes to me
and asks me, well, how do you feel
about that statement?  And if it's
based on this same data, I'm not
sure how it changes the fact that
it's from SGO.  I'm still going to
then explain, this is the truth as
I see it and the totality of the
evidence.
BY MS. GARBER:

Page 512

    Q.   You're not going to heed the
advisory of the SGO?
        MS. CURRY:  Object to the
    form.
        THE WITNESS:  You -- the
    advice --
BY MS. GARBER:
    Q.   Because you know the data
better?
    A.   The advice -- there is no
advisory here.  You keep on saying that
the SGO is saying that there's evidence
that talc can cause cancer.  An advisory
is telling you to do something.  In this
case, are they saying stop using talc or
that patients should just be aware?
    Q.   Let me give you another
hypothetical.  SGO issues an advisory to
stop using talcum powder products on your
genitals because it contains asbestos.
Would you heed that advisory?
        MS. CURRY:  Object to the
    form.
        THE WITNESS:  If the SGO is

Page 513

telling patients to stop using
talc because of asbestos that's
been proven to be there, yes, to
be honest, I would probably drop
in line, just not to be out of --
I'd be fearing medical/legal
exposure by not doing it, no
matter how I felt about the data.
BY MS. GARBER:
    Q.   More concerned about your
neck rather than the patients, Doctor?
        MS. CURRY:  Object to the
    form.
        THE WITNESS:  I have my
    opinion of this data.  The data --
    if you're saying my hypothetical
    that I just gave you is that the
    data didn't change and SGO makes a
    statement.  I'm worried about the
    patients the same amount, because
    the data is the data.
        You're saying, well, what if
    SGO gets behind it and says based
    on what you read, we want to give

129 (Pages 510 to 513)

Kevin Holcomb, M.D.

Page 514

1  an advisory?
2      The risk level hasn't
3  changed.  It's not based on any
4  new data.  So I don't care about
5  my patients any less.  The risk to
6  them hasn't increased.
7  BY MS. GARBER:
8      Q.  Doctor, is cornstarch a safe
9  alternative to talcum powder products?
10     MS. CURRY:  Object to the
11  form.
12     THE WITNESS:  It's an
13  alternative, yes.
14  BY MS. GARBER:
15     Q.  Is it a safe alternative?
16     MS. CURRY:  Object to the
17  form.
18     THE WITNESS:  I have no
19  reason to think that cornstarch is
20  not safe.
21  BY MS. GARBER:
22     Q.  You haven't done a
23  comprehensive literature review of the
24  cornstarch data, have you?

Page 515

1      A.  No.
2      Q.  Let me ask you about some of
3  the expert work that you've done, just so
4  that I'm clear on your prior testimony.
5      Since the Ingham case, and
6  that verdict, and before you were hired
7  in the MDL, did you continue to do any
8  expert work with regard to talcum powder
9  products and ovarian cancer?
10     A.  No.  You actually asked me
11  that earlier.  Same answer.  No.
12     Q.  Okay.  And are you currently
13  serving as an expert on the talcum powder
14  products in any other litigation aside
15  from the MDL?
16     A.  No.
17     MS. GARBER:  Okay.  Just
18  give me one moment.
19     Okay.  All right.  I have
20  nothing further at this point.
21  Thank you, Doctor.
22     THE WITNESS:  Sure.
23     MS. CURRY:  No questions.
24     MS. GARBER:  Okay.  We're

Page 516

1  finished.
2      THE VIDEOGRAPHER:  Okay.
3  Stand by, please.  This marks the
4  end of today's deposition.  The
5  time is 6:59 p.m.
6      (Excused.)
7      (Deposition concluded at
8  approximately 6:59 p.m.)

Page 517

1
2      CERTIFICATE
3
4
5      I HEREBY CERTIFY that the
   witness was duly sworn by me and that the
6  deposition is a true record of the
   testimony given by the witness.
7
   It was requested before
8  completion of the deposition that the
   witness, KEVIN HOLCOMB, M.D. have the
9  opportunity to read and sign the
   deposition transcript.
10
11
12
      _____
      MICHELLE L. GRAY,
13    A Registered Professional
      Reporter, Certified Shorthand
14    Reporter, Certified Realtime
      Reporter and Notary Public
15    Dated:  March 28, 2019
16
17
18     (The foregoing certification
19  of this transcript does not apply to any
20  reproduction of the same by any means,
21  unless under the direct control and/or
22  supervision of the certifying reporter.)
23
24

130  (Pages 514 to 517)

Kevin Holcomb, M.D.

Page 518

INSTRUCTIONS TO WITNESS

1
2
3          Please read your deposition
4    over carefully and make any necessary
5    corrections.  You should state the reason
6    in the appropriate space on the errata
7    sheet for any corrections that are made.
8          After doing so, please sign
9    the errata sheet and date it.
10         You are signing same subject
11   to the changes you have noted on the
12   errata sheet, which will be attached to
13   your deposition.
14         It is imperative that you
15   return the original errata sheet to the
16   deposing attorney within thirty (30) days
17   of receipt of the deposition transcript
18   by you.  If you fail to do so, the
19   deposition transcript may be deemed to be
20   accurate and may be used in court.
21
22
23
24

Page 520

ACKNOWLEDGMENT OF DEPONENT

1
2
3
4          I,_____, do
5    hereby certify that I have read the
6    foregoing pages, 1 - 521, and that the
7    same is a correct transcription of the
8    answers given by me to the questions
9    therein propounded, except for the
10   corrections or changes in form or
11   substance, if any, noted in the attached
12   Errata Sheet.
13
14
15   _____
16   KEVIN HOLCOMB, M.D.          DATE
17
18
19   Subscribed and sworn
     to before me this
20   _____ day of _____, 20____.
21   My commission expires:_____
22
     _____
23   Notary Public
24

Page 519

1          - - - - - -
             E R R A T A
2          - - - - - -
3
4    PAGE LINE CHANGE
5    ____ ____ _____
6          REASON: _____
7    ____ ____ _____
8          REASON: _____
9    ____ ____ _____
10         REASON: _____
11   ____ ____ _____
12         REASON: _____
13   ____ ____ _____
14         REASON: _____
15   ____ ____ _____
16         REASON: _____
17   ____ ____ _____
18         REASON: _____
19   ____ ____ _____
20         REASON: _____
21   ____ ____ _____
22         REASON: _____
23   ____ ____ _____
24         REASON: _____

Page 521

1          LAWYER'S NOTES
2    PAGE LINE
3    ____ ____ _____
4    ____ ____ _____
5    ____ ____ _____
6    ____ ____ _____
7    ____ ____ _____
8    ____ ____ _____
9    ____ ____ _____
10   ____ ____ _____
11   ____ ____ _____
12   ____ ____ _____
13   ____ ____ _____
14   ____ ____ _____
15   ____ ____ _____
16   ____ ____ _____
17   ____ ____ _____
18   ____ ____ _____
19   ____ ____ _____
20   ____ ____ _____
21   ____ ____ _____
22   ____ ____ _____
23   ____ ____ _____
24   ____ ____ _____

131 (Pages 518 to 521)

## A

**a.m** 1:15 11:7 126:11,16

**AACES** 7:14

**abandoned** 214:18

**ability** 17:8 95:11 116:9 131:17 135:17 282:3 285:7 422:9 426:7

**able** 77:14 78:18 79:1 130:3,11 132:12 148:17 159:5 168:15 199:8 216:8 290:9,10 314:16,20 318:1 321:8 339:17 396:24 438:6 442:14 506:17

**absence** 131:7 315:2 427:9 487:9

**absolute** 396:11

**abstract** 125:4 329:15 383:19 404:11,23 476:9

**absurd** 204:1 217:14

**academic** 178:2

**Academy** 446:19

**accept** 77:22,23 78:11 90:8

**acceptable** 48:21

**accepted** 61:8 151:8 196:4 295:8

**access** 299:20

**accompany** 15:2

**accord** 219:3

**account** 196:22

276:13 277:23 352:9 397:24

**accounts** 398:21

**accuracy** 371:3

**accurate** 14:12 22:1 23:18 110:24 117:1 124:4 151:7 303:24 355:24 380:15,18 518:20

**accurately** 318:1 369:4

**achieve** 194:6

**acid** 151:24

**acknowledge** 128:1 155:24

**ACKNOWLE...** 520:2

**ACOG** 488:15 489:24

**act** 323:10

**action** 275:12 276:9 447:3 503:22

**activities** 251:9 251:20

**activity** 251:11 264:12

**actual** 122:11 400:16

**acute** 450:21

**add** 81:3 110:22 329:1 373:3

**added** 229:1 493:22

**adding** 291:23

**addition** 54:5 116:13 439:20

**additional** 54:8 88:6 486:10 491:20 504:4

**address** 23:14 26:6 273:5,10 273:13 309:8 398:17

**addressed** 57:2

318:14 346:8 352:2

**addressing** 28:21 158:21 323:9 429:7

**adenomatous** 456:6

**adequate** 345:7

**adequately** 399:15

**ADLs** 251:6,6

**administer** 11:17

**admit** 130:24 380:9

**admitted** 91:4 94:22

**admitting** 42:8 133:4 294:6,8 294:10,13 330:21

**admonitions** 15:2

**adnexa** 151:21

**advance** 504:8

**advanced** 336:3

**advice** 499:12 502:9 512:6,10

**advise** 239:7 315:9 485:8 508:14 510:2

**advises** 9:19 497:9

**advising** 510:5

**advisory** 507:19 508:2,10 509:14,19 510:7,14 512:2 512:11,13,18 512:21 514:1

**advocate** 238:18 238:23,24 239:4 506:20

**affect** 291:2

**affirmative** 23:22

**African** 7:13

248:12

**afternoon** 239:22

**age** 340:18 351:18 364:2 364:10,21 368:20 383:24 444:10 487:9 487:10

**aged** 366:1,3

**agencies** 504:20

**agency** 504:5

**agent** 72:14 74:17 469:16

**agents** 445:10

**ages** 366:5

**ago** 47:12 55:21 86:21 88:1 111:12 140:19 143:17 354:24 461:5 487:19

**agree** 20:21 32:11 41:23 89:10 93:20,22 96:5,8 101:15 101:18 155:22 157:9 158:23 162:23 170:14 173:9 182:12 182:18 184:11 212:14,15,19 212:24 214:16 215:11 216:11 221:2,12 222:23 223:2 227:20 241:7 247:4,13,14 249:3,11,13,16 250:4 257:11 257:18,18 258:6 295:14 297:14,20 298:23 299:4 300:7 317:12 317:13 318:3 325:21 326:2 329:13 335:5

345:14,15,20 345:22 366:22 369:5 370:9 388:4 398:8 401:3,22 402:9 402:21 404:17 410:1,17 425:19 427:12 430:15 432:20 439:17 452:18 455:9 457:10 459:4,13,14 470:12 471:3 479:14 495:8

**agreed** 182:15 348:24

**agreeing** 297:2

**agrees** 292:6

**ahead** 31:9 54:1 66:11 237:8

**al** 88:19,19 255:19 303:4 358:4 416:11 416:23,24 417:5,15 453:15,18 462:10

**Alabama** 2:14

**alerts** 497:8

**ALLEN** 2:12

**allow** 458:13

**allowed** 73:14 154:20 163:22

**alter** 283:20

**alterations** 251:21

**altered** 282:3

**alternative** 469:16 480:14 514:9,13,15

**altogether** 219:19 220:2 290:22 311:20 313:12 321:20 321:23

**amend** 300:8

**amendments**

151:7
American 7:13
9:8
Americans
248:13
amount 39:13
137:9 264:12
386:4 390:2
409:13 431:7
431:12 509:12
513:20
amphibole
42:24
Amrhein 6:18
analogies
120:13
analysis 18:5
34:7 171:7,18
171:21 189:14
217:3 225:20
229:8 249:18
278:20,20
345:24 387:14
387:18 429:3
431:15 436:6
446:23 453:19
477:15
analyzing
428:20 430:8
and/or 14:14
113:19 517:21
Andrew 468:23
animal 127:22
129:4,8,13,19
130:11 131:9
134:16
animals 134:17
anniversary
389:8
answer 10:5
15:22 41:21
45:23 48:20
59:3 63:20
65:3,11 66:12
67:17 68:7,8
91:21 99:10
133:16 136:8

163:11,21
166:23 167:5
167:12,16
168:4 169:6,24
171:2 174:10
176:13 191:3
205:24 213:14
228:8,10,12,14
232:18 233:2
298:7 316:18
327:14,24
330:11 353:12
354:13 356:3
401:21 411:2
415:1,3 458:4
458:14 485:14
495:2 501:7
515:11
answered 31:14
67:21 80:20
288:14
answering
101:14 265:21
328:17 456:23
answers 166:16
166:22 167:1
411:6 520:8
anti-inflamma...
459:6
anticipate 405:6
antiinflammat...
447:14,17
449:8 455:12
455:19
antiinflammat...
453:16 454:17
anybody 37:5
150:10 307:17
341:16,22
451:20
anyway 237:9
460:20
apart 340:3
391:16
apologize 40:19
71:13,20 72:1
87:10 232:21

255:24
apparent 293:16
386:22
apparently
420:21 445:20
499:14
appear 51:15
57:11 58:18
105:5 116:12
152:4,13,21,23
160:7 186:17
appearances 2:1
3:1 4:1 11:14
appeared
488:15
appears 186:10
186:17 424:19
471:19 476:17
486:10,21
490:22 503:19
APPEL 3:17
application 84:7
432:9 435:5
applications
417:2
applied 145:12
427:4 428:12
applies 85:21
86:15
apply 75:15 76:2
85:17 484:1
517:19
appreciably
270:11
appreciate
24:13 31:12
126:7 209:1
255:1 280:23
353:14 465:16
appreciated
122:22
approach
128:22 163:5
appropriate
168:5 223:22
463:3 473:15
473:16 518:6

approximate
264:18 290:7
approximately
336:5 516:8
April 424:17
428:6
area 27:21 43:13
68:15 85:2
106:21 392:6
393:14 427:2
428:22 453:2
areas 138:20
323:11 376:6
argue 166:4
253:4 266:23
450:4
argument
460:14
Arsenic 5:22
71:10
article 182:2
194:12 196:7
200:20 299:7,9
299:18 300:9
363:21 463:20
489:5
articles 54:9
120:23 217:3
287:4 488:20
489:6
asbestiform
75:18 85:1,7
85:20,22 86:16
89:18 95:1
96:2,6 98:24
asbestos 22:13
22:16 26:15,19
26:22 27:1,12
27:19 28:7
38:14,20 39:12
41:17,24 42:7
42:9,13 60:14
61:13,23 62:15
62:22 63:18
65:1,6,8 67:8
67:22 68:1
69:18 70:24

74:6,8,23
75:14 76:1
82:3,24 83:9
84:21 85:16,19
85:23 86:4,15
87:19 88:9
89:17 90:2,20
91:5,6 95:1,10
95:22 96:6,10
96:17,23 98:6
98:21 99:7,19
100:4,16
101:16,18
108:19 109:23
154:15 170:8
175:2 239:8
326:17 330:10
342:19 391:5
391:12 393:4
398:21 478:17
479:3 480:24
481:6,11,20,23
484:17 485:3
496:6 497:16
499:6 504:2,9
504:15 505:4
512:20 513:2
ascend 445:15
ascending 423:4
ascension
127:23 131:10
ascent 445:10
aside 52:23
111:5 207:9
515:14
asked 42:6
43:11,17 46:14
56:16 59:17
63:16,19 66:20
67:16 80:17
81:18 88:12
97:6,6,17,18
98:1 103:9
106:3 138:19
138:20 141:2
143:22 144:11
144:20 145:1

178:18 182:15
189:7 190:15
190:16 191:8
209:12 211:13
211:20 216:17
228:9,15,24
286:20 306:14
314:13 328:2,9
328:17 332:3
341:21 348:21
353:9 366:18
367:8 371:17
371:23,24
372:10 376:8
384:3 413:6
454:6 479:4
515:10
**asking** 16:4
24:10,14 27:16
97:10 141:6
152:18 167:13
167:21 168:1
168:10 184:15
195:14 196:3
208:11 212:11
292:11 297:17
332:16 348:19
370:21 371:24
372:3 385:10
422:10 440:16
458:11,15
480:10 483:6
483:11,14,24
485:12 500:11
**asks** 482:13
511:16
**aspect** 429:22
**aspects** 430:9,15
**aspirin** 452:19
453:23 454:12
454:17 455:11
455:15 456:3,9
456:15 457:10
459:6,17
461:17
**assess** 391:19
**assessed** 509:16

**assessing** 20:13
157:11,13
158:22
**assessment** 6:19
33:22 43:12
90:19 142:14
145:24 220:11
252:9 257:19
345:17 376:15
420:11 428:19
436:7 477:19
372:24 429:9
504:9 509:15
**assigned** 215:22
**assignment** 43:8
43:20
**associated** 17:15
20:3 80:2
158:3 175:20
176:7 182:8
189:19 243:24
245:6,16
265:11 266:4
301:15 454:18
**association** 6:22
7:12 87:18
124:9 149:23
150:4,8 164:8
165:2 202:16
203:23 220:23
229:6 246:14
246:19 247:16
249:21 259:9
259:12 260:11
260:18 262:15
265:15 268:20
272:3 307:23
310:6 312:22
313:9 351:4
357:16 374:15
375:10 378:10
408:23 409:11
420:16 429:11
432:8 433:21
443:5 444:19
445:6 446:16
453:22 454:1
476:15 484:10

484:11
**associations**
115:23 276:14
277:24
**assume** 16:6,19
76:4 98:5
108:16 177:1
177:22 178:8
217:5 218:2,24
243:1 265:18
323:16 331:16
372:24 429:9
473:17 479:2
482:10,22
483:3,5,14
484:3,17
491:12 494:6
498:16 505:24
506:2,4 507:18
**assumed** 408:24
**assuming** 35:2
226:19 297:13
319:18 323:20
326:20 369:1
423:19,20
433:15 444:1
491:23
**assumption**
178:1,3 265:13
279:1 331:24
337:6 369:11
436:23 479:12
480:9 481:5,10
481:20 485:1
**assumptions**
107:24 108:7
108:11 332:1
341:2
**atomic** 326:14
331:22 335:17
336:11 353:5
**attached** 51:16
52:24 57:12
105:6 117:4
518:12 520:11
**attempt** 48:22
122:9 123:5

283:9 300:15
411:12
**attempted** 48:15
408:4
**attempting**
296:15
**attendant** 44:10
115:6 146:16
154:7 181:2
288:21
**attention** 28:14
40:4 486:20
**attenuated**
78:16
**attorney** 518:16
**attributable**
191:17 199:13
241:24
**attributed** 444:8
**author** 6:16
121:21,23
122:2 152:19
184:9,18 194:1
194:22 211:17
249:4 257:5,18
264:2 287:3,6
287:9,12 300:2
399:4 445:8
**author's** 211:14
**authored** 468:23
**authoritative**
195:14
**authority**
194:13,18
195:4,19 196:5
199:11 219:8
219:13,16
372:17 373:1
**authors** 89:1
121:24 123:4
147:24 178:15
184:24 190:19
201:3,6 203:12
210:17 212:16
212:21 214:15
215:1,17
217:11 218:3

218:11,24
219:4 220:19
222:20 223:3
231:9 237:10
237:19 247:17
253:17 254:4
257:19,24
259:19 261:4
267:3 272:14
273:7,7,14,15
275:11 279:13
279:23 280:14
287:14 309:1
334:10 344:11
350:16 351:1,9
351:12,17
358:9,16
359:16 360:13
362:7,20
367:14 374:1
376:21 379:9
379:15 394:2
395:13 397:12
397:21 401:5
401:23 402:23
411:13,16,22
412:10 413:18
414:5 417:8
418:8 423:10
424:5,7 427:14
428:18 430:7
431:17,24
435:24 436:7
436:11,18
437:13 439:19
439:19 441:4
443:2,6,9,13
444:18 445:3,4
445:14,17,19
446:23 454:16
487:18 488:5
492:10
**authors'** 476:21
**available** 220:20
224:18 325:18
419:13 420:18
504:5

Kevin Holcomb, M.D.

**Avenue** 1:14
11:9
**average** 405:7
**avoid** 15:18
**aware** 28:6 30:7
30:14 31:15,20
32:2,8 42:23
79:9 94:1,4
144:23 154:17
229:19 243:22
244:20 245:1,3
247:6 253:10
253:16 267:2
288:12,14
306:19,23
333:12 390:19
391:1 419:2,11
437:23 438:18
440:5 491:2,8
491:10 495:19
496:1,2,10
501:18 510:8
512:16

**B**

**B** 3:17 5:10 6:2
7:2 8:2 9:2
41:14
**Baby** 16:15,21
32:14 99:7
**back** 40:8 50:21
53:14 65:24
72:16 84:23
85:12 88:20
93:5 94:2,6
97:22 98:3
126:15 129:10
129:16 130:7
136:16 146:11
150:21 167:7,8
179:15 239:19
258:14,20
269:16,19
287:10 320:20
321:17 327:17
328:23 343:22
348:15 384:1

397:6 400:24
421:20 428:14
431:5 435:19
446:11 453:13
461:4,9 473:23
476:8 477:23
486:6 489:16
510:12
**baked** 283:22
**balance** 229:13
**bank** 395:20,21
**bar** 445:20
**base** 442:6,12
**based** 7:19
18:14 43:12
44:9,16 48:18
61:16 62:10,11
71:24 76:5
87:20 150:15
156:1 164:23
179:1 185:13
188:2,13
204:21 219:7
244:22 252:5
252:10 260:8
264:24 268:11
282:2 289:4
329:11 333:10
335:23 341:3
341:21 373:14
375:17 402:12
403:1 439:5
442:8 447:24
464:19 494:2
509:14 511:18
513:23 514:3
**baseline** 78:16
376:5
**bases** 37:17
**basic** 57:1,5,16
58:5 59:1
153:12 205:11
461:2
**basically** 225:11
227:8,8 231:10
322:8 475:10
**basing** 52:3

508:21,22
511:7
**basis** 47:24
123:15 124:8
285:12 322:14
336:15,16
357:20 362:6
433:11 447:18
447:22 464:16
**Beach** 2:4
**bear** 75:8
**BEASLEY** 2:12
**becoming**
264:16
**began** 38:4
41:14 351:19
352:10 368:21
**beginning** 1:15
59:10,21 97:7
116:12 270:4
307:10 308:5
379:2 380:12
**begins** 201:17
256:8 275:18
378:8 469:7
**behavior** 340:10
**behaviors** 252:4
**belief** 449:10
**beliefs** 284:7
**believe** 14:2
28:20 36:4
37:5 38:3 43:5
43:24 49:7
51:21 54:8
55:11 62:19
64:24 65:5,8
67:22,24 69:7
70:3 92:2
99:14,14,24
121:16 127:17
135:23 138:1
151:1 157:19
157:21 163:2
174:17,19
177:2,21 180:2
187:24 188:24
212:13 213:24

221:14,17
243:10 245:5
245:10,20
248:18 252:7
261:14 267:15
267:19,22
268:2,3 271:2
282:1 285:17
295:5 308:7,10
362:22 369:17
369:21,22
372:7 373:11
409:4 410:23
411:4 413:6
414:9 436:19
437:11 447:9
451:15,23
454:20,23
455:17 456:13
458:23 470:9
487:4 501:11
**believes** 340:24
**believing** 179:15
**bench** 153:22,24
**benefit** 33:16,19
34:10,15,22
35:12,24 36:6
36:16 37:6
**benefiting** 35:6
**benefits** 33:4,12
**benign** 487:11
**Berge** 9:14
229:23,24
231:20 233:9
234:5 236:7
237:1,6 238:4
238:4 259:11
261:21 290:12
290:17 314:5
318:11 319:3
319:12 320:20
320:24 321:8
322:5,7,13,15
322:22,22,22
328:23 329:9
329:19,21
408:11 409:6

409:23 471:12
472:19
**Berge's** 227:8
230:16
**best** 130:5
196:17 197:2
197:18 282:6
302:23 488:20
489:5,22 490:5
**bet** 264:7,9
**better** 197:15
388:21 413:7
512:9
**Beware** 204:7
210:9
**bias** 137:18
196:11 198:21
198:21 199:1
199:14 226:5,6
226:10 252:11
252:16,21
253:20 254:7
254:22 256:14
256:20 257:3,8
258:3 259:6,7
259:14,15,20
260:3,5,14
261:5 262:1
263:10,21
264:19 267:1,6
268:10 271:24
272:9,13,15,16
272:21 273:8
274:5,11,24
276:11 277:1,7
277:10,12,22
278:11 280:12
290:22 291:2
291:19 292:1,9
307:14 314:18
361:9
**biased** 189:10
290:20 291:17
291:24
**biases** 205:4
**bibliography**
152:14

**BIDDLE** 3:7
**big** 264:6 300:5
  389:11 436:22
**biggest** 122:18
  236:23 238:24
**bill** 112:24
**biologic** 116:6
  126:21 162:15
  164:18 165:9
  165:22 296:13
  308:2 340:1
  391:16 394:22
  395:8 401:2
  403:8 430:14
  431:14 432:7
  437:7 460:14
  477:19
**biological**
  164:13
**biologically**
  140:6 174:1,13
  393:5 394:6
  401:6,24 422:1
  422:19 423:12
  427:16 436:12
  437:12 439:21
  440:7 441:5,20
  492:17
**biologist** 153:7
  153:13
**biomarker**
  151:20
**Birrer's** 135:22
  140:15,17
**bit** 42:14 61:6
  87:3 88:1
  240:23 336:1
  445:20
**black** 244:20
**Blair** 156:18
  157:5 292:4
**blocking** 445:10
**BLOOD** 2:7
**blue** 186:18
  187:1,2,3
  189:21 270:1
**board** 448:22

**450**:13
**bodies** 423:4
**body** 7:12 29:14
  43:13,16 57:9
  67:9 120:8
  133:2,5,21,24
  134:2 136:24
  206:16,20
  210:19 231:17
  235:4 272:4
  276:10,14
  289:11 312:8
  389:12 390:11
  483:1,15,21
  498:3 509:6
**bomb** 326:14
  331:22 335:17
  336:11 353:5
**Bonovas** 453:14
**book** 100:18
  101:6 287:19
**Boston** 3:4
  226:8
**bother** 194:10
  219:21 315:9
**bothered** 392:7
**bottle** 100:15,17
  101:9 102:2,3
  500:20 501:4
**bottom** 181:10
  181:11,16,21
  200:8 210:8
  334:21 358:2
  429:24 430:4
  486:21 497:2
**Boulevard** 3:4
**bound** 16:2
**box** 244:21
  319:13
**boy** 487:2
**Bradford**
  115:20 160:5
  161:14 164:5
  233:19 246:5
  247:11 427:15
  428:21 429:4
  429:11,15

**430**:9,16
**431**:15 436:6
  477:18
**branch** 494:9
**BRCA** 455:22
**break** 25:7
  73:11 125:10
  125:19,24
  126:3,5,13
  223:23 239:17
  285:1 343:16
  343:20 348:19
  421:14,18
  485:20 486:4
**breaking** 125:15
  239:11
**breast** 244:6,12
  244:21
**Brief** 348:13
  453:11 473:12
**briefings** 37:19
**bring** 26:7
  120:22 314:14
  363:5
**bringing** 118:23
**broad** 64:2
  101:13 139:7
**broader** 191:6
**Broadway** 2:8
**broke** 409:8
**broken** 387:18
**brought** 87:4
  103:15 294:23
  304:1 495:4
**BROWN** 2:8
  468:12,14
**brushing** 250:20
**Bucketing**
  215:19
**built** 283:21
**bumped** 491:22
  492:5
**bumpers** 196:14
  196:14 205:20
**bunch** 221:14
  226:4
**burden** 396:7,11

**398**:1
**buried** 148:14
**business** 281:19
  305:20
**businesses**
  495:21
**Buz'Zard**
  139:13 162:16
  163:19 165:24
  166:5 167:2

---

**C**

**C** 5:23
**CA-125** 434:7
  434:17
**CALCAGNIE**
  2:3
**California** 2:4,9
  7:8 226:11
**call** 40:3 49:8
  123:19 150:10
  158:14 184:19
  201:10 214:16
  242:22 392:18
  426:4 458:7
  470:22 498:10
**called** 151:23
  273:19 299:23
**calling** 298:20
  427:8 490:5
**calls** 387:13
**camera** 211:19
  348:9
**Campus** 3:8
**Canada** 143:20
  143:23 144:4
  144:13,20
  145:24 171:10
  171:21 220:3,6
  220:11 222:21
  258:21 261:4
  324:24 325:9
  329:5 331:7
  402:15,18
  403:7,11 414:1
  414:2 419:3
  420:4,7 427:13

**428**:15,19
**430**:7 431:16
**436**:7 439:20
**446**:11 477:16
**Canada's**
  142:13 143:12
  419:17
**cancer** 6:13,23
  7:7,10,13,14
  7:22 8:7,10,13
  8:15,17,21
  9:14,16,18
  13:3,11 14:15
  17:5,9,11,17
  18:19,22,24
  19:6,18,22,23
  20:2 21:4,16
  21:17,20,20,22
  22:8,13 23:2,4
  23:10,21 24:23
  25:3,4,8,24
  28:2,9,19,22
  30:9,16 31:16
  32:4,13 37:23
  44:4,16,23
  46:13 56:24
  60:15 61:14,20
  61:23 62:16,23
  63:14,19 65:2
  65:6,10 67:23
  68:2 69:13
  70:1,11,20
  71:2 77:15,24
  78:2,22 79:19
  79:20 86:23
  87:19 88:24
  89:4,6 90:2,4,8
  90:9,14,21
  91:7 93:11
  95:11,16 97:9
  97:24 98:18
  100:5 101:7,17
  113:18 116:10
  120:7,8,9,14
  120:15 124:10
  138:2 145:8,15
  149:9 151:12

151:19,22
153:5,7 165:3
165:23 174:16
174:20,23
175:7,16,20
176:8 180:12
182:2,9 189:19
205:17 206:8
206:12 221:1
224:21 241:6
243:11,24
244:4,7,12,21
245:6,16
246:15,20
248:12 249:19
252:10,17
253:19 254:6,8
256:16,23
262:23 265:12
266:17 267:5
272:4,17
276:15 278:14
280:17 306:20
310:2,21
311:12,23
312:1 316:5
317:9,10
324:11 325:13
325:18 326:5,6
326:7,11,13,16
327:1,10 331:8
331:17,18
332:23 334:11
334:23 336:4
336:19,23
337:4,15,17
338:16 340:1
342:4 347:5
351:5 353:17
354:17,23,24
355:7,10,11
356:19 357:10
357:18 358:1
363:2 367:7,8
367:16 369:2,5
370:7 372:11
374:17 378:12

378:14,18
380:4 385:13
386:1,4 394:5
396:20 405:9
405:12,16
408:6 409:21
410:19,20
413:12 419:6
419:19 420:16
421:9 432:12
432:20 433:12
433:18 434:6
443:24 444:21
446:18 447:13
447:24 448:2
449:9 450:5,14
451:10,14
452:16,20
453:17,23
454:2,13,19
455:5,14 456:1
456:8,16 460:1
461:23 464:19
465:3,7 466:5
466:13 467:9
468:21 470:8
476:16 479:15
479:23 480:17
481:24 482:6
484:15 487:2,7
487:21 488:17
501:3 505:21
507:20 508:11
508:11 510:15
512:13 515:9
cancers 26:10
43:14 378:20
452:7
capable 209:5
capacity 145:7
151:16
capture 325:15
captured 344:11
344:16 389:4
capturing 388:4
carbon 135:23
carcinogen 17:3

17:4 19:14
20:1,7,8,10,14
21:7,10,13
96:11,17 97:1
97:5,8,12,13
97:21,23 98:7
98:21 99:9,16
99:20 101:16
101:19 102:2,4
228:5 326:9,19
335:16 336:24
396:15,16,24
420:2 421:5,8
421:12 491:14
492:22 501:13
510:24
carcinogenesis
57:6 425:15
carcinogenic
17:7 74:23
75:15 76:2
85:16 109:14
369:13 451:1
carcinogenicity
22:4 57:17
58:6 89:19
90:1 95:2
140:7 142:9
249:5 393:6
394:21 419:15
439:6 491:4
carcinogens
59:2,2 71:12
96:7
carcinoma
152:2 311:1
448:20 449:14
476:17
carcinomas
461:13
care 9:9 13:14
77:19 243:18
288:20 289:4
396:21 450:15
514:4
career 28:19
careful 67:5

carefully 93:8
518:4
caring 243:15
carried 306:22
366:21
carries 15:9
244:20
carry 207:21
332:10,10
cascade 432:11
case 14:10 38:2
39:4 40:23
44:14 45:22
46:8 47:16,20
48:1 49:22
50:8 60:12
94:3 110:2,3
113:13 152:6
152:16 154:6
162:18,22
181:13 182:3
227:1 228:19
292:6 305:9
307:5 313:18
324:1 332:23
339:7 346:11
366:16 386:14
398:11 434:10
448:12 449:1
491:15 497:22
512:15 515:5
case-control
100:24 115:18
137:8 148:22
149:11,15,21
150:6,14 182:5
182:23 183:12
183:23 187:19
188:1,12 189:1
191:9,20
192:16 193:1
198:18 206:22
219:5 222:4,6
222:17 226:7
231:23 233:11
234:12 235:2,4
237:3,13

238:12 240:2,8
241:4,11,16
252:8,15,21
257:7 268:11
272:1,23 274:6
274:12 275:1
282:9,20 283:4
290:8,15
293:24 294:5
294:12 295:12
298:18 304:24
306:21 307:15
307:21 308:8
308:16 309:16
309:23 310:4
311:15,17
312:19 313:1,4
313:5,11 314:4
315:13 319:1
324:4 325:1
329:4 381:10
453:19 506:11
cases 1:8 13:11
44:10 52:4
53:14 56:23
58:20 93:9,17
93:19,24 94:1
94:5 247:3
263:4,6 264:15
266:19 280:5
317:23 325:15
391:2 392:1
397:1 450:5
catch 28:14
385:1
categorical
216:3
categorically
215:23
categorization
217:12
Categorizing
215:16
causal 18:18,20
46:11 87:18
393:23 419:5
419:19 420:18

421:2 436:8
**causality** 157:11
410:12
**causation** 6:11
44:9 108:17
110:15 155:23
165:10 171:8
171:19,21
172:6 499:7
**causative** 421:8
**cause** 17:8 28:9
44:15,23 60:14
61:14,23 62:16
62:23 63:18
65:1,6 67:23
68:2 95:11
97:9,24 101:7
116:10 174:18
175:6,12,15
210:13 224:21
276:24 337:4
339:24 432:12
432:19 433:11
434:5 447:20
447:24 465:7
504:12 507:20
508:11 510:15
512:13
**caused** 18:21,23
19:5 277:10
396:20 461:24
**causes** 17:5 20:4
28:18,21 43:14
44:4 77:15,24
78:1 138:2
174:20 205:17
277:6 331:16
336:23 337:15
433:18 448:17
479:22 480:16
481:24 482:6
505:20
**causing** 331:18
431:19
**caution** 321:2
**caveat** 373:4
**cavity** 423:5

425:17
**CEBMA** 281:15
**cell** 19:12 152:2
250:2 260:22
261:1 409:6
**cells** 19:11
433:18 460:19
**cement** 63:8
69:10
**Center** 12:18
281:14 301:3
427:3 428:11
**Central** 7:7
**certain** 9:20
28:1,1 77:13
101:23 106:18
251:18,19
259:23 262:13
266:19 284:6
394:20 456:7
496:3 497:9
502:10 504:2
**certainly** 412:7
**certainty** 17:24
18:10,14 372:5
**CERTIFICA...**
517:2
**certification**
517:18
**Certified** 1:16
1:16 517:13,14
**certify** 517:5
520:5
**certifying**
517:22
**cervical** 120:14
120:15
**cervix** 205:17
**cgarber@robi...**
2:5
**challenged**
266:23
**chamber** 260:9
**chance** 27:18
150:11 188:21
191:17 193:21
199:13 228:18

242:1 290:14
326:15 329:2
354:13 409:17
**change** 175:3
253:7 255:10
293:11 368:9
417:11 433:17
492:23 494:8
497:22 499:7
499:13 510:16
511:9 513:18
519:4
**changed** 412:11
514:3
**changes** 252:4
293:9 511:19
518:11 520:10
**changing** 371:11
**characterizing**
168:12
**check** 309:13
384:15
**chemical** 151:23
**chemotherapies**
320:11
**chemotherapy**
320:8,9
**Cheryl** 147:2,18
**Chicago** 4:4
**child** 399:8
**choose** 361:22
**chromium**
109:6
**chronic** 174:14
174:18 448:8
451:4
**chronological**
270:7
**churning** 236:4
**cigarettes**
342:15,15
**circle** 258:14
**circumstances**
303:2
**citation** 138:12
285:16 286:3
303:3 333:19

335:14 337:8
**citations** 129:17
335:21
**cite** 76:6 98:16
132:4 229:19
261:12,13,15
261:16,17,20
275:3,10
276:18 285:19
290:24 356:16
372:16 379:17
380:4 381:23
383:6 432:2,14
437:8 438:9
443:22 460:7
**cited** 45:19
61:17 62:8
93:14 180:3
199:10 285:23
331:3 333:20
352:2 382:4
418:19 458:21
459:1,21,23
**cites** 248:24
259:8,11
378:13,14,24
382:20 444:17
446:18
**citing** 185:12,13
263:17 379:10
381:3 437:14
488:5
**claim** 136:22
150:13 194:14
194:19 199:16
201:10,19
204:1 268:18
336:17
**claims** 199:11
217:13
**Claire** 495:22
**Claire's** 9:20
496:5 497:10
497:17 498:9
**clarification**
24:14 59:14
**clarify** 16:5

23:17 33:18
46:20 47:11,15
52:13 54:2,3
100:1 152:17
166:21,24
190:1,14 191:5
385:10 465:13
490:3
**clarifying** 99:3
191:4
**Clarke-Pearson**
156:17 157:4
**Clarke-Pears...**
137:20
**class** 275:12
276:8 286:14
**classification**
493:11 510:22
**classify** 94:11
**clean** 29:1
**clear** 15:23
16:10 51:24
69:7 88:11
152:2 180:24
202:13 264:10
294:18 357:3
409:6 421:23
428:4 458:19
515:4
**clearly** 78:3
87:20 95:8
100:3,6 127:15
147:13,17
204:23 358:3
379:24 457:18
**clinical** 86:7
205:13 275:2
288:19 289:4
302:24 304:2
305:9 330:16
335:3 448:13
453:20
**clinician** 242:12
**clinicians** 67:5
295:11
**close** 125:13
318:19 474:22

closer 73:19
  356:7
closest 324:19
closing 100:17
CMO 30:24
  31:2
co-author
  152:19
co-carcinogen
  342:19
coached 209:15
coaching 208:9
  208:11 209:2,6
  209:12,14
cobalt 109:6
Cochrane 304:5
code 79:11,13
  79:14
cognitive 215:18
cohort 48:2
  87:21 100:9
  115:18 137:14
  137:22 149:12
  170:14,22
  182:6 206:22
  206:24 207:8
  222:4,10,15
  237:3 238:11
  238:15 257:7
  282:19 290:6
  290:17 291:1
  293:23 294:4
  294:11 295:12
  307:4,12 308:1
  308:9,15,22
  310:14,19
  311:2,15
  313:21 314:15
  314:17 315:4
  315:24 316:1
  316:15,18
  317:8,14,23
  324:4,9 325:2
  325:16 329:2
  329:16 330:1
  331:9 336:8
  345:23 355:6

356:11 357:15
  361:15 373:10
  378:10,21
  405:21 406:4
  453:21 479:18
  506:12
cohorts 241:4
  282:8 283:4
  298:17 304:24
  305:9 311:18
  313:16,18
  315:11 316:11
  363:11 364:21
  366:4 401:1
  406:8,13
coin 310:8
collaborate
  153:19
collect 388:9,10
  388:13
collected 256:19
collecting
  194:24
collective 419:4
  504:7
color 186:14,18
  490:13
color-coded
  187:14 269:23
column 87:13
  181:22,23
  182:20 214:15
  217:10 256:7
  271:18 275:16
  293:4 334:19
  351:1,13 377:5
  377:21 486:20
combination
  243:1
combine 222:3
  222:12
come 26:10
  47:12 55:17
  88:21 89:6
  94:7 95:18
  189:17 195:24
  222:5 229:4,12

264:10 265:24
  266:23 297:10
  308:12 321:14
  360:19 410:7
  410:15 419:19
comes 196:7
  229:1 426:13
  474:22 511:15
coming 27:19,22
  94:19 108:16
  161:5 172:15
  179:14 227:4
  228:23 320:1
  399:12,17
  403:2 419:4,14
  493:13
comment
  143:19,23
  144:2,12,21
  200:22
commentary
  81:4
commenters
  226:15
comments 67:2
  214:7,11
Commerce 2:14
commercials
  264:8
commission
  520:21
common 66:23
  204:4 294:14
  455:21 500:5
commonly
  260:15 294:19
community
  217:21
company 154:12
  154:21 478:16
  478:21
compare 320:10
  474:16
compared
  197:20 254:18
  262:23 444:12
comparing

134:4
comparison
  101:5
comparisons
  320:6
compatible
  217:18
compel 502:18
compelled 500:8
  501:4
compelling
  484:13 505:20
compensation
  107:12 114:15
complete 26:5
  45:19 103:16
  354:9
completed 51:7
completely
  209:4 458:18
completeness'
  352:12,23
completion
  517:8
comply 103:12
comprehensive
  90:19 91:23
  92:19,23
  131:16 132:2
  149:3 224:17
  233:15 514:23
comprises
  378:19
computer
  106:18 107:2,5
  107:8 187:11
concentration
  435:16,18
concept 214:17
  339:13 389:13
concepts 293:10
concern 14:13
  151:11 152:5
  153:3,4 272:7
  469:9 504:12
  505:9,10,13
concerned 69:12

208:22 210:18
  210:23 211:2,8
  212:22 213:1,8
  249:5 295:10
  314:2,3,8,21
  356:8 480:12
  480:13,15
  513:10
concerning
  103:18 145:7
concerns 61:2,3
  313:20 411:10
conclude 90:16
  202:14 203:21
  217:11 362:7
  424:6,8 436:7
  441:5
concluded
  222:21 237:21
  253:19 254:6
  423:11 427:15
  435:19 439:21
  447:2 477:17
  492:20 516:7
concludes
  491:13
concluding
  223:1
conclusion 88:5
  88:5,22 89:7
  94:8 127:15
  128:21,22
  205:9 222:5
  224:11 227:4,5
  228:4 229:2,5
  419:18 435:23
  493:14
conclusions 67:3
  74:22 75:13,24
  76:5,8 77:11
  85:15 91:10
  210:9 211:14
conclusions'
  204:7
conditions
  289:17 438:22
  487:12

condoms 236:19
conduct 26:22
  119:21 145:13
  153:15 284:24
  293:10,13
  439:7
conducted 22:2
  91:22 126:20
  379:4 380:2
  431:16 499:4
conducting
  145:5
conference
  15:12
confidence
  149:24 187:5
  189:4 193:23
  194:8 196:13
  196:23 197:14
  202:5,21
  205:20 219:8
  235:23 347:16
  348:23 353:18
  354:18 370:8
  372:8 376:24
  378:16 386:5
  386:10,12
  387:2 474:21
  477:10
confidential
  154:23
confirm 45:3
  404:9
confirmation
  78:15 94:7,14
confirms 449:10
conflict 203:2
confounder
  196:10
confounders
  205:3
confused 24:4
  82:22 365:2
  415:4
confusing 84:19
conjecture
  398:13 400:10

401:18 445:18
conjunction
  449:15
connection
  13:14 14:18
  58:17 59:11
  106:7,14
  113:15,17
  116:16 129:21
  243:16 440:2
consensus
  173:10
consent 338:14
  340:8 352:18
  352:20
Consequently
  469:15
consider 24:6
  97:19 98:20
  131:5 149:18
  149:18 153:6
  153:11 158:8
  189:11,12
  193:19 194:5
  195:2 233:12
  272:16 279:23
  307:2 336:22
  352:5 370:24
  379:13 434:8
considerably
  495:16
consideration
  376:18
considered 37:3
  93:8,24 98:22
  98:24 107:21
  128:3 137:17
  155:12,19
  195:10 219:14
  271:24 304:8
  304:11 323:4
  355:24 381:18
  419:3,12
  463:23
considering
  494:24
considers 272:6

272:8
consist 104:4,6
  157:1
consisted 46:24
consistency
  94:20 116:5
  137:11 158:8
  158:20 164:9
  182:22 184:8
  184:15 205:6
  220:6 224:10
  225:12,21
  226:1,2 233:20
  410:11 429:14
consistent 68:17
  149:18,19
  150:11 165:1
  182:24 183:2,7
  183:13,23
  184:5,11,20
  185:1,24
  206:21 220:22
  221:18 222:22
  223:9,12
  224:14 225:2,7
  225:17 227:12
  227:13 233:19
  260:22 272:10
  273:16,19
  284:14 310:4,7
  336:7 410:20
  417:10 420:13
  420:14 446:4
  452:24
consistently
  149:7,17 158:2
  158:4 470:10
consists 104:11
  104:22
constant 169:7
constantly 48:23
constitutes
  195:18
consulting 41:15
  42:22
Consumer 84:2
consumers 9:19

497:9
Cont'd 3:1 4:1
  6:2 7:2 8:2 9:2
contact 84:6
  411:12
contain 96:10,11
  96:23,24 97:13
  98:6,7 109:5
  109:14 175:2
  479:3 480:24
  482:12,16
  483:23 485:2
  504:15 505:4
contained
  109:23 115:15
  157:6 177:15
  228:1 241:6
  353:8 492:19
containing
  75:17 84:24
  85:20,22
contains 97:11
  102:4 148:3,18
  512:20
contaminated
  498:15 506:14
contamination
  122:10,20
  123:6,20
  398:19 399:10
  399:13,23
  400:5,7 498:12
  504:2 505:14
  505:19 506:7
contend 126:24
content 154:15
contention
  412:9
context 17:11
  18:19 19:4,17
  19:21 27:12
  34:4,23 35:13
  59:4 286:22
  298:8 428:21
  429:4 430:9
continue 469:8
  504:6 507:20

508:14 515:7
continues 168:3
  503:24
contradictory
  184:4 185:18
  210:12
contrary 128:4
  132:24 171:8
  171:18
contrast 204:2
Contravening
  93:17
contribute
  61:20
contributed
  93:12
contributors
  205:10
control 305:10
  346:13,14
  517:21
controlled 285:4
controls 262:24
  263:1 280:4
  324:2 435:15
controversial
  284:20 285:14
convention
  294:24
conversation
  66:14 400:20
  483:19 501:19
  501:21
conversations
  502:4
convince 338:20
  481:23
convinced 94:16
  123:1 440:20
convincing
  99:11 482:5
  492:4
copies 105:17,22
  106:1,4 255:24
  408:2
copy 39:24
  71:14,17,21

73:13 103:16
148:9 151:2
186:14 417:17
417:18
**Cornell** 7:18
12:17 242:10
301:2,20 302:5
302:16 448:21
461:4
**Cornell's** 301:24
**corners** 161:3
161:10 273:6
273:13 356:17
357:8 405:23
406:11
**cornstarch**
514:8,19,24
**corollary** 102:3
434:17
**Corporate** 2:4
**correct** 13:7,8
18:10 20:17
22:17,21 29:19
40:23,24 41:3
42:2 44:11,12
47:20 48:6
60:15 74:7,14
75:19 82:9
84:13 86:1
89:20 95:3
105:7,8 106:2
111:23 112:8
114:6,7,9,10
114:13 115:3,4
115:7,8 116:17
118:7 119:4,9
124:21 125:6
134:10,13
140:2 142:15
143:2 146:4,17
146:18 148:3
166:1 170:10
170:11 171:22
172:16 173:3
174:9 176:19
176:24 186:11
186:12,20,23

193:10 203:12
204:17 206:8,9
206:11 216:5
219:1,9 225:6
235:20 249:15
259:23 261:10
265:1 275:4
281:11,16
286:23,24
287:15 289:12
296:19 305:11
309:16 317:17
317:20 333:9
333:15 344:18
345:5,10 346:4
347:11,12,17
349:1,4 350:2
351:10,15
353:19 355:1
360:14 363:24
364:1,12
367:11 368:3,4
368:17,18,21
368:23 370:13
372:19 374:2
375:19 379:11
379:12 382:17
389:9,10 391:6
394:7 395:14
401:8 402:5
403:13 404:2,8
405:24 406:13
410:20 411:19
411:24 413:20
426:10 432:3
433:23 436:15
438:17 440:9
443:16 447:3
451:4 465:2
470:14 472:23
473:20 474:9
488:6,21,24
489:1,6 520:7
**corrections**
518:5,7 520:10
**correctly** 76:11
76:13 84:9

182:10,11
183:19 184:3
201:23,24
203:7,10 204:8
212:10 215:12
217:7 224:23
224:24 259:17
272:11 276:16
289:24 297:3
297:18 302:19
322:23 351:7,8
378:22,23
420:20 431:21
432:15,16
444:22 469:19
469:20 487:16
504:10
**correlation**
132:6,17
391:22 397:6
**cosmetic** 9:20
33:1 84:3
495:22 496:4
497:10 504:3
**counsel** 25:13,23
44:18 47:1
48:13 116:20
117:6,13 298:9
354:13 462:13
478:9
**count** 233:10
**counted** 264:8
381:11
**counting** 399:15
**countries**
240:14,18
**counts** 397:7,14
**couple** 55:21
88:18 130:10
315:23 336:1
444:7 460:8
**course** 29:16
251:7 284:10
284:13 354:3
438:5
**court** 1:1 11:16
15:11,16 209:9

232:19 315:9
315:12 372:10
458:7 518:20
**cover** 159:5
**coverage** 266:9
**covered** 372:16
**covering** 356:7
**COX** 459:24
460:18,19
461:16 462:2,2
**COX-1** 461:14
**COX-2** 461:14
**Cramer** 122:1
123:19,20
135:1 232:3,4
232:6,6 265:16
338:24 340:23
369:22 398:15
398:16 399:5
399:12,13
**crazy** 232:20
**create** 148:24
187:9
**created** 22:23
23:3,20 150:12
407:23
**credible** 176:3
177:17 495:12
**credit** 28:18
**Crest** 250:21,24
**criteria** 160:6
164:5 247:12
420:14 428:21
429:5,11,15
430:10
**critical** 9:9
130:18,23
**criticism** 162:9
312:13
**criticisms**
136:21,24
156:23 157:5
314:14,15
315:2 355:21
361:19 411:8
**criticize** 312:14
458:13

**criticizing**
312:18,20,23
313:11
**critique** 172:13
**critiques** 61:1
173:2,7
**cross** 187:5
194:9 474:22
**cross-examina...**
298:9
**cross-trial** 320:5
**crosses** 189:4
386:18,20
**crossing** 354:4
**crucial** 201:11
**crude** 264:14
**cry** 346:2
**culture** 19:12
**cumulative**
344:17
**cure** 73:10
**curious** 208:2
229:15 267:16
297:1 335:13
461:7
**current** 25:2
**currently**
210:10 224:18
439:15 491:3
515:12
**Curry** 3:3 16:23
17:12 18:1,11
19:1,19 20:19
24:1 25:15
26:2,23 27:3
27:13 28:3
29:2,20 32:17
33:7,13 34:17
34:24 35:15
36:1 38:22
39:5,23 42:3
43:22 44:19
46:2 47:2 48:7
49:17 50:14
51:2,19 52:12
52:15,19 53:4
54:2,3,18

55:22 56:11
57:19 58:8
60:5,16 61:24
62:17,24 63:21
65:16,21,23
66:4 68:5 70:3
70:12 72:19
74:1 77:4 79:6
80:20 81:15
84:14 89:21
90:22 91:24
92:10 95:4,20
96:12 98:8
99:21 101:20
102:7 103:6,19
104:13,23
106:8 107:15
108:12 109:7
109:15 112:15
113:22 116:21
117:7,23
118:18 119:5
121:9 122:6,16
124:11,23
125:9,16 127:9
127:20 130:20
131:20,23
133:11 136:13
137:2 138:23
139:6,23
141:15 142:3
142:16 143:3
146:6 147:5,11
148:8 150:17
152:7 153:8
155:2 156:3,14
157:17 159:1
160:20 161:7
161:24 162:19
162:24 163:12
165:11 166:2,9
166:12 167:15
170:16 171:12
172:1,7,17
173:4,14 174:4
175:21 176:4,9
177:4,18 179:5

183:6 185:2
188:4 190:22
192:3,17
193:12 195:5
196:18 197:4
198:13 202:7
202:22 203:13
204:12 207:1
207:12 209:4
211:5 213:5
215:3,9 216:6
218:4 219:10
221:6,21 223:4
223:21 225:3
230:10 231:4
232:15,22
234:16 235:7
235:13 237:15
237:24 238:20
239:10 241:13
242:2,13 244:1
244:14 245:8
245:22 246:7
246:22 248:3
249:7,22
250:11 251:14
252:12 253:2
253:21 254:9
257:12,21
259:24 262:8
265:5 267:8
268:13 272:24
276:2 277:18
278:16 279:2
282:11 283:13
286:16 287:24
288:9,23
289:21 291:4
295:15 296:2
296:20 298:24
300:18 302:1
303:12 304:14
305:16,22
306:16 307:7
312:2,15
315:15 316:6
316:22 317:18

318:5 319:8
327:12 328:1
330:7 331:11
333:1 335:7
338:6 340:20
341:4,8 342:10
343:8,12
344:19 345:11
346:5,16 349:5
349:20 350:19
354:9 355:12
356:20 358:11
359:1,10
360:16 362:10
364:5,13,23
365:8 366:6
369:7 370:18
372:20 375:20
377:6,11 378:1
379:20 381:7
382:23 385:6
385:19 386:6
387:5,15 388:6
388:14 391:7
393:7 394:8,14
395:15 397:15
398:3,23
399:19 400:3
401:9 402:2,10
406:1 408:1,17
410:21 412:13
412:21 413:21
414:19 417:16
419:8,21
423:17 427:19
431:8 432:21
433:6 434:1,19
435:6 436:16
438:2 439:9
440:11 441:11
441:24 442:10
447:4 448:3
451:5 452:21
454:21 457:2,5
459:10 460:3
462:5,16,21
463:6,14 464:5

464:10,20
466:22 468:8
469:2 470:15
472:8,15
475:23 477:20
480:5 481:2
482:18 484:19
485:4,23
487:22 489:9
491:5,17
492:24 494:11
496:7,16
497:23 499:8
500:2,13,21
501:8 504:16
505:6 506:21
507:23 508:16
509:23 510:18
512:3,22
513:12 514:10
514:16 515:23
**curve** 339:18
**custom** 25:23
**cut** 136:3 138:24
148:10 166:23
212:8
**cutting** 163:13
167:24
**CV** 22:6 150:22
152:13,22,23
153:17
**cycle** 438:1
**CYNTHIA** 2:3

─────────
**D**
─────────
**D** 5:2 488:23
**D.C** 3:18
**daily** 248:21
250:5 251:9,11
345:4
**dangerous**
501:13
**data** 21:8 30:7
30:14 31:15
32:3,6,9,20
46:7,22 48:19
49:5 57:18

62:11 64:4,7,8
70:17 72:13
74:16 106:15
106:17 107:19
115:17,22
137:7 149:7
164:16 171:8
171:19 177:3
177:14 178:15
178:17,19
179:3 184:11
184:19 185:1
185:23 187:13
188:1,12 189:9
194:24 197:10
202:4 216:3
219:5 220:7
224:19 225:2
225:14,19
227:3,6,9,10
228:24 229:9
230:23 231:2
235:6 236:5
256:19 260:8
263:17 268:17
273:16,17
276:11 277:21
288:20 296:18
314:1 324:22
330:15 336:7
337:16,18,20
339:21 358:17
362:4,8 366:20
370:1 373:15
379:18 384:9
386:5 390:20
392:9,15 393:3
398:18 403:1
417:3,10
420:18,23
423:8,23,24
436:8 438:13
438:18 440:6
440:23 441:23
442:9,17 448:1
450:19 452:11
452:19 455:10

455:13,15,18
456:7 457:10
458:21,24
459:8,8,22
460:2,7,12,22
464:19 470:5
474:2 481:21
484:6,16,22,24
485:11,13,17
488:6 491:12
491:20,24
492:4,11,13,16
492:16,17,18
493:19,21
498:14 502:5
508:20,23
509:15 511:11
511:11,18
512:8 513:8,15
513:15,18,21
513:21 514:4
514:24
**dataset** 150:4
   232:2 233:15
**date** 1:15 11:6
   114:6 180:13
   182:23 183:13
   264:6,15
   266:12 379:3
   380:1,6 491:13
   503:10 518:9
   520:16
**dated** 49:14
   104:12 142:14
   220:11 424:16
   486:11 517:15
**Daubert** 6:11
   110:15
**Dawn** 3:3 81:2
**day** 145:23
   169:11 250:20
   250:21,24
   251:1,3,4
   340:7 342:16
   352:18 431:11
   473:17 520:20
**days** 55:21

169:9,12
   487:19 518:16
**Dcurry@nutt...**
   3:5
**deadliest** 455:20
**deadly** 206:11
   206:14
**dealing** 84:22
**deals** 151:18
**debulking** 78:20
**debunk** 295:6
   295:13 296:16
**decades** 240:9
   339:2
**December** 6:20
   142:15 143:12
   220:12
**decide** 144:5
   236:14 264:2
   278:19 509:8
**decided** 323:19
**decision** 508:19
**decisions** 203:6
   288:19 289:4
**declarations**
   217:14
**decrease** 187:8
   457:11
**decreased**
   452:20 455:14
   459:8
**decreases**
   456:16
**deduce** 63:12
**deem** 152:5,15
   177:15
**deemed** 97:12
   219:6 303:24
   518:19
**deeper** 123:12
**deeply** 123:6
   399:16
**defendant** 3:20
   4:6 12:21,24
   14:1
**defendant's**
   33:5

**defendants** 3:15
   154:6
**defending** 209:5
**defense** 238:19
**define** 17:19
   18:18 21:6
   198:11 470:24
**defined** 7:20
   68:21 193:18
   302:18 384:8
   472:21 474:10
**defining** 48:16
**definitely**
   129:13
**definition** 19:16
   80:4 97:8,13
   97:23 98:13
   177:7 184:7,15
   195:10,15
   197:22 198:1,2
   198:5 302:21
   347:19 370:12
   371:12 427:10
**definitions**
   16:10 18:7
   362:14
**definitive**
   205:23
**degree** 17:23
   18:9,14 62:3
   116:1 164:19
   179:18 272:20
   372:5
**degrees** 154:3
**Demonstrative**
   8:20
**denotes** 296:9
**depended** 120:9
   120:16
**depends** 112:20
   242:23 353:20
   495:4
**deponent** 11:12
   41:2 520:2
**deposed** 14:22
   41:6
**deposing** 518:16

**deposition** 1:13
   6:6 10:2 11:8
   13:5,10 15:3
   37:16 40:22
   45:10,13 48:14
   54:6,14,19,23
   55:3,6 56:21
   58:18 59:8,16
   59:20 60:3,22
   61:7 64:17,19
   65:18 102:12
   102:18 111:11
   111:22 113:2,3
   113:6 114:17
   147:7,18 284:6
   461:1 496:14
   516:4,7 517:6
   517:8,9 518:3
   518:13,17,19
**depositions**
   15:15 54:7
   111:5 119:19
   121:3 124:1
**deps@golkow...**
   1:21
**deputy** 428:10
**dermal** 84:6
**describe** 115:13
   128:2 173:7
   183:24 194:23
   214:19 392:17
   396:6 402:17
**described** 63:5
   222:9 247:15
   263:22
**describing**
   133:24 267:14
   268:1 483:17
   484:5,14
**description** 5:13
   6:5 7:5 8:5 9:5
   111:20 160:5
   451:8
**design** 170:13
   170:21 196:9
   211:10 229:14
   238:7 241:16

268:5 280:1
   283:21 307:14
   308:24 309:1
   309:12,15,19
   312:19,24
   313:12,15,17
   315:10 316:18
   319:21,24
   323:3,5 329:15
   338:1 340:12
   388:23 410:7
   410:15
**designated**
   37:10
**designations**
   210:13
**designed** 308:12
   308:15,16,17
   316:2,12
   319:19 338:13
   479:13,16
**designer** 337:13
**designs** 241:7,12
   286:1 293:21
   308:11 321:6
   331:10
**desirability**
   252:1
**detailed** 420:12
**detect** 317:11
   318:1,21
   325:20 328:21
   329:17 330:4
   330:19 338:4
   351:3 369:4
**detection** 151:18
   335:3
**determine** 218:8
   326:7,19 343:7
   351:18
**determined** 28:8
   345:8
**determining**
   20:16 218:13
   218:16
**detracts** 259:13
**develop** 136:1

Kevin Holcomb, M.D.

developed 46:16
79:21 118:14
326:13 385:12
386:3 423:2
developing
17:17 65:10
115:14 174:23
326:15 342:4
development
20:2 21:10
331:8 336:19
338:16 351:5
374:16
develops 326:9
diabetic 36:11
diagnosed 25:2
25:12,22
391:12
diagnosis 14:14
79:11,13
256:20 353:3
diagram 281:5
281:10,12,22
282:4,8
diaper 29:24
diapered 29:18
30:4 32:14,21
diapering
346:15 399:8
diaphragms
236:20
dichotomous
477:4,5,5
Diego 2:9
differ 491:15
difference 42:15
59:18 79:2
158:16 183:18
185:6 201:20
201:21 202:15
217:14 222:8
222:10,11,15
222:17 230:14
230:20 254:22
261:19 262:17
279:24 280:2
295:23 321:2

321:13 456:3
461:23 479:17
505:23 506:18
differences
216:3
different 35:10
41:16 42:13
45:24 46:5
64:4 74:7,8
83:4 94:8,18
94:23 113:5
128:17,18
139:10 149:19
157:15 215:23
219:7,14
227:16 231:9
231:10,11,12
233:13,20,21
233:22 240:5
241:7,12
247:18 248:5,7
248:7 261:22
261:23 266:20
282:2 285:24
289:14,15
298:21 305:14
336:18 366:5
368:5,7,11,13
381:1 399:7
426:5 429:17
430:20 449:20
456:4 471:2
483:18 506:1,3
506:5 511:2
differentiate
122:10
differently
158:24 283:24
388:21 492:6
difficulties
78:24
difficulty 185:16
389:21
dilemma 469:12
dilute 291:24
diluted 290:22
291:20

Dineo 461:3
direct 228:14
425:14 517:21
direction 10:5
194:7 226:18
226:23
directionality
370:21,23
372:1,2
directly 81:21
457:6
director 427:3
428:10
disagree 33:10
77:1,3 80:19
81:19 86:3
89:11,16 99:18
138:21 156:7
156:10 169:19
179:12 183:21
207:3 218:3,24
221:5 258:2
261:3 264:17
297:15 306:9
335:6,11
394:13 395:14
401:7,12,17
402:1,6,7
420:22 426:8
426:11 428:5
433:24 434:3
445:12 457:2
464:5
disagreed 86:10
88:13 98:12
306:12
disagreeing 92:3
426:24 428:8
428:13
disagrees
168:14 328:6
disappears
451:24
disclose 207:24
479:8
disclosure
154:23

disclosures
208:19
discounting
277:2 278:10
discovered
306:21
discrepancies
409:2,9
discrepancy
89:8
discrepant
407:11 408:20
410:8
discuss 100:20
170:13,21
172:19,24
173:6
discussed
172:22
discusses 135:23
147:6
discussion 81:13
172:11 293:12
374:6 481:15
508:24
disease 21:11
158:11,13
206:11 210:18
335:1,3 487:14
disingenuous
182:7
dismissal 201:11
dismissed
210:14,19
dismissing
210:23 212:22
dismissive
132:23
disparate
296:17
disparity 364:20
dispute 244:13
disrespected
214:5
disrespectfully
213:23
distinguish

79:18 122:23
123:5,10
DISTRICT 1:1
1:2
divide 204:19
Docket 9:7
doctor 12:2,8
13:13,19 14:12
15:8 22:1
23:18 26:14
31:9 32:2,12
37:9 39:16,21
40:3,9 41:10
41:23 45:9,11
46:1 52:6,22
59:13 60:12
61:21 63:17
64:11,19 66:11
67:21 69:23
70:9 72:3,4,17
73:12 74:5
75:4,22 76:7
76:22 79:4
80:9,19 82:2
83:15 86:20
88:4 89:14
93:4,20 96:5,9
101:12 102:17
104:10 110:11
110:18 122:15
126:18 129:18
131:12 133:8
133:10 134:7
135:14 136:2
138:16 139:12
141:3,8 144:11
144:19 146:13
147:10,22
150:16 155:17
158:20 159:9
159:22 160:10
161:16 162:7
163:8 165:5,20
166:7,19
167:10,21
168:21 169:23
170:6 171:5

Kevin Holcomb, M.D.

| | | | | |
|---|---|---|---|---|
| 173:9 179:11 | 406:18 407:3 | 110:4,12 | **dose** 389:14,23 | 118:5 |
| 180:2,10 181:9 | 408:4 409:18 | 111:14 114:20 | 391:19 471:5 | **drawing** 216:2 |
| 181:12,17 | 410:5,17 | 115:2 180:4 | **dose-response** | **drill** 48:23 |
| 182:20 184:9 | 414:17 415:1,8 | 186:6 199:23 | 339:18 340:3 | **DRINKER** 3:7 |
| 186:3 189:23 | 417:12,24 | 210:8 220:14 | 345:8 389:19 | **drive** 2:4 3:8 4:3 |
| 190:5 191:14 | 418:7,16,24 | 224:5 255:14 | 390:5,7,7 | 232:19 |
| 192:8 197:21 | 419:2 420:9 | 271:10 273:23 | 470:6,14,22 | **driven** 127:15 |
| 198:24 199:9 | 421:23 422:18 | 292:17 302:9 | 471:1,6 475:3 | 128:22 |
| 199:10,17 | 424:18 427:12 | 302:14 333:21 | 475:4 476:18 | **drop** 236:6 |
| 200:5 201:2 | 429:10 430:6 | 344:3 363:14 | 476:23 477:7,8 | 495:16 513:4 |
| 203:8 206:7 | 430:21 431:2 | 377:15 403:21 | 477:12,14,17 | **DropBox** 106:22 |
| 208:6 209:5 | 431:12 432:17 | 406:21 407:17 | **douching** 8:14 | **dropped** 311:5 |
| 210:7 211:12 | 434:12 437:18 | 407:22 424:10 | 405:8,11,15 | 495:10 |
| 212:11 215:14 | 439:17 441:18 | 424:15,18 | **download** | **dropping** |
| 216:20 218:19 | 442:22 443:18 | 425:4 429:2 | 106:20,21 | 326:14 |
| 220:18 222:20 | 446:10,13,15 | 463:11 468:2 | 107:2,4 503:10 | **drops** 193:24 |
| 228:6 229:18 | 446:22 447:16 | 471:7,20 | **downloaded** | **drug** 33:22 34:8 |
| 233:4 239:22 | 453:5 454:4 | 486:12 488:9 | 107:1 | 34:9,11 35:14 |
| 244:10,19 | 455:9 456:22 | 488:10 490:21 | **downloading** | 243:24 453:16 |
| 256:1,4,10 | 457:19 459:19 | 496:19 497:14 | 107:7 | **dry** 36:13 |
| 257:4 258:20 | 464:16 465:10 | 503:1,6,11 | **Dr** 11:13 54:10 | **DSAR** 143:20 |
| 269:12 270:5 | 465:21 467:22 | **documented** | 54:20,23 55:3 | **dubbed** 210:10 |
| 271:16 272:19 | 470:4 471:13 | 432:2 | 55:6 81:20 | **due** 263:15 |
| 274:4 279:11 | 471:14,24 | **documents** 10:8 | 110:17 111:11 | 317:16 |
| 280:20 293:3 | 472:19 474:2 | 38:10 103:3,9 | 124:20 125:4 | **duly** 11:20 517:5 |
| 294:21 295:22 | 475:14 476:8 | 103:13 104:18 | 135:22 137:20 | **duplicates** 150:3 |
| 302:15 303:15 | 477:16 479:1 | 105:17 107:11 | 140:12,15,17 | **duration** 339:19 |
| 306:11 308:22 | 479:24 480:2 | 110:23 116:20 | 140:24 142:23 | 343:4 351:19 |
| 316:1 322:2 | 480:21 485:16 | 117:2 119:13 | 143:8,13,14 | 376:8,13 384:6 |
| 327:20 331:6 | 486:9,16,24 | 154:6,12,21 | 146:9 156:17 | 388:4 389:5 |
| 334:3,8 335:20 | 488:8 489:8,14 | 155:12 | 156:17 157:4 | 472:20 474:4 |
| 335:24 336:14 | 490:9 491:2,11 | **doing** 15:20 | 168:3 170:7 | 474:10 475:20 |
| 340:16 341:19 | 494:18 495:19 | 47:10 66:7 | 185:16 207:24 | 476:2 |
| 344:1,9 348:18 | 497:1,19 | 81:2 92:19 | 209:16 263:16 | **dust** 71:11 128:9 |
| 350:16 353:13 | 502:15 503:9 | 138:7 153:24 | 285:22 294:2 | **dusted** 130:2,16 |
| 354:5,12 | 503:13 507:2 | 194:2,10 195:9 | 298:14 340:23 | 330:12 390:17 |
| 356:16 357:13 | 510:11 513:11 | 216:9 219:21 | 369:22 412:8 | 439:2 |
| 358:6,8 363:20 | 514:8 515:21 | 226:7 231:9 | 426:1,12,15,22 | **dusting** 134:3 |
| 365:17 367:21 | **doctors** 156:24 | 300:1 321:21 | 426:23 428:9 | 236:20 390:2 |
| 371:7 374:8 | 204:21 219:18 | 336:9 350:9 | 461:1,3 478:10 | 396:13 |
| 375:13 376:12 | 219:23 235:22 | 429:3 450:8 | 490:4 493:4 | **Dusts** 5:22 |
| 377:3,20 378:4 | 294:22 372:7 | 461:8 464:2 | 495:11 | |
| 382:12 387:14 | 426:4 | 475:6,9 477:8 | **draft** 6:19 | **E** |
| 393:2,15 | **document** 1:8 | 483:10 499:19 | 142:13 143:12 | **E** 5:2,10 6:2 7:2 |
| 397:11 401:15 | 40:12 45:5 | 502:11 504:22 | 144:3,17 | 8:2 9:2 519:1 |
| 404:1,11,14 | 64:13 71:4 | 504:23 513:7 | 220:11 | **e.g** 84:3 259:5 |
| 405:8,19 | 102:13 104:21 | 518:8 | **drafting** 111:21 | **earlier** 80:24,24 |

88:12 204:2
266:14 269:10
294:23 318:10
338:21 348:3
352:15 362:24
371:7,17
392:15 397:2
409:14 410:3
413:13 414:23
425:21 444:10
444:11 451:16
515:11
**early** 30:10,18
31:18 32:15
151:5,18
352:10 487:9
**earned** 114:6
**easier** 75:7
498:10
**EASTERN** 1:2
**EBM** 7:19
302:18
**echo** 260:9
**Ed** 185:9,11
200:24 329:10
489:20
**editorialize**
280:21
**Eds** 185:12
**educational**
23:5
**effect** 15:10
182:24 183:14
185:21 205:1,5
205:17 217:6
290:7,14 314:4
314:9 318:16
318:22,24
324:3 330:20
339:17 367:6
420:19 421:3
436:9 452:13
509:3 510:9
**effects** 22:3
201:11 204:24
210:14 212:23
450:22 454:12

**efficacy** 34:15
**effort** 122:23
**efforts** 203:5
453:22
**effusion** 468:17
468:19
**effusions** 9:11
466:10 468:1,7
469:11
**egregious**
144:16
**either** 127:10
198:4 278:9
286:10 326:2
329:13 350:12
368:22 440:24
506:2
**electronic** 106:4
**electronically**
105:15 106:15
106:24
**elevated** 348:5
349:3,9,19,23
353:17
**Ellen** 156:18
292:4
**ELLIS** 4:2
**Elmo** 5:7
181:18 281:9
463:9 464:8
**embedded** 123:7
399:16
**employed** 160:2
161:5 173:1
469:16
**employee** 301:2
**endeavor**
103:11 496:14
503:14
**endeavored**
115:9
**ended** 78:22
**Endnote** 229:18
**endometrioid**
409:5
**endometriosis**
487:13

**endured** 35:3
**engaged** 28:12
**engagement**
59:10,21
**engine** 120:2
**Engineering**
446:19
**enrolled** 383:16
**enrolling** 340:13
**entail** 43:21
112:19
**entailed** 44:1
**entire** 68:15
214:16
**entities** 3:15
**entitled** 52:7
139:8 155:18
191:4
**entity** 262:21
**entry** 444:10
**environmental**
61:4 88:8 89:5
**EOC** 347:15
487:11
**epidemiologic**
56:22 115:17
137:7 149:7
164:16 288:8
359:22 392:15
485:10
**epidemiological**
57:10 165:6
262:4 273:16
288:20 359:17
360:2 492:13
492:16
**epidemiologic...**
358:22
**epidemiology**
7:14 154:3
164:23 286:22
287:2,4,7
392:9
**epithelial** 7:6,22
8:9 9:15 21:17
249:18 276:15
280:16 311:23

336:3 357:17
378:12 410:19
413:12 452:7
459:24 462:3
487:1,7,20
**Epstein** 9:6
426:1,12,15,22
**equal** 241:23
398:6
**equally** 204:1
311:18 369:16
**equivocally**
202:20
**eradicating**
217:11
**ergo** 300:4
**err** 506:20
**errata** 518:6,9
518:12,15
520:12
**error** 355:7,15
**errors** 203:4
407:24
**especially**
226:13
**ESQ** 2:3,8,13,13
3:3,8,12,17 4:3
**essence** 59:19
**established**
87:20 139:21
335:1 365:22
379:6
**estimate** 193:22
196:16,17,21
197:2,2,13,17
197:18 203:24
226:22 264:14
347:14,24
349:10,16,18
349:19,23
371:4 474:17
**estimated** 336:4
**estimates**
187:20 354:2
**estimating**
337:1
**estimation**

373:19
**estrogen** 205:18
243:9,12,13
**et** 88:19,19
255:19 303:4
358:4 416:11
416:23,24
417:5,14
453:14,18
462:10
**ethnic** 248:9
**ethnicities** 240:5
**evaluating**
491:3
**evaluation** 94:3
161:21 224:18
477:6
**evaluations**
224:15,16
225:12 227:23
**event** 473:19
**events** 432:12,19
**ever/never**
415:9,12 416:6
416:10 417:10
**everybody**
177:23
**everyday** 389:16
389:17
**evidence** 19:13
49:10 63:12
128:4 158:12
175:19 176:3
182:8 217:22
255:11 280:12
281:6,11,14
282:14,24
283:12 302:24
305:6,6 315:3
336:22 394:21
395:21 398:10
412:8 422:8,12
422:16 428:20
429:4 430:8
432:6,6 436:20
437:6 448:7,12
449:2,15

Kevin Holcomb, M.D.

450:21 451:3
451:18 453:24
458:20 479:21
481:12 482:5
484:13 505:20
508:3,10 509:3
510:23 511:7
511:23 512:12
**Evidence-** 7:19
**evidence-based**
281:15 283:10
302:17,22
303:5,17,19
305:2
**exacerbated**
335:2
**exact** 88:22
91:17 266:12
285:20 481:15
484:7
**exactly** 50:16
51:22 86:9
117:11 129:23
141:22 168:16
218:14 244:9
255:4 280:3
349:15 356:4
395:4 406:16
440:2 460:10
475:17
**EXAMINATI...**
11:23
**examine** 411:5
**examined** 11:21
80:6 93:15
437:15
**example** 19:13
36:10 132:4
135:22 157:23
205:12,13
207:16 226:7
248:10,16
264:20 281:24
290:4,18,21
291:18 381:11
395:18 409:4
425:20 494:14

498:8
**examples**
205:16 267:14
314:20,21
455:3 457:22
457:24 458:1
**exception** 192:9
**Excerpt** 5:14,16
5:19
**excesses** 93:12
**excuse** 96:14
190:5 327:6
463:6,7,15
**Excused** 516:6
**exhaustive**
492:1
**exhibit** 39:19
40:7,13,21
45:6,10,11,19
55:10 64:12,14
71:5,9 72:20
102:12,14,18
110:5,8 114:21
115:1 121:8
146:12,20
150:21 180:5,9
186:5,7 199:24
200:4 220:12
220:15 224:4,6
255:15,19
258:22 269:20
271:11 273:24
292:18,22
302:10,13
333:22 334:1
344:4,8 363:15
363:18 377:12
377:16,22
403:20,22
406:22 407:2
407:18,22
424:11,15
428:16 468:3
468:10 471:8
471:12 486:13
488:9,11
496:20,24

503:2,6
**exhibits** 54:7,11
54:15,20 55:5
55:12 119:18
142:24 143:9
143:14 146:9
147:3,10,14,15
147:19
**exist** 41:17
130:4,19
492:14
**existing** 43:13
**exists** 425:13
491:13 492:12
**expand** 77:16
**expect** 185:22
225:21,24
226:8 227:15
259:21 260:14
339:15 410:13
**expelling** 422:8
**experience**
78:20 178:13
341:12,15
**experiment**
280:1,7,9,13
433:22
**experimental**
145:6
**experiments**
22:2
**expert** 6:10
12:20 37:10
38:15 39:11
49:13,21 50:11
50:19 51:5,6
51:16 52:24
53:19 54:5
57:13 58:13,22
59:5 86:20
87:3 104:11
105:6,18
107:12 108:10
110:14,20
111:6,16,21
112:2 115:1
118:3,5 119:3

119:18 120:12
121:3,7 123:15
123:21 124:1,5
124:18 125:2
126:19 127:4
127:18 134:8
135:21 139:15
139:20 140:15
140:17 146:17
147:1 148:2
150:22 155:14
157:1,7 162:17
180:3 184:23
186:4,11
187:17 208:1
208:13,16
242:20 243:5
271:8 273:4
274:4 276:19
281:2 292:5
303:7 308:23
309:4 315:6
352:2 353:8
355:5 356:17
375:5 405:23
407:4 411:16
502:16,22
515:3,8,13
**expertise** 302:24
504:8
**experts** 127:19
129:20 130:15
132:10 140:5
149:5 156:11
156:12 157:4,6
157:9 158:23
198:19 210:22
214:21 215:2
292:3,14
**experts'** 50:7,9
52:1 53:12
58:13 172:14
173:3
**expires** 520:21
**explain** 137:15
137:24 161:12
167:1 168:15

185:20 216:9
252:22 253:12
257:15 258:7
263:11,13
272:9,21 273:9
297:23 460:9
460:11 461:20
462:22 511:21
**explained** 78:6
98:12 314:2
356:23 440:1
**explaining**
199:2 267:16
314:24 353:10
460:21
**explains** 196:7
**explanation**
167:4 254:21
263:19 331:2
399:4,6 480:11
**explanations**
252:24 400:12
**explicitly** 90:6
**exposed** 17:22
254:17 341:7
342:18 346:14
368:20 384:7
**exposure** 7:6
20:1 21:9
26:15,20 27:7
27:19 28:7
60:14 61:13,17
61:22 62:15,22
63:4,13,18
65:1,5 67:7,23
68:1,18 70:2
70:11,18 71:1
72:13 74:16
80:5 82:19
83:16,19,21,22
84:4,8,12
87:19,23 88:9
95:14 149:9
220:24 224:20
237:23 252:2
252:10 256:19
259:5 280:5

Kevin Holcomb, M.D.

310:1,21
311:12,24
323:13 326:8
326:17 330:10
331:23 332:7
335:18 336:18
337:15 338:15
339:10 342:13
344:12,16
353:2 354:1
366:20 367:9
376:2 384:6
390:23,24
391:4,23 394:4
394:4 397:4,5
404:4,6,15,16
415:8,11
417:11 420:10
420:17 432:10
444:12,14
470:20 513:7
**exposures** 61:4
61:19 86:5
98:15 272:17
316:13 337:21
**expound** 222:2
**expressed** 318:9
461:13,14
**expression**
459:24 460:19
461:18 462:3
**extend** 80:4 86:6
**extending**
100:11
**extensive** 91:2,9
**extracted** 417:3
**extrapolate**
337:3
**extrapolated**
353:5
**extrapolating**
336:10
**extrapolation**
331:20,20
**extrapolations**
333:11
**eye** 36:7 270:13

**F**

**F** 3:18
**facilitate** 173:12
**fact** 41:13 69:20
78:13 160:16
161:2 179:1
204:10 206:14
232:1 236:7
254:11 272:16
281:13 287:16
288:13 317:14
324:19 360:1
361:12 369:16
380:5,11
381:15,23
395:2,2 396:22
403:2 414:7
432:18 435:14
442:13 444:8
448:1 449:11
459:15 461:12
480:10 511:19
**factor** 17:10,14
18:19,20 23:23
24:9 243:11
405:11,15
487:20 507:12
**factories** 63:9
**factors** 8:9 23:4
23:10,20 24:7
24:23 25:14,24
26:9 158:24
243:5 246:5
251:23 271:20
271:23 296:10
296:14 487:7
**factory** 69:10
332:18 369:15
**facts** 107:19
**fail** 518:18
**failed** 93:18
**failure** 217:15
**fair** 16:7,8,19
21:15 38:19
41:14,20,22
42:20 113:21

123:22,23
137:9 150:16
150:19 157:7,8
167:20 189:5
202:10 209:10
262:18 263:9
264:5 269:1
295:14 312:14
409:13 466:6
475:18
**fairly** 311:18
**fall** 36:20,24
284:16
**fallopian** 422:4
422:21 423:15
438:17 443:20
452:8
**falls** 340:2
391:15
**false** 178:7,15
204:7 210:9
**falsifying**
179:18
**familial** 456:6
**familiar** 204:22
267:11 287:13
**familiarity**
262:12
**family** 341:13
487:11
**far** 53:10 95:21
214:18 238:8
346:2 444:24
504:11
**fashion** 35:7
**faster** 120:22
430:5
**fax** 1:20
**FDA** 9:6,19,22
424:16 426:8
426:14 428:5
496:2,14 497:8
497:20 498:21
498:22 499:3
499:14,18
500:8 501:4,11
501:16 502:12

502:14,17,23
503:7,14,15,22
503:24 504:13
505:3
**FDA's** 495:20
496:2 497:2
498:24
**FDA.gov/cos...**
497:3
**fearing** 513:6
**February** 49:14
104:12 108:5
115:3 124:6,19
125:3 147:2
151:5
**federal** 504:7,20
**feel** 92:21 214:4
246:2 297:7,16
392:11 492:6
511:16
**feeling** 45:4
168:17 310:3
509:13 511:9
**fellows** 23:7
**fellowship**
284:11
**felt** 164:9 190:1
190:13 290:13
489:22 513:8
**female** 25:3
173:11 365:24
366:2 422:24
427:6 445:15
**Ferante** 88:18
**fiber** 42:13
397:7,13 398:1
**fibers** 41:16
42:21 65:9
74:7 75:16,18
76:3 85:1,7,17
85:20,22
**Fibres** 5:22
71:11
**fibrous** 109:1
170:9 478:17
482:12,16,23
483:13,24

**field** 215:2
**fifth** 1:14 11:9
305:8
**figure** 101:6
262:19 281:1
282:19 283:3
336:11 361:15
362:4 400:17
415:16,18
418:3 475:8
**file** 103:23 104:1
104:10,22
106:18 107:6
**files** 103:16
**final** 118:12
144:15
**finally** 144:5
215:15 216:24
217:9
**find** 36:13 68:16
91:16 93:18,23
94:12,14 128:4
128:12 129:17
130:8 131:13
134:5 141:1
150:9 160:8
165:7 179:21
185:15 195:22
196:6 205:4,6
222:7 238:13
265:23 274:15
280:15 282:7
282:15,19
283:1,3,9,16
286:3 288:4
292:12 309:11
311:19 312:21
314:20,21
315:3,5,7
317:15 320:23
321:9 337:14
342:3,5 367:20
391:11 392:2
446:1 453:24
463:10 480:14
506:7
**finding** 61:1

Kevin Holcomb, M.D.

| | | | |
|---|---|---|---|
| 77:17 93:14 | 127:8 164:7 | 361:16 364:15 | 245:23 246:8 |
| 101:5 131:8 | 182:19 199:16 | 368:15 373:2 | 246:23 248:4 |
| 165:1 187:7 | 213:11 214:20 | 373:22 382:9 | 249:8,23 |
| 196:4 256:21 | 224:22 237:1 | 506:10 | 250:12 251:15 |
| 263:13 280:15 | 260:2 264:15 | **following** | 252:13 253:3 |
| 290:14 357:15 | 266:8 275:16 | 115:20 334:4,7 | 253:22 254:10 |
| 370:13 371:1 | 287:8 295:2 | 339:3 | 257:13,22 |
| 371:10 372:18 | 319:12 320:3 | **follows** 11:21 | 260:1 262:9 |
| 391:23 395:7 | 321:21 323:1 | **Food** 427:3 | 265:6 267:9 |
| 396:6 434:13 | 325:11 326:19 | 428:11 | 268:14 273:1 |
| 434:17 497:20 | 327:23 328:17 | **footnote** 334:4 | 277:19 278:17 |
| **findings** 61:5,8 | 365:20 377:5 | 488:4 | 279:3 282:12 |
| 67:4 80:3 86:7 | 407:14 425:4 | **force** 15:9 | 283:14 286:17 |
| 89:2,12,17 | 430:17 443:18 | **forced** 284:8,9 | 288:1,10,24 |
| 91:17 92:17 | 461:19 469:6 | **foregoing** | 289:22 291:5 |
| 178:23 179:13 | 476:9 479:7 | 517:18 520:6 | 295:16,18 |
| 179:21 205:14 | **FISH** 3:3 | **foreign** 240:14 | 296:3,21 299:1 |
| 241:24 256:16 | **five** 61:16 62:8 | 240:17 423:3 | 300:19 302:2 |
| 259:12 272:10 | 87:21 89:3 | **forgot** 31:9 | 303:13 304:15 |
| 275:22 276:7 | 217:3 376:10 | 308:18 | 305:17,23 |
| 280:3 303:24 | 471:19 | **form** 16:24 | 307:8 308:13 |
| 307:24 358:10 | **flashes** 37:4,7 | 17:13 18:2,12 | 312:3,16 |
| 358:17,18,24 | **flaws** 293:15 | 19:2,20 20:20 | 315:16 316:7 |
| 359:19 373:20 | 313:1 319:21 | 24:2 25:16 | 316:23 317:19 |
| 379:16 395:6 | **flipping** 310:8 | 26:3,23 27:14 | 318:6 319:9 |
| 419:14 433:21 | **Florham** 3:9 | 28:4 29:3,21 | 327:13 330:8 |
| 435:2 436:19 | **fluid** 151:19 | 30:20 32:18 | 331:12 333:2 |
| **fine** 66:7 73:4 | 468:19 | 33:8,14 34:18 | 335:8 338:7,14 |
| 126:2 401:19 | **FLW** 1:6 | 35:1,7,16 36:2 | 340:21 341:9 |
| **finish** 52:18 | **focusing** 68:12 | 38:23 39:6 | 342:11 343:9 |
| 92:12 133:16 | **folks** 498:11 | 42:4 43:23 | 343:13 344:20 |
| 133:18 138:24 | **follow** 313:22 | 44:20 45:21 | 345:12 346:6 |
| 163:10,21 | 338:1,10 339:6 | 46:3 47:3 48:7 | 346:17 349:6 |
| 166:13 233:2 | 380:13 458:1 | 49:18 50:15 | 349:21 355:11 |
| 237:16 306:16 | 495:17 | 51:3,20 53:5 | 355:13 356:21 |
| 310:17 327:23 | **follow-up** 20:16 | 55:23 56:12 | 358:12 359:2 |
| 328:16 332:8 | 325:13 350:1,3 | 57:20 58:9 | 359:11 360:17 |
| 332:11 447:1 | 350:15 351:2 | 60:6,17 62:1 | 362:11 364:6 |
| 462:19 463:16 | 352:14 353:2 | 62:18 63:1,22 | 364:13 365:9 |
| **finished** 79:7 | 355:18,20,23 | 65:17 66:5 | 366:7 369:8 |
| 133:11 485:22 | 356:2 361:18 | 70:5,13 77:5 | 370:19 372:21 |
| 516:1 | 363:22 368:16 | 84:14 89:22 | 375:21 379:21 |
| **first** 11:20 12:23 | 379:6,14 | 90:23 92:1 | 381:8 382:24 |
| 21:9 33:17 | 404:22 | 95:5,20 96:13 | 385:7,20 386:7 |
| 37:22 43:3 | **followed** 293:23 | 98:8 99:21 | 387:6,16 388:7 |
| 87:14 103:1 | 311:4 339:8 | 101:21 102:8 | 388:15 391:8 |
| 121:23 122:2 | 340:5 356:6 | 103:20 104:14 | 393:8 394:9,15 |

Kevin Holcomb, M.D.

Page 540

395:16 397:16
398:4,24
399:20 400:4
401:10 402:3
402:11 406:2
408:18 410:22
412:14,22
413:22 414:20
417:17 419:9
419:22 423:18
427:20 431:9
432:22 433:7
434:2,20 435:7
436:17 438:3
439:10,12
440:12 441:12
442:1,11 447:5
448:4 451:6
452:22 454:22
459:11 460:4
462:6 464:21
468:9 469:3
470:16 475:24
477:21 480:6
481:3 482:19
484:20 485:5
487:23 489:10
491:6,18 493:1
494:12 496:8
496:17 497:24
499:9 500:3,14
500:22 501:9
504:17 505:7
506:22 507:24
508:17 509:24
510:19 512:4
512:23 513:13
514:11,17
520:10
**formal** 26:5
**format** 285:1
**formed** 24:11
44:14 47:19,24
345:23
**forming** 108:2
117:16,20
**formulated**

49:11
**formulating**
52:9 107:21
155:13
**forth** 108:5
350:3 401:6
406:11
**forward** 54:16
471:20
**found** 47:7
75:17 76:3
80:1 85:18
94:21 95:15
177:24 217:4
228:18 237:12
276:4 280:11
280:11,18
282:5 307:24
310:23 321:1
323:5,16,18
373:17 376:22
378:10 390:20
391:4 409:4,6
409:7 436:12
443:4 453:21
454:16 477:12
482:12 505:11
**foundation**
155:19
**four** 13:20
112:23 161:2
161:10 273:5
273:12 305:8
356:17 357:8
369:18 376:10
405:22 406:11
489:5
**fragrances**
109:14
**frame** 264:11,13
264:24 336:6
**fraught** 285:7
289:18
**free** 108:18,24
256:20
**French** 487:3
**frequency** 29:23

270:15 343:4
344:17 345:9
376:18 404:6
404:20 474:4
475:20 476:3
**frequently**
343:1
**fresh** 28:24
**Frey** 242:8
**front** 40:20 41:1
45:12 211:18
271:15
**frozen** 450:11
**frustrates** 209:6
**full** 39:24 71:14
71:20 74:2
87:14 91:22
127:8 138:17
148:11 155:11
164:20 203:16
232:23 443:18
443:19
**further** 45:3
76:14 110:23
203:20 383:12
420:17 442:20
449:10 463:19
504:14 515:20

───────
**G**
───────
**game** 390:4
**Garber** 2:3 5:5
12:1 17:2,18
18:8,17 19:15
20:5,23 24:12
25:17,19 26:12
26:24 27:5,23
28:15 29:7
30:1,21 31:4,8
32:10,23 33:11
33:20 34:19
35:8,19 36:18
39:2,15 40:1,2
40:5,11,15
42:19 44:5
45:8 46:21
47:4 49:9 50:5

50:23 51:8
52:5,14,17,21
53:17 54:1,12
55:1 56:1,13
57:24 58:4,15
60:8,19 62:13
62:20 63:15
64:10,16 65:19
66:3,8,10
67:18,20 68:6
70:6,7 71:7,18
72:2 73:3,5,16
73:21 74:4
76:16,21 79:3
80:8,14,18
82:1 84:15
90:17 91:20
92:4 93:1
95:17,23 96:15
99:17 101:11
101:24 102:9
102:16 103:4,7
103:22 104:16
105:3 106:11
107:17 108:15
109:11,19
110:7 112:17
114:1,23
116:24 117:14
118:4,24 119:8
121:12,18
122:13 123:3
124:16 125:1
125:23 126:4,8
126:17 129:7
131:11,21
133:7,14
136:19 138:15
139:2,9,11
140:3 141:20
142:6,19
143:10 144:8
144:10 146:10
147:8,21
148:13,16
150:20 152:11
153:14 155:5

156:6,19
158:18 159:8
159:17,18
161:1,15 162:2
162:21 163:7
163:15,17
165:4,13 166:6
166:17 167:15
168:20 169:2
169:17 170:1,5
170:19 171:14
172:3,12,23
173:8,17 174:8
176:1,6,15
177:8 178:12
179:10 180:7
183:9,10 186:2
186:9 188:6
190:11,22
191:13 192:7
192:19 194:11
195:12 196:24
197:9 198:23
200:2 202:9,24
203:18 204:14
206:4,6 207:5
207:14 208:3,5
208:23 209:13
209:20 210:6
211:11,23
213:10,17,20
214:3,6,13
215:5,13
216:13 218:17
219:15 220:17
221:8 222:19
223:7,21,24
224:8 225:5
230:24 231:8
233:3 234:20
235:10,18
237:18 238:17
239:3,13,21
240:24 241:2
241:17 242:5
242:16 244:5
244:18 245:13

Kevin Holcomb, M.D.

| | | | | |
|---|---|---|---|---|
| 246:1,11 247:5 | 377:8,13,18,24 | 483:4 484:23 | 83:19,21,23 | 365:7 366:21 |
| 248:22 249:12 | 378:3 380:20 | 485:15,19 | 84:5,13 85:6 | 368:6 372:11 |
| 250:3,13 252:6 | 382:2 383:3 | 486:8,15 488:3 | 110:15 158:7 | 372:18 373:17 |
| 252:18 253:6 | 385:14,22 | 488:13 489:13 | 177:24 178:21 | 378:24 379:10 |
| 254:1,23 | 386:11 387:7 | 491:9 492:8 | 270:24 271:5 | 379:17 380:5 |
| 255:17,22 | 388:1,11 389:1 | 494:5,17 | 314:16 320:6 | 380:10,14 |
| 256:3 257:16 | 393:1,11 | 496:11,22 | 330:1 356:23 | 382:21 383:5,8 |
| 258:1 261:2 | 394:12 395:10 | 499:2,11 500:7 | 406:5 | 403:12 411:18 |
| 263:23 266:5 | 396:9 397:20 | 500:18 501:1 | **generally** 32:11 | 411:23 412:11 |
| 268:8,16 | 398:14 399:1 | 501:23 503:4 | 37:24 137:16 | 413:11,19 |
| 271:13 273:3 | 399:24 400:23 | 504:24 505:8 | 141:2 177:3,15 | 415:9 |
| 274:2 276:3,6 | 401:14 402:4 | 507:1 508:8 | 241:12 245:7 | **getting** 59:12 |
| 278:6,23 279:7 | 402:14 403:24 | 509:17 510:1 | 246:24 247:1 | 75:2 77:7 |
| 282:22 283:15 | 406:6,24 | 511:24 512:7 | 313:14 320:4 | 226:24 254:13 |
| 286:19 288:5 | 407:20 408:3 | 513:9 514:7,14 | **genital** 9:13 | 255:7 318:19 |
| 288:11 289:9 | 408:19 411:1 | 514:21 515:17 | 173:11 280:16 | 389:18,24 |
| 290:1 291:8 | 412:17 413:2 | 515:24 | 311:24 357:17 | 390:1,3 391:14 |
| 292:20 295:21 | 413:23 414:21 | **gas** 63:7 69:8 | 374:16 419:5 | **Ghio** 9:12 |
| 296:5,22 298:2 | 415:2 417:20 | 78:1 332:17 | 423:1 427:6 | 465:22 468:23 |
| 299:3 300:22 | 417:23 418:21 | 369:14 | 437:20,24 | **girls** 88:7 |
| 302:7,12 | 418:23 419:10 | **gate** 48:2 | 438:15 445:15 | **give** 78:18 88:17 |
| 303:14 304:17 | 420:3 421:13 | **Gates** 8:11 48:3 | 448:9 476:15 | 99:5 121:24 |
| 305:18 306:2 | 421:22 424:4 | 149:12 207:16 | **genitals** 28:24 | 128:15 132:11 |
| 306:18 308:6 | 424:13 427:24 | 311:4 324:13 | 29:10 30:10,17 | 141:15 194:12 |
| 312:6 313:13 | 430:23 431:1 | 324:15,17 | 31:17 32:5 | 195:19 205:15 |
| 315:17 316:10 | 431:10 432:24 | 339:7 356:1,2 | 33:6 131:18 | 212:1 228:10 |
| 317:2,21 319:2 | 433:9 434:11 | 357:14 358:4,8 | 134:21 135:16 | 228:11,13,17 |
| 321:15 327:19 | 434:24 435:22 | 359:18 360:14 | 135:17 174:3 | 232:23 266:12 |
| 328:8 331:5 | 437:17 438:12 | 360:19 361:21 | 239:8 384:22 | 348:8 395:17 |
| 332:9 333:5,24 | 439:16 440:15 | 362:8,17,21 | 404:7,16 | 409:16 417:13 |
| 335:10 340:15 | 441:17 442:4 | 363:1,13,19,20 | 439:23 441:22 | 417:13 421:10 |
| 341:1,5,17 | 442:21 446:7,9 | 364:3,11,22 | 479:6 482:17 | 421:11 425:1 |
| 342:12 343:10 | 447:15 449:17 | 365:6 366:17 | 484:2 501:6 | 425:11,12 |
| 343:15,24 | 452:5 453:4 | 367:13 368:14 | 507:22 512:20 | 430:2 438:20 |
| 344:6,22 | 454:3 455:8 | 370:5 372:12 | **genuine** 210:14 | 472:13 473:5 |
| 345:13 346:9 | 456:18,21 | 372:18 373:9 | 212:22 | 485:13 494:16 |
| 346:20 348:17 | 457:3,8 459:2 | 373:15 379:10 | **Gertig** 8:8 48:3 | 494:18,21 |
| 349:17,24 | 459:12 460:6 | 379:16 380:10 | 135:8 149:13 | 508:5 512:17 |
| 350:23 354:11 | 462:9 463:4 | 381:24 382:4 | 248:16 310:22 | 513:24 515:18 |
| 356:13,15 | 464:15,23 | 382:12 411:18 | 344:2 347:2 | **given** 15:15 |
| 357:1,6 358:15 | 466:24 468:5 | 411:23 412:10 | 356:18 357:10 | 50:11 53:18 |
| 359:3,14 362:2 | 468:15 469:5 | 413:10,20 | 358:1,10,19 | 73:1 138:4 |
| 362:18 363:17 | 470:1,3 471:10 | 414:3 415:11 | 359:19 360:3 | 181:13 182:3 |
| 364:7,19 365:3 | 472:14,18 | 416:9 | 360:10 361:20 | 182:24 183:13 |
| 365:10 366:11 | 473:7,20 474:1 | **general** 6:11 | 361:23 362:20 | 241:21 262:2 |
| 369:24 371:6 | 476:7 477:24 | 21:5 23:5 26:1 | 363:23 364:4 | 285:16 286:2 |
| 373:24 376:1 | 480:20 481:7 | 26:8 38:1 | 364:12,16,22 | 288:13 297:8 |

Kevin Holcomb, M.D.

325:11,12,17
326:23,24
337:8 341:3
389:6 481:19
517:6 520:8
**gives** 331:1
386:4 504:19
**giving** 24:5 26:8
178:7,22
179:16 337:19
372:23 463:19
494:23
**glad** 441:2 447:8
447:16
**glean** 122:14
**gleaned** 122:19
**gloves** 400:8
**go** 15:1 31:9
50:20 53:14
54:1,14 65:4
66:11,13 67:3
67:14,24 68:12
68:14 72:5
88:18,20 94:2
94:6 98:3
99:12 100:14
112:20 129:16
130:7 133:9
136:16 146:11
161:12 165:8
167:7,8 169:6
169:20 182:19
189:14 194:21
202:11 203:19
206:13 208:4
209:8 218:1
237:8 258:20
269:16,19
272:14 275:15
285:15 297:22
319:3 324:15
324:22 327:16
335:24 361:6
366:13 367:20
373:9 384:1,14
390:10 397:6
403:4,7 416:17

417:24 431:24
432:5 440:22
441:3 445:3
453:5 455:12
457:11 459:7
473:7 476:8
484:16,21,24
485:23 489:16
503:14 508:19
509:5 510:12
511:5
**goes** 65:7 86:2
88:3 97:22
183:24 201:8
214:19 263:8
287:10 323:10
338:19 378:15
382:10 398:20
400:16 434:8
444:16 458:24
**going** 15:17 16:6
21:12 30:22
39:18,19 40:6
43:15 45:9
59:13 61:7
64:6,11 65:20
66:24 67:11
71:8,22 72:11
75:8 76:4,5
77:9,21 79:4
99:12 100:13
100:23 101:1
114:24 125:13
125:20 126:11
136:1,3 137:10
139:4 144:5
148:14 159:12
164:17 168:7
169:22 170:1,2
176:11 180:1,8
185:11,12
189:11,12
190:7 193:19
195:1 200:3
202:3 205:5,6
205:7 206:3
209:24 216:10

220:8,10
226:18 228:8
228:10,11,13
232:19 243:2
255:18 260:21
265:18,20,22
265:24 270:17
271:4 274:3
285:10,11
292:21 316:17
319:13 320:15
320:16,20
321:17,22
324:21 327:17
328:16,23
330:4 337:24
338:1,4 342:1
344:1 360:8
362:3 363:6,7
372:23 392:23
397:10 403:15
407:1,21
409:16 410:12
417:21 424:14
428:14 435:21
451:3 453:7,10
456:24 458:4,6
471:11 472:2,5
474:14 475:1
480:9 481:9,13
484:3 485:10
485:13 486:9
488:8 493:12
493:16 494:1,7
494:15 498:20
498:23 501:19
509:12 511:13
511:20 512:1
**Golkow** 1:20
11:5
**Gonzalez** 8:16
48:4 207:9
403:17
**good** 12:2,3
15:20 24:15
125:21 158:12
239:10,11,22

239:23 264:20
267:12 285:11
350:12 386:4
391:21 416:3
**Google** 120:4,18
120:20
**Gotshal** 1:14
3:12
**government**
145:2
**grade** 449:13
451:13 461:12
**gradient** 477:19
**graduate** 284:10
**grant** 145:13
**granuloma**
449:2
**granulomas**
448:17 450:6
**granulomatous**
449:3,16
451:20
**gravel** 87:6,9
**Gray** 1:15
517:12
**great** 170:3
214:2,8 228:16
230:19
**greater** 194:15
195:16 198:7
241:23 339:9
368:1 370:6
371:9,19
376:11 472:21
**greatest** 293:22
**Green** 232:1
233:12 490:14
490:22 491:1
**Greenland**
199:18 201:6
207:24 209:16
287:9
**group** 30:23
87:15,17 93:8
96:6,11,17,24
97:5 98:7 99:1
99:19 101:16

101:19 102:2,4
211:9 226:10
238:3 248:9,10
272:6 311:3
312:10 315:10
320:7,8 321:12
321:19 346:13
346:14 356:6
373:2 385:18
397:13 398:2
398:22 491:14
492:11,21
**groups** 92:16
201:20 322:9
**grown** 250:19
**guess** 16:3 28:10
38:5 39:8
59:18 86:11
115:19 130:23
131:2 149:4
250:16 280:2
418:2 426:24
427:7 475:16
493:23 502:2
**guidelines** 305:6
**guilty** 120:20
**guinea** 130:10
**guys** 126:1
255:24 377:14
**GYN** 179:23
242:10 455:20
456:10,14
**gynecologic**
12:10,14 39:10
126:20 136:21
176:16,18,22
178:4,14 179:2
180:11 181:4
249:14 487:12
507:6
**Gynecology**
488:16 490:1
490:11

---

**H**
**H** 5:10 6:2 7:2
8:2 9:2

Kevin Holcomb, M.D.

**H2O** 196:5
**habitual** 250:7,8
  251:1,20 257:1
  257:9 258:4
  263:7 267:22
  338:22
**hair** 469:23
**half** 111:12
  217:4 224:1
  232:7 313:8,9
**halfway** 74:20
  256:7 271:19
  275:17
**hallmark**
  158:11
**halt** 217:12
**hand** 97:10
**handed** 53:9
  72:20
**hands** 499:20
**Hang** 462:21
**happen** 100:8
  129:4 132:14
  267:1 422:12
  422:16 424:1
**happened**
  337:10 356:5
  461:3 464:12
  491:20
**happening**
  66:21
**happens** 262:13
  427:10 438:8
**happily** 284:9
**happy** 68:14
  346:23 434:14
  434:22 440:22
  441:8
**harbored** 44:8,8
**hard** 105:16,22
  106:1 214:8
  282:18 283:3
  285:8 493:3,23
**hardcopy**
  105:19
**harm** 217:20
**hazard** 181:13

182:4
**head** 196:1
  270:24 441:16
**heading** 83:20
  215:16 217:1
  304:4 351:21
  430:14 503:20
**health** 142:13
  143:11,20,23
  144:4,12,20
  145:23 171:10
  171:20 220:3,5
  220:10 222:21
  256:18 258:21
  261:4 311:8
  324:24 325:9
  329:5 331:7
  338:18 344:10
  363:22 365:21
  365:23 376:22
  378:9 380:21
  381:4,20
  402:15,18
  403:7 413:24
  414:2 419:3,17
  420:4,6 427:13
  428:14,19
  430:7 431:16
  436:6 439:20
  446:11 477:16
  494:10
**hear** 267:17
**heard** 197:19
  201:18 359:4,7
**hearing** 6:11
  63:17 110:15
**hearings** 37:19
**heart** 389:19
  400:17
**HEASLIP** 3:12
**heavy** 28:6
  61:16 86:5
  87:22 95:13
  98:14 109:5
  170:9 326:16
  331:22 332:7
  335:17

**heed** 500:1,10
  500:24 509:18
  512:1,21
**held** 1:14 11:9
  282:1 284:7
  318:23
**Heller** 48:4
  132:5 134:19
  397:2 398:18
  432:3 448:11
**Heller's** 436:19
  437:2
**help** 85:9 101:6
  217:12 250:18
  284:23 365:14
  463:11
**helped** 45:3
  79:18
**helpful** 52:16
  290:19,23
  291:20
**helps** 181:24
**Henry** 4:10 11:4
**herpes** 120:14
**hesitating** 498:6
**heterogeneity**
  236:13,18,22
  236:24 237:8
  237:11,20,22
  238:5,6,9,11
  238:14 285:4
  319:14 320:19
  320:24 321:5,9
  322:13 323:2,5
  323:11,16,18
  323:22 361:3
**hierarchies**
  300:17
**hierarchy** 282:1
  293:19,21
  294:4,9,15,16
  294:18 298:17
  301:24 302:6
  303:7 304:4,19
  305:2,14
**high** 248:24
  260:18 397:13

398:1 449:13
  451:13 461:12
**higher** 17:16,19
  152:1 260:13
  272:18 397:8
  444:14 445:20
  470:21
**highest** 248:14
  455:24
**highlighted**
  293:5
**highly** 200:16,23
  217:17 318:23
  445:5 495:11
**Hill** 160:5
  161:14 164:5
  233:19 246:5
  247:11 420:13
  427:15 428:21
  429:5,12,15
  430:9,16
  431:15 436:6
  477:18
**Hill's** 115:20
**hired** 38:17 42:1
  42:22 43:9
  44:7 515:6
**Hiroshima**
  326:14 332:20
  336:7
**histologic** 8:10
  94:2 259:10,13
  259:16,22
  260:12 450:16
**histologically**
  310:24
**histology** 249:19
**historical**
  478:11
**historically**
  248:13
**history** 26:5,6
  26:13,16,22
  27:1,6,17
  28:11 132:18
  342:2,6 391:23
  397:3,4,9

487:11
**Holcomb** 1:13
  5:4,15,17,20
  6:10 11:13,19
  12:7 54:10,23
  110:14,17
  168:3 285:22
  412:8 517:8
  520:16
**Holcomb's**
  81:20
**Holcomb-1** 5:14
  40:14
**Holcomb-10**
  6:17 200:1
**Holcomb-11**
  6:19 220:16
**Holcomb-12**
  6:21 224:7
**Holcomb-13** 7:6
  255:16
**Holcomb-14** 7:9
  271:12
**Holcomb-15**
  7:12 274:1
**Holcomb-16**
  7:16 292:19
**Holcomb-17**
  7:18 302:11
**Holcomb-18**
  7:21 333:23
**Holcomb-19** 8:6
  344:5
**Holcomb-2** 5:16
  45:7
**Holcomb-20** 8:9
  363:16
**Holcomb-21**
  8:12 377:17
**Holcomb-22**
  8:14 403:23
**Holcomb-23**
  8:17 406:23
**Holcomb-24**
  8:20 407:19
**Holcomb-25** 9:6
  424:12

Kevin Holcomb, M.D.

Holcomb-26 9:8
468:4
Holcomb-27
9:13 471:9
Holcomb-28
9:15 486:14
Holcomb-29
9:17 488:12
Holcomb-3 5:19
64:15
Holcomb-30
9:19 496:21
Holcomb-31
9:22 503:3
Holcomb-4 5:21
71:6
Holcomb-5 6:6
102:15
Holcomb-6 6:7
110:6
Holcomb-7 6:10
114:22
Holcomb-8 6:13
180:6
Holcomb-9 6:15
186:8
hold 89:14 91:18
141:12 151:13
178:1 190:23
192:23 247:8
247:17 275:7
334:9 367:19
448:6 474:15
holding 296:16
honest 47:6
90:24 341:10
475:7 493:3
513:4
honestly 177:23
251:16 341:11
hope 407:24
hopefully 169:4
388:22
hoping 91:1
159:4
hormone 242:21
hospital 125:18

301:7,15,16,17
hot 37:4,6
Houghton 8:13
48:3 374:9
375:6,19 376:3
376:21 377:8
377:20 379:9
383:13
hour 60:10
125:20
hours 59:7,23
60:4 112:1,12
112:18,21,22
114:11 214:20
354:23
HPV 120:14
HRT 242:22
243:6,11,16,18
Hulfish 3:13
human 71:11
82:19 83:16
128:9 130:2,16
132:13 134:16
135:15 136:7
215:17 220:20
325:19
humans 224:21
HURST 2:7
hyped 201:10
hypothesis
259:14 280:8,9
398:13 433:22
434:4,9
hypothesize
398:7 424:8
hypothesized
430:19 431:18
hypothesizing
424:2
hypothetical
96:22 330:14
337:20 482:9
482:21 483:9
483:20,22
492:10 493:7
494:16,19,24
495:3 502:6

508:6 510:10
512:18 513:16
hysterectomy
442:9 444:13
444:20

─────── I ───────

i.e 84:6 183:2,4
183:15,17
IARC 5:21 48:4
48:5 61:17
63:5 68:21
69:16,24 70:4
70:10 71:9
77:19 78:4,7,9
79:23 80:11
81:19 88:15
89:1,11,16
91:1,7 92:9,15
94:15,21 95:2
95:19 96:7,20
97:11 98:19
99:2,19 100:10
101:15,18
224:15 225:7,9
225:11,17,17
227:2 228:3,20
229:1,4,10,12
229:16,19,21
247:19 272:5
419:12 420:1
420:22,24
491:3,12
492:10,19
493:5 494:1,9
494:13 495:6,8
495:14,16
510:22 511:3
IARC's 60:23
61:8 97:2
98:13 228:1
495:9
ICD-9 79:14
idea 21:8 65:12
67:2 389:13,23
392:3 430:3
461:15

identical 204:3
identification
40:13 45:6
64:14 71:5
72:14 74:17
102:14 110:5
114:21 180:5
186:7 199:24
220:15 224:6
255:15 271:11
273:24 292:18
302:10 333:22
344:4 363:15
377:16 403:22
406:22 407:18
424:11 468:3
471:8 486:13
488:11 496:20
503:2
identified
208:15 432:13
identify 107:19
376:8
identifying
48:24
ignoring 319:4
II 63:9 69:8,9,9
365:23
Illinois 4:4
illuminated
293:5
imagine 49:2
106:19 107:1
205:10 493:4
immunohistoc...
79:17
impact 238:16
324:3 442:19
446:5
impacted
251:21
imperative
518:14
implicated
256:14
implies 303:22
303:23 395:8

important 15:4
49:1 68:11
135:24 137:23
161:17 259:7
260:4 323:11
331:9 343:6
351:14,21
361:8,10 372:9
impossible 19:7
impressed
495:13
impression
355:21
impressive
460:21
inability 390:13
inaccuracies
282:4
inadequate
351:3 369:3
inappropriate
208:8 379:13
464:2,4
incident 327:2
include 117:3
149:12 203:1
413:19 414:6
414:10,12
416:23 418:15
483:21 487:8
included 21:16
48:2 54:11
55:19 61:2
165:23 203:24
228:21 229:4
362:15,16,20
362:22 365:5
371:18 379:7
411:17,23
414:2,12
416:12 418:5
includes 16:14
75:17 85:19
154:19 202:21
232:3,4
including 16:20
25:3 222:7

252:1 324:13
360:11,19
362:14 455:3
487:12 492:15
**inconsistencies**
164:11 392:17
455:2
**inconsistency**
42:18 184:1
185:21 188:23
307:21 442:18
449:7
**inconsistent**
150:14 185:23
188:2,13 189:1
190:2 191:10
192:1,6 219:7
223:10 339:20
339:21 392:18
460:12 484:10
**incorporated**
118:11
**incorrect** 169:18
**increase** 67:8
90:4,7,14
174:22 183:3
183:18 187:7
245:19 252:22
254:16 259:22
262:12 269:11
269:17 349:13
376:23 392:10
405:9 465:1
**increased** 63:13
70:19 78:15
88:24 89:3
94:12,14 95:15
98:17 124:10
149:8 183:5,16
187:21 188:18
188:20 229:15
243:8 245:15
253:12 260:19
260:23 261:9
272:22 273:9
276:10 309:24
310:10,15,20

311:1,9,11,19
312:1,12 315:7
324:10,14,18
328:22 339:11
354:1 355:6
356:18 357:24
360:23 363:2
373:23 378:17
382:8 409:3
446:17 469:13
479:14,19
493:15 498:17
514:6
**increases** 65:9
89:6 90:9
203:24 447:19
465:4,6 484:14
**increasing** 254:7
268:20,24
270:11 361:18
435:5
**incremental**
493:21
**independent**
47:13 347:1
**INDEX** 10:2
**indicate** 125:8
187:18 220:22
242:20 250:5
274:5,10,24
340:17 375:8
407:5 411:15
423:9 431:17
440:7,18 443:3
445:14 452:19
466:4 470:6
**indicated**
220:19 273:8
273:15 333:13
413:18 428:6
**indicates** 30:8
30:15 31:15
32:3 40:21
41:2 83:18
93:7 111:19
182:3,22
195:15 202:12

203:20 210:9
224:19 225:1
298:16 325:10
408:12 416:4
420:11 443:19
472:20 487:6
497:8,14 499:3
**indicating** 84:11
294:2 487:19
**indication** 466:9
**indicative**
420:18 436:8
**indirect** 101:4
**indisputable**
425:18,23
426:2,6,10
427:8 430:22
**individual** 19:4
19:7,9 29:5
36:17 194:21
195:8 224:16
225:16,18,19
225:23 227:3
227:24 325:15
375:23 391:2
446:3 469:17
**individuals**
469:10
**induce** 174:14
436:14 440:8
440:18 441:7
464:17 466:5
**induction** 125:5
**indulge** 457:1
**infections** 36:12
36:14
**inflammation**
174:15,18
431:20 434:5
436:14 440:5,9
440:18 441:7
446:17 447:19
448:8 449:3,4
449:16 450:21
451:4,18,21
461:24 464:18
465:2,6,9

**inflammatory**
487:14
**inform** 92:17
**informal** 15:12
**information**
23:5 48:17
53:9 178:8
277:7 379:14
448:13 463:20
504:4 510:8
**informed** 156:1
**informs** 160:1
**Ingham** 13:6
14:23 38:2
40:23 44:10,14
45:1,12 46:14
46:17,23 47:20
48:1 60:12,23
61:6,22 62:10
64:18 106:2,7
109:20 113:12
116:16 346:11
386:13 515:5
**Ingredients** 9:22
**Inhalation** 84:5
**inhibitors**
461:15
**initial** 19:24
310:22
**initially** 306:21
**initiation** 334:24
**initiative** 338:18
**insanity** 227:16
**insert** 168:9
**inside** 123:12
**instance** 435:4
**instances** 464:7
**institution**
300:16,21,21
301:5,8 494:9
**INSTRUCTI...**
518:1
**insufficient**
510:23
**integration**
302:23
**intend** 112:12

112:24
**intention** 214:4
**interaction** 38:4
296:13
**interest** 50:20
53:20 461:7
**interested** 68:10
205:1 212:5
297:2 390:9
400:15 504:13
**interesting**
164:12 183:22
228:3 280:19
**interestingly**
447:7
**internal** 154:5
154:11,20
478:15
**international**
79:13
**interpret** 66:16
66:18
**interpretation**
277:15 278:5
**Interpretations**
217:2
**interrupt**
163:22 190:7
210:1 327:21
357:5 466:23
**interrupting**
169:8 209:18
209:19
**interval** 149:24
189:4 193:24
194:8 197:14
202:5,21
203:23 219:8
347:16 348:23
353:18 354:18
370:8 376:24
378:17 386:10
386:13,16
387:3 474:21
**intervals** 187:5
196:13,23
205:21 217:22

226:24 235:23
372:8 477:11
**intraepithelial**
448:20
**introduction**
138:9 202:2
382:1 400:14
**introductions**
402:24
**invaluable**
230:7
**invasive** 256:22
353:17 357:24
378:18 451:10
**invested** 316:17
**investigate**
316:3 504:1
**investigation**
154:13
**investigator's**
225:19 227:3
**investigators**
224:17 225:16
225:18 227:24
**invoice** 6:9
111:15 112:12
**invoiced** 112:6
113:19 114:3,8
**involve** 153:18
240:4,7 241:11
**involved** 49:22
50:8 116:6
122:1 404:1
479:8
**involvement**
38:3 44:24
46:13
**Involving** 445:9
**irregularities**
140:11 178:20
**irrespective**
235:21
**irritation**
431:20
**isolation** 249:10
**issue** 23:14
52:15 88:16

93:3 95:1
131:14 138:13
158:19 168:5
182:21 234:21
237:11,20
247:12 272:7
273:10 321:9
331:9 355:19
396:23 426:9
**issued** 110:20
111:15 143:19
494:4 508:9
**issues** 26:7 37:2
78:7,9,12
116:7 152:5,15
289:18 398:17
499:23 507:19
510:14 512:18
**Italy** 63:10
69:11
**Item** 103:16
146:19
**items** 111:8
215:22 463:23

---

**J**

**J&J** 31:3 42:1
42:22 47:1,8
**J&J's** 497:20
**JAMES** 4:3
**james.mizgala...**
4:5
**January** 38:8,9
151:4
**Jason** 488:23
489:21
**Jersey** 1:2 3:9
3:13
**JNJ** 9:7
**job** 15:20
**Johnson** 1:4,5
3:15,15 12:21
12:21 13:1,1
16:14,20 32:14
32:14,24,24
37:10,11 38:18
38:18 41:15,15

44:7,7,18,18
60:2,2 97:20
97:20 99:8
100:22,22
107:20,20
108:1,1,23,23
109:4,4,13,13
109:21 111:16
111:16 112:7,7
112:12,13
113:1,1,16,16
114:9,9 154:13
154:14,22,22
315:6,6 354:14
354:14 478:9,9
478:14,15,15
478:16 480:23
480:23 482:11
482:15,22,23
483:12,13,23
484:18 485:2
499:5 500:9
**Johnson's** 16:15
16:21 99:8
109:22 482:11
482:15 483:23
484:18 485:2
499:5 500:10
**journal** 6:16 9:8
115:11 176:22
177:2,2,12
179:4,20
184:19 200:10
200:13,17,23
299:20 411:9
489:24 490:2,9
490:16,22
491:1
**journals** 217:4
**judge** 168:6
169:7
**judgment** 156:2
157:10,15,16
157:20 158:14
242:18 426:3
**Judith** 156:17
**jump** 280:6

297:5
**jumped** 510:21
**Justice** 495:21
496:5
**justification**
267:21

---

**K**

**keep** 57:21
166:16,20
167:18 179:14
183:6 196:14
226:17 236:4
297:16 318:11
320:20 321:17
328:13,14,23
417:9,10 423:3
512:11
**keeps** 36:13
229:9
**Ken** 292:15
**Kenneth** 199:20
286:21 287:8
288:6 292:23
**kept** 66:22
222:13
**Kevin** 1:13 5:4
5:14,17,19
6:10 11:13,19
12:6 110:14,17
517:8 520:16
**key** 47:23 48:16
**Khabele** 461:3
**kind** 16:10
**knew** 284:15
286:21 506:6
**know** 14:21
15:16 18:21,23
20:7 26:21
33:23 40:5
47:9 51:9,22
52:7 55:24
61:5 63:6 66:4
66:16,17 67:9
73:23 74:9
78:17,24 79:10
83:6 84:18

85:3 86:12
98:1,9 111:11
121:22,23
128:17 129:19
130:22 134:15
138:10 141:13
146:15 149:10
150:10 155:8
155:10,18
156:12 158:14
178:6 199:17
199:20 200:9
205:16 208:13
209:3,10,21
213:20 216:14
218:11 226:3
244:8,17,19
247:19,24
250:22 251:4
255:4 258:10
258:12 265:14
274:20 278:7
279:8,20
284:18 285:3
285:19 288:6
288:15 292:2,2
297:9,14 298:5
298:7 299:8,14
299:15 300:1
302:3,4 304:5
307:13 322:22
326:6,8,18
332:20 337:4
337:16 338:2
341:15,22
342:19 346:12
346:13 350:22
362:8,19
368:19 375:14
382:19 383:23
384:6 386:8,20
389:8 390:13
390:14 396:22
400:18 405:2
406:16 417:21
427:1,5 439:5
448:14 454:10

Kevin Holcomb, M.D.

459:20 460:11
460:13 462:12
466:1 477:10
480:2,22
489:12 498:7
498:11 502:6
502:15,16,22
505:12,14,22
505:23 506:10
507:2,11
509:11 512:8
**knowledge**
39:14 293:9
498:4
**known** 20:1,6,8
262:16 263:3,4
263:6,9,24
264:3,16,23,24
265:3,4,8
288:7 335:15
**knows** 67:15
282:16 283:2
331:19 399:11
427:6
**Kunz** 437:19

--------

**L**

**L** 1:15 2:3
517:12
**lab** 140:12 141:5
141:24 461:8
**label** 501:15
**labeled** 160:23
**lack** 188:3,14,17
188:22 238:10
307:24
**Lancet** 486:11
**Langseth** 7:11
271:7
**large** 139:3
265:9 316:12
317:10 328:21
506:10
**largely** 149:4
227:5 321:11
410:9
**larger** 202:17

429:9
**late** 38:4 335:2
361:13 369:23
473:16 487:10
**latency** 19:17,23
20:11,15 21:3
21:6,12 325:12
326:5,6,7,11
326:20,21,24
327:1,2,3,8
328:11 331:8
331:15,17
332:2,5,16,24
333:14 334:5
334:24 335:19
336:2,12,17
337:1,5,7,17
337:23 338:11
338:12,14
339:14 351:4
352:16 353:1,1
353:4 356:8
369:1,11
**laugh** 214:6
**laughed** 214:11
**launched** 190:18
**law** 15:11
**lawsuit** 264:6
**lawsuits** 265:10
276:9 277:14
278:22 279:21
**lawyer** 81:7
159:13 199:8
213:22 216:14
**LAWYER'S**
521:1
**lawyers** 56:16
107:20
**lay** 265:14 266:1
266:2,9 278:15
468:7
**lead** 274:5,11,24
**leads** 188:23
464:18
**learn** 388:22
503:22
**learned** 284:5

**leave** 258:8
321:24 379:23
482:7
**lecture** 24:5
26:8
**led** 49:5 205:14
308:3
**left** 94:10 334:18
**left-hand** 181:21
181:23 256:6
293:4 334:19
486:20
**legend** 416:4
**LEIGH** 2:13
**leigh.odell@b...**
2:16
**length** 345:10
**lesion** 448:19
449:13
**lesions** 448:23
451:19,22
**lesser** 323:11
**let's** 21:23 39:16
83:24 102:11
121:13 151:2,3
169:20 173:18
181:7 182:16
186:3,3 201:15
202:13 203:19
207:21,21
208:3,3 213:18
214:12 220:5
234:23 235:1
250:19 255:12
270:8 271:6
273:21 292:15
294:23 302:13
315:22 324:24
334:1 337:12
338:17 343:15
363:12,12
377:19 383:12
389:2 406:18
415:14 416:14
416:14,17
418:12 420:6
421:13 440:4

449:18 452:10
473:7 485:19
485:23 494:15
496:23
**letter** 9:6 208:21
424:16 426:13
**letters** 143:19
**letting** 167:16
327:9
**level** 19:8 97:12
189:12,13,15
226:6 280:4
284:10 307:22
314:4 330:19
330:20,22
389:14 390:8,9
391:20 495:15
505:19 506:7
514:2
**levels** 152:1
281:6,10,13
282:14,24
283:11 409:14
470:20 471:5
505:11
**Lheureux** 9:16
487:4,5
**LHG** 1:6
**liability** 1:6
264:9 266:3
**library** 54:17
**lied** 178:9
**lies** 371:4
**life** 37:2 251:2
369:23 444:14
**lifetime** 250:23
417:2 487:8
**ligation** 441:23
442:8,17 443:5
443:20 444:9
444:19 446:5
**light** 399:14
**likelihood** 17:16
17:20 352:24
**likewise** 125:3
**limit** 48:15
225:9 243:12

243:13
**limitation**
256:15 316:21
317:5 344:9,15
350:16 351:10
352:6,14
367:11 375:18
387:1 388:2
**limitations**
88:15 170:13
170:22 308:24
309:2,12,15,19
313:17 315:10
315:12,14,24
351:14,22
352:1 353:7
404:15 405:20
406:4,12
**limited** 38:21
39:1,4,8 41:18
42:1 91:7 95:2
95:19 119:18
128:3 176:2
235:19 252:16
389:22,23
476:17
**limits** 69:24
70:10
**line** 10:6,9,12,15
52:18 305:10
430:17 513:5
519:4 521:2
**lines** 41:11
45:16 64:23
336:1 444:7
**link** 306:19
**list** 24:8 45:2
47:18 49:12,15
49:24 50:3,24
51:1,10,23
53:7 54:4,17
55:12,20 56:3
56:15,18 57:14
69:21 106:20
110:23 119:14
121:2,11 124:2
131:13 138:17

Kevin Holcomb, M.D.

| | | | |
|---|---|---|---|
| 139:17 142:1 | 181:14 182:4 | 338:10 431:11 | 330:1,6 334:8 |
| 142:12 143:2,6 | 185:13 206:16 | 453:8 | 350:5 356:2 |
| 148:21 149:1 | 206:20 210:19 | **long-term** 384:7 | 357:11 362:23 |
| 149:21 150:6 | 220:21 241:5 | 417:2 | 365:17 377:3,4 |
| 152:4 155:12 | 246:15,21 | **longer** 311:4 | 377:20 388:18 |
| 231:23 233:11 | 247:15 248:23 | 355:23 361:17 | 395:24 396:1 |
| 233:14 235:16 | 253:10,15 | 373:3,18,22 | 397:10 415:14 |
| 293:13 388:24 | 262:4 289:12 | 382:9 385:11 | 416:14,14 |
| 424:19 441:2 | 307:20 313:7 | 495:13 | 420:6 434:14 |
| 441:15 463:23 | 336:21 352:7 | **Longo** 478:10 | 434:23 435:10 |
| 507:12 | 359:17 389:12 | **Longo's** 170:7 | 436:2 447:8 |
| **listed** 49:12 53:3 | 390:12 470:24 | **look** 31:21 39:16 | 449:22 450:10 |
| 111:3,7 117:2 | 483:1,15,21 | 53:11 72:5,7 | 450:13 451:9 |
| 117:21 119:13 | 509:6 514:23 | 72:11,17 73:6 | 460:13 471:23 |
| 143:1 146:3 | **lithotomy** | 75:3,3,11 | 474:17 475:1,8 |
| 167:5 405:22 | 438:20 | 78:13 87:12 | 477:23,23 |
| 408:9 489:5 | **litigation** 1:7,20 | 88:18,21 93:5 | 485:16,20 |
| **listener** 468:7 | 11:5,11 12:20 | 129:10 130:1,5 | 486:21 492:11 |
| **listening** 300:14 | 37:11,12,24 | 130:15 135:14 | 496:14 |
| 332:13,14 | 43:4 103:18 | 136:7 141:16 | **looked** 57:1,4,11 |
| **listing** 24:6 | 108:6 113:18 | 142:1 143:6 | 77:18 115:19 |
| **lists** 49:13 51:15 | 115:5,7,10 | 146:19 149:14 | 115:22 116:4,5 |
| 52:24 57:12 | 154:8 266:10 | 164:13 165:6 | 129:21 134:22 |
| 58:19 74:7 | 396:19 479:9 | 178:20 181:7,9 | 137:5,8,13 |
| 105:6 112:1 | 505:2 515:14 | 181:17 182:16 | 142:7 149:20 |
| 117:3,22 146:4 | **little** 24:3 35:10 | 189:9 192:8 | 149:21 151:19 |
| 146:14 304:4 | 42:14 57:22 | 201:15 202:23 | 151:22 165:21 |
| 305:8 381:10 | 61:9 82:22 | 208:19 210:7 | 206:17 236:18 |
| 497:16 | 84:19 85:5 | 220:5 222:14 | 237:2,11,20 |
| **literally** 472:11 | 230:13 240:22 | 231:21,23,24 | 238:8 320:22 |
| **literature** 43:13 | 305:13 321:13 | 233:17,18 | 321:11 323:12 |
| 43:16 47:24 | 365:2 415:4 | 236:7,16 238:8 | 323:18 352:6 |
| 52:2 57:9,11 | 438:21 445:20 | 255:12 256:10 | 359:18 418:4 |
| 62:5,7 67:9 | 502:22 | 256:10 262:14 | 420:23,24 |
| 90:20 91:3,23 | **lives** 352:11 | 266:13 269:12 | 448:12 452:12 |
| 92:20 97:18 | **living** 251:10,11 | 269:13,22,24 | 461:9 493:20 |
| 104:21 105:10 | **LLC** 4:6,6 | 270:8 271:6,17 | 495:6 |
| 105:21 106:13 | **LLP** 1:14 2:7 | 271:18 282:7 | **looking** 73:8 |
| 111:20 116:20 | 3:3,7,12,17 4:2 | 283:22,24 | 97:16 116:7 |
| 128:6 131:17 | **long** 26:21 35:4 | 285:4 288:19 | 120:10,13,17 |
| 133:2,5,22,24 | 112:20 226:17 | 292:15 293:3 | 122:9 123:8 |
| 134:2 136:24 | 284:7 293:15 | 300:15 301:23 | 127:7 128:7 |
| 137:5 146:15 | 313:22 325:12 | 303:15 307:18 | 137:10 166:15 |
| 155:18 157:11 | 326:5,21,24 | 313:6 315:22 | 166:18 181:16 |
| 157:14 162:10 | 332:23 333:8 | 318:17 319:13 | 197:10,11 |
| 162:14 165:7 | 334:23 335:19 | 322:3 324:6,24 | 200:5 202:2 |
| 173:24 174:12 | 337:5,7,17 | 326:12,15 | 227:5,14 |
| | | | 233:24 236:21 |
| | | | 238:2 281:23 |
| | | | 281:24 284:4 |
| | | | 289:7,10 |
| | | | 315:23 317:9 |
| | | | 374:23 375:4 |
| | | | 375:11 377:2 |
| | | | 410:9 415:19 |
| | | | 415:20 416:2 |
| | | | 429:17 430:1 |
| | | | 454:8 473:1 |
| | | | 475:11 477:5 |
| | | | 504:13 505:3 |
| | | | **looks** 67:10 |
| | | | 125:12 228:20 |
| | | | 232:6 321:24 |
| | | | 448:14 511:10 |
| | | | **loosely** 149:17 |
| | | | **losing** 94:20 |
| | | | **lost** 348:9 |
| | | | **lot** 77:8 169:21 |
| | | | 233:17 279:15 |
| | | | 322:10 355:19 |
| | | | 392:4 403:10 |
| | | | 448:23,24 |
| | | | 471:1 493:18 |
| | | | 499:22 |
| | | | **loud** 297:12 |
| | | | **louder** 57:22 |
| | | | **love** 297:5 |
| | | | **low** 185:22 |
| | | | 245:21 307:22 |
| | | | 325:20 329:17 |
| | | | 330:19,22 |
| | | | 387:22 460:19 |
| | | | 461:18 |
| | | | **lower** 435:15 |
| | | | **lowest** 248:11 |
| | | | **LPA** 151:23 |
| | | | **ludicrous** |
| | | | 203:21 |
| | | | **lump** 373:12 |
| | | | **lunch** 125:13 |
| | | | 223:23 239:17 |
| | | | 239:23 |
| | | | **lung** 306:20 |
| | | | 342:4 468:20 |

lymph 123:9,12
lysophosphati...
  151:24

## M

M 2:13 3:3,8,12
  426:24
M.D 1:13 2:13
  5:4 6:10 11:19
  147:2,19
  488:24 517:8
  520:16
ma'am 75:5
  159:15 206:13
  207:19 354:21
  425:11 473:5
macroscopically
  450:7
magnitude
  246:4,13,19
  247:9,10,20
main 448:5
majority 128:18
  234:5,5,6,10
  234:13,13
  235:24 240:15
  265:19
makeup 496:4
making 67:2
  69:8 77:24
  81:16 120:12
  196:15 205:9
  278:24 299:22
  319:24 332:17
  341:2 423:22
  425:22 435:11
  437:14
malignancy
  25:13,22
  455:20 466:16
  467:13,18,20
  469:17
malignant 19:11
  25:6 79:11,20
  336:3 466:10
  469:14
man 456:5

management
  281:17 303:10
  305:20
Manges 1:14
  3:12
manifestation
  335:1
manner 168:13
mantle 372:24
manufacturers
  154:21
manuscript
  118:9,22
March 1:10 11:6
  111:15 147:20
  151:5 200:7,8
  486:11 503:11
  517:15
MARGARET
  2:13
Margaret.tho...
  2:15
mark 39:18,19
  40:6 45:9
  64:12 71:8
  102:11 110:8
  114:24 148:15
  154:22 180:8
  186:5 200:3
  220:10 224:3
  255:18 274:3
  292:21 302:13
  334:1 344:1
  363:18 377:19
  403:19 407:1
  407:21 424:14
  471:11 486:9
  488:9 496:23
  503:5
marked 10:14
  40:12 45:5
  64:13 71:4
  102:13,17
  110:4 114:20
  121:8 148:9
  180:4 186:6
  199:23 220:14

224:5 255:14
  258:21 271:10
  273:23 292:17
  302:9 333:21
  344:3 363:14
  377:12,15
  403:21 406:21
  407:17 424:10
  428:15 468:2
  471:7 486:12
  488:10 496:19
  503:1
market 500:17
  501:16
MARKETING
  1:5
marking 378:5
marks 516:3
Marte 4:10 11:4
mask 63:8
  369:14
masks 69:8 78:1
  332:17
mass 151:21
Massachusetts
  3:4 226:9
material 47:12
materials 6:8
  23:3,14 45:19
  45:20 47:7
  51:14,17 52:7
  53:1 110:16,19
  117:19 121:11
  146:21 155:15
  189:6 194:4,22
  279:5 384:2
math 234:8
  350:10,12
matter 11:10
  13:6,20 14:5
  14:17,23 45:13
  46:23 49:12
  51:11 64:18
  69:21 104:1,10
  106:2,14
  107:13 108:11
  109:20 148:23

396:14,17
  423:3 492:23
  513:8
matters 13:23
  14:13 396:18
McCLENNEN
  3:3
MD 5:15,17,20
MDL 37:24 43:3
  43:9 44:8
  59:10 60:2
  104:11 105:24
  115:1,6 515:7
  515:15
mean 17:6 33:18
  37:3 39:1
  40:16 47:10
  59:9 70:4
  76:19 78:8,10
  118:8 121:10
  132:2,24
  178:11 179:23
  196:6 205:21
  234:19 255:3
  257:17 264:1
  283:1,1 284:3
  299:21 340:6
  364:14 395:22
  400:6 433:15
  438:5 450:7,9
  472:1,10
  498:21
meaning 85:19
  195:16
means 33:24
  34:3 78:1 86:6
  177:9 184:16
  205:23,24
  217:5 312:20
  398:9 517:20
meant 233:20
measure 262:1
measurement
  262:5
measures
  217:23
measuring

345:9
mechanism
  57:17 58:6
  65:12 126:22
  140:6 142:8
  174:1,13 393:6
  394:6 401:7,24
  422:1,19
  423:13 427:16
  436:13 439:22
  440:8 441:6,20
  445:5
mechanisms
  423:2 432:11
mechanistic
  57:3 492:18
media 266:1,2,9
  277:8 278:15
medical 12:8,18
  13:14,24 17:23
  18:9,13 23:6
  33:4,12,16,18
  34:22 35:11,24
  36:6,16 37:6
  156:2 173:10
  185:10 272:20
  281:19 283:10
  283:11,23
  284:12 301:3
  301:11,12
  303:19 372:5
medical/legal
  499:23 513:6
medication
  33:23 34:5
  35:14 36:21
medications
  33:2 36:24
  37:3,4,7
medicine 7:19
  7:19 9:9 178:2
  205:13 235:24
  281:15 302:18
  302:22 303:5
  303:17,20
  305:20 306:1,5
  394:17 446:20

Kevin Holcomb, M.D.

**Medline** 119:22
**meet** 246:3
   247:11
**Melissa** 242:8
**member** 176:17
   507:3
**memorable**
   250:7,9 251:12
   251:19 257:2
   257:10 258:4
   267:23
**memory** 48:9
   123:9 263:2
   266:20 280:5
   347:1 419:23
**menarche**
   487:10,10
**menopausal**
   245:2
**menopause**
   243:16
**menses** 173:12
**mental** 118:16
**mention** 31:23
   101:17 134:12
   135:8,11 138:3
   141:4 164:2
   172:4 237:1
   323:15,17,19
   329:9 357:12
   379:13
**mentioned**
   88:16 114:12
   120:3 130:6
   134:19 135:1
   136:10 137:22
   138:22 171:23
   235:16 333:11
   352:15 353:10
   358:21 397:2
   417:7 447:17
   449:19 455:6
   461:2
**mentioning** 24:9
   70:21 133:1
   300:11 352:13
   352:22 382:10

449:7
**mentions** 149:4
   238:5 323:15
**mere** 393:22
   394:18,24
   400:21
**Merritt** 265:17
**mesothelioma**
   78:23 79:12,14
   79:21 86:23
   93:10,17
   469:14
**message** 125:17
**met** 477:9
**meta** 232:14
**meta-analyses**
   8:21 206:23
   220:20 221:3
   221:11,19,24
   222:3,22
   223:11 224:4
   230:8 231:18
   233:5,6,7
   241:4 270:19
   270:20 284:16
   284:19,23
   285:13 287:19
   287:22 288:18
   292:8 304:22
   305:1 307:2
   309:20 311:10
   311:14 315:14
   319:17 406:19
   407:6,7 408:7
   408:10 409:15
   409:22 410:18
   419:4,12
   492:13,14
**meta-analysis**
   6:21 9:14
   145:18 146:2
   225:22 227:7
   229:8 230:15
   230:16,17
   232:11 236:8,9
   236:12 270:18
   284:20,22

285:2,10 289:6
   289:10,13
   290:10 291:3
   308:17 312:7
   318:13,22
   319:22 321:18
   322:4,5,7
   329:21 360:4
   360:12 361:1,7
   412:4 413:10
   413:14 420:12
   443:4 444:2,17
   446:2 453:15
   455:4 474:7
   476:13 493:17
**Metal-Analysis**
   8:18
**metals** 5:22
   71:10 109:5
   170:9
**method** 163:5
**methodical**
   163:6
**Methodological**
   271:20,23
**methodology**
   115:19,21
   159:23,24
   160:2,11,13,15
   160:17,24
   161:4,11,13,17
   162:3 163:4,9
   172:15,20,21
   173:1 195:1
   288:8 495:7,9
**methods** 161:20
   189:7,8 194:4
   194:22 279:6
   293:10 384:2
   404:10 475:8
   504:9
**metric** 261:24
   262:1,18
   263:10,21
   267:13 343:4
   344:16 368:1,5
   368:7 376:3

388:3 404:5
   416:6 417:11
**mic** 469:24
**Michelle** 1:15
   517:12
**microphones**
   126:10
**microscopically**
   449:24 450:9
**middle** 214:15
   334:21 351:13
   374:13 375:1
   416:19 424:23
   425:3,9 497:14
**migrate** 130:17
   131:18 135:17
   138:5 174:2
   422:3 425:16
   427:17 430:19
   431:18 436:14
   439:23 441:21
   442:7,15
**migration** 116:7
   121:16 122:11
   129:9,22
   130:12 131:15
   133:3,22 134:9
   134:20 426:9
   428:7
**Mills** 7:8 255:19
**mind** 55:17
   263:12
**minute** 86:21
   363:8 397:11
   462:21
**mischaracteri...**
   464:11
**misclassificati...**
   61:3 78:12
   87:1 93:3
   94:16
**misclassified**
   93:19,24
**misconception**
   294:3,11
   296:23 298:16
   298:19 300:5

338:9
**misconceptions**
   7:17 292:23
   293:14,17
   294:15
**misdiagnosed**
   93:10,16
**misdiagnosis**
   86:22
**misinform**
   203:5
**mislead** 204:6
**misrepresented**
   154:14
**missing** 204:23
   339:14
**misspoke**
   403:16
**misstated**
   371:13 461:11
**misstatement**
   158:16,17
**misstatements**
   489:18
**mistake** 77:10
   196:15 279:19
   379:23 380:12
   383:2 412:1
   413:19 414:3,5
   414:8,11,14
**mistaken** 190:21
**mistakenly**
   217:5
**mistakes** 78:8
   279:14 319:24
   383:1
**misunderstan...**
   193:15 276:21
**misunderstood**
   451:8
**misuse** 217:19
**mix** 290:21
   291:18 311:16
   311:20 320:17
**mixed** 237:5
   319:15
**mixes** 398:20

**mixing** 69:10 289:15
**MIZGALA** 4:3 30:19 32:7 168:8 211:3,15 213:3 240:21 241:1 295:17 439:11
**Mm-hmm** 61:11 102:24 105:13 200:15 207:17 223:20 250:10 304:23 342:22 343:2 366:12 367:10 386:17 408:8 425:2
**mode** 323:12 447:2
**model** 129:4,12 129:12,13 132:13 136:1 296:11,11
**models** 130:11 131:9
**moderate** 222:9
**modest** 247:2,16 271:3 357:23 484:9
**moist** 36:12
**molecular** 124:8 432:11,19 433:10,17 435:2
**molecule** 394:19
**moment** 43:16 120:17 515:18
**money** 113:11 316:16
**monies** 145:13
**monitor** 504:1
**monitors** 118:21
**monograph** 60:24 61:18 62:9 63:5 68:21 69:17,24 70:10 71:9 72:4 74:22

75:14 76:1,9 76:10,12,23,24 82:6,8,10 83:8 84:21 85:14,15 85:21 86:15 87:5 88:15 100:19,21 129:15 130:8 247:21
**Monographs** 5:21
**Montgomery** 2:14
**months** 404:8,17
**morning** 12:2,3
**mortality** 87:21
**Motion** 67:19 76:16 80:14 144:8 163:15 206:5 356:14 430:23 446:8 456:19
**move** 54:15 95:9 141:14 162:7 213:18 214:12 214:14 297:23 300:13 401:1 415:6 418:10 418:13
**movement** 173:13
**moving** 495:12
**mucinous** 324:16,20 409:5
**multi-discipli...** 450:12
**multi-district** 37:12
**multiple** 66:19 277:9 278:12
**multitask** 332:13
**multivariant** 348:1,22
**multivariate** 354:21

**Musser** 9:6 426:20 427:1 428:9
**mutation** 455:22

**N**

**N** 5:2
**naked** 270:13
**name** 11:3 12:5 12:6 14:4,7,8 41:7 287:21 490:2,10
**napkins** 354:1
**Narod** 6:14 180:13 185:16 249:3 259:8 260:6 261:18 267:18 318:9 318:15 329:7 329:14,24 330:14 346:3 385:24
**Narod's** 260:6 263:16 329:10
**narrower** 61:10
**National** 446:19
**nature** 14:17 20:17 24:18 122:3 148:5 190:17 200:8 200:14 205:10 226:16 250:14 301:22 396:19
**near** 210:21
**nearly** 458:8
**necessarily** 123:2 299:11 306:9
**necessary** 44:2 392:12 518:4
**neck** 513:11
**need** 81:3 110:22 125:9 151:6 156:12 159:11 165:8 190:1,13 205:4 205:6 209:3,9

210:12 211:22 215:7 226:16 232:24 258:10 258:12 318:15 329:16 365:15 366:12 385:24 386:2 399:14 480:2,22
**needs** 125:19 194:15
**negate** 362:17
**negative** 24:11 183:4,17 184:2 184:7,14 186:1 189:21 197:22 197:23 198:4,6 198:12 371:10 371:12,18,21 372:12,14 381:15 443:4 444:18 447:10
**neither** 203:1 391:10 416:11
**Ness** 440:23 441:4
**never** 22:1,7,12 23:21 24:21 77:18 128:24 132:12 139:4 178:17,18 197:16 198:21 202:14 238:9 259:5 282:15 282:16 283:1,2 287:18 289:3 341:23 344:24 368:3 373:8,14 423:24 437:15 449:14 451:17 459:3
**nevertheless** 20:14
**new** 1:2,14,15 3:9,13 9:17 11:10,10 14:11 169:14 227:9 228:2 301:6,17

450:12 488:16 498:8,12 503:19 505:14 509:15 514:4
**Newport** 2:4
**news** 185:7
**newspaper** 185:8
**NHS** 378:9
**NHSI** 367:5
**NHSII** 367:1,4
**Ni** 453:18
**nice** 196:6
**nickel** 109:5
**nine** 376:10 492:14
**no-no** 320:5
**node** 123:12
**nodes** 123:9
**non-aspirin** 454:1
**non-diseased** 390:22
**non-exposed** 398:1
**non-perineal** 417:1
**non-persuasive** 128:5 134:6
**non-significan...** 215:21 217:5 236:3
**non-statistical** 202:4
**non-statistically** 216:5
**nonconsistent** 183:5
**nonmalignant** 9:11 467:24 468:6,16,18 469:11
**nonresponsive** 67:19 144:9 206:5 356:14 418:22 430:24 446:8 456:20

Kevin Holcomb, M.D.

**nonsignificance**
204:20
**nonsignificant**
183:17 201:22
203:22 205:14
210:12 270:2
**nonstatistically**
204:17 296:18
298:20
**nonsteroidal**
455:11 459:17
**nonsteroidals**
460:12
**normal** 442:16
**normally** 154:20
**NOS** 435:4
**Notary** 1:17
517:14 520:23
**note** 350:16
351:13,17
416:22 417:14
**notebooks**
141:24
**noted** 11:14
87:18 141:24
518:11 520:11
**notes** 106:5,15
118:6,15,16
119:1,10
140:12 141:5
485:21 521:1
**notice** 1:14 6:6
102:11,18
**noting** 351:9
**notion** 296:16
**November** 38:5
38:6 43:6
**NSAID** 448:1
452:11 454:2
456:1,15
**NSAIDs** 452:11
452:13 455:16
455:23 457:11
459:7,7 460:16
461:16
**NTP** 485:17
**number** 73:13

73:15 74:16
82:5 105:4
138:8 140:11
146:23 147:6
147:14,18
181:13 182:3
229:7,11
230:21 251:23
293:18,20
296:8 316:12
317:23 328:5
329:17 330:2
361:22 384:20
386:9 387:3,9
387:19 410:3
466:8 487:8
493:17 497:16
**numbers** 9:7
93:18 198:22
207:10 260:17
290:6 331:2
471:17
**nurses** 366:1,2
**Nurses'** 256:18
311:8 344:10
363:22 365:21
365:23 376:21
378:9 380:21
381:4,20
**Nutrition** 427:4
428:12
**NUTTER** 3:3
**NW** 3:18

_____
**O**
_____

**O'DELL** 2:13
80:22 81:11
167:19 169:10
208:7,12,17
458:17 462:13
462:19,24
463:13 464:3,6
464:13
**O'REARDON**
2:7
**oath** 11:17 15:7
15:9

**object** 24:1
26:23 27:13
28:3 29:2,20
30:19 32:17
33:13 34:17,24
35:15 36:1
38:22 39:5
42:3 43:22
44:19 46:2
47:2 48:7
49:17 50:14
51:2,19 53:4
55:22 56:11
57:19 58:8
60:5,16 61:24
62:17,24 63:21
65:16 70:12
77:4 84:14
89:21 90:22
91:24 95:4,20
96:12 98:8
99:21 101:20
102:7 103:19
104:13,23
106:8 108:12
109:7,15
112:15 113:22
116:21 117:7
117:23 118:18
119:5 121:9
122:6,16
124:11 127:20
130:20 131:23
136:13 137:2
139:23 142:3
142:16 143:3
146:6 147:5,11
150:17 152:7
153:8 155:2
156:3,14
157:17 159:1
159:17 160:20
161:7,24
162:19,24
165:11 166:2,9
170:16 171:12
172:1,7,17

173:4,14 174:4
175:21 176:4,9
177:4,18 179:5
185:2 188:4
192:3,17
193:12 195:5
196:18 197:4
198:13 202:7
203:13 204:12
207:1,12 211:3
211:5,15 213:3
213:5 215:3,9
216:6 218:4
219:10 221:6
221:21 223:4
225:3 230:10
231:4 232:15
234:16 235:7
235:13 237:24
238:20 241:13
242:2,13 244:1
244:14 245:8
245:22 246:7
246:22 248:3
249:7,22
250:11 251:14
252:12 253:2
253:21 254:9
257:12,21
259:24 262:8
265:5 267:8
268:13 272:24
277:18 278:16
279:2 282:11
282:11 283:13
286:16 287:24
288:9,23
289:21 291:4
295:15,17
296:2,20
298:24 300:18
302:1 303:12
304:14 305:16
305:22 307:7
312:2,15
315:15 316:6
316:22 317:18

318:5 319:8
327:12 330:7
331:11 333:1
335:7 338:6
340:20 341:8
342:10 343:8
343:12 344:19
345:11 346:5
346:16 349:5
349:20 355:12
356:20 358:11
359:1,10
360:16 362:10
364:13 365:8
366:6 369:7
370:18 372:20
375:20 379:20
381:7 382:23
385:6,19 386:6
387:5,15 388:6
388:14 391:7
393:7 394:8,14
395:15 397:15
398:3,23
399:19 400:3
401:9 402:2,10
406:1 408:17
410:21 412:13
412:21 413:21
414:19 417:16
419:8,21
423:17 427:19
431:8 432:21
433:6 434:1,19
435:6 436:16
438:2 439:9,11
440:11 441:11
441:24 442:10
447:4 448:3
451:5 452:21
454:21 459:10
460:3 462:5
464:20 468:8
469:2 470:15
473:14 475:23
477:20 480:5
481:2 482:18

484:19 485:4
487:22 489:9
491:5,17
492:24 494:11
496:7,16
497:23 499:8
500:2,13,21
501:8 504:16
505:6 506:21
507:23 508:16
509:23 510:18
512:3,22
513:12 514:10
514:16
**objecting** 30:23
**objection** 16:23
17:12 18:1,11
19:1,19 20:19
25:15 26:2
27:3 31:5 32:7
33:7 66:5,5
67:18 70:4
124:23 131:20
190:24 206:4
213:16 233:1
341:4 356:13
364:5 418:21
446:7 456:18
456:19 466:22
**objections** 65:21
68:5 81:2,16
103:5 107:16
**objective** 262:1
262:5
**observations**
475:4
**observed** 93:12
204:3
**obstetrics**
488:15 490:1,1
490:11
**obtained** 119:17
**obvious** 370:22
423:1
**obviously** 213:8
372:2
**occasion** 243:17

**occasions** 464:8
**occupation**
27:11
**occupational**
27:17 28:6
60:13 61:13,16
61:22 62:15,22
63:3,17 64:3,9
65:5 67:7 68:1
68:19,20 70:1
70:11,18 71:1
80:5 86:5
87:22 88:8
95:13 98:15
326:16 330:10
331:23 332:7
335:17
**occupations**
26:18
**occur** 65:13
133:4,6,23
**occurred** 240:8
**odds** 192:14,21
206:21 241:23
243:23 244:8
244:11,17,22
245:21 253:12
269:13,22
270:10 271:1
311:22 325:20
329:17 354:16
371:18 378:14
408:13 443:23
**offense** 40:18
**offer** 44:2
138:12 212:8
**offered** 60:24
308:4
**oh** 72:9 83:13
135:6 151:13
153:2 175:13
180:9 219:18
250:24 377:13
378:2 415:20
429:24 441:13
465:12 487:2
**okay** 15:4,5,23

15:24 16:11
21:15,24 32:24
42:20 72:8
74:3 75:5,10
75:13 77:2
83:15,24 87:2
87:11,12,17
89:15 96:21
107:9 111:13
119:1 126:8,14
127:16 129:18
134:24 138:22
143:1,18
144:24 147:22
150:21 155:11
156:23 159:21
165:17 171:5
172:13 173:23
176:16 180:1
180:20 181:7
181:23,24
188:24 191:1
192:8,22
197:21 199:17
207:8,21
212:19 213:11
214:1,14
215:14 216:16
216:19 218:23
220:7 222:1
223:24 227:21
231:14 235:19
240:12 241:18
243:4,10,15
245:14 246:12
253:7,16
255:12 256:13
258:2 259:3
268:9 270:14
274:21 279:17
282:23 287:4
287:18 296:6
298:5 301:4,18
302:8 304:3
306:13 308:20
309:7 310:13
312:10 317:3,8

321:19 324:22
328:19 334:18
334:20 337:21
337:22 342:1
343:15,17,21
345:16 348:14
350:7,11,14
351:24 354:22
355:4 363:6,9
365:4 366:17
366:17 367:13
368:11 371:16
372:15 374:8
375:13 377:3
377:19 378:2
383:4,12,22
384:5 386:3
388:2 391:1
396:10 400:24
402:8 403:4
404:22 409:12
416:3,16
418:12 420:6
421:15 433:1
436:4 438:13
449:18 452:10
453:3,5 454:9
469:6 475:18
476:12 477:1
482:8 484:3
485:19 486:1
486:24 487:2
503:18 515:12
515:17,19,24
516:2
**old** 229:9 372:7
**omitted** 127:17
**once** 63:2
193:24 198:10
276:1 332:12
368:1,2 370:6
389:7 495:24
**oncologist** 12:11
12:14 126:20
176:17 242:10
**oncologists**
136:22

**oncology** 39:10
176:18,22
178:4,14 179:3
179:23 180:11
181:4 249:15
456:11,14
507:6
**one-sided** 388:3
**one-time** 366:21
367:3
**ones** 15:4 55:13
78:11 117:11
152:24 259:23
270:9 312:21
312:23 325:24
409:3 509:10
509:11
**onus** 205:7
262:19
**op** 185:9,11,12
200:24 329:10
489:20
**open** 14:18
107:7 173:11
299:20 420:8
423:1
**open-ended**
139:7
**opening** 100:18
**operate** 259:15
**Operation**
428:11
**operations**
427:3
**opinion** 21:3
43:12 44:2,14
44:22 46:11,16
47:13,15,20
48:1,17 49:6
60:13,21 61:12
61:15 62:4,21
63:3 64:7 69:6
69:15 70:15,22
78:18 86:12
89:23 91:19
94:23 95:10
97:3,4 99:5

Kevin Holcomb, M.D.

100:1,2 108:20
108:22 109:2,3
109:10,12,18
109:21,24
116:9 162:18
164:4,22
165:10,15,16
171:8,19
173:23 174:7
174:11,21
175:3,5,8,14
175:17,18,24
176:2 188:7,11
188:15 191:14
191:19,22
199:3,5 200:12
203:11 211:14
230:4,9 235:12
241:21 242:6
246:10,13,18
247:8,18
249:13,17
252:20 260:6
261:18 263:16
265:4 267:17
268:9,21
285:21 286:4
288:22 308:4
309:22 310:9
312:11 315:8
318:8 327:4,7
327:22 328:10
329:11 332:4
360:9 371:21
395:11 401:20
419:5,20
421:24 422:5
422:22 441:18
441:19 442:6
447:18,23
448:6 452:6
464:17 472:13
479:13 494:4,7
513:15
**opinions** 37:17
37:18 44:9
45:21 49:11

52:3,9 68:18
69:3 90:1
92:18 95:19
107:22 108:2,4
108:10,17
115:14 117:17
117:20 123:15
123:21 138:17
146:17 155:13
155:20,23
156:1,13 157:3
160:3 161:5,17
172:14,16
173:3,19
211:20,22
212:2,5,10
253:14 271:8
304:12 307:6
426:5 491:15
492:22 497:22
499:7
**opportunity**
146:15 159:13
216:21 297:8
298:10 517:9
**opposed** 113:8
197:8,12 329:8
467:19
**opposite** 50:17
88:22 91:17
247:8 423:11
**optimal** 388:12
388:18
**options** 475:12
**Oral** 6:6
**order** 45:21
154:24 270:7
458:12
**organ** 394:20
**organization**
494:10 507:9
509:20
**original** 91:18
217:16 423:21
518:15
**outcome** 227:16
412:12 417:4

**outcomes**
316:13 417:6
**outlined** 251:24
**outmoded**
293:12
**outside** 19:9
46:6 62:4
66:23 67:3
69:14 80:4
86:8 98:14
100:11 446:1
**outstanding**
14:3
**ovarian** 6:13,23
7:7,10,13,22
8:7,9,12,15,17
8:20 9:13,15
9:18 13:2,11
14:14 17:11
18:19 19:18,22
21:4,16,17,20
21:20,21 22:8
22:13 23:1,4
23:10,21 24:23
25:4,8,10 28:9
28:19,22 30:9
30:16 31:16
32:4,13 37:23
43:14 44:4,16
44:23 46:12
56:24 60:15
61:14,20,23
62:16,23 63:14
63:18 65:1,6
65:10 67:23
69:12 70:1,11
70:19 71:2
77:15 78:21
79:19 86:22
88:24 89:4,6
90:2,4,7,9,14
90:21 91:7
93:11 95:15
98:18 100:5
101:17 113:18
116:10 120:7,8
120:9 124:10

138:2 145:8,14
149:8 151:11
151:18,22
153:5 165:3,23
174:15,20,23
175:7,16,20
176:8 180:12
182:2,9 189:19
206:8,12
220:24 224:21
241:6 243:11
245:6,16
246:15,20
248:12 249:19
252:10,17
253:19 254:5,8
256:15,22
265:11 266:17
267:5 276:15
278:14 280:17
310:2,21
311:12,23
312:1 316:5
317:9 324:11
325:13,18
326:5,6,11,13
326:16 327:1
327:10 331:8
331:16,18
332:23 334:11
334:23 336:3
336:19,23
337:4,15,17
340:1 347:5
351:5 353:17
354:17,22,24
355:7,10,11
356:19 357:9
357:17 358:1
367:7,8,16
369:2,5 370:7
372:11 374:17
378:12,13,18
378:20 380:3
385:13 386:1,4
390:21 393:4
394:5 405:9,12

405:16 408:6
409:21 410:19
410:20 413:12
419:6,18
420:16 425:14
431:19 432:9
432:12,20
433:11 434:6
443:24 444:20
446:18 447:12
447:20,24
448:2 449:9
450:5,14
451:14 452:7
452:16,20
453:17,23
454:2,13,19
455:5,14,24
456:16 459:24
461:23 462:3
464:18 470:7
476:16 479:15
479:23 480:16
481:24 482:6
484:15 487:1,7
487:13,21
488:17 501:3
508:11 515:9
**ovaries** 65:9
130:18 131:22
132:8,19 134:3
138:11 174:3
390:1,2,3
391:5,13 422:4
422:22 423:16
426:1 427:18
432:1 438:17
439:4,23
441:22 442:8
442:15 445:11
445:24
**ovary** 87:20
89:20 95:12
128:11 130:4
390:15 396:21
400:22
**overall** 311:6

Kevin Holcomb, M.D.

378:10 392:5
479:21
**overcome** 314:7
**overconfident**
217:13
**overlap** 56:5
230:18 231:21
233:17 234:3
234:14,22
235:5,12,17
236:2 321:12
322:10 323:23
409:15 410:3
**oversimplifying**
99:23
**overstate** 395:5
**Ovulation** 7:21
**ovulations** 487:8
**owned** 301:16
**oxygen** 435:12
435:20
**oxytocin** 128:16
438:21

_____

**P**

**P** 2:13
**P-value** 202:16
218:7,15
**P-values** 217:22
218:10,11
**P.C** 2:12
**p.m** 239:16,20
343:19,23
348:12,16
421:16,21
453:13 473:10
473:24 486:2,7
516:5,8
**p53** 448:24
451:15
**page** 5:13,15,18
5:20 6:5 7:5
8:5 9:5 10:6,9
10:12,15 16:11
40:20 41:1,11
45:16 64:22
65:17 71:21

72:4,21 74:2,5
76:23 82:5,13
83:5 84:16,18
84:23 87:5
93:5 116:12
125:8 126:18
127:4,7 133:15
134:8,9 135:7
140:9 141:8
160:9 181:10
181:11,21
182:20 187:18
202:20 217:1
217:10 224:11
224:13 256:4,6
258:23 261:5
271:14,15
274:4,8,10
275:13 281:1
325:4,5 334:3
334:16,20,21
350:15 357:14
358:2 365:20
367:24 374:13
374:14,18,19
375:2,6 377:5
384:19 407:8
407:10,14
415:15,22
416:17 420:10
424:23,23
425:2 429:17
429:18 430:3
430:13,13
442:23 443:1
443:17 446:11
471:16 476:9
478:4 519:4
521:2
**pages** 48:11
71:23 428:18
430:6 471:19
520:6
**paid** 112:9
113:11,19
114:4
**paper** 50:21,22

55:9 58:21
73:13 121:15
121:16 122:4,8
122:15 123:14
123:20 124:7
134:13 151:3
171:11 180:2
180:10,15
181:1,5 182:17
184:10 185:7
194:21,23
195:14 200:4,6
200:6 201:16
202:1 203:16
207:22 213:9
215:8 219:4,9
219:17 223:15
255:1,19 256:5
263:17 271:6,7
271:22 273:22
275:4,14
285:20 287:10
292:15,22,24
295:1,6 298:15
318:9 323:7,21
323:23 325:7
329:14 347:2
350:18 394:1,2
397:7,11
398:16,16
400:14 407:2,4
409:22,23,23
411:8 416:18
417:19 421:9
428:6 432:3,18
433:2 434:13
434:22 435:9
435:24 437:20
441:9 443:8,10
443:12,16
446:21 447:9
447:10,11
459:23 462:2,8
468:23 471:12
471:16 486:10
486:17 493:4
495:11 498:18

**papers** 49:23
53:2,24 55:2
56:19,23 57:2
57:5 61:17
62:8 88:18
91:12 111:7
118:23 138:8
139:13 140:4
149:6 152:18
258:18 261:21
267:4 297:10
352:8 489:22
498:19
**paraffin** 400:1
**paragraph**
74:21 87:14
127:8 256:7
258:24 275:16
325:6 379:3
380:13 407:14
416:19 443:19
469:7
**paragraphs**
139:4 166:19
456:23 457:15
457:20 458:9
465:20
**Pardon** 156:9
468:13
**Park** 3:9
**part** 51:5 68:11
77:2 78:17
81:19 87:3
107:2 143:8,13
143:14 146:8
153:16,20
158:13 251:5
251:10 271:8
284:10,12
289:6 304:13
327:16 384:16
393:13 427:14
429:9 448:21
**participants**
240:4 330:3
387:4,10,11,12
**participated**

63:7
**particle** 393:23
394:19
**particles** 122:12
123:11,11
127:24 128:10
128:14 133:3
133:23 134:10
391:11,24
392:2 400:22
430:18 431:17
437:3
**particular** 31:23
135:18 156:24
490:13
**particularly**
23:8
**particulate**
135:15,18,20
423:3 438:14
**particulates**
425:16
**partners** 242:9
504:7
**parts/genital**
376:6
**pass** 39:21
**passage** 173:12
**path** 449:24
**pathologic**
78:14 94:7
**pathology** 94:11
94:13 449:22
**patient** 14:8
19:4 26:9 27:2
28:11 35:23
36:7 128:16
338:10 450:12
450:14 479:4
479:20 480:21
482:13 483:11
483:24 485:9
501:2,5 502:12
506:19 511:15
**patient's** 14:7
26:14
**patients** 9:11

25:2,6,21
26:17 27:7
225:24 233:23
239:1,5 244:23
272:17 313:22
342:3 356:12
367:7 405:14
418:4,20
455:21,23
466:12,16,17
467:8,12,17,19
467:24 469:14
483:6 499:13
500:11,24
501:17 506:9
506:12 507:21
508:14 509:1
510:2,7,16
512:16 513:1
513:11,20
514:5
**patients'** 303:1
**PAULA** 2:8
**pause** 132:11
348:13 382:6
453:11 473:12
**pay** 60:9
**payments** 265:9
**Pbrown@bho...**
2:10
**PCPC** 3:20
**peer** 299:16
382:13,17,20
383:5 470:18
**peer-reviewed**
184:10,19,24
220:21 247:7
254:3 257:5
267:3 273:7,14
298:15 299:7,8
299:10,13
300:12 350:18
401:5 439:19
440:6,17
443:16 459:5
470:5,13
**pelvic** 487:14

**pelvis** 430:19
431:19
**penalty** 15:7
**pending** 168:22
210:2 418:17
419:1 454:5
**Penninkilampi**
8:19 171:10,20
171:24 227:9
229:23 230:1
231:20 233:9
234:7 236:16
236:17 237:10
237:19 238:7
319:5,11
320:21 321:10
322:3,12,15,19
322:21 323:4
360:4 361:13
362:7 382:16
383:5 407:2,4
409:4,23 411:8
411:17 412:2
415:15 416:15
416:18 417:9
459:23 460:9
461:11 471:4
488:6 489:4
494:14
**Penninkilamp...**
230:15
**people** 32:20
35:5 81:9
100:14 149:10
214:19 215:21
235:24 254:16
262:22 265:14
265:19 266:16
273:19 290:16
320:17 321:11
326:10 341:13
369:21 395:3,5
396:5 400:12
402:7,9 424:2
438:8 445:23
470:24 479:14
490:12 498:23

**percent** 25:5,9
25:10,11,21
149:23 187:4
187:21 193:21
193:23 194:8
196:22 197:14
202:5 205:20
234:2,4 235:5
245:15 248:19
248:20,24
249:6 290:14
318:21 328:22
329:2 349:12
349:13 371:3,3
372:8 376:23
378:16,16,20
386:23
**percentage** 25:1
150:2 234:9
235:11 323:12
381:13,14
**perception** 35:5
**perfect** 388:9
504:11
**perfectly** 380:16
475:7
**perform** 153:21
**performance**
14:19 20:12
**performed**
149:3 249:20
412:4 413:9,14
444:9,13
**perineal** 6:22
7:6,9 8:12,17
84:7 120:8
134:2 220:24
224:19 236:20
347:9 348:20
348:20 378:11
378:19 396:12
416:5 417:4
420:17 425:24
432:9 448:9
**perineum** 130:2
130:13,16
131:19 330:13

344:24 347:4
353:24 367:15
422:3,21
423:15 425:16
427:18 439:3
445:22,23
**period** 19:17,23
20:11,15 21:3
21:6 261:22
266:15,15
325:13 328:11
332:3,5,17
334:24 336:2
336:17 337:7
337:23 345:19
350:2,4,6,15
351:3 352:14
369:3
**periods** 21:12
325:14
**peristalsis**
437:21,24
**peritoneal** 79:20
86:23 93:9,17
423:4 425:17
**perjury** 15:8
**persist** 293:15
**Persistent** 7:16
292:22
**person** 30:23
34:7 41:5
81:15 90:12
158:9 178:22
179:15 195:8
399:8,9
**person's** 157:14
157:16
**personal** 70:22
341:12
**persuaded**
129:5
**persuasive**
131:5,10
267:24
**pertains** 90:20
246:20
**pervasive**

202:12
**ph** 1:20
**Ph.D** 427:1
428:9
**Ph.Ds** 153:19
**pharmaceutic...**
84:3
**phase** 452:3
**phenotype**
19:12
**phrase** 19:17
20:6 358:18
407:12
**physically** 105:9
105:12
**physician** 307:1
**pick** 151:21
279:10 281:21
313:3 314:9
352:16 388:20
**picking** 84:18
231:10 329:3
**picture** 307:19
**piece** 68:8
200:24 261:18
489:21
**pieces** 48:16
**pig** 129:12
**pigs** 130:10,10
**pipes** 266:2
**piqued** 50:20
53:20 461:6
**piquing** 48:9
**Pisano** 168:6
**place** 28:23 29:9
29:13 128:14
217:24 218:7,8
218:12,14
289:16 321:21
444:15 461:19
**placed** 134:21
135:16 500:9
**places** 233:21,24
289:14 298:17
**plaintiff** 292:14
**plaintiffs** 2:16
210:3 473:18

**plaintiffs'**
126:19 127:18
129:20 130:15
132:10 136:21
140:5 149:5
155:23 157:4
162:8 172:14
173:2 208:1,16
**planning** 125:14
144:1,12
145:10
**plausibility**
116:6 162:15
164:14,18
165:9,22 308:3
340:2 391:17
394:23 395:9
401:2 403:9
430:14 431:14
432:8 437:7
460:15
**plausible** 140:6
174:1,13
263:19 393:5
394:6 395:20
401:7,24 422:1
422:19 423:7
423:12 427:16
436:13 437:12
439:22 440:7
441:6,20 445:5
492:17
**play** 196:11
252:22 253:11
253:20 254:7
257:9 258:3
259:21 261:6,8
261:13,14,17
263:20 267:6
267:15,19
268:2,6,10
273:9 277:10
313:18 314:23
315:4
**played** 263:13
277:2
**playing** 390:4

**Plaza** 2:4
**please** 11:17
12:4 16:5
57:23 74:10
108:8 126:9
138:23 146:12
146:24 152:9
159:23 163:11
163:12,23
166:12 167:17
170:18 171:16
188:8 190:24
195:19 233:1
246:16 253:23
291:15 306:17
343:18 442:2
443:17 457:1
458:14 462:13
463:16 466:23
472:16 516:3
518:3,8
**pleural** 9:11
465:2 466:10
468:1,6,17,18
469:11
**Pleurodeses**
9:10
**pleurodesis**
448:16 464:19
464:24 465:1
465:23,23
466:5,9 467:24
469:10,18
**plus** 114:11
307:24
**pneumothorax**
469:12
**point** 37:5 99:4
102:21 109:23
127:2 129:23
158:15 159:23
160:4,12
196:16,20
197:2,13,17
202:18 233:16
239:11 261:23
262:14 264:10

264:18 266:19
279:17 280:13
347:13,24
349:18,19,22
354:2 379:9
380:17 391:15
392:20 400:6
400:10 410:10
427:23 428:2
438:10 439:8
445:17 446:12
515:20
**pointed** 392:16
463:7,17
**pointing** 279:15
463:21
**points** 118:10
120:11
**polarized**
399:14
**policy** 203:5
**polite** 163:23
169:5,17
**polycystic**
487:13
**polyposis** 456:6
**pool** 229:17
**pooled** 225:20
229:8 408:10
408:12 453:18
**poor** 285:8
**poorly** 308:12
308:14,16,17
**popular** 490:8
**population** 30:3
83:19,22,23
84:5,13 158:7
355:17 367:1,5
373:21
**populations**
82:15 233:21
311:7 381:17
**portion** 30:3
429:2
**pose** 169:13
**posited** 267:12
**position** 428:5

438:20
**positions** 465:13
**positive** 87:21
149:22 150:8
183:2,15 184:1
184:6,14 186:1
189:13 193:9
193:16,19
194:6,7,14
195:11,16,18
198:1,3,4
220:23 259:9
260:10 270:16
285:11 313:3
324:3 370:12
370:13,14,16
370:23 371:12
371:24 372:2
372:12 381:14
420:15 484:10
497:15 499:6
**possibility** 93:9
93:13,16
**possible** 13:22
95:8 129:1
224:20 228:4
252:24 253:1
272:3 333:10
363:2 400:11
421:5,7,12
422:11,14
469:13
**possibly** 52:12
201:11 277:9
278:2 324:14
419:24 420:2
502:8
**postmenopausal**
383:16
**potential** 151:20
289:18 352:5
425:15 487:19
**potentially**
338:3 487:15
488:2 510:24
**powder** 1:5 7:12
8:12 11:11

13:2,11 16:13
16:15,21 22:3
22:8,12,20
23:1 27:8
28:23 29:6,9
29:13,19 30:5
31:17 32:15
33:1,6 34:21
35:12,23 36:19
37:11,23 38:18
44:15 56:24
84:12 96:9,10
96:22,24 97:24
98:5 99:8
103:18 108:18
108:24 109:4
109:13,22
113:17 115:6
120:9 124:9
145:3,7,14
154:16 170:7
174:2,14,22
175:1,6,9,15
224:20 245:17
248:2 252:9
253:18 254:5
267:4 272:4
276:10,14
280:16 310:1
310:21 311:12
316:4 336:13
336:18,22
337:14 344:11
345:19 346:15
347:4,15
353:16,23
367:15 376:5
378:11 380:3
384:22 391:4
394:3 404:6,16
408:6 409:20
422:2,20
423:14 427:17
442:7 447:20
447:23 478:10
478:12,17,22
479:3,5,22

480:23 481:21
482:6,11,15
483:12 487:15
491:4,14,16
492:21 496:15
497:21 499:5
503:16 504:14
505:4 507:22
508:15 510:17
512:19 514:9
515:8,13
**powders** 84:7
**power** 318:21
329:23 330:18
348:9 502:17
**powered** 325:20
**powerful** 266:22
455:18
**practice** 12:16
12:17 25:23
35:3 78:19
153:16 263:7
283:20 284:21
288:18 304:2,9
306:5 307:2
352:10 427:2
**practices** 1:6
28:13 204:4
**practicing** 12:13
303:23
**pre-World** 63:9
69:9
**preambles**
402:24
**precancer**
451:12 452:1
**precancerous**
452:3
**preceded** 44:24
46:13
**precise** 357:3
**precisely** 379:8
**precursor**
449:12 451:13
**predefined**
197:24
**predominate**

250:2 261:1
355:2
**pregnancy**
487:9
**Prempro** 243:18
244:11,20
**preparation**
50:4 58:17
111:22 113:2
496:13
**prepare** 37:18
56:2,21 59:8
**prepared** 56:9
60:3
**preparing** 59:16
59:20
**Presbyterian**
301:6,17
**prescribe** 37:1
243:17,20
**presence** 132:7
132:18 170:8
393:10,14,17
393:19,22
394:19,24
400:21 432:1
435:13
**present** 4:8
170:12,21
184:23 224:17
256:21 273:17
448:18,21
450:11 451:10
475:19,21
507:13
**presentation**
24:19,20
**presentations**
22:24 23:19
24:22
**presented** 54:21
164:4 179:4
219:5 474:3
**pretty** 37:1
38:20 39:4
41:17,24 57:7
57:8 254:15

255:9 277:4
320:22 357:21
479:11
**prevalence**
248:1,7 260:13
**prevent** 37:4
455:19 456:8
456:10 459:18
460:18
**preventing**
444:10
**previous** 224:14
**previously**
417:6 428:15
492:19
**primarily** 307:5
**primary** 79:19
84:4,8
**Princeton** 3:13
**printed** 110:12
**printout** 302:16
**prior** 13:20 39:4
39:17 42:5
46:9 59:4
64:17 66:2
124:5,15,18
125:2 139:20
169:1 181:2
230:8 233:7
234:14 256:19
327:14 332:23
358:24 404:8
404:17 443:20
515:4
**private** 350:11
376:6 445:2
**privileges** 301:9
301:10,13,14
301:19
**probability**
272:20
**probable** 253:1
253:5,8
**probably** 13:18
25:10 36:15
38:4 39:13
59:22 106:20

122:20 140:19
151:4 159:6
248:11 270:21
319:23 332:18
427:7 430:4
495:17 513:4
**problem** 72:22
78:5 202:13
226:15,21,21
226:23 272:2
314:8 319:7,10
319:11 320:23
321:14 339:12
389:11 393:13
498:8
**problematic**
80:7
**problems** 91:14
198:17 309:15
309:19 313:15
319:16
**proceeded** 42:8
**proceeding**
102:19
**proceedings**
145:2
**process** 15:3
115:13 118:13
118:17 144:23
209:7
**processing**
400:2,7
**produce** 103:9
465:24
**produced** 51:11
51:18 55:21
57:14 58:19
103:1 107:10
107:18 118:10
154:7 186:14
318:10 463:24
**product** 99:9
101:7 118:12
144:15 251:3,4
266:3 267:5
296:10 310:1
316:4 367:15

391:4 394:4
408:6 480:14
481:6,22
483:17 484:1,4
484:5,13
497:15 498:15
501:12 502:10
502:13 505:15
506:13
**production** 10:8
110:9 121:1,6
**productions**
63:8
**products** 1:5,6
9:21 13:2
16:13,16,22
22:3,8,13,21
23:1 27:8
28:24 29:9,13
29:19 30:5
31:17 33:1,2,6
34:21 35:12,23
36:19 38:19
44:15 84:2,12
96:10,11,22,24
98:6 100:21,22
108:18,23,24
109:4,14,22
113:17 115:7
128:19 145:3,8
145:14 154:16
170:8 174:2,14
174:22 175:2,6
175:15 245:17
248:2 253:18
254:5 345:19
346:15 347:4
347:15 353:16
384:22 409:21
422:2,20
423:14 427:17
442:7 447:23
478:10,12,17
478:22 479:3,5
480:23 481:11
482:12,16
483:12,23

484:18 485:2
491:4,14,16
492:21 495:22
496:4,15
497:10,17,21
498:2 499:6
500:10 503:16
504:3,15 505:4
507:22 508:15
510:17 512:19
514:9 515:9,14
**professional**
1:16 242:18
507:8 509:19
517:13
**professor** 287:2
**prolonged**
444:12
**promote** 173:13
**prone** 137:17
226:9,10
307:14
**pronounce**
454:10
**pronouncing**
322:23
**proof** 254:14
255:2,8,11
396:8,11,11
425:14 434:9
437:2 442:14
**proper** 66:4
192:20 346:12
**proposed**
433:13,15
**propounded**
520:9
**prospective** 8:6
100:9 101:1
228:21 229:3
256:17,17
360:21 379:4
380:2 381:21
382:7 493:12
**protecting**
504:21
**protective**

154:24 354:3
442:18 446:5
**prove** 205:8
393:23 396:24
433:19 434:7
437:9 438:9
477:7
**proven** 174:19
369:13 445:17
456:15 513:3
**proves** 99:15
174:17 280:9
**provide** 103:12
123:14 143:23
144:1,12
146:14 171:6
171:17 173:24
174:7,12 220:8
231:1 235:5
293:22 367:14
432:18 433:10
433:14 504:3
**provided** 44:17
47:1,8 54:22
107:20 108:1
117:5,12 347:3
433:20 478:8
478:14,20,24
**provides** 177:16
393:5
**proving** 410:12
433:14
**pseudoscience**
390:4 402:13
402:16,18
**PTI** 4:6,6
**public** 1:17
144:20 154:19
272:7 350:10
504:21 517:14
520:23
**publication**
124:20 181:2,6
363:19,21
**publications**
22:16,20 28:17
28:21 151:9

152:3,12
176:21 317:24
380:22 381:2,5
381:6,22
**publicity** 272:3
275:12 276:8
278:14 279:21
279:24
**publish** 144:5
281:9
**published** 22:7
22:12 44:17
46:24 105:21
115:10 153:1
180:11 184:24
200:5,7 240:3
241:5 247:7
249:14 254:3
287:3 298:15
299:9,12,18,22
300:4,9 363:23
382:13,17
394:2 444:3
459:5 470:5,19
490:21 493:10
494:3
**publishing**
299:24
**PubMed** 119:22
120:3,23
151:10
**pull** 50:21 54:14
54:15 55:7,8
363:4 441:2
442:22 501:15
**pulled** 53:21
**pulling** 58:21
466:3 500:16
**Purdie** 7:23
232:1 233:12
333:13,16
334:2
**purists** 67:5
**purpose** 190:21
298:1
**purposes** 20:15
36:21 123:21

243:4 304:9,12
329:23
**pursuant** 1:13
**pursue** 210:4,4
**put** 27:11 81:17
102:1 187:13
221:15 222:16
225:19,23
239:8 285:8
290:10,12,15
290:17,20
291:1,17 303:7
303:8 314:6,16
321:20,23
390:16 406:11
436:24 438:19
438:19 445:22
445:23 499:15
502:9 503:14
**puts** 77:20
262:18
**putting** 194:3
231:22 295:11
319:16 336:12
500:15,19
501:6,17
**pyramid** 284:17

_____

**Q**

**Q-I-A-O** 454:11
**qualifications**
21:24 69:1
**quality** 37:2
196:8 490:6
495:10
**queried** 367:1
**question** 15:21
16:7 21:11
23:18 24:4,15
26:17 30:13
31:10,14,19
32:1 34:20
35:9 36:5
41:13,19 42:6
42:17 44:3
45:17 46:14,15
46:18 58:3

61:9 63:20,24
64:2,24 66:20
67:16,22 70:8
71:22 75:23
76:8,15 77:22
80:10,17,21
81:18,22 82:4
86:2 91:21
98:4 101:12
105:2 124:14
131:15 136:5,6
139:10 159:16
159:20 163:18
164:13 167:8,9
167:14,17,23
168:2,4,18,21
169:4,14,22
170:2 171:3
175:10 182:14
189:24 190:13
190:17 191:2,5
191:6 197:1,7
210:2,3 212:15
213:12,15,18
218:18,21,23
227:19,22
228:7,9,14
232:18,23
237:16 246:16
250:15 253:24
257:4 290:5
296:7 300:8
308:19 314:12
316:19 328:5
330:11 332:21
354:6,16 357:3
365:2 367:6
371:22 376:4
384:18 387:13
393:16 401:15
401:22 411:2
412:24 413:1,8
413:15 415:1,3
418:17 419:1
422:7 423:21
431:3 442:19
454:5 456:24

457:4,7,9
458:2,4,10
465:5 466:21
467:2,4,6
482:14 489:10
489:15 498:13
**questioning**
27:20 52:19
321:7 330:17
331:14
**questionnaire**
344:13 366:22
367:3
**questionnaires**
265:22
**questions** 10:14
16:2 26:11
57:3 139:7
159:14 162:11
167:11 169:1
169:12 173:22
199:9 206:1
216:15,21
258:14 298:6,7
298:10 307:17
328:3 342:6,7
353:13 354:13
366:18 384:16
458:16 465:14
478:7 515:23
520:8
**quicker** 72:5
**quickly** 106:3
159:6
**Quit** 215:16
**quite** 61:6
**quote** 195:23
329:7 439:2
**quoted** 493:5
**quoting** 60:23
329:8 382:8

**R**

**R** 2:8 519:1,1
**radiation**
335:16 337:21
**raise** 205:24

240:22
**random** 241:24
390:17
**randomized**
293:21 305:8
**range** 187:20
193:23 271:3
**ranks** 294:4
**rapidly** 293:9
**rappel@seyfa...**
3:19
**rare** 317:9
**rarely** 316:17
**rarer** 260:16
**rarity** 325:17
**Rasmussen**
446:20 447:8
**rat** 129:12
**rate** 60:9 112:4
113:5 115:24
272:18 320:12
**rates** 248:11
**ratio** 192:14,21
241:23 243:23
244:8,11,17,22
245:21 249:6
325:20 329:18
354:17 371:19
378:14 443:23
**ratios** 181:14
182:4 206:21
253:12 269:14
269:22 270:10
271:1 311:22
408:13
**rats** 130:9
**raw** 178:17,19
**reach** 91:9 130:3
189:15 194:15
197:24 198:2,8
260:17
**reached** 74:22
75:14,24 85:15
195:17
**reactive** 435:12
435:20
**read** 31:5 41:12

47:11,14 49:21
50:9,10,18,21
52:8 53:15,22
55:7,13,14
62:5,7 64:7,8
69:16 72:11
73:20 76:11,12
82:5 83:24
84:9,19 89:9
90:13 118:15
119:12 120:24
121:2 123:24
124:6,20 125:4
137:19 138:8
140:16 143:18
145:17,22,23
146:23 147:16
170:24 177:12
180:15 182:10
182:11 183:19
184:3 201:23
201:24 203:7,9
203:15,20
204:8 211:21
212:13 215:7
215:12 217:7
220:3 224:22
224:24 253:14
254:3 259:17
262:3 272:11
274:20 276:16
277:5 287:18
294:24 297:10
297:11,11,17
297:19 302:19
306:15 309:5
313:24 334:14
346:24 351:7,8
358:3,5,6,20
359:23 365:15
366:9 374:6,10
378:22,23
380:15 397:6
398:15 402:20
406:14 417:14
418:1 420:20
421:4 427:22

428:23 431:21
432:15,16
433:1 440:20
441:8 444:22
444:23 451:19
460:24 462:1
465:21 469:19
469:20 472:12
487:16 490:16
504:10 509:6
510:13 513:24
517:9 518:3
520:5
**reader** 160:1
**reading** 50:7
53:19 55:3,6
58:22 59:5
73:2 75:11
83:7 84:20
111:10 127:3
141:7,17 212:9
215:7 265:16
274:9,19 297:3
314:17 350:22
350:24 407:9
446:12
**reads** 45:17
64:23 87:14
181:12 217:2
224:12 256:13
271:22 293:8
302:22 334:4
446:15 487:1
503:24
**ready** 59:12
274:22
**real** 226:19
449:5
**realize** 48:11
**realized** 122:22
314:7
**really** 20:10
59:19 61:4
99:24 100:2
115:20 135:24
136:6 138:1
144:16 166:24

167:19 212:5
226:3 236:8
254:13 255:7
284:24,24
334:14 337:13
353:13 389:18
390:6,19
391:19 399:16
410:15 449:11
456:2 465:15
502:20
**Realtime** 1:17
517:14
**reason** 34:7,11
132:11 164:6
198:16 244:13
266:24 284:18
311:2 320:19
336:15 348:10
353:23 362:16
373:11 401:11
448:6 457:14
459:15,16
465:8,11
466:17 467:3
467:13 483:18
488:1 498:6
505:12 514:19
518:5 519:6,8
519:10,12,14
519:16,18,20
519:22,24
**reasonable**
90:12 158:9
334:12 426:4
**reasonably**
158:24 280:10
334:23
**reasoning**
164:10 258:8
**reasons** 99:13
216:9 269:23
423:2 460:8
**reassurance**
504:19
**REATH** 3:7
**recall** 86:24

196:11 198:21
198:21 199:1
226:10 251:22
252:5,11,16,21
253:20 254:6
254:22 256:8
256:13,20
257:3,8 258:3
259:6,20 260:3
260:14 261:5
262:1 263:10
263:20 264:18
267:1 268:10
271:23 272:13
272:15,16,21
273:8 274:5,11
274:24 276:11
277:1,7,10,12
277:22 278:10
280:12 314:18
346:21 347:5
407:12 428:1
460:2 502:8,8
**recalls** 497:8
**receipt** 518:17
**receive** 105:16
105:22 106:1
114:16
**received** 6:8
88:5,6 105:19
106:6 110:16
114:15 121:11
**rechurning**
225:14 227:10
229:9 230:3,8
230:23 232:9
232:12 233:6
493:19
**recognize** 331:6
**recognized**
295:4
**recognizing**
331:7
**recollection**
13:21 38:11
266:18
**recommend**

459:17 507:21
**recommendat...**
455:21
**recommendat...**
495:18
**recommended**
456:9
**recommending**
456:14
**record** 11:3,15
12:5 15:23
81:17 126:12
126:15 169:16
190:24 209:21
209:23 210:1,5
239:15,16,19
343:19,22
348:12,15
366:13 418:1
421:17,20
453:6,10,13
473:8,11,13,23
485:24 486:3,6
517:6
**redo** 70:8
**reduce** 447:12
449:8 453:17
**reduced** 455:5
**reduction**
349:12 386:22
386:23 443:21
448:2 454:18
455:7
**refer** 16:12
490:12
**reference** 47:18
49:12,15,24
50:3 51:1,10
51:15 52:23
53:7 54:16
55:20 56:3,14
57:12,14 58:19
69:21 105:5
117:3,21
119:13 121:2
124:2 131:13
139:17 142:1

142:12 143:2,6
146:3,14 152:4
172:5,10
313:17 347:18
348:4 424:19
**referenced**
49:23 50:11
53:13 155:14
156:24 471:13
**references**
107:19 116:12
116:14,15
119:17 162:17
172:5
**referencing**
243:6 449:23
**referral** 140:23
**referred** 247:1,2
463:15 464:7
**referring** 39:9
65:24 68:16,24
88:12 140:21
164:1 243:2
244:4 260:5
318:11 340:23
409:1,10
462:17 509:10
**reflect** 111:14
**reflected** 47:18
**refresh** 13:21
38:11
**refute** 292:4
**regard** 22:20
23:8,10,20
24:22 25:14,20
25:24 38:12
50:6 58:6 59:1
59:1,15 69:17
71:3 82:14
89:12,13,17
93:2 105:20
106:12 113:12
124:7 125:5
129:9 131:14
131:17 139:14
142:11,14
145:2 148:23

157:3 159:22
163:24 171:9
172:5 187:19
237:22 241:3,5
243:5 267:4,6
287:7,19,22
308:21 334:5
350:14,17
405:21 409:20
411:7 437:20
446:6 454:11
454:12 462:2
465:22 470:7
473:21 478:11
478:21 491:16
492:12 495:21
496:3,5 497:20
502:24 515:8
**regarding** 13:1
22:2,7,12,24
38:18 108:17
171:7,18 281:6
287:4 293:13
419:5,14 469:9
**regardless**
307:15
**region** 271:5
**registered** 1:16
366:1,2 517:13
**regression**
296:10,11
**regularly** 37:1
490:16
**regulations**
498:21 499:1
502:23
**regulatory**
36:21 502:16
502:22
**Reid** 88:19
**relate** 18:4
27:24 103:17
107:11
**related** 248:9
503:22
**relates** 1:8 89:19
305:19 306:1

**relating** 108:4,9
142:8 162:14
**relationship**
46:12 70:24
100:5 316:3
393:24
**relative** 192:10
192:15 193:2
245:21 253:13
269:14 317:11
317:15 318:1
348:1,22
353:15 370:5
371:8 375:17
385:21,23
387:23 472:23
474:11,20
**relatively** 351:2
**relevant** 152:6
152:15,19
154:12 224:19
**reliable** 177:3,7
177:11,16,22
178:11 188:16
246:4 294:1
308:8
**reliably** 77:16
**reliance** 45:2,18
204:5 388:24
441:1,15
**reliant** 392:11
**relied** 45:20
46:23 52:8
108:2 117:20
140:4 146:16
**relies** 360:10
**rely** 92:16
117:16 123:18
123:19 158:6
217:21 288:17
307:5 372:4
**relying** 333:17
**remember** 14:6
14:8 31:10
55:10 56:4
58:11 117:11
121:20 122:2

130:8 141:22
171:1 189:23
218:22 254:12
255:6 262:22
263:6 286:15
314:11 323:6,8
323:24 324:1
374:5 406:16
434:16 435:3,8
435:11 441:14
454:8 478:1
**remembering**
254:17 272:17
**remind** 136:16
**remove** 126:10
**render** 160:2
165:9
**rendering**
162:17 173:2
**RENÉE** 3:17
**repeat** 30:12
31:11 58:3
108:8 124:14
152:9 167:13
170:18 171:16
188:8 212:17
246:16 253:23
255:5 291:15
300:10 375:3
397:19 404:12
413:1,4 415:5
442:2 467:7
481:14 495:24
**Repeated**
382:22
**repeatedly**
48:13 49:2
91:14
**replacement**
205:18 242:21
243:9
**replicated**
161:18,21
**replication**
217:15,17
**reply** 372:13
**report** 6:10

16:18 49:13
50:9,12,19
51:5,6,16 53:1
53:20 57:13
79:5 82:3
86:21 87:3
100:24 101:2
103:24 104:2,6
104:11 105:6
108:6,10
110:14,20
111:21 115:1,6
115:10,15
117:4 118:6,14
119:3 120:12
121:7 124:5,19
125:3 126:19
127:5 134:8
135:22 137:15
137:20 139:21
140:10,15,17
143:12 147:1
148:2 150:22
155:14 157:1,7
159:24 160:17
161:3,10 162:4
166:1 171:1,7
171:17 180:3
184:23 186:4
186:11 187:17
205:16 242:21
243:5 245:11
250:6 251:24
259:14 273:4,6
273:13,18
274:4 276:19
281:2 286:6,8
292:5 303:7
308:23 309:4
352:3 353:8
355:5 356:11
356:17 357:8
357:22 359:13
374:12 375:5
384:9 390:23
390:24 391:3
391:10,20

405:23 406:12
407:5 411:16
433:5 453:2
454:24 457:18
457:21 458:21
459:3,22
**reported** 132:8
132:17 181:14
182:4 248:19
311:23 354:19
381:16 384:21
391:22 397:8
417:1 435:2
444:18
**reporter** 1:16,16
1:17 11:16
15:16 185:8
232:19 517:13
517:14,14,22
**reporting**
177:23 267:6
276:10 357:16
385:2 397:3,4
**reports** 8:6
49:21 50:7
52:2 53:12
54:5 58:14,22
59:5 105:18
111:6 118:3
119:19 121:3
124:1 139:15
143:19 504:1
**represent** 31:3
229:22 244:10
287:1 309:10
407:23 424:16
503:18
**Representing**
2:16 3:15,20
4:6
**reproduction**
517:20
**reproductive**
25:3 444:11
**request** 10:8
116:19
**requested**

478:23 517:7
**requesting**
331:14
**requires** 302:22
**requiring**
469:18
**requisite** 346:3
**research** 7:16
22:2 101:8
145:6,6,13
153:7,12,20
203:5 288:8
292:23 293:11
293:13,14
302:23 461:2
**researchers**
205:12
**resident** 461:4
**residents** 23:7
**resolved** 14:1
**respect** 214:3,9
236:10 242:11
242:17 263:15
352:22 489:2
494:8 495:5,15
**respected**
200:16,23
**respectively**
366:3
**Respiratory** 9:9
**respond** 139:8
168:1 328:4
**respondents**
376:7
**responding**
376:7 458:9
**response** 79:7
81:21 92:13
133:12 138:24
143:20 166:13
297:4 306:17
320:12 479:6
480:4 482:17
**responsive**
81:21 457:6
**rest** 314:16
434:15

**restrict** 64:6
89:24 137:6
156:21
**restricted** 68:19
95:12
**restricting**
66:22
**result** 154:23
203:3 204:4
347:3 360:20
**resulted** 276:9
476:14
**resulting** 174:15
**results** 18:15
101:10 116:3
179:18,19
203:22 204:2,3
205:15 215:19
217:16 267:7
274:6,11 275:1
288:21 291:3
298:21,22
307:22 310:5
322:18 357:9
358:13 360:13
367:14 383:20
384:15 407:6
408:5,6,21
409:10 410:8
410:16 416:23
442:24 444:2
469:13 475:22
**retained** 37:22
43:3 60:1
**Retire** 6:17
200:20
**retrograde**
173:13 432:6
436:20 437:6,9
437:16,24
438:6,16
**return** 518:15
**revealed** 26:20
**reversed** 357:15
358:9,17,18,23
359:19 360:14
379:16 380:8

reverses 372:18
373:20 374:4
review 6:21 8:18
44:16 53:7,15
71:11 91:9,23
92:19,23 94:11
94:24 95:18
97:17,24
102:19,22
103:2,8 105:21
111:2,6,20
126:21 127:14
128:6 129:9
131:2,6,16
139:12,19
142:22 143:16
149:3 150:5
154:5,20
162:13,16
165:8,21 166:8
168:18 170:6
180:20 181:1,5
196:6 247:22
289:11 299:7
336:20 440:14
440:22 485:13
490:18 492:1
514:23
reviewed 6:8
15:3 46:7
51:14,24 52:1
52:8 53:3,10
54:10 56:17,19
56:22 57:7
58:17 91:12,13
92:8,22,22
105:4 106:13
110:17,19
115:17 117:16
117:22 131:12
133:1,21
136:23 142:12
143:8,11,15
144:3,17
146:16 148:22
155:24 167:22
219:4,9,17

223:14 227:2
248:6 255:20
271:7 285:24
299:16 382:13
382:17,20
383:6 388:19
403:12 437:19
470:18 481:13
483:16 484:7
508:23 511:12
reviewer 176:21
178:6,14 179:2
180:21 181:3
reviewing 58:13
115:17,21
119:18 161:19
162:9 178:23
284:5
reviews 304:5
304:21 305:1
307:11 491:12
revisit 66:24
RICHARD 3:12
richard.heasli...
3:14
rid 219:19,23
220:1
ridiculous 396:2
right 15:1,6 16:9
21:2,20 22:9
29:1 30:5 33:2
33:6,23 34:2
34:10,12,13,15
34:16 37:13
42:24 43:2
45:14 47:5
52:10 64:20
68:7 69:4,18
73:22 74:15
80:22 82:12,18
83:10,13 86:17
88:1,3,9 96:17
97:1 98:7
102:5 109:23
112:7 124:10
127:6 134:18
135:1,9,13

136:11 139:9
139:22 141:23
142:9 145:8
150:22 153:16
154:2,3 157:22
161:18,22
168:24 176:18
176:23 186:14
186:19,22
187:22 192:11
193:6,6,7,9,17
198:7 201:15
202:5,6 203:19
206:15,18,19
207:11,17,19
207:20 208:20
209:11 213:13
215:2 229:24
239:15 241:20
245:17 247:9
249:1,4 255:20
265:2 271:8
275:5,6 276:3
279:12 281:7
287:12 294:14
295:9 298:11
298:14 299:18
300:6 301:5
303:19 305:2,3
305:5,14,21
309:4,20 310:2
313:19 315:22
316:20,21
319:6 322:5,11
322:15 325:5
329:20 331:10
332:15 333:6
334:18,22
343:4,5,6,11
344:13 346:10
347:2,13 348:2
348:6 350:8
351:22 355:8
360:4 363:12
365:18 368:6
368:12 374:10
376:14,15,18

376:20 378:5
379:1 380:16
380:22 381:2
382:14 383:17
384:17,18,22
387:2,8 390:22
395:11 400:2
402:9 404:24
405:3 412:3,20
415:9,10 416:5
416:6,9 417:11
418:12 420:10
423:16 424:6
425:9 426:14
426:16,17,21
428:7 430:16
431:22 436:9
443:6,14,23
444:6 445:1,9
445:15 446:13
449:23 452:16
466:10,14
467:10 468:22
473:4,6,10
474:5,12
476:11,22
477:18 478:3
481:8 483:10
486:19 487:5
488:4 490:23
494:22 497:3
502:19 505:5
507:3,6 508:12
515:19
right-hand
87:13 182:20
215:15 217:10
271:18 275:16
351:1 377:4,5
377:21 378:5
risk 6:23 7:7,10
7:21 8:9,12,15
9:13 13:2
17:10,14 23:4
23:10,11,20,23
24:7,9,22
25:14,24 26:9

28:1 34:8
63:14 65:9
67:8 69:12,24
70:10,19 74:24
78:15 88:24
89:4 90:14
94:12,14 95:15
98:17 124:10
149:8 174:23
175:11 183:3,5
183:16,18,18
187:20,22
188:18,21
189:18 192:15
193:2,22 196:9
196:17 197:3
197:18 198:20
203:24 205:3
206:10 210:18
210:23 226:5
226:14,22
229:15 243:5,8
243:11 244:21
245:5,15,19,21
246:4,13,19
247:10,10,20
249:6 252:9,15
252:19,22
253:14 254:5,8
260:19,23
261:9 269:3,14
272:22 273:10
309:24 310:1
310:10,15,20
311:1,9,11,19
312:1,12 315:8
316:4 317:11
317:15 318:1
319:23 324:10
324:15,18
328:22 330:4
338:5 339:11
342:4 343:7
348:1,5,22
349:3,9,10,12
349:13,14,16
353:15 355:6

356:9,19
357:24 360:23
363:2 370:5
371:4,8 373:6
373:23 376:23
378:13,17
380:3 382:8,9
386:23,24
405:9,11,15
419:6,18
443:22 444:20
446:17 447:12
448:2 449:9
452:14,20
454:18 455:14
455:24 456:16
457:12 459:8
469:13 470:7
472:23 474:11
474:20 479:15
479:19 484:14
485:9 487:6,20
493:15 498:17
507:12 514:2,5
**risk/benefit**
33:22 34:4,6
**risks** 75:15 76:2
85:16 192:11
243:23 253:13
**robbed** 395:21
**ROBINSON** 2:3
**robotic** 14:19
**robust** 231:2
**Roggli** 468:24
**role** 39:9 98:14
157:20 181:3
196:11 277:3
**room** 15:12
**ROS** 125:5
435:4
**Rothman** 7:17
199:21 286:21
287:8 288:7
292:16,24
294:2 298:14
**roughly** 113:20
**routes** 84:8

**routine** 27:20
**routinely** 279:9
**Royston** 4:6
**rubric** 36:20,24
**rule** 320:16
**ruled** 94:17
272:18
**rules** 236:11
285:2

---

**S**

**S** 5:10 6:2 7:2
8:2 9:2
**S-T-R-A-U-S**
303:4
**Saed** 124:7
139:20 140:24
162:16 165:24
432:17 433:2
434:13 492:16
**Saed's** 124:20
125:4 140:12
493:4 495:11
**Saenz** 54:20
146:9 147:2,19
461:1
**Saenz's** 55:3,6
111:11 142:23
143:8,14
**Saez** 163:19
**safe** 226:17
239:8 479:5
480:3,24
481:17 482:3
482:14 483:7
484:1 499:21
500:12 505:2
508:15 510:3
514:8,15,20
**safer** 506:3
**safety** 196:14
205:19 427:4
428:11 504:22
506:20 510:17
**sake** 352:13,23
481:14
**SALES** 1:6

**sample** 317:22
328:20 375:14
**samples** 478:11
497:15
**San** 2:9
**sand** 87:6,8
**Sander** 199:18
201:5 287:9
**sanitary** 354:1
**saved** 106:17
**saw** 72:15
135:21 144:15
149:4 238:10
260:22 314:5
364:17
**saying** 50:17,18
53:16 56:5
62:11 66:14,19
76:17 79:24
86:4,9,10
91:15 92:6
98:19,22 100:4
100:10 106:23
127:12,13
129:24 131:1
134:1 144:14
165:19 177:21
178:16 183:6
184:5 185:17
189:17 194:1,5
195:7 197:15
205:1,2 230:5
230:12 231:12
232:13,14
233:8 257:20
257:24 259:20
276:21,22,23
277:1,3,5,11
277:13,16
278:2,10,11
294:14,16,22
296:1,8 299:6
299:15,17
311:2 312:24
313:7,8,10
314:14 315:1
327:11 329:9

330:22,24
337:2 339:23
340:4 341:21
361:1 362:12
363:1 375:12
387:19 392:21
395:3,12,19
399:3,8,9
413:5 418:3,8
422:14,15
425:21 426:2
437:5 438:24
451:24 455:1
458:20 460:11
460:13,22
474:16 476:2,4
477:13 489:21
493:18 496:15
503:15 505:2
508:1,7 509:2
510:7 511:2,8
512:11,12,15
513:16,22
**says** 36:10 68:12
72:13 74:6,16
74:21 75:20,21
75:23 76:18,23
77:1,20 82:6,8
82:11 83:16
84:1,2 85:14
88:4 90:13
127:7 133:20
147:1,9,15,17
158:10 182:1
183:22 184:6
184:13 196:5
202:13 203:17
236:17 237:6
247:19 253:11
259:2,4 267:18
271:20 275:21
277:17,20
290:12 292:4
319:12 321:1
321:19 322:12
322:14 323:15
329:5,5 331:1

336:1,1 338:24
351:16 359:18
365:21 373:21
379:3 399:4,5
416:15,22
421:12 425:10
437:10 444:7
457:21 469:7
471:5 473:3
476:13 488:20
498:22 502:12
503:21 508:10
510:2 511:5
511:12 513:23
**scenario** 330:16
493:24
**scenarios** 275:2
**Schildkraut**
7:15 254:14
255:8 261:15
264:22 268:3
273:22 275:3,8
275:14 278:19
280:14 314:19
**Schildkraut's**
264:20 268:5
268:12
**school** 301:11
350:10,12
372:7
**school's** 301:12
**schooling** 445:2
**science** 57:2,5
57:17 58:5,24
59:1 153:12
205:11 217:21
398:9 400:16
461:2
**Sciences** 446:19
**scientific** 104:21
111:3,4 115:11
156:2,13
157:10,14,16
157:20 217:22
293:8 341:18
428:10,20
430:8 504:8

Kevin Holcomb, M.D.

| | | | | |
|---|---|---|---|---|
| **scientist** 178:19 | 42:17 53:8 | 415:24 416:9 | 136:23 | **sets** 350:3 |
| **scientists** 67:6 | 54:12 74:6,18 | 416:20 425:6 | **seminar** 201:18 | **setting** 15:12 |
| 154:19 | 75:7,11 85:9 | 428:17 429:1 | **Senate** 154:11 | 64:3 68:19 |
| **screen** 73:19 | 94:19 99:11 | 436:5 439:1 | **send** 208:20,21 | 71:2 77:13,15 |
| 256:1,2 | 116:4,5 121:14 | 442:23 445:21 | **sends** 198:22 | 492:3 |
| **screening** 6:19 | 127:11 129:11 | 446:14 449:21 | 499:18 | **settings** 63:4 |
| 142:13 220:11 | 132:15 134:22 | 450:5 451:3 | **sensational** | 64:5,9 68:20 |
| **scrub** 450:10 | 137:14 149:15 | 460:20 461:7 | 490:8 | 70:21 71:3 |
| **se** 264:7,7 | 150:2 151:2,3 | 461:10 469:1 | **sense** 185:19 | 80:1 86:7 |
| **Seaport** 3:4 | 153:17,17 | 471:24 472:14 | 226:3 270:24 | 88:23 89:5 |
| **search** 120:2,5 | 161:11 180:18 | 476:19 480:17 | 371:15 395:23 | 90:3,5 101:23 |
| 120:21 282:13 | 181:20 182:17 | 488:18 491:20 | 461:19 500:5,6 | **seven** 270:22 |
| 282:18,24 | 185:22 200:19 | 497:2,5,7,11 | **sent** 106:24 | **SEYFARTH** |
| 283:3 286:12 | 201:2,5,8,12 | 497:13 498:20 | **sentence** 181:10 | 3:17 |
| 288:4 362:15 | 201:14 204:6 | 503:9,10,15 | 275:17 310:17 | **SGO** 507:3,14 |
| **searched** 282:10 | 210:15 214:8 | 508:20 511:1,6 | 378:8 476:13 | 507:19 508:7,9 |
| **searches** 119:22 | 214:22 215:24 | 511:22 | **separate** 204:15 | 509:19 510:4,6 |
| 119:22,23 | 216:10 219:22 | **seeing** 127:9 | 222:14 301:7 | 510:14,20 |
| 120:19 | 226:13 229:16 | 323:6 449:24 | 381:12 | 511:1,20 512:2 |
| **seats** 73:19 | 232:1,2,3 | 450:20 451:2 | **separated** | 512:12,18,24 |
| **second** 141:12 | 236:6 250:18 | **seeking** 154:11 | 186:13 264:22 | 513:18,23 |
| 141:16 164:8 | 256:9,11 | 361:24 | 488:1 | **shaded** 186:17 |
| 192:24 213:15 | 258:23 259:1 | **seen** 19:8 46:8 | **separately** | 186:22,24 |
| 213:18 232:24 | 259:21 261:13 | 128:24 132:10 | 222:14 322:1 | 187:2,3 189:20 |
| 269:19 274:18 | 264:8 269:11 | 180:17 197:16 | **serious** 203:24 | **shakes** 389:17 |
| 287:9 334:9 | 269:24 271:19 | 247:15 248:23 | **seriously** 321:3 | **share** 322:17,20 |
| 354:20 367:19 | 275:8,19 280:1 | 260:15 263:17 | **serous** 8:21 | 322:21 504:7 |
| 370:10 374:24 | 287:8 288:15 | 292:24 318:8 | 21:16,19 | **Sharko** 3:8 31:1 |
| 384:3 409:17 | 290:7 293:4,6 | 359:15 394:1 | 249:20 256:22 | 31:6 57:21 |
| 417:14 425:2 | 294:7 303:6 | 411:22 422:8 | 259:10 260:22 | 58:1 66:6 |
| 425:11,12 | 308:22 309:13 | 423:8,10,24 | 260:24 311:1 | 71:16,19 73:12 |
| 443:18 473:5 | 313:16 318:16 | 424:3,5,7 | 353:16 354:17 | 73:18,23 76:19 |
| 475:6 | 318:23 319:14 | 440:17,19,23 | 354:22 355:10 | 80:16 81:5 |
| **Second-to-last** | 323:3,7 325:6 | 448:7,22,23 | 356:19 357:9 | 163:20 168:24 |
| 476:12 | 325:8 333:17 | 449:1,12,14 | 357:24 370:7 | 169:3,18,19 |
| **section** 84:24 | 333:19 334:15 | 450:15,17,19 | 372:11 378:13 | 170:3 190:9 |
| 134:9 159:24 | 335:14 336:21 | 451:17 452:2 | 378:18,20 | 191:2 207:23 |
| 160:11,13,15 | 350:6 355:15 | 454:9,15 463:1 | 409:5,6,21 | 208:10,15,18 |
| 160:17,23 | 357:11 358:21 | 463:4 470:17 | 410:19 448:19 | 209:1,11,14,17 |
| 161:20 162:4 | 362:4,13 | 470:23 486:17 | 449:13 451:14 | 209:24 213:16 |
| 163:4 172:11 | 365:21 367:24 | 492:1 | 461:13 476:17 | 213:19,24 |
| 172:21 189:8 | 373:10 378:4 | **segment** 215:12 | **served** 176:20 | 214:2,10 357:4 |
| 202:12 374:7 | 381:9,24 384:2 | **selection** 361:5,9 | **services** 1:20 | 377:22 378:2 |
| 429:8 431:14 | 389:2 397:23 | **selective** 126:21 | 11:5 111:17 | 414:24 458:12 |
| **sections** 450:11 | 398:8 403:8 | 127:14 131:1,3 | **serving** 515:13 | 468:10,13 |
| **see** 31:13,22 | 407:15 408:11 | 131:4 | **set** 108:5 288:20 | 473:13 |
| | 408:15 415:17 | **selectively** | 401:5 | **SHAW** 3:17 |

she'll 169:5
sheet 518:7,9,12
  518:15 520:12
short 126:13
  343:20 351:2
  352:16 421:18
  486:4
shortcomings
  398:18
shortened 272:5
Shorthand 1:16
  517:13
shortly 270:18
show 55:12,13
  77:14,23 82:13
  89:5 90:6
  128:10 129:14
  130:12 131:9
  132:12 149:2
  150:13 180:1
  183:2,3,4,15
  183:17 189:2
  191:11,15,21
  191:23 192:2
  199:12 204:4
  205:12 221:3
  222:11 233:14
  243:8 245:18
  260:18 261:12
  262:16 269:17
  280:2,3 287:5
  310:5 333:16
  339:18 346:19
  347:8 362:3
  365:11 408:5
  421:4,11
  445:23 447:11
  455:1,7,13
  457:12 459:8
  462:11,14
  463:8 470:13
  472:8,16 474:3
  479:17,19
showed 70:18
  130:3 149:22
  150:4 151:24
  203:23 282:5

320:12,13
339:9 355:6
356:18 392:9
433:16 443:21
453:16
Shower 16:15
  16:16,21,22
  97:20,20
showing 21:8
  65:17 66:1
  88:7 89:3
  127:23 128:8
  134:2 164:10
  187:7 188:18
  204:3 207:9,10
  210:21 238:15
  273:18 339:16
  410:11 424:9
  425:24 426:7
  427:9 451:20
  455:4 461:10
  479:13 484:11
shown 64:5 90:3
  100:6 130:17
  158:2,4 222:15
  229:14 438:14
  439:3 456:2
  465:1 470:11
shows 22:6
  98:17 129:1
  133:6 149:8
  210:20 261:17
  344:23 363:1
  384:20 393:3
Shukla 139:13
  162:16 163:19
  165:23
side 81:7,9
  110:13 215:15
  378:6 506:20
sides 110:12
  198:20 455:10
sign 517:9 518:8
signatories
  201:9 203:12
signature
  451:15

signatures
  448:24
signed 115:2
  214:19 338:14
  340:8 352:18
significance
  6:17 150:15
  188:3,14,17,20
  188:22 189:3
  191:12,16,24
  192:2 194:16
  195:17 198:8
  199:13 200:21
  204:6,19
  210:20,22
  214:17 215:20
  217:20 218:1,9
  218:13,16
  219:24 220:2
  236:3,6 287:11
  298:20 311:5
  477:9
significant
  150:1 183:3,8
  183:9,16 187:6
  189:11,18
  195:2 203:3
  204:16,17,23
  210:11 216:4,5
  220:23 238:16
  241:22 243:8
  254:16 255:9
  272:22 280:15
  296:12,17,18
  298:22 317:15
  323:23 370:15
  370:17 371:1
  371:10,20
  374:15 375:9
  386:21 420:15
  433:21 443:21
  443:23 472:23
  474:12 475:21
  476:15
signing 124:5,18
  125:2 139:20
  165:24 352:20

518:10
silence 169:21
similar 66:21
  226:14 230:21
  238:3 256:21
  257:7 294:22
  410:16,24
  411:6 420:1
  501:20 502:3
Similarly 500:8
simple 136:6
  166:16 190:16
  259:5 299:19
simplex 120:14
simply 82:4
single 55:14
  110:11 128:12
  243:1 250:20
  250:24 309:11
  312:13 313:16
  329:12 426:7
  439:1
sir 147:10
sister 311:7
sit 119:2 229:17
  472:6
site 281:19,19
  507:14
situation 64:1
  67:11 78:2
  90:15 128:13
  262:11 331:21
  356:5 392:13
  394:17 396:2
  482:21 483:9
  493:7 495:1
  502:6,11
situations 61:19
  63:11 67:10
  69:15 77:17
  90:10 100:7,12
  326:22 333:4
  335:15,18
  337:3 442:16
  456:7
six 7:16 75:16
  76:2 85:17

292:22 293:14
338:2 345:1,4
471:19
size 182:24
  183:14 185:22
  205:5 290:7,15
  290:15 313:23
  314:2,8,9
  317:16 318:17
  318:22,24
  375:15,18
sizes 205:2
  317:22 328:20
slides 450:1,13
  450:16
slowly 293:11
small 133:1,21
  134:1,4,5
  182:24 183:13
  204:24 205:1,5
  226:14 314:4
  314:10 317:16
  317:24 330:4
  375:18 420:14
  431:7,12 472:3
smaller 260:17
  386:9
Smith 156:18
  157:5 292:4
smoke 342:16
  342:24 343:1
smoking 306:20
  342:5,15
  487:11
snapshot 450:24
snide 214:7,11
Society 176:18
  507:5
sold 496:4
somebody 78:21
  149:16 250:21
  267:17 336:12
  338:17 339:4
  340:5 361:24
  369:14 373:13
  403:5 511:10
someone's 132:7

Kevin Holcomb, M.D.

someplace 430:1
something's
  300:4
somewhat 248:8
  284:20
sorry 14:7,9
  30:22 38:7
  40:11 72:19
  75:1 82:16
  92:10 124:13
  124:24 125:16
  136:2 142:20
  151:14 175:9
  180:9 181:15
  192:23,24,24
  218:20 220:1
  224:13 237:14
  237:17 255:22
  261:7 269:4,5
  269:14 274:8
  274:14 275:23
  280:22 283:6,7
  293:19 308:18
  310:18 322:23
  325:9 327:20
  328:1 329:5
  334:6,13 344:7
  345:2 347:21
  348:8 350:19
  350:21 354:20
  364:9,10 366:8
  367:20 370:10
  374:18 377:7
  377:13 383:18
  403:16 415:19
  415:21 425:1,7
  426:18 429:18
  430:1,13 443:1
  445:7 446:24
  462:8 465:12
  470:1 489:12
sort 34:14 66:13
  98:10 352:6
  374:13 449:4
  477:15
sound 358:23
source 140:13

141:10 177:3
259:7 260:4
290:24 291:9
291:12,13,21
291:23 292:2
sources 84:4
  278:12
South 4:3
space 518:6
speak 67:12,12
  70:23 81:12
  209:3
speaker 201:19
speaking 21:14
  65:20 211:18
  408:22 457:14
  457:20 463:16
  490:4,6
special 268:4
specialist 42:10
  91:5
species 435:12
  435:20
specific 21:13
  31:22 32:9,20
  37:6 53:24
  58:7,11 61:18
  63:10 64:9
  67:4,10 69:14
  70:20 71:3
  94:5 160:23
  168:13 283:23
  413:15 428:22
  432:10 440:10
  440:21
specifically
  59:11 93:15
  111:8 152:2
  160:12 164:2
  171:9,20 191:8
  247:23 278:21
  308:24 316:2,8
  490:5
Specificity
  429:22
specifics 252:5
specify 243:2

speculate 413:6
speculating
  412:18 414:17
speculation
  413:5
speed 463:11
spend 164:17
  403:10
spent 61:6 137:9
  361:4 409:13
sperm 173:13
spirit 233:22
split 266:14
  273:18 279:6
  310:24 392:18
  476:5
split-off 475:1
splitting 324:1
  474:24
spoke 410:2
spoken 147:23
spontaneous
  469:12
Sprague 130:9
spurious 116:3
  196:10 205:9
  274:6,11 275:1
  320:2 360:20
SR 304:20
stage 466:14
  467:9,19
Stand 343:18
  348:11 516:3
standard 495:10
stands 507:5
start 21:7 25:18
  87:13 110:13
  120:21 183:11
  244:6 325:11
  326:1,4 336:24
  337:1 338:12
  369:18,23
  487:3
started 84:20
  113:3 115:16
  119:2 166:22
  194:24 299:5

338:15 339:1
340:7,13,18,19
341:24 342:14
342:21 352:17
370:3 383:23
400:20 405:3
502:21
starting 428:17
starts 266:13
  340:11 341:22
  403:5
state 12:4 95:7
  126:18 140:10
  145:2 161:3
  172:15 182:7
  190:23 267:3
  334:10 350:17
  351:2 357:8,13
  357:23 358:9
  376:21 403:1
  436:10 492:9
  518:5
stated 46:15
  191:7 275:11
  288:3 307:10
  357:21 358:2
  413:13 445:5
  457:18
statement 23:22
  49:16,20 80:12
  93:21,22 99:23
  133:20 140:14
  140:22 141:11
  149:6 161:6
  182:13 184:4
  185:17 195:20
  197:17 199:7
  212:18 225:10
  247:13,14
  249:10 255:5
  260:3 266:22
  267:21 277:11
  285:18 286:4
  291:7,22
  292:12,13
  295:2 299:6
  318:4 330:14

335:12,22
356:24 371:14
374:21 375:3
379:24 380:18
396:3 404:13
425:22 430:21
435:11 437:14
502:21 511:4
511:14,17
513:19
statements
  88:17 138:10
  158:6 162:8
  181:8 182:17
  217:15 297:7
  325:22 326:11
  328:7 394:11
  402:23 423:22
  495:20 496:3
States 1:1 29:18
  30:4 32:13
  145:1 154:11
  240:13,16
  248:1 249:1
stating 100:3
  201:17 261:5
  394:5
statistical 6:17
  18:5,7,15
  150:15 188:3
  188:14,17,19
  188:22 189:3
  191:11,16,24
  192:2 194:16
  195:17 198:8
  199:12 200:21
  202:3 204:5
  210:20,21
  214:17 215:18
  215:19,20
  217:19,23
  218:1 219:24
  220:2 269:7,8
  287:11 298:19
  298:21 477:9
statistically
  150:1 187:6

201:21 203:3
203:22 204:16
210:10,11
216:4 220:22
241:22 272:22
280:15 296:12
296:17 309:24
370:15,17
371:9,20
374:14 375:9
386:21 420:15
433:20 443:22
472:22 474:12
475:21 476:14
**statistics** 193:15
194:3 219:19
219:23 283:19
284:10,13
286:14
**stay** 28:24
**steady** 328:14
328:15
**stenographic**
11:15
**step** 479:7
**Stephanie** 487:2
**stepping** 66:22
**Steven** 180:13
426:19,24
428:9
**STIC** 448:19,23
451:11
**stick** 245:12
330:13
**stimulate**
293:12
**Stipulations**
10:11
**stop** 9:20 163:12
202:14 205:22
208:8 209:2
283:17 458:14
465:19 497:9
498:22 499:15
499:16,19
501:7 502:1,10
502:13 509:21

510:5 512:15
512:19 513:1
**stopped** 300:14
345:18
**stopping** 37:6
**store** 498:9
**stores** 498:9
**story** 185:7
239:2 484:8
**strange** 410:6
**strangely**
353:22
**Straus** 7:20
303:4
**Street** 2:14 3:13
3:18
**strength** 164:7
246:14,18
268:19 307:23
408:23 409:11
429:10
**strengthened**
361:21
**strengthening**
361:17
**strengths**
115:22 282:2
284:22
**stress** 480:18
**stretch** 369:10
369:17
**strict** 285:1
**strike** 43:18
55:4 67:19
76:17 80:15
144:9 157:2
158:22 163:16
191:21 206:5
212:20 213:17
241:18 287:20
336:15 356:14
418:22 423:9
430:24 446:8
447:21 450:18
456:19 459:20
**strong** 89:3
116:1 285:6

425:22 453:24
456:8
**stronger** 205:8
229:14 484:11
**strongest** 249:21
259:10 260:11
**strongly** 87:21
**struck** 423:20
**struggles** 339:23
**stuck** 300:11
**students** 23:6,6
**studied** 77:12
100:13 253:17
322:11 481:11
**studies** 18:6
31:20 44:17
46:24 47:17,19
48:2,24 50:10
58:7,11,16
67:4 76:6
78:10,14 87:22
88:6,21 89:3,4
90:6 91:16,18
93:14 94:8,19
95:13 98:16
100:9,20,24
105:5 106:6
111:3 115:18
115:24 116:2
121:4 126:23
127:14,17,23
128:8 129:2,8
129:13,20
130:6 131:8,14
132:3,15,23
135:15 136:7
136:12,23
137:9,14,22
148:22 149:11
149:12,15,21
150:6,14
153:16,18,19
164:1,3 165:21
168:11,12
170:14,22
182:6,23
183:12,23

186:17 187:1,2
187:19 188:3
188:14,16
189:1,2,22
191:10,15,20
191:23 192:10
192:16 193:5
198:18 199:12
203:2 205:22
207:8 210:10
211:9 217:17
220:21 221:15
222:5,6,11,16
222:18 225:23
226:4,20
227:14 228:2
229:3,12,14
230:1,6,18,22
231:10,11,13
231:16,21,24
233:11,13
234:3,11,12,14
234:15 235:2,5
235:16,20
236:14 237:3,4
238:3,12,12,15
240:2,4,7,8
241:11 243:7
245:18 247:7
248:6 249:20
252:8,15,17,21
254:3 255:13
256:15 257:6
259:2,4 261:9
265:16,21
266:14 268:11
269:11 270:2
270:16 271:3
272:1,23 274:7
274:12 275:1
282:9,20,21
283:4 290:6,8
290:17,20
291:1,17,24
293:23,24
294:4,5,12,12
304:1 305:10

306:22 307:4
307:12,15
308:8,9,22
309:16,23
310:4,5,6,14
310:19 311:3
311:15,16,17
312:11,13,19
313:2,4,5
314:5,15,17,22
315:4,7,11,24
316:2 318:18
319:1,21
320:23 322:9
324:4,9 325:2
325:16,19
329:2,4,16
330:1 339:16
340:16 355:6
355:16 359:22
360:2 361:6
362:14 380:6
380:10,24
381:6,12,16,19
390:7 392:23
395:6 405:21
406:4 410:4,4
410:9,14,24
411:5 424:9
425:23 438:9
438:23 440:6
440:17,19
446:3 452:13
453:20,21
455:3,6 457:12
459:5 461:10
470:13,18
474:17 479:13
479:16,19
484:9,11 490:7
493:13 506:11
506:12 509:9
**study** 6:15 7:14
8:6 20:13
31:22 53:13,15
53:19 77:13
86:4 90:13

Kevin Holcomb, M.D.

91:2 118:15
126:21 128:12
128:24 129:24
130:1,16,19
131:7 132:5
134:16,16,19
134:20 135:1,2
135:8,12,23
136:11 147:23
151:17 161:20
167:22 168:19
170:13,21
172:10 177:3
179:22,24
180:13 184:9
184:18 189:13
189:17 190:19
193:18,20
194:6,14 195:9
195:11,16,18
196:8,9 197:22
197:23,23
198:1,3,6,12
201:1,3,6
207:10 210:17
212:16,21
215:1 219:3
220:7,18 223:2
226:8 236:18
238:6 240:4
241:7,12,16,21
248:18 254:12
255:7 256:6,17
256:18 257:5
261:3,12,13,16
262:2 264:1,20
267:3 268:5,7
268:12 273:6,7
273:14,14
277:12 282:2
283:21 285:6,8
285:11 286:1
287:6 289:5
293:21 300:16
301:24 302:5
308:1,10,12,15
308:16 310:22

311:7,8 312:5
313:11,21
315:12,13
316:12,16,18
317:8,10,16,24
319:6 320:1,12
321:5,12 322:9
323:2,5 329:12
329:19,20,20
329:24 330:3
330:24 333:13
333:16 334:2
337:13 338:1
338:13 340:12
341:3 344:2,9
344:10 345:19
346:3 350:1,6
351:10,14,22
351:24 352:6
353:7,22
354:19 355:22
356:18 357:16
358:1,9,10,16
358:19,21,23
358:24 359:16
359:19,20
360:3,7,10,10
360:12,22
361:14,18
362:21 363:22
364:4 365:6,7
365:22,23
366:13,18
367:10 368:14
368:21,22
369:3,20 370:2
371:18,21
372:4,12,18
373:6,10 374:1
374:9,9 375:6
375:15,18,19
375:23 376:3
376:22 377:6
377:20 378:9
379:1,4,7,10
379:11,17
380:2,21,22

381:4,5,21,21
382:4,7,13,21
383:13,15,15
383:24 384:9
384:21 385:18
387:2 388:3,9
388:12,18,19
388:23 394:2
395:13 397:2
397:21 401:4,5
401:23 403:13
403:14,17
404:1 405:10
405:13,18
406:12 408:10
408:11,12,12
410:7,14
411:10,13,16
411:18,19,21
412:10,20
413:17 414:5
414:10 423:8
423:10 424:5,7
426:7 427:9,14
428:18 431:16
433:20 434:6
435:24 437:2,8
439:1,7,18,19
440:6,13,21
443:2 445:4,13
445:13,21
446:23 448:11
453:1 454:11
454:16,16
465:22 467:23
472:19 476:10
488:14 489:20
**study's** 344:16
**studying** 254:4
394:3 396:4
**stuff** 107:8
390:10 482:24
498:18 506:8
**subgroup**
249:18 387:14
**subject** 107:15
116:2 211:10

252:4 257:2
518:10
**subjected** 269:8
410:14
**subjective**
263:24
**subjects** 289:14
**submitted**
176:21 178:15
**submitting**
178:18
**Subscribed**
520:19
**subsequent**
224:16 225:12
227:23 228:24
229:2 233:5
**subset** 310:23
**substance** 19:10
97:9,11 485:9
485:11 520:11
**subsumed**
450:23
**Subtype** 8:10
**sudden** 262:20
263:5,8 280:6
**sued** 13:13,24
**sufficiency**
246:3
**sufficient** 93:18
247:11 313:23
325:14 329:17
330:2 336:21
479:21
**sufficiently**
325:19
**suggest** 31:20
149:24 276:8
300:3 397:12
397:22 398:6
398:16 399:2
400:13 420:14
422:12 450:20
479:22
**suggested**
256:24 352:8
445:8,8

**suggesting**
133:2,22
187:21 257:6,8
299:24 399:7
405:18 422:16
423:24 484:9
502:5 508:3
**suggestion**
169:16 398:9
445:16 476:18
476:22,24
477:3,13
**suggests** 326:5
405:10,13
**Suite** 2:9 3:13
4:4
**summaries**
305:7
**supervision**
517:22
**supplemental**
6:7 49:15
51:10,17 53:1
54:4 55:20
56:3,14 57:13
110:16,19
116:14 117:5
121:1,7,10
124:2 146:20
155:15 459:22
463:22
**support** 10:2
88:6 89:8
140:5 150:13
194:19 199:11
231:2 268:18
276:11 277:21
292:13 307:6
309:23 310:9
310:14,20
311:9,11,24
312:12 412:9
433:22 437:11
441:21 446:16
448:1 455:18
460:14 502:14
**supported** 61:4

Kevin Holcomb, M.D.

| | | | | |
|---|---|---|---|---|
| 89:2 91:16 | 471:22 472:24 | **T-A-H-E-R** | 342:2 343:16 | 249:5 250:5 |
| **supporting** | 474:14 475:7 | 223:17 | 355:18 357:11 | 254:17 256:15 |
| 124:8 438:23 | 483:10 485:6 | **table** 6:15 148:3 | 376:17 389:17 | 256:22 257:1 |
| **supports** 66:14 | 490:4 493:8 | 148:6,7,8,18 | 389:18 421:13 | 265:10,23 |
| 194:13 360:22 | 496:1 498:5 | 148:21 150:12 | 449:18 450:15 | 266:10,18 |
| 432:7 437:7 | 501:2 506:6 | 186:4 187:9,14 | 453:8 455:23 | 278:14 307:20 |
| **supposed** 54:13 | 507:17 508:9 | 190:18 192:9 | 456:1 485:20 | 311:24 330:12 |
| 54:13 89:9 | 511:19 515:22 | 204:11 219:6 | **taken** 1:13 15:6 | 331:16,18 |
| 504:21,23 | **surely** 360:12 | 240:3 269:13 | 45:13 196:21 | 339:5,24 340:7 |
| **supposition** | **surface** 123:5,11 | 344:23 347:5,9 | 249:10 326:23 | 340:18,19 |
| 97:15 98:23 | 398:19 399:18 | 347:9 350:3,6 | 375:22 444:15 | 341:7,14,23 |
| 99:6 | 399:22 | 363:3 367:22 | **takes** 26:22 | 344:24 347:10 |
| **sure** 24:17 29:4 | **surgeries** 400:9 | 384:20 415:20 | 226:22 369:16 | 347:14,14 |
| 29:22 30:14 | **surgery** 14:19 | 471:18,18,21 | **talc** 6:13,23 7:6 | 348:20,21 |
| 31:13,24 33:17 | 450:8 | 471:24 472:12 | 7:10 8:7,14,17 | 351:19 352:18 |
| 33:21 35:9 | **surgical** 400:8 | 473:3 474:3 | 9:10,13,22 | 352:19 357:17 |
| 38:24 40:10 | **surprise** 226:3 | 475:15,19 | 16:19 23:8,14 | 366:19,20 |
| 57:24 59:17 | **surprised** | **tables** 324:7 | 23:23 24:21 | 367:2,6 368:1 |
| 66:8 71:15 | 226:12 236:5 | **Taher** 6:24 | 30:9,16 32:4 | 368:21 369:18 |
| 72:24 79:16 | **surprising** 183:1 | 145:17 146:2 | 34:21 43:3,14 | 370:3,6 374:16 |
| 85:8 99:13 | 183:14 225:13 | 147:23 171:10 | 44:3,23 46:12 | 383:24 384:7 |
| 108:9 124:17 | 232:5 250:1 | 171:21 223:14 | 56:23 75:17 | 389:24 390:20 |
| 125:12,18 | 260:20 311:21 | 223:17,18 | 82:23 83:23 | 391:5,12 393:4 |
| 127:2 132:1,9 | **surprisingly** | 224:3 231:20 | 84:4,22,24 | 394:4 396:1,6 |
| 136:4 144:4 | 311:13 | 234:6,7 259:11 | 85:20,22 86:16 | 396:12,20 |
| 147:16 173:19 | **surrounding** | 261:21 321:10 | 89:18 95:1 | 398:20 400:22 |
| 188:10 193:3 | 468:20 | 323:21,23 | 96:2,6 97:18 | 404:4 405:3 |
| 195:21 216:23 | **Susan** 3:8 80:23 | 324:5,6 325:7 | 97:19 98:20,24 | 416:5 417:1,2 |
| 222:1 235:3 | 125:21 208:7 | 329:4 362:20 | 100:18,21 | 419:6,14,18 |
| 236:19 239:13 | 458:18 | 363:5 382:19 | 102:2,4 109:1 | 420:17 422:2 |
| 246:17 254:2 | **susan.sharko...** | 409:22 420:13 | 116:9 120:7,8 | 423:13 425:14 |
| 258:16 267:13 | 3:10 | 432:14 442:23 | 122:11 123:6 | 425:24 430:18 |
| 280:24 281:20 | **sworn** 11:20 | 492:15 | 125:5 128:10 | 431:17 432:1,9 |
| 304:20 309:6,8 | 517:5 520:19 | **Taher's** 227:7 | 129:15 130:2,7 | 432:12,19 |
| 317:1,6 318:7 | **system** 173:11 | 230:14 | 130:17 131:18 | 433:11 435:5 |
| 320:18 324:23 | 487:13 | **take** 26:4,13 | 132:7,9,18 | 435:14 436:13 |
| 328:14 333:18 | **systematic** 8:18 | 27:6 34:20 | 134:3,10,20,21 | 436:14,21 |
| 335:22 349:8 | 94:10,13 | 37:16 40:18 | 138:1,5,10 | 437:3 438:6 |
| 349:16 360:9 | 289:11 304:5 | 79:23 97:14 | 142:8,14 149:9 | 439:4,6,15,22 |
| 365:19 377:1 | 304:21 305:1 | 125:19,24 | 153:4 165:2,22 | 440:8,18 441:6 |
| 387:23 390:14 | **systematically** | 126:5 138:4,13 | 170:9 175:19 | 441:21 442:14 |
| 399:15 406:20 | 94:6 | 168:5 179:24 | 176:7 180:12 | 444:11,12 |
| 409:19 412:16 | **Systemic** 6:21 | 202:22 221:14 | 182:2,8 189:19 | 445:11,14,22 |
| 413:3,7 420:8 | | 223:22 225:22 | 220:24 228:20 | 445:23 446:6 |
| 421:6,22 422:6,10 | **T** | 226:4 234:21 | 237:22 241:6 | 447:19 448:10 |
| 438:7 441:10 | **T** 5:10 6:2 7:2 | 263:9 269:21 | 245:6 246:15 | 448:15 450:22 |
| 442:5 452:23 | 8:2 9:2 519:1 | 295:2 321:3 | 246:20 248:15 | 464:17,24 |

465:23 466:5,9
467:23 469:9
469:15 470:7
472:21 474:4
475:20 476:16
478:18 482:13
482:16,23
483:13,24
484:24 485:12
487:20 496:5
503:8,15,20,22
505:2,11
507:12,19
508:4,11
509:21 510:5
510:15 512:13
512:15 513:2
**talcum** 1:5
11:11 13:1,10
16:12 22:3,7
22:12,20 23:1
27:8 28:23
29:5,9,13,18
30:5 31:16
33:1,5 34:21
35:12,23 36:13
36:19 37:11,23
38:18 44:15
84:7,12 96:9
96:10,22,23
98:5 103:18
108:17,24
109:4,13,22
113:17 115:6
124:9 145:3,7
145:14 154:15
170:7 174:2,14
174:22 175:1,6
175:9,15
224:20 245:16
248:2 252:9
253:18 254:4
267:4 309:24
310:20 311:11
316:3 336:13
336:18,22
337:14 344:11

345:18 346:14
347:3 353:16
353:23 367:15
384:21 391:3
394:3 404:6,16
408:5 409:20
422:20 423:13
427:17 442:7
447:20,23
478:10,11,16
478:22 479:2,5
479:22 480:23
481:21 482:11
482:15 483:12
487:15 491:3
491:13,16
492:20 496:15
497:21 499:5
503:16 504:14
505:4 507:22
508:14 510:17
512:19 514:9
515:8,13
**talk** 21:23 92:11
173:18 198:20
202:3 235:1
308:23 309:1,3
309:14,18
323:2 337:12
363:13 383:12
390:10 406:18
409:17 410:2
440:4 452:10
**talked** 88:14
346:23 414:22
**talking** 15:18
81:6,9 82:23
82:24 83:8
85:3,4,5,7,8
86:22 135:19
139:3 167:18
206:7,10
208:14 221:10
231:15,17
242:24,24
272:12 309:12
313:4 329:15

329:19,23,24
340:9 353:21
361:4 363:3
380:14,24
381:13 395:4
400:21 409:14
430:4 456:22
458:8 465:20
478:5 505:18
**tasked** 92:18
**taught** 284:11
294:19
**teach** 306:7,8
**teaching** 288:7
**team** 153:20
**TECHNICIAN**
4:9
**teeth** 250:20
**tell** 15:7 35:22
68:22 79:1
118:16 132:3
140:20 141:1
148:17 212:9
234:8 292:12
295:19 297:5
315:11 342:7
359:21 368:22
405:14 407:8
421:1,2 451:17
455:22,23
478:4 479:10
479:20 484:7
498:23 500:23
501:24 506:17
**telling** 51:13
70:14 166:21
231:19 362:24
482:4 490:24
509:4 512:14
513:1
**ten** 361:16
364:17 368:15
373:2 385:2
387:20 389:6
472:21,22
474:11,18,19
474:24 475:2,2

475:12,13
**tend** 179:3 250:4
**term** 33:16 39:8
149:16 177:10
177:11 197:19
255:2 269:1,6
269:7 296:9
303:19 359:6,9
359:23 371:22
375:11 407:12
475:11
**terms** 120:6
362:16
**Terry** 135:12
409:7,7
**test** 79:17
236:13 269:9
477:8 497:15
499:6 504:8
**testified** 11:21
12:24 13:5,9
13:19 47:23
93:4 96:16
332:22 333:7
354:23 386:13
**testify** 39:3
61:21 145:1
346:11
**testifying** 15:10
42:16 88:1
346:21
**testimony** 5:4
39:17 42:11
45:24 46:10
52:23 59:24
62:14 64:18,20
65:14 66:1,2
71:24 82:7,14
104:9 130:14
165:5 283:5
372:23 450:17
478:21 509:20
515:4 517:6
**testing** 170:7
478:9,16,22
498:2 499:4
**tests** 18:16

**text** 286:14
287:7,14,21
**textbooks** 287:3
**thank** 12:19
14:21 24:16
28:16 47:22
52:19 56:20
58:1 70:6
71:15 80:13
81:23 85:11
86:19 96:4
102:10 114:19
119:11 133:19
141:9 162:6
170:3 180:23
184:22 199:9
200:18 213:19
220:13 223:13
239:24 241:1
283:7 296:6
315:21 368:8
430:12 440:3
465:15 472:17
515:21
**thanks** 59:13
283:8 298:13
470:2
**theme** 66:24
**theories** 57:5
59:2
**theory** 433:13
433:16 445:18
**therapy** 205:18
242:22
**thing** 26:19 73:9
83:7 122:19
130:5 137:23
184:16 218:16
227:15 236:24
237:1 260:9
263:12 264:5
277:5 294:20
319:12,18
323:1 328:17
338:22 339:20
361:10 373:12
388:17 449:6

461:18 464:1
474:13 479:18
506:3
**things** 20:16
36:23 66:15
77:11 98:11
137:11 157:22
189:21 205:19
237:4 251:18
251:19,22
276:24 277:4
277:10 278:3,8
284:4 285:5
290:11 295:7
314:18 315:2,3
315:23 320:3
323:13 324:7
326:12 332:12
342:20 388:20
399:7 402:20
402:21 437:1
449:20 463:11
495:8 499:18
499:23
**think** 16:4 19:6
20:18 21:5
24:15 26:19
27:22 31:19
33:15 34:3
38:5,8,13
42:14 46:6
53:18,23 63:11
63:23 65:19
66:6,24 68:10
68:16 69:6,23
70:9,16 77:6,8
78:3,4 80:6,24
81:1 82:7 83:3
83:10 100:2
110:9 129:20
135:24 137:21
138:4,7 140:18
149:9 151:10
156:13 158:5
164:20 168:14
177:9,17 184:4
190:2,20 192:9

194:20 196:13
198:17 206:2
213:21 215:21
221:9 223:8,9
248:8 249:9
250:16,23
251:17 252:3
252:14,23
254:20 262:7
262:17 263:18
263:18 264:4
264:19 265:8
266:11,13,21
274:16 282:17
283:19 286:9
290:19 291:16
292:1 297:6
307:16 319:20
319:22 323:20
335:8 338:8,23
353:3 356:10
360:21 364:24
369:9,15
370:12,16
371:13 372:15
375:16 379:22
380:23 382:3,5
382:5,11 388:8
393:2,21
394:18 396:10
397:7 398:6,11
402:22 408:23
409:7 429:16
435:1 449:19
458:6 462:12
464:10 465:9
470:4 473:14
473:15 475:5
476:5 477:2
480:16 485:21
498:5,10
499:20 500:4
501:18 502:7
505:23 506:1,3
514:19
**thinking** 27:18
293:12 360:13

493:9
**thinks** 229:16
399:22
**third** 258:24
462:20,23,24
**thirty** 518:16
**THOMPSON**
2:13
**thorough** 27:1
90:18
**thought** 27:20
30:24 31:4
44:1 78:21
116:1 125:17
138:18 144:15
282:5 283:24
285:16 294:14
294:17 314:22
320:4 328:13
354:10 371:16
371:24 404:20
414:9,11
416:13 465:12
501:12
**thousands** 506:9
**three** 13:18
73:18 81:9
87:7 93:14
131:14 229:3
233:10 290:16
296:9 305:7
311:17 318:17
328:2 329:1
352:19 389:17
410:4 417:6
453:20 464:7
493:12
**threshold**
202:17
**thresholds**
204:5
**throw** 40:16
232:8,10 233:4
236:14 294:23
**throwing** 235:22
**time** 11:7 12:24
14:22,24 19:24

21:9 35:4 44:6
48:21 60:1,23
61:6 69:11
79:12,15,22
125:21 126:10
126:15 137:10
164:3,17
171:16 181:3,3
195:22 201:18
202:22 212:7
217:24 228:9
229:16 239:11
239:15,19
248:17 254:12
262:14,20
264:11,13,24
266:8 268:20
269:3,18,21
270:11,19
286:2 289:17
295:6 316:16
319:4 326:8,9
336:6 338:19
339:2 343:18
343:22 344:12
345:3 348:11
348:15 352:24
353:2 361:4,19
364:16 366:9
366:12 381:17
403:10 409:14
419:13 421:3
421:11,16,16
421:20 431:5,7
431:12 433:4
450:24 452:1
453:9,12
462:20,23
463:1 473:10
473:23 474:16
481:14 486:2,6
493:10,24
494:3 506:8,15
516:5
**times** 13:17,20
16:3 50:18
66:20 67:15

233:22,24
289:15 345:4
471:13 502:17
**tissue** 123:7
389:14 390:9
390:21 391:19
393:4 398:21
399:17 431:19
449:22 462:3
465:2
**title** 74:11,11
121:19 200:20
203:17 467:22
487:1
**titled** 71:10
110:14 134:9
180:12 292:22
302:17 488:16
503:7
**today** 11:12
12:20 16:13
37:16 46:1,10
49:4 59:12
62:12,21 65:15
65:21 67:1
69:3 76:20
77:9 102:20
112:21 113:3
113:16 123:16
151:7 342:24
371:7,17
463:24 464:12
471:13 492:12
496:13
**today's** 11:6
56:21 59:8,16
60:3 102:19
113:2 114:16
516:4
**told** 91:14 118:2
260:7 371:8,16
389:15 402:22
495:9 501:21
505:11 510:16
**toothpaste**
250:21

**top** 74:13 141:21
  196:1 270:23
  304:4,18
  319:17 334:20
  350:24 357:14
  430:4 441:15
  469:23 497:7
**topic** 60:24 62:6
  62:7 92:20
  128:7 152:20
  206:17 209:22
  224:10 253:17
  262:13 264:9,9
  325:1 389:21
  459:6
**total** 113:14
  368:16 386:2
  417:1
**totality** 48:18
  49:4,10 54:22
  114:14 116:8
  137:6 162:9,14
  289:7 307:11
  336:20 352:7
  402:19 481:12
  481:21 483:16
  484:6,12
  511:22
**totally** 94:17
  208:8 390:17
**tough** 176:12
  493:6
**TPP** 8:20,21
**Trabert** 454:15
**tract** 173:11
  423:1 427:6
  437:20,24
  438:15 444:11
  445:15 448:9
**train** 328:13
**trained** 284:3,8
**transcript** 5:14
  5:17,19 39:24
  40:22 41:11
  45:10,12 65:18
  68:15 517:9,19
  518:17,19

**transcription**
  520:7
**transcripts** 54:6
**transform** 19:11
**transformation**
  451:1
**transformed**
  433:17
**translocate**
  422:2,20
  423:14 438:7
**translocation**
  429:8 436:21
**transport** 432:7
  437:9,16
**transports**
  437:6
**travel** 438:15
**travels** 134:22
**treat** 206:12
  213:22
**treated** 469:15
**treatise** 194:13
  194:17
**treatment** 13:15
  14:14
**trend** 268:19,23
  269:2,6
**trial** 13:6,10
  37:19 116:16
  228:21 453:20
**trials** 101:2
  293:22 305:9
**tried** 115:24
  204:15 263:11
**trouble** 75:6
  215:17
**true** 13:3,4
  14:16 17:1
  22:5,10,11,14
  22:18,22 23:24
  24:23 33:3
  36:22,23 37:14
  44:13,22 49:16
  49:19 50:9
  59:6 60:7,11
  88:2 102:6

  111:24 124:22
  125:7 140:7,8
  161:6 171:5,15
  193:22 221:16
  237:23 257:23
  309:17 312:18
  315:14,19,20
  316:1,14,15
  317:11 332:24
  341:7 343:7,14
  344:14 349:10
  349:14,15,19
  352:3,4 355:11
  360:6 364:8
  367:16,18
  371:4 383:10
  388:23 413:12
  413:15 429:6
  432:4 439:24
  440:1 443:10
  458:18,18
  464:14 487:21
  517:6
**trust** 179:3,9,14
  179:19 386:24
**trusting** 178:22
**truth** 15:7
  154:14 238:23
  361:24 399:10
  509:4 511:21
**try** 15:21 122:9
  122:23 212:7
  274:23 295:6
  297:22 353:12
**trying** 14:6
  46:19 68:17,22
  69:2 70:16
  95:7,7 123:10
  140:18 159:4
  274:14 295:13
  297:24 313:3
  328:3,13
  338:20 340:12
  400:17 417:9
  418:3 438:11
  460:9,10 463:8
  463:9 472:24

**tubal** 441:23
  442:8,16 443:5
  444:8,19 446:5
**tube** 452:8
**tubes** 422:4,21
  423:15 438:17
  441:22 443:21
**tubular** 448:19
**TUCKER** 4:2
**tumor** 390:21
  448:22 450:12
  450:23
**tumors** 409:2
  461:12
**turn** 41:11 64:22
  72:3 84:23
  87:2,5 111:13
  116:11 133:15
  134:7 135:7
  186:3 202:19
  256:5 258:22
  271:14 273:21
  275:13 281:2
  334:3 359:8
  367:21 407:3
  420:9 424:22
  430:3,12
  443:17 446:10
  458:22 471:14
  471:15 482:8
  486:19
**turning** 85:12
  216:24 217:9
  224:9,10
  384:19
**TV** 264:12
**twice** 139:1
  175:10 250:20
  251:1 356:11
**two** 48:11 73:15
  79:2 89:4
  94:18 118:21
  122:24 140:19
  192:10 193:6
  201:20 203:2
  296:10 301:1
  305:7 320:10

  321:5 322:9
  328:6 332:12
  355:16 364:21
  366:4 373:6
  380:6,9,22
  381:1,5,6,6,18
  381:22 391:11
  407:13 445:13
  449:19 455:2
  457:24,24
  470:19 471:5
  474:20,24
  475:4,12 476:6
  489:23
**two-sided** 343:3
**tying** 98:10
**Tylenol** 456:1,2
**type** 6:15 21:21
  28:1,12 56:6
  244:3 249:19
  250:2 259:10
  259:13,14
  260:12,14,23
  261:1 272:13
  272:15 308:13
  353:20 354:8
  354:24 355:2
  408:11 461:12
  461:14
**types** 42:13 74:8
  75:16 76:3
  85:17 94:18
  259:16,22
  282:2 324:18
**typically** 15:2
  18:3 118:20
  222:18 262:3

———————
**U**
**U.S** 365:24,24
  366:2
**umbrella** 21:17
**un-peer-revie...**
  443:8,12
**unable** 361:14
**unartful** 16:2
**unclear** 85:5

underlying 50:10
understand 15:8
15:13 16:1,14
24:18 29:8,12
29:17 30:2,6
37:15,20 52:6
52:10 54:17
69:3 85:24
86:14,16 90:11
94:18 101:3
103:5 105:2
107:4,9 140:10
144:19 146:13
154:10,18
155:1,6,17
161:16,22
167:10 173:19
195:3,13 197:7
209:2 215:6
234:19 250:14
251:6,13
252:19 258:19
279:11 295:1
297:24 298:11
298:12 301:21
324:8 365:4,14
401:19 418:8
418:11 436:24
473:1 475:16
494:22 502:18
understanding
38:20 41:16,24
42:7,12 43:8
43:10,19 46:18
91:6 92:15
178:21,24
251:17 314:1
345:5 366:24
422:7
understood 16:7
190:12
underwear
336:13
unethical 439:7
unexposed
397:13 398:22

unfortunately
179:8 388:16
471:16
unimpressive
460:23
uninformed
156:13
Union 4:6
unique 303:1
United 1:1 29:17
30:4 32:13
145:1 154:11
240:13,15
248:1 249:1
universe 45:20
46:22 47:19
49:7
unnatural
438:22
unpublished
443:7,11,15
446:2
unreliable 188:1
188:12 191:16
191:24 252:8
unusually 335:2
335:8
unwarranted
217:13
update 149:13
150:24
usage 266:18
use 6:23 7:9,12
8:7,12,14,17
9:13 16:18
30:9 33:5
35:23 37:8
44:3 53:21
56:24 75:8
101:4 124:9
128:19 132:8
149:16 157:10
165:2 177:10
177:11 179:13
188:19 205:19
207:15 236:19
242:21 243:16

248:2,8 250:5
250:6,24
256:22 257:1,9
258:4 259:6
267:5 272:4
276:10,14
280:16 316:4
333:20 339:19
344:17,17,24
345:10 347:3
347:10,14,20
347:22 348:20
348:21 351:20
353:16,21,23
354:7 359:6,12
360:3 361:22
366:19 367:2
367:14 368:1
369:18 370:3,6
374:15 376:9
376:13,18
378:11,19
380:3 389:5,16
413:11 416:5
417:1,3,4,21
418:19 425:8
448:9 453:16
453:23 454:2
454:17 455:19
455:22 456:9
456:15 459:17
459:17 464:9
469:9 472:21
474:4,19,19
475:20 476:16
479:5 480:2
481:1,18 482:3
482:14 487:15
498:24 500:12
507:21 510:3
users 374:17
405:7
uses 29:5 225:17
248:14 480:8
usually 222:8
335:9 444:9
utility 287:20,22

289:19 290:3
292:8

_____
## V

vacuum 375:23
vagina 128:15
130:12 425:17
438:16
vaginal 151:19
valid 178:9
179:16,22,24
236:15 368:9,9
368:13 371:1
372:4 373:12
validity 293:22
387:13
Valley 7:7
value 196:10
values 303:1
320:2
vanity 299:23
variety 274:7,12
275:2 316:13
vary 259:13
venued 14:10
verdict 266:10
515:6
version 148:11
185:10 472:7,9
versus 34:8
202:4 257:1,9
259:6 267:23
269:10 276:12
276:13 277:23
368:2 371:12
vicinity 408:14
victim 336:11
353:5
Victor 468:24
videographer
11:2,4 126:9
126:14 239:14
239:18 343:17
343:21 348:7
348:14 421:15
421:19 453:9
453:12 469:22

470:2 473:9,22
486:1,5 516:2
VIDEOTAPE
4:9
videotaped 1:13
6:6 11:8
view 164:5
violation 154:24
virus 120:15
vitro 153:15,18
voice 57:22
240:22
voicing 411:9
Volume 5:23
71:10
vulva 128:9

_____
## W

W 4:3
Wacker 4:3
wait 15:22
465:14
waiting 15:21
169:23
want 15:18 16:3
16:9 24:17
47:11,14 72:24
76:7 81:16
84:17 92:12
125:23 126:4
129:16,19
141:18 162:11
168:8 211:21
211:24 212:9
216:17,22
218:10 219:18
219:23 220:1
222:1 258:13
258:18 274:20
297:11 320:18
328:14 334:14
337:14 354:14
380:7 390:18
396:22 400:13
401:21 402:19
422:6 453:1
467:7 471:23

472:12 474:15
479:2 480:7
482:10 483:5
483:10 489:16
491:11 494:6
495:2 503:5
507:18 513:24
**wanted** 82:13
125:18 149:2
149:14 150:2,9
152:17 169:15
342:3,5 413:4
**wants** 73:13
250:22
**War** 63:9 69:8,9
69:9
**warning** 244:21
499:15,19
500:1,9,11,16
500:19,24
501:3,14,17
502:2,13,18
509:8
**Washington**
3:18
**wasn't** 25:17
31:24 36:3
58:21 80:17
88:11 122:24
125:11 144:22
197:1 227:21
245:1 260:8
261:13 288:14
291:7 314:5
330:23 353:11
371:20 379:7
393:15 408:22
409:10 412:24
434:18 465:5
478:24 510:10
**waste** 203:4
**wasted** 431:6
**watch** 361:11
403:2 472:2
**water** 196:5
**way** 14:1 23:15
25:8 39:12

72:6 101:13
163:6 178:5
193:1 215:22
215:23 233:10
270:20 283:7
284:8 317:4
330:5 376:11
390:15 395:8
395:24 413:3
435:24 445:22
460:10 506:16
**ways** 226:17
284:23 455:12
457:11 458:22
458:24 459:7
459:16 471:2
509:12
**we'll** 87:2,13,13
110:13 123:19
125:14 141:13
208:20,21
209:22 210:4,4
244:6 254:24
324:22 328:4
328:18 366:13
400:24 401:1
403:4,7 418:10
436:4
**we're** 16:11
37:16 43:15
65:20 66:24
76:20 77:8
84:18 98:10
99:12 125:12
139:4 168:6
169:10 189:11
189:12 206:7
206:10 209:21
243:1 270:17
311:2 321:22
324:21 334:16
360:8 363:6,7
389:18 390:3
396:4 397:10
409:16 458:6,7
511:13 515:24
**we've** 15:3 68:23

81:13 102:17
117:22 125:20
139:21 169:8
379:5 392:14
405:20 406:7,8
411:22 428:15
463:24 495:7
506:9
**weak** 165:7
222:10 247:3
476:14 479:14
484:9
**weakened**
390:12
**weaker** 479:13
479:16 484:8
502:5
**weakly** 479:16
**weakness**
164:15 352:21
360:7 381:24
392:5
**weaknesses** 80:3
164:21 283:21
308:2,11
390:11 391:18
392:21,22
470:10
**web** 306:3
**website** 9:22
283:10,11,23
302:16 303:10
306:4,15 497:3
503:7,14,19
507:15
**week** 81:1,1
111:12,12
143:17 345:1,3
345:4 368:2,2
370:7 373:5,14
**weeks** 140:19
**Wehner** 134:12
**weigh** 158:24
311:18
**Weil** 1:14 3:12
**Weill** 7:18 12:17
301:2,20,23

302:5,16
**welcome** 169:13
**well-designed**
306:10
**well-known**
262:21
**went** 53:21 57:8
75:6 80:23
314:19 350:10
350:11 352:1
356:9 369:19
373:23 395:19
435:13,18
454:7 457:23
458:22 461:9
498:3
**weren't** 42:23
409:3
**West** 2:8
**WHI** 311:8
374:9 375:15
383:15
**whichever** 21:13
**white** 270:9
**wide** 316:13
386:12,15,19
387:2
**widely** 196:3
262:16 263:3,4
263:5,8,24
265:4,8 282:1
287:6,16
**wider** 386:9
**widespread**
122:21 272:2,7
278:13 279:21
**Wilson** 462:1,10
462:18 463:18
**wish** 285:23
**withdraw**
159:19 199:6
358:7 384:18
415:6
**withdrawn**
169:1,13
**witness** 10:5
17:1,14 18:3

18:13 19:3,21
20:21 24:3
26:4 27:4,15
28:5 29:4,22
32:8,19 33:9
33:15 35:2,17
36:3 38:24
39:7 40:10
42:5 43:24
44:21 46:4
48:8 49:19
50:16 51:4,21
53:6 55:24
58:2,10 60:7
60:18 62:2,19
63:2,23 70:14
72:23 74:3
77:6 79:8
89:23 90:24
92:2,14 95:6
95:21 96:14
98:9 99:22
101:22 103:21
104:15 105:1
106:10 108:14
109:9,17
113:24 116:23
117:9 118:1,20
119:7 121:13
122:8,18
124:13 125:11
126:2,6 127:11
127:22 130:22
132:1 133:13
136:15 137:4
140:1 141:18
142:5,18 143:5
146:8 147:13
150:19 152:9
153:10 155:4
156:5,16
157:19 159:3
160:22 161:9
163:2,14,24
166:4,11,14
168:16 170:18
172:9,19 173:6

173:16 174:6
175:23 176:11
177:6,20 179:7
185:4 191:1
192:5 193:14
195:7 196:20
197:6 198:15
203:15 207:3
208:9 211:7,17
213:7 215:11
216:8 218:6
219:12 221:23
223:6 230:12
231:6 232:21
234:18 235:9
235:15 237:17
238:2,22
241:15 242:4
242:15 244:3
244:16 245:10
245:24 246:9
246:24 248:5
249:9,24
251:16 252:14
253:4,23
254:11 257:14
257:23 260:2
262:10 265:7
267:10 268:15
273:2 276:4
277:20 278:18
279:4 282:13
286:18 288:2
289:1,23 291:6
295:19 296:4
296:24 299:2
300:20 302:3
304:16 305:24
307:9 312:4,17
316:8,24
317:20 318:7
319:10 327:15
330:9 331:13
333:3 338:8
340:22 341:10
343:14 344:21
346:7,18 349:7

349:22 350:21
355:14 356:22
358:13 359:12
360:18 362:12
364:14 365:1
366:8 369:9
370:20 372:22
375:22 377:9
379:22 381:9
383:1 385:8,21
386:8 387:17
388:8,16 391:9
393:9 394:10
394:16 395:17
397:17 398:5
399:21 400:5
401:11 402:12
406:3 410:23
412:15,23
419:23 423:19
427:21 432:23
433:8 434:3,21
435:8 436:18
438:4 439:13
440:13 441:13
442:2,12 447:6
448:5 451:7
452:23 453:14
454:23 458:15
458:19 460:5
462:7,15
464:22 469:4
470:17 472:10
476:1 477:22
478:21 480:7
481:4 482:20
484:21 485:6
487:24 489:11
491:7,19 493:2
494:13 496:9
496:18 498:1
499:10 500:4
500:15,23
501:10 504:18
506:23 508:1
508:18 510:20
512:5,24

513:14 514:12
514:18 515:22
517:5,6,8
518:1
**Wolf** 156:18
157:5
**woman** 243:18
352:17 389:7
389:16 439:14
456:5 498:16
**woman's** 174:3
338:18 438:1
438:15
**women** 28:23
29:8,13,17
30:8,15 31:15
32:3,12 33:5
63:7 87:22
88:7,23 151:20
152:1 226:8,11
243:15 245:2
248:19 250:4
311:4 318:16
320:7,9 326:12
330:16 338:2
339:9 340:13
340:18 341:6
345:18,23
351:19 356:6
364:2,4,10,12
364:15 365:5,6
365:24 368:15
368:20 369:4
369:18,23
370:2,6 373:4
373:7,22 382:9
383:16,23
384:7,11,20,24
385:2,11,12,18
386:1,2 387:3
387:4,9,11,12
387:20 390:16
390:23,24
391:3,10,20
397:3,8 404:2
404:3,5 405:3
439:3 443:19

455:24
**women's** 352:11
**wonder** 132:21
166:24
**wondering**
94:10
**word** 16:19
24:21 119:12
171:6,18
179:11,13,14
183:7 255:10
309:11 335:9
406:16 425:4
433:19 477:4
508:5
**wording** 508:6
**words** 21:19
53:21 134:20
240:9 262:2
360:11 407:13
413:24 450:23
455:13 476:22
**work** 44:7,9
103:17 107:12
112:2 113:1,8
113:12,16
140:12 141:5
142:8 153:23
154:1 288:7
300:23,24
301:1,12 389:2
389:3 391:2
460:17,18
461:17,17
490:18 504:6
504:22 515:3,8
**worked** 118:21
**working** 87:15
87:17 93:7
272:5 369:14
492:11
**works** 155:7
502:23
**world** 69:8,9
483:8 494:10
**worried** 204:23
513:19

**worry** 361:3
506:16
**worth** 382:10
**worthwhile**
288:22 289:2
300:5 414:10
**wouldn't** 36:4
132:22 173:9
177:11 219:20
226:8,12 236:9
330:6,13
386:24 388:13
401:4 402:17
412:19 439:8
439:18 495:17
501:14,24
506:16 509:18
**Wright** 9:18
488:24 489:21
490:4
**write** 118:16
119:3 215:17
295:6 411:9
**writing** 77:20
118:22
**written** 22:24
118:8 426:15
426:18,19,21
426:23 488:23
**wrong** 83:11
157:22 158:1
205:14 217:2
275:23 309:13
322:16 386:19
426:6 427:11
**wrote** 185:8
194:23 213:8
**Wu** 232:2,3
416:11,14,15
416:22,23,24
417:3,5,14,18
417:19 418:4,5
418:15,18,19

| X |
|---|
**X** 5:2,10 6:2 7:2
8:2 9:2

Case 3:16-md-02738-MAS-RLS   Document 10065-3   Filed 06/21/19   Page 628 of 1063 PageID: 86533
Kevin Holcomb, M.D.

Page 577

**Y**

**yeah** 24:13
35:17 72:10
73:3 83:17,22
114:5 126:6
127:16 129:10
133:13 141:19
186:16 193:4
207:7 208:18
219:20 229:22
240:20,24
251:9 256:12
261:7 264:14
299:19 321:1
328:12 329:22
333:6 337:19
340:14 349:12
377:4,9 385:15
385:17 393:12
399:6 404:4
416:3 418:11
454:6 472:1,5
475:18 476:20
499:16 507:16
510:12
**year** 6:15 363:23
376:9 389:7
488:21 489:6
489:22
**years** 47:12
78:19 206:17
228:23 229:2
327:5,8 332:19
332:20,21
333:8,14 336:5
337:24 338:2,4
339:5,8 340:6
340:14 350:2,8
350:13 351:6
352:15,17,19
355:17,20
356:1,6 361:16
364:17 368:15
368:16 369:2
369:19 373:3,6
376:10,10,11

384:8,12 385:2
387:20 389:6
404:23 448:15
451:2 461:5
466:15 467:12
467:20 472:21
472:22 474:11
474:18,19
475:12,13
**years'** 339:10
**yeast** 36:11,14
**yesterday** 81:8
81:12 112:21
112:22
**York** 1:14,15
11:10,10 14:11
301:6,17
**younger** 364:3
364:11,18
365:6 367:5

**Z**

**zero** 198:22
202:21
**Zervomanola...**
437:19
**ZIP** 107:6

**0**

**0.05** 202:18
**0.09** 347:24
**0.84** 370:8
**0.86** 347:16
348:23
**000489048-54**
9:7
**02210** 3:4
**07932** 3:9
**08542** 3:13

**1**

**1** 6:15 39:19
40:7,21 74:16
82:5 96:6,11
96:17,24 97:5
97:12 98:7
99:1,19 111:8

148:3,6,7,8,18
148:21 150:12
186:4 190:18
192:9 204:11
219:6 240:3
269:13 281:1
328:5 347:19
461:14 491:14
491:22 492:5
492:21 494:2,7
495:5 520:6
**1.02** 353:18
354:18 376:24
378:17
**1.06** 207:16
370:7
**1.09** 348:4,22
349:19
**1.1** 182:5
**1.16** 474:12,21
**1.2** 187:20
245:11 318:2
**1.22** 408:14
**1.24** 244:12,22
271:4 409:24
**1.28** 271:4
**1.3** 245:7 318:2
**1.31** 271:4
**1.35** 370:9
408:14
**1.37** 347:16
348:23
**1.38** 409:24
**1.4** 182:5 245:7
353:18 354:17
354:21 373:17
**1.6** 187:20
245:12
**1.6.5** 83:15
**1.9** 347:15
**1.91** 353:19
354:18 376:24
378:17
**1:07** 239:16
**10** 45:16 111:9
187:18 200:4
332:20 338:2

358:2
**100** 5:23 234:2,4
235:5
**100-C** 71:10
**100,300** 113:14
**102** 6:6
**103** 5:20 64:22
**103,000** 114:6
**11** 30:24 220:12
258:22 357:14
374:13,19
375:6 428:16
**11:28** 126:11
**11:42** 126:16
**110** 6:7
**114** 6:10
**116,430** 366:2
**12** 5:5 125:15
224:4 339:6
340:6,14 397:3
397:4 404:8,17
**12-risk** 474:17
**121,700** 365:24
**13** 147:20
255:19 407:10
407:14 453:19
**14** 45:17 248:20
349:11,12
350:2,8,13
352:15 355:17
**1416** 275:13
**1490** 2:9
**15** 274:3 338:2
351:6 352:17
**155** 3:4
**16** 134:8,9
292:22
**16-2738** 1:6
**17** 3:13 302:13
**18** 334:1 446:11
**180** 6:13
**183** 113:20
**184,000** 113:20
**186** 6:15
**19** 2:4 64:23
160:9 344:8
428:18 429:20

429:21 430:6
503:11
**1950s** 30:10,17
31:18 32:5,15
306:22
**1970s** 30:11,18
31:18 32:16
**1976** 365:22
**1982** 240:9
344:12 345:17
366:22 367:3
**1989** 365:23
**199** 6:17
**1996** 48:4 432:3
**1st** 424:17 428:6

**2**

**2** 41:12 45:10,11
111:8 181:10
181:11,16,21
181:21 202:17
344:23 347:5,9
347:9 350:3
384:20 386:23
415:20 442:23
443:1 461:12
**2-A** 415:18,19
416:5
**2-B** 491:22
492:5 494:2
495:5
**2.0** 241:23
**2/25/19** 6:12
**2:04** 239:20
**20** 125:8 187:21
245:15 325:4,5
328:21 332:19
332:21 333:8
337:24 338:3
339:5,10
363:18 376:11
384:8,12
429:20 430:13
520:20
**20-fold** 392:10
**200** 346:3
**200,000** 318:16

Kevin Holcomb, M.D.

318:20 385:23
386:1,2
**2000** 344:2
358:10 359:20
363:24 411:18
440:24 462:18
**20004** 3:18
**2002** 69:24
**2003** 333:13
334:2
**2007** 135:2,4
139:13 465:22
**2008** 373:9,15
**2009** 139:13
232:3,4,6,7
416:24,24
417:5 418:6,15
418:18,20
**201** 3:13
**2010** 48:3,4
220:12 224:15
228:20 247:21
357:14 358:4
359:18 362:8
363:13,19,20
364:3,11
367:13 368:14
379:7,16 382:4
411:23 412:10
413:20 419:12
491:21 492:19
**2012** 48:5 69:17
70:4,10 71:9
83:14 86:15
95:3,19 96:7
**2013** 379:5
454:15
**2014** 254:18,19
264:24 265:4,9
276:12,12,13
277:22 278:15
279:6,22 280:6
377:20 424:17
428:6
**2015** 232:2,6
303:5 416:11
416:23 417:4

417:18,19
418:4,19 462:2
463:18
**2016** 180:14
232:4,7 249:4
254:15 255:8
259:8 260:6
275:3 329:11
338:24 446:20
**2017** 38:6
**2018** 6:20 38:9
40:22 43:6
45:14 64:20
142:15 143:12
145:17 146:2
224:3 259:11
259:12 360:3
420:13 432:14
442:23 454:11
**2019** 1:10 11:7
49:14 104:12
108:5 111:16
115:3 124:6,7
124:19,20
125:3 139:20
147:2,20 151:4
200:8 432:17
433:2 434:13
486:11 491:21
503:11 517:15
**202** 3:19
**20s** 339:1 340:11
**21** 200:8 378:1,2
420:10 428:18
430:6,13
**218** 2:14
**219** 72:4,9,13,15
72:21 74:5
76:23 82:5
85:12
**21st** 200:7
**22** 126:18 127:4
403:20
**220** 6:19
**224** 6:21
**23** 140:9 141:8,9
141:21 334:4

407:2 486:11
**231** 334:4,6,16
**232** 82:13,17,18
83:5 84:16
**233** 4:3
**24** 214:20 339:8
355:20 356:1
397:3 407:22
**25** 49:14 104:12
108:5 115:3
116:13 124:6
124:19 125:3
147:2 366:3
424:15
**250** 214:19
**251** 350:15
351:1,12
**255** 7:6
**256** 87:10 93:5
**25th** 51:18
110:10 111:15
**26** 368:16
468:12,14
**269-2343** 2:15
**27** 1:10 11:6
311:16 471:12
**271** 7:9
**273** 7:12
**28** 258:23 259:3
261:5 517:15
**281** 7:16
**29** 488:9
**292** 7:18

---

**3** 64:12 103:16
147:6,14,18
229:18,21
471:19,21,24
472:12 474:3
475:15,19
**3:28** 343:19
**3:55** 343:23
**3:59** 348:12
**30** 25:10,11,21
55:11 328:22
332:20 333:14

336:5 366:1
369:2 496:24
518:16
**302** 7:21
**31** 503:6
**312** 4:5
**33** 116:13 275:8
443:17
**334** 2:15
**338-1100** 2:10
**344** 8:6
**356** 87:5,8
**358** 271:15
**36104** 2:14
**363** 8:9
**37** 349:13
**377** 8:12

---

**4** 45:19 71:9
367:22 384:19
425:2
**4/1/14** 9:6
**4:00** 348:16
**40** 5:14 206:17
333:8,14 336:5
337:24 338:4
369:2 376:23
378:16
**40,000** 506:12
**403** 8:14
**406** 8:17
**407** 8:20
**41,000** 318:19
404:3
**41,654** 404:2
**42** 248:19 366:3
**424** 9:6
**43** 416:17
**439-2286** 3:5
**45** 5:16
**46** 415:15,20,22
**463-2400** 3:19
**464** 256:4
**468** 9:8
**471** 9:13
**486** 9:15

**488** 9:17
**49** 224:11,13
**496** 9:19

---

**5**

**5** 102:12,18
146:19,23
147:17 229:18
229:21 424:23
425:2,2
**5/7/18** 5:15,17
5:20
**5:01** 421:16
**5:22** 421:21
**5:49** 453:10,13
**50** 248:24 249:6
340:13 341:24
367:24
**50/50** 150:8,10
236:2,2,3
273:18 392:18
479:18
**501** 2:8
**503** 9:22
**50s** 32:21
**521** 520:6
**549-7000** 3:9
**55** 338:19 366:1
**56** 5:15 41:11
**57** 5:18 45:16

---

**6**

**6** 110:8 121:8
146:12,20
**6.2** 420:10
**6.4** 258:24
**6.6** 404:23
**6:03** 473:10
**6:04** 473:24
**6:13** 486:2
**6:36** 486:7
**6:59** 516:5,8
**60** 187:21
245:15
**60,000** 506:11
**600** 3:8 404:3
**60606** 4:4

Kevin Holcomb, M.D.

| | |
|---|---|
| **609** 3:14 | **9** |
| **60s** 30:10,17 | **9** 111:8 186:5 |
| 31:18 32:5,15 | 269:20 274:4 |
| 32:21 | 274:10 |
| **61** 44:16 45:18 | **9:53** 1:15 11:7 |
| 46:24 47:17 | **90** 59:23 60:4 |
| 106:6 116:15 | 354:4 371:2 |
| **61,000** 318:18 | **917.591.5672** |
| 375:16 387:11 | 1:20 |
| **61,576** 383:16 | **92101** 2:9 |
| **617** 3:5 | **92660** 2:4 |
| **619** 2:10 | **949** 2:5 |
| **624-6307** 4:5 | **95** 112:1 149:23 |
| **64** 5:19 | 187:4,4 193:21 |
| **68** 385:4,16 | 193:23 194:8 |
| 386:3 387:12 | 196:13,22 |
| 387:21 | 197:14 202:5 |
| **69** 229:19,21 | 205:20 371:3 |
| **6950** 4:4 | 372:8 378:16 |
| | **973** 3:9 |
| **7** | **975** 3:18 |
| **7** 45:14 64:20,23 | **986-1118** 3:14 |
| 115:1 | **99** 290:14 |
| **70** 25:5,9 444:18 | 318:21 329:2 |
| **70,000** 506:11 | 440:24 |
| **70s** 32:6 | |
| **71** 5:21 | |
| **720-1288** 2:5 | |
| **767** 1:14 11:9 | |
| **78,000** 318:18 | |
| **78,630** 345:23 | |
| **791** 217:3 | |
| **7th** 40:22 | |
| | |
| **8** | |
| **8** 41:12 111:8 | |
| 180:9 281:1 | |
| **80,750** 112:7 | |
| 114:9 | |
| **800** 201:9 | |
| 203:12 214:20 | |
| **800-some** 218:3 | |
| **850** 60:9 112:4 | |
| **86** 378:20 | |
| **877.370.3377** | |
| 1:20 | |
| **89** 354:3 | |

# Exhibit 9

Cheryl Saenz, M.D.

1                UNITED STATES DISTRICT COURT

2                FOR THE DISTRICT OF NEW JERSEY

3

4    IN RE JOHNSON & JOHNSON TALCUM      )

     POWDER PRODUCTS MARKETING,          )

5    SALES PRACTICES, AND PRODUCTS       )

     LIABILITY LITIGATION,               )

6                                        )MDL NO.

                                         )16-2738(FLW)(LGH)

7    THIS DOCUMENT RELATES TO ALL        )

     CASES,                              )

8                                        )

9

10

11

12

13

14       VIDEOTAPED DEPOSITION OF CHERYL SAENZ, M.D.

15              SAN DIEGO, CALIFORNIA

16           WEDNESDAY, MARCH 13, 2019

17

18

19

20

21

22

23   STENOGRAPHICALLY REPORTED BY:

24

     Valerie C. Rodriguez

25   CSR No. 12871 (orig 6980)

Cheryl Saenz, M.D.

## Page 2

1          UNITED STATES DISTRICT COURT
2          FOR THE DISTRICT OF NEW JERSEY
3
4   IN RE JOHNSON & JOHNSON TALCUM   )
    POWDER PRODUCTS MARKETING,       )
5   SALES PRACTICES, AND PRODUCTS    )
    LIABILITY LITIGATION,            )
6                             )MDL NO.
                              )16-2738(FLW)(LGH)
7   THIS DOCUMENT RELATES TO ALL     )
    CASES,                           )
8                             )
9
10
11      VIDEOTAPED DEPOSITION OF CHERYL SAENZ, M D., TAKEN
12   ON BEHALF OF THE DEFENDANTS, AT 12255 EL CAMINO
13   REAL, STE. 100, SAN DIEGO, CALIFORNIA, COMMENCING AT
14   9:30 a m. AND ENDING AT 6:19 p.m. ON WEDNESDAY,
15   MARCH 13, 2019, BEFORE VALERIE C. RODRIGUEZ,
16   CERTIFIED SHORTHAND REPORTER NO. 12871 (ORIGINALLY
17      6980).
18
19
20
21
22
23
24
25

## Page 3

1   APPEARANCES:
2
3      FOR PLAINTIFF:
4          ROBINSON CALCAGNIE, INC.
           BY: CYNTHIA L. GARBER, ESQ.
5          19 CORPORATE PLAZA DRIVE
           NEWPORT BEACH, CALIFORNIA  92660
6          949.720.1288
           CGARBER@ROBINSONFIRM.COM
7
8      FOR PLAINTIFF:
9          BEASLEY ALLEN
           BY: MARGARET M. THOMPSON
10         MD, JD, MPAFF
           218 COMMERCE STREET
11         PO BOX 4160
           MONTGOMERY, ALABAMA 36103
12         334.269.2343
           MARGARET.THOMPSON@BEASLEYALLEN.COM
13
14     FOR PLAINTIFF:
15         BLOOD HURST & O'REARDON LLP
           BY: PAULA R. BROWN, ESQ.
16         501 WEST BROADWAY
           SUITE 1490
17         SAN DIEGO, CALIFORNIA 92101
           619.338.1100
18         pbrown@bholaw.com
19
       FOR DEFENDANTS JOHNSON & JOHNSON:
20
           NUTTER MCCLENNEN & FISH LLP
21         BY: DAWN M. CURRY, ESQ.
           155 SEAPORT BOULEVARD
22         BOSTON, MASSACHUSETTS 02210
           617.439.2286
23         DCURRY@NUTTER.COM
24
25

## Page 4

1
    APPEARANCES CONTINUED:
2
3          FOR DEFENDANTS JOHNSON & JOHNSON
4
           DRINKER, BIDDLE & REATH, LLP
5          BY: SUSAN M. SHARKO, ESQ.
           600 CAMPUS DRIVE
6          FLORHAM PARK, NEW JERSEY 07932
           973.549.7000
7          SUSAN.SHARKO@DBR.COM
8
9      FOR DEFENDANT PTI ROYSTON/PTI
10         TUCKER ELLIS LLP
           BY: MICHAEL ANDERTON, ESQ.
11         950 MAIN AVENUE
           SUITE 1100
12         CLEVELAND, OHIO 44113
           216.696.4835
13         MICHAEL.ANDERTON@TUCKERELLIS.COM
14
       FOR DEFENDANTS PCPC:
15
           SEYFARTH SHAW LLP
16         BY: RENEE B. APPEL, ESQ.
           975 F STREET, NW
17         WASHINGTON, DC 20004-1454
           202.463.2400
18         RAPPEL@SEYFARTH.COM
19
    ALSO PRESENT:
20
           DARNELL BROWN, VIDEOGRAPHER
21
22
23
24
25

## Page 5

1      INDEX TO DEPOSITION OF CHERYL SAENZ, M.D.
2                  MARCH 13, 2019
3
4   EXAMINATION BY MS. GARBER            12
5   EXAMINATION BY MS. CURRY             363
6
7          EXHIBITS
8   MARKED      DESCRIPTION              PAGE
9   Exhibit 1  Payment Type Definitions     35
10  Exhibit 2  Industry Payments to
               Obstetrician Gynecologists
11             An Analysis of 2014 Open
               Payments Data            46
12
    Exhibit 3  Notice of Deposition of
13             Cheryl Saenz, MD         78
14  Exhibit 4  Defendants' Response to
               Plaintiffs' Document Requests
15             Contained in Notice of Oral
               and Videotaped Deposition of
16             Cheryl Saenz, M.D. and Duces
               Tecum                    82
17
    Exhibit 5  Expert Report of Cheryl
18             Christine Saenz, MD
               for General Causation Daubert
19             Hearing                  94
20  Exhibit 6  Rule 26 Expert Report of
               Rebecca Smith-Bindman, MD     115
21
    Exhibit 7  Schildkraut paper,
22             Association between Body
               Powder Use and
23             Ovarian Cancer: The African
               American Cancer
24             Epidemiology Study (AACES)   118
25

Page 6

INDEX OF EXHIBITS CONTINUED
MARKED    DESCRIPTION              PAGE

Exhibit 8   Videotaped Deposition
            Transcript of Rebecca
            Smith-Bindman, M.D. San
            Francisco, California
            Friday, February 8, 2019,
            Volume II                         121

Exhibit 9   LB-044 - Talcum Powder
            Enhances Cancer
            Antigen 125 Levels in Ovarian
            Cancer Cells
            and in Normal Ovarian
            Epithelial Cells                  142

Exhibit     214A Reproductive Sciences
10          Vol. 25. Supplement 1, March
            2018 Scientific Abstracts        144

Exhibit     Biologic Plausibility:
11          Migration/Translocation          194

Exhibit     Perineal Use of Talc and Risk
12          of Ovarian Cancer
            H Langseth, I S E Hankinson,
            2 J Siemiatycki, 3 E
            Weiderpass 1A,5                   204

Exhibit     Factors Related to
13          Inflammation of the Ovarian
            Epithelium and Risk of
            Ovarian Cancer by Roberta B.
            Ness, 1 Jeane Ann Grisso,2
            Carrie Cottreau, 1 Jennifer
            Klapper,1 Ron Vergona, 1
            James E. Wheeler, 3 Mark
            Morgan, 4 and James J.
            Schlesselman5                     207

Exhibit     12871-6980
14          ACOG COMMITTEE OPINION
            Number 374, August 2007
            Reaffirmed 2016 Committee on
            Ethics "Expert Testimony"        222

Page 7

INDEX OF EXHIBITS CONTINUED
MARKED    DESCRIPTION              PAGE

Exhibit     Letter dated April 1st, 2014.
15          Sent from the FDA to Samuel
            Epstein, MD                       224

Exhibit     Fax from Richard Zazenski to
16          Bill Ashton dated September
            30, 2004                          226

Exhibit     REVIEW-Possible Role of
17          Ovarian Epithelial
            Inflammation in Ovarian
            Cancer by Roberta B. Ness,
            Carrie Cottreau                   232

Exhibit     Biologic Plausibility:
18          Chronic Inflammation             242

Exhibit     Draft Screening Assessment
19          Talc (Mg3H2(SiO3)4)
            Chemical Abstracts Service
            Registry Number 14807-96-6
            Environment and Climate
            Change Canada - Health Canada    246

Exhibit     NIH Public Access, Author
20          Manuscript Published in final
            edited form as: Cancer
            Epidemiol Biomarkers Prev.
            2008 September; 17(9):
            2436-2444. Doi:
            10.1158/1055-9965.EPI-08-0399
            Talc use, variants of the
            GSTM1, GSTT1, and NAT2 Genes,
            and Risk of Epithelial
            Ovarian Cancer                    252

Exhibit     © 2004 Wiley-Liss, Inc.
21          Publication of the
            International Union Against
            Cancer PERINEAL TALC EXPOSURE
            AND EPITHELIAL OVARIAN CANCER
            RISK IN THE CENTRAL VALLEY OF
            CALIFORNIA                        253

Page 8

INDEX OF EXHIBITS CONTINUED
MARKED    DESCRIPTION              PAGE

Exhibit     RESEARCH ARTICLE -
22          Associations Between Aspirin
            Use and the Risk of Cancers:
            A Meta-Analysis of
            Observational Studies  By
            Yan Qiao1t, Tingting Yang2)
            Yong Gan 1, Wenzhen Li1, Chao
            Wang 1, Yanhong Gong1 and
            Zuxun Lu1                         268

Exhibit     Aspirin, Nonaspirin
23          Nonsteroidal
            Anti-Inflammatory Drug, and
            Acetaminophen Use and Risk of
            Invasive Epithelial Ovarian
            Cancer: A Pooled Analysis in
            the Ovarian Cancer
            Association Consortium by
            Britton Trabert                   270

Exhibit     Expert report by Cheryl
24          Saenz, MD, in the Echeverria
            matter                            279

Exhibit     Genital Use of Talc and Risk
25          of Ovarian Cancer: A
            Meta-Analysis, by Wera Berge,
            Kenneth Mundt, Hung Luu and
            Paolo Boffetta                    282

Exhibit     [Review Article]
26          Gynecological Cancer]
            Genital use of talc and risk
            of ovarian cancer: A
            meta-analysis by Berge, Wera;
            Mundt, Kenneth; Luu, Hung;
            Boffetta, Paolo                   286

Page 9

INDEX OF EXHIBITS CONTINUED
MARKED    DESCRIPTION              PAGE

Exhibit     The Association Between Talc
27          Use and Ovarian Cancer
            A Retrospective Case-Control
            Study in Two US States
            Daniel W Cramer, Allison F.
            Vitonis, Kathryn L. Terry,
            a,b William R. Welch, c and
            Linda J. Titusd                   290

Exhibit     Genital powder use and risk
28          of ovarian cancer: A pooled
            analysis of 8,525 cases and
            9,859 controls by Kathryn L.
            Terry                             297

Exhibit     Systematic Review and
29          Meta-Analysis of the
            Association between Perineal
            Use of Talc and Risk of
            Ovarian Cancer by Mohamed
            Kadry Taher                       309

Exhibit     Clinical commentary Talc and
30          ovarian cancer by Steven A.
            Narod                             317

Exhibit     Perineal Talc Use and Ovarian
31          Cancer, A Systematic Review
            and Meta-Analysis by
            Ross Penninkilampi, and Guy
            D. Eslick                         322

Exhibit     Prospective Study of Talc Use
32          and Ovarian Cancer by
            Dorota M Gertig                   324

Exhibit     Risk Factors for Epithelial
33          Ovarian Cancer by Histologic
            Subtype by Margaret A. Gates     325

Exhibit     What Is New in Ovarian
34          Cancer? Best Articles From
            the Past Year by Jason D.
            Wright, MD                        342

Cheryl Saenz, M.D.

Page 10

1       INDEX OF EXHIBITS CONTINUED
2    MARKED    DESCRIPTION         PAGE
3    Exhibit   Arsenig, Metals, Fibres, and
     35      Dusts Volume 100 C, a Review
4          of Human Carcinogens      346
5    Exhibit   Heller 1996 Asbestos Exposure
     36        and Ovarian Fiber Burden    350
6
7
8          INFORMATION REQUESTED:  (None)
9
10         DIRECTIONS NOT TO ANSWER:  (None)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 11

1    SAN DIEGO, CALIFORNIA, WEDNESDAY, MARCH 13, 2019
2        ~~~9:30 A.M.~~~
3          -O0O-
4
5
6          THE VIDEOGRAPHER:  Good morning.  We are
7    now on the record.  My name is Darnell Brown and I'm
8    the videographer with Golkow Litigation Services.
9          Today's date is March 13th, 2019, and the
10   time is 9:29 a.m.  This video deposition being is
11   held in San Diego, California, in a matter of In Re:
12   Talc, the United States district court for the
13   district of New Jersey.
14         The deponent is Dr. Cheryl Saenz.
15   Counsel, please identify yourselves for the record.
16         MS. CURRY:  Dawn Curry on behalf of
17   Johnson & Johnson.
18         MS. SHARKO:  Susan Sharko for Johnson &
19   Johnson, the defendants.
20         MR. ANDERTON:  Michael Anderton for PTI
21   Royston and PTI Union.
22         MS. APPEL:  Renee Appel on behalf of
23   defendant Personal Care Products Council.
24         MS. GARBER:  Cynthia Garber on behalf of
25   the plaintiffs.

Page 12

1          MS. THOMPSON:  Margaret Thompson on
2    behalf of the plaintiffs.
3          MS. BROWN:  Paula Brown on behalf of the
4    plaintiffs.
5          VIDEOGRAPHER:  The court reporter is
6    Valerie Rodriguez who will now swear in the witness.
7          CHERYL SAENZ, M.D.,
8          having been first duly sworn,
9          was examined and testified as follows:
10
11             EXAMINATION
12           -o0o-
13   BY MS. GARBER:
14   Q    Good morning.
15   A    Good morning.
16   Q    Will you state your name for the record.
17   A    Cheryl Christine Saenz.
18   Q    You're a medical doctor?
19   A    Yes.
20   Q    Dr. Saenz, we've had the occasion to meet
21   before today, haven't we?
22   A    That's correct.
23   Q    And what is your memory of that meeting?
24         MS. CURRY:  Objection to form.
25         THE WITNESS:  I believe that you actually

Page 13

1    took my deposition in a matter in 2017.
2    BY MS. GARBER:
3    Q    That was in the Echeverria case; is that
4    correct?
5    A    That's my recollection.
6    Q    That was in the California JCCP?
7    A    I don't know what you mean by that.
8    Q    That was venued in California in
9    Los Angeles; is that correct?
10   A    Well, we took the deposition in
11   San Diego, but I believe the case was tried in
12   Los Angeles.
13   Q    Correct.  You testified at that trial;
14   did you not?
15   A    I did.
16   Q    You've testified at other talc product
17   litigation cases, have you not?
18   A    Can you define for me what you mean by
19   "testify"?
20   Q    Sure.  Did you testify in court in
21   connection with other talcum powder product cases
22   aside from California?
23         MS. CURRY:  Object to the form.
24         THE WITNESS:  Only one other case.
25   ///

Cheryl Saenz, M.D.

Page 14

BY MS. GARBER:

2    Q    What was the name of that case as you

3 recall it?

4    A    My recollection is that that case was

5 called Ingham, et al. versus Johnson & Johnson.

6    Q    Those are the only two occasions where

7 you testified in court in connection with a talcum

8 powder litigation?

9    A    That's correct.

10    Q    Do you hold yourself out as a gynecologic

11 oncologist?

12    A    Well, I don't just hold myself out.  I'm

13 board certified in the subspecialty of gynecologic

14 oncology, so I'm also recognized by the American

15 Board of OB-GYN.

16    Q    And you're a medical doctor?

17    A    Yes.

18    Q    And you're licensed in the State of

19 California to practice medicine?

20    A    Yes.

21    Q    You just mentioned you're board

22 certification.  So you're board certified by what's

23 known as ACOG?

24    A    No.

25         MS. CURRY:  Object to the form.

Page 15

BY MS. GARBER:

2    Q    I'm sorry.  By the American board of

3 obstetricians and gynecologists; correct?

4    A    Actually the board is called American

5 Board of Obstetrics and Gynecology.

6    Q    Thank you.  Are you a member of ACOG?

7    A    I am.

8    Q    You are also subspecialty board certified

9 in gynecologic oncology?

10         MS. CURRY:  Object to the form.

11         THE WITNESS:  Right.  So I actually hold

12 two boards.  I hold a board in obstetrics and

13 gynecology and a board in gynecologic oncology.

14 BY MS. GARBER:

15    Q    Are you a member of the Society of

16 Gynecologic Oncologists?

17    A    I am.

18    Q    You are here as an expert witness for

19 defendant Johnson & Johnson in connection with the

20 talcum powder product litigation; true?

21    A    I am.

22    Q    And you have given four prior depositions

23 regarding defendant Johnson & Johnson's talcum

24 powder products and the risk of ovarian cancer;

25 correct?

Page 16

MS. CURRY:  Object to the form.

2         THE WITNESS:  I don't think that's quite

3 accurate because that's not the way I look at it.

4 I've testified at deposition twice in one matter,

5 because initially, I was only offering testimony on

6 six of the plaintiffs but then I gave additional

7 testimony.

8         So I still look at that as really only

9 one deposition.

10 BY MS. GARBER:

11    Q    Let me see if I can clarify.  You've

12 offered a deposition in connection with the

13 Echeverria matter that you've already told us about;

14 correct?

15    A    Correct.

16    Q    You've also provided deposition testimony

17 in connection with the Ingham matter; correct?

18    A    Correct.

19    Q    You've also given deposition testimony in

20 the Brower matter?

21    A    Correct.

22    Q    You've also given deposition testimony in

23 the Forrest matter; correct?

24    A    Correct.  So I apologize, you're correct.

25 There are four.

Page 17

Q    Have you testified in deposition or trial

2 in any other talcum powder product cases?

3    A    No.

4    Q    You last gave a deposition in the

5 Flannigan matter in 2019?

6    A    I believe that deposition, yes, was in

7 2019, that's correct.

8    Q    Have you given any deposition since then?

9    A    No.

10    Q    Is it true that the Flannigan matter did

11 not concern talcum powder products or ovarian

12 cancer?

13    A    That's correct.

14    Q    Did the Flannigan matter concern any of

15 the issues as you deem them in this case?

16    A    No.

17    Q    The case was totally unrelated to any

18 issue in this case; is that true?

19    A    That's correct.

20         MS. CURRY:  Object to form.

21         THE WITNESS:  That's correct.

22 BY MS. GARBER:

23    Q    I know you've just recently given a

24 deposition, but I'll just basically re-cover some --

25    A    I'm sorry, ma'am.  May I stop -- I'm

Cheryl Saenz, M.D.

Page 18

1  sorry.
2    Q    Of course.
3    A    In the broadest sense that the Flannigan
4  matter did involve causation, then I would say there
5  is a similarity between these cases from the
6  Flannigan matter.  But it wasn't the same type of
7  cancer and it wasn't a talcum powder litigation.
8    Q    What was the nature of the allegations in
9  the Flannigan matter?
10   A    The nature of the allegations was that
11 the failure on the part of a practitioner, a medical
12 doctor to obtain a Pap smear on a patient led to a
13 delay in diagnosis.
14   Q    Who were you the expert witness for, the
15 defense or the plaintiff?
16   A    The defense.
17   Q    And it was your opinion that there was no
18 delay in diagnosis?
19   A    It was my opinion that the absence of a
20 Pap smear being obtained at the time that plaintiff
21 asserted it should have been did not lead to a
22 change in the patient's outcome.
23   Q    In that matter, did you testify about the
24 risk factors that may or may not be applicable for
25 endomet -- I'm sorry, uterine cancer?

Page 19

1    A    It wasn't a case of uterine cancer, so
2  no.
3    Q    Was it a case of cervical cancer?
4    A    Yes.
5    Q    Did you testify about the risk factors
6  for that disease?
7    A    Only in the most general sense.  It was
8  not really the focus of my testimony.
9    Q    Was the focus of your testimony relating
10 to causation in any way as concerning the risk
11 factors for cervical cancer?
12        MS. CURRY:  Object to form.
13        THE WITNESS:  Again, not other than in
14 the most general sense.  My testimony really was
15 more about whether or not a Pap smear should have
16 been performed at the time the plaintiff asserted it
17 should have been.
18        MS. GARBER:  Thank you.
19 BY MS. GARBER:
20   Q    Let's go over some of the ground rules
21 that govern the deposition process just as a review.
22 You're sufficiently familiar with ground rules that
23 cover the deposition process?
24   A    I believe I am.
25        MS. CURRY:  Object to the form.

Page 20

1  BY MS. GARBER:
2    Q    You understand that you've taken an oath
3  to tell the truth under penalty of perjury, which
4  carries the same force and effect as if we were
5  sitting in a court of law rather than in the
6  informal setting of this conference room.
7        You understand that, don't you?
8    A    Yes.
9    Q    You understand that if you don't
10 understand any of my questions, that it's perfectly
11 fine for you to ask for clarification; right?
12   A    Correct.
13   Q    And I'm going to hope that you will do
14 so.  If you don't understand the nature of my
15 question and you answer it, then I'll assume you
16 understood the nature of my question.
17        Is that fair?
18   A    Fair.
19   Q    You're doing a very good job of not
20 talking over the top of me and I'll try to do a good
21 job of not doing that.  So let's try to avoid that,
22 especially as it gets later in the day so we have a
23 clear record; okay?
24   A    Okay.
25   Q    It's important to be truthful in a

Page 21

1  deposition; right?
2    A    I would agree with that.
3    Q    Do you agree it's important to be candid
4  and fair because this testimony will be, could be
5  read and heard by a court and jury?
6        MS. CURRY:  Objection to the form.
7        THE WITNESS:  I don't really know what
8  will happen with this testimony today, but I agree
9  that it's important to be candid and fair.
10 BY MS. GARBER:
11   Q    Do you also agree it's important to tell
12 the truth, the whole truth, and not half truths?
13   A    Absolutely.
14   Q    We'll go through some of your sort of
15 background.  Can we agree that it is important for
16 you to avoid giving the impression that you are an
17 expert in a given area where you have no expertise?
18        MS. CURRY:  Object to form.
19        THE WITNESS:  I think I would have to
20 have you define what is expertise, because your
21 understanding of expertise may not be in agreement
22 with my understanding of expertise.
23 BY MS. GARBER:
24   Q    Certainly.  But if you understand the
25 nature of my question, you won't try to answer

Cheryl Saenz, M.D.

Page 22

1 questions out of your understood expertise.
2 Is that a fair statement?
3 A I think that's fair.
4 Q For example, you've never conducted
5 research regarding the effects of talcum powder
6 products including its carcinogenicity; right?
7 MS. CURRY: Object to the form.
8 THE WITNESS: What do you mean by
9 research?
10 BY MS. GARBER:
11 Q Have you done any research with regard to
12 talcum powder products? You yourself, have you done
13 any research studies?
14 A I'm certainly researched the literature.
15 Q But have you done any -- okay, that's
16 fair. Have you done any experimentation with regard
17 to talcum powder products and ovarian cancer?
18 A You mean benchtop research or clinical
19 trials research?
20 Q Yes?
21 A No, I've not done either of those.
22 Q With regard to the literature, have
23 you -- you yourself, conducted any epidemiological
24 studies in connection with talcum powder products
25 and ovarian cancer risk?

Page 23

1 A Do you mean have I published on that?
2 Q Yeah.
3 A I've not published on that, but I've
4 certainly conducted research with the literature in
5 the sense of reading it in order to understand it
6 and to express an opinion.
7 Q And that is the extent of your research
8 experience with regard to talcum powder products and
9 risk of ovarian cancer; correct?
10 MS. CURRY: Object to the form.
11 THE WITNESS: So I'm not entirely
12 comfortable with what I think is your vague use of
13 the term research, because research really does
14 encompass many things and what I do on a daily
15 basis.
16 So if we're discussing benchtop research
17 or publishing specifically on the issue of talc and
18 ovarian cancer, I've not done either of those. But
19 my research experience, I think, is a broader
20 definition than perhaps what you're using.
21 BY MS. GARBER:
22 Q So in connection with the, as you say,
23 research that you've done regarding the talcum
24 powder products literature, you -- is it true that
25 you have not endeavored to publish that research?

Page 24

1 A That's true.
2 Q Have you been asked to publish your
3 research?
4 A I'm sorry. No, I have not.
5 Q Have you endeavored to attempt to publish
6 your expert report which was issued in connection
7 with this litigation, which is dated February 25th,
8 2019?
9 A No, I have not.
10 Q Have you endeavored to publish any of
11 your expert reports that you have issued in
12 connection with talcum powder product litigation?
13 A Well, there's only one other report that
14 I've actually ever generated and no, I've not
15 endeavored to publish that either.
16 Q And that report was the Echeverria
17 report; correct?
18 A That's correct.
19 Q Are you an expert with regard to causes
20 of ovarian cancer?
21 A So I believe I'm an expert with risk fact
22 to risk factors associated with the development of
23 ovarian cancer, but I don't believe that we know in
24 any one particular patient what causes ovarian
25 cancer. I would not use that term.

Page 25

1 Q Doctor, haven't you testified a little
2 broader than that in the past that you have no idea
3 what causes ovarian cancer, not limiting it down to
4 a specific patient?
5 MS. CURRY: Object to the form.
6 THE WITNESS: No, I don't actually think
7 that's what my testimony was. I think my testimony
8 is that, in terms of what actually causes ovarian
9 cancer from a molecular biology standpoint, and with
10 respect to any one particular patient, we don't know
11 what causes ovarian cancer.
12 We certainly know of risk factors that
13 are associated with the disease, but in any one
14 particular patient, we can't say this is the cause.
15 BY MS. GARBER:
16 Q Doctor, do you recall when I took your
17 deposition in the Echeverria matter on May 9th,
18 2017?
19 A Yes, I do recall.
20 Q And do you recall I was asking you about
21 causes of ovarian cancer? Do you recall that?
22 A In the general sense; yes.
23 Q And, Doctor, I asked you, "So you can't
24 think of anything that you could say would cause a
25 woman's ovarian cancer?" And Doctor, you answered,

Cheryl Saenz, M.D.

Page 26

1  quote "I have no idea what causes ovarian cancer."
2       Do you dispute that testimony as you sit
3  here today?
4       MS. SHARKO:  Could you just show her the
5  transcript, please?
6       MS. GARBER:  I don't have a copy of it.
7       MS. CURRY:  May we see your copy that you
8  were just reading from?
9       MS. GARBER:  Sure.  It's 5 through 17.
10      MS. CURRY:  Thank you.
11      THE WITNESS:  Right.  So this is
12 referring to a woman's cancer, and as I just
13 testified, I don't believe that we have any idea
14 what causes a woman's cancer.  The question was in a
15 specific woman and that's how I responded to you.
16 BY MS. GARBER:
17      Q    Doctor, nowhere here does it say "in a
18 specific patient."  The question was not, in a
19 specific patient do we ever know what causes a
20 woman's ovarian cancer.  It was stated, in this most
21 broad sense, so you can't think of anything that you
22 could say would cause a woman's ovarian cancer.  And
23 your answer was:  I have no idea what causes ovarian
24 cancer?
25      MS. CURRY:  Object to form.

Page 27

1       THE WITNESS:  No, ma'am, I disagree with
2  you.  The question is "a woman."  I'm answering your
3  question, which was "a woman."
4  BY MS. GARBER:
5       Q    I wasn't asking you about a specific
6  woman.  I was asking you about women in general, but
7  that's fine, I'll move on.
8       A    But, ma'am, I disagree with you.  You
9  actually said "a woman" in your question, so that is
10 an individual patient.  And so I was answering you
11 for an individual patient.
12      The question was not women in general.
13 The question was a woman.
14      Q    The record stands.
15      How many -- how many papers have you
16 published about the causes of ovarian cancer in the
17 last 19 years?
18      A    None.
19      Q    What percentage of your current patients
20 have not been diagnosed with female reproductive
21 cancer?
22      MS. CURRY:  Object to the form.
23      THE WITNESS:  Of any type of cancer?
24      MS. GARBER:  Yes.
25      THE WITNESS:  I would say maybe

Page 28

1  20 percent.
2  BY MS. GARBER:
3       Q    So the majority of the patients that you
4  treat have not been diagnosed with ovarian cancer --
5  or sorry, with any form of female reproductive
6  cancer?
7       MS. CURRY:  Object to the form.
8       THE WITNESS:  No.
9       MS. CURRY:  Misstates the testimony.
10      THE WITNESS:  I think you're completely
11 misstating what I just said.  You asked me --
12      MS. GARBER:  I might have misspoke.
13 BY MS. GARBER:
14      Q    The majority of your patients have been
15 diagnosed with some form of female reproductive
16 cancer; is that true?
17      A    With either invasive cancer or
18 pre-cancer; yes, that's correct.
19      Q    How much money have you made to date from
20 defendant Johnson & Johnson testifying about their
21 talcum powder products?
22      MS. CURRY:  Object to the form.
23      THE WITNESS:  Prior to this MDL
24 litigation?
25      MS. GARBER:  Ever.

Page 29

1       THE WITNESS:  Ever.  So I have not
2  received payment for my last invoice, so to date, I
3  believe I've made around $390,000.
4  BY MS. GARBER:
5       Q    The invoice that you submitted as part of
6  my request for documents, was for 100,000 -- roughly
7  100,500; correct?
8       MS. CURRY:  Object to the form.
9       THE WITNESS:  It's exactly 100,500.
10 BY MS. GARBER:
11      Q    That's for 134 hours of work?
12      A    That's correct.
13      Q    And that was spanning from December
14 of 2018 to February 2019?
15      A    That's correct.
16      Q    So if we add that to the previous amount
17 that you've made, that would total roughly -- well,
18 nearly half a million dollars?
19      A    Nearly, it would be about $490,000 over
20 about three and a half years that I've been working
21 in this matter, that's correct.
22      Q    And since February of 2019 to today, how
23 many hours have you worked on this case?
24      A    I would say maybe 15.
25      Q    Have you invoiced for that time yet?

Cheryl Saenz, M.D.

Page 30

1    A    No, I have not.
2    Q    So the -- we would know that the totality
3 of the money that you've generated in connection
4 with Johnson & Johnson talcum powder products
5 through today by taking roughly 490,000 and adding
6 an additional 15 hours of pay at $750 an hour;
7 correct?
8    A    Over the three years, that's correct.
9    Q    Have you made other money from
10 pharmaceutical companies?
11        MS. CURRY:  Object to the form.
12        THE WITNESS:  So I have given talks on
13 behalf of Merck and in the past Genentech, speaking
14 on behalf of Gardasil, the HPV vaccine.
15        Previously I spoke about Avastin, which
16 is a drug that we use to treat ovarian and cervical
17 cancer.
18 BY MS. GARBER:
19    Q    How much money were you paid from
20 pharmaceutical companies aside from Johnson &
21 Johnson in 2018?
22    A    In 2018, I think the number was somewhere
23 around maybe $30,000.
24    Q    I think you were asked this in a previous
25 deposition or testimony that I read, but you are

Page 31

1 familiar with the Physician Payments Sunshine Act
2 that was passed in 2010?
3    A    Yes.
4    Q    What is your understanding of that Act?
5        MS. CURRY:  Object to form.
6        THE WITNESS:  With what context?
7 BY MS. GARBER:
8    Q    What did the Act state or what's your
9 understanding of it?
10        MS. CURRY:  Object to the form.
11        THE WITNESS:  My understanding of it is
12 that when I go out and speak, as I do and as I
13 stated on behalf of products such as Gardasil or
14 Avastin, that the federal government is notified of
15 those payments and those are posted for public view
16 in the public domain.
17 BY MS. GARBER:
18    Q    What is the reason, as you understand it,
19 for the Physician Payments Sunshine Act?
20        MS. CURRY:  Object to the form.
21        THE WITNESS:  My understanding is that
22 the rationale is that patients have an opportunity
23 to go to that site to see if their physicians have
24 been collecting monies from those companies because
25 that may have undue influence on the physicians'

Page 32

1 choice of drugs for their patients.
2 BY MS. GARBER:
3    Q    Is it limited to drugs?
4    A    It is in -- in terms of payments?  No, I
5 think that even if you go and you have a meal or
6 something, then the company reports that as the cost
7 associated with you attending a meeting.
8    Q    So the purpose is to inform patients of
9 any undue influence between the physician by
10 industry that may affect your medical care and
11 treatment of that patient; correct?
12        MS. CURRY:  Object to the form.
13        THE WITNESS:  No, I don't believe that's
14 what I said.  It's the potential.  There have been
15 some studies that have shown that if physicians are
16 reimbursed for issuing certain drugs or certain
17 perhaps medications for patients and they're
18 collecting money from those companies, that it may
19 influence their choices.  But it's a potential; it's
20 not necessarily a given, as you just stated.
21 BY MS. GARBER:
22    Q    There is potential for undue influence on
23 patient care; correct?
24        MS. CURRY:  Object to the form.
25        THE WITNESS:  There's potential for undue

Page 33

1 influence on the choices of medications that
2 physicians may prescribe.
3 BY MS. GARBER:
4    Q    It's limited only to undue influence on
5 prescriptions that physicians may give, it's not
6 limited, it's not concerned for undue influence on
7 medical care in general, Dr. Saenz?
8        MS. CURRY:  Object to the form.
9        THE WITNESS:  So my understanding of the
10 published peer-reviewed literature on this topic is
11 that it's limited to physicians making choices about
12 prescription medications.
13 BY MS. GARBER:
14    Q    Okay.  Tell me about your understanding
15 of the reporting attendant to the physician's
16 payment under the act.  Who does the reporting, the
17 physician or the industry manufacturer?
18        MS. CURRY:  Object to the form.
19        THE WITNESS:  I don't really know the
20 nuances of that.  I do know that if I receive a
21 payment from a company, that that is reported on
22 that website.  But there are inaccuracies in that
23 reporting.  There are methods for physicians to
24 query into if they feel that the reporting has been
25 in error.

Cheryl Saenz, M.D.

Page 34

1   So I can't honestly tell you how the
2   reporting happens.  I just know that I don't do the
3   reporting.  I believe it's the pharmaceutical
4   company, but I don't really know.  I have no
5   personal knowledge of how that happens.
6   BY MS. GARBER:
7       Q    Do you know if Johnson & Johnson
8   disclosed the money that they paid you attendant to
9   your expert work in this case?
10       MS. CURRY:  Object to the form.
11       THE WITNESS:  I don't know.
12   BY MS. GARBER:
13       Q    Did you go and look on the website to see
14   if that's disclosed?
15       A    No, I have not.
16       Q    You said that you know that you've made
17   about 30,000 in 2018.  Did you see that that
18   included any payments from Johnson & Johnson?
19       MS. CURRY:  Object to the form.
20       THE WITNESS:  No.
21       MS. CURRY:  Misstates the testimony.
22       THE WITNESS:  I believe I told you that
23   was payments from Genentech and Merck specifically.
24   So I have not been on the website.  I have no idea
25   what's reported for me on the website.

Page 35

1   BY MS. GARBER:
2       Q    You did work for Johnson & Johnson in
3   2017; correct?
4       A    Yes.
5       Q    Did you look at the website to see what
6   the disclosure was of your payments in 2017?
7       A    No.
8       MS. CURRY:  Object to the form.
9       THE WITNESS:  I've not been on the
10   website.
11   BY MS. GARBER:
12       Q    Okay.
13       (C. Saenz Exhibit 1 was marked for
14       identification.)
15   BY MS. GARBER:
16       Q    As Exhibit 1, Doctor, I will represent to
17   you that the -- this document I obtained from the
18   Openpaymentsdata.cms.gov website for the physician
19   profile of Cheryl Saenz.
20       Do you see that by turning to page two of
21   this document?
22       A    Okay.
23       Q    Doctor, on the first page, I printed out
24   the payment type definitions.  Do you see that?
25       A    Yes.

Page 36

1       Q    Do you see under the term "general" that
2   it indicates payments that are not associated with
3   any research study?
4       A    Yes.
5       Q    So that is the type -- that is a type of
6   payment; correct?
7       MS. CURRY:  Object to the form.
8       THE WITNESS:  That's what it says on the
9   piece of paper.
10   BY MS. GARBER:
11       Q    If we turn to the second page in, it
12   indicates your name; correct?
13       A    Yes.
14       Q    Does that indicate your business address,
15   3855 Health Sciences Drive?
16       A    Yes.
17       Q    That's your work address; correct?
18       A    That's one of my work addresses.
19       Q    This is for -- what's your other work
20   address?
21       A    9300 Campus Point Drive, 200 West Arbor
22   Drive.  There's -- UCSD has many facilities.
23       Q    Is this your primary office?
24       A    This is where my academic office is, yes.
25       Q    In connection with University of

Page 37

1   California San Diego; correct?
2       A    Correct.
3       Q    So it looks like this is a disclosure of
4   a payment from the year 2013; correct?
5       MS. CURRY:  Objection to the form.
6       THE WITNESS:  It's a listing of a general
7   payment in the year 2013, correct.
8   BY MS. GARBER:
9       Q    All right.  If you go under about midway
10   through the page, it says "general payments";
11   correct?
12       A    (No audible response.)
13       Q    Right above the amount?
14       A    Yes.
15       Q    It indicates that you received general
16   payments in the amount of 3,151.88; correct?
17       A    Correct.
18       Q    That was listed above the national mean
19   by about $1,500; correct?
20       A    Correct.
21       Q    If we turn to what is listed at the
22   bottom, page one of three, it gives us the
23   manufacturer who made that payment here: Merck,
24   Sharp & Dohme; correct?
25       MS. CURRY:  I'm sorry.

Cheryl Saenz, M.D.

Page 38

1        THE WITNESS:  I don't have page numbers.
2    BY MS. GARBER:
3        Q    If you look at the right-hand corner?
4        A    There's no page numbers.
5        Q    Can you go one page in.
6        A    There's no page numbers.
7        Q    All right.  If you turn four pages in, do
8    you see that the manufacturer was Merck, Sharp, &
9    Dohme who made that payment of 3,100?
10       A    Are you referring to this bar graph?
11       Q    Yes.
12       A    At the bottom?
13       Q    Yes.
14       A    Yes.
15       Q    Then if you go a couple pages further, we
16   come to the payments you received in 2014.  Do you
17   see that?
18       A    Yes.
19       Q    There you received general payments in
20   the amount of $25,751.41; is that correct?
21       A    Correct.
22       Q    And there this is above the national mean
23   for physicians by amount of 22,000-some dollars;
24   correct?
25       A    Correct.

Page 39

1        Q    The bar, so we understand the nature of
2    this document, the bar graph at the bottom is
3    showing the national average for physicians, and
4    then the sliding scale there with the person showing
5    what you made, $25,000, which is off to the right
6    above the national average, is that a fair
7    understanding of what that means?
8        A    That's what the picture shows.
9        MS. CURRY:  Object to the form.
10       THE WITNESS:  I don't necessarily know
11   what the intent of that is, but that's what the
12   picture shows.
13   BY MS. GARBER:
14       Q    Okay.  And going a couple of pages back,
15   we see for 2014 that you were paid by the industry
16   manufacturers Genentech and Merck, Sharp & Dohme;
17   correct?
18       A    Correct.
19       Q    If we go a couple more pages forward, we
20   come to the year 2015.  Are we there?
21       A    Yes.
22       Q    In 2015, you made $47,095.28; correct?
23       A    According to this.  But I want to qualify
24   something here.
25       Q    Doctor, I didn't have a question pending.

Page 40

1        A    But you asked me for my explanation --
2        MS. CURRY:  I'm sorry.
3        THE WITNESS:  -- of what these payments
4    are --
5    BY MS. GARBER:
6        Q    Do you understand that we're here, I'm
7    asking you questions and you're answering them,
8    Doctor?
9        A    I'm trying --
10       MS. CURRY:  She tried to clarify.
11       MS. GARBER:  You answered my question and
12   there was no question pending, but go ahead.
13       THE WITNESS:  I want to clarify
14   completely, because you had me skip past several
15   pages that actually talk about what some of these
16   payments are for.  And some of these payments are
17   for travel expenses to the venue.  Some of these
18   payments are for food and beverage that was consumed
19   at these.
20       So they're not all just payments.  I just
21   want to make sure we're clarifying exactly what
22   these monies are.  They're not all just payments.
23   BY MS. GARBER:
24       Q    Okay, Doctor.  The total that you were
25   paid by these medical manufacturers in the year of

Page 41

1    2015 was $47,095.28; true or false?
2        MS. CURRY:  Object to the form.
3        THE WITNESS:  So the total payments I
4    received include reimbursements as well as payments
5    for giving a talk.  So I think it's important to be
6    complete in what we're looking at.
7        MS. GARBER:  Fair enough.
8    BY MS. GARBER:
9        Q    And, Doctor, if you turn a few pages more
10   we come to 2016.  Are you there?
11       A    No.  Okay.
12       Q    There you were paid $15,606.79, which is
13   above -- again above the national mean by
14   physicians; correct?
15       A    That's what the picture shows; yes.
16       Q    We go a couple pages back, we see that
17   the medical manufacturers that paid you in 2016 were
18   again Genentech and Merck Sharp; is that true?
19       A    Couple pages back or a couple pages
20   forward?
21       Q    I'm sorry, forward.
22       A    Yes, that's correct.
23       Q    Now let's get to 2017.  This document
24   reflects that in 2017, you were paid $31,060.06;
25   correct?

Cheryl Saenz, M.D.

| Page 42 |
| --- |

1     A    I received payments in that amount;
2  correct.
3     Q    If we go a couple pages forward, we see
4  the listing of the same medical manufacturers,
5  Genentech and Merck Sharp, who made that payment;
6  correct?
7     A    Correct.
8     Q    Doctor, does this reflect the money that
9  you made from Johnson & Johnson in 2017?
10     A    It doesn't appear to.
11         MS. CURRY:  Object to the form.
12  BY MS. GARBER:
13     Q    Does it reflect the roughly 300 and some
14  thousand dollars that you earned with regard to
15  talcum powder products from Johnson & Johnson?
16         MS. CURRY:  Object to the form.
17         THE WITNESS:  Well, in 2017, I didn't
18  make 300,000 and something, but in 2017 in this
19  particular document that you've handed me, there
20  doesn't seem to be any notation about the monies
21  that I did make from Johnson & Johnson.
22  BY MS. GARBER:
23     Q    How much money did you make from Johnson
24  & Johnson in 2017?
25     A    I don't actually know the breakdown.

| Page 43 |
| --- |

1     Q    What's your best estimate?
2         MS. CURRY:  Object to the form.
3         THE WITNESS:  I'd be guessing.
4  BY MS. GARBER:
5     Q    We don't want you to guess, but your best
6  estimate?
7     A    I'd be guessing.  I only know --
8     Q    Is it more than 100,000?
9         MS. CURRY:  Object to the form.
10         THE WITNESS:  I think it might be
11  slightly more than 100,000.
12  BY MS. GARBER:
13     Q    Thanks.  So as I went through this group
14  of documents, it looks like it adds up to over
15  $100,000 spanning from 2013 to 2017; correct?
16     A    Well, it's through 2017, so that's five
17  years, yes.
18     Q    Then you told me that you thought you had
19  looked at 2018 CMCS and had seen that you had made
20  another $30,000?
21         MS. CURRY:  Object to the form, misstates
22  the testimony.
23         THE WITNESS:  So that's not what I said
24  at all.  I specifically told you that I've not
25  looked at the website, but that my recollection is

| Page 44 |
| --- |

1  that I earned about $30,000 in income from Merck and
2  Genentech.  But I've actually never looked at this
3  website, never seen any of these documents until you
4  showed me this today.
5  BY MS. GARBER:
6     Q    Okay.  I'm not showing you documents from
7  2018 because they're not on the website.  Okay?
8     A    Good to know.
9     Q    All right.  Do physicians receiving
10  substantial sums of money from the medical industry
11  have an obligation to disclose those transactions --
12         MS. CURRY:  Object --
13         MS. GARBER:  -- to their patients?
14         MS. CURRY:  Object to the form.
15         THE WITNESS:  With respect to what
16  exactly?
17  BY MS. GARBER:
18     Q    Do they have an obligation to disclose to
19  their patients that they have been paid by medical
20  manufacturers in general, we'll start there?
21         MS. CURRY:  Object to the form.
22         THE WITNESS:  So in general, I don't
23  think there is a general obligation to make such a
24  disclosure unless the particular product or
25  medication that you were discussing with a patient

| Page 45 |
| --- |

1  is from a company that you have received monies
2  from.
3         So for example, if I'm discussing with a
4  patient whether or not she should get the Gardasil
5  vaccine, I actually do tell patients that I speak on
6  behalf of the Gardasil vaccine and that I am paid
7  for such talks.
8  BY MS. GARBER:
9     Q    What is the reason that you should do
10  that?
11     A    So that there's transparency.  So that
12  patients know that you may actually have information
13  that could potentially bias you towards making such
14  a recommendation.  But I think that patients knowing
15  that are able to make an informed consent as to
16  whether or not they want to go ahead and pursue
17  whatever is your recommendation.
18     Q    Do you tell each and every patient that
19  you care for your work that you're doing for Johnson
20  & Johnson in connection with this litigation?
21     A    So I don't tell each and every patient
22  because I don't think it's influential in each and
23  every patient.  I only tell patients if specifically
24  they ask me questions about talc.
25     Q    Have you ever written a paper on this

Cheryl Saenz, M.D.

Page 46

1  topic, Doctor?
2      MS. CURRY:  Object to the form.
3      THE WITNESS:  What topic are we
4  discussing now?
5  BY MS. GARBER:
6      Q    Disclosing payments from medical
7  manufacturers and the importance of that?
8      A    No, I have not.
9          (C. Saenz Exhibit 2 was marked for
10         identification.)
11 BY MS. GARBER:
12     Q    I'll mark as Exhibit 2 a paper.  It
13 indicates original research and it's titled
14 "Industry Payments to Obstetrician Gynecologists and
15 Analysis of 2014 Open Payments Data."
16         Did I read that title correctly?
17     A    Yes.
18     Q    Are you listed as an author?
19     A    As a coauthor; yes.
20     Q    So do you now believe that you have
21 published in this area?
22     A    I don't believe this is about disclosure.
23 This is about the payments that are being received.
24         So the actual disclosure to patients and
25 that as a topic is not actually what the topic of

Page 47

1  this paper is.
2      Q    What is the topic of this paper?
3      A    The topic of this paper is taking a look
4  at what kind of monies physicians are earning from
5  industry.
6      Q    Okay, well, let's go through some of
7  this.  On the first page, in the right-hand column
8  about three quarters of way down, do you see the
9  sentence that begins the Physician Payments Sunshine
10 Act?
11     A    Yes.
12     Q    And that's what we were talking about
13 earlier; correct?
14     A    Correct.
15     Q    And there it defines the physician
16 sunshine Act that was passed in 2014; correct?
17     A    Correct.
18     Q    It says --
19     A    Actually, it's 2010.
20     Q    I'm sorry, I misspoke.  In 2010.  It
21 indicates that the Physician Payments Sunshine Act
22 was passed in 2010 as part of the Affordable Care
23 Act and it mandates that medical manufacturers
24 report financial relationships in the form of
25 payments made to physicians and teaching hospitals,

Page 48

1  and to centers for Medicare and Medicaid service.
2      Did I read that correctly?
3      A    Yes.
4      Q    If you turn to page 377, in the left-hand
5  column, last -- near the top, the paragraph that
6  begins, "the primary objective."
7          Do you see that?  It's near the top on
8  the left-hand column?
9      A    Yes.
10     Q    It indicates as to your secondary
11 objective, it was to "promote awareness of published
12 payments to encourage OB-GYNs to participate in
13 disclosure of their fiscal relationship to patients
14 and to make an active role in maintaining accuracy
15 of their payment data."
16         Did I read that correctly?
17         MS. CURRY:  To take an active role.
18         THE WITNESS:  No, you transposed "take"
19 to "make."
20 BY MS. GARBER:
21     Q    Okay.  To take an active role in
22 maintaining accuracy of their payment date?
23     A    Correct.
24     Q    Have I read that correctly now?
25     A    Yes.

Page 49

1      Q    If you turn to page 381; okay?
2          Under the discussion section, do you see
3  is the sentence beginning "according to the
4  recommendations"?
5      A    No.
6      Q    It's about three quarters of the way
7  down?
8      A    Okay.
9      Q    It reads, "according to the
10 recommendations by the college's ethics committee,
11 physicians receiving substantial sums of money from
12 the medical industry have a particular obligation to
13 their patients to disclose these transactions, and
14 to discuss their effects on clinical decision
15 making."
16         Did I read that correctly?
17     A    Yes.
18     Q    That's the obligation under the ethics;
19 correct?
20     A    Right.
21     Q    If we go over to the right-hand side,
22 about halfway down on page 381, do you see the
23 sentence which begins "a large part"?
24     A    Yes.
25     Q    "A large part of this uncertainty is the

Cheryl Saenz, M.D.

Page 50

1  result of the complexities involved in defining and
2  identifying when clinical integrity is compromised
3  by physical relationships with industry."
4         Did I read that correctly?
5     A  No, you did not.
6     Q  Fiscal.  Sorry.  I said physical, didn't
7  I.  Fiscal relationships with industry.
8         Did I read that correctly?
9     A  Yes.
10    Q  Then it goes on to say, "perhaps the
11  final important conclusion to be made from this work
12  is that physicians have an opportunity to play
13  crucial roles in promoting transparency and managing
14  conflicts of interest.  By discussing industry
15  payments with patients and in maintaining accuracy
16  of posted information, doctors can help maximize the
17  beneficial effects of disclosure and avoid
18  inappropriate influence."
19        Did I read that correctly?
20    A  Yes.
21    Q  Do you agree with that?
22    A  Completely.
23    Q  You wrote that, didn't you?
24    A  Along with the other authors in this
25  paper.

Page 51

1     Q  Finally, at the end of this paper, it
2  reads, "ongoing involvement from both physicians and
3  medical industry will ensure reliable data are made
4  available to the public."
5         Did I read that correctly?
6     A  Yes.
7     Q  So both parties have an obligation, the
8  physician and the manufacturer, to be sure that
9  there is disclosure of the payments so that patients
10  are informed as to whether or not their physician
11  has a potential conflict of interest; true?
12        MS. CURRY:  Object to the form.
13        THE WITNESS:  Both parties don't have an
14  obligation to post information on the website.
15        MS. GARBER:  I didn't say that, Doctor.
16        THE WITNESS:  Ma'am, you said both
17  parties have an obligation, and the obligation of
18  the pharmaceutical company is to post the
19  information to the website.
20        My obligation is to disclose when I have
21  a potential conflict of interest to my patients, and
22  I do that.
23  BY MS. GARBER:
24    Q  And, Doctor, in this paper, you wrote,
25  that both parties have an obligation to be sure that

Page 52

1  those payments are posted.
2     A  Where are you reading from again?
3     Q  (No audible response.)
4     A  Ma'am, where are you reading from?
5     Q  I'm looking for it.  Hold on, please.
6         On the right-hand column on 381, it says,
7  "by discussing industry payments with patients and
8  in maintaining accuracy of the posted information,
9  doctors can help maximize the benefits"?
10    A  Right.  And I do discuss payments with my
11  patients for anything that comes up that actually
12  has to do with the agents involved in the reason
13  that I receive those payments.
14    Q  Doctor, are you making $1,200 here today
15  from Johnson & Johnson in connection with your
16  deposition?
17    A  No.
18    Q  How much are you making an hour?
19    A  1,200 an hour.
20    Q  Does UCSD know that you're doing expert
21  work on behalf of Johnson & Johnson?
22    A  Yes.
23    Q  In connection -- I'm sorry.  In
24  connection with the talcum powder product
25  litigation?

Page 53

1     A  Yes, they do.
2     Q  Are you aware that the United States
3  Senate is investigating whether or not Johnson &
4  Johnson lied about asbestos being in the products?
5         MS. CURRY:  Object to the form.
6         THE WITNESS:  So I'm aware that --
7  basically through the nightly news that there's an
8  investigation as to whether or not there actually
9  was some knowledge as to whether or not asbestos was
10  in the baby powder litigation, but other than that,
11  other than what's reported on the nightly news, I'm
12  not aware of what specific agency is investigating,
13  no.
14  BY MS. GARBER:
15    Q  Have you seen any written media coverage.
16  You said the nightly news.  Have you seen any
17  newspaper articles?
18    A  No.
19        MS. SHARKO:  Is this the one where your
20  expert testified?
21  BY MS. GARBER:
22    Q  Your report in this case indicates that
23  you served as chair of the Moores UCSD cancer
24  center; is that correct?
25    A  No.

Cheryl Saenz, M.D.

Page 54

1    Q    You --
2    A    That's not correct.
3    Q    I thought I read that -- what is your
4  connection with the Moores UCSD cancer center?  What
5  is your involvement?
6    A    I'm a faculty physician there.
7    Q    You haven't been chair of the department?
8    A    No, and I didn't put that in my report.
9  That's inaccurate.
10    Q    When were you first retained by Johnson &
11  Johnson in connection with this litigation?  What
12  was the very first date as you remember it?
13        MS. CURRY:  Object to the form.  Just to
14  clarify for the record, do you mean any talcum
15  powder product litigation or the MDL?
16        MS. GARBER:  No, any talc powder
17  litigation.
18        THE WITNESS:  Any talcum powder
19  litigation?  November of 2016.
20  BY MS. GARBER:
21    Q    How was it that you were retained in this
22  matter?
23        MS. CURRY:  Object to the form.
24        THE WITNESS:  I was -- I have a vague
25  recollection of receiving a phone call and asking if

Page 55

1  I knew of the purported risks of developing ovarian
2  cancer associated with the uses of perineal talc and
3  whether or not I would be interested in reviewing
4  more of the literature than I had already reviewed
5  and giving opinions on that particular topic.
6  BY MS. GARBER:
7    Q    Who approached you first?
8    A    I think I received a phone call from a
9  gentleman named Brian Lee.
10    Q    Did you know Mr. Lee prior to that phone
11  call?
12    A    No.
13    Q    Did he offer any opinions about perineal
14  talc and risk of ovarian cancer?
15        MS. CURRY:  I'm sorry, I'm going to
16  instruct you not to disclose any communications with
17  counsel.
18  BY MS. GARBER:
19    Q    Did you understand Mr. Lee to be a
20  lawyer?
21    A    I don't honestly recall that I knew that.
22  I knew that he was from a law firm, but I don't know
23  if he was a paralegal or a legal.  But I knew he was
24  in a law firm.
25        MS. CURRY:  I can stipulate that Brian

Page 56

1  Lee is a partner with my law firm.
2  BY MS. GARBER:
3    Q    So when you were first retained, you
4  indicated that you had already reviewed some
5  literature -- you had already been aware of some
6  literature with regard to perineal talc and risk of
7  ovarian cancer; is that true?
8    A    Correct.
9    Q    What literature was that?
10    A    I don't recall specifically, but it
11  wasn't the first time that I had heard about the
12  issue of a possible association between the use of
13  perineal talc and the development of ovarian cancer.
14    Q    Were you consequently sent some
15  literature?
16        MS. CURRY:  Object to the form.
17        THE WITNESS:  I was sent a flash drive
18  with some articles on it.
19  BY MS. GARBER:
20    Q    Did you conduct your own research?
21    A    At what point?
22    Q    At that point.  When you were retained,
23  did you conduct your own research for medical
24  articles or did you rely on the lawyers to give you
25  that literature?

Page 57

1    A    Oh.  I mean, over the time course of
2  researching the issue, I conducted my own research
3  as well.
4    Q    Do you still have that flash drive?
5    A    I don't think so.
6    Q    By the way, do you have a file in this
7  case?
8        MS. CURRY:  Object to the form.
9        THE WITNESS:  What do you mean by a
10  "file"?
11  BY MS. GARBER:
12    Q    What's your understanding of the word
13  "file"?
14    A    Like a shadow file?
15    Q    Do you have any kind of file in
16  connection with your work in this case?
17    A    No.  I have my report and I have the
18  articles that I've used to read about the issues.
19    Q    Where are those articles?
20    A    On my computer.
21    Q    You don't have any printed articles?
22    A    No.
23    Q    Not one?
24    A    Not one.
25    Q    In connection with writing your expert

Page 58

1 report in this case, did you make any notes?

2    A    So as I was reading plaintiffs' reports
3 and depositions, I would make notes on the computer
4 for statements of the experts that I would want to
5 make comments on in order to incorporate it into my
6 report.  But it was basically my report outline of
7 things that I wanted to incorporate, but that is my
8 report.

9    Q    Did you produce those notes that you made
10 when you were reviewing expert reports and the like?

11        MS. CURRY:  Object to the form.

12        THE WITNESS:  No, it's the draft of my
13 report.  So it is my report.  So I mean, I have
14 produced it, but that's my report.

15 BY MS. GARBER:

16    Q    So when you were making notes about a
17 given deposition, you were making a note of that on
18 your computer and now it's your testimony that
19 became your expert report?

20    A    Right.  I make a note, I'd say for
21 example, oh, there's something on page nine of this
22 person's thing, and put it in there.  And then
23 when -- I'd skip some pages, write some more, come
24 back to that.  So that it was there in the report as
25 I was drafting the report.

Page 59

1    Q    Did you write every word of your expert
2 report, and when I say "expert report," I'm meaning
3 the MDL report dated February 25th, 2019.

4    A    Did I write every word?  Absolutely.

5    Q    Do you have any drafts or copies or
6 notes?

7        MS. CURRY:  Object to the form.

8        THE WITNESS:  Of?

9 BY MS. GARBER:

10    Q    Of your report.

11    A    No.  I mean, it was an evolving process
12 that just kept getting morphed every time I would
13 add to it.

14    Q    You said you reviewed the literature
15 online.  Did you make any highlights electronically
16 of that literature?

17    A    No.

18    Q    Or notes?

19    A    No.

20    Q    How was it that you tracked what you
21 wanted to recall or remember or note about a given
22 piece of literature?

23    A    So I'd go to the article itself, I'd
24 highlight it, and you can snapshot that paragraph or
25 whatever and then put it into my report so that I

Page 60

1 could make sure that I could read it and capture the
2 essence of what it was that I was trying to point
3 out.

4        Sometimes if it was just numbers, I'd
5 have the report open, and then I'd have the article
6 open at the same time and I'd be reading it as I
7 would type my report.

8    Q    Okay.  You understand that Johnson &
9 Johnson is the manufacturer of baby powder products
10 and formerly Shower to Shower talcum powder product;
11 correct?

12    A    That's my understanding.

13    Q    You're aware that women use defendant's
14 talcum powder products for feminine hygiene?

15        MS. CURRY:  Object to the form.

16        THE WITNESS:  I mean, I don't know that I
17 would say feminine hygiene.  I would say I know that
18 they do put on it their perineum or on their bodies,
19 on their groins, in different parts.  So yes.

20 BY MS. GARBER:

21    Q    What's your understanding of why women
22 put talcum powder product on their genitals?

23        MS. CURRY:  Object to the form.

24        THE WITNESS:  I think it's variable.

25 ///

Page 61

1 BY MS. GARBER:

2    Q    What's your understanding of some of the
3 reasons?

4    A    I think some women do it because they
5 like the softness.  I think some women do it because
6 they like the fragrance.  I think some women do it
7 because they are sweaters and they want to try to
8 stay dry.  I think there are various uses.

9    Q    Do you have any first-hand information
10 about the manner in which women use it, the manner
11 in which they apply it, the amount, the nature of
12 how it's applied?

13        MS. CURRY:  Object to the form.

14        THE WITNESS:  I don't really know what
15 you mean.

16        MS. GARBER:  Sure.

17 BY MS. GARBER:

18    Q    You don't -- you don't have any firsthand
19 information about the way in which women applied it;
20 in other words, did they shake it on their hands,
21 did they shake it directly on their genitals, did
22 they apply it to toilet paper and then apply it.

23        In other words, you don't have any of
24 these details, do you?

25        MS. CURRY:  Object to the form.

Cheryl Saenz, M.D.

Page 62

```
 1      THE WITNESS:  Firsthand?
 2      MS. GARBER:  Yes.
 3      THE WITNESS:  I disagree.
 4  BY MS. GARBER:
 5   Q    You do?
 6   A    Uh-huh.
 7   Q    What's your firsthand knowledge?
 8   A    I've used it.
 9   Q    Okay.  Besides yourself.
10   A    But that is firsthand knowledge.
11   Q    All right.  You don't have any firsthand
12  knowledge of how other women use it, do you?
13      MS. CURRY:  Object to the form.
14      THE WITNESS:  I have not personally
15  watched another woman apply baby powder to herself,
16  that is correct.
17  BY MS. GARBER:
18   Q    And the literature, the epidemiological
19  literature does not describe the way in which it was
20  applied, and in that regard, I mean was it applied
21  to the hand, was it applied to tissue, doesn't give
22  that kind of detail, how much was applied at any
23  given time?
24      MS. CURRY:  Object to the form.
25      THE WITNESS:  So I've not read anything
```

Page 63

```
 1  that talks about how many shakes, but there are
 2  certainly studies that talk about women applying it
 3  to diaphragms or women applying it to their perineum
 4  or women applying it to their sanitary napkins.
 5      I do believe that many of the studies
 6  have looked at and asked those questions.  But in
 7  terms of an in-depth analysis of what constitutes a
 8  dose per se and how many shakes, no, I'm not aware
 9  of that.
10  BY MS. GARBER:
11   Q    Are you aware of data that indicates
12  there are women -- there are women now with ovarian
13  cancer who used talc on their genitals in the 1950s,
14  60s, and early 70s?
15      MS. CURRY:  Object to the form.
16      THE WITNESS:  Can you say that again?
17  BY MS. GARBER:
18   Q    Sure.  Are you aware of data that
19  indicates there are women now with ovarian cancer
20  that used genital talc in the 1950s, 60s, and early
21  70s?
22      MS. CURRY:  Same objection.
23      THE WITNESS:  So I'd have to kind of do
24  like a retrospective time point.  I do believe that
25  if we look at some of the studies that were
```

Page 64

```
 1  published in, say, 2000, 2010, knowing that on
 2  average women used baby powder for at least 20 years
 3  when they were users, that if somebody was diagnosed
 4  with ovarian cancer in 2000, that most likely she
 5  would have used it in the 70s or 80s.
 6      So I do believe that that's the case.
 7  BY MS. GARBER:
 8   Q    So the point is women were exposed to
 9  Johnson & Johnson baby powder products in the 50s,
10  60s, and 70s and have ovarian cancer; correct?
11      MS. CURRY:  Object to the form.
12      THE WITNESS:  I do believe that there
13  were some women that probably used it then and then
14  had ovarian cancer in later years; yes.
15  BY MS. GARBER:
16   Q    Let's talk about talcum powder product.
17  You understand that Johnson & Johnson's baby powder
18  and Shower to Shower are talcum powder products;
19  correct?
20   A    I believe that one of the constituents of
21  each of those products is talcum powder; correct.
22   Q    And in your report, when you use the word
23  "talc," what do you mean?
24   A    Baby powder products.
25   Q    And do you make an assumption that within
```

Page 65

```
 1  Johnson & Johnson's talcum powder products there is
 2  no asbestos?
 3   A    I don't believe that what's the
 4  constituents of the baby powder actually matters to
 5  my opinion.  My opinion is the same regardless,
 6  because I do believe that if there is a risk of
 7  developing ovarian cancer with the use of talc,
 8  regardless of what's in that -- in that product,
 9  there would be an increased risk of developing
10  ovarian cancer, borne out in the literature.
11   Q    Doctor, my question was a little
12  different.  Do you make assumptions about the
13  constituents of Johnson & Johnson talcum powder
14  products when you render your opinions in your
15  expert report?
16      MS. CURRY:  Object to the form.
17      THE WITNESS:  No, I don't make any
18  assumptions.
19  BY MS. GARBER:
20   Q    Is it your opinion that Johnson & Johnson
21  baby powder products do not contain talc -- sorry,
22  do not contain asbestos?
23   A    So I'm going to defer to the experts that
24  are mineralogists or geologists to make that
25  analysis.  My opinion is that baby powder products
```

Cheryl Saenz, M.D.

---

Page 66

1  do not increase the risk of developing ovarian
2  cancer, regardless of what the constituent products
3  are in that product.
4        MS. CURRY:  We've been going for an hour.
5  So when it's a good time to break, we'd like to take
6  one.
7        MS. GARBER:  Sure.  Just want to follow
8  up.
9  BY MS. GARBER:
10     Q    So as to the constituents of the talcum
11  powder products, and what was or wasn't constituting
12  the constituents, you are going to defer to experts
13  in other areas; is that true?
14       MS. CURRY:  Object to the form.
15       THE WITNESS:  With respect to the
16  chemical composition of the product; yes.  But not
17  with respect to the opinion that baby powder is not
18  associated with an increased risk of developing
19  ovarian cancer.
20  BY MS. GARBER:
21     Q    I understand that.
22       And the same question with regard to the
23  presence of heavy metals, are you going to defer to
24  others as to whether or not Johnson & Johnson's
25  talcum powder products contained heavy metals?

---

Page 68

1  powder is associated with developing ovarian cancer
2  would be borne out as showing a risk between
3  developing ovarian cancer in the use of the product.
4        Q    What those individual constituents are,
5  I'm going to defer that analysis.  But the opinion
6  that the baby powder as it stands with the
7  fragrances, with whatever else is in it, does not --
8  is not associated with an increased risk of
9  developing ovarian cancer.  I stand by that as my
10  opinion.
11       Q    And the last question and then we'll
12  break.  Same with regard to fibrous talc, are you
13  going to defer to experts as to whether or not
14  Johnson & Johnson's talcum powder products contained
15  fibrous talc?
16       MS. CURRY:  Object to the form.
17       THE WITNESS:  Yes.
18       MS. GARBER:  Thanks.  Let's take a break.
19       THE VIDEOGRAPHER:  The time is now 10:32.
20  Going off the record.
21     (Break in the deposition taken at 10:33 a.m.)
22              0o0
23     (The deposition resumed at 10:48 a.m.)
24              0o0
25       THE VIDEOGRAPHER:  Time is now 10:47.

---

Page 67

1      A    Yes.
2      Q    Same question with regard to fragrances,
3  are you going to defer to others with regard to
4  whether Johnson & Johnson's talcum powder products
5  contained fragrances that may have been toxic or
6  carcinogens?
7        MS. CURRY:  Object to the form.
8        THE WITNESS:  So I'm not going to defer
9  that the product itself is associated with an
10  increased risk of developing ovarian cancer, meaning
11  the baby powder.  But if there are constituent
12  fragrances in that product, I'm going to defer to
13  somebody whose analysis of the chemical composition
14  of that product is their field of expertise.
15  BY MS. GARBER:
16     Q    So you know in looking at the label,
17  there's fragrance in the bottle; right?
18     A    Well, it smells good, yeah.
19     Q    It says that.  And so what those
20  fragrances constitute and whether or not they are
21  toxic or carcinogenic, you're going to defer to
22  experts in that regard; is that true?
23     A    No, that's not true.  Because if those
24  fragrances were toxic or carcinogenic, then the
25  literature that is evaluating whether or not baby

---

Page 69

1  Back on the record.
2  BY MS. GARBER:
3      Q    Doctor, are you aware that Johnson &
4  Johnson enjoys about a 70 percent market share of
5  talcum powder products?
6        MS. CURRY:  Object to the form.
7        THE WITNESS:  I don't have any knowledge
8  of what their market share is.
9  BY MS. GARBER:
10     Q    Do you know -- you understand what a risk
11  benefit assessment is in the context of medicine;
12  right?
13     A    In the context of medicine?
14     Q    Uh-huh.
15     A    I've done risk benefit analyses, sure.
16     Q    You're aware that there's no health
17  benefits for women to use defendant's talcum powder
18  products on their genitals, aren't you?
19       MS. CURRY:  Object to the form.
20       THE WITNESS:  I don't agree with that.
21  BY MS. GARBER:
22     Q    You think there's medical benefits?
23     A    I do.
24     Q    Okay.  You've seen literature that --
25  peer-reviewed published literature that indicates

---

Cheryl Saenz, M.D.

Page 70

1  there's no medical benefits, haven't you?
2      MS. CURRY:  Object to the form.
3      THE WITNESS:  No, I have not.
4  BY MS. GARBER:
5      Q    What were the medical benefits?
6      A    So there are some women that sweat a lot,
7  and because they sweat, they can get candidal
8  infections.  And so some women like to apply baby
9  powder products to their genital area to decrease
10  the sweat so that they don't get candidal infection.
11      Q    If there's a medical benefit, then talcum
12  powder is a medicine; right?
13      A    No.  Patients use talcum powder in order
14  to decrease the amount that they're sweating and
15  that can result in them getting fewer candidal
16  infections.  It doesn't mean that it's a medicine.
17      Q    You understand that if there's medical
18  benefits and patients are using it for medical
19  purposes, then talcum powder isn't a cosmetic, but
20  rather a medicine by way of regulatory oversight?
21      Do you understand that?
22      MS. CURRY:  Object to the form.
23      THE WITNESS:  No.  I don't agree with
24  that.  What you asked me is if patients use it for
25  any sort of medical benefit.  It's not dispensed as

Page 71

1  a medicine.  It's not prescribed as a medicine.  But
2  women do use it in order to absorb whatever sweat
3  they may have so that they don't get candidal
4  infections or they don't have discomfort in the
5  genital area from their sweat.
6  BY MS. GARBER:
7      Q    Have you ever prescribed talcum powder
8  products to your patients for medical benefit?
9      A    I've prescribed Nystatin powder, which
10  does contain talc, to my patients, which does have a
11  medical benefit of treating candidal infections.
12      Q    That is a medication; correct?
13      A    That's a medication.
14      Q    Talcum powder products are not?
15      A    So Nystatin powder does contain talc, so
16  that is a talcum powder product.
17      Q    Nystatin powder is a medicine?
18      A    Nystatin powder is a medicine.
19      Q    Johnson & Johnson baby powder products
20  are not a medicine?
21      A    That's correct.
22      Q    What is your definition of the phrase
23  "latency period" in the context of ovarian cancer?
24      A    Latency period would be the time from --
25  when we're talking about perhaps exposures to any

Page 72

1  particular agent, it would be the time from the
2  exposure to the development of the disease.
3      Q    So in the context of the talcum powder
4  product litigation, from the exposure to Johnson &
5  Johnson's talcum powder products to the diagnosis of
6  ovarian cancer?
7      MS. CURRY:  Object to the form.
8      THE WITNESS:  Well, I didn't say the
9  diagnosis.  I said the development of the disease.
10  BY MS. GARBER:
11      Q    So when you say development, what do you
12  mean?  How do we know when the disease developed in
13  the context of ovarian cancer?
14      A    So we don't necessarily know when it
15  starts.  We do know that ovarian cancer goes through
16  various stages and you can diagnose it at various
17  stages.  Sometimes we catch it at stage 1, sometimes
18  we catch it at stage 4.
19      But in the general context of what a
20  latency period is, it's from the time of exposure to
21  the development of the disease.
22      Q    In the context of cohort studies, it's
23  from -- the latency period is from the point of
24  exposure to the point of diagnosis of the disease,
25  isn't it?

Page 73

1      MS. CURRY:  Object to the form.
2      THE WITNESS:  So in the cohort studies;
3  yes, I think that's probably accurate.
4  BY MS. GARBER:
5      Q    There are peer-reviewed published studies
6  showing that ovarian cancer has a long latency
7  period, reporting to be as long as 30 to 40 years,
8  aren't there?
9      MS. CURRY:  Object to the form.
10      THE WITNESS:  There are some that show
11  that.  There are some that show other data.
12  BY MS. GARBER:
13      Q    What is your opinion as to the latency
14  period for ovarian cancer?
15      A    So I think the literature has shown some
16  periods of 20 to 40 years.  Since I don't really
17  know what causes ovarian cancer and therefore I
18  don't really know what is the incipient underlying
19  events that have the cancer develop, I don't really
20  have a specific sense other than to say I think it
21  probably is reasonable that it's somewhere in
22  between 20 to 40 years.
23      Q    And that's a range; correct?
24      A    That's correct.
25      Q    Do you agree with the statement, if

Cheryl Saenz, M.D.

Page 74

1  talcum powder is a potential carcinogen for ovarian
2  cancer, it is likely that there is a long latency
3  period between exposure and development of the
4  disease?
5        MS. CURRY:  Object to the form.
6        THE WITNESS:  As a general statement, I
7  don't know what that word "long" necessarily means,
8  but I think as a general statement I would agree
9  with that statement.
10 BY MS. GARBER:
11   Q    Is it true that for asbestos the latency
12 period is at least 25 years, according to
13 peer-reviewed published studies?
14       MS. CURRY:  Object to the form.
15       THE WITNESS:  So I think in the IARC
16 monograph that looked at heavy occupational exposure
17 of patients to -- I should say subjects -- of
18 subjects to asbestos, there was one study that
19 tracked when the subjects were exposed to the
20 asbestos and then looked at how many years later
21 they were diagnosed with ovarian cancer, and I do
22 believe that range was somewhere between 20 to
23 25 years.
24       However, I think there are a lot of
25 problems with the asbestos studies in general.

Page 75

1  BY MS. GARBER:
2    Q    Did you do a comprehensive literature
3  review of asbestos and ovarian cancer?
4        MS. CURRY:  Object to the form.
5        THE WITNESS:  I read the studies that are
6  listed in the IARC Monograph.
7  BY MS. GARBER:
8    Q    You read each and every one of those
9  studies that's listed in the IARC Monograph?
10   A    Yes, as pertains to asbestos and ovarian
11 cancer.
12   Q    And which monograph are you speaking of?
13   A    The 2012.
14   Q    And how many studies was that, by your
15 recollection?
16   A    So IARC drew their conclusions on the
17 basis of five studies that looked at heavy
18 occupational exposure and the risk of developing
19 ovarian cancer.  There have been other studies after
20 that as well that I have read, including Reed,
21 including Camargo, at the risk of
22 developing ovarian cancer and asbestos exposure in
23 the heavy occupational setting.
24       There also were other studies that looked
25 at environmental exposure and did not find any such

Page 76

1  association.
2    Q    We will turn to that shortly.  But
3  thank you for that.
4        Do you have an opinion, then, as to the
5  latency period for asbestos, and ovarian cancer?
6    A    So again, I don't necessarily agree with
7  IARC's conclusions about developing ovarian cancer
8  with asbestos exposure, but as documented in the
9  articles that IARC cites, the latency period
10 reported is 20 to 25 years.
11   Q    And you mentioned the Camargo paper, you
12 read that one?
13   A    Yes.
14   Q    It's on your reference list?
15   A    Yes.
16   Q    And didn't that study show a
17 statistically -- showed a statistically significant
18 association after 25 years of follow up?
19       MS. CURRY:  Object to the form.  If you
20 need to see the article, I have a copy.
21       THE WITNESS:  Sure.  I'd be happy to take
22 a look at it.
23       MS. GARBER:  Okay.  Well, so first thing
24 we're going to do is we're going to make sure we
25 don't have speaking objections, Ms. Curry.  And I'm

Page 77

1  not going to pull out that article right now.  We'll
2  get to that when I want to get to that.
3  BY MS. GARBER:
4    Q    You've been designated as an expert
5  witness by Johnson & Johnson in the talcum powder
6  product litigation in the MDL; right?
7    A    Yes.
8    Q    You understand that we are here to take
9  your deposition, to get all of your opinions and the
10 bases for those opinions so we can prepare for
11 briefing, hearing, and trial.
12       Do you understand that?
13   A    Yes.
14   Q    Did you see the Notice of Deposition that
15 was served with regard to your deposition?
16   A    Yes.
17   Q    When did you see that?
18   A    I believe last week sometime.
19   Q    Have you -- did you understand that in
20 the Notice of Deposition there was a request for
21 documents for you to bring to today's deposition, or
22 actually to provide five days before today's
23 deposition?  Did you notice that?
24   A    I read the deposition notice and I know
25 that there were a number of requests, and I believe

Cheryl Saenz, M.D.

Page 78

1  that -- I don't have any documents to provide you
2  with.  I think my CV was already provided.
3      MS. CURRY:  Just for the record, the
4  Notice of Deposition was actually received by
5  Johnson & Johnson just six business days ago and the
6  responses are subject to the objections that were
7  filed on behalf of Johnson & Johnson.
8      (C. Saenz Exhibit 3 was marked for
9      identification.)
10     MS. GARBER:  I'm going to mark as
11 Exhibit 3 the Notice of Deposition.
12     THE WITNESS:  Thank you.
13 BY MS. GARBER:
14   Q   Turning, Dr. Saenz, to page five of the
15 notice.  Those are the documents that we asked you
16 to produce that you have reviewed this list.
17   A   Okay.
18   Q   Have you?
19   A   Yes.
20   Q   In connection with the request number
21 two, item B, have you produced all of the invoices
22 for the expert work that you've done so far?
23     MS. CURRY:  Subject to the objections
24 that were produced on behalf --
25     MS. GARBER:  I'll give you an ongoing

Page 79

1  objection.
2      MS. CURRY:  Thank you.
3      THE WITNESS:  Yes.
4  BY MS. GARBER:
5    Q   Have you produced all invoices and
6  payments in connection with your talcum powder
7  products work in general?
8    A   We're --
9      MS. CURRY:  Object to the form.
10     THE WITNESS:  With my -- everything that
11 I've invoiced has been produced.
12 BY MS. GARBER:
13   Q   Including from other litigations?
14     MS. SHARKO:  You need to look at the
15 objections we served.  This isn't fair to just look
16 at the note.  We responded -- although it came very
17 late, we responded yesterday.
18     MS. GARBER:  Ms. Sharko, with all due
19 respect, I think we're having one attorney at a time
20 represent the witness.  I'm sure Ms. Curry is very
21 capable of objecting.
22     MS. SHARKO:  I wish you had been at all
23 the other depositions where three of you all were
24 talking, but I understand your point.
25     MS. CURRY:  This is why I was raising the

Page 80

1  issue of subject to the objections, because the
2  objections made clear that the documents that were
3  produced were with respect to the MDL talcum powder
4  litigation and not all talcum powder litigation.
5      So I was just making that clarification
6  so that you know which documents were actually
7  produced and why.
8  BY MS. GARBER:
9    Q   Dr. Saenz, do you have any communications
10 in connection with any of the study authors
11 concerning talc or talcum powder products in ovarian
12 cancer?
13   A   With what studies?
14   Q   Any of the published studies.  Have you
15 communicated with any of the study authors?
16   A   Oh.  So I don't know that I can answer
17 that specifically, because I don't know if over the
18 course of my career I've ever communicated with
19 anybody that's ever been listed.  I mean, I
20 certainly know some of them professionally, so at
21 some point, I would have communicated with them.
22   Q   Since you've been an expert in the MDL,
23 have you communicated with any study authors?
24   A   I'm sure I have.  Again, because the
25 world of OB-GYN oncology is a rather small world and

Page 81

1  so some of the people on some of the studies are in
2  the same professional organizations that I'm in.
3      So I'm sure I've had professional
4  communications.
5    Q   Have you had professional communications
6  with any of the study authors in connection with
7  talcum powder products?
8    A   Oh.  No.
9    Q   Thank you.  Have you had any
10 communications with the Society of Gynecologic
11 Oncology in connection with talcum powder products
12 since you've been retained as an expert witness in
13 any talcum powder product litigation?
14   A   Specifically with regard to this issue?
15   Q   Yes.
16   A   No.
17   Q   Same question as to have you had any
18 communications with regard to talcum powder
19 litigation with the American Congress of Obstetrics
20 and Gynecology?
21   A   With respect to this particular issue,
22 no.
23   Q   And when you say with respect to this
24 particular issue, what do you mean so I know?
25   A   With respect to talcum powder litigation,

Cheryl Saenz, M.D.

Page 82

1  no.

2     Q    Talcum powder products and the risk of

3  ovarian cancer?

4     A    Correct.

5     Q    Thank you.  Turning to the objections

6  that were issued in this matter and the documents

7  that are attached, I want to review those briefly

8  with you; okay.  Do you have a copy?

9     A    No, I don't.

10        THE WITNESS:  Thank you so much.

11        MS. GARBER:  We'll mark that as

12  Exhibit 4.

13        (C. Saenz Exhibit 4 was marked for

14        identification.)

15  BY MS. GARBER:

16     Q    And the first document looks to be on the

17  UCSD Moores Cancer Center letterhead signed by you?

18     A    I'm sorry, ma'am, what page are we on?

19     Q    Third from the last.

20     A    Okay.

21     Q    Is that an invoice?

22     A    Yes.

23     Q    We already spoke about that earlier,

24  that's reflecting the work that was done by you from

25  December 18th to February 2019?

Page 83

1     A    Correct.

2     Q    And at a rate of $750 an hour?

3     A    That's correct.

4     Q    If we turn to the next document, it is

5  also on UCSD Medical Center Moores Cancer Center

6  letterhead; correct?

7     A    What's the title of the document?

8     Q    Legal consultation fee schedule.

9     A    Okay; yes, I'm there.

10     Q    Did you draft this document?

11     A    Yes.

12     Q    What is the nature of this document?

13     A    This is my fee schedule as of October

14  of 2016, I believe, is the last time I revised it.

15     Q    And what does out of town travel fees

16  mean?

17     A    It means I pick up, I leave San Diego

18  County, and I go someplace else.

19     Q    The third document that was produced is

20  a -- is titled "Supplement to Materials Reviewed By

21  Dr. Cheryl Saenz"; is that correct?

22     A    Yes.

23     Q    Did you draft this document?

24     A    I didn't do the actual typing, but I did

25  send an email to Ms. Curry about things that I had

Page 84

1  reviewed since I submitted my report.

2     Q    And so is it true that from the point

3  that you issued your report to today, the only

4  documents you reviewed in connection with your

5  opinions are those listed here at the supplement to

6  the materials reviewed by Dr. Cheryl Saenz?

7        MS. CURRY:  Object to the form.

8        THE WITNESS:  So no, because I actually

9  did a little bit more reading last evening.  So I

10  haven't informed anybody of that, other than what I

11  did myself.

12  BY MS. GARBER:

13     Q    Turning to that soon.  So you knew where

14  I was going.  But what did you read last night?

15     A    Last evening I reread the Penninkilampi

16  meta-analysis, and I pulled online the reference

17  where they talk about ovarian cancer -- sorry,

18  ovarian epithelial cells lacking COX-1 and COX-2,

19  and therefore, I went to see that article to see if

20  that was actually quoted properly in the

21  Penninkilampi study.

22        And then I was aware of some other

23  studies just from personal knowledge that actually

24  did document that COX-1 and COX-2 are in ovarian

25  cancer cells, so I re-reviewed those myself just to

Page 85

1  make sure that my recollection was accurate.

2     Q    What were those?  What were the titles of

3  those studies?

4     A    So I don't recall the Penninkilampi

5  title, the one that's referenced in Penninkilampi,

6  but I think it was reference 27.  I'm happy to show

7  you if you have the article, but I think it was

8  reference 27 in the Penninkilampi.

9        Then the other two articles that I read

10  were actually out of Dr. Khabele's lab, and they

11  look at the presence of COX-1 and COX-2 in ovarian

12  cancer cells.

13        And I had read that actually to -- like,

14  one was published last year and one was published a

15  few years ago.  I had read that before and I just

16  re-reread them.  But do I believe that Dr. Khabele

17  is the senior author, but -- I'm sorry, I don't

18  remember the title, but I think that Dr. Khabele was

19  the senior author on those papers.

20     Q    How do you spell Khabele?

21     A    K-H-A-B-E LE, and her first name is

22  Dineo, D-I-N-E-O.

23     Q    Do you know the second study author's

24  name?

25     A    Well, Dr. Khabele was senior author on

Cheryl Saenz, M.D.

Page 86

1  both of those, so she's actually the last author.
2      Q    Do you remember the first author?
3      A    I don't, I'm sorry.
4      Q    That's okay.  So there were two papers by
5  the Khabele lab?
6      A    Yes.
7      Q    What was the upshot of their findings?
8      A    That there is expression of COX-1 and
9  COX-2 in ovarian cancer cells, as well as production
10  of MRNA, particularly for COX-1.
11          The Penninkilampi study -- well, it
12  wasn't the Penninkilampi study, but it was the
13  reference in Penninkilampi, they actually did find
14  expression of COX-1 and COX-2 proteins in the
15  ovarian cancer cell lines that they looked at.  And
16  so Penninkilampi actually was incorrect in the way
17  that they were referencing that study.  That's why I
18  looked at it.
19      Q    So your take-away is that the
20  Penninkilampi paper miscited whether there's
21  expression of COX-1 and COX-2 in epithelial ovarian
22  cells?
23          MS. CURRY:  Object to the form.
24          THE WITNESS:  Well, the paper that they
25  cited, I think they cited it correctly, but I think

Page 87

1  they misstated the results of that study, yes.
2  BY MS. GARBER:
3      Q    So do you have opinion, Doctor, based on
4  your research as to whether epithelial ovarian cells
5  express COX-1 and COX-2?
6      A    So that gets to the point of where I
7  think Penninkilampi misrepresented the conclusions
8  of the study, because Penninkilampi stated that
9  ovarian epithelium doesn't have COX-1 or COX-2.  But
10  the study they cited wasn't on normal ovarian
11  epithelium, it was actually on cancer cells, and the
12  cancer cells actually did have expression of COX-1
13  and COX-2.
14      Q    Why did you go back and look at that in
15  particular?
16      A    Because I was reading the Penninkilampi
17  study again, and it's meta-analysis that's focused
18  on by many of your experts, and I felt it was
19  important to the whole theory of chronic
20  inflammation and why NSAIDS may or may not show a
21  decreased risk of ovarian cancer.  The literature on
22  that is very inconsistent.
23          I also am very familiar with the work in
24  Dr. Khabele's lab because -- well, she once
25  interviewed for a division director at our

Page 88

1  department, and so I knew her research and I knew
2  she had shown that COX was in ovarian cancer cells,
3  so it seemed that that like strange to me that
4  Penninkilampi said that it wasn't there.
5          So that's why I went back in and wanted
6  to verify that.
7      Q    Did you do a comprehensive literature
8  review on the issue of whether epithelial ovarian
9  cancer express -- I'm sorry, epithelial ovarian
10  cells express COX-1 and COX-2?
11          MS. CURRY:  Object to the form.
12          THE WITNESS:  So I read those three
13  papers.  I had read Dr. Khabele's papers before, but
14  I read these papers last evening and read them
15  thoroughly.  So I wouldn't say I've read every
16  article ever published on it, but I certainly read
17  the paper that Penninkilampi referenced and I read
18  Dr. Khabele's work, which I think actually is some
19  of the largest volume of work given the tissue
20  microarray that she studies and how many different
21  specimens she actually looked at it.
22  BY MS. GARBER:
23      Q    And based on your review of the three
24  studies, are you going to give an opinion whether or
25  not you believe and it's your opinion whether

Page 89

1  epithelial ovarian cells express COX-1 and COX-2?
2      A    Yes.
3      Q    You're going to say they don't?
4      A    No, I'm going to say they do.
5      Q    They do --
6      A    They do express COX-1 and COX.
7      Q    So you have not produced all documents
8  that relate to your compensation for expert work in
9  this matter; correct?
10          MS. CURRY:  Object to the form.
11          THE WITNESS:  With respect to this MDL
12  work, this particular matter, I have.  I've only
13  invoiced the one invoice.
14  BY MS. GARBER:
15      Q    That was a bad question.
16          You have not produced all documents that
17  relate to your compensation for expert work done in
18  the talcum powder litigation; correct?
19          MS. CURRY:  Object to the form.  It's the
20  subject of our objections.
21          THE WITNESS:  I've only produced the
22  invoice for this particular matter.
23  BY MS. GARBER:
24      Q    With regard to the supplement to
25  materials reviewed by Dr. Cheryl Saenz, did you

Cheryl Saenz, M.D.

Page 90

1   review any other expert reports?
2        MS. CURRY:  Object to the form.
3        THE WITNESS:  On the defense side or the
4   plaintiff side?
5        MS. GARBER:  Either side.
6        THE WITNESS:  So, yes, but I think that's
7   listed in the materials reviewed.  This is only the
8   listing of the defense expert reports that I
9   reviewed subsequent to submitting my report in the
10  original materials reviewed list.
11  BY MS. GARBER:
12       Q    What was the nature of reviewing those
13  particular expert reports?  Did you ask for them?
14  Were they provided?
15       MS. CURRY:  Object to the form.
16       THE WITNESS:  The ones on the supplement
17  lists?
18       MS. GARBER:  Yes.
19       THE WITNESS:  Okay.  The ones on the
20  supplement list, I've actually been provided with
21  these expert reports, and I picked these particular
22  ones because I wanted -- after my report was
23  submitted, I felt that it was important for me to
24  see what the other expert said with regards to
25  things that I had actually given opinions on as

Page 91

1   well.
2   BY MS. GARBER:
3        Q    Prior to finalizing and signing your
4   expert report, in the MDL, did you review any draft
5   reports of any of the defense experts?
6        A    No.
7        Q    Did you ever speak with any of the
8   experts?
9        A    About --
10       MS. CURRY:  Object to the form.
11       THE WITNESS:  About this matter?
12       MS. GARBER:  Yes.
13       THE WITNESS:  No.
14  BY MS. GARBER:
15       Q    After you issued your MDL report, have
16  you spoken with any of the defense experts about
17  this litigation?
18       A    No.
19       Q    Have you ever spoken with Dr. Swisher
20  about this litigation?
21       A    No.
22       Q    Have you ever spoken with Dr. Huh about
23  this litigation?
24       A    Warner?
25       Q    Yes?

Page 92

1        A    No.
2        Q    Have you ever spoken with Dr. Holcombe
3   about this litigation?
4        A    No.
5        Q    Did you conduct any research in
6   connection with your expert opinion?
7        MS. CURRY:  Object to the form.
8   BY MS. GARBER:
9        Q    In other words, did you do a literature
10  search on PubMed or Medline?
11       A    Oh.  Yes, I often -- particularly as I
12  was reading an article, if I felt that there was
13  something that was important in one of the reference
14  lists for an article that I was reading, then I
15  would go do a lit search to find that article and
16  read that as well.
17       But yes, I've done quite an extensive
18  literature search.
19       Q    Did you ever do any general searches, for
20  instance, talcum powder products and ovarian cancer,
21  or was it just to find other papers based on the
22  papers you had previously read?
23       MS. CURRY:  Object to the form.
24       THE WITNESS:  I've done all of that.
25  ///

Page 93

1   BY MS. GARBER:
2        Q    Did counsel in the MDL provide for you
3   any published literature for you to review?
4        A    Other than that flash drive that we
5   originally talked back in November of 2016, no.
6        Oh, ma'am, I'm sorry.  For the sake of
7   the completeness, I have received a copy of that
8   Health Canada assessment which was not available to
9   me online, and also the Taher article, which has not
10  been published.  And it's in my materials reviewed,
11  but I believe that I received one or two of the
12  abstracts from Dr. Saed's lab that have yet to be
13  presented.
14       So, sorry, that was provided for me.  But
15  I asked for those materials.  They weren't provided
16  to me without my reading about them I think in
17  plaintiff's experts' depositions or reports and then
18  I asked to see them.  Sorry about that.
19       Q    Between when you were first retained in
20  2016 and were given the flash drive and completing
21  your expert report in the MDL, you were not provided
22  any published literature by Johnson & Johnson
23  lawyers.  Is that a true statement?
24       A    Other than what we've just discussed?
25       Q    I'm trying to narrow down before your

Cheryl Saenz, M.D.

Page 94

1  expert report was issued.
2      A    Oh, before it was issued?
3      Q    Yes.
4      A    But I just listed those things.  So I did
5  receive those before it was issued.
6      Q    Okay.  We're -- I'm going to mark your
7  report in a minute.  But before your expert report
8  was issued, you had received some Dr. Saed
9  abstracts, the Taher meta-analysis and the Health
10  Canada review?
11      A    The Health Canada summary, yeah, the
12  assessment; right.  Yes, before my report was
13  issued.
14      Q    Which abstracts did you receive in
15  connection with Dr. Saed's work?
16      A    I'd have to look at my expert report to
17  see exactly because they're listed there in the
18  materials reviewed.
19          MS. GARBER:  Let's mark the expert
20  report.
21          (C. Saenz Exhibit 5 was marked for
22          identification.)
23          MS. GARBER:  We'll mark the expert report
24  of Cheryl Saenz dated February 25th, 2019, as
25  Exhibit 5.

Page 95

1          Do you need one?
2          MS. CURRY:  No, I have one.
3  BY MS. GARBER:
4      Q    Doctor, let's turn in Exhibit 5 of your
5  expert report --
6          MS. CURRY:  Actually, can I just ask you
7  one thing.  The copy that Dr. Saenz has that's been
8  marked as an official exhibit is not in color, but
9  there is some color in the original report.
10          Do you want to mark the color version or
11  swap it out?
12          MS. GARBER:  If you want to -- do you
13  have a color copy?
14          MS. CURRY:  I do.
15          MS. GARBER:  Sure.
16          THE WITNESS:  I'm sorry, what page,
17  ma'am?
18  BY MS. GARBER:
19      Q    If we turn to page 32 of your report.
20      A    Yes.
21      Q    There is a document that spans from
22  page 32 to 39 that was titled "References"?
23      A    Yes.
24      Q    Can you tell me what the nature of that
25  document is?

Page 96

1      A    These are all the references that I made
2  reference to in my report.
3      Q    So these are the references that were
4  cited to in the body of your expert report?
5      A    Right.  These are the -- right, exactly.
6      Q    Then if we turn to 40 through 42, what is
7  the nature of those documents titled "Additional
8  Materials Reviewed By Dr. Cheryl Saenz"?
9      A    So these are other articles that I have
10  read over the time period that I have been giving
11  opinions in the talc litigation matters, but that I
12  didn't necessarily reference in my report.
13      Q    I notice those are listed alphabetically,
14  are they not?
15      A    Yes.
16      Q    I don't see any reference to any of
17  Dr. Saenz' work; is that true?
18      A    I am Dr. Saenz.
19      Q    I'm sorry.  I don't see any reference to
20  Dr. Saed's work.  Do you?
21      A    So if you look on page 33, reference 21,
22  Nicole Fletcher is first author on one of his works.
23  That's actually his work.
24      Q    With regard -- I was referencing the
25  second grouping.  Do you cite any of Dr. Saed's

Page 97

1  abstracts?
2      A    No, because I do in the report.  That's
3  why it's in the report.  That's why it's listed
4  there.
5      Q    I think you told me several abstracts.  I
6  don't see -- or a couple of abstracts.  I don't see
7  more than one.
8      A    I can't remember the name of his other
9  first author.  There's Fletcher and then there's --
10  I can't remember who else he published with.
11      Q    Did you read Dr. Saed's 2019 publication
12  with regard to talc and ovarian cancer molecular
13  mechanisms?
14      A    No, I don't believe that I did.  I
15  believe that I read his deposition testimony and his
16  expert report.  So I would have learned what I
17  learned about what he did from his expert report as
18  well as his deposition testimony.
19      Q    So I'm clear, you have not read his 2019
20  publication; is that true?
21      A    I don't believe that I have.
22      Q    It isn't your testimony, is it,
23  Dr. Saenz, that by reading his deposition and expert
24  report, you thereby know what is in his peer
25  reviewed and published publications?

Cheryl Saenz, M.D.

Page 98

1    MS. CURRY: Object to the form.
2    THE WITNESS: I've not read the
3  publication from 2019. I have read his expert
4  report wherein he describes the experiments he did,
5  I believe, for that publication. But no, I have not
6  read the 2019 publication.
7  BY MS. GARBER:
8    Q    You do make comments about his
9  publication in your expert report?
10   A    The one --
11   MS. CURRY: Object to the form.
12   THE WITNESS: -- that is cited in my
13  report; correct.
14  BY MS. GARBER:
15   Q    Did you ask Johnson & Johnson to provide
16  you with any documents?
17   MS. CURRY: Objection to the form.
18   THE WITNESS: What do you mean by
19  "documents"?
20  BY MS. GARBER:
21   Q    Any. Did you ask for any documents
22  whatsoever from Johnson & Johnson?
23   A    Well, yes, we've already covered I asked
24  for the Health Canada assessment and I asked for the
25  Taher report, and I believe I asked for one of the

Page 99

1  abstracts from Dr. Saed to take a look at that.
2    Q    Which abstract was that?
3    A    I think it's the one that's referenced
4  there as reference 21.
5    Q    How did you know to ask for that?
6    A    Because I read his report and saw where
7  he talked about that. But I also read the reports
8  of some of plaintiff's gynecological oncology
9  experts where they reference that he talked about
10  rising levels of CA 125 as a result of talc
11  treatment of ovarian cancer cells.
12   Q    How did you know to ask for the Taher
13  paper?
14   A    Because that was discussed in, I believe,
15  the depositions of some of plaintiff's experts.
16   Q    How did you know to ask for the Health
17  Canada assessment?
18   A    Again, the same thing. I believe that
19  was discussed in some of plaintiff's experts
20  depositions.
21   Q    Did you ask Johnson & Johnson for any
22  internal documents?
23   A    Internal to Johnson & Johnson?
24   Q    Yes.
25   A    No.

Page 100

1    Q    Why not?
2    A    I didn't believe that they were important
3  to my opinion. I don't know where they would come
4  from. They're not peer-reviewed literature and my
5  opinion is based on my experience, my treating
6  patients with ovarian cancer, as well as assessing
7  people, and the risk factors and a review of the
8  peer-reviewed literature.
9    Q    What Johnson & Johnson, the defendant,
10  was saying about the science was not important to
11  you, Dr. Saenz?
12   MS. CURRY: Object to the form.
13   THE WITNESS: So I wouldn't know the
14  context of that. What's important to me in
15  assessing whether or not application of talcum
16  powder products in the perineum is increasing the
17  risk of ovarian cancer is reading the peer-reviewed
18  literature to see if that's substantiated by that.
19  BY MS. GARBER:
20   Q    For the expert reports that are listed in
21  your reference materials, all of them, all three
22  lists, did you read every word of those reports?
23   A    Can you reference me which page we're
24  looking at now? Are we looking at the supplemental
25  list or --

Page 101

1    Q    All three.
2    A    -- the report?
3    Q    Well, actually, it would just be the --
4  let's see what you called it -- additional
5  materials. Have you -- which is at page 40,
6  attached to your expert report, have you read every
7  word of those expert reports?
8    A    Yes.
9    Q    Sorry. Okay. Have you read every word
10  of the deposition transcript of the witnesses listed
11  on page 40?
12   A    Yes.
13   Q    And similarly, have you read every word
14  of the expert reports that is listed on the
15  supplement to materials review by Dr. Cheryl Saenz?
16   A    Yes.
17   Q    You read Dr. Crowley's deposition
18  testimony; right?
19   A    Yes.
20   Q    What did you glean from his deposition
21  testimony?
22   MS. CURRY: Object to the form.
23   THE WITNESS: What did I glean?
24   MS. GARBER: Uh-huh.
25   THE WITNESS: I gleaned that I don't

Cheryl Saenz, M.D.

| Page 102 |
| --- |

1  think he necessarily understands that the vaginal
2  mucosa and the eye mucosa are the same.
3  BY MS. GARBER:
4      Q    And you've made reference to that in
5  your expert report, haven't you?
6      A    Yes.
7      Q    Did you glean anything else from reading
8  his testimony?
9          MS. CURRY: Object to the form.
10         THE WITNESS: Not that I wanted to remark
11  on.
12  BY MS. GARBER:
13      Q    Do you have any criticisms of his expert
14  report other than with regard to the vaginal mucosa?
15      A    Not that I know.
16         MS. CURRY: Object to the form.
17         THE WITNESS: Not that I intend to give.
18  BY MS. GARBER:
19      Q    What did you glean from the testimony of
20  Dr. Saed?
21         MS. CURRY: Object to the form.
22         THE WITNESS: I felt that based on his --
23  I believe that based on his deposition testimony,
24  that there were a lot of irregularities in the
25  research that he conducted.  I don't believe that

| Page 103 |
| --- |

1  the results as he stated them from his work
2  necessarily support the hypothesis that chronic
3  inflammation leads to the development of ovarian
4  cancer.
5  BY MS. GARBER:
6      Q    And with regard to your prior statement,
7  "I don't believe that the results as he stated them
8  from his work necessarily support the hypothesis
9  that chronic inflammation leads to the development
10  of ovarian cancer," is limited to the context of his
11  study that appears at reference 21?
12         MS. CURRY: Object to the form.
13         THE WITNESS: No.  I believe that what
14  you asked me about was his -- what I gleaned from
15  his deposition testimony and so I was commenting on
16  that.
17         I think that Dr. Saed is mentioned in
18  many different places, many different expert reports
19  and so to some extent, it gets confusing to me as to
20  what the source for each and every one of these
21  things is.
22         Sometimes I saw it in expert plaintiff's
23  reports or their deposition testimony.  But from
24  Dr. Saed's deposition testimony, I believe that he
25  talks about how his treatment of talc to the ovarian

| Page 104 |
| --- |

1  cancer cells causes changes in the molecular biology
2  of those cells that leads to ovarian cancer and I
3  don't believe that the reports that -- that the
4  reports of his data, the way that he puts them
5  forth, actually show that.
6  BY MS. GARBER:
7      Q    But you make that statement not having
8  read all his data, don't you?
9          MS. CURRY: Object to the form.
10         THE WITNESS: I read his report and I
11  read his deposition and I read at least one of the
12  papers from Fletcher and Saed, and I read definitely
13  references to him in other expert plaintiff's
14  reports.
15  BY MS. GARBER:
16      Q    Doctor, from reading his expert report
17  and from reading his two depositions; right?
18      A    There were two volumes to his deposition;
19  correct.
20      Q    You understood that he published a study
21  whereby he conducted an experiment with talc and the
22  cellular response, but yet you didn't ask for that
23  study?  You didn't ask to review that study itself?
24         MS. CURRY: Object to the form.
25         THE WITNESS: No, I read his testimony

| Page 105 |
| --- |

1  where he talked about those things and he had his
2  notebooks in front of him.  And I also read his
3  report, because he even discussed in his deposition
4  that the science that was in his report is the
5  experiments that he then went on to publish.
6  BY MS. GARBER:
7      Q    I see.  As a scientist, you just read a
8  deposition, you don't bother to consult the data.
9  Is that how it works?
10         MS. CURRY: Objection.  Argumentative.
11         THE WITNESS: No.
12  BY MS. GARBER:
13      Q    Don't you think the best source of
14  understanding Dr. Saed's work is to look at the data
15  itself, Dr. Saenz?
16         MS. CURRY: Object to the form.
17         THE WITNESS: I did look at the data from
18  the Fletcher and Saed paper and then --
19  BY MS. GARBER:
20      Q    But you didn't look at the 2019 data, did
21  you, Dr. Saenz?
22      A    Ma'am, I wasn't finished with my
23  response.
24      Q    I'm sorry.  Go ahead and finish.
25      A    I look at what Dr. Saed's report was and

Cheryl Saenz, M.D.

Page 106

1  there was data in that report; that is his expert
2  report.  He provided data in that expert report as
3  to the experiments that he had done and that's what
4  I looked at.
5      Q   For your critique, Doctor, don't you
6  think it would be fair for you to look at the source
7  data rather than rely on his deposition testimony
8  about those data?
9          Isn't the direct data more reliable than
10 his deposition about the data?
11         MS. CURRY:  Object to the form.
12         THE WITNESS:  I didn't say his
13 deposition.  I said his report.  His source data is
14 in his report.  He testified to as much.  The
15 written report that he submitted as an -- as an
16 expert are the experiments that he says he
17 published.  So he is the source and I had that
18 report and I read that report.
19 BY MS. GARBER:
20     Q   So his expert report is the totality of
21 his data that was published in the 2019 publication,
22 is that your testimony?
23     A   That's his testimony.
24         MS. CURRY:  Object to the form.
25 ///

Page 107

1  BY MS. GARBER:
2      Q   And all one needs to do is to read his
3  deposition to fully understand the data that is
4  referenced and described in the 2019 publication, is
5  that your testimony?
6          MS. CURRY:  Object to the form.
7          THE WITNESS:  You're misstating my
8  testimony.  What I said --
9  BY MS. GARBER:
10     Q   Why don't you clarify?
11     A   I'd be happy to.  What I said is I read
12 his report and his report is the experiments that he
13 did, that he then says he published in his
14 deposition.  But the report contains the
15 experiments.  He said he did that report for the
16 purposes of evaluating talc and its potential to be
17 carcinogenic, but he states it himself, he is the
18 source.
19     Q   Can you tell me from reading his expert
20 report what his methodologies and materials were
21 with regard to his study that was published in 2019?
22         MS. CURRY:  Object to the form.
23         THE WITNESS:  Can I have his expert
24 report in front of me so that I can make sure I
25 don't misquote anything?

Page 108

1          MS. GARBER:  Sure.  I can't give that you
2  to you right now, but you can ask your counsel to
3  look at his report.
4          THE WITNESS:  Okay.  For the purposes of
5  accuracy, I'd rather not hypothesize about what he
6  had in his report, but if I have it in front of me,
7  I would be happy to comment on it.
8          MS. GARBER:  Okay.
9  BY MS. GARBER:
10     Q   Where do you list in your references
11 Dr. Saed's abstracts?
12     A   I don't recall the name of the first
13 author on anything other than the Fletcher abstract
14 so I don't know where to find it right now.  I do
15 believe that I have seen them, but I don't know
16 where it is right now.
17     Q   Is it fair to say, Dr. Saenz, that
18 Dr. Saed's abstracts are not listed on any of your
19 reference materials?
20         MS. CURRY:  Object to the form.
21         THE WITNESS:  I don't think that would be
22 fair to say, because I just am saying that I can't
23 recall who else were first authors on his papers
24 right now.  And so I can't be sure that they are
25 aren't actually here, other than the Fletcher paper,

Page 109

1  or the Fletcher abstract, I should say.  But without
2  recalling who the first author was, I just can't
3  recall.
4  BY MS. GARBER:
5      Q   You did read Health Canada's draft
6  screening; correct?
7      A   Yes.
8      Q   Have you read any comment letters or
9  reports issued in response to the Health Canada's
10 December DSAR?
11         MS. CURRY:  Object to the form.
12         THE WITNESS:  No, I don't believe that I
13 have.
14 BY MS. GARBER:
15     Q   Have you or are you planning to comment
16 to Health Canada regarding their assessment?
17     A   No, I am not.
18     Q   Have you been asked to reply?
19     A   No, I have not.
20     Q   Have you been asked to testify at any
21 United States or state government proceedings
22 regarding talcum powder products?
23     A   No, I have not.
24     Q   Are you conducting any research in any
25 capacity concerning talcum powder products and risk

Cheryl Saenz, M.D.

Page 110

1  of ovarian cancer, and by that I mean in your
2  laboratory or at your institution?
3      A    No, ma'am.
4      Q    Have you ever applied for a grant or any
5  monies to conduct a research project on talcum
6  powder products and ovarian cancer?
7      A    No.
8      Q    Do you sit on any editorial boards for
9  any scientific journals?
10     A    As a regular editorial board position,
11 no.  But I have been an ad hoc reviewer.
12     Q    I saw that in your CV.  As an ad hoc
13 reviewer, which journals have you served on?
14     A    Let me turn to my -- is that my CV?  Yes.
15 So I've an ad hoc reviewer for Gynecologic Oncology,
16 for the Gray Journal, which is the American Journal
17 of Obstetrics and Gynecology, for Cancer, and for
18 the Journal of Pediatric Surgery Case Reports.
19     Q    In that regard, have you ever reviewed
20 any articles in connection with talcum powder
21 products and risk of ovarian cancer?
22     A    No.
23     Q    Turning back to your expert report and
24 going through it, there is at the back of your
25 report, a document titled "Table one, analysis of

Page 111

1  case control studies cited by Dr. Smith-Bindman,"
2  and table four of her expert report.
3          Do you see that?
4      A    Yes.
5      Q    What is the nature of that document?
6      A    The nature of this document was to
7  analyze and review the case control studies that are
8  cited by Dr. Smith-Bindman in her report as
9  influencing her opinion.  But in my review, in
10 reading her report, it became obvious to me that she
11 was mis-transcribing or misquoting the numbers and
12 the odds ratios and the confidence interval from the
13 original documents into her report.
14         So in my review, I wanted to make sure I
15 had accurate data and I found a number of
16 discrepancies.
17     Q    Is it your opinion that those
18 discrepancies, as you say, were made intentionally?
19         MS. CURRY:  Object to the form.
20         THE WITNESS:  I have no idea.
21 BY MS. GARBER:
22     Q    Is it your opinion that those
23 discrepancies made a difference in the outcome of
24 her opinions?
25         MS. CURRY:  Object to the form.

Page 112

1          THE WITNESS:  I believe that these
2  discrepancies misrepresent the data, and so for the
3  sakeness [sic] of trying to be accurate with the
4  data, I wanted to make sure I had an accurate
5  representation.  I do believe that this was in part
6  part of her opinion, otherwise, I don't think she
7  would have put it in her report.
8  BY MS. GARBER:
9      Q    Do you have any basis to conclude that
10 she intentionally misrepresented the data?
11         MS. CURRY:  Object to the form.
12         THE WITNESS:  I don't know why she
13 misrepresented the data.  I only know that she did.
14 BY MS. GARBER:
15     Q    You read her deposition; did you not?
16     A    Yes, I did.
17     Q    Did you read both volumes?
18     A    Yes, I did.
19     Q    What was your understanding of her
20 testimony with regard to table four in her second
21 deposition?
22     A    I don't believe I recall specifically
23 getting asked questions about table four in her
24 deposition.  I --
25     Q    You didn't read her deposition, did you,

Page 113

1  Doctor?
2      A    No, that's not true, ma'am.  I did read
3  her deposition, both volumes, cover to cover.  What
4  I recall the main focus of her deposition testimony
5  was on the individual analysis that she did, which
6  she called her own systematic review of the
7  literature that has been published and the different
8  conditions on which she made that analysis.
9      Q    I notice, Doctor, that your chart, which
10 is table one, of her table, table four, you have
11 indicated on the right-hand column mistakes in
12 reported -- mistakes in reported data in table four
13 of Smith-Bindman's report.
14         Is that correct?
15     A    Yes.
16     Q    Then you go down for the various studies
17 and you indicate a number.  So we'll just do for
18 instance, the Schildkraut paper?
19     A    Okay.
20     Q    You indicate, Schildkraut paper, and you
21 give an odds ratio or a relative risk and then you
22 give a confidence interval; correct?
23     A    Well --
24         MS. CURRY:  Object to the form.
25         THE WITNESS:  I don't give that.  That's

Cheryl Saenz, M.D.

Page 114

1  what the Schildkraut paper found.
2  BY MS. GARBER:
3      Q    That's what I'm trying to understand.  So
4  you -- so I understand the nature of your table,
5  you're giving Schildkraut's odds ratio or relative
6  risk for every use of genital talc, and then if we
7  move to the right, you're indicating whether or not
8  it's statistically significant or not statistically
9  significant; correct?
10     A    Again, I don't give these.  This is the
11 data as reported in the table.
12     Q    Understood.
13     A    I am generating this table, extracting
14 the data from the report as published, and comparing
15 it to what Dr. Smith-Bindman listed in her table
16 four.
17         So for ever versus never genital-only use
18 of talcum powder products, that's what Schildkraut
19 reports, and Schildkraut reported that that was a
20 statistically significant finding.
21     Q    In the next column for the mistakes, what
22 you're indicating here is that Dr. Smith-Bindman
23 reported an incorrect odds ratio in her table four?
24     A    That's correct.
25     Q    Okay.  Now I understand the nature of

Page 115

1  your table.
2      A    Okay.
3          MS. GARBER:  Let's mark
4  Dr. Smith-Bindman's table four and a couple
5  documents that sort of explain it from her report.
6  We'll mark that as Exhibit 6.
7          (C. Saenz Exhibit 6 was marked for
8          identification.)
9  BY MS. GARBER:
10     Q    And I'll represent for the record, this
11 does not include every page of her expert report.
12 It's meant to demonstrate table four.  And so if you
13 see at the bottom of 18, it starts to describe what
14 is going to be referenced at her table four.
15         Do you see that?
16     A    Where are you, ma'am?
17     Q    If you go to the top of page 19, first
18 paragraph.  It ends -- the last sentence says, "the
19 number of individual women included in each study
20 and the reported or estimated effect size for any
21 exposure to talc adjusted for other risk factors
22 such as age are in table four."
23         Did I read that correctly?
24     A    Yes.
25     Q    And so there she's just describing the

Page 116

1  nature of the table four; correct?
2      A    Hold on one second, please.
3          MS. CURRY:  Object to the form.
4          THE WITNESS:  She's describing that in
5  table four and table four is labeled, "list of
6  included studies with number of cancers, controls
7  and reported odds ratios."  So that's the odds ratio
8  that she claims was reported in the study for ever
9  versus never use of perineal -- the perineal
10 application of talc.
11 BY MS. GARBER:
12     Q    Does it say that, Doctor?
13     A    It does in the title.
14     Q    Did she provide any testimony about why
15 those odds ratios are slightly off in her table
16 four?
17         MS. CURRY:  Object to the form.
18         THE WITNESS:  I don't recall, but I'd be
19 happy to look at the deposition.  But specifically
20 with respect to table four, I don't recall.
21         MS. GARBER:  Okay.
22         THE WITNESS:  I do recall that her own
23 analysis, she changed numbers and things, but this
24 is table four, which is titled "reported odds
25 ratio."

Page 117

1  BY MS. GARBER:
2      Q    Is the gist of this table that you're
3  trying to convey she's misrepresenting the data, or
4  rather, there's mistakes and she's sloppy, or both?
5          MS. CURRY:  Object to the form.
6          THE WITNESS:  Again, as I testified
7  earlier, I don't know what her intention was and why
8  the data that is listed as reported odds ratios,
9  which means the published odds ratios, I don't know
10 why in this table it's different than what actually
11 was in the study.  I just know that it is.
12 BY MS. GARBER:
13     Q    Is it important to get it right in your
14 opinion?
15         MS. CURRY:  Object to the form.
16         THE WITNESS:  It's important that she --
17 if she's going to label this as reported odds ratio,
18 it's important that she transcribe the data
19 accurately.
20 BY MS. GARBER:
21     Q    Let's look at your table one.  Let's look
22 at the Schildkraut study.  You stated here that the
23 accurate odds ratio is 1.44 with a confidence
24 interval of 1.11 to 1.86; correct?
25         MS. CURRY:  Object to the form.

Cheryl Saenz, M.D.

Page 118

1    THE WITNESS:  For ever versus never
2  genital use.
3  BY MS. GARBER:
4    Q    That's incorrect, isn't it?
5    A    No, it's correct.
6    MS. GARBER:  I'll mark the Schildkraut
7  paper, which is Exhibit 7.
8    (C. Saenz Exhibit 7 was marked for
9    identification.)
10  BY MS. GARBER:
11    Q    Doctor, in the Schildkraut paper, the
12  ever or any genital use, the odds ratio is reported
13  a 1.71 with a confidence interval of 1.26 to 2.33;
14  correct?
15    A    Where are you, ma'am?
16    Q    I'm at page 1413.
17    A    And where?
18    Q    Under the results, at the bottom of the
19  page.
20    Doctor, is that what it says?
21    A    That's --
22    MS. CURRY:  Object to the form.
23    THE WITNESS:  -- what you're reading,
24  however --
25  ///

Page 119

1  BY MS. GARBER:
2    Q    Doctor, is that what it says?
3    A    Ma'am, ma'am, I said that's what you're
4  reading.  But I need you to turn to the next page,
5  which is table two, which shows any genital use has
6  an odds ratio of 1.44 with a confidence interval of
7  1.11 on to 1.86, which is the ever versus never use.
8  And that is where I draw my figure from.
9    Q    Doctor, you drew your figure from the
10  abstract, didn't you?
11    A    No.
12    MS. CURRY:  Object to the form.
13    THE WITNESS:  I drew my figure from this
14  table.
15  BY MS. GARBER:
16    Q    And though you didn't report under the
17  result section any genital powder use odds ratio
18  1.71?
19    A    Because that has to do with daily use.
20  That's not any use ever.  Any use ever is what's in
21  table two.  The table four, as in the Smith-Bindman
22  study, didn't qualify that it was for any daily use.
23    What you're reading from is any daily
24  use, whereas table two is an ever versus never,
25  which doesn't qualify the dosing to be daily.

Page 120

1    Q    Doctor, doesn't the ever use under table
2  two give the odds ratio of 1.39 with a confidence
3  interval of 1.10 to 1.76?
4    MS. CURRY:  Object to the form.
5    THE WITNESS:  That's for body powder
6  uses, ma'am.  That's not restricted to genital use.
7  BY MS. GARBER:
8    Q    Okay, Doctor.  Let's turn to
9  Dr. Smith-Bindman's deposition testimony.
10    MS. CURRY:  We've gone an hour, so if you
11  need a break, just let us know.
12    THE WITNESS:  Okay.
13  BY MS. GARBER:
14    Q    Do you have any recollection of what she
15  said, why those numbers were slightly off on table
16  four in her deposition?
17    A    No, ma'am, I already testified I'd need
18  to look at her deposition to testify specifically.
19    Do you have a copy of her deposition
20  testimony?
21    Q    I do.
22    A    Thank you.
23    ///
24    ///
25    ///

Page 121

1    MS. GARBER:  I'll represent for the
2  record that this is not her complete deposition, but
3  an excerpt where she testified about this topic.
4    (C. Saenz Exhibit 8 was marked for
5    identification.)
6  BY MS. GARBER:
7    Q    Doctor, this deposition was on Friday,
8  February 8th, on 2019; correct, Volume two?
9    A    That's what it says.
10    Q    And that is reflected that you read this
11  deposition on your reference list; correct?
12    A    Yes, ma'am.
13    Q    If we turn to page 254 of her deposition.
14    A    Okay.
15    Q    She was asked, was she not, what she did
16  to prepare for the deposition since yesterday, and
17  at lines 13 through 17, does she indicate that she
18  called the biostatistician who worked on the
19  meta-analysis for review for a few details, and that
20  her name was Dr. Hall?
21    A    That's what it says.
22    Q    Do you understand from reading her
23  deposition that it was Dr. Hall, the
24  biostatistician, who ran these numbers and not
25  Dr. Bindman?

Cheryl Saenz, M.D.

Page 122

1      A    That's what I understand from the
2  deposition testimony.
3      Q    And then if you turn to page 255, at
4  lines 16 through 25, it indicates what notes did you
5  make from your conversation with Dr. Hall.  And she
6  explains that she mostly asked her to clarify about
7  how she did the calculations and the numbers that
8  are shown in the figures.
9          She goes on to explain, she was
10  struggling to see why they were not exactly the same
11  as the ones shown in the published studies.
12         And then it --
13     A    Ma'am, I'm sorry, I believe you're
14  misquoting what it says here.
15     Q    Okay.  What do you think it says?
16     A    It says, "I was struggling to understand
17  why the numbers and the figures were not exactly the
18  same as the ones that you showed me in the published
19  manuscript."  So that's not the same as saying, in
20  published studies.
21         What Dr. Smith-Bindman is testifying to
22  here is what I was referencing before.  These are
23  questions about her own meta-analysis.  These are
24  not questions that are referring to table four.
25         Table four is separate and distinct from

Page 123

1  her own meta-analysis.  So all of this conversation
2  in her deposition is with regards to the
3  meta-analysis that she did separate and apart from
4  table four.
5      Q    That's your understanding of her
6  testimony?
7      A    That is --
8          MS. CURRY:  Object to the form.
9          THE WITNESS:  That is what is there.
10  BY MS. GARBER:
11     Q    Let's go on to page 257.  On page 257,
12  lines one through nine, does she explain what that
13  the discrepancies between the studies and what was
14  reported on table four was attributable to issues
15  with the software that the biostatistician used in
16  running those numbers?
17         MS. CURRY:  Object to the form.
18         THE WITNESS:  I'll need to read this,
19  ma'am.
20  BY MS. GARBER:
21     Q    Okay.
22     A    She makes absolutely no specific
23  reference to table four.  She talks about that there
24  are some numbers that she didn't understand, that
25  the statistician then says that there were -- it was

Page 124

1  not necessarily a problem with the software.  She
2  specified that the calculations were made by the
3  software in the program she used.  But there's
4  absolutely no reference here specifically to table
5  four.
6      Q    Do you harbor the opinion that
7  Dr. Smith-Bindman intentionally misrepresented her
8  numbers?
9          MS. CURRY:  Object to the form.
10         THE WITNESS:  I harbor the opinion that
11  table four in Dr. Smith-Bindman's report, which is
12  listed as the transcription of the reported odds
13  ratios from the published literature as ever versus
14  never use, are not actually the numbers that were in
15  that publication, or those publications.  That is
16  different than her own meta-analysis, which was her
17  own analysis that she did at the end of her report.
18         I don't know what her motivation was.  Do
19  I know that the numbers that she reported are wrong,
20  where I have highlighted that they're wrong.
21  BY MS. GARBER:
22     Q    And if in fact, it's her testimony that
23  those number are slightly off and she was not aware
24  they were slightly off, but it was attributable to
25  her biostatistician's application of a software

Page 125

1  program, do you have any criticisms of her table
2  four?
3          MS. CURRY:  Object to the form.
4          THE WITNESS:  Yes, I do.  This is not a
5  calculation.  This is a reporting of the data from
6  the studies that were published.  Whatever software
7  program her statistician used had nothing to do with
8  the production of the numbers that are in table
9  four.  The software program that she used was for
10  the purposes of her own meta-analysis.
11         Table four is supposed to be where she
12  looked at the published literature and transcribed
13  the number.  There were no computations that were
14  supposed to be getting done in table four as she
15  reported table four.
16  BY MS. GARBER:
17     Q    Do you have any basis to conclude that
18  those slight deviations from what was in the
19  published literature affected her opinions in any
20  way?
21         MS. CURRY:  Object to the form.
22         THE WITNESS:  Yes, I do.  Because she
23  reported odds ratios that were incorrect and were
24  inflated from what was actually published in the
25  literature.

Cheryl Saenz, M.D.

Page 126

1 BY MS. GARBER:
2    Q    Were they all inflated?
3    A    No, and I didn't say they were all
4 inflated. I listed when there were no mistakes in
5 what she transcribed.
6    Q    And were there were mistakes, were those
7 always an inflation of the data or were they
8 sometimes a deflation of data?
9    A    I can't recall the exact nature of all of
10 them, ma'am. There's something like 30 studies
11 here.
12    Q    Wouldn't that make a difference,
13 Dr. Saenz? If she had deflated the value, that
14 wouldn't have affected her opinion, would it?
15        MS. CURRY: Object to the form.
16 BY MS. GARBER:
17    Q    Doesn't it show that this was not done
18 intentionally?
19    A    I don't think it -- we have any idea
20 whatsoever what her intent was. The data was wrong.
21 And when you're producing a report such as this and
22 you say that this is the data that's reported in
23 those studies, then you have a responsibility to
24 accurately report that data.
25        The directionality of it doesn't make it

Page 127

1 right or -- it's wrong to incorrectly report the
2 data.
3    Q    In reading her deposition, did you glean
4 from that that she realized that those data were
5 misreported and she tried to explain why they were
6 misreported?
7        MS. CURRY: Object to the form.
8        THE WITNESS: Again, the deposition
9 testimony that you're handing me here is an
10 explanation of what her meta-analysis was and the
11 software programming that was used in order to
12 conduct her meta-analysis, has nothing to do with
13 what's been produced in table four.
14        MS. GARBER: That's your opinion.
15        MS. CURRY: Object to the form.
16        THE WITNESS: That's documented in her
17 report and in the testimony she gave. She talks
18 about this being for her meta-analysis, not for
19 table four.
20        MS. GARBER: Let's turn back to your
21 expert report.
22        THE WITNESS: Can we take a break?
23        MS. GARBER: Yes. It's a good breaking
24 point.
25        THE VIDEOGRAPHER: The time is 11:59.

Page 128

1 We're going off the record.
2        (Lunch break taken at 12:00 p.m.)
3                 0o0
4    (The deposition resumed at 12:59 p.m.)
5                 0o0
6        THE VIDEOGRAPHER: The time is now 12:58.
7 Back on the record.
8 BY MS. GARBER:
9    Q    Good afternoon, Dr. Saenz.
10    A    Good afternoon.
11    Q    With regard to Exhibit 5, your expert
12 report, your CV is attached to the back of it; is
13 that right?
14    A    Yes.
15    Q    And it looks like it was last updated
16 February of 2019; is that right?
17    A    Correct.
18    Q    Are there any amendments that you need to
19 make to your CV to make it accurate?
20    A    No.
21    Q    Does it accurately reflect all your
22 publications?
23    A    Yes.
24    Q    You don't hold yourself out as a cancer
25 biologist, do you?

Page 129

1        MS. CURRY: Object to the form.
2        THE WITNESS: I'm not formally trained in
3 cancer biology, but I have certainly worked in
4 cancer biology labs and I read the cancer biology
5 literature as it pertains to gynecologic
6 malignancies.
7 BY MS. GARBER:
8    Q    You don't have any degrees in
9 epidemiology?
10    A    I do not have any degrees in
11 epidemiology.
12    Q    You don't hold yourself out as an
13 epidemiologist, do you?
14    A    I'm not formally trained in epidemiology,
15 but I've published epidemiologic literature and I
16 certainly review epidemiologic literature on a
17 regular basis as pertains to gynecologic oncology.
18        MS. GARBER: Motion to strike as
19 nonresponsive.
20 BY MS. GARBER:
21    Q    Doctor, my question was, do you hold
22 yourself out as an epidemiologist?
23    A    I do have expertise in epidemiology and
24 gynecologic oncology.
25    Q    Do you hold yourself out as an

Cheryl Saenz, M.D.

Page 130

1  epidemiologist?  If I go to your website, does it
2  say you're an epidemiologist?
3      A    I don't have an website.
4      Q    If I went to a bio about you, does it say
5  you're a epidemiologist?
6      A    It says I'm an expert in gynecologic
7  oncology and in that includes literature on the
8  epidemiology of gynecologic oncology.
9      Q    How many times have you served as an
10 ad hoc reviewer?
11     A    Upwards of 20.
12     Q    When was the last time you served as an
13 ad hoc reviewer?
14     A    Approximately two months ago.
15     Q    What journal?
16     A    Gynecologic Oncology.
17     Q    Were any of the papers that you reviewed
18 regarding ovarian cancer?
19     A    Over the course of my career?
20     Q    I'm sorry, were any of the papers that
21 you reviewed as an ad hoc reviewer, did the topic
22 concern ovarian cancer?
23     A    Right.  So for clarification purposes,
24 you mean over the course of my career?
25     Q    Yes.

Page 131

1      A    Yes.
2      Q    When was the last time?
3      A    Oh, I don't remember.  I review somewhere
4  around two to three articles a year.
5      Q    Do you know the -- based on you being an
6  ad hoc reviewer for gynecologic -- well, strike
7  that.
8           Have you reviewed abstracts for the
9  Society for Gynecologic Oncology?
10     A    Yes.
11     Q    When is the last time you did that?
12     A    You mean for the annual meeting itself?
13     Q    Yes.
14     A    I would say, two to three years ago.
15     Q    How many times have you done that kind of
16 work in general?
17     A    At least three.
18     Q    In that regard, did you ever review any
19 papers on the topic of ovarian cancer?
20     A    Yes.
21     Q    In that regard, did you review papers or
22 presentations on the topic of talc and ovarian
23 cancer?
24     A    No.
25     Q    Attendant to your work as an ad hoc

Page 132

1  reviewer for SGO, do you know what their policies
2  and procedures are for review and acceptance?
3          MS. CURRY:  Object to the form.
4          THE WITNESS:  So I think you're kind of
5  mixing apples and oranges.  When you review for the
6  annual meeting for SGO, you're not an ad hoc
7  reviewer.  You're somebody that's either volunteered
8  to review the abstracts for presentation at the
9  meeting, or you're on the program committee and it's
10 your responsibility to review those abstracts.
11          Or you're on the marketing and
12 communications committee and you're asked to do it
13 in that role as well.
14 BY MS. GARBER:
15     Q    And in the three times that you have
16 served as a reviewer, what was your role for SGO?
17     A    So two of the times, I was invited to
18 review abstracts and to score them.  And one of the
19 times, I was actually a member of the program
20 committee that year.
21     Q    The two times that you were invited to
22 review and score, what were -- what was the nature
23 of the articles you were reviewing?
24     A    It was the breath and depth of
25 gynecologic oncology because I reviewed over 300

Page 133

1  abstracts for the annual meeting on each of those
2  occasion.
3      Q    But none of those involved talcum ovarian
4  cancer?
5      A    Not that I recall.
6      Q    The one additional time, what was the
7  nature of that one?
8      A    I was on the program committee.
9      Q    What does that entail?
10     A    That entails reviewing all of abstracts,
11 scoring them, and then going to a venue, if you
12 will, almost a two to three-day retreat where the
13 people that are actually on the program committee
14 decide which abstracts are being accepted, which
15 will be posters, which will be oral presentations,
16 and which will be highlighted with reference to
17 invited speakers.
18     Q    Would you say based on your experience,
19 it's a rigorous review to be accepted to present at
20 SGO?
21          MS. CURRY:  Object to the form.
22          THE WITNESS:  In what capacity?
23 BY MS. GARBER:
24     Q    Scientific capacity.
25          MS. CURRY:  Object to the form.

Cheryl Saenz, M.D.

Page 134

1    THE WITNESS: So I think that's really
2  kind of a gross overgeneralization of the way that
3  the meeting occurs.  There are different levels of a
4  claim, if you will, or scientific accord of the
5  abstracts, based on whether or not you're accepted
6  for a plenary session presentation versus a breakout
7  session versus a poster session.
8    And so the scientific acclaim with each
9  of those is really in descending order.
10 BY MS. GARBER:
11   Q   Are you familiar with, I'll use the
12 phrase, policies and procedures or sort of the
13 context in which you would review data for the SGO?
14   MS. CURRY:  Object to the form.
15   THE WITNESS:  What do you mean by "data"?
16 BY MS. GARBER:
17   Q   In other words, the review process, say
18 were you asked to review and you were invited to
19 review and to score data or a presentation.  Are you
20 familiar with policies and procedures of how that's
21 done generally speaking?
22   A   Well --
23   Q   In other words, is it five people, is it
24 ten people?  What level of review is it?  Just give
25 me a feel for how that process happens.

Page 135

1    MS. CURRY:  Object to the form.
2    THE WITNESS:  So I'm only familiar with
3  respect to the three times that I did serve as a
4  review for the meeting.  So to that extent, yes.
5  BY MS. GARBER:
6    Q   To that extent, yes, what?
7    A   During the three times that I did serve
8  as a reviewer for the annual meeting, I'm familiar
9  with the policies and procedures.
10   Q   Okay.  And what are these?
11   MS. CURRY:  Object to the form.
12   THE WITNESS:  I don't know what the
13 current ones are, but because I'm not on the program
14 committee this year.  But when I did serve, there
15 can be many dozen of people that review abstracts,
16 but then the ultimate decision amongst the program
17 committee as to what makes it to plenary sessions
18 versus breakout sessions versus a poster is decided
19 by a committee of -- I believe our program committee
20 was around 20 people.
21 BY MS. GARBER:
22   Q   Are you planning to go to SGO this year?
23   A   I was.
24   Q   What did you do to prepare for today's
25 deposition?

Page 136

1    A   Other than write the report?  I, as we
2  discussed earlier, read the Penninkilampi article
3  again last evening.  I looked up some other articles
4  on COX and ovarian cancer.  I've read my own report.
5    I met with counsel in preparation for
6  today.  And generally read all the expert reports
7  that we talked about, read the depositions that are
8  listed in my reference, and re-reviewed the
9  literature that is in my report over a long time
10 period.
11   Q   In preparation for today's deposition,
12 how many meetings did you have with counsel?
13   A   Since what time period?
14   Q   Just in preparation for today's
15 deposition as you would understand that question.
16   A   Do we mean back to when I was first
17 retained for this matter or do we mean since my
18 report was submitted?
19   Q   In connection with preparing for today's
20 deposition, did you meet with counsel?
21   A   Specifically for today's deposition, I've
22 had one meeting.
23   Q   How long was that meeting?
24   A   About two and a half hours.
25   Q   Who was present?

Page 137

1    A   Ms. Curry.
2    Q   Anybody else?
3    A   No.
4    Q   Were any lawyers on the phone?
5    A   No.  I was there too obviously.
6    Q   Did you have any other meetings with
7  Ms. Curry or any other lawyers in connection with
8  today's deposition, preparing for it specifically?
9    A   No.
10   Q   With regard to the documents that you
11 reviewed that you've told us about, how many hours
12 would you say you've reviewed those?
13   A   Probably in sum total, somewhere around
14 75 to 80 hours.
15   Q   So between, I thought you said between
16 February of '19 and today, you had worked about
17 15 hours?
18   A   Correct.
19   Q   So how many hours did it take you to
20 review the documents that you reference?  The
21 Penninkilampi and the COX-2 and to re-review your
22 report and those types of things, how many hours did
23 that take?
24   A   About two hours.
25   Q   Other than counsel, have you told me

Cheryl Saenz, M.D.

Page 138

1  about all conversations that you've had concerning
2  this matter?  I think it's none, but there aren't
3  any other people other than counsel you've discussed
4  this case with; is that a true statement?
5      A    That's a true statement.
6      Q    I was asking you about internal documents
7  earlier, and I want to be sure I understand some of
8  your answers.
9          Do you harbor any opinions about whether
10  or not internal documents are reliable for forming
11  the basis of an expert opinion?
12          MS. CURRY:  Object to the form.
13          THE WITNESS:  I have no opinion on that.
14  I don't believe it's -- I don't believe it's
15  important to generating my opinion.  I believe that
16  my opinion is based on what we discussed before.  So
17  internal documents don't influence my opinion one
18  way or another.
19  BY MS. GARBER:
20      Q    So if you saw a document wherein Johnson
21  & Johnson employees were admitting -- I'll just
22  throw out a hypothetical -- talc can migrate,
23  there's compelling evidence that talc can migrate,
24  that wouldn't influence your opinion?
25          MS. CURRY:  Object to the form.

Page 139

1          THE WITNESS:  I base my opinions on the
2  peer-reviewed literature and there is no literature
3  that supports that preposition [sic].
4  BY MS. GARBER:
5      Q    There's no literature?
6      A    Not on the perineum to the ovaries, no.
7      Q    Do you limit it to that?
8      A    That's the case that we're discussing,
9  that's my review.
10      Q    So when you say there's no literature
11  that supports talc can migrate, you're limiting that
12  body of literature from the perineum to the vagina;
13  is that true?
14          MS. CURRY:  Object to the form.
15          THE WITNESS:  No, I'm qualifying my
16  statement that the application of talc from the
17  perineum and whether or not it can migrate to the
18  ovaries, there's no literature that supports that
19  hypothesis.
20  BY MS. GARBER:
21      Q    Okay.  We'll get to that shortly.
22          Are you aware of circumstances where
23  scientists have gained access to internal company
24  documents and rely upon those in formulating their
25  opinions for scientific publications?

Page 140

1          MS. CURRY:  Object to the form.
2          THE WITNESS:  No.
3  BY MS. GARBER:
4      Q    Are you aware of that?
5      A    No.
6      Q    Do I now have the full list of the
7  documents that you considered in formulating your
8  opinions as referenced in your February 2019 report?
9          MS. CURRY:  Object to the form.
10          THE WITNESS:  So I think there may be
11  some confusion with respect to the Saed abstract
12  that's in my report versus what has been presented
13  in -- I should say in a published format as what was
14  the meeting that was accepted at -- I'm sorry, the
15  abstract that was accepted at a meeting, but then
16  later published in the Journal of Reproductive
17  Sciences as the abstract that had been presented at
18  the meeting.
19          During the break, I asked counsel to show
20  me the abstract and there seems to be two abstracts
21  from Fletcher and Saed that have different topics
22  but are from the same meeting.
23          So the confusion for me was that I didn't
24  realize that they were two.  One is referencing the
25  CA 125, and I think that's the abstract that was

Page 141

1  listed as to be presented at the meeting in March
2  of 2018, but then the actual journal published a
3  different abstract.
4          So that's wherein the confusion lies.
5  BY MS. GARBER:
6      Q    So are you saying now after lunch break
7  and talking to counsel, you need to correct your
8  reference list?
9          MS. CURRY:  Object to the form.
10          THE WITNESS:  I need -- so the reference
11  is correct in the sense that that is what was
12  published in the Journal of Reproductive Sciences.
13  But the abstract that talks about CA 125 looks to me
14  as though it's from the program and it's not the
15  same abstract as what was then published in the
16  Journal of Reproductive Sciences.
17          So, yes, we likely should add that other
18  abstract that wasn't in the program.
19  BY MS. GARBER:
20      Q    So you're now saying we need to add
21  something to your reference list?
22      A    Correct.  I've seen both of those.  It
23  wasn't on my list, but I think that's because one
24  was in the program, the other was in the journal,
25  and they don't match, which means most likely

Cheryl Saenz, M.D.

Page 142

1  additional data was added to what was the program
2  aspect when it finally was published in the journal.
3      Q    What is the title of the abstract that
4  you say we now need to add to your reference list?
5          MS. CURRY: I actually have a copy of it
6  if that would be helpful, if you want to mark it as
7  an exhibit.
8          MS. GARBER: Sure.
9          MS. CURRY: I'll give you a copy of both
10 of the abstracts that Dr. Saenz just testified
11 about.
12         (C. Saenz Exhibit 9 was marked for
13         identification.)
14 BY MS. GARBER:
15     Q    Doctor, I'm going to mark as Exhibit 9,
16 an abstract that --
17     A    If you want to give me the marked one --
18     Q    Thank you.  That counsel just handed me.
19 The first of two documents that counsel just handed
20 me.
21     A    Right.
22     Q    The first is dated March 10th, 2018, and
23 it's from SRI, 65th annual scientific meeting, and
24 it's titled "Talcum powder enhances cancer antigen
25 125 levels in ovarian cancer cells and in normal

Page 143

1  ovarian epithelial cells."
2          Doctor, this is the abstract that was
3  originally reflected on your reference as
4  reference 21; is that correct?
5          MS. CURRY: Object to the form.
6          THE WITNESS: I don't actually think
7  that's correct, ma'am.  I think that the second one
8  is actually the one that's listed in my reference
9  list as number 21.
10         This one, Exhibit 9, is the abstract that
11 I believe comes from the program that was to be --
12 that was for the meeting, the 65th annual meeting of
13 SRI, which was on March 10th.
14         But then when the program abstracts were
15 published, the abstract was modified.  And that's
16 what ends up in the journal and is my reference 21.
17         MS. GARBER: Okay.
18         THE WITNESS: But I've seen both of
19 these, and that's where my confusion lied, because
20 they're both from the same meeting.  It's just that
21 the one that was published in the journal was
22 modified from the one that was published in the
23 meeting program.
24 BY MS. GARBER:
25     Q    Doctor, you didn't type yourself, did

Page 144

1  you, pages 32 through 42, of your expert report, did
2  you?
3      A    I supplied the reference to counsel, but
4  I did not format this list, that's correct.
5      Q    Do you have a folder on your computer
6  which reflects the body of literature that you have
7  reviewed in connection with your expert opinions
8  that formulate the reference that you have provided
9  us?
10     A    Yes.
11         MS. CURRY: Object to the form.
12 BY MS. GARBER:
13     Q    You have not brought with you that body
14 of literature with you today.
15     A    It's all on my computer, ma'am.
16     Q    It can be downloaded to a jump drive;
17 right?
18     A    Potentially, yes.
19         MS. GARBER: Let's mark as Exhibit 10 a
20 document.
21         (C. Saenz Exhibit 10 was marked for
22         identification.)
23 BY MS. GARBER:
24     Q    And, Doctor, this would reflect an
25 abstract titled "F-098, talcum powder enhances

Page 145

1  oxidative stress in ovarian cancer cells," Nicole
2  Fletcher, Ira Memaj, and Dr. Saed.
3          Is that correct?
4      A    That's correct.
5      Q    It's your testimony that in connection
6  with your expert report, you had reviewed this
7  abstract?
8      A    Yes, ma'am.
9      Q    Do you now need to add any other
10 documents to your reference list that we have
11 reviewed today to make it accurate to reflect what
12 you have reviewed in connection with your expert
13 report or expert opinions today?
14         MS. CURRY: Object to the form.
15         THE WITNESS: So with respect to what I
16 have cited in the report, no.  Obviously, I've had a
17 very long career and there's literature that I've
18 read that is not in this report or in my reliance
19 list over the course of time, but nothing else that
20 I've referenced to or cited for the purposes of this
21 report, other than my general fount of knowledge.
22 BY MS. GARBER:
23     Q    I appreciate that.  You understand that
24 I'm entitled to know the literature you considered
25 in formulating your opinions; correct?

Cheryl Saenz, M.D.

Page 146

1    A    Absolutely.  Which is why I tried to
2  figure out at lunchtime why there was a discrepancy.
3    Q    Do you have any documentation which
4  evidences -- strike that.
5        What was your assignment as you
6  understood it when you were first retained by the
7  MDL lawyers for Johnson & Johnson?
8        MS. CURRY:  Object to the form.
9        THE WITNESS:  For this particular matter?
10       MS. GARBER:  Yes.
11       THE WITNESS:  To review the literature on
12  the topic of perineal application of talc and the
13  risk of developing ovarian cancer, to write a report
14  on that, as well as on the same evaluation that
15  plaintiff's experts made, and to essentially get my
16  opinion down on paper.
17  BY MS. GARBER:
18    Q    Were you asked to render a causation
19  opinion?
20       MS. CURRY:  Object to the form.
21       THE WITNESS:  With respect to whether or
22  not talc causes ovarian cancer -- the perineal
23  application of talc causes ovarian cancer, I would
24  say in the broadest sense; yes.
25  ///

Page 147

1  BY MS. GARBER:
2    Q    Why do you say in the broadest sense?
3  What do you mean by that?
4    A    Well, because I don't believe in any one
5  individual woman that we know what causes ovarian
6  cancer, and the issue that was put forth to me that
7  I was asked to comment on was whether or not the
8  hypothesis that perineal application of talc
9  increased the risk of ovarian cancer made sense from
10  an epidemiologic standpoint, from a biologic
11  plausibility standpoint, from a mechanistic
12  standpoint.  So that's what I mean by in the
13  broadest sense.
14  BY MS. GARBER:
15    Q    Are you saying that scientists can
16  determine what causes ovarian cancer in women
17  generally, but not what caused a given woman's
18  ovarian cancer?
19       MS. CURRY:  Object to the form.
20       THE WITNESS:  So I think science is
21  trying to determine in the broadest sense what
22  causes ovarian cancer, but I think the state of the
23  science as it exists right now has only been to
24  identify known associated risk factors.
25       I think that, as time goes on, it's

Page 148

1  certainly my hope that we can identify causes of
2  ovarian cancer, but I don't think the science is
3  there right now.
4  BY MS. GARBER:
5    Q    So you understood that one of the
6  questions that you were asked to determine is
7  whether talcum powder products can cause ovarian
8  cancer; in other words, a general causation opinion.
9  Generally speaking, can ovarian -- sorry, can talcum
10  powder products cause ovarian cancer?
11       MS. CURRY:  Object to the form.
12       THE WITNESS:  Right.  So in the broad
13  sense of, does -- is hypothesis supported by the
14  epidemiology, the mechanistic studies that exist,
15  the bio -- the migration theory that's been put
16  forth, the patient data, the clinical data that we
17  know and that we see, is the hypothesis that
18  perineal application of talc can cause ovarian
19  cancer, is that substantiated or not.
20  BY MS. GARBER:
21    Q    That's a different question.  I just want
22  to be sure I know your opinions because I don't
23  think it's clear from your report.
24       Are you going to give an opinion, and is
25  it your opinion, can talcum powder products cause

Page 149

1  ovarian cancer -- epithelial ovarian cancer, is that
2  your opinion?
3    A    My opinion --
4        MS. CURRY:  Object to the form.
5        THE WITNESS:  -- is that talcum powder
6  products cannot cause ovarian cancer.
7  BY MS. GARBER:
8    Q    Is it your opinion that talcum powder
9  products are a risk factor for epithelial ovarian
10  cancer?
11    A    It is my opinion that talcum powder
12  products are not a risk factor for the development
13  of ovarian cancer.
14    Q    Is it your opinion that asbestos can
15  cause ovarian cancer?
16    A    It --
17       MS. CURRY:  Object to the form.
18       THE WITNESS:  It is my opinion that IARC
19  has identified asbestos as causing ovarian cancer in
20  women with heavy occupational exposure, but in the
21  context of whether or not there is asbestos in the
22  talcum powder products, I do not believe that
23  asbestos, nor the talcum powder products themselves,
24  can cause ovarian cancer.
25  ///

Page 150

1  BY MS. GARBER:
2      Q   Is it your opinion, Doctor -- I heard all
3  that.  Is it your opinion that asbestos can cause
4  epithelial ovarian cancer?
5          MS. CURRY:  Object to the form.
6          THE WITNESS:  Independent of IARC's
7  findings?
8  BY MS. GARBER:
9      Q   I didn't ask you that.  I just want to
10 know what your opinion is.  I don't want you to
11 qualify it.  Just it's a yes-or-no question.
12         Can asbestos cause epithelial ovarian
13 cancer?
14         MS. CURRY:  Object to the form, asked and
15 answered.
16         THE WITNESS:  So I don't think I can
17 answer it as a yes-or-no question, because I don't
18 think the literature is clear on that topic.
19 BY MS. GARBER:
20     Q   Is it your opinion that heavy
21 occupational use of asbestos can cause ovarian
22 cancer?
23     A   Same answer.  I don't think I can answer
24 that as a yes-or-no question because I think the
25 literature on that topic is not entirely clear.

Page 151

1      Q   That is inconsistent with your prior
2  testimony, isn't it?
3          MS. CURRY:  Object to the form.
4          THE WITNESS:  I don't believe that it is.
5          MS. GARBER:  Okay.  We'll get to that.
6  BY MS. GARBER:
7      Q   I think -- I think we already identified,
8  but just let me be sure.  You do not have any
9  opinions as to whether heavy metals can cause
10 epithelial ovarian cancer; is that true?
11     A   So I have not reviewed the literature on
12 heavy metals in ovarian cancer, so you are correct.
13 I'm not giving an opinion on that.
14     Q   You are not giving an opinion on whether
15 fragrance can cause epithelial ovarian cancer?
16     A   Likewise, I'm not giving an opinion on
17 that.
18     Q   Is asbestos a risk factor for epithelial
19 ovarian cancer?
20         MS. CURRY:  Object to the form.
21         THE WITNESS:  So again, based on my
22 review of the IARC 2012 document, and based on the
23 literature that I reviewed, including the Langseth
24 paper, I do not believe that the literature that's
25 been published to date supports a clear role for

Page 152

1  asbestos increasing the risk of ovarian cancer.
2  BY MS. GARBER:
3      Q   I didn't ask you for a clear role.  In
4  your opinion, is asbestos a risk factor for
5  epithelial ovarian cancer?
6      A   Again, I don't think that's a yes-or-no
7  answer, because I think the literature is somewhat
8  inconsistent on that particular topic.
9      Q   So you don't have that opinion?
10         MS. CURRY:  Object to the form.
11         THE WITNESS:  I don't have an opinion
12 that it does or that it does not; correct.
13 BY MS. GARBER:
14     Q   You reviewed some of the plaintiff's
15 expert purports; correct?
16     A   That's correct.
17     Q   Those are all indicated on your reference
18 list; correct?
19     A   Yes.
20     Q   Would you agree that there are multiple
21 epidemiological studies that are cited in those
22 reports that showed an association between genital
23 use of talcum powder products and ovarian cancer?
24         MS. CURRY:  Object to the form.
25         THE WITNESS:  I would agree that some of

Page 153

1  the experts' reports cite to different epidemiologic
2  literature.  Some of that is demonstrating a weak
3  association with the use of perineal talc in the
4  development of ovarian cancer, in particular, in the
5  case control studies, but there's also other
6  literature that does not demonstrate such an
7  association.
8  BY MS. GARBER:
9      Q   How do you define weak, as you used it?
10     A   Weak would be an odds ratio of less than
11 two.  For this literature in particular, the odds
12 ratio tends to be in the range of 1.2 to 1.4.
13     Q   Are you saying a weak odds ratio is
14 anything less than 2.0, the point estimate?
15         MS. CURRY:  Object to the form.
16         THE WITNESS:  I'm saying that the odds
17 ratios that have been shown in the literature on the
18 case control studies are in the range of 1.2 to 1.4.
19 It's not a strong association.
20 BY MS. GARBER:
21     Q   I'm trying to get your definition of what
22 you mean by weak association.  How do you define
23 that?
24     A   I define weak as something that is above
25 one, but lower than two, and that the strength of

Cheryl Saenz, M.D.

Page 154

1 the association is such that the results of the
2 study could still be due to random chance, recall
3 bias, or confounds within the study.
4     Q    If you look at a body of literature and
5 it's greater than one, and statistically
6 significant, but does not approach a point estimate
7 of 2.0, you deem that weak literature?
8         MS. CURRY:  Objection.
9         THE WITNESS:  No, I would deem that weak
10 statistical association, a weak odds ratio.  Not
11 weak literature, that's not what I said.
12 BY MS. GARBER:
13     Q    Okay.  You deem that a weak association?
14     A    Correct.
15     Q    And what published peer review study,
16 article, text, or treatise do you have that supports
17 that statement?
18     A    So off the top of my head, I can't
19 necessarily recall one specific.  This is something
20 that I've just been taught over the years in
21 reviewing epidemiologic literature that you don't
22 just look at one thing, i.e., the odds ratio, and
23 say, whether or not that proves causation.
24         There has to be other things that would
25 support the contention of the hypothesis that would

Page 155

1 allow you to evaluate whether or not that odds risk
2 is impactful, meaningful, but just simply looking at
3 the odds ratio is not enough.
4     Q    Dr. Saenz, point me to one source that
5 says that you need a 2.0 point estimate or the study
6 data is weak.  Just point me to one, just one
7 source.
8         MS. CURRY:  Object to the form.
9         MS. GARBER:  That says that.
10         THE WITNESS:  So I actually think that
11 within the context of one of the IARC monographs
12 they talk about this, the statistical calculations
13 for some of the different risk factors, especially
14 with talc and the development of ovarian cancer.
15 And it's weak, and I believe their term is weak.  I
16 believe that IARC uses the term weak when we talk
17 about statistical associations and odd ratios of 1.2
18 and 1.3.
19 BY MS. GARBER:
20     Q    That's not way asked you, did I?  What
21 did I ask you?
22     A    I believe that's what you asked me.
23     Q    Didn't I ask you for a source that says
24 that anything below a 2.0 is deemed to be weak?
25     A    So I don't off the top of my head have an

Page 156

1 epidemiologic textbook in my recollection right now.
2     Q    I didn't ask you for a textbook.  I asked
3 you for any source, and you can't name one, can you?
4     A    As we sit here today, ma'am, I cannot
5 recall one for you.
6         MS. CURRY:  Object to the form.
7 BY MS. GARBER:
8     Q    Do you believe that the plaintiff expert
9 reports that you reviewed discussed biologically
10 plausible mechanisms of carcinogenicity based on the
11 scientific data that they reviewed?
12         MS. CURRY:  Object to the form.
13 BY MS. GARBER:
14     Q    Whether or not you agree with it, do you
15 agree that plaintiff's expert reports discuss
16 biologically plausible mechanisms of carcinogenicity
17 that were based on scientific data that they
18 reviewed?
19         MS. CURRY:  Object to the form.
20         THE WITNESS:  Which reports specifically
21 are we talking about?
22 BY MS. GARBER:
23     Q    Any of them that you reviewed.
24         MS. CURRY:  Object to the form.
25         THE WITNESS:  The various reports had

Page 157

1 different discussion of different things.  So
2 without seeing a specific report in front of me, I
3 can't assign a name to that topic matter.
4 BY MS. GARBER:
5     Q    How about the gynecologic oncologist
6 experts of plaintiffs that you reviewed, did each of
7 them discuss biologically plausible mechanisms of
8 carcinogenicity based on scientific data that they
9 reviewed?
10         MS. CURRY:  Object to the form.
11         THE WITNESS:  I do know that one or two
12 or perhaps all three of them did.  I just don't know
13 specifically which ones did.  I do believe that they
14 had a discussion of biologic plausibility, which I
15 disagreed with.
16 BY MS. GARBER:
17     Q    While I know that you disagree with
18 plaintiff's experts' causation opinions, do you
19 acknowledge that their opinions were based on
20 informed scientific medical judgment?
21         MS. CURRY:  Object to the form.
22         THE WITNESS:  No.
23         MS. GARBER:  Are you laughing,
24 Ms. Sharko?  That seems very unprofessional to me.
25         MS. SHARKO:  Well, I think your question

Cheryl Saenz, M.D.

Page 158

1   is totally misleading and very unprofessional, and
2   I'm trying to honor your request that only one
3   lawyer object.  But it's really unclear to me
4   whether you're asking her about the content or
5   whether she agrees with them.
6        MS. GARBER:  Well --
7        MS. SHARKO:  I think --
8        MS. GARBER:  -- all I heard was a laugh
9   of my question and I don't think in all my years of
10  taking depositions I've ever had defense counsel
11  laugh out loud at one of my questions.  So that's a
12  first for me, so I appreciate that.
13       MS. SHARKO:  Well, I think --
14       MS. GARBER:  Go ahead, Dr. Saenz --
15       MS. SHARKO:  -- the record will reflect
16  that you are totally exaggerating what I did.  But,
17  go ahead with what you're doing, if that's what you
18  want to do.
19  BY MS. GARBER:
20       Q    Dr. Saenz, while you do not agree with
21  plaintiff's experts' causation opinions, do you
22  acknowledge that their opinions were based on
23  informed scientific medical judgment?
24       MS. CURRY:  Object to the form.
25       THE WITNESS:  So, no, actually.  I think

Page 159

1   there's very little evidence for what they put forth
2   as biologic plausibility.  I think a lot of your
3   experts' reports were conjecture, hypothesis without
4   any scientific basis.
5   BY MS. GARBER:
6        Q    Do you think their opinions were
7   uninformed?
8        MS. CURRY:  Object to the form.
9        THE WITNESS:  I think their opinions were
10  wrong.
11  BY MS. GARBER:
12       Q    That's very different question.  You
13  disagree.  They're wrong.  But were they uninformed?
14       MS. CURRY:  Object to the form.
15       THE WITNESS:  I think that their opinions
16  were uninformed.  I don't think that they based on
17  their opinions on the literature as published,
18  because I think that had they actually read the
19  literature and analyzed it in the manner that I
20  have, they would come to the same conclusion that I
21  have.
22  BY MS. GARBER:
23       Q    Tell me which experts' you believe
24  opinions were uninformed and the reason they were
25  uninformed.

Page 160

1        MS. CURRY:  Object to the form.
2        THE WITNESS:  I believe all three of them
3   are uninformed.
4   BY MS. GARBER:
5        Q    All three who?
6        A    Drs. Wolf, Blair Smith, and
7   Clarke-Pearson.
8        Q    Why were all three of those plaintiff's
9   experts' opinions uninformed?
10       A    Because they all concluded that perineal
11  application of talc causes ovarian cancer.
12       Q    Did they base their opinions on a review
13  of published literature which included
14  epidemiological and mechanistic data?
15       MS. CURRY:  Object to the form.
16       THE WITNESS:  Not always.
17  BY MS. GARBER:
18       Q    Did Dr. Wolf, Blair Smith, and can I call
19  Dr. CP -- Dr. Clarke-Pearson, CP, Dr. CP for short?
20       A    No, you have to call him DCP.  That's
21  what we call him.
22       Q    So DCP.  Did they base their opinions on
23  medical judgment?
24       MS. CURRY:  Object to the form.
25       THE WITNESS:  Not always.

Page 161

1   BY MS. GARBER:
2        Q    What basis do you have to say they didn't
3   base their opinions on medical judgment?
4        A    I read their reports and I read their
5   depositions and there were times that what they
6   stated in their reports and their depositions was
7   unsupported by medical judgment.
8        Q    Which specifically are you thinking of
9   when you say that?
10       A    I would need to see the reports or
11  actually look at my reports and I could tell you
12  where I reference and critique what they said in
13  their reports.
14       Q    And so that's what I want to get to.
15  Your critique of those three plaintiff experts are
16  limited to what is referenced in your expert report;
17  is that fair?
18       A    No.  Also in their depositions as well.
19       Q    We'll get to that, but as you sit here,
20  what criticisms do you have of Dr. Wolf aside from
21  what you have referenced in your expert report?
22       MS. CURRY:  Object to the form.  Do you
23  have a copy of her deposition transcript and her
24  report?
25  ///

Cheryl Saenz, M.D.

Page 162

BY MS. GARBER:
1  BY MS. GARBER:
2     Q    Go ahead, Doctor, do you understand my
3  question?
4     A    I can't just give you something broadly.
5  I've done a lot of reading for my preparation to be
6  here and I don't want to misquote her. So I would
7  need to look at the actual report or deposition in
8  order to make sure that I'm giving you a complete
9  reference of -- just basically comprehensive review
10  of what my critiques are.
11     Q    And, Doctor, does anything come to mind?
12     A    Other than what I've already referenced
13  in my report, additional findings, not off the top
14  of my head, ma'am. I would need to see the
15  documents.
16     Q    What about Dr. Smith?
17     A    Same thing.
18     Q    What about doctor -- DCP?
19     A    Same thing.
20     Q    And you understand that this is my
21  opportunity to get all of your opinions and
22  criticisms and bases for those opinions; correct?
23     A    I understand that.
24     Q    And you know I have seven hours. So for
25  me to sit and watch you read a deposition would be

Page 163

1  wholly unfair of each of those witnesses; right?
2        MS. CURRY: Object to the form.
3        THE WITNESS: So my position, ma'am, is
4  that you want me to give you a comprehensive honest
5  answer and in order to do that, I would need the
6  document in front of me.
7  BY MS. GARBER:
8     Q    But you can't think of any other
9  criticisms as you sit here today?
10        MS. CURRY: Object to the form.
11        MS. GARBER: Correct?
12        THE WITNESS: Off the top of my head,
13  ma'am, no.
14  BY MS. GARBER:
15     Q    So before you read Dr. Wolf's expert
16  report and deposition, did you know her
17  professionally?
18     A    No.
19     Q    Had you ever heard of her?
20     A    No.
21     Q    And what about Dr. Smith?
22     A    No.
23     Q    And obviously you knew DCP?
24     A    Correct.
25     Q    And you know him professionally?

Page 164

1     A    Yes.
2     Q    What are the circumstances?
3     A    What are the circumstances?
4     Q    Uh-huh. How do you know him personally?
5     A    We're both gynecologic oncologists. I
6  believe that I have served -- I don't know exactly
7  when. I think I actually might have been on the
8  program committee when he was president of SGO. I
9  think that he and I have done some work together for
10  the Foundation for Women's Cancer as well. I think
11  we might have served on the board at the same time.
12  I don't have an exact recollection, but I think
13  that's quite possible.
14     Q    Does he enjoy an excellent professional
15  reputation?
16        MS. CURRY: Object to the form.
17        THE WITNESS: I believe so.
18  BY MS. GARBER:
19     Q    Do you respect him?
20        MS. CURRY: Object to the form.
21        THE WITNESS: Not with respect to this
22  matter, ma'am.
23  BY MS. GARBER:
24     Q    You respected him before you got involved
25  in this talc case?

Page 165

1     A    I still respect him as an individual. I
2  don't respect his opinion with respect to talc in
3  the development of ovarian cancer.
4     Q    Doctors can look at the same evidence and
5  come to different medical judgments, can't they?
6        MS. CURRY: Object to the form.
7        THE WITNESS: I don't believe that's
8  true, ma'am. I believe that anybody that has gone
9  as thorough analysis of this literature and looked
10  at all of the considerations would not draw any
11  conclusion other than the conclusion that I have
12  drawn.
13  BY MS. GARBER:
14     Q    What is the purpose of a second medical
15  opinion then?
16     A    What is the purpose of a second medical
17  opinion?
18        MS. CURRY: Object to the form.
19        THE WITNESS: It varies. Sometimes
20  patients want to know that what their doctor is
21  saying is accurate and true. Other times, patients
22  maybe don't hit it off personality-wise with a
23  certain practitioner and so they want to establish
24  care with someone else.
25  ///

Cheryl Saenz, M.D.

Page 166

BY MS. GARBER:

2    Q    And sometimes they seek a second medical
3  opinion because two doctors can look at the same set
4  of evidence and come to different conclusions;
5  correct?
6         MS. CURRY:  Object to the form.
7         THE WITNESS:  I don't actually think
8  that's why you see a second opinion.  I think you
9  see a second opinion to make sure that you're
10 exploring all possible alternatives.
11 BY MS. GARBER:
12    Q    Do you think expert witnesses can weigh
13 evidence differently?
14         MS. CURRY:  Object to the form.
15         THE WITNESS:  Can you define for me what
16 you mean by "weigh"?
17 BY MS. GARBER:
18    Q    Sure.  Did you weigh the evidence in your
19 expert report?  I didn't see where you had done
20 that.
21         MS. CURRY:  Object to the form.
22         THE WITNESS:  Again, can you --
23 BY MS. GARBER:
24    Q    Did you weigh it in your mind?
25         MS. CURRY:  Object to the form.

Page 167

1         THE WITNESS:  What do you mean by
2  "weigh"?
3  BY MS. GARBER:
4    Q    So if you looked at say the cohort
5  studies versus the case control studies, did you
6  weigh the case control less heavily than you weighed
7  the cohort studies?
8         Did you put any more emphasis on one type
9  of evidence as opposed to another?
10    A    So I wouldn't use the word weigh.  I do
11 believe that the cohort studies have more scientific
12 credibility than the case control studies because
13 the case control studies are subject to more biases
14 and potential confounds than the cohort studies.
15    Q    You didn't perform a weight of the
16 evidence analysis in your expert report, did you?
17    A    No, I did not.
18    Q    Coming to a different conclusion doesn't
19 mean the methodology is flawed or improper, does it?
20         MS. CURRY:  Object to the form.
21         THE WITNESS:  So in this particular
22 matter I believe that it is.  I believe that in this
23 particular matter, if you've reviewed all of the
24 literature, looked at the data that is actually
25 available from a biologic plausibility standpoint,

Page 168

1  from a mechanistic standpoint, and not hypothesized
2  about things that don't actually exist, there is
3  only one conclusion that can be drawn.
4  BY MS. GARBER:
5    Q    There are scientific bodies that have
6  concluded that talc can cause ovarian cancer; true?
7         MS. CURRY:  Object to the form.
8         THE WITNESS:  I don't believe that that's
9  true.
10 BY MS. GARBER:
11    Q    You don't?
12    A    No, I don't.
13    Q    You don't think Health Canada has come to
14 that conclusion?
15    A    No, I absolutely don't.  That's a draft
16 screening and I don't believe that they have come to
17 the conclusion that talc applied in the perineum can
18 cause ovarian cancer.
19    Q    Do you believe that IARC has concluded
20 that talc is a possible carcinogen?
21    A    IARC has classified talc in the perineal
22 application as Group 2B, which is possibly
23 carcinogenic.  That's not saying that talc causes
24 ovarian cancer.
25    Q    You disagree with that assessment?

Page 169

1    A    No, I disagree with your statement that
2  that says that talc is causing ovarian cancer.
3    Q    Well, you disagree with IARC's 2012
4  assessment of asbestos in fibrous talc.  Do you
5  disagree with IARC's 2010 and 2006 assessment of
6  non-asbestiform talc?
7         MS. CURRY:  Object to the form, misstates
8  prior testimony.
9         THE WITNESS:  I don't agree that talc
10 causes ovarian cancer.  So -- and I do believe that
11 there's more literature that has became available
12 since IARC did its analysis.  So yeah, I don't think
13 that ovarian cancer even is possibly caused by
14 perineal application of talc.
15 BY MS. GARBER:
16    Q    So you think IARC is wrong with regard to
17 non-asbestiform talc?
18    A    I think IARC is wrong.  Talc does not
19 possibly lead to ovarian cancer.  I think IARC is
20 wrong.
21    Q    Has talc been shown to be safe?
22         MS. CURRY:  Object to the form.
23         THE WITNESS:  Has talc been shown to be
24 safe in what context?
25 ///

Cheryl Saenz, M.D.

Page 170

BY MS. GARBER:

Q    In not causing ovarian cancer.

A    I don't know how you would prove a negative hypothesis, ma'am.

Q    Can you think of any data that has shown that talc is safe?

MS. CURRY:  Object to the form.

THE WITNESS:  In terms of causing ovarian cancer?

MS. GARBER:  We'll start there.

THE WITNESS:  I don't believe that any such literature exists.

BY MS. GARBER:

Q    On page eight of your expert report --

A    I'm sorry, what page?

Q    Page eight.

A    Okay.

Q    Which is Exhibit 5.  It seems to indicate that your opinion is the scientific evidence does not support a causal role in the development of ovarian cancer with the application of talcum powder products applied to the genital region.

Is that a fair assessment of your report on that page?

MS. CURRY:  You're reading -- I'm just

Page 171

trying to follow along with you.

MS. GARBER:  Under the genital application of talc and risk factor of ovarian cancer overview.

BY MS. GARBER:

Q    Is it your opinion that the scientific evidence does not support a causal role in the development of ovarian cancer with the application of talc to the perineal region?

Does your report say that?

A    Are we referring something specific --

Q    Yeah, your report, your report, Doctor.

A    Can you refer me, ma'am, to exactly where you're reading or are we doing a general statement?

Q    In the first paragraph under the heading I just read.

A    Okay.

Q    Is that your opinion?

A    Which sentence are we starting with?

Q    The second sentence.

A    Okay.  So I write, "despite many years of research on this topic, the scientific evidence does not support a causal role in the development of ovarian cancer, with application of talc to the perineal region."  Right.

Page 172

Q    Is that still your opinion?

A    That is still my opinion.

Q    And in coming to that opinion as stated in your report, you did not review the totality of relevant literature, did you?

MS. CURRY:  Object to the form.

THE WITNESS:  I don't believe that's correct.

BY MS. GARBER:

Q    Are the articles cited in the four corners of your report given any more weight than the articles that are not cited there?

MS. CURRY:  Object to the form.

THE WITNESS:  So everything that I've read, everything that I've evaluated is in my report.  If there's a particular article that you're referencing to that you think I've left out, I'd be happy to look at it right now.

BY MS. GARBER:

Q    Do you think in coming to a causation opinion, it's important to review the totality of the relevant evidence as to the topic?

MS. CURRY:  Object to the form.

THE WITNESS:  I believe that I have reviewed a very comprehensive breadth and depth of

Page 173

the literature that is available on this topic.

BY MS. GARBER:

Q    And in looking at the topic of whether or not an exposure can cause cancer, I like to call them little -- different buckets of evidence.

So would you agree that in looking at that assessment, it would be important to look at the human epidemiological literature?

A    Yes, and I have.

Q    And the totality of that literature; correct?

A    Yes, and I have.

Q    And it would be important to look at the mechanistic data or the biologically plausible mechanisms by which that agent or exposure could cause cancer; correct?

A    Yes, and I have.  And the hypothesis here is that chronic inflammation from the talc is leading to the development of ovarian cancer, and I've looked at that literature and I don't believe that that is supported.

Q    You believe that you've looked at the full body of the literature that speaks to the issue of talc and inflammation in its role in causing cancer, you believe you've looked at that full body

Cheryl Saenz, M.D.

Page 174

1  of the literature?
2       MS. CURRY:  Object to the form.
3       THE WITNESS:  In its role in causing
4  ovarian cancer; yes.
5  BY MS. GARBER:
6    Q   And do you believe that you've looked at
7  the full body of the literature that shows the
8  mechanistic ways in which inflammation can cause
9  ovarian cancer?
10      MS. CURRY:  Object to the form.
11  BY MS. GARBER:
12   Q   In other words, the pathways in which
13  inflammation can cause ovarian cancer?
14      MS. CURRY:  Object to the form.
15      THE WITNESS:  I believe that I've
16  thoroughly reviewed the hypothesis that chronic
17  inflammation can cause ovarian cancer or lead to the
18  development of ovarian cancer and I don't believe
19  that it is substantiated by the published
20  literature.
21  BY MS. GARBER:
22   Q   Let's talk about oxidative stress.
23   A   Okay.
24   Q   Is oxidative stress thought to be a
25  mechanism by which an agent or in general can result

Page 175

1  in cancer, just speaking broad picture?
2    A   Speaking --
3       MS. CURRY:  Object to the form.
4       THE WITNESS:  Speaking broad picture,
5  oxidative stress can be a response to any particular
6  stressful situation.  Inflammation is a generalized
7  process that's not necessarily carcinogenic.
8  BY MS. GARBER:
9    Q   But oxidative stress is a mechanism
10  that's understood in the medical community; correct?
11   A   Yes.
12      MS. CURRY:  Object to the form.
13      THE WITNESS:  But not in the sense of
14  oxidative stress leading to malignant transformation
15  in ovarian cancer.  There is no literature that
16  supports that.
17  BY MS. GARBER:
18   Q   There's no literature at all?
19   A   There's no literature that supports
20  mutagenicity as a result of the generation of
21  oxidative species in ovarian cancer.
22   Q   Have you reviewed the Buz'Zard paper?
23   A   No, I've not reviewed that paper.
24   Q   Have you -- and you haven't reviewed
25  Dr. Saed's 2019 paper, have you?

Page 176

1    A   Dr. Saed's 2019 paper is in his report
2  and I have reviewed his report.  Dr. Saed does not
3  ever demonstrate that generation of oxidative
4  species leads to malignant transformation.
5    Q   That's based on not reviewing his actual
6  published paper, but rather his expert report in
7  this case?
8       MS. CURRY:  Object to the form.
9       MS. GARBER:  Correct?
10      THE WITNESS:  Ma'am, his expert report is
11  what he's putting forth for his opinion to say that
12  this exists.  I've read his expert report.  There is
13  generation of oxidative stress responses.  There is
14  no data that that leads to malignant transformation.
15  BY MS. GARBER:
16   Q   Have you read the Shukla 2009 paper?
17   A   No, I have not.
18   Q   So you would have no basis to know
19  whether or not those papers provided mechanistic
20  data as to the connection between talc and ovarian
21  cancer or other forms of paper, because you've never
22  read them, right?
23      MS. CURRY:  Object to the form.
24      THE WITNESS:  There's no data, ma'am, in
25  the published literature that demonstrates that the

Page 177

1  generation of oxidative stress, reactive oxygen
2  species or nitrogen species leads to malignant
3  transformation.
4  BY MS. GARBER:
5    Q   That's not my question.  Have you read
6  the -- no, strike that.
7       You have not read the Shukla 2009 paper;
8  correct?
9    A   Correct.
10   Q   You have not read the Buz'Zard 2007
11  paper; correct?
12   A   Correct.
13   Q   And you have not read the Saed 2019
14  published paper; correct?
15   A   Ma'am, this Saed 2019 paper is in his
16  report.  So the content of that paper I have read.
17  There is no generation of malignant cells in that
18  report.
19      MS. GARBER:  Motion to strike as
20  nonresponsive.
21  BY MS. GARBER:
22   Q   I just need a yes-or-no question [sic.].
23   A   It's not a yes-or-no answer.
24   Q   Have you read the paper or not?
25      MS. CURRY:  Object to the form.

Cheryl Saenz, M.D.

Page 178

1        THE WITNESS:  I've read his report.  His
2   report details his paper.
3        MS. GARBER:  We'll get to his paper.
4   BY MS. GARBER:
5        Q    Doctor, you have not considered the
6   Shukla, Saed 2019 paper, or the Buz'Zard 2007 paper
7   in connection with your opinions; is that a true
8   statement?
9        MS. CURRY:  Object to the form.
10        THE WITNESS:  No, that's incorrect.
11   BY MS. GARBER:
12        Q    Because the Saed paper was contained
13   within his expert report, that's your testimony?
14        A    That is my testimony.
15        Q    Do you know what the findings were of the
16   Buz'Zard paper?
17        A    No, ma'am.
18        Q    Do you know what the findings were of the
19   Shukla paper?
20        A    I have a vague sense, just based on
21   reading other expert reports, that both of those
22   papers involved inflammation, but I also have a
23   vague sense that neither of those papers involved
24   malignant transformation.  But I've not read either
25   of those reports.

Page 179

1        Q    What was your basis for your vague
2   recollection of those papers?
3        A    Reading other expert reports, including
4   Dr. Saed's report, including some of the other
5   expert reports for plaintiff's side that reference
6   those papers.
7        Q    So we're here in a case wherein experts
8   have said that talcum powder products can cause
9   ovarian cancer, a very lethal cancer, and you are
10   aware of literature, and you're telling me you did
11   not review that literature.
12        MS. CURRY:  Object to the form.
13        THE WITNESS:  What I'm telling you,
14   ma'am, is that there is no literature that
15   demonstrates malignant transformation.  So have I
16   read every single paper ever published on anything?
17   No.  But I do know that there is no published
18   literature that demonstrates that talc leads to
19   malignant transformation in ovarian cells.
20   BY MS. GARBER:
21        Q    In reading the other expert reports, did
22   you review or read about Dr. Longo's testing for
23   talcum powder products and asbestos content?
24        A    I did see other experts make mention of
25   that report.

Page 180

1        Q    Did you ask for that testing from defense
2   counsel?
3        A    I did not.
4        Q    Why not?
5        A    Because I don't believe that it is
6   germane to my opinion, which based on what we've
7   already talked about before.
8        Q    You don't need to know whether or not
9   asbestos is contained in Johnson & Johnson's baby
10   powder products?
11        A    I don't, because if baby powder contained
12   asbestos or not is irrelevant to the fact that the
13   literature does not support that perineal
14   application of talc leads to an increased risk of
15   developing ovarian cancer.
16        Q    Why do you think the United States
17   government is so interested to know if Johnson &
18   Johnson's baby powder products contain asbestos?  Do
19   you think they want to know that because it doesn't
20   matter?
21        MS. CURRY:  Object to the form.
22        THE WITNESS:  I don't think that has
23   anything to do with the scientific medical question
24   that we're dealing with right here right now, ma'am.
25   ///

Page 181

1   BY MS. GARBER:
2        Q    Doctor, in your report, you fail to
3   address or discuss the poor study designs and
4   limitations of the cohort studies, don't you?
5        MS. CURRY:  Object to the form.
6        THE WITNESS:  I don't think I failed to
7   evaluate any of the studies that are in my report.
8   BY MS. GARBER:
9        Q    Do you discuss the study of limitations
10   in the cohort studies?
11        A    I don't discuss the limitations that are
12   in the cohort studies because the authors do that
13   themselves in their discussion sections.
14        Q    Don't you think it's important to
15   consider what the author says is the limitations of
16   those data in formulating your opinion?
17        MS. CURRY:  Object to the form.
18        THE WITNESS:  I did consider it.  I
19   considered it when I read the paper and that's what
20   allowed me to formulate my opinions.
21   BY MS. GARBER:
22        Q    In formulating your opinions, are they
23   based on fact that you believe the cohort studies do
24   not show an association between genital talcum
25   powder use and epithelial ovarian cancer?

Cheryl Saenz, M.D.

| | |
|---|---|
| Page 182 | Page 184 |

**Page 182**

1    MS. CURRY:  Object to the form.

2    THE WITNESS:  That's part of the data

3  that I used to formulate my opinions.

4  BY MS. GARBER:

5    Q    In formulating your opinions, I didn't

6  see any analysis in your report addressing the

7  opinions of the Health Canada assessment; is that

8  true?

9    A    So I believe that the Health Canada

10  assessment is primarily based off of the Taher

11  publishing -- actually, I take that back.  The Taher

12  manuscript, because Taher has not been published.

13  And so I don't know whether or not that actually

14  will be published; it's not something that's peer

15  reviewed.

16    And the Health Canada assessment as I

17  understand it is a draft.  That's not necessarily

18  published peer-reviewed literature either.  So

19  although I read it and I read Taher, I did not put

20  it into my analysis, because I don't think it adds

21  anything to the discussion that is already

22  incorporated in my report.

23    Q    If both of those papers were peer

24  reviewed and published -- I know that the Health

25  Canada wouldn't be peer reviewed and published, but

**Page 183**

1  if it was a final draft and it made the exact same

2  conclusions and the Taher paper made the exact same

3  conclusions, would that change your expert opinion

4  in this case?

5    MS. CURRY:  Object to the form.

6    THE WITNESS:  No, because I actually

7  don't think Taher adds anything to the analysis.

8  It's much the same data that was in Berge and in

9  Penninkilampi.

10  BY MS. GARBER:

11    Q    In your critique of -- is it true,

12  Doctor, that in the four corners of your expert

13  report you do not state anywhere the methodology

14  that you employed in coming to your causation

15  opinion?

16    MS. CURRY:  Object to the form.

17    THE WITNESS:  So I don't think I

18  necessarily had a paragraph that says exactly what I

19  did, but I certainly think the breadth and depth of

20  the literature I reviewed and the detailed analysis

21  of all the literature I reviewed is contained within

22  the details of my report.

23  BY MS. GARBER:

24    Q    In the four corners of your expert

25  report, you don't have a methodology section, do

**Page 184**

1  you?

2    A    As a separate paragraph?  No, I don't

3  have a methodology section as a separate paragraph,

4  but the details of the analysis that I did are

5  certainly in the four corners of the report.

6    Q    Doctor, nowhere in your expert report do

7  you even utilize the word "methodology," do you?

8    A    I don't know that's necessarily true.

9    Q    Doctor, isn't the point of stating what

10  your causation methodology is, so that your opinions

11  can be reproduced?

12    MS. CURRY:  Object to the form.

13    THE WITNESS:  So every single paper that

14  I read, every single opinion that I had, why I came

15  to the conclusions that I came to, is all in the

16  body of the report.

17  BY MS. GARBER:

18    Q    It is?

19    A    Yes, it is.

20    Q    Okay.  Can you point to me with regard to

21  the literature about how particulates have been

22  shown to translocate to reach the ovary?

23    Can you show me where you are discussing

24  every one of those literature, your conclusions

25  about those literature, and why you concluded the

**Page 185**

1  way you did with regard to those literature?

2    MS. CURRY:  Object to the form.

3    THE WITNESS:  Page 28.  "The vagina is

4  not the perineum, and no studies have ever shown

5  that something placed onto the perineum can migrate

6  to the ovaries.  While plaintiffs' experts discuss

7  in their reports that the female reproductive tract

8  is open to the external environment, there is not a

9  single study that traces something from the vulva to

10  the ovaries.  Some of plaintiffs' experts rely on

11  the study by Drs. Egli and Newton published in 1961

12  to support the hypothesis that talc can migrate from

13  the perineum to the ovaries."

14    I then go on to describe in great detail

15  the context of that study and the conditions under

16  which it was held.  And then I say why I've

17  concluded what I concluded.

18  BY MS. GARBER:

19    Q    One study?

20    A    Ma'am --

21    MS. CURRY:  Object to the form.

22    THE WITNESS:  -- you asked me to point

23  out one place, so I did it.

24  BY MS. GARBER:

25    Q    Okay.  But I think what you told me,

Cheryl Saenz, M.D.

Page 186

1  Doctor, is that you reviewed the full body of the
2  literature and then you analyzed it in your report.
3  And I don't see that being done.  I see you maybe
4  talking about one study or another.  I don't see you
5  analyzing the data in your report --
6      A    Okay.  So --
7      Q    -- or providing methodology for the way
8  you do it.
9          MS. CURRY:  Object to the form.
10         THE WITNESS:  Then I think you're missing
11 the context of the report because my report is quite
12 extensive.  I also reference in my reference list
13 the Ventor article which talks about migration of
14 particulate radioactive tracer from the vagina to
15 the peritoneal cavity and the ovaries.
16         So, ma'am, it's there.  It's throughout
17 the report.
18 BY MS. GARBER:
19     Q    Doctor, can you turn to me in your report
20 and tell me where I can read the methodology that
21 you employed in coming to your causation opinions?
22         MS. CURRY:  Object to the form.
23         THE WITNESS:  Ma'am, you already asked me
24 whether or not I have a section on methodology, and
25 I told you that I don't have a specific paragraph

Page 187

1  titled that.  But I do have a demonstration of the
2  extent of research that I went through in terms of
3  analyzing studies, comparing the known literature to
4  what we know based on medical and scientific fact,
5  and explaining how I came to the opinions that I
6  came to.
7          MS. GARBER:  Motion to strike as
8  nonresponsive.
9  BY MS. GARBER:
10     Q    Doctor, can you please point me to the
11 place in your report where you provide for me the
12 methodology that you employed in coming to your
13 expert opinions?
14         MS. CURRY:  Object to the form.
15         THE WITNESS:  Ma'am, I already answered
16 this for you.
17 BY MS. GARBER:
18     Q    That was your answer?
19     A    Yes, ma'am.
20     Q    In other words, you can't point me to an
21 area in your report where you provide the
22 methodology, can you?
23         MS. CURRY:  Object to the form.
24         THE WITNESS:  Ma'am, I already told you,
25 I don't have a specific section titled methodology.

Page 188

1  BY MS. GARBER:
2      Q    In your critique of plaintiffs' expert's
3  opinions, you don't provide your methodology in
4  coming to those opinions, do you?
5          MS. CURRY:  Object to the form.
6          THE WITNESS:  Ma'am, I just read you a
7  section that was from the critique of one of
8  plaintiff expert's opinions where I showed you.  I
9  read an article where it talks about migration of
10 particles.  I explained the context of that article,
11 the conditions under which that study was held, and
12 why I, therefore, dispute and disagree with your
13 expert.
14         That is a thorough explanation of how I
15 came to the conclusion that I came to and why I'm
16 critical of your expert.
17 BY MS. GARBER:
18     Q    Is that the extent of your methodology?
19         MS. CURRY:  Object to the form.
20         THE WITNESS:  Throughout my report,
21 ma'am, I'm very thorough in supporting the
22 conclusions that I have come to.
23 BY MS. GARBER:
24     Q    Dr. Saenz, can you -- strike that.
25         Can you name any causation methodologies

Page 189

1  that have been peer reviewed and published as a
2  scientifically accepted methodology for rendering a
3  causation opinion?
4          MS. CURRY:  Object to the form.
5          THE WITNESS:  I don't really understand
6  what you mean.
7  BY MS. GARBER:
8      Q    Can you think of any peer-reviewed
9  methodology that's used by scientists to render
10 causation opinions?
11         MS. CURRY:  Same objection.
12         THE WITNESS:  So throughout plaintiffs'
13 expert's reports, they talk about the Bradford Hill
14 criteria and looking at things such as the
15 literature, the epidemiologic literature, whether or
16 not it supports that, the mechanistic studies,
17 biologic plausibility, strength of association,
18 consistency in the literature.
19         So I do believe that that as a system, if
20 you will, is a methodology for trying to define
21 causation.
22 BY MS. GARBER:
23     Q    And your understanding is that's peer
24 reviewed; correct?
25     A    I don't necessarily know that Bradford

Cheryl Saenz, M.D.

Page 190

1  Hill criteria per se was peer reviewed because I've
2  not actually seen the publication.  But I do think
3  that is well accepted in the medical and scientific
4  community as criteria by which causation can be
5  evaluated.
6      Q    You didn't apply the Bradford Hill in
7  your analysis in coming to your causation opinions
8  in this case, did you?
9          MS. CURRY:  Object to the form.
10         THE WITNESS:  Oh, I disagree with that
11  completely.  I didn't sit there and outline the
12  Bradford Hill criteria by the nine criteria that are
13  listed in the original proposition.  However, my
14  analysis itself is the way that I've always analyzed
15  certain questions in looking at it.  So the actual
16  concepts of strength of association, consistency in
17  the data, biologic plausibility, that's all there.
18  That's all in my report.
19         So I didn't title it perhaps the way that
20  you wanted me to title it, but the crux of it is all
21  there in my report.
22  BY MS. GARBER:
23     Q    Did you think I wanted you to do it in a
24  certain way?
25     A    Well, I think --

Page 191

1          MS. CURRY:  Object to the form.
2          THE WITNESS:  -- there's certain things
3  that you clearly have wanted me to do in a certain
4  way that has come up a couple times now when we've
5  talked about the methodology.  So in terms of how
6  I've gone about analyzing this problem, I've
7  analyzed it the same way people go about a Bradford
8  Hill analysis.  I just haven't titled it that way.
9  BY MS. GARBER:
10     Q    You think that you have shown the reader
11  in the four corners of your expert report a Bradford
12  Hill analysis of the data in coming to your
13  causation opinions?
14     A    Absolutely.
15     Q    And how am I to find that within the four
16  corners of your report?  Where can I find that
17  Bradford Hill analysis?
18         MS. CURRY:  Object to the form.
19         THE WITNESS:  Read the report.  It's
20  throughout the report.
21  BY MS. GARBER:
22     Q    So I just have to read the report and
23  figure out where you're talking about the
24  association and whether or not you think it's weak
25  or strong or adequate?  I just have to find that

Page 192

1  somewhere in your expert report?
2          MS. CURRY:  Object to the form.
3          THE WITNESS:  So my report is a total
4  report.  There are places in there that I absolutely
5  talk about the strength of the association.  I
6  absolutely talk about consistency.  I absolutely
7  talk about biologic plausibility.  I absolutely talk
8  about the mechanisms.
9          So the report is something that's to be
10  accepted in total.  It's not like there's one page
11  to pull out and say, oh, this is that.
12  BY MS. GARBER:
13     Q    You had me reference or you turned --
14  strike that.
15         With regard to migration of talc, you had
16  me turn to page 17.  Do you remember that?
17         MS. CURRY:  Object to the form.
18         THE WITNESS:  I don't actually think
19  that's the page I had you turn to.
20  BY MS. GARBER:
21     Q    Strike that.  Doctor, in your expert
22  report, you discuss migration of talc from the
23  perineum to the ovaries at pages 17 and 18; is that
24  correct?
25         MS. CURRY:  Object to the form.

Page 193

1          THE WITNESS:  The topic of this section
2  is titled "Migration of Talc from the Perineum to
3  the Ovaries"; correct.
4  BY MS. GARBER:
5      Q    That appears at page -- at half of the
6  page on 17 and a full page at 18; correct?
7      A    Yes.
8      Q    And, Doctor, in that part of your report,
9  you fail to acknowledge the data in the
10  peer-reviewed and published author statements
11  regarding biologically plausible mechanisms for
12  talcum powder products' migration and its
13  carcinogenicity, don't you?
14         MS. CURRY:  Object to the form.
15         THE WITNESS:  No, there is no date from
16  migration from the perineum to the ovaries.
17  BY MS. GARBER:
18     Q    Are you saying, and are you contending
19  that there is no published data in the peer-reviewed
20  literature which indicates that talc can migrate?
21     A    I'm saying there's no data in the
22  peer-reviewed literature that can show that talc can
23  migrate from the perineum to the ovaries.
24     Q    Doctor, you're aware that there are many
25  epidemiological studies that have indicated that

Cheryl Saenz, M.D.

Page 194

1  talc can migrate from the genitals and reach the
2  ovaries, you're aware of those data; right?
3        MS. CURRY:  Object to the form.
4        THE WITNESS:  No, there are no data that
5  show that.
6        MS. GARBER:  I'm out of the stickers.
7        THE REPORTER:  Would you like to go off
8  the record while I print them up?
9        MS. GARBER:  Sure.
10        THE VIDEOGRAPHER:  The time is now 2:09.
11  Going off the record.
12        (Break in the deposition taken at 2:11 p.m.)
13              0o0
14        (The deposition resumed at 2:11 p.m.)
15              0o0
16        THE VIDEOGRAPHER:  The time is now 2:10.
17  Back on the record.
18        (C. Saenz Exhibit 11 was marked for
19        identification.)
20  BY MS. GARBER:
21    Q    Doctor, I'm handing to you what is a
22  document that we've marked as Exhibit 11, which is
23  titled "Biologic Plausibility Migration
24  Translocation."
25        Doctor, I will represent to you this is a

Page 195

1  document that I created.  I will represent to you
2  these are quotes from the published literature with
3  regard to talc and ovarian cancer.
4        Doctor, just -- I don't expect you to
5  read every single one of these, but do you have a
6  single one of these citations in the four corners of
7  your report?
8        MS. CURRY:  I'm going to object to the
9  use of this document as it's literally pulled out
10  one sentences, sometimes not even full sentences of
11  a variety of different articles without the expert
12  witness having the opportunity to actually look at
13  the totality of the article, say, that --
14        MS. GARBER:  I appreciate all that
15  testimony, Ms. Curry.
16        THE WITNESS:  I'm sorry, what's your
17  question?
18  BY MS. GARBER:
19    Q    Do you have a single one of these quotes
20  from the published literature in your expert report?
21        MS. CURRY:  And I object to the form of
22  the question.
23        THE WITNESS:  The quotes that you
24  yourself pulled and put on this document?
25        MS. GARBER:  Yes.

Page 196

1        THE WITNESS:  No, because none of these
2  quotes is actually scientific proof that talc can
3  migrate from the perineum to the ovaries.
4  BY MS. GARBER:
5    Q    Doctor, you understand that the authors
6  of these published -- these cited publications in
7  Exhibit 11 are statements that were pulled from the
8  peer-reviewed, published literature of these study
9  authors?
10        Do you understand that?
11    A    I understand --
12        MS. CURRY:  Object to the form.
13        THE WITNESS:  I understand that, and not
14  a single one of these is actually demonstrating
15  proof that talc applied to the perineum can migrate
16  to the ovaries.  Not a single one.
17        In fact, these are described as
18  plausibility.  These are described as particles up
19  here.  This is not scientific evidence, ma'am.  This
20  is your listing pulling one sentences out of
21  articles without documented scientific proof of the
22  migration path from the perineum to the ovaries.
23  BY MS. GARBER:
24    Q    So, Doctor, do you see the title of the
25  this document, as "Biologic Plausibility."  Do you

Page 197

1  see that?
2    A    That's your title.
3    Q    Yes.  Do you know what that means?
4    A    Yes, I do.
5    Q    What?
6    A    That there is the hypothesis of how this
7  might actually happen from a biologic standpoint.
8  But there isn't a single scientific article that has
9  actually ever traced a migratory path of talc from
10  the perineum to the ovaries, not a single one, and
11  you putting a listing here of these different
12  sentences saying, well, this article says it could
13  happen doesn't make it so.
14    Q    Doctor, you've used the word "proof"
15  there a couple of times.  Is it your understanding
16  for biologic plausibility that you need proof?
17        MS. CURRY:  Object to the form.
18  BY MS. GARBER:
19    Q    Or that it's a plausible mechanism?
20    A    My understanding --
21        MS. CURRY:  Object to the form.
22        THE WITNESS:  My understanding in this
23  particular case is that there has to be some proof
24  that a particulate matter applied to the perineum
25  can actually make it to the ovaries for the

Cheryl Saenz, M.D.

Page 198

1  hypothesis that talc can cause ovarian cancer to be
2  so.
3  BY MS. GARBER:
4      Q    That's your understanding of biologic
5  plausibility?
6      A    In this particular circumstance; yes.
7      Q    What is your understanding of biologic
8  plausibility in the context of the Bradford Hill
9  guidelines?
10         MS. CURRY:  Object to the form.
11         THE WITNESS:  My understanding is that
12  there has to be biologic evidence that what you're
13  hypothesizing could actually happen.  It doesn't
14  have to be that you have to prove that talc itself
15  could migrate, but there's no studies of any
16  migration whatsoever in the human that any
17  particulate matter applied to the perineum can make
18  it all the way to the ovaries.
19         So it doesn't have to be talc, but it has
20  to show that something can actually make it from the
21  perineum to the ovaries.
22  BY MS. GARBER:
23      Q    Let's mark as Exhibit 12 -- Doctor, the
24  point I was trying to make with this Exhibit 11 is
25  this:  There are peer-reviewed, published papers

Page 199

1  where the authors concluded that talc can migrate,
2  that it's a biologically plausible mechanism that
3  talc with migrate.
4         Do you disagree with that?
5         MS. CURRY:  Object to the form.
6         THE WITNESS:  I disagree with the concept
7  that's saying that if it migrates from the vagina to
8  the ovaries, it's the same as migrating from the
9  perineum to the ovaries.
10  BY MS. GARBER:
11      Q    That wasn't my question.
12      A    But it is, ma'am, because you didn't
13  qualify.  You're just saying talc can migrate,
14  period.  That's not the same thing.  What we're
15  talking about here is whether or not we're including
16  the entire female anatomy, and we have to do that.
17         Having a study show that something can be
18  in the vagina and make it to the ovaries is not the
19  same thing as going from the perineum to the
20  ovaries.
21      Q    Let's talk about the epi.  The epi
22  studies show that talc applied to the genitals is
23  associated with epithelial ovarian cancer in some of
24  the studies.  You'll agree to that; right?
25         MS. CURRY:  Object to the form.

Page 200

1         THE WITNESS:  Some of the case control
2  studies have shown a weak increased odds ratio for
3  the development of ovarian cancer with the perineal
4  application of talc.
5  BY MS. GARBER:
6      Q    Some of the meta-analysis, or is it, in
7  fact, all of the meta-analysis, which shows an
8  association between genital talc and the development
9  of epithelial ovarian cancer?
10      A    So the meta --
11         MS. CURRY:  Object to the form.
12         THE WITNESS:  -- the meta-analyses that
13  have been done only show that when they look at the
14  case control studies.  They don't show that when
15  they look at the cohort studies.
16  BY MS. GARBER:
17      Q    Okay.  Some of the epidemiological data
18  that shows an association between genital
19  application of talc and the development of
20  epithelial ovarian cancer also report that it's
21  biologically plausible that talc can reach the
22  ovaries from the genitals, don't they?
23      A    No.
24         MS. CURRY:  Object to the form.
25         THE WITNESS:  It doesn't.  They suppose

Page 201

1  that.  They don't actually show that.
2  BY MS. GARBER:
3      Q    But that's the authors' conclusions, that
4  it can get there.  They think it's biologically
5  plausible?
6         MS. CURRY:  Object to the form.
7         THE WITNESS:  But there's no data for
8  that.  They can conclude that, but there's no data
9  for that.  There has to be data for which to support
10  that hypothesis.  And there's not.
11  BY MS. GARBER:
12      Q    Doctor, in the peer-review process, a
13  study author who is looking at the data of genital
14  application of talc and development of ovarian
15  cancer is saying it's biologically plausible that
16  talc can go from the genitals to the ovaries, and
17  that's been peer reviewed and published, do you
18  agree with that?
19         MS. CURRY:  Object to the form.
20         THE WITNESS:  I don't agree with that
21  statement.
22  BY MS GARBER:
23      Q    No, I know you don't agree with the --
24  with the conclusion.  But do you agree that a study
25  author who studied the topic has concluded it's

Cheryl Saenz, M.D.

Page 202

1  biologically plausible.
2      A    There's always evidence, and in fact --
3      Q    Doctor, it's a yes-or-no question --
4      A    No, it's not, ma'am.
5          MS. CURRY:  Object to the form.
6          MS. SHARKO:  Please let her finish her --
7          THE WITNESS:  It's a very complicated
8  issue.
9  BY MS. GARBER:
10     Q    My question is --
11     A    It's not a yes-or-no answer.  And IARC
12 even says that it's not entirely clear that talc can
13 migrate from the perineum.  The data on that is
14 weak.
15         MS. GARBER:  Objection.  Motion to strike
16 as nonresponsive.
17 By MS. GARBER:
18     Q    Doctor --
19     A    Ma'am, I'm trying to answer you
20 comprehensively, and I'm not going to give you a
21 yes-or-no answer to something that's a complicated
22 issue.
23     Q    I just need to know if, in your review of
24 the epidemiological literature, the study authors
25 have concluded that it's biologically plausible that

Page 203

1  talc can migrate from the genitals to the ovaries.
2  Have they said that in the studies?  I know you
3  disagree with it.  But has that been peer reviewed
4  and published?
5          MS. CURRY:  Object to the form.
6          THE WITNESS:  No one has concluded that
7  because there's no data for that.  They have offered
8  it as a hypothesis, but nobody has come to that
9  conclusion, because there's no data.
10 BY MS. GARBER:
11     Q    The study authors have indicated that
12 it's biologically plausible that talc can migrate
13 from the genitals to the ovaries; true or false?
14         MS. CURRY:  Object to the form.
15         THE WITNESS:  Some of the study authors
16 have supposed that it's possible.  None of them have
17 shown that it actually happens.
18         MS. SHARKO:  Is this a good time for a
19 break?
20         MS. GARBER:  Do you want to take a break
21 now?
22         MS. CURRY:  Yes, that would be great.
23         THE VIDEOGRAPHER:  The time is now 2:19.
24 We're going off the record.
25     (Break in the deposition taken at 2:20 p.m.)

Page 204

1              0o0
2      (The deposition resumed at 2:37 p m.)
3              0o0
4          THE VIDEOGRAPHER:  Time is now 2:36.
5  Back on the record.
6  BY MS. GARBER:
7      Q    Doctor, you cited to the Langseth paper
8  2008 in your expert report; correct?
9      A    Correct.
10     Q    But you didn't cite to or address the
11 statements that were made in that paper with regard
12 to the issue of the biologically plausible mechanism
13 by which talc can migrate to the ovaries, did you?
14         MS. CURRY:  Object to the form.
15         THE WITNESS:  Can you show me exactly
16 what you're talking about.
17 BY MS GARBER:
18     Q    I can.
19     (C. Saenz Exhibit 12 was marked for
20         identification.)
21 BY MS. GARBER:
22     Q    Doctor, I've marked as Exhibit 12 the
23 Langseth 2008 paper titled "Perineal Use of Talc and
24 Risk of Ovarian Cancer."
25         You have read that paper, have you not?

Page 205

1      A    Yes, I have.
2      Q    And, Doctor, on the front page of this
3  paper in the left-hand column about halfway down, do
4  you see where it starts from the pathological
5  studies?
6      A    "From pathological studies, it is known
7  that particles and fibers that enter the body can
8  migrate to distant organs."
9      Q    Can you keep reading?
10     A    "For instance, asbestos fibers have been
11 found in ovaries from women exposed to asbestos.
12 Analogously, following perineal application, talc
13 particles can migrate from the vagina to the
14 peritoneal cavity and ovaries."
15     Q    And you disagree with that?
16     A    I do.
17     Q    And you know that --
18     A    May I explain why, ma'am?
19     Q    No, no.  It's --
20     A    Well, but you asked me a question.
21     Q    Doctor, I asked you a question, and I'll
22 ask you another.  Doctor --
23     A    That cites the Ventor article which is
24 reference six which actually does not put talc on
25 the perineum.

Cheryl Saenz, M.D.

Page 206

1    Q    Doctor --
2    A    It's in the vagina.
3    Q    Doctor --
4         MS. GARBER:  Motion to strike as
5    nonresponsive.
6    BY MS. GARBER:
7    Q    Doctor, this paper is peer reviewed,
8    correct?
9    A    Yes.
10   Q    And published?
11   A    Yes.
12   Q    Including those statements you just read.
13   A    Which are misstatements from the actual
14   original publication.
15   Q    So the authors from IARC, some of the
16   authors from IARC who published this paper got it
17   wrong in your opinion?
18   A    Got it --
19        MS. CURRY:  Object to the form.
20        THE WITNESS:  Got it wrong in that
21   statement because that's not what Ventor article
22   shows.
23   BY MS. GARBER:
24   Q    Okay.  You also read the Ness -- you also
25   read -- or you also reference the Ness 2000 paper in

Page 207

1    your expert report; did you not?
2    A    Yes, I do.
3    Q    When I say reference, I mean it's on your
4    reference list; correct?
5    A    And I cite it in my paper.
6         (C. Saenz Exhibit 13 was marked for
7         identification.)
8    BY MS. GARBER:
9    Q    I will hand you that paper.  I've marked
10   that as Exhibit 13.
11        MS. SHARKO:  What is Exhibit 13?
12        MS. GARBER:  The paper is titled "Factors
13   Related to Inflammation of Ovarian Epithelium and
14   Risk of Ovarian Cancer."
15   BY MS. GARBER:
16   Q    Did I read that correctly?
17   A    Yes.
18   Q    Doctor, if you turn over to page 116, in
19   the left-hand column, first full paragraph, could
20   you read, could you read for me the last sentence.
21   A    I'm sorry, where?
22   Q    Left-hand column, first full paragraph --
23   A    Yes.
24   Q    -- last sentence.
25   A    "Substances that may cause lower genital

Page 208

1    tract inflammation such as talc can travel up an
2    open genital tract, but with tubal ligation or
3    hysterectomy, that pathway is cut off, thereby
4    reducing the risk of environmentally mediated
5    inflammation."
6    Q    Do you also disagree with this
7    peer-review author?
8         MS. CURRY:  Object to the form.
9         THE WITNESS:  On what, on that sentence?
10        MS. GARBER:  Yes.
11        THE WITNESS:  That sentence says nothing
12   about the perineum.  So I don't disagree with that
13   sentence because it could be something that's in the
14   vagina.
15   BY MS. GARBER:
16   Q    Okay.  So is it your opinion that talc
17   can migrate from the vagina to the ovaries, but when
18   it's placed at the perineum, it cannot travel
19   through the perineum into the vagina up the female
20   tract to the ovaries?
21        MS. CURRY:  Object to the form.
22        THE WITNESS:  So my opinion is that
23   there's never been a study that's looked at the
24   travel of particulate matter from the perineum to
25   the ovaries.

Page 209

1         But when we're talking about biologic
2    plausibility, there have been studies that have
3    shown that some particulate matter placed into the
4    vagina under certain experimental conditions can
5    migrate to the ovaries.
6    BY MS. GARBER:
7    Q    So is it your opinion that talc can
8    migrate from the vagina up to the ovaries?
9    A    I don't know one way or another, but I do
10   think that in terms of biologic plausibility, there
11   is some data that there can be particulate matter
12   that can make it to the ovaries, but I don't
13   actually know one way or another if talc can do
14   that.
15   Q    Does the literature support a
16   biologically plausible mechanism that talc once in
17   the vagina can reach the fallopian tubes and
18   ovaries?
19        MS. CURRY:  Object to the form.
20        THE WITNESS:  I would say only under
21   certain controlled situations such as the literature
22   that I cited in my report where a slurry of
23   particles, be they carbon particles or albumin
24   microspheres were placed into the posterior vagina.
25   The women were placed into Trendelenburg.

Cheryl Saenz, M.D.

Page 210

1    In the Egli study, they were given
2  oxytocin injections to incite uterine contractions,
3  so under those particular experimental
4  circumstances, there has been demonstration of
5  particulate matter in a slurry making it to the
6  ovaries.  But outside of that context, there is no
7  literature.
8  BY MS. GARBER:
9    Q    So those data don't have -- cannot be
10  properly extrapolated to the human experience in
11  your opinion?
12    MS. CURRY:  Object to the form.
13    THE WITNESS:  What human experience?
14  BY MS. GARBER:
15    Q    Well, if talc is going to migrate from
16  the vagina to the ovaries, does a woman need to be
17  in Trendelenburg position?
18    MS. CURRY:  Object to the form.
19    THE WITNESS:  So there's no data without
20  that, for any particulate matter, so I can only
21  speak to what has actually been published in the
22  peer-reviewed literature, and those are the
23  experimental conditions under which particulate
24  matter has been shown to be found in the ovaries
25  after placement in the vagina.

Page 211

1  BY MS. GARBER:
2    Q    Have you read the Sjosten paper?
3    A    The -- I'm sorry, which one?
4    Q    S-J-O-S-T-E-N, with regard to starch
5  particulate on gloves following a vaginal
6  examination?
7    A    No, I've seen that referenced in some of
8  the expert reports, but that's a different
9  circumstance where my understanding is that gloves
10  were used for a pelvic exam and then they looked
11  for, I believe it was, cornstarch.
12    Q    You understand that the FDA has banned
13  powdered gloves based on properties of inflammation
14  and toxicity to the female genital tract following
15  exam.  You're aware of those data, aren't you?
16    MS. CURRY:  Object to the form.
17    THE WITNESS:  So I've not seen the FDA
18  report.  I don't know that it was actually toxicity,
19  the word that you've chosen to use.  I do know that
20  we no longer have powder on surgical gloves.
21  BY MS. GARBER:
22    Q    I asked you about that in your deposition
23  before.  Do you remember that?  You hadn't seen
24  those?  Don't remember that?
25    A    Sounds like I'm still answering the same.

Page 212

1    Q    You didn't think you wanted to go look at
2  that study or the FDA's banned and figure out why?
3    A    No.
4    MS. CURRY:  Object to the form.
5  BY MS. GARBER:
6    Q    Weren't curious?
7    A    No, ma'am, because again it's not
8  perineal application.
9    Q    Okay.  So I think I understand your
10  opinions.  If talc were in the vagina and the woman
11  was under the circumstances of exogenous oxytocin in
12  a Trendelenburg position, it may be the case that
13  talc could get there.
14    Is that the limitations of your opinion?
15    MS. CURRY:  Object to the form.
16    THE WITNESS:  So when we're talking about
17  biologic plausibility --
18    MS. CURRY:  I'm sorry, it's highly
19  distracting, Ms. Thompson, when you're making
20  gestures and faces and speaking to other co-counsel
21  when a question is pending and the witness is trying
22  to focus and --
23    MS. THOMPSON:  Okay, I apologize.  I
24  didn't realize that was -- could be overheard.  At
25  least I wasn't laughing.

Page 213

1    MS. CURRY:  Smirking is very similar, but
2  in any event, it's very distracting.
3    THE WITNESS:  When we're talking about
4  biologic plausibility, I would apply the science
5  that is known in terms of trying to demonstrate
6  whether or not there is biologic plausibility.  And
7  the only studies that exist in humans are studies
8  where the particulate matter arises in the vagina
9  under those circumstances.
10    So in that circumstance, because of that,
11  I cannot say that talc does get to the ovaries that
12  way, but I would say that that it's biologically
13  plausible in those circumstances.
14  BY MS. GARBER:
15    Q    You haven't seen the Zervomanolakis paper
16  on -- with regard to mechanisms by which particulate
17  can travel, have you?
18    MS. CURRY:  Object to the form.
19    THE WITNESS:  From where to where?
20  BY MS. GARBER:
21    Q    Are you aware of that?  It's not a paper
22  that you've cited.  Are you aware of that paper by
23  study author?
24    A    No, ma'am.
25    Q    Okay.  We've already established, you

Cheryl Saenz, M.D.

Page 214

1 haven't seen the Sjosten paper; that's correct?
2    A    The paper --
3        MS. CURRY:  Object to the form.
4        THE WITNESS:  -- itself, no, but I've
5 seen where it's been referenced, and I believe I
6 understand the crux of that study.
7 BY MS. GARBER:
8    Q    Have you seen the Koontz paper?  Do you
9 know that paper?
10    A    No, ma'am.
11    Q    Have you looked at Ventor 1981, ma'am?
12    A    Yes, ma'am, it's on my reference list.
13    Q    Have you seen Whittemore, 1988, what that
14 author says about migration?
15    A    Yes, ma'am, it's on my reference list.
16    Q    Okay.  All right.  So Dr. Ness concludes
17 in her 2000 paper that the female genital tract is
18 open; correct?
19    A    What page are we on?
20    Q    On the last page that I just had you
21 read, 116.
22    A    Where are we, ma'am?
23    Q    At the top of the paragraph you just
24 read.  Beginning with the sentence, "Substances."
25    A    Right, I disagree with her, ma'am, and

Page 215

1 she also doesn't cite a single reference for that
2 supposition.
3    Q    Did you cite a single reference when you
4 said the female genital tract was closed?
5        MS. CURRY:  Object to the form.
6        THE WITNESS:  I talk about the female
7 anatomy, ma'am.
8 BY MS. GARBER:
9    Q    Did you cite a single reference when you
10 said the female genital tract is not an open
11 conduit?
12    A    It's the anatomy.  I'm a gynecologic
13 oncologist.  I understand the anatomy.
14    Q    So that's your opinion, that's Cheryl
15 Saenz's opinion?
16    A    No.
17        MS. CURRY:  Object to the form.
18        THE WITNESS:  It's the female anatomy.
19 BY MS. GARBER:
20    Q    Doctor, when I took your deposition, did
21 you tell me that there was an open pathway --
22        MS. CURRY:  Object to the form.
23        MS. GARBER:  -- in the female genital
24 tract?
25        THE WITNESS:  From where to where?

Page 216

1 BY MS. GARBER:
2    Q    Let's look at your testimony.  It's now
3 your opinion that it's not an open conduit --
4    A    No.
5    Q    -- the female genital tract; right?
6        MS. CURRY:  Object to the form.
7        THE WITNESS:  Not from the perineum to
8 the ovaries.
9 BY MS. GARBER:
10    Q    That's not what your report says, does
11 it?  Let's go to what your report says.
12        At the bottom of page 17, your report
13 indicates, "But the vagina is not the perineum and
14 the female genital tract is not an open conduit,
15 despite Drs. Clark, Pearson, and Smith-Bindman's
16 contrary contentions in their depositions?"
17    A    Exactly.
18    Q    So it's your opinion that the female
19 genital tract is not an open system or tract;
20 correct?
21    A    From the --
22        MS. CURRY:  Object to the form.
23        THE WITNESS:  -- outside, from the
24 perineum, which is very different than from the
25 vagina.

Page 217

1 BY MS. GARBER:
2    Q    Is it an open system once you get into
3 the vagina to the ovaries?
4    A    There is a way that you can pass up
5 through the cervix once something is in the vagina.
6 But as an external genitalia stands in a woman, it's
7 not an open pathway.
8        This is why we need to put a speculum in
9 somebody's vagina in order to see into the vagina.
10 You can't see into the vagina just from looking at
11 the perineum.  You have to separate the labia
12 majora, minora, you have to put in a speculum, and
13 you have to open it.  It's not wide open from the
14 external genitalia to the ovaries.
15    Q    Doctor, I'm going to hand you your
16 deposition testimony from the Echeverria case, and I
17 will show it to you.  But the question I asked you
18 is, is the female genital tract an open pathway from
19 the vagina to the peritoneal space.
20        And your answer was:  "In a woman that
21 has not had a hysterectomy or a tubal ligation,
22 there's a pathway of ascension."
23        Is that still your opinion, Doctor?
24    A    Yeah, that's no different than what I
25 just said to you.

Cheryl Saenz, M.D.

Page 218

1    Q    Okay.
2    A    May I see that back, please, ma'am?  I
3  just want to make sure --
4    Q    Of course.
5    A    -- you're reading it accurately.  Thank
6  you.  Yes, ma'am.  Thank you.
7    Q    Doctor, if it's an open pathway, then why
8  at the bottom of 18 in your expert report do you
9  spend a half a page talking about the barriers to
10  ascension of that open female tract?
11       MS. CURRY:  Object to the form.
12       THE WITNESS:  Because that's the female
13  anatomy.  That would be the challenges that any
14  particular matter would face in order to ascend
15  through retrograde migration.  And what we're
16  talking about in this particular matter is the
17  perineal application of talc which is not the
18  vagina.
19  BY MS. GARBER:
20    Q    So it's your opinion that particulate
21  that sits on the perineum has no opportunity to get
22  inside the vagina.
23    A    It's my opinion that there's never been
24  anything that has been published in the
25  peer-reviewed literature that shows that something

Page 219

1  can migrate from the perineum to the ovaries.
2    Q    That study would never be approved
3  because it's ridiculous; isn't that true?
4       MS. CURRY:  Object to the form.
5  Argumentative.
6       THE WITNESS:  Why would that be
7  ridiculous?
8  BY MS. GARBER:
9    Q    Because of course something on the
10  perineum is going to get inside the vagina.  What
11  about the issue of sexual intercourse?  Are you
12  saying that sexual intercourse doesn't drive what's
13  on the outside on the inside?
14       MS. CURRY:  Object to the form.
15  BY MS. GARBER:
16    Q    Is that not a possibility, Doctor?
17       MS. CURRY:  Object to the form.
18       THE WITNESS:  There's no data to support
19  your opinion, ma'am.
20  BY MS. GARBER:
21    Q    Is there -- is the fact that a woman who
22  applies genital talc to her perineum and then wipes,
23  using the bathroom, that would not be an opportunity
24  for talc to go inside the vaginal wall?  That would
25  be an impossibility?

Page 220

1       MS. CURRY:  Object to the form.
2       THE WITNESS:  I don't know how somebody
3  would wipe in order for your possibility to exist.
4  That would be mean that you're actually putting the
5  toilet paper into your vagina which would be a very
6  different scenario than perineal application of
7  talc.
8  BY MS. GARBER:
9    Q    Would it not be an opportunity for talc
10  to get inside the vagina by way of exercise and
11  movement?
12    A    I do not --
13    Q    Moving of the tissues?
14    A    No.
15       MS. CURRY:  Object to the form.
16       THE WITNESS:  That's not how the female
17  anatomy lays and opposes upon itself.  So no.
18  BY MS. GARBER:
19    Q    So it's your opinion and you're going to
20  tell this court that what gets put on the outside of
21  the female genital tract on the perineum has zero
22  opportunity to go into the vaginal vault, that can't
23  happen, because that study hasn't been done?
24       MS. CURRY:  Object to the form.
25       THE WITNESS:  I'm not aware of any study

Page 221

1  that has every documented the migration of any
2  particulate matter from the perineum into the vagina
3  and then to the ovaries, not a single one.
4  BY MS. GARBER:
5    Q    You know that your obligations under ACOG
6  are you're only able to testify as to what you know
7  could be peer reviewed.  Is it your testimony that
8  you would put up for peer review a statement like
9  that, that what is on the perineum can't possibly
10  get inside the vaginal vault?
11       Would you submit that for peer review,
12  Doctor?
13       MS. CURRY:  Object to the form.
14       THE WITNESS:  It's not a peer-reviewed
15  study, ma'am.  I'm making a statement very
16  consistent with what ACOG requires me to do, which
17  is to use peer-reviewed literature to render my
18  opinions.
19       And there is no peer-reviewed literature
20  to support what you're contending.  So very
21  consistent with ACOG guidelines, I'm not giving an
22  opinion to something that there is no data for.
23  ////
24  ////
25  ////

Cheryl Saenz, M.D.

Page 222

1      MS. GARBER:  Let's actually look at what
2  ACOG says.  I'm going to mark as -- I'm so sorry,
3  Ms. Curry, I only have one copy of this.
4      (C. Saenz Exhibit 14 was marked for
5      identification.)
6  BY MS. GARBER:
7    Q    Doctor, this is an ACOG committee opinion
8  document, and if I could have you turn to -- it's
9  titled "Expert Testimony" and it talks about expert
10  testimony.  If I could have you turn to page two of
11  three of this document.
12      MS. SHARKO:  What exhibit number is this,
13  ma'am?
14      MS. GARBER:  I'm sorry.  14.
15  BY MS. GARBER:
16    Q    Doctor, can you turn, please, to page two
17  of three, under the numbered principles that are
18  offered as guidelines for the physician who assumes
19  the role as an expert witness.
20      Do you see where I am?
21    A    Yes.
22    Q    Number six says, "The physician must be
23  prepared to have the testimony given in any judicial
24  proceeding subjected to peer review by an
25  institution or professional organization to which he

Page 223

1  or she belongs."
2      Did I read that correctly?
3    A    Yes.
4    Q    Would you be willing to have that
5  statement, that particulate that is sitting on the
6  perineum can't possibly get into the vaginal vault?
7  Would you be willing to have that expert opinion
8  subjected to peer review?
9    A    So first of all, I think you're
10  misquoting what I said.  What I said, and I would be
11  more than happy to have subject to peer review, is
12  that I'm unaware of any literature that has
13  demonstrated the migration of something from outside
14  the perineum into the vagina and to the ovaries.  I
15  would be very, very proud and supportive of that
16  being subject to peer review.
17    Q    There's zero literature that has said
18  that talc can get from the perineum to the ovary,
19  zero literature, none.
20      MS. CURRY:  Object to the form.
21      THE WITNESS:  Zero scientific literature
22  to support that contention.  There is no experiment
23  that's ever been done that has showed that.
24  BY MS. GARBER:
25    Q    Are you aware that the FDA has said that

Page 224

1  talc from the perineum to the ovary, the migration
2  of talc from the perineum to the ovary, is
3  indisputable.  You cited that in your expert report,
4  didn't you?
5    A    I did.
6    Q    So let's look at that.
7      (C. Saenz Exhibit 15 was marked for
8      identification.)
9  BY MS. GARBER:
10    Q    I will mark as Exhibit 15 a letter which
11  you have referenced in your reference list in your
12  expert report; correct?
13    A    Yes.
14    Q    It's dated April 1st, 2014.  It's sent
15  from the FDA to a Samuel Epstein, MD; correct?
16    A    Yes.
17    Q    And, Doctor, you have read this letter,
18  haven't you?
19    A    Yes.
20    Q    You reference it under the migration
21  section of your expert report?
22    A    Yes.
23    Q    In fact, you say, at page 17, "And even
24  the USFDA administration have stated, quote, 'While
25  there exists no direct proof of talc in ovarian

Page 225

1  carcinogenesis, the potential for particulates to
2  migrate from the perineum to the vagina to the
3  peritoneal cavity is indisputable."
4      Then the cite to this Exhibit 15;
5  correct?  That's what your expert report says?
6    A    That is what my expert report says.
7    Q    In fact, let's turn to what that says and
8  where.  At page five, the middle of the page, the
9  letter actually indicates the same.  It's a direct
10  quote.  "While there exists no direct proof of talc
11  in ovarian carcinogenesis, the potential for
12  particulates to migrate from the perineum to the
13  vagina" --
14    A    "And the vagina" -- or "and vagina."
15    Q    -- "from the perineum and the vagina to
16  the peritoneal cavity is indisputable."
17      FDA says the fact that it can go from the
18  perineum to the peritoneal cavity is indisputable.
19  Correct?
20    A    That's what the FDA says.
21    Q    But you disagree with the FDA.
22    A    I completely disagree with the FDA, on
23  that statement.
24      MS. SHARKO:  I see you laughing,
25  Ms. Thompson.

Cheryl Saenz, M.D.

Page 226

1    MS. THOMPSON: I didn't laugh. I smiled
2 at Ms. Garber.
3    MS. SHARKO: I think that was a laugh.
4    MS. THOMPSON: We'll let the --
5    MS. SHARKO: Let the jury decide.
6    MS. THOMPSON: Did the tape-record --
7 recording say.
8    THE WITNESS: Ma'am, I heard you.
9    MS. THOMPSON: Okay. We'll let the
10 record speak for itself.
11    (C. Saenz Exhibit 16 was marked for
12    identification.)
13    MS. GARBER: Dr. Saenz, I'm going to mark
14 another Exhibit 16, and I'll represent to you, this
15 is an internal document that was produced attendant
16 to this litigation by Johnson & Johnson.
17    MS. CURRY: Do you have an extra copy?
18    MS. GARBER: I do. Sorry.
19 BY MS. GARBER:
20    Q    Doctor, so we can get oriented, I'll just
21 represent to you, Luzenac is one of the defendants
22 in this case. Their director of product safety,
23 Richard Zazenski is emailing Bill Ashton of J&J --
24 or not emailing, sorry. This is a fax. The date is
25 September 30th, 2004.

Page 227

1    It reads: "Bill, I came across this
2 paper this morning published in the April 2004
3 journal, Human Reproduction, an official journal of
4 the European Society for Human Reproduction and
5 Embryology. It offers some compelling evidence in
6 support of the migration hypothesis?"
7    You have not seen that before, have you?
8    A    No, ma'am.
9    Q    Do you remember being shown that in the
10 Echeverria trial?
11    A    No, I don't remember.
12    Q    Johnson & Johnson -- well, strike that.
13    It looks like defendants thought that was
14 compelling evidence that talc can migrate. Do you
15 disagree with that?
16    MS. CURRY: Object to the form.
17    THE WITNESS: So, one, I've not seen this
18 article that they're referencing to, so I don't know
19 what is being interpreted as compelling evidence and
20 not in a position to evaluate this facsimile on any
21 level.
22    MS. GARBER: Okay.
23 BY MS. GARBER:
24    Q    And the article that is being discussed
25 is the Sjosten paper, which I asked you about

Page 228

1 earlier, which you said you had not seen. The
2 Sjosten paper that is included in this facsimile is
3 titled "Retrograde Migration of Glove Powder in the
4 Human Female" -- "in the Human Female Genital
5 Tract."
6    Did I read that correctly?
7    A    Yes.
8    Q    You've not seen that study?
9    MS. CURRY: Object to the form.
10    THE WITNESS: I've only seen references
11 to the study.
12 BY MS. GARBER:
13    Q    Here there is a fax from Luzenac to Bill
14 Ashton, saying that the study provides compelling
15 evidence of the migration hypothesis. Do you agree?
16    A    No.
17    Q    You don't?
18    A    No.
19    Q    You don't agree with the data or you
20 don't agree that that's what that fax says?
21    A    The fax --
22    MS. CURRY: Object to the form.
23    THE WITNESS: -- says that, but I don't
24 agree that the study supports that.
25 BY MS. GARBER:

Page 229

1    Q    But you've never read the street, Doctor?
2    MS. CURRY: Object to the form.
3    THE WITNESS: Ma'am, I've just read the
4 abstract because you've handed it to me, and I've
5 also seen it referenced in the expert reports
6 before. And this is a study that's looking at women
7 undergoing pelvic exams with powder on the gloves.
8 That's not powder being applied to the perineum.
9    And as I read this abstract, that's
10 exactly what they say happened. Women underwent
11 pelvic exams. That means the fingers went into the
12 vagina.
13 BY MS. GARBER:
14    Q    Do you make a habit of looking at an
15 abstract and rendering scientific opinions? I mean,
16 you looked at that abstract for about 30 seconds.
17 And then you rendered an opinion about the study.
18    Is that your custom and practice, Doctor?
19    MS. CURRY: Object to the form.
20    THE WITNESS: You asked me to comment on
21 that and whether or not I believe this facsimile
22 supported the contention of the people faxing each
23 other, ma'am. So I thought I needed to give you an
24 answer to your question so that's why I did that.
25 BY MS. GARBER:

Cheryl Saenz, M.D.

Page 230

1    Q    The truth is, after Echeverria, you knew
2  full well about this internal document.  It was used
3  in that litigation and the study that was behind it,
4  but you never bothered to go back and read it, did
5  you?
6         MS. CURRY:  Object to the form.  Would
7  you like her to review the --
8         MS. GARBER:  I'll --
9         MS. CURRY:  -- what's attached now?
10         MS. GARBER:  I'll withdraw that question.
11  BY MS. GARBER:
12    Q    If we could go -- do you still have it in
13  front of you?
14    A    Which one, ma'am?
15    Q    Exhibit 16.
16    A    Yes.
17    Q    The fax goes on to say, "Combine this
18  evidence with the theory that talc deposition in the
19  ovarian epithelium initiates epithelial
20  inflammation, which leads to epithelium
21  carcinogenesis, and you have a potential formula for
22  NTP classifying talc as a causative agent in ovarian
23  cancer."
24         Did I read that correctly?
25    A    You read it correctly.

Page 231

1    Q    Do you understand what the author is
2  saying there?
3         MS. CURRY:  Object to the form.
4         THE WITNESS:  I understand the contents
5  of his message.  I don't agree with him
6  biologically.
7  BY MS. GARBER:
8    Q    What do you understand he's trying to
9  convey there?
10         MS. CURRY:  Object to the form.
11         THE WITNESS:  That there is a theory that
12  ovarian carcinogenesis is caused by inflammation.
13  BY MS. GARBER:
14    Q    In fact, they cut and paste a diagram or
15  a flow chart as to the mechanism by which that may
16  occur, don't they?
17         MS. CURRY:  Object to the form.
18         THE WITNESS:  I don't know.
19  BY MS. GARBER:
20    Q    You don't recognize this diagram?
21    A    No.
22    Q    You don't remember it from the Echeverria
23  trial?
24    A    No.
25    Q    Let's refresh your memory.  A source of

Page 232

1  that diagram comes from the Ness paper, the Ness
2  2099 paper --
3    A    We're not in 2099.
4    Q    I'm sorry.  Did I say that?
5    A    Uh-huh.
6    Q    I do that all the time.  Thank you.
7  1999.
8         MS. GARBER:  I'll mark that as
9  Exhibit 17.
10         (C. Saenz Exhibit 17 was marked for
11         identification.)
12  BY MS. GARBER:
13    Q    If you -- if you turn to page two of that
14  paper, do you see that the figure one diagram is the
15  same as appears on Exhibit 16, fax?
16    A    Yes, ma'am, it looks the same.
17    Q    All right.  And if we look at Exhibit 17,
18  figure one indicates inflammation as a common
19  mechanism underlying ovarian cancer.
20         Do you see that?
21    A    Yes, I see the wording saying that; yes.
22    Q    Right.  And this study was a
23  peer-reviewed, published scientific paper; correct?
24    A    Well --
25    Q    Exhibit 17?

Page 233

1    A    I wouldn't really classify it as that,
2  because it's a review article.  So it's --
3    Q    Don't peer review -- or don't review
4  papers undergo the peer review process before
5  publication?
6    A    Not necessarily --
7         MS. CURRY:  Object to the form.
8         THE WITNESS:  -- the same way.  Sometimes
9  authors are invited to write a review article.  So
10  it doesn't actually then go out to reviewers for
11  review.
12         So no.
13  BY MS. GARBER:
14    Q    Okay.  But the defendants in this case
15  thought enough of this article that they cut and
16  paste this diagram into their fax to talk about the
17  inflammation mechanism, didn't they?
18         MS. CURRY:  Object to the form.
19         THE WITNESS:  So I'm not in a position to
20  comment on what the actual purpose of this was back
21  in 2004.  Inflammation is a hypothesis as to the
22  potential for ovarian carcinogenesis, but there is
23  not actually any mechanistic data that shows that
24  that is true.
25         So this is a hypothesis.

Cheryl Saenz, M.D.

Page 234

BY MS. GARBER:

1 BY MS. GARBER:

2   Q    There's no mechanistic data that supports

3 inflammation as a mechanism that you've reviewed.

4       MS. CURRY:  Object to the form.

5       THE WITNESS:  Correct.

6 BY MS. GARBER:

7   Q    Let's look at this figure one.  At the

8 top left, it indicates "Epithelial Inflammation

9 Initiators."  What do you understand that to mean

10 scientifically?

11   A    I don't actually know what the author is

12 referring to here.

13   Q    Okay.

14   A    I would have to see within the article

15 what she's referring to here.

16   Q    Okay.  Then there's a downward arrow and

17 a positive sign there.  So what do you think that

18 means scientifically as a review of scientific

19 literature?

20       MS. CURRY:  Object to the form.

21       THE WITNESS:  That it has a positive

22 influence.

23 BY MS. GARBER:

24   Q    All right.  And then in that center box,

25 there is the word "inflammation"; correct?

Page 235

1   A    Yes, ma'am.

2   Q    Then below that, there's a number of

3 bullet points.  One is DNA damage and repair;

4 correct?

5   A    Correct.

6   Q    One is oxidative stress; correct?

7   A    Yes, ma'am.

8   Q    One is elevated cytokines and

9 prostaglandins; correct?

10   A    Yes, ma'am.

11   Q    Then a downward arrow ends in the words

12 "ovarian carcinogenesis"; correct?

13   A    Yes, ma'am.

14   Q    Are you aware that the Saed data

15 provide -- 2019 paper provided mechanistic data

16 supporting DNA damage?

17       MS. CURRY:  Object to the form.

18       THE WITNESS:  No, ma'am.

19 BY MS. GARBER:

20   Q    Okay.  Are you aware that the Saed data

21 provided mechanistic data between talc and inducing

22 oxidative stress?

23       MS. CURRY:  Object to the form.

24       THE WITNESS:  I do believe that he showed

25 that; yes.

Page 236

1 BY MS. GARBER:

2   Q    Are you aware that the Buz'Zard 2007 data

3 showed mechanistic data supporting talc and elevated

4 oxidative stress or reactive oxygen species?

5   A    No.

6       MS. CURRY:  Object to the form.

7       THE WITNESS:  I've not read that paper,

8 ma'am.

9 BY MS. GARBER:

10   Q    All right.  Are you aware that the

11 Shukla data supported an elevated cytokines after

12 talc exposure?

13       MS. CURRY:  Object to the form.

14       THE WITNESS:  I have not read that paper,

15 ma'am.

16       MS. GARBER:  All right.

17       MS. SHARKO:  Ms. Garber and Ms. Thompson,

18 going forward, can you please bring copies of

19 exhibits for all counsel.  I know there's two

20 defendants down here who aren't getting anything.

21 You've given one copy for us.  I think the case

22 management order addresses the number of copies.

23       MS. GARBER:  Ms. Sharko, I would be happy

24 to do that, but that was not provided to us when we

25 defended our experts and it's a significant cost and

Page 237

1 we tried to bring our own copies of things.

2       I'll do my best in the depositions I'm

3 taking to do that in the future.

4       MS. SHARKO:  Okay, well --

5       MS. GARBER:  Flying on an airplane is a

6 lot of money to take multiple copies.

7       MS. SHARKO:  All right, well, I disagree

8 with what you're saying about the other depositions,

9 and I'll take up the violation of the order with

10 your lead counsel.

11       MS. GARBER:  We did our best to provide

12 copies here today.  I understood that this witness

13 would be defended by one lawyer, and I have brought

14 copies for her.

15       MS. SHARKO:  I think my friends at the

16 end of the table would appreciate copies.

17 BY MS. GARBER:

18   Q    Doctor, we've now gone through a number

19 of studies where the tract -- where the published

20 peer-reviewed authors have stated that it's

21 biologically plausible that talc can migrate.

22       But is it a true statement that nowhere

23 in the four corners of your report do you discuss or

24 analyze those statements?

25       MS. CURRY:  Object to the form.

Cheryl Saenz, M.D.

Page 238

1    THE WITNESS: So I discuss and analyze
2 the data that's actually on studies of migration. I
3 don't discuss every proposal that any author may
4 ever have made that such a supposition is true.
5    What I discuss is the actual experiments
6 that evaluated migration.
7 BY MS. GARBER:
8    Q    And we've already established that you
9 have not considered the totality of the literature
10 in connection with the issue of whether talc can
11 migrate; correct?
12    MS. CURRY: Object to the form.
13    THE WITNESS: No, I disagree with you,
14 ma'am. Having an author put in their paper that
15 they propose migration can exist is not a scientific
16 evaluation of the migration theory. It's a
17 statement. And I'm not going to put in my report
18 statements that are not based on -- in an experiment
19 into my report.
20    My report contains references to Egli, it
21 contains references to Ventor, and those authors
22 actually published on migration. And those papers
23 are in my report.
24    Having Dr. Ness suggest a proposal that
25 migration exists is not something that belongs in my

Page 239

1 report as scientific evidence of migration.
2    MS. GARBER: Objection. Move to strike
3 as nonresponsive.
4 BY MS. GARBER:
5    Q    Doctor, are you aware that the female
6 genital tract has a mechanism by which retrograde
7 transport of particulate can move up the female
8 genital tract?
9    MS. CURRY: Object to the form.
10    THE WITNESS: From where to where?
11 BY MS. GARBER:
12    Q    Well, let's say from the vaginal vault up
13 to the fallopian tubes.
14    A    I'm aware of some studies that have been
15 conducted that have demonstrated the migration of
16 particulate matter from the posterior vaginal vault
17 in a slurry to the fallopian tubes under certain
18 scientific experimental conditions.
19    Q    And those are limited to the studies that
20 you've cited in your report; correct?
21    A    Correct.
22    Q    Have you heard of a peristaltic pump with
23 regard to the female genital tract?
24    A    I've heard that phrase used; yes.
25    Q    Do you know what that is?

Page 240

1    A    It's the actual contraction mechanism of
2 the uterus. That's, in fact, triggered by oxytocin.
3    Q    And do you have any knowledge that
4 oxytocin can stimulate both antegrade contractions
5 as well as retrograde contractions of the female
6 genital tract?
7    MS. CURRY: Object to the form.
8    THE WITNESS: The directionality of flow
9 can be either way.
10 BY MS. GARBER:
11    Q    That is a biologically plausible
12 mechanism by which particulate can move up the
13 female genital tract; right?
14    MS. CURRY: Object to the form.
15    THE WITNESS: From the posterior vagina
16 as a slurry.
17 BY MS. GARBER:
18    Q    What happens to talc when it mixed with
19 the vaginal fluids. Doesn't it act like a slurry?
20    MS. CURRY: Object to the form.
21    THE WITNESS: I don't know. I haven't
22 seen any studies on talc mixing with vaginal fluids.
23 BY MS. GARBER:
24    Q    Don't the authors indicate -- the study
25 authors indicate that those studies are applicable

Page 241

1 to talc?
2    A    Which study authors?
3    MS. CURRY: Object to the form.
4 BY MS. GARBER:
5    Q    The published studies that cite to that
6 there's a biologically plausible mechanism, that
7 cite Egli and Ventor and some of the studies that
8 you have cited, that it's biologically plausible
9 that talc can migrate from the genitals to the
10 ovaries.
11    A    So --
12    MS. CURRY: Object to the form.
13    THE WITNESS: -- the authors don't
14 actually make that leap. They do say those studies
15 support the migration, but they're misquoting Egli
16 and Ventor because Egli and Ventor actually have the
17 slurry start in the posterior vagina, not on the
18 peritoneum.
19 BY MS. GARBER:
20    Q    If I were to put any study in front of
21 you that said talc can migrate and it was a study
22 author that studied genital talc in ovarian cancer,
23 any study author who was peer reviewed and published
24 who said that is a biologically plausible mechanism,
25 you would say they're wrong?

Cheryl Saenz, M.D.

Page 242

1    MS. CURRY:  Object to the form.
2    THE WITNESS:  I would say to you, show me
3  the science, show me the experiment that they are
4  making this statement from.  That's what I would say
5  to you.
6  BY MS. GARBER:
7    Q    Have you acknowledged in your expert
8  report any of the published authors' statements with
9  regard to the biologically plausible mechanisms for
10  talcum powder products' carcinogenicity and chronic
11  inflammation?
12    MS. CURRY:  Object to the form.
13    THE WITNESS:  So I don't exactly know
14  what you're referencing to.  I have done an analysis
15  in my report as to whether or not there's evidence
16  of chronic inflammation with talc being found in the
17  ovaries.
18    I've also done an analysis in my report
19  as to whether or not we see evidence of foreign body
20  granulomas in ovarian cancer.
21    (C. Saenz Exhibit 18 was marked for
22    identification.)
23    MS. GARBER:  Doctor, I'm going to mark as
24  Exhibit 18, a document again, that I created.  It is
25  titled "Biologic Plausibility Chronic Inflammation."

Page 243

1    Doctor, I will represent to you that
2  these are a listing of peer-reviewed study
3  publications that address the issue of talc's
4  ability to induce chronic inflammation.  I'll
5  represent that to you.
6    MS. CURRY:  I have the same objection to
7  Exhibit 18 as I do to Exhibit 11.
8    MS. GARBER:  You may, Ms. Curry.
9  BY MS. GARBER:
10    Q    Doctor, nowhere in the four corners of
11  your report have you attempted to settle or respond
12  to these statements with regard to peer-reviewed,
13  published study authors' statements with regard to
14  talc's induction of chronic inflammation, have you?
15    MS. CURRY:  Object to the form.  If you
16  need to review this document in full, please do so
17  before responding, as well as other underlying
18  documents.
19    THE WITNESS:  Well, ma'am, first I'm
20  going to disagree with you, because not all of these
21  are peer reviewed or published.
22    Secondly, I'm going to disagree with you
23  because I believe that what you've done here is
24  cherry-picked comments that each of the authors have
25  made from these publications and may not necessarily

Page 244

1  even correspond to the methods, the data collection,
2  and what the results were of these studies.
3    I do believe that many of these comments
4  most likely came from the discussion sections of
5  these papers, and that's not scientific proof of
6  that hypothesis.
7  BY MS. GARBER:
8    Q    Doctor, it's your opinion that talc does
9  not induce chronic inflammation; correct?
10    MS. CURRY:  Object to the form.
11    THE WITNESS:  In what venue?
12  BY MS. GARBER:
13    Q    With regard to the initiation of ovarian
14  cancer as a possible mechanism.
15    A    That's correct.
16    Q    There are a number of peer-reviewed
17  publications that indicate otherwise; correct?
18    MS. CURRY:  Object to the form.
19    THE WITNESS:  No, ma'am.  All of these
20  are hypotheses.  They're not indicating that ovarian
21  cancer is caused by chronic inflammation or talc.
22  They all say, basically -- I mean, right here,
23  ma'am, your own reference that you cherry-picked,
24  one, two, three, four, five, six, seven down.  This
25  is the Wu paper, "with previous findings and are

Page 245

1  compatible with the hypothesis."
2    So these are not statements of fact.
3  They are hypotheses.
4  BY MS. GARBER:
5    Q    You understand the biologic plausibility
6  for the mechanism does not require proof.  It's only
7  a plausible mechanism; correct?
8    MS. CURRY:  Object to the form.
9  BY MS. GARBER:
10    Q    You understand that, don't you?
11    A    For which you need to have a scientific
12  basis and not a single one of these statements is
13  the scientific basis.
14    Q    Provide for me the support of that
15  statement.
16    A    Provide for you the support?
17    Q    Yeah.
18    A    You can't just say something is so and
19  have it be so.  A hypothesis has to actually be
20  based in scientific proof of some sort.  There's no
21  mechanistic study that shows that talc leads to
22  ovarian carcinogenesis via chronic inflammation.
23    Q    Doctor, you understand that in a
24  causation analysis, there is no necessity to prove
25  mechanism of carcinogenicity; right?  You understand

Page 246

1  that?
2      MS. CURRY:  Object to the form.
3      THE WITNESS:  Ma'am, I disagree with you.
4  Biologic plausibility means that you actually have
5  to have some scientific proof that that mechanism
6  exists or makes sense.  And there is no scientific
7  proof that talc leads to chronic inflammation in the
8  ovaries.
9      There's also no scientific proof that
10  chronic inflammation leads to ovarian
11  carcinogenesis.
12  BY MS. GARBER:
13      Q    Provide for me the citation that supports
14  that definition of biologically plausibility.
15      A    Ma'am, I can't provide for you something
16  that is saying, you can just say a hypothesis and it
17  is so.  That's not what an analysis is about.
18  Biologic plausibility can be an extension whereby
19  you say, if we have seen X, Y, or Z in A, B, C, then
20  by extension, it's biologically plausible that it
21  also exists in X, Y, and Z.  You can't just say we
22  have this hypothesis and so, therefore, it's so.
23      (C. Saenz Exhibit 19 was marked for
24      identification.)
25      MS. GARBER:  Let's mark as Exhibit 19 a

Page 247

1  draft screening assessment from Health Canada.
2      MS. CURRY:  Do you guys need to see
3  copies of these exhibits because I may have extra
4  copies of some of them if you need them.
5      MR. ANDERTON:  If you have them, that
6  would be great.  And I guess going forward, I would
7  tend to agree, that we're going to be at these depos
8  and in the interest of checking them --
9      MS. GARBER:  Well, then you guys are
10  going to need to let us know how many of you are
11  going to attend so that we know that --
12      MR. ANDERTON:  We're here as a party, so
13  at least one for each party would be appropriate in
14  my mind.
15      MS. GARBER:  Thank you.
16      MS. SHARKO:  You can assume fairly that
17  you need four copies of every exhibit.  That is what
18  we did.
19  BY MS. GARBER:
20      Q    Doctor, if you could turn to page 18 of
21  this paper.  With regard to -- or sorry, turning to
22  the middle of the document under the title, "Mode of
23  Action," it's right after the Keskin citation.
24      Do you see where I am?
25      A    Yes.

Page 248

1      Q    It indicates, "There is support for an
2  association of inflammation and increased risk of
3  ovarian cancer," and it cites to the National
4  Academy of Sciences and Engineering, 2016, and that
5  Rasmussen.
6      Do you disagree with that statement?
7      A    So I've not read the N-A-S [sic] paper,
8  so I don't actually know if the authors are quoting
9  it correctly or not.
10      And which of the Rasmussen -- oh, it's
11  only the published one.  I actually have read the
12  Rasmussen paper.  And the only positive finding in
13  that study for an inflammatory process which would
14  be pelvic inflammatory disease was found with an
15  association of borderline tumors, and that was only
16  after, I believe, the second episode of pelvic
17  inflammatory disease.
18      So I can't comment on the reference of
19  the N-A-S paper and I think that the statement that
20  there is support for an association of inflammation
21  and increased risk of ovarian cancer is really kind
22  of an overbroad generalization because it really
23  only did pertain to borderline tumors.
24      Q    That's a long way of saying no?
25      MS. CURRY:  Object to the form.

Page 249

1      THE WITNESS:  Ma'am, I'm sorry.  I'm just
2  trying to be complete for you so you understand why
3  I say what I'm saying.
4  BY MS. GARBER:
5      Q    Did you read the Trabert paper, 2014,
6  titled "Pre-diagnostic Serum Levels of Inflammation
7  Markers and the Risk of Ovarian Cancer in the
8  Prostate, Lung, Colorectal, and Ovarian Cancer,
9  P-L-C-O, Screening Trial"?
10      A    I don't think it's in my report, but I
11  might have read it somewhere around the course of my
12  career.
13      Q    I didn't see it in your citations.
14      A    But I do think that -- I know I've read
15  various publications from the P-L-C-O trial --
16  sorry, the P-L-C-O clinical trials.  So I don't know
17  if I've, off the top of my head, read that
18  particular one.  I'd be happy to take a look at it
19  for you.
20      But the --
21      Q    I --
22      A    -- P-L-C-O trials are something that the
23  GYN oncology community has paid attention to.
24      Q    So I just want to read for you a
25  statement.  It says "Research Highlights" at page

Cheryl Saenz, M.D.

Page 250

1  13. It says, "Our study provides additional
2  evidence that" --
3        MS. CURRY:  I'm sorry, do you have a copy
4  of that?
5        MS. GARBER:  I don't.
6  BY MS. GARBER:
7     Q   "Our study provides additional evidence
8  that inflammation plays an important role in ovarian
9  carcinogenesis."  If that's what it says, do you
10 disagree with that?
11    A   Why don't we just --
12       MS. CURRY:  Object to the form.  Do you a
13 copy so we can look at it?
14       MS. GARBER:  You don't have a copy?
15       MS. CURRY:  No, can we take a look at
16 what you're quoting?
17 BY MS. GARBER:
18    Q   If that's what it says, do you disagree
19 with that?
20    A   I can't comment on that one way or
21 another because I don't know what they're referring
22 to as inflammation.  If it's something such as an
23 elevated CA 125 versus looking at the actually
24 ovaries.
25       So without looking at the study, I can't

Page 251

1  comment on that statement.
2     Q   What is Interleukin 8?
3     A   Interleukin 8, it's an inflammatory
4  marker.
5     Q   Is it -- so it's associated with
6  inflammation?
7        MS. CURRY:  Object to the form.
8        THE WITNESS:  It can be.
9  BY MS. GARBER:
10    Q   Has it been tied to risk of ovarian
11 cancer or a pathway of developing ovarian cancer?
12       MS. CURRY:  Object to the form.
13       THE WITNESS:  I'm sure there are some
14 publications that have shown Interleukin 8 levels
15 are elevated, but where along the pathway of
16 carcinogenesis, off the top of my head, I don't
17 really know how that would relate.
18 BY MS. GARBER:
19    Q   You reference the Gates 2018 study in
20 your reference list.
21    A   No, ma'am, there's no Gates 2018 study.
22    Q   I'm sorry, 2008; correct?
23    A   Yes, ma'am.
24       ///
25       ///

Page 252

1        MS. GARBER:  I'll mark that study as
2  Exhibit 20.
3        (C. Saenz Exhibit 20 was marked for
4        identification.)
5  BY MS. GARBER:
6     Q   Doctor, if I could call your attention to
7  page eight, the first full paragraph about halfway
8  down, the sentence begins, "Talc particles."
9        Do you see that?
10    A   I'm sorry, which paragraph?
11    Q   The first full paragraph.
12    A   Oh.  Halfway down.  Okay.
13    Q   Could you read what those two sentences
14 until you reach the note -- I'm sorry, the citation
15 11.
16    A   "Talc particles can induce an
17 inflammatory response in vivo, which may be
18 important in ovarian cancer."
19    Q   Keep going.  One more sentence.
20    A   Hold on one second.  "Normal ovarian
21 cells treated with talc are more likely to undergo
22 self-proliferation and neoplastic trans -- whoops,
23 neoplastic transformation and cellular generation of
24 reactive oxygen species increasing with increasing
25 exposure to talc."

Page 253

1     Q   Do you disagree with those sentences?
2     A   No.
3     Q   Okay.  You also cited to the Mills 2008,
4  study; correct?
5        MS. CURRY:  Object to the form.
6        I don't believe --
7        MS. GARBER:  I'm sorry, 2004.  That's
8  what I do when I get tired.  I get my numbers all
9  mixed up.  You also -- I'll start over.
10 BY MS. GARBER:
11    Q   You also reference the Mills 2004 study
12 in your expert report references; correct?
13    A   Yes.
14       (C. Saenz Exhibit 21 was marked for
15       identification.)
16 BY MS. GARBER:
17    Q   If you could turn to page 458 of this
18 paper.
19    A   That's the first page.
20    Q   Okay.  This is a peer-reviewed
21 publication; correct?
22    A   Yes.
23    Q   This concerned perineal talc exposure and
24 epithelial ovarian cancer risk; correct?
25    A   Yes.

Cheryl Saenz, M.D.

Page 254

1    Q    And with regard to the issue of migration
2  in the first full paragraph, it reads:  "In animal
3  studies, talc and other substances have been
4  demonstrated to migrate from the vagina through the
5  peritoneal cavity to the ovaries."
6         Did I read that correctly?
7    A    Yes.
8    Q    And this is in your -- another
9  peer-reviewed paper where the authors have stated
10 that; correct?
11   A    Ma'am, that's the --
12        MS. CURRY:  Object to the form.
13        THE WITNESS:  -- introduction.  That's
14 not anything that they're proving in this paper.
15 BY MS. GARBER:
16   Q    And with regard to the issue of
17 inflammation, the authors state, and it has been
18 peer reviewed, "Collectively, these studies point to
19 a possible etiologic role of talc in ovarian cancer,
20 via inflammation process at the site of the ovarian
21 epithelium."
22        Did I read that correctly?
23        MS. CURRY:  Inflammatory process.
24 BY MS. GARBER:
25   Q    I'm sorry.  "Collectively, these studies

Page 255

1  point to a possible etiologic role of talc in
2  ovarian cancer via an inflammatory process at the
3  site of the ovarian epithelium."
4         Did I now read that correctly?
5    A    You read it correctly, but the paper that
6  they're citing there and referencing is the Ness
7  2000 paper, which actually was about hypotheses of
8  ovarian cancer in mutagenesis and was not a
9  mechanistic paper.
10        So it's not describing actually the
11 inflammation.  It's theorizing.
12        And, again, this is the introduction.
13 It's not anything that's being proven in this paper.
14   Q    This has been peer reviewed and
15 published, so it's undergone a peer-review process
16 that your opinions have not; true?
17        MS. CURRY:  Object to the form.
18        THE WITNESS:  Ma'am, the introduction is
19 not the result of the study.  And a statement that
20 the author makes doesn't make it so, particularly if
21 it's in the introduction or the discussion section.
22        There's nothing in the results of this
23 paper that supports that, and in fact, the paper
24 that they cite for that statement is Ness 2000,
25 which actually doesn't look at inflammation per se.

Page 256

1  It's talking about hypotheses.
2  BY MS. GARBER:
3    Q    Doctor, at page 20 of your expert report,
4  you indicate that "There is no data to support that
5  inflammation is the underlying -- "There is no data
6  to support that inflammation is underlying the" --
7    A    I'm sorry, ma'am, where are we?
8    Q    Under the summary.
9    A    Okay.
10   Q    I'll start again.  In your expert report
11 at page 20, you indicate, "There is no data to
12 support inflammation is the underlying" -- "is
13 underlying the" --
14   A    Wait, I'm sorry.  I don't see where you
15 are.
16        MS. CURRY:  I don't either.
17 BY MS. GARBER:
18   Q    Doctor, under "Summary" --
19   A    Yes, ma'am.
20   Q    -- at the very end, do you see where I
21 am?
22        MS. CURRY:  You're reading the last half
23 of the sentence.
24        THE WITNESS:  You're starting in the
25 middle of a sentence.

Page 257

1  BY MS. GARBER:
2    Q    Okay.  All right.  I'll read the whole
3  sentence.  "The clinical and epidemiologic data" --
4  so we'll start there.
5         What does "clinical data" mean?
6    A    Patients, ovaries themselves, looking for
7  foreign body granulomas, associations of pelvic
8  inflammatory disease with the development of ovarian
9  cancer.
10   Q    What you've seen with your eyes?
11   A    What I've seen with my eyes, but also the
12 literature on PID that we discussed earlier, the
13 Rasmussen study.
14   Q    Okay.  So the clinical an epidemiological
15 data, and there you mean the data that we've been
16 going through, the published, peer-reviewed
17 epidemiological data with regard to genital talc and
18 risk of ovarian cancer, correct?
19   A    Yes, ma'am.
20   Q    You indicate, "do not support the
21 hypothesis that talc causes ovarian cancer through
22 induction of chronic inflammatory process, primarily
23 because there's no data to support that inflammation
24 is underlying the malignant transformation of the
25 ovarian epithelium at all."

Cheryl Saenz, M.D.

Page 258

1    Did I read that correctly?
2    A    Yes.
3    Q    And you have made that statement without
4    reviewing the totality of the literature with regard
5    to mechanisms of carcinogenicity; correct?
6        MS. CURRY:  Object to the form.
7        THE WITNESS:  No, ma'am.  I've reviewed
8    the date on mechanisms of carcinogenicity and
9    ovarian cancer and I've also reviewed the clinical
10   data, which we talked about, and I've also reviewed
11   the pathologic data and the epidemiologic data.
12   BY MS. GARBER:
13   Q    Which pathologic data did you review?
14   A    Whenever we operate on patients, we don't
15   see evidence of foreign body granulomas.  We don't
16   see evidence of chronic inflammation.  From a
17   pathologic standpoint, there's no evidence of
18   inflammation underlying the development of ovarian
19   cancer.
20   Q    Okay.  And I'm going to get to that.  I
21   just wondered if you had seen some patient-level
22   data in this case or something you were referencing.
23       MS. CURRY:  Object to the form.
24       THE WITNESS:  I don't know what you mean,
25   patient --

Page 259

1        MS. GARBER:  Never mind.  I'll withdraw.
2    BY MS. GARBER:
3    Q    But when you claim no epidemiologic or
4    biologic data, as we have established over and over,
5    you have not seen the Buz'Zard or Shukla paper;
6    correct?
7    A    Correct.  But those don't demonstrate
8    cancer.
9    Q    They demonstrate mechanism, don't they?
10       MS. CURRY:  Object to the form.
11       THE WITNESS:  No, they demonstrate
12   inflammatory processes.  They don't demonstrate
13   cancer.
14   BY MS. GARBER:
15   Q    Okay.  What is the purpose of a cellular
16   study with regard to, let's say, applying talc to a
17   given cell to assess what happens at the cellular
18   level?  What would be the purpose of doing such a
19   study?
20       MS. CURRY:  Object to the form.
21       THE WITNESS:  It all depends on what your
22   hypothesis is.
23   BY MS. GARBER:
24   Q    What if your hypothesis is that talc can
25   induce epithelium ovarian cancer and you're looking

Page 260

1    for a plausible mechanism of how that happens?  What
2    would such a study do?
3        MS. CURRY:  Object to the form.
4        THE WITNESS:  It would look for malignant
5    transformation from a normal cell.
6    BY MS. GARBER:
7    Q    Would it also look for inflammatory
8    factors and mechanistic data by which malignant
9    transformation could happen?
10       MS. CURRY:  Object to the form.
11       THE WITNESS:  Only if you believed that
12   chronic inflammation might be involved in the
13   process of malignant transformation.
14   BY MS. GARBER:
15   Q    Are you aware of data that chronic
16   inflammation is associated with malignant
17   transformation in any context?
18   A    In other tumors, yes, about not in
19   ovarian cancer.
20   Q    Okay.  Now, you also indicate in your
21   report -- and I think we were just talking about the
22   pathologic data.  And you talk about when you've
23   performed surgery on patients and what you've seen
24   macroscopically; right, with your naked eye.
25   A    Also microscopically.

Page 261

1    Q    I'm going to get there.  I'm breaking it
2    down.  So you're describing what you see with your
3    eyes, macroscopically, when you operate, and you
4    remove their, let's say, ovaries; correct?
5    A    Their cancer?
6    Q    Uh-huh.
7    A    Yes.
8    Q    You also review their pathological --
9    their pathology slides of the tissue that you've
10   removed; correct?
11   A    Yes.
12   Q    And you use that as support for your
13   opinion that talc can't induce chronic inflammation
14   that leads to cancer, because when you look with
15   your eyes and look under the microscope, you don't
16   see evidence of that in the tumor?
17   A    That's some of what --
18       MS. CURRY:  Object to the form.
19   BY MS. GARBER:
20   Q    Is that fair?
21   A    That's some of what I use to support it,
22   I've not seen evidence of foreign body granulomas,
23   other things that would suggest that foreign bodies
24   are actually causing it.  Yes.
25   Q    Isn't it true, though, Doctor, by the

Cheryl Saenz, M.D.

Page 262

1  time you see the cancer, the inflammatory process
2  has already been overtaken by the tumor?  You're not
3  going to see at time of diagnosis what happened
4  years earlier, way before the latency period as
5  there was transformation of those normal cells into
6  cancer cells, are you?
7       MS. CURRY:  Object to the form.
8       THE WITNESS:  I have no reason to believe
9  that that's accurate.  I think that if there was
10  evidence of foreign body granulomas, they would
11  still be there in the pathology that we're
12  reviewing.
13  BY MS. GARBER:
14     Q    Is it a true statement that today, when
15  you're looking at, let's say, ovarian tissue, you
16  have no way of seeing cancerous transformation when
17  it occurred years earlier?
18       MS. CURRY:  Object to the form.
19  BY MS. GARBER:
20     Q    You can't see cancer evolving in ovarian
21  cancer, can you?
22       MS. CURRY:  Object to the form.
23       THE WITNESS:  I don't actually think
24  that's true.  I think there's some new and emerging
25  literature that in particular, for high-grade serous

Page 263

1  carcinomas, is giving us a glimpse into the
2  evolution from a pre-neoplastic process to ovarian
3  cancer.
4       That's in particular with what we've been
5  able to glean from a lot of the BRCA one and two
6  patients who have prophylactic surgery and we've
7  been able to identify precursor lesions in those
8  patients.
9       So I think that might have been true five
10  years ago.  I don't think that's necessarily true
11  now.
12  BY MS. GARBER:
13     Q    Was it true on February 25th, 2019?
14       MS. CURRY:  Object to the form.
15       THE WITNESS:  That we didn't know what it
16  looks like?  I think we don't know what it looks
17  like for all cases of ovarian cancer.  I think with
18  respect to high-grade serous carcinomas, we're
19  starting to learn.
20  BY MS. GARBER:
21     Q    If you could turn to page three of your
22  expert report, Doctor.
23     A    Sure.
24     Q    As to what cancer looks like as it's
25  developing, don't you indicate at the bottom of

Page 264

1  page three, quote, "As we really don't know what
2  ovarian cancer looks like as it's developing, unlike
3  cancers of the colon, breast, and cervix."
4       Isn't that what you said on February
5  25th, 2019?
6     A    Yeah, I think it's an evolving process,
7  because I think the different histologic subtypes
8  are starting to provide us with clues, but we don't
9  really know what it looks like.  This is --
10     Q    So when you look at an ovarian tumor when
11  you remove it from a woman, it in no way indicates
12  what was happening years earlier during cancer
13  transformation, does it?
14       MS. CURRY:  Object to the form.
15       THE WITNESS:  I don't --
16  MS. GARBER:
17     Q    Because you can't see that.  You can't
18  see the transformation of those cells years earlier,
19  can you?
20       MS. CURRY:  Object to the form.
21       THE WITNESS:  I could still see hallmarks
22  of foreign bodies if they were actually there.  We
23  see in pathology in women that have had surgery
24  years before evidence of suture granulomas for
25  somebody that might have had surgery before.

Page 265

1       Somebody that might have had a unilateral
2  salpingo-oophorectomy and had staples in order to
3  operate on her, we see evidence of that even years
4  later when they have cancer.  So those markers of
5  inflammation and responses to foreign bodies don't
6  go away just because the patient has cancer.
7  BY MS. GARBER:
8     Q    You can't look at a cancerous tumor and
9  say what induced that cancer by looking at it today,
10  cellularly, can you?
11       MS. CURRY:  Object to the form.
12       THE WITNESS:  I agree with that.  I
13  don't -- I don't know what induced that particular
14  cancer.  I agree with that.
15       MS. GARBER:  Thank you.
16       THE WITNESS:  Can we take a break?
17       MS. GARBER:  Sure.
18       THE VIDEOGRAPHER:  The time is now 3:48.
19  Going off the record.
20     (Break in the deposition taken at 3:49 p.m.)
21            0o0
22     (The deposition resumed at 4:10 p.m.)
23            0o0
24       THE VIDEOGRAPHER:  Time is now 4:09.
25  Back on the record.

Cheryl Saenz, M.D.

Page 266

BY MS. GARBER:

1 BY MS. GARBER:
2    Q    Doctor, at page 20 of your report, in the
3 first full paragraph near the top, you indicate that
4 "If talc induces ovarian cancer by causing chronic
5 inflammation, then studies examining the use of
6 anti-inflammatory agents such as NSAIDS and aspirin
7 should show a decreased risk of developing ovarian
8 cancer with regular use of these agents."
9        Did I read that correctly?
10    A    Yes.
11    Q    Did you cite in your expert report
12 references to any data looking at NSAIDS and aspirin
13 by way of risk of ovarian cancer?
14    A    Yes.
15    Q    Okay.  And which studies did you cite?
16 Are those 13, 15, and 91?
17    A    Yes, along with reference two.
18    Q    Doctor, in your references, I could not
19 find where you had cited a 2018 paper by the author
20 Qiao, Q-I-A-O; is that correct?  You did not cite
21 that paper?
22    A    I did not.
23    Q    Did you perform a comprehensive review of
24 the literature looking at NSAIDS and aspirin and the
25 potential reduction for risk of ovarian cancer?

Page 267

1        MS. CURRY:  Object to the form.
2        THE WITNESS:  Yes.
3 BY MS. GARBER:
4    Q    Tell me about that comprehensive review
5 of the literature.  What did you do?
6    A    I went to search engines and typed in
7 ovarian cancer and NSAIDS.
8    Q    Did you type in ovarian cancer and
9 aspirin?
10    A    Yes.  Aspirin is an NSAID.
11    Q    But they seem to break it out in the
12 literature.
13    A    Not always.
14    Q    Okay.  Did you do any other search terms
15 with regard to ovarian cancer and NSAIDS?
16    A    Well, I didn't just type NSAIDS because I
17 was concerned that if that acronym wasn't in there,
18 that it might not come up.  So I also typed in
19 Tylenol, acetaminophen, ibuprofen, and what else did
20 I type in.  I think I even looked to see if Celebrex
21 was in there, yeah.
22        ///
23        ///
24        ///
25        ///

Page 268

1    Q    So with regard to the Qiao paper, I
2 will -- I don't know how to pronounce it.  I'm
3 guessing it's Qiao.  I'm going to mark that as
4 Exhibit 22.
5        (C. Saenz Exhibit 22 was marked for
6        identification.)
7 BY MS. GARBER:
8    Q    Doctor, I know you haven't read this
9 paper.  But in the abstract in the conclusions, are
10 the conclusions that as cited by these study
11 authors, these findings suggest that aspirin use is
12 associated with a reduced risk of gastric,
13 esophageal, colorectal, pancreatic, ovarian,
14 endometrial, breast and prostate cancers and small
15 intestine, neuroendocrine tumors?
16    A    That's the conclusion that the authors
17 put there; yes.
18    Q    So this study, does this look like this
19 was a meta-analysis study?
20    A    That's what it says in the title.
21    Q    So this was published in 2018, and it is
22 a meta-analysis of the association between aspirin
23 use and risk of certain cancers when included
24 ovarian cancer; correct?
25    A    Yes, that's one of the things they

Page 269

1 examined.
2    Q    What was the finding by way of reduction
3 of risk with regard to ovarian cancer?
4    A    The authors report that the risk of
5 ovarian cancer decreased by 11 percent.
6    Q    It was statistically significant, wasn't
7 it?
8    A    They reported that that finding was
9 statistically significant; correct.
10        MS. GARBER:  Let's look at another paper.
11 This I'll mark as Exhibit 24.  And this paper, the
12 lead author is Trabert, T-R-A-B-E-R-T, et al.,
13 titled "Aspirin, Nonsteroidal, Nonaspirin,
14 Nonsteroidal Anti-Inflammatory Drug and
15 Acetaminophen Use and the Risk of Invasive
16 Epithelial Ovarian Cancer, a Pooled Analysis in the
17 Ovarian Cancer Association Consortium."
18 BY MS. GARBER:
19    Q    Did I read that correctly?
20    A    Yes.
21        MS. CURRY:  Did we skip Exhibit 23?
22        MS. GARBER:  Did I miss one?
23        THE WITNESS:  Yes.
24        MS. GARBER:  Oh, I did.  Let's replace.
25        MS. SHARKO:  So Trabert is now 23?

Cheryl Saenz, M.D.

Page 270

1      MS. GARBER:  Trabert 2013 is now Exhibit
2  23.
3      MS. CURRY:  I think this is a 2014 --
4      MS. GARBER:  You're right.  It's at the
5  top.  All right.  So Trabert 2014, part of the
6  title, "Aspirin, Nonaspirin, Nonsteroidal
7  Anti-Inflammatory Drug," is now Exhibit 23.
8      (C. Saenz Exhibit 23 was marked for
9      identification.)
10 BY MS. GARBER:
11     Q    Doctor, I don't see that this paper is on
12 your reference list either; is that correct?
13     A    Correct.
14     Q    And nonsteroidal anti-inflammatory drug
15 is the long name for the acronym, NSAIDS; correct?
16     A    Correct.
17     Q    So your literature search should have
18 turned up this paper because NSAID was in the title;
19 correct?
20     A    It depends.  It's not always that simple.
21 I understand that it's there in the title, but if
22 you type in NSAIDS, it doesn't always come up.
23 Sometimes different permutations of your search will
24 yield different results.
25     Q    In the authors' conclusions, in the

Page 271

1  manuscript, it indicates "Aspirin use was associated
2  with a reduced risk of ovarian cancer especially
3  among daily users of low-dose aspirin.  These
4  findings suggest that same aspirin regimen proven to
5  protect against cardiovascular events and several
6  cancers could reduce the risk of ovarian cancer, 20
7  to 34 percent, depending upon" -- "depending on
8  frequency and dose of use."
9      Did I read that correctly?
10     A    That's their conclusion.  The result
11 section is what actually has that data.  The
12 conclusion section doesn't comment on the NSAIDS.
13     Q    And, Doctor, on the first page of this
14 paper, in the second paragraph, does it indicate
15 multiple lines of evidence suggest that ovarian
16 cancer may be related to chronic inflammation?
17     A    So again, that's a statement from the
18 introduction section and they're referencing to that
19 same Ness paper that actually didn't evaluate
20 chronic inflammation but just commented on different
21 hypotheses as to carcinogenesis of ovarian cancer.
22 This paper is actually very similar in findings, I
23 think, to the Barnard paper, which I did reference
24 to in my report.
25     Q    This paper, if you look at page two on

Page 272

1  the left-hand column, indicates that it included
2  more than 7500 ovarian cancer cases from 12
3  population based case control studies; correct?
4      A    I'm sorry, where are we?
5      Q    On page two.
6      A    Yeah.
7      Q    Left-hand column at the top.
8      A    Oh, left-hand column.
9      Q    "We concluded."
10     A    We conducted?
11     Q    Yeah.  It indicates that the study
12 included more than 7500 ovarian cancer cases from 12
13 population based case control studies; right?
14     A    Right.
15     Q    At the last page, nine of 11, it
16 indicates, "In summary, this pooled analysis
17 supports the hypothesis that regular aspirin use
18 reduces ovarian cancer risk.  Specifically we report
19 a statistically significant decreased risk of
20 ovarian cancer with daily use of aspirin.  Further
21 biological and pharmaceutical" -- sorry,
22 pharmacological research is necessary to understand
23 the mechanisms of ovarian cancer risk reduction by
24 aspirin."
25     Did I read that correctly?

Page 273

1      A    You read that statement correctly, but
2  that wasn't the only finding in this study, just
3  like it wasn't the only finding in the Barnard
4  study, which is why in my report, I talked about the
5  literature on NSAIDS being inconsistent.
6      Sometimes it looks like it reduces the
7  risk.  Sometimes it looks like there is no effect.
8  Sometimes it looks like there actually was an
9  increased risk of developing ovarian cancer.  So the
10 literature on NSAID use in development of ovarian
11 cancer is inconsistent.
12     Q    How many studies did you review that
13 indicated that NSAIDS increased the risk of ovarian
14 cancer?
15     A    Two.
16     Q    How many studies did you review that
17 indicated NSAIDS, including aspirin, reduced the
18 risk of ovarian cancer?
19     A    So the issue is a little bit more complex
20 than that because some of the studies don't
21 necessarily break out which ones they were talking
22 about.  I believe the Barnard study looked at
23 low-dose aspirin use, daily aspirin use, and then
24 NSAIDS, and the results for each of those agents was
25 different.

Cheryl Saenz, M.D.

Page 274

1    So in total, I reference, I believe -- is
2  it three or four studies -- four studies in my
3  review that looked at the use of NSAIDS and the
4  development of ovarian cancer.  And the literature
5  was inconsistent.
6    Q    Do you rely on the studies that show that
7  NSAIDS and aspirin do not reduce the risk to support
8  your opinions that talc does not induce chronic
9  inflammation that leads to ovarian cancer?
10    A    No, I rely on the fact that the
11  literature is inconsistent to formulate my opinion
12  that chronic inflammation is the mechanism by which
13  talc would increase the risk of developing ovarian
14  cancer is not true.
15    Q    You do admit, though, that is there is
16  peer reviewed, published literature that NSAIDS,
17  including aspirin, have been shown to reduce the
18  risk of ovarian cancer, because they're
19  anti-inflammatories; right?
20    MS. CURRY:  Object to the form.
21  BY MS. GARBER:
22    Q    It's the mechanism?
23    A    Well, but just within this paper that you
24  just produced as evidence, there's also within the
25  exact same paper showing evidence that NSAIDS don't

Page 275

1  review -- sorry, don't reduce the risk of ovarian
2  cancer.
3    So what's what I mean by inconsistent, is
4  that some components of a study, depending on the
5  agent, show a reduction in risk.  Others don't show
6  a reduction in risk, even within the same study, and
7  other studies have shown an increase in risk.
8    So that's actually what I mean by
9  inconsistent.
10  BY MS. GARBER:
11    Q    But you nevertheless conclude based on
12  the data with regard to NSAIDS and aspirin and risk
13  of ovarian cancer, that there is not a mechanism of
14  carcinogenicity by chronic inflammation, don't you?
15    MS. CURRY:  Object to the form.
16    THE WITNESS:  What I conclude is that the
17  literature on NSAIDS and ovarian cancer does not
18  support the hypothesis of chronic inflammation as
19  the mechanism.
20    If all the literature on NSAIDS
21  consistently showed a reduction in risk across the
22  board in the development of ovarian cancer with
23  regular NSAID use, then I think that would actually
24  go to potentially the biologic plausibility of
25  chronic inflammation as a mechanism.  But it does

Page 276

1  not.
2    The fact that the NSAID literature
3  doesn't consistently show a reduction in risk speaks
4  to it likely being some other reason that the
5  literature is showing that, that it's not simply the
6  prevention of chronic inflammation.
7  BY MS. GARBER:
8    Q    Could it be the design of the study?
9    MS. CURRY:  Object to the form.
10    THE WITNESS:  I think any time we're
11  talking about case control studies, which is what
12  this study, this meta-analysis looks like, this one
13  that you just handed me, Exhibit 23, is a
14  compilation of -- what did we say, 12
15  population-based case control studies.  I think
16  there's always the possibility that you've got a
17  confound in that study.  That is the reason that you
18  have the findings that you have.
19    But the Barnard study was actually a
20  cohort study.  It was prospective.  So I don't
21  necessarily think that you're subject to the same
22  compound and recall biases that you might be in a
23  case control study such as Exhibit 23.
24  BY MS. GARBER:
25    Q    So you put more weight on the Barnard

Page 277

1  cohort study than you did the meta-analyses of the
2  data; is that fair, with regard to NSAIDS?
3    A    Well, with respect to the studies you
4  just showed me?
5    Q    Okay.
6    A    I've not had a chance to read these two
7  studies through, so I can't really give you an
8  analysis on that.  If we're talking about in a
9  general principle, I do think that a cohort study is
10  more scientifically credible than a case controlled
11  study.
12    Q    You've rendered an opinion about what the
13  literature shows by way of consistency with regard
14  to NSAIDS and aspirin without reviewing all of the
15  literature, do you agree?
16    MS. CURRY:  Object to the form.
17    THE WITNESS:  I believe that I've
18  reviewed a sufficient amount of the literature to
19  render the opinion that I've rendered which is that
20  the literature is inconsistent and, in fact, the two
21  references that you just showed me are consistent
22  with my opinion that the literature on NSAIDS is
23  inconsistent.
24  BY MS. GARBER:
25    Q    Doctor, do you think it's possible to

Cheryl Saenz, M.D.

Page 278

1  render an accurate opinion without reviewing the
2  totality of the literature on a given topic?
3       MS. CURRY:  Object to the form.
4       THE WITNESS:  I think that you can review
5  a sufficient amount of literature to render an
6  opinion as long as the literature that you're
7  reviewing encompasses the breath and depth of the
8  science that is out there.
9  BY MS. GARBER:
10      Q   Do you remember in the Echeverria report
11 what your opinions were with regard to the risk of
12 obesity and serous ovarian cancer?
13      A   So I'm not entirely sure what I said in
14 that report.  I'd be happy to look at it.  I'm not
15 entirely sure I commented specifically on serous
16 ovarian cancer in the Echeverria report.
17      Q   In this report, do you have an opinion as
18 to the risk of obesity as it pertains to serous
19 ovarian cancer?
20      A   So I think the literature on obesity
21 actually does -- well, I think it's inconsistent.  I
22 think that it's somewhat weak.  I think that the
23 strength of the association is still in the range of
24 roughly 1.2 to 1.3.  And I believe the histologic
25 subtypes that are most often associated with obesity

Page 279

1  do not include serous.
2       MS. GARBER:  I'm going to mark as
3  Exhibit 24 your expert report from the Echeverria
4  matter.
5       (C. Saenz Exhibit 24 was marked for
6       identification.)
7  BY MS. GARBER:
8       Q   If you could turn to -- you didn't number
9  your pages, but it's about fourth page in.
10      MS. SHARKO:  Is that protected
11 information in it?
12      MS. GARBER:  Not in this section -- you
13 know, that's a good point.  Thank you very much,
14 Ms. Sharko.  You know what we'll do is, I will
15 take --
16      MS. SHARKO:  Maybe give the witness the
17 whole report, question her, and then only mark pages
18 of it.
19      MS. GARBER:  Thank you.  Well, I don't
20 have pages.  You know what, let's do, Dr. Saenz,
21 let's put a number, just if you could do this,
22 put a number one on the first page at the bottom.
23      THE WITNESS:  On the first page?  I'm
24 sorry.  Okay.
25 ///

Page 280

1  BY MS. GARBER:
2       Q   Let's put a number two on the second
3  page.
4       A   Okay.
5       Q   Then let's put a page three.  And
6  page four.
7       A   Okay.
8       Q   That's all I'm going to mark as from the
9  report of Cheryl Saenz, MD, with regard to the
10 Echeverria report.  We will just mark the first four
11 pages; okay?
12      A   Ma'am, there's patient identifier
13 information on page two.
14      Q   Okay.  We will then just mark page four
15 of the Echeverria report.
16      A   Okay.  I just --
17      Q   Thank you for saying that.  Okay.
18          With regard to your obesity opinion, in
19 this expert report, do you indicate that the data
20 shows an increased risk for high-grade serous?
21      A   In this report?
22      Q   In the Echeverria report, which we've
23 marked as Exhibit 24.
24      A   No.  I don't comment on it increasing the
25 development of high-grade serous.  I comment on it

Page 281

1  portending a worse prognosis in terms of mortality
2  for high-grade serous.
3       Q   Was it your opinion that obesity
4  increases high-grade serous in that case?
5       A   In terms of that incidence or the
6  mortality from?
7       Q   The incidence.
8       A   Not the incidence.  The mortality from.
9       Q   Is it your opinion in the MDL report that
10 obesity increases the risk for high-grade serous, or
11 serous ovarian cancer?
12      A   The incidence?
13      Q   Yes.
14      A   No.
15      Q   Is it your opinion that obesity increases
16 the mortality for high-grade serous?
17      A   It's my opinion that obesity increases
18 the mortality for basically all of the ovarian
19 cancers.
20      Q   Do you say that in your expert report?
21      A   I do.
22      Q   Okay.
23      A   Ma'am, may I ask, what should I do with
24 this then?
25      Q   Thank you.  Moving on.  Okay.  Let's talk

Cheryl Saenz, M.D.

Page 282

1  about a different topic for awhile.
2      Is it your opinion that the data do not
3  support a dose response with regard to talcum
4  powder, genital talcum powder exposure and risk of
5  ovarian cancer?
6      A   Yes, that's correct.
7      Q   You reviewed the Berge study in
8  connection with your expert report; correct?
9      A   The meta-analysis?
10     Q   Yes.
11     A   Yes.
12         MS. GARBER:  I will mark the Berge paper
13  as Exhibit 25.
14         (C. Saenz Exhibit 25 was marked for
15         identification.)
16  BY MS. GARBER:
17     Q   Doctor, the title of this paper is
18  "Genital Use of Talc and Risk of Ovarian Cancer, a
19  Meta-Analysis"; correct?
20     A   Correct.
21     Q   If you turn to page -- let's just look at
22  the first page.  In the abstract, the study authors
23  indicate, "This meta-analysis resulted" --
24     A   I'm sorry, ma'am.  On the first page,
25  where are we?  In the second column?

Page 283

1      Q   At the top, in the abstract.
2      A   Okay.
3      Q   Right-hand column, it indicates, "This
4  meta-analysis."  Do you see that?
5      A   Yes, thank you.
6      Q   "This meta-analysis resulted in weak but
7  statistically significant association between
8  genital use of talc in ovarian cancer, which appears
9  to be a limited to serous" -- sorry.
10     A   No worries.
11     Q   I gave you the wrong version.
12     A   Give you this back?
13     Q   No.  Let's just hang on.
14         Your references indicate the Berge paper
15  that was published in the European Journal of Cancer
16  Prevention in 2018; correct?  It's at page 32.
17     A   Yes.
18     Q   The citation there is Volume 27(3),
19  May 2018, pages 248 to 257; correct?
20     A   Correct.
21     Q   So you have read that publication of the
22  Berge study; correct?
23     A   Correct.
24     Q   So, Doctor, I will represent to you that
25  at the bottom of the abstract, the study says, "This

Page 284

1  meta-analysis resulted in a weak but statistically
2  significant association between genital talc use in
3  ovarian cancer, which appears to be limited to
4  serous carcinoma with suggestion of a dose
5  response."
6      If it says that, do you disagree with the
7  study authors?
8      MS. CURRY:  Do you have a copy of that
9  version?
10     MS. GARBER:  No, I just said that I
11  don't.
12     MS. CURRY:  You don't have it.
13     MS. GARBER:  She had it on her reference
14  list, and I don't.  I put it in hypothetical.
15  BY MS. GARBER:
16     Q   If the study authors say that, do you
17  disagree with that?
18     A   So I have to look at the paper to see
19  exactly what we're looking at and to see where
20  they're saying the suggestion.  Because the paper
21  you've just put in front of me, by the same group,
22  with the same title, actually says that the
23  heterogeneity of results by study design and the
24  lack of a trend for duration and frequency of use
25  detract from a causal interpretation of the

Page 285

1  association.
2      MS. GARBER:  Would you object if I give
3  her a highlighted version that she can look at for
4  purposes of this question?
5      MS. CURRY:  No objection.
6      MS. GARBER:  I can make a clean copy of
7  it so that doesn't show up.
8      MS. CURRY:  Okay.
9  BY MS. GARBER:
10     Q   Doctor, do you see in the abstract where
11  I read from, at the bottom, where it says "This
12  meta-analysis"?
13     A   "This meta-analysis resulted in a weak
14  but statistically significant association between
15  genital use of talc and ovarian cancer, which
16  appears to be limited to serous carcinoma with
17  suggestion of a dose response."
18     Q   Do you disagree with the study authors,
19  the study provided a suggestion of a dose response?
20     MS. CURRY:  Object to the form.
21     THE WITNESS:  So I don't disagree with
22  the suggestion.  I don't think that demonstrates a
23  dose response, because the authors also go on to
24  say, "The heterogeneity of results by study design,
25  however, detracts from a causal interpretation of

Cheryl Saenz, M.D.

Page 286

1 this association."
2           MS. GARBER:  Motion to strike as
3 nonresponsive.
4 BY MS. GARBER:
5     Q    Doctor, if you could now turn to about
6 halfway through the paper.
7     A    Which paper, ma'am, the one that I just
8 got handed or the one before?
9     Q    The one that you just got handed --
10    A    Okay.
11    Q    -- which we will mark as Exhibit -- we
12 will change and we will make that Exhibit 25.
13          MS. CURRY:  I think there's been
14 testimony on Exhibit 25.  Do you want to change --
15 do you want to mark this 26?
16          MS. GARBER:  Let's make that -- let's
17 just make that, yeah, 26.
18          (C. Saenz Exhibit 26 was marked for
19          identification.)
20 BY MS. GARBER:
21    Q    So Doctor, Exhibit 26 is now the Berge
22 paper which is published in the European journal of
23 Cancer Prevention, Volume 273, May 2018; correct?
24    A    Yes, ma'am.
25    Q    That's the same one that's listed on your

Page 287

1 reference list in your expert report?
2     A    Yes, ma'am.
3     Q    All right.  Now, if I could have you turn
4 to table three of that study.
5     A    I don't see a table three.  Am I missing
6 something?
7     Q    Go back one page.
8     A    Sorry; yes.
9     Q    That table three is titled "Duration and
10 Frequency of Use of Genital Talc, Results of the
11 Meta-Analysis."  Do you see that?
12    A    No.  Oh, sorry, "Duration and Frequency
13 of Use of Genital Talc Results in Meta-Analysis."
14 Yes.
15    Q    For the duration of ten years, the
16 relative risk was 1.16 and statistically
17 significant; correct?
18    A    Yes.
19    Q    And the frequency of use defined as one
20 time per week, showed a relative risk of 1.05, also
21 statistically significant; correct?
22    A    Yes.
23    Q    So these data support a suggestion of
24 dose response, don't they?
25          MS. CURRY:  Object to the form.

Page 288

1           THE WITNESS:  I don't necessarily know
2 that, because I don't know what it's being compared
3 against.  If it's being compared against never use
4 versus another time period, my answer would be
5 different.
6 BY MS. GARBER:
7     Q    Okay.  Can you go back to the Schildkraut
8 paper that we marked as Exhibit 7, please.  If you
9 turn --
10    A    Give me a second, ma'am.
11    Q    Sure.
12    A    Okay.
13    Q    If you turn to page 1416 of that
14 publication --
15    A    Yes, ma'am.
16    Q    -- on the left-hand column, about just a
17 little below halfway down, it begins with "The
18 results."  Do you see where I am?
19    A    No.
20    Q    It's about three-quarters of the way down
21 the results.
22    A    Oh.
23    Q    See that?
24    A    Oh, sorry, yes.  The beginning of the
25 paragraph -- yes.

Page 289

1     Q    Yes.  The study authors indicate here,
2 "The results of the current study show that genital
3 powder use was associated with ovarian cancer risk
4 in African-American women and are consistent with
5 localized chronic inflammation in the ovary due to
6 particulates that travel through a direct
7 transvaginal route."  Did I read that correctly?
8     A    You read that component of the discussion
9 section; yes.
10    Q    The authors also say, "The dose response
11 observed for duration of genital powder use provides
12 further evidence for the relationship between
13 genital powder and overall epithelial ovarian cancer
14 risk."
15          Did I read that correctly?
16    A    That is what the author said, but what
17 their data actually shows, their analysis for their
18 dose response curve was not done correctly.  And so
19 I don't agree that this paper actually shows a dose
20 response.
21    Q    Here again, you agree -- you disagree
22 with study authors who actually conducted the study?
23    A    I do, ma'am, because this study looked at
24 applications without pulling out the never-users.
25 So the weight of having a statistically significant

Cheryl Saenz, M.D.

Page 290

1  finding with more use is influenced by the never-use
2  population remaining in the analysis.
3     Q   Let's look at Cramer 2016. That was
4  another study you cited in your reference list;
5  correct?
6     A   Yes, ma'am.
7        (C. Saenz Exhibit 27 was marked for
8     identification.)
9  BY MS. GARBER:
10    Q   Dr. Cramer was one of the --
11    A   This is 27.
12    Q   Thank you. Exhibit 27 is the Cramer 2016
13  paper titled "The Association Between Talc Use in
14  Ovarian Cancer Retrospective Case Control Study in
15  Two US States"; right?
16    A   Yes.
17    Q   Dr. Cramer was the first study author in
18  1982 to find a statistically significant associated
19  risk between genital talc use and ovarian cancer;
20  right?
21    A   I believe that he's the first person to
22  publish that, yes, ma'am.
23    Q   He has since published a number of
24  studies about the issues surrounding talc and
25  ovarian cancer, including this study in 2016;

Page 291

1  correct?
2        MS. CURRY: Object to the form.
3        THE WITNESS: He -- he has published a
4  number of studies, yes. And -- yes, this study was
5  publish in yeah, 2016.
6  BY MS. GARBER:
7     Q   Do you have any reason to doubt the
8  reliability of this particular study?
9        MS. CURRY: Object to the form.
10       THE WITNESS: I think there are problems
11  with this study, particularly with respect to the
12  reporting of a dose-response curve as we were just
13  discussing.
14  BY MS. GARBER:
15    Q   Can you name any positive study that
16  supports an association between genital talc use and
17  ovarian cancer that you don't think has a problem?
18    A   So I actually think the Terry pooled
19  analysis --
20    Q   Is that in your eyes?
21    A   Yeah. I can just sit back a little.
22       MS. CURRY: Are you okay on the video?
23       THE VIDEOGRAPHER: Yeah, they're all
24  down. Tried to pull them down more. They're not
25  blocking.

Page 292

1        THE WITNESS: The Terry pooled analysis,
2  I think, from a standpoint of the way that that
3  study was conducted, I think it was scientifically
4  sound.
5  BY MS. GARBER:
6     Q   Any others? There's about 30 of them;
7  right?
8        MS. CURRY: Object to the form.
9        THE WITNESS: The case control studies, I
10  don't have criticisms of all of them. It's just
11  when I'm reviewing them, I review the data in its
12  entirety, particularly looking for consistencies
13  within the study, if it's reporting on things that
14  are claimed in the conclusions.
15  BY MS. GARBER:
16    Q   Do you have any criticisms of any of the
17  data that didn't find a statistically significant
18  increased risk between genital talc and epithelial
19  ovarian cancer?
20       MS. CURRY: Object to the form.
21       THE WITNESS: I'm sure I --
22       MS. GARBER: Or are your criticisms just
23  limited to the positive data?
24       MS. CURRY: Object to the form.
25       THE WITNESS: No, my criticisms are not

Page 293

1  just limited to the positive data.
2  BY MS. GARBER:
3     Q   Let's look at the Terry 2016 study.
4        MS. CURRY: Do you mean Cramer?
5        THE WITNESS: We're looking at Terry 2013
6  or Cramer 2016?
7        MS. GARBER: Let's look at the Terry
8  2016 study.
9        THE WITNESS: Okay.
10       MS. SHARKO: Are you okay with the sun?
11       THE WITNESS: I'm okay. If I need to --
12  I can back up. Right now, I'm okay.
13       THE VIDEOGRAPHER: Doctor, try to move a
14  little way this way. That's fine.
15       THE WITNESS: Move this way? Yeah,
16  that's -- I'm going to sit back here.
17       THE VIDEOGRAPHER: That's better
18  actually.
19       THE WITNESS: You got the right side?
20       MS. GARBER: That's all off the record.
21       THE REPORTER: Unfortunately, it is on.
22  BY MS. GARBER:
23    Q   Doctor, if you can turn to page 337 of
24  this study.
25    A   Yes, ma'am.

Cheryl Saenz, M.D.

Page 294

1    Q    Start with page 335 to get the full
2  sentence.  The very last sentence on 335 indicates,
3  "An odds ratio of 1.49 with a confidence interval of
4  1.06 to 2.10 was associated with more than 20 talc
5  years (greater than 7200 applications) and a dose
6  response."
7    A    That's what they wrote.
8    Q    Do you disagree with the study authors in
9  this case that the results supported a dose
10  response?
11    A    So I don't disagree with the finding,
12  that that's the odds ratio.  But I do disagree with
13  the statement that this analysis, which is in the
14  top part of the table one, looking at total genital
15  applications among only those who reported months
16  per year per use, that analysis, that grouping, does
17  not support a dose response with each of those
18  intervals of applications.
19         The only -- there are two, actually, that
20  report statistical significance.  The one of the 361
21  to 1800 applications, and the greater than 7200 that
22  you just reported.  But the interval in between
23  those two does not achieve statistical significance
24  and, in fact, has an odds ratio even lower than less
25  application.

Page 295

1         So I don't believe that this grouping,
2  the analysis of the total applications actually
3  supports a dose response.
4    Q    You make that assumption, because you
5  assume that the dose response needs to be linear,
6  don't you?
7         MS. CURRY:  Object to the form.
8         THE WITNESS:  No, that's actually not
9  true.  I'm drawing that opinion from the fact that a
10  lower number of applications was reported as a
11  statistically significant finding, and then the
12  intermediate number of applications actually wasn't
13  statistically significant and had a lower odds
14  ratio.  And then the higher number of applications
15  had statistical significance.
16         So it's not a matter of threshold
17  response per se.  It's a matter of the fact that the
18  statistically significant findings are interrupted
19  by nonstatistically significant findings of an
20  actually lower odds ratio.
21  BY MS. GARBER:
22    Q    Are you aware of any toxicology
23  principles that would support that you don't have to
24  have a linear increase.  It can be in the shape of
25  go up, go down, then go back up?

Page 296

1         MS. CURRY:  Object to the form.
2         THE WITNESS:  Not with respect to talc
3  and not with respect to having a lesser exposure
4  cause a cancer as we're looking at in this
5  circumstance, an intermediate exposure not causing
6  cancer and then the higher exposure causing the
7  cancer.  It -- I'm not aware of anything that would
8  say an intermediate exposure of a carcinogenic agent
9  is safe when a lower exposure is not.
10  BY MS. GARBER:
11    Q    You're not a toxicologist, though; right?
12    A    No, ma'am.
13    Q    If you turn to page 345, there is a
14  summary, that says, "In summary, the study on talc
15  in epithelial ovarian" --
16    A    I'm sorry, can you slow down and let me
17  get there.
18    Q    Sure.
19    A    Thank you.
20    Q    345, left-hand column.  It reads, "In
21  summary, this study on talc and epithelial ovarian
22  cancer has contributed to the following perspectives
23  with some new regarding this association."
24         And the first one reads, "Overall, there
25  is an association between genital talc use an EOC

Page 297

1  and a significant trend with increasing talc years
2  of use."
3         Did you disagree with that?
4    A    I don't believe this paper supports that
5  contention.
6    Q    So yet again here, you're disagreeing
7  with a study author that has actually conducted a
8  study with regard to genital talc use in ovarian
9  cancer?
10         MS. CURRY:  Object to the form.
11         THE WITNESS:  I disagree with the
12  statement in the conclusion section, because the
13  table that is presented actually as the data does
14  not support that statement.
15         MS. GARBER:  Let's mark the Terry paper
16  as 28.
17         (C. Saenz Exhibit 28 was marked for
18         identification.)
19  BY MS. GARBER:
20    Q    Doctor, you looked at this study;
21  correct?
22    A    I read this study, yes.
23    Q    The title is "Genital Powder Use in the
24  Risk of Ovarian Cancer, a Pooled Analysis, of
25  8525 Cases and 9859 Controls."

Cheryl Saenz, M.D.

Page 298

1    A    Correct.
2    Q    With regard to dose response at page six,
3   the authors address -- I'm sorry, under discussion.
4   Under discussion that begins "The biologic
5   plausibility."
6         Do you see where I am?
7    A    Yes.
8    Q    The authors here address some of the
9   issues that I was just raising with regard to it may
10   not be a linear dose response, don't they?
11        MS. CURRY:  Object to the form.
12        THE WITNESS:  You would need to point out
13   for me exactly what you're referring to.
14        MS. GARBER:  Okay.
15   BY MS. GARBER:
16    Q    The Terry authors indicate "The biologic
17   plausibility for the observed association between
18   genital talc use and ovarian cancer risk has been
19   challenged because evidence for a dose response has
20   been inconsistent."
21        Gives some citation.  It says "The lack
22   of significant dose response may reflect the
23   difficulty inherent in accurate recollection of
24   specific details of frequency and duration of
25   genital powder use."

Page 299

1         They go on to say "Also, because not all
2   powder products contain talc, various products may
3   differ in their potential cardiogenic effects."
4        MS. CURRY:  Carcinogenic effects.
5        MS. GARBER:  "Carcinogenic effects.
6   Alternatively, the association between genital
7   powder exposure and ovarian cancer risk may not be
8   linear, and modest exposure maybe sufficient to
9   increase cancer risk."
10   BY MS. GARBER:
11    Q    Did I read that correctly with counsel's
12   help?
13    A    That, and earlier I think you missed a
14   word.  It wasn't genital talc use.  It was genital
15   powder use in the first sentence, but otherwise;
16   yes.
17    Q    Okay.  Do you agree with the authors that
18   the dose response results that are seen in the
19   literature and the inconsistency of those may
20   reflect that there's not a linear response, but yet
21   there can still be carcinogenicity?
22        MS. CURRY:  Object to the form.
23        THE WITNESS:  So I believe that the lack
24   of a linear response may be true, and it may be that
25   a threshold dose is the mechanism by which something

Page 300

1   is carcinogenic.  But the literature on talc and
2   developing ovarian cancer, that's not my criticisms
3   of the studies that lack a dose response curve.
4         My criticisms of the studies that lack a
5   dose response curve are either one, they fail to
6   pool the never-users out of the analysis, so the
7   weight of seeing a dose response is actually
8   influenced by the fact that the never-users still
9   remain in the analysis.
10        And two, there are studies such as Cramer
11   2016 that we just talked about, that a lower dose
12   seems to have an association between ovarian cancer,
13   but an intermediate dose does not.  And then a
14   higher dose does have that statistical significant
15   finding so I believe what Terry is saying, is that
16   may be not linear.  It may be threshold.  But that
17   doesn't alter the findings in Cramer.  It doesn't
18   alter the way that Schildkraut did the analysis.
19        So those are my criticisms.  I don't
20   think it's entirely explained by what Terry is
21   offering here in the discussion section.
22   BY MS. GARBER:
23    Q    Do you agree that the literature -- there
24   are literature that support a dose response?
25    A    I do not believe that there's any

Page 301

1   literature that actually has shown a dose response
2   where the dose response calculations have been done
3   correctly.
4    Q    You believe the failure to pull the
5   never-users out of the equation operates to increase
6   the odds ratio?
7        MS. CURRY:  Object to the form.
8        THE WITNESS:  I believe that the failure
9   to pull the never-users out of the calculation of a
10   dose response analysis does influence that analysis
11   towards showing a higher odds ratio for increased
12   applications or longer duration or increased
13   frequency.
14   BY MS. GARBER:
15    Q    Why is that if they've never used talc?
16    A    Because the dose, if you're looking at
17   just two applications, let's say that you're looking
18   at less than 5,000 applications or more than 5,000
19   applications, the lower odds ratio that's calculated
20   with less than 5,000 applications is influenced by
21   the never-users still being in there.
22        The higher odds ratio that you see when
23   you calculate the odds ratio for more than 5,000
24   applications is being compared against that
25   population that still had no applications in it.

Cheryl Saenz, M.D.

Page 302

1    So that odds ratio for that first dosing
2 is influenced by the never-users still being
3 contained in that grouping.
4    Q    You're speculating, aren't you, that
5 those odds ratios are influenced by the never-users?
6    MS. CURRY:  Object to the form.
7    THE WITNESS:  No --
8 BY MS. GARBER:
9    Q    You have no data to suggest that that has
10 positively influenced the data, do you?
11    MS. CURRY:  Object to the form.
12    THE WITNESS:  I absolutely do.  That's
13 actually how Terry calculated their dose response.
14 They pulled the never-users out, and they commented
15 that this is the only way to actually go look for a
16 dose response.  Your never-users are not going to
17 have a statistically significant increased risk
18 because they have no applications.
19    So their referent number is one.  That's
20 a lower number by the fact that they're never-users.
21 Terry pulled those patients out, the never-users,
22 when Terry went about doing the dose calculations.
23 And Terry did not find a statistically significant
24 dose response curve.
25 ///

Page 303

1 BY MS. GARBER:
2    Q    Are there other data that support that
3 failure to pull out the never-users inflated the
4 odds ratio?
5    MS. CURRY:  Object to the form.
6    THE WITNESS:  No, every other study left
7 them in.  That's not the proper way to do that
8 analysis, because you're weighting your lower
9 applications by the never-users.  They don't belong
10 in the dose response calculations, because they
11 don't have applications.
12 BY MS. GARBER:
13    Q    But you don't know the way that you just
14 cited in Terry in the other studies that the
15 never-users affected the results, do you?
16    MS. CURRY:  Object to the form.
17    THE WITNESS:  No, I do, because they have
18 an odds ratio, a referent value of one.  So that is
19 the referent value because they have no exposures.
20 That's influencing the lower dose applications.
21 BY MS. GARBER:
22    Q    Do you have any data to indicate that the
23 study subjects that reported no use did, in fact,
24 have no use?
25    A    So I think what you're getting at is

Page 304

1 actually the entire issue of recall bias.  Any case
2 control studies is up and open to recall bias.  I
3 have no reason to believe that somebody would report
4 they never used talc if they never used it.  But I
5 don't have actual data on that.
6    Q    Do you have an opinion that recall bias
7 accounts for the positive association in the case
8 control studies?
9    MS. CURRY:  Object to the form.
10    THE WITNESS:  I think it has the
11 potential to contribute to it.
12 BY MS. GARBER:
13    Q    But that's not my question.  Do you think
14 that the positive results, the statistically
15 significant association in the case control studies
16 are attributable to recall bias?
17    MS. CURRY:  Object to the form.
18    THE WITNESS:  Not exclusively, but I
19 think there is the potential that recall bias is
20 influencing the odds ratios in the case control
21 studies along with other factors that case control
22 studies are subject to.
23 BY MS. GARBER:
24    Q    So I'm here to get your opinion.  So
25 there's potential, but it is not your opinion that

Page 305

1 those studies are, in fact, influenced by recall
2 bias; correct?
3    A    I do --
4    MS. CURRY:  Object to the form.
5    THE WITNESS:  I do believe that
6 Schildkraut demonstrated that recall bias
7 contributes to the odds ratio because when
8 Schildkraut analyzed the data pre-2014 and
9 post-2014, the odds ratio changed.  So I do believe
10 that as a piece of data, the Schildkraut study does
11 show the influence of recall bias in case control
12 studies -- sorry, in her study.
13 BY MS. GARBER:
14    Q    Do you know when there was the first
15 widespread coverage or media coverage of the talcum
16 powder litigation?
17    MS. CURRY:  Object to the form.
18    THE WITNESS:  No, I do not.
19 BY MS. GARBER:
20    Q    Did you read any studies that talked
21 about that?
22    A    About the recall bias?
23    Q    Uh-huh.
24    A    Or the litigation?
25    Q    Uh-huh.

Cheryl Saenz, M.D.

Page 306

1    A    Other than Schildkraut?
2    Q    Uh-huh.
3    A    Penninkilampi talks about it.
4    Q    We'll get to some of that in a minute.
5  Do you have an opinion about whether the
6  epidemiological data provides consistent increased
7  risk of ovarian cancer?
8         MS. CURRY:  Object to the form.
9         THE WITNESS:  I'm sorry, you're going to
10 have to rephrase that.  That's really broad.  The
11 epidemiologic literature shows increased risk of
12 ovarian cancer?
13        MS. GARBER:  Yes.
14        THE WITNESS:  That's very broad.  I
15 don't -- can you please rephrase that?
16 BY MS. GARBER:
17   Q    What are your opinions about whether or
18 not the epidemiological data is -- provides
19 consistency or inconsistency?  Don't you have
20 opinions about that in your report?
21        MS. CURRY:  Object to the form.
22        THE WITNESS:  With respect to what and
23 what?
24 BY MS. GARBER:
25   Q    With respect to genital talc use and risk

Page 307

1  of ovarian cancer.
2    A    I think the epidemiologic literature on
3  the risk of -- the possible risk of perineal
4  application of talc and the development of ovarian
5  cancer is inconsistent.
6    Q    You're aware of study data that
7  indicate -- strike that.
8         You're aware of study authors in
9  epidemiological studies that indicate that the
10 literature is consistent, not inconsistent; correct?
11        MS. CURRY:  Object to the form.
12        THE WITNESS:  No, you'd have to point me
13 to what exactly you're referencing.
14        MS. GARBER:  Let's go back to Health
15 Canada, which is Exhibit 20.
16        THE WITNESS:  Okay.
17        MS. CURRY:  Exhibit 19?
18        MS. GARBER:  Is it 19?
19        THE WITNESS:  Yes.
20        MS. GARBER:  Thank you.  I misspoke.  So
21 Exhibit 19, that draft screening assessment of
22 Health Canada.
23 BY MS. GARBER:
24   Q    Could you please turn to page -- it's not
25 three, but it's Roman three.  It's three pages in.

Page 308

1  Do you see where I am?
2    A    So the -- is this the synopsis section?
3    Q    Yes.  Do you see at the bottom of -- the
4  third page in, under the synopsis, the second to the
5  last paragraph?
6    A    Yes.
7    Q    It reads, "The meta-analyses of the
8  available human studies and peer-reviewed literature
9  indicate a consistent and statistically significant
10 positive association between perineal exposure to
11 talc in ovarian cancer."
12        Do you disagree with that statement of
13 these authors who drafted this for Health Canada?
14   A    Yes, the literature is not consistent.
15 In fact, Berge talks about that.  There's
16 heterogeneity between case control studies and the
17 cohort studies.
18   Q    So here, again, you're disagreeing with
19 authors who have actually performed an analysis of
20 the data.
21        MS. CURRY:  Object to the form.
22        THE WITNESS:  These authors didn't
23 perform an analysis.  This is a draft screening
24 assessment, and in fact, I'm very consistent with
25 what Berge puts forth, which is that there's

Page 309

1  heterogeneity, meaning inconsistency, between the
2  cohort studies and the case control studies.
3         MS. GARBER:  Let's mark the Taher study.
4         THE REPORTER:  Which study?
5         MS. GARBER:  T-A-H-E-R, 2018.  I'm going
6  to mark as Exhibit 29 the Taher 2018 meta-analysis.
7         (C. Saenz Exhibit 29 was marked for
8         identification.)
9         THE WITNESS:  Thank you.
10 BY MS. GARBER:
11   Q    Could you please turn to page 49 of the
12 study.  Under the conclusion section, beginning with
13 "consistent," the authors conclude "Consistent with
14 previous evaluations, the IARC and subsequent
15 evaluations by individual investigators, the present
16 comprehensive evaluation of all currently available
17 relevant data indicates that perineal exposure to
18 talcum powder is a possible cause of ovarian cancer
19 in humans."
20        I'm assuming that you disagree with that
21 conclusion.
22   A    I disagree with that.  I mean, they are
23 basically saying what IARC said, and I disagree with
24 that.
25   Q    You disagree that the literature is

Cheryl Saenz, M.D.

Page 310

1 consistent?
2     A   I disagree that the literature is
3 consistent, because again the cohort studies do not
4 show an increased risk.
5     Q   And you disagree that the perineal
6 exposure to talc is a possible cause of ovarian
7 cancer in humans?
8     A   Yes.
9     Q   Turning back to the Terry 2013 paper.  If
10 you turn to page six of that study where it
11 indicates "Based on the consistency," do you see
12 that?
13     A   I'm sorry, where are we?
14     Q   If you could hand that to me, because I
15 can't find mine.  Thanks.
16     A   No problem.
17     Q   Thank you.  Page six, under the
18 discussion.  Do you see where it begins, "Based on
19 the consistency"?
20     A   Yes.
21     Q   It reads, "Based on the consistency of
22 the epidemiologic literature on talc-based body
23 powder and ovarian cancer risk, the IARC classified
24 talc-based body powder as a 2(b) carcinogen,
25 possibly carcinogenic in human beings."

Page 311

1        So there the Terry papers are citing to
2 IARC, where IARC was saying the data are consistent;
3 correct?
4     A   So Terry is citing IARC, which is a 2010
5 publication, and that's before the cohort studies
6 such as when the talc initiative study was
7 published.  So IARC didn't actually analyze those
8 studies, and I do believe that here, Terry is simply
9 quoting what IARC has to say.
10     Q   Okay.  Did you consider the -- did you
11 consider the issue of recall bias in formulating
12 your opinions in this case?
13        MS. CURRY:  Object to the form.
14        THE WITNESS:  With respect to what?
15 BY MS. GARBER:
16     Q   With regard to the sufficiency of the
17 literature and what it showed.
18        MS. CURRY:  Object to the form.
19        THE WITNESS:  I think recall bias is
20 always an issue.  Whenever there's a case control
21 study, I don't think that that's something that you
22 can necessarily eliminate.  You can try and control
23 for it, but as we discussed earlier and as evidenced
24 by the Schildkraut study, there's certainly an
25 influence of, on the odds ratios, of recall bias.

Page 312

1 BY MS. GARBER:
2     Q   In your report at page eight, under the
3 heading, "Genital Application of Talc," you
4 indicate, "The majority of the published studies" --
5     A   I'm sorry.  Give me a second.  I see
6 where you are, yes.
7     Q   "The majority of the published studies
8 consist of small, retrospective case control studies
9 with inherent selection and recall bias."
10     A   Biases.
11     Q   Biases.
12     A   Yes.
13     Q   That's your opinion?
14     A   Yes.
15     Q   The majority of them?
16     A   Yes.
17     Q   Okay.  Are you aware of study author
18 statements that have indicated that those data are
19 not subject to recall bias?
20        MS. CURRY:  Object to the form.
21        THE WITNESS:  No, you would have to show
22 me that, and I don't believe that you can entirely
23 eliminate recall bias from a case control study.
24 And selection bias is always going to be a component
25 of a case control study because you will have people

Page 313

1 that don't participate in terms of who your cases
2 are.  And what is the reason for them to not
3 participate and the people that do participate, to
4 participate, you can't sort out.  You don't know
5 what those influences are.
6 BY MS. GARBER:
7     Q   At Exhibit 19, page 28.
8     A   What document are we on now, ma'am?
9     Q   Sorry, the Health Canada.
10     A   Health Canada.
11     Q   Health Canada, page 28.
12     A   Okay.
13     Q   Under the heading, "Uncertainties in the
14 Evaluation of Risk in Human Health," third paragraph
15 down, beginning with the sentence, "However."
16        Do you see where I am?
17     A   Yes.
18     Q   The next sentence down, it begins, "The
19 studies where the exposure is simple, e.g., never
20 versus ever use, recall bias is unlikely to be an
21 important source of bias."
22        Then it cites to Narod 2016.  "The
23 positive association is strongest for serous
24 histologic type."  Then he cites to Berge 2018.
25 Taher, 2018.  "The findings that the association may

Cheryl Saenz, M.D.

Page 314

1  vary by histologic type detracts from the hypothesis
2  of report bias, as this type of bias would likely
3  operate in all histologic types."
4       Then he cites to the Berge 2018 paper.
5       Correct?
6   A   That's what it says there, but that's
7  just not true.
8   Q   So let's talk about that for a minute.
9  If recall bias were at play, then it wouldn't
10 operate in some histologies and not others, would
11 it?
12  A   So the studies that have shown the
13 association with the serous subtype was the Gertig
14 2000 study, which in the follow-up study with Gates
15 in 2010, did not show the association with the
16 serous subtype.
17  Q   Were there other studies that you saw
18 where serous subtype was more highly associated with
19 risk of ovarian cancer than the other subtypes?
20  A   So across the different literature that
21 has been published at various times, there has been
22 association with the serous type, but there have
23 also been associations with the endometrial type.
24 So the literature has varied, according to what
25 subtypes were found.

Page 315

1       I also think, again, I would cite back to
2  Schildkraut, which demonstrated the influence of
3  recall bias, regardless.  And I just don't think
4  that you can completely eliminate recall bias.
5       You're talking about patients with
6  ovarian cancer that are searching for answers as to
7  why they got their disease.  They want to know why
8  they're in this unfortunately circumstance, and we
9  don't really know how the people that were doing the
10 questions were asking them the questions and how
11 that might influence them as well.
12  Q   Can you pull the Langseth paper from
13 2008.
14      MS. CURRY:  Which exhibit number was
15 that?
16      MS. GARBER:  I think it was seven.
17      MS. THOMPSON:  It's 12.
18      MS. GARBER:  It was not.  It was 12.
19      THE WITNESS:  Almost there.
20 BY MS. GARBER:
21  Q   If you turn to page 358.
22  A   Is that the first page?
23  Q   Yeah.  On the right-hand column, the
24 paragraph that begins with "Methodological factors,"
25 do you see that?

Page 316

1   A   Yes.
2   Q   It reads:  "Methodological factors such
3  as recall bias could always be considered in case
4  control studies."
5       MS. CURRY:  Should always be considered.
6       MS. GARBER:  "It could have been a
7  problem had there been widespread publicity about
8  the possible association between use of body powder
9  and cancer.  The International Agency For Research
10 on Cancer, IARC, working group, considers that there
11 has not been widespread public concern about this
12 issue, and therefore, considers it unlikely that
13 such bias could play -- could explain the consistent
14 findings."
15 BY MS. GARBER:
16  Q   Did I read that correctly?
17  A   Yes, and it goes on, "Another source of
18 recall bias could result from the fact that women
19 with cancer tend to remember or overreport their use
20 of body powder," which is exactly what I was saying
21 before.
22  Q   Isn't it true, Doctor, that habitual use
23 eliminates or reduces the risk of recall bias?
24      MS. CURRY:  Object to the form.
25      THE WITNESS:  It can reduce recall bias,

Page 317

1  but you can't eliminate it.  And even as the authors
2  say in this paper that you were just reading from,
3  the influence of this type of recall bias cannot be
4  ruled out.  So habitual use doesn't even rule out
5  the possibility that the women with cancer tend to
6  overreport or remember more so their use of body
7  powder.
8  BY MS. GARBER:
9   Q   Would you read the Narod 2016 publication
10 with regard to talc in ovarian cancer.  I didn't see
11 it cited on your reference list.
12  A   I think in the course of being a GYN
13 oncologist, I probably read it, but I don't know
14 that I read it specifically for the purposes of
15 generating my report.
16      MS. GARBER:  So I've marked that as
17 Exhibit 30.
18      (C. Saenz Exhibit 30 was marked for
19      identification.)
20 BY MS. GARBER:
21  Q   Doctor, this was published in Gynecologic
22 Oncology, so this is something that you probably
23 would have read?
24  A   Quite possibly; yes.
25  Q   Doctor, here, Dr. Narod discusses that

Cheryl Saenz, M.D.

Page 318

1  case control studies to date are consistent on the
2  right-hand column, doesn't he?
3      A   He writes, "The case control studies to
4  date are consistent," yes.
5      Q   If you turn --
6      A   He goes on to say, "Given the small
7  effect size, it is not surprising that some are
8  positive and some are negative."
9      Q   Does he also discuss the cohort studies,
10 if you turn the page over in the left-hand column,
11 about halfway down, beginning with the word
12 "neither"?
13     MS. CURRY: I don't see where you are.
14     THE WITNESS:  I don't either.
15     MS. GARBER:  Second page in.
16     THE WITNESS:  Yes, ma'am.
17     MS. GARBER:  Left-hand column.
18     THE WITNESS:  Yes, ma'am.
19     MS. GARBER:  About halfway down the
20 paragraph, right after the odds ratio that ends with
21 the competence interval of 1.15.
22     THE WITNESS:  I'm sorry, say that number
23 again.
24     MS. GARBER:  Let me show you, where it
25 says "neither."

Page 319

1      THE WITNESS:  Thank you; okay.
2  BY MS. GARBER:
3      Q   It indicates:  "Neither prospective study
4  confirmed the association of talc use in ovarian
5  cancer raised by the case control studies, but
6  neither study was powered to detect the risk of 1.2
7  and, therefore, we cannot exclude the possibility."
8      He goes on to say, "Only two women in a
9  thousand will develop ovarian cancer in ten-year
10 follow-up period.  If we study 10,000 women over ten
11 years, we can expect 20 cancers to occur.  If the
12 true odds ratio is 1.2, we will expect 20 cancers in
13 the unexposed group of 100,000."
14     MS. CURRY:  10,000.
15     THE WITNESS:  10,000.
16 BY MS. GARBER:
17     Q   And so on.  He goes on to say, "In order
18 to achieve statistical significance in the
19 prospective study, we would need a much larger
20 cohort, e.g., we would need a study upwards of
21 200,000 women for ten years?"
22     Did I read that correctly?
23     A   So, one, he does say that.  Two, I don't
24 know what his -- the bases for his calculations and,
25 three, we actually do have that data.  Berge in the

Page 320

1  meta-analysis, when Berge looked at the cohort
2  studies and put them together, Berge did a
3  mathematical calculation to look at the power of the
4  cohort studies to be able to detect a relative risk
5  of 1.25.
6      And what Berge found was that when you
7  put the cohort studies together, you actually do
8  achieve the statistical significance to detect a
9  relative risk of 1.25 to the 99th percentile.
10     So the power is actually there within the
11 cohort studies, particularly when you do a
12 meta-analysis with them.
13     So I disagree that that data is not
14 available.  I think that this is why Berge came to
15 the conclusion that you cannot say the heterogeneity
16 between the case control studies and the cohort
17 studies is due to the cohort studies lacking power.
18 BY MS. GARBER:
19     Q   None of the cohort studies have a study
20 population of 200,000 women, do they?
21     MS. CURRY:  Object to the form.
22     THE WITNESS:  No, they don't, but the
23 pool of them does.  And the pool of them did not
24 detect a statistically significant difference in the
25 risk of developing ovarian cancer with the use of

Page 321

1  perineal talc.
2  BY MS. GARBER:
3      Q   What did the Penninkilampi data find with
4  regard to the cohort studies?
5      MS. CURRY:  Object to the form.
6      THE WITNESS:  So the Penninkilampi study
7  only looked --
8      MS. GARBER:  Go ahead, I'm sorry.
9      THE WITNESS:  That's okay.
10 BY MS. GARBER:
11     Q   The Penninkilampi study only looked at
12 the Gertig data.  It didn't look at the Gates data.
13     Do you take issue with that?
14     A   I do.
15     Q   Why?
16     A   Because I would think that study authors
17 that are trying to conduct a meta-analysis would
18 always want to look at the most mature data,
19 particularly in cohort study.  So I understand that
20 the authors didn't --
21     Q   I'm listening.  I promise you, I'm
22 listening.  I'm sorry.  We're just short on time.  I
23 can do two things at once.  I'm a woman.
24     A   Understood.  I understand that
25 Penninkilampi didn't want to have duplicate data.

Cheryl Saenz, M.D.

Page 322

1    Q    Okay; yes.
2    A    I understand that Penninkilampi didn't
3 want to have duplicate data, so they said they
4 didn't want to reanalyze the same patient study
5 population.  But I still -- can you move that water
6 bottle?  Sorry.  This one.  The light is reflecting
7 off of it.  Thank you so much.
8         But that means that they should have
9 favored an analysis of the Gates data over the
10 Gertig data and they did not.
11    Q    Do you know what the metric of exposure
12 was for the Penninkilampi meta-analysis?
13         MS. CURRY:  Object to the form.
14         THE WITNESS:  You mean what did they
15 calculate their odds ratio off of?
16 BY MS. GARBER:
17    Q    How did they select the exposure for
18 purposes of their meta-analysis that was conducted?
19    A    I'd have to go look at the original study
20 again.  I can't recall off the top of my head.
21         MS. GARBER:  Let's mark Exhibit 31 the
22 Penninkilampi study.
23         (C. Saenz Exhibit 31 was marked for
24         identification.)
25 ///

Page 323

1 BY MS. GARBER:
2    Q    Doctor, if you look at table two, sorry.
3 If you look at figure two at page 46.  Do you see
4 for figure 2(a), the metric is ever-talc use or
5 any-talc use?
6    A    I'm sorry, where are you?
7    Q    Under figure two.
8    A    Are we reading the legend?
9    Q    Yes.
10    A    Thank you.
11    Q    Figure 2(a), it indicates, "Any perineal
12 talc use is associated with an increased risk";
13 right?
14    A    Yes.
15    Q    Figure 2(a), the metric, is ever-use of
16 talc; correct?
17    A    Well, it says "Any perineal talc use";
18 yes.
19    Q    Ever-use; right?
20    A    I don't see where it says "ever."
21    Q    Well, any, ever, those are used
22 interchangeably, aren't they?
23    A    Fair enough.
24    Q    So now if we go -- you take issue because
25 the Penninkilampi authors included the Gertig 2000

Page 324

1 data; correct?
2    A    Well, they didn't include the Gates data.
3 It's not that they included the Gertig data that I
4 take issue with.  It's that they didn't include the
5 Gates data.
6         MS. GARBER:  Now, if I mark Gertig, as
7 Exhibit 32.
8         (C. Saenz Exhibit 32 was marked for
9         identification.)
10 BY MS. GARBER:
11    Q    Doctor, if we turn to the Gertig data
12 that the Penninkilampi authors included, was an odds
13 ratio of 1.09, with a confidence interval of .86 to
14 1.38; is that correct?
15    A    I'm looking at the Penninkilampi table.
16 Do you want to reference me where to look in the
17 Gertig paper?
18    Q    I do.  So let's do this together.  So in
19 the Penninkilampi publication, under --
20    A    Table A, yes.
21    Q    -- figure 2(a) --
22    A    Right.
23    Q    -- the Gertig data that's reported, is an
24 odds ratio of 1.09, .86 to 1.38; correct?
25    A    Yes.

Page 325

1    Q    We've already established that this is
2 for ever-use of talc; right?
3    A    That's what the legend says.
4    Q    Now, if we go over to table two in the
5 Gertig paper and we see ever-use of talc, we see
6 that that's where the Penninkilampi authors got
7 their data; correct?
8    A    So the adjusted odds ratio is 1.09 with
9 0.86 to 1.37; correct.
10    Q    Okay.  So --
11    A    So that's not exactly the same.
12    Q    Well, it's off by --
13    A    By .01.
14    Q    Close enough?
15    A    I guess for government work.  But it's
16 not exactly the same.
17    Q    For epidemiologic work.  Now, if we go to
18 the Gates paper, I'll mark that as Exhibit 33.
19         (C. Saenz Exhibit 33 was marked for
20         identification.)
21 BY MS. GARBER:
22    Q    And we turn to table one at the Gates
23 2010 paper, the authors reported that genital talc
24 use by way of frequency; correct, not ever-never?
25    A    Correct.

Cheryl Saenz, M.D.

Page 326

1    Q    So it would have been incorrect of the
2  Penninkilampi authors to include the Gates data,
3  because between the Gertig data, looking at
4  ever-never, the Gates data presented only a
5  frequency of use, so that would be comparing apples
6  to oranges by way of exposure, wouldn't it, Doctor?
7        MS. CURRY:  Object to the form.
8        THE WITNESS:  By that analysis, then,
9  Penninkilampi also should not have included Wu 2015.
10 Because Wu 2015 included in its analysis as
11 never-users anybody that reported use of less than
12 one year.
13       So it wasn't pure, and yet, they included
14 Wu 2015 in the analysis for the same rationale that
15 you've just pointed out Gates.
16       So Wu 2015 is in figure 2(a).  So if the
17 authors are really trying to pull out and only
18 report on ever-never users, then Wu 2015 should not
19 have been included in the analysis either.
20 BY MS. GARBER:
21    Q    Well, Wu -- did Wu 2009 provide
22 ever-never?
23    A    That's --
24       MS. CURRY:  Object to the form.
25       THE WITNESS:  -- not the issue.  The

Page 327

1  issue is, you're trying to explain that Gertig was
2  included and Gates wasn't, because it was an
3  ever-never use reporting.  And what I'm saying is,
4  in figure 2(a), the fourth study down, Wu 2015 are
5  was not an ever-never use reporting.
6        So if the reason Gates was left out is
7  because frequency of use of, what was it, less than
8  one time per week was the report, then Wu 2015
9  should have been left out as well.  Because Wu 2015
10 grouped women that used talc, but reported less than
11 one year of use, in with the never-users.
12 BY MS. GARBER:
13    Q    Do you think in your experience, which
14 doesn't include a degree in epidemiology, that it
15 was improper for the Penninkilampi authors to
16 analyze the Gertig 2000 data rather than the Gates
17 2010 data?
18       MS. CURRY:  Object to the form.
19       THE WITNESS:  Yes, I do.  And if the
20 rash -- especially in the rationale that you're
21 trying to propose is because they're trying to be
22 pure in the reporting of ever-never data, then they
23 weren't.  Wu 2015 does not belong in that analysis
24 if the rationale that you're proposing is actually
25 what they did.

Page 328

1  BY MS. GARBER:
2    Q    Have you analyzed the Berge data to see
3  if the consistency of the exposures are consistent
4  throughout the meta-analysis study?
5        MS. CURRY:  Object to the form.
6        THE WITNESS:  Berge 2015 didn't make an
7  exclusion based on that.  What I'm saying is that I
8  think you would always want to report on a study
9  that has longer latency to -- especially when you're
10 looking at development of a cancer.  And Gates has a
11 longer latency than Gertig.
12       Within Wu 2015, there were patients that
13 had exposure that were grouped in never-users.  So I
14 don't think that that's a reason to eliminate the
15 Gates study.
16 BY MS. GARBER:
17    Q    Do you -- and I don't know why the
18 authors relied on the Gates -- on the Gertig versus
19 the Gates, because it's not in the paper.  Do you?
20    A    No, that's true.  I tried to figure that
21 out as well by thoroughly reading that paper.  What
22 I do know is that they said they -- within their
23 methodology section, that they didn't include
24 studies that had patients that were previously
25 reported on.

Page 329

1    Q    Let's talk about some of the cohorts
2  quickly, and then we'll move on to a final area --
3    A    Sure.
4    Q    -- before my time expires.  So in the
5  three cohort studies that you looked at, the Nurses
6  Health Study, the W-H-I and the sister study, did
7  those support your opinion that there's no credible
8  scientific evidence that talc increases risk for
9  developing ovarian cancer?
10       MS. CURRY:  Object to the form.
11       THE WITNESS:  They helped form my
12 opinion.
13 BY MS. GARBER:
14    Q    So where the other studies were not
15 credible, these studies were?
16       MS. CURRY:  Object to the form.
17       THE WITNESS:  No, that's not what I said.
18 I've read everything that's there and analyzed
19 everything that I've read and every single study
20 that I've read has helped to influence my opinion.
21       I've come to the conclusions that I've
22 come to, because I've read all of these studies.  So
23 just because they didn't have a statistically
24 significant finding or just because the data was
25 inconsistent doesn't mean I discounted that

Cheryl Saenz, M.D.

Page 330

1 literature. I actually evaluated that in terms of
2 generating my opinion.
3 BY MS. GARBER:
4    Q    Doctor, you make reference at page 30 of
5 your report to junk science. Which of the
6 peer-reviewed public -- published data is junk
7 science that you're referencing?
8        MS. CURRY: Object to the form.
9        THE WITNESS: I'm not referencing any one
10 particular manuscript or article. I'm just saying
11 the supposition that talc causes ovarian cancer is
12 junk science.
13 BY MS. GARBER:
14    Q    So the literature which supports that
15 talc is associated with a statistically significant
16 increased risk of epithelial ovarian cancer is junk
17 science?
18        MS. CURRY: Object to the form.
19        THE WITNESS: The hypothesis is. It's
20 not supported by the science.
21 BY MS. GARBER:
22    Q    With regard to the cohort studies, let's
23 turn to the Gates 2010 study. That was a follow-up
24 of the Gertig 2000 study; correct?
25        MS. CURRY: Do you have another copy?

Page 331

1 This is the wrong publication.
2        THE WITNESS: It's this one.
3        MS. CURRY: I know, that's what I'm
4 looking for.
5        MS. GARBER: It's just a different --
6 it's the same publication.
7        MS. CURRY: No, no, it's not. This is a
8 different article.
9        THE WITNESS: This is the 2008. This is
10 the 2010.
11        MS. GARBER: They got merged again.
12 Sorry. Maybe she can pull one out.
13 BY MS. GARBER:
14    Q    So does the Gates article, it's follow-up
15 to the Gertig 2000 paper; correct?
16    A    I mean, with respect to the NHS-1 study;
17 yes.
18    Q    And you indicate that the case control
19 studies were reliable based on a couple of factors,
20 one, that the women were the right study population;
21 correct?
22        MS. CURRY: Object to the form.
23        THE WITNESS: You just said "case control
24 studies." No, that's actually not true.
25 ///

Page 332

1 BY MS. GARBER:
2    Q    The cohort studies were reliable based on
3 a couple of factors, one of the which is that the
4 women were the right age.
5        MS. CURRY: Object to the form.
6 BY MS. GARBER:
7    Q    Is that correct?
8    A    Can you direct me to the page in my
9 report that we're discussing?
10    Q    Page 13. Let's turn specifically to the
11 Gates study. The age of the women in the Gates
12 study were 25 to 42; correct?
13    A    Not at enrollment.
14    Q    In the Gates study, the study did not ask
15 the question about talc. Instead, it just carried
16 forward the data from the Gertig, one time, 1982
17 questionnaire; is that correct?
18    A    So at enrollment, so the Gates study had
19 two components. The NHS-1 Group of patients that
20 were actually originally enrolled and asked about
21 talc in 1982. And the women in that analysis
22 were -- I'm trying to find the information on age at
23 the time of enrollment.
24    Q    Doctor, in the Gertig study, the women at
25 the time of enrollment were age 30 to 55.

Page 333

1    A    Right. So that's not the number that you
2 just quoted me. So at the time of enrollment in the
3 Gertig study, they were 30 to 55; correct.
4    Q    They were followed for 14 years; correct?
5        MS. CURRY: Object to the form.
6        THE WITNESS: That's how old they were
7 when they enrolled in 1976. They were asked the
8 question about talc in 1982. So they actually would
9 be six years older when they were asked about talc
10 and then they were followed for 14 years.
11 BY MS. GARBER:
12    Q    When you say at page 14 that based on the
13 use of, that the average use is greater than
14 20 years, based on the Wu 2015 data, you're
15 speculating --
16    A    Where --
17    Q    -- as to when it stopped. In your expert
18 report.
19    A    Page 14?
20    Q    You indicate a criticism is often made of
21 the two studies, that they were only -- that they
22 only ascertained information on talc usage at one
23 point. But we know from Wu 2015, however, the women
24 who are ever users of talc in perineal area, the
25 mean duration of use is 20 years.

Cheryl Saenz, M.D.

Page 334

1    So you're speculating about the years of
2 talc use, based on the Wu data; correct?
3    MS. CURRY:  Object to the form.
4 BY MS. GARBER:
5    Q    You don't know that, you don't have any
6 firsthand knowledge, do you?
7    MS. CURRY:  Object to the form.
8    THE WITNESS:  Well, of course, I don't
9 have firsthand knowledge, but I'm building upon what
10 Wu published.  And what Wu published is that the
11 average of duration of use of women that are talc
12 users is more than 20 years.
13 BY MS. GARBER:
14    Q    But you're speculating --
15    A    I have no reason to believe that the
16 population in either Gertig or Gates is not typical
17 of the same population that Wu studied.
18    Q    But you don't have any reason to know
19 that it was.  This is an entire different study,
20 cohort, than the Wu data, wasn't it?
21    MS. CURRY:  Object to form.
22    THE WITNESS:  It's a different study, but
23 the women are talc users and there's every reason to
24 believe that a talc user is a talc user and the
25 duration of use is going to be more than 20 years.

Page 335

1 BY MS. GARBER:
2    Q    The study does not give that information,
3 does it?
4    A    The study doesn't include that
5 information.
6    Q    Also, the Houghton study does not give
7 that information, does it?
8    MS. CURRY:  Object to the form.
9    THE WITNESS:  That's actually not true.
10 The Houghton study actually did study women who
11 reported on more than 20 years of usage.  Houghton
12 looked at duration.
13 BY MS. GARBER:
14    Q    The Gonzalez sister study did not
15 indicate the years of use, did it?
16    A    That's correct.
17    Q    There again, like Gates, you relied on
18 extrapolation from the Cramer study to give you that
19 data; correct?
20    A    I relied on the data as reported by
21 Dr. Cramer as to the age at which women start using,
22 but I also relied on IARC, even though I don't quote
23 it there, because IARC talks about women that are
24 talc users usually starting by their mid 20s.
25    Q    These cohort studies were not long enough

Page 336

1 to capture a 30- or 40-year latency for ovarian
2 cancer, were they?
3    MS. CURRY:  Objection to form.
4    THE WITNESS:  I disagree with that.  I
5 think that in particular, with Gates and Gertig
6 study, the length of study time in that study was
7 24 years.  The length of study in that study for
8 follow-up was 24 years, and if we then look at as
9 reported by Wu and as reported by Dr. Cramer, these
10 women most likely started by their mid 20s and had
11 used for more than 30 years then -- I'm sorry, more
12 than 20 years, then we actually are in the range of
13 30 plus years of latency.
14 BY MS. GARBER:
15    Q    But, Doctor, to make that statement,
16 you're speculating.  You don't have any information
17 from the studies that support the length of use, do
18 you?
19    A    That's actually not true.  The women's
20 health initiative study reported on women that had
21 used talc for more than 20 years.  It then followed
22 women for 12.4 years.  That puts us at 32.4 years.
23    So if you ask me whether or not the
24 latency ever got to 30 years, absolutely it did.  At
25 a minimum for the women that reported more than

Page 337

1 20 years of use in the Houghton study.
2    Q    Doctor, what was the metric for exposure
3 in the Gertig and Gates study?
4    MS. CURRY:  Objection to form.
5    THE WITNESS:  Gertig and Gates looked at
6 frequency of use.  Gertig looked at it with a little
7 bit more specificity than Gates did.
8 BY MS. GARBER:
9    Q    And what was the metric in the Houghton
10 study?
11    A    Duration.
12    MS. CURRY:  Object to the form.
13    THE WITNESS:  Duration of use.
14 BY MS. GARBER:
15    Q    What was the metric in the sister study
16 or the Gonzalez study?
17    MS. CURRY:  Object to the form.
18    THE WITNESS:  Whether or not the subject
19 had used talc in the preceding 12 months.
20 BY MS. GARBER:
21    Q    Didn't you testify in the Echeverria case
22 that without looking at cumulative use, in other
23 words, if you just look at one side of the equation,
24 either frequency or duration, but not frequency
25 times duration, you only see half the story?

Cheryl Saenz, M.D.

Page 338

1     MS. CURRY:  Objection.
2     THE WITNESS:  I don't believe that that
3  is actually what my testimony was.
4     MS. CURRY:  To form.
5  BY MS. GARBER:
6     Q    Your testimony was that it would be more
7  accurate, and it would give a better picture of the
8  true risk to see duration times frequency in a
9  cohort study.
10     Wasn't that your testimony, Doctor?
11     MS. CURRY:  Objection to form.
12     THE WITNESS:  Then I don't know that
13  you're --
14     MS. CURRY:  Do you have a copy of the
15  testimony?
16     THE WITNESS:  -- I don't know that you're
17  quoting me exactly.  I would agree with you that had
18  there been information on frequency and duration, it
19  would be more informative.  But I don't think that
20  any of the cohort studies, simply because they
21  looked at one metric, i.e., frequency or, i.e.,
22  duration, is not informative.
23     It would always be nice to have more
24  information, but it doesn't discount the fact that
25  there is information in these studies which

Page 339

1  demonstrates that there is not an increased risk of
2  developing ovarian cancer with perineal application
3  of talc.
4  BY MS. GARBER:
5     Q    Amongst the cohorts, the longest
6  follow-up was what period of time?
7     A    Follow-up of the study period itself?
8     Q    Yes.
9     A    24, almost 25 years.
10     Q    What about the other studies?
11     A    The follow-up itself, in Houghton, was
12  12.4 years.  But again, that is -- needs to be
13  clarified by the fact that women were asked about
14  years of use and there were women in the study that
15  already had reported more than 20 years of use.
16     Q    And what about the Gonzales study, what
17  was the period of follow-up in those studies?
18     A    I believe that was 6.4 years.  But I'd
19  have to look at the study to know that I have the
20  decimal right.
21     Q    In the meta-analyses that you looked at,
22  how many meta-analyses are there with regard to
23  talcum powder, genital talcum powder exposure and
24  risk of ovarian cancer?
25     A    Are we talking --

Page 340

1     MS. CURRY:  Object to the form.
2     THE WITNESS:  Are we talking about the
3  published ones, peer-reviewed, published?
4     MS. GARBER:  We can start there.
5     THE WITNESS:  I'm aware of at least
6  eight.
7  BY MS. GARBER:
8     Q    There's nine if we count the Taher paper;
9  correct?
10     A    Which has not been published.
11     Q    Can we agree that each of nine
12  meta-analyses, whether published or not, each showed
13  a statistically significant increased risk in
14  genital talc and risk of ovarian cancer?
15     MS. CURRY:  Object to the form.
16     THE WITNESS:  Each of them did report a
17  statistically significant odds ratio; yes, but the
18  meta-analyses all are different in that some of them
19  included the cohort data, but then pulled it out of
20  the analysis and this influenced the odds ratio.
21  And many of the meta-analyses have simply built upon
22  the earlier meta-analyses, so they're reanalyzing
23  the same data.
24  BY MS. GARBER:
25     Q    So you think they're just rehashing the

Page 341

1  same old data, so you discount them?
2     MS. CURRY:  Object to the form.
3     THE WITNESS:  I don't discount them.  I
4  absolutely reviewed them and I considered them in my
5  opinion, but I don't think that their findings are
6  anything unique or different.  I don't think that,
7  for example, to hear added anything to the
8  information in the field, I think Penninkilampi is
9  incomplete.
10     I think that the fact that they all
11  report similar odds ratio is not at all surprising,
12  because they're using the same data.
13  BY MS. GARBER:
14     Q    Do you know what was said about the
15  Penninkilampi article by ACOG --
16     MS. CURRY:  Object to the form.
17     MS. GARBER:  -- when it was published.
18     THE WITNESS:  You'll have to show me what
19  you're referring to.
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///

Cheryl Saenz, M.D.

Page 342

1   MS. GARBER: I'm going to mark as
2   Exhibit 34 a document that the title indicates
3   "What's New in Ovarian Cancer, Best Articles From
4   the Past Year." And there are four articles that
5   are included and the Penninkilampi article was
6   listed as number two.
7       (C. Saenz Exhibit 34 was marked for
8       identification.)
9   BY MS. GARBER:
10   Q   Did you consider that in your expert
11  opinions with regard to Penninkilampi?
12   A   So I've actually read the Penninkilampi
13  article, and I stand by my opinions on this. This
14  is not the opinion of ACOG. This is the opinion of
15  Jason Wright.
16   Q   Do you know who Jason Wright is?
17   A   I do.
18   Q   Do you respect him?
19       MS. CURRY: Object to the form.
20       THE WITNESS: On some issues. I've
21  actually taken issue with some of his other
22  publications in the past. This is not something
23  that is peer reviewed. This is something that he
24  submitted.
25  ///

Page 343

1   BY MS. GARBER:
2    Q   The range of odds ratios for the
3   meta-analyses were from 1.22 to 1.4 across those
4   nine studies; correct?
5    A   I would have to see exactly, but I will
6   concede with you that I believe you are in the
7   correct range.
8    Q   The Health Canada considered the
9   collective meta-analyses in coming to their causal
10  opinion about genital talcum risk of ovarian cancer,
11  didn't they?
12       MS. CURRY: Object to the form.
13       THE WITNESS: They included them in their
14  reference list.
15  BY MS. GARBER:
16   Q   IARC considered 2010 -- considered the
17  meta-analyses that were then available at the time
18  of their analysis -- analysis in coming to their
19  opinions regarding genital talc and carcinogenicity.
20       MS. CURRY: Object to the form.
21       THE WITNESS: I don't know that IARC
22  considered the meta-analyses. I think that IARC
23  considered published literature, but I don't
24  actually know that IARC considered the metas.
25  ///

Page 344

1   BY MS. GARBER:
2    Q   Do you have any opinions about
3   hospital-based versus population-based studies?
4       MS. CURRY: Object to the form.
5       THE WITNESS: With respect to what?
6   BY MS. GARBER:
7    Q   Do you think one group is more reliable
8   than another?
9    A   So I think --
10       MS. CURRY: Object to the form.
11       THE WITNESS: -- in general, with respect
12  to epidemiologic analysis, you want to match your
13  subjects as closely as you can to -- you want to
14  match your subjects in your controls, your cases in
15  your controls as closely as you can.
16       So when we're talking about ovarian
17  cancer patients, the hospital-based studies, I
18  think, in these circumstances are going to be a more
19  appropriate match for ovarian cancer patients
20  because they're sick patients. So you're comparing
21  like to like.
22       With the population-based studies in
23  ovarian cancer, I don't really have a -- I don't
24  agree that a general population control person that
25  doesn't have an illness per se such as somebody with

Page 345

1   ovarian cancer is necessarily an appropriate match
2   control.
3       So I think that's why you see, for
4   example, something like in the Langseth paper, where
5   there's a difference in the studies that find
6   statistically significant odds ratios in the
7   population-based studies versus the hospital-based
8   studies.
9   BY MS. GARBER:
10   Q   Doctor, you reviewed the IARC 2012
11  analysis, didn't you?
12       MS. CURRY: Object to the form.
13       THE WITNESS: You mean the monograph?
14       MS. GARBER: Yes, thank you.
15       THE WITNESS: Yes. On asbestos?
16       MS. GARBER: Yes.
17  BY MS. GARBER:
18   Q   Did that formulate your opinions about
19  asbestos in this case?
20   A   No.
21       MS. CURRY: Object to the form.
22       THE WITNESS: No.
23       MS. SHARKO: So we have about 20 minutes
24  left on the record.
25       MS. GARBER: Let's mark as Exhibit 35.

Cheryl Saenz, M.D.

Page 346

1 Was I supposed to bring a bunch of these? I knew
2 you'd have one.
3        MS. CURRY: According to the CMR, I
4 believe so. I do have my own copy this time.
5        MS. GARBER: All right, I'm glad to see
6 you have your own.
7        (C. Saenz Exhibit 35 was marked for
8        identification.)
9 BY MS. GARBER:
10     Q    Doctor, did you read the entirety of this
11 IARC Monograph Volume 100C?
12     A    No.
13     Q    Which portions did you read?
14     A    The portions that pertained to ovarian
15 cancer.
16     Q    And the topic of asbestos?
17     A    Yes, ma'am.
18     Q    You didn't read this IARC Monograph with
19 regard to heavy metals like chromium or nickel, did
20 you?
21     A    No, I did not.
22     Q    If I could have you turn to page 219.
23     A    I'm sorry, say that again.
24     Q    Page 219.
25     A    Sure.

Page 347

1     Q    You've testified in the past, haven't
2 you, that you're not an expert in asbestos; right?
3     A    That's correct.
4     Q    Under the heading, "Identification of the
5 Agent," the monograph indicates, midway through the
6 paragraph, "The conclusion reached by this monograph
7 about asbestos" --
8     A    In this monograph.
9     Q    I'll start again. The monograph
10 indicates: "The conclusions reached in this
11 monograph about asbestos and it's carcinogenic risk
12 applied to the six types of fibers, wherever they
13 are found, and that includes talc containing
14 asbestiform fibers."
15        Did I read that correctly?
16     A    Yes, ma'am.
17     Q    When it indicates the six types of
18 fibers, those are the six type of asbestos fibers
19 listed above; correct?
20     A    I believe it's --
21        MS. CURRY: Object to the form.
22        THE WITNESS: I believe it's the six
23 types of fibers that are listed in the title of this
24 section on page 219, yes.
25 ///

Page 348

1 BY MS. GARBER:
2     Q    This monograph pertains to asbestos and
3 talc containing asbestiform fibers; right?
4     A    That's what it says.
5     Q    Are you aware that the IARC Monograph
6 states that the general population can be exposed to
7 asbestos through perineal powder use?
8        MS. CURRY: I'm sorry, where are you
9 reading?
10        THE WITNESS: Where is this in the
11 monograph?
12        MS. GARBER: Turn to 232. Sorry, I was
13 on the wrong page. If you turn to page 232, where
14 it says "Human Exposure."
15        THE WITNESS: Yes.
16        MS. GARBER: Subheading, "Exposure in the
17 General Population." It indicates: "Consumer
18 products, e.g. cosmetics, pharmaceuticals are the
19 primary sources of exposure to talc for the general
20 population. Inhalation and dermal contact, i.e.,
21 through a perineal application of talcum powders are
22 the primary routes of exposure."
23 BY MS. GARBER:
24     Q    Did I read that correctly?
25     A    Yes.

Page 349

1     Q    You read the Heller 1996 paper, correct?
2        MS. CURRY: Object to the form. There
3 are multiple Heller 1996 papers. I'm not sure which
4 one you're referring to.
5        MS. GARBER: Heller 1996 that related to
6 asbestos.
7        THE WITNESS: I don't know. Let me see.
8 I believe that it's on my additional materials
9 reviewed by list, yes. Number 11.
10 BY MS. GARBER:
11     Q    Do you --
12     A    Oh, I take that back. That's malignant
13 mesotheliomas. Are we talking about the correlation
14 of asbestos fiber burdens and fallopian tubes and
15 ovarian tissue?
16     Q    Yes. Did you read that paper?
17     A    Yes.
18     Q    Do you believe that paper provides
19 support that asbestos can reach the ovarian tissue?
20        MS. CURRY: Object to the form.
21        THE WITNESS: So I don't know how the
22 asbestos that's reported in the Heller paper got
23 there. I don't know if it's inhalation, ingestion.
24 I don't know if it's contamination. I have no way
25 of knowing.

Cheryl Saenz, M.D.

Page 350

BY MS. GARBER:
2    Q    Okay.
3    A    And I'm sorry, I think we -- that you
4 misquoted. I think that this is Heller 1999. Not
5 1996.
6    Q    On your --
7    A    Unless I have a typo.
8    Q    On your reference list, you cite -- you
9 cite Heller 1996, asbestos exposure and ovarian
10 fiber burden. Did I read that correctly?
11    A    Oh, I apologize, ma'am. Yes. I was
12 looking in the additional materials reviewed, so my
13 bad.
14        MS. GARBER: I'm going to mark the
15 "Heller 1996 Asbestos Exposure and Ovarian Fiber
16 Burden" as Exhibit 36.
17        (C. Saenz Exhibit 36 was marked for
18        identification.)
19 BY MS. GARBER:
20    Q    Doctor, if you could turn to page 438,
21 left-hand column.
22        Doctor, if you're going to read it, we'll
23 go off the record. We're short on time. I didn't
24 ask you to read it. I asked you to --
25    A    I understand that, but I want to --

Page 351

1 there's --
2        MS. GARBER: Let's go off the record.
3        THE WITNESS: -- four Heller papers.
4        MS. GARBER: Let's go off the record.
5        THE VIDEOGRAPHER: Time is now 6:05.
6 Going off the record.
7        (Break in the deposition taken at 6:06 p.m.)
8              0o0
9        (The deposition resumed at 6:07 p.m.)
10             0o0
11        THE VIDEOGRAPHER: Time is now 6:06.
12 Back on the record.
13 BY MS. GARBER:
14    Q    At page 438, left-hand column. Beginning
15 in the first paragraph, where it begins, "Asbestos,"
16 it indicates, "Asbestos causes" --
17    A    438, beginning in the left-hand column.
18 First paragraph or second paragraph?
19    Q    I said the first paragraph.
20    A    First paragraph. Okay. I'm right there
21 with you.
22    Q    "Asbestos causes malignant mesothelioma
23 and there is evidence to support it as an etiology
24 in ovarian carcinoma as well." And some citations.
25        Did you consider that in formulating your

Page 352

1 opinions?
2    A    Right, so I believe that many of those
3 citations are the same ones that are reported in the
4 IARC Monograph that talks about heavy occupational
5 exposure.
6        So I did read those and consider those,
7 but again, I don't necessarily agree with IARC. I
8 think there are problems in this.
9    Q    Is it your opinion that asbestos is
10 associated with ovarian cancer and heavy
11 occupational users?
12        MS. CURRY: Object to the form.
13        THE WITNESS: So I don't necessarily
14 agree with IARC's conclusions on that, because I
15 think as we've discussed earlier, I believe, that
16 there are problems with the five studies that IARC
17 looked at, including problems of misclassification,
18 problems of using death certificates, and not
19 necessarily -- I -- actually identifying whether or
20 not these women had peritoneal mesothelioma versus
21 ovarian cancer.
22 BY MS. GARBER:
23    Q    Doctor, have you testified that asbestos
24 can cause ovarian cancer with heavy occupation
25 allege exposure?

Page 353

1        MS. CURRY: Object to the form.
2        THE WITNESS: I'd have to look at my
3 testimony to know if that's exactly what I said.
4 BY MS. GARBER:
5    Q    Well, if it's the truth, wouldn't you
6 remember it, Doctor?
7        MS. CURRY: Object to the form.
8 BY MS. GARBER:
9    Q    Do you have to see your old testimony to
10 see what your opinions are?
11        MS. CURRY: Object to the form.
12        THE WITNESS: Ma'am, I gave you my
13 opinion today. I don't know that you're reading
14 accurately from what that transcript is and that
15 transcript was from, I believe, if that's the trial
16 transcript, July of 2017. If it was the deposition,
17 it's almost three years ago now so -- or two years
18 ago. So I would need to see it to know --
19 BY MS. GARBER:
20    Q    Has your opinion changed?
21    A    I don't know that you're reading my
22 testimony accurately. And I would ask to be able to
23 see my testimony to see if that's actually true. I
24 gave you my opinion today. I'm simply asking to see
25 if I can look at what you're reading to see if

Page 354

1  you're reading it accurately.
2     Q    It was formerly your opinion prior to the
3  MDL report and today's testimony that asbestos could
4  cause ovarian cancer in heavy occupational use, was
5  it not?
6        MS. CURRY:  Object to the form.
7        THE WITNESS:  Ma'am, I'm not going to
8  comment on that unless you actually let me see the
9  testimony and see what I said.
10       MS. GARBER:  I will read it to you first.
11       THE WITNESS:  Ma'am, that's not going to
12  be good enough.
13  BY MS. GARBER:
14    Q  "But my question is simple."
15       I'm going to read it, and then I'll show
16  it to you.
17       "But my question simple.  Answer it,
18       please.  So we'll know which side of the
19       equation you're on.  Does asbestos cause
20       ovarian cancer, Dr. Saenz?"
21       Your answer is: "Answer: Yes, with
22       heavy occupational exposure.  Yes, if
23       exposed enough, that's what I said."
24       "Well, ma'am, you're not an asbestos
25       specialist, are you?"

Page 355

1       "No, I am not."
2       MS. CURRY:  What transcript are you
3  reading from?
4       MS. GARBER:  I'm reading from the Ingham
5  testimony at trial.
6       MS. CURRY:  If you need to see additional
7  pages, please let Counsel know.
8  BY MS. GARBER:
9    Q    Is that your testimony?  Did I read it
10  correctly?
11    A    No, ma'am, you're not reading this
12  accurately, because earlier in this transcript, I'm
13  asked about what I think of the IARC monograph.  And
14  that's actually very consistent with what I'm saying
15  here today.
16       In this transcript, I said, I read the
17  IARC Monograph.  I've read the studies in the
18  monograph and I know the conclusion that IARC came
19  to.  And I think there are some problems with the
20  studies that they used to come to that conclusion,
21  but that is their conclusion.  I understand that,
22  but that was limited to heavy occupational exposure.
23       So in the context --
24  BY MS. GARBER:
25    Q    But you've said -- you've said in the

Page 356

1  trial, Doctor --
2    A    Ma'am, I'm not done.
3    Q    Okay.
4    A    In the context of being asked about what
5  I thought about IARC's report and whether or not
6  IARC showed that in the context, did IARC report
7  that asbestos causes ovarian cancer with heavy
8  occupational exposure.  I recorded that.  But it was
9  with the qualifications that I had problems with the
10  studies in the IARC Monograph.
11    Q    I understand that.
12    A    That's exactly what I've said here today.
13    Q    Is your --
14    A    I have not changed my opinion.
15    Q    I understand that.  Is your opinion --
16  no, I don't understand that.  Is your opinion today
17  that asbestos causes ovarian cancer?
18       MS. CURRY:  Object to the form.
19       THE WITNESS:  My opinion today is that I
20  don't think the IARC Monograph conclusions are
21  correct.  I believe that there are problems with
22  those studies.  And my opinion, as I stated then in
23  the Ingham trial, is that there are problems with
24  those studies.
25       And so IARC makes that conclusion,

Page 357

1  but I don't necessarily agree with that conclusion.
2  BY MS. GARBER:
3    Q    But Dr. Saenz, the record speaks for
4  itself.
5    A    Ma'am, you can't cherry-pick one line.
6  The context of which --
7    Q    No, now you're interrupting me.  I'm
8  trying to ask you a question, I'm short on time and
9  you know it.  The IARC -- you testified in the
10  Ingham trial, and you admitted to Mr. Linear, that
11  heavy occupational use of asbestos was associated
12  with ovarian cancer.
13       Now you're here today saying something
14  differently, that it doesn't, correct?
15       MS. CURRY:  Object to the form, misstates
16  the testimony.
17       THE WITNESS:  I'm not saying anything any
18  different than I said in my testimony --
19       MS. GARBER:  I just need to know what
20  your opinion is --
21       MS. SHARKO:  Don't interrupt the witness,
22  come on.
23  BY MS. GARBER:
24    Q    When you show up at any hearing or trial,
25  are you going to tell the court and jury that

Cheryl Saenz, M.D.

Page 358

1  asbestos does or doesn't cause ovarian cancer?
2  That's all I need to know, and we're pretty much
3  done.
4       MS. CURRY:  Object to the form.
5       THE WITNESS:  My testimony today is
6  consistent with what I said in testimony at trial at
7  the Ingham trial.  I take issue with the conclusions
8  that IARC has drawn.  But the conclusions that IARC
9  has drawn is that ovarian cancer can be caused by
10  asbestos, but it's limited to heavy occupational
11  exposure.  I don't agree with those conclusions.
12  BY MS. GARBER:
13     Q    You have stated at trial, haven't you,
14  asbestos can cause inflammation at the cellular
15  level?
16       MS. CURRY:  Object to the form.  May we
17  see the testimony?
18       THE WITNESS:  I don't know that I said
19  that.
20  BY MS. GARBER:
21     Q    Have you said asbestos generates R-O-S
22  and N-O-S?
23       MS. CURRY:  Object to the form.
24  BY MS. GARBER:
25     Q    Have you testified to that?

Page 359

1       MS. CURRY:  Object to the form.  Can we
2  see the testimony?
3       THE WITNESS:  I can't recall saying that
4  specifically.  I would be happy to review it for
5  you.
6  BY MS. GARBER:
7     Q    Have you testified that asbestos is
8  genotoxic?
9       MS. CURRY:  Object to the form.
10       THE WITNESS:  I cannot verify for you
11  that I have testified to that.  I'd be happy to
12  review the testimony for you.
13  BY MS. GARBER:
14     Q    Have you testified that asbestos can
15  cause epigenetic alterations?
16       MS. CURRY:  Object to the form.
17       THE WITNESS:  I don't know that I have
18  said that phrase exactly, ma'am.  I'd be happy to
19  look at the testimony.
20  BY MS. GARBER:
21     Q    Asbestos can alter signaling pathways
22  which is an established mechanistic event for some
23  cancers, including ovarian cancer.  You agreed to
24  that, didn't you?
25       MS. CURRY:  Object to the form.

Page 360

1       THE WITNESS:  Again, ma'am, I'd like to
2  see the testimony to know the exact context in which
3  you're pulling that from.
4       MS. SHARKO:  Aren't we now at seven
5  hours?
6       MS. GARBER:  You've testified that
7  asbestos can cause resistance to apoptosis, which is
8  an established mechanistic event for the development
9  of ovarian cancer, haven't you?
10       MS. CURRY:  Object to the form.
11       THE WITNESS:  You would have to show me
12  that testimony, ma'am.
13  BY MS. GARBER:
14     Q    Do you ever tell your patients that
15  asbestos is a risk factor for ovarian cancer?
16     A    No, I do not.
17     Q    Are you -- if a patient asks you, Doctor,
18  is there asbestos in the Johnson & Johnson products
19  that I'm using on my genitals, how would you reply?
20     A    I would reply to them that I do not know
21  what the actual makeup of the baby powder products
22  are, but that the literature that I have reviewed as
23  a paid expert for Johnson & Johnson does not show
24  any consistency that using baby powder products in
25  the perineal region increases the risk of developing

Page 361

1  ovarian cancer.
2     Q    And I want you -- I'm going to ask you a
3  final hypothetical.  I want you to assume that there
4  is asbestos in Johnson & Johnson baby powder
5  products or Johnson & Johnson talcum powder
6  products.  And if a patient asked you, Doctor, is it
7  safe for me to use that product on my genitals, what
8  would be your reply?
9       MS. CURRY:  Object to the form.
10       THE WITNESS:  My reply would be, to my
11  patient, ma'am, I've done a thorough review of the
12  literature, the case control studies, the biologic
13  plausibility, the cohort studies, it is my review
14  and my opinion that there is no increased risk of
15  you developing ovarian cancer from the use of
16  Johnson & Johnson baby powder products and I would
17  disclose that I am a paid expert in this litigation
18  testimony.
19  BY MS. GARBER:
20     Q    You would counsel your patient to put a
21  product that has asbestos in it on her genitals?
22       MS. CURRY:  Object to the form, misstates
23  the testimony.
24       THE WITNESS:  I don't believe that there
25  is any -- any increased risk of developing ovarian

Cheryl Saenz, M.D.

Page 362

1  cancer with the use of Johnson & Johnson baby powder
2  products.  And if asbestos is in the baby powder and
3  the baby powder is the vehicle by which the asbestos
4  is being delivered there, then the baby powder
5  literature should show an increased risk of
6  developing ovarian cancer.  And it does not.
7  BY MS. GARBER:
8      Q    Doctor, based on the IARC assessment of
9  asbestos and risk of ovarian cancer, and I want you
10  now to assume that there is asbestos in Johnson &
11  Johnson talcum powder products.  It is your
12  testimony that you would counsel your patient that
13  it is safe, based on your review of the literature,
14  to put that product containing asbestos on her
15  genitals, that's your testimony?
16      MS. CURRY:  Object to the form.
17      THE WITNESS:  Yes.
18      MS. GARBER:  Okay.  Thank you.  I'm
19  finished for now.
20      THE VIDEOGRAPHER:  The time is now 6:17.
21  Going off the record.
22      (Break in the deposition taken at 6:18 p.m.)
23                  0o0
24      (The deposition resumed at 6:18 p.m.)
25                  0o0

Page 363

1      THE VIDEOGRAPHER:  The time is now 6:17.
2  Back on the record.
3          EXAMINATION
4          -o0o-
5  BY MS. CURRY:
6      Q    Dr. Saenz, I just have one final question
7  for you, and that is, having heard and seen
8  everything presented to you today by plaintiffs'
9  counsel, do you stand by all of your opinions in
10  your expert report in this case?
11      A    I stand by everything that is in my
12  expert report.  I stand by everything that I have
13  expressed as an opinion today.
14      MS. CURRY:  Thank you.  No further
15  questions.
16      MS. GARBER:  No further questions.
17      THE VIDEOGRAPHER:  The time is now 6:18.
18  This concludes the deposition.  Going off the
19  record.
20      (The deposition was concluded at 6:19 p.m.)
21                  0o0
22
23
24
25

Page 364

1      I, CHERYL SAENZ, M.D., do hereby declare
2  under penalty of perjury that I have read the
3  foregoing transcript; that I have made any
4  corrections as noted in ink, initialed by me; that
5  my testimony as contained herein, as corrected, is
6  true and correct.
7
8      EXECUTED this _____ day of
9  _____, 20____, at _____,
                            (City)
10  _____.
     (State)
11
12
13
                    _____
14                  CHERYL SAENZ, M.D.
15
16
17
18
19
20
21
22
23
24
25

Page 365

1      REPORTER'S CERTIFICATE
2      I, Valerie C. Rodriguez, a Certified
3  Shorthand Reporter for the State of California, do
4  hereby certify:
5      That prior to being examined, CHERYL
6  SAENZ, M.D., the witness named in the foregoing
7  deposition, was by me duly sworn;
8      That said deposition was taken before me
9  at the time and place set forth herein and was
10  stenographically reported by me in shorthand and
11  thereafter transcribed into typewriting using
12  computer-aided transcription, and I hereby certify
13  that said deposition is a full, true, and correct
14  transcript; that the dismantling, unsealing, or
15  unbinding of the original transcript will render the
16  reporter's certificate null and void.
17      I further certify that I am neither
18  counsel for, nor related to any party to said
19  action, nor in any way interested in the outcome
20  thereof.  IN WITNESS WHEREOF, I have subscribed my
21  name this 15th day of March, 2019.
22
23
24                  _____
                    VALERIE C. RODRIGUEZ
25                  CSR No. 12871 (orig. 6980)

Page 366

1  DEPOSITION ERRATA SHEET
2  Case Name: IN RE JOHNSON & JOHNSON
3  Name of Witness:  CHERYL SAENZ, M.D.
4  Date of Deposition: MARCH 13, 2019, 2019
5  Job No.: 210344
6  Reason Codes:  1. To clarify the record.
7             2. To conform to the facts.
8             3. To correct transcription errors.
9
   Page _____ Line _____ Reason _____
10
   From _____ to
11  _____
12  Page _____ Line _____ Reason _____
13  From _____ to
   _____
14
   Page _____ Line _____ Reason _____
15
   From _____ to
16  _____
17  Page _____ Line _____ Reason _____
18  From _____ to
   _____
19
   Page _____ Line _____ Reason _____
20
21  _____  Subject to the above changes, I certify
   that the transcript is true and correct.
22
   _____  No changes have been made. I certify that
23  the transcript is true and correct.
24
25           _____
           CHERYL SAENZ, M.D.

# Exhibit 10

Benjamin G. Neel, M.D., Ph.D.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW JERSEY
- - -

IN RE:  JOHNSON &        :
JOHNSON TALCUM POWDER     :
PRODUCTS MARKETING,       :
SALES PRACTICES, AND      :  NO. 16-2738
PRODUCTS LIABILITY        :  (FLW) (LHG)
LITIGATION                :
                          :
THIS DOCUMENT RELATES     :
TO ALL CASES              :

- - -

March 19, 2019

- - -

Videotaped deposition of
BENJAMIN G. NEEL, M.D., Ph.D., taken
pursuant to notice, was held at Skadden
Arps, Four Times Square, New York, New
York, beginning at 8:56 a.m., on the
above date, before Michelle L. Gray, a
Registered Professional Reporter,
Certified Shorthand Reporter, Certified
Realtime Reporter, and Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph| 917.591.5672
deps@golkow.com

Page 2

```
 1   APPEARANCES:
 2
 3   BEASLEY ALLEN, P.C.
     BY: MARGARET M. THOMPSON, M.D., ESQ.
 4   BY: P. LEIGH O'DELL, ESQ.
     218 Commerce Street
 5   Montgomery, Alabama 36104
     (334) 269-2343
 6   Margaret.thompson@beasleyallen.com
     leigh.odell@beasleyallen.com
 7
     - and -
 8
 9   LEVIN PAPANTONIO THOMAS
     MITCHELL RAFFERTY & PROCTOR, PA
     BY: CHRISTOPHER V. TISI, ESQ.
10   316 South Baylen Street,
     Suite 600
11   Pensacola, Florida 32502
     (888) 435-7001
12   Ctisi@levinlaw.com
13   - and -
14   NAPOLI SHKOLNIK, PLLC
     BY: ALASTAIR J.M. FINDEIS, ESQ.
15   400 Broadhollow Road, Suite 305
     Melville, New York 11747
16   (631) 224-1133
17   afindeis@napolilaw.com
18   - and -
19   RESTAINO LAW, LLC
     BY: JOHN M. RESTAINO, JR., DPM, ESQ.
     130 Forest Street
20   Denver, Colorado 80220
     (303) 839-8000
21   Jrestaino@restainollc.com
     Representing the Plaintiffs
22
23
24
```

Page 3

```
 1   APPEARANCES: (Cont'd.)
 2
     DRINKER BIDDLE & REATH, LLP
 3   BY: SUSAN M. SHARKO, ESQ.
     600 Campus Drive
 4   Florham Park, New Jersey 07932
     (973) 549-7000
 5   susan.sharko@dbr.com
 6   - and -
 7   DRINKER BIDDLE & REATH, LLP
     BY: KATHERINE McBETH, ESQ.
 8   One Logan Square,
     Suite 2000,
 9   Philadelphia, Pennsylvania 19103
     (215) 988-2706
10   katherine.mcbeth@dbr.com
     Representing the Defendants, Johnson
11   & Johnson entities
12
     TUCKER ELLIS, LLP
13   BY: MICHAEL C. ZELLERS, ESQ.
     515 South Flower Street,
14   42nd Floor
     Los Angeles, California 90071
15   (213) 430-3301
     Michael.zellers@tuckerellis.com
16
17   - and -
18   TUCKER ELLIS, LLP
     BY: JAMES W. MIZGALA, ESQ.
19   233 South Wacker Drive,
     Suite 6950
20   Chicago, Illinois 60606
     (312) 624-6307
21   james.mizgala@tuckerellis.com
     Representing the Defendant, PTI
22   Royston LLC and PTI Union LLC
23
24
```

Page 4

```
 1   APPEARANCES: (Cont'd.)
 2
     SEYFARTH SHAW, LLP
 3   BY: THOMAS T. LOCKE, ESQ.
     975 F Street, NW
 4   Washington, D.C. 20004
     (202) 463-2400
 5   tlocke@seyfarth.com
     Representing the Defendant, PCPC
 6
 7
 8   ALSO PRESENT:
 9
     VIDEOTAPE TECHNICIAN:
10     Henry Marte
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 5

```
 1            - - -
 2         I N D E X
 3            - - -
 4
 5   Testimony of:
 6     BENJAMIN G. NEEL, M.D., Ph.D.
 7   By Dr. Thompson          12
 8
 9
10            - - -
11         E X H I B I T S
12            - - -
13   NO.        DESCRIPTION       PAGE
14   Neel-1   Notice of Deposition  16
15   Neel-2   Expert Report      18
            Of Benjamin G. Need
16          MD, Ph.D.
            2/25/19
17
18   Neel-3   Materials        19
            Considered List
19   Neel-4   Appendix A        53
            GWAS Associations
20          For Ovarian Carcinomas
21   Neel-5   Curriculum Vitae    57
            Benjamin Neel
22          2/22/19
23
24
```

Benjamin G. Neel, M.D., Ph.D.

Page 6

E X H I B I T S (Cont'd.)

NO.        DESCRIPTION         PAGE
Neel-6      Invoices of        92
            Benjamin Neel, MD, PhD

Neel-7      (Skipped)

Neel-8      Hallmarks of       109
            Cancer: The Next
            Generation
            (Hanahan)

Neel-9      Inflammation and   124
            Cancer: Back to Virchow?
            (Balkwill)

Neel-10     Oxidative Stress,  136
            Inflammation, and
            Cancer: How are they
            Linked?
            (Reuter)

Neel-11     The Environment and  146
            Disease: Association or
            Causation
            Pltf_MedLit_00000135

Neel-12     Review of Ovarian    162
            Cancer: A Review
            (Reid)

Neel-13     Cancer Prevention    170
            & Screening
            (Eeles)

Neel-14     Ovarian Cancer:      176
            Etiology, Risk Factors
            And Epidemiology
            (Hunn)

Page 8

E X H I B I T S (Cont'd.)

NO.        DESCRIPTION         PAGE
Neel-23     Does Long-Term      257
            Talc Exposure
            Have a Carcinogenic
            Effect
            (Keskin)

Neel-24     Effects of Talc     260
            On the Rat Ovary
            (Hamilton)

Neel-25     Federal Register    261
            12/19/16
            Volume 81 No. 243

Neel-26     The Relationship    266
            Between Perineal
            Cosmetic Talc
            (Heller)

Neel-27     Ovarian Cancers     288
            Evolving Paradigms
            In Research & Care
            The National Academies
            Of Sciences
            Engineering Medicine

Neel-28     Smooth Reference    304
            Equations for Slow
            Vital Capacity
            And Flow Volume
            Curve Indexes
            Correspondence

Neel-29     Curriculum Vitae    312
            Of Dr. Saed

Page 7

E X H I B I T S (Cont'd.)

NO.        DESCRIPTION         PAGE
Neel-15     Risk Factors for    176
            Ovarian
            (Mallen)

Neel-16     Benign Gynecologic  180
            Conditions are
            Associated
            (Park)

Neel-17     African Americans   183
            And Hispanics
            Remain at Lower
            (Wu)

Neel-18     4/1/14              185
            Letter to Epstein
            From Musser
            Re: Docket Numbers
            94P-00420

Neel-19     IARC Monographs     220
            On the Evaluation
            (Volume 93)

Neel-20     Systematic Review   220
            And Meta-Analysis
            (Taher)

Neel-21     Foreign Body        228
            Granulomas in
            Normal Ovaries
            (Mostafa)

Neel-22     Mechanisms of       250
            Genotoxicity of
            Particles and
            Fibers

Page 9

E X H I B I T S (Cont'd.)

NO.        DESCRIPTION         PAGE
Neel-30     Pycnogenol Reduces  379
            Talc-Induced
            Neoplastic
            Transformation
            (Buz'Zard)

Neel-31     Alterations in      390
            Gene Expression in
            Human Mesothelial
            Cells
            (Shukla)

Neel-32     The Primary Role    399
            Or Iron-Mediated
            Lipid Peroxidation
            (Akhtar)

Neel-33     Cytotoxicity and    416
            Apoptosis Induction
            By Nanoscale Talc
            Particles
            (Akhtar)

Benjamin G. Neel, M.D., Ph.D.

Page 10

```
1              - - -
2       DEPOSITION SUPPORT INDEX
3              - - -
4
5   Direction to Witness Not to Answer
6   PAGE   LINE
    None.
7
8   Request for Production of Documents
9   PAGE   LINE
    None.
10
11  Stipulations
12  PAGE   LINE
    None.
13
14  Questions Marked
15  PAGE   LINE
    None.
16
17
18
19
20
21
22
23
24
```

Page 11

```
1              - - -
2       THE VIDEOGRAPHER:  We are
3   now on the record.  My name is
4   Henry Marte.  I'm a videographer
5   with Golkow Litigation Services.
6       Today's date is March 19,
7   2019, and the time is 8:56 a.m.
8       This videotaped deposition
9   is being held at Four Times
10  Square, New York, New York, in the
11  matter of Talcum Powder
12  Litigation.
13      The deponent today is Dr.
14  Benjamin Neel.
15      All appearances are noted on
16  the stenographic record.
17      Will the court reporter
18  please administer the oath to the
19  witness.
20             - - -
21      ... BENJAMIN G. NEEL, M.D., Ph.D.,
22  having been first duly sworn, was
23  examined and testified as follows:
24             - - -
```

Page 12

```
1           EXAMINATION
2              - - -
3   BY DR. THOMPSON:
4       Q.   Good morning, Dr. Neel.
5       A.   Good morning.
6       Q.   My name is Margaret
7   Thompson, and I'll be taking your
8   deposition today.  Have you ever had your
9   deposition taken before?
10      A.   Yes.
11      Q.   What were the circumstances?
12      A.   In a -- in a case, the
13  so-called Potti-Nevins case.  I gave a
14  deposition for -- in the -- for the
15  defendant.  It was a matter involving
16  scientific fraud at Duke University.
17      Q.   Oh.  That's my alma mater.
18      A.   And I also was deposed in a
19  malpractice suit when I was a resident in
20  Boston.
21      Q.   As a defendant?
22      A.   As a defendant.
23      Q.   And are those the only two
24  times --
```

Page 13

```
1       A.   Yes.
2       Q.   -- that you've had your
3   deposition taken?
4            And I assume the scientific
5   fraud case was at least over four years
6   ago, right?
7       A.   It was a little over four
8   years ago, right before the -- the
9   deposition was taken right before I
10  started at NYU Langone, which was
11  January 2015.  So the deposition was
12  taken in October of 2014, so Columbus Day
13  weekend.
14      Q.   Okay.  And you're aware that
15  the purpose of today is for me to gain a
16  thorough understanding of your opinions
17  and the basis for those opinions?
18      A.   Yes.
19      Q.   Your report states that your
20  opinions are given to a reasonable degree
21  of scientific certainty.
22           What does that mean to you?
23      A.   It means that I've
24  considered all of the papers and also
```

Benjamin G. Neel, M.D., Ph.D.

Page 14

1 additional information that is contained
2 in my report. And based on my more than
3 30 years of scientific credentials and
4 experience in the cancer biology and
5 cellular molecular biology field, that I
6 have offered my opinion based on that
7 criteria, those criteria.
8     Q. And how confident do you
9 have to be in your opinions to be able to
10 claim that it's a reasonable degree?
11     A. I'm quite confident in my
12 opinions on this matter based on my
13 30 years of experience.
14     Q. Would that be 100 percent?
15     A. I'm 100 percent -- I
16 wouldn't write it if I wasn't 100 percent
17 confident in my opinions.
18     Q. And Dr. Neel, you are a
19 medical doctor as well as a Ph.D.
20 researcher, correct?
21     A. That's correct.
22     Q. Do you currently see
23 patients?
24     A. No.

Page 15

1     Q. When did you last have a
2 clinical practice?
3     A. 19 -- well I never had a
4 private practice or an individual
5 practice. I stopped seeing patients when
6 I began my faculty position at Harvard
7 Medical School in 1988.
8     Q. After residency?
9     A. Yes.
10     Q. In internal medicine?
11     A. Yes.
12     Q. And do you currently
13 diagnose ovarian cancer in women?
14     A. No.
15     Q. Do you treat women with
16 ovarian cancer?
17     A. No.
18     Q. Have you ever treated women
19 with ovarian cancer?
20     A. Only in the context of my
21 health staff training.
22     Q. Okay. And would that be the
23 last time that you performed a pelvic
24 exam --

Page 16

1     A. Yes.
2     Q. -- as well?
3         So let me just review some
4 of the ground rules today to remind you.
5 If you don't understand a question,
6 please let me know so I can hopefully put
7 it in a form where you do understand.
8 Okay?
9     A. Okay.
10     Q. And I'll do my best to let
11 you finish your answer, and probably best
12 for you to let me finish my question too,
13 for lots of reasons, but primarily so our
14 court reporter can get both of our
15 statements down without any problems.
16 Okay?
17     A. Sure.
18     Q. And if you need a break,
19 just let me know --
20     A. Okay.
21     Q. -- and we'll take one.
22         I've marked Exhibit 1 as a
23 notice of deposition.
24         (Document marked for

Page 17

1     identification as Exhibit
2     Neel-1.)
3 BY DR. THOMPSON:
4     Q. Have you seen this document,
5 Dr. Neel?
6     A. Yes.
7     Q. When did you see it?
8     A. Yesterday.
9     Q. And I understand that
10 objections have been filed. But -- and
11 did you bring anything with you today in
12 response to this notice of deposition?
13     A. No.
14     Q. For example, Number 3 says a
15 copy of your complete file or files. Do
16 you have a file related to the talcum
17 powder litigation?
18     A. Only insofar as I collect
19 the papers for my report, yes.
20     Q. How do you collect those?
21     A. On my computer.
22     Q. Do you have a certain
23 location where you maintain those files?
24     A. Yes.

Benjamin G. Neel, M.D., Ph.D.

Page 18

1    Q.   And do you have any notes or
2  highlights on the articles?
3    A.   On the articles, no.
4    Q.   Any notes or -- in the file
5  where you keep your articles?
6    A.   Only insofar as I, you know,
7  was preparing my report.  There's some
8  notes about the text that I'm going to
9  use in my report.
10    Q.   Okay.  I also have marked a
11  copy of your expert report.
12        (Document marked for
13        identification as Exhibit
14        Neel-2.)
15  BY DR. THOMPSON:
16    Q.   Is this the report that you
17  were referring to that --
18    A.   Yes.
19    Q.   -- you kept drafts on your
20  computer?
21    A.   Yes.
22        MS. SHARKO:  For the record,
23    this is Exhibit 2?
24        DR. THOMPSON:  This is

Page 19

1    Exhibit 2.
2        MS. SHARKO:  Shall we be
3    calling these Neel-1 and 2?
4        MS. O'DELL:  I think
5    Michelle will write that in
6    afterwards.
7  BY DR. THOMPSON:
8    Q.   And we'll come back, of
9  course, to that report throughout the
10  day.  So feel free to keep that close by
11  if you'd like to.
12        (Document marked for
13        identification as Exhibit
14        Neel-3.)
15  BY DR. THOMPSON:
16    Q.   And I've marked as Exhibit 3
17  the -- and you say that attached to your
18  report are the references that you
19  listed.  And are those references that
20  are actually cited or referred to in the
21  report itself?
22    A.   Can I -- may I look?
23    Q.   Yes, please.
24    A.   Yes.  These references are

Page 20

1  the references that are cited by -- in
2  numerical order in the report.
3    Q.   And I'm also marking
4  Exhibit 3, which is an -- additional
5  references that -- it's titled "Materials
6  Considered."
7        And what is the list of
8  materials considered?
9    A.   I'm a little confused by
10  your question.  It says what they are.
11    Q.   How does that differ from
12  the references that are attached to your
13  expert report?
14    A.   Oh well, if I cited
15  something directly in the report, it's in
16  the references.  If there were things
17  that I was given or that I looked
18  through, that's on materials considered.
19    Q.   Were you -- were you given
20  the references on the materials
21  considered by counsel?
22    A.   A subset of the materials
23  were sent to me at the beginning.  I made
24  several other searches of my own and

Page 21

1  downloaded those papers.  And some of the
2  papers I was unable to easily access from
3  my remote location.  And I asked the
4  lawyers to have them sent to me.  So some
5  of them I got that way.
6    Q.   Would you be able to
7  identify which you found yourself and
8  which you were provided to by the
9  lawyers?
10    A.   Not easily.  I mean, I went
11  through and I spent many hours doing
12  this.  So I'm not sure.  Over time, that
13  blurs a little.
14    Q.   And I assume that the expert
15  reports and deposition transcripts were
16  provided to you, correct?
17    A.   Yes.
18    Q.   When was -- when were you
19  first contacted by lawyers representing
20  Johnson & Johnson about serving as an
21  expert?
22    A.   In May of 2017 I believe.
23    Q.   And who contacted you?
24    A.   John Winter.

Benjamin G. Neel, M.D., Ph.D.

Page 22

1    Q.   And what did Mr. Winter ask
2  you to do?
3    A.   He asked me if I would be
4  interested in considering being an expert
5  witness in the talc litigation.
6    Q.   And what did you agree to do
7  at that time?
8    A.   I agreed to look at the
9  materials that he gave me and make a
10 decision subsequently.
11   Q.   Were you asked at that time
12 to offer any criticisms of any
13 plaintiffs' experts?
14      MS. SHARKO:  Well, I'm
15   going -- I'm going to object at
16   this point.  Isn't this privileged
17   conversations between counsel and
18   the witness?
19      DR. THOMPSON:  I believe
20   what he was asked to do at the
21   initiation is fair.
22      MS. SHARKO:  I think that's
23   privileged conversations between
24   the lawyer and the witness.

Page 23

1      DR. THOMPSON:  Okay.  All
2   right.
3      MS. SHARKO:  You can ask --
4   you can ask him what he did.  I
5   don't think you can ask him about
6   discussions between the lawyer and
7   the witness.
8  BY DR. THOMPSON:
9    Q.   In that initial evaluation
10 that you performed to look, did that
11 include evaluating any expert reports
12 from plaintiffs?
13   A.   The initial -- are you
14 talking about the initial meeting with
15 Mr. Winter?
16   Q.   Well, you -- you said that
17 Mr. Winter furnished you with some
18 literature to review, correct?
19   A.   No.  I think I said -- maybe
20 I misspoke.  But I believe I said that
21 Mr. Winter asked me if I would be willing
22 to look at some material, and I said yes
23 at our initial meeting.
24   Q.   Okay.  I may have

Page 24

1  misunderstood.
2      Did he -- was any of that
3  material that he asked you to look at,
4  did that include defense -- plaintiff
5  expert reports?
6    A.   At the -- the initial batch
7  of materials that I -- that I got had no
8  expert reports from anyone in it.
9    Q.   Okay.  Were you asked to do
10 any experiments?
11   A.   No.
12   Q.   Did you offer to do any
13 experiments?
14   A.   No.  I wouldn't be allowed.
15   Q.   Why is that?
16   A.   Because it would be a
17 conflict of interest violation of my
18 institution.
19   Q.   What is your institution's
20 conflict of interest policy?
21   A.   Well, I mean, that's a
22 pretty broad question.  Do you want to
23 maybe -- I mean, my conflict -- we have a
24 very long policy which I have not

Page 25

1  committed to memory.
2    Q.   Okay.  Did -- have you
3  disclosed to your institution that you're
4  serving as an expert for Johnson &
5  Johnson?
6    A.   Yes.
7    Q.   And what details did you
8  have to provide regarding that?
9    A.   Just the name of the law
10 firm that I was working with.  I don't
11 remember the name of Mr. Winter's law
12 firm.  Because I recently revised the
13 disclosure because I'm working mostly
14 with Ms. Sharko now which is a different
15 firm.
16   Q.   And why would your
17 institution prevent you from doing any
18 experiments?
19   A.   I -- I can't comment on
20 the --
21      MS. SHARKO:  Object to the
22   form.
23      THE WITNESS:  I can't
24   comment on the basis of the

Page 26

1    conflict of interest policy.  I
2    can only tell you what it is.
3  BY DR. THOMPSON:
4     Q.   And what aspect or what
5  language in that policy has led you to
6  believe that you would be unable to do
7  any experiments?
8     A.   Because, for any kind of --
9  we're not allowed to take financial
10  remuneration from anyone and at the same
11  time do laboratory experiments on the
12  topic.  That's considered a conflict of
13  interest as I understand the conflict of
14  interest policy.
15     Q.   So what -- what entities
16  would that include?
17       MS. SHARKO:  Object to the
18     form.
19  BY DR. THOMPSON:
20     Q.   Pharmaceutical companies?
21     A.   Yes.  If I -- if I get
22  funding -- if I get compensation, private
23  compensation from a pharmaceutical
24  company, or if I own equity in a

Page 27

1  pharmaceutical company or founders
2  equity, I can't do experiments in my
3  laboratory.  That's considered to be a
4  conflict of interest at our institution.
5  And most reputable institutions that I
6  have experience with, and Canada.
7     Q.   So you receive only public
8  funding in your lab?
9     A.   I have -- at the present
10  time?  At the present time all of my
11  funding is public or startup funding for
12  my institution.
13     Q.   How about at any time?
14     A.   When I was at Princess
15  Margaret Cancer Centre in Toronto, which
16  was my second job, I received a -- a
17  grant from Novartis Pharmaceuticals to do
18  studies related to the possible uses of
19  SHIP2 inhibitors, which I'm an expert in,
20  in cancer.  So that was a two-year grant
21  that had specific aims and milestones and
22  reports that I had.  And it was more like
23  a pharmaceutical funding grant, but I was
24  not receiving any equity in the company

Page 28

1  or any compensation from the company.  It
2  was not -- it was just laboratory
3  funding.
4       When I was at Harvard
5  Medical School, I believe in the third --
6  no, it would have been more like the
7  fourth or fifth year that I was a faculty
8  member, I had a grant from Roche
9  Pharmaceuticals.  That was a two-year
10  grant, and it was a competitive grant
11  where Harvard had a -- Harvard, I think
12  it was the department of biochemistry --
13  one of the departments that I was
14  affiliated with at Harvard, had a -- a
15  relationship with Roche where you could
16  submit competitive grants and then they
17  were reviewed by a group that included
18  Harvard faculty and Roche faculty.  And
19  they chose the ones they were interested
20  in.  And then so I believe it was a
21  $75,000 grant that I got for two years.
22     Q.   Okay.  And --
23     A.   And that was on SHIP1, which
24  I'm also an expert in.  I identified both

Page 29

1  of those molecules.
2     Q.   Okay.  And that -- and that
3  policy goes for lab funding as well as
4  compensation, correct?
5     A.   Which policy?
6     Q.   The policy that would be
7  conflict of interest that prohibits you
8  from doing any experiments for
9  remuneration.
10     A.   No.  The conflict of
11  interest policy is that I can't receive
12  personal compensation.  We are allowed to
13  receive some -- we are allowed to
14  pursue 20 -- we're allowed to use
15  20 percent of our time outside of -- of
16  our hospital or medical school time for
17  consulting, expert witnesses,
18  participation in biotechnology companies.
19  That money has to be separate from your
20  lab money.
21     Q.   Okay.  But there would be
22  nothing that would prevent Johnson &
23  Johnson from providing laboratory funding
24  for -- for research or experiments?

Benjamin G. Neel, M.D., Ph.D.

Page 30

1    A.   There would, if I were
2  receiving compensation, as I am for
3  serving as an expert witness in this
4  case.  That would be a conflict in my --
5  my view of the conflict of interest
6  policy.  I didn't consult the -- the
7  hospital about that.
8    Q.   Okay.  And does that same
9  policy apply to anyone in your lab?
10   A.   Yes.
11   Q.   What did you know about
12 talcum powder and ovarian cancer before
13 you were approached by Mr. Winter?
14   A.   I had seen reports in the
15 process of litigation and, you know,
16 that's pretty much it.
17   Q.   And you had not reviewed any
18 of the literature regarding the issue,
19 correct?
20   A.   That's correct.
21   Q.   Did you have any opinions
22 formed at that time?
23   A.   No.
24   Q.   May I assume that all of the

Page 31

1  opinions that you plan to give today are
2  contained in your expert report?
3        MS. SHARKO:  Object to the
4        form of the question.  It depends
5        what you ask him.
6        THE WITNESS:  Should I
7        answer?
8        MS. SHARKO:  Yes, you can
9        answer.
10       THE WITNESS:  How could I
11       say that until I hear what you ask
12       me?  I can't answer that.
13 BY DR. THOMPSON:
14   Q.   Or additional opinions that
15 you give in response to my questions.
16 Would that be fair?
17   A.   Yes.
18   Q.   Who wrote your expert
19 report?
20   A.   I did.
21   Q.   Did you write every word of
22 the expert report?
23   A.   Yes.
24   Q.   Did you choose the

Page 32

1  literature to cite?
2    A.   Yes.
3    Q.   And did you choose the
4  quotes that you include in your report?
5    A.   Yes.
6    Q.   The references that you
7  cited that are attached to your report,
8  may I assume that those are the ones that
9  you deemed most important relating to
10 your opinions?
11   A.   Yes.
12   Q.   Did you perform any
13 searches?
14   A.   Yes.  As I said earlier, I
15 did several searches.
16   Q.   What terms did you use?
17   A.   Well, I can't remember all
18 of them in detail, but certainly talc and
19 inflammation.  Talc and ovarian cancer.
20 I don't remember all of them.  But those
21 are a couple.
22   Q.   And what's your favorite
23 search engine or site?
24   A.   I use both Google and PubMed

Page 33

1  for different searches.  I find them --
2  they provide different information.
3    Q.   The -- on the materials
4  considered, Exhibit Number 3, there are a
5  bunch of plaintiff expert reports listed.
6  Did you read all of those?
7    A.   No.
8    Q.   Can you go through and tell
9  me which ones you did read?
10   A.   I read Dr. Saed's report.  I
11 read Dr. Zelikoff's report.  And I read
12 Dr. Smith-Bindman's report, and I read is
13 it Dr. -- is it Levy or Levy's report?
14 I'm not sure how to pronounce his name.
15 I'm sorry.
16   Q.   Any others?
17   A.   No.
18   Q.   You did not look at
19 Dr. Crowley's report?
20   A.   No.
21   Q.   Why not?
22   A.   I just didn't think it
23 relevant.
24   Q.   Do you know what

Benjamin G. Neel, M.D., Ph.D.

Page 34

1  Dr. Crowley's report addressed?
2      A.   I don't recall.  I scanned
3  through the intros of all of them.  But I
4  didn't think it was really relevant.
5      Q.   Dr. Crowley's report
6  addressed the fragrance chemicals in
7  Johnson's Baby Powder.  Was that not
8  relevant for you?
9      A.   No, not in my opinion.
10     Q.   And why is that?
11     A.   Because that wasn't the
12 issue that I was asked to address.  I was
13 asked to address Johnson & Johnson Baby
14 Powder studies that used the Baby Powder.
15 So what was in them was irrelevant to the
16 conclusion.  It was just the conclusion,
17 the effects that were relevant.  And I
18 was asked to address the issue of talc
19 and ovarian cancer.
20     Q.   So it doesn't matter to you
21 what else is in the Baby Powder?
22     A.   Not from the standpoint of
23 experiments that involve the Baby Powder.
24 It's just the results of the Baby Powder.

Page 35

1      Q.   And throughout your report
2  you refer to talc.  What do you mean by
3  that?
4      A.   I mean talc.  What do you
5  mean by that?
6      Q.   Well, is it Baby Powder or
7  is it talc?
8      A.   No -- well, it's -- the talc
9  that I referred to is generic talc.  It
10 could be talc from chemical companies.
11 Whatever was used in the experiments in
12 the reports that -- and/or the studies
13 that I read that were epidemiological
14 based.
15     Q.   What are the products that
16 are at issue today in the litigation?
17     A.   I'm not an expert on what's
18 involved in litigation.  I know that
19 Johnson & Johnson Baby Powder and Baby
20 Shower (sic) are involved in the
21 litigation.  I'm not aware of any other
22 specific products that are involved.
23     Q.   So Johnson Baby Powder and
24 Shower to Shower are the products that we

Page 36

1  are talking about today, correct?
2      A.   I don't know.  That's -- I
3  mean, I considered them for sure.
4      Q.   Okay.  When you say talc are
5  you referring to talcum powder?
6      A.   Yes.
7      Q.   Are you referring to talcum
8  powder that's platy?
9      A.   I'm referring to the talcum
10 powder that was used in the
11 epidemiological studies and in the
12 experiments of Dr. Saed and others that I
13 considered for the purposes of my report.
14 I can't give you an exhaustive listing of
15 what they use.  But I did consider those
16 papers in issuing my opinion.
17     Q.   Well, those are two
18 different things.  The epidemiology
19 studies are typically done calling the
20 agent that's being asked about talcum
21 powder.  And Dr. Saed's experiments were
22 specifically done with Johnson's Baby
23 Powder, correct?
24         MS. SHARKO:  Object to the

Page 37

1      form of the question.  Lacks
2      foundation.
3         THE WITNESS:  The
4      epidemiological studies, in fact,
5      were performed using a variety of
6      different products.  So there
7      wasn't a single product used.  But
8      Johnson & Johnson products were in
9      some of them.  Some of the studies
10     also included cornstarch.
11        The Saed studies, as I
12     recall, but we have to look at
13     them in detail to be sure,
14     included talc from chemical
15     companies and Johnson & Johnson
16     products.
17 BY DR. THOMPSON:
18     Q.   And we will get to
19 Dr. Saed's work.  Did you see the paper
20 that Dr. Saed just published in the last
21 few weeks?
22     A.   I didn't see the final
23 version of the paper.  But I saw the
24 accepted version that was supplied to us

Benjamin G. Neel, M.D., Ph.D.

Page 38

1  after his deposition.  And I reviewed
2  that.
3       Q.   Why did you not look at the
4  final published paper?
5       A.   Because the -- as far as I
6  know, the paper was accepted.  So an
7  accepted paper is the same as the
8  published paper.  But I'm happy to look
9  at it if you'd like.
10      Q.   I'm just asking you why you
11  didn't think that was important to look
12  at yourself.
13      A.   Because --
14           MS. SHARKO:  Object to the
15      form of the question.
16           THE WITNESS:  Because an
17      accepted paper, in my experience,
18      is identical to the actual paper
19      except for minor editorial, you
20      know, placements of figures and
21      things like that.  Once it's
22      accepted, it's not changed.
23  BY DR. THOMPSON:
24      Q.   So your opinion is that in

Page 39

1  the final accepted paper, there was a
2  discussion of talcum powder other than
3  Johnson's Baby Powder; is that right?
4       A.   I don't recall.  I'm happy
5  to look at the paper.
6       Q.   We'll look at that a little
7  bit later.
8           And does talcum powder
9  include fibrous talc?
10      A.   Talcum powder includes what
11  I just said.  It's whatever was in the
12  products that were used in the
13  epidemiology studies and whatever was
14  used in any of the individual papers.
15  And I'm happy to go through any single
16  one of them with you and review the
17  details.  But I obviously can't remember
18  which products were used in every single
19  epidemiology study that I reviewed and in
20  every single paper that I reviewed,
21  including, you know, papers from Dr. Saed
22  and others.
23      Q.   From a molecular standpoint,
24  here to testify about the mechanism by

Page 40

1  which talcum powder may cause or
2  contribute to ovarian cancer, doesn't it
3  make a difference what the components of
4  that talcum powder are?
5       A.   No.  If I am referring to
6  the papers that are published by experts
7  for the plaintiffs to argue for a
8  pathogenic role, I should be considering
9  what they use.  That's the only role of
10  an issue here in my opinion.
11      Q.   So if it's shown that talcum
12  powder contains fibrous talc, which is
13  listed as a Group 1 carcinogen by IARC,
14  that would not matter to you in your
15  opinions as to what the mechanism might
16  be for the carcinogenesis of Baby
17  Powder --
18           MS. SHARKO:  Object to
19      the from of the --
20  BY DR. THOMPSON:
21      Q.   -- correct?
22           MS. SHARKO:  Object to the
23      form of the question.  Lacks
24      foundation.

Page 41

1           THE WITNESS:  Can you repeat
2      the question, please?
3  BY DR. THOMPSON:
4       Q.   So if it's shown that talcum
5  powder contains fibrous talc, which is
6  listed as a Group 1 carcinogen by IARC,
7  that would not matter to you in your
8  opinions as to what the mechanism might
9  be, correct?
10      A.   Yes.  That's correct.
11  Because my opinion is based on the
12  studies that involved the application of
13  talc, including Johnson & Johnson
14  products, perineally, and also in some
15  cases injected and applied to cells.  And
16  that would -- if, you know, the products
17  have any substance in them, then they
18  should have revealed a carcinogenic
19  effect in those studies or they should
20  have revealed something supporting the
21  plaintiffs' experts arguments.  But I
22  found no evidence that's the case.
23  None.
24      Q.   Are you speaking of

Benjamin G. Neel, M.D., Ph.D.

Page 42

1  epidemiological evidence?
2      A.   I'm speaking of every -- of
3  all of the evidence that I covered in my
4  report.  And I'm happy to go through any
5  individual one.  But it's all of the
6  evidence that I considered in my report.
7  I found no compelling scientific evidence
8  to support the position that talc causes
9  ovarian cancer.
10     Q.   Okay.  We'll get to that a
11 little bit more later.
12          And you did not look at
13 Dr. Longo's reports, correct?
14     A.   That's correct.
15     Q.   And for the same reason that
16 you did not consider it relevant to your
17 opinions?
18     A.   Correct.
19     Q.   And do you know what
20 Dr. Longo's report addressed?
21     A.   I don't recall.  As I told
22 you I scanned through each of them to
23 decide which ones I should look at in
24 more detail.

Page 43

1      Q.   So you were not aware that
2  Dr. Longo actually tested a number of
3  Baby Powder and Shower to Shower samples
4  from Johnson & Johnson over decades when
5  they were produced, correct?
6      A.   Correct.
7          MS. SHARKO:  Object to the
8      form of the question.
9  BY DR. THOMPSON:
10     Q.   And you did not look at any
11 of the GYN oncology reports, correct?
12          That would be Dr. Daniel
13 Clarke-Pearson, Dr. Ellen Blair Smith or
14 Dr. Judy Wolf?
15     A.   That's correct.  I -- I
16 looked through them -- I looked at the --
17 at the general, you know, statements in
18 the beginning and decided they weren't
19 really relevant to my expertise.
20 Therefore, I didn't look at them in
21 detail.
22     Q.   Did you read the expert
23 report of Dr. David Kessler?
24     A.   No.

Page 44

1      Q.   Do you know who Dr. David
2  Kessler is?
3      A.   I don't recall.
4      Q.   And you have listed
5  references to various websites.  What was
6  the purpose for selecting these websites
7  to include on your materials considered?
8      A.   Well, there were different
9  purposes for different websites.  Do you
10 want to walk through them one by one?
11     Q.   No, we'll get back to some
12 of them I think.
13          Did you list any websites
14 that did identify a risk of ovarian
15 cancer with the perineal use of talcum
16 powder products?
17     A.   I don't recall what's in
18 every one of the websites, but I don't
19 believe so.
20     Q.   You are aware that there are
21 websites that would list talcum powder
22 use as a risk factor for ovarian cancer,
23 correct?
24     A.   I'm not aware of what

Page 45

1  websites that I didn't look at say.  I'm
2  aware of what websites that I did look at
3  say.
4      Q.   So you did not see any
5  websites that listed talcum powder use as
6  a risk factor; is that correct?
7          Or you don't know one way or
8  the other?
9      A.   I don't recall if I did or I
10 didn't.
11     Q.   And you reviewed IARC 2010,
12 correct?
13     A.   Correct.
14     Q.   And what is IARC?
15     A.   International Agency For
16 Research and Cancer, I believe.
17     Q.   And what is the subject
18 matter of the monograph from 2010?
19     A.   It covers several things.  I
20 don't remember the exact details, but
21 we -- I can look it up.
22     Q.   We'll come back to it.
23          And is it your understanding
24 that the IARC 2010 monograph reviewed

Benjamin G. Neel, M.D., Ph.D.

Page 46

1  literature as of 2006, correct?
2      A.   I can't recall in detail
3  when they cut off the literature.
4      Q.   We'll look at that.
5          And you are aware that the
6  IARC monograph in 2010, published,
7  reviewing literature up to 2006,
8  specifically dealt with non-asbestiform
9  talc, correct?
10     A.   That's my recollection.  But
11 again, I read that a while ago.  And I'm
12 happy to go back and look at it with you
13 if you want to jog my memory.
14     Q.   That's a pretty important
15 fact, don't you think?
16     A.   It's not material to the
17 question at hand as far as I can tell.
18 Because as, again, I was asked to review
19 the issue of, you know, Johnson & Johnson
20 products and/or talc and ovarian cancer
21 with respect to the evidence in the
22 scientific literature as to its
23 carcinogenicity, and that's what I
24 reviewed.  And whatever talc was used in

Page 47

1  those studies would have, you know, been
2  the relevant talc.  So that's what I
3  reviewed.
4      Q.   So studies that were --
5  would address asbestos and ovarian cancer
6  are not relevant?
7      A.   Not insofar as I can tell.
8  Because I was looking at the issue of
9  Johnson & Johnson products and/or talc as
10 defined by the authors of the papers that
11 used these materials, and/or the authors
12 of the epidemiological studies that
13 studied this issue on -- in offering my
14 opinion.
15     Q.   And you are talking about
16 the epidemiological studies, correct?
17     A.   No.  I'm talking about the
18 epidemiological studies which used
19 certain things.  And then I'm talking
20 about the bio -- biological studies such
21 as they are, that used various forms of
22 talc, whether it's Johnson -- in some
23 case it's Johnson & Johnson products
24 directly.  In other cases, talc from

Page 48

1  suppliers like -- chemical suppliers like
2  Sigma.
3          And each study is different.
4  But the -- the studies that I cited in my
5  report all used various forms of "talc"
6  and that's what I considered in offering
7  my opinion.
8      Q.   You'll agree that the
9  molecular studies identified where the
10 talc came from or the talcum powder came
11 from, correct?
12     A.   Yes.
13     Q.   The epidemiological studies
14 typically do not, correct?
15     A.   I don't believe that that is
16 correct.  Some of them say specifically
17 what products they are.  And some of them
18 are not as specific.  So it's not a
19 one-size-fits-all for that question.
20     Q.   Are you aware of an
21 epidemiological study that actually
22 refers to what actual product was used by
23 the women included in the study?
24     A.   My recollection is several

Page 49

1  said Johnson & Johnson's products.  But
2  we'd have to go through all of the
3  24-case-control studies and three cohort
4  studies that I looked at.
5      Q.   Do you know what Johnson &
6  Johnson's market share of Baby Powder has
7  been over the years?
8      A.   I have no idea.
9      Q.   You also reviewed the IARC
10 monograph in 2012, correct?
11     A.   Which one is that?
12     Q.   That's the one related to
13 asbestos.
14     A.   I looked at that very
15 cursorily.  I really didn't have the time
16 to do an exhaustive study of asbestos and
17 ovarian cancer.  I looked at it
18 cursorily.  And several other papers.
19     Q.   And even if Johnson &
20 Johnson's Baby Powder and Shower to
21 Shower have -- are shown to contain
22 asbestos, that was -- reviewing that
23 evidence and that data were not
24 important?

Benjamin G. Neel, M.D., Ph.D.

Page 50

1    A.   No, because the issue is
2  whether there is any compelling
3  scientific evidence that Johnson &
4  Johnson's products, when applied
5  perineally, give rise to an increased
6  incidence of ovarian cancer, and/or
7  whether there was any evidence that
8  Johnson & Johnson products, when applied
9  in experimental animals have any evidence
10  of causing pre or neoplastic conditions
11  of the ovaries or fallopian tubes.
12        That was the issue that I
13  considered in issuing my report.  And
14  therefore, the issue is what's -- what
15  the Johnson & Johnson products do, not
16  whether asbestos is involved in ovarian
17  cancer.
18    Q.   Are you aware of animal
19  studies that use Johnson & Johnson Baby
20  Powder?
21    A.   I would have to go back and
22  look at the actual studies to see what
23  was used in those studies.
24    Q.   You don't know that?

Page 51

1    A.   I don't remember.
2    Q.   That wasn't something that
3  would have been important?
4    A.   I read through all of the
5  animal studies, none of which show any
6  significant carcinogenic effect of talc
7  that was used in the studies.
8    Q.   We'll get to those.
9        You reviewed the Health
10  Canada risk assessment, correct?
11    A.   Are we talking about the
12  Taher, et al., paper?
13    Q.   No, we are talking about the
14  risk assessment published by -- draft
15  published by Health Canada.
16    A.   I haven't actually read the
17  draft.
18    Q.   Why not?
19    A.   I haven't seen it.
20    Q.   So you were not provided the
21  Health Canada risk assessment?
22    A.   I was given -- you know,
23  yesterday, you know, the lawyers showed
24  me briefly there was a health assessment.

Page 52

1  But I didn't have a chance to study it in
2  any detail.
3    Q.   You didn't ask --
4    A.   In any event, it's a draft,
5  so it hasn't been, you know, finalized.
6  So I don't really think it's relevant
7  until it's finalized.
8    Q.   Well, do you know anything
9  about the policy that Health Canada
10  follows to publish a draft to open up for
11  comments --
12    A.   No.
13    Q.   -- before it's finalized?
14    A.   No.
15    Q.   Did you review the
16  conclusions of the Health Canada risk
17  assessment draft that you were provided
18  yesterday?
19    A.   Not in -- I didn't have time
20  really to review it in any significant
21  detail.  So the answer to that is no.
22  But I'm happy to do it now.
23    Q.   Well, you know you referred
24  to the Health Canada risk assessment

Page 53

1  draft in your report?
2    A.   No, not that I recall.
3  Where do I refer -- I refer to the Taher,
4  et al., paper which was the basis for the
5  study that was being done at Health
6  Canada.
7    Q.   How do you know that the
8  Taher paper was the basis for the Health
9  Canada risk assessment?
10    A.   I think it says it in the
11  paper.
12    Q.   Okay.  We'll get to that
13  when we get to that section.
14        And you reviewed an FDA
15  letter in response to a citizen's
16  petition, correct?
17    A.   Yes.
18    Q.   And was that provided to you
19  by counsel?
20    A.   Yes.
21        (Document marked for
22        identification as Exhibit
23        Neel-4.)
24  BY DR. THOMPSON:

Benjamin G. Neel, M.D., Ph.D.

Page 54

1    Q.   I've marked as Exhibit 4
2  Appendix A to your report.  And just tell
3  me what this is.
4    A.   This is a list --
5        MS. SHARKO:  Just take your
6  time and look through it.
7        THE WITNESS:  This is a list
8  of the most recent genome-wide
9  association studies.  That show
10 genome-wide association -- that
11 show association with specific
12 single-nucleotide polymorphisms
13 with increased risk of ovarian
14 cancer.
15 BY DR. THOMPSON:
16   Q.   And how does something make
17 it to the -- this list?
18   A.   How does it make it to this
19 list?  When there's been a -- any
20 publication of a genome-wide association
21 study is aggregated.
22   Q.   And so that's when there
23 have been enough studies published on a
24 certain gene to reach statistical

Page 55

1  significance, correct?
2    A.   Yes.  Well, the statistical
3  significance of each -- well, there's
4  different levels of statistical
5  significance in the GWAS for every
6  location that's cited in the GWAS.  So
7  some of them are -- and if you go on the
8  website and look at it, you'll see that
9  it lists the P-value for every
10 association.
11       So some of them have reached
12 genome-wide significance, and some of
13 them haven't.  So the ones that are
14 believed to be documented associations
15 are those that have reached genome-wide
16 significance.  And that means that they
17 have less than 10-8.  There are other
18 genome-wide association snips that have
19 reached less than 10-8.
20   Q.   And there are snips --
21       MS. SHARKO:  Wait, wait,
22 wait.
23       Are you done with your
24 answer?

Page 56

1        THE WITNESS:  I wasn't done.
2  BY DR. THOMPSON:
3    Q.   Sorry.
4    A.   So some of -- you know, the
5  ones that are over 10-8 are the only ones
6  that can be considered as documented risk
7  SNPs.
8    Q.   And there are new SNPs being
9  reported all the time.  You would agree
10 with that, correct?
11   A.   Well, the SNPs aren't being
12 reported.  The SNPs have pretty much --
13 you know, the SNPs that are used in the
14 genome-wide association studies are the
15 SNPs that are on standard panels.
16       What do you mean new SNPs
17 being reported all the time?  There are
18 private SNPs between any two individuals.
19 If I sequence you and I sequence me, we
20 might find, you know, a new
21 single-nucleotide polymorphism.  But
22 that's a privity SNP for you or for me.
23 It's not one of the ones that was used to
24 map genes.

Page 57

1    Q.   Right.  I understand that.
2  But there is ongoing research in this
3  area, correct?
4    A.   Yes, there's ongoing
5  research in genetic basis of all cancers.
6        (Document marked for
7        identification as Exhibit
8        Neel-5.)
9  BY DR. THOMPSON:
10   Q.   Exhibit 5 is your CV.  It
11 appears that that was updated
12 February 22nd, 2019, correct?
13   A.   Yes.
14   Q.   And you have quite a few
15 publications, I see.
16   A.   Not as many as I'd like.
17   Q.   Well, you still have a lot
18 of time, right, in your career, I hope.
19       How -- how many of these
20 deal with ovarian cancer?
21   A.   I don't know.  We can go
22 through each of them.  I don't know
23 offhand.
24   Q.   Does eight sound about

Benjamin G. Neel, M.D., Ph.D.

Page 58

¹ right?
² 　　A.　I can count them.  Possibly
³ eight.  But you know, cancer biology is
⁴ much more broad than a specific cancer.
⁵ So, I mean, my expert opinion is based on
⁶ 30 years of research, actually more than
⁷ 30.  30 years as a faculty member at
⁸ Harvard Medical School, Princess Margaret
⁹ and now NYU.  And before that, you know,
¹⁰ graduate school and Ph.D. and post-doc --
¹¹ Ph.D. and post-doc training.  So I've had
¹² about 36 years of -- no, 39 years of --
¹³ wow, that's a lot of time -- 39 years of
¹⁴ research experience in this field.
¹⁵ 　　　　From the earliest days of
¹⁶ the cancer biology field, I was involved
¹⁷ in, you know, some of the earliest major
¹⁸ discoveries that led to the molecular age
¹⁹ of cancer.
²⁰ 　　Q.　And obviously that
²¹ experience with other types of cancer are
²² relevant to the study of ovarian cancer
²³ and the type -- subtypes, correct?
²⁴ 　　A.　I think so, yes.

Page 59

¹ 　　Q.　Are there any articles on
² your CV that relate directly to talcum
³ powder and potential carcinogenesis?
⁴ 　　A.　No.
⁵ 　　Q.　Are there any articles on
⁶ your CV that relate to asbestos?
⁷ 　　A.　No.
⁸ 　　Q.　Are there any articles on
⁹ your CV that relate to particles of any
¹⁰ kind?
¹¹ 　　A.　No.
¹² 　　Q.　Describe for me the
¹³ research -- understanding it's a big lab,
¹⁴ but generally speaking, what type of
¹⁵ research is your lab currently doing?
¹⁶ 　　A.　Well, it's divided into
¹⁷ three main areas.  One area has to do
¹⁸ with SHIP2, which we discussed --
¹⁹ discovered, which is a critical component
²⁰ of growth factor receptor, cytokine
²¹ receptor, and integrin signaling pathways
²² and is critical for the transduction of
²³ signals from activated oncogenes, such as
²⁴ the receptor tyrosine kinase

Page 60

¹ amplification, certain forms of KRAS
² mutations, certain forms of BRAF
³ mutations.
⁴ 　　　　There's actually drugs in
⁵ the clinic now that are trying to target
⁶ this agent, this -- this molecule.
⁷ 　　　　It's also mutated in a
⁸ germ -- under a germ-line mutations in a
⁹ disease called Noonan syndrome.  And
¹⁰ we've done a lot of the work on that.
¹¹ And there are also different germ-line
¹² mutations in the disease cause Noonan
¹³ syndrome with multiple lentigines.  We've
¹⁴ done a lot of work on that.  We did the
¹⁵ first mouse models for both of those
¹⁶ disorders.
¹⁷ 　　　　We discovered that there's a
¹⁸ third type of mutation in SHIP2 or PTPN11
¹⁹ that causes metachondromatosis, which is
²⁰ a rare cancer of the bone.  We discovered
²¹ that SHIP2 acts as tumor suppressor gene
²² in that.
²³ 　　　　So our lab is working a lot
²⁴ on using -- on figuring out how to best

Page 61

¹ deploy SHIP2 inhibitors in the -- in the
² clinic and how to combine them with other
³ agents.  So that's about a third.
⁴ 　　　　And then we have a third of
⁵ the lab that's working on ovarian cancer,
⁶ pathogenesis, including studies related
⁷ to the cell of origin, studies related to
⁸ the heterogeneity in ovarian cancer using
⁹ the single cell RNA sequencing, and
¹⁰ various type of single cell RNA FISH.
¹¹ 　　　　And then we have a fourth --
¹² sorry, a third part of the lab, which
¹³ is -- oh, I forgot.  I'm sorry.
¹⁴ 　　　　And then we've also
¹⁵ developed novel organoid systems for both
¹⁶ the fallopian tube and the ovarian
¹⁷ surface epithelium in the mouse.  And
¹⁸ we're using that -- those models to
¹⁹ engineer in the specific mutations that
²⁰ have been found in ovarian -- human
²¹ ovarian cancer so we can develop
²² syngeneic mouse models to study how to
²³ best treat these tumors using
²⁴ combinations of targeted agents and

Benjamin G. Neel, M.D., Ph.D.

1 immunotherapy, including platinum PARP
2 inhibitors, trying to figure out how
3 cyclin E tumors can be treated since
4 they're not treated by platinum very
5 well.
6         And then the third area of
7 the lab has to do with another
8 phosphatase that we discovered or that we
9 cloned.  We didn't discover it.  We were
10 the first to clone it, called PPM1 or
11 PP1B.  And we're working on how that's
12 involved in breast cancer pathogenesis
13 by -- and in particular how it
14 regulates -- how -- how knocking down or
15 inhibiting PP1B sensitizes breast cancer
16 cells, or certain types of breast cancer
17 cells, to hypoxia using -- and in
18 particular, how the -- there is an
19 interaction between this PP1B and this
20 novel E3 ligase called RNF213, which is
21 the disease gene for moyamoya syndrome
22 which is a very rare syndrome that causes
23 precocious strokes in children.
24         So that's the -- that's the

1 major work being done in the lab.
2         Q.   In a nutshell, right?
3         A.   Yes.
4         Q.   Does your lab do both in
5 vitro and in vivo animal model research?
6         A.   Yes.
7         Q.   Do you do human research?
8         A.   What do you mean by human
9 research?
10         Q.   Anything that requires an
11 IRB, approval, the biomarkers in
12 patients, anything of that sort?
13         A.   We have -- so IRB approval
14 is required to get issues and it's
15 usually a pretty standard -- what they
16 call administrative approval.  So if
17 you're counting that, yes, we have
18 approval to get the tissues that we use
19 to make ovarian cancer xenographs.
20         We have a variety -- I
21 forgot to mention that we have a large
22 collection of ovarian cancer xenographs
23 in the lab that mainly came from my time
24 in Toronto.  So we have hundreds of them.

1 About 50 of which are genomically
2 characterized, and we are collaborating
3 with people to use those.
4         And we are sometimes
5 making -- we also make organoid -- we're
6 working on organoid systems from humans.
7 So we get tissues from our Winthrop
8 colleagues.  And that's under an IRB
9 protocol, so -- but we don't do any
10 clinical trials.
11         I'm consulting on a clinical
12 trial that has to do with a different
13 area of research that we transiently were
14 involved in that's distantly related to
15 the moyamoya syndrome thing.  I don't
16 know that you want to go into that, but
17 I'm happy to discuss that.
18         Q.   Probably not.
19         A.   Has to do with -- has to do
20 with vitamin --
21         MS. SHARKO:  Let him finish.
22         THE WITNESS:  Has to do with
23 vitamin C and the connection
24 between vitamin C and this pathway

1 that I mentioned to you of PP1B
2 and RNF213.
3         And we -- in reading the
4 literature on that, I realized
5 that there was a possible use of
6 vitamin C in myeloid dysplastic
7 syndrome and AML, and we got
8 together with some of my other
9 colleagues upstairs and did a
10 major paper that was published in
11 Cell last year and led to a
12 clinical trial.
13         So I'm helping the junior
14 faculty member in my department to
15 design that trial and to execute
16 it, which is running at the cancer
17 center right now.
18         So that's the only
19 connection.  But I'm actually not
20 on that IRB, because I'm not
21 really doing the study.
22 BY DR. THOMPSON:
23         Q.   Okay.  And I -- I am not
24 intentionally interrupting you.

Benjamin G. Neel, M.D., Ph.D.

Page 66

1 Sometimes it's hard to tell when there's
2 a pause.  Just so --
3      A.   I have to catch my breath,
4 you know.
5      Q.   -- so you know that.
6          And the tissue samples that
7 you use, is that something that some
8 would refer to as ex vivo research?
9      A.   So, you know, the use of the
10 word ex vivo is used pretty sloppily in
11 literature.  Including some e-mails -- I
12 actually think it's confusing when to use
13 in vivo and not -- when to use in -- some
14 people use in vivo to refer to mice, to
15 mouse experiments.  Some people don't.
16          Some people use in vivo
17 to -- some people -- I think what we can
18 all agree on is in vitro -- if it's a
19 pure biochemistry experiment where there
20 are no cells, that's in vitro.
21          Some people would then call
22 putting the same, you know, testing
23 agents on cells in vitro.  Some would
24 call it in vivo.

Page 67

1          And ex vivo, some people
2 would call taking cell -- taking human
3 cells out and doing the same kind of
4 studies that other people call in vitro.
5 So I can say what we do.
6          We -- as I told you, we make
7 organoids, which are these culture
8 systems that allow you to basically grow
9 the cells in much more physiologically
10 relevant settings involving extracellular
11 matrix and they form glands and things
12 like that.
13          We make organoids from
14 fallopian tube, from ovarian surface
15 epithelium of the mouse.  And we have
16 done more limited work on making
17 fallopian tube organoids from the human.
18          We also have been involved
19 in studies, some of which will come out
20 soon in Nature Medicine, on the use -- on
21 developing organoid conditions for
22 culturing human ovarian cancers.  And we
23 did that in my Toronto lab, which is
24 almost completely shut down.  They are

Page 68

1 going to shut down completely in two
2 months.
3          So if you call those ex
4 vivo, then that's ex vivo.  But it's very
5 confusing nomenclature.  So I prefer to
6 explain what we're actually doing, and
7 then you can judge what you want to call
8 it.
9      Q.   And I'm glad to know I'm not
10 the only one that's confused, so...
11      A.   I think it's sloppy, sloppy
12 wording.
13      Q.   And you have published with
14 immortalized cell lines, correct?
15      A.   Yes.
16      Q.   As of most researchers in
17 the -- that are doing in vitro research,
18 correct?
19      A.   Yes, but I -- the context is
20 important.  And, you know, it's like --
21 you use the right -- you have to -- if
22 you want to get definitive results or
23 interpretable results or convincing
24 results, you have to use the right cell

Page 69

1 system for the right experiment at the
2 right time.  That's the point.
3      Q.   What is contained in
4 Johnson's Baby Powder in your mind?
5      A.   I -- I have no knowledge as
6 to what's in Johnson & Johnson's Baby
7 Powder.  I'm not a chemist.  I'm not a,
8 you know, material scientist, so...
9      Q.   Do you even know what's on
10 the bottle as to what is contained?
11      A.   No.
12      Q.   And that doesn't matter to
13 you?
14      A.   Not for the purpose of
15 writing my report, no.  Or for examining
16 any of the studies that I referred to in
17 my report, no.  It doesn't.
18      Q.   Okay.  And -- and would you
19 give the same answers for the Shower to
20 Shower product?
21      A.   Yes.
22      Q.   And it's your understanding
23 that Johnson & Johnson owns and
24 manufactures Johnson's Baby Powder,

Benjamin G. Neel, M.D., Ph.D.

Page 70

1  correct?
2       MS. SHARKO:  Object to the
3    form of the question.  Lacks
4    foundation.
5       THE WITNESS:  So I have no
6    idea what the business structure
7    is that gives rise to Johnson &
8    Johnson's Baby Powder.
9  BY DR. THOMPSON:
10     Q.   Okay.
11     A.   All I know is that it's
12  called Johnson & Johnson's Baby Powder.
13     Q.   Okay.  And same answer for
14  Shower to Shower?
15     A.   Yes.
16     Q.   Are you familiar with the
17  various grades of talc?
18     A.   Not in any detail.  I'm not
19  a geologist.
20     Q.   And same answer that that
21  doesn't -- isn't important to you as far
22  as your opinions go in this case?
23     A.   No, because that wasn't what
24  I was addressing in my report, nor what

Page 71

1  I'm here to tell you about.
2       Q.   Do you know anything
3  regarding the particle size of Johnson's
4  Baby Powder or Shower to Shower?
5       A.   No.
6       Q.   Is it important for you to
7  know the quality of a talcum powder
8  product to assess its talc -- its health
9  effects?
10      A.   No, not for the purpose of
11  my report.
12      Q.   And would you describe
13  quality as to the amount of and type of
14  impurities in the talcum powder?
15      A.   I wouldn't describe quality
16  because I am not qualified to discuss
17  quality.
18      Q.   Does pure talc exist?
19      A.   I'm not a geologist.  I have
20  no opinion on that subject.  I have no
21  knowledge in that area.  I'm a cancer
22  biologist.
23      Q.   So if Johnson & Johnson
24  makes claims that their talc is pure, you

Page 72

1  would not know whether those claims would
2  be misleading or not, correct?
3       MS. SHARKO:  Object to the
4    form.  Lacks foundation.
5       THE WITNESS:  No, I wouldn't
6    have any knowledge of that.
7  BY DR. THOMPSON:
8       Q.   Is it important for you to
9  know the mineral content of a talcum
10  powder product?
11      A.   Not for the purposes of my
12  report, no.
13      Q.   Would it be important for
14  you to know whether there are fibers or
15  not in a talcum powder product to assess
16  the potential health effects?
17      A.   Not for the purposes of my
18  report which were to look at the specific
19  issues that I've already covered.
20      Q.   And that goes for the
21  opinions that you're giving today as
22  well?
23      A.   Absolutely.  Mm-hmm.  My
24  opinions that I'm giving today are based

Page 73

1  on my report and any questions that you
2  ask me.
3       Q.   So neither the type of
4  fibers or the number of fibers is
5  important in your -- in providing your
6  opinions for us today?
7       A.   That's correct.
8       Q.   And you understand that this
9  case involves women who use the Johnson &
10  Johnson products in the genital area and
11  subsequently developed ovarian cancer,
12  correct?
13      A.   I assume so.  I haven't read
14  the complaint.
15      Q.   Okay.  And when we talk
16  about ovarian cancer generally, we're
17  referring to epithelial ovarian cancer.
18  Would you agree to that?
19      A.   Who is "we"?
20      Q.   You and I today.
21      A.   Yeah.  Sure.
22      Q.   And I understand --
23      A.   But I don't -- but I don't
24  think it's meaningful to talk about

Benjamin G. Neel, M.D., Ph.D.

Page 74

1 epithelial ovarian cancer anymore.
2 Not -- I mean, that entity is too
3 nondescript to be meaningful from a 2019
4 cellular molecular biology perspective.
5      Q.   But you understand that that
6 is done in literature being published
7 every single day?
8      A.   It's not done by people who
9 are familiar with the relevant molecular
10 and cellular data.  There's lots of
11 papers published that aren't very good.
12      Q.   And understanding that there
13 are different histologic types, as well
14 as the -- Type 1 and Type 2 being
15 described.  And the field is obviously
16 evolving.  Would you agree?
17      A.   There were several --
18      Q.   There were.
19      A.   Can you make it a more
20 specific question there?
21      Q.   Yeah.
22      A.   Because I don't necessarily
23 agree with everything that you said.  So
24 if you break it down, maybe I can help

Page 75

1 get this.
2      Q.   I think that's a good
3 criticism of that question.
4           The study of ovarian cancer
5 is an evolving field.  Would you agree to
6 that?
7      A.   Yes.
8      Q.   And in fact, just a couple
9 years ago, National Academy of Science
10 Medicine and Engineering, supported by
11 CDC, sponsored a comprehensive study
12 entitled "Evolving Paradigms in Ovarian
13 Cancer."  Are you familiar with that?
14      A.   I remember reading it.
15 There's lots of review and things like
16 that. But yeah.
17      Q.   And some of the areas that
18 are evolving would be the cell of origin
19 for ovarian -- epithelial ovarian cancer,
20 correct?
21      A.   Yes.
22      Q.   That's one of the things
23 that your lab is working on?
24      A.   Yes. Although we think it's

Page 76

1 pretty much settled.  But...
2      Q.   But there is some debate
3 still as far as whether that applies to
4 some -- some ovarian cancers or all
5 ovarian cancers?
6      A.   Well, all cancers have a
7 cell of origin.  So I'm not clear what
8 your question is.
9      Q.   Bad question.  We'll move
10 on.
11           And there is certainly more
12 work being done with the histologic
13 subtypes and whether that's still a good
14 classification system, right?
15      A.   I don't think that there is
16 any disagreement among modern ovarian
17 cancer researchers at the top
18 institutions and who are up on the
19 literature as to the fact that it's
20 nonmeaningful to talk about all ovarian
21 cancer or all epithelial ovarian cancer
22 any more than it's legitimate to talk
23 about all breast cancer or all many
24 different types -- lung cancer.

Page 77

1           They are separate molecular
2 diseases.  Cancer is not a single
3 disease.  Ovarian cancer is not a single
4 disease.  And it's simply not meaningful
5 to talk about ovarian cancer or even
6 epithelial ovarian cancer.
7           In fact, I would say -- and
8 I would probably be going a little far,
9 but I would probably say that it's no
10 more meaningful to talk about ovarian
11 cancer as an entity than it is to
12 separate epithelial ovarian cancer from
13 germ cell cancers.  They're different
14 cells of origin and they have different
15 molecular defects.
16      Q.   How about at the patient
17 care level?
18      A.   Well, that's one of the
19 problems at the patient care level, is
20 the patient care level hasn't caught up
21 with the molecular biology.  And that's
22 the whole goal that what we're doing,
23 because it is ridiculous, in my opinion
24 to treat all ovarian cancer patients the

Benjamin G. Neel, M.D., Ph.D.

Page 78

1  same, and that's why we're not very good
2  at treating it.
3       Q.   But there is still evolution
4  and debate in the field.  Wouldn't you
5  agree?
6            MS. SHARKO:  Object to the
7  form.
8  BY DR. THOMPSON:
9       Q.   If we -- let's get out of
10 the molecular researchers at an elite
11 university and talk about medical or
12 gynecologic oncologists.  You agree that
13 there is going to be a lag time between
14 what you're discovering and how that new
15 novel information gets transmitted and
16 utilized by doctors in the field?
17           MR. LOCKE:  Objection to
18 form.
19 BY DR. THOMPSON:
20      Q.   Correct?
21      A.   So that's not -- I agree
22 that there's almost always a lag between
23 laboratory studies and implementation in
24 the clinic.  I think that that's not a

Page 79

1  good thing.  And I should point out that
2  I am not just a laboratory researcher,
3  I'm the director of the Perlmutter Cancer
4  Center at NYU Langone.  And my job is to
5  try to make sure that research, not just
6  in my lab but in other laboratories in
7  our institution, get translated as
8  quickly as possible in the form of
9  clinical trials at our institution and
10 elsewhere.
11           So I think that it is true
12 that modern information has not, you
13 know, transmitted to many people in
14 practice at other institutions.
15           But that doesn't mean that
16 the modern information isn't correct.
17      Q.   And I did not mean to
18 diminish your role at all.
19           Do you have any
20 understanding of how the talcum powder
21 products are actually used by women?
22      A.   I mean, only in the most
23 superficial and vague sense.
24      Q.   So no firsthand knowledge

Page 80

1  having talked to women about how they use
2  talcum powder products in the perineal
3  area?
4       A.   I think I'd get in trouble
5  if I had conversations with women about
6  that.  I do have experience in using
7  talcum powder products, however.
8       Q.   How is that?
9       A.   When my -- I'm the oldest
10 brother of four boys.  And my younger two
11 brothers, you know, are nine and 11 years
12 younger than I am.  And as the oldest
13 boy, I was taught to diaper them.  And
14 we -- they used -- I used talcum powder
15 products all the time on them.  I would
16 dust their bottoms with the talcum powder
17 products.
18      Q.   Would you currently dust
19 babies with talcum powder knowing what
20 you know?
21      A.   I don't have any babies, so
22 I haven't given it any thought.  I don't
23 have any reason to use it anymore.
24      Q.   If someone asked you for

Page 81

1  your advice?
2       A.   Well, my daughter is
3  pregnant, so maybe I'll have to think
4  about it.  But I wouldn't give any advice
5  on that.  I'm not -- I'm not a medical
6  doctor.  I don't really have any --
7  everything is different about how diaper
8  goes now.
9            We used to use all kinds of
10 different stuff.  I don't really remember
11 the details.  But, you know --
12      Q.   So if --
13      A.   -- I don't remember if we
14 used talc on our girls or not.
15      Q.   So if your daughter is
16 pregnant knows that you're -- you've
17 looked at this area, serving as an expert
18 for Johnson & Johnson, and asked you if
19 it was safe, would you recommend that she
20 use Johnson's Baby Powder with her new
21 baby, what would you tell her?
22           MR. LOCKE:  Objection.
23           THE WITNESS:  Well, my
24 daughter is -- can I answer that?

Benjamin G. Neel, M.D., Ph.D.

Page 82

1      My daughter who is pregnant
2  is an M.D. Ph.D. student at UCSF
3  and she wouldn't listen to me
4  anyway.
5  BY DR. THOMPSON:
6      Q.  Well, that --
7      A.  She's a -- she's got her own
8  opinion.  And she's got a Ph.D. in cancer
9  biology herself so she wouldn't -- she
10  would research it herself.  So I wouldn't
11  waste the time in telling my daughter who
12  is a Ph.D. at UCSF, which is a better
13  medical school than we have here.
14      Q.  Well, that may be true.
15      A.  It is true.
16      Q.  But if she did ask you, what
17  would you answer?
18      A.  I would tell her that she
19  should look into it herself.
20      Q.  Okay.  And would that be the
21  same if the Baby Powder was shown to
22  contain asbestos?
23          MR. LOCKE:  Objection.
24          THE WITNESS:  I don't -- as

Page 83

1      I said, I wouldn't give anybody an
2  opinion on that.  That's not my
3  place to give people opinions, so
4  it's -- I -- I don't know how to
5  answer your question.
6  BY DR. THOMPSON:
7      Q.  Well, you are giving
8  opinions today --
9      A.  I'm giving --
10      Q.  -- as to what women should
11  do, right?
12          MS. SHARKO:  Object to the
13  form.
14          THE WITNESS:  No.  No.
15          MS. SHARKO:  Lacks
16  foundation.
17          THE WITNESS:  I'm not giving
18  my opinion on what women should
19  do.  Women should decide for
20  themselves what they should do.
21      I'm giving an opinion on
22  whether talc or Johnson &
23  Johnson's products, whether
24  there's any biological

Page 84

1  plausibility to those agents
2  causing ovarian cancer.  That's
3  the basis of my report.  And as I
4  understand it, that's why I am
5  here today, to provide testimony
6  on that basis.
7  BY DR. THOMPSON:
8      Q.  And your opinion is there is
9  no biological plausibility to Baby Powder
10  products causing or contributing ovarian
11  cancer in the general sense?
12      A.  Yes.  I -- that is
13  definitely my opinion.  In fact, if
14  anything, there's evidence that it
15  doesn't.
16      There's no evidence that it
17  does.  And the available evidence
18  suggests that it doesn't.
19      Q.  And you know that talcum
20  powder products are no longer used on
21  condoms or dusting diaphragms, correct?
22      A.  I don't know that.
23      Q.  Do you know that the FDA has
24  banned powdered medical exam gloves or

Page 85

1  surgical gloves?
2          MS. SHARKO:  Object to the
3  form.  Foundation.
4          THE WITNESS:  I'm not an
5  expert in regulations that the FDA
6  might have.  So I have no reason
7  to know one way or the other, nor
8  why they did it or didn't do it.
9  BY DR. THOMPSON:
10      Q.  So in doing your research
11  for your report, was it irrelevant that
12  talcum powder was no longer used on exam
13  gloves or surgical gloves?
14      A.  No, that wasn't relevant.
15  Because what I consider for my report was
16  the very clear issue of what, if any, is
17  the role of talcum powder products and/or
18  Johnson & Johnson products that contain
19  talc for ovarian cancer pathogenesis.
20      That was the basis of my
21  report and my reading and researching
22  related to this issue.
23      Q.  As a physician would you
24  agree with me that there are no -- no

Benjamin G. Neel, M.D., Ph.D.

Page 86

1 known medical benefits from the use of
2 talcum powder products for hygiene
3 purposes?
4       A.   As -- as you established
5 very early, I haven't seen a patient
6 since 1988 so I have no comment on that
7 as a physician.  I'm not a -- I'm not a
8 practicing physician.
9       Q.   So you don't know one way or
10 the other whether there are any medical
11 benefits?
12      A.   I'm not aware of there being
13 any medical benefits.  But I'm not in any
14 way current on the literature of, you
15 know, gynecology so -- or any other
16 possible use of talc.  So I wouldn't
17 really feel comfortable giving an opinion
18 on something that I'm not an expert on.
19           As opposed to the issue of
20 whether talc causes ovarian cancer, which
21 is right in my area of expertise and I'm
22 quite confident in giving you an opinion
23 on that.
24      Q.   Would the average layperson

Page 87

1 know that there are no medical benefits
2 from using Baby Powder?
3       A.   I have no idea what the
4 average layperson does.
5           As I say, I don't see
6 patients.  So I don't really have any way
7 to assess what the average layperson's
8 knowledge is or isn't of talc products.
9       Q.   Would the average layperson
10 understand that there are different
11 molecular subtypes of ovarian cancer?
12      A.   Almost certainly not, since
13 I find that many gynecological
14 oncologists don't, you know, in the
15 community.
16      Q.   Prior to being contacted
17 regarding serving as an expert in this
18 litigation, did Johnson & Johnson, or
19 anyone for that matter, ever contact you
20 to explore the relationship between
21 talcum powder and ovarian cancer in your
22 laboratory?
23      A.   No.
24      Q.   And over 39 years, and I

Page 88

1 think you told us before that you were
2 aware of some debate or discussion
3 regarding the safety of Baby Powder, did
4 anyone ask you to study that issue?
5           MS. SHARKO:  Object to the
6 form.  Lacks foundation.
7           THE WITNESS:  No one asked
8 me to look at this before
9 Mr. Winter came to me.
10          But, you know, I want to --
11 I'm not going to agree with the
12 premise of your question, because
13 I wasn't aware of a debate.
14          I think I said that I was
15 aware of reports in the press that
16 there was litigation.  That
17 doesn't mean that there's a
18 debate.  That just means there's
19 litigation, in my opinion.
20 BY DR. THOMPSON:
21      Q.   Fair enough.
22           So prior to the reports in
23 the news over the past few years, you
24 weren't aware of any concerns about Baby

Page 89

1 Powder in the '70s, '80s, going forward?
2       A.   No.  I wouldn't -- no.
3 Not -- not -- I only read about things
4 about -- you know, regarding talc since
5 Mr. Winter came to me in May of 2017.
6       Q.   And you weren't -- you
7 weren't aware of any concerns about Baby
8 Powder or talcum powder containing
9 asbestos?
10      A.   I -- I read things about
11 that in the course of doing my research
12 on this topic.  But I wasn't aware of it
13 before.
14      Q.   So prior to being consulted,
15 you were not aware of any concerns --
16      A.   Correct.
17      Q.   -- about Baby Powder.
18           I think we've answered this.
19 But other than the literature and
20 document review, you have not done any
21 research on the -- on talcum powder and
22 ovarian cancer, correct?
23      A.   Just to clarify.  I did do
24 one type of research, which is computer

Benjamin G. Neel, M.D., Ph.D.

Page 90

1  research which is in my report.  And I
2  want to make sure that I'm not misstating
3  that.
4       I did, you know, for
5  example, test the validity of some of
6  Dr. Saed's claims by just doing simple
7  searches on publicly available websites,
8  some of which were the websites that were
9  cited there.  So I don't know if you
10  count that as research.  But other than
11  that, no.
12       Q.   Okay.  Have you discussed
13  your opinions in this case with anyone
14  else?
15       A.   No.
16       Q.   You have not discussed your
17  opinions with any colleagues?
18       A.   None -- I mentioned that I
19  was participating in this case, but other
20  than that I have not discussed my
21  opinions on this -- I probably discussed
22  them with my wife.  But that's
23  privileged.
24       Q.   I'm not sure it is.  But

Page 91

1  we'll -- we'll give you a pass on that
2  one.
3       A.   Okay.  Actually I was asked
4  by -- last night, my -- there were people
5  in my house, and I said I can't discuss
6  this, so -- she told me I had to go to
7  sleep.
8       Q.   You told -- you mentioned
9  that you had told -- is that colleagues
10  that you've told that you're working on
11  the case?
12       A.   I had explained why I wasn't
13  going to be here today.  So -- and I had
14  to explain why I wasn't going to be
15  here -- why I went to the lawyers'
16  offices several times in the last couple
17  of weeks, so yes.
18       Q.   Okay.  Did you discuss any
19  details as far as your opinions --
20       A.   No.
21       Q.   -- in the case?
22       Do you know Liz Swisher?
23       A.   I don't know her personally.
24  I know her name, yes.

Page 92

1       Q.   I believe she participated
2  in one of the conferences where --
3       A.   I'm sure she did.
4       Q.   -- you were program
5  director?
6       A.   I haven't met her
7  personally.  I know who she is.
8       Q.   Okay.  And does that mean
9  that you have not discussed the case with
10  Liz -- Dr. Swisher?
11       A.   I have definitely not
12  discussed the case.  I don't know.  So I
13  couldn't discuss it.
14       Q.   I understand.
15       You brought with you today
16  invoices that you had submitted to
17  Johnson & Johnson, correct?
18       A.   I didn't bring anything with
19  me today.
20       Q.   Someone did.
21       A.   Okay.
22       Q.   But let me give you a copy
23  of the invoice marked as Exhibit 6.
24       (Document marked for

Page 93

1       identification as Exhibit
2       Neel-6.)
3  BY DR. THOMPSON:
4       Q.   Does this appear to be --
5  this document appear to be invoices that
6  you've submitted?
7       A.   Yes.
8       Q.   And did you prepare these
9  invoices yourself?
10       A.   Yes.
11       Q.   And it looks to me that
12  you've worked on the case about
13  122 hours.  Does that sound about right?
14       A.   Probably.  This doesn't even
15  include the latest invoice.  So it's a
16  little bit more.  Maybe 140 hours,
17  150 hours, something like that.
18       Q.   And you're billing at $750
19  an hour.
20       A.   Yes.
21       Q.   Correct?
22       What did you do to prepare
23  for your deposition today?
24       A.   What did I do?  I re-read

Benjamin G. Neel, M.D., Ph.D.

Page 94

¹ some of the papers. I read my report. I
² read some of the expert reports. And I
³ had, as I just alluded to, several
⁴ discussions with Ms. Sharko and
⁵ Mr. Zellers.
⁶      Q.   Did you meet -- when did you
⁷ meet with the attorneys?
⁸      A.   I'd have to check my
⁹ calendar to get the exact dates. You
¹⁰ know, I have so many things to keep in my
¹¹ head, I only try to retain the stuff
¹² that's material.
¹³      Q.   Has it been in the last few
¹⁴ days?
¹⁵      A.   I met with them very briefly
¹⁶ yesterday. But yes, there have been a
¹⁷ couple of conferences.
¹⁸      Q.   And for how long did you
¹⁹ meet yesterday?
²⁰      A.   An hour and a half maybe.
²¹ Maybe a little less.
²²      Q.   Let's go to your report now.
²³ I didn't see a section of your report
²⁴ that describes the methodology that you

Page 95

¹ used to reach your opinions. Can you
² describe for me as best you can how you
³ formulated the opinions that you gave in
⁴ your report?
⁵      A.   I read references that are
⁶ listed in the report, consulted some
⁷ additional references that I found were
⁸ not material. I did the searches that I
⁹ explained earlier on GWAS.org and also on
¹⁰ the Sanger website and the CCLE website
¹¹ at the Broad.
¹²      And I read the other expert
¹³ reports and some of their papers, and I
¹⁴ came up with my opinions.
¹⁵      Q.   Can you refer me to a
¹⁶ published article or textbook chapter or
¹⁷ treatise or anything that actually
¹⁸ describes the methodology that you used
¹⁹ in formulating your opinions and writing
²⁰ your report?
²¹      A.   I don't think there is a
²² textbook that tells scientists how to
²³ arrive at opinions.
²⁴      Q.   How would someone else

Page 96

¹ that's trying to study the same issue
² replicate what you did to formulate their
³ own opinions?
⁴      A.   Well, the first thing they
⁵ could do is go to graduate school and
⁶ medical school, medical residency,
⁷ postdoctoral fellowship, and have
⁸ 30 years in cancer biology. That would
⁹ be the background that you would need to
¹⁰ have my opinions in this report.
¹¹      And assuming that you found
¹² someone with that degree of training and
¹³ expertise, they would almost certainly do
¹⁴ exactly what I did.
¹⁵      Q.   As you described reading the
¹⁶ references, searching for additional
¹⁷ references and then relying on your 39 --
¹⁸ is it 39 years of experience?
¹⁹      A.   I don't know. You'd have to
²⁰ count it. It's very depressing for you
²¹ to keep repeating that number.
²²      Q.   That is the first time I've
²³ repeated it.
²⁴      A.   That's the second time.

Page 97

¹      Q.   Is it the second time?
² Sorry about that.
³      A.   I said it once, and that was
⁴ depressing enough.
⁵      Q.   I'm afraid that I have more
⁶ experience -- or years than that.
⁷      But did you use the same
⁸ standards in reaching the opinions in
⁹ your report that you would use, for
¹⁰ example, if you were publishing a paper?
¹¹      A.   Yeah, I think that's
¹² actually a good analogy. This is very
¹³ similar to a type of strategy that I
¹⁴ would use if I were writing a review
¹⁵ article. So I've written about 37 -- or
¹⁶ co-authored 37 review articles, or a book
¹⁷ chapter. That's the kind of approach
¹⁸ that I would use there. Very, very
¹⁹ similar. I should have said that
²⁰ actually. That's a very good analogy.
²¹      Q.   Oh, you're welcome.
²²      Did you do a comprehensive
²³ literature review on all relevant topics?
²⁴      A.   I did -- as I think I would

Benjamin G. Neel, M.D., Ph.D.

Page 98

1 actually answer now the way you just
2 helped me answer, because I think that's
3 what -- I reviewed this to the degree of
4 depth that I would write an article on.
5 If I were going to write a review on
6 ovarian cancer and talc for a scientific
7 publication, this is the approach that I
8 would use.
9     Q.   Did you do any comprehensive
10 review on fibers and particles and their
11 role in carcinogenesis?
12     A.   No.
13     Q.   Did you do any literature
14 review on asbestos?
15     A.   Only a very limited amount
16 of review of asbestos in the context of
17 ovarian cancer.
18     Q.   Did you do any review on
19 fibrous talc?
20     A.   Not that I recall.  Only in
21 the context of it might have been
22 mentioned in some of the papers that I
23 reviewed.
24     Q.   What is fibrous talc?

Page 99

1     A.   I can't describe.  I'm not a
2 geologist.  I'm a cancer biologist.
3     Q.   Did you use the particular
4 method to weigh the evidence from the
5 literature?
6     A.   I -- it's very hard -- you
7 know, it's very hard to describe how a
8 scientist evaluates data.  We have a lot
9 of training in terms of looking at data
10 and assessing its strengths and
11 weaknesses and coming to a conclusion
12 about that.
13        For example, I am an editor
14 of six -- I'm on the editorial board of
15 six major cancer journals.  I review
16 papers all the time.  I'm reviewing a
17 paper right now, for example, in one of
18 the other areas, not in ovarian cancer,
19 but one of the other areas that I
20 mentioned earlier.  And I applied the
21 same standard to reviewing this
22 literature that I would apply to
23 reviewing a manuscript for Cell, Science,
24 Nature, all of these major journals.

Page 100

1        So I don't know how to
2 describe it any better than that.  It's
3 very similar to the strict approach that
4 we would use for evaluating a new paper
5 we got to review.
6        And that's the same standard
7 that I use when writing a review article.
8 I go to the literature, I read the papers
9 thoroughly, I don't take the conclusions
10 or the statements of the authors at face
11 value.  I look to see whether the data
12 supports it -- whether the data support
13 it, and then I reach a conclusion, and
14 I -- I put that in the review in the
15 context of my evaluation of the paper.
16 And that's what I did here.
17     Q.   So as far as weighing the
18 evidence, would you agree that it's kind
19 of a gestalt, based on your education and
20 experience?
21        MS. SHARKO:  Object to the
22     form of the question.
23        THE WITNESS:  Can you define
24     gestalt?  Because I know people

Page 101

1     use that in the common parlance.
2     And I want to make sure we're
3     being accurate, since it's on the
4     record and I'm testifying.
5 BY DR. THOMPSON:
6     Q.   How would -- in the way that
7 you would define it.
8     A.   I think it's more like what
9 Potter Stewart said about pornography.
10 You know it when you see it, and I know
11 that the studies that I read on the
12 biological plausibility of talc are bad.
13 And I can state exactly why they're bad
14 in multiple ways.  I think I did in my
15 report.
16     Q.   Yeah, and I'm sure you are
17 going to have more opportunity.
18        But would you say it's more
19 subjective than objective?
20     A.   No, I would say it's quite
21 the contrary.  It's quite objective.  Bad
22 science is very objective.  People who
23 are trained in the art can tell it.
24     Q.   But I'm talking about the

Benjamin G. Neel, M.D., Ph.D.

Page 102

1  methodology, the objective methodology.
2      A.   I'm trying as best I can to
3  explain the methodology.
4          You read the paper, okay.
5  You look at the data.  You see if the
6  data supports the claims.  Okay.  And
7  unfortunately, in many journals, the data
8  doesn't support the claims, even though
9  the authors say it supports the claims.
10         So, you know, there is a lot
11 of papers that are published that either
12 overstate their data or provide evidence
13 that is not rigorous and they still get
14 published, because, you know, there's a
15 paper for every journal and a journal for
16 every paper, as my mentor once said.
17     Q.   And that process is using
18 your professional judgment I assume,
19 right?
20     A.   I think judgment is a little
21 soft there.  It's using my professional
22 experience.
23     Q.   Experience.
24     A.   And -- experience and

Page 103

1  judgment.
2      Q.   And judgment.
3      A.   Yes.
4      Q.   Okay.
5      A.   And training.  I mean, you
6  know, I've been doing this for a while.
7      Q.   39 years, right?
8      A.   See, you're just doing that
9  to upset me.  It's not fair.  It's not
10 fair to upset the witness.
11     Q.   You know I'm going to get
12 that in every time I can from now on.
13     A.   I'm going to have to
14 calculate to see if it really is 39.  It
15 might be 38.
16     Q.   Regarding the report, do you
17 intend to write up your opinions as to a
18 review article in this case?
19     A.   I hadn't thought of doing
20 it, no.  But...
21     Q.   But you'd be willing to
22 submit your report to -- for peer review?
23     A.   Sure.
24     Q.   Is that a fair assumption?

Page 104

1      A.   Absolutely.
2      Q.   Did you perform a Bradford
3  Hill analysis to determine causation in
4  this case?
5      A.   Well, I'm not an
6  epidemiologist.  Bradford Hill criteria
7  are epidemiological criteria.  I did, you
8  know, read -- in the course of doing my
9  research, I did read the Bradford Hill
10 paper, and I did address several of the
11 issues that Bradford Hill addressed.
12         But, you know, as I said,
13 my -- my expertise, as I think you know,
14 is primarily in the area of cancer
15 biology.  And, you know, I did read the
16 epidemiological literature from the
17 standpoint of someone who is trained as a
18 physician and also who is in charge of
19 running the epidemiology and cancer
20 control program for our cancer center
21 grant.  So I do have a little -- I have
22 the ability to read that, but my
23 expertise is primarily the cancer biology
24 expertise.  And that's where I -- I feel

Page 105

1  I have the most definitive training and
2  expert and -- and knowledge.
3      Q.   So I think you'd agree that
4  you are not an epidemiologist, per se?
5      A.   No, I'm not an
6  epidemiologist.  I think I stated that.
7      Q.   And -- and you don't hold
8  yourself out to be an epidemiologist --
9      A.   No.
10     Q.   -- correct?
11         Have you ever performed a
12 Bradford Hill analysis in the course of
13 your work as a cancer biologist?
14     A.   No.
15     Q.   Do you agree that scientists
16 can look at the same body of literature
17 and reach different conclusions?
18     A.   Sometimes.
19     Q.   And that's in a general
20 sense, I'm asking that question.
21     A.   Sometimes.  But not often.
22     Q.   So -- so credible and
23 qualified scientists don't always agree.
24 Would you say that's right?

Benjamin G. Neel, M.D., Ph.D.

Page 106

1    A.   When they don't agree,
2  that's because the data aren't strong
3  enough to reach agreement.  The essence
4  of science is that it's empirical, which
5  means that people can make the same
6  observations in different places at
7  different times when using the same
8  methods.  And they can, therefore, reach
9  the same conclusion.
10      When scientists disagree,
11  it's because the science is not settled.
12    Q.   And you would agree that
13  there are often debates in medicine and
14  science?
15    A.   I would answer the question
16  the same way I just answered.  That when
17  there are debates in medicine and
18  science, it's because the science has not
19  established to a reasonable scientific
20  certainty that something is or isn't
21  true.
22    Q.   And it's your opinion in
23  this case regarding the relationship
24  between the genital use of talcum powder

Page 107

1  and ovarian cancer, that the science is
2  settled?
3    A.   No.  It is my opinion that
4  there is no scientific evidence to
5  support the contention that talc applied
6  perineally causes ovarian cancer.  There
7  is --
8    Q.   So the science is not
9  settled?
10      MS. SHARKO:  Wait, wait.
11    Let him finish his answer.
12      DR. THOMPSON:  You don't
13    have to remind me every time --
14    when I do it, it's intentional.
15    And I will pause as soon as I see
16    that he's going to continue to
17    talk.
18  BY DR. THOMPSON:
19    Q.   Go ahead, Dr. Neel.
20    A.   There is no -- the available
21  evidence does not support to any
22  scientific credibility that perineal talc
23  causes ovarian cancer.  That is my
24  opinion.

Page 108

1    Q.   You -- I just want to make
2  clear.
3      So in your opinion, the
4  science has settled that there's no
5  association, correct?
6    A.   You -- you can't -- in
7  science you can't prove a negative.
8  So -- you can only prove a positive.  And
9  I will restate my opinion, because that's
10  my opinion.
11      There is no credible
12  scientific evidence that perineal talc
13  causes ovarian cancer at all.  There's no
14  evidence.
15    Q.   Leave out the credible.  Is
16  there no evidence?
17    A.   In science there is no such
18  thing as uncredible -- incredible
19  evidence.  There's evidence and there's
20  bad science.
21    Q.   Okay.
22    A.   So if you'd like me to say
23  that there's bad science that claims that
24  ovarian cancer is caused by talc, I guess

Page 109

1  I could say that.  It's bad science.
2    Q.   And I don't want you to say
3  anything.  I just want -- want you to
4  give what your opinions are.
5    A.   No, there is no credible --
6  there is no credible scientific evidence
7  that perineal talc causes ovarian cancer
8  in my opinion.
9      DR. THOMPSON:  I'm at a
10    breakpoint if that -- if this is a
11    good time for -- for you, Doctor?
12      THE WITNESS:  Sure, I was
13    just going to say.  I think that
14    would be good actually.
15      THE VIDEOGRAPHER:  Remove
16    your microphone.  The time is
17    10:21 a.m.  Going off the record.
18      (Short break.)
19      THE VIDEOGRAPHER:  We are
20    back on the record.  The time is
21    10:40 a.m.
22  BY DR. THOMPSON:
23    Q.   Dr. Neel, looking at your
24  report, Page 8, you have a section that

Benjamin G. Neel, M.D., Ph.D.

Page 110

¹ speaks of the hallmarks of cancer with a
² reference to Dr. Hanahan's paper, 2011,
³ titled "Hallmarks of Cancer."  And that's
⁴ just been marked as Exhibit 8.
⁵        (Document marked for
⁶        identification as Exhibit
⁷        Neel-8.)
⁸ BY DR. THOMPSON:
⁹    Q.   You'll agree that this is a
¹⁰ classic paper in the field of cancer
¹¹ biology, wouldn't you?
¹²    A.   Yeah, it's a review article,
¹³ but yes.
¹⁴    Q.   And -- right, a review
¹⁵ article.  It does -- it's not reporting
¹⁶ primary research.
¹⁷        And reading in the abstract,
¹⁸ talking about the hallmarks of cancer
¹⁹ which include sustaining proliferative
²⁰ signaling, evading growth suppressors,
²¹ resisting cell death, enabling
²² replicative immortality, inducing
²³ angiogenesis, and activating invasion and
²⁴ metastases.

Page 111

¹        Did I read that correctly as
² far as the hallmarks?
³    A.   Yes.
⁴    Q.   With some difficulty.
⁵        MS. SHARKO:  Wait, wait.
⁶ Where are you reading from?
⁷        THE WITNESS:  She's right
⁸ there.
⁹        MS. SHARKO:  Oh, you are
¹⁰ reading from the paper.
¹¹        THE WITNESS:  Reading from
¹² the text.
¹³        MS. SHARKO:  Okay.
¹⁴ BY DR. THOMPSON:
¹⁵    Q.   And then the next sentence,
¹⁶ "Underlying these hallmarks are genome
¹⁷ instability which generates the genetic
¹⁸ diversity that expedites their
¹⁹ acquisition, and inflammation, which
²⁰ fosters multiple hallmark functions."
²¹        Why did you not mention
²² inflammation in your description of the
²³ cancer hallmarks as reported by Hanahan
²⁴ in his review article, 2011?

Page 112

¹    A.   Because the hallmarks are
² the things you read.  As it says,
³ underlying these hallmarks are certain
⁴ things.  But the reason is that -- so
⁵ again, you have to distinguish between
⁶ inflammation that accompanies cancer and
⁷ those cancers that have a component of
⁸ inflammation in their initiation.  I
⁹ think that's what we are talking about
¹⁰ here.
¹¹        And there is no evidence
¹² that ovarian cancer, or at least serous
¹³ cancers, which is the major topic here,
¹⁴ have inflammation as part of their, you
¹⁵ know, initiation phase.  And there's
¹⁶ evidence against it.
¹⁷    Q.   So it's your opinion that
¹⁸ inflammation does not play a role in the
¹⁹ initiation of ovarian cancer?
²⁰    A.   Yes.
²¹    Q.   And you would --
²²    A.   In high grade serous ovarian
²³ cancer.
²⁴    Q.   And you would agree that

Page 113

¹ there are certainly other cancer
² researchers that would disagree with that
³ opinion, correct?
⁴    A.   I don't know who
⁵ specifically you're talking about.  But I
⁶ would -- I'm happy to go over, you know,
⁷ whatever particular, you know, opinion
⁸ you are talking about.
⁹    Q.   So you're not aware of any
¹⁰ scientist that would have the opinion
¹¹ that inflammation can play a role in the
¹² pathogenesis of epithelial ovarian
¹³ cancer?
¹⁴    A.   No, I didn't say that.
¹⁵        MR. LOCKE:  Objection to
¹⁶ form.
¹⁷        THE WITNESS:  I didn't say
¹⁸ that.
¹⁹        There's clearly -- am I --
²⁰        MS. SHARKO:  Answer.  Go
²¹ ahead.
²²        THE WITNESS:  She's not
²³ looking.  So I assumed.
²⁴ BY DR. THOMPSON:

Benjamin G. Neel, M.D., Ph.D.

Page 114

1    Q.   I just wanted to make sure I
2  asked the right question.  And I think I
3  did, so --
4    A.   Okay.  There's clearly
5  inflammation in ovarian cancer.  But that
6  doesn't mean that inflammation is
7  involved in the initiation of ovarian
8  cancer, which is the issue under study
9  here.  Okay.
10    Q.   And my question was about
11  the initiation.
12    A.   Okay.  So in the context of
13  high grade serous cancer, there is no
14  compelling evidence that there is any
15  inflammation involved in that process.
16  If you look at -- we now know, and again
17  this is relatively recent information.
18       But in the last 15 years or
19  so, it's becoming increasingly clear that
20  there are very well-defined
21  pre-neoplastic lesions on the fallopian
22  tube called STICs, which stands for
23  serous tubular intraepithelial
24  carcinomas -- and in serous tubal

Page 115

1  intraepithelial carcinomas -- and there's
2  earlier lesions that can be seen, called
3  STILs or p53 signatures.
4       And those have been studied
5  pathologically by Malmberg, et al. and
6  also by, you know, Dr. Shi, whose
7  report -- expert report I did, has done
8  an independent -- I read, has done an
9  independent assessment.
10       And if you look in those
11  lesions, there's no evidence of
12  inflammation.  So that's -- we know for
13  sure that those lesions are
14  pre-neoplastic.
15       So we have actually, since
16  the discovery of these lesions and the
17  underlying molecular pathogenesis that
18  accompanies these lesions, we're able to
19  say with quite a bit of scientific
20  confidence that they are pre-neoplastic
21  and in the case of STICs, the first stage
22  in ovarian cancer.
23       So we actually can see
24  snapshots of the initiation process,

Page 116

1  which was not possible previously.
2       DR. THOMPSON:  Object as
3    nonresponsive.
4  BY DR. THOMPSON:
5    Q.   Because my question was, are
6  there other scientists who would disagree
7  that inflammation does not play a role in
8  the pathogenesis of ovarian cancer?
9    A.   Well, again, in the -- I
10  don't think there's anybody who would
11  disagree with the statement that I just
12  made.  Okay.
13       I think that when -- there's
14  definitely inflammatory responses to the
15  cancer.  Okay.  And cancer does play --
16  inflammation does play a role in the
17  pathogenesis of ovarian cancer from the
18  standpoint of when you have a fully
19  developed ovarian cancer, whether there's
20  inflammation present, and to what type of
21  inflammation will affect clinical
22  response and also survival.
23       That doesn't mean that
24  inflammation is causal to ovarian cancer.

Page 117

1  And I think that's where maybe there's
2  some confusion.
3    Q.   Would you agree that
4  carcinogenesis usually refers to, not
5  only the initiation, but the promotion
6  and progression of cancer?
7    A.   Yes.  But I think that,
8  again, the cancer is present from the
9  standpoint once you have a STIC.  So that
10  is a cancer.
11    Q.   So if there were scientists
12  that did believe that inflammation plays
13  a role in the pathogenesis of ovarian
14  cancer, not -- not limiting that to just
15  the initiation, would they just be wrong?
16    A.   I can't respond to a
17  hypothetical question like that without
18  seeing exactly what we're talking about.
19  So if you want to show me the actual
20  context of the statement, I'm happy to
21  offer an opinion one way or the other
22  about that.  But I can't respond to a
23  sort of, with respect, somewhat vague
24  hypothetical about scientists of -- that

Benjamin G. Neel, M.D., Ph.D.

Page 118

1 aren't specified and exactly what they
2 said.
3      Q.   How about other subtypes
4 besides serous?
5      A.   Yeah, again, the -- there
6 are data that, for example, pelvic
7 inflammatory disease may be involved in
8 some forms of low grade serous cancer.
9 But there it's not clear if it's the
10 inflammation or the agent itself.  And
11 the recent data would suggest it's
12 probably a specific agent there as
13 opposed to inflammation, per se.
14      Q.   Back to the Hanahan article,
15 Page 658, "Emerging Hallmarks."  And his
16 paper does not deal exclusively with
17 ovarian cancer.  You'll agree, correct?
18      A.   Correct.
19      Q.   Under the chart, "Emerging
20 Hallmarks," he does list -- it's a he?
21      A.   Yeah.  It's
22 Hanahan/Weinberg.  I'm sure Bob Weinberg
23 would be very insulted if you thought
24 that he was --

Page 119

1      Q.   Yeah, I thought so.  But
2 I -- a lot of our other papers are
3 written by women.
4           And there is an emerging
5 hallmark described as tumor-promoting
6 inflammation.  And you would agree that
7 tumor-promoting inflammation is an
8 emerging hallmark, correct?
9      A.   In certain cancers,
10 inflammation plays a very important rule.
11 There's no evidence that that's for
12 ovarian cancer.  No compelling --
13      Q.   But you would agree that
14 other scientists have published that
15 inflammation does play a role in ovarian
16 cancer, correct?
17      A.   Again, I'm not sure what
18 exact publications that you're referring
19 to and in what context.  So I can't
20 comment on a vague question like that.  I
21 need to see the actual statement.
22      Q.   So you're not aware of any
23 literature where it is published that
24 inflammation plays a role in ovarian

Page 120

1 cancer?
2           MS. SHARKO:  Object to the
3 form.  Misstates his testimony.
4           THE WITNESS:  Yeah, again,
5 what I said before, was there's no
6 question that inflammatory cells
7 are involved in fully blown
8 ovarian cancer.
9           If you look at a full -- if
10 I take an ovarian cancer from a
11 patient, it will have between 20
12 and sometimes up to 85 or
13 90 percent inflammatory cells.
14           So there's no question that
15 the body tries to respond to the
16 cancer with an inflammatory
17 response.  But that's not the same
18 as saying that inflammation is
19 involved in the pathogenesis of
20 ovarian cancer.
21           For example, like
22 inflammation is clearly involved
23 in the pathogenesis of gastric
24 cancer caused by H. pylori.

Page 121

1           So you have to -- you know,
2 you have to consider the
3 specifics, which is why I can't
4 comment on your, you know,
5 question about other scientists
6 and inflammation.  I need to see
7 the actual claim.
8 BY DR. THOMPSON:
9      Q.   Okay.  Are the inflammatory
10 pathways outlined in the Hanahan study
11 plausible?
12      A.   Which inflammatory pathways
13 are you talking about?
14      Q.   The one that he describes --
15      A.   Where -- where are you in
16 the -- okay.  So, for example, on page
17 664, immune inflammatory cells --
18           I'm sorry.  I lost my
19 microphone.
20           Let's -- if you go to Page
21 664, under the title "Immune Inflammatory
22 Cells."
23           "Also, as discussed above,
24 infiltrating cells of the immune system

Benjamin G. Neel, M.D., Ph.D.

Page 122

1 are increasingly accepted to be generic
2 constituents of tumors." That's exactly
3 what I said. Okay. They are generic
4 constituents of tumors. That does not
5 speak to the initiation event. And again
6 these inflammatory cells operate in
7 conflicting ways, both tumor antagonizing
8 and tumor promoting --
9        MS. SHARKO: You have to
10 read a little slower.
11        THE WITNESS: Oh, I'm sorry.
12 I switch into fast mode when I'm
13 reading.
14        MS. SHARKO: That's okay.
15        THE WITNESS: "These
16 inflammatory cells operate in
17 conflicting ways. Both
18 tumor-antagonizing and
19 tumor-promoting leukocytes can be
20 found in various proportions, if
21 not in most, all neoplastic
22 lesions."
23        So that's -- that's exactly
24 what I said before. The cancer --

Page 123

1        there is no question that when you
2        have a cancer developing, that the
3        cell -- the body tries to respond
4        to it usually. And depending on
5        the nature of the response, that
6        response can antagonize the tumor
7        or it can help the tumor, because
8        the tumor adapts ways to respond
9        to it in a positive way.
10 BY DR. THOMPSON:
11        Q.   And --
12        A.   But that's not initiation.
13        Q.   Yeah, that wasn't my
14 question either.
15        A.   Okay.
16        Q.   But you will agree that in
17 using this review article to describe the
18 hall -- hallmarks of cancer, and it
19 wasn't a specific discussion of ovarian,
20 it was a discussion of all cancers, you
21 left out the -- several places in the
22 Hanahan report where the authors discuss
23 inflammation and its role in cancer,
24 correct?

Page 124

1        A.   No. Again, this was a
2 general --
3        Q.   That's a yes-no question.
4 You left that out of your report, right?
5        A.   I didn't discuss it in
6 that -- in that particular place in my
7 report.
8        Q.   Okay. Let's go to another
9 general cancer article.
10        You are familiar with
11 Dr. Balkwill I'm sure?
12        A.   Yes.
13        Q.   And Dr. Balkwill, I think,
14 was a featured speaker at one of your
15 conferences --
16        A.   I know Fran personally.
17        Q.   -- and you know her.
18        A.   Yes.
19        Q.   Do you respect her as a
20 credible scientist?
21        A.   Yes.
22        DR. THOMPSON: I'm going to
23 mark Dr. Balkwill's review
24 article.

Page 125

1        (Document marked for
2 identification as Exhibit
3 Neel-9.)
4        MS. SHARKO: Do we have an
5 Exhibit 7? This is Exhibit 9,
6 right?
7        MR. ZELLERS: Yes, it should
8 be 9. The last one was 8.
9        (Whereupon, a discussion was
10 held off the record.)
11        DR. THOMPSON: I don't have
12 a 7 sticker. But we'll -- we'll
13 figure that out at the break.
14 BY DR. THOMPSON:
15        Q.   Are you familiar with this
16 article --
17        A.   Yes.
18        Q.   -- titled, "Inflammation and
19 cancer: Back to Virchow?"
20        A.   Yes. Virchow.
21        Q.   Virchow, sorry.
22        And this article, reading
23 from the abstract again, "Reviews the
24 links between cancer and inflammation and

Benjamin G. Neel, M.D., Ph.D.

Page 126

1 discusses the implication of these links
2 for cancer prevention and treatment. We
3 suggest that the inflammatory cells and
4 cytokines found in tumors are more likely
5 to contribute to tumor growth,
6 progression, and immunosuppression than
7 they are to mount an effective host
8 anti-tumor response. Moreover cancer
9 susceptibility and severity may be
10 associated with functional polymorphisms
11 of inflammatory cytokine genes, and
12 deletion or inhibition of inflammatory
13 cytokines inhibits development of
14 experimental cancer.
15          "If genetic damage is the
16 'match that lights the fire' of cancer,
17 some types of inflammation may provide
18 the 'fuel that feeds the flames.'"
19          Would you agree with that
20 statement that Dr. Balkwill made in this
21 review article?
22     A.   Which statement? There's a
23 number of statements there.
24          Would I agree with all of

Page 127

1 it?
2     Q.   Would you agree with all of
3 that?
4     A.   Insofar as it generally says
5 what's true in cancer in general, yes.
6 Insofar as it refers to specific issues
7 that are raised in my report and in my
8 testimony thus far, not completely.
9          And I would also note that
10 this paper is from 2001 which basically
11 makes it ancient history.
12     Q.   And if you --
13     A.   Just so you -- can I just
14 complete that?
15          There's been more learned
16 about ovarian cancer in the last ten
17 years than in all of reported history
18 before then. So really, citing papers
19 from 2001 are really not relevant to
20 current ovarian cancer pathogenesis or
21 what our knowledge is of current ovarian
22 cancer pathogenesis.
23     Q.   Looking at the chart,
24 Panel 1, some associations between

Page 128

1 inflammation and cancer risk.
2          Cancer risk would be the
3 cause or the initiation of cancer, right?
4     A.   I'm not sure what she meant
5 there. But generally that's true.
6     Q.   You wouldn't refer to risk
7 of -- when you have a cancer that's
8 already there, would you?
9     A.   No, definitely not.
10     Q.   And doctor --
11     A.   But actually in the -- can I
12 finish my statement?
13          But in the context of the
14 fact that cancer is a genetic disease and
15 the genetic damage that causes cancer is
16 what lights the fire, I think she's
17 actually said that this is not involved
18 in cancer initiation because this fuels
19 the flames.
20          So if you use her own
21 language, I think it supports my position
22 on this subject which has actually
23 developed much more since 2001.
24     Q.   And I'm looking at

Page 129

1 Panel 1 --
2     A.   Yes.
3     Q.   -- some associations between
4 inflammation and cancer risk.
5     A.   Mm-hmm.
6     Q.   And it does list ovarian --
7     A.   Yes, it does.
8     Q.   -- correct, in this chart?
9     A.   Mm-hmm.
10     Q.   And the inflammatory
11 stimulus or condition is listed as pelvic
12 inflammatory disease, talc, tissue
13 remodeling.
14     A.   Mm-hmm.
15     Q.   Is Dr. Balkwill wrong about
16 that?
17     A.   Yes. She is incorrect
18 according to modern knowledge, yes, on
19 those details.
20     Q.   Despite --
21     A.   The tissue remodeling is
22 probably correct. The other two are
23 unclear. More recent evidence does
24 suggest a possible connection with pelvic

Benjamin G. Neel, M.D., Ph.D.

Page 130

1  inflammatory disease, as I already said.
2  But that's very -- very recent, hasn't
3  been firmly established yet.
4         And, in fact, the
5  conclusions of the articles that -- that
6  discuss the risk of pelvic inflammatory
7  disease state that more research is -- is
8  needed.
9         And I'm actually quite
10 interested in the recent abstract that
11 was at last year's ACR, I want to see if
12 the paper comes out on Chlamydia
13 trachomata and serous cancers, because
14 that would actually be quite interesting
15 as it would tie ovarian cancer
16 pathogenesis to a specific agent, which
17 has not been done before.
18    Q.   And -- and --
19    A.   There is increasing evidence
20 that specific infectious agents are
21 actually relevant in various cancers.  So
22 that would be interesting.
23         The talc data was quite
24 immature in 2001 so I don't really think

Page 131

1  it's even relevant to discuss it at this
2  point.  I think that we've had many --
3  much more data since then.  And that the
4  same data was available to IARC in 2010
5  and they found it not, you know,
6  compelling.
7     Q.   And IARC 2010 reviewing
8  literature up to 2006 specifically dealt
9  with non-asbestiform talc, correct?
10    A.   The same talc that
11 Dr. Balkwill lists in this paper.
12    Q.   How do you know what talc
13 she is referring to?
14    A.   Well, she just says talc
15 which is, you know, basically -- if we
16 look at the paper I'm sure we can find
17 the citations to the same papers that
18 IARC considered.
19    Q.   But you've -- you've already
20 testified that when you use talc, you're
21 referring to talcum powder products;
22 whereas, IARC was specific about
23 non-asbestiform talc, correct?
24    MR. LOCKE:  Objection to

Page 132

1  form.
2    THE WITNESS:  So there's two
3  questions there.  Can we break
4  them in half?
5         You said I've already
6  testified as to this.
7         What I testified to is that
8  I considered whatever was defined
9  as talc in the papers that I read.
10 And in some cases, specific talc
11 was defined as Johnson & Johnson
12 talc.
13        In others, it was just
14 generic talc.  In still others it
15 was defined as, for example, talc
16 from Sigma.
17        We'd have to go through
18 every single paper to see what
19 talc was used in the particular
20 study.  Some of the studies also
21 used a mixture -- not a mixture,
22 but they combined perineal powders
23 to include cornstarch.  So each
24 paper is different, okay?  We

Page 133

1  can't lump them together.
2  BY DR. THOMPSON:
3    Q.   Okay.
4    A.   What was the second half of
5  the question?  Because I didn't catch
6  that.
7    Q.   Let's go on.  Have you
8  talked to Dr. Balkwill about the opinions
9  regarding talc in this paper?
10   A.   No.  As I told you, I
11 haven't spoken to anybody about my
12 opinions in this case.
13   Q.   Did you review this paper
14 when you were looking at the subject of
15 talc and its relationship to ovarian
16 cancer?
17   A.   I did scan through this
18 paper.  That's -- I'm familiar with this
19 paper anyway.  But as I said, it's from
20 2001.  2001 really is like, it's like
21 ancient history in cancer biology.  I
22 know that sounds crazy, but it really is.
23   Q.   You would agree that our
24 plaintiffs in this case, most of which

Benjamin G. Neel, M.D., Ph.D.

Page 134

¹ were using talcum powder throughout
² decades, but certainly were using it in
³ 2001, correct?
⁴     A.   I don't know what your -- I
⁵ don't know your specific plaintiffs,
⁶ except that I know that they had ovarian
⁷ cancer, for which I'm very sorry.
⁸     Q.    So when this paper came out
⁹ in 2001 stating that there was some
¹⁰ association between inflammation and
¹¹ cancer risk, listing ovarian as the
¹² malignancy that it applied to and talc as
¹³ an inflammatory stimulus and condition,
¹⁴ would that have caused anyone concern in
¹⁵ 2001?
¹⁶         MR. LOCKE:  Objection.
¹⁷         MS. SHARKO:  Object to the
¹⁸     form.
¹⁹         THE WITNESS:  Who is
²⁰     "anyone"?
²¹ BY DR. THOMPSON:
²²     Q.    Would that have caused you
²³ concern about whether talc should be used
²⁴ by women in the genital region in 2001

Page 135

¹ when this paper was published?
²     A.    So -- okay, if I were
³ involved in regulation in 2001, I would
⁴ have done exactly what I did in this
⁵ case, which was to review the literature
⁶ available at the time.  And I would have
⁷ found it wanting and not compelling, as
⁸ IARC did in 2010, when they reviewed the
⁹ literature that it was up to 2006, which
¹⁰ obviously included this paper in 2001.
¹¹         So I think that the fact
¹² that it's stated in this paper as an
¹³ association, does not mean that
¹⁴ Dr. Balkwill did an extensive review of
¹⁵ the literature, as I did.
¹⁶         And, therefore, I really
¹⁷ doubt that if Fran Balkwill were sitting
¹⁸ right here, she would say otherwise.
¹⁹     Q.    That's pure speculation,
²⁰ correct?
²¹     A.    Okay.  Yes.
²²     Q.    You don't know what kind of
²³ review she did?
²⁴     A.    Well, I do know that I

Page 136

¹ reviewed all of the literature in this
² area.
³     Q.   I asked what she did.
⁴     A.   I don't know what she did.
⁵ But we can look at her citations.
⁶     Q.   Have you spoken to
⁷ Dr. Balkwill about her opinions in this
⁸ paper?
⁹     A.   No.  I said that I hadn't.
¹⁰     Q.   And when was the last time
¹¹ that you spoke to her?
¹²     A.   The last time I saw Fran was
¹³ probably 2015, maybe.  I don't know for
¹⁴ sure though.  I saw her at a meeting.
¹⁵     Q.   Are you familiar with Simone
¹⁶ Reuter?
¹⁷     A.   Well, I don't know.  I have
¹⁸ to see the spelling.  Maybe I am and it's
¹⁹ just not pronounced correctly.
²⁰         (Document marked for
²¹     identification as Exhibit
²²     Neel-10.)
²³ BY DR. THOMPSON:
²⁴     Q.   And this is another review

Page 137

¹ article that will be Exhibit 10.  Have
² you seen this article before?
³     A.   I don't think so.  But I
⁴ know these authors.
⁵     Q.   Okay.  And are they credible
⁶ researchers scientists in your opinion?
⁷     A.   No.
⁸     Q.   And what led you to make
⁹ that conclusion?
¹⁰     A.   I've reviewed some papers by
¹¹ the senior author and I find them to be
¹² very poor.
¹³     Q.   These authors are at M.D.
¹⁴ Anderson Cancer Center in Houston,
¹⁵ correct?
¹⁶     A.   I don't know if they're
¹⁷ still there.  But yes.  This is --
¹⁸     Q.   That's where they wrote this
¹⁹ paper?
²⁰     A.   -- from 2010.
²¹     Q.   And M.D. Anderson certainly
²² has a good reputation as a cancer center,
²³ correct?
²⁴     A.   Well, I actually

Benjamin G. Neel, M.D., Ph.D.

Page 138

1 participated in external reviews of
2 various programs at M.D. Anderson.  And I
3 find some of the scientists are good and
4 some of them are not very good.  And I've
5 written that, and knowing -- we
6 participate in a review of one of the
7 departments there.  So I'm pretty
8 familiar with the science at M.D.
9 Anderson.
10        It's a gigantic institution,
11 and the quality of the research varies
12 from laboratory to laboratory.
13    Q.   Okay.  And this article is
14 titled, from 2010, "Oxidative Stress,
15 Inflammation, and Cancer:  How Are They
16 Linked?"
17        And in the abstract, the
18 authors state, "How oxidative stress
19 activates inflammatory pathways leading
20 to transformation of a normal cell to
21 tumor cell, tumor cell survival,
22 proliferation, chemo resistance,
23 radioresistance, invasion, angiogenesis,
24 and stem cell survival is the focus of

Page 139

1 this review."
2        Would you agree that those
3 events, starting with inflammatory
4 pathways leading to, are hallmarks of
5 carcinogenesis?
6    A.   I think that as I said
7 before, in some cancers chronic
8 inflammation is definitely part of the
9 initiation event.
10        This paper is from 2010.
11 And it is generically talking about
12 pathways that are involved in cancer.  It
13 has no specific relevance to ovarian
14 cancer.  And in fact, as I said before,
15 the evidence today in 2019, which is a
16 lifetime ago from 2010 in cancer biology,
17 directly assesses this with knowledge of
18 the premalignant lesions and looking at
19 the premalignant lesions and finding no
20 inflammation.
21    Q.   At what point in time can we
22 consider an article that relates to
23 ovarian cancer as relevant?
24    A.   It depends on -- it depends

Page 140

1 on the specific topic.  Different things
2 are developing at different times.  So
3 the genomics, for example, the genetic
4 changes occurring, I would say largely
5 defined in the beginning of 2012.
6        The evidence showing cell of
7 origin is still somewhat emerging.  It
8 depends on the specific details.
9    Q.   So any theory or any --
10 scratch that.
11        Any mechanism that describes
12 oxidative stress and inflammation as
13 relevant to the pathogenesis of
14 epithelial ovarian cancer is irrelevant?
15    A.   No, I didn't say that.
16 First of all, I think that you're
17 conflating several things.  Oxidative
18 stress is separate from inflammation.
19 They can be linked, they can be separate.
20 We'd have to talk about each one of them
21 separately.
22        In terms of oxidative
23 stress, the oxidative stress in most
24 cases that's associated with cancer

Page 141

1 pathogenesis is coming from endogenous
2 reactive oxygen formation that's
3 catalyzed by cellular respiration through
4 mitochondria and the uncoupling reactions
5 that occur there.
6    Q.   And any scientist who
7 disagrees with that is wrong?
8    A.   With what?
9    Q.   What you just said?
10    A.   Which part?  That oxidative
11 stress and inflammation are
12 intellectively linked?
13    Q.   That it's coming from --
14 catalyzed by cellular rest through
15 mitochondria --
16    A.   Respiration.
17    Q.   Respiration.
18        -- and not from exogenous or
19 extrinsic factors.
20    A.   It depends --
21        MS. SHARKO:  Wait, wait.
22    What is the question?
23 BY DR. THOMPSON:
24    Q.   That the cancer would be

Page 142

1 coming from mitochondrial respiration --
2 endogenous mitochondrial respiration and
3 not extrinsic factors.
4     A.   It depends on the specific
5 cancer and it depends on the specific
6 context.
7         For example, in the case of
8 H pylori induced gastric cancer, the
9 H pylori provokes inflammation, and the
10 inflammation results in the immigration
11 of immune cells and they may contribute
12 to oxidative stress by producing reactive
13 oxygen species.
14         But in many cancers, the
15 reactive oxygen is coming from endogenous
16 respiration, and one of the theories for
17 obesity and causing cancer goes through
18 that.
19         In the case of ovarian
20 cancer, there may be -- there is evidence
21 that is still emerging about whether
22 follicular fluid has reactive oxygen
23 species in it, and that may contribute to
24 the incessant ovulation hypothesis.

Page 143

1     Q.   Okay.  I didn't ask about
2 H pylori or follicular fluid.
3     A.   Well, you asked about
4 cancer.
5         MS. SHARKO:  You don't need
6     to respond to that.  She's going
7     to ask you another question.
8 BY DR. THOMPSON:
9     Q.   These authors state,
10 "Overall, observations to date suggest
11 that oxidative stress, chronic
12 inflammation, and cancer are closely
13 linked."
14         Do you agree or disagree
15 with that statement?
16     A.   I think that it depends on
17 the context and that that -- a general
18 statement like that is not necessarily
19 correct for any individual cancer.
20     Q.   Well, the context is in a
21 review article about cancer in general.
22         "Overall, observations to
23 date suggest that oxidative stress,
24 chronic inflammation, and cancer are

Page 144

1 closely linked."
2         Do you agree or disagree
3 with that statement?
4     A.   I agree with that for some
5 cancers, but I don't agree with that for
6 all cancers.
7         So, again, to talk about
8 cancer as an entity is even more
9 irrelevant than to talk about epithelial
10 ovarian cancer as a -- as an entity.
11 It's like talking about infectious
12 disease.
13     Q.   Okay.  And in Table 2 of
14 this article, the authors include a
15 partial list of cancers that have been
16 linked to reactive oxygen species.  And
17 ovarian cancer is listed, isn't it?
18     A.   We can look at the
19 reference.  I have to see what the
20 reference is.
21     Q.   Well, I'm just asking you if
22 it's listed in this table.
23     A.   It's listed in the table.
24     Q.   Okay.  That was my question.

Page 145

1         In your report, you list the
2 differences between a risk factor and a
3 causal association, correct?
4     A.   Yes.
5     Q.   And what are those
6 differences?
7     A.   A causal association has
8 some biological plausibility attached to
9 it, a mechanistic plausibility.
10     Q.   And turning to Page 16 of
11 your report under plausibility.
12         MS. SHARKO:  You can't write
13     on the exhibits.
14         THE WITNESS:  Oh, I can't
15     draw?  Sorry.
16 BY DR. THOMPSON:
17     Q.   You state, "For an agent to
18 be adjudged the cause of cancer, there
19 must be a demonstration of a plausible
20 biochemical mechanism."
21         What do you mean by
22 demonstration?
23     A.   What do I mean by
24 demonstration?

Benjamin G. Neel, M.D., Ph.D.

Page 146

1    Q.   Yes.
2    A.   Experiment, scientific, you
3  know, proof.  Evidence.
4    Q.   Doesn't that mean more than
5  plausible?
6    A.   No.
7    Q.   Does plausible mean that
8  there has to have been an experiment
9  demonstrating the mechanism?
10    A.   There has to be some
11  evidence that the mechanism is true, yes.
12  You know, just a hypothesis is not
13  plausibility.  Not biochemical
14  plausibility.
15    Q.   So in your opinion, the
16  plausible mechanism has to be actually
17  demonstrated by an experiment, correct?
18    A.   Yes.
19    Q.   Let's look at the Bradford
20  Hill.
21       I believe you used this
22  reference when you were doing the
23  Bradford Hill evaluation in your report?
24    A.   Which reference?

Page 147

1    Q.   The Bradford Hill 1965.  The
2  original report.
3    A.   Mm-hmm.
4       DR. THOMPSON:  And I'll go
5    ahead and mark this Exhibit 11.
6       (Document marked for
7    identification as Exhibit
8    Neel-11.)
9  BY DR. THOMPSON:
10    Q.   Let's actually look at --
11  this will be Page 4, Page 298 of the
12  original paper.
13    A.   Page 2.  Line what?
14    Q.   298, under plausibility.
15    A.   Yep.
16    Q.   And at least the Bradford
17  Hill framework under plausibility states,
18  "It will be helpful if the causation we
19  suspect is biologically plausible.  But
20  this is a feature I am convinced we
21  cannot demand.  What is biologically
22  plausible depends on the biological
23  knowledge of the day."
24       Would you agree with me that

Page 148

1  Bradford Hill, when originally providing
2  his guidelines, did not require that the
3  mechanism be demonstrated by
4  experimentation?
5       MS. SHARKO:  Well, you
6    didn't read that whole -- the
7    whole section.  Right?
8       DR. THOMPSON:  I read what I
9    read.
10       If Dr. Neel needs to read
11    the whole section to answer my
12    question, he can.
13       THE WITNESS:  Yeah.  This
14    was in the context -- I read the
15    whole paper.  And this was in the
16    context of when you have a hazard
17    ratio of like, 240 to 1, like they
18    did for chimney sweeps, then, you
19    know, the requirement for
20    experiment is less.
21       But for, you know, a series
22    of epidemiological associations
23    which are conflicting and weak,
24    the biological plausibility

Page 149

1  becomes essential.
2       And then also this paper was
3  written in 1965 when cancer
4  biology was developed to a far
5  lesser extent.
6       So I think that the general
7  standard for a cancer biologist to
8  accept causation would require
9  experiments in 2019.  And I state
10  that as an editor -- a member of
11  the editorial board of six
12  journals, including the two most
13  prominent cancer biology journals.
14       I can assure you that no one
15  would accept a manuscript for
16  publication in a high quality
17  journal that did not have evidence
18  of biological plausibility
19  supported by experiments in 2019.
20  BY DR. THOMPSON:
21    Q.   I'm just asking you
22  Dr. Hill's statements regarding
23  plausibility.
24    A.   Well, I suspect Dr. Hill is

Benjamin G. Neel, M.D., Ph.D.

Page 150

1 no longer alive, but this is from 1965.
2 And I don't think we should be applying
3 1965 standards to 2019 science.
4      Q.   Isn't that what you applied
5 in your report when you did the causation
6 analysis?
7      A.   I applied the general
8 frame -- I applied the general framework.
9 I didn't apply the -- every conclusion in
10 Dr. Hill's paper.
11     Q.   Okay.
12     A.   Standards change over time.
13     Q.   But looking at Bradford
14 Hill, as published in 1965, and as you
15 said, you applied in your report to some
16 degree, you would agree that the
17 mechanism does not have to be proven,
18 correct?
19     A.   The mechanism does not have
20 to be proven to say what?
21     Q.   To say that -- to be
22 causative, the mechanism for how the
23 agent is associated with an outcome, that
24 causative, that it doesn't have to be

Page 151

1 proven?
2      A.   There has to be some
3 evidence for it.  Some -- some credible
4 scientific evidence for which there is
5 none in the current case.
6      Q.   Where could I find the --
7 the standard that you apply that it has
8 to be demonstrated in an experiment for
9 something to be causal?
10     A.   Where could you find that
11 standard?
12     Q.   Where would I find an
13 article that says that's the standard
14 that should be used?
15     A.   I'm telling you, I'm telling
16 you as a scientist who is the editor of
17 major scientific journals and a reviewer
18 for every major scientific journal, that
19 that is the accepted standard in science.
20          If you ask any major
21 scientist in the United States what is
22 the accepted standard for establishing
23 causation, they will tell you a
24 mechanism-based experiment.  I don't

Page 152

1 think you can find a credible scientist
2 in the world -- or in the United States
3 or the world who would say otherwise.
4 That is generally accepted scientific
5 practice in 2019.
6      Q.   And that's Dr. Neel's
7 standard?
8      A.   No.  That is generally
9 accepted scientific practice in 2019.
10          I'm sure that if -- you
11 know, if you asked any other significant
12 scientist in the United States, they
13 would agree with that statement.
14     Q.   But where can I find that
15 published?
16     A.   I don't -- I mean I don't
17 know if it is published.  But that is
18 generally the -- that is definitely the
19 standard.
20     Q.   You would agree that
21 plausible and demonstrable do not mean
22 the same thing, right?
23     A.   In the context of biological
24 plausibility, yes, they do -- they do

Page 153

1 mean the same thing essentially.
2          They mean experimentally
3 demonstrated or experimentally supported.
4      Q.   Does the Bradford Hill
5 analysis require the evidence to be
6 compelling?
7      A.   I don't know what -- what
8 the Bradford Hill analysis means, whether
9 Bradford Hill -- it doesn't mean -- I
10 don't know if he uses the word
11 compelling.  We can read through the
12 entire thing.
13          Again, I want to clarify, I
14 used the Bradford Hill framework to reach
15 my conclusions.  I didn't necessarily use
16 every single statement in Bradford Hill's
17 paper.
18     Q.   I agree.  But I'm just
19 talking about the Bradford Hill
20 guidelines that you cited and applied in
21 your report.
22     A.   Framework.
23     Q.   Do -- does the Bradford Hill
24 framework require that the evidence be

Benjamin G. Neel, M.D., Ph.D.

Page 154

1 compelling?
2     A.   We can read through the
3 whole thing and see if he uses the word
4 "compelling."
5     Q.   Okay.  Go ahead.
6     A.   Okay.
7     Q.   It would be under biological
8 plausibility.  That's what we're
9 referring to.
10     A.   Well, again, as I said
11 before, the -- this is one of the
12 criteria.  If the other criteria are
13 weak, this becomes extremely important.
14 And there is no strong evidence of
15 anything else.
16         So I don't really -- I don't
17 know if he uses the word "compelling" in
18 here.  But in my opinion, in order to
19 establish biological plausibility, there
20 has to be compelling scientific evidence,
21 yes.
22     Q.   Okay.  All right.  In your
23 opinion, does a Bradford Hill analysis
24 require the evidence to be convincing?

Page 155

1     A.   Yes.  Not a Bradford Hill.
2 My analysis.  I can't really comment on
3 what Bradford Hill would see as the
4 standard.
5         As I said, I used the
6 Bradford Hill framework to frame my
7 report.  I did not use Bradford Hill's
8 personal opinion, obviously.  I used my
9 scientific opinion.
10     Q.   Okay.  But I'm -- but you
11 had referred to the Bradford Hill
12 analysis in your report, so I'm just
13 trying to understand how you used that
14 analysis in --
15     A.   As a framework.
16     Q.   -- as a framework.
17         Did the Bradford Hill
18 analysis require that evidence be direct?
19     A.   As I said, I used the
20 Bradford Hill -- the Bradford Hill paper
21 as a framework to discuss the issues
22 regarding the pathogenesis of ovarian
23 cancer and the relationship, if any, to
24 talc.  Okay.  That is the only way that I

Page 156

1 used the Bradford Hill analysis, as a
2 framework.
3     Q.   And direct and plausible
4 mean different things, right?
5     A.   Direct and plausible mean
6 different things?  They clearly mean
7 different things, but they don't mean
8 different things in the context of
9 convincing scientific evidence of
10 biological plausibility.
11     Q.   Okay.  So in --
12     A.   The common use --
13     Q.   In the way that you have
14 interpreted a causation analysis, a
15 plausible mechanism would need to be
16 direct evidence, correct?
17         MS. SHARKO:  Were you done
18     with your last answer?
19         THE WITNESS:  I can answer
20     it in the context of this
21     question.
22         Can you repeat the question
23     though?
24 BY DR. THOMPSON:

Page 157

1     Q.   In the way that you have
2 interpreted a causation analysis, a
3 plausible mechanism would need to be
4 direct evidence, correct?
5     A.   It would need to be direct
6 experimental evidence.
7     Q.   Direct experimental
8 evidence.
9     A.   Yes, yes.
10     Q.   And --
11     A.   And can I finish?  I
12 actually wasn't finished.
13     Q.   I'm sorry.
14     A.   Direct experimental evidence
15 that is scientifically credible that
16 there is a causal relationship between
17 the agent and the disorder under
18 question, whether it's neoplastic or not.
19     Q.   And same thing with
20 definitive.  Does the Bradford Hill
21 framework work require that for evidence
22 to be plausible, it should be definitive?
23     A.   Again, I'm not using -- I'm
24 using Bradford Hill criteria as a

Benjamin G. Neel, M.D., Ph.D.

Page 158

1 framework for addressing the issues of
2 causation here in my report.
3          I don't know whether --
4 whether -- what was -- what was the word?
5 Credible?
6     Q.   We're on definitive.
7     A.   Definitive.  In my
8 professional opinion, evidence has to be
9 definitive to attribute causation.  Yes.
10          And by definitive, I mean
11 credible scientific data to support the
12 plausibility claim.  And there is none in
13 this case.
14     Q.   Does the evidence under a
15 Bradford Hill framework for the mechanism
16 to be plausible need to be conclusive?
17     A.   Again, I'm going to say the
18 same thing that I said before.
19          In order to have an argument
20 in favor of biological plausibility, the
21 data has to be conclusive and convincing.
22          Bad data are of no use.  Bad
23 experiments are of no use.  Sometimes
24 they are of less than no use, because

Page 159

1 they are misleading.
2     Q.   And this is the last one.
3     A.   Sure.
4     Q.   And I just want to
5 understand words that you have used in
6 your report.
7     A.   Mm-hmm.
8     Q.   Using a Bradford Hill
9 framework, does evidence for plausibility
10 need to be strong?
11     A.   In my opinion, to attribute
12 causation of any agent to the initiation
13 of any malignancy, the evidence has to be
14 strong, convincing, and definitive, yes.
15     Q.   Okay.  Let's move on to
16 another topic.
17          Is it your opinion that the
18 genital use of talcum powder is not a
19 risk factor for epithelial ovarian
20 cancer?
21     A.   Yes.  That's my opinion.
22     Q.   And can you cite any
23 literature that explicitly states that
24 talcum powder use in the perineal area is

Page 160

1 not a risk factor for epithelial ovarian
2 cancer?
3     A.   That states it's not?
4     Q.   Yes.  An article that says
5 we have reviewed the evidence and talcum
6 powder is not a risk factor for
7 epithelial --
8     A.   I think that it's not an
9 established risk factor.  There is no --
10 there is no agreement on talc being a
11 risk factor for ovarian cancer.  So it's
12 not an established risk factor.
13          I think, you know, we can go
14 to my report, but I'm pretty sure
15 statements were made to that effect by
16 IARC, possible.  They said the data
17 aren't compelling.  So yes.
18     Q.   Is it not what -- is it that
19 it's not well established, or is it not a
20 risk factor?
21     A.   There is no compelling
22 evidence.  There is no credible
23 scientific evidence that it's a risk
24 factor.  There is no consistent evidence

Page 161

1 that it's a risk factor.  There is no
2 agreed-upon definition that it's a risk
3 factor.
4     Q.   Is it a possible risk
5 factor?
6     A.   I think that, you know, IARC
7 considers it a possible carcinogen as of
8 2010.
9          I think the evidence that's
10 developed 2010 makes it less likely that
11 it's even possible.
12     Q.   Could credible scientists
13 look at the evidence and determine that
14 the genital use of talcum powder is a
15 risk factor for ovarian cancer?
16     A.   No, not in my opinion.  I
17 don't think so.
18     Q.   So would those doctors or
19 scientists, looking at the evidence and
20 reaching those opinions be uninformed?
21     A.   I can't comment on the basis
22 of their opinions without seeing their
23 opinions.
24     Q.   But at least in your

Benjamin G. Neel, M.D., Ph.D.

Page 162

1 opinion, they could not credibly come to
2 that conclusion?
3      A.   Not based on the evidence
4 that I reviewed and considered in my
5 report, no.
6      Q.   Okay.  And you have a
7 section in your report on risk factors
8 for ovarian cancer in which you discuss
9 some of them, beginning on Page 12.
10      You only cite one article,
11 and that is the Reid paper.  And we'll
12 mark that as 12.
13           (Document marked for
14 identification as Exhibit
15 Neel-12.)
16      MS. SHARKO:  Where -- where
17 are you talking about?
18      THE WITNESS:  It's on the
19 next page.
20      MS. SHARKO:  So we're not on
21 Page 12.
22      DR. THOMPSON:  Well, it
23 begins multiple factors likely
24 contribute to ovarian cancer, on

Page 163

1      Page 12.
2           THE WITNESS:  I got it.
3 BY DR. THOMPSON:
4      Q.   This is the paper that you
5 refer to in your report as really the
6 only paper that you -- that you cite on
7 risk factors for ovarian cancer, correct?
8      A.   Yes, because it's the most
9 recent comprehensive review on the
10 subject.
11      Q.   And the authors are
12 epidemiologists, correct?
13      A.   Yes.
14      Q.   They are not physicians,
15 correct?
16      A.   No, but Tom Sellers is an
17 expert in ovarian cancer epidemiology.  I
18 know him personally.  He is the director
19 of Moffitt Cancer Center in Tampa.
20      Q.   And the authors actually
21 state that "other possible risk factors
22 include environmental and lifestyle
23 factors such as asbestos and talc powder
24 exposures."

Page 164

1      Do they state that?
2      A.   Actually I think you're
3 misstating their conclusions.  I'll read
4 their conclusions.
5      Q.   Well, I -- only --
6      A.   "However a" --
7      Q.   I --
8      A.   You asked me a question.
9 Can I answer it?
10      Q.   I -- I am reading, did I
11 read this correctly:  "Other possible
12 risk factors include environmental and
13 lifestyle factors such as asbestos and
14 talc powder exposures and cigarette
15 smoking."
16      Did I read that correctly?
17      A.   Where are you reading at?
18      Q.   In the abstract?
19      MS. SHARKO:  So wait a
20 minute.  You asked him a question.
21 He tried to answer it.  You
22 interrupted him.
23      DR. THOMPSON:  Well, I asked
24 him --

Page 165

1      MS. SHARKO:  He gets to
2 answer the question or you
3 withdraw it.
4      DR. THOMPSON:  I asked him
5 if they stated that.  He did not
6 need to tell me about something
7 else when I was asking the
8 question, was that stated by the
9 authors.
10      MS. SHARKO:  You don't need
11 to raise your voice.  He's trying
12 to answer your question.
13      DR. THOMPSON:  Okay.  All
14 right.
15      Let's just start all over.
16 I think the record will speak for
17 itself.
18 BY DR. THOMPSON:
19      Q.   Dr. Neel, do the authors
20 state --
21      A.   Where are you quoting from
22 first?
23      Q.   In the abstract, the next to
24 the last sentence.

Benjamin G. Neel, M.D., Ph.D.

Page 166

1      Do the authors state:
2  "Other possible risk factors include
3  environmental and lifestyle factors such
4  as asbestos and talc powder exposures and
5  cigarette smoking"?
6      A.   Yes, that's what it says
7  there.  But it's out -- you are reading
8  it out of context.
9      Q.   I just ask if they say that.
10  But you didn't include in
11  your report where you use this article,
12  that the authors stated that possible
13  risk factors include environmental and
14  lifestyle factors such as asbestos and
15  talc exposure, did you?
16      A.   The entire -- my entire
17  report was focused around talc.  The
18  other -- what I cited in this context, in
19  my report, were the other claimed risk
20  factors in ovarian cancer.  I was
21  discussing the other risk factors.  The
22  rest of the report concerns my views on
23  talc as a risk factor.  So there was no
24  reason to cite it here.  The entire

Page 167

1  report concerns that.
2      But again, I must insist
3  that you are taking out of context
4  Dr. Reid -- Dr. Sellers' conclusions.  I
5  found Dr. Sellers' conclusions to be
6  quite continent with his own based on the
7  actual section --
8      Q.   And you'll have another
9  opportunity if Ms. Sharko wants to come
10  back.
11      MS. SHARKO:  Wait.
12      Were you done with your
13  answer?
14      THE WITNESS:  I was almost
15  done.  Okay.
16      MS. SHARKO:  Finish your
17  answer.
18      THE WITNESS:  If one goes to
19  Page 18 of the same paper that
20  you're citing, and actually reads
21  the section on asbestos and talcum
22  powder, you will see that his
23  opinions and mine are almost
24  identical.

Page 168

1      So I -- I don't really think
2  there's any conflict here.
3      And you stated out of
4  context what's in the abstract.
5      And -- and again, a lot of
6  times when authors are setting up
7  a paper, they will post, you know,
8  all possibilities that are in the
9  literature and then they will
10  reach their own conclusions.
11      So for you to lift that out
12  of context is really not accurate
13  in my opinion.
14  BY DR. THOMPSON:
15      Q.   And did you review any other
16  articles that discussed risk factors for
17  ovarian cancer other than the Reid paper?
18      A.   Yes, I -- I read multiple
19  papers on ovarian cancer pathogenesis,
20  but I can't tell you right now.
21      I cited this one, because
22  this is the most up-to-date comprehensive
23  view of ovarian cancer risk factors.
24      And my goal in my report was

Page 169

1  not to write a review of all the risk
2  factors for ovarian cancer.  The goal of
3  my report and the topic which I'm here to
4  testify here today on, is the role of
5  talc and Johnson & Johnson products in --
6  and the possible role of talc and Johnson
7  & Johnson products in ovarian cancer
8  pathogenesis.
9      The entirety of my report
10  focuses primarily on that issue.  This
11  section on other risk factors was in the
12  context of background of other issues
13  concerning ovarian cancer.  Not whether
14  or not talc was involved.
15      Q.   Okay.  Let's just look at
16  some other articles relating to risk
17  factors --
18      A.   Sure.
19      Q.   -- and see if there are
20  scientists that disagree with that
21  opinion.
22      A.   Well, I just want to clarify
23  again.  Dr. Sellers does not --
24      MS. SHARKO:  Wait, wait,

Benjamin G. Neel, M.D., Ph.D.

Page 170

1   wait.
2       THE WITNESS: -- disagree
3   with my opinion.
4   BY DR. THOMPSON:
5       Q.   I -- we have moved on from
6   Dr. Sellers.
7       A.   Okay.  Well, you said other
8   scientists so I just want to get --
9       Q.   Well, I'm about to show
10  you --
11      A.   Okay.
12      MS. SHARKO:  She's going to
13  ask you a new question.
14  BY DR. THOMPSON:
15      Q.   I'm going to ask you a new
16  question.
17      MS. SHARKO:  That was just a
18  speech.
19      THE WITNESS:  Okay.
20      MS. SHARKO:  Wait for a
21  question.
22      THE WITNESS:  I thought that
23  was -- okay.
24      MS. SHARKO:  Okay.

Page 171

1       There is exhibit -- what is
2   that, 13?
3       (Document marked for
4   identification as Exhibit
5   Neel-13.)
6   BY DR. THOMPSON:
7       Q.   And I'm handing you
8   Exhibit 13, which comes from a textbook
9   titled "Cancer Prevention and Screening."
10      And if you will turn to
11  Page 337.
12      MS. SHARKO:  Do you have the
13  year on this?
14      THE WITNESS:  2019.  It's on
15  the bottom of the first page.
16  BY DR. THOMPSON:
17      Q.   So you would agree that --
18      A.   What page please?
19      Q.   337.
20      A.   Okay.
21      Q.   So you'll agree that this is
22  an up-to-date chapter in a textbook as
23  well?
24      A.   Yes, but I've never heard of

Page 172

1   these authors.
2       Q.   Okay.  That wasn't the
3   question.
4       Under lifestyle factors,
5   these authors state, "A lot of work has
6   been done to clarify the risk reduction
7   of various lifestyle approaches, such as
8   alcohol, obesity, cigarette smoking and
9   talc use.  Some of these are subtype
10  specific, such as endometriosis,
11  cigarette smoking and obesity, while
12  others are general risk factors.
13      "Use of talc in the genital
14  area has consistently been shown to
15  increase the risk of ovarian cancer and,
16  therefore, is not recommended."
17      Did I read that correctly?
18      A.   Yes, you did.
19      Q.   So these authors at least do
20  consider talc use a risk factor, correct?
21      A.   Apparently.
22      Q.   And -- and consider it a
23  general risk factor, even understanding
24  that there are some risk factors that are

Page 173

1   subtype specific, correct?
2       A.   Well, I think these authors
3   have no knowledge of modern cancer
4   biology, because it's not possible to
5   cause the same genetic defects with a
6   different agent that works by different
7   mechanisms.
8       Q.   So the authors of this paper
9   in your opinion are wrong?
10      A.   Yes, in my opinion.
11      I should also -- can I just
12  say one other thing about this?
13      Q.   Yes.
14      A.   It's notable that they cite
15  references for alcohol, obesity and
16  cigarette smoking, but they don't cite
17  any references for talc use.  So I can't
18  respond to --
19      Q.   And there's no -- there's no
20  question pending on the table.
21      MS. SHARKO:  Let him finish.
22  Let him finish.
23      MS. O'DELL:  There's no
24  question --

Benjamin G. Neel, M.D., Ph.D.

Page 174

1    DR. THOMPSON:  There's no
2  question.
3    THE WITNESS:  I didn't
4  finish my answer.
5    MS. O'DELL:  This is not his
6  opportunity just to speak without
7  a question.  There is no question.
8    MS. SHARKO:  He was
9  answering the question.
10    DR. THOMPSON:  He was not
11  answering my question.
12    MS. SHARKO:  That's your
13  opinion, because you don't like
14  it.  Dr. Neel, finish your answer.
15  BY DR. THOMPSON:
16    Q.  Exhibit -- Exhibit 14 --
17    MS. SHARKO:  Stop.  Dr.
18  Neel, finish your answer.
19  BY DR. THOMPSON:
20    Q.  Are you finished with your
21  question, Dr. Neel?
22    A.  No, I was saying --
23    Q.  I mean your answer.
24    A.  -- in reading the piece --

Page 175

1  the part that you mentioned, it's notable
2  that they don't reference anything for
3  their statement on talc use.  It would be
4  much more helpful if we could see what
5  evidence they want to adduce to make
6  their claim.
7    I provided very substantial
8  evidence in support of my opinions.  And
9  I've also been able to discuss them.
10    This is, you know, an
11  isolated statement if a textbook that,
12  you know, probably hasn't undergone
13  scientific review.
14    Q.  Well, risk factors, you
15  cited one article.  We'll make that
16  clear.
17    MS. SHARKO:  Well, wait.
18  No, wait a minute.  You don't just
19  get to lob out comments.
20  BY DR. THOMPSON:
21    Q.  Did you cite one article in
22  your risk factor discussion in your
23  paper?
24    A.  I cited one article about

Page 176

1  risk factors, but I didn't cite one
2  article about talc, which is the issue.
3    Q.  Dr. Neel, if you would try
4  as best you can to answer my question.
5    A.  I am answering your
6  question.
7    Q.  And my question was just did
8  you cite one article.  And the answer
9  would be yes.
10    I just handed you a paper --
11    MR. LOCKE:  Objection.
12    MS. SHARKO:  You don't --
13  you don't need to respond to that
14  speech.  Let's move on to the next
15  exhibit.
16    DR. THOMPSON:  I don't think
17  I had a question.
18    (Document marked for
19  identification as Exhibit
20  Neel-14.)
21  BY DR. THOMPSON:
22    Q.  The next article is from
23  2012, "Ovarian Cancer Etiology, Risk
24  Factors, and Epidemiology."

Page 177

1    And these authors, turning
2  to Page 6, have a chart listing risk
3  factors for epithelial ovarian cancer.
4    If you'll turn to that, it's
5  on Page 6.
6    A.  Yeah I have it.
7    MS. SHARKO:  And this is
8  Exhibit 14 for the record.
9    DR. THOMPSON:  Exhibit 14.
10    MS. SHARKO:  Thank you.
11  BY DR. THOMPSON:
12    Q.  And at least these authors,
13  list under inflammatory risk factors that
14  increase the risk for ovarian cancer,
15  perineal talc use, endometriosis, and
16  pelvic inflammatory disease.
17    Would you agree that these
18  authors list talc -- perineal talc
19  exposure as a risk factor?
20    A.  They do.  But this is
21  completely non-consummate with modern
22  research.
23    Q.  I'm just asking you if the
24  authors list it.

Benjamin G. Neel, M.D., Ph.D.

Page 178

1    A.   Yes, they --
2    Q.   Okay.  And so these
3  scientists who do feel -- are of the
4  opinion that it's a risk factor are
5  wrong?
6    A.   I don't know that they're
7  scientists.  I mean, they --
8    Q.   They're doctors.  These
9  doctors --
10    A.   There's a big difference
11  between a doctor and a scientist.  Since
12  I have both degrees, I can state that to
13  a very strong degree of confidence.
14    Q.   Are you saying that someone
15  has to have two degrees to --
16    A.   No, but I'm saying that I'm
17  very familiar with the difference in the
18  training of the average physician and the
19  average scientist and their ability to
20  evaluate scientific data, and they're not
21  the same.
22    Q.   The next one --
23    A.   There are definitely --
24         Can I finish?  There are

Page 179

1  definitely physicians who are eminently
2  qualified to evaluate scientific data.
3  But the average practicing physician is
4  not able to evaluate modern molecular
5  data like the molecular biologist or
6  cancer biologist.  They're different
7  disciplines.
8    Q.   If an M.D., gynecologic
9  oncologist, who is familiar with the
10  literature in the field gives an opinion
11  that talcum powder use in the genital
12  area can cause or contribute to ovarian
13  cancer, are they wrong?
14    A.   Possibly.  In my opinion
15  they're wrong, because I've reviewed the
16  literature comprehensively including the
17  molecular literature, which they are
18  probably not capable of evaluating, and
19  they're not capable -- the average
20  gynecologist oncologist is definitely not
21  capable of evaluating the modern
22  molecular data, such as mutational
23  signatures and other more modern and
24  comprehensive analyses that would speak

Page 180

1  to any particular agent's ability to
2  cause any kind of cancer.
3         We know a lot -- and by the
4  way, again, you're citing papers from
5  2012.  That's a lifetime ago in cancer
6  biology, and specifically in ovarian
7  cancer pathogenesis.  We know much more
8  about the cell and molecular biology of
9  ovarian cancer today than we did then.
10         And the fact that they put
11  endometriosis in here is exemplary of
12  that, because we know that endometriosis
13  is a risk factor only insofar as the
14  cancer is probably coming from the
15  endometrial cells.
16    Q.   And let's turn --
17    A.   It's a cell of origin issue.
18  It's not a carcinogenesis issue.
19    Q.   The next -- the next paper
20  that I'm going to give you is titled
21  "Risk Factors For Ovarian Carcinoma."
22         (Document marked for
23         identification as Exhibit
24         Neel-15.)

Page 181

1  BY DR. THOMPSON:
2    Q.   And this was published in
3  2018, correct?
4    A.   Mm-hmm.
5    Q.   If you'll turn to Page 4.
6         MS. SHARKO:  So for the
7  record, this is Exhibit 15.
8         DR. THOMPSON:  I'm sorry.
9  Exhibit 15.
10         MS. SHARKO:  Okay.  Thank
11  you.
12         DR. THOMPSON:  I'll try to
13  be better about that.
14  BY DR. THOMPSON:
15    Q.   This article titled "Risk
16  Factors For Ovarian Cancer," if you'll
17  turn to Page 4.  There's a chart with
18  risk factors.
19         And this particular paper
20  does divide the risk factors up by
21  subtype, correct?
22    A.   Yes.
23         MS. SHARKO:  You are allowed
24  to read the paper.

Page 182

1    THE WITNESS:  I'm looking at
2 it, yeah.
3    MS. SHARKO:  Okay.
4    THE WITNESS:  Mm-hmm.
5 BY DR. THOMPSON:
6    Q.   And the heading for Table 1
7 is "Summary of Putative Cells of Origin
8 and Identified Risk Factors For Specific
9 Ovarian Cancer Histologic Subtypes,"
10 correct?
11    A.   Yes.
12    Q.   And so these authors at
13 least considered the different subtypes
14 when they were trying to classify the
15 risk factors, correct?
16    A.   Yes.
17    Q.   And if you'll look in this
18 chart under the heading Lifestyle Risk
19 Factors, "Genital powder use is included
20 under subtype all serous and subtype
21 endometrioid and subtype clear cell."
22    A.   Mm-hmm.
23    Q.   Do you agree that authors
24 considered that a risk factor for those

Page 183

1 three subtypes?
2    A.   Yes.
3    Q.   Are these authors wrong?
4    A.   Yes.  And the reason they
5 are wrong is because, if you look at the
6 mutational signature, the type of
7 molecular causation of clear cell and
8 endometrioid cancer, it's completely
9 different than the molecular basis for
10 serous ovarian cancer.
11    One of them is caused by
12 chromosome abnormalities in copy number
13 variations, and the other is caused by
14 point mutations in pathways that I've
15 spent my entire career studying.
16    (Document marked for
17    identification as Exhibit
18    Neel-16.)
19 BY DR. THOMPSON:
20    Q.   Next, Exhibit 16.
21    This is another paper that
22 discusses risk factors.  It's part of the
23 African American cancer epidemiology
24 study that's published numerous articles.

Page 184

1    Looking at the -- and it was
2 published in 2018?
3    A.   Mm-hmm.
4    Q.   Looking at the end of the
5 paper, page -- I don't see the page.  But
6 at the very end before, in -- in
7 summary --
8    A.   In the discussion?
9    Q.   In -- in discussion,
10 conclusions.  It states, "In particular,
11 talc powder use" --
12    A.   I'm sorry, I can't see where
13 we are.
14    Q.   They --
15    A.   Oh, I see.  Okay.  I got it.
16    Q.   In the last -- next to the
17 last paragraph.
18    "In particular, talc powder
19 use is highly prevalent in the African
20 American community and has been found to
21 be associated with increased risk of
22 ovarian cancer in this and other studies.
23 Indeed, regression models excluding talc
24 use overestimated the associations in our

Page 185

1 analysis."
2    Do you agree that these
3 authors consider talc use to result in
4 increased risk of ovarian cancer in
5 African American population?
6    A.   This is yet another of many
7 case-control studies which, you know,
8 claim to see an association.  But they
9 are subject to the same type of recall
10 bias and other classification bias that
11 is prone to be found in case-control
12 studies.
13    The cohort studies don't
14 show this.  And they are much more
15 reliable in my opinion.
16    That -- you know, so yes,
17 they say it, but that doesn't make it
18 true.
19    Q.   So these authors are wrong
20 to consider talc use a risk factor for
21 ovarian cancer?
22    A.   I don't think they've done a
23 complete analysis of the literature and
24 they are probably not capable of

Benjamin G. Neel, M.D., Ph.D.

Page 186

1 evaluating the molecular issues.
2          (Document marked for
3     identification as Exhibit
4     Neel-17.)
5 BY DR. THOMPSON:
6     Q.   The next article is marked
7 Exhibit 17.  It's a patient by Wu and her
8 colleagues.
9          MS. SHARKO:  It's a paper.
10          DR. THOMPSON:  What did I
11     say?
12          MS. SHARKO:  Patient.
13          DR. THOMPSON:  Sorry.  Oh
14     boy.
15 BY DR. THOMPSON:
16     Q.   It's a paper.
17          MS. SHARKO:  It's almost
18     like a patient.
19 BY DR. THOMPSON:
20     Q.   Let's -- let's ask that
21 question over again.
22          Exhibit 17 is a paper by
23 Dr. Wu that discusses the nongenetic risk
24 factors for ovarian cancer, correct?

Page 187

1     A.   Mm-hmm.
2     Q.   And under the discussion
3 section of this paper, the authors state
4 that, first paragraph, "With the high
5 mortality" --
6     A.   Where -- I'm sorry, I have
7 to find it.
8     Q.   Under discussion, first
9 paragraph.  Page 1098.
10     "With the high mortality and
11 the lack of effective early screening for
12 ovarian cancer, better understanding of
13 preventive risk factors is a priority.
14 The primary motivation for this analysis
15 was to determine whether the six
16 confirmed nongenetic risk factors for
17 IEOC (parity, use of oral contraceptives,
18 tubal ligation, endometriosis, first
19 degree family history of ovarian cancer,
20 and use of genital talc in non-Hispanic
21 whites are also risk factors in Hispanics
22 and African Americans)."
23          Do you agree that these
24 authors believe the use of genital talc

Page 188

1 to be a confirmed nongenetic risk factor
2 for ovarian cancer?
3     A.   They apparently do.
4     Q.   And are these authors wrong
5 as well?
6     A.   Yes.  And I -- I --
7     Q.   You didn't hesitate with
8 that opinion, did you?
9     A.   No.  Because again, if
10 you -- if you -- you're pulling out
11 individual case-control studies.  And we
12 already know that 60 percent of the
13 case-control -- 67 percent of the
14 case-control studies reach one
15 conclusion, 33 percent reach the other
16 conclusion, and all the cohort studies
17 are negative.
18          That is why if you read a
19 review like Dr. Sellers' review, which is
20 a comprehensive review of the recent
21 literature concerning risk factors, you
22 will find an opinion very similar to
23 mine, which is that there is no
24 compelling evidence that talc was a

Page 189

1 causal -- is a cause of ovarian cancer.
2 And that's the basis of my opinion.
3          This is an -- this is a
4 single paper of a case-control study and,
5 you know, that's not as strong as
6 considering the entire body of the
7 evidence as I've done in my report.
8     Q.   But doctors and scientists
9 that have a different opinion as you've
10 stated are wrong, correct?
11          MS. SHARKO:  Object to the
12     form of the question.
13          THE WITNESS:  In -- in each
14     individual case, I'm happy to tell
15     you whether I think they are wrong
16     or not.  Okay.
17          Since I haven't met every
18     doctor and scientist who may have
19     a particular opinion, it would be
20     inappropriate for me to say that
21     all doctors and scientists who
22     have a different opinion are
23     wrong.
24          If someone comes up with

Benjamin G. Neel, M.D., Ph.D.

Page 190

1  some evidence that is convincing,
2  I will change my opinion.  Right
3  now, all of the available evidence
4  suggests that there is no
5  association between genital talc
6  and ovarian cancer.  And some of
7  their evidence says that there
8  isn't.
9      So there is no evidence to
10  support the case that genital talc
11  application causes ovarian cancer
12  in my scientific opinion.
13  BY DR. THOMPSON:
14      Q.   Where is the evidence that
15  there isn't?
16      A.   Where is the evidence that
17  there isn't?
18      Q.   I think I asked you that
19  before and you could not cite to an
20  article that said it is not a risk
21  factor.
22      A.   I --
23      Q.   So I would like for you to,
24  if you do have one, I would like to know

Page 191

1  what --
2      A.   Oh.  So --
3          MS. SHARKO:  Object.  Object
4  to the form of the question.
5  Lacks foundation.  Misstates his
6  testimony and apparently asked and
7  answered since you said you asked
8  it before.
9          DR. THOMPSON:  Well, he had
10  a different answer.  I wanted to
11  clarify it.
12          MS. SHARKO:  I don't think
13  so.
14  BY DR. THOMPSON:
15      Q.   Dr. -- Dr. Neel, do you
16  have -- just so I am clear.
17          Do you have an article that
18  you can point to that explicitly states
19  that talcum powder is not a risk factor
20  for ovarian cancer?
21      A.   So that was a different
22  question than you just asked before.
23  The -- the question you asked before is
24  do I have a paper that says that genital

Page 192

1  talc is not a risk factor for ovarian
2  cancer.  And I said that was a risk
3  factor question.
4          If you ask me is there any
5  evidence that genital talc causes ovarian
6  cancer, there are several papers which
7  argue against that and I'm happy to cite
8  those.
9      Q.   My question was risk
10  factors, so...
11      A.   Okay.  But you didn't ask
12  that question right before.  So I was
13  answering it -- you know, you changed
14  your question, which is why it's a
15  different answer.
16          If you ask me the second
17  question I'd be happy to tell you.
18      Q.   Okay.  So just to be clear, there
19  the answer to the question is, is there
20  a paper that explicitly states that talcum
21  powder is not a risk factor of ovarian
22  cancer, you don't have one to point to?
23      A.   There are -- there are many
24  papers that review the literature --

Page 193

1      Q.   I need a yes or no --
2      A.   You misstate --
3      Q.   -- question.
4          MS. SHARKO:  No, no, no.
5  Wait.  Timeout.
6          THE WITNESS:  You asked --
7          DR. THOMPSON:  Well, he is
8  answering all kinds of questions
9  that are not what I'm asking.
10          MS. SHARKO:  Well, I
11  disagree.  But you've asked your
12  question.  He's entitled to answer
13  it.  If you want to withdraw your
14  question so be it.
15          But you can't interrupt him
16  because you don't --
17          DR. THOMPSON:  No, I want an
18  answer to my question.
19          MS. SHARKO:  -- you don't
20  like his answer.
21          DR. THOMPSON:  Okay.  Let's
22  go back and see what the question
23  and answer were.
24  BY DR. THOMPSON:

Benjamin G. Neel, M.D., Ph.D.

|  | Page 194 |
|---|---|

1    Q.   Just to be clear, is there a
2  paper that explicitly states that talcum
3  powder is not a risk factor of ovarian
4  cancer?  You don't have one to point to.
5        And his answer, is there are
6  many papers --
7    A.   You didn't let me finish.
8  Would you like me to finish?
9    Q.   Okay.  Well, the question
10  though was point me to a paper that
11  explicitly states that talcum powder is
12  not a risk factor for ovarian cancer.
13    A.   Scientists don't generally
14  speak in that language.  What they would
15  say is very similar to what Dr. Sellers
16  said, and which most of the review
17  articles about this topic say and what I
18  say.  Which is there is no credible
19  scientific evidence that.
20        That is how scientists
21  speak.  We have a language that we use,
22  just like lawyers have a language that
23  lawyers use.
24        And in scientific credence

|  | Page 195 |
|---|---|

1  saying that -- in scientific language,
2  saying that there's no credible
3  scientific evidence is the way we would
4  state the -- the conclusion.  And that's
5  how I'm stating it.  That's very similar
6  to how Dr. Sellers concluded it.  And
7  I -- I think that's the essence of my
8  statement.
9    Q.   So your answer would be
10  you're not able to answer that question?
11        MR. LOCKE:  Objection.
12        THE WITNESS:  No, my answer
13  is exactly what I said.
14  BY DR. THOMPSON:
15    Q.   Okay.  We'll -- we'll move
16  on.
17        But I don't believe I got
18  the answer to the question:  Can you
19  point me to an article that states that
20  talcum powder is not a risk factor for
21  ovarian cancer?
22        MS. SHARKO:  All right.
23  That's not a question.  That's an
24  editorial comment.

|  | Page 196 |
|---|---|

1  BY DR. THOMPSON:
2    Q.   Can you point me --
3        MS. SHARKO:  No.  You asked
4  him that question already.
5        DR. THOMPSON:  But I still
6  haven't got an answer.  I'm going
7  to try one more time.
8  BY DR. THOMPSON:
9    Q.   Can you point me to an
10  article that explicitly states that
11  talcum powder is not a risk factor for
12  ovarian cancer?
13        MS. SHARKO:  Objection.
14  Asked and answered.
15        You may not like the answer,
16  but you got an answer.
17        DR. THOMPSON:  Okay.  The
18  record will speak for itself that
19  there is not an answer.
20        MS. O'DELL:  It was asked
21  but never answered.  He didn't
22  answer the question.
23        MS. SHARKO:  Okay.  I
24  thought -- I thought your side

|  | Page 197 |
|---|---|

1  said the rule was that only one
2  lawyer can talk.
3        MS. O'DELL:  I think the
4  evidence will show, the record
5  will show over depositions that
6  you weren't defending, Susan, you
7  had plenty to say, so I don't know
8  that I would raise that.
9        DR. THOMPSON:  Including
10  last week.
11        MS. SHARKO:  So the rules
12  are that one lawyer gets to
13  question the witness.  So let's --
14        MS. O'DELL:  I'm not
15  questioning the witness.  But I'm
16  free to speak and I will speak.
17        MS. SHARKO:  You know what?
18  It seems like maybe we should just
19  take a lunch break and let
20  everybody simmer down.
21        DR. THOMPSON:  I only
22  have -- I don't need a lunch
23  break.
24        MR. TISI:  I'm going to tell

Benjamin G. Neel, M.D., Ph.D.

Page 198

1  you, can I have that section?
2       MS. SHARKO:  So now we have
3  a third plaintiff's lawyer
4  talking?
5       MR. TISI:  No, no, no.
6  We're off -- we're not talking
7  about this.
8       Can I have that clipped,
9  Ms. Sharko's comment so I can use
10 it in other depositions going
11 forward?  Please, thank you.  You
12 can send me that.
13      Because I expect we're going
14 to need it going forward, given
15 her behavior in the past.
16      Thank you.
17      DR. THOMPSON:  Okay.
18      MS. SHARKO:  You know,
19 Mr. Tisi, behave yourself.
20      DR. THOMPSON:  I want -- I
21 want to move on.
22      MR. TISI:  I -- I don't need
23 to be schooled by you.
24 BY DR. THOMPSON:

Page 199

1       Q.   Is it -- is it your
2  opinion --
3       MS. SHARKO:  Yeah, because
4  you don't listen.
5       MR. TISI:  That's because --
6  that's because I wouldn't listen
7  to somebody who tries to school
8  me.
9       DR. THOMPSON:  I really
10 don't want to waste my time, so...
11 BY DR. THOMPSON:
12      Q.   Is it your -- Dr. Neel, is
13 it your opinion that asbestos is not a
14 risk factor for ovarian cancer?
15      A.   I don't have an opinion on
16 asbestos in ovarian cancer.  I haven't
17 really given enough study to --
18      Q.   Okay.  So you don't have an
19 opinion one way or the other as to
20 whether asbestos --
21      A.   Not -- not a strong opinion,
22 no.
23      Q.   Okay.  Any opinion?
24      A.   I think the evidence is

Page 200

1  unclear.
2       Q.   What -- how do you define a
3  carcinogen?
4       A.   A carcinogen?  A carcinogen
5  is an agent that causes cancer.
6       Q.   And that would include
7  initiation?
8       A.   Mm-hmm.
9       Q.   And promotion?
10      A.   Probably -- so there's a
11 difference between health scientists and
12 experimental carcinogenecist would define
13 a carcinogen and how the public would use
14 the word carcinogen.
15      In the common parlance, a
16 promotor, a tumor promoter would probably
17 be considered a carcinogen.  But in
18 scientific language a carcinogen is just
19 the initiating event.
20      Q.   But you'll agree that in
21 some context at least, scientists refer
22 to a carcinogen in each of those phases?
23      A.   Yes.  Mm-hmm, yes.
24      Q.   And is it -- is that

Page 201

1  sometimes referred to as a complete
2  carcinogen?
3       A.   That's a kind of old term,
4  but yes.
5       Q.   I'm old.
6       MS. SHARKO:  Do you want
7  that on the record?
8       DR. THOMPSON:  What the hey.
9       MS. SHARKO:  You are not
10 old, Margaret.
11      DR. THOMPSON:  Thank you,
12 Susan.  That's the nicest thing
13 you've said today.
14      MS. SHARKO:  Chris will
15 order that page too.
16      MR. TISI:  I was -- I was
17 going to say.  I was going to -- I
18 wouldn't qualify it by today.  I'd
19 make it a year, but go ahead.
20 BY DR. THOMPSON:
21      Q.   So let's go to Page 14 of
22 your report --
23      A.   Do you have a long question?
24 Because if not, I'm going to have to take

Page 202

1 a break. That coffee is having its
2 effect.
3    Q.   I'm fine breaking for lunch
4 or --
5    A.   If it's a short question I
6 can answer it.
7        MS. SHARKO:  No, we don't
8 want --
9        THE WITNESS:  Okay.
10       DR. THOMPSON:  Yeah,
11 let's -- let's go -- this is
12 actually a natural break so...
13       THE WITNESS:  Okay.
14       MS. SHARKO:  Okay.
15       THE VIDEOGRAPHER:  Stand by,
16 please. The time is 11:54 a.m.
17 Off the record.
18           - - -
19       (Lunch break.)
20           - - -
21       THE VIDEOGRAPHER:  We are
22 back on the record. The time is
23 1:02 p.m.
24 BY DR. THOMPSON:

Page 203

1    Q.   Dr. Neel, this morning you
2 testified that you are not an
3 epidemiologist.
4        Is it fair to say that your
5 opinions in this case are focused on
6 whether or not there's credible evidence
7 that talcum powder can cause ovarian
8 cancer from a molecular standpoint?
9    A.   I would say from a molecular
10 and -- and cellular standpoint.
11   Q.   From a molecular and
12 cellular standpoint?
13   A.   Yes.
14   Q.   And it's your opinion that
15 there's no cause and effect. But is it
16 also your opinion that there's no
17 plausible biological mechanism for any
18 association between talcum powder use and
19 ovarian cancer?
20   A.   I don't think there's any
21 evidence one way or the -- any credible
22 evidence one way or the other.
23       So there's no -- there's no
24 credible evidence that talc causes

Page 204

1 transformation of ovarian cancer cells or
2 that talc causes inflammation that's
3 relevant to ovarian cancer pathogenesis.
4    Q.   So just to shorten that a
5 little bit, there's no credible evidence
6 that there's a plausible biological
7 mechanism for any association between --
8    A.   Yes.
9    Q.   Let me finish, sir.
10   A.   Sorry.
11   Q.   -- between -- just so the
12 record is clear --
13   A.   Sorry.
14   Q.   -- between talcum powder use
15 and ovarian cancer?
16   A.   Yes. That's my testimony.
17   Q.   So this morning we discussed
18 risk factors, cause, association. This
19 afternoon I'd like to delve into that
20 molecular cellular mechanism a little bit
21 more if that's okay.
22       On Page 12 of your report,
23 next to the last paragraph, you state,
24 "Taken together these findings clearly

Page 205

1 show that different types of ovarian
2 cancer originate in different cell types
3 that suffer different types of mutations
4 which are unlikely to be caused by the
5 same environmental agent."
6        Explain that sentence to me.
7    A.   Okay. So there is Type 1
8 tumors and there's Type 2 tumors, and the
9 Type 1 tumors are caused largely by point
10 mutations, and the Type 2 tumors are
11 caused largely by copy number
12 abnormalities or copy number variation
13 and rearrangements. And the underlying
14 mutagenic mechanisms that cause point
15 mutations and the repair defects that
16 cause point mutations are distinct from
17 the types of mutations -- mutational
18 processes that cause copy number
19 variation and translocations.
20       So an agent that does one
21 kind of genetic event is not likely to
22 cause the other.
23   Q.   Do you have -- what is the
24 basis for that opinion? In other words,

Benjamin G. Neel, M.D., Ph.D.

Page 206

1 what article could you direct me to that
2 would make that same claim?
3      A.   I can't cite an article
4 off -- that's general scientific
5 knowledge in my field.  I can't cite a
6 specific article.
7      Q.   So it's not possible in your
8 opinion that the same environmental agent
9 could cause the molecular changes in both
10 types of cancers or more than one type of
11 cancer?
12      A.   It's -- I think I said it's
13 unlikely.
14      Q.   Oh, unlikely.  So --
15      A.   That's the word I'd like to
16 stick with, unlikely.
17      Q.   -- stick with unlikely.
18        Okay.
19      A.   I didn't say possible.  I
20 said unlikely.
21      Q.   Okay.  And I wasn't trying,
22 in that case, to -- to trick you.  I
23 was -- I was just trying to understand --
24      A.   Did you want to just tell me

Page 207

1 when you're trying to trick me?
2      Q.   Do you want me to give you a
3 warning before it's a trick question?
4      A.   Yeah.  Maybe.
5      Q.   So how would you answer the
6 question does smoking cause lung cancer?
7      A.   Yes.
8      Q.   Even though there's some
9 types of lung cancer that it may cause
10 and there's others that it might, and it
11 might cause more than one?
12      A.   There's --
13      Q.   Is that an analogy?
14      A.   No, it's not an analogy.
15 Actually it makes my point quite well.
16        Because smoking causes
17 specific types of DNA changes.  So the
18 carcinogenic agent in cigarette smoke
19 that causes lung cancer are benzopyrenes.
20 And there's actually a specific molecular
21 signature -- this is one of the major
22 advances that has happened in the last
23 three years primarily -- large scale
24 sequencing studies of exome sequencing,

Page 208

1 and in some cases whole genome
2 sequencing, has so many different types
3 of mutations that you can actually
4 categorize the mutations according to
5 their carcinogenic agent.
6        So benzopyrenes have a
7 particular mutational signature.  And so
8 you can actually see which forms of lung
9 cancer are caused by that signature and
10 which forms aren't.
11        So for example, nonsmokers
12 can get lung cancer, but smokers are
13 about 20 to 25 times more likely to get
14 cancer, and the cancers that come from
15 smoking have a characteristic molecular
16 signature, whereas the cancers that come
17 from -- that come in nonsmokers do not
18 have the character -- do not have the
19 same signature.  So you can tell them
20 apart easily.
21      Q.   And even different types of
22 cancer that are caused by smoking have
23 the -- that same molecular signature?
24      A.   No, not all signature -- not

Page 209

1 all smoking-associated cancers have the
2 mutational signature of smoking.  Only
3 the aerodigestive malignancies.
4      Q.   So there are some type of
5 lung cancer that may be caused by smoking
6 that don't -- aren't caused by that same
7 mutation?
8      A.   No, no, I didn't say that.
9 All --
10      Q.   Okay.  I'm just trying to
11 understand.
12      A.   All smoking-associated lung
13 cancers have the benzopyrene signature.
14 I don't remember the number.  They have
15 different -- different -- there is
16 several major groups that have been doing
17 this work, and they have different
18 numbers of the signatures.
19        So actually one of the
20 references that I cite has one of the
21 numbering systems.  So I can't tell you
22 the number.
23        But there's -- if you looked
24 at -- actually if you go to Cosmic, which

Benjamin G. Neel, M.D., Ph.D.

Page 210

1  is the website in my report, it has a
2  whole section on mutational signatures
3  and it tells you which ones are smoking
4  associated.
5      Q.   And --
6      A.   And -- and the -- so the
7  small cell lung cancer, squamous cell
8  lung cancer and many but not all
9  adenocarcinomas of the lung are caused by
10  smoking largely.
11          There are some lung cancers
12  that are probably caused by radon and
13  others that are -- we don't know the
14  pathogenesis yet.
15      Q.   What about when smoking is a
16  cocarcinogen?
17      A.   Yeah, so it's less --
18  less -- what do you mean by cocarcinogen?
19      Q.   For example, you agree that
20  smoking and asbestos together cause --
21  are more likely to cause cancer than
22  either by themselves?
23      A.   So smoking plus asbestos are
24  dramatically cocarcinogenic for lung

Page 211

1  cancer.  And I don't know if there's been
2  a detailed study of smoking plus asbestos
3  lung cancer that's been sequenced.
4          But I would strongly suspect
5  that mutational signature of benzopyrenes
6  is there.  But I don't know that.  I
7  don't know if it's been done.
8      Q.   So do we need to discount
9  any literature in which sequencing has
10  not been done yet for any type of cancer?
11      A.   Discount it from the
12  standpoint of what?
13      Q.   Is it not reliable?
14      A.   It depends what the question
15  is.  I mean, what aspect of the cancer
16  are you asking about?
17      Q.   I'm just asking that, if
18  literature, epidemiological literature
19  particularly, doesn't include the
20  molecular knowledge gained by sequencing
21  and other methods, should it be
22  discounted?
23      A.   Discounted in terms of what?
24      Q.   Should it not be considered

Page 212

1  reliable?
2      A.   No.  It's reliable insofar
3  as it's epidemiological evidence one way
4  or another for a particular disease.
5          But I should add there's
6  been extensive sequencing of ovarian
7  cancers over -- I don't remember if it
8  was 400 -- I'm blocking on whether it's
9  450 or 600 cases are in the literature.
10  It's easy to find.  So it's not like
11  ovarian cancer has been sequenced.
12  That's how we know that the Type 1 tumors
13  and Type 2 tumors have completely
14  different mutational profiles.
15      Q.   Okay.  Well, the second
16  sentence in that paragraph is, "Studies
17  including epidemiological reports that
18  treat ovarian cancer as a single entity
19  should, in my opinion, be viewed with
20  skepticism."
21          And I guess my question
22  would -- because we have the sequencing
23  that -- sequencing that you're referring
24  to, should epidemiological studies that

Page 213

1  are treating ovarian cancer as a single
2  entity be discounted?
3      A.   I didn't say that.
4          I said they should --
5      Q.   Well, I'm kind of -- I'm
6  sorry.  I'm trying to --
7      A.   I stand by the wording in my
8  report.
9      Q.   Well --
10      A.   They should be viewed with
11  skepticism --
12      Q.   Well, I'm trying to --
13      A.   -- because they're not the
14  same disease.
15      Q.   I'm trying to determine what
16  you mean by "viewed as skepticism."  Are
17  they less reliable --
18      A.   They are less scientifically
19  plausible.
20      Q.   They're less scientifically
21  plausible?
22      A.   It is less plausible.  It is
23  implausible that a single agent acting
24  via a single carcinogenic mechanism would

Benjamin G. Neel, M.D., Ph.D.

Page 214

1 cause dramatically different mutational
2 processes leading to dramatically
3 distinct mutational signatures.
4       Type 1 tumors and Type 2
5 tumors originate in different cell types.
6 That's pretty clear.  And they have
7 dramatically different mutational
8 signatures.
9       The fact that they have
10 different mutational signatures means
11 that they're caused by different
12 molecular processes.
13       Therefore, it is highly
14 unlikely that a single agent acting via a
15 single pathogenic mechanism would lead to
16 distinct molecular signatures acting in
17 different cells of origin.
18   Q.   Are there risk factors and
19 protective risk factors for epithelial
20 ovarian cancer that cross all types in
21 your opinion?
22   A.   I don't really -- I can't --
23 you know, not coming to mind right away,
24 not that I know of, no.

Page 215

1   Q.   So --
2   A.   Well, so -- for example, let
3 me just -- what do you mean by all types?
4 So for example, the -- you know, obesity
5 is associated with, you know,
6 endometrioid and clear cell.  But those
7 are the same type of pathogenic
8 mechanisms.
9   Q.   How about the reproductive
10 risk for protective factors, for example,
11 parity, oral contraceptive use, that
12 appear to apply to all subtypes,
13 histologic subtypes, as well as Type 1
14 and Type 2.  Would you agree?
15   A.   Yeah, I think parity
16 probably does.  But I -- that's not clear
17 that could be a single entity either.
18 That could be more than one entity.  In
19 one case, it could be incessant
20 ovulation.  In the other case, it could
21 be the weak -- it could be that both
22 mechanisms have been purported to explain
23 the parity effect could operate
24 differently in different Type 1 and Type

Page 216

1 2 tumors.
2   Q.   What about age?
3   A.   Well, age is -- age is just
4 due to the accumulation of mutations.
5 All mutations are more common with age.
6 So age is -- age is a contributor to all
7 forms of cancer, but that's because the
8 chances of accumulating the necessary
9 mutations by any mutational process
10 increase with age.
11   Q.   What about BRCA1 and 2?
12   A.   BRCA1 and 2 are primarily
13 Type -- Type 2 tumors.
14   Q.   And only serous?
15   A.   Well, some people would
16 call, you know, the peritoneal carcinomas
17 and the carcinosarcomas separate.  But I
18 think molecularly they -- most people
19 would view them as Type 2 tumors,
20 effectively the same as serous cancer,
21 yes.
22   Q.   And you're including --
23   A.   High grade serous, not the
24 low grades.

Page 217

1   Q.   And you're including
2 endometrioid and clear cell with the Type
3 1 tumors?
4   A.   No.  Oh, with the Type 1,
5 yeah.  Sorry.  Yeah, I'm a little -- it's
6 a little -- it's the postprandial thing.
7 I shouldn't have eaten anything.
8   Q.   Let's go to your report on
9 Page 14.  And you begin Section 3, talc
10 and ovarian cancer.  And it looks like to
11 me this is where you put your major
12 opinions in bold.  And it says "Opinion."
13       In the paragraph that
14 states, "Talc is chemically inert and
15 nongenotoxic," you have three references
16 there.
17       This morning you testified
18 that you only saw the Health Canada risk
19 assessment yesterday and that you had not
20 read it, correct?
21   A.   I think that I -- I didn't
22 see the Health Canada actual text.  I
23 must have seen something that said it was
24 possibly carcinogenic, but I don't know

Benjamin G. Neel, M.D., Ph.D.

Page 218

1 where I saw that. It might be -- I'm
2 citing the paper. I think it's the
3 Taher, et al., paper. That's what I
4 assume it is.
5     Q.   Well, that's what I'm trying
6 to establish. So that when you said
7 Health Canada reviewed the literature,
8 you haven't actually read the Health
9 Canada assessment, right?
10    A.   I read the -- was it Taher?
11 What are you calling it?
12    Q.   Taher.
13    A.   Taher. I read the Taher, et
14 al., paper --
15    Q.   Okay.
16    A.   -- that said that it was
17 funded by Health Canada.
18    Q.   So that's -- that's wrong
19 that Health Canada reviewed the
20 literature, correct?
21    A.   It says, "The Taher, et al.,
22 manuscript that was funded by Health
23 Canada."
24       So that's what I'm referring

Page 219

1 to.
2     Q.   Okay. So is it your
3 understanding that Health Canada
4 commissioned Taher and his group to do a
5 meta-analysis, and that's what Health
6 Canada relied on in part their risk
7 assessment, correct?
8     A.   That's my understanding,
9 yes.
10    Q.   But each time that you're
11 referring to Health Canada in your
12 report, you're actually referring to the
13 Taher paper?
14    A.   That's correct.
15    Q.   Because you have not read --
16 actually read the Health Canada risk
17 assessment?
18    A.   That's correct. I read the
19 Taher, et al., manuscript, funded by
20 Health Canada, as it says in my report.
21    Q.   Okay. Well, your report
22 actually says Health Canada had reviewed
23 the literature.
24    A.   So I -- maybe it was --

Page 220

1 could have been a little bit --
2     Q.   Yeah.
3     A.   -- sloppy writing.
4     Q.   And it says, "It focuses
5 primarily on a meta-analysis by Taher."
6 So it -- but you're saying that you meant
7 Taher reviewed the literature, not Health
8 Canada?
9     A.   Yes.
10    Q.   Okay. Let's go ahead and
11 mark the three documents that you
12 referred to in that paragraph now that we
13 have it clear that it wasn't the Health
14 Canada, it was the Taher article.
15       (Document marked for
16       identification as Exhibit
17       Neel-18.)
18 BY DR. THOMPSON:
19    Q.   The first is the letter that
20 you referred to as -- from the FDA to
21 Samuel Epstein will be Exhibit 18.
22       DR. THOMPSON: The IARC
23       Volume 93 published in 2010.
24       MS. SHARKO: No, no, no,

Page 221

1 you're marking your notes.
2       DR. THOMPSON: Oh, see
3 you're looking after me.
4       MS. SHARKO: I'm watching
5 out for you.
6       (Document marked for
7       identification as Exhibit
8       Neel-19.)
9       DR. THOMPSON: 19 then will
10 be the -- will you all take all of
11 these.
12       -- will be the IARC 2010
13 monograph on non-asbestiform talc.
14       (Document marked for
15       identification as Exhibit
16       Neel-20.)
17       DR. THOMPSON: And the third
18 will be the Taher systematic
19 review and meta-analysis that was
20 commissioned by Health Canada.
21 That's all I have with that one.
22 BY DR. THOMPSON:
23    Q.   So let's go to your first
24 opinion. That talc is chemically inert.

Benjamin G. Neel, M.D., Ph.D.

Page 222

1    What do you mean by
2 chemically inert?
3    A.   I mean it doesn't directly
4 damage -- in the context of this
5 statement it doesn't directly damage DNA.
6 It doesn't cause DNA damage.
7    Q.   Is it biologically inert in
8 your opinion, or are you -- are you using
9 those two terms interchangeably?
10    A.   No, I'm saying the -- no,
11 I'm not using those terms
12 interchangeably.
13    Q.   Okay.
14    A.   In the -- in the context
15 of -- you know, in the body it can cause
16 granulomatous inflammation or granulomas.
17 But that's not the kind of inflammation
18 that's associated with carcinogenesis.
19    But it doesn't -- it's --
20 it's chemically inert in the sense that
21 if you have it on the table, it's not
22 highly reactive with, you know, typical
23 substances.  So --
24    Q.   So --

Page 223

1    A.   And if you put it on cells
2 it doesn't damage DNA.
3    Q.   Okay.  So to you chemically
4 inert here is being used as not directly
5 damaging DNA?
6    A.   Not directly or indirectly
7 damaging DNA.  And that's in the context
8 of this statement.  But it's also
9 chemically inert in the sense that it's
10 not highly reactive with most substances.
11 So...
12    Q.   Okay.  So not directly or
13 indirectly damaging DNA in the cell.  And
14 not reactive chemically --
15    A.   With most substances.
16    Q.   With most substances, okay.
17    But you would agree that
18 it's not biologically inert?
19    A.   No, in certain
20 locations.  It can cause -- it's a
21 foreign body and it can cause a foreign
22 body reaction.
23    Q.   In -- so that you -- you
24 agree that talcum powder does cause an

Page 224

1 inflammatory reaction of some type in
2 human --
3    A.   It causes -- sorry.
4    Q.   -- and animal tissues?
5    A.   It causes granulomatous
6 reactions.  Some people would call that
7 an inflammatory reaction.  Some people
8 would call it a foreign body reaction.
9 Some people just call it a granuloma.
10    But it's not the kind of
11 inflammation that Balkwill or Hanahan
12 were referring to in terms of
13 carcinogenesis.
14    Q.   And it certainly causes an
15 acute inflammatory reaction as well?
16    A.   It causes granulomatous
17 inflammation.
18    Q.   When it's used for
19 pleurodesis, what type of reaction is it?
20    A.   It's a granulomatous and
21 fibrotic response.
22    Q.   Okay.  So granulomatous and
23 fibrotic response.
24    And what's your basis for

Page 225

1 your statement that that is not the type
2 of response that Balkwill and others are
3 talking about?
4    A.   Because the type of -- I'm
5 aware of the literature about
6 inflammation and cancer.  And that's
7 typically type -- you know, the sort of
8 infiltration with activated macrophages,
9 infiltrated neutrophils.  That's not the
10 kind of thing you get in a chronic body
11 reaction.
12    And there's -- and even more
13 to the point, there's no association of
14 granulomas with ovarian cancer that has
15 been published to my knowledge.
16    Q.   But can you direct me to a
17 particular article?
18    A.   I'd have to, you know, go
19 back and look at my literature to give
20 you a -- I can't give you that offhand.
21    But it's general knowledge
22 that granulomas are not associated with
23 ovarian cancer pathogenesis.
24    Q.   But you do agree that

Benjamin G. Neel, M.D., Ph.D.

Page 226

1 granulomas and granulomas caused by talc
2 are well reported in ovarian pathology?
3     A.   No, I would not agree with
4 that at all.  Absolutely not.
5     Q.   You are telling me that talc
6 granulomas are not reported in ovarian
7 tissue?
8     A.   Not to my knowledge.  And,
9 in fact, the case -- the literature that
10 I cited in my report, I'd have to pull
11 out the exact references, reported talc
12 particles in the ovary with no associated
13 granulomatous inflammation.
14     Q.   Have you looked at a GYN
15 pathology textbook lately?
16     A.   I would have no occasion to
17 look at a GYN pathology textbook.
18     Q.   Would it surprise you if
19 virtually every GYN pathology textbook
20 would have a section on foreign body
21 granulomas including talc?
22     A.   I would have to look at
23 exactly what you're talking about.
24     Q.   I didn't bring a textbook

Page 227

1 but I do have an example.
2         Do those opinions that, in
3 your words, talc is chemically inert,
4 apply to Johnson's Baby Powder in your
5 opinion?
6     A.   Yes.
7     Q.   And apply to Shower to
8 Shower I assume?
9     A.   Yes.
10     Q.   Would that opinion apply to
11 fibrous talc?
12     A.   As I said earlier today,
13 I'm -- I'm referring to any of the talc
14 that was used in the studies that I
15 evaluated for the purposes of writing my
16 report.  So it does not say one way or
17 the other fibrous talc.  It has to do
18 with the specific experiments that are
19 cited in my report that have to do with
20 talc and ovarian cancer pathogenesis.
21     Q.   So it's fair to say that you
22 don't have an opinion as to whether
23 fibrous talc is chemically inert?
24         MS. SHARKO:  Object to the

Page 228

1 form.  Misstates the testimony.
2         THE WITNESS:  Can you repeat
3     the question?
4 BY DR. THOMPSON:
5     Q.   Well, let me just ask it.
6 Is -- is fibrous talc chemically inert?
7     A.   I -- I have no specific
8 opinion on fibrous talc.  My opinions
9 are -- are related to the talc that was
10 used in the papers that I reviewed and
11 the epidemiological studies that I
12 reviewed.  And whatever is in those
13 products my opinion relates to.
14     Q.   Okay.  Is asbestos
15 chemically inert, or do you not have an
16 opinion?
17     A.   I have an opinion -- it's --
18 it's not cellularly inert.  But I don't
19 have -- I don't have a great deal of
20 detailed knowledge on asbestos
21 pathogenesis.  That's not the topic of my
22 research and that's not the topic of my
23 analysis for the purposes of this report.
24     Q.   So for this case you are not

Page 229

1 going to be giving opinions as to the
2 cellular effects of asbestos; is that
3 fair to say?
4     A.   That's correct.
5         (Document marked for
6     identification as Exhibit
7     Neel-21.)
8 BY DR. THOMPSON:
9     Q.   Exhibit 21 is an article
10 titled "Foreign Body Granulomas in Normal
11 Ovaries."  I don't want to spend a whole
12 lot of time with this.
13         You can look over at -- it
14 describes a study at Hopkins, published
15 in Obstetrics and Gynecology, that ACOG
16 Green Journal, that looked at 100
17 consecutive cases of oophorectomy for
18 benign disease.  And they found that, I
19 believe it was 9 percent of normal
20 ovaries had cortical granulomas
21 containing a foreign body-type giant cell
22 and associated with a foreign body which
23 consisted of magnesium silicate that they
24 postulated was talc or asbestos.

Benjamin G. Neel, M.D., Ph.D.

Page 230

1    Does that sound like a fair
2  summary of this paper?
3    A.   Well, I don't know.  I'd
4  have to sit here and read it to really be
5  clear.
6    I mean, you know, I'm not
7  going to be able to accept your
8  conclusions without reading the whole
9  paper.
10    Do you want me to read the
11  paper?
12    Q.   Probably not.  Let's see if
13  we can just find a summary statement
14  that's not mine, that's the authors.
15    A.   Well, I'm not going to agree
16  until I read the whole paper.  Because
17  the summary statement would be their
18  opinions of the data, not mine.
19    Q.   Okay.  Do you agree that
20  this paper reports foreign body
21  granulomas in normal ovaries from Johns
22  Hopkins?
23    A.   That's the title of, but I
24  mean, just -- that's the title of the

Page 231

1  paper.  But again I just want to -- just
2  in casually pursuing it, cases, on the
3  first page, it says, "Cases in which
4  there were foci of reticular stroma with
5  or without inflammation" -- oh, sorry.
6    Q.   Yeah.
7    A.   "Cases in which there were
8  foci of reticular stroma with or without
9  inflammation that have been classically
10  referred to as 'cortical granulomas' but
11  have been referred to as endometriosis by
12  others."
13    And in cases, and then these
14  giant cell ones which may be cortical --
15  which may be, you know, granulomas.
16    But there's -- it seems --
17    Q.   Well, Group -- Group 3 --
18    MS. SHARKO:  Let him finish.
19  He said, "but there."
20    THE WITNESS:  Group 3 says
21  has been described -- I'm not a
22  gynecological pathologist.  I
23  can't comment on whether that's
24  really endometriosis or not.

Page 232

1  BY DR. THOMPSON:
2    Q.   Well Group 3 had granulomas.
3  Group 4 had a foreign body.
4    A.   There's nothing in there
5  that says that that's caused by talc.
6    MS. SHARKO:  If we're going
7  to use the paper, why don't you --
8  BY DR. THOMPSON:
9    Q.   Okay.  Go ahead and take --
10  go ahead and take a minute to review it.
11    A.   All right.  There's -- I
12  mean there's no evidence that this is --
13  there's nothing that says that it's
14  caused by talc.
15    MS. SHARKO:  Wait.  First,
16  read the paper.  Then she'll ask
17  you a question.  Okay.  There's no
18  question pending.  I don't think.
19    DR. THOMPSON:  I don't think
20  so either.  But I'm not sure.
21    MS. SHARKO:  Okay.  Well if
22  there is, you'll ask it again.
23  BY DR. THOMPSON:
24    Q.   So did this article report

Page 233

1  on foreign body granulomas that, when
2  tested using computer-assisted x-ray
3  analysis of the crystalline foreign body,
4  they were determined to be composed
5  largely of magnesium and silicone.
6    A.   Yes.  Okay.  Well, that's
7  what the paper says.  I am not an expert
8  in how one decides what a particle is.
9  So I can't comment whether this is
10  consistent with talc or not.
11    Q.   Okay.
12    A.   But I will -- can I finish?
13    I will notice that
14  44 percent of these patients had a
15  previous laparotomy -- a previous
16  laparotomy so that raised -- they could
17  have gotten from talc from the talcum
18  powder in the surgical gloves which was
19  probably present at the time.
20    So this is -- you know, I
21  don't think it's questionable that talc
22  can cause granulomas.  The question is
23  whether perineal talc causes granulomas.
24  And there's absolutely no evidence in

Benjamin G. Neel, M.D., Ph.D.

Page 234

1 this paper that I can see from my reading
2 that perineal talc causes granulomas in
3 the ovary.
4    Q.   But talc can cause granuloma
5 in the ovary, correct?
6    A.   I think that's -- yeah, talc
7 can definitely cause granulomas probably
8 in many body cavities, but I just to --
9 can I also -- can I finish, please?
10    Q.   There's no question on the
11 table.
12    A.   You just asked a question.
13    Q.   Well, you answered it.
14    A.   No.
15       MS. SHARKO:  You can -- no.
16 Finish your answer.
17       THE WITNESS:  The finishing
18    of my answer is that I think the
19    relevant point is foreign body
20    granulomas in normal ovaries,
21    there's absolutely no evidence in
22    these ovaries of pre neoplastic
23    changes.  So I think this actually
24    strongly supports my argument.  It

Page 235

1    doesn't argue against it.
2 BY DR. THOMPSON:
3    Q.   Are there pre-neoplastic
4 changes that can be observed in ovaries?
5    A.   In ovaries, yes.
6    Q.   What are those?
7    A.   So some cortical inclusion
8 cysts can show evidence of metaplastic
9 change.  But I -- they didn't just remove
10 the ovaries.  I assume they removed the
11 fallopian tubes too.  You don't need to
12 just remove ovaries.
13    Q.   You have no idea whether
14 they did or not, do you?
15    A.   Well, give me some time
16 here.  I don't know, but as a -- you
17 know, as a gynecological oncologist, you
18 would know that.
19    Q.   And you're not a GYN
20 pathologist as you just stated?
21    A.   That's correct.
22    Q.   Does the opinion about talc
23 being chemically inert, would that apply
24 to heavy metals like chromium, nickel, or

Page 236

1 cobalt?
2    A.   As again, my opinions are
3 based on and restricted to the talc that
4 was used in the papers that I reviewed
5 and epidemiological studies that I
6 commented on in my report.  So I can't
7 comment on any of these other questions
8 involving heavy metals or stuff like
9 that.
10    Q.   I understand.  But I'm going
11 to ask them regardless.
12    A.   That's fine.
13    Q.   So be patient.
14    A.   I'm patient.
15    Q.   So it's really irrelevant to
16 you whether or not talcum powder products
17 like Johnson's Baby Powder contain heavy
18 metals?
19    A.   It's irrelevant to me in the
20 context of whether they cause ovarian
21 cancer, because I'm basing my opinion on
22 the biological experiments using said
23 products and the epidemiological studies
24 that included or were focused on mainly

Page 237

1 the use of said products.
2    Q.   And it's irrelevant as far
3 as a biologically plausible mechanism as
4 well.  Would you agree with that
5 statement?
6    A.   My evidence -- my statement
7 on biological plausibility is based on
8 the purported evidence supporting the
9 case that talc is involved in ovarian
10 cancer, based on biological experiments,
11 or the absence of proof in those
12 experiments that talc causes any evidence
13 of ovarian cancer.
14       So it's based on that.
15    Q.   And are chemicals that are
16 known to be contained in Johnson's Baby
17 Powder as fragrances, would your opinion
18 that they're chemically inert also be
19 irrelevant?
20    A.   I'm not aware of what
21 chemicals are or are not in Johnson's
22 Baby Powder, so I can't comment on that
23 one way or the other.
24    Q.   So you don't have an opinion

Benjamin G. Neel, M.D., Ph.D.

Page 238

1 as to whether styrene, cumarin, eugenol,
2 d-limonene, p-Cresol, musk ketone, and
3 benzophenone, which are all possible or
4 known carcinogen, would render talcum
5 powder not chemically inert?
6          MS. SHARKO:  Object to the
7     form of the question.
8 BY DR. THOMPSON:
9     Q.   Did you understand the
10 question?
11    A.   That was sort of a double
12 negative.
13    Q.   It was.
14    A.   I'm trying to parse it.
15 And, you know --
16    Q.   Fair enough.
17    A.   -- my blood sugar dropped
18 after lunch.
19    Q.   Right.
20    A.   It's hard enough.
21    Q.   Are chemicals such as --
22 that are known to be possible or
23 suspected carcinogens -- are chemicals
24 like styrene, cumarin, eugenol,

Page 239

1 d-limonene, p-Cresol, musk ketone, and
2 benzophenone chemically inert?
3          MS. SHARKO:  I object to the
4     form of the question.  It lacks
5     foundation and it assumes facts
6     not in evidence.
7          THE WITNESS:  I am not a
8     toxicologist.  So I can't comment
9     on any of those specific
10    chemicals.
11 BY DR. THOMPSON:
12    Q.   So --
13    A.   And I don't have any
14 knowledge as to whether or not they're in
15 Johnson & Johnson products.  So I can't
16 comment.
17    Q.   So you would not be giving
18 any opinions as to whether those
19 chemicals that I just named off were
20 chemically inert or not?
21    A.   No, I will not be giving an
22 opinion on that.
23    Q.   Did you perform any studies,
24 experiments to test whether talcum powder

Page 240

1 products are chemically inert?
2     A.   No, I --
3          MS. SHARKO:  Objection.
4     Asked and answered.
5          THE WITNESS:  As I explained
6     this morning it's impossible for
7     me to do any experiments under the
8     conditions of my contractual
9     obligation to be an expert witness
10    in this case.
11         So, no, I did not perform
12    any experiments, nor do I plan to.
13 BY DR. THOMPSON:
14    Q.   Can you refer me to studies
15 that explicitly state that Johnson's Baby
16 Powder and Shower to Shower products are
17 chemically inert?
18    A.   No, I cannot refer you to
19 studies that state that.
20    Q.   Regarding your opinion, talc
21 does not cause mutations, you describe in
22 your report that cancer is a disease that
23 involves mutations and specific genes,
24 right?

Page 241

1     A.   Yes.
2     Q.   And --
3     A.   Where are we in my report,
4 please, so I can follow along.
5     Q.   We're still on Page 14 with
6 those opinions --
7     A.   Oh, okay.  All right.
8     Q.   -- opinions in bold?
9     A.   I see.  Sorry, yeah.
10    Q.   Do you agree that
11 carcinogens can be genotoxic or
12 non-genotoxic?
13    A.   Promoters can be -- again,
14 it comes down to a little bit of a
15 semantic argument.  I mean, primary
16 carcinogens are mutagens.  Some people
17 would -- as I said earlier this morning,
18 some people would class tumor promoters
19 that are not direct mutagens, as
20 carcinogens.
21         So I prefer to discriminate
22 between initiating events and promotion
23 events.
24    Q.   With a definition of

Benjamin G. Neel, M.D., Ph.D.

Page 242

1 carcinogenesis that includes initiation
2 and promotion, can you agree that
3 carcinogen can either be genotoxic or
4 non-genotoxic?
5     A.   Yes.
6     Q.   But your opinion is for
7 initiation purposes, that carcinogens
8 have to be genotoxic; is that correct?
9     A.   Yes.
10     Q.   And you are 100 percent
11 confident in that opinion?
12     A.   They have to be directly or
13 indirectly genotoxic.  They have to cause
14 damage to DNA, otherwise they are not
15 carcinogens.
16     Q.   And what do you -- what do
17 you mean by indirectly genotoxic?
18     A.   If they indirectly cause
19 reactive oxygen generation and the
20 reactive oxygen species cause the --
21 cause the mutations, that would be
22 indirectly genotoxic.
23     Q.   Wouldn't -- wouldn't some
24 scientists refer to that indirect

Page 243

1 mechanism as non-genotoxic?
2     A.   I -- I can't comment on what
3 other scientists would refer to.  If you
4 want to give me a specific literature
5 reference I can help out on that.
6     Q.   Okay.  I may need some help
7 with that one.  Because I believe that
8 I've seen that in the literature.
9         And does the opinion that
10 talc does not cause mutations apply to
11 Johnson's Baby Powder?
12     A.   It applies -- my opinions
13 again -- I'm sorry to be repetitive --
14 but my opinions refer to any of the
15 studies, epidemiological or biological,
16 that included Johnson & Johnson baby --
17 baby product and baby -- baby shower, and
18 to talc used in said studies that was not
19 from Johnson & Johnson.
20     Q.   You would agree that your
21 opinion that talc does not cause
22 mutations is not based on epidemiological
23 literature, right?
24     A.   I don't believe that

Page 244

1 epidemiological studies can address that
2 question directly.
3     Q.   That -- that was -- yeah.
4 That answered my question.  Thanks.
5     A.   I -- well, not standard
6 epidemiological studies.  New types of
7 epidemiological approaches could in
8 principle do that.  But that would be a
9 new approach.
10     Q.   So you're really referring
11 to the cellular studies when you give the
12 opinion that talc does not cause
13 mutation, correct?
14     A.   Yes.  And the fact that it
15 was tested in the Ames test for example,
16 and other standard toxicity tests.
17     Q.   I'll get to that in a
18 minute.
19         Does that opinion apply to
20 asbestos?
21     A.   I have no opinion
22 specifically on asbestos, as I told you
23 earlier.
24     Q.   And same thing with talc

Page 245

1 fiber or fibrous talc?
2     A.   Again, as I said earlier, my
3 comments are not relevant to that -- or
4 not --
5     Q.   How about heavy --
6     A.   My comments are not germane
7 to -- I have no comments on that.  Sorry.
8     Q.   And -- no apologies needed.
9         And how about the chemical
10 carcinogens that are possibly in Baby
11 Powder?
12     A.   I --
13         MS. SHARKO:  Object.  Object
14 to the form of the question.
15 Lacks foundation.
16         THE WITNESS:  So, same --
17 same answer as I said before.
18 My -- my opinions are restricted
19 to Johnson & Johnson products,
20 effects on cellular or animal
21 models in the context of mutation
22 generation.
23 BY DR. THOMPSON:
24     Q.   And did you perform any

Benjamin G. Neel, M.D., Ph.D.

Page 246

1 studies testing whether talcum powder
2 products cause mutations?
3          MS. SHARKO:  You know, asked
4     and answered.  This is about the
5     seventh time you've answered that.
6          DR. THOMPSON:  The question
7     has not been --
8          MS. SHARKO:  He has not done
9     any studies other than research.
10         DR. THOMPSON:  I'm -- but
11    I'm allowed to ask about a test
12    for mutations.  It's not the same
13    question.
14 BY DR. THOMPSON:
15    Q.   Go ahead.
16    A.   I have performed no studies
17 on Johnson & Johnson Baby Powder, baby
18 showers, any Johnson & Johnson product or
19 any form of talc in my own laboratory,
20 because I am prohibited from so doing as
21 a consequence of my institution's
22 conflict of interest rules.
23    Q.   Can you refer me to any
24 study that explicitly states that

Page 247

1 Johnson's Baby Powder and Shower to
2 Shower don't -- do not cause mutations?
3    A.   Not offhand, no.
4    Q.   Your next opinion is that
5 talc is not genotoxic.  And you state as
6 support of that, that -- on Page 16, that
7 "talc is universally acknowledged to be
8 non-genotoxic in standard mutagenesis
9 assays."
10         What assays are you
11 referring to?
12    A.   These are the genes test
13 which is a test of mutations.  I forgot
14 the name of the test, but it's a test of
15 chromosomal segregation defects.
16    Q.   And you --
17    A.   Actually, I just want to
18 state that, again, all of the regulatory
19 agencies agree with that statement,
20 including the FDA, and -- well, certainly
21 IARC.
22    Q.   Do you agree that standard
23 genotoxicity tests are not reliable for
24 the determination of the genotoxicity of

Page 248

1 particles and fibers?
2          MS. SHARKO:  Wait.  I
3     couldn't -- somebody coughed and I
4     couldn't hear the question.  Can
5     you say it again?
6 BY DR. THOMPSON:
7    Q.   Do you agree that standard
8 genotoxicity tests are not reliable for
9 the determination of the genotoxicity of
10 particles and fibers?
11    A.   I'm not an expert on
12 toxicology.  So I don't have a lot of
13 experience with genotoxicity of particles
14 and fibers.
15         But my point was that it's
16 not genotoxic, and that I stand by.
17    Q.   So you're saying it's not
18 genotoxic, but you don't have any
19 experience with genotoxicity of particles
20 and fibers?
21    A.   No, I'm saying that the
22 standard genotoxicity assays were done on
23 talc and it's not genotoxic.  Scientists
24 reach conclusions based on assays and

Page 249

1 experiments, not based on suppositions or
2 hypotheses.
3    Q.   My question was, are you
4 aware that the genotoxicity testing is
5 not accurate with particles and fibers?
6          MS. SHARKO:  So I object to
7     the form of the question.  That's
8     not what you asked him.  If that's
9     your question, he'll be happy to
10    answer that.
11         DR. THOMPSON:  Okay.  I'll
12    ask that question then.
13 BY DR. THOMPSON:
14    Q.   Are genotoxicity tests
15 accurate when testing particles and
16 fibers?
17    A.   Accurate in terms of what?
18    Q.   Reliable.
19    A.   Reliable in terms of what?
20    Q.   Well, your statement is
21 "talc is universally acknowledged to be
22 non-genotoxic in standard mutagenesis
23 assays."
24         And I'm asking you, do you

Benjamin G. Neel, M.D., Ph.D.

Page 250

1  have knowledge regarding the reliability
2  of those tests in products that are --
3  have particles or fibers?
4      A.   The tests are extremely
5  reliable.  They measure genotoxicity.
6  Whether you use a particle, fiber, any
7  chemical, they measure genotoxicity.
8      Q.   Okay.
9      A.   That's not -- the issue is
10 whether there are other types of assays
11 that might yield a different result, and
12 I have no expertise on particles and
13 fibers beyond the fact that standard
14 assays of genotoxicity do not show any
15 mutagenesis.
16         And that's -- that's true to
17 the best of my knowledge.
18         (Document marked for
19 identification as Exhibit
20 Neel-22.)
21 BY DR. THOMPSON:
22     Q.   This is -- I just marked
23 Exhibit 22.  It is an article titled
24 "Mechanisms of Genotoxicity of Particles

Page 251

1  and Fibers."
2         Have you seen this article
3  before?
4      A.   No.
5      Q.   Do you -- would you like to
6  take a minute to look through it?
7      A.   I mean it will take me at --
8  at least an hour to read this paper.
9      Q.   Okay.  Well, we won't spend
10 an hour.  Let's just go to the chart --
11     MS. SHARKO:  Well, no, it's
12     not fair to ask him about it if
13     he's not seen it before or read
14     it.
15     DR. THOMPSON:  Okay.  We'll
16     go off the record for an hour
17     then.  It will be fine.
18     MS. SHARKO:  No, why should
19     we go off the record?  You want to
20     use this --
21     DR. THOMPSON:  Because
22     that's what we've always done when
23     an expert needs longer time to go
24     through an article than seems to

Page 252

1  be reasonable.
2      MS. SHARKO:  No, I -- I
3  disagree.  I don't know that
4  that's what we've always done.  If
5  you want to use your deposition
6  time to have him read it, then
7  we're not going off the record.
8      DR. THOMPSON:  I'm going to
9  use my deposition time to have him
10 look at the chart on Page 70.
11     THE WITNESS:  I can see the
12 chart.
13 BY DR. THOMPSON:
14     Q.   Is that chart consistent
15 with what your opinions would be
16 regarding genotoxicity of particles and
17 fibers?
18     A.   As I said, I'm not an expert
19 in particle and fibers.  And I have no
20 comment on this paper because I would
21 have to really read the entire thing.
22 And also I would have to go through the
23 literature and see what's been written
24 since 2012 -- 2002 on this subject.

Page 253

1         Again, 2002 is a long time
2  ago in cancer biology.  And I have no
3  knowledge offhand whether this is even
4  considered to be state of the art.
5      Q.   Okay.  All right.  We'll
6  move on.
7      A.   So I have no comment.
8      Q.   We'll move on.  Did you
9  perform any studies to test whether
10 talcum powder products are not genotoxic?
11     MS. SHARKO:  Objection.
12     Asked and answered.
13 BY DR. THOMPSON:
14     Q.   You can answer again.
15     A.   As I said --
16     Q.   You don't have to give the
17 explanation.  Just say yes or no.
18     A.   No.
19     MS. SHARKO:  No, you should
20     give a complete answer.  You can't
21     just keep asking a question and
22     hope for a sound byte.  He hasn't
23     done any studies.  We stipulated
24     that.

Benjamin G. Neel, M.D., Ph.D.

Page 254

1    MS. O'DELL:  Object to the
2  form, Susan.
3    DR. THOMPSON:  Hey, I don't
4  need the -- I do not need the
5  speaking objection.
6    MS. O'DELL:  Or coaching the
7  witness.
8    MS. SHARKO:  He clearly
9  doesn't need coaching, especially
10  when you've asked the same
11  question like ten times.
12    MS. O'DELL:  Not that that's
13  restrained you at all.  It's
14  coaching the witness.  Object to
15  form is the appropriate objection.
16  BY DR. THOMPSON:
17    Q.   Can you refer me to any
18  studies that explicitly state that
19  Johnson & Johnson Baby Powder and Shower
20  to Shower are not genotoxic?
21    MS. SHARKO:  Objection.
22  Asked and answered.
23    THE WITNESS:  I think you
24  asked that already, but no.

Page 255

1  BY DR. THOMPSON:
2    Q.   And your opinion is that, on
3  Page 14, talc does not cause inflammation
4  in the female genitourinary tract.  What
5  are you basing that opinion on?
6    A.   I just want to clarify.  I
7  was referring -- I was a little -- not
8  very clear in saying I'm referring to the
9  type of inflammation that usually is
10  associated with cancer.
11    So talc will potentially
12  cause a foreign body granuloma in the
13  female genital tract.  But there's no
14  evidence that foreign body granulomas are
15  associated with ovarian cancer
16  pathogenesis.
17    So I may have been a little
18  loose with my terminology with that
19  particular part.  But the point is that
20  talc does not cause precancerous
21  inflammation or cancer-promoting
22  inflammation in the female genital tract.
23  That's my point.
24    Q.   Is that referring to female

Page 256

1  humans or would that include animals as
2  well?
3    A.   That would refer to both.
4    Q.   You do agree, then, that
5  talcum powder is known to be inflammatory
6  in other tissues?
7    MS. SHARKO:  Object to the
8  form.
9    THE WITNESS:  You have asked
10  that in a different way before.
11  But let me try to give the same
12  answer so that it's clear.
13    If you inject talc into a
14  body cavity, it can cause a
15  foreign body reaction, which some
16  people cause -- call granuloma --
17  granulomatous inflammation.
18    So yes, talc can cause
19  foreign body reactions or
20  granulomas.
21    However, to my knowledge,
22  there is no evidence that talc
23  causes other -- causes
24  cancer-associated inflammation,

Page 257

1  particularly in the female genital
2  tract where the direct experiment
3  has been done and indirect
4  experiments have been done.  And
5  the evidence, including some
6  evidence that you showed me, is
7  inconsonant with the idea that
8  it's causing cancer-promoting
9  inflammation.
10  BY DR. THOMPSON:
11    Q.   And you're familiar with the
12  animal studies done with talc, correct?
13    A.   Which animals studies?  I'm
14  familiar with several animal studies.  If
15  you want to cite a particular one, I'm
16  happy to talk about it.
17    (Document marked for
18    identification as Exhibit
19    Neel-23.)
20  BY DR. THOMPSON:
21    Q.   I'll mark as Exhibit 23 as
22  the Keskin rat study.  Have you seen this
23  one, Dr. Neel?
24    A.   Yes, I cite that in my

Benjamin G. Neel, M.D., Ph.D.

Page 258

1  report.
2      Q.   Okay.  And the Keskin
3  study -- did find that the rats that were
4  exposed to talc had evidence of foreign
5  body reaction and infection along with an
6  increase in inflammatory cells in the
7  genital tissues, right?
8      A.   So can we be -- let's --
9  let's just go through the findings
10  actually on page -- the first page.  "In
11  both groups exposed to talc, evidence of
12  foreign body reaction" --
13      MS. SHARKO:  Slow down.
14  Slow down.
15      THE WITNESS:  Sorry.
16      -- "and infection along with
17  an increase in inflammatory
18  cells."
19      So again, foreign body
20  reaction I've already stipulated
21  can be caused by talc.  However,
22  the infection causes the
23  inflammation.
24      So I mean, these rats got

Page 259

1      infected.  So infection will cause
2      inflammation.  But talc is not
3      known to cause infection, as far
4      as I know.
5      So this study is not
6      relevant to the issue, except for
7      the fact that it does cause
8      granulomas, which was seen in
9      other studies.
10  BY DR. THOMPSON:
11      Q.   So you think that the
12  infection is -- that resulted in these
13  animals were completely unrelated to the
14  talc?
15      A.   I can't comment on what the
16  sterile technique was in this laboratory
17  or what other agents they were exposed to
18  in this laboratory.
19      But I think that it's not
20  alleged as far as I understand that talc
21  causes infections as part of the
22  plaintiffs' case.
23      Q.   So you don't know one way or
24  the other, as far as this study, where

Page 260

1  the infection came from, correct?
2      A.   No.  But I do know that
3  infections cause inflammatory cells to
4  come there.  So you can't conclude
5  anything about the nature of the
6  inflammation.  If you have an infection,
7  you will definitely get white blood cells
8  coming in, as any first year medical
9  student knows.
10      Q.   Are you familiar with the
11  Hamilton study?
12      A.   Yes.
13      Q.   Another rat study.
14      (Document marked for
15  identification as Exhibit
16  Neel-24.)
17  BY DR. THOMPSON:
18      Q.   And in this study with
19  rats --
20      MR. ZELLERS:  Is this
21  Exhibit 24?
22      DR. THOMPSON:  I'm sorry.
23  Yes, Exhibit 24.
24  BY DR. THOMPSON:

Page 261

1      Q.   The treated animals showed
2  focal areas of papillary change on the
3  surface epithelium, correct?
4      A.   That's what they reported,
5  yes.
6      Q.   The authors did not conclude
7  that the papillary changes represented
8  first stage in development of a surface
9  papillary epithelial neoplasm, right?
10      A.   Excuse me?  Can you repeat
11  the question.
12      Q.   Yeah, the authors --
13      A.   And what review?  Refer
14  me --
15      Q.   Well, let's just -- let's
16  just read the authors' conclusions.
17      A.   Sure.
18      Q.   We'll just leave it at that
19  one.  I can't find my spot.
20      You mentioned earlier that
21  you did not know why the FDA removed
22  powder from exam and surgical gloves,
23  right?
24      A.   I didn't know that the FDA

Benjamin G. Neel, M.D., Ph.D.

Page 262

1  did it, and I certainly didn't know why
2  they did it.
3        (Document marked for
4     identification as Exhibit
5     Neel-25.)
6  BY DR. THOMPSON:
7     Q.   Exhibit 25 is the FDA
8  register.
9        MR. ZELLERS:  Do you have
10  copies?
11        DR. THOMPSON:  Oh, I do.
12  Sorry.
13  BY DR. THOMPSON:
14     Q.   Beginning on the bottom
15  right of that first page, "Banned
16  devices, powdered" -- sugar -- "surgeon's
17  gloves, powdered patient examination
18  gloves and absorbable powder for
19  lubricating surgeon's glove."
20        So does that tell you that
21  the FDA banned powder use on gloves?
22     A.   Sounds like it.
23        MS. SHARKO:  But again, he
24  hasn't seen this.  If you want to

Page 263

1  --
2        DR. THOMPSON:  Well, he can
3  tell me if he needs to -- he can
4  tell me if he needs to see it.
5        He doesn't even know how --
6  what my question is going to be.
7        The first was what was the
8  title of the regulation.
9        THE WITNESS:  The title is
10  "Banned devices:  Powdered
11  surgeon's gloves, powdered patient
12  examination gloves, and absorbable
13  powder for lubricating a surgeon's
14  gloves."
15  BY DR. THOMPSON:
16     Q.   So I -- I read it correctly
17  too, right?
18     A.   I think so.
19     Q.   And this was published
20  December 19th of 2016, right?
21     A.   Oh, I'm sorry, you're
22  asking?  December -- where does it say
23  where it's published?
24     Q.   At the top of the page.

Page 264

1     A.   Yes.  December 2016.
2     Q.   And in the first paragraph
3  on purpose, in the executive summary the
4  document states, "However" -- well, sorry
5  about that.
6        "Various types of powder
7  have been used to lubricate gloves so
8  that wearers could don the gloves more
9  easily."
10        MS. SHARKO:  Wait, where are
11  you?
12        THE WITNESS:  The bottom --
13        DR. THOMPSON:  The bottom of
14  the first paragraph under
15  executive summary, "Purpose and
16  coverage of the final rule."
17  BY DR. THOMPSON:
18     Q.   "However, the use of powder
19  on medical gloves presents numerous risks
20  to patients and healthcare workers,
21  including inflammation, granulomas and
22  respiratory allergic reactions."
23        Did I read that right?
24     A.   You read it right.  But it's

Page 265

1  a poorly written sentence, so it's not
2  clear what refers to what.
3     Q.   But it states that
4  inflammation was -- and granulomas were
5  at least part of the reason why powder
6  was removed from surgical gloves and
7  examination gloves, right?
8     A.   So the way the -- the way
9  the sentence is written is not very
10  accurate.  So it's not clear whether they
11  are saying inflammation of a different
12  type and the granulomas.  Or whether
13  they're -- they're basically saying
14  they're both saying the same thing.
15        And it's also not saying
16  whether the risk is to the patient or to
17  the healthcare worker.  And it's also not
18  saying that it involves talc.
19        So it's a very poorly
20  written sentence that doesn't allow me to
21  offer a very precise opinion which
22  scientists like to do.
23     Q.   Okay.  You cite I believe
24  the Heller study as evidence that talc

Benjamin G. Neel, M.D., Ph.D.

Page 266

1  does not have an inflammatory effect on
2  the ovaries, right?
3      A.   I cite two studies.  But one
4  of them is Heller, yes.
5      Q.   Are you aware that Heller
6  only looked at one specimen out of 24
7  histologically?
8      A.   I'd have to go back and look
9  at the paper again.
10      Q.   If Heller only looked at one
11  specimen, would that be evidence of what
12  was in the other 23 specimens?
13          MS. SHARKO:  Can we get a
14      copy of Heller?  Please?
15          (Document marked for
16      identification as Exhibit
17      Neel-26.)
18  BY DR. THOMPSON:
19      Q.   This will be Exhibit 26,
20  Heller paper, "The Relationship Between
21  Perineal Cosmetic Talc Usage and Ovarian
22  Talc Particles."
23          MS. SHARKO:  Thank you.
24  BY DR. THOMPSON:

Page 267

1      Q.   And I'm looking at the last
2  paragraph of the results section,
3  Dr. Neel.
4          And it says, "In one subject
5  we studied both ovaries.  On the right
6  side we detected no talc.  On the left
7  side" -- "by electron microscopy and 556
8  particles by light microscopy.  And on
9  the left side we detected 1,669,000
10  particles per gram of wet weight by
11  electron microscopy and six particles by
12  light microscopy.
13          "Hematoxylin and Eosin
14  stained slides from the analyzed sections
15  of tissues were examined.  There was no
16  evidence of response to talc such as
17  foreign body giant cell reactions or
18  fibrosis in the tissue."
19      A.   It's -- I mean, it's not
20  clear to me whether they only looked at
21  those, at the sections from the -- the
22  one subject above or not.  Or whether
23  they looked at all of them.
24      Q.   Do you see anywhere in the

Page 268

1  paper that they looked at any sections
2  using H&E light microscopy besides this
3  one --
4      A.   It's not clear from the way
5  this is written that that's the only --
6  that they are saying that it -- from --
7  that those are the only analyzed
8  sections.  But, you know.
9      Q.   But -- but you can conclude
10  from your reading of this that Heller
11  found no inflammatory reaction in the
12  ovaries of cells with -- of -- in the
13  ovaries of these subjects that they found
14  talc?
15      A.   Well, they don't report on
16  it, so it's not evidence that there is
17  inflammation in the ovary.
18      Q.   Well, you cited this paper,
19  right?
20      A.   Yeah, I did cite to it --
21      Q.   For that purpose?
22      A.   Yeah.  I said that there was
23  no evidence.
24      Q.   And you'll agree that there

Page 269

1  is no evidence of more than one being
2  looked at, right?
3      A.   As I said, I can't tell from
4  the way that's written whether it was all
5  of them or not.  The major point for
6  citing this was that there was no
7  correlation between reported perineal
8  talc use and the presence of particles
9  assumed to be or -- or argued to be talc
10  in the ovaries.  That was the major
11  reason for citing it.
12      Q.   While we are on --
13      A.   We already have direct
14  evidence on the animal studies about what
15  talc does in ovaries.
16      Q.   You cited the paper.
17      A.   I did and I said --
18      Q.   Okay.
19      A.   -- that they argued strongly
20  that perineal talc use does not
21  accurately reflect potential exposure.
22  And I stand by that statement.  That's
23  exactly what the paper concludes.
24      Q.   While we are on the Heller

Benjamin G. Neel, M.D., Ph.D.

Page 270

1 paper.
2         Do you intend to give
3 opinions as to whether perineal talc
4 powder can migrate or be transported to
5 the distal fallopian tube, ovary or
6 perineal cavity?
7     A.   I intend to say that the
8 evidence is inconclusive.
9     Q.   So you will say -- you will
10 say that there is evidence on both sides?
11     A.   I say the preponderance of
12 the evidence is negative.
13     Q.   What do you use for the
14 preponderance of the evidence being
15 negative?
16     A.   The best -- the best study
17 is one that was done in monkeys by
18 Whelan.  All of the other studies are
19 potentially confounded by artifact.
20     Q.   Is -- is it plausible that
21 talcum powders -- talcum powder applied
22 to the perineum can reach the fallopian
23 tube, ovary and perineal cavity?
24     A.   Is it plausible?  I think

Page 271

1 it's unresolved.  I can't say it's
2 plausible or implausible.  It's
3 unresolved.  It's -- it's unresolved.
4 The strongest evidence says no.
5     Q.   And you cite as -- the -- as
6 part of your opinions, this FDA citizen's
7 response letter, correct?
8     A.   Mm-hmm.
9     Q.   And it's marked as exhibit
10 something.
11         I didn't write it on the
12 thing.
13         If you go to the --
14         MS. SHARKO:  Go to exhibit
15 something?
16 BY DR. THOMPSON:
17     Q.   Give it -- go to exhibit
18 something and we'll take a break after.
19         MR. ZELLERS:  It's 18.
20         DR. THOMPSON:  Exhibit 18.
21 Thank you, Mr. Zeller.
22 BY DR. THOMPSON:
23     Q.   And on Page 5, I'm reading
24 the paragraph that starts with while

Page 272

1 there exists.
2         "While there exists no
3 direct proof of talc and ovarian
4 carcinogenesis, the potential for
5 particulates to migrate from the perineum
6 and vagina to the perineal cavity is
7 indisputable.  It is, therefore,
8 plausible that perineal talc and other
9 particulate that reach the endometrial
10 cavity, fallopian tubes, ovaries and
11 peritoneum may elicit a foreign body type
12 reaction and inflammatory response that
13 in some exposed women may progress to
14 epithelial cancers.
15         "However, there was no
16 conclusive evidence to support
17 causality."
18         MS. SHARKO:  There has been.
19         DR. THOMPSON:  "Has been no
20 conclusive evidence to support
21 causality."
22 BY DR. THOMPSON:
23     Q.   So even though the FDA
24 determined that the potential for the

Page 273

1 particulates to migrate is indisputable,
2 you're still saying that the
3 preponderance of the evidence based on
4 one monkey study is against it?
5     A.   Well, it's not one monkey
6 study, first of all.  It's two monkey
7 studies.  And one --
8     Q.   But by the same -- by the
9 same Johnson & Johnson consultant, right?
10     A.   He's -- I don't know that
11 they're a Johnson & Johnson consultant.
12     Q.   Did you look at the conflict
13 of interest disclosure?
14     A.   No, I didn't.  But it's --
15 the study was done in the more accurate
16 way than the other two studies.  And it
17 actually produced very clear evidence of
18 potential confounding artifact in the --
19 in the studies that have been done
20 before.
21     Q.   So --
22         MS. SHARKO:  Wait.  Let him
23 finish.
24         THE WITNESS:  So the fact is

Benjamin G. Neel, M.D., Ph.D.

Page 274

1  that one very well-designed study
2  beats multiple poorly designed
3  studies in science. It's not a
4  plebiscite.
5  BY DR. THOMPSON:
6  Q.   You're saying that two
7  monkey studies by a Johnson & Johnson
8  consultant outweigh a vast body of
9  literature on various substances,
10  including particulates being transported,
11  migrating to the ovaries, to reach your
12  conclusion that the preponderance of the
13  evidence is against migration or
14  transport to particles?
15       MS. SHARKO:  I object to the
16  form of the question.  Lacks
17  foundation.
18       THE WITNESS:  You haven't
19  provided me with any -- vast
20  literature?  You provided me with
21  two poorly designed studies.  So I
22  don't know what you're talking
23  about.  If you want to show me
24  other studies, I'll be happy to

Page 275

1  read them and give my opinion on
2  them.
3       However, it is well known
4  that particle -- that radioactive,
5  you know, materials can leach off
6  of albumin particles.  And also
7  the study showing that carbon
8  black is present -- it is true
9  that the Egli study did not use --
10  did not do a control where they
11  just used the solutions
12  themselves.
13       So again the point raised by
14  Whelan is a reasonable point,
15  whether he's a consultant for
16  Johnson & Johnson or not.  Science
17  is science.  It doesn't matter who
18  does it.
19  BY DR. THOMPSON:
20  Q.   Are the FDA not scientists
21  that say it's indisputable?
22  A.   I don't know what -- the FDA
23  doesn't reference anything here, so I
24  can't comment on the studies.  Maybe they

Page 276

1  know of something that I don't know.  But
2  what I'm saying is this -- this --
3  this -- you can't just make a statement
4  without referencing it and then assume
5  that -- and assume that scientists are
6  going to take it at face value.  We have
7  to see the evidence.  That's what we work
8  with, evidence.
9  Q.   You really need evidence to
10  show that something can go from the
11  perineum through the genital tract?
12  A.   Well, sperm can go there.
13  But they have -- but they have, you know,
14  flagella.  I'm not aware of talc having
15  flagella.
16  Q.   Okay.  Are you aware of the
17  sperm studies that show dead sperm and
18  sperm particles can migrate through the
19  genital tract?
20  A.   I don't know what studies
21  you are talking about.  But if you want
22  to give me studies --
23  Q.   Okay.  Let me get them.
24  A.   -- I'll be happy to look at

Page 277

1  studies and --
2  Q.   We'll take a break and get
3  them.
4  A.   -- see if I think they are
5  reliable.
6  Q.   Okay.  We'll take a break
7  and come back and go through the studies.
8       THE VIDEOGRAPHER:  The time
9  is 2:10 p.m.  Off the record.
10       (Short break.)
11       THE VIDEOGRAPHER:  We are
12  back on the record.  The time is
13  2:28 p.m.
14  BY DR. THOMPSON:
15  Q.   Dr. Neel, has your research
16  over the last 30 years -- plus years, had
17  anything at all to do with the physiology
18  of the female genital tract?
19  A.   No.
20  Q.   Have you written any papers
21  that have anything to do with the
22  physiology of the female genital tract?
23  A.   No.
24  Q.   Prior to being contacted by

Benjamin G. Neel, M.D., Ph.D.

Page 278

1 the lawyers in this case, did you have
2 any knowledge of the literature regarding
3 the potential migration or transport of
4 particles through the female genital
5 tract?
6     A.   Only sperm.
7     Q.   Only?
8     A.   Only sperm.
9     Q.   Only sperm.  And were you
10 aware of the literature regarding sperm
11 particles or dead sperm being transported
12 through the genital tract?
13     A.   No.
14     Q.   Were you aware of the
15 literature that sperm moved more quickly
16 through the genital tract than would be
17 expected just from the motility of the
18 flagella?
19     A.   I'm not aware of any studies
20 on that issue.
21     Q.   Did you have any knowledge
22 of the concept of the uterine peristaltic
23 pump, which actually facilitates the
24 migration or transport of particles?

Page 279

1     A.   Not that I recall.
2     Q.   Would you agree that a
3 gynecologist or GYN oncologist would have
4 a greater understanding of the migration
5 or transport of particles through the
6 genital tract?
7     A.   They might have a greater
8 understanding of what's published in
9 textbooks, but they wouldn't necessarily
10 be any better than I am at evaluating
11 literature on the subject.
12     Q.   But they would have more
13 firsthand knowledge and experience --
14     A.   As I said.
15     Q.   -- in their practice,
16 wouldn't they?
17     A.   I don't think the practice
18 of gynecological oncology addresses the
19 issue of the migration of particles
20 through the genital tract.  So I don't
21 think so necessarily, no.
22     Q.   They would be more familiar
23 with the anatomy of the genital tract,
24 right?

Page 280

1     A.   I think anybody who has gone
2 to medical school is pretty familiar with
3 the general anatomy of the genital tract.
4     Q.   You don't think
5 gynecologists have a more in-depth
6 understanding of anatomy than other
7 non-GYN doctors?
8     A.   I think they do have a more
9 detailed understanding of anatomy.  That
10 doesn't necessarily mean they have a more
11 detailed understanding of anatomy that is
12 necessary to make a conclusion about
13 particles moving through the genital
14 tract.  That doesn't require a very
15 complex surgical description of the
16 genital tract.
17     Q.   Do they have more
18 understanding of the physiology of the
19 reproductive tract?
20     A.   I would hope so, yeah.
21     Q.   Let's go to the Taher
22 article.  That would be Exhibit --
23     A.   20.
24     MS. SHARKO:  20.

Page 281

1 BY DR. THOMPSON:
2     Q.   20.  And this -- this is the
3 article that you were referring to in
4 your report when you referenced Health
5 Canada, right?
6     A.   Yes.  And now I -- now I
7 recall where my statement came from in my
8 report.
9         So if you look at the bottom
10 of Page 1, it says, "For information
11 contact Dr. Donald R. Mattison."  It has
12 his contact information.  And it says,
13 "Materials submitted to Health Canada."
14         So that was where I got the
15 information that this was commissioned by
16 Health Canada.  I may have misinterpreted
17 that.  But that's where I got the
18 information from.  And I think there's an
19 allusion to that also in the end.  But
20 I'd have to look through it.  If you want
21 me to, I will.
22     Q.   Let's go to the chart on
23 Page 26.  And --
24     A.   Hold on.  I'm not there yet.

Benjamin G. Neel, M.D., Ph.D.

Page 282

1  That in the middle of a chart.  It's the
2  middle of the chart.  Do you want to
3  just --
4      Q.  26.
5      A.  -- on Page 26.
6      Q.  I want to look at the --
7      A.  It continues on three pages.
8      Q.  Yeah, I want to look at the
9  biological plausibility --
10     A.  Okay.
11     Q.  -- section of the chart on
12 Page 26.
13         And this Taher article
14 states, under biological plausibility,
15 "Particles of" -- "of talc appear to
16 migrate into the pelvis and ovarian
17 tissue causing irritation and
18 inflammation."
19         Do you agree that that's a
20 biologically plausible mechanism?
21     A.  If the data supporting it
22 were convincing, or even close to
23 convincing, yes.  But they are not.
24         And so I agree that

Page 283

1  conceptually that would be a reasonable
2  mechanism.  But they don't have -- the --
3  the actual studies are poor or
4  nonexistent in terms of evidence.
5      Q.  So your opinion, with that
6  first statement, is you would need
7  convincing evidence to have that be a
8  biologically plausible mechanism?
9      A.  I would need some
10 scientifically credible evidence.  All of
11 the publications that I have -- that I
12 have found that address this issue, and
13 I'm happy to review other ones with you,
14 all of the ones that I've found are
15 really poor or they don't say that this
16 is true.
17     Q.  The second one, bullet point
18 under biologically -- biological
19 plausibility says, "Transport of talc via
20 perineal stroma and presence in ovaries
21 documented."
22         Do you agree that that is a
23 biologically plausible part of the
24 mechanism?

Page 284

1      A.  So actually, if you look at
2  the report somewhere else, it says that
3  data on talc migration are inconsistent.
4  So we'll have to go through the entire
5  report to find that sentence.
6          But I don't think that you
7  should take this chart or this table and
8  state that as what the conclusion of the
9  report is because it's out of context.
10     Q.  Well, this is Dr. Taher's
11 chart that is titled "Summary of
12 Evidence."
13     A.  Well, Dr. Taher also wrote
14 that data on talc migration were
15 inconsistent.  So we can look through it
16 and find out where that is, but I
17 wouldn't put that in my report unless I
18 saw it in this paper.
19         And Dr. Taher, I believe, is
20 an epidemiologist.  So he -- he's not
21 really qualified to comment on biological
22 plausibility based on cellular mechanisms
23 anyway.
24     Q.  So in your opinion, an

Page 285

1  epidemiologist is not qualified to
2  testify as to cellular mechanisms?
3      A.  Unless they are trained in
4  cellular molecular biology as well, no.
5      Q.  Okay.  Do you disagree with
6  the authors of the Taher paper?
7      A.  What -- which parts of the
8  authors they state in these statements?
9      Q.  In this biological
10 plausibility section.
11     A.  I think that, yes, I do
12 disagree with several of the statements
13 in the biological plausibility section.
14 Including the particles of talc appear to
15 migrate to the pelvis and ovarian tissue,
16 I think that remains unclear.
17         The fact that they cause
18 irritation and inflammation.  Particles
19 of talc cause granulomas.  There's no --
20 I don't know what irritation means.
21 That's not a scientific term as you know.
22         And transport of talc via
23 perineal stroma.  I don't really know
24 what perineal stroma means.  Stroma

Page 286

1 actually is something that is
2 subepithelial, so I don't know what that
3 refers to. It's probably a misprint.
4        And presence in the ovaries
5 documented. We've already discussed
6 presence in the ovaries. But we haven't
7 established that that is from transport.
8    Q.   Could -- could evidence be
9 inconclusive and both sides be plausible
10 in your mind?
11    A.   Can evidence be inconclusive
12 and plausible at the same time? No.
13    Q.   So if you have differing
14 evidence on an issue, neither one could
15 be plausible, is that your opinion?
16    A.   No. Good evidence is
17 plausible. Bad evidence is not. It's
18 not a plebiscite. It's not an election.
19 It's not like you get a bunch of people
20 on one side and a bunch of people on the
21 other, and you take testimony and -- and
22 you tally up who gets what.
23        It's which evidence is
24 plausible scientifically and that has to

Page 287

1 do with the quality of the data and the
2 convincingness of the evidence. And
3 that's not a plebiscite.
4    Q.   So -- so you don't see a
5 situation where the evidence could be
6 credible on both sides of a scientific
7 question?
8    A.   If two people do the same
9 experiment and they get different
10 results, and neither one -- and there --
11 if two people do the same experiment and
12 they get different results, one of them
13 is right and one of them is wrong.
14        That's the essence of
15 science. It's empirically observable and
16 reproducible. So that's my opinion.
17    Q.   So science is either right
18 or wrong?
19    A.   Or good or bad. Yes.
20        Science is either right or
21 wrong by definition.
22    Q.   You mentioned earlier that
23 you are at least aware of the treatise
24 commissioned by the National Academies of

Page 288

1 Science, Engineering, Medicine, and
2 supported by the CDC, that was a book
3 actually titled "Ovarian Cancer:
4 Evolving paradigms in research and care."
5        Correct? Do you remember
6 that?
7    A.   You'll have to show --
8        MS. SHARKO:  Object to the
9 form of the question.
10        THE WITNESS:  I said I had
11 seen several, you know, summary
12 reviews.
13        You'd have to show me the
14 exact.
15 BY DR. THOMPSON:
16    Q.   I will. I just -- I had
17 remembered this morning that you were
18 aware that this had been published. But
19 I'm going to show it to you regardless.
20        (Whereupon, a discussion was
21 held off the record.)
22        DR. THOMPSON:  27.
23 Exhibit 27 will be "Ovarian
24 Cancer:  Evolving paradigms in

Page 289

1 research and care."
2        (Document marked for
3 identification as Exhibit
4 Neel-27.)
5 BY DR. THOMPSON:
6    Q.   I did not print the whole
7 book. I did print the entire chapter
8 that I'm going to be referencing.
9        And --
10        MR. ZELLERS:  Margaret, do
11 you have one more of them?
12        DR. THOMPSON:  I don't. I
13 just -- oh, I do. I'm sorry.
14        MS. SHARKO:  Do you have a
15 paperclip? May I have that
16 paperclip?
17        DR. THOMPSON:  You are so
18 demanding.
19        MS. SHARKO:  Thank you.
20 BY DR. THOMPSON:
21    Q.   And on page little Roman
22 numeral ix preface, "This congressionally
23 mandated report sponsored by the Centers
24 for Disease Control and Prevention

Benjamin G. Neel, M.D., Ph.D.

Page 290

1 assesses the state of research on ovarian
2 cancers from multiple perspectives and by
3 multiple disciplines."
4         Did I read that right, the
5 first sentence of --
6     A.   Yeah.
7     Q.   -- of --
8     A.   I have not seen this report
9 before, so --
10    Q.   Okay.
11    A.   -- just so you know.
12    Q.   And this paper -- or this
13 book actually, was authored by a
14 committee of -- approximately 15 authors,
15 correct?
16    A.   Yes.
17    Q.   And this book also was
18 reviewed by another, it looks like ten or
19 so reviewers, correct?
20    A.   Yes.
21        MS. SHARKO:  Just for the
22    record, we don't have a book in
23    front of us.  We have --
24        DR. THOMPSON:  Okay.  The

Page 291

1    chapter from the book.
2        MS. SHARKO:  Okay.  Thank
3    you.
4 BY DR. THOMPSON:
5    Q.   Let's go to -- and this, the
6 chapter that I did take from this book is
7 titled "Prevention and Early Detection."
8        And if you'll go to
9 Page 110.  The topic heading --
10    A.   Okay.  I see the numbers
11 now.
12        MS. SHARKO:  And the witness
13    should have the opportunity --
14        DR. THOMPSON:  Susan, we
15    don't need any speaking
16    objections.  How many times do we
17    need to tell you that?
18        MS. SHARKO:  Well, I'll
19    ignore --
20        DR. THOMPSON:  And there --
21    the witness is perfectly --
22        MS. SHARKO:  I'll ignore
23    your rudeness.  It's not an --
24    it's not -- it's not an objection.

Page 292

1    It's an observation.
2        DR. THOMPSON:  Well, we
3    don't need your speaking
4    observation.  Dr. Neel can -- can
5    let me know if he needs time to
6    look at whatever it is I'm showing
7    him.
8 BY DR. THOMPSON:
9    Q.   Dr. Neel, this section on
10 Page 110 titled "Inflammation" is under
11 the heading behavioral and inflammatory
12 risk factors.
13        And I'm going to read the
14 first part of this paragraph.  "Studies
15 of the inflammatory marker C-reactive
16 protein suggest a possible association
17 between inflammation and an increased
18 risk of ovarian cancer."  There are two
19 cites.
20        "Other specific inflammatory
21 factors have also been associated with
22 ovarian cancer.  A meta-analysis reported
23 that exposure to asbestos was associated
24 with a 77 percent increased risk of

Page 293

1 ovarian cancer mortality," citing
2 Camargo, "and the International Agency
3 for Research on Cancer determined that
4 there was sufficient evidence to support
5 a causal relationship between asbestos
6 exposure and ovarian cancer," citing
7 Straif.
8        "This has led to studies of
9 talc use, which is chemically similar to
10 asbestos and can cause an inflammatory
11 response.  The use of talcum powder has
12 been associated with a 20 to 30 percent
13 increased risk of ovarian cancer,
14 although it has been shown" -- "show to
15 vary by histologic subtype."
16        Did I read that correctly?
17        MS. SHARKO:  No.  You left
18    out the word "perineal."
19        THE WITNESS:  Yeah, perineal
20    talc.
21 BY DR. THOMPSON:
22    Q.   Okay.  Thank you.  Anything
23 else?
24    A.   I think you read that

Benjamin G. Neel, M.D., Ph.D.

Page 294

1 correctly.
2    Q.   Okay.  So the state of the
3 art committee that was commissioned by
4 the National Academy of Science
5 Medicine -- are you familiar with that
6 organization?
7          MR. LOCKE:  Objection.
8          THE WITNESS:  Yes.  I hope
9    to be in it.
10         What was that?
11         MR. LOCKE:  I just said
12    objection.
13         THE WITNESS:  Okay.
14 BY DR. THOMPSON:
15    Q.   And it has a reputation
16 certainly, correct?
17    A.   Yes.  I know most of the
18 people on this panel.
19    Q.   Do you know -- do you know
20 the authors?
21    A.   I know several of them.
22    Q.   Or the researchers?
23    A.   Several of them, yes.
24    Q.   And it's my understanding

Page 295

1 that the authors of this treatise
2 included not only GYN oncologists, but
3 epidemiologists, molecular biologists,
4 and others so that it would be a
5 comprehensive report.
6    A.   Yes.
7    Q.   Is that your understanding
8 as well?
9    A.   Mm-hmm.
10         MS. SHARKO:  Object to the
11    form.
12 BY DR. THOMPSON:
13    Q.   And it was also meant to be
14 a state of the science in ovarian cancer
15 research treatise.
16         And this was published in
17 2016, I believe; is that right?
18    A.   I think so.
19         MS. SHARKO:  Object to the
20    form.
21 BY DR. THOMPSON:
22    Q.   So at least these
23 researchers had the opinion that
24 inflammation was a risk factor for

Page 296

1 ovarian cancer and that asbestos and
2 talcum powder were associated with an
3 increased risk; is that correct?
4          MS. SHARKO:  Objection to
5    form.  Lacks foundation.
6          THE WITNESS:  There are
7    several questions there.  Can you
8    break them up?
9 BY DR. THOMPSON:
10    Q.   Okay.  These authors
11 included inflammation under behavioral
12 and inflammatory risk factors, correct?
13    A.   I think that you have to
14 understand how to read the scientific
15 literature.  "Suggests a possible
16 association" is a very weak statement.
17 That means they suggest.  That doesn't
18 mean they establish.  "Suggests a
19 possible association between inflammation
20 and increased risk of ovarian cancer."
21         So no, it's not as strong as
22 you made it out to be Number one.
23         Number two is I've read the
24 Poole, et al., paper and I have read the

Page 297

1 subsequent papers by Poole and others.
2 And the association between inflammation
3 and increased risk of ovarian cancer, it
4 doesn't distinguish between whether the
5 inflammation is a marker of existing
6 ovarian cancer or the inflammation is a
7 cause of cancer, which has been what we
8 discussed all morning.
9         So I don't really think that
10 this statement is in any way
11 contradictory to anything that I've said
12 this morning.
13         As to the statement about
14 asbestos and ovarian cancer, I've already
15 said that I don't really have an opinion.
16 I haven't had time or wasn't charged with
17 doing an extensive analysis of ovarian
18 cancer and asbestos.
19         So I really don't think that
20 I should comment on this statement.  But
21 it doesn't really review the evidence.
22 Just to be -- just to point out that this
23 statement does not review the evidence,
24 it simply cites previous conclusions.  So

Benjamin G. Neel, M.D., Ph.D.

Page 298

1 it really doesn't analyze the case any
2 more than those original papers did.
3         As for the statement of
4 talc, it cites, you know -- it cites two
5 studies that are, again, I think, both
6 case-control studies.  It does not in any
7 way comprehensively review the
8 literature, and it says it's been
9 associated with it.  It doesn't say it's
10 a causal association, which I thought was
11 what we were going to be discussing here
12 today.
13         DR. THOMPSON:  I'll object
14     as nonresponsive.
15 BY DR. THOMPSON:
16     Q.   Because my question was, did
17 these authors include a section on
18 inflammation in this treatise?
19     A.   They -- they included a
20 section, but as I said, the section says
21 there's a possible association between
22 inflammation and an increased risk of
23 ovarian cancer.
24     Q.   And if the authors didn't

Page 299

1 think it was plausible that that
2 association would be there, would they
3 have included it?
4     A.   I don't presume to be in the
5 mind of the authors, and I don't know
6 which of the authors was the major author
7 of this section.  So I can't answer that
8 question to any degree of certainty.
9         Can I point out one other
10 thing?
11     Q.   I don't -- there's not a
12 question on the table.
13         MS. SHARKO:  No, he's
14     finishing his answer.
15         THE WITNESS:  I didn't
16     finish.
17         DR. THOMPSON:  No, he's not.
18         MS. O'DELL:  He is not.
19         THE WITNESS:  I am.  I meant
20     to point out that on Page 9, the
21     same preface that you only read a
22     small part of, at the bottom says,
23     "An overarching conclusion is that
24     ovarian cancer is not one disease.

Page 300

1 There are a number of different
2 tumor types with characteristic
3 histologic features, distinctive
4 molecular signatures, and disease
5 trajectories."  Moreover --
6         MS. SHARKO:  Slow.
7         THE WITNESS:  "Moreover,
8     these tumors are heterogeneous and
9     they can arise from different
10     tissues of the female reproductive
11     tract."
12         So again, it just states
13     what I've been saying all day, is
14     that is that it's not meaningful
15     to talk about ovarian cancer as a
16     single entity.  You have to break
17     it down into each of the diseases.
18         DR. THOMPSON:  And that was
19     nonresponsive, because there was
20     not a question about asking
21     anything to do with that.
22         MS. SHARKO:  Ignore that
23     comment and wait for the next
24     question.

Page 301

1         DR. THOMPSON:  Object as
2     nonresponsive.
3 BY DR. THOMPSON:
4     Q.   Did you -- Dr. Neel, did you
5 review the literature on pleurodesis?
6     A.   Not extensively, no.
7     Q.   Was it not relevant, the
8 reaction in the tissue caused by talc
9 injected into the pleural space to
10 treat --
11     A.   It's relevant for the study
12 of mesothelioma.
13     Q.   But it's not relevant for
14 the study of the inflammatory effect of
15 talc in the body?
16     A.   It would be potentially
17 relevant to the studies of peritoneal
18 mesothelioma.  But it's not necessarily
19 relevant to ovarian cancer, no.
20     Q.   So it's your testimony that
21 injection of talcum powder into the
22 pleural space has no meaning at all for
23 what the reaction might be in a tissue
24 like the ovary?

Benjamin G. Neel, M.D., Ph.D.

Page 302

1    A.   It has relevance to what --
2         MR. LOCKE:  Objection.
3         THE WITNESS:  Can I answer
4    the question?
5         MS. SHARKO:  Yes.
6         THE WITNESS:  So it's --
7         MS. SHARKO:  You have to
8    give everybody time to object.
9         THE WITNESS:  It has
10   relevance to what the response of
11   the mesothelial cells of the
12   pleural cavity are.  It might be
13   somewhat relevant to the response
14   of the pleural -- sorry the
15   peritoneal mesothelial cells.  But
16   there are direct experiments that
17   address, some of which we've
18   discussed before, the effects of
19   talc injections into the relevant
20   tissues of ovarian cancer.  So why
21   would I look at the irrelevant
22   tissues?
23   BY DR. THOMPSON:
24   Q.   Because, do we have any

Page 303

1    studies of injecting talcum powder into a
2    woman's ovaries?
3         A.   Into female -- into actual
4    females?
5    Q.   Yes.
6         A.   Not that I'm aware of.
7    Q.   Would it be ethical to
8    inject a suspected carcinogen into a
9    woman's ovaries?
10        A.   Well, I --
11        MS. SHARKO:  Object to the
12   form of the question.  Lacks
13   foundation.
14        THE WITNESS:  First of all,
15   I categorically deny that it's a
16   suspected carcinogen.  It's
17   characterized as a possible
18   carcinogen.  And that has been the
19   standard -- that has been the
20   conclusion, not just of IARC but
21   also of the -- of the Taher, et
22   al., report.  So I assume that's
23   what Health Canada will end up
24   saying.

Page 304

1         And also sort of the
2    sentiment behind the FDA, and it's
3    also what's listed on the NCI
4    website.
5         So I don't really think we
6    should use the form -- the term
7    "suggested carcinogen."
8         That being said, no, it
9    would not be ethical to do that
10   study.
11   BY DR. THOMPSON:
12   Q.   And if you had read that
13   Health Canada assessment, you would know
14   that Health Canada actually does suggest
15   a causal association?
16        MS. SHARKO:  Object.
17        MR. LOCKE:  Objection.
18        MS. SHARKO:  Object to the
19   form.  Lacks foundation.
20   Misstates the evidence.
21        THE WITNESS:  I'm happy to
22   look over the thing and discuss it
23   with you, but I did read the
24   Taher, et al., paper, and the

Page 305

1         Taher, et al., paper says the
2    same -- basically the same thing
3    as IARC:  Possible.
4    BY DR. THOMPSON:
5    Q.   And -- I'll leave it at
6    that.
7         (Document marked for
8    identification as Exhibit
9    Neel-28.)
10        DR. THOMPSON:  I'm going to
11   mark this next article as
12   Exhibit 28.  And I just -- oh, I
13   do have two.
14        MS. SHARKO:  Thank you.
15   BY DR. THOMPSON:
16   Q.   The correspondence that I'm
17   interested in having you discuss with me
18   is on the second page, "Talcum should not
19   be used for pleurodesis with nonmalignant
20   pleural effusions."
21        And I'll give you a chance
22   to look at that if you'd like.
23        A.   Yeah.  So that is these
24   people's opinion.

Page 306

1    Q.   I agree.  But at least these
2 scientists felt strongly that talc should
3 not be used for pleurodesis, correct?
4    A.   Apparently, yes.
5    Q.   And they stated that "talc
6 is not a uniform substance and varies
7 significantly in size and chemical
8 composition with the latter depending on
9 geologic origin.  This sheet silicate can
10 be contaminated with" -- "by asbestos, in
11 association between carcinogenesis and
12 exposure to asbestos included in talc,
13 appears credible."
14       Do you have an opinion
15 regarding that statement?
16    A.   Yes.  As I said, I think
17 that -- that my opinion, based on
18 everything that I've read is as I've
19 stated it in my report, which is that
20 there's no credible scientific evidence
21 that talc causes cancer in the female
22 genital tract.
23       So again, I don't really
24 think that this -- there's -- this is

Page 307

1 basically just citing a couple of papers,
2 and it's not in any way reputing anything
3 that I've said, so...
4       And I don't even know where
5 it's from.  It's not cited on there.  It
6 wasn't -- I don't --
7    Q.   It's not -- it's from the
8 American Journal of Respiratory --
9    A.   Yeah.
10    Q.   -- and Critical Care
11 Medicine, 2001.
12    A.   Which, again, this was in
13 2001.  There's a lot of science since
14 2001.  I don't think it's relevant.
15       And furthermore it's not
16 peer reviewed.
17       So I don't think it's
18 relevant.
19    Q.   And that's fine.  But I am
20 still entitled to ask you about it.
21       The authors at least were
22 concerned about the presence of fibers,
23 talc fibers in talcum powder used for
24 pleurodesis, correct?

Page 308

1    A.   That's what they said.  But
2 I have nothing to say about that.  As
3 I've said before.
4    Q.   So you have no knowledge one
5 way or the other whether fibers occur in
6 talcum powder, and if so, whether there
7 would be any health hazard as a result?
8    A.   I can only comment on the
9 studies that I read and commented on in
10 my report, which have to do with the use
11 of talc as cited in the methods and
12 materials sections of the epidemiology
13 studies and in the specific biological
14 experiments that I cited.
15       I am not a mineralogist.  I
16 am not a geologist.  I have no comment on
17 the composition of talc today or prior to
18 today, like in 2001, which was much long
19 ago.  So I don't even know that it's
20 relevant to today.
21    Q.   If you have a -- if you turn
22 to Page 25 of your report.  And you are
23 discussing the Buz'Zard paper.  And your
24 opinion is that "this study and its

Page 309

1 interpretation by plaintiffs' experts is
2 seriously flawed for multiple reasons."
3       The first reason that you
4 give is, "The -- "the talc was obtained
5 from a standard chemical reagent company,
6 Sigma, and its quality, mineral and/or
7 fibrous content and composition were not
8 assessed."
9    A.   Mm-hmm.
10    Q.   And that was a criticism of
11 the Buz'Zard paper, correct?
12    A.   Yes.  Correct.
13    Q.   Do you know anything
14 whatsoever about the quality, mineral
15 and/or fibrous consent and composition of
16 Johnson's Baby Powder?
17    A.   No.  But I know that -- that
18 this study just used Sigma talc.  So it's
19 not directly relevant to Johnson &
20 Johnson's products.  That was my point in
21 that statement.
22    Q.   So studies done with talcum
23 powder would not be relevant to Johnson's
24 Baby Powder?

Benjamin G. Neel, M.D., Ph.D.

Page 310

1    A.   Studies done with talcum
2  powder would not be directly relevant to
3  Johnson' Baby Powder, but studies done
4  with Johnson & Johnson Baby Powder are
5  relevant.  So...
6          But in any event, this paper
7  is not conclusive in any way that talc is
8  pro-oncogenic.
9    Q.   I -- I didn't ask that
10 question.  That's nonresponsive.
11         I was just asking why it
12 mattered what the quality, mineral,
13 and/or fibrous content and composition
14 were in the paper using talcum powder by
15 Buz'Zard.
16         MS. SHARKO:  Is that --
17         wait.  Is that a question?  Or is
18         that an explanation for why you
19         asked the question?
20 BY DR. THOMPSON:
21   Q.   Does it matter what the
22 quality, mineral and/or fibrous content
23 and composition of talcum powder is when
24 you're assessing its potential molecular

Page 311

1  effects?
2          MS. SHARKO:  Objection.
3          Asked and answered.
4          THE WITNESS:  It matters if
5          you are trying to infer from
6          studies done with Sigma that that
7          definitely applies to Johnson &
8          Johnson's products.
9          But in this case, because
10         the evidence doesn't really say
11         anything that's relevant, it
12         doesn't matter.
13 BY DR. THOMPSON:
14   Q.   You are very critical of
15 Dr. Saed's work, correct?
16   A.   Yes.
17   Q.   Did you look at Dr. Saed's
18 CV prior to this litigation?
19   A.   No.
20   Q.   Would that be something that
21 you would be interested in, as to what
22 Dr. Saed has published previously?
23   A.   Oh, I looked at his
24 publications subsequent to being engaged

Page 312

1  in this litigation.
2          You said prior to this
3  litigation, didn't you?
4    Q.   I did.
5    Q.   Did you look at Dr. Saed's
6  CV after being retained to testify in
7  this litigation?
8    A.   I -- I didn't look.  I don't
9  recall if I looked at his complete -- I
10 think I did look at his CV in the context
11 of his report.  But I also did a search
12 on PubMed for the relevant papers.
13   Q.   That was Exhibit 29.  A
14 partial --
15         (Document marked for
16         identification as Exhibit
17         Neel-29.)
18         MS. SHARKO:  This begins
19         with Page 29?
20         DR. THOMPSON:  Yes.
21         MS. SHARKO:  Is that
22         correct?
23         DR. THOMPSON:  Yes.
24 BY DR. THOMPSON:

Page 313

1    Q.   And like -- like yourself,
2  Dr. Saed's CV is quite extensive.
3    A.   I wouldn't agree with that
4  statement.
5    Q.   Okay.  It's 100, over 100
6  pages.  So --
7    A.   Quantity is not quality.
8    Q.   I --
9    A.   It's voluminous, but it's
10 not published in highly cited journals,
11 and I'm sure his H index is quite low.
12   Q.   I didn't ask any question
13 about where it was --
14   A.   Yes, you did.
15   Q.   -- where it was published
16 or -- I just --
17   A.   Well, that's quite relevant.
18         MS. SHARKO:  All right.
19         What's the next question?
20         DR. THOMPSON:  Well, if you
21         let me ask it, I will.
22         MS. SHARKO:  Thank you.
23 BY DR. THOMPSON:
24   Q.   Did you consider Dr. Saed's

Benjamin G. Neel, M.D., Ph.D.

Page 314

1 CV important or Dr. Saed's previous
2 publications?
3      A.   Once I read them, yes.  I
4 didn't read all of them.  But I read
5 several of them, as I've cited in my
6 report.  And I'm happy to go through each
7 one of them and show why they're all
8 flawed.
9      Q.   I'm asking questions.
10      A.   I'm answering your
11 questions.
12      Q.   That's not something I want
13 to know.  I don't believe I asked that
14 particular question.
15      A.   You asked me if I considered
16 them relevant.  And I told you that I
17 did.  And I read them, and that's why I
18 assessed the studies as quite poor.
19      Q.   Looking at his CV, would you
20 agree that the focus of his lab has the
21 study of oxidative stress and its
22 biological effects?
23      MS. SHARKO:  We don't have
24      his CV in front of us.

Page 315

1 BY DR. THOMPSON:
2      Q.   Looking at his published
3 articles, would you agree that the focus
4 of his lab has been the study of
5 oxidative stress and its biological
6 effects?
7      A.   Some of the papers are on
8 that.  Some of them are on other things.
9 So, you know, one area of focus appears
10 to be on oxidative stress.
11      Q.   What is oxidative stress?
12      A.   So cells are exposed to --
13 we live in an oxidative environment, as
14 we breathe oxygen.  So we live in a
15 highly oxidative environment.  And
16 proteins and other biomolecules,
17 including DNA, undergo oxidative events.
18      And oxidative stress occurs
19 when the pro-oxidative potential of cells
20 exceeds the antioxidant capacity of
21 cells.  So that's oxidative stress.
22      Q.   And is it fair to say that
23 many scientists believe that oxidative
24 stress plays a role in the etiology of

Page 316

1 epithelial ovarian cancer?
2      A.   I don't know what "many
3 scientists" mean.  Some scientists do.
4      Q.   Some scientists?
5      A.   Yes.
6      Q.   Do you disagree with those
7 scientists?
8      A.   I think that oxidative
9 stress resulting from follicular fluid
10 that's released from ovarian -- from
11 ovulation events, there could be
12 prooxidant species in there.  But I
13 certainly think that oxidative stress
14 arising from general metabolism, which is
15 primarily endogenous, mitochondrial
16 oxygen -- the act of oxygen production
17 can contribute to cancer generation.
18      Q.   And you do not believe that
19 oxidative stress from exogenous factors
20 plays a role?
21      A.   I don't think there's any
22 compelling evidence that oxidative stress
23 from exogenous agents plays a role in
24 high grade serous ovarian cancer.  That's

Page 317

1 what I think.
2      I think that it's
3 conceivable, one of the possible
4 mechanisms by which obesity promotes
5 other forms of ovarian cancer, is
6 through -- indirectly through oxidative
7 stress, and there are several mechanisms
8 for that.
9      Q.   Is a role that oxidative
10 stress plays in the pathogenesis of
11 cancer and ovarian cancer something that
12 would be considered controversial in the
13 scientific community, would you say?
14      A.   I think it's open to
15 question, yes.  I think -- yes.
16      Q.   So there's some scientists
17 that believe that it does play a role and
18 others that believe -- who believe it
19 does not, correct?
20      A.   Yes, but talking about
21 oxidative stress, you have to realize
22 it's -- to be meaningful, you have to
23 really narrow down what kind of sources
24 of oxidative stress we are talking about.

Benjamin G. Neel, M.D., Ph.D.

Page 318

1    Q.   And is it your opinion that
2  oxidative stress from exogenous sources
3  has no role in ovarian cancer?
4    A.   I think I just answered that
5  question.
6    Q.   Okay.  And do you believe
7  that the scientists that would take
8  another position are unreasonable?
9    A.   I would have to see the
10 details of the position.  My objection to
11 Dr. Saed's data, results or claims, are
12 not that he's taking another position.
13 It's that the evidence that he adduces to
14 support his claims is either nonexistent
15 or poor.
16   Q.   But there are other
17 scientists that have reported similar
18 experiments and -- to Dr. Saed, and would
19 you include them in the same category?
20   A.   You'll have to tell me
21 exactly what experiments you are
22 referring to.
23   Q.   Okay.
24   A.   I don't think anybody has

Page 319

1  reported the myeloperoxidase in ovarian
2  cancer cells because it doesn't appear to
3  be.  So there's many statements, as I
4  pointed out in my report, that are
5  contradicted by other data in the
6  literature, including large scale studies
7  done by international groups to look at
8  ovarian cancer genetics.
9    Q.   Can you direct me to a paper
10 that explicitly states that
11 myeloperoxidase does not occur in ovarian
12 cancer cells?
13   A.   If you look on the website
14 that has all of the RNA sequencing data
15 from the TCGA, you can see as I showed
16 you in my report, that the level of
17 myeloperoxidase RNAs below the level of
18 action of tumor suppressing gene.  So
19 that is below.
20       If you would like to look
21 through the tables of the TCGA report on
22 which that's based, you can find the
23 actual RNA sequence for myeloperoxidase.
24   DR. THOMPSON:  Not -- object

Page 320

1  as nonresponsive.
2  BY DR. THOMPSON:
3    Q.   I asked you for a paper.
4    A.   Well, the paper -- the paper
5  is the TCGA report.  And if you look at
6  the tables that come with the TCGA report
7  which are now put on websites, and it is
8  there.  So yes, the TCGA 2012 report has
9  RNA sequencing data on ovarian cancers,
10 and if you look at that you will see that
11 there's no significant expression of
12 myeloperoxidase in ovarian cancer.
13   MS. SHARKO:  Mr. Tisi, could
14   you -- it's happened several
15   times.  Could you please not talk
16   while the witness is talking.
17   MR. TISI:  Actually I don't
18   think -- I'd be curious if you
19   heard it.
20   THE WITNESS:  I actually
21   did, but I tried to focus on DR.
22   THOMPSON.
23   MR. TISI:  I'm allowed to
24   whisper to my colleague here.  So

Page 321

1  if I interrupt you, I apologize.
2  Would you do me a favor and let me
3  know if --
4    MS. SHARKO:  No.  His job
5    is -- his job is not to police
6    you, Mr. Tisi.
7    MR. TISI:  Well, your job is
8    not to -- is not to school me,
9    Susan.  So I apologize if he heard
10   me.  And I leaned over and spoke
11   to my colleague here.  So please
12   proceed.
13   DR. THOMPSON:  We're going
14   to look at some of Dr. Saed's
15   other literature.
16 BY DR. THOMPSON:
17   Q.   But I think there are
18 several papers regarding myeloperoxidase.
19 Those have all been peer-reviewed, the
20 ones that are published, correct?
21   MS. SHARKO:  I object to the
22   form of the question.
23 BY DR. THOMPSON:
24   Q.   Has Dr. Saed published

Benjamin G. Neel, M.D., Ph.D.

Page 322

1 papers regarding myeloperoxidase that
2 have been peer-reviewed?
3     A.   Yes, he has.
4     Q.    And there are other authors
5 on those papers as well, correct?
6     A.   I think they are all from
7 his lab.
8     Q.    Is there any overlap between
9 your research and phosphorylation
10 cascades and signal transduction -- did
11 I -- was that kind of close?
12     A.   It's good.
13     Q.   It worked.  All right.
14        -- and Dr. Saed's research
15 in oxidative stress?
16     A.   I'm an expert in oxidation
17 of protein-tyrosine phosphatases.  We
18 developed some of the novel technologies
19 that were published in high quality
20 journals on this subject.  So I do have,
21 you know, a significant familiarity with
22 the issues attended to oxidative stress
23 and oxidation-induced signaling.
24        So ox -- you know, reactive

Page 323

1 oxygen species are not just produced as a
2 pathological event.  They're actually
3 part of normal growth factor and cytokine
4 signaling.  And I've worked on the fact
5 that oxidative -- reactive oxygen species
6 react with the highly activated
7 neutrophilic cysteines, neutrophilic
8 cysteines of protein-tyrosine
9 phosphatases.  And that's thought to be
10 part of normal signaling.  That's the
11 only overlap.
12     Q.    And I understand that you do
13 not accept Dr. Saed's research as
14 credible.  But I'm trying to establish if
15 your work and his work are mutually
16 exclusive.  Can both -- can -- are both
17 plausible mechanisms?
18     A.    My work -- my -- well, you
19 haven't told me what mechanisms of
20 Dr. Saed you are talking about.
21     Q.    Well, let's just say
22 oxidative stress and its role in the
23 pathogenesis of ovarian cancer.
24        Is that mutually

Page 324

1 exclusive --
2     A.   I don't --
3     Q.   -- to what you're working
4 on?
5     A.   I know -- so my interest in
6 oxidation has to do with normal
7 physiological regulation and pathological
8 regulation of protein tyrosine
9 phosphatase activity.
10        I'm not sure which
11 particular paper of Dr. Saed you are
12 referring to, but I think many of the
13 papers don't address what you say they
14 are addressing.  They may say that in the
15 title, but they don't address that issue.
16     Q.   You would agree that
17 inflammation is part of a wider signaling
18 network, wouldn't you?
19     A.   That inflammation is part of
20 a wider signaling network?  No, I
21 wouldn't agree with that statement.  I
22 don't see that that's--
23     Q.   Is -- is --
24     A.   -- it's a non sequitur in my

Page 325

1 opinion.
2     Q.   Is oxidative stress a part
3 of a wider signaling network in your
4 opinion?
5     A.   What do you mean by
6 signaling network?  I mean you're using,
7 you know, jargon that's not very
8 specific.
9     Q.   Well, I probably read that
10 somewhere.
11        Are there researchers -- I'm
12 thinking particularly of Dr. Finkel?  Do
13 you know Dr. Finkel?
14     A.   Torin Finkel?  Yes, I
15 know -- I don't know Torin Finkel
16 personally, but I know his work.
17     Q.   Does Dr. Finkel study signal
18 transduction by reactive oxygen species?
19     A.   Yes.  His initial studies
20 were the ones that provided the first
21 evidence that normal react -- that
22 reactive oxygen species were produced in
23 response to normal growth factor
24 signaling.  I think the original paper

Benjamin G. Neel, M.D., Ph.D.

Page 326

1 was on PDGF simulation of smooth muscle
2 cells and the evidence was that blocking
3 oxidate with hydrogen peroxide generation
4 by smooth muscle cells impeded PDGF
5 receptor phosphorylation, which actually
6 got me interested in the field since the
7 most plausible mechanism by which that
8 might occur would be inhibition of
9 tyrosine phosphatase which we were
10 working on -- we and others subsequently
11 provided evidence to support that, as did
12 Finkel.
13     Q.    And that would be intrinsic
14 ROS?
15     A.    That would be --
16     Q.    Or --
17     A.    -- those would be -- that
18 would be intrinsically produced ROS in
19 response to growth factor signaling, not
20 through mitochondria probably, but
21 through a series of enzymes called NOXs
22 or NADPH oxidases.
23     Q.    Do you agree that an
24 increase in ROS levels under certain

Page 327

1 conditions can cause DNA mutations?
2     A.    Yes.
3     Q.    And cancer is the result of
4 genetic mutations, correct?
5     A.    Yes.
6     Q.    So under the right
7 conditions, chronic inflammation could
8 result in increasing ROS that could cause
9 genetic mutations that could cause
10 cancer, theoretically?
11     A.    In certain context, yes.
12     Q.    When I searched PubMed, I
13 found the following, searching cancer and
14 inflammation.  78,901, does that sound
15 reasonable?
16     A.    I have no idea, but I
17 wouldn't --
18     Q.    Ovarian cancer and
19 inflammation, 1306.  Oxidative stress and
20 cancer, 23,845 publications.  And
21 oxidative stress and oxidative cancer,
22 427.
23         Dr. Saed doesn't have
24 anywhere close to 427 publications

Page 328

1 regarding oxidative stress and ovarian
2 cancer, correct?
3         MS. SHARKO:  Wait.  I -- I
4     object to the preface and the
5     speech and, therefore, the form of
6     the question.
7         What is the question you're
8     asking him?
9 BY DR. THOMPSON:
10     Q.    Dr. Saed does not have 427
11 publications on oxidative stress and
12 cancer, does he?
13     A.    Well, I don't think he has
14 427 publications.  So I guess that means
15 he doesn't have 427 publications on
16 oxidative stress and cancer.
17     Q.    So someone else is
18 publishing on oxidative stress and
19 ovarian cancer, correct?
20     A.    I don't know.  I haven't
21 done the specific search you did and I
22 haven't looked at the papers but I'm
23 happy to look at every single one of
24 them.

Page 329

1         And I'm not saying that
2 there is no possibility that oxidative
3 stress plays a role in ovarian cancer.
4 I'm saying Dr. Saed's papers are
5 categorically and fundamentally flawed in
6 almost every single instance.
7     Q.    So are you saying that
8 oxidative stress is a plausible mechanism
9 for ovarian cancer?
10     A.    I'm not taking a position
11 one way or the other on that issue.
12     Q.    Okay.  So you do not have
13 a -- you don't have a position on whether
14 oxidative stress has a role in the
15 pathogenesis of ovarian cancer.  Your
16 opinions today are specifically about
17 Dr. Saed and his work?
18         MS. SHARKO:  Object to the
19     form of the question.  Lacks
20     foundation.
21         THE WITNESS:  Can you ask
22     both questions separately?
23 BY DR. THOMPSON:
24     Q.    Yeah.

Benjamin G. Neel, M.D., Ph.D.

Page 330

1    A.   I categorically say that
2   none of Dr. Saed's work that was put
3   forward as evidence in support of his
4   contentions in his report is credible.
5   That I say categorically.
6    Q.   Okay.
7    A.   In terms of whether
8   oxidative stress plays a role in ovarian
9   cancer, that question is too broad.  If
10   you narrow the question and ask me a more
11   specific question, I might be able to
12   give an opinion.  But I think the issue
13   is still under debate.
14       I think I made it very clear
15   what the well-established pathogenesis of
16   ovarian cancer is.
17       There's -- there is one SNP
18   which I mentioned in my report, GPX-6,
19   which interestingly is not a SNP that
20   Dr. Saed cites, because I don't think
21   he's familiar with the GWAS literature.
22   That's the -- is associated.
23       I haven't had a chance to
24   really look in detail as to what's known

Page 331

1   about that SNP.  So that SNP does raise
2   the possibility that oxidative stress in
3   some form might be involved in the
4   pathogenesis of some ovarian cancer.  But
5   I haven't really studied that in detail.
6   BY DR. THOMPSON:
7    Q.   In -- in your -- you have
8   not seen Dr. Saed's published paper,
9   correct?
10    A.   I saw the manuscript that
11   was accepted for publication.
12    Q.   But you don't know whether
13   that manuscript is the same as what was
14   actually published, correct?
15    A.   Manuscripts accepted for the
16   publication in my 30 years of experience
17   as a faculty member are identical, except
18   for minor positioning of figures.
19    Q.   Okay.  So you've never made
20   edits on the final proof that's come back
21   to you?
22    A.   If it's accepted for
23   publication, that's the final proof.
24   The -- the version that's marked accepted

Page 332

1   for publication.
2       But if you'd like me to look
3   at the final paper, I'm happy to do it.
4   I doubt that there's anything
5   different -- that's materially different
6   from what I wrote in my report.
7    Q.   But you didn't see any
8   reason to look at it?
9    A.   I didn't realize it was out
10   yet.
11    Q.   And your attorneys didn't
12   provide the final published paper?
13    A.   They mentioned to me
14   yesterday that the --
15       MS. SHARKO:  Well, wait,
16       wait.  What was discussed with the
17       attorneys is privileged.
18   BY DR. THOMPSON:
19    Q.   In your report you state
20   that Dr. Saed's work is "technically and
21   conceptually flawed and does not
22   withstand critical scrutiny."
23       Did you write that
24   statement?

Page 333

1    A.   Yes.  Every word.
2    Q.   Is that a statement that you
3   would put in a scholarly publication?
4    A.   Technically and conceptually
5   flawed, yes.  But it would be assumed if
6   I said that paper was -- in fact I've
7   used that phrase many times in reviews.
8   Well, sometimes I say technically flawed.
9   Sometimes I say conceptually flawed.  And
10   when, as in the case of Dr. Saed's work,
11   it's both, I say conceptually and
12   technically flawed.  That's exactly the
13   wording that I would use in reviews.
14       That being said, I would not
15   say that it wouldn't withstand scientific
16   scrutiny because it would be assumed and
17   understood by all scientists, including
18   editors of journals, that when I say
19   those statements that it doesn't
20   withstand scientific scrutiny.
21    Q.   That paper was peer-reviewed
22   and accepted for publication and
23   published, correct?
24    A.   At a very low impact

Benjamin G. Neel, M.D., Ph.D.

Page 334

1  journal, yes.
2      Q.   And did you review the peer
3  reviewers' comments to Dr. Saed's paper?
4      A.   I did.  I think I cited some
5  of the peer reviewers' comments.
6      Q.   And we'll go over those in a
7  minute.
8          And did you also write the
9  sentence that questioned Dr. Saed's,
10  quote, knowledge of basic cancer cell
11  biology, genetics and biochemistry?
12     A.   Yes, I did.
13     Q.   What was your basis of
14  questioning his knowledge of basic cancer
15  cell biology, genetics and biochemistry?
16     A.   Well, there were several
17  reasons that I based that.  So it had to
18  do with the fact that, for example, he
19  mischaracterized -- can we go to the
20  actual page in my report?  I think I
21  actually provide the explanations there.
22  Where is that exactly?  Oh, okay here.  I
23  said it.
24     Q.   Page 23.

Page 335

1      A.   Yes.  Dr. Saed -- okay.  For
2  example, he states that p53 is an
3  oncogene, whereas it is a paradigmatic
4  tumor suppressor gene.
5          He stated in his deposition
6  that cells are grown at normal oxygen and
7  glucose level.
8      Q.   And they --
9      A.   That's not true.  I put the
10  explanation.
11     Q.   I know.  We're going to go
12  over those now.
13     A.   I'm just answering your
14  question.
15     Q.   For example, he states that
16  p53 is an oncogene.  Are you aware of
17  literature that describes p53 as an
18  oncogene?
19     A.   The lit -- p53 was
20  originally described as an oncogene, and
21  that was discovered subsequently that it
22  was a tumor suppressor gene.
23     Q.   There is literature still
24  that refers to p53 as an oncogene, isn't

Page 336

1  there?
2      A.   I don't know what
3  literature -- p53 is the paradigmatic
4  tumor suppressor gene along with RD and
5  PTEN.
6      Q.   And you state one of your
7  basis for that claim is that Dr. Saed
8  makes a truly extraordinary claim that
9  talc treatment was associated with a
10  genotype switch for SNPs in redox
11  enzymes.  If you read his paper, it would
12  be clear that he was talking about a
13  nucleotide -- nucleotide switch, correct?
14     A.   That's what a genotype is.
15         MR. LOCKE:  Objection.
16  BY DR. THOMPSON:
17     Q.   Well, why is that an
18  extraordinary claim?
19     A.   Because it's impossible that
20  that would happen in 72 hours in, in
21  effect, a single nucleotide with
22  100 percent penetrance.
23     Q.   So do you believe that
24  Dr. Saed made up his results?

Page 337

1      A.   I have no idea why Dr. Saed
2  is making that claim.  But it's simply
3  impossible.  It would be like finding a
4  needle in a haystack and turning the
5  needle into a hammer.
6      Q.   Did any of the peer
7  reviewers say that that claim was
8  extraordinary?
9      A.   I don't recall if they
10  commented on it.  I don't think they did,
11  which illustrates the poor quality for
12  peer review for that journal.  There's no
13  way that statement would have escaped the
14  attention of any qualified peer reviewer.
15         And I believe that if you
16  read Dr. Birrer's report, he points to
17  the same issue.  So any qualified
18  molecular biologist would have noted that
19  and pointed out how absurd the claim.
20     Q.   Are you aware that the
21  abstract that describes the mutations in
22  the SNPs was reviewed by five to six
23  reviewers and accepted for presentation
24  at the SGO meeting?

Benjamin G. Neel, M.D., Ph.D.

Page 338

1    A.   I have no idea who reviewed
2  those.  But they also have no knowledge
3  of modern molecular biology if they
4  accepted that claim.  The fact that they
5  don't understand what they're reviewing
6  doesn't mean that they know what they're
7  talking about.  I'm telling you that
8  there is absolutely no way that you can
9  get that kind of a genotype.
10    In -- plus, I looked at the
11  underlying data on which he based his
12  claim, and the actual assay is flawed,
13  and he didn't do the follow-up study that
14  would have been necessary to prove that
15  it was true.
16    MS. SHARKO:  I would just
17    ask that we be provided with a
18    copy of these five to six peer
19    reviewers.  I think the court
20    ordered you to do that, and I'll
21    send you yet another letter on it.
22    But that doesn't sound like
23    something that was produced to us
24    among the peer review that was.

Page 339

1  And so, we'd like a copy.
2    DR. THOMPSON:  There is
3  nothing in writing for abstracts
4  accepted for meetings.  But I can
5  give you the policy of the meeting
6  regarding how abstracts are peer
7  reviewed.
8    MS. SHARKO:  You just said
9  there were five to six peer
10  reviewers.  Now you're saying
11  there aren't?
12    DR. THOMPSON:  I said they
13  don't provide anything to the
14  authors of abstracts regarding the
15  results of their peer review.
16    THE WITNESS:  Can I respond
17  to that?
18  BY DR. THOMPSON:
19    Q.   I haven't asked you a
20  question.
21    MS. SHARKO:  She's not going
22  to ask you the question.  Sorry.
23  BY DR. THOMPSON:
24    Q.   Sure.  I'll ask you the

Page 340

1  question.
2    Since, you know, Ms. Sharko
3  challenged me, you've been program
4  director for meetings, correct?
5    A.   Yes.
6    Q.   What was your policy or AACR
7  policy for evaluating and determining
8  what abstracts to accept for presentation
9  at a meeting, at a national meeting?
10    A.   First of all, my
11  understanding was that this was not
12  presented.  It was presented as a poster.
13  That's a big difference.
14    Q.   Okay.  Whatever the level,
15  poster, presentation, published abstract.
16  How did that process work when were you
17  program director?
18    A.   So we had people reviewing
19  the abstracts.  The reviews for
20  abstracts, especially those for poster --
21  when you review abstracts at a meeting
22  like this, there's literally thousands of
23  abstracts.  So you have to read through a
24  lot of them very quickly.  And the

Page 341

1  standard for accepting things for posters
2  is quite low.  It's nowhere near rigorous
3  as what you would get for a high quality
4  journal.
5    And Basically, people just
6  want to see what's in the poster.
7    So the fact that it was
8  passed -- that five people looked at it
9  means that it was probably written in
10  English, and not much more.
11    Q.   And if SGO accepts
12  25 percent of abstracts submitted, that
13  would probably be typical for a large
14  national meeting?
15    A.   No.  Not for posters.  I
16  think when I was AACR program director,
17  we accepted a lot more than that.  And
18  from other meetings, like Cold Spring
19  Harbor meetings and facet (ph) meetings,
20  we accept all the poster abstracts.  It's
21  the presented ones, the ones that are
22  plenary sessions that are given as oral
23  presentations, those are the ones that
24  get a little bit more rigor.

Benjamin G. Neel, M.D., Ph.D.

Page 342

1    And even there, that's not
2 really peer review. All we're seeing is
3 what the person provided in the abstract.
4 We're not seeing the data. And I'm
5 telling you from looking at the data,
6 it's an extraordinary claim.
7    Q.   If SGO accepts 25 percent of
8 abstracts for any type of presentation,
9 whether it be poster or meeting, do you
10 have any reason to doubt that figure?
11       MS. SHARKO: Well, I object
12    to the form of the question.
13    Lacks foundation. And I'm not
14    sure I understand it.
15       THE WITNESS: So --
16 BY DR. THOMPSON:
17    Q.   Did you understand the
18 question?
19    A.   Not really. What's the
20 question?
21       DR. THOMPSON: Okay. You
22    can leave off the speaking
23    objections.
24 BY DR. THOMPSON:

Page 343

1    Q.   The question is if SGO
2 represents that they accept 25 percent of
3 abstracts submitted at any level, do you
4 have any reason to dispute that?
5    A.   I have no knowledge one way
6 or the other. I have no opinion on that
7 subject.
8    Q.   Okay. And if SGO sends
9 abstracts to reviewers who identify
10 themselves as experts in the field, do
11 you have any reason to dispute that
12 representation?
13    A.   I don't know what field
14 we're talking about.
15    Q.   Molecular biology for
16 example?
17       MS. SHARKO: Object to the
18    form. Lacks foundation.
19       THE WITNESS: I have -- I
20    have no knowledge of what SGO
21    does. I don't go to SGO meetings.
22 BY DR. THOMPSON:
23    Q.   Okay. Were you familiar
24 with Dr. Saed's work prior to being

Page 344

1 retained?
2    A.   No.
3    Q.   Did Dr. Saed publish
4 articles regarding cancer biology prior
5 to 2017?
6    A.   Yes. Apparently. I mean,
7 from his CV and from my backwards search
8 of his record.
9    Q.   And did Dr. Saed publish
10 articles about inflammation and ovarian
11 cancer prior to 2017?
12    A.   He published papers that
13 claim to be about inflammation, yes.
14 That's not the same thing.
15    Q.   It's not the same --
16    A.   We'd have to go through each
17 paper.
18    Q.   -- thing to claim and to be
19 about inflammation?
20    A.   Well, we'd have to go
21 through the actual paper to see whether
22 it's convincing.
23       For example, he says he
24 publishes papers about oxidative stress,

Page 345

1 but the papers just look at levels of
2 redox enzymes. And that alone does not
3 say anything about the net oxidative tone
4 in cells. You actually have to directly
5 measure it.
6       And as I said in my report,
7 he made these claims in his most recent
8 paper, which was just apparently
9 published, about oxidative stress. But
10 he never measured it.
11       So you can't really say that
12 there's a change in oxidative stress
13 without measurement. You actually have
14 to measure it.
15       He didn't measure 8-oxodG.
16 He didn't measure BODIPY. And he didn't
17 measure DCF florescence. Those are the
18 standard measurements, among others, for
19 looking at the net tone of reactive
20 oxygen species inside cells, or other
21 forms of reactive oxygen -- of -- of
22 oxidative stress like lipid peroxidation
23 or oxidative damage to DNA.
24       DR. THOMPSON: Object as

Benjamin G. Neel, M.D., Ph.D.

Page 346

1    nonresponsive.
2  BY DR. THOMPSON:
3    Q.    Did he publish any articles
4  about ovarian cancer and oxidative stress
5  prior to 2017?
6    A.    He did.  And some of those
7  are among the most that are off -- the
8  most off point for this particular
9  question.
10    Q.    Are you finished?
11    A.    Mm-hmm.
12    Q.    Did you review any of
13  Dr. Saed's pre-2017 articles?
14    A.    Several of them, yes.
15    Q.    And did you bring those with
16  you today?
17    A.    As I told you at the
18  beginning of the deposition, I didn't
19  bring anything with me today except my
20  coat.
21    Q.    Are they listed on your
22  materials considered list?
23    A.    Anything that I read of
24  Dr. Saed's that I believe is relevant to

Page 347

1  this is referenced in thein the report.
2    Q.    I did not see any articles
3  of Dr. Saed's listed.
4    A.    Then I didn't think they
5  were relevant to the report.
6    Q.    So you do not think any of
7  Dr. Saed's prior publications were
8  relevant to your opinion that Dr. Saed
9  lacks knowledge of basic cancer cell
10  biology, genetics and biochemistry?
11    A.    No, I actually do think they
12  were.  I think -- I'm pretty sure I cited
13  an earlier paper where he used -- where
14  he did -- where -- for example, where he
15  claimed that myeloperoxidase was in
16  cells.  He did that based on immuno
17  staining, but he didn't have the proper
18  controls for myeloperoxidase.  So all he
19  did was use an antibody.  So that doesn't
20  prove that it's there.
21          And -- and his claims for
22  perturbation experiments involve the use
23  of siRNAs.  And he didn't have the proper
24  controls that are required by all major

Page 348

1  journals, including use of multiple
2  siRNAs and rescue controls.
3          So those -- those papers --
4  which I'm absolutely sure I did cite
5  somewhere in this report, or at least I'm
6  pretty sure.  We can go through my entire
7  report, but I'm pretty sure that I cited
8  those papers and that specific
9  information, that that gives me -- that
10  makes me question the quality of his
11  work.  As I said in my report.
12    Q.    But those papers were all
13  peer reviewed and published in journals,
14  correct?
15    A.    As I said, none of his
16  papers are published in high -- in high
17  impact journals and the quality of review
18  at lower quality journals often matches
19  the quality of the journal.
20    Q.    And you would consider
21  Gynecologic Oncology a lower tiered
22  journal?
23    A.    I think it depends on what's
24  being published in Gynecological

Page 349

1  Oncology.  There are very fine papers
2  published in Gynecological Oncology, but
3  it depends on the particular topic.
4          And high quality molecular
5  biology papers are rarely published in
6  Gynecologic Oncology.  Some of them are.
7    Q.    How about Cancer?
8    A.    Cancer is a very low
9  quality -- a low impact journal.
10    Q.    Would it be important for
11  you to -- to look at the methodology that
12  Dr. Saed had previously published in
13  papers?
14    A.    As I just said, I did look
15  at the methodology.  I always read papers
16  very extensively.  When I -- I mean, one
17  of the things that I focus on most is the
18  methods.
19          I always teach my students
20  and postdocs that the methods are the
21  most important thing you can read when
22  evaluating a paper, because otherwise you
23  can't know whether the data are valid.
24          So, yes, I did extensively

Benjamin G. Neel, M.D., Ph.D.

Page 350

1  look at his work.
2      Q.   And you'll agree that
3  Dr. Saed has considered the molecular
4  changes in various histologic subtypes of
5  ovarian cancer, right?
6      A.   What do you mean considered?
7      Q.   He's published use --
8  using -- looking at molecular changes in
9  histologic subtypes?
10     A.   I'm not sure which paper you
11 are referring to, but I don't really
12 think so.
13         In fact, one of the features
14 of Dr. Saed's work is he does not appear
15 to be aware of the recent evidence from
16 Domcke, et al. and others that
17 traditional so-called ovarian cancer cell
18 lines are not representative of ovarian
19 cancer -- at least traditional ovarian
20 ovarian cancer cell lines are not really
21 serous cancer lines.
22         So he uses standard ovarian
23 cancer cell lines in some of his work
24 subsequent to the publication of his work

Page 351

1  such as Domcke, et al. in Nature
2  Communications in 2013 that are not real
3  serous cancer lines and yet he makes the
4  claim that they are -- or he assumes that
5  they are.
6          So I did read those papers
7  quite thoroughly.  And I can tell you on
8  multiple occasions his work is not
9  scientifically conclusive and in some
10 places categorically flawed.
11     Q.   Has Dr. Saed to your
12 knowledge ever been reprimanded or
13 sanctioned for publishing false data?
14     A.   I'm not accusing Dr. Saed of
15 publishing false data.  I'm accusing him
16 of publishing bad science.  I'm not
17 accusing him of fraud.  You only get
18 reprimanded for fraud.  Bad science, you
19 just get a bad reputation.
20     Q.   Does Dr. Saed have a bad
21 reputation?
22     A.   I don't know.  But he does
23 with me.
24         DR. THOMPSON:  Good time for

Page 352

1  a break.
2          THE VIDEOGRAPHER:  Remove
3  your microphones, please.  The
4  time is 3:34 p.m.  Off the record.
5          (Short break.)
6          THE VIDEOGRAPHER:  We are
7  back on the record.  The time is
8  3:58 p.m.
9  BY DR. THOMPSON:
10     Q.   Dr. Neel, are all the
11 criticisms that you have of Dr. Saed
12 contained in your report?
13     A.   I believe so, yes.
14     Q.   Are there --
15     A.   Of the papers that are
16 relevant to this case, yes.
17     Q.   And are all the papers that
18 you relied upon for your criticisms with
19 Dr. Saed contained in the report?
20     A.   I believe so, I'd have to --
21 can I look through the references?  I'm
22 pretty sure, but -- I guess his new
23 paper, I don't have the final citation
24 for that.  So that would not be in the

Page 353

1  report.
2          Let's see.  I'd have to look
3  through the report.  If you want me to
4  take the time, I'm happy to do it.
5      Q.   That's fine, because I need
6  to know what literature you're relying on
7  that forms the basis of your criticism of
8  Dr. Saed.
9      A.   So I did read the paper.  On
10 Page 17, the statement that he made on
11 his report on Page 5, ovarian cancer
12 patients manifest significant -- because
13 some of those refer to earlier papers,
14 which I just read.  But I just cited his
15 statement in the report and pointed out
16 that it wasn't really relevant to his
17 contention for the purpose of this
18 litigation.  So I would have to go back
19 and see what those papers were.
20     Q.   Where are you referring to?
21     A.   Page 17.A at the bottom.
22         MS. SHARKO:  We also served
23 a supplemental materials
24 considered list last night, DR.

Benjamin G. Neel, M.D., Ph.D.

Page 354

1  THOMPSON.  I assume you have that.
2      DR. THOMPSON:  Actually, I
3  intended to mark that.  I don't --
4      THE WITNESS:  Yeah.  The
5  same thing refers -- I'm sorry.  I
6  didn't want -- the same thing
7  refers to Point B on Page 17.
8  That refers to an earlier paper by
9  Dr. Saed, which I just cited based
10  on his report.  And his earlier
11  studies of -- the statements that
12  he made about the SNPs.  So all of
13  those earlier papers on SNPs that
14  are not confirmed by the GWAS,
15  genomewide association studies to
16  be relevant to ovarian cancer, and
17  are listed here.
18      So I -- so I based it on his
19  report, and then I looked up the
20  actual SNPs to see whether what he
21  said had been confirmed by the
22  GWAS studies.
23  BY DR. THOMPSON:
24      Q.  Is it your testimony that

Page 355

1  you read every article that was included
2  in Dr. Saed's report?
3      A.  I definitely looked at every
4  article that he authored that is in his
5  report.  I can't remember if I read every
6  word.  But I definitely looked at each of
7  them to see if I thought they were
8  directly relevant.  And I probably read a
9  large fraction of them.
10      Q.  And why are those not
11  included on your reference list?
12      A.  Because I was referring to
13  them from his report.
14      MS. SHARKO:  I mean, just so
15  there's no confusion.  We gave Dr.
16  Neel all the exhibits and all the
17  documents that Dr. Saed produced
18  that's on Page 40.  We didn't take
19  the time to list all that out.
20      MS. O'DELL:  That's not what
21  he was referring to in terms -- he
22  wasn't referring to produced
23  documents.  I think he was
24  referring to references.  That's

Page 356

1  not what we're discussing.  We're
2  not discussing the produced
3  documents from Dr. Saed.
4      THE WITNESS:  We can go
5  through his CV, and I'm happy to
6  point out which papers I read.
7      DR. THOMPSON:  Okay.  Let's
8  go ahead and do that.
9      THE WITNESS:  So Number 1.
10  Number 2 is not relevant.
11      Number 3 is not relevant.
12  BY DR. THOMPSON:
13      Q.  But, you'll agree that those
14  references are not included --
15      A.  I didn't read them.  Like I
16  said --
17      Q.  Let me finish my question.
18      MS. SHARKO:  Wait.  She's
19  going to ask a new question.
20  BY DR. THOMPSON:
21      Q.  That -- you'll agree that
22  those references were not included on
23  either your reference list or your
24  materials considered list, correct?

Page 357

1      A.  Well, because for the
2  standpoint of my report, the fact that
3  it's not germane to the issue here is
4  what I was saying.
5      In other words, if you look
6  on Page 17, he makes this statement that
7  ovarian cancer patients manifest
8  significantly decreased levels of
9  antioxidants and higher level of
10  oxidants.
11      I say regardless of whether
12  the statement is true, it's a non
13  sequitur.  That's why I didn't list it as
14  a reference.  And I didn't consider those
15  papers as part of this report and part of
16  my opinion about, you know, the role of
17  talc and ovarian cancer because this is
18  not relevant.
19      So I looked at the paper.
20      Q.  You're saying that statement
21  in A comes from one of his other papers?
22      A.  He references the other
23  paper, but the issue is not relevant to
24  this case, because it has to do with

Benjamin G. Neel, M.D., Ph.D.

Page 358

1 what's happened in already developed
2 ovarian cancer. And the issue at hand is
3 whether talc produces oxidative stress
4 which causes ovarian cancer which occurs
5 before fully blown ovarian cancer.
6        So that's why I pointed out
7 it's not relevant.
8        Q.   All right. So I'm entitled
9 to know every paper that you relied upon
10 for your opinions.
11       So if you need to go through
12 Dr. Saed's CV and you can tell me which
13 of these papers you read and relied upon,
14 let's go ahead and do that.
15       MS. SHARKO: I object to the
16       form of the question. There's a
17       difference between reading and
18       relied upon. Which do you want?
19       DR. THOMPSON: Okay. Well,
20       let's go with materials
21       considered, the title of his
22       reference list.
23 BY DR. THOMPSON:
24       Q.   So --

Page 359

1        DR. THOMPSON: And none of
2        Saed's papers were on the
3        materials considered list, either
4        in the original or the
5        supplemental. So --
6        MS. SHARKO: So I disagree
7        with you on that because the
8        exhibits to the depositions are,
9        the depositions are, his report
10       is, and his reported whatever it
11       was attached to it.
12       So I take issue with that.
13       That being said, if you want
14       to -- if you want to have Dr. Neel
15       go through the CV, the part of the
16       CV that's marked as Exhibit 29,
17       and tell you which ones he's read,
18       sure, you can do that.
19       MS. O'DELL: Exhibits to --
20       exhibits to Dr. Saed's deposition
21       did not cover his previous
22       publications. So to suggest
23       otherwise, I think would be
24       incorrect.

Page 360

1        DR. THOMPSON: That's --
2        Dr. Neel --
3        MS. SHARKO: I don't agree
4        with that. But anyway, go ahead.
5 BY DR. THOMPSON:
6        Q.   Were all the -- were all the
7 publications that you reviewed of
8 Dr. Saed's included within the exhibits
9 from his deposition?
10       A.   I'd have to look at his
11 deposition to be sure.
12       Q.   Well, it was in your file,
13 right?
14       A.   I know, but I don't have a
15 photographic memory of everything that
16 was in his deposition.
17       Q.   And you didn't bring
18 anything with you here today?
19       A.   I didn't bring anything with
20 me.
21       MS. SHARKO: Which is the
22       agreement of counsel.
23       MS. O'DELL: No, it's not.
24 We requested that materials that

Page 361

1 were considered be brought to the
2 deposition.
3        There was no agreement that
4 those would not be brought here
5 today. You've asserted
6 objections, and some of which we
7 take issue with. But there's no
8 agreement that the materials would
9 not be brought.
10       MR. TISI: And I must tell
11 you, we have brought -- we have
12 brought every -- boxes of material
13 to every one of the depositions.
14       So this is another example
15 of you representing something that
16 really didn't happen.
17       So if you would tell us
18 where we agreed to that, I haven't
19 seen it. Because we've got boxes
20 and boxes and we gave it to you,
21 for example.
22       MS. SHARKO: There was no --
23 Mr. Tisi, I'm not going to waste
24 your side's time having an

Benjamin G. Neel, M.D., Ph.D.

Page 362

1  argument.
2      MR. TISI:  Good, because you
3  can't because there was no such
4  agreement.
5      You make these kinds of
6  assertions repeatedly and they are
7  just not true.  So you --
8      MS. SHARKO:  You are totally
9  wrong, Mr. Tisi.
10     MR. TISI:  So tell me where
11 it is we agreed that he could not
12 bring materials relied on, when we
13 asked them in the notice of
14 deposition.
15     MS. SHARKO:  We served
16 objections to the deposition
17 notice, which you have.
18     MR. TISI:  That's not an
19 agreement.
20     MS. SHARKO:  There was no
21 agreement to bring all the stuff
22 that everybody reviewed.  If
23 there's something specific you
24 want, let's figure it out and get

Page 363

1  it.
2      MR. TISI:  But he's -- but
3  you said there was an agreement of
4  counsel not to bring things, which
5  is totally different than you
6  objecting to something on the
7  notice of deposition.
8      MS. SHARKO:  I disagree with
9  you, Mr. Tisi.
10     MR. TISI:  Okay.  Well, I
11 think the record will --
12     MS. SHARKO:  You constantly
13 make misrepresentations, Mr. Tisi,
14 but that's --
15     MR. TISI:  That's a
16 deflection.  That's a deflection.
17     You made an assertion,
18 Susan, that there was an agreement
19 of counsel not to bring
20 information to the deposition that
21 the witness relied on.  That's not
22 true.  So --
23     MS. SHARKO:  I disagree -- I
24 disagree with you.  But let's move

Page 364

1  on.
2      MR. TISI:  Okay.  Well, tell
3  me where it is.  Tell me where we
4  agreed not to bring information
5  relied on.
6      MS. SHARKO:  No.
7      MR. TISI:  Okay.
8      MS. O'DELL:  I think, tell
9  us where and tell us who you
10 believe made that agreement,
11 because I can tell you the only
12 other person that would have the
13 authority to make that agreement
14 is Michelle.  She is not here.  It
15 would be Chris or myself.
16     This is not true.  So let's
17 move on.  But if you're going to
18 take the position that you're not
19 going to bring materials for
20 experts in these depositions, then
21 we need to take it up with Judge
22 Pisano, because that's clearly not
23 in compliance with the rules.
24     MS. SHARKO:  So -- so if

Page 365

1  there's -- there are things that
2  you think should be brought to the
3  depositions, let's talk about that
4  afterwards.
5      MR. TISI:  Everything that
6  was in the notice of deposition.
7  Every -- because I -- you know,
8  we -- we have depositions coming
9  up and unless there's some basis
10 like privilege or something like
11 that, we expect you to bring them
12 to the deposition.
13     MS. SHARKO:  All right.  I'm
14 not going to have this
15 discussion --
16     MR. TISI:  Of course you
17 don't want to.
18     MS. SHARKO:  -- now on the
19 record.
20     MR. TISI:  Of course you
21 don't want to.  Because -- because
22 we did it.  We did it and you
23 didn't.
24     MS. SHARKO:  Mr. Tisi, let's

Benjamin G. Neel, M.D., Ph.D.

Page 366

```
1   move on.
2       I'm happy to --
3       MR. TISI:  Okay.
4       MS. SHARKO:  Leigh, I'm
5   happy to talk to you afterwards or
6   tomorrow.  You'll probably be in
7   Atlantic City, right?
8       MS. O'DELL:  We'll see.
9       MS. SHARKO:  We'll see?
10  Okay.
11      The judge changed the time,
12  did you see that?
13      MS. O'DELL:  I did see that.
14  BY DR. THOMPSON:
15      Q.  Okay.
16      A.  I looked through -- so I
17  want to clarify what I meant.
18      So I read several of these
19  papers to see if they were relevant and
20  I -- if I thought they were irrelevant, I
21  said they were irrelevant.
22      But if you want to know
23  which ones, it's what he cited in his
24  paper.  But I -- I mean --
```

Page 367

```
1       Q.  Okay.  Let's --
2       A.  -- there are very few
3   additional papers that are even cited by
4   him in his paper, in his report, that are
5   relevant.
6       Q.  Okay.  First off, let me
7   just ask you, are any of the papers
8   listed on Dr. Saed's CV relevant in your
9   mind?
10      A.  The most relevant one is
11  the -- is the current one, which is the
12  one that was in press.  And that's the
13  one that I criticized the most
14  specifically.
15      Many of the other ones are
16  cited by Dr. Saed as relevant, but they
17  aren't relevant in my opinion, as I state
18  in my report.
19      So, for example --
20      Q.  So -- okay.  So no -- none
21  of Dr. Saed's previous publications that
22  are relevant in your opinion with the
23  exception of the one just published; is
24  that correct?
```

Page 368

```
1       A.  Yes, but several -- several
2   of them have, you know, statements which
3   are not true, like the thing about the
4   SNPs.
5       Q.  Was the methodology that was
6   used in the previous publications and
7   peer reviewed relevant at all?
8       MS. SHARKO:  Object to the
9       form of the question.
10      THE WITNESS:  Yeah, I don't
11      know which particular methodology
12      or paper you're referring to.
13  BY DR. THOMPSON:
14      Q.  Well, I'm saying if Dr. Saed
15  used the same or similar methods
16  publishing this paper that he did in
17  previous papers, is that relevant?
18      A.  He didn't use the same
19  method.  The -- the earlier work was just
20  based on small SNP analysis.  This was
21  based on use of panels of SNPs, arrays of
22  SNPs.  It's a -- it's a new -- relatively
23  -- it's a more modern method that's
24  available in the earlier papers.
```

Page 369

```
1       Q.  But you'll agree with me
2   that there -- there's a lot of data in
3   Dr. Saed's paper that goes beyond just
4   the SNP analysis, correct?
5       A.  The SNP analysis is the only
6   analysis which addresses the
7   extraordinary claim of a genotype switch
8   in response to talc treatment of cells.
9   So that is the only data.
10      What he should have done was
11  carry out Sanger sequencing, since he's
12  claiming that there is a wholesale change
13  in a genetic content of a specific
14  polynucleotide -- of a specific SNP
15  within 72 hours of talc treatment which
16  would be utterly unprecedented as far as
17  I know in molecular biology.
18      Q.  Okay.  Let's -- let's go
19  ahead and have you identify what articles
20  from Dr. Saed's CV that you considered.
21      A.  Oh.  For example, on Page 30
22  he said -- he had a paper, "Specific
23  point mutations and key redox enzymes are
24  associated with chemoresistance and
```

Benjamin G. Neel, M.D., Ph.D.

Page 370

1  epithelial ovarian cancer." I looked at
2  that paper and immediately concluded that
3  it was not relevant to this litigation or
4  the question of my report because it has
5  to do with fully blown ovarian cancer.
6         So I looked at the paper,
7  but it's not relevant for this, so I
8  didn't cite it in my reference.
9      Q.   So which --
10     A.   Similarly --
11     Q.   -- which paper was that?
12     A.   Reference 9.
13     Q.   Give me a number --
14     A.   Page 30.
15     Q.   Okay. So that one you
16 looked at and determined it was not
17 relevant?
18     A.   Correct.
19     Q.   Let's just go through,
20 and --
21     A.   Similarly --
22     Q.   -- tell me if there are
23 others --
24     A.   Reference 15 addresses a

Page 371

1  similar subject. Not relevant.
2      Q.   Oh, okay.
3      A.   Reference -- I'm just
4  referring to --
5      Q.   Do you have the exhibit
6  there?
7      A.   Yes.
8      Q.   Would you go ahead and mark
9  on the exhibit?
10     A.   I thought I'm not allowed to
11 mark the exhibits.
12     Q.   You are if we ask you to.
13     A.   Okay. Sure.
14     Q.   Go ahead and -- just so
15 we'll have the record. Go ahead and mark
16 which ones that you considered.
17        MS. SHARKO: Considered
18     meaning read?
19        DR. THOMPSON: I'm just
20     using the language that's in the
21     statute, materials considered, and
22     what's on his reliance list -- on
23     his materials considered list.
24        THE WITNESS: I don't know

Page 372

1  how to answer that, because
2  there's obviously a legal issue
3  here that I don't understand.
4         But, I mean, if I read
5  something and it's not relevant to
6  my opinions, does that mean that I
7  considered it? Okay. Well, in
8  that case...
9         MS. SHARKO: That wouldn't
10     be my interpretation, but if
11     that's your question. That's
12     fine.
13 BY DR. THOMPSON:
14     Q.   Well, it's fine to go ahead
15 and tell us whether or not you -- go
16 ahead and circle the ones that you read
17 and I may ask you questions.
18     A.   Sure. Reference 26, I read.
19 It was relevant to something I'm
20 interested in, but it wasn't at all
21 germane. So I don't know how you would
22 count that one.
23        MS. SHARKO: By the way we
24     have the references in the

Page 373

1  doctor's report in the other room
2  if you want them if you can't find
3  a paper.
4         DR. THOMPSON: Okay.
5     Thanks.
6         THE WITNESS: Again, 45
7     would fall under the same
8     category. That's it. Oh, wait
9     the review articles.
10 BY DR. THOMPSON:
11     Q.   Dr. Neel, if you're
12 finished.
13     A.   No, I didn't look at the
14 reviews. You can have your pen back too.
15 I am a pen stealer. I admit to that.
16     Q.   So Dr. Neel, let me just ask
17 you about the articles that are circled
18 on Dr. Saed's CV, Exhibit 29, and have
19 you tell me whether these were papers
20 that you relied upon for your opinions or
21 decided were not relevant or any comments
22 that you want to make.
23     A.   Sure.
24        MS. SHARKO: Except now he

Benjamin G. Neel, M.D., Ph.D.

Page 374

1 doesn't have a copy of it in front
2 of him.
3       DR. THOMPSON:  That's true.
4       THE WITNESS:  You can keep
5 handing it back and forth to me.
6       DR. THOMPSON:  No, let me --
7 or maybe share Ms. Sharko's copy.
8       MS. SHARKO:  Okay.  So my
9 copy won't have circles on it.
10       DR. THOMPSON:  Right.  I'll
11 tell you a number and you can tell
12 me.
13       That's probably even better.
14 BY DR. THOMPSON:
15       Q.   On that exhibit, let's go
16 through the ones that are circled.  If
17 you could just mark relevant or
18 irrelevant.  "I" for irrelevant -- "I"
19 for irrelevant and "R" for relevant.  How
20 is that?
21       MS. SHARKO:  Those are the
22       only two choices?
23 BY DR. THOMPSON:
24       Q.   If you have a different

Page 375

1 choice, we can have a write-in candidate.
2       A.   How about not directly
3 relevant, although it was cited by him as
4 relevant.
5       Ditto, not directly
6 relevant, although he asserted it was.
7       As I said, as I recall the
8 only one that's directly relevant is the
9 more recent one.  And all the other ones
10 are claimed as being relevant but they're
11 off point, in my opinion.  I'm going to
12 write the same thing on all the other
13 ones.  There aren't that many, because
14 most of these papers are not directly
15 relevant.
16       So for example, Reference 52
17 is not -- this is the one where he, I
18 believe, shows -- I don't have the paper
19 in front of me.  We'd have to look at it.
20 But I believe that's the paper where he
21 claims that myeloperoxidase expressed in
22 ovarian cancer cells.
23       So that's not relevant to
24 the topic at hand, but it is relevant to

Page 376

1 my opinion that, you know, he's
2 misinterpreting the data.  So I don't
3 know how to -- how to write that.
4       Q.   And that paper was published
5 in Gynecologic Oncology, right?
6       A.   Yes.
7       Q.   And peer-reviewed, right?
8       A.   Yes, as I said before, the
9 very fact that -- if it's not
10 peer-reviewed, it's completely unreliable
11 until it's peer-reviewed.  But the fact
12 that it's been peer-reviewed doesn't make
13 it right.
14       Q.   Do you know the --
15       MS. SHARKO:  Well, wait.
16       He's still going through the --
17       through the last task.
18       THE WITNESS:  I think
19       that's -- that's -- I think that's
20       all of them.  Yeah.  Okay.  I
21       marked them all.
22 BY DR. THOMPSON:
23       Q.   Okay.  Thank you.  Do you
24 recognize any of the other authors on

Page 377

1 these paper as you look through it?  By
2 memory, name the authors that you
3 recognize.
4       A.   I don't remember -- I mean,
5 I don't --
6       Q.   Could you just glance
7 through and see if you --
8       A.   Sure.
9       Q.   -- recognize any of the
10 other authors.
11       A.   Sure.
12       MS. SHARKO:  On the ones
13       that he marked, right?
14       THE WITNESS:  I recognize
15       Fletcher, because I know that
16       she's in the lab.  I recognize her
17       name from the deposition.  But I
18       don't know any of the other
19       authors.  Fletcher again.
20 BY DR. THOMPSON:
21       Q.   So is it fair to say,
22 Dr. Neel, that you don't know the
23 reputations of any of Dr. Saed's
24 co-authors on these papers?

Benjamin G. Neel, M.D., Ph.D.

Page 378

1    A.   So far, that's fair to say,
2  yes.  But I believe that the overwhelming
3  majority of them are people who are
4  working in his lab.
5    Q.   Do you know that or are you
6  guessing?
7    A.   No, I know that from the
8  papers that I remember reading, I think
9  most of them, it was from one lab.  But I
10  could be -- we can go through each
11  individual paper if you want.  But that
12  reputation -- reputation is not relevant
13  to me.
14        What's relevant to me is my
15  reading of the papers and assessment of
16  their scientific quality.  And that's
17  what I did, and that's the basis for my
18  conclusions on Page 23, Point K.
19    Q.   Let's switch gears a little
20  bit, Dr. Neel.
21        You looked at other papers
22  directly related to molecular effects of
23  talc or talcum powder as well, correct?
24    A.   Most of which, we've already

Page 379

1  discussed.  But yes, everything that's in
2  my report is what I looked at.
3    Q.   Let's talk about that
4  Buz'Zard paper that you read and included
5  in your report on Page 25.
6    A.   Yes.  Buz'Zard and Lau.
7    Q.   I could have swore I put
8  those stickers right where I could find.
9  There they are.
10        DR. THOMPSON:  This will be
11  Exhibit 30, the paper by Buz'Zard.
12        (Document marked for
13        identification as Exhibit
14        Neel-30.)
15        MS. SHARKO:  Do we have a
16  29?
17        THE WITNESS:  Maybe that was
18  the CV.
19        MS. SHARKO:  Oh yeah.  CV
20  was 29.  I'm sorry.
21  BY DR. THOMPSON:
22    Q.   Do you recall reading this
23  paper?
24    A.   Absolutely.

Page 380

1    Q.   And you had actually quite a
2  few criticisms of this paper as well?
3    A.   Yes.
4    Q.   Correct?
5    A.   Yes.  Starting with the fact
6  that it's published in a journal that's
7  not really relevant to ovarian cancer or
8  cancer, Phytotherapy Research.  I don't
9  think I've ever seen a paper on ovarian
10  cancer in Phytotherapy Research.
11    Q.   But you'll agree that the
12  paper at least deals with ovarian cells
13  cultures and molecular effects, right?
14    A.   A small part of the paper,
15  yeah.  Yes.
16    Q.   This paper was
17  peer-reviewed, right?
18    A.   By somebody who reviews for
19  Phytotherapy Research, which is highly
20  unlikely to be anyone who is a credible
21  ovarian cancer researcher.
22    Q.   And in the abstract of this
23  paper, the authors state, "Talc increased
24  proliferation, induced neoplastic

Page 381

1  transformation, and increased ROS
2  generation time dependently in the
3  ovarian cells and dose dependently in the
4  PNM."
5        Did I read that correctly?
6    A.   Yes, you read the statement
7  correctly.
8    Q.   And is it your opinion that
9  those statements do not actually reflect
10  what the experiments demonstrated?
11    A.   Yes.  It's my -- it's my
12  contention that this paper is highly
13  flawed in multiple ways, starting with --
14  do you want me to tell you all the ways
15  that it's flawed?
16    Q.   Sure.
17    A.   Starting with the fact that
18  we have no idea what a -- if there -- if
19  talc does get from the perineum into the
20  fallopian tube or the ovarian surface
21  epithelial region, we have no idea of
22  what a relevant dose is.  So picking
23  these doses has no biological relevance.
24        In fact, I don't think you

Benjamin G. Neel, M.D., Ph.D.

Page 382

1 can actually study the question unless
2 you have an idea of the dose of the agent
3 that gets to the relevant tissue.  So the
4 first problem is the design of the
5 experiments is intrinsically flawed.
6          The second point --
7     Q.   Can we go one at a time --
8     A.   Sure.
9     Q.   -- just because I have
10 question --
11     A.   Sure.  Yeah, you asked me
12 to --
13     Q.   It will be easier -- yeah.
14     A.   So that's my first problem.
15     Q.   Aren't in vitro studies
16 frequently done for mechanistic purposes
17 and not necessarily to determine a
18 relevant dose?
19     A.   It's well known that the
20 only relevant studies that are done in
21 vitro are done with a relevant dose of
22 the agent that you're testing.
23          So I can only comment on
24 well-designed and well-performed

Page 383

1 experiments, not poorly designed and
2 poorly performed experiments.
3     Q.   How would you know a
4 relevant dose if you wanted to look at
5 talcum powder in vitro and how it would
6 relate to women who are using talcum
7 powder regularly on their perineum?
8     A.   That's exactly the point.
9     Q.   So are the -- would all
10 molecular studies be worthless?
11     A.   Until you can define a
12 reasonable dose, it doesn't -- you can't
13 do an experiment that's relevant to the
14 question at hand.
15          If you just go dumping talc
16 at various levels onto cells, it may have
17 absolutely no -- it probably has
18 absolutely no relevance to what happens
19 when you apply talc to the perineum of a
20 woman, and if and whether any degree of
21 talc gets to -- to the relevant tissue.
22     Q.   So in your opinion, with our
23 current knowledge, it would be impossible
24 to do a molecular study with talcum

Page 384

1 powder that would be relevant?
2     A.   I think it would be
3 impossible to do a compelling study until
4 you first answered the question of
5 whether perineum -- talc applied to the
6 perineum of a woman gets to the ovary and
7 at what dose --
8     Q.   How do you --
9     A.   The fallopian tube.
10     Q.   How do you ascertain that
11 information?
12     A.   It's not my -- I would have
13 to sit down and think it through.  That's
14 not my purpose here today.
15          My purpose is not to do the
16 experiments for them.  My purpose is to
17 evaluate the published data.
18          And my opinion is that the
19 study starts out being flawed by not
20 knowing anything about a relevant dose.
21 It's their obligation to figure out a
22 relevant dose, not mine.  It's my
23 obligation to read their paper and decide
24 whether it's scientifically credible.

Page 385

1 But that's the -- that's only the first
2 of many weaknesses of this study.
3     Q.   We'll get -- we'll get to
4 some -- let me finish my question here
5 and then we'll get to the others.
6          Assuming that you did not
7 have a conflict of interest policy at
8 your institution, could you design a
9 study, a molecular study that you think
10 could be relevant to studying the issue
11 that we are talking about today?
12     A.   I don't know.  I haven't
13 really given it any thought.  I haven't
14 given it significant thought.  Maybe.
15 I'd have to think about it for a while.
16     Q.   Okay.  Let's go on with
17 your -- your criticisms.
18          Are these the same that are
19 outlined in your report?
20     A.   Yes.
21     Q.   Or are there additional
22 ones?
23     A.   Yes, those are exactly the
24 criticisms.  But I'm happy to go through

Benjamin G. Neel, M.D., Ph.D.

Page 386

1 each of them if you want.
2      Q.   Let's go ahead and go
3 through them.
4      A.   Okay.  Well, granular --
5 most of the study, a large fraction of
6 the study concerns granulosis cells which
7 are not relevant to epithelial ovarian
8 cancer of any type.
9      Q.   So is it your opinion that
10 seeing biological effects on cells from
11 anything other than tubal epithelium are
12 irrelevant?
13      A.   Well, even if they had, you
14 know, primary ovarian surface epithelium,
15 that might be relevant because I think
16 there is some evidence that some ovarian
17 cancer come from the OSE, ovarian surface
18 epithelial, OSE.
19           But these cells are already
20 transformed with SV40 large T antigen.
21 And SV40 large T antigen inactivates the
22 two major oncogenic pathways.  It
23 activates all members of the RV family
24 and it inactivates p53.  So these cells

Page 387

1 are already transformed.
2           So if you're trying to
3 investigate the effects of a potential
4 initiating event, then this study is
5 irrelevant.
6           Plus it's well known that
7 SV40 large T transformed cells are
8 genetically unstable and any -- and
9 different lines are different.  So it's
10 really not generally accepted that you
11 use a study where you transform cells
12 with SV40 large T and -- and use that to
13 infer something about normal biology.
14           So I think that's a serious
15 weakness of this study.
16      Q.   Okay.  Next?
17      A.   The third point is that they
18 don't show any tumor genicity studies.
19 It would have been very easy for them to
20 take these cells, treat them with talc
21 and then inject them into
22 immunoincompetent mice and at least see
23 if there's any evidence of
24 transformation.

Page 388

1           It's well known that soft
2 agar transformation in human cells is not
3 predictive of -- of tumorigenicity which
4 is the issue at hand.
5           And the -- if you look
6 carefully at the data, the -- the
7 purported pro-oncogenic effects on
8 cellular proliferation and on ROS occur
9 at two different doses of talc.
10           So notwithstanding my
11 criticism about the dose in the first
12 place, it's not known which of these
13 doses would be relevant.
14           So I think that pretty much
15 covers it.
16           Oh yeah, the
17 polymorphonuclear leukocyte experiments
18 are not relevant because, as we discussed
19 earlier today, there is no evidence for
20 white -- for poly -- or PMN infiltration
21 into the premalignant lesions of -- of
22 human fallopian lesions like STICs or
23 stills or p53 signatures.
24           So I don't really think

Page 389

1 there's much in this paper to support the
2 case that talc is pro-oncogenic.
3      Q.   And --
4      A.   It's a very poor quality
5 journal and it's -- I don't think these
6 authors have ever published on this again
7 as far as I can tell.
8      Q.   Is it -- is it fair to say
9 your criticisms of the Buz'Zard paper are
10 similar to those of Dr. Saed's paper?
11      A.   No.  They're -- they are
12 different.
13      Q.   In terms of being flawed?
14      A.   Well, I mean I would say
15 that it's like Anna Karenina.  They are
16 flawed in different ways.
17      Q.   Fair enough.  Let's --
18 and -- and the -- the results and
19 mechanism that the authors are proposing
20 in this paper are -- are not even
21 plausible in your mind?
22      A.   Plausibility requires good
23 experiments.  These are bad experiments.
24 So based on this set of data, there is

Page 390

1 nothing that can be educed from this work
2 as to biological plausibility in my
3 opinion.
4     Q.   Let's -- let's go next to
5 the Shukla paper.  Do you remember --
6     A.   Shukla?
7     Q.   -- seeing that paper?
8     A.   I remember the paper -- I
9 remember the name.  It's an unusual name
10 so I remember.  But I don't recall the --
11 I'd have to see the paper to actually
12 comment on it.
13     Q.   I'll hand that to you now.
14     (Document marked for
15     identification as Exhibit
16     Neel-31.)
17 BY DR. THOMPSON:
18     Q.   Did you review this paper,
19 Dr. Neel?
20     A.   Yes.
21     Q.   And I believe you discussed
22 this paper in your report as well,
23 correct?
24     A.   I do.  Can you tell me the

Page 391

1 page though?
2     Q.   Yes.
3     A.   So I can make sure.
4     Q.   It's Page 21.  Beginning on
5 Page 21.
6     In this paper, the authors
7 reported --
8     A.   Hold on.  I don't see it on
9 21.  Can you tell me where it is on 21?
10     Q.   Page 21 of your paper in the
11 last paragraph.
12     A.   Oh, sure, yeah, yeah.
13 Sorry.  It's in the middle.
14     Q.   And in this paper the
15 authors report all -- alterations in gene
16 expression following exposure to asbestos
17 as well as talc in mesothelial and
18 ovarian surface cells, correct?
19     A.   Yes.
20     Q.   Do you have criticisms of
21 this paper?
22     A.   Hold on.  Let me go through
23 it again.  It's been a while since I saw
24 it.  And the criticisms that I have are

Page 392

1 in the report.  But let me just look at
2 it again.  Oh, yeah.  So again, this is
3 an SV40 Tag-immortalized
4 anchorage-dependent human ovarian
5 epithelial line, so it's --
6     MS. SHARKO:  You've got to
7 go much slower.  Sorry.
8     THE WITNESS:  Oh, I'm sorry.
9 On Page -- on Page 115 in the
10 left-hand column, midway through
11 under the methods, which I write
12 extensively, it's an -- the
13 authors use for ovarian surface
14 epithelial cells an SV40
15 Tag-immortalized,
16 anchorage-dependent human ovarian
17 epithelial cell line.
18     So this suffers from the
19 same issues that I just mentioned
20 for the Buz'Zard paper in that
21 it's using a cell line that
22 already has -- should I continue?
23 BY DR. THOMPSON:
24     Q.   Yes, I'm sorry.

Page 393

1     MS. SHARKO:  Okay.
2     THE WITNESS:  This paper
3 uses an SV40 Tag-immortalized
4 anchorage-dependent human ovarian
5 epithelial cell line which,
6 therefore, suffers from the same
7 issues that I raised earlier with
8 the paper by Buz'Zard and Lau in
9 that this -- these cell lines
10 are -- already suffered -- already
11 have had introduced a minimum of
12 two of the transforming events
13 that occur in ovarian cancer.
14     So the cell line is not
15 necessarily germane to the
16 initiating events of ovarian
17 cancer.  That's the first thing.
18     The second thing is that the
19 paper primarily concerns, you
20 know, asbestos effects on
21 mesothelial cells, not so much the
22 effects of talc on ovarian
23 epithelial cells.
24     And if you look at the

Benjamin G. Neel, M.D., Ph.D.

Page 394

1  changes.  In fact, if you go to
2  Page 2009.  In contrast to
3  LP9/TERT and NYU474 mesothelial
4  cells, that's referring to the
5  pleural mesothelial cells.
6      IOSE cells showed no
7  significant gene upregulation or
8  downregulation in response to
9  lower concentrations of asbestos
10  and no significant mRNA changes
11  were observed with non-fibrous
12  talc, fine titanium dioxide, or
13  glass beads at either time point.
14      So the relevant cell type
15  shows no changes in gene
16  expression, and the irrelevant
17  cell type shows minimal changes in
18  gene expression in response to
19  talc.
20      So again, I don't really
21  think that Dr. Saed's quote is
22  relevant.  So if you read my
23  report on Page 21, I refer to
24  Shukla, et al., in the context of

Page 395

1  Dr. Saed's citation, not -- not
2  because I think this is
3  necessarily germane.
4      I am responding to
5  Dr. Saed's claim it's germane and
6  showing that it isn't germane in
7  my opinion.
8  BY DR. THOMPSON:
9      Q.   So your opinion --
10      MS. SHARKO:  He was reading
11  from 118, not 2009.
12      THE WITNESS:  Oh, did I --
13      DR. THOMPSON:  I found it.
14      MS. SHARKO:  You did.
15      THE WITNESS:  I'm sorry.
16      MS. SHARKO:  No problem.
17      THE WITNESS:  Sorry.  Thank
18  you.
19  BY DR. THOMPSON:
20      Q.   And so this paper, in your
21  opinion, is not relevant for the issue
22  that we're discussing today?
23      A.   Well, if anything, it says
24  there is almost no effect of talc on

Page 396

1  these cells --
2      Q.   Well, my question is --
3      A.   -- in terms of gene
4  expression.
5      Q.   -- as to the relevance.
6      A.   Well, it's not -- it's not
7  relevant, and it's not -- it doesn't
8  support the claim that ovarian cancer is
9  caused by talc.  So in that way it's not
10  relevant.
11      Q.   Would you consider this
12  paper reliable?
13      A.   Reliable?  I mean, they
14  measured -- insofar -- so it's reliable
15  in the sense that they've used
16  established techniques, and I'm sure that
17  the gene expression data is correct.
18  Reliable insofar as one can draw
19  conclusions about asbestos or talc, I
20  have no comment about what a relevant
21  dose would be of asbestos, because I
22  haven't researched that issue.  But I do
23  have a comment, the same comment that I
24  raised earlier about a difficulty in

Page 397

1  knowing what would be a relevant dose of
2  talc.
3      But in this case, the doses
4  they chose had no significant effects.
5  So it's not germane unless the -- unless
6  the point is to say that talc doesn't
7  induce gene expression changes in the
8  human ovarian cells.
9      Q.   If -- and is it your
10  understanding that this paper or these
11  authors used non fibrous talc in the
12  studies?
13      A.   I don't recall.  I have to
14  look at what they used.
15      Q.   It's in the abstract or the
16  methods.
17      A.   Well, I would prefer to use
18  the methods.
19      Q.   Sure.
20      A.   I have to look at it.  I
21  have to go to the results because they
22  characterize the fibers.  I'm not really
23  an expert in fibers.  But I believe
24  Dr. Mossman is an expert for the

Benjamin G. Neel, M.D., Ph.D.

Page 398

1 defendant. So I think that she would
2 probably be better at explaining this
3 than I.
4      Yes, they claim that it's
5 non-fibrous talc. But again, I'm not an
6 expert in mineralogy or geology. So I
7 can't comment on the quality of their
8 evaluation. But I will say that it's
9 non-fibrous talc, according to the paper.
10     Q.   And if Baby Powder were
11 shown to contain fibrous talc or
12 asbestos, how would that change your
13 opinions regarding the paper?
14     A.   Well, it would just make
15 this paper even more irrelevant because
16 they didn't use Johnson & Johnson's
17 products.
18     Q.   Do you know Dr. Mossman?
19     A.   I don't know her. I know of
20 her reputation, but I don't know her.
21     Q.   And you haven't spoken to
22 her --
23     A.   No.
24     Q.   -- regarding this case?

Page 399

1      A.   I've never met her or spoken
2 to her.
3      Q.   I believe you had two papers
4 by Dr. Akhtar on your materials
5 considered list. Does that sound
6 familiar?
7      A.   Yeah. I don't know if
8 that's the -- I didn't know how to
9 pronounce that name.
10     Q.   I don't either so you're --
11 does anyone?
12     A.   It sounds like it's right.
13 A-H-K or something?
14         MS. SHARKO:  That's
15 Exhibit 32.
16         (Document marked for
17         identification as Exhibit
18         Neel-32.)
19         DR. THOMPSON:  32 is the
20 Akhtar paper.
21 BY DR. THOMPSON:
22     Q.   "The Primary Role of Iron
23 Mediated Lipid Peroxidation."
24         Does this paper look

Page 400

1 familiar, Dr. Neel?
2      A.   Yes.
3      Q.   And did you read this paper?
4      A.   A while ago, yes.
5      Q.   Do you --
6      A.   I don't remember if I
7 actually -- was there a place in my
8 report that you want to discuss here?
9      Q.   I don't believe that -- oh,
10 actually, I think you did discuss this in
11 here. Let me find it. Yes, it's on Page
12 24.
13     A.   24. I thought I remember
14 typing that. Yes.
15     Q.   And do you have criticisms
16 regarding this paper?
17     A.   Yes. As outlined in my
18 report on Page 24.
19     Q.   And what are those?
20     A.   These authors measured the
21 effects of talc on A549 cells, which are
22 lung cancer cells, and found ROS
23 production, oxidation of cellular lipids,
24 and DNA damage.

Page 401

1      So, again, these are already
2 established lung cancer cells. So I
3 don't see the relevance to the question
4 of initiation of ovarian cancer. That's
5 first thing.
6      The second thing is that --
7 the same issues having to do with dose
8 are germane here. And I guess I should
9 see -- I don't remember which form of
10 talc they used. Yeah, so commercial
11 talc. So again, those are my main
12 criticisms.
13     They use dose -- again, as I
14 said, it's not clear as the dosage used
15 here or seen here relate to the small
16 number of particles that are presumably
17 found in the reproductive tract, if
18 they're there at all.
19     Q.   Are you aware that Dr. Saed
20 used the same dosage as Dr. Akhtar
21 reported in his paper?
22     A.   I'd have to look to be sure.
23 But perhaps. Dr. Saed's papers are
24 seriously flawed, as we've already

Benjamin G. Neel, M.D., Ph.D.

Page 402

1  discussed.
2      Q.   Yeah, I understand your
3  opinion as to that.  The author's first
4  sentence in the abstract is, "Talc
5  particles, the basic ingredient in
6  different kinds of talc-based cosmetic
7  and pharmaceutical products, pose a
8  health risk to pulmonary and ovarian
9  systems due to domestic and occupational
10  exposures."
11      Do you disagree with that
12  statement --
13      A.   Yes.
14      Q.   -- that Dr. Akhtar makes?
15      A.   Yes.
16      Q.   Do you think that Akhtar
17  is -- Dr. Akhtar is not credible?
18      A.   I have no knowledge as to
19  Dr. Akhtar.  I have never met him.  Don't
20  know anything about him.  Don't know his
21  reputation and can't comment on it.
22      Q.   This paper was peer reviewed
23  and published?
24      A.   Yes.  And I also can't

Page 403

1  comment, since I'm not a toxicologist, on
2  the quality of this journal.  But I think
3  it's probably not a high impact journal
4  or a high quality journal.
5      Q.   Do you know if nanoparticles
6  would apply to Johnson's Baby Powder?
7      A.   As I said, I am not -- not a
8  mineralogist, I'm not a toxicologist.  I
9  can't comment on any of that.
10      Q.   So you --
11      A.   I don't have any
12  professional opinion on that.
13      Q.   So you really have no idea
14  as to the particle size of Johnson's Baby
15  Powder?
16      A.   I have no idea as to the
17  particle size.
18      Q.   And the authors a little
19  further down in the abstract state, "Both
20  varieties of talc nanoparticles
21  differentially induce lipid peroxidation
22  which was correlated with the pattern of
23  lactate dehydrogenase leakage, reactive
24  oxygen species generation, and

Page 404

1  glutathione depletion."
2      Those were at least some of
3  the same things that Dr. Saed studied,
4  correct?
5      A.   No, actually -- no, that's
6  not correct.  Actually, the major
7  weakness of Dr. Saed's paper is he did
8  not measure.  As I said earlier, if you
9  are going to claim a difference in redox
10  balance, you have to measure redox
11  balance by measuring ROS generation in
12  the form DCF fluorescence or other types
13  of ROS sensor assays.  Lipid peroxidation
14  by BODIPY staining or other methods like
15  -- oxidative damage to DNA by ADG
16  staining, none of which Dr. Saed did, as
17  I said earlier.
18      Q.   Did you -- do you have any
19  other criticisms of this paper?
20      A.   My -- my major point about
21  this paper as I've said already, is that
22  it concerns already developed lung cancer
23  cells and it is well known in the
24  scientific literature that there is

Page 405

1  differences between the effects of ROS in
2  cancer cells that are already
3  established, and in particular, in cancer
4  cell lines that have been passive for
5  many years, and in particular, in
6  different types of cancer cells than are
7  present in normal cells.
8      So the paper is -- is not
9  germane in my opinion to the question of
10  whether talc causes ROS changes and
11  reactive oxygen induced damage in primary
12  fallopian tube epithelium or primary
13  ovarian surface epithelium.
14      That is the relevant
15  question.  Notwithstanding all the issues
16  about dose that we've talked about.
17      Q.   You'll agree though that the
18  authors of this paper at least thought
19  that their experiment was relevant for
20  ovarian cancer, right?
21      A.   I have no idea --
22      MR. LOCKE:  Objection.
23  BY DR. THOMPSON:
24      Q.   Well, they stated it that,

Benjamin G. Neel, M.D., Ph.D.

Page 406

1 in the first sentence, that --
2      A.   They -- they said that --
3      Q.   -- it poses a risk to
4 pulmonary and ovarian systems.
5      A.   Well, that's their opinion.
6 That doesn't say whether they thought
7 they were -- whether they thought it was
8 relevant.  All they can say is that it --
9 that assuming that everything in this
10 paper is correct, in terms of the
11 measurements and all that, which I have
12 no reason to question, they can't say
13 anything about dose, and they can't say
14 anything about the relevant cells.
15      So, cells are not cells.
16 It's not like, you know, parts is parts
17 in Perdue chicken.
18      Q.   What's you -- what's your
19 basis for opinion that the -- the cells
20 used in this experiment are not relevant
21 for ovarian surface epithelium?
22      A.   Well, as I've already said,
23 they are lung cancer cells.  They -- they
24 are a mutation.  So A-549 cells have KRAS

Page 407

1 mutations.  I believe it's -- it's either
2 G12B or G12D, and that is completely
3 irrelevant to the overwhelming majority
4 of serous cancers, much less serous
5 ovarian cancer transformation.
6      So it's a lung epithelial
7 cell.  It's a transformed lung epithelial
8 cell.  It's bearing a mutation that is
9 not found characteristically in serous
10 cancer, and it's bearing a mutation that
11 when it's found in serous cancer is not
12 part of the initiating events in serous
13 cancer.
14      So irrelevant cell type,
15 irrelevant mutations, irrelevant stage of
16 carcinogenesis, and questionable dose.
17 I -- I don't really see anything that
18 could possibly be relevant to the
19 question at hand when every other issue
20 is irrelevant.
21      Q.   Is there any publication on
22 your reference list or your materials
23 considered list that would provide
24 insight into that opinion that you're

Page 408

1 providing, that lung cancer cells are
2 irrelevant to the ovary in terms of study
3 of this issue?
4          MS. SHARKO:  Object to the
5      form of the question.
6          THE WITNESS:  Can you repeat
7      the question?  I'm not sure, there
8      was a lot of --
9 BY DR. THOMPSON:
10      Q.   Yeah, it was a bad -- it was
11 a bad -- it was a bad question.
12      A.   Sorry.
13      Q.   Can you point me to an
14 article that's on your reference list or
15 materials considered list that addresses
16 the basis for your opinion that lung
17 cancer cells are irrelevant to ovarian
18 cancer?
19      A.   I -- I didn't say lung
20 cancer cells were irrelevant to ovarian
21 cancer, although I would agree largely
22 with that statement.
23      What I said was lung cancer
24 cells -- the use of lung cancer cells to

Page 409

1 determine the effects of agents on
2 nontransformed ovarian epithelial cells
3 or fallopian tube epithelial cells is
4 irrelevant.
5      And I think that should be
6 self-evident to any practicing scientist
7 in the cancer biology field.  I don't
8 think you would find any scientist,
9 credible cancer biologist, who would
10 think that using A-549 cells to model any
11 aspect of ovarian cancer pathogenesis is
12 relevant.
13      Q.   Well --
14      A.   And I would reject
15 categorically from the six journals that
16 I'm an editor of any paper that presumed
17 to do the same, which is probably why a
18 journal -- a paper like this is published
19 in a low impact, low quality journal, and
20 not in any of the six journals that I'm
21 an editorial board member of or that I've
22 been an editor of previously.
23      Q.   I understand that.  But we
24 have to be able to explain your opinions

Benjamin G. Neel, M.D., Ph.D.

Page 410

1 to nonscientists.  And it would be --
2 will be helpful to be able to refer to an
3 article or something that can address the
4 irrelevance of -- of using these cell
5 lines to study ovarian cancer
6 pathogenesis.
7          And my question is, is there
8 a citation on your reference or materials
9 cited -- materials considered list that
10 we could refer to to help?
11          MS. SHARKO:  Object.  Object
12 to the form.
13          THE WITNESS:  I don't think
14 I would have any trouble
15 convincing anybody who is logical
16 that studying a fully transformed
17 lung cancer cell is not relevant
18 to studying a normal fallopian
19 tube cell.
20          I think that stems from
21 elemental logic and you don't
22 really even have to have much
23 scientific credentials to make
24 that conclusion.

Page 411

1 BY DR. THOMPSON:
2          Q.   So that opinion at least is
3 based on logic, not peer-reviewed medical
4 literature; is that correct?
5          A.   That -- that --
6          MS. SHARKO:  Object to the
7 form.  Misstates the testimony.
8          THE WITNESS:  That opinion
9 is based on 39 years of experience
10 in the cancer biology field from
11 its earliest days.  And from the
12 general understanding of cell
13 biology, molecular biology, and
14 cancer biology that I and many
15 other scientists of my credibility
16 and credentials would hold.
17 BY DR. THOMPSON:
18          Q.   As far as referring me to a
19 citation in your report or attachments,
20 that would address this issue, you are
21 not able to do that today?
22          MS. SHARKO:  Objection.
23 Asked and answered several times.
24          THE WITNESS:  That's not a

Page 412

1 personal -- first of all, I heard
2 that.  And it's not a personal
3 opinion.
4          That is a scientific opinion
5 based on 39 years of research, and
6 I don't think you will ever find a
7 credible scientific expert in the
8 field of cancer biology who would
9 say that studying A-549 in cancer
10 cells from the lung is relevant to
11 understanding the pathogenesis of
12 fallopian tube and/or ovarian
13 cancer.  It's simply irrelevant.
14          And, again, I can cite and
15 did cite in my report the fact
16 that high grade serous cancer is
17 not categorized by KRAS mutations.
18 These cells have KRAS mutations.
19 Okay?  I know that because we work
20 with these cells in a different
21 context.
22 BY DR. THOMPSON:
23          Q.   So if there were a scientist
24 that would give an opinion that there is

Page 413

1 relevance to studying the effects of
2 talcum powder or some other potential
3 carcinogen on cell lines other than
4 normal tubal primary cell lines, would
5 you automatically have a criticism of
6 that particular scientist?
7          A.   I would have to see the
8 scientist's opinion in detail, but
9 anybody who -- anybody with training in
10 modern cancer biology and with an
11 understanding that A-549 cells are lung
12 epithelial, the adenocarcinoma cells that
13 bear a KRAS mutation, and anyone who knew
14 about the pathogenesis of high grade
15 serous ovarian cancer would realize that
16 that's not a relevant cell system.
17          I would expect a first year
18 graduate student to know that, frankly,
19 and even a good undergraduate.
20          Q.   There are certain carcinogen
21 that cause cancer in many different
22 tissues and different types of cancer,
23 aren't there?
24          A.   There are some carcinogens

Benjamin G. Neel, M.D., Ph.D.

Page 414

1  that have the capacity to damage DNA in
2  many types of tissues, yes.
3      Q.   And an example would be
4  asbestos, would it not?
5      A.   As I said, I haven't really
6  exhaustively looked at the literature for
7  asbestos and cancer.  But the only, you
8  know, thing that I know for sure is that
9  asbestos causes mesothelioma and is a
10 cocarcinogen with tobacco smoke for lung
11 cancer.
12     Q.   So you are not aware of
13 other organs in which asbestos has been
14 shown to cause cancer as well?
15     A.   I just said it's a cause of
16 mesothelioma.  And it's a cocarcinogen
17 with tobacco smoke for lung epithelial
18 cancer.  And there's some evidence it may
19 also cause lung epithelial cancer.
20     Q.   And you have the IARC 2012
21 monograph on asbestos.  Can you identify
22 the other types of cancer that IARC
23 concluded were caused by asbestos in
24 addition to mesothelioma?

Page 415

1      A.   I --
2          MS. SHARKO:  Object to the
3      form.
4          THE WITNESS:  I said that I
5      haven't really studied the IARC
6      monograph, so I can't comment on
7      that.
8  BY DR. THOMPSON:
9      Q.   And would anyone who relies
10 on studies looking at the cell lines that
11 you've been discussing, that you deem
12 irrelevant, would they be wrong for doing
13 so?
14     A.   I didn't say that the cell
15 lines were irrelevant.  I said the cell
16 lines were irrelevant to the question at
17 hand.
18         These cell lines are highly
19 relevant to understanding lung cancer
20 pathogenesis.  But they are not relevant
21 to understanding ovarian cancer
22 pathogenesis.
23     Q.   Okay.  Sir --
24     A.   And these cells are fully

Page 416

1  developed cancer cells.
2          The question at hand, as I
3  understand the question, is does talc
4  contribute to the cause of ovarian
5  cancer.  Once you have a fully -- fully
6  transformed lung cancer cell, it's a
7  cancer.
8      Q.   But we have discussed
9  earlier that at least part of the
10 carcinogenic process includes promotion
11 and -- and progression of the cancer,
12 correct?
13     A.   This cancer is a fully
14 developed, fully formed cancer.  It's
15 gone way behind the progression and
16 initiation stages.  This cancer will kill
17 a mouse if you inject it into a mouse.
18 It's not -- it's not a precancerous
19 lesion.  It's not a cancer -- it's not a
20 lesion that it is in the process of
21 carcinogenesis.  It's fully blown lung
22 cancer cell line derived probably from a
23 metastatic lung cancer patient who
24 underwent surgery.  So it -- it's really

Page 417

1  not relevant in my opinion.
2      Q.   Okay.
3          (Document marked for
4      identification as Exhibit
5      Neel-33.)
6  BY DR. THOMPSON:
7      Q.   I'm going to give you
8  another paper by the -- at least Akhtar
9  is the same.
10         This is Exhibit 33, Akhtar,
11 "Cytotoxicity and apoptosis induction by
12 nanoscale talc particles."
13         Have you seen this paper,
14 Dr. Neel?
15     A.   70 and 71, that must be --
16     Q.   Oh, that's the --
17     A.   Let me see if that's the
18 paper that I cited.  It's --
19         MS. SHARKO:  Yes.
20         THE WITNESS:  Yeah, I've
21 seen this paper.  I refer to it in
22 my report.  It's in the context of
23 the same issues that we just
24 discussed.

Benjamin G. Neel, M.D., Ph.D.

Page 418

1 BY DR. THOMPSON:
2     Q.   And are your criticisms of
3 this paper similar to the other Akhtar
4 paper?
5     A.   Yes, it -- yes, again uses a
6 single lung cancer cell line which is
7 fully transformed and bears KRAS
8 mutations and, therefore, is not relevant
9 to nontransformed fallopian tube
10 epithelium or ovarian surface epithelium.
11 Nor is it relevant to serous cancer
12 pathogenesis because serous cancers
13 almost never have KRAS mutations, and
14 when they do have KRAS mutation, they are
15 a later stage of development and are not
16 involved in the initial stages of cancer.
17         That is well established
18 from modern molecular biology research.
19     Q.   And this paper was peer
20 reviewed and published, correct?
21     A.   I assume so.  What journal
22 is this?  I don't even know what
23 journal -- I assume it was.
24     Q.   And the authors at least

Page 419

1 concluded that the particles that they
2 used which were commercial -- indigenous
3 and commercial nano talc particles,
4 right?
5     A.   That is what they say, yes.
6     Q.   Okay.  And the authors at
7 least conclude that the particles
8 significantly induced cytotoxicity,
9 oxidative stress and apoptosis in human
10 lung epithelial cells?
11     A.   Well, first of all, they are
12 not human lung epithelial cells.  As I
13 said that's a misstatement.  They are
14 human lung cancer cells.
15         So the title is misleading.
16 And that conclusion is misleading.
17         Human lung epithelial cells
18 can -- would normally be interpreted as,
19 say, normal human lung epithelial cells.
20 So these are human lung cancer cells.
21 That would be a more accurate statement.
22     Q.   Do you have other criticisms
23 of the -- this paper?
24     A.   The criticisms that I have

Page 420

1 of this paper are pretty much the same as
2 the criticisms I have with the other
3 Akhtar paper.  Irrelevant cell line,
4 uncertain dose.  You know, no
5 demonstration.  We -- they couldn't
6 actually demonstrate carcinogenesis here
7 because they start with a cancer.
8     Q.   Would you say that all four
9 of these molecular studies relating to
10 talc are flawed in some way?
11     A.   I only count two.
12         MS. SHARKO:  Object.  Object
13 to the form.
14         THE WITNESS:  We're only
15 discussing two.
16 BY DR. THOMPSON:
17     Q.   Oh, I'm including Buz'Zard
18 and Shukla.
19     A.   Oh yes, they are all
20 completely flawed from the standpoint of
21 the question at hand, yes.  They are not
22 even close to being on point in my
23 opinion, professional opinion, based on
24 39 years of research in cancer biology

Page 421

1 dating from the -- from the earliest days
2 of the field and staying current in
3 modern molecular biology research.
4         DR. THOMPSON:  Would this be
5 a good time for a break?
6         MS. SHARKO:  Again?
7         DR. THOMPSON:  How long has
8 it been?
9         MS. O'DELL:  A little over
10 an hour.  I think it's an
11 appropriate time for a break.
12         THE VIDEOGRAPHER:  Remove
13 your microphones.  The time is
14 5:03 p.m.  Off the record.
15         (Short break.)
16         THE VIDEOGRAPHER:  Okay.  We
17 are back on the record.  The time
18 is 5:24 p.m.
19 BY DR. THOMPSON:
20     Q.   Dr. Neel, we've looked at
21 five molecular studies this afternoon.
22 That paper by Saed, by Shukla, Buz'Zard,
23 and two by Akhtar.
24         Is it your opinion that all

Page 422

1  five of those studies are flawed?
2      A.   They are either flawed or
3  they are not relevant.
4      Q.   And the -- the reason for
5  that criticism seems to be primarily that
6  there is no established dose and that the
7  wrong cell lines are used.  Is that a
8  fair statement?
9      A.   That is --
10      MS. SHARKO:  Object to the
11  form.
12      THE WITNESS:  That statement
13  refers to some of the papers.  But
14  Dr. Saed's paper is flawed on
15  multiple levels, most notably his
16  claim that talc applied to ovarian
17  cells or fallopian tube cells can
18  produce a stoichiometric shift in
19  nucleotide sequence for a specific
20  gene.  That is just an incredible
21  assertion.
22      So -- and also his claims
23  that redox balance is disrupted in
24  the cells without any measurement

Page 423

1  of redox balance in the cells.
2  You can't make that claim without
3  actually measuring redox balance.
4      So his paper, the -- the one
5  that's in -- that just was
6  published apparently is flawed
7  conceptually and technically.
8      The other papers are using
9  questionable doses and irrelevant
10  cell systems.  So they're
11  different objections to the
12  different studies.
13  BY DR. THOMPSON:
14      Q.   So is it your opinion that
15  any scientist who relies on these studies
16  would be using -- relying on these
17  studies to answer the question of whether
18  talcum powder causes ovarian cancer,
19  would be using bad scientific judgment?
20      MS. SHARKO:  Object to the
21  form of the question.
22      THE WITNESS:  What -- what
23  would -- can you repeat the
24  question?

Page 424

1  BY DR. THOMPSON:
2      Q.   Sure.
3      A.   She distracted me.  Sorry.
4      Q.   So --
5      MS. SHARKO:  Sorry, that was
6  not my intention.
7  BY DR. THOMPSON:
8      Q.   So is it your opinion that
9  any scientist who relied on those studies
10  to formulate their opinions as to whether
11  talcum powder use could cause ovarian
12  cancer, would be using poor judgment from
13  a scientific standpoint?
14      A.   Yes.  I would have to say
15  that.
16      Q.   And would it be your opinion
17  that any scientist who relied on those
18  studies to answer the question of whether
19  talcum powder use could cause ovarian
20  cancer, would not have a sufficient
21  understanding of molecular and cellular
22  biology?
23      A.   If that's the basis for
24  their opinion, then they are not -- yes,

Page 425

1  that would be my opinion.
2      Q.   Would -- would you look at
3  your CV which is exhibit -- something not
4  very high.
5      A.   Yes.  I have it.
6      Q.   Okay.  And before we get to
7  your CV, was -- would it be your opinion
8  that any scientist who relies on these
9  studies for opinions on the biological
10  plausibility of talcum powder use causing
11  ovarian cancer to be using poor
12  scientific judgment?
13      MS. SHARKO:  I object to the
14  form of the question.  Can you
15  break it down by study?
16      MS. O'DELL:  No.
17      THE WITNESS:  So if the --
18  if the only studies that they used
19  to reach the opinion that talc
20  caused ovarian cancer were these
21  five highly flawed studies, they
22  would be exercising poor
23  scientific judgment in my opinion.
24  BY DR. THOMPSON:

Benjamin G. Neel, M.D., Ph.D.

Page 426

1    Q.   Even on biological
2 plausibility?
3    A.   Oh, for sure, yes.  I don't
4 think these -- these papers are credible
5 assessments of biologic plausibility at
6 all in any way.
7    Q.   And if the scientists who
8 rely on these studies for their opinions
9 regarding the biological plausibility of
10 talcum powder use causing ovarian cancer
11 would also not have a sufficient
12 understanding of molecular cellular
13 biology?
14    MS. SHARKO:  Object to the
15 form of the question.
16    THE WITNESS:  I -- I think
17 that it would depend on what --
18 they might have an understanding
19 of some aspects of cell and
20 molecular biology.  But they would
21 not have any understanding of
22 other aspects of cellular and
23 molecular biology.  So that's a
24 very difficult question to answer.

Page 427

1 If you ask a more specific
2 question, I can help you with an
3 answer.
4 BY DR. THOMPSON:
5    Q.   But at least the opinions
6 relating to the biological plausibility
7 for that, to answer that question, their
8 understanding in your opinion would be
9 inadequate?
10    A.   I think that someone who
11 read these papers and thought that they
12 provided plausibility for the contention
13 that talc causes ovarian cancer would
14 have poor scientific judgment as to that
15 question, yes.
16    Q.   Let's go ahead and look at
17 your CV now.
18    A.   Sure.
19    Q.   And we'll do the same thing
20 we did before.  So using your criteria of
21 an established dose, an appropriate cell
22 line, are there any of your publications
23 that you think are relevant to the
24 question as to whether talcum powder

Page 428

1 products can cause ovarian cancer?
2    A.   No.  As I've said before, I
3 haven't studied that issue and I wouldn't
4 be able to study that issue in my current
5 position.
6    Q.   Okay.  Have you ever
7 published in Gynecologic Oncology, to
8 your knowledge?
9    A.   I may have been a co-author
10 on a paper in Gynecologic Oncology.  But
11 I have not been a senior author on any
12 paper in Gynecologic Oncology.
13    Q.   Should any study that treats
14 ovarian cancer as a single entity be used
15 with skepticism?
16    A.   I think today, yes.
17    Q.   Is this because ovarian
18 cancer is not a single disease?
19    A.   Yes.
20    Q.   But isn't hormone -- hormone
21 responsiveness a common link among all
22 ovarian cancer subtypes?
23    A.   Hormone responsive -- the
24 endometrioid and clear cell cases are

Page 429

1 much more clearer about hormone
2 responsiveness.  Whether serous cancers
3 are hormone responsive probably -- it
4 depends on the cancer.
5 So -- and whether it's
6 involved in pathogenesis is also not as
7 well established.
8    Q.   But at least some scientists
9 would argue that hormone responsiveness
10 would be one of those factors that could
11 cross all histologic subtypes?
12    A.   Again, I can't comment on
13 specific -- on general statements like
14 some scientists.  If you give me a
15 specific statement that was made by a
16 specific scientist, I can look at it and
17 I can determine whether I agree with it
18 or not or whether I think it's credible.
19    Q.   Has it been published that
20 hormone responsiveness would be a factor
21 that would cross all subtypes to your
22 knowledge?
23    A.   There have been -- there --
24 there have been reports that hormone

Benjamin G. Neel, M.D., Ph.D.

Page 430

1 replacement therapy may be oncogenic, you
2 know, procarcinogenic in ovarian cancer.
3      Q.   And that includes all
4 subtypes?
5      A.   Well, the effects are much
6 stronger for, as I said clear cell and
7 endometrial cancers.  And whether it's
8 true for high grade serous is less clear,
9 from my -- from my recollection of the
10 literature.
11      Q.   Could a reasonable scientist
12 discuss ovarian breast cancer and
13 endometriosis as a group because they are
14 all hormonally responsive lesions?
15           MS. SHARKO:  Object to the
16      form of the question.
17           THE WITNESS:  Discuss in
18      what context?  I don't understand
19      the question.
20           MS. SHARKO:  You can ask
21      them to read their handwriting.
22 BY DR. THOMPSON:
23      Q.   If you were looking at in
24 vitro studies, would it be appropriate to

Page 431

1 use either serous breast or endometrioid
2 cancer cell lines and extrapolate the
3 information from one to the other?
4      A.   What's the question?  Not
5 what's your question, but what's the
6 scientific question that's being asked?
7 I mean, if you want to just look at
8 hormone responsive gene expression, then
9 maybe.  If the question is having to do
10 with the pathogenesis of each of the
11 individual diseases, then probably not.
12           It would depend on the
13 specifics though.  Scientists don't think
14 that way.  They think in very specific
15 terms so they can frame accurate
16 questions that can yield results that are
17 interpretable.  So I can't answer a
18 question that's so generic and
19 nonspecific as that.
20      Q.   Can chronic inflammation
21 induce a proliferation of tubal
22 epithelium?
23      A.   I don't know the answer to
24 that question.

Page 432

1      Q.   Has that been studied?
2      A.   I don't know the answer to
3 that question, so I would be
4 uncomfortable answering it.
5      Q.   Could a reasonable scientist
6 make that statement?
7      A.   I don't know.  I'd have to
8 see the paper.  I'm happy to look at the
9 paper and go over the data if there is
10 such a paper.
11      Q.   Could inflammation-induced
12 proliferation in the tubal epithelium, in
13 the epithelial, if that did occur,
14 progress to papillary tubal hyperplasia?
15      A.   What do you mean by
16 papillary tubal hyperplasia?  Do you mean
17 STICs?
18      Q.   Let's say STICs.
19      A.   I don't know.  I'd have
20 to -- I'd have to see the study.  I'm not
21 going to speculate on mechanisms that I
22 haven't seen in the -- in the press -- in
23 the scientific press.
24      Q.   In addition to the Saed

Page 433

1 papers that you did not list in the
2 materials considered or the supplemental
3 materials, are there any other papers
4 that were -- that form the basis of your
5 criticisms of either the Saed or the
6 other molecular papers?
7           MS. SHARKO:  Object to the
8      form of the question.  Lacks
9      foundation.
10           THE WITNESS:  I think you
11      misunderstood or maybe I was
12      unclear before.
13           My opinion of the Saed paper
14      that was just published is based
15      on the Saed paper that was just
16      published.
17           And that doesn't need me to
18      read any of his earlier papers.
19           My comments about some of
20      his earlier papers had -- went to
21      the issue of erroneous statements
22      that were made in his report.
23      Having to do, for example, with
24      the expression of myeloperoxidase

Benjamin G. Neel, M.D., Ph.D.

Page 434

1  and ovarian cancer cells, having
2  to do with the statement that p53
3  is an oncogene, whereas it's a
4  paradigmatic tumor suppressor
5  gene, having to do with statements
6  regarding SNPs that are not in the
7  GWAS catalogue of well-recognized
8  ovarian cancer SNPs.
9      But that had nothing to do
10 with my criticisms of his paper,
11 which stand independent of any
12 other issues regarding Dr. Saed's
13 qualifications or expertise.
14     DR. THOMPSON: Object as
15 nonresponsive.
16 BY DR. THOMPSON:
17     Q.  Because my question was
18 really only, are there any other papers
19 or literature that form the basis?
20     A.  With respect, DR. THOMPSON,
21 the question that you asked me, as I
22 understand it, and you're welcome to read
23 it back to me, but I believe your
24 question was, were there any other papers

Page 435

1  that led to my objection to his, you
2  know, paper in Reproductive Biology.
3      And the answer to that is
4  none of those other papers are directly
5  relevant to the paper in Reproductive
6  Biology. The errors in the paper of
7  Reproductive Biology stand on their own
8  and are clearly determinable by anyone
9  with expertise in modern cellular and
10 molecular biology.
11     MS. SHARKO: Okay. I think
12     it's late. I think she's just
13     asking you if there are any papers
14     that you're relying on that aren't
15     listed in the report and reliance
16     materials.
17     THE WITNESS: No.
18 BY DR. THOMPSON:
19     Q.  And Ms. Sharko is correct.
20 That was the question that I was trying
21 to ask.
22     A.  Okay. And that question is
23 no.
24     Q.  And I'm just going to

Page 436

1  clarify, were there -- the papers that
2  you considered informing those opinions
3  regarding Dr. Saed that you have not
4  mentioned so far?
5      A.  No.
6      Q.  Okay. Have you sent any
7  comments to Health Canada?
8      A.  No.
9      Q.  Do you plan to send any
10 comments to Health Canada?
11     A.  I don't know if it's
12 appropriate for me to send any comments
13 to Health Canada while I'm involved in
14 this litigation. I would have to consult
15 Ms. Sharko and Mr. Zellers as to whether
16 I should.
17     Q.  You'll agree that talc and
18 its potential contribution to ovarian
19 cancer has been an issue for several
20 decades. Would you agree with that, in
21 the literature?
22     A.  It's certainly been in the
23 epidemiological literature. In the
24 biology literature, there's actually

Page 437

1  relatively limited studies, which is why
2  we've been actually able to cover most of
3  them in this last hour or two.
4      Q.  And that would be for talc,
5  but certainly there have been studies
6  regarding the molecular basis for
7  asbestos and it's carcinogenic potential,
8  correct?
9      A.  As I said, I haven't done an
10 exhaustive study of what's in the
11 literature about asbestos and its role in
12 ovarian cancer. I think you asked me
13 about talc, which is what I answered.
14     Q.  I asked you about talcum
15 powder. Or I meant to ask about talcum
16 powder.
17     A.  Yes. And I answered that.
18     Q.  Have you ever been asked to
19 do an in vitro study with talcum powder?
20     A.  No.
21     Q.  Have you ever been asked to
22 do an in vivo study with talcum powder?
23     A.  No.
24     Q.  And could you do either an

Benjamin G. Neel, M.D., Ph.D.

Page 438

1  in vitro study or an in vivo study to
2  evaluate the causal connection between
3  talcum powder or the potential causal
4  connection between talcum powder and
5  ovarian cancer?
6      A.   Not in my --
7      MS. SHARKO:  Objection.
8  Asked and answered a zillion
9  times.
10      THE WITNESS:  I'll --
11  that's --
12  BY DR. THOMPSON:
13      Q.   This question -- sorry.
14  This question is outside the context of
15  your current situation.
16      Could you do that study?
17      A.   Could I do the study?  I
18  would have to really seriously think
19  about the problem and then decide whether
20  I could do a good study.  There would be
21  several problems, many of which I've
22  already described, having to do with
23  coming to arrive at a reasonable dose.  I
24  probably could test a range of doses in a

Page 439

1  biologically relevant system than, for
2  example, any of the five papers that we
3  discussed extensively in the last two
4  hours did.
5      Q.   So at least today, sitting
6  here, you're not sure whether you could
7  do the quality study that would be
8  required or not; is that fair?
9      MS. SHARKO:  Object to the
10  form.
11      THE WITNESS:  I'm saying
12  that it's not clear that enough
13  information is available to design
14  a study, not that I couldn't do
15  it.  I could certainly do it if a
16  reasonable -- if there were clear
17  information about a dose range of
18  talc that was in -- if there were
19  talc in fallopian tube and/or
20  there were talc in ovarian
21  adnexa -- in the adnexa -- in the
22  ovarian surface endothelium or
23  region, I could do a reasonable
24  study using those doses of talc

Page 440

1  and more physiologically relevant
2  systems than, for example,
3  Dr. Saed did, and certainly the
4  other four papers which were off
5  point in my opinion.
6      DR. THOMPSON:  I have no
7  further questions.
8      MS. SHARKO:  Okay.  We're
9  done.  Thank you very much.
10      THE WITNESS:  Thank you.
11      THE VIDEOGRAPHER:  Okay.
12  Stand by, please.  This marks the
13  end of today's deposition.  The
14  time is 5:42 p.m.
15      (Excused.)
16      (Deposition concluded at
17  approximately 5:42 p.m.)
18
19
20
21
22
23
24

Page 441

1
2      CERTIFICATE
3
4
5      I HEREBY CERTIFY that the
witness was duly sworn by me and that the
6  deposition is a true record of the
testimony given by the witness.
7
It was requested before
8  completion of the deposition that the
witness, BENJAMIN G. NEEL, M.D., Ph.D.,
9  have the opportunity to read and sign the
deposition transcript.
10
11
12
_____
MICHELLE L. GRAY,
13  A Registered Professional
Reporter, Certified Shorthand
14  Reporter, Certified Realtime
Reporter and Notary Public
15  Dated:  March 20, 2019
16
17
18      (The foregoing certification
19  of this transcript does not apply to any
20  reproduction of the same by any means,
21  unless under the direct control and/or
22  supervision of the certifying reporter.)
23
24

Benjamin G. Neel, M.D., Ph.D.

Page 442

## INSTRUCTIONS TO WITNESS

1
2
3          Please read your deposition
4  over carefully and make any necessary
5  corrections.  You should state the reason
6  in the appropriate space on the errata
7  sheet for any corrections that are made.
8          After doing so, please sign
9  the errata sheet and date it.
10         You are signing same subject
11 to the changes you have noted on the
12 errata sheet, which will be attached to
13 your deposition.
14         It is imperative that you
15 return the original errata sheet to the
16 deposing attorney within thirty (30) days
17 of receipt of the deposition transcript
18 by you.  If you fail to do so, the
19 deposition transcript may be deemed to be
20 accurate and may be used in court.
21
22
23
24

Page 444

## ACKNOWLEDGMENT OF DEPONENT

1
2
3
4          I,_____, do
5  hereby certify that I have read the
6  foregoing pages, 1 - 445, and that the
7  same is a correct transcription of the
8  answers given by me to the questions
9  therein propounded, except for the
10 corrections or changes in form or
11 substance, if any, noted in the attached
12 Errata Sheet.
13
14
15 _____
16 BENJAMIN G. NEEL, M.D., Ph.D.    DATE
17
18
19 Subscribed and sworn
   to before me this
20 _____ day of _____, 20_____.
21 My commission expires:_____
22
   _____
23 Notary Public
24

Page 443

1         - - - - - -
           E R R A T A
2         - - - - - -
3
4  PAGE  LINE  CHANGE
5  ____  ____  _____
6       REASON: _____
7  ____  ____  _____
8       REASON: _____
9  ____  ____  _____
10      REASON: _____
11 ____  ____  _____
12      REASON: _____
13 ____  ____  _____
14      REASON: _____
15 ____  ____  _____
16      REASON: _____
17 ____  ____  _____
18      REASON: _____
19 ____  ____  _____
20      REASON: _____
21 ____  ____  _____
22      REASON: _____
23 ____  ____  _____
24      REASON: _____

Page 445

## LAWYER'S NOTES

1
2  PAGE  LINE
3  ____  ____  _____
4  ____  ____  _____
5  ____  ____  _____
6  ____  ____  _____
7  ____  ____  _____
8  ____  ____  _____
9  ____  ____  _____
10 ____  ____  _____
11 ____  ____  _____
12 ____  ____  _____
13 ____  ____  _____
14 ____  ____  _____
15 ____  ____  _____
16 ____  ____  _____
17 ____  ____  _____
18 ____  ____  _____
19 ____  ____  _____
20 ____  ____  _____
21 ____  ____  _____
22 ____  ____  _____
23 ____  ____  _____
24 ____  ____  _____

Exhibit 11

Gregory B. Diette, M.D.

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

-----------------------------x

IN RE JOHNSON & JOHNSON    ) MDL No.

TALCUM POWDER PRODUCTS    ) 16-2738 (FLW)(LHG)

MARKETING SALES PRACTICES,    )

AND PRODUCTS LIABILITY    )

LITIGATION    )

    )

THIS DOCUMENT RELATES TO    )

ALL CASES    )

-----------------------------x

VIDEOTAPED DEPOSITION OF

GREGORY B. DIETTE, M.D.

TOWSON, MARYLAND

TUESDAY, APRIL 9, 2019

8:58 A.M.

Reported by: Leslie A. Todd

Gregory B. Diette, M.D.

Page 2

```
 1        Deposition of GREGORY B. DIETTE, M.D., held at
 2   the:
 3
 4
 5        SHERATON BALTIMORE NORTH HOTEL
 6        903 Dulaney Valley Road
 7        Towson, Maryland 21204
 8
 9
10
11
12
13
14
15
16        Pursuant to notice, before Leslie Anne Todd,
17   Court Reporter and Notary Public of the State of
18   Maryland, who officiated in administering the oath
19   to the witness.
20
21
22
23
24
25
```

Page 4

```
 1        APPEARANCES (Continued):
 2
 3        CYNTHIA L  GARBER, ESQUIRE
 4        ROBINSON CALCAGNIE, INC
 5        19 Corporate Plaza Drive
 6        Newport Beach, California 92660
 7        (949) 720-1288
 8
 9        NATHAN D  FINCH, ESQUIRE
10        MOTLEY RICE LLC
11        401 9th Street, NW
12        Suite 1001
13        Washington, D C  20004
14        (202) 232-5507
15
16   ON BEHALF OF THE JOHNSON & JOHNSON DEFENDANTS:
17        ALLISON M  BROWN, ESQUIRE
18        RICHARD M  HEASLIP, ESQUIRE
19        WEIL, GOTSHAL & MANGES LLP
20        17 Hutfish Street, Suite 201
21        Princeton, New Jersey 08542-3792
22        (609) 986-1104
23
24
25
```

Page 3

```
 1              A P P E A R A N C E S
 2
 3   ON BEHALF OF THE PLAINTIFFS:
 4        MICHELLE PARFITT, ESQUIRE
 5        ADAM K. ROSEN, ESQUIRE
 6        ASHCRAFT & GEREL, LLP
 7        1825 K Street, N.W.
 8        Suite 700
 9        Washington, D.C. 20006
10        (202) 783-6400
11
12        CHRISTOPHER V. TISI, ESQUIRE
13        LEVIN PAPANTONIO THOMAS MITCHELL
14          RAFFERTY PROCTOR, P.A.
15        316 South Baylen Street
16        Pensacola, Florida 32502
17        (850) 435-7000
18
19        DENNIS M. GEIER, ESQUIRE
20        COHEN PLACITELLA ROTH, PC
21        127 Maple Avenue
22        Red Bank, New Jersey 07701
23        (732) 747-9003
24
25
```

Page 5

```
 1        APPEARANCES (Continued):
 2
 3        KATHERINE MCBETH, ESQUIRE
 4        DRINKER BIDDLE & REATH, LLP
 5        One Logan Square, Suite 2000
 6        Philadelphia, Pennsylvania 19103-69896
 7        (215) 988-2706
 8
 9        JESSICA D. MILLER, ESQUIRE
10        SKADDEN, ARPS, MEAGHER & FLOM, LLP
11        1440 New York Avenue, N.W.
12        Washington, D.C. 20005
13        (202) 371-7000
14
15   ON BEHALF OF THE PCPC:
16        THOMAS T. LOCKE, ESQUIRE
17        SEYFARTH SHAW LLP
18        975 F Street, N.W.
19        Washington, D.C. 20004-1454
20        (202) 463-2400
21
22   ALSO PRESENT:
23        DANIEL HOLMSTOCK, Videographer
24
25
```

2 (Pages 2 to 5)

Gregory B. Diette, M.D.

Page 6

CONTENTS

EXAMINATION OF GREGORY B  DIETTE, M D        PAGE
 By Ms  Parfitt                14
 By Mr  Finch                 465
 By Ms  Brown                 467


          EXHIBITS

         (Attached to transcript)

DIETTE DEPOSITION EXHIBITS          PAGE
 No  1   Notice of Oral and Videotaped
         Deposition of Gregory Diette, MD,
         MHS, and Duces Tecum        16
 No  2   Defendants' Response to Plaintiffs'
         Document Requests Contained in Notice
         of Oral and Videotaped Deposition of
         Gregory Diette, M D , MHS and Duces
         Tecum                17
 No  3   Expert Report of Gregory Diette, MD,
         MHS for General Causation Daubert
         Hearing, Supplemental Materials
         Reviewed and Considered      18
 No  4   Article entitled "Ovulation and Risk
         of Epithelial Ovarian Cancer"   44


Page 7

          EXHIBITS (Continued)
         (Attached to transcript)
DIETTE DEPOSITION EXHIBITS          PAGE
 No  5   Bottle of Johnson's Baby Powder
         (Retained by Plaintiffs' Counsel)  52
 No  6   Excerpt of Deposition of Susan
         Nicholson, M.D.             82
 No  7   Document entitled "Appendix C"
         Curriculum Vitae of Gregory B.
         Diette, MD, MHS             91
 No  8   Document from Johns Hopkins Medicine
         website, entitled "Find an Expert,"
         Gregory Bruce Diette, M.D.       95
 No  9   Gregory B. Diette, MD, Associate
         Professor, Departmental Affiliations 98
 No  10  Expert Report of Gregory Diette, MD,
         MHS for General Causation Daubert
         Hearing                133
 No  11  Document entitled "Appendix E,"
         Expert Testimony of Gregory B.
         Diette, MD, MHS            138
 No  12  Document from the Sidney Kimmel
         Comprehensive Cancer Center, Risk
         Factors & Symptoms          213


Page 8

          EXHIBITS (Continued)
         (Attached to transcript)
DIETTE DEPOSITION EXHIBITS          PAGE
 No  13  Document headed "Statement of Dr.
         Anne Mc Tiernan prepared for the
         Subcommittee on Economic and
         Consumer Policy Hearing on Examining
         the Public Health Risk on
         Carcinogens and Consumer Products,
         March 12, 2019"            235
 No  14  Draft Screening Assessment, Talc,
         Chemical Abstracts Service Registry
         Number 14807-96-6, Environment and
         Climate Change Canada, Health Canada,
         December 2018              267
 No  15  Article entitled "Asbestos Exposure
         and Ovarian Fiber Burden," Bates
         JNJ 000004999 to 000005003     281
 No  16  Excerpt from "Modern Epidemiology,"
         Third Edition, by Rothman, Greenland
         and Lash                289
 No  17  Taylor and Francis Group article,
         "Moving to a World Beyond "p < 0.05" 297


Page 9

          EXHIBITS (Continued)
         (Attached to transcript)
DIETTE DEPOSITION EXHIBITS          PAGE
 No  18  Article entitled "Retire statistical
         Significance," by Amrhein, Greenland,
         McShane                 299
 No  19  Article from Johns Hopkins Institute
         for Clinical & Translational Research,
         "The American Statistician Special
         Issue: Moving to a World Beyond 'P
         < 0.05'"                 308
 No  20  Supplementary information to: Retire
         Statistical significance, Valentin
         Amrhein et al.             312
 No  21  Document entitled "Gregory Diette,
         MD, MHS: Talc/Ovarian Cancer Disease
         Control Studies (Hospital Studies
         Below Line)               324
 No  22  Chart showing Estimated Relative
         Risk of Ovarian Cancer, According
         to Reported Use of Talc, Bates
         JNJ 000013131             327

3  (Pages 6 to 9)

Gregory B. Diette, M.D.

Page 10

1          E X H I B I T S (Continued)
2            (Attached to transcript)
3    DIETTE DEPOSITION EXHIBITS          PAGE
4    No. 23   Article entitled "Exposure to
5        Secondhand Smoke and Risk of Cancer
6        in Never Smokers: A Meta-Analysis of
7        Epidemiologic Studies"        366
8    No. 24   International Journal of Cardiology
9        article, "Risk of all-cause mortality
10       and cardiovascular disease associated
11       with secondhand smoke exposure: A
12       systematic review and meta-analysis" 369
13   No. 25   NIH Public Access Author Manuscript,
14       "Common Household Activities are
15       Associated with Elevated Particulate
16       Matter Concentrations in Bedrooms of
17       Inner-City Baltimore Pre-School
18       Children"              377
19   No. 26   "The Health Consequences of
20       Involuntary Exposure to Tobacco
21       Smoke," A Report of the Surgeon
22       General              377
23   No. 27   IARC Monograph entitled "Arsenic,
24       Metals, Fibres and Dusts," Volume
25       100 C, A review of Human Carcinogens 392

Page 12

1          E X H I B I T S (Continued)
2            (Attached to transcript)
3    DIETTE DEPOSITION EXHIBITS          PAGE
4    No. 34   Article entitled "Possible Role of
5        Epithelial Inflammation in Ovarian
6        Cancer"              442
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 11

1          E X H I B I T S (Continued)
2            (Attached to transcript)
3    DIETTE DEPOSITION EXHIBITS          PAGE
4    No. 28   Table 2.8 Epidemiologic studies of
5        asbestos exposure and ovarian cancer
6        (and, for comparison, lung cancer
7        and mesothelioma)        396
8    No. 29   Article entitled "Association between
9        Body Powder Use and Ovarian Cancer:
10       The African American Cancer
11       Epidemiology Study (AACES)"      413
12   No. 30   Article entitled "Perineal Talc Use
13       and Ovarian Cancer, A Systematic
14       Review and Meta-Analysis"      416
15   No. 31   Ultrastructural Pathology article,
16       "Correlative polarizing light and
17       scanning electron microscopy for
18       the assessment of talc in pelvic
19       region lymph nodes"        427
20   No. 32   Letter to Samuel Epstein from the
21       Department of Health and Human
22       Services, dated April 1, 2014      431
23   No. 33   Facsimile dated September 30,
24       2004 to Luzenac America from
25       Richard Zazenski to Bill Ashton    437

Page 13

1          P R O C E E D I N G S
2          ------------------
3        THE VIDEOGRAPHER:  We are now on the
4    record, and my name is Daniel Holmstock.  I am the
5    videographer for Golkow Litigation Services.
6    Today's date is April 9th, 2019, and the time on
7    the video screen is 8:58 a m.
8        This video deposition is being held at
9    the Sheraton Baltimore North Hotel, at 903 Dulaney
10   Valley Road in Towson, Maryland, in the matter of
11   Johnson & Johnson Talcum Powder Products
12   Marketing, Sales Practices and Products Liability
13   Litigation, MDL No. 2738, and is pending before
14   the United States District Court for the Eastern
15   District of New Jersey.
16       Our deponent today is Dr. Gregory
17   Diette.
18       Counsel for appearances will be noted on
19   the stenographic record.  And our court reporter
20   today is Leslie A. Todd, who will now administer
21   the oath.
22       GREGORY B. DIETTE, M.D.,
23       and having been first duly sworn,
24       was examined and testified as follows:
25          DIRECT EXAMINATION

4 (Pages 10 to 13)

Gregory B. Diette, M.D.

Page 14

BY MS. PARFITT:
Q  Good morning, Dr. Diette.  How are you?
A  Good morning.  Fine, thanks.
Q  Good.  We will dispense with the usual
comments with regard to a deposition.  I
understand you've had --
THE VIDEOGRAPHER:  Microphone.
BY MS. PARFITT:
Q  All right.  Now we're back on the mic.
Dr. Diette, we'll dispense with the
usual comments with regard to a deposition is
about.  I understand you've probably had your
deposition taken more than a hundred times.  Is
that fair?
A  I don't know if it's a hundred, but --
but plenty enough that I think that I -- I
understand the process.
Q  All right.  The only one that I will ask
you to pay some attention to is the fact that if
you don't understand my question, please let me
know.  Otherwise, I'm going to assume you
understand every question that I ask, and the
answers that you're giving are truthful and
accurate.  Fair enough?
A  It is.

Page 15

Q  All right.  Now, you're sitting here
today in Towson, Maryland, in a Sheraton Hotel; is
that correct?
A  That is.
Q  All right.  You are normally, I believe,
over at Johns Hopkins University Medical Center,
correct?
A  That's right.
Q  All right.  Is your department aware of
the fact that you're sitting over here having a
deposition taken?
A  I don't know if anybody knows about this
today, but they wouldn't be surprised, I mean, to
hear it if I told them.
Q  All right.  They know that you
frequently give depositions so they would not be
surprised; is that correct?
MS. BROWN:  Objection to form.
THE WITNESS:  They -- I don't know about
frequently, but they know that -- that I do give
depositions.
BY MS. PARFITT:
Q  All right.  Very good.
Would you please introduce your formal
God-given name for the ladies and gentlemen of the

Page 16

jury.
A  Sure.  It's Gregory --
MS. BROWN:  Objection.  There's no jury
here.
MS. PARFITT:  There may be.
MS. BROWN:  Go ahead, Dr. Diette.
THE WITNESS:  My parents gave it to me,
for what it's worth, but it's Gregory Bruce
Diette.
BY MS. PARFITT:
Q  Okay.  Very good.
Dr. Diette, what I'd like to do is mark
as Exhibit 1 a notice of the deposition.
(Diette Exhibit No. 1 was marked
for identification.)
BY MS. PARFITT:
Q  Dr. Diette, if I may, Exhibit 1 is the
notice of deposition.  Have you seen that document
before?
A  Yeah, I've certainly seen -- seen
something just like this.
Q  All right.  Do you see at the back of
the deposition, there is a notice that -- there is
a request for you to bring certain information to
your deposition?  Do you see that?

Page 17

A  Yes.
Q  All right.  Have you had a chance to
review that?
A  I have.
Q  All right.  How recently?
A  Last week sometime.
Q  All right.  Was it provided to you by
counsel?
A  I think that's the only way I could get
it.
Q  Okay.  Very good.
Now, yesterday, perhaps early in the
morning, I was also provided a copy of the
Defendants' Response to the Plaintiffs' Document
Requests Contained in the Notice of Oral and
Videotaped Deposition.
Let me show you what we will have marked
as Exhibit No. 2.
(Diette Exhibit No. 2 was marked
for identification.)
BY MS. PARFITT:
Q  Dr. Diette, let me present you with a
copy of Exhibit No. 2.
All right.  Dr. Diette, my understanding
is that this document, Exhibit No. 2, represents

Gregory B. Diette, M.D.

Page 18

1    your responses to the requests that were
2    propounded upon you to -- for documents and other
3    materials prior to your deposition, correct?
4          MS. BROWN:  Objection to the form.  It
5    represents the lawyer's objections to the document
6    requests you served.
7          MS. PARFITT:  Fair.
8          THE WITNESS:  I -- I think Ms. Brown's
9    got it right.
10   BY MS. PARFITT:
11         Q   All right.  Did you -- well, let's have
12   marked the attachment to the response to
13   plaintiffs' document, which was prepared by your
14   lawyers.  And let's separately mark as Exhibit
15   No. 3 the attachments, if you will.
16         A   Should I pull this apart or -- or you
17   want to do that?
18         Q   And for purposes of the record,
19   Exhibit 2 will represent the entire document, the
20   response to plaintiffs' request, and No. 3 will
21   represent just the attachments to the request,
22   which would be material that you, Dr. Diette, were
23   to provide.
24         (Diette Exhibit No. 3 was marked
25         for identification.)

Page 19

1    BY MS. PARFITT:
2          Q   And we'll briefly just review what's
3    here, so we can move on to other areas.
4          The first page of that document
5    indicates supplemental materials reviewed and
6    considered.
7          MS. BROWN:  Counsel, can we go off the
8    record for a second?
9          MS. PARFITT:  Yes.
10         THE VIDEOGRAPHER:  The time is 9:03.
11   We're going off the record.
12         (Pause in the proceedings.)
13         THE VIDEOGRAPHER:  The time is 9:04 a.m.
14   We're back on the record.
15         MS. BROWN:  Good morning.  This is Ali
16   Brown for J&J.  We're back on the record, having
17   taken a short break to put the cameras on both the
18   questioner and myself, and we'll proceed, of
19   course, with the camera on Dr. Diette.  Thank you.
20         MS. PARFITT:  Thank you.  And I should
21   have asked, there's no one on the phone, is there,
22   today?
23         THE VIDEOGRAPHER:  There is no phone
24   present here today.
25         MS. PARFITT:  Perfect.  Thank you very

Page 20

1    much.
2    BY MS. PARFITT:
3          Q   All right.  Dr. Diette, number -- or
4    Exhibit No. 3, the first document, Supplemental
5    Materials Reviewed and Considered, did you prepare
6    this Supplemental Materials Reviewed and
7    Considered?
8          A   I contributed to it, but I didn't do the
9    typing.
10         Q   Okay.  What does that mean when you say
11   you contributed to it?
12         A   I helped to clarify what other --
13   because this -- this looks like it's all
14   reports -- I just want to make sure what's here --
15   reports, a couple of papers probably, and I -- I
16   helped to verify that these were also things that
17   I had -- had received and had a chance to look at.
18         Q   All right.  So would it be fair to say
19   that the 23 items listed on this were materials
20   that somebody typed on a list and asked that you
21   review it; is that correct?
22         MS. BROWN:  Objection to the form.
23   Misstates his testimony.
24         THE WITNESS:  So I think, just in terms
25   of the sequence, I mean I've gotten materials in

Page 21

1    this matter over a period of time, right.  So they
2    come in dribs and drabs.  And a lot of this looks
3    like some of the more recent things that came, you
4    know, because you guys have been doing
5    depositions, and some of the reports came in later
6    and so forth.  So it's really -- that's how I got
7    the materials, and then this is just to make sure
8    that I had a complete list of everything that I've
9    gotten.
10   BY MS. PARFITT:
11         Q   All right.  And the reason I asked is
12   because you submitted your report on
13   February 25th, 2019.  So may I assume that
14   everything on the list, Exhibit No. 3, the first
15   page, supplemental, represents documents you
16   received after February 25th, 2019, correct?
17         MS. BROWN:  Objection to the form.
18         THE WITNESS:  I wouldn't assume that.  I
19   mean, so certainly some things here, right.  So
20   the expert reports that are dated 2/25, I didn't
21   have, you know, even on the day that I submitted
22   mine, so those came after.  Something like the
23   Barnard study, I may well have had that.  I mean,
24   my -- my goal here was to -- just to make sure
25   that we hadn't left anything off.

6 (Pages 18 to 21)

Gregory B. Diette, M.D.

Page 22

1   BY MS. PARFITT:
2       Q   All right.  Is it fair to say that the
3   items that are listed on Exhibit No. 2 -- 3 were
4   not items that you considered for purposes of the
5   opinions you've expressed in your report of
6   February 25th, 2019?
7           MS. BROWN:  Objection to the form.
8           THE WITNESS:  So I -- it's very possible
9   that the Barnard study I did consider.  Trabert, I
10  can't remember.  But definitely, right, the expert
11  reports that are dated on 2/25, I couldn't have
12  considered.  And anything that's a deposition
13  transcript that happened after 2/25, obviously I
14  couldn't have considered that either.
15  BY MS. PARFITT:
16      Q   All right.  Very good.
17          The information thereafter, I believe we
18  have -- one, two, three -- four invoices.  They
19  begin with the date of 12/14/2018, and end with a
20  date of 3/15/19.
21          Are there any other invoices that you
22  would like to share with me today?
23      A   I don't have any others that I'm aware
24  of.
25      Q   Are you preparing any invoices for your

Page 23

1   time post the very last invoice which is dated
2   3/15/2019?
3       A   I will be.
4       Q   All right.  How many hours have you
5   spent since your submitting the invoice of
6   3/15/2019?
7       A   Let's see, three -- I would estimate
8   about -- about 20 hours or maybe 25 hours, give or
9   take.
10      Q   All right.  And what is your hourly
11  rate?
12      A   So to clarify, so when on here it says
13  it's 485, my -- my rate itself is actually $400 an
14  hour, and that's the amount that was charged.
15      Q   Okay.  Now, is the amount that was
16  charged, 400, because you worked with someone else
17  who assists you with preparing the materials?
18      A   It's not --
19          MS. BROWN:  Objection to the form of the
20  question.
21          THE WITNESS:  Sorry.
22          MS. BROWN:  Go ahead.  You can answer.
23          THE WITNESS:  No, it's because that's
24  how much I've asked to be paid is $400 per hour.
25  BY MS. PARFITT:

Page 24

1       Q   All right.  Let me get this straight.
2   Your hourly rate is 485.
3       A   Well, sort of.  I'll describe it if
4   you'd like here.
5       Q   Well, I -- you can understand my
6   confusion.  If your hourly rate is 485, I want to
7   know you're -- why I'm getting --
8       A   You don't need to be confused for very
9   long, though.
10          MS. BROWN:  Hold on.  Hold on.
11          Counsel, you've got to let him answer
12  the question.
13          MS. PARFITT:  Sure.
14          MS. BROWN:  He is endeavoring to set
15  that straight.
16          MS. PARFITT:  Please.
17          MS. BROWN:  So go ahead.
18          THE WITNESS:  I think it's pretty easy.
19  I charge $400 an hour, and Medical Science
20  Affiliates prepares this invoice, and part of
21  their business model is to add an hourly rate
22  to -- to my rate.
23  BY MS. PARFITT:
24      Q   Okay.  And I want to talk a little bit
25  about that in a moment, but that's exactly one of

Page 25

1   the issues I need some clarification on.  But
2   let's finish up the bills.
3       A   Mm-hmm.
4       Q   We have a bill for 12/14/2018 for
5   $17,103.75.  Correct?
6       A   Correct.
7       Q   And we have a bill for 1/15/2018 for
8   $5,068.02, correct?
9       A   That's correct.
10      Q   We have a bill for 2/12/2019 for
11  $35,375.  Is that correct?
12      A   It is.
13      Q   And we have a bill for $20,973.75; is
14  that correct?
15      A   It is.
16      Q   And then we have an additional 20, maybe
17  25 hours that you will charge at the rate of $400,
18  although Medical Science Affiliates gets $85 of
19  that, correct?
20      A   That's correct, although I think -- I
21  don't know if you're following -- well, that's
22  correct.  Go ahead.
23      Q   Okay.  And we'll explore that in a
24  minute.
25      A   Okay.

7 (Pages 22 to 25)

Gregory B. Diette, M.D.

Page 26

1     Q   Now, attached to that is -- it has an
2  exhibit on it, Plaintiffs' Exhibit No. 7, and it
3  appears to be several pages of notes.
4         Do you see that?
5     A   I do.
6     Q   All right.  What are these notes?
7     A   Well, these -- I haven't looked to see
8  for sure what's --
9         MS. BROWN:  And, Counsel, just to make
10 sure the record is clear, this was produced in
11 response per your request for his notes that were
12 marked at the Ingham deposition.  So this exhibit
13 number is the marking from the Ingham deposition,
14 and these were the notes that he produced there
15 that I'm frankly sure you have access to, but in
16 the effort of cooperation, we reproduced them here
17 per your request.
18 BY MS. PARFITT:
19    Q   So, Doctor --
20    A   It's -- oh, go ahead.  I'm sorry.
21    Q   Go ahead.  You were going to tell me
22 what they are.
23    A   Yeah, and I didn't know if that was
24 the -- the sufficient answer, because that's
25 literally, I guess, what they are right there.

Page 27

1  These are -- they're an exhibit.  But did you mean
2  something else, like --
3     Q   Well, now that I've had clarification by
4  your attorney, that does help a bit, but I do have
5  a couple of questions.
6         MS. MILLER:  For the record, she's not
7  his attorney.  She's J&J's attorney.
8         MS. PARFITT:  We're going to have one
9  examiner today.  So you and Ali decide who that's
10 going to be.
11        MS. BROWN:  Okay.  Counsel, let's keep
12 going with the questions for Dr. Diette so we
13 don't waste the doctor's time.
14        MS. PARFITT:  Believe me, I don't want
15 to waste my time.  So let's -- okay.  I realize
16 every now and again it happens.
17 BY MS. PARFITT:
18    Q   So, Dr. Diette, these are notes that you
19 prepared back at the time of the Ingham
20 deposition, correct?
21    A   So not literally.  Right, there are -- I
22 was asked, and I don't remember exactly what --
23 what was on the notice, but I was asked to bring
24 any notes that I had made.  So they're not
25 necessarily for the Ingham matter.  They're notes

Page 28

1  that I just made as I was reading through
2  different articles.
3     Q   Okay.  Would --
4     A   No, I'm sorry.
5     Q   Are you finished?
6     A   No, that's just what I was going to say,
7  so these are -- it just represents just notes that
8  I was making at certain times when I was looking
9  at some of the articles.
10    Q   Okay.  When did you first start looking
11 at any of the articles?
12    A   Sometime in -- by -- if we're talking
13 about the articles, meaning articles pertaining to
14 ovarian cancer and talcum powder, is it?
15    Q   Well, it's a good question, because you
16 just said when you started looking at any of the
17 articles, are you talk- -- do these represent any
18 articles or do these represent articles of ovarian
19 cancer and talcum powder?
20    A   Yeah, yeah.
21        MS. BROWN:  And hold on, I think the
22 record is going to be unclear.  When you say
23 "these," are you referring to what has been marked
24 as Plaintiffs' Exhibit 7 in response to your --
25        MS. PARFITT:  Correct.

Page 29

1         MS. BROWN:  -- notice of deposition?
2  Okay.
3         THE WITNESS:  So this would have been
4  sometime in 2017 that -- that I started.  I don't
5  know if these notes were made in 2017, but I
6  just mean that that's the answer to when I started
7  to look at those article -- articles.
8  BY MS. PARFITT:
9     Q   And we'll get to that timeline in a
10 moment.
11        Are there any additional notes that you
12 have prepared post Plaintiffs' Exhibit No. 7,
13 which I understand you presented at the Ingham
14 deposition?
15    A   I don't think so.  I'll give you an
16 example of something that I don't know whether you
17 consider it a note or not.
18    Q   Okay.
19    A   Like as I was preparing my report, I
20 would put like a -- like a little sticker on a
21 paper where I wanted to pull a quote into the --
22 into the paper, and then I would tear that off and
23 throw it away because it wasn't, you know, useful
24 anymore.  But nothing else that kind of -- that
25 looks like this.

8  (Pages 26 to 29)

Gregory B. Diette, M.D.

Page 30

1      Q   All right.  So you would put a sticker
2   on a paper like when I wanted to put a quote in,
3   and then I tore it off.
4          Are these medical records that -- or
5   excuse me, medical articles that you were
6   reviewing?
7      A   These are scientific articles, yeah, the
8   ones that informed my report.
9      Q   All right.  So do you have a stack of
10  scientific and medical articles that informed your
11  report at your office, at your home?
12     A   I've got -- I've got little piles of
13  stuff everywhere you can look.
14     Q   Okay.  Do any of them have markings on
15  them or any stickies?
16     A   I don't think there's any stickies
17  anymore.  If they have markings, there could be
18  some that have yellow highlights.
19     Q   All right.
20     A   But I don't think any that have like
21  writing on them per se.
22     Q   Okay.  But there might be yellow
23  highlights on them, correct?
24     A   There sure could be, yeah.  Not on all
25  of them, but could be on some.

Page 31

1      Q   All right.
2          MS. PARFITT:  I'll address this with
3   counsel later, but I would request copies of all
4   those highlighted articles that you may have
5   somewhere.  But we can talk about that --
6          MS. BROWN:  We can talk about that off
7   the record.
8          THE WITNESS:  Okay.
9   BY MS. PARFITT:
10     Q   All right.  So other than notations on
11  some medical and scientific articles, there would
12  be no additional notes like that which forms part
13  of the part of Plaintiffs' Exhibit 7, correct?
14     A   Correct.
15     Q   All right.  In the request to appear
16  here at your deposition, there was an inquiry with
17  regard to, I believe you called it, Medical
18  Science Affiliates.
19     A   Correct.
20     Q   All right.  Do you have a retainer
21  agreement with Medical Science Affiliates?
22         MS. BROWN:  And I'm just going to
23  interject here, Counsel.  To the extent you've
24  made a request for any documentation regarding
25  Medical Science Affiliates, you have our

Page 32

1   objections to those document requests, and
2   Dr. Diette's testimony will be consistent with
3   that.
4          MS. PARFITT:  My question -- are you
5   objecting to providing me with a copy of
6   Dr. Diette's agreement with Medical Science
7   Affiliates?
8          MS. BROWN:  Well, we haven't even
9   established that there is such a thing.  I
10  understand you to be getting into questions
11  regarding Medical Sciences.
12         MS. PARFITT:  I will, yeah.
13         MS. BROWN:  I understand you've asked a
14  number of document requests regarding Medical
15  Sciences, and I just want to make sure that the
16  record is clear that we have endeavored to respond
17  to those and object accordingly.
18         MS. PARFITT:  Okay.  And we're going to
19  try and reduce the number of narrative objections
20  if we can so we can get through this --
21         THE WITNESS:  I remember your question
22  if you want me to answer it.
23  BY MS. PARFITT:
24     Q   I do.
25         I wanted to know in response to request

Page 33

1   number 14, whether or not you have any contracts,
2   agreements, writings conveying mutual
3   understandings between you and Medical Science
4   Affiliates or any entity of or related to Medical
5   Science Affiliates for the past ten years?
6          MS. BROWN:  And, Counsel, I'm going to
7   object to the extent that any of those requests or
8   documentation involve work product that we have
9   asserted privilege over, he will not be answering
10  that question under the work-product privilege.
11         MS. PARFITT:  Okay, Counsel, you can
12  assert work product.  Got it.  Is that what you're
13  asserting right now?
14         MS. BROWN:  Yes.  He's not going to
15  answer that question.  We're asserting work
16  product.
17         MS. PARFITT:  So he is not going to
18  answer my question with regard to any agreement or
19  writing or contracts that he has with Medical
20  Science Affiliates under the guidance of counsel
21  that is objecting and refusing to have you answer
22  that question.  Is that correct -- record correct?
23         MS. BROWN:  That's correct, Counsel.
24         MS. PARFITT:  Okay.
25  BY MS. PARFITT:

9 (Pages 30 to 33)

Gregory B. Diette, M.D.

Page 34

1    Q   And we're going to talk about Medical
2  Science in just -- just a moment.
3        Anything else other than the documents
4  that I have in front of you, Exhibit 7, the
5  invoice and your supplemental reliance, that you
6  have brought to your deposition today?
7    A   So I didn't bring this today.
8    Q   Okay.  Fair enough.
9    A   I mean I -- I didn't bring anything -- I
10  mean I didn't bring any materials to the
11  deposition.
12   Q   Okay.
13       All right.  Dr. Diette, what is your
14  profession?
15   A   Well, I'm a physician, epidemiologist,
16  researcher.
17   Q   Okay.  You're actually a professor of
18  medicine at the Department of Pulmonary and
19  Critical Care, is that correct, at Johns Hopkins?
20   A   Literally it's the Department of
21  Internal Medicine, and it's the Division of
22  Pulmonary, Critical Care, and Sleep Medicine.
23   Q   Okay.  Dr. Diette, do you agree that
24  ovarian cancer ranks as the fifth cause of
25  neoplastic death among women?

Page 35

1    A   I've seen -- I've seen it listed on --
2  you know, on lists of causes of death.  I don't
3  know what you mean by "agree with," but I mean --
4    Q   Do you have a difference of opinion as
5  to whether or not ovarian cancer ranks fifth with
6  regard to causes of neoplastic death among women?
7        MS. BROWN:  Objection.  Asked and
8  answered.
9        THE WITNESS:  It doesn't seem to be
10  something that there's an opinion on.  That's what
11  I mean.  I mean it's like an objective fact.  I
12  mean if there's a list that's put out by, you
13  know, government stats, and it's number 5 on that
14  list, that's -- that's an objective fact.
15  BY MS. PARFITT:
16   Q   Do you object to that?
17       MS. BROWN:  Let him answer, Counsel.
18       MS. PARFITT:  I have.  Thank you.
19       Are you objecting as --
20  BY MS. PARFITT:
21   Q   Let me ask you this, Doctor.
22   A   Okay.
23   Q   Have you seen that in any published
24  scientific literature?
25       MS. BROWN:  Objection to the form.

Page 36

1        THE WITNESS:  I've seen -- I've seen it
2  ranked highly.  I don't remember if it was fifth,
3  but I've seen it ranked highly.
4  BY MS. PARFITT:
5    Q   All right.  Are you aware of the fact
6  that ovarian cancer accounts for more deaths than
7  any other cancer in the female reproductive
8  system?
9    A   Ovarian cancer.  Is that -- is that a
10  statement from a -- like a document or something?
11   Q   It's a question.
12   A   It's a question that --
13   Q   Do you know whether or not ovarian
14  cancer accounts for more deaths than any other
15  cancer of the female reproductive system?
16   A   I know it's a highly ranked one.  I
17  wouldn't be able to say whether it's more than all
18  others.
19   Q   All right.  Do you know whether
20  approximately 22,000 new cases of ovarian cancer
21  identified each year and 14,000 women
22  approximately will die in the United States alone
23  from ovarian cancer?
24       MS. BROWN:  Objection to the form.
25       THE WITNESS:  I haven't memorized

Page 37

1  anything with exact numbers like that.  I mean I'm
2  not saying it's far off from the truth, and if you
3  have, you know, some document that supports that,
4  I'd be glad to look at it and see if it looks
5  right, but -- but I haven't memorized the exact
6  number.
7  BY MS. PARFITT:
8    Q   All right.  And you know, Dr. Diette,
9  this won't be a memory test, but I do understand
10  that you have spent almost $100,000 in this case
11  alone reviewing medical and scientific articles,
12  so all I'm simply asking is that you provide me
13  with your best answers.  Fair?
14       MS. BROWN:  I object to the --
15       MS. PARFITT:  That's all, Counsel.
16  That's all --
17       MS. BROWN:  -- speech by counsel.  He's
18  here to answer your questions.
19       MS. PARFITT:  Counsel --
20       MS. BROWN:  That is a highly
21  objectionable statement, Counsel, and you know it.
22  If you have a question to ask him, he is here to
23  answer it.  We're not going to be here to have you
24  give speeches on the record about the fees that he
25  has charged for the work that he has done.

10  (Pages 34 to 37)

Gregory B. Diette, M.D.

Page 38

1    MS. PARFITT: Ms. Brown, your objection,
2  according to the CMO in the MDL case, perhaps
3  you're doing other state depositions, is that you
4  say, "Objection. Form."
5    And I'll try and do my best, if you'd do
6  the same. And I'm not admonishing you, and I hope
7  you're not admonishing me. That's not how I roll.
8    MS. BROWN: Well, the record is going to
9  be very clear --
10    MS. PARFITT: It will be.
11    MS. BROWN: -- about the statement that
12  you just made about the other work that I'm doing.
13    MS. PARFITT: I said --
14    MS. BROWN: I am well aware of the
15  CMO --
16    MS. PARFITT: Perfect. Okay.
17  Counsel --
18    MS. BROWN: -- and the deposition
19  protocol in this case.
20    MS. PARFITT: -- that's fine.
21    MS. BROWN: And I --
22    MS. PARFITT: Counsel --
23    MS. BROWN: -- expect that you will
24  abide by it --
25    MS. PARFITT: -- let me ask questions.

Page 39

1    MS. BROWN: -- and not interrupt me.
2  Thank you.
3    MS. PARFITT: I am not going to, but I
4  would ask the same courtesy. And, listen, we have
5  a long day to go, and it will be longer --
6    MS. BROWN: Just ask the doctor a
7  question and move on.
8    MS. PARFITT: -- if we go back and
9  forth. "Objection, form" is the appropriate way,
10  or we will have to call the judge.
11    MS. BROWN: Happy to do it.
12    MS. PARFITT: Very good. So will I.
13  BY MS. PARFITT:
14    Q   All right. Dr. Diette, do you have an
15  understanding from your review of the scientific
16  and medical literature that ovarian cancer cases
17  are detected and diagnosed at a late stage and
18  there are limited prospects for cure?
19    MS. BROWN: Objection to the form of the
20  question.
21    THE WITNESS: I didn't listen to what
22  you said because --
23  BY MS. PARFITT:
24    Q   Sure.
25    A   But just for the reason that I'm still

Page 40

1  thinking about your question before, I just wanted
2  to clarify that I -- because when you said that I
3  billed $100,000, I think what you might be doing
4  is adding up all of those MSA invoices, which that
5  doesn't all go to me. I mean there's a way to
6  figure out how much that I've billed, but -- but
7  you wouldn't be correct if you're saying that
8  those four invoices represent the amount that I've
9  charged.
10    Q   Okay. And we'll talk about that, but I
11  appreciate the clarification.
12    So, the other question is, do you have
13  an understanding that most ovarian cancer cases
14  are detected and diagnosed at a late stage and
15  there are limited prospects for cure?
16    MS. BROWN: Same objection.
17    THE WITNESS: I have that general
18  understanding.
19  BY MS. PARFITT:
20    Q   Okay. Do you have any knowledge as to
21  what the mortality and morbidity of ovarian cancer
22  is?
23    A   Well, the morbidity is not a number,
24  right. I mean you're talking about what are the
25  consequences?

Page 41

1    Q   You're right.
2    A   And then the mortality would be
3  something that's an objective fact that there's a
4  percentage of people with the disease that die.
5    Q   Right.
6    A   I don't know the number. I didn't
7  memorize that. If it's important, we can look it
8  up, but it's a high -- it's a high proportion that
9  die from it.
10    Q   Fair. Do you know what the latency is
11  for ovarian cancer?
12    A   Between what and what?
13    Q   The latency period between -- let's take
14  some examples -- asbestos and ovarian cancer.
15    MS. BROWN: Objection to the form of the
16  question.
17    You can answer if you understand.
18    THE WITNESS: So the -- that's a tricky
19  issue, I think in a way, because I'm not sure that
20  it's been fully established that asbestos causes
21  ovarian cancer. I mean I'm aware of what the IARC
22  has put out on it, but I'm not sure that that's a
23  fact. But I don't recall seeing in there where
24  the latency, if it was even true, whether that
25  was -- whether that was established.

11  (Pages 38 to 41)

Gregory B. Diette, M.D.

Page 42

```
 1    BY MS. PARFITT:
 2        Q   All right.  Have you in the course of --
 3    strike that.
 4            All right.  From a review of the
 5    materials you reviewed attached to your expert
 6    report, Doctor, I see that you reviewed the Purdie
 7    case --
 8            MS. BROWN:  Counsel -- Counsel, is there
 9    a page you want to point him to so we can follow
10    along?
11            MS. PARFITT:  I'm still asking the
12    question, Counsel.
13    BY MS. PARFITT:
14        Q   Dr. Diette, attached to your report is a
15    materials reviewed.  And on page 7, it lists that
16    you have read the Purdie case, which is a 1995
17    case study -- excuse me, not case study, but a
18    scientific article.
19            MS. BROWN:  Objection to the form.
20            Take your time to get to that page,
21    Doctor.
22            THE WITNESS:  It's 7 in my report?
23    BY MS. PARFITT:
24        Q   It is on page 7 of your report.
25            MS. BROWN:  And, Counsel, I think we
```

Page 43

```
 1    have a disconnect here.  Are you referring to the
 2    7 of the reliance list?
 3            MS. PARFITT:  I am.  I'm sorry about
 4    that.
 5            THE WITNESS:  Oh.  Is it 7 of the -- the
 6    exhibit you gave me or is it part of what's my
 7    reliance list that's attached to my report?
 8    BY MS. PARFITT:
 9        Q   What I have is your reliance list, and
10    it's page 7 of your reliance list.
11        A   I got you.
12            MS. BROWN:  Got that.  Okay.
13    BY MS. PARFITT:
14        Q   And I believe you have three Purdie --
15    excuse me, two Purdie cites, one 2003 and one
16    1995.  Correct?
17        A   That's correct.
18        Q   Okay.  Did you indeed review the Purdie
19    article for purposes of your testimony here today?
20            MS. BROWN:  Objection to the form.
21            THE WITNESS:  I don't think I reviewed
22    it for the purpose of my testimony, but I -- I
23    included it because it's something I reviewed at
24    some point prior to preparing the report.
25    BY MS. PARFITT:
```

Page 44

```
 1        Q   Okay.  All right.  And we're going to
 2    talk about that in conjunction with -- just hold
 3    tight.  I'm going to set that aside, and let me
 4    ask you this --
 5        A   Can I ask just real quick?
 6        Q   Sure.
 7        A   There's like a cold breeze blowing down
 8    here, and I know we will regret making it warmer
 9    in here at some point.
10        Q   Sure.
11            MS. PARFITT:  Well, let's take a moment
12    and let's see if we can --
13            MS. BROWN:  Why don't we go off the
14    record for one second.
15            THE VIDEOGRAPHER:  The time is 9:25 a.m.
16    We're going off the record.
17            (Pause in the proceedings.)
18            THE VIDEOGRAPHER:  The time is 9:27 a.m.
19    and we are back on the record.
20            (Diette Exhibit No. 4 was marked
21            for identification.)
22            MS. PARFITT:  Ready?
23            THE VIDEOGRAPHER:  Oh, yeah, we're on.
24            MS. PARFITT:  Okay.  Thank you.
25    BY MS. PARFITT:
```

Page 45

```
 1        Q   Dr. Diette, let me show you what's been
 2    marked as Plaintiffs' Exhibit No. 4 to the Diette
 3    deposition, and I'll represent to you -- sorry --
 4    I'll represent to you that this is the --
 5            MS. BROWN:  Thank you.
 6    BY MS. PARFITT:
 7        Q   -- an article by Dr. Purdie entitled
 8    "Ovulation and Risk of Epithelial Ovarian Cancer"
 9    published in the International Journal of Cancer
10    in 2003.  Do you see that?
11        A   I do.
12        Q   All right.  If I can direct your
13    attention to page 231 of that article.
14            MS. PARFITT:  Let's put it on the ELMO.
15    BY MS. PARFITT:
16        Q   Okay.  And, Dr. Diette, I'll put it up
17    on the overhead as well.  About halfway down --
18    there you go -- left-hand column, Dr. Purdie and
19    authors state:  "Thus, the latency period of more
20    advanced malignant epithelial ovarian cancer could
21    be estimated to be approximately 30 to 40 years."
22            Did I read that correctly?
23        A   You read it fine.
24        Q   All right.  Do you agree or disagree
25    that the latency period of more advanced malignant
```

12 (Pages 42 to 45)

Gregory B. Diette, M.D.

Page 46

1  epithelial ovarian cancer can be estimated to be
2  approximately 30 to 40 years?
3      A   Well, I think, you know -- so there's no
4  way for me to know for sure, right, but could
5  be -- it seems like a pretty safe statement
6  because it could be more, it could be less.
7          It's also an incomplete sentence, right,
8  in the sense that when you talk about the latency,
9  you talk about the latency between a particular
10 kind of exposure.  I mean, in this context, right,
11 there may have other -- there may be other ways
12 people use that word, but in this context it's the
13 time from the exposure to the development of the
14 disease.  So there's no exposure mentioned in that
15 sentence, so it's a little -- a little loose, you
16 know.
17         MS. PARFITT:  All right.  Move to strike
18 that last part of your statement.
19 BY MS. PARFITT:
20     Q   Okay.  Dr. Diette, do you agree that
21 it's imperative to develop public health programs
22 that either reduce the incidence or detect ovarian
23 cancer at an earlier stage?
24     A   It's an agreeable statement.
25     Q   Okay.  In developing public health

Page 47

1  programs, does -- in order to set up preventive
2  programs, detection programs, does that include
3  getting information about whatever the putative
4  exposure may be to individuals who may be
5  susceptible to them?
6          MS. BROWN:  Objection to the form of the
7  question.
8          MS. PARFITT:  Let me strike that
9  question completely.  It was a lousy question.
10 All right.
11         THE WITNESS:  It was --
12         MS. PARFITT:  And I'm going to agree
13 with counsel on that.  How about that?
14         THE WITNESS:  It was below average.  It
15 wasn't lousy.
16 BY MS. PARFITT:
17     Q   Sure.  Okay.
18         When one develops a public health
19 program in order to alert individuals about a
20 public health issue, what is the manner, let's
21 say, in your department to do that?
22         MS. BROWN:  Objection to the form of the
23 question.
24         THE WITNESS:  I'm not sure what we're
25 talking about.  I mean --

Page 48

1  BY MS. PARFITT:
2      Q   Sure.  And, you know, that might be --
3  that might be fair.  So let me go for a third try.
4  Okay?
5      A   Okay.
6      Q   Do you develop public health programs
7  for Johns Hopkins?
8      A   I'm trying to think -- I would say
9  generally, no.  I mean --
10     Q   It's not part of your role.
11         MS. BROWN:  Well, let him finish.  I'm
12 sorry.
13         THE WITNESS:  But I don't know -- I
14 mean, I don't know what -- I mean that's a pretty
15 broad topic, which is what's a public health
16 program.  So I'm just thinking like, for example,
17 you know, I've done work with asthma in -- in the
18 inner city nearby.
19 BY MS. PARFITT:
20     Q   Correct.
21     A   And we certainly have a program, you
22 know, that deals with -- with that.  I wouldn't
23 say I've developed it as a public health program
24 per se but as a -- as a research program.  But,
25 you know, where public health starts and stops,

Page 49

1  I'm not exactly sure.
2      Q   Fair enough.
3          All right.  Talcum powder products are
4  widely available, correct?
5          MS. BROWN:  Objection to the form of the
6  question.
7          THE WITNESS:  You know, they -- I
8  guess -- so anyway, I'm an epidemiologist, so when
9  somebody says something like that, like when you
10 say it, like I'm thinking like to whom or for whom
11 or where or when or something.  I mean there's
12 sort of like a time and place and something else
13 more to that.  I think it's a common product, but
14 I don't -- I don't know what it means to be widely
15 available.
16 BY MS. PARFITT:
17     Q   All right.  Did you ever ask Johnson &
18 Johnson or their attorneys a question with regard
19 to how many bottles of Johnson & Johnson's Baby
20 Powder they distribute each year in America?
21         MS. BROWN:  Objection to the form of the
22 question.
23         THE WITNESS:  I have not asked that.
24 BY MS. PARFITT:
25     Q   Okay.  Similarly, have you ever asked

13  (Pages 46 to 49)

Gregory B. Diette, M.D.

Page 50

1    Johnson & Johnson how many bottles of their Shower
2    to Shower they distributed?
3         A    No.
4         MS. BROWN:  Same objection.
5    BY MS. PARFITT:
6         Q    All right.  Have you ever purchased
7    talcum powder products?
8         A    I -- I don't do the shopping.  You know,
9    and so it -- like, I don't -- I don't buy anything
10   at the store.
11        Q    Okay.  Fair enough.
12             Are you aware of the fact that Johnson &
13   Johnson continues to sell their talcum powder
14   products?
15        A    I wasn't aware that they weren't.  I
16   mean, I don't know where I would get that from,
17   but as best as I can tell.
18        Q    All right.  Have you ever looked at the
19   back of a Johnson & Johnson's Baby Powder product
20   to see what it says about its usage --
21        MS. BROWN:  Objection.
22   BY MS. PARFITT:
23        Q    -- and direction?
24        MS. BROWN:  Excuse me.  Objection to the
25   form of the question.

Page 51

1         THE WITNESS:  It's possible that I have
2    years ago, but not -- not recently.
3    BY MS. PARFITT:
4         Q    Nothing recent.
5             How about since you were retained by
6    Johnson & Johnson as an expert, have you ever
7    looked at a bottle of Johnson & Johnson's Baby
8    Powder or Shower to Shower?
9         MS. BROWN:  Same objection.
10        THE WITNESS:  No.  I've seen pictures,
11   you know, in different settings, but I haven't --
12   I haven't seen a bottle of it or looked at it.
13   BY MS. PARFITT:
14        Q    Okay.  Do you have an understanding as
15   to whether or not Johnson & Johnson's Baby Powder
16   or the Shower to Shower contains a warning on its
17   product against use in the genital area to avoid
18   ovarian cancer?
19        MS. BROWN:  Objection to the form.
20        THE WITNESS:  I don't know whether they
21   do or don't.  But I'm also not, you know, skilled
22   in warnings.  So I wouldn't -- I mean, I -- even
23   if it said something, I wouldn't necessarily be
24   the person to tell you whether that's a warning or
25   not.

Page 52

1    BY MS. PARFITT:
2         Q    Okay.  Let me show you what I'll have
3    marked as Exhibit --
4         MS. PARFITT:  Where are we?
5         MR. ROSEN:  Five.
6    BY MS. PARFITT:
7         Q    -- 5.  And I'll represent to you,
8    Dr. Diette, that this is a bottle of Johnson's
9    Baby Powder, and we'll have it marked as Exhibit
10   No. 5.
11             (Diette Exhibit No. 5 was marked
12             for identification.)
13   BY MS. PARFITT:
14        Q    Now, my understanding is that you are
15   trained, skilled, and have expertise in pulmonary
16   medicine, correct?
17        A    Among other things.
18        Q    And I didn't mean to limit your
19   expertise.  Okay.
20             If you will, let me show -- pass to you
21   the Exhibit No. 5, and ask that you turn it to the
22   back.  Look at the bottle.
23        MS. BROWN:  Counsel, before he does
24   that, will you put -- represent on the record
25   where this bottle that you've marked as Exhibit 5

Page 53

1    came from and when it was purchased and by whom?
2         MS. PARFITT:  Counsel, I'm asking the
3    questions.  I just represent that it is a bottle
4    of Johnson & Johnson's Baby Powder purchased from
5    a store.
6         MS. MILLER:  Michelle, I'm trying
7    really, really hard not to say a word today.
8         MS. PARFITT:  Sure.
9         MS. MILLER:  I know that I'll annoy
10   you --
11        MS. PARFITT:  Oh, no, you're not.
12        MS. MILLER:  -- but it's not Johnson &
13   Johnson's Baby Powder.  It's Johnson's Baby
14   Powder, and you keep saying it wrong.
15        MS. PARFITT:  That's fine.  That's fine.
16        MS. MILLER:  And I think for the record,
17   it's important.  It's a product by JJCI, as you
18   know.
19        MS. PARFITT:  That's fine.
20        MS. MILLER:  So we just need
21   Johnson's --
22        MS. PARFITT:  Okay.  And why don't we --
23   whenever I -- since I'm sure I won't remember all
24   that, why don't we just reflect for the record
25   that when I say Johnson & Johnson's Baby Powder,

14  (Pages 50 to 53)

Gregory B. Diette, M.D.

Page 54

1    that it's Johnson's Baby Powder. Okay?
2         MS. BROWN: And just to get my -- my
3    objection on the record to what you marked as
4    Exhibit 5, we have no representation of when this
5    was bought, by whom it was bought.
6         With that, Dr. Diette, here is
7    Exhibit 5.
8         MS. PARFITT: Thank you.
9    BY MS. PARFITT:
10        Q   All right, Dr. Diette, look at the back
11   of that. Do you see that there's a little picture
12   that looks like a little baby with an X on it?
13        A   I do.
14        MS. BROWN: Objection to the form.
15   BY MS. PARFITT:
16        Q   Okay. Okay. What does that say on the
17   back of the product?
18        A   It says: "Warning: Keep powder away
19   from child's face to avoid inhalation, which can
20   cause breathing problems. Avoid contact with the
21   eyes. For external use only."
22        Q   Okay. And at the bottom of that
23   product, does it happen to say what's contained in
24   it?
25        MS. BROWN: Objection to the form of the

Page 55

1    question.
2         THE WITNESS: It has a line called
3    "Ingredients," which says "Talc, fragrance."
4    BY MS. PARFITT:
5         Q   Okay. Dr. Diette, you've been retained
6    by Johnson & Johnson since when, for purposes of
7    the ovarian cancer cases?
8         MS. BROWN: Objection. Form. Do you
9    mean the Ingham case or do you mean the MDL?
10   BY MS. PARFITT:
11        Q   Well, let me clarify.
12        When were you first -- it's a fair
13   question -- when were you first retained by
14   Johnson & Johnson to represent them in either
15   mesothelioma cases or ovarian cancer cases?
16        MS. BROWN: Objection to the form. He
17   is an expert witness on behalf of Johnson &
18   Johnson. He is not here representing anyone.
19        THE WITNESS: That honestly sounds like
20   Ms. Brown's job, I mean, but -- but I guess to try
21   to answer your question, the -- I was first asked
22   to review the epidemiology in 2017.
23   BY MS. PARFITT:
24        Q   Okay. And was that the first time that
25   Johnson & Johnson had asked you to provide any

Page 56

1    expert work for them?
2         MS. BROWN: Objection to the form.
3         THE WITNESS: I believe so, yeah.
4    BY MS. PARFITT:
5         Q   Okay. Had you ever worked for Johnson &
6    Johnson or any of their entities prior to 2017 in
7    any type of litigation?
8         MS. BROWN: Same objection.
9         THE WITNESS: I -- I don't think so. I
10   would say almost certainly no.
11   BY MS. PARFITT:
12        Q   Okay. Since your retention in 2017, did
13   Johnson & Johnson, their medical department, their
14   regulatory department, science department, ever
15   ask that you take a look at the back of the
16   product, Johnson's Baby Powder, for purposes of
17   giving an opinion as to what scientific and
18   medical information should be on that product?
19        MS. BROWN: Objection to the form of the
20   question.
21        THE WITNESS: I would be the wrong kind
22   of expert for that. I mean I'm not a warnings
23   expert, so it wouldn't -- wouldn't make any sense
24   for anybody to ask me that question.
25   BY MS. PARFITT:

Page 57

1         Q   I'm not asking you about the adequacy of
2    the warning. I'm asking you about your expertise
3    as a pulmonary medicine expert with regard to
4    inhalation issues as contained on the back of that
5    product.
6         A   It still wouldn't make any sense. I
7    wouldn't be the person to ask that to.
8         Q   Dr. Diette, whether or not it makes
9    sense to you or not, my question is simply this:
10   Yes or no, has Johnson & Johnson asked your
11   opinion at any point in time with regard to what
12   kind of scientific and medical information should
13   be on the back of their powder?
14        MS. BROWN: Objection. Answered three
15   times.
16        THE WITNESS: They and everybody else in
17   the world has not asked me to do anything like
18   that ever.
19   BY MS. PARFITT:
20        Q   Okay. And they, Johnson & Johnson, has
21   never asked you to -- your opinion with regard to
22   the inhalation warning; is that correct?
23        MS. BROWN: Objection. Counsel, we've
24   been through this like six times.
25        THE WITNESS: I think it's the same

15  (Pages 54 to 57)

Gregory B. Diette, M.D.

Page 58

1    warning we're talking about, right?
2    BY MS. PARFITT:
3        Q    The one that's on the back, yeah.
4        A    So it's still -- still the same.
5        Q    Okay.  And just for the record, we're
6    going to put on the ELMO -- thank you.  Just go
7    ahead and see if we can get that on there.  Okay.
8            (Counsel conferring.)
9    BY MS. PARFITT:
10       Q    And again, for clarity of the record,
11   what we've been talking about is on -- the child
12   with the X over the nose and mouth and the warning
13   that is to the far right, correct?
14           MS. BROWN:  Objection to the form.
15           THE WITNESS:  I was with you until you
16   said "to the far right."  I don't know --
17   BY MS. PARFITT:
18       Q    To the right of the baby.
19       A    Oh, I see.  I'm sorry.
20       Q    Yeah, no problem.
21       A    Yeah.  No, that's --
22       Q    That's what we're talking about.
23       A    It's to the right of the baby, yeah.
24       Q    Okay.  Very good.  All right.
25           Dr. Diette, as a scientist and a

Page 59

1    clinician, do you have a belief or opinion that
2    women should be informed of even a potential risk
3    of using talcum powder products on their genital
4    area?
5            MS. BROWN:  Objection.
6            THE WITNESS:  Not based on what I've
7    reviewed.
8    BY MS. PARFITT:
9        Q    Okay.  Is it your opinion that there is
10   no risk of ovarian cancer from the long-term use
11   of talcum powder products?
12           MS. BROWN:  Objection.  Form.
13           THE WITNESS:  I -- I don't see evidence
14   that there's a -- so I'm an epidemiologist, so the
15   way I talk about things might be a little
16   different than the way you're asking it.  But
17   there's not sufficient evidence to say that it's a
18   cause of ovarian cancer.
19   BY MS. PARFITT:
20       Q    Okay.  And we'll talk about that in a
21   little bit.
22           Do you have an understanding as to
23   whether there are other scientists and
24   epidemiologists who have reviewed the same
25   scientific and epidemiological information that

Page 60

1    you have who have a different opinion with regard
2    to the causality of talcum powder products and
3    ovarian cancer?
4            MS. BROWN:  Objection to the form.
5            THE WITNESS:  Well, I've seen like, for
6    example, the expert reports that are -- that are
7    part of this matter and some of the deposition
8    transcripts.  So -- so, yes, I mean I've seen what
9    they've said.
10   BY MS. PARFITT:
11       Q    Okay.  And from your review of those
12   expert reports, do you understand that many of
13   those scientists and epidemiologists are
14   individuals who treat women who have been
15   diagnosed for ovarian cancer?  Do you understand
16   that?
17           MS. BROWN:  Objection.  Lacks
18   foundation, calls for speculation.
19           THE WITNESS:  So I saw that there were
20   some GYN oncologists involved.  I don't remember
21   the count of them, but I saw there were GYN
22   oncologists, both on the defense and the
23   plaintiffs' side.
24   BY MS. PARFITT:
25       Q    Okay.  And the GYN oncologists would be

Page 61

1    the practice of medicine that treats women for
2    reproductive diseases and cancers like ovarian
3    cancer, correct?
4            MS. BROWN:  Objection.
5            THE WITNESS:  They -- they would be the
6    ones that provide treatment for the GYN cancers.
7    BY MS. PARFITT:
8        Q    Okay.  You're a pulmonologist, correct?
9        A    I am.
10       Q    All right.
11       A    And again, among other things.
12       Q    Understood.
13           MS. BROWN:  Let him finish, Counsel, he
14   wasn't done.
15   BY MS. PARFITT:
16       Q    My -- it's a simple question, are you a
17   pulmonologist?
18           MS. BROWN:  Wait, but he was still
19   answering.  You cut him off.  Let him finish.
20           MS. PARFITT:  Doc -- I withdraw that
21   question.
22   BY MS. PARFITT:
23       Q    Are you a pulmonologist?
24       A    I am a pulmonologist.
25       Q    All right.  As a pulmonologist, do you

16  (Pages 58 to 61)

Gregory B. Diette, M.D.

Page 62

1    treat and care for women -- treat and care and
2    provide gynecological and oncological care to
3    women who have been diagnosed with ovarian cancer?
4            MS. BROWN: Objection to the form.
5            THE WITNESS: Mostly, no, although
6    I'll just -- there was a lot in your question,
7    right, so that --
8    BY MS. PARFITT:
9        Q    You want me to break it down?
10           MS. BROWN: Let him finish first, and
11   then you can follow up.  He has to be allowed to
12   answer your question.
13           MS. PARFITT: Oh, absolutely, but if
14   it's unclear -- that was one of the --
15           THE WITNESS: I didn't say it was
16   unclear.  I just said it -- it's complicated, so
17   there's more than -- it's not just a simple
18   answer.
19           MS. PARFITT: Let me withdraw the
20   question.
21           MS. BROWN: Wait, Counsel, he's not
22   done.
23           Dr. Diette, you finish your answer, and
24   then counsel, of course, will follow up.
25   BY MS. PARFITT:

Page 63

1        Q    Okay.  Go ahead.
2        A    Thank you.
3        Q    Sure.
4        A    So, you know, I wouldn't be the person
5    who prescribes chemotherapy or provides the
6    surgery.  Part of my work is as an intensive care
7    doc in the oncology center, and so I'll see people
8    with every kind of cancer possible and provide
9    some of the care to them.
10           I see people in my clinic that have, you
11   know, pulmonary consequences of some of their
12   treatment for ovarian cancer.  And so it's -- it's
13   not a straightforward yes or no that I do or don't
14   participate, but I don't do the -- the GYN onc
15   part of that care.
16       Q    All right.  Have you in your practice of
17   pulmonary medicine ever diagnosed a woman with
18   ovarian cancer?
19       A    I can't remember ever doing that.
20       Q    All right.  Now, Dr. Diette, are you
21   aware of whether or not -- strike that.
22           Are you aware that Johnson & Johnson has
23   tested their talcum powder products?
24           MS. BROWN: Objection to the form.
25           THE WITNESS: I have some awareness of

Page 64

1    that.
2    BY MS. PARFITT:
3        Q    Okay.  What is your understanding of the
4    testing that's been performed by Johnson & Johnson
5    on their talcum powder products?
6            MS. BROWN: Objection.  That's overly
7    broad.
8            THE WITNESS: Well, like the type --
9            MS. BROWN: You mean internal, external,
10   third party, FDA?
11   BY MS. PARFITT:
12       Q    Do you understand the question?
13       A    I was actually going to say something
14   similar to what Ms. Brown said but less
15   sophisticated.
16           I mean what I meant was, were you asking
17   about like the kinds of tests that were done or --
18   or things of that sort?  I just -- I just know,
19   generally speaking, that there has been testing
20   done.
21       Q    Sure.  Let me make it very simple.
22           Are you aware of studies -- strike that.
23           Have you seen studies done by Johnson &
24   Johnson that tested and evaluated their talcum
25   powder products for the presence of asbestos?

Page 65

1            MS. BROWN: Same objection.
2            THE WITNESS: I don't think I've seen
3    anything from Johnson & Johnson, per se.
4            Is that what -- is that what you're
5    referring to?
6    BY MS. PARFITT:
7        Q    That is, yes.
8        A    Okay.  Then not -- not that I'm aware
9    of.
10       Q    All right.  I saw where you looked at
11   the depositions of Drs. Longo and Rigler.
12           MS. BROWN: Objection to the form.
13           THE WITNESS: Is that in a different
14   case?
15   BY MS. PARFITT:
16       Q    Good question.  You have their
17   depositions listed as part of the materials
18   reviewed and relied upon.  Have you read those?
19           MS. BROWN: Objection.
20           If you want to refresh yourself on your
21   reliance list, I'm sure counsel will point you to
22   the page.
23           MS. PARFITT: Absolutely.
24   BY MS. PARFITT:
25       Q    Let me direct you to -- just bear with

17 (Pages 62 to 65)

Gregory B. Diette, M.D.

Page 66

1    me one second. I apologize here.
2        Okay. It's -- your reference materials
3    reviewed and considered start on -- or in
4    Appendix B of your report.
5        Do you see that?
6        A  I don't see Longo and Rigler.
7        Q  Okay. At the very top, it has
8    "Materials Reviewed and Considered by Gregory
9    Diette," and the second item under "Expert
10   References" says "Expert report of William Longo
11   and Mark Rigler."
12       Do you see that?
13       A  Oh, I do, yeah. So I see Longo, and I'm
14   just --
15       Q  Do you see Rigler? He's right after
16   that. It says William --
17       A  Oh, got you.
18       MS. BROWN: Counsel, these are reports.
19   I thought your question was about a deposition.
20       MS. PARFITT: That's a -- that's a fair
21   objection.
22   BY MS. PARFITT:
23       Q  Have you read the expert report of
24   William Longo and Mark Rigler?
25       A  So, because I see there's a date on it

Page 67

1    of November 14th, 2018 --
2        Q  Correct.
3        A  -- I know I've seen at least a few of
4    Dr. Longo's reports, and I -- I think they're the
5    same over and over again. So I -- if I -- if I'm
6    not mistaken, I don't think I would have reread it
7    like, you know, specifically for this matter if it
8    looked the same as others. I think I probably
9    just like flipped through it to see what it was --
10   was there generally.
11       Q  All right. So I understand your answer,
12   is your testimony that you don't recall
13   specifically reviewing the November 14th, 2018
14   expert report of Dr. Longo's and Rigler?
15       MS. BROWN: Objection to the form,
16   misstates his testimony.
17       MS. MILLER: So can I say something?
18   Because I was involved in that, I think that every
19   item with respect to litigation that we sent to
20   Dr. Diette, which would have been depositions or
21   expert reports, was put on the list because it was
22   sent to him. I --
23       MS. PARFITT: Oh, and I understand. I
24   appreciate that.
25   BY MS. PARFITT:

Page 68

1        Q  But my question --
2        MS. PARFITT: And noted.
3    BY MS. PARFITT:
4        Q  My question to you is, sitting here
5    today, what I need to know -- and if it's no,
6    that's a fine answer. If it's yes, that's a fine
7    answer.
8        Have you read the expert report of
9    Drs. Longo and Rigler dated November 14, 2018?
10       If you did, I'm not -- I'm not --
11       MS. BROWN: Objection to the form. I
12   think he answered that.
13       Counsel, I think what you're really
14   after is, is he relying on that to form his
15   opinion.
16       MS. PARFITT: Actually, I'm not. That's
17   a good question, but I'm not asking that.
18   BY MS. PARFITT:
19       Q  Did you read the report?
20       A  So I -- I'm not sure if I read this one
21   with this particular date.
22       Q  That's fine.
23       A  But wait, wait, wait. But, you know, if
24   it's on here, because that's what it reminds me
25   of, I don't have a specific memory for this matter

Page 69

1    because I've been reading some of these things for
2    other matters as well. So I -- you know, I don't
3    remember whether -- whether I read that particular
4    one, but if it looked like other ones that I had,
5    I would have, you know, touched it, opened it,
6    looked to see what was in there, and then not read
7    every word of it. But I don't remember which way
8    it worked.
9        Q  Sitting here today, are you able to tell
10   me the results of Dr. Longo and Rigler's testing
11   of Johnson & Johnson's talcum powder products as
12   reflected in their expert reports of November 14,
13   2018?
14       MS. BROWN: Objection to the form.
15       THE WITNESS: I don't remember the
16   details, but I could -- I could look that up and
17   pull -- pull out what I saw.
18   BY MS. PARFITT:
19       Q  Did you mark it?
20       MS. BROWN: Objection to the form.
21       THE WITNESS: Oh, you mean like with
22   highlights?
23   BY MS. PARFITT:
24       Q  Mm-hmm. Yes, with highlights.
25       A  Sorry. I thought you were talking about

18 (Pages 66 to 69)

Gregory B. Diette, M.D.

Page 70

1 marking exhibits, I'm thinking like that's not
2 what I do. So, no -- so I don't know.
3     Q   All right.
4     A   This particular one, I might have
5 highlighted an earlier one or -- or even not. And
6 the only reason I say that is because his reports
7 tend to have an awful lot of like sort of like
8 testing data in the -- in the back of it, and
9 there's not a lot of like words, you know, to
10 read. So there's not a lot to really highlight
11 for me. I mean, you know what I mean? It's kind
12 of succinct in terms of like the opinion part, and
13 then there's a whole bunch of scientific stuff
14 that's somebody else's field.
15     Q   Understood. And I think what I'm
16 getting at is for purposes of the opinions you are
17 presenting to the jury in this case, are you
18 relying on the test results of Dr. Longo's and
19 Rigler's that are contained in not only their
20 November 14th -- contained in their November 14th,
21 2018 report?
22        MS. BROWN: And objection.
23     Counsel, you said "jury." I assume you
24 mean for purposes of this Daubert hearing, is he
25 relying on the Rigler and Longo report of

Page 71

1 November 14th, 2018.
2 BY MS. PARFITT:
3     Q   For purposes of the opinions that you
4 have provided in your expert report and I assume
5 will present to Judge Wolfson sometime in July,
6 are you relying on the information that's
7 contained in the expert report of Dr. Longo and
8 Rigler, November 14, 2018?
9     A   I wouldn't use the word "rely." I would
10 say aware of, but not -- I'm not relying on it.
11     Q   And let me explore that, because this is
12 the only time I will have a chance to talk to you
13 before that Daubert hearing.
14     A   Sure.
15     Q   Are you, for purposes of your opinion
16 that you're sharing -- will share with me today
17 and will share with the court in July, relying on
18 any of the test results of Drs. Longo and Rigler
19 contained in their reports of November 14, 2018?
20     A   Yeah, I think the way I said it is
21 exactly right, because to me "rely on" has some --
22 there's some legal connotation for that, right.
23        And so it doesn't -- it doesn't inform
24 my opinion, but I'm aware of what his general
25 position has been. And so -- but I don't -- I

Page 72

1 wouldn't say I rely on it in the sense that it's
2 an underpinning of an opinion or something like
3 that.
4     Q   All right. Do you have an understanding
5 then that Drs. Longo and Rigler found the presence
6 of asbestos in the talcum powder products they
7 tested?
8        MS. BROWN: Objection to the form of the
9 question.
10        THE WITNESS: My -- my understanding is
11 they say they found it, but I don't -- I don't
12 know the fact of whether they found it or not.
13 BY MS. PARFITT:
14     Q   Okay. Did -- from your read or not read
15 of Drs. Longo and Rigler -- strike that.
16        Did Drs. Longo and Rigler find
17 asbestiform fibers in the tests done of Johnson &
18 Johnson's product, talcum powder products?
19        MS. BROWN: Objection to the form.
20        THE WITNESS: I guess I need to know
21 what we're talking about if you say "asbestiform
22 fibers," because I thought your question before
23 was asbestos.
24 BY MS. PARFITT:
25     Q   It was.

Page 73

1     A   And are you expecting me to -- to say
2 that that's two different things, or is it just
3 another way of you trying to ask the same
4 question?
5     Q   How do you define "asbestiform fibers"?
6        MR. LOCKE: Objection.
7        MS. BROWN: Objection to the form of the
8 question.
9        THE WITNESS: Well, I -- I understand
10 some of the terminology, but I'm not a mineralogist.
11 Right. So I -- I can tell you -- I think I have
12 to diverge a little bit to answer your question,
13 if I can, just to say that -- unless you don't
14 want me to. Feel free to --
15        MS. BROWN: No, you should answer the
16 question --
17        THE WITNESS: Okay.
18        MS. BROWN: -- as honestly and
19 truthfully and accurately as you can.
20        THE WITNESS: Because asbestos -- I
21 mean, asbestos in terms of at least its
22 commercial, you know, forms is something that's
23 in -- that's in asbestiform fiber, right. It's in
24 asbestiform habit. And so I think, you know, for
25 me to understand the minerals, when we're talking

19 (Pages 70 to 73)

Gregory B. Diette, M.D.

Page 74

```
 1    about asbestos, we're talking about a particular
 2    kind of mineral that's in a particular form or
 3    habit.
 4              And so I -- I think when you're talking
 5    about an asbestiform fiber, there's some
 6    redundancy there in a way, right, which is that
 7    that's a description that you could apply to
 8    something that other people would call asbestos.
 9    BY MS. PARFITT:
10         Q    All right.  Fine.  Thank you.
11              Has Johnson & Johnson provided you with
12    any testing that they performed on their product?
13              MS. BROWN:  Objection.
14    BY MS. PARFITT:
15         Q    Shower to Shower or Johnson's Baby
16    Powder.
17              MS. BROWN:  Objection.
18              THE WITNESS:  I don't think I have seen
19    anything.
20    BY MS. PARFITT:
21         Q    Did you ever ask Johnson & Johnson to
22    see any of the testing that they performed on
23    their own talcum powder products?
24              MS. BROWN:  Objection.  Asked and
25    answered.
```

Page 75

```
 1              THE WITNESS:  I have not.
 2    BY MS. PARFITT:
 3         Q    Okay.  Dr. Diette, are you aware that
 4    there are generic talcum powder products being
 5    sold in the marketplace today that contain an
 6    ovarian cancer warning for individuals who use it
 7    in their genital area?
 8              MS. BROWN:  Objection to the form --
 9              THE WITNESS:  I don't --
10              MS. BROWN:  -- lacks foundation, calls
11    for speculation.
12              THE WITNESS:  I don't know one way or
13    the other.
14    BY MS. PARFITT:
15         Q    Okay.  Has Johnson & Johnson shared that
16    information with you?
17              MS. BROWN:  Same objections.
18              THE WITNESS:  Well, if they had, I'd be
19    aware of it, right?  I mean --
20    BY MS. PARFITT:
21         Q    I would think.
22         A    Yeah.  So it has to be no.  Yeah.
23         Q    Okay.  You state in your -- you state in
24    your expert report that the presence of asbestos
25    as an accessory mineral present in cosmetic talc
```

Page 76

```
 1    would not alter your analysis, and I assume
 2    opinions, with regard to talcum powder products
 3    causing ovarian cancer.
 4         A    That's in my report?
 5         Q    Yes.
 6         A    Can we flip to that?
 7         Q    Sure.  Why don't you go to page 3.
 8              And if I may, it's at the bottom,
 9    paragraph 6.
10         A    I'm with you, yeah.
11         Q    Okay.  And it says:  "To the extent
12    plaintiffs' expert opined that asbestos is an
13    accessory mineral present in cosmetic talc that
14    causes ovarian cancer, this theory would not alter
15    the analysis because the existing epidemiological
16    literature regarding talc use would
17    necessarily" --
18              MS. BROWN:  You're reading it --
19              MS. PARFITT:  Beg your pardon?
20              MS. BROWN:  You read it wrong.  Perineal
21    talc use.
22              MS. PARFITT:  Oh, I'm sorry.  Perineal.
23    Thank you.
24    BY MS. PARFITT:
25         Q    -- "perineal talc use would necessarily
```

Page 77

```
 1    account for the presence of any asbestos in the
 2    products used in both studies."
 3              Did I now read that correctly, with
 4    counsel's correction?
 5         A    Yeah, you're -- you've got it right now.
 6         Q    Okay.  What do you mean by that
 7    statement?
 8         A    So what I -- what I mean generally is
 9    that I've reviewed the -- what I think is the
10    whole epidemiology on the -- on the topic, and the
11    studies themselves don't break down or don't do
12    analyses of what the talcum powder is or what it
13    consists of.  So to the extent that they've
14    studied talcum powder, to me whatever is in talcum
15    powder is baked into the epidemiology.  And so
16    whether asbestos is a fact that it's in there or
17    it's a fact that it's not doesn't really change
18    how to interpret those studies.
19              Is that what you're asking?
20         Q    Mm-hmm.
21         A    Okay.
22         Q    Mm-hmm.  Is asbestos a carcinogen?
23         A    It is.
24         Q    We're going to come back to that.
25              Let me just get on a little bit further
```

20  (Pages 74 to 77)

Gregory B. Diette, M.D.

Page 78

1   on here.
2          Are you going to be giving an opinion in
3   this case that Johnson & Johnson's talcum powder
4   products contain asbestos?
5      A   No.
6      Q   You will not?
7      A   I will not.
8      Q   Have you made an assumption then for
9   purposes of your opinion that Johnson's -- that
10  Johnson & Johnson's talcum powder products do not
11  contain asbestos?
12     A   I -- no, I haven't made that assumption.
13  I -- I recognize that there's a debate about that,
14  and I don't have the expertise to sort through
15  what's right about that debate.
16     Q   All right.  Assume that Johnson &
17  Johnson's talcum powder products contain asbestos,
18  would that place consumers that use the product in
19  needless danger?
20         MS. BROWN:  Objection.  Counsel, that's
21  an incomplete hypothetical.  Is that the same talc
22  that's in the epi?
23  BY MS. PARFITT:
24     Q   Can you answer the question?
25         MS. PARFITT:  And please don't coach the

Page 79

1   witness.
2          MS. BROWN:  Objection to the incomplete
3   hypothetical.
4          THE WITNESS:  So, anyway, so the
5   needless part, I think -- I'm not sure if you need
6   that in your question or whether it changes how I
7   would answer it.  I think the general issue is
8   whether or not there's a risk or whether there's a
9   danger.  And from what I can tell from reading the
10  literature, that there's not a risk of -- did you
11  say "ovarian cancer" in your question?
12  BY MS. PARFITT:
13     Q   Correct.
14     A   Yeah, I don't see that there's a -- a
15  risk of ovarian cancer from the literature.
16     Q   Assume for purposes of my question that
17  Johnson & Johnson's talcum powder products has
18  asbestos in it, would it be imprudent and not
19  reasonable for Johnson & Johnson to sell that
20  product to its customers, yes or no?
21         MS. BROWN:  Objection to the incomplete
22  hypothetical.
23         THE WITNESS:  So I think, you know, it
24  isn't a yes or no, right?  I mean, because it's --
25  if you're talking about asbestos, there's asbestos

Page 80

1   all over the world, right.  And so everything
2   comes down to dose in any case, right.  So for me
3   to be concerned about it, you'd have to show me
4   that there's a sufficient dose that a person gets
5   in order to raise the risk of whatever it is that
6   you're talking about.
7   BY MS. PARFITT:
8      Q   Let me ask you this:  Assume Johnson &
9   Johnson's talcum powder products has asbestos in
10  it.  Are you with me?
11     A   I am, yeah.
12     Q   All right.  Would it be imprudent for
13  Johnson & Johnson to sell its talcum powder
14  products to consumers to use it in their
15  genital -- on their genital areas?
16         MS. BROWN:  I object to this line of
17  question, Counsel.  Are you divorcing your
18  hypothetical from the epidemiology he has reviewed
19  and is here to talk about?
20         MS. PARFITT:  He didn't answer the
21  question, Counsel.  Counsel, if he understands --
22  he understood the last question, it's the same.
23  Thank you.
24         MS. BROWN:  I object to the entire line
25  of questioning.

Page 81

1   BY MS. PARFITT:
2      Q   Please.
3      A   If we're talking about what exists in
4   the world right now, I -- I don't see any issue
5   with it.
6      Q   All right.  Do you know who
7   Dr. Nicholson is?
8      A   Which -- which Nicholson?
9      Q   Susan Nicholson.
10     A   I'm not sure.  Is she an expert in --
11     Q   She's not.  She's actually the -- and
12  I'll represent to you, the chief medical officer
13  for Johnson & Johnson.
14     A   Oh, I don't know her.
15     Q   Okay.  Let me represent to you that
16  Dr. Nicholson, who is a medical officer for
17  Johnson & Johnson, was deposed in this case, this
18  same case that we're in together, you and I.  Are
19  you aware of that?
20     A   Only because you said so.
21     Q   Okay.  And the deposition that was taken
22  of Dr. Nicholson was a deposition that was taken
23  wherein she -- we call it a 30(b)(6).  That means
24  she represents the voice of the company that she
25  works for.  Understand?

21 (Pages 78 to 81)

Gregory B. Diette, M.D.

Page 82

1      MS. BROWN: Objection to the form of the
2  question.
3      THE WITNESS: I understand what you
4  said. I don't know what I -- if I understand what
5  that means.
6      MS. PARFITT: Okay. All right. Let me
7  have marked as Exhibit -- I believe it's
8  Exhibit No. 6 that we're on.
9      (Diette Exhibit No. 6 was marked
10      for identification.)
11      MS. BROWN: And, Counsel, if you're
12  going to ask him questions about Dr. Nicholson's
13  deposition that he has not reviewed, we need to at
14  least have a full copy of the deposition here.
15  Thanks.
16      MS. PARFITT: I believe you have --
17      MS. BROWN: And you should take as long
18  as you need to review it to answer any questions
19  counsel might have.
20      MS. PARFITT: Okay. And, Counsel, I'll
21  get you that -- I don't have a copy --
22      MS. BROWN: We have -- I mean your
23  colleague just --
24      MS. PARFITT: We have just one. I'm
25  just saying we just have one. I don't have one

Page 83

1  for you.
2      MS. BROWN: As long as the doctor has
3  time to review it -- you know he hasn't seen this
4  before. If you're going to ask him questions
5  about it, he needs to read it.
6      MS. PARFITT: Just one.
7  BY MS. PARFITT:
8      Q  Dr. Nich- -- or Dr. Diette, let me
9  direct your attention to page 37.
10      A  Okay.
11      Q  And specifically line 2, and let me read
12  it. We'll put it up on the ELMO.
13      MS. BROWN: Counsel, while you're doing
14  that, I'm going to object to taking one page out
15  of Dr. Nicholson's deposition that the doctor has
16  not reviewed and asking questions out of context.
17  And if he needs to read the whole deposition to
18  answer your question, he will need to do that.
19      MS. PARFITT: Counsel, please not --
20  let's not coach.
21      MS. BROWN: And I'm objecting on the
22  record to the improper questioning with snippets
23  of somebody else's deposition.
24      MS. PARFITT: Okay.
25  BY MS. PARFITT:

Page 84

1      Q  Okay. At the top, if I may, it says --
2  line 2: "Well" -- and I'll represent to you that
3  I was one of the attorneys that took
4  Dr. Nicholson's deposition.
5      The question is: "Well, if your
6  products contain asbestos, would you agree with me
7  that that impacts the safety of the product?"
8      Answer: "Absolutely, yes."
9      Next question: "Would you agree that
10  Johnson & Johnson has a zero tolerance policy with
11  regard to having asbestos in their talcum powder
12  products?"
13      The answer: "Yeah, that is correct."
14      Next question: "In fact, as a
15  representative of the company, it's your position
16  that your Johnson & Johnson's talcum powder
17  products should not contain asbestos; is that
18  correct?"
19      "That's correct -- that is correct."
20      Next question: "And you would agree
21  with me that if your talcum powder products had
22  asbestos in them, it would place the consumers
23  that use your product in needless danger,
24  correct?"
25      "It could, yes."

Page 85

1      Next question on page 48 of that same
2  deposition --
3      MS. BROWN: Counsel, I'm sorry, but your
4  pages are not matching up to what we've been
5  handed. Can you just direct us -- and we're -- in
6  the snippet you gave us, I can't find this.
7      THE WITNESS: I don't have 48. Mine
8  goes to 41.
9      MS. BROWN: Yeah, mine says 37, 37, 37.
10      THE WITNESS: Maybe here in the whole
11  thing?
12      MR. HEASLIP: And mine is 46 through 53.
13      MS. PARFITT: Okay.
14      MS. BROWN: This is not what you're
15  reading, so it's impossible to follow.
16      Were you able to follow that, Doctor?
17      MS. PARFITT: We have it on the
18  overhead. I think --
19      MR. ROSEN: I go to -- I go to 41.
20      MS. BROWN: Yeah, well, he needs to have
21  it in front of him. We don't have a copy.
22      MS. PARFITT: Well, let's do this. I
23  have an overhead and an ELMO. So let's keep
24  going. Why don't you read the screen.
25      Do you need me to go back over those

22 (Pages 82 to 85)

Gregory B. Diette, M.D.

Page 86

```
 1    questions?
 2         MS. BROWN:  But, Counsel, that's not
 3    even a transcript.  What is that?
 4         MS. PARFITT:  It's --
 5         MS. MILLER:  How are you going to mark
 6    that as an exhibit?
 7         MS. PARFITT:  I'm going to put an
 8    exhibit sticker on it, and I'm going to put it in
 9    as representative pages from the Nicholson
10    deposition.
11         MS. BROWN:  Can he find it in the large
12    copy?
13         MR. ROSEN:  Would you mind passing
14    back Exhibit 6 that we handed --
15         THE WITNESS:  Oh.  This is all of your
16    36's.  That's a whole bundle of the same thing.
17         But I would like to get the 36-page
18    back --
19         MS. PARFITT:  Sure.
20         THE WITNESS:  -- if we're going to talk
21    about it.
22         MS. PARFITT:  Absolutely.  I want you to
23    have actually 37, and you need -- here we go.
24         MS. BROWN:  This is the complete set?
25         MS. PARFITT:  Yes, I'm assuming.
```

Page 87

```
 1         MS. BROWN:  You have that in front of
 2    you?
 3         THE WITNESS:  I do.
 4    BY MS. PARFITT:
 5       Q   And, Dr. Diette, if you have any trouble
 6    reading any of that -- or you can also look up on
 7    the ELMO that's being displayed.
 8         MS. BROWN:  Thank you.
 9         MS. PARFITT:  Okay.  Yeah, sorry.
10    BY MS. PARFITT:
11       Q   Again, page 48, line 14.
12         Do you have that there, Doctor, in front
13    of you?
14       A   I do.
15       Q   Okay.
16         "Q.  You would agree, Dr. Nicholson, if
17    Johnson & Johnson's Baby Powder indeed had
18    asbestos in it, it would be imprudent and not
19    reasonable for Johnson & Johnson to sell it to its
20    consumers?"
21         "A.  I would agree with that.
22         "Q.  Thank you.
23         "A.  I would not support Johnson &
24    Johnson selling a product that contained
25    asbestos."
```

Page 88

```
 1         Did I read all that correctly?
 2       A   You did.
 3       Q   All right.  Do you -- so you disagree
 4    with Dr. Nicholson; is that correct?
 5         MS. BROWN:  Objection to the form.
 6         MR. LOCKE:  Objection.
 7         MS. BROWN:  Misstates his testimony.
 8         THE WITNESS:  I don't -- I don't agree
 9    or disagree.  I mean, I -- I honestly don't know
10    who she is other than what you just said.  But --
11    but it sounds like she's articulating a policy for
12    the company, which I think is her right -- her
13    right to do that and to express those opinions.
14    BY MS. PARFITT:
15       Q   Okay.  All right.
16         Okay.  Now, counsel provided for us in
17    advance of this deposition a copy of your CV.  So
18    let me --
19         THE WITNESS:  Would it -- would it be a
20    good time just to refill coffee?  Is that okay?
21         MS. PARFITT:  Sure.  And I should have
22    said that.  Any time you need a break --
23         THE WITNESS:  No, I know.
24         MS. PARFITT:  -- you holler.
25         THE WITNESS:  Thank you.  I appreciate
```

Page 89

```
 1    that.
 2         MS. PARFITT:  You're very welcome.
 3         THE VIDEOGRAPHER:  The time is 10:07
 4    p.m.  We're going off the record.
 5         (Recess.)
 6         THE VIDEOGRAPHER:  The time is
 7    10:20 a.m., and we're back on the record.
 8    BY MS. PARFITT:
 9       Q   Dr. Diette, are you still --
10         THE VIDEOGRAPHER:  Microphone, Counsel.
11    BY MS. PARFITT:
12       Q   Are you good?
13       A   All set.  Thank you.
14       Q   All right.  Dr. Diette, if asbestos was
15    found to be in talcum powder products -- strike
16    that.
17         Would the presence of asbestos in talcum
18    powder products provide evidence to support the
19    hypothesis that talcum powder products -- strike
20    that.
21         Would the presence of asbestos in talcum
22    powder products provide biologically plausible
23    evidence to support the hypothesis that talcum
24    powder products can cause ovarian cancer?
25         MR. LOCKE:  Objection.
```

23 (Pages 86 to 89)

Gregory B. Diette, M.D.

Page 90

1    MS. BROWN:  Objection to the form of the
2  question.
3    THE WITNESS:  You would have to qualify
4  it, right, because I -- if you're talking about
5  like -- even like, you know, one fiber or
6  something would be quite different than if there's
7  a sufficient amount in order to -- to cause a
8  disease, right.  So it -- it always comes down to
9  dose in terms of what you're talking about.
10    So it's -- all by itself, I don't think
11  that that question is answerable.
12  BY MS. PARFITT:
13    Q   Can one fiber of asbestos alone cause
14  cancer?
15    MS. BROWN:  Objection to the form.
16    THE WITNESS:  It's -- it's so impossible
17  to think that it would, because we all have
18  asbestos in our lungs, and there's a background
19  amount of asbestos in the world that if one fiber
20  could do it, I think we would all have cancer.  So
21  I -- I think somebody could say that, but I don't
22  think it would be true.
23  BY MS. PARFITT:
24    Q   You certainly don't think it's true; is
25  that correct?

Page 91

1    A   Oh, for sure, yeah.
2    Q   Okay.  Let me mark at this time a
3  copy -- a copy of your curriculum vitae, and we'll
4  have it marked as exhibit -- Exhibit 7.
5    (Diette Exhibit No. 7 was marked
6      for identification.)
7  BY MS. PARFITT:
8    Q   Do you have that in front of you?
9    A   I do.
10    Q   Okay.  Who prepared that curriculum
11  vitae?
12    A   Well, not one person.  This is an
13  iterative exercise over time.  So it's -- I mean,
14  me in the sense, although not as the person, you
15  know, typing the words, but it's -- you know, it's
16  my -- my information on here.  And I've had
17  different administrative assistants who have --
18  who have helped to sort of shape it.
19    Q   Is it current?
20    A   No.
21    Q   It's not?
22    A   It's not.
23    Q   All right.  What additions or deletions
24  would you make to your curriculum vitae?
25    A   For the most part, I'd add a bunch of

Page 92

1  papers that have been either accepted or published
2  since then.  There's probably some talks and
3  things.  The -- the grant award section I'm sure
4  needs updating.
5    Q   Okay.  It looks, on the far right of
6  that CV, that it's got a June 2017 date; is that
7  correct?
8    A   It is.
9    Q   All right.  Has there been a curriculum
10  vitae prepared by you since June of 2017?
11    A   No.
12    Q   All right.  Where would I get these
13  additional articles and speeches?  Do you have
14  them in a -- contained in one particular place?
15    A   No.  Where -- where you could get the
16  articles would be on PubMed, and if you just did a
17  PubMed search with my name, you would find them
18  all.
19    For speeches, I don't actually have a
20  repository, so it's going to take me some work to
21  actually sort of populate that part of the CV.
22    Q   Are you -- do you have any intention of
23  updating your CV?
24    A   Yes.  Can I give you an extra sentence
25  or two?

Page 93

1    Q   Sure.
2    A   Okay.  So I sure want to.  The stakes
3  are low for me at this point.  This is our
4  Department of Medicine format CV, which we use for
5  promotion purposes, for the most part.  I've been
6  promoted to professor, which there's no other rank
7  to get promoted to.  And so it's not really that
8  urgent for me to -- to change that.
9    Then on top of that, my administrative
10  assistant went out on maternity leave, and then I
11  didn't want to swamp her with this when she came
12  back.
13    Q   That was nice.
14    A   And literally just last week, she took a
15  new job, a better job but in a different place.
16    So long answer, yeah, I want to, but
17  it's not going to happen really soon.
18    Q   Okay.  So your current academic
19  appointment at Johns Hopkins University, is that a
20  professor of medicine, is that correct, Division
21  of Pulmonary and Critical Care?
22    A   Yeah, and I think it's called Pulmonary,
23  Criteria Care and Sleep Medicine now.  We just --
24  we just changed the name recently.
25    Q   And sleep medicine?

24  (Pages 90 to 93)

Gregory B. Diette, M.D.

Page 94

1     A   And sleep, yeah.
2     Q   All right.  Are you still within the
3  Department of Epidemiology?
4     A   Yes.
5     Q   All right.  Are you still an associate
6  professor of medicine in epi and environmental
7  health?
8     A   No, that's a typo somewhere.  I don't
9  know where you saw that, but -- oh, probably in my
10  report.  But, no, I'm -- the professor label
11  carries across all the -- the different entities.
12     Q   So you're no longer an associate
13  professor.
14     A   Right.  Professor of whatever it is that
15  I'm a professor of.
16     Q   All right.  Your board certification is
17  in pulmonary and critical care?
18     A   It's in internal medicine and pulmonary
19  medicine.
20     Q   You're not a member of the American
21  College of Epidemiology, correct?
22     A   No.
23     Q   Your undergraduate degree was in
24  English?
25     A   English and economics.

Page 95

1     Q   Okay.  And then post-medical school, you
2  received a MHS in public health; is that correct?
3     A   Well, it was in epidemiology.
4     Q   Okay.
5     A   I only just say that because there is a
6  degree in public health, and that's not what mine
7  was called.
8     Q   Okay.  Let me show you what we'll have
9  marked as the Johns Hopkins Medicine website as --
10     MS. PARFITT:  What exhibit?
11     MS. BROWN:  8.
12  BY MS. PARFITT:
13     Q   -- Exhibit 8?
14     (Diette Exhibit No. 8 was marked
15     for identification.)
16  BY MS. PARFITT:
17     Q   All right.  Do you have that in front of
18  you?
19     A   I do.
20     Q   All right.  Now, this is for the Johns
21  Hopkins Medical School; is that correct, or
22  medical center?
23     A   So I don't know.  You know, the top says
24  "Johns Hopkins Medicine," which is a broader label
25  that includes the medical school and probably the

Page 96

1  hospital as well.
2     Q   All right.  So if someone were going on
3  the website to look at the hospital, the medical
4  school, medical center, this is what they would
5  see.  And look over to the far right, and it has
6  "Expertise."  Do you see that?
7     A   I do.
8     Q   All right.  Is -- it reads:  "Expertise:
9  Asthma, chronic obstructive pulmonary disease
10  (COPD), pulmonary" -- excuse me -- "pulmonary
11  disease, and critical care medicine, pulmonary
12  medicine."
13     Is that correct?
14     A   It is correct.
15     Q   All right.  Is there anything you want
16  to add with regard to your expertise?
17     MS. BROWN:  Objection to the form of the
18  question.
19     THE WITNESS:  So I honestly don't know
20  what this is.  I mean, I don't doubt that it comes
21  from Hopkins, but it's not something I look at.
22  BY MS. PARFITT:
23     Q   Okay.
24     A   If you -- well, no, just one second.
25  Because if you look at the bottom, it says

Page 97

1  "Request an appointment."  So this looks like some
2  kind of place that somebody could go and find a
3  call-in number to get an appointment for -- for a
4  doctor.
5     Q   Okay.
6     A   So I think it's -- I don't know.  I
7  could add all kinds of things, but I don't -- I
8  don't know what the format is for this.  Like I
9  don't know if there is a word limit.
10     Q   Sorry.
11     A   I don't know -- I don't know what the
12  purpose of this is.
13     Q   All right.  The second line says:
14  "Research interests," and it states:
15  "Environmental impacts on lung disease,
16  epidemiology of airway disease and chronic
17  obstructive pulmonary disease, asthma."
18     Did I read that correctly?
19     A   You did.
20     Q   Does that accurately reflect your
21  current research interests?
22     MS. BROWN:  Objection.  Form.
23     THE WITNESS:  Well, it's some, but it's
24  so incomplete.  You know, it's obviously just a
25  couple of snippets that somebody chose to put on

25  (Pages 94 to 97)

Gregory B. Diette, M.D.

Page 98

1  this -- on this page.
2  BY MS. PARFITT:
3      Q   Okay.  Well, I will represent to you
4  that if one chose to go on the Johns Hopkins
5  Medicine website, this is how they hold you out to
6  the -- to the world, so to speak.
7          MS. BROWN:  Objection to the speech.  Is
8  there a question?
9          THE WITNESS:  So --
10         MS. PARFITT:  Counsel --
11         MS. BROWN:  There's no question.
12         MS. PARFITT:  -- please.
13         MS. BROWN:  Is there a question?
14         MS. PARFITT:  Yes.
15         MS. BROWN:  What is it?
16 BY MS. PARFITT:
17     Q   Is this how -- is this information
18 correct, Dr. Diette?
19     A   Oh, the information is correct.
20     Q   Okay.
21     A   It's very incomplete.
22     Q   Okay.  Let me show you now what we'll
23 have marked as Exhibit 9.
24         (Diette Exhibit No. 9 was marked
25         for identification.)

Page 99

1          THE WITNESS:  Can I just -- just
2  clarify?
3  BY MS. PARFITT:
4      Q   There's no question pending right now.
5      A   I want to clarify my last --
6          MS. BROWN:  But if you want --
7  BY MS. PARFITT:
8      Q   Your counsel will have a chance to -- to
9  talk with you.
10         MS. BROWN:  Whoa, Counsel.  Are you
11 going to take the position on the record that the
12 witness can't clarify any --
13         MS. PARFITT:  No, I'm not doing that
14 all.
15         MS. BROWN:  Well, that was his request,
16 and he wanted to --
17 BY MS. PARFITT:
18     Q   What do you need to do, Doctor?  I'm
19 sorry.
20     A   Oh, well, I just -- because we were
21 talking about this front page, and I didn't
22 realize there were other pages here.  This still
23 isn't complete, but there's a whole lot here more
24 about me than just what was on that front page.  I
25 just wanted to point to all that.  I haven't read

Page 100

1  it to see if it's accurate or not, but there's --
2  there's certainly more about me than just those
3  couple of --
4      Q   Okay.  Well, you know, that's a good
5  point, and I missed that.  So thank you for
6  bringing that to our attention.
7          Let's look at that sec- -- second page
8  of the website for Johns Hopkins Medical Center.
9          MR. TISI:  Counsel, that is Exhibit 8.
10         MS. PARFITT:  And it is Exhibit 8.
11 Thank you.
12         Okay.  Let's put that up there.
13 BY MS. PARFITT:
14     Q   And there's a category that says
15 "Background"; is that correct?
16     A   It is.
17     Q   All right.  Now, it states:
18 "Dr. Gregory Diette is a professor of medicine at
19 the Johns Hopkins University School of Medicine.
20 He holds a joint appointment in the Department of
21 Epidemiology in the Johns Hopkins Bloomberg School
22 of Public Health."  Hashtag, "His areas of
23 clinical expertise include asthma and obstructive
24 lung disease."
25         Did I read that correctly?

Page 101

1      A   You did.
2      Q   Okay.  Is that correct?
3      A   That -- that it includes those two
4  diseases?
5      Q   Yes.
6      A   It does include that.
7      Q   Okay.  And the third paragraph reads:
8  "His research interests include environmental
9  impacts on lung disease, epidemiology of airway
10 disease, and chronic obstructive pulmonary
11 disease."
12         Did I read that correctly?
13     A   You did.
14     Q   All right.  And does that reflect some
15 of your research interests?
16     A   It does.
17     Q   All right.  Now, let's move over -- and
18 thank you for correcting me on that.
19         Now, I will represent to you that
20 Exhibit 9 is from the website from the Bloomberg
21 School of Public Health.
22         Do you have that in front of you?
23     A   I do.
24     Q   All right.  Now, if one was to go onto
25 the website for the Bloomberg School of Public

Gregory B. Diette, M.D.

Page 102

1    Health, this is the type of information they would
2    receive, Dr. Diette.
3           Look down at the "Overview." Do you see
4    that?
5       A   I do.
6       Q   Okay. It says --
7           MS. PARFITT: Let's get that up on the
8    ELMO.
9    BY MS. PARFITT:
10      Q   All right. Do you see under "Overview,"
11   it says: "My research focuses on identifying
12   factors that cause or provoke asthma. We have
13   been interested especially in air pollutants,"
14   parens, "particulate matter, NO2, secondhand
15   smoke," close parens, "and allergens," parens,
16   "including mouse," close parens, "that are
17   especially problematic in inner city homes. We
18   are studying the effects of these pollutants and
19   allergens on inflammation and oxidative stress.
20   More recently, we have begun examining how dietary
21   patterns, especially a Western diet style -- a
22   Western-style diet, may increase susceptibility to
23   inhalable pollutants and allergens."
24          Did I read that correctly?
25      A   You did.

Page 103

1       Q   Okay. And then again, under your
2    "Research Interests, it states: "Epidemiology of
3    lung diseases, asthma, COPD" --
4           And what's COPD?
5       A   Chronic obstructive pulmonary disease.
6       Q   -- "outcomes, environmental," and then
7    it says, "Particulate matter, allergens and health
8    disparities."
9           Did I read that correctly?
10      A   You did.
11      Q   All right. Does that represent some of
12   your research interests?
13      A   It does represent some.
14      Q   Okay. You are a clinician?
15      A   True.
16      Q   All right. What is the profile of the
17   types of patients that you see in your practice?
18          MS. BROWN: Form.
19          THE WITNESS: You want me to just take a
20   stab at it? Because I'm not sure -- is profile --
21          MS. BROWN: If you don't understand the
22   question, I'm sure counsel will clarify it.
23          MS. PARFITT: I will, sure.
24   BY MS. PARFITT:
25      Q   What is the nature of the diseases that

Page 104

1    patients who come to you are experiencing?
2           MS. BROWN: Objection to the form.
3           THE WITNESS: And I'll do my best, and
4    then if it's not what you're looking for, please
5    just ask me to clarify.
6           I -- I see probably, you know, almost
7    every single kind of medical problem there is
8    because I -- I attend in so many different
9    locations within the Hopkins system. So meaning
10   that I do work in the intensive care unit where
11   it's every kind of medical problem you could
12   imagine, it just happens to be the sickest of the
13   sick. So it could be any -- any organ system, or
14   not even an organ system, but all sorts of
15   illnesses.
16          In the pulmonary clinic, I see -- I
17   certainly see people with asthma and COPD, but I
18   see pretty much any kind of pulmonary disease and
19   get referrals for things that aren't pulmonary
20   diseases. They -- they may be somebody who's got
21   a -- a symptom that turns out not to be a
22   pulmonary disease.
23          In the oncology center, when I attend
24   there, I see every kind of cancer patient that at
25   least that Hopkins sees.

Page 105

1           And then I'm also lucky enough to attend
2    on the general internal medicine service, and so
3    there it's really everything, it's all comers.
4    And so it ranges from basically head-to-toe kind
5    of medicine.
6    BY MS. PARFITT:
7       Q   Okay. Now, if I arrived at -- for in --
8    I guess you said the intensive care clinic, and I
9    had a gynecological problem, would I see you?
10          MS. BROWN: Objection to the form.
11          THE WITNESS: So there's no intensive
12   care clinic, just to be clear. Like a clinic is
13   an outpatient setting. So our intensive care unit
14   is an inpatient setting for critically ill people.
15   BY MS. PARFITT:
16      Q   Okay.
17      A   So you might or might not end up seeing
18   me, because if we're -- the way that the program
19   works is that -- so, for example, if somebody is
20   pregnant, just giving an example, if it's an early
21   pregnancy, then those patients would end up in our
22   medical ICU. If it's a later pregnancy, then they
23   would go to the -- the obstetrics unit to their --
24   their own particular unit. And then you might see
25   me if I was consulted into that unit, whether or

27 (Pages 102 to 105)

Gregory B. Diette, M.D.

Page 106

1    not you were in our -- our unit or not.
2        Q    So if I came in with a gynecological
3    problem, they might call you -- you, who are a
4    pulmonologist, they might call you in to consult
5    with me?
6            MS. BROWN:  Objection to the form of the
7    question and the tone.
8            THE WITNESS:  Well, I am picking up the
9    tone, which I -- which I think -- I mean, I know
10   you're trying to make a point here.  And the
11   question as you asked it is -- the answer is, of
12   course.  But I think what you're trying to get at
13   is would they have asked me to come deal with
14   their pregnancy, for example, and I wouldn't be
15   the person dealing with their pregnancy.  I would
16   be dealing with something else.
17   BY MS. PARFITT:
18       Q    Okay.  All right.  Is it fair to say
19   that your practice primarily deals with
20   individuals who have pulmonary and lung disease
21   conditions?
22           MS. BROWN:  Objection.
23           THE WITNESS:  I think if you dial back
24   and listen to what I said for those other answers,
25   you would be pretty clear that it isn't just that.

Page 107

1    BY MS. PARFITT:
2        Q    Okay.  Well, I would include asthma in
3    that as well.
4            MS. BROWN:  Same objection.
5            THE WITNESS:  Well, include it, but I
6    mean -- but, you know, when I'm on the general
7    internal medicine service, I'm not seeing mostly
8    asthma.  I might be seeing somebody with diabetes
9    or a heart attack or pelvic inflammatory disease,
10   you know, to name a GYN problem.  I mean it's the
11   whole gamut from head to toe.
12   BY MS. PARFITT:
13       Q    Is it fair to say your research in
14   public health focuses on factors that cause and
15   provoke asthma?
16           MS. BROWN:  Objection to the form of the
17   question.
18           THE WITNESS:  It's a focus.
19   BY MS. PARFITT:
20       Q    Is it fair to say that you have a
21   particular interest in air pollutants, and that
22   includes secondhand smoke and mouse allergens?
23       A    I agree with most of what you said, but
24   not literally the way you said it, because I don't
25   think mouse allergen's a pollutant.  So I'm

Page 108

1    certainly interested in pollutants.
2        Q    Okay.  And more recently, you've
3    expressed a research interest in dietary patterns
4    particularly, and especially a Western diet and
5    how that might increase susceptibility to
6    inhalable pollutants; is that correct?
7        A    True.
8            MS. BROWN:  Form.
9    BY MS. PARFITT:
10       Q    Are you -- have you published recently
11   on that?
12       A    I'm sure there's stuff that's come out.
13       Q    Well, I only have your CV from 2017, so
14   I'll represent that I'm not seeing something on
15   that CV.
16           Is there something you've done recently?
17       A    Yeah, it's a couple of years ago.
18       Q    Okay.
19       A    I mean the best way to find stuff would
20   be on PubMed.
21       Q    All right.  You've been retained to
22   serve as an expert for Johnson & Johnson, correct?
23           MS. BROWN:  Form.
24           THE WITNESS:  That's correct.
25   BY MS. PARFITT:

Page 109

1        Q    Okay.  Do you know what the -- do you
2    have an understanding of what the allegations are
3    against Johnson & Johnson?
4            MS. BROWN:  Objection to the form.
5            THE WITNESS:  Which -- which ones?
6    BY MS. PARFITT:
7        Q    Do you know why you're -- Johnson &
8    Johnson is being sued?
9            MS. BROWN:  Objection.
10           Counsel, are you asking a legal
11   question?
12           MS. PARFITT:  No.
13   BY MS. PARFITT:
14       Q    Do you have any understanding of the
15   allegations or the nature of the lawsuit against
16   Johnson & Johnson, the company that's retained you
17   to provide expert legal testimony?
18           MS. BROWN:  Same objection.
19           THE WITNESS:  I think, generally
20   speaking, what I understand is that there's an
21   allegation that talcum powder causes ovarian
22   cancer.
23   BY MS. PARFITT:
24       Q    Okay.  Do you have an understanding of
25   the allegations against Imerys?

28 (Pages 106 to 109)

Gregory B. Diette, M.D.

```
 1              MS. BROWN:  Objection.
 2              THE WITNESS:  I don't have any separate
 3   understanding.
 4   BY MS. PARFITT:
 5        Q    Okay.  Do you know who Imerys are -- is
 6   or are?
 7        A    I'm aware that it's a supply company of
 8   some sort, but I don't know much more about them.
 9        Q    All right.  And do you have an
10   understanding of the allegations against the
11   Personal Care Products Corporation --
12              MS. BROWN:  Objection.
13   BY MS. PARFITT:
14        Q    -- otherwise known as the PCPC?
15              MS. BROWN:  Objection.  Calls for
16   speculation.
17              THE WITNESS:  I don't --
18              MR. LOCKE:  Objection.
19   BY MS. PARFITT:
20        Q    You don't.
21        A    I don't know who that is.
22        Q    All right.  Have you ever seen a
23   complaint in this case?
24              MS. BROWN:  Objection.
25   BY MS. PARFITT:
```

```
 1        Q    And when I say "this case," I'm talking
 2   about this case of talcum powder products and
 3   ovarian cancer, be it in an MDL context or a state
 4   context.
 5              MS. BROWN:  Same objection.
 6              MS. MILLER:  With any complaint, any
 7   talcum --
 8              MS. PARFITT:  Any -- yeah, has he ever
 9   seen a complaint in any talcum powder product and
10   ovarian cancer case.
11              MS. BROWN:  Objection to the form.
12              THE WITNESS:  I'm sure I must have.
13   BY MS. PARFITT:
14        Q    You're sure you must have.
15              Is it in the materials that you have
16   reviewed for purposes of your -- your deposition
17   today or for purposes of the report you prepared?
18        A    No.
19              MS. BROWN:  Objection.
20   BY MS. PARFITT:
21        Q    Okay.  If you have seen it, what have
22   you done with it?
23              MS. BROWN:  Objection.  Vague.
24              THE WITNESS:  Well, the same thing I do
25   with any complaint, which is just to try to read
```

```
 1   through it quickly and just get a sense of what
 2   the case is about.
 3   BY MS. PARFITT:
 4        Q    And then what do you do with it?
 5              MS. BROWN:  Form.
 6   BY MS. PARFITT:
 7        Q    Do you keep it?
 8        A    Oh, not forever.  I mean if the case is
 9   over, then I destroy it with all the other
10   materials.
11        Q    Well, this case is far from over.
12   Have -- do you still have --
13              MS. BROWN:  Counsel, just ask the
14   question.
15   BY MS. PARFITT:
16        Q    -- a copy of the complaint?
17              MS. MILLER:  You asked about a state
18   court case.
19              MS. PARFITT:  No.  I said was there --
20   hey -- again, hey, ladies, I'm sorry, I think the
21   two of you are going to have to agree who is going
22   to com-- who's going to complain -- who's going
23   to object.  One of you can object.
24              MS. BROWN:  Well, if you're going to
25   complain, I'm going to object.
```

```
 1              MS. PARFITT:  Okay.
 2              MS. BROWN:  Please just ask the
 3   question.  No speeches.
 4              MS. PARFITT:  Then, please, and I --
 5   listen, I think that we're getting at a crossroads
 6   here.  One person gets to object.  And let me
 7   remind you what the CMO says, because I know you
 8   know that --
 9              MS. BROWN:  Counsel --
10              MS. PARFITT:  And I'm not admonishing.
11   Let me finish, Counsel --
12              MS. BROWN:  Don't yell at me.
13              MS. PARFITT:  -- and then you can speak.
14              MS. BROWN:  You're raising your tone at
15   me.
16              MS. PARFITT:  Well, the camera will --
17   oh, please, don't be so condescending.
18              MS. BROWN:  Sure, it's going to reflect
19   that you're raising your tone.
20              MS. PARFITT:  I hope -- I hope that the
21   Judge sees this because we're probably --
22              MS. BROWN:  We are well aware of the
23   CMO.
24              MS. PARFITT:  -- going to have to call
25   him soon.
```

Gregory B. Diette, M.D.

| Page 114 | Page 116 |
|---|---|

**Page 114**

1        MS. BROWN:  We are complying with it.
2   We're happy to call the Judge.
3        MS. PARFITT:  So the CMO says that you
4   get to say, "Objection.  Form."  That's what you
5   get to say.
6        You have a wonderful opportunity at the
7   end of this deposition to ask him as many
8   questions as you like, but for right now, my time,
9   my deposition.  It's, "Objection.  Form."  And I
10  really would appreciate that courtesy.  I will
11  give it to you, but I would appreciate getting it
12  back.  So --
13       MS. BROWN:  And to be clear --
14       MS. PARFITT:  No, Counsel, no more
15  speeches.  No more speeches.
16       MS. BROWN:  You just made a speech, and
17  I'm going to respond --
18       MS. PARFITT:  No more speeches, Counsel.
19  My deposition.
20       MS. BROWN:  No, Counsel.
21       MS. PARFITT:  Not your deposition.
22  BY MS. PARFITT:
23       Q   Next question I have --
24       MS. PARFITT:  No more questions,
25  Counsel.  You want me to depose you?

**Page 115**

1        MS. BROWN:  Counsel, no.  You are
2   raising your tone.
3        MS. PARFITT:  Counsel --
4        MS. BROWN:  You are yelling at me.
5        MS. PARFITT:  -- you know what, I was
6   told a little bit earlier nobody could hear me.
7   So I have lifted my voice, and now I'm using my
8   stage voice.  So now everyone can hear me, and now
9   I'm speaking too loud to you.
10       So I'm going to try -- you know, you
11  can't have it both ways.  One speaker, one
12  objectioner.  Next question.
13       MS. BROWN:  The record will reflect that
14  you are making incessant speeches.  Please --
15  BY MS. PARFITT:
16       Q   Are you an oncologist, Dr. Diette?
17       A   I am not an oncologist.
18       Q   Are you a radiation oncologist?
19       A   No.
20       Q   Are you a gynecologist?
21       A   No.
22       Q   Okay.  Have you ever provided
23  gynecological care or treatment for a woman who
24  has been diagnosed with ovarian cancer?
25       MS. BROWN:  Objection.  Form.

**Page 116**

1        THE WITNESS:  Can you say it again?
2   BY MS. PARFITT:
3        Q   Sure.
4        A   Yeah.
5        Q   Have you ever been provided
6   gynecological care or treatment for a woman who
7   has been diagnosed with ovarian cancer?
8        A   So there's just a couple of things
9   there, and I think maybe I heard it wrong.
10       Did you say been provided care?
11       Q   Have you ever provided --
12       A   Provided.  Okay.  I'm sorry.  I thought
13  you said "been provided."
14       Q   No, no, no, no.
15       MS. MILLER:  You did say that.
16       THE WITNESS:  I thought it sounded like
17  did I get care.  I was like --
18       MS. MILLER:  You did --
19  BY MS. PARFITT:
20       Q   No, I -- I don't think you did.
21       A   Yeah, right.
22       Q   I know, that would have been a very
23  awkward question, wouldn't it?
24       Have you ever provided gynecological
25  care or treatment for a woman who has been

**Page 117**

1   diagnosed with ovarian cancer?
2        A   Sure.  And I think it goes back to some
3   of the things I said before where I see people in
4   the hospital who have ovarian cancer, and through
5   my training, you know, for medical school and
6   residency, that was part of our training also,
7   which was to rotate on services where people
8   had every -- every imaginable illness.
9        Q   Okay.  Well, your residency was how long
10  ago?
11       MS. BROWN:  Objection.
12       THE WITNESS:  My residency was 1990 to
13  1993.
14  BY MS. PARFITT:
15       Q   Okay.  So I'm not talking about what you
16  did in 1993, back in that period of time.
17       What I'm talking about is whether or not
18  you have actually provided gynecological care to a
19  woman who presented to you with ovarian cancer?
20       MS. BROWN:  Objection to the form.
21  Asked and answered five times.
22       You can answer, Dr. Diette.
23  BY MS. PARFITT:
24       Q   And by that, primary care.  Not in a
25  consulting role but primary care.

Gregory B. Diette, M.D.

Page 118

1      MS. BROWN: Same objection.
2      THE WITNESS: I think I know your
3 question, but could you be specific like --
4 BY MS. PARFITT:
5      Q   Sure.
6      A   -- like just an example, and then I'll
7 know that we're talking about the same thing.
8      Q   Okay. Have you ever provided primary
9 care, gynecological care or treatment for a woman
10 who has been diagnosed with ovarian cancer?
11     A   So --
12     MR. LOCKE: Objection.
13     THE WITNESS: -- I'm not trying to
14 criticize the question, but primary care sounds
15 like something that a -- like a family
16 practitioner or an internist would do. I think
17 you mean something else, so --
18 BY MS. PARFITT:
19     Q   I do. Okay. What I'm talking about is
20 if I called up Johns Hopkins and said, I have been
21 diagnosed with ovarian cancer, I need to see a
22 physician, would I be referred to the pulmonology
23 department, your department, or would I be
24 referred to a different department?
25     MS. BROWN: Objection to the form.

Page 119

1      THE WITNESS: Different department,
2 assuming it's literally for the care of the
3 ovarian cancer.
4 BY MS. PARFITT:
5      Q   Okay. Fair. Thank you.
6      Have you ever researched the life
7 expectancy of a woman who has ovarian cancer?
8      A   No.
9      MS. BROWN: Objection to the form.
10 BY MS. PARFITT:
11     Q   Are you a pathologist?
12     A   I am not.
13     Q   All right. And are you a radiologist?
14     A   I am not.
15     Q   Okay. Are you a mineralogist?
16     A   No.
17     Q   Are you a toxicologist?
18     A   No.
19     Q   Are you a pharmacologist?
20     A   No.
21     Q   Okay. Are you a regulatory expert?
22     A   I don't know what that means, but I
23 don't -- I don't use those words to describe
24 myself.
25     Q   Okay. Are you a certified industrial

Page 120

1 hygienist?
2      A   No.
3      Q   Okay. Are you what's referred to as a
4 mineralogist or a mineral scientist specialist?
5      A   Neither one.
6      Q   Are you a geologist?
7      A   No.
8      Q   Okay. Is it fair to say that you do not
9 hold yourself out in the scientific and medical
10 community as an expert with regard to testing
11 standards of particulate matter, toxins or
12 carcinogens?
13     A   I think that sounds right.
14     Q   And that would include testing of
15 minerals -- or, excuse me, that would include
16 testing of asbestos?
17     MS. BROWN: Objection to the form.
18     THE WITNESS: Correct.
19 BY MS. PARFITT:
20     Q   And that would include testing of talcum
21 powder products?
22     A   That I -- I don't do that, is that
23 right?
24     Q   Right.
25     A   Yeah, that's correct.

Page 121

1      Q   All right. Let's talk a little bit
2 about your publications and your research.
3      Let me direct your attention to -- I
4 believe this is Appendix C of your CV, which I
5 believe is Exhibit 7.
6      Do you have that in front of you?
7      A   I do.
8      Q   Okay. I understand, now that I have a
9 CV that's dated June of 2017, and the CV I have,
10 it says that you've published approximately 167
11 publications in peer-reviewed literature.
12     Is that correct or incorrect?
13     A   It was probably true as of June 2017.
14     Q   All right. So sitting here today in
15 April of 2019, approximately how many publications
16 in peer-reviewed journals have you published?
17     A   I think if you look on PubMed, you will
18 see more than 200.
19     Q   Okay. Is it fair to say that you've
20 published no papers or studies in the peer-
21 reviewed literature about asbestos or asbestos-
22 related diseases?
23     A   Correct.
24     Well, can you ask that as two different
25 questions?

31 (Pages 118 to 121)

Gregory B. Diette, M.D.

Page 122

1    Q   Sure.
2    A   I can help you just clarify what I --
3  what I'm trying to answer.
4    Q   Please.
5    A   So nothing about asbestos, but if you --
6  if you consider asbestos-related diseases to
7  include lung cancer, for example, that there are
8  publications that bear on lung cancer, and there's
9  at least one article, maybe more, on interstitial
10 lung diseases, and asbestosis would be an
11 interstitial lung disease.
12   Q   Okay.  Can you tell me what those
13 articles are?
14   A   Let's see.  Would the -- how do you want
15 me to do it, like the number?
16   Q   If you give me the number, that would be
17 fine.
18   A   Yeah.  So number 5 has to do with lung
19 cancer.
20   Q   Now, does that have to do with lung
21 cancer and asbestos exposure?
22   A   No, not specifically.
23   Q   All right.  So that has -- that is not
24 lung cancer and asbestos.
25       All right.  Is there another one?

Page 123

1    A   Yeah, so if you look at number 6, this
2  is, you know, a study about evaluating lung masses
3  and large lymph nodes.
4    Q   Yes.
5    A   So that would include, you know, lung
6  cancer in that as well.
7    Q   Does that include asbestos and lung
8  cancer?
9    A   Not specifically.
10   Q   All right.  Any others?
11   A   I would say any of the ones where you
12 see the word "bronchoscopy," it has something to
13 do with lung cancer for the most part, though not
14 literally lung cancer and asbestos.
15       So, for example, like 21, number 2,
16 number 3, you know, all sort of have some bearing
17 on at least the -- you know, the care or
18 management of people with suspected lung cancer or
19 who actually have lung cancer.
20   Q   Dr. Diette, my question is very specific
21 to publications in the peer-reviewed journal that
22 deal with the topic of asbestos or asbestos-
23 related diseases like lung cancer where the word
24 "asbestos" appears in your publication.
25       MS. BROWN:  Objection to the form.

Page 124

1        THE WITNESS:  So that's a different
2  question.  So the answer to that is no.
3  BY MS. PARFITT:
4    Q   All right.  Have you published any
5  papers in the peer-reviewed literature on
6  mesothelioma?
7    A   No.
8    Q   All right.  So nowhere in the 200
9  publications that you have prepared would I see
10 the word "mesothelioma"?
11   A   I can't promise that you won't see that
12 word in some paper, but there's not a paper whose
13 primary topic is about mesothelioma.
14   Q   All right.  Very good.
15       Having reviewed your 200 or so
16 publications, is it fair to say that there are no
17 peer-reviewed publications regarding the subject
18 matter of ovarian cancer?
19   A   That's correct.
20   Q   Is it fair to say that none of your
21 peer-reviewed papers address a diagnosis of
22 ovarian cancer?
23       MS. BROWN:  Objection.  Form.  I don't
24 understand that.
25       THE WITNESS:  Well, I think -- I think

Page 125

1  the answer to the one before encompasses, you
2  know, something else with the word "ovarian
3  cancer" in the question.
4  BY MS. PARFITT:
5    Q   Okay.  All right.  Have you published
6  any peer-reviewed publications that talk about the
7  causes of ovarian cancer?
8        MS. BROWN:  Objection.
9        THE WITNESS:  No.
10 BY MS. PARFITT:
11   Q   Have you published any peer-reviewed
12 papers that talk about risk factors for ovarian
13 cancer?
14       MS. BROWN:  Same objection.
15       THE WITNESS:  No.
16 BY MS. PARFITT:
17   Q   Have you published any publications in
18 the peer-reviewed journal on risk factors for
19 mesothelioma?
20   A   No.
21   Q   What causes mesothelioma?
22   A   A few things.  You know, asbestos in
23 sufficient dose can do it.  Radiation can do it.
24 There's some other minerals that aren't asbestos
25 that are suspected to do it.  It can arise on its

32 (Pages 122 to 125)

Gregory B. Diette, M.D.

Page 126

1    own spontaneously.  And, you know, there's
2    thoughts of, at least in the peritoneum, about
3    certain kinds of chronic inflammation that may
4    lead to that as well.
5        Q   Okay.  Can asbestos cause lung cancer?
6        A   Yes.  In a sufficient dose.
7        Q   Okay.  Is it fair to say that you have
8    not published in the peer-reviewed literature any
9    studies on talcum powder products as a causative
10   factor for ovarian cancer?
11       A   That is correct.
12       Q   Is it fair to say that you have not
13   published in the peer-reviewed journal any studies
14   with regard to talcum powder products as a risk
15   factor for ovarian cancer?
16       A   That's correct.
17       Q   Is it fair to say to say that there are
18   no publications in your peer-reviewed literature
19   on the subject of talcum -- of talc as a source of
20   asbestos fibers?
21           MS. BROWN:  Objection.  Counsel, I think
22   you just misspoke.  Do you mean on his CV?
23           MS. PARFITT:  I'm sorry?  I did.
24   BY MS. PARFITT:
25       Q   Is it fair to say --

Page 127

1            MS. PARFITT:  Thank you.
2    BY MS. PARFITT:
3        Q   Is it fair to say that there are no
4    peer-reviewed publications in your CV that discuss
5    the subject as -- of talc as a source of asbestos
6    fibers?
7        A   Correct.
8        Q   Is it fair to say there are no
9    publications in a peer-reviewed journal contained
10   in your curriculum vitae regarding the association
11   or relationship between talcum powder products and
12   ovarian cancer?
13           MS. BROWN:  Objection to the form of the
14   question.
15           THE WITNESS:  Correct.
16   BY MS. PARFITT:
17       Q   Are there any publications in --
18   peer-reviewed publications on your curriculum
19   vitae regarding the association or relationship
20   between asbestos and ovarian cancer?
21           MS. BROWN:  Objection.  Asked and
22   answered.
23           THE WITNESS:  You said are there any --
24   BY MS. PARFITT:
25       Q   Asbestos.

Page 128

1        A   Right, are there -- no.
2        Q   Okay.  I noted in your CV or in some of
3    the readings that you are currently involved in
4    some clinical trials.
5            Did I -- did I get that correct?
6        A   I have been involved in trials.
7        Q   Something recent?
8        A   Oh, all the time.
9        Q   Okay.  Are you currently involved in any
10   clinical trial --
11       A   Yeah.
12       Q   -- trials?
13           Okay.  Do any of them deal with the
14   subject of asbestos?
15       A   No.
16       Q   Do any of your trials or research deal
17   with the subject of talcum powder products?
18       A   No.
19       Q   All right.  Do you currently have
20   ongoing any research work in the area of asbestos?
21           MS. BROWN:  Objection to the form.
22           THE WITNESS:  No.
23   BY MS. PARFITT:
24       Q   Do you currently have ongoing in any of
25   your research work on the topic of mesothelioma?

Page 129

1        A   No.
2        Q   Do you currently have any research work
3    ongoing on the topic of talcum powder products?
4        A   No.
5        Q   Do you currently have any research in
6    the works with regard to work on -- work on
7    ovarian cancer?
8        A   No.
9            MS. BROWN:  Objection to the form.
10   BY MS. PARFITT:
11       Q   Okay.  Would it be fair to say that the
12   only report that you have prepared on the topic of
13   talcum powder products and ovarian cancer would be
14   your litigation report --
15           MS. BROWN:  Object --
16   BY MS. PARFITT:
17       Q   -- in the multidistrict litigation?
18           MS. BROWN:  Objection to the form,
19   misstates his testimony.
20           THE WITNESS:  I doubt it's the only
21   report.  But I certainly did prepare a report for
22   this.
23   BY MS. PARFITT:
24       Q   Okay.  How many reports have you
25   prepared on the issue of talcum powder products

33 (Pages 126 to 129)

Gregory B. Diette, M.D.

Page 130

1  and ovarian cancer?
2       MS. BROWN:  Objection to the form.
3  Litigation?
4       MS. PARFITT:  Litigation reports.
5       THE WITNESS:  Like less than ten, and --
6  and I may be getting the terminology wrong.  I
7  think there's like a couple of affidavits that I
8  think to me are like a report.  So I don't know --
9  BY MS. PARFITT:
10      Q   That's a good clarification.
11      MS. BROWN:  Well, let him finish.  Let
12  him finish.
13  BY MS. PARFITT:
14      Q   I was trying to clarify for you, Doctor.
15      MS. BROWN:  Right, but just let him
16  finish and then you can clarify.
17      MS. PARFITT:  Counsel, I will.  Please.
18      THE WITNESS:  But -- but that's what I
19  meant, so there's -- there's other things that
20  I've sort of written in the litigation work that
21  are other than just this report that we're looking
22  at here today.
23  BY MS. PARFITT:
24      Q   Okay.  So your understanding of what you
25  have prepared in written form on talcum powder

Page 131

1  products and ovarian cancer would be, one,
2  affidavits.  Correct?
3      A   Correct.
4      Q   And two, a legal expert report or more?
5      MS. BROWN:  Form.
6      THE WITNESS:  Correct.
7  BY MS. PARFITT:
8      Q   Okay.  Do you know whether or not you
9  have prepared any legal expert reports like the
10  one you prepared here in the MDL?
11      MS. BROWN:  Objection to the form.
12      THE WITNESS:  Well, on any topic?
13  BY MS. PARFITT:
14      Q   Affidavits -- no, on ovarian cancer and
15  talcum powder products.
16      A   I don't think I --
17      MS. BROWN:  I object.
18      THE WITNESS:  I'm sorry.
19      Yeah, I don't know if I've completed
20  another -- another report, although I'm just
21  trying to think if there was like -- like a case-
22  specific report that might have had something in
23  it.  I mean not a report like this one, meaning
24  where -- where the whole topic is just about
25  the -- the epidemiology and so forth.

Page 132

1  BY MS. PARFITT:
2      Q   Okay.  So the record is clear and I'm
3  clear --
4      A   Yeah.
5      Q   -- the only report that you have
6  prepared dealing with the -- your evaluation of
7  the epidemiology on talcum powder products and
8  ovarian cancer is the report that we have marked
9  as exhibit -- I guess we haven't had it marked
10  yet, but is the report that you filed in this
11  case; is that right?
12      MS. BROWN:  Objection.  Misstates his
13  testimony.
14      MS. MILLER:  When you say "report," do
15  you mean depositions?
16      MS. PARFITT:  Counsel, I -- I know --
17  we'll get to it.  You'll get a -- you'll get a
18  question.
19      MS. MILLER:  It's not about us having a
20  question.  It's about you asking fair questions.
21      MR. TISI:  Well, it's not -- her job --
22  I'm going to jump in here because --
23      MS. PARFITT:  Okay.  Right.
24      MR. TISI:  -- now you're double teaming.
25  I assume you have competent counsel defending this

Page 133

1  deposition.  Honestly, you did this last week, and
2  you've done it in every deposition, and you in
3  particular, and you have a real problem with
4  obstructing depositions.  You need to stop.
5  BY MS. PARFITT:
6      Q   Okay.  Dr. Diette, I'll try and break it
7  down, and I'm just trying to -- this isn't a trick
8  question.  So you let me know if you don't
9  understand my question.
10      MS. BROWN:  And, Counsel, in all
11  seriousness, in an effort to help, are you meaning
12  to include or exclude the Ingham affidavit, which
13  I think is the --
14      MS. PARFITT:  I haven't gotten to it.  I
15  really haven't gotten to it.  That's -- that's --
16  I'm hoping that the doctor knows what he -- what
17  he's filed.
18      Let's have marked as Plaintiffs' Exhibit
19  No. 10.
20      (Diette Exhibit No. 10 was marked
21      for identification.)
22  BY MS. PARFITT:
23      Q   Okay.  Dr. Diette, let me present you
24  with an "Expert Report of Gregory Diette for
25  General Causation Daubert Hearing."  Okay.

34 (Pages 130 to 133)

Gregory B. Diette, M.D.

Page 134

1     A   That's this --
2     Q   Do you see that?
3     A   That's this one for here?
4     Q   Correct.
5     A   Yes.
6     Q   All right.  Now, you've identified on
7  the record that the report I have handed you,
8  which is Exhibit No. 10, is a copy of your federal
9  court expert report in the matter of -- dealing
10 with the issues of talc and ovarian cancer,
11 correct?
12    A   Exactly right.
13    Q   And in addition to that report, you have
14 prepared some affidavits in the past also
15 addressing the topic of talcum powder products and
16 ovarian cancer, correct?
17    A   That's correct.
18    Q   Okay.  Have you prepared any reports on
19 talcum powder products and ovarian cancer outside
20 of the legal context?
21       MS. BROWN:  Objection to the form.
22       THE WITNESS:  No.
23 BY MS. PARFITT:
24    Q   Okay.  And have you provided any other
25 type of written report in a legal context, aside

Page 135

1  from affidavits and the MDL report that you have
2  in front of you?
3       MS. BROWN:  Form.
4  BY MS. PARFITT:
5     Q   On talcum powder products and ovarian
6  cancer.  I'm just trying to find out your world.
7     A   No, I understand.  And I'm not sure if
8  there could be like a work in progress.  But
9  you're talking about completed, completed like
10 products like this, right?
11    Q   Correct.
12    A   I -- I can't think of another one.
13    Q   Okay.  Do you have another report and/or
14 affidavit in progress in the talcum powder
15 products cases and ovarian cancer?
16       MS. BROWN:  Dr. Diette, I'm going to
17 instruct you to the extent you're doing any work
18 on this issue that is in a consulting nature and
19 has not been disclosed, you should not disclose
20 that here.
21       I assume counsel is only asking for
22 situations in which you have been disclosed as an
23 expert, and with that, you can answer the
24 question.
25       THE WITNESS:  Is that right?

Page 136

1  BY MS. PARFITT:
2     Q   That's correct.
3     A   Oh, yeah, so then, no, nothing --
4  nothing for which I've been disclosed.
5     Q   Okay.  But I take it that you have been
6  retained -- you're currently retained to work on
7  some other cases other than talcum powder products
8  and ovarian cancer, is that correct, by Johnson &
9  Johnson?
10       MS. BROWN:  Counsel, I'm going to -- to
11 the extent you're asking about consulting
12 engagements, I'm going to instruct him not to
13 answer.
14 BY MS. PARFITT:
15    Q   No, I'm asking this:  Are you an expert
16 on behalf of Johnson & Johnson and asbestos and --
17 and ovarian cancer cases?
18    A   So there's a subtlety there, right,
19 because -- I mean you may call this an asbestos
20 and ovarian cancer case.  I think it's a talcum
21 powder and ovarian cancer case.
22    Q   Okay.
23    A   There's nothing that's about asbestos
24 separately from what we're talking about here.
25    Q   Fair enough.  Have you been retained by

Page 137

1  Johnson & Johnson to testify as a legal expert in
2  any talcum powder product cases and meso- --
3  mesothelioma?
4     A   Yes.
5     Q   Okay.  Are you currently an expert in
6  any of those cases?
7     A   Yes.
8     Q   How many?
9        MS. BROWN:  And again, Doctor, to the
10 extent you've been disclosed, you can answer the
11 question.
12       THE WITNESS:  So I don't -- I don't know
13 the count then.  I would estimate ten, but I could
14 be off by a couple.
15 BY MS. PARFITT:
16    Q   Have you given depositions in those
17 cases yet?
18    A   In some cases I have.
19    Q   Okay.  Is this the first deposition that
20 you have given in talcum powder products and
21 ovarian cancer?
22       MS. BROWN:  Objection.
23       THE WITNESS:  I don't think so.
24 BY MS. PARFITT:
25    Q   Okay.  Did you give testimony in the

35 (Pages 134 to 137)

Gregory B. Diette, M.D.

Page 138

```
 1    Ingham case?
 2        A   I did.
 3        Q   Okay.  Did you testify at trial at the
 4    Ingham case?
 5        A   I did not.
 6        Q   Okay.  Is there any other case other
 7    than the Ingham case where you have given
 8    deposition in an ovarian cancer and a talcum
 9    powder case?
10        A   I think there's at least one other one.
11        Q   Okay.  Do you remember the name of it?
12        A   I don't.  I could look at my testimony
13    list and see if I can figure it out.
14        Q   Okay.  And we'll have that marked as
15    well.  Why don't we have that marked as Diette
16    Exhibit -- it's part of your exhibit number --
17    it's part of your report, but we'll have it marked
18    as a separate exhibit.
19            (Counsel conferring.)
20    BY MS. PARFITT:
21        Q   Let me show you what's -- we'll have
22    marked as Exhibit No. 11.
23            (Diette Exhibit No. 11 was marked
24             for identification.)
25    BY MS. PARFITT:
```

Page 139

```
 1        Q   All right.  Let me show you what's
 2    Exhibit 11.
 3            MS. PARFITT:  We have a copy for
 4    counsel.
 5            MS. BROWN:  Thank you.
 6            MR. ROSEN:  I think there's --
 7            THE WITNESS:  Oh, there's two.
 8            MS. PARFITT:  Oh, okay, we'll take one
 9    back.  Thank you.  Okay.  Very good.
10    BY MS. PARFITT:
11        Q   Dr. Diette, does this represent an
12    accurate list of cases in which you have been
13    retained as an expert since I believe 2014?
14        A   It is.
15        Q   All right.  Are there any additions to
16    this list of cases --
17        A   I'm sorry.
18        Q   -- where you've given testimony?
19        A   I'm sorry.  I think I -- I wasn't paying
20    attention to your last question.
21        Q   That's all right.
22        A   Did you say is this a list of cases that
23    I provided depositions?
24        Q   Expert testimony.
25        A   Expert testimony.  Then the answer is
```

Page 140

```
 1    yes.
 2        Q   Okay.  The last date I have here is
 3    September 28, '18.
 4        A   No.  It should go further.
 5            MS. BROWN:  We have another page,
 6    Counsel.
 7            MS. PARFITT:  Okay.
 8            THE WITNESS:  I think it's two-sided, so
 9    it's the back of that page.
10            MS. PARFITT:  Okay.  Well --
11            MS. BROWN:  Do you want my copy?
12            MS. PARFITT:  That would be great.  I
13    appreciate that.  I will give it right back to
14    you.
15    BY MS. PARFITT:
16        Q   Okay.  All right.  So the last date is
17    February 22nd, 2019; is that correct?
18        A   That is.
19        Q   All right.  Are you able to circle for
20    me which cases are cases in which you have been
21    retained as an expert in the -- on the topic of
22    talcum powder products and ovarian cancer?
23            MS. BROWN:  Objection to the form.
24            You can answer to the extent you know,
25    Doctor.
```

Page 141

```
 1            THE WITNESS:  I actually don't.  I'd
 2    have to look it up to figure out if I'm right that
 3    there is one on here, but I don't know -- and
 4    other than Ingham, right?
 5    BY MS. PARFITT:
 6        Q   Yes, sir.
 7        A   Other than Ingham, yeah, so I -- I'm not
 8    sure.  I can't tell.
 9        Q   All right.  Have you -- we talked about
10    your peer-reviewed publications.  Are any of your
11    public -- peer-reviewed publications discussing
12    cohort studies?
13            MS. BROWN:  Objection to the form.
14            THE WITNESS:  So some of them are cohort
15    studies.
16    BY MS. PARFITT:
17        Q   But you have performed --
18            MS. BROWN:  Let him answer, please.
19            MS. PARFITT:  Sure.
20            THE WITNESS:  That I performed, yes.
21    BY MS. PARFITT:
22        Q   All right.  So in your carrier as a
23    medical doctor, you have published cohort studies?
24        A   I have.
25        Q   What have been the general topics of
```

36 (Pages 138 to 141)

Gregory B. Diette, M.D.

Page 142

1    those cohort studies?
2        A   Generally speaking, things related to
3    respiratory diseases and -- and things people
4    inhale.
5        Q   All right.  Have you published case-
6    control studies?
7        A   I don't know.  I can't think of one.  It
8    doesn't mean that there isn't one, but I'm -- I
9    can't think of a case-control study.
10       Q   All right.  Is it fair to say that none
11   of the published cohort studies address the issue
12   of talcum powder products and ovarian cancer?
13       A   Correct.
14       Q   And is it fair to say that none of the
15   cohort studies that you published address the
16   issue of talcum powder products and mesothelioma?
17       A   Correct.
18       Q   Is it fair to say that none of the
19   cohort studies that you have published address the
20   issue of asbestos and mesothelioma?
21       A   Correct.
22       Q   Is it fair to say that -- that the
23   majority of your publications in your -- listed in
24   your curriculum CV and those that you said you
25   have published since 2017 deal primarily in the

Page 143

1    research interests of lung disease, COPD,
2    asthma --
3        MS. BROWN:  Objection --
4    BY MS. PARFITT:
5        Q   -- pulmonary medicine, lung diseases?
6        MS. BROWN:  Objection to the form.
7        THE WITNESS:  There's certainly plenty
8    there.  You know, I get different feedback from
9    different people who look at my CV to tell whether
10   or not it's, you know, all that or whether there's
11   other things.  I think people read into it what
12   they -- what they see.  Because there's -- you
13   know, there's ICU research topics, there's
14   procedure-related topics, there's radiology
15   topics.  I mean there's all -- all sorts of
16   different things besides those.
17   BY MS. PARFITT:
18       Q   Okay.  Do you publish on methods and
19   methodology?
20       MS. BROWN:  Form.
21       THE WITNESS:  So I think there's a
22   couple of methods -- methods related papers.
23   BY MS. PARFITT:
24       Q   Papers that deal primarily with
25   epidemiological methodology?

Page 144

1        MS. BROWN:  Wait.  Hold on.  Is that a
2    question?
3        MS. PARFITT:  Mm-hmm.
4        MS. BROWN:  I didn't understand that.
5        If you understood it, you can answer.
6        THE WITNESS:  Well, the papers I was
7    thinking about had to do with methods and
8    quality -- quality assessment in terms of
9    healthcare.
10   BY MS. PARFITT:
11       Q   Okay.
12       A   I don't know if I've published anything
13   on epi methods, meaning like, you know, the topic
14   of a case-control study or --
15       Q   Right.
16       A   -- cohort studies, things of that sort.
17       Q   So it would be fair to say that you have
18   not published in a peer-reviewed journal a paper
19   on study designs, correct?
20       MS. BROWN:  Objection to the form.
21       THE WITNESS:  I would have to look back
22   and see.  I mean it's -- it's possible I've been
23   involved in something that -- that -- I mean it's
24   just hard to remember.  It's 200 plus papers,
25   so --

Page 145

1    BY MS. PARFITT:
2        Q   Right.  So nothing you can remember
3    today.
4        A   Correct.
5        Q   Okay.  And have you published on the
6    Bradford Hill factors?
7        MS. BROWN:  Form.
8        MR. LOCKE:  Objection.
9        THE WITNESS:  So I've not written a
10   paper about Bradford Hill.
11   BY MS. PARFITT:
12       Q   All right.  In any of the 200 papers
13   that you have published in a peer-reviewed
14   journal, do you set forth in those papers the
15   Bradford Hill framework?
16       MS. BROWN:  Objection to the form of the
17   question.
18       THE WITNESS:  You couldn't do it.
19   Right.  I mean, it's -- the papers that I write
20   are primary research papers, and that framework
21   doesn't belong in those papers, but we articulate
22   the -- the issues that are -- that are relevant
23   for a Bradford Hill analysis.
24   BY MS. PARFITT:
25       Q   Okay.  Well, in this expert report that

37 (Pages 142 to 145)

Gregory B. Diette, M.D.

Page 146

1    you did file in the federal court, you stated
2    specifically that you followed the Bradford Hill
3    framework.  Do you recall saying that?
4        A   I -- I do.  There was more to it, but it
5    included that.
6        Q   Okay.  So what I'm asking you, in any of
7    the papers, whether they be cohort study, case
8    control, other research and scientific
9    publications that you've listed on your curriculum
10   vitae, have you stated in those papers that you
11   are following or are guided by the Bradford Hill
12   framework?
13       MS. BROWN:  Objection.  He just answered
14   that.
15       THE WITNESS:  Yeah, it's sort of baked
16   into what we do.  So it's like in -- I mean the
17   answer is no, generally, but -- but we include
18   things in a way that they fit with what Bradford
19   Hill considerations are.  But there's not one that
20   was called like the Bradford Hill approach or
21   something.
22   BY MS. PARFITT:
23       Q   Okay.  And by --
24       MS. BROWN:  Let him finish.
25       Were you finished, Doctor?

Page 147

1        THE WITNESS:  I'm okay.  Thank you.
2        MS. PARFITT:  Thank you.
3    BY MS. PARFITT:
4        Q   Assume I did a search of the word
5    "Bradford Hill" in the 167 papers that you have
6    published in the peer-reviewed journal, would it
7    surprise you if those words did not appear?
8        MS. BROWN:  Objection to the form.
9        THE WITNESS:  It wouldn't surprise me,
10   but I -- I don't know that it's not there
11   somewhere.  And I would search more broadly than
12   just those 167.  I would look at the more recent
13   ones too.  I mean I can't say that it's not there,
14   but there's not a paper about Bradford Hill.
15   BY MS. PARFITT:
16       Q   Okay.  Have you been involved in any
17   original research on asbestos in general?
18       MS. BROWN:  Objection to the form.
19       THE WITNESS:  I have not.
20   BY MS. PARFITT:
21       Q   Have you -- have you conducted any
22   original research on ovarian cancer?
23       MS. BROWN:  Objection to the form, asked
24   and answered.
25       THE WITNESS:  I guess, I mean -- is it

Page 148

1    different than what you asked?  Because I'm
2    just --
3    BY MS. PARFITT:
4        Q   It is.
5        This would be some original research
6    that you might be -- got a funding or a grant or
7    something.
8        A   I see.  Nothing like that.
9        Q   Okay.  Have you received any funds --
10   any funding or any grants to study mesothelioma?
11       A   No.
12       Q   Have you received any funding or grants
13   to study asbestos?
14       A   No.
15       Q   Have you received any funding or grants
16   to study talcum powder products and their
17   association with ovarian cancer?
18       MS. BROWN:  Objection to the form.
19       THE WITNESS:  No.
20   BY MS. PARFITT:
21       Q   Have you ever published in peer-reviewed
22   literature a causation analysis or a review
23   article asking whether an exposure causes a
24   disease?
25       MS. BROWN:  Objection to the form of the

Page 149

1    question.
2        THE WITNESS:  I don't know.  I would
3    have to look back over.  I don't -- like I don't
4    know if I would use those words "causation
5    analysis," but we certainly write -- did you say
6    review article?
7    BY MS. PARFITT:
8        Q   Yes.
9        A   So I don't write many review articles.
10   They're really -- they're really low quality
11   academic products for the most part, and so I try
12   to focus more on original research.
13       Q   All right.  Well, same question applied
14   to original research.
15       MS. BROWN:  Objection to the form.
16       THE WITNESS:  Well, it wouldn't be -- I
17   mean that wouldn't be an original research
18   article.
19   BY MS. PARFITT:
20       Q   Okay.  Have you ever performed any
21   research on the environmental impacts of talcum
22   powder products and ovarian cancer?
23       MS. BROWN:  Objection to the form,
24   vague.
25       THE WITNESS:  No.

38 (Pages 146 to 149)

Gregory B. Diette, M.D.

Page 150

1    BY MS. PARFITT:
2        Q   Environmental impacts of diseases is
3    something -- is a topic that you are interesting
4    in, correct?
5        A   I am.
6        Q   You've studied the impact of
7    environmental effects on lung diseases, correct?
8        A   I have.
9        Q   In fact, that's something you continue
10   to be interested in, correct?
11       A   I am.
12       Q   But you've not studied any environmental
13   impacts on ovarian cancer, correct?
14       A   Correct.
15           MS. BROWN:  Asked and answered.
16   BY MS. PARFITT:
17       Q   Would it be fair to say that prior to
18   being retained by Johnson & Johnson sometime in
19   2017, you had done no research on the issue of
20   talcum powder products and ovarian cancer?
21           MS. BROWN:  Objection to the form,
22   misstates his testimony.
23           THE WITNESS:  I think it's the same as
24   before.  Right.  I mean you went through each --
25   each item, and my answer was no.

Page 151

1    BY MS. PARFITT:
2        Q   So it was not until you were retained by
3    Johnson & Johnson that you conducted any research
4    on the topic of ovarian cancer and talcum powder
5    products, correct?
6            MS. BROWN:  Objection to the form,
7    misstates his testimony.
8            THE WITNESS:  That is right.
9            MS. PARFITT:  Okay.  And is now a good
10   time for a bio break or is it --
11           MS. PARFITT:  Sure.
12           THE WITNESS:  If you're in the middle of
13   something, I --
14           MS. PARFITT:  No, no, this is fine.
15   We'll just move into another area quickly, yeah.
16           THE VIDEOGRAPHER:  The time is
17   11:14 a m., and we're going off the record.
18           (Recess.)
19           THE VIDEOGRAPHER:  The time is
20   11:24 a m., and we are back on the record.
21   BY MS. PARFITT:
22       Q   All right.  Dr. Diette, I want to talk
23   for a moment about Medical Science Affiliates.
24   All right?
25       A   Okay.

Page 152

1        Q   And to give you some -- a reference,
2    we'll spend a little time on that before we get
3    into your report.  All right?  Fair?
4        A   Sounds good.
5        Q   Okay.  What is Medical Science
6    Affiliates?
7        A   I think they -- they call themselves an
8    environmental consulting company.
9        Q   How long have you been involved with
10   Medical Science Affiliates?
11           MS. BROWN:  Form.
12           THE WITNESS:  So involved, I guess we'll
13   have to sort, but I -- I've known about them and
14   done some work with them for about ten years.
15   BY MS. PARFITT:
16       Q   Okay.  And I too want to sort, so let me
17   ask you this:  When were you first introduced to
18   Medical Science Affiliates?
19       A   Well, I guess if it's ten years, it
20   would have been about ten years ago.
21       Q   And what were -- how did it come about
22   that you learned of a group called Medical Science
23   Affiliates?
24       A   There was a woman who worked there
25   then -- I don't remember what her name is, she's

Page 153

1    not there anymore -- and she knew a colleague of
2    mine, and they were I think at the time looking
3    for somebody to take on an epidemiology project, a
4    review.  And so he -- he sent around like a note
5    or talked to us, I don't remember how he did it,
6    but to see if anybody was interested in -- in
7    doing an epidemiology project.
8        Q   Who was that colleague?
9        A   I think it was Hank Fessler, but I could
10   be wrong.  That's a while ago.
11       Q   And what is his position within the
12   university?
13       A   He works in pulmonary.
14       Q   Okay.  So you were -- you were then
15   engaged by Medical Science Affiliates to do an
16   epidemiological report for them?
17           MS. BROWN:  Objection.  Misstates
18   testimony.
19           THE WITNESS:  I don't know about
20   engaged.  I mean my -- my relationship is as an
21   independent contractor.  So it's like -- it's not
22   like I have an agreement to do anything with them
23   or for them.  But that's -- that's the place
24   where, you know, they organize the materials for
25   me to look over and to -- and to do the

39 (Pages 150 to 153)

Gregory B. Diette, M.D.

Page 154

1  epidemiological review.
2  BY MS. PARFITT:
3      Q   Okay.  Your counsel has objected, as you
4  heard, to me obtaining a copy of your agreement,
5  so I'm going to have to ask you a few more
6  questions about this.
7          What is your arrangement with Medical
8  Science Affiliates?  Independent contractor?
9      A   That's exactly right.
10         MS. BROWN:  He just said it.
11         MS. PARFITT:  Okay.  I understand.  You
12  can take your own deposition, Counsel.  It's going
13  to show up on the record too, you're rubbing your
14  head.
15  BY MS. PARFITT:
16     Q   Medical Science, you have an independent
17  contract relationship, to do what?
18     A   I think what it establishes is that I
19  can use their administrative services as kind of
20  like an outside office for me to do work.
21     Q   Okay.  So that's one role, they're an
22  outside office.  You mentioned, though, that they
23  contracted you to also write an epidemiology
24  report.  Correct?
25     A   It's --

Page 155

1          MS. BROWN:  Objection to the form.
2          THE WITNESS:  It's incorrect.
3  BY MS. PARFITT:
4      Q   Okay.  Straighten it out for me.
5      A   Well, they didn't contract me to do
6  anything.  They asked if I was interested in doing
7  this epidemiologic project for a client that they
8  knew of.
9      Q   Okay.  That helps me.
10         So Medical Science Affiliates reached
11  out -- requested that you do an epidemiological
12  report for one of their clients?
13     A   Exactly right.
14     Q   Okay.  Over the course of ten years that
15  you've been affiliated as an independent
16  contractor with Medical Science Affiliates, how
17  many times have you prepared a report for one of
18  Medical Science Affiliates' clients?
19     A   I don't know.
20     Q   More than ten?
21     A   Sure.
22     Q   More than a hundred?
23     A   A hundred would be pushing it.  So
24  something in the tens, I would say.  But not ten.
25  I mean something higher up in --

Page 156

1      Q   More 50?
2      A   At least 50.
3      Q   Okay.  And what has been the topic of
4  those reports that you have prepared for Medical
5  Science Affiliates' clients?
6          MS. BROWN:  And I'm going to jump in
7  here.  To the extent that those projects are
8  governed by confidentiality agreements, I would
9  ask Dr. Diette that you only disclose that which
10  has been disclosed publicly, for example, in court
11  or at a deposition.
12         MS. PARFITT:  Please stop coaching the
13  witness.
14  BY MS. PARFITT:
15     Q   Can you answer?
16         MS. BROWN:  We're trying to protect
17  confidentiality.
18         MS. PARFITT:  I get --
19         MS. BROWN:  I'm instructing him on
20  privilege.
21         MS. PARFITT:  That's fine.  I
22  understood.  He can talk now.
23         THE WITNESS:  So I would say that most
24  of the work is in the context of what Ms. Brown
25  said, which is that it wasn't for me to share with

Page 157

1  other people.
2  BY MS. PARFITT:
3      Q   All right.  Is J&J a client of Medical
4  Science Affiliates?
5      A   I don't know what their relationship is,
6  like I don't know if you would call them a client
7  or not.
8      Q   Okay.  Does Medical Science Affiliates
9  do some work for Johnson & Johnson?
10         MS. BROWN:  Objection.  Speculation.
11         THE WITNESS:  So I can tell you about
12  what they do for me with regard to Johnson &
13  Johnson.  I don't know about anything else.
14  BY MS. PARFITT:
15     Q   All right.  Tell me what you know.
16     A   Well, like, for example, like in the
17  cases that we've discussed that involve Johnson &
18  Johnson, they've provided a service by collecting
19  the materials, right.  So, for example, like when
20  you see that list of materials that -- that I
21  provided that I reviewed, they will collect those
22  and -- and organize them for me.
23         If there's a need to have a meeting or a
24  phone call, they'll help to set that up, right, so
25  that -- so, for example, for the deposition today,

40 (Pages 154 to 157)

Gregory B. Diette, M.D.

Page 158

1    they were able to help sort my -- through my
2    schedule, you know, with me, and figure out a day
3    or days, I don't remember what we offered, things
4    of that sort. They'll prepare invoices on my
5    behalf. They'll help edit a report. You know,
6    administrative type things.
7        Q   Okay. Let's break that down a little
8    bit.
9        Is it your understanding that Medical
10   Science Affiliates bills Johnson & Johnson --
11       MS. BROWN: Object --
12   BY MS. PARFITT:
13       Q   -- and invoices them for work?
14       MS. BROWN: Objection to the form, calls
15   for speculation.
16   BY MS. PARFITT:
17       Q   If you know.
18       A   I don't know where the bill goes because
19   I don't know if it goes to the law firm. Like if
20   it matters to you whether it's directly to Johnson
21   & Johnson or -- I mean I can only guess that, you
22   know, the law firm is not going to pay the bill
23   out of their own pocket. They're probably going
24   to then invoice Johnson & Johnson, but I don't
25   know whether the bill goes directly to Johnson &

Page 159

1    Johnson or whether it goes to the law firm.
2        Q   All right.
3        MS. BROWN: And, Doctor, counsel doesn't
4    want you to guess, so just answer the question the
5    best --
6    BY MS. PARFITT:
7        Q   Dr. Diette, if they -- Medical Science
8    Affiliates collects material for you -- as you say
9    they did, correct?
10       A   That's correct.
11       Q   -- do they bill you or do they bill
12   someone else?
13       MS. BROWN: Objection to the form.
14       THE WITNESS: They bill someone else.
15   BY MS. PARFITT:
16       Q   Okay. So when you testified that J&J --
17   excuse me, when you testified that you had
18   assistance with regard to the preparation of some
19   of the materials that accompany your report, that
20   was work that you contracted with Medical Service
21   Affiliates to do, and they didn't bill you, they
22   billed somebody else, correct?
23       MS. BROWN: Objection to the form.
24       THE WITNESS: I don't know if
25   "contracted" is right, but -- but they did what

Page 160

1    you said, which is that they billed somebody else
2    for the work that they did.
3    BY MS. PARFITT:
4        Q   Do you know who that somebody else is?
5    And I want to remind you you're under oath,
6    Dr. Diette.
7        MS. BROWN: What --
8        THE WITNESS: What's --
9        MS. BROWN: Whoa, whoa, whoa. I'm
10   objecting to the implication there. Dr. Diette
11   has done nothing but testify truthfully today.
12       MS. PARFITT: Counsel, objection, form.
13   I'm telling you.
14   BY MS. PARFITT:
15       Q   Please go on, Dr. Diette.
16       MS. BROWN: No, but what you just said
17   is inappropriate --
18       MS. PARFITT: It was not --
19       MS. BROWN: -- and it violates both the
20   federal rules --
21       MS. PARFITT: -- violative of anything,
22   Counsel.
23       MS. BROWN: -- as well as deposition
24   protocol. He of course is testifying under oath,
25   and if you're suggesting something otherwise,

Page 161

1    that's wildly inappropriate.
2        MS. PARFITT: Counsel, let the Court
3    decide if it's -- I think the Court might decide
4    that your objections and your manner today are
5    wildly inappropriate.
6    BY MS. PARFITT:
7        Q   So, Dr. Diette, so we can move forward,
8    do you remember the question?
9        A   I remember it, but I think I already
10   answered it. It's -- I don't have a better answer
11   than what I gave you before.
12       Q   You don't know who Medical Science
13   billed for the services they rendered to you?
14       A   Well, let's look at the invoice if we
15   want to. If it's on the top of that, then I
16   might --
17       Q   It's been blacked out, Dr. Diette.
18       A   So it's either a law firm or it's
19   Johnson & Johnson. I don't know whether it's one
20   or the other.
21       MS. BROWN: Counsel, you're
22   misrepresenting the documents. It's very clear
23   who they sent the bill to on the face of the
24   invoice, and it has not been redacted for
25   work-product privilege.

41 (Pages 158 to 161)

Gregory B. Diette, M.D.

Page 162

1  BY MS. PARFITT:
2      Q   What I want to understand, for purpose
3  of the expert report you prepared in this
4  litigation, I want you to tell me, if you will,
5  every service for Medical Science Affiliates
6  performed for you.
7      A   I don't think I can give you a full
8  list.  I think that the -- go ahead.
9      Q   No, no, please, go ahead.
10     A   All right.  So I think the category of
11 things that I told you about before are the kinds
12 of things that they -- that they did in this case.
13 I don't know if I mentioned like arranging like a
14 phone call.  Like if I was going to have a phone
15 call, they would arrange that.  Help with -- I
16 already talked about editing -- editing reports
17 and -- I can't think of another service they did,
18 but that's what I can think of right now.
19     Q   Okay.  Did Medical Science Affiliates
20 research the scientific literature for you in
21 preparation for some of the information contained
22 in your expert report?
23     A   I don't -- I don't think they did any of
24 that.  I mean, they've -- they've done searches in
25 the past on other -- other topics, but I don't

Page 163

1  think they did any for this.
2      Q   All right.  So it's your testimony that
3  in the talcum powder/ovarian cancer case, they did
4  not do any research of the peer-reviewed
5  literature; is that correct?
6      A   Well, let me be clear, when you talk
7  about talcum powder and ovarian cancer -- because
8  I have to think back with each -- you know, each
9  case or whatever, but we're talking about this
10 particular matter as you're asking these questions
11 or --
12     Q   Well, that's a -- that's a great point.
13 You got involved in talcum powder and ovarian
14 cancer cases sometime in 2017.  That's your
15 testimony.
16     A   It is.
17     Q   All right.  So at that point in time
18 when you became engaged to work on talcum powder
19 products and ovarian cancer, what I'm interested
20 in knowing is whether or not, whether it was for
21 this report, another report, has Medical Science
22 Affiliates done any research work of the
23 literature on this topic?
24     A   And by "research work," does that -- do
25 you mean like finding papers or does it mean doing

Page 164

1  something else with the papers?
2      Q   I'll break it down.  Did they do a
3  literature search for you?
4      A   Yeah, and that's what I don't remember.
5  So I'm just saying that they've done that at my
6  request in the past.  But not -- not too much.  I
7  mean it's actually not that helpful, because I --
8  I find it easier to do it myself.
9      Q   Whether it was helpful or not, my
10 question is, did Medical Science Affiliates do any
11 literature research for you in -- on the topic of
12 talcum powder products and ovarian cancer?
13     A   I can't give you a better answer.  I
14 mean I -- I think it sounds to me like you keep
15 asking the same thing, and it -- my answer is I'm
16 not -- I'm not sure.  Like they may have gathered
17 a couple of papers, I don't remember if they did
18 or not.  They certainly didn't do the search, like
19 I didn't commission anybody to do like -- like the
20 search.
21     Q   Okay.  And how would they deliver that
22 information to you?  Do they e-mail it to you?  Do
23 they send it to you?  What happens?
24     A   It depends upon how I ask.  So it can
25 come as a binder, like the binder you have in

Page 165

1  front of you, it could like that, and be hard
2  copies.  It could be through, you know, an
3  electronic mechanism, if there were something to
4  share that way.
5      Q   All right.  Did Medical Science
6  Affiliates summarize any of those depositions that
7  you have listed in your report?
8      A   I don't -- do I have -- I don't think --
9  do I have deposition summaries?
10     Q   No.
11     A   Oh, then no.
12     Q   You have depositions.
13     A   Then the answer is no.
14     Q   Okay.  Now, what you've provided me are
15 reports and depositions of various experts either
16 for Johnson & Johnson or for the plaintiff that
17 you've indicated you've -- you've put them on your
18 reliance list.
19         And what I'm questioning is whether or
20 not you've had any summaries done of those reports
21 by Medical Science Affiliates.
22     A   No.
23     Q   Okay.  Have they done any summaries of
24 any type of information for you in the talcum
25 powder products and ovarian cancer?

Gregory B. Diette, M.D.

Page 166

1      MS. BROWN: And, Counsel, here I'm going
2  to interject, and to the extent your question --
3      MS. PARFITT: Objection. Form.
4      MS. BROWN: -- seeks to -- I'm
5  instructing on privilege, which I'm allowed to do
6  under the federal rules and under the --
7      MS. PARFITT: If it's a privilege
8  issue --
9      MS. BROWN: -- let me do that.
10     MS. PARFITT: -- it's certainly fine.
11     MS. BROWN: Thanks. So my instruction
12  here will be that, Doctor, you are not under the
13  work-product privilege to disclose any
14  correspondence you've had with MSA, unless it is
15  something on which you rely for your opinions
16  here, and then of course, counsel is entitled to
17  have that information.
18  BY MS. PARFITT:
19     Q  With that understanding, how do you
20  answer the question?
21     A  Can you say it again because I think I
22  lost it?
23     Q  Sure. Let me just have it read back to
24  you here.
25         Has Medical Science Affiliates done any

Page 167

1  summaries of any type of information for you -- or
2  provided any information for you on the talcum
3  powder products and ovarian cancer cases?
4      MS. BROWN: Same instruction. If you're
5  relying on anything they've done, of course,
6  please answer the question.
7      THE WITNESS: So if we're talking about
8  cases -- because that's why I clarified before,
9  we're not talking about this matter. We're
10  talking about ever in any -- in any case?
11  BY MS. PARFITT:
12     Q  Ovarian cancer and talcum powder
13  products.
14     A  Oh, yeah. No, I understand the words.
15  I'm just trying to make sure whether we're talking
16  about like this -- this matter that we're talking
17  about only or -- or beyond that.
18     Q  Has -- has -- beyond that.
19     A  So I'm going to say probably they have.
20  That if there are cases where there were like
21  medical records, for example, although I don't
22  think I've gotten any medical records, but they
23  would have provided a summary. If there were
24  deposition transcripts in those other cases, they
25  might well have -- have done that.

Page 168

1      Q  Did you use for purposes of your expert
2  report any of the summaries that were -- that were
3  conducted by Medical Science Affiliates that you
4  just spoke about?
5      A  See, this is where I -- I don't know if
6  you're trying to confuse me or what, but --
7      Q  No, I'm not.
8      A  Okay. So I just want to be clear,
9  because there aren't any summaries for this,
10  right.
11     Q  Okay.
12     A  So -- and that's why I keep trying to --
13  I just -- because there's a different answer for
14  what -- what people have done in other matters and
15  what they've done in this matter. There aren't
16  any summaries that I'm aware of to -- to look at.
17     Q  All right. Did Medical Science
18  Affiliates help you write your expert report?
19         MS. BROWN: Objection to the form of the
20  question.
21         THE WITNESS: You know, "write" is a --
22  is a word that can mean a lot of things. They
23  helped me to -- to shape it, like to create the --
24  the format for it and like edit out typos and
25  things of that sort.

Page 169

1  BY MS. PARFITT:
2      Q  Okay. Well, that has -- it means a lot
3  of things as well. So let me ask you --
4         MS. BROWN: Counsel, just ask the
5  question.
6         MS. PARFITT: Counsel, I'm -- please.
7         MS. BROWN: You can't editorialize like
8  that. It's a question and an answer.
9  BY MS. PARFITT:
10     Q  Dr. Diette, what I would like to ask you
11  is, when you say they helped shape your report,
12  what do you mean they helped shape your report?
13         MS. BROWN: Objection.
14         THE WITNESS: What I just said -- I mean
15  what I said after -- after that before.
16  BY MS. PARFITT:
17     Q  Is every word in your expert report that
18  you have there in front of you a word that you put
19  in it?
20         MS. BROWN: Objection to the form.
21         THE WITNESS: Well, I don't know. I
22  mean, there's -- there's quotes from people,
23  right, so that those aren't my words, for example.
24  BY MS. PARFITT:
25     Q  Well, you know, I'm glad you brought

Gregory B. Diette, M.D.

Page 170

1  that up. That's a good question.
2      A  Yeah.
3      Q  Are the opinions and the writings
4  contained in that report words that you selected?
5      A  Oh, for sure. I mean like the opinions
6  and my -- my summaries of things and -- is that
7  what we're talking about?
8      Q  No. No.
9      A  We're not? All right.
10     Q  The report is about -- let's see how
11  many pages -- it's about 51 pages long, and the
12  question I have, with the exception of quotes from
13  other people, Dr. Diette, is every word in this
14  report a word you chose to put in the report?
15         MS. BROWN: Objection to the form.
16         THE WITNESS: For sure, yes. Although
17  like some of the words, for example, I think might
18  come from one of those affidavits that we were
19  talking about, right. So it may be like, you
20  know, words that I created in a different context
21  and then pulled into this.
22  BY MS. PARFITT:
23     Q  Okay. Well, then when you say "Medical
24  Science Affiliates helped shape," I'm trying to
25  get an understanding, what do you mean "shape"?

Page 171

1      A  It would look like a disaster if I did
2  this myself. So the fact that there are headings,
3  that, you know, things don't spill over from one
4  page to another. I don't remember if there's a
5  table in here, but to not have the table split
6  across, to have, you know, references look okay.
7  That I'm not good at. So the fact that this, in
8  my view, looks like a professional product, that's
9  what they -- that's what they've done for me is to
10  make it look like that.
11     Q  Okay. There are multiple footnotes in
12  your report to testimony of various experts that
13  were retained by the plaintiff.
14     A  Yeah.
15     Q  Who prepared those footnotes?
16         MS. BROWN: Objection to the form.
17         THE WITNESS: Staff somewhere, but --
18  BY MS. PARFITT:
19     Q  I'm sorry.
20     A  Staff.
21     Q  Staff?
22     A  Yes.
23     Q  What staff?
24     A  I don't know which staff did it, but I
25  mean like the -- if you say who prepared the

Page 172

1  footnotes, like the information that comes from it
2  was information that I pulled from the --
3      Q  Not my question. Who prepared the
4  actual footnotes that appear at the bottom of your
5  expert report of 58 -- or, excuse me, 51 pages?
6      A  So like actually put like -- like 110
7  and then put like "Siemiatycki dep, 149"?
8      Q  Or how about put "226, Singh depo, don't
9  consistently reduce," and there's a summary, I
10  mean who provided that information, what staff?
11         MS. BROWN: Objection to the form.
12  Misstates his testimony about how the report was
13  prepared.
14         THE WITNESS: I'm sorry. We're looking
15  at number 226.
16  BY MS. PARFITT:
17     Q  By way of example, Dr. Diette.
18     A  No, no, I'm just -- I'm just trying to
19  help because an example helps.
20         So I don't know. I mean some -- some
21  staff person put that particular -- literally that
22  segment in, but like it came from me identifying
23  that NSAIDS don't consistently reduce the risk of
24  ovarian cancer and wanting to link it there to my
25  statement.

Page 173

1      Q  Who's the staff? Staff for MSA?
2      A  It could be MSA; it could be the law
3  firm. I'm not sure which.
4      Q  Did you dictate to MSA or anyone else
5  portions of your expert report, and someone else
6  then did the recordation?
7      A  Somebody else did the --
8      Q  Did the -- did --
9      A  The --
10     Q  Did you dictate any portions of your
11  report to anyone?
12     A  I don't -- I don't do that.
13     Q  You don't dictate. Okay.
14     A  No.
15     Q  Did you spend time on the phone with
16  anyone at MSA and discuss what your -- your report
17  should look like?
18         MS. BROWN: And again, I'm going to
19  instruct on work product, that you not reveal the
20  substance of any discussions you had regarding
21  drafts of this report. Whether or not there was a
22  conversation is an appropriate question to answer.
23         THE WITNESS: Sure.
24  BY MS. PARFITT:
25     Q  You did?

44 (Pages 170 to 173)

Gregory B. Diette, M.D.

Page 174

```
 1    A   Yes.
 2    Q   So you had a conversation --
 3    A   Yes.
 4    Q   -- about the substance of your report,
 5  correct?
 6        MS. BROWN:  Objection to the form.
 7        THE WITNESS:  Oh, no, you just -- you
 8  said something else before that.  What was the
 9  question before?
10        MS. BROWN:  Discuss what your report
11  should look like.
12        THE WITNESS:  Yeah, that's different.
13  BY MS. PARFITT:
14    Q   Okay.
15    A   You changed it to "substance."  But I
16  mean what it should look like is what I'm talking
17  about.  It was -- it should look good, right?  And
18  so there should be like, you know, bold headings
19  and there should be spaces where they belong.
20    Q   What's the name of the contact person
21  you interfaced with at MSA?
22    A   My main one is Maddie Petta --
23  Pettenati.
24    Q   Okay.  And how long have you worked with
25  Maddie Pettenati?
```

Page 175

```
 1    A   A couple of years.
 2    Q   Okay.  Do you work with anyone else over
 3  at MSA to help you with your reports?
 4    A   Oh, sure.
 5        MS. BROWN:  Objection to the form.
 6        THE WITNESS:  Yeah.
 7  BY MS. PARFITT:
 8    Q   Who?
 9    A   There's a woman named April, Shannon.
10  I'm sure there's others too.
11    Q   What are their backgrounds?
12        MS. BROWN:  Objection to the form.
13        THE WITNESS:  Everybody has a -- a
14  science background of some sort, like biology
15  degrees, things of that sort.
16  BY MS. PARFITT:
17    Q   Okay.  How much time did you spend with
18  the folks at -- the team at MSA for purposes of
19  getting your report put together?
20    A   I don't know.  I mean, what do you mean
21  by "with"?
22    Q   Well, we know you've had conversations.
23  We know that you have received information with
24  regard to shaping your report, and what I want to
25  know is, how much time did you spend with the team
```

Page 176

```
 1  at MSA to help you get your report in order?
 2        MS. BROWN:  Objection to the form,
 3  misstates the testimony.
 4        THE WITNESS:  I don't recall the amount
 5  of time.  I mean whatever it took.  Like some of
 6  it might be like a two-minute conversation to say
 7  like, you know, I want to move a section down or
 8  something.  Or, you know, Can you proofread that
 9  particular paragraph and look for typos?  And
10  things of that sort.
11  BY MS. PARFITT:
12    Q   Did any of the folks at MSA make any
13  suggestions with regard to the scientific or
14  medical content of your report?
15        MS. BROWN:  Objection.  Instruct not to
16  answer on work product.  You can discuss -- you
17  can answer the question of whether you had any
18  conversations, the substance of which is
19  privileged, and I'll instruct you not to answer.
20        MS. PARFITT:  MSA is a third-party
21  contractor from what I'm understanding.
22        MS. BROWN:  No different than if he was
23  working with a secretary to format this.
24  Conversations about drafts of the report are
25  privileged and will not be discussed.
```

Page 177

```
 1  BY MS. PARFITT:
 2    Q   Doctor, if you can answer the question.
 3    Can you say it again?  I'm sorry.
 4    Q   Sure.  No worries.  I'm just getting it
 5  here.
 6        Did any of the folks at MSA make any
 7  suggestions with regard to the scientific or
 8  medical content of your report?
 9        MS. BROWN:  I'm instructing you not to
10  answer that question under the work-product
11  privilege.
12  BY MS. PARFITT:
13    Q   Do you keep time records of the time you
14  spend with MSA?
15    A   No.
16    Q   Okay.  Well, I believe you testified at
17  the beginning of your deposition that your charge
18  per hour is $485, correct?
19    A   Well, I was trying -- I was trying to
20  make you understand that differently, and you said
21  we would talk about it, so maybe we can.  My
22  charge is $400 an hour.
23    Q   All right.  Where does the 485 come
24  from?
25    A   It's what I said before, right.  They
```

45 (Pages 174 to 177)

Gregory B. Diette, M.D.

Page 178

1    add $85 when they bill somebody for my time.
2        Q   Who "they"?
3        A   MSA.
4        Q   "They," MSA?
5        A   Yeah.
6        Q   All right.  So that I get it straight,
7    you charge 400 -- $400 for your time, correct?
8        A   Correct.
9        Q   And then your understanding is MSA
10   charges an additional $85 to someone for their
11   assistance for you, correct?
12       MS. BROWN:  Objection to the form, calls
13   for speculation.
14       THE WITNESS:  So it's -- I don't know --
15   I don't know how they break it down, because they
16   bill for different things, like they bill for
17   photocopying, they bill for some administrative
18   tasks separately.  Whatever it is, it's their
19   business model, and they -- they add that amount
20   to the hourly rate.
21   BY MS. PARFITT:
22       Q   How much did Medical Science bill for
23   their work, do you know?
24       MS. BROWN:  Objection.  Calls for
25   speculation.

Page 179

1        THE WITNESS:  You can tell if we look at
2    the -- the invoices.
3    BY MS. PARFITT:
4        Q   Okay.  They would bill the same number
5    of -- well, let me ask for a clarification.  Not
6    all your work was done in conjunction with the
7    assistance of Medical Science Affiliates, correct?
8        MS. BROWN:  Objection to the form.
9        THE WITNESS:  I mostly sat by myself.
10   Yeah.
11       Q   Okay.  So the invoices that I have for
12   you would not necessarily reflect all of the work
13   that Medical Science Affiliates afforded you,
14   correct?
15       A   That's incorrect.
16       MS. BROWN:  Objection to the form.
17   BY MS. PARFITT:
18       Q   Okay.
19       A   I mean that's what I was trying to offer
20   you earlier is to try to understand the -- the
21   bills.  Because also when you add that comment
22   about the amount of money in total, it wasn't all
23   money that goes to me.
24       Q   Yeah.  The bills that I have have a date

Page 180

1    and basically an amount.  I don't have --
2        A   Like it --
3        Q   -- it's been blacked out.
4        A   It doesn't matter.  I can still --
5        MS. BROWN:  It's been redacted for work
6    product.
7        THE WITNESS:  I mean I can help you
8    understand it if you want.
9    BY MS. PARFITT:
10       Q   All I really want to understand and get
11   a better understanding, Dr. Diette, is the types
12   of services that MSA provided you in order to
13   file this -- prepare this report.
14       A   Yeah, I -- I listed those.
15       Q   Okay.  Do they help you with all of your
16   expert reports?
17       A   In what?
18       Q   Does MSA provide any type of service in
19   any and all expert reports that you prepare in the
20   context of litigation?
21       A   No.
22       Q   Okay.  Do you have another go-to service
23   to help you with the preparation of your expert
24   services?
25       MS. BROWN:  Objection to form.

Page 181

1        THE WITNESS:  No.  I do stuff on my own
2    as well.
3    BY MS. PARFITT:
4        Q   All right.  So there are cases where
5    you've done the work by yourself, and there are
6    cases like this particular case where you engage
7    the services of MSA, correct?
8        A   That is --
9        MS. BROWN:  Objection to the form.
10       THE WITNESS:  -- correct.
11   BY MS. PARFITT:
12       Q   Okay.  And did MSA edit any of your --
13   any of your -- did MSA edit your expert report?
14       A   Yeah.
15       Q   Okay.  What kind of edits did they make?
16       A   Well, all sorts.  Like I asked them to
17   look for typos, for example.
18       Q   Right.
19       A   I just happen to be open to page 30 and
20   31, and where you see that the -- there's like
21   bulleted sections, when I wrote that, it was just
22   one long impenetrable paragraph, and so they were
23   nice enough to sort of break it into some chunks
24   so it would be easier to read.
25       Q   Okay.  Bear with me if I asked this

46 (Pages 178 to 181)

Gregory B. Diette, M.D.

Page 182

1    before, but did MSA ever suggest any new sentences
2    or study that you didn't previously insert in your
3    paper?
4        A   I doubt a new study.  It could be -- I
5    mean we worked -- we worked pretty hard to make
6    sure that I have the full list of studies, you
7    know, acknowledged, and so if there was something
8    I left off -- I mean I don't remember this
9    specifically for this, but that would be a normal
10   practice, right, like which is to say, you know,
11   Oh, I saw in your list of papers that there's a
12   Smith paper, should that be on here?  Not them
13   going out and saying, Oh, I found a Smith paper,
14   would you like that on there?
15       Q   But they might looked at yours and say,
16   You -- you missed a study.  Fair?
17       A   Oh, sure.
18           MS. BROWN:  Objection to the form.
19           THE WITNESS:  Yeah.
20   BY MS. PARFITT:
21       Q   Okay.  And they might look at your
22   report and say, You missed --
23           I think what I'm getting at, Dr. Diette,
24   you described their efforts as generally
25   editorial.  Is that fair?

Page 183

1            MS. BROWN:  Objection to the form.
2            THE WITNESS:  I would say administrative
3    and editorial.
4    BY MS. PARFITT:
5        Q   Okay.  So we can agree that it's both
6    administrative and editorial?
7            MS. BROWN:  Objection to the form.
8            THE WITNESS:  Correct.
9    BY MS. PARFITT:
10       Q   And as I appreciate, in addition to
11   perhaps providing you with a study or two that --
12   or three, however number, that you might have
13   omitted, is there anything substantive like that
14   that they did for you for purposes of your expert
15   report?
16       A   I insist that they don't.  I tell them
17   that I don't want any intellectual input into
18   the -- to the stuff that we're working on.  Like I
19   don't want their -- I don't even know if they have
20   opinions, but I don't want their opinions.  I
21   literally want this to look like a professional
22   product, and I want to get it done in a way that I
23   can still spend my time -- my other professional
24   time on other things.  So if I were to try to make
25   this look like this, it would take me forever.

Page 184

1        Q   And I'm not concerned about the format.
2    What I'm concerned about is the substance,
3    Dr. Diette, as you can appreciate.
4            MS. BROWN:  Objection.
5    BY MS. PARFITT:
6        Q   And so what I'm trying to -- to get some
7    clarity here is that, other than perhaps providing
8    you a study that you may have omitted from your
9    report, is there anything else that falls more in
10   the substantive area that they provided and
11   offered for you?
12       A   I -- I think I've answered as best I
13   can.
14       Q   Well, why don't we -- let's talk about
15   your contact with J&J.  When did they first reach
16   out to you to talk with you about being an expert
17   to defend them in these lawsuits?
18           MS. BROWN:  Objection to the form of the
19   question.
20           THE WITNESS:  So they never asked me to
21   defend them.  They -- they asked me to evaluate
22   the epidemiologic literature.
23           And just to be clear, because it seemed
24   like it was tripping us up before trying to talk
25   about this, when I talk about J&J, it's lawyers

Page 185

1    that are working with J&J as opposed to somebody
2    from J&J per se.  And so I'll leave it to you guys
3    to sort out what that -- what that means.
4    BY MS. PARFITT:
5        Q   Fair enough.
6        A   But -- but the first time would have
7    been a lawyer back in 2017 who asked if I would be
8    interested in reviewing the epidemiologic
9    literature.
10       Q   Who was that lawyer?
11       A   Jonathan Cooper.
12       Q   Okay.  Now, at the time that Jonathan --
13   or Jonathan Cooper contacted you, did you -- were
14   you working with MSA?
15       A   Obviously, because I said ten years,
16   and, you know, this was 2017.
17       Q   Okay.  Did you share with Jonathan
18   Cooper that you worked with this MSA company to
19   help you prepare your expert reports?
20       A   He knew about it already, because I
21   think the reason he reached out to me is because
22   he was impressed with the work I had done in
23   other -- other cases.
24       Q   Okay.  Well, when he -- when you say he
25   was impressed with you, with the work that you've

Gregory B. Diette, M.D.

Page 186

1    done, when he -- let me explore that a little bit.
2        When he called you, did you tell him
3    that you had previously worked with MSA to help
4    you with your expert reports?
5        A   I didn't have to.
6        Q   He knew that.
7        A   Yes.
8        Q   Okay.  How would Mr. Cooper have known
9    that you worked with MSA before?
10       MS. BROWN:  Objection to the form, calls
11   for speculation.
12       MR. LOCKE:  Objection.
13   BY MS. PARFITT:
14       Q   If you know.  Seems like you know.
15       A   Oh, I do.  We had -- he and I had worked
16   together on other cases.
17       Q   Okay.  What other cases did you work
18   with Mr. Cooper on?
19       A   They were asbestos-related cases with
20   plastic or phenolics, like electrical equipment.
21       Q   Okay.  And in those cases that you
22   worked with Jonathan on -- or Mr. Cooper on, did
23   you utilize the services of MSA as well to help
24   you prepare your expert report in those cases?
25       A   I did.

Page 187

1        Q   Okay.  Has MSA reached out to you and
2    engaged or asked if you would engage in assisting
3    them on any other projects currently?
4        A   What do you mean by "currently"?
5        Q   Well, are you working with MSA on any
6    other projects other than the talcum powder
7    products and ovarian cancer?
8        A   Yes.
9        Q   What projects?
10       MS. BROWN:  And again, Doctor, to the
11   extent that a confidentiality agreement doesn't
12   prevent you from disclosing other work that you're
13   doing, you can answer the question.
14       THE WITNESS:  Some cases that relate to
15   asbestos and other chemical-related cases.
16   BY MS. PARFITT:
17       Q   Okay.  Was there a time when you,
18   instead of receiving services from MSA, you
19   provided services to MSA as an affiliate expert?
20       MS. BROWN:  Objection to the form of the
21   question.
22       THE WITNESS:  I know they have that word
23   "affiliate" in their name.  I don't know what that
24   means.  But I don't provide services to them.
25   BY MS. PARFITT:

Page 188

1        Q   Okay.  Have they ever listed you on some
2    type of website as a consultant for legal
3    purposes?
4        A   Well, I see --
5        MS. BROWN:  Objection to the form,
6    calls for speculation.
7        THE WITNESS:  -- Mr. Finch is here and
8    he --
9        THE REPORTER:  Excuse me.
10       THE WITNESS:  Oh, sorry.
11       MS. BROWN:  Objection to the form, call
12   for speculation.  Thank you.
13       THE WITNESS:  Mr. Finch flashed
14   something up at a trial to suggest that they had,
15   but that wasn't an advertisement for me.  It was a
16   list of somebody who had credentials that were
17   similar to mine.
18   BY MS. PARFITT:
19       Q   Okay.  Well, my question is, have -- are
20   you aware of whether or not Medical Science
21   Affiliates has ever advertised your name out in
22   the -- the community as someone --
23       MS. BROWN:  Same objection --
24   BY MS. PARFITT:
25       Q   -- who was a specialist in pulmonology

Page 189

1    medicine?
2        MS. BROWN:  Same objection.
3        THE WITNESS:  I'm not aware that they
4    advertise.
5    BY MS. PARFITT:
6        Q   Okay.  So are there times that Medical
7    Science Affiliates reaches out to you and says,
8    Dr. Diette, we want you to do a medical -- a
9    scientific review for us on a topic?
10       A   Never.
11       Q   Okay.  They've never done that.  You've
12   never provided that service for them.
13       A   They -- they don't ask me to do work for
14   them.
15       Q   Okay.  Do their clients ask you to do
16   work for them?
17       A   Of course, that's where we started,
18   right, from ten years ago.
19       Q   Right.  And that's what I'm trying to
20   figure out.
21       MS. BROWN:  Let him finish.  I don't
22   think he was done.
23       THE WITNESS:  No, that was -- that was
24   the description of what I was saying, like how
25   the -- the first time that I met them was that

48 (Pages 186 to 189)

Gregory B. Diette, M.D.

Page 190

1    they -- there was some, you know, group that
2    wanted an epidemiologic review, and they were
3    trying to figure out if there were local
4    epidemiologists that could take on a task like
5    that, and so that's the way it worked.
6    BY MS. PARFITT:
7        Q   Okay.  So I now get --
8            MS. BROWN:  He is not done.
9    BY MS. PARFITT:
10       Q   Are you done, Doctor?  I thought you
11   were.
12       A   I'll be done.
13       Q   Okay.  So if I appreciate this
14   structure, so we can move on, a client, some
15   company can reach out to Medical Science
16   Affiliates and say, We need some work done and
17   research done on a particular area.  Will you do
18   that for me?
19           Medical Science Affiliates will say,
20   Yes, we can.  And then Medical Science Affiliates
21   reaches out to people like you?
22           MS. BROWN:  Objection to the form.
23           THE WITNESS:  So I don't know -- I don't
24   know when they say, Yes, we can.  Like I don't
25   know, for example -- like their -- I don't know

Page 191

1    what their size is, but they may say, Yes, we can,
2    and just do it themselves.  Right.  They have
3    other people that I don't work with that work
4    there.
5            I'm just saying, like you're asking the
6    question, so it's like -- so if somebody calls
7    them and says, Can you do this work?  They may
8    well say, Yes, we can do it.  They may or may not
9    need a content expert or methodologic expert to do
10   it.  So it -- I assume it depends, but I'm -- I'm
11   not familiar with their entire business operation.
12   BY MS. PARFITT:
13       Q   Okay.  All I'm trying to find out is --
14   is who comes to who, and from what I understand
15   your testimony is, a client will reach out to MSA
16   and say, We have a project.  MSA will determine
17   whether or not someone -- someone's expertise is
18   needed in order to complete that job, and then MSA
19   reaches out to you.  Is that fair?
20           MR. LOCKE:  Objection.
21           MS. BROWN:  Objection.  Speculation.
22           THE WITNESS:  I like the answer I just
23   gave.  I mean I think that really was my answer to
24   that exact question.
25   BY MS. PARFITT:

Page 192

1        Q   So you never work for MSA; you always
2    work for a corporate client?
3            MR. LOCKE:  Objection.
4            MS. BROWN:  Objection to the form of the
5    question.
6            THE WITNESS:  So I've never worked for
7    MSA.
8    BY MS. PARFITT:
9        Q   Who pays your bills?  Law firms?
10           MS. BROWN:  Objection to the form.
11           THE WITNESS:  So --
12           MS. BROWN:  What bills?  What are you
13   talking about?
14   BY MS. PARFITT:
15       Q   Who pays your bills for doing services
16   at the request of MSA?
17           MS. BROWN:  Objection to the form.
18   BY MS. PARFITT:
19       Q   Anybody?
20           MS. BROWN:  Objection.  Can we -- let's
21   have one question and let him answer.
22           Go ahead.
23   BY MS. PARFITT:
24       Q   And I'll tell you the reason I'm asking,
25   Dr. Diette.

Page 193

1            MS. BROWN:  No, no, no, no.  You ask the
2    question, he answers.  We don't need to know why
3    you're asking the question.
4            MS. PARFITT:  Excuse me.
5            MS. BROWN:  It's improper.  You're not
6    going to give a speech, Counsel.
7    BY MS. PARFITT:
8        Q   Dr. Diette, we -- has there ever been a
9    chance or an opportunity where you have reached
10   out to MSA on your own, and say, A client that
11   doesn't work or do business with you, MSA, has
12   asked me to do a report.  Can you help me?
13       A   Yes.
14       Q   Okay.  So that's one scenario, correct?
15       A   Correct.
16       Q   It's some other client has -- some other
17   individual or entity has reached out to you and
18   said, Dr. Diette, I would like to engage your
19   expertise in the legal context.  Fair?
20           MS. BROWN:  Objection to the form.
21           THE WITNESS:  Or the epidemiologic
22   context, but in some context.
23   BY MS. PARFITT:
24       Q   Okay.  And then you have in turn reached
25   out to MSA and said, I need some help.

49 (Pages 190 to 193)

Gregory B. Diette, M.D.

Page 194

1      MS. BROWN: Objection to the form.
2      THE WITNESS: Something like that, yeah.
3  BY MS. PARFITT:
4      Q   Okay. That's one scenario.
5      Another scenario is when a corporate
6  client, for instance, engages the services of MSA
7  to do a project and a particular expertise is
8  needed, and MSA then reaches out to folks like
9  yourself or folks in other medical specialties.
10 Fair?
11     MS. BROWN: Objection. Speculation.
12     THE WITNESS: So I'm not a lawyer,
13 right. So I'm trying to listen carefully to the
14 words that you're using, and when you say they
15 reach out and they retain MSA, I -- I actually
16 don't know if that's actually what happens, right.
17     So I gave you an example that --
18 BY MS. PARFITT:
19     Q   Okay.
20     A   -- they might retain MSA for their own
21 purposes, and nobody else gets involved. If like,
22 for example, in this case when Jonathan Cooper
23 reached out, he wanted to work with me, and MSA
24 provided the support services for me to get that
25 work done. So I -- I have no idea whether he

Page 195

1  retained MSA per se. I mean that's -- that's
2  something for lawyers to kind of sort through.
3      Q   Well, did Jonathan Cooper go to you
4  directly or did Jonathan Cooper go to MSA?
5      MS. BROWN: Objection to the form.
6      You can answer if you know.
7      THE WITNESS: It was kind of both. I
8  mean I think we -- we were talking about something
9  else one day, and he asked if I would be
10 interested in this.
11 BY MS. PARFITT:
12     Q   Okay. And did Jonathan Cooper then
13 reach out to MSA as well?
14     MS. BROWN: Objection. Speculation.
15 BY MS. PARFITT:
16     Q   You said both. That's why I'm asking.
17     A   Yeah, yeah, I mean --
18     MS. BROWN: Same objection.
19     THE WITNESS: I don't know how that part
20 worked, I mean, but -- but it was pretty clear
21 that it was such a big volume of work, that if I
22 was going to do it with him that I was going to
23 use MSA's services.
24 BY MS. PARFITT:
25     Q   When you're engaged, who does the

Page 196

1  conflicts checks?
2      MS. BROWN: Objection. Speculation.
3  Engaged by who?
4  BY MS. PARFITT:
5      Q   When you're engaged by a client, who
6  does the conflict --
7      MS. BROWN: Same --
8  BY MS. PARFITT:
9      Q   -- conflicts checks for you?
10     MS. BROWN: Same objection.
11     THE WITNESS: I don't know that anybody
12 does conflicts checks. I mean if there is
13 somebody, I'm not aware of who that is. If it
14 comes up, people will ask me sometimes if I have a
15 conflict of interest. Sometimes I'll see a
16 complaint, you know, and be asked to look at, you
17 know, the names on the complaint.
18     It all depends, but I -- I don't even
19 know if I know what a conflict checks is, I mean
20 if that's a technical term. It's only been --
21 it's only been done the way I'm describing, which
22 somebody will say to me like, you know, Do you
23 have any conflict of interest?
24 BY MS. PARFITT:
25     Q   Okay. You prepared two affidavits that

Page 197

1  I'm aware of, one in the Ingham case and one in
2  the Forrest. Do you recall doing that back in
3  2018?
4      A   I do.
5      Q   Okay. Are you aware of any other
6  affidavits you prepared in 2018 other than the
7  Ingham and the Forrest?
8      A   I don't think so. But I mean if you
9  have one, I would be glad to help confirm it, but
10 I can't recall one off the top of my head.
11     Q   Fair enough. How much did you charge
12 for preparation of the Ingham affidavit?
13     MS. BROWN: Objection to the form.
14     THE WITNESS: I don't remember.
15 BY MS. PARFITT:
16     Q   More than 50,000?
17     MS. BROWN: Same objection.
18     THE WITNESS: So I guess it depends upon
19 when we're talking about like me, you know,
20 because earlier you were lumping together, you
21 know, services that MSA charges for and gets paid
22 for. So I don't remember what -- what part I got.
23 It wouldn't -- it wouldn't have taken $50,000
24 worth of my time to prepare, you know, the
25 affidavit, I don't think. And in part, because,

50 (Pages 194 to 197)

Gregory B. Diette, M.D.

Page 198

1  you know, the input for that was stuff I was
2  already, you know, reading and interpreting
3  otherwise.
4  BY MS. PARFITT:
5      Q   All right.  How much did you charge for
6  the Forrest report?
7          MS. BROWN:  Objection to the form.
8          THE WITNESS:  The same -- same answer.
9  I don't know.  And in fact, the Forrest report, if
10  it came second, probably not very much because I
11  think it's mostly derivative from the first.  I
12  mean I try -- I'm not trying to just, you know,
13  create work to create it.  Like if there's
14  something I -- that I like the way it reads, I try
15  to use it again.
16  BY MS. PARFITT:
17      Q   Okay.  Are you aware, having actually
18  prepared both of those affidavits, they are
19  virtually the same affidavit?  Would that surprise
20  you?
21          MS. BROWN:  Objection to the form.
22          THE WITNESS:  I hope they are.  I mean
23  that -- that was the intent.
24  BY MS. PARFITT:
25      Q   Okay.  Other than the ovarian cancer/

Page 199

1  talcum powder cases, have you been engaged by
2  anyone else for opinions on a non-pulmonary issue?
3          MS. BROWN:  Objection to the form.
4          THE WITNESS:  Related to?
5  BY MS. PARFITT:
6      Q   Your work with MSA.
7      A   No, but you said -- it sounded like
8  there's something missing from the question.
9      Q   Sure.  Let me -- let me ask it again.
10  Okay.
11          Other than this case involving ovarian
12  cancer and talcum powder products, have you been
13  asked and -- or requested by anyone for your
14  opinions on a topic that was something other than
15  non-pulmonary?
16          MS. BROWN:  Objection.  Do you mean --
17          MS. PARFITT:  That was non-pulmonary.
18          MS. BROWN:  -- to exclude Ingham and the
19  other?  When you say "this case," do you mean just
20  the MDL?
21          MS. PARFITT:  Yeah.
22  BY MS. PARFITT:
23      Q   And I think that's where we're getting
24  hung up.  When I say "this case," I'm going to be
25  talking about "this case" being talcum powder

Page 200

1  products and ovarian cancer.
2          And the question I have is, in any
3  context, when the topic of interest is talcum
4  powder products and ovarian cancer, have you ever
5  been asked by MSA to do any work that's
6  non-pulmonary, other than the ovarian cancer
7  cases?
8      A   Related --
9          MR. LOCKE:  Objection.
10          THE WITNESS:  Related to talcum powder?
11  BY MS. PARFITT:
12      Q   Related to anything.
13      A   Well, wait a minute.  No, because -- so,
14  first of all, you said has MSA asked me to do it.
15  Like they don't ask me to do stuff.  Like they --
16  it's -- the relationship we described before is
17  what it is.  So if it's more general about are
18  there other cases --
19      Q   Yeah.
20      A   -- and when you say non-pulmonary, you
21  know, there are cases I've been involved in that
22  have nothing do with talcum powder that are
23  non-pulmonary.
24          So I'm just trying to figure out,
25  there's a lot of different angles to what -- to

Page 201

1  what you're asking.
2      Q   Sure.
3      A   Are you talking about talcum powder
4  cases that are related to something other than
5  ovarian cancer, and something other than a
6  pulmonary --
7      Q   I'll simplify it.  Have you ever
8  prepared a report in a -- let me do it this way.
9          Talcum powder products and ovarian
10  cancer have nothing to do with pulmonary medicine,
11  correct?
12          MS. BROWN:  Objection to the form.  Are
13  we abandoning inhalation as a theory of --
14          MS. PARFITT:  No, we're not, no.
15          MS. BROWN:  Okay.
16          THE WITNESS:  Then no.  I mean, no,
17  meaning that if that's a theory, then that
18  certainly has something to do with pulmonary
19  medicine.
20  BY MS. PARFITT:
21      Q   Okay.  And I think what I'm really
22  driving at is, it looks as though your focus for
23  the last couple of years has been talcum powder
24  products and ovarian cancer or asbestos and
25  mesothelioma.  Is that fair?

Gregory B. Diette, M.D.

Page 202

1          MR. LOCKE:  Objection.
2          THE WITNESS:  My focus --
3     BY MS. PARFITT:
4          Q   Focus and research --
5          MS. BROWN:  Objection.
6     BY MS. PARFITT:
7          Q   -- for preparation of expert legal
8     reports.
9          MS. BROWN:  Objection to the form.
10         THE WITNESS:  I -- I'm either not
11    hearing you well or I think things are getting
12    jumbled.
13    BY MS. PARFITT:
14         Q   Okay.
15         A   And I --
16         Q   Probably the -- the latter.
17         A   No, and I apologize.
18         Q   It's probably me.
19         A   I'm not trying to give you a hard time.
20    I just mean that -- what I -- what I heard earlier
21    is am I working on something with talcum powder
22    other than ovarian cancer or other than ovarian
23    cancer and something that isn't part of the lung?
24    Is that it?
25         Q   Are you preparing expert reports on a

Page 203

1     topic area other than talcum powder products and
2     ovarian cancer currently?
3          MS. BROWN:  Objection.  He's not
4     answering questions about reports that have not
5     been served in cases --
6          MS. PARFITT:  Understood.
7          MS. BROWN:  -- where he's not a
8     disclosed expert.
9          THE WITNESS:  You mean in my
10    professional life in general?
11    BY MS. PARFITT:
12         Q   Correct.
13         A   Yes.
14         Q   Okay.  What other areas?
15         A   Well, that's what we talked about
16    before, right.  So there was asbestos, there's
17    some chemicals, probably like mold and dampness.
18    There's malpractice cases.  I mean a whole variety
19    of different things.
20         Q   Okay.  All right.  I want to come to --
21    where I want to go is your -- your actual report.
22    I want you to take me through -- I'll ask you some
23    questions about the process that you went through
24    in actually putting this report together.
25         A   And I don't want to overbreak or

Page 204

1     anything --
2          Q   Do you want to take --
3          A   No, I'm just wondering.  Not
4     necessarily, but if it's --
5          MS. MILLER:  This would be a good time
6     for lunch.
7          THE WITNESS:  Yeah, that's what I'm
8     wondering, just if it's going to be --
9          MS. BROWN:  Yeah, it's up to you.  If
10    you want to break, counsel will give you a break.
11         MS. PARFITT:  Whatever you want to do.
12    Do you want to take a break now?
13         THE WITNESS:  It would be nice to -- to
14    get a snack, and --
15         MS. PARFITT:  You want to take a half
16    hour and grab --
17         THE WITNESS:  Would that be okay?
18         MS. PARFITT:  That's totally fine, yep.
19         THE VIDEOGRAPHER:  The time is 12:08
20    p.m., and we are going off the record.
21         (Lunch recess.)
22         THE VIDEOGRAPHER:  The time is 12:43
23    p.m., and we're back on the record.
24    BY MS. PARFITT:
25         Q   Good afternoon, Dr. Diette.

Page 205

1          A   Good afternoon.
2          Q   All right, Dr. Diette, I'd like to focus
3     for a little bit about your -- actually your
4     expert report and hopefully get to your opinions
5     here soon.
6          It's fair to say that this report is --
7     this expert report is not a report that you
8     prepared in the ordinary course of your activities
9     as a pulmonary medicine at Johns Hopkins?
10         MS. BROWN:  Objection to the form.
11         THE WITNESS:  That's correct.
12    BY MS. PARFITT:
13         Q   Okay.  And are all the opinions which
14    you will be sharing with us today, and eventually
15    the court and a jury, set forth in your -- your
16    expert report?
17         MS. BROWN:  Form.
18         THE WITNESS:  I hope so.  I mean,
19    it's -- there may be like -- like smaller opinions
20    that are underpinnings that I didn't capture, but
21    I mean the fundamental opinions should be there.
22    And assuming nothing different comes out when
23    you're asking me about it today, I guess the only
24    other thing I'd say is that I don't think that
25    I've seen all of the -- the testimony yet in this

Gregory B. Diette, M.D.

Page 206

1    case. So I don't know whether that's going to,
2    you know, spur some other thought, you know, from
3    the other -- other experts who are testifying, but
4    aside from that, then this should otherwise be
5    complete.
6    BY MS. PARFITT:
7        Q   And obviously if you see something,
8    testimony that causes you to change your opinions,
9    you will let me know, correct?
10       MS. BROWN: Form.
11       THE WITNESS: I will.
12   BY MS. PARFITT:
13       Q   All right. Dr. Diette, on the front of
14   your report it says "Expert Report of Gregory
15   Diette, MD, MHS, For General Causation Daubert
16   Hearing." Did you write that?
17       A   Not this page, no.
18       Q   All right. Who wrote that?
19       MS. BROWN: Objection to the form.
20       THE WITNESS: I -- I don't know
21   literally. I think this came from the law firm as
22   a cover page for me to -- to sign.
23   BY MS. PARFITT:
24       Q   You've testified both in general
25   causation case -- as a general causation witness

Page 207

1    and as well as a specific causation witness,
2    correct?
3        A   Generally speaking, like in legal cases?
4        Q   Correct.
5        A   Yes, I have.
6        Q   All right. So you understand the
7    difference.
8        A   I hope so, yeah.
9        Q   Okay. Have you actually testified in an
10   asbestos/meso- -- mesothelioma case on giving
11   specific causation opinions?
12       A   Yes.
13       Q   Okay. Have you also provided general
14   causation opinions in a meso/asbestos case?
15       A   Yes.
16       Q   Okay. Now, it says Daubert. Do you
17   understand what a Daubert hearing is?
18       MS. BROWN: Objection to the form.
19       THE WITNESS: Probably not the way that
20   you do. I have a general -- general sense of
21   this, but -- you know, I -- I wouldn't be able to
22   answer, you know, a lot of test questions about
23   it.
24   BY MS. PARFITT:
25       Q   Okay. All right. And would it be fair

Page 208

1    to say that that is your signature on the -- on
2    the front page, Gregory Diette?
3        A   Yes, it is.
4        Q   And you completed that on February 25th,
5    2019, correct?
6        A   Exactly right.
7        Q   Okay. And it would also -- is it also
8    fair to say that the opinions contained in this
9    report are not the opinions of Johns Hopkins
10   University?
11       A   Not as far as I know. I mean they're
12   literally just mine.
13       Q   Have you shared these opinions with any
14   of the other members of the Johns Hopkins
15   community?
16       A   No.
17       Q   All right. Did you run the opinions
18   that you have by any of the staff or your
19   superiors at Johns Hopkins?
20       MS. BROWN: Objection to the form.
21       THE WITNESS: No.
22   BY MS. PARFITT:
23       Q   Okay. Aside from this expert report and
24   the opinions retained herein, have you shared your
25   opinions with anyone else outside of the Johns

Page 209

1    Hopkins community, regulatory or scientific
2    bodies?
3        MS. BROWN: Objection to the form.
4        THE WITNESS: No. You mean other than
5    the lawyers and --
6    BY MS. PARFITT:
7        Q   Correct, other than your lawyers.
8        A   Oh, yeah, yeah, yeah.
9        MS. BROWN: Objection to the form.
10   We're not his lawyers.
11       THE WITNESS: Right, but I mean but
12   lawyers that are involved in this case, I have
13   expressed it to, but not those other kinds of
14   entities that you described.
15   BY MS. PARFITT:
16       Q   Okay. And to be clear, you have not
17   shared with the Johns Hopkins community your
18   opinions on talcum powder products and ovarian
19   cancer.
20       MS. BROWN: Objection to the form.
21       THE WITNESS: That is correct.
22   BY MS. PARFITT:
23       Q   Okay. Let's go to I believe page 2 of
24   your report, if you will.
25       And take a moment. Do you have that in

Gregory B. Diette, M.D.

Page 210

1    front of you?
2        A   I do.  Thank you.
3        Q   Okay.  Is it fair to say that your
4    report contains the bases for your opinions as
5    well?
6        A   Yes.
7        Q   All right.  And is it fair the -- do you
8    know whether or not this report has answered all
9    the questions that J&J asked you to answer for
10   them?
11           MS. BROWN:  Objection.  Lacks
12   foundation.
13           THE WITNESS:  Well, I think there's only
14   one question, right?
15   BY MS. PARFITT:
16       Q   And what was that question?
17           MS. BROWN:  Wait.  Let him finish.
18   BY MS. PARFITT:
19       Q   What was that question?
20       A   I'm sorry.  So the question was -- was
21   really about whether or not the -- what does the
22   epidemiologic evidence say about the relationship
23   between talcum powder and ovarian cancer.
24       Q   All right.  So let's turn to your
25   report, page 2, and I believe --

Page 211

1           MS. PARFITT:  And we'll put it up on the
2    ELMO here.
3           (Counsel conferring.)
4           MS. PARFITT:  I guess we won't put it up
5    on the ELMO here.
6    BY MS. PARFITT:
7        Q   Looking at the Summary of Opinions,
8    would you please read, if you will, that first
9    sentence.
10       A   Down at the bottom?
11       Q   Please.
12       A   "The body of"?
13       Q   Under "Summary of Opinions."
14       A   Yep, sure.
15           "The body of relevant epidemiological
16   evidence does not support a causal connection
17   between perineal use of talcum powder products,"
18   parentheses, "whatever constituents those products
19   may contain in addition to talc," end parentheses,
20   "and ovarian cancer."
21       Q   All right.  And then in the next page is
22   you talk about the bases for that, correct?
23       A   I think that's the right way to say the
24   bases.  I mean it's sort of an elaboration of that
25   general -- general opinion.

Page 212

1        Q   Okay.  And if you would turn -- be so
2    kind to turn to the last page of the report,
3    page 51.
4        A   Okay.
5        Q   And again, if you would read the first
6    paragraph.
7        A   At the --
8        Q   And we'll go ahead and put that up on
9    the ELMO.
10       A   Under "Conclusion" or the --
11       Q   Under the Conclusion, if you will.
12       A   Yep.  The whole thing?
13       Q   Just that -- just that first
14   paragraph -- or first sentence.
15       A   First sentence.  Oh, okay.  Yep.
16           "It is my opinion, based on my
17   qualifications and my extensive review of the
18   available epidemiology studies and scientific
19   literature, that there is not sufficient evidence
20   to conclude that there is a causal relationship
21   between perineal talcum powder exposure and
22   ovarian cancer."
23       Q   Okay.  And I know you have much to say
24   about that, but that is basically the -- the
25   general opinion that you're going to be sharing,

Page 213

1    correct?
2        A   I agree with you, yes.
3        Q   Okay.  Let me show you what we'll have
4    marked as 12, Exhibit 12.
5           (Counsel conferring.)
6           MS. PARFITT:  Let me show you, Counsel,
7    what we -- what we'll have marked as Exhibit 12.
8    There you go.
9           (Diette Exhibit No. 12 was marked
10          for identification.)
11   BY MS. PARFITT:
12       Q   Doctor, have you seen this before?
13       A   Let me take a look and see.  (Peruses
14   document.)
15           So generally speaking, yes.  The -- the
16   only reason I can't say for sure I've literally
17   seen this exact version is because that -- not
18   that I would know when it was updated otherwise,
19   but I don't know who's in charge of all these
20   different -- excuse me -- websites that you found
21   at Johns Hopkins, and so I don't know, you know,
22   whether what I looked at is literally identical to
23   what we're looking at here.
24       Q   All right.
25       A   But it's approximately something that

Gregory B. Diette, M.D.

Page 214

1    I've seen.
2        Q  Okay.  Fair.
3            Now, this is from the Sidney Kimmel
4    Comprehensive Cancer Center, correct?
5        A  That's right.
6        Q  And it's entitled "Risk Factors -- Risk
7    Factors" -- excuse me -- and Symptoms."  Do you
8    see that?
9        A  I do.
10       Q  All right.  And if you and this is for
11   ovarian cancer, you see that?
12           On the second line, "ovarian cancer," it
13   talks --
14       A  Yes.
15       Q  Okay.  Now, what I'd like you to do is
16   turn to the second page, and there is a risk
17   factor listed, amongst others.  Do you see that?
18       A  I do.
19       Q  And it says "Talcum Powder and
20   Asbestos."  Do you see that?
21       A  Yes.
22       Q  All right.  Would you read that, please.
23       A  "Habitual use of talcum powder on the
24   genital area may increase the risk for ovarian
25   cancer, but the evidence is not strong.  A study"

Page 215

1    -- the first sentence or the whole thing?
2        Q  The whole thing.
3        A  Yep.  "A study at Harvard Medical School
4    found that using talc this way doubled the risk,
5    but other studies found no increased risk.  Some
6    researchers believe that talc may be carcinogenic
7    because it contains particles of asbestos, a known
8    carcinogen.  It's been shown that rates of ovarian
9    cancer are higher than normal in women whose jobs
10   expose them to asbestos."
11       Q  All right.  Thank you.
12           Fair to say, Dr. Diette, that your
13   opinions are contrary to the opinions of what --
14   of those individuals at the Sidney Kimmel
15   Comprehensive Cancer Center?
16           MS. BROWN:  Objection to the form of the
17   question, lacks foundation.
18           THE WITNESS:  I wouldn't say globally.
19   I mean there's -- there's things here that
20   resonate with me just fine.
21   BY MS. PARFITT:
22       Q  What resonates with you fine and what
23   does not resonate with you?
24       A  Well, so, for example, when --
25       Q  And if you will, I'm going to put mine

Page 216

1    up here, and I'm going to doc- -- and I'm going to
2    go ahead and make a notation as you talk, and
3    we're going to put your initials by that which you
4    agree or don't agree, or that which resonates with
5    you or that which does not.
6            So give me a moment.  Hang with me,
7    okay?
8        A  Yeah.
9        Q  All right.
10           MS. BROWN:  Objection to the exercise.
11           THE WITNESS:  And I will say -- I mean I
12   wasn't -- you know, that I don't necessarily --
13   I'm not going to be able to necessarily agree or
14   literally disagree with each one of these, but
15   I'll just try to comment on what they -- what they
16   have here and what it says to me.
17   BY MS. PARFITT:
18       Q  All right.  Well, why don't we take the
19   first one.
20           "Habitual use of talcum powder on the
21   genital area may increase the risk for ovarian
22   cancer, but the evidence is not strong."
23       A  Yeah.
24       Q  Do you agree with that?
25       A  I agree that the evidence is not strong.

Page 217

1    And -- and I think it's a -- it's a pretty nuanced
2    statement.  It may increase, which leaves open
3    that it may not increase.  So I think it's a --
4    it's a balanced statement.  And their inclusion of
5    the evidence not being strong is what resonates
6    with me.
7        Q  Okay.  Do you disagree, though, that
8    it -- do you agree or disagree with this
9    statement: "Habitual use of talcum powder on the
10   genital area may increase the risk for ovarian
11   cancer, but the evidence is not strong"?
12           MR. LOCKE:  Objection.
13   BY MS. PARFITT:
14       Q  Do you agree with that statement?
15       A  I don't literally agree or disagree with
16   it.  I mean, I think I break it down the way that
17   I did into those two parts.
18       Q  Okay.  Well, I have a different
19   question.  I know how you want to do it, but I --
20   I do get the ask the questions.
21           MS. BROWN:  He answered your question,
22   Counsel.
23   BY MS. PARFITT:
24       Q  Habitual question -- yes or no --
25           MS. BROWN:  No.

55 (Pages 214 to 217)

Gregory B. Diette, M.D.

Page 218

```
1    BY MS. PARFITT:
2       Q   "Habitual use of talcum powder on the
3    genital area may increase the risk for ovarian
4    cancer." True or false?
5           MR. LOCKE: Objection.
6           MS. BROWN: Objection to the form of the
7    question, asked and answered.
8           You can give the same answer again.
9           THE WITNESS: It's --
10          MS. PARFITT: Counsel, please quit
11   instructing the witness.
12          MS. BROWN: Counsel, don't yell at me.
13   BY MS. PARFITT:
14      Q   Go ahead.
15          MS. BROWN: We can call the Judge.
16          MS. PARFITT: I'm not yelling -- we can
17   call the Judge because I'll tell you, I don't
18   think he'll be -- she will be impressed.
19          MS. BROWN: That's fine. Let's go.
20   Let's walk right there and call her right now.
21          MS. PARFITT: I'm not going to waste the
22   time right now.
23          MS. BROWN: Okay.
24          THE WITNESS: So I don't see it as a
25   true or false questions. I think that there's two
```

Page 219

```
1    parts, and I -- I like the way that I answered it.
2    BY MS. PARFITT:
3       Q   Well, let me ask you this: My -- if
4    Judge Wolfson, who is the judge presiding over
5    this case, says to you, Dr. Diette, I've got a
6    question for you -- this is in July -- do you have
7    an opinion whether or not habitual use of talcum
8    powder on the genital area may increase the risk
9    for ovarian cancer, what are you going to tell
10   her?
11          MS. BROWN: Objection to the form of the
12   question and to the yelling at the witness.
13   BY MS. PARFITT:
14      Q   I'm not yelling at you, Dr. Diette.
15          MS. PARFITT: Everyone is saying I
16   talk -- believe me, I'm not yelling at him. I'm
17   not that disrespectful. Trust me, please.
18          THE WITNESS: Okay. I don't think it
19   does, but, you know, there's so many ways you
20   could write this, which is why that it doesn't
21   strike me as something to agree or disagree with.
22   They could -- could have said "habitual use
23   causes." They could have said that it does
24   increase the risk.
25          So, you know, those are very different
```

Page 220

```
1    than "may increase the risk," and it's very
2    different than saying it causes it.
3    BY MS. PARFITT:
4       Q   Okay.
5       A   So it's -- it's a pretty vague
6    statement.
7       Q   Okay. And I think -- I hear what you're
8    saying, but my question, and I think you just
9    answered it, is if -- if Judge Wolfson says to
10   you, Dr. Diette, I would like an answer to my
11   question: Does the habitual use of talcum powder
12   on the genital area increase the risk for ovarian
13   cancer?
14          My -- my question to you from Judge
15   Wolfson.
16          MR. LOCKE: Objection.
17          MS. BROWN: Objection to the form of the
18   question, asked and answered.
19          THE WITNESS: And whether it does?
20   BY MS. PARFITT:
21      Q   Yeah, the question is --
22      A   Well, it doesn't say that, though.
23      Q   -- do you have -- no, no, no, I know it
24   doesn't.
25      A   Oh.
```

Page 221

```
1       Q   I'm representing -- you've already told
2    me what you said about what's here.
3       A   I see.
4       Q   What I'm asking you is, do you have an
5    opinion whether or not the habitual use of talcum
6    powder -- powder on the genital area may increase
7    the risk for ovarian cancer?
8       A   Not to quibble, but you just said does
9    increase before that, and now it's may increase?
10   Is it -- is it does increase --
11      Q   I'm going to do both, yeah.
12      A   Okay. Well, I think this is so watered
13   down that it doesn't really say anything
14   definitive when you say "may increase." If the
15   question is about "does increase," I would say it
16   does not increase the risk.
17      Q   Okay. And as worded, you feel that it's
18   somewhat equivocal. Is that fair?
19          MS. BROWN: Objection to the form of the
20   question.
21          THE WITNESS: Well, not the entire
22   statement. I mean the evidence is not strong.
23   Seems like a pretty -- a pretty potent part of the
24   statement.
25   BY MS. PARFITT:
```

Golkow Litigation Services - 877.370.DEPS

Gregory B. Diette, M.D.

Page 222

1      Q   Okay.  So you agree with "the evidence
2  is not strong."
3          And then what about the next part, "A
4  study at Harvard Medical School found that using
5  talc this way doubled the risk, but other studies
6  found no increased risk."  Do you agree with that
7  statement?
8          MS. BROWN:  Objection to the form of the
9  question.
10         THE WITNESS:  It's -- I would say maybe.
11  And the reason is because they -- they haven't
12  cited what the Harvard study is.  It -- I could
13  assume, but I might be wrong that maybe it's the
14  Cramer study from '82.  Maybe it's not.  So if I
15  don't know.  So if they're citing that, then --
16  then that might well be a correct statement.  And
17  it's certainly correct that other studies have
18  found no increased risk.
19  BY MS. PARFITT:
20      Q   All right.  So from your review of the
21  medical and scientific literature, you have seen
22  where scientists who look at the same scientific
23  and medical literature can arrive at different
24  opinions, correct?
25         MS. BROWN:  Objection to the form of the

Page 223

1  question.
2          THE WITNESS:  Are we talking about a
3  specific topic or just you -- in general, that
4  scientists can disagree with each other?
5  BY MS. PARFITT:
6      Q   Scientists can disagree with each other.
7          MS. BROWN:  Objection to the form.
8          THE WITNESS:  I think in general, they
9  can disagree about all sorts of things.  I don't
10  think there's a good reason to disagree about this
11  topic that we're talking about.
12  BY MS. PARFITT:
13      Q   Well, in this particular sentence, Johns
14  Hopkins University is representing to consumers,
15  or anyone who wants to get onto the website, that
16  medical schools found -- that a study of the
17  Harvard Medical School found that using talc this
18  way doubled the risk, but other studies found no
19  increased risk.
20      A   Yes.
21      Q   Is it fair to say they're communicating
22  that there are science -- there's science out
23  there that goes both ways?
24         MS. BROWN:  Objection to the form --
25         MR. LOCKE:  Objection.

Page 224

1          MS. BROWN:  -- of the question,
2  misstates the document, and it's been asked and
3  answered.
4          THE WITNESS:  I'd be careful a lot of
5  ways, right?  I think it's -- it's easy to say
6  what, you know, Johns Hopkins is saying.  I don't
7  know how well this represents Johns Hopkins as an
8  entity.  I -- like I don't know who controls this
9  website.  I don't know who the author was.  I
10  don't know if it was -- you know, somebody who was
11  hired for the summer to create a website or
12  whether it's somebody who is a credible
13  researcher.
14         But I also know that these kinds of
15  things populate all kinds of different websites,
16  and they're not necessarily like a policy
17  statement, you know, of a university or a hospital
18  or an entity.
19  BY MS. PARFITT:
20      Q   And I'll --
21      A   I would just be careful, I mean just in
22  terms of saying Johns Hopkins is saying this.
23      Q   Well, I will represent to you, and you
24  can see for yourself, that the Sidney Kimmel
25  Comprehensive Center puts out this information.

Page 225

1  Your institution.
2          MS. BROWN:  Objection to the form of the
3  question, and misstates the document.
4          THE WITNESS:  It's the same issue.
5  Right.  I mean I know the Sidney Kimmel Cancer
6  Center, and I work there.  It's -- but I don't
7  know what the source is of this information, I
8  don't know who's the author, and I don't know what
9  they expect it to represent in terms of a Johns
10  Hopkins, you know, point of view.
11  BY MS. PARFITT:
12      Q   Did anyone over at the Sidney Kimmel
13  Comprehensive Cancer Center ever consult you with
14  regard to what language should be included on the
15  website with regard to risk factor information?
16      A   No.
17         MS. BROWN:  Objection to the form.
18  BY MS. PARFITT:
19      Q   Okay.  The second part, let's go on.  If
20  you will, it starts with -- if you can read on
21  "Some," if you would read that, please.
22      A   "Some researchers believe that talc may
23  be carcinogenic because it contains particles of
24  asbestos, a known carcinogen."
25      Q   All right.  And do you agree with that

57 (Pages 222 to 225)

Gregory B. Diette, M.D.

Page 226

1    statement?
2         MS. BROWN:  Objection to the form.
3         THE WITNESS:  Well, I certainly agree
4    that some researchers believe that, because we've
5    seen it in plaintiffs' experts.  So it's -- on its
6    face, I think it's a -- a true -- true statement
7    that there are people who believe that.
8         And I think the part that asbestos is a
9    known carcinogen is also something I agree with.
10   BY MS. PARFITT:
11        Q   Okay.  And then it goes on to say:
12   "It's been shown that rates of ovarian cancer are
13   higher than normal in women whose jobs expose them
14   to asbestos."
15        Do you agree with that statement?
16        A   So, you know, this language is -- is not
17   great, right?  It has been shown that, right.  So
18   we could look at, you know, any one of those
19   studies that was done around World War II, for
20   example, and if you looked at one that was
21   positive, you could say it was shown that they
22   were higher.  I'm not sure whether the general
23   proposition has been established, though.
24        Q   Okay.
25        A   If you guys are going to whisper, you're

Page 227

1    going to miss what I'm saying.
2         Q   No, I was -- I was just turned.
3         A   Okay.
4         Q   I heard what you said.  Thank you.
5         A   All right.
6         Q   And fortunately, I have it right here in
7    front of you too.
8         A   Okay, good.  Good, good, good.
9         Q   Yeah, thank you.  And I thought you had
10   finished what you were saying because you finished
11   "okay," so I thought --
12        MS. BROWN:  That's your "okay," Counsel.
13   BY MS. PARFITT:
14        Q   I'm sorry.  I believe you finished.  I'm
15   not sure whether the general proposition has been
16   established.  So I thought that was the end --
17        A   That was the end --
18        Q   -- of your sentence.
19        A   Yeah.
20        Q   Right.  Okay.  All right.
21        Q   Are we done with this one?
22        Q   For the time being, yeah.  We may come
23   back to that.
24        Other than providing counsel with an
25   expert report of your opinions, have you reached

Page 228

1    out to the Food and Drug Administration to share
2    your opinions with them?
3         A   No.
4         Q   All right.  Other than counsel who has
5    retained you to provide an expert -- a legal
6    expert report, have you reached out to any
7    scientific body to share your opinions?
8         MS. BROWN:  Objection to the form.
9         THE WITNESS:  No.
10   BY MS. PARFITT:
11        Q   Okay.  Have you reached out to any
12   medical body to share your opinions?
13        MS. BROWN:  Objection to the form.
14        THE WITNESS:  No.
15   BY MS. PARFITT:
16        Q   Okay.  Did you reach out to the Sidney
17   Kimmel Comprehensive Cancer Center and the folks
18   over there and share with them what your opinions
19   are?
20        A   No.
21        MS. BROWN:  Asked and answered.
22   BY MS. PARFITT:
23        Q   Do you know Dr. Merlo?
24        A   I do.
25        Q   He's a friend of yours, right?

Page 229

1         A   He is.
2         Q   Okay.  And you're Facebook friends.
3         A   I'm friends with his wife.  He and I
4    might be also, but we're friends in -- in reality,
5    not just on --
6         Q   Not just on Facebook.
7         A   Yeah.
8         Q   Is his wife a doctor?
9         A   She is not.
10        Q   Okay.  Do you know Dr. April
11   Zambelli-Weiner?
12        A   I do.
13        Q   Okay.  You have worked with her in the
14   past, correct?
15        A   Really briefly, way back when.
16        Q   Okay.  Do you consider her -- do you
17   know she's an epidemiologist, correct?
18        A   I think I know that.
19        Q   Okay.  Do you consider her an
20   epidemiologist with expertise and well received in
21   the medical comm-- and scientific community?
22        MS. BROWN:  Objection.  Lacks
23   foundation, calls for speculation.
24        THE WITNESS:  So I don't know much
25   about -- about her lately.  I think the last time

58 (Pages 226 to 229)

Gregory B. Diette, M.D.

Page 230

1    that I saw her was when she was still training at
2    Hopkins.  And so there's a couple of decades that
3    have gone by.  So I -- so I honestly have no idea
4    what her reputation is at this point.
5    BY MS. PARFITT:
6        Q   Okay.  Did you work with her?
7        A   Sort of.  Like not -- we were -- we were
8    both involved in a research project, but we
9    weren't both involved in the same part of the
10   project.  So I -- it's -- to say that we worked
11   together, it's -- it's a little bit vague in a way
12   about whether we did.  We traveled together for
13   one particular research program we were a part of.
14   But --
15       Q   Okay.
16       A   Like I don't think we published
17   together.  I don't think.
18       Q   Do you think of her as a good scientist?
19       MS. BROWN:  Objection to the form of the
20   question, calls for speculation.
21       THE WITNESS:  I -- I honestly don't know
22   what she's -- what she's up to.  I mean it's
23   literally been a couple of decades.
24   BY MS. PARFITT:
25       Q   Sure.  Well, when you did know her back

Page 231

1    a couple of decades ago, did you consider her a
2    good scientist?
3        MS. BROWN:  Objection to the form,
4    vague, calls for speculation.
5        THE WITNESS:  I wouldn't say that I know
6    that she wasn't, but I really wasn't very familiar
7    with what her work was.
8    BY MS. PARFITT:
9        Q   Her work.  Okay.  That's fair enough.
10       Okay.  Alrighty.  Let's set this aside.
11       Dr. Diette, are you aware that just last
12   month, and I believe it was March 12th, the House
13   Committee on Oversight and Reform, Committee on
14   Economic and Consumer Policy conducted a hearing
15   about the public health risk of carcinogens in
16   talcum powder products and other consumer
17   products?  Were you aware of that?
18       MR. LOCKE:  Objection.
19       MS. BROWN:  Objection to the form.
20       THE WITNESS:  I saw that -- a question
21   about that in one of the deposition transcripts
22   that I -- that I read.  I don't remember which
23   one.  But that's my only awareness of that.
24   BY MS. PARFITT:
25       Q   Okay.  So no one requested that you

Page 232

1    appear and give testimony, correct?
2        A   Correct.
3        MS. BROWN:  Form.
4    BY MS. PARFITT:
5        Q   Right.  So no one inquired as to what
6    your opinions were on this topic; is that correct?
7        MS. BROWN:  Asked and answered.
8        THE WITNESS:  That is correct.
9    BY MS. PARFITT:
10       Q   Okay.  I'll represent to you that at the
11   hearing, both consumer and industry were invited
12   to attend.
13       Are you aware that Dr. McTiernan, who is
14   an expert in this case, was one of those
15   individuals that was invited to attend?
16       MR. LOCKE:  Objection.
17       MS. BROWN:  Objection.  Lacks
18   foundation.
19       THE WITNESS:  I don't know.
20   BY MS. PARFITT:
21       Q   Okay.  You've read her expert report,
22   correct?
23       A   I did.
24       Q   And you understand that she was one of
25   the coinvestigators with the WHI study?

Page 233

1        MS. BROWN:  Objection to the form.
2    BY MS. PARFITT:
3        Q   One of the cohorts that you rely on.
4        MS. BROWN:  Foundation, speculation.
5        THE WITNESS:  That's what I understand.
6    BY MS. PARFITT:
7        Q   Okay.  When you were writing your expert
8    report and researching the cohort studies, did you
9    ever reach out to Dr. McTiernan to consult with
10   her with regard to her thoughts and opinions about
11   that particular cohort study?
12       MS. BROWN:  Objection to the form.
13   Which study?
14       MS. PARFITT:  I said the WHI study.
15       MS. BROWN:  It's not in your question.
16       THE WITNESS:  Assuming the WHI study, I
17   did not.
18   BY MS. PARFITT:
19       Q   Okay.  Dr. McTiernan testified at that
20   hearing, and her testimony went uncontroverted,
21   that there was a statistically significant
22   increased risk of 22 to 31 percent of developing
23   ovarian cancer from genital use of talcum powder
24   products.
25       Do you agree or disagree with that?

59 (Pages 230 to 233)

Gregory B. Diette, M.D.

Page 234

1    MR. LOCKE: Objection.
2        MS. BROWN: Objection. This lacks
3    foundation. Counsel, are you giving him a
4    hypothetical? Or if not, are you going to give
5    him something that would support the statements
6    that you're making on the record?
7    BY MS. PARFITT:
8        Q    Assume that Dr. McTiernan testified
9    before the subcommittee who was investigating the
10   safety of talcum powder products, that
11   Dr. McTiernan testified that there was scientific
12   evidence that women who used talcum powder
13   products have a statistically significant
14   increased risk of 22 to 31 percent of developing
15   ovarian cancer.
16       A    So, first of all --
17       MS. BROWN: Wait, wait. What's the
18   question?
19   BY MS. PARFITT:
20       Q    And I should add developing epithelial
21   ovarian cancer having used talcum powder products.
22       MS. BROWN: What's the question? You
23   just gave an assumption.
24   BY MS. PARFITT:
25       Q    Do you --

Page 235

1        MS. PARFITT: I just was finishing.
2    BY MS. PARFITT:
3        Q    But do you agree with her statement
4    before Congress?
5        MS. BROWN: Objection to the form.
6        MR. LOCKE: Objection.
7        MS. BROWN: Incomplete hypothetical,
8    lacks foundation, calls for speculation.
9        THE WITNESS: So I don't know what she
10   said -- and I know you're asking me to assume what
11   she said -- I don't know what else she said about
12   it, so how the -- how that's framed -- it sounds
13   compatible generally with what her report had at
14   least one sentence about.
15   BY MS. PARFITT:
16       Q    Okay. Let me show you what we'll have
17   marked as Exhibit 13.
18       (Diette Exhibit No. 13 was marked
19       for identification.)
20   BY MS. PARFITT:
21       Q    And I'll represent to you that this
22   is the statement of Ann McTiernan that was
23   prepared for the Subcommittee on Economic and
24   Consumer Policy on "Examining the Public Health
25   Risks of Carcinogens in Consumer Products" dated

Page 236

1    March 12th, 2019.
2        Do you see that?
3        A    I see it.
4        Q    Okay. If I can direct your attention
5    to -- and I'll represent that this was a statement
6    that she submitted prior to the hearing, and
7    specifically -- I can put it on the ELMO here.
8    Let's go down to the third full paragraph.
9        Do you see that, it starts
10   "Summarizing"?
11       A    Yes.
12       Q    Okay. And it states: "Summarizing data
13   from all of the published studies consistently
14   shows that women who had ever used talcum powder
15   products in the genital area had a statistically
16   significant 22 to 31 percent increased risk of
17   developing epithelial ovarian cancer compared with
18   women who had never used them. Evidence suggests
19   that these associations hold across diverse race
20   and ethnic groups."
21       Did I read that correctly?
22       A    You did.
23       Q    All right. Do you agree with that
24   statement?
25       MS. BROWN: Objection to the form.

Page 237

1        THE WITNESS: Well, I think this is
2    compatible with what, you know, her report and her
3    testimony has been generally. I think it's --
4    it's -- unfortunately, it's not very balanced,
5    right. I mean she -- she's leaving out an awful
6    lot of information here and -- and really
7    referring just to one narrow slice of the evidence
8    that she's -- that she's citing here.
9    BY MS. PARFITT:
10       Q    Okay. What did she leave out, Doctor?
11       A    I'm sorry?
12       Q    What is she leaving out?
13       A    Well, saying that -- that "data from all
14   the published studies consistently shows that
15   women who had ever used talcum powder products in
16   the genital area had a statistically significant
17   22 to 31 percent increased risk," and I won't
18   finish the rest, but, you know, of developing
19   ovarian cancer.
20       So, you know, they don't all have a
21   statistically significant increase, and she's
22   leaving out information that would run counter to
23   that also, including I think -- let me just see
24   what she cites.
25       She cites Berge and Penninkilampi and

Gregory B. Diette, M.D.

Page 238

1    Terry, but there's other information in there,
2    like from Berge, for example, you know, who points
3    out that there's no risk seen in the cohort
4    studies.  So I think if this were balanced, that
5    she would -- she would have more information than
6    just that particular statement.
7        Q    Okay.  And we'll talk a little bit more
8    about the -- the cohorts in just -- just a moment.
9            Okay.  What was the methodology you
10   employed in order to present the opinions and
11   bases for opinions in your report?
12       A    So generally, I tried to identify all of
13   the relevant epidemiologic studies -- is that what
14   you're -- you're asking?
15       Q    That is?
16       A    Okay.
17       Q    That is.
18       A    And so I tried to find them in an
19   iterative way, you know, meaning that there were
20   meta-analyses that had many of them listed.  I did
21   some searches of their own reference lists to look
22   for others.  I did searches, you know, using
23   web-based, you know, tools to find other -- other
24   studies, and tried to get what I thought was a
25   pretty comprehensive group of all the

Page 239

1    epidemiologic studies.
2            And then I also tried to read other
3    things, you know, IARC monographs, other -- like
4    reports from like American College of Obstetrics
5    and Gynecology, and -- and get a sense of how some
6    of the information was being interpreted by
7    other -- other bodies.
8            And -- and then ultimately looked at
9    criteria that people recognize as useful for
10   assessing causation, which are labeled sometimes
11   Bradford Hill considerations, and then other
12   things too.
13           So besides that, then, you know, looking
14   at the quality of the studies in some cases.  So,
15   for example, were there valid measures of -- of
16   exposure that were used, was there evidence for
17   confounding and bias, and so forth.
18       Q    All right.
19       A    Meaning especially those latters
20   aren't -- those latter factors aren't part of
21   Bradford Hill.  Like he doesn't talk about, you
22   know, bias and confounding and validity of the
23   measures and so forth.  So there's more to looking
24   at it than just Bradford Hill.
25       Q    Okay.  So what was -- what were the

Page 240

1    search terms that you used in order to do your
2    literature review?
3        A    I didn't -- I didn't write them down,
4    but it -- you know, this didn't start as like a --
5    like a -- like there's been some searches that
6    I've been involved in where, you know, somebody
7    might commission a review of a particular topic,
8    and you have to figure out what those search terms
9    are.
10           In this case, there's a really good head
11   start because there's meta-analyses done and
12   there's some other -- some other papers.  And so
13   what I tried to use was the words that the authors
14   used, you know, assuming that they would then link
15   up and find the other -- other articles.
16           So -- so like "ovarian cancer," "talc,"
17   "talcum powder," probably some -- you know, some
18   words like "risk" and "cause" and -- I think for
19   that part of it that was -- that was kind of the
20   bulk of it.  There may have been other terms that
21   came up in some of the -- some of the articles
22   that I would search for also, but that -- that was
23   the main ones.
24       Q    Did you search for the word "cancer"?
25       A    Oh, well, "ovarian cancer."

Page 241

1        Q    Okay.  Did you search for the word
2    "asbestos"?
3        A    I did, but differently -- so I did sort
4    of a separate search for that, which was "asbestos
5    and ovarian cancer."  Same approach, but -- but
6    different -- I thought we were just talking about
7    the talcum powder at the moment.
8            But separately, I did a search for
9    "asbestos and -- and ovarian cancer."  And -- and
10   just like for this issue of talcum powder, there
11   was a good head start from -- from IARC, at least
12   having identified several -- several key studies,
13   and then looked for more because there were
14   obviously some that they didn't cite or that
15   weren't available to them at the time that they
16   did their -- their review.
17       Q    Did you search for the word
18   "inflammation"?
19       A    I did, for -- part of the searches was
20   for inflammation.
21       Q    Okay.
22       A    I should say also -- I mean there's more
23   to it if you want, just a little bit more.
24       Q    No.  Let me ask you a question first.
25       A    Okay.

Gregory B. Diette, M.D.

Page 242

```
 1        Q   There's no question pending.
 2        I assume you did a literature search
 3   back in the early part of 2017 when you were first
 4   retained, correct?
 5        A   Correct.
 6        Q   All right.  So did you update that
 7   literature search?
 8        A   Oh, yeah.
 9        Q   Okay.  Did you keep -- do you keep some
10   kind of recordation of material you had before and
11   then what material you're looking at now for
12   purposes of this most recent report?
13        A   No, I mean it's not sorted by -- by when
14   I found it.
15        Q   All right.  You represented, at least in
16   your report, that you looked at the databases
17   Medline and Google.
18        Did you use any other databases for your
19   research?
20        A   Well, scholar -- Google Scholar as
21   opposed to just plain Google and then main Google
22   itself.  I don't remember if I used any others.
23        Q   Okay.  Where in your report do you share
24   your systematic review and collection of the
25   various literature that formed the bases of your
```

Page 243

```
 1   opinion?
 2        A   I didn't write that part, I don't think,
 3   but it -- I do talk about the -- the methodology
 4   in general.
 5        Q   Okay.  Well, you talk about the
 6   methodology on page -- I believe it's page 4, and
 7   there's about two paragraphs there, and then on
 8   the top of page 5, where there's just two full
 9   paragraphs.
10        So my question is, where do you -- is
11   there anywhere else in your report that you set
12   forth your methodology --
13        A   Yeah.
14        Q   -- employed in order to --
15        A   Sure, other places --
16        Q   -- form the basis for your opinions?
17        A   Sorry, I didn't mean to interrupt.
18        Q   No, and what I'm saying --
19        A   Were you done?
20        Q   -- you have a methodology section --
21   let's start over.
22        You have a methodology section of your
23   report.  Is it fair that that is where you set
24   forth the methodology that you employ in this
25   case?
```

Page 244

```
 1        A   Some --
 2        MS. BROWN:  Objection to the form.
 3        THE WITNESS:  Some of it.
 4   BY MS. PARFITT:
 5        Q   Okay.  And how did you select the
 6   case -- the cases that became part of your list of
 7   cases on page 13 and 14 of your report?
 8        A   What does "cases" mean?
 9        Q   Studies.  You have them listed on
10   page 13, and it carries over to page 14.
11        A   It's -- the way I describe it, I don't
12   think I got to finish answering the question about
13   the -- the rest of the methodology.  You'd have to
14   turn over to page 6, and in the section called
15   "Review of Epidemiology Data," there's a
16   description of what I just told you verbally just
17   a moment ago, which is talking about MedLine and
18   Google Scholar, and reviewed the reference list of
19   the individual studies and the meta-analyses to
20   assemble a complete list of studies, and then I --
21   it goes on.  That's not the whole paragraph
22   obviously, but that's the -- that's the general
23   method of how I found them.
24        Q   Okay.  And what process did you go
25   through to select or deselect certain pieces of
```

Page 245

```
 1   literature that you reviewed?
 2        A   Well, I -- I included all of the ones
 3   that I could find.  I mean we're talking about the
 4   epidemiologic studies.
 5        Q   We are.  We are indeed, yeah.
 6        A   So like in terms of the cohort studies,
 7   there's only three I could find.  There's more
 8   than three publications that pertain to the three,
 9   but I included all three, and I included all the
10   publications I could find on the topic.
11        But the case-control study, a similar
12   approach, although there's a little bit of
13   confusion with the case controls because there's
14   overlap.  There is a redundant publication where
15   some authors are presenting the same data twice,
16   and it's not entirely clear how to unravel them.
17   So I just tried to include as many of those as I
18   could that looked like distinct studies, and I
19   tried to make sure I had the -- you know, the vast
20   majority of what was being considered in the
21   meta-analysis as well.
22        Q   I think where I'm going is, where do
23   you -- where do you tell the -- the reader what
24   your inclusion criteria was for selecting studies?
25        MS. BROWN:  Objection to the form.
```

**62 (Pages 242 to 245)**

Gregory B. Diette, M.D.

Page 246

```
 1          THE WITNESS:  I tried to get them all.
 2   I wasn't trying to exclude any studies.
 3   BY MS. PARFITT:
 4      Q   So every -- so may I assume from that
 5   statement that all of the literature that you've
 6   listed on page 13 and 14 in the cohort studies and
 7   the meta-analysis is the entire body of literature
 8   that you reviewed?
 9      A   Of course not.
10          MS. BROWN:  Objection to the form.
11          THE WITNESS:  No, no, what -- well, I
12   guess, if you could, please be very precise what
13   you're asking.
14          To me what I think we're talking about
15   is the case-control studies and the cohort
16   studies, and so I tried to identify every single
17   one of them.  So I didn't have an exclusion
18   criteria to say I was going to ignore this one
19   because it wasn't supportive of my view or
20   something like that.  I included them all.
21          I searched for clinical trials, but
22   there weren't any.  So that was -- that was an
23   issue as well.
24   BY MS. PARFITT:
25      Q   Were there any studies that you chose
```

Page 247

```
 1   not to include on your list of 13 and 14 that you
 2   had actually reviewed during the course of your
 3   study?
 4      A   And we're talking about case-control
 5   studies and cohorts.
 6      Q   Correct.
 7      A   I didn't -- wait a minute.  I didn't
 8   deliberately not include any of them.  I tried to
 9   include every single one, with that exception
10   being -- and I don't remember which ones were
11   which, but there were a couple that were
12   redundant.  You know, the -- the authors of these
13   haven't in every case been careful about reporting
14   findings that are unique.
15      Q   Okay.  Focusing now, if I may, on your
16   chart, page 13 and 14 of the case-control studies.
17          Do you have that in front of you?
18      A   Almost.
19      Q   Okay.
20      A   I do.
21      Q   All right.  Where in this document,
22   page 13 and 14, do you identify the number of
23   ovarian cases that formed the bases of the study?
24          MS. BROWN:  Objection to the form.
25          THE WITNESS:  This is the list of the --
```

Page 248

```
 1   of the risk -- risk estimates, not of the number
 2   of cases.
 3   BY MS. PARFITT:
 4      Q   Correct.  So where on this page 13 or 14
 5   do you tell the reader how many ovarian cancer
 6   cases were part of that study?
 7          MS. BROWN:  Objection to the form.
 8          THE WITNESS:  It's not on there.
 9   BY MS. PARFITT:
10      Q   Okay.  Where on your list of cases, 13
11   and 14, do you tell the reader the number of
12   controls that were involved in that study?
13      A   I didn't -- I didn't list every single
14   thing like that on here.
15      Q   You didn't list it in your report
16   either, correct?
17          MS. BROWN:  Objection to the form.
18          THE WITNESS:  Well, this is the report.
19   BY MS. PARFITT:
20      Q   Well, you didn't list it anywhere else
21   other -- that information is not contained in your
22   report.  Is that fair?
23          MS. BROWN:  Objection to the form.
24          MR. LOCKE:  Objection.
25          THE WITNESS:  The sample size?
```

Page 249

```
 1   BY MS. PARFITT:
 2      Q   The sample size is not information that
 3   you contained -- that you included in your report,
 4   correct?
 5      A   I did not.
 6          MS. BROWN:  Same objection.
 7   BY MS. PARFITT:
 8      Q   Okay.  Where in your report do you tell
 9   the reader the country from where these studies
10   came from?
11          MS. BROWN:  Objection to the form.
12          THE WITNESS:  I don't list that.
13   BY MS. PARFITT:
14      Q   Okay.  Where do you tell the reader what
15   the mean age of the participants in this study
16   were?
17          MS. BROWN:  Same objection.
18          THE WITNESS:  And same answer, I
19   don't -- I don't list that either.
20   BY MS. PARFITT:
21      Q   Where in your report do you tell the
22   reader the number of adjusted variables per study
23   that were considered?
24          MS. BROWN:  Objection to the form.
25          THE WITNESS:  I didn't -- I didn't
```

Gregory B. Diette, M.D.

Page 250

1  capture that here.
2  BY MS. PARFITT:
3      Q   Okay.  And where in your report do you
4  tell the reader the type of ovarian cancer that
5  the women suffered?
6          MS. BROWN:  Objection to the form.
7          THE WITNESS:  That's not listed on -- on
8  this table either.
9  BY MS. PARFITT:
10     Q   Did you create this table yourself or
11 did you have assistance?
12     A   So, actually, I made this initially, and
13 there might have been a couple that filtered in
14 after I started to create it where -- you know,
15 where I had an assistant, you know, plug in a
16 different study.
17     Q   Where in your report do you tell the
18 reader if you applied a scoring system to the data
19 and the studies that you reviewed?
20     A   That wasn't --
21         MS. BROWN:  Objection.  Lacks
22 foundation.
23         THE WITNESS:  That wasn't my approach.
24 BY MS. PARFITT:
25     Q   Okay.  We'll talk about that in a

Page 251

1  minute.  Appreciate that.
2          Did you exercise any independent
3  judgment in determining what cases to include on
4  this chart of case-control studies on 13 and 14?
5          MS. BROWN:  Objection.  Asked and
6  answered.
7          THE WITNESS:  I tried to be inclusive.
8  BY MS. PARFITT:
9      Q   Being inclusive -- did being inclusive
10 require you to exercise professional judgment with
11 regard to selection of the cases that you reviewed
12 and included for purposes of your analysis?
13     A   So, mostly, yes.  What I would say is I
14 was trying to understand what the universe was of
15 case controls that were being listed in the
16 meta-analyses, what the case controls were that
17 were informing the opinions of the plaintiffs'
18 experts.  And so I didn't want to have some
19 arbitrary rule for saying one shouldn't be in
20 here.  I wanted to look at them all.  And so my
21 goal was actually to include them all, and not
22 deselect some because I thought that there was a
23 quality issue with them.
24         (Brief interruption.)
25 BY MS. PARFITT:

Page 252

1      Q   What specific, if any, in vitro studies
2  did you consider for purposes of your opinion?
3      A   So I -- are you good?
4      Q   Yeah, thank you.
5      A   Okay.  So I -- I don't know if you're
6  including some animal studies as in vitro studies
7  or whether you just mean sort of like ones that
8  are -- that are cell-based or in a dish.
9      Q   Well, there's a difference, isn't there?
10     A   There should be, yeah, but I just --
11 since you're asking the question, I don't know
12 you, and so I -- I just want to be clear.
13     Q   No, I'm -- I'm cognizant of the
14 difference between in vivo and in vitro, so what
15 I -- what I would ask you is what in vitro studies
16 did you consider for purposes of your analysis?
17     A   Yeah, I looked at some.  I think the
18 ones that were cited by IARC I looked at.  I don't
19 remember the full list of ones -- which ones I may
20 have listed, if any, that -- that I looked at.
21 But that wasn't really my main -- my main purpose
22 in looking at the epidemiology, which was to --
23 was to look at in vitro studies.
24     Q   Okay.  Was part of your analysis -- or
25 did part of your analysis include looking at

Page 253

1  in vivo studies?
2      A   So I looked at -- at a bunch of the
3  different animal studies that were cited, cited in
4  some of the other documents.
5      Q   Which ones?
6      A   So I don't remember the author names.  I
7  mean, there were -- there were studies of, you
8  know, rats, rabbits, primates.  I can't remember
9  if there were mouse -- there were mouse studies as
10 well.
11         So whatever that list is that was in
12 IARC that they had considered at that point, and
13 then I think I found a couple more.
14     Q   What, if any, information did you glean
15 from your review of the in vitro and in vivo
16 studies that formed the basis of your study
17 report?
18     A   Well, mostly -- so to -- to think about
19 how -- for me as an epidemiologist, and not as a
20 cancer biologist or molecular biologist, I wanted
21 to just understand generally how some of the other
22 entities were wielding that information, right.
23 So that -- like I wasn't about to become a cancer
24 biologist in reading these things or understand
25 whether their methods were appropriate or not, but

64 (Pages 250 to 253)

Gregory B. Diette, M.D.

Page 254

1     I did want to understand some of their
2     underpinnings.
3         Q.   Okay.
4         A.   And just so, for example, right, so
5     there's the -- the studies on migration, for
6     example.  I thought it was important to look at
7     those and see what kind of animals, for example,
8     had what kind of particles either put into their
9     vaginas or put into their uterus, or whatever it
10    was, so I could understand what the -- what the
11    story was there.
12        Q.   Okay.  Do animals have vaginas?
13        A.   Some do, yeah.
14        Q.   You -- you indicated you're not a cancer
15    specialist.  Would you defer to -- on topics
16    involving those issues to a cancer biologist?
17             MS. BROWN:  Objection to the form of the
18    question.
19    BY MS. PARFITT:
20        Q.   And let me clean it up because I think I
21    left that off.  You are not a cancer biologist,
22    correct?
23        A.   Correct.
24        Q.   All right.  So would you defer questions
25    in that wheelhouse to someone who is a cancer

Page 255

1     biologist?
2             MS. BROWN:  Same objection.
3             THE WITNESS:  So I mostly don't think
4     about deferring my opinions to other -- other
5     people's categorically.  You know, so that I think
6     if there were somebody that was a cancer biologist
7     and they had an opinion that seemed credible, I
8     would take it into account.  But to the extent
9     that I needed to understand something, I would
10    still rely on my own -- my own background and
11    knowledge.
12    BY MS. PARFITT:
13        Q.   All right.  You're not a -- a molecular
14    specialist, correct?
15             MS. BROWN:  Objection.
16             THE WITNESS:  Not a molecular biologist.
17    BY MS. PARFITT:
18        Q.   Okay.  I believe you stated in your
19    report that you were deferring to other experts in
20    this case as it pertains to the opinions that
21    Dr. Saed has given; is that correct?
22             MS. BROWN:  Objection to the form.
23    Counsel, is there a part of the report you're
24    referring to?
25             MS. PARFITT:  Mm-hmm, there is.

Page 256

1             MS. BROWN:  What report is --
2             MS. PARFITT:  Saed.
3     BY MS. PARFITT:
4         Q.   Just give me a moment, Doctor.
5              If you turn your attention to page 42.
6         A.   Mm-hmm.
7         Q.   At the bottom.
8         A.   Okay.
9         Q.   "I leave a detailed assessment of
10    Dr. Saed's efforts to other experts.  I did review
11    Dr. Saed's report and his two depositions and was
12    struck by the irregularities in his study, which
13    render his results highly questionable."
14             So are you or are you not deferring with
15    regard to opinions concerning what Dr. Saed had to
16    say?
17             MS. BROWN:  Objection.  Misstates the
18    expert report and the opinion.
19             THE WITNESS:  I -- I meant to be
20    somewhat nuanced here, right, which is that -- you
21    know, it's possible for me to read things and
22    understand that there might be some issues with
23    what he's done.  I -- I'm not going to be the
24    person to critique the biologic aspects of his
25    work, though.

Page 257

1     BY MS. PARFITT:
2         Q.   Okay.  Fair enough.  In fact, let me ask
3     you, have you read the published scientific
4     article by Dr. Saed?
5         A.   Not yet.
6         Q.   Okay.  Do you have any plans to do that?
7         A.   I might.  I might, because I was just --
8     I was curious because I saw some of the -- like
9     the expert reports that came in after I wrote my
10    report, and there were things that just kind of
11    struck me that would be worth trying to sort
12    through, like whether he had changed like 48 to 36
13    or -- yeah, 48 hours to 72 hours, whatever it was,
14    that there were like some tables apparently that
15    were the same as an original paper, that the only
16    change was like the numbers on them.  And so just
17    to sort of understand the quality issues related
18    to the study, I thought I might take a look at it.
19        Q.   All right.  But prior to preparing your
20    expert report, and, frankly, this deposition
21    today, you have not read either Dr. Saed's -- you
22    have not read Dr. Saed's most current peer-
23    reviewed paper, correct?
24        A.   True for both time periods.  I don't
25    think it was published or available to me before I

Gregory B. Diette, M.D.

Page 258

1    did the report, but I could be wrong.
2        Q   Well, it's available now, isn't it?
3        A   That's what I've heard.
4            MS. BROWN:  Objection to the form.
5    BY MS. PARFITT:
6        Q   But you've not seen it.
7        A   No.  I just -- I mean like -- I mean
8    it -- sorry, it's the way I think.  It sounds like
9    two different time periods.  One was --
10       Q   No.
11       A   -- before the report and one was between
12   then and now.
13       Q   No, my question goes --
14           MS. BROWN:  Wait, he's finishing.  Let
15   him finish.
16   BY MS. PARFITT:
17       Q   My question -- are you done?
18       A   I'm good.
19       Q   My question really goes to, is it fair
20   to say that you have not read Dr. Saed's published
21   peer-reviewed article at the time of your
22   deposition?
23       A   That is correct.
24           THE WITNESS:  Sorry.
25           MS. BROWN:  That's all right.

Page 259

1    BY MS. PARFITT:
2        Q   Okay.  Now, you've mentioned IARC a
3    couple of times during the course of your
4    testimony.
5            Have you rereviewed the IARC
6    monograms -- or the IARC monogram that was
7    published in 2010 on silica?
8            MS. BROWN:  The monograph?
9            MS. PARFITT:  The monograph.  Monograph.
10           MS. BROWN:  Monograph on talc?
11           MS. PARFITT:  On talc, mm-hmm.
12           THE WITNESS:  Did you just say silica or
13   no?
14   BY MS. PARFITT:
15       Q   I did say silica.  I meant talc.
16       A   You meant talc.  Yeah, I've read the
17   talc one.
18       Q   You've read the talc one.  Have you read
19   the 2012 monograph, the one 100C, have you seen
20   that?
21       A   I have.
22       Q   Okay.  Have you read any other
23   monographs on talc or asbestos?
24       A   I've read earlier ones on asbestos.  I
25   don't know of any other ones on talc, I don't

Page 260

1    think, but I've certainly read other -- I mean
2    others that aren't on either of those topics.
3        Q   Would you agree -- would you agree that
4    IARC is a well-respected scientific organization?
5            MS. BROWN:  Object -- I'm sorry.  I
6    didn't hear the question.
7    BY MS. PARFITT:
8        Q   Would you agree that IARC is a well-
9    respected scientific organization?
10           MS. BROWN:  Objection to the form.
11           THE WITNESS:  It's -- it's hard for me
12   to characterize whole organizations, you know, in
13   terms of whether they're well respected or by whom
14   or when, but generally speaking, you know, they --
15   they do produce some -- some credible documents.
16   BY MS. PARFITT:
17       Q   They do produce some credible documents.
18           It's -- IARC is part of the World Health
19   Organization, correct?
20       A   It is.
21       Q   Okay.  And when IARC has its meetings to
22   discuss classification of carcinogens, it invites
23   world-renowned experts for whatever area and
24   specialty is being discussed.  Is that fair?
25           MS. BROWN:  Objection to the form.

Page 261

1            MR. LOCKE:  Objection.
2            MS. BROWN:  Calls for speculation.
3            THE WITNESS:  I don't know their
4    selection process, but they -- but they certainly
5    invite -- invite people to attend.
6    BY MS. PARFITT:
7        Q   Okay.  Have you ever been invited to
8    attend an IARC --
9        A   I have not.
10       Q   -- working group?
11       A   No.
12       Q   Okay.  Did IARC invite you to attend
13   their working group back in 2006 when they were
14   deliberating on the issue of talcum -- talc
15   products?
16           MS. BROWN:  Objection.  Same question,
17   asked and answered.
18           THE WITNESS:  She's right, but -- but
19   no.
20   BY MS. PARFITT:
21       Q   Okay.  Did IARC ever invite you to
22   attend and share your opinions when they had their
23   asbestos meetings?
24           MS. BROWN:  Same objection.
25           THE WITNESS:  No.

66 (Pages 258 to 261)

Gregory B. Diette, M.D.

Page 262

1    BY MS. PARFITT:
2        Q   Do you know what the NTP is?
3        A   It's like the National Toxicological
4    Program.
5        Q   Okay.  Has the National Toxicological
6    Program ever asked you to do research for them on
7    talcum powder products?
8        A   No.
9        Q   Has the National Toxicology Program ever
10   asked that you do research with them on asbestos?
11       A   No.
12       Q   Have you ever submitted any research to
13   the NTP on anything?
14       A   No.
15       Q   Have you ever submitted any research to
16   IARC on anything?
17       A   No.
18       Q   What is a risk factor?
19           MS. BROWN:  Objection to the form.
20           THE WITNESS:  Are we talking about like
21   an epidemiologic definition?
22   BY MS. PARFITT:
23       Q   Just generally, what's a risk factor?
24           MS. BROWN:  Objection.
25           THE WITNESS:  Well, I don't -- you said

Page 263

1    generally.  It could mean a million things to
2    different people.
3    BY MS. PARFITT:
4        Q   What's it mean to you?
5        A   It depends upon the context.  That's why
6    I'm asking from like an epidemiologic standpoint
7    as opposed to some other context.
8        Q   Well, let's take mesothelioma.  What are
9    the risk factors for mesothelioma?
10       A   Well, if we're talking about, you know,
11   asbestos, for example, as one risk factor, then
12   you could use it that way, that -- that an
13   exposure elevates the risk of developing a
14   disease.
15       Q   Okay.  Let's take talcum powder.  Is
16   talcum powder a risk factor for ovarian cancer?
17       A   I don't believe so.
18       Q   Are there risk factors that are
19   modifiable?
20           MS. BROWN:  Objection to the form.
21           THE WITNESS:  For what?
22   BY MS. PARFITT:
23       Q   For a disease.
24           MS. BROWN:  Same objection.
25   BY MS. PARFITT:

Page 264

1        Q   For instance, if -- is talcum powder a
2    modifiable behavior -- the use of talcum powder a
3    modifiable behavior?
4            MS. BROWN:  Objection.  Misstates his
5    prior testimony.
6            THE WITNESS:  So it -- it should be,
7    yeah.
8    BY MS. PARFITT:
9        Q   Okay.  Now, Dr. Diette, your paper or
10   your expert report was signed and executed by you
11   on February 25th, 2019.
12       A   Correct.
13       Q   Okay.  When did you actually finish the
14   paper, the report?
15       A   Oh, I think about then.  I mean --
16       Q   About then?
17       A   I think around then.  I mean it's -- I
18   don't know whether it was the day before or the --
19   or that actual day, but -- but right around then.
20       Q   Okay.  Are you aware that -- I guess it
21   was just a couple of months earlier that Health
22   Canada issued and published a critical review and
23   assessment of the science, which actually included
24   a comprehensive review of the epidemiological
25   literature?  Did you know that?

Page 265

1            MR. LOCKE:  Objection.
2            MS. BROWN:  Objection.  That misstates
3    the draft assessment.
4            THE WITNESS:  I'm familiar with it.
5    BY MS. PARFITT:
6        Q   Okay.  Have you read it?
7        A   I have.
8        Q   Have you read it in its entirety?
9        A   I don't remember if there's like
10   appendices or something, but I read all the -- you
11   know, the mean part of the text.
12       Q   Okay.  There is also meta-analysis that
13   was performed about that same time.
14       A   Yes.  Yeah.
15       Q   Have you read that?
16       A   I have.
17       Q   Okay.  Did Health Canada do what we
18   would refer to in your world of epidemiology a
19   causality assessment?
20           MS. BROWN:  Objection to the form of the
21   question.
22           THE WITNESS:  I don't know if that's
23   what they did.
24   BY MS. PARFITT:
25       Q   What did they do?

67 (Pages 262 to 265)

Gregory B. Diette, M.D.

1          MS. BROWN: Objection.
2          THE WITNESS: It looks to me as if they
3   create -- well, so I don't know. So they -- they
4   have their own process. I don't know anything
5   about Health Canada, so I don't know what they
6   typically do. You know, I've never -- it's unlike
7   some other entities where I would kind of
8   understand their process because I've read their
9   things before.
10         I don't -- I don't know anybody
11   personally that looks to Health Canada for
12   information, so I've never had a conversation with
13   anybody about, you know, what their methods are,
14   how they go about their business.
15         But it looks as if what they were trying
16   to do was to try to line up whether there was
17   information about where talcum powder is found in
18   Canada, so meaning like, you know, how many
19   different kinds of products. It looked like they
20   were trying to assess some things about dermal
21   absorption or not, whether it's ingested or not,
22   whether it's inhaled, whether perineal application
23   matters or not.
24         It seems that they commissioned yet
25   another meta-analysis of some sort by Dr. Taher,

1   and -- and then created the document that I guess
2   that they put out there for -- for public comment
3   of some sort.
4   BY MS. PARFITT:
5          Q   Okay. All right. Let's have marked the
6   Health Canada report, the draft assessment. And
7   we'll have that marked as Exhibit No. 14.
8          (Diette Exhibit No. 14 was marked
9          for identification.)
10         (Counsel conferring.)
11   BY MS. PARFITT:
12         Q   Do you have that in front of you?
13         A   I do.
14         Q   Okay. All right. Did the -- did Health
15   Canada look at all three types of study designs?
16   And by that, I mean case control, cohort, and
17   meta-analyses.
18         MS. BROWN: Objection to what you mean
19   by "look at." Objection to the form.
20         THE WITNESS: They've listed -- they've
21   listed some of each.
22   BY MS. PARFITT:
23         Q   All right. So they consider for
24   purposes of their analysis cohort studies,
25   case-control studies and meta-analyses. Is that

1   fair?
2          MS. BROWN: Objection to the form.
3          THE WITNESS: That looks to be part of
4   what they've included in here.
5   BY MS. PARFITT:
6          Q   And you yourself, for purposes of your
7   report, looked at case-control studies, cohort
8   studies, and meta-analyses, correct?
9          A   I did.
10         Q   Okay. Did Health Canada perform a
11   Bradford Hill assessment of the evidence?
12         MS. BROWN: Objection to the form.
13         THE WITNESS: They have a section here.
14   I mean, there's something here that -- that
15   resembles a Bradford Hill analysis.
16   BY MS. PARFITT:
17         Q   Okay. Let me direct your --
18         MS. BROWN: Take as long as you need,
19   Doctor, to finish your answer.
20         THE WITNESS: Well, I just -- like I
21   don't know -- I don't know how much leeway there
22   is in the world for people to say that they did a
23   Bradford Hill analysis just by listing out certain
24   keywords, right? I mean it's sort of like a word
25   salad exercise to me for some of these cases, and

1   so --
2   BY MS. PARFITT:
3          Q   I'm sorry. A word what?
4          A   Word salad.
5          Q   Word salad.
6          A   Yeah. Not a technical term, but it's
7   kind of a mess, right. So they've got -- like on
8   page 19, they've got strength, and strength is a
9   Bradford Hill criterion. They don't say whether
10   the risk is, you know, weak or strong. They just
11   have a list of 30 epidemiologic studies, and they
12   say a couple things about some of them being
13   statistically significant and -- and so forth.
14         Q   Okay.
15         A   And so that -- that isn't really a
16   Bradford Hill type analysis about what the --
17   whether the strength is high or low.
18         And similarly, I would just say like,
19   you know, for temporality, you know, what they've
20   said here is crazy, right. So it's like --
21         Q   I'm sorry. What they've said here is
22   what?
23         A   Crazy.
24         Q   Crazy.
25         A   Crazy.

68 (Pages 266 to 269)

Gregory B. Diette, M.D.

Page 270

```
 1        Q   So let me just ask --
 2        MS. BROWN:  Wait now, he is not done.
 3  You can follow up when he is done with --
 4        MS. PARFITT:  Fair enough.
 5        MS. BROWN:  Go ahead, Doctor.
 6  BY MS. PARFITT:
 7        Q   Okay.  Crazy.
 8        A   Okay.  Oh, well, they said like in all
 9  case-control studies reporting positive outcomes,
10  the participants recalled the exposure to talc
11  preceded the reported outcome.  I mean that is so
12  far afield from any realistic epidemiologic
13  principle that to say that somehow informs a
14  Bradford Hill analysis -- I don't know, maybe
15  "crazy" is the wrong word.  Maybe absurd, maybe
16  ridiculous.  But every person in the world that
17  has a particular event or outcome, everything
18  about them preceded them.  That isn't the same as
19  temporality.  Temporality in the epidemiologic
20  world is demonstrating that time flowed from the
21  time of the exposure.
22        So, that's why I say like -- you know, I
23  read the words here, I see consistency,
24  specificity, and so forth, but I don't think their
25  application to this is actually a legitimate
```

Page 271

```
 1  Bradford Hill analysis.
 2        Q   All right.  So it's absurd, it's crazy,
 3  and your opinion is that they did not do a proper
 4  Bradford Hill analysis.  Is that your opinion?
 5        A   It is.
 6        MR. LOCKE:  Objection.
 7        MS. BROWN:  Objection to the form.
 8  BY MS. PARFITT:
 9        Q   Okay.  All right.  Let me direct -- did
10  they -- let me direct your attention to page 21.
11  And we'll put that up on the ELMO.
12        All right.  Do you see that?  Okay?
13        A   I'm on page 21.
14        Q   Page 21, and it's the last paragraph,
15  and I'll read it.
16        "The most recent meta-analysis detailed
17  above, Taher, et al., 2018, and consistent with
18  the Hill criteria, suggests a small but
19  consistently statistically significant positive
20  association between ovarian cancer and perineal
21  exposure to talc.  Further available data are
22  indicative of a causal effect.  A clear point of
23  departure could not be derived from the available
24  literature.  Consequently, hazard characterization
25  is qualitative in nature."
```

Page 272

```
 1        Did I read that correctly?
 2        MS. BROWN:  You didn't, and actually you
 3  said "consistently" and the word is "consistent."
 4        MS. PARFITT:  Thank you.
 5  BY MS. PARFITT:
 6        Q   Did I read that correctly with that
 7  correction?
 8        A   Yes.
 9        Q   Okay.  Do you see where the authors
10  state that, "Further available data are indicative
11  of a causal effect"?  Do you see that?
12        A   I do.
13        Q   Do you agree with Health Canada that
14  there was a causal effect drawn from the genital
15  use of talcum powder products and ovarian cancer?
16        MS. BROWN:  Objection to the form,
17  misstates the draft assessment, lacks foundation.
18        THE WITNESS:  I don't think so, but for
19  the reason that -- being that this is -- this is
20  at some level -- maybe it's a summary, I don't
21  know -- of what they have from above.  But their
22  input information into what they're concluding
23  here is not good.  Right.
24        I mean look -- look up a couple of
25  sentences under "Biologic plausibility," and they
```

Page 273

```
 1  say:  "The presence of talc in the ovaries has
 2  been documented," and cite Heller.  And they say,
 3  "The evidence of retrograde transport supports the
 4  biologic plausibility."
 5        That Heller study doesn't -- doesn't
 6  support that, right.  So they're -- they're
 7  stringing things together here that don't
 8  literally support I think a conclusive statement
 9  here.
10        And also I would just say too, that when
11  they say that -- that with the last part of that
12  part you read where it says that "The hazard
13  characterization is qualitative in nature," well,
14  "qualitative" doesn't tell you something about
15  whether it's a strong association.  I mean they --
16  they've resisted using that -- that word here.
17  BY MS. PARFITT:
18        Q   Okay.  So my question for you,
19  Dr. Diette, is do you disagree with the draft
20  Health Canada assessment which found that there
21  was a causal relationship between the use of
22  genital talcum powder products and ovarian cancer?
23        MS. BROWN:  Objection.  That's not what
24  the draft assessment --
25        MS. PARFITT:  Counsel, objection, form.
```

69 (Pages 270 to 273)

Gregory B. Diette, M.D.

Page 274

1          MS. BROWN:  You're -- it misstates the
2   document intentionally attempting to mislead the
3   witness.
4          MS. PARFITT:  Objection.
5          THE WITNESS:  So I -- first of all,
6   so --
7   BY MS. PARFITT:
8      Q   And, Doctor, let me just say something.
9   You can explain, but -- I have a question, and
10  then you can explain it if you wish.
11         And my question is, do you disagree with
12  the draft Health Canada assessment which found or
13  concluded that there was a causal relationship
14  between the use of genital talcum powder product
15  and ovarian cancer?
16         MR. LOCKE:  Objection.
17         MS. BROWN:  Objection to the form.
18         You can answer it truthfully and
19  accurately.
20         THE WITNESS:  I can't answer it.
21  BY MS. PARFITT:
22     Q   You can't -- wait one second.
23     A   I cannot answer it.
24     Q   You can't answer the question as to
25  whether or not you agree that they concluded that

Page 275

1   there was a causal relationship between talcum
2   powder products and ovarian cancer?
3      A   So that --
4          MS. BROWN:  Objection to the form,
5   misstates the document.
6          Go ahead, Doctor.
7          THE WITNESS:  Yeah, your question has
8   morphed, right.  And so I'm still stuck on the way
9   it came out when you first said it.
10  BY MS. PARFITT:
11     Q   Then let's go -- we'll go with the one
12  the --
13         MS. BROWN:  Wait, let him finish.
14         MS. PARFITT:  No.  Excuse me.
15         MS. BROWN:  Counsel, you've been doing
16  that all day.  You cannot cut this witness off.
17  He needs to finish.
18         MS. PARFITT:  I'm not -- he asked for
19  what question I wanted to ask, so let me ask it
20  again.
21  BY MS. PARFITT:
22     Q   Do you have -- is it -- do you -- strike
23  that.
24         Do you agree or disagree with Health
25  Canada and their assessment of causality between

Page 276

1   talcum powder products used in the genital area
2   and ovarian cancer?  That's the question.
3          MS. BROWN:  Objection to the form of the
4   question, misstates the document --
5   BY MS. PARFITT:
6      Q   You may answer.
7      A   Is there a specific sentence in there
8   that says that?
9      Q   It's the question that I've asked you.
10     A   Oh, so I can't answer it.  I can answer
11  the --
12     Q   Is there a specific question --
13         MS. BROWN:  Wait, wait, let him finish.
14  BY MS. PARFITT:
15     Q   -- 20, 21, 28, and Roman numeral iii?
16         MS. BROWN:  What?
17         THE WITNESS:  If there's a specific
18  sentence that says that, and you want me to agree
19  or disagree, I can agree or disagree with that
20  sentence.
21         What I can't agree with is an entire
22  document because I think it's not fair.  I'm not
23  talking about just this one.  I think, you know,
24  lawyers like to do this, right.  They like to say,
25  Do you agree with a such-and-such paper.  Well,

Page 277

1   it's nonsense.  You don't agree with the paper.
2   You agree with the finding or you agree with the
3   conclusion, but not with the entire thing.
4          So here what I'm saying is, there's an
5   entire document here.  There's some good stuff and
6   some bad stuff, and I can point out some of --
7   some of each.
8          But the point here is if there's a
9   specific statement that they made that says --
10  about causation, I would just like to see that
11  particular statement and tell you whether I can
12  agree with it or not.
13  BY MS. PARFITT:
14     Q   Well, look at page 28 -- or excuse me,
15  21, the page we were on.
16         Do you have that in front of you?
17     A   I do.
18     Q   Okay.  "Available data are
19  indicative" --
20         MS. BROWN:  Counsel, where are you?
21         MS. PARFITT:  It's the paragraph just
22  above "Exposure Assessment."  It says the recent
23  -- we just read it.
24  BY MS. PARFITT:
25     Q   "The most recent meta-analysis detailed

Gregory B. Diette, M.D.

Page 278

1    above, Taher, and consistent with the Hill
2    criteria, suggests a small but consistent
3    statistically significant positive association
4    between ovarian cancer and perineal exposure to
5    talc. Further available data are indicative of a
6    causal effect."
7            MS. BROWN: What's the question?
8    BY MS. PARFITT:
9       Q  Do you agree with the conclusions of
10   Health Canada?
11           MS. BROWN: Objection to the form. This
12   is not the conclusion section.
13           THE WITNESS: So, first of all, the --
14   the first sentence that you read there talks about
15   a significant positive association, which isn't
16   the same as cause. Right. And then they say,
17   "Further available data are indicative of..."
18           I -- I think if you're trying to say
19   that something causes something, you come out and
20   you say it. You don't say, "Further data are
21   indicative of it." So I -- I don't think this
22   statement says talcum powder causes ovarian
23   cancer.
24   BY MS. PARFITT:
25      Q  Okay. So your quarrel with Health

Page 279

1    Canada is the fact that they didn't say it, Talcum
2    powder products used in the genital area cause
3    ovarian cancer.
4       A  Well --
5       Q  You quarrel with their language. Is
6    that what you're saying?
7       A  Well, I quarrel --
8            MS. BROWN: Objection. Misstates his
9    testimony.
10           THE WITNESS: I quarrel a little with
11   you, I think -- I'm sorry.
12           THE REPORTER: I'm sorry, your --
13           MS. BROWN: I just want to object to the
14   question as misstating your testimony.
15           THE WITNESS: Because I think your
16   initial question before you read it literally was
17   about whether or not they said that it causes it,
18   and I don't think that it said that.
19           And -- and I think otherwise that there
20   are some flaws in the -- in the information that
21   they've used up above to reach this -- I guess
22   it's a conclusion. I don't know if it is or not.
23   BY MS. PARFITT:
24      Q  Okay. Does it say, "Further available
25   data are indicative of a causal effect"?

Page 280

1       A  That sentence is there.
2       Q  All right. Okay.
3            MS. BROWN: Counsel, if you're moving to
4    another area, would --
5            MS. PARFITT: I am.
6            MS. BROWN: Would this be a good time
7    for a break?
8            MS. PARFITT: Yeah. I'm going to move
9    on and change gears.
10           THE VIDEOGRAPHER: The time is 1:52
11   p.m., and we are off the record.
12           (Recess.)
13           THE VIDEOGRAPHER: The time is
14   2:04 p.m., and we're back on the record.
15   BY MS. PARFITT:
16      Q  Dr. Diette, you mentioned before the
17   break the Heller article, and so I don't misquote
18   you, what was your position with regard to Heller
19   and what it stood for?
20      A  I think if we're talking about the --
21   the right one, it's the one where the ovaries were
22   removed from, I think, 24 women, and that 12 -- 12
23   had said that they were talcum powder users and 12
24   not, but they found a -- they found a similar
25   amount of talc in ovaries regardless of whether

Page 281

1    they were users or not.
2       Q  Okay. Is -- is it your opinion that
3    talc cannot migrate to the ovaries?
4       A  I don't know that it can. I -- if it's
5    found there, I'm not sure how it got there.
6       Q  Is it your opinion that asbestos can
7    migrate to the ovaries?
8            MS. BROWN: Objection to the form.
9            THE WITNESS: I've seen -- I don't think
10   I've seen anything that shows for sure that it
11   can.
12   BY MS. PARFITT:
13      Q  Okay. If asbestos was found in the
14   ovaries, how would it get there?
15           MS. BROWN: Objection to the form.
16           THE WITNESS: So I don't know. I mean,
17   it's -- I don't know of a worked-out mechanism
18   that shows how it got there.
19           (Diette Exhibit No. 15 was marked
20           for identification.)
21   BY MS. PARFITT:
22      Q  Let me show you what's been marked as
23   Heller Exhibit No. 15. And it is a 1996 article
24   entitled "Asbestos Exposure and Ovarian Fiber
25   Burden."

71 (Pages 278 to 281)

Gregory B. Diette, M.D.

Page 282

1          (Counsel conferring.)
2    BY MS. PARFITT:
3        Q   Do you have that in front of you?
4        A   I do.
5        Q   All right.  Now, this was a different
6    Heller article than the one you were referring to?
7        A   Thank you, yes.
8        Q   Okay.  All right.  Now, let me direct
9    your attention to the Abstract section, the last
10   paragraph.
11           Okay.  And it states:  "This study
12   demonstrates that asbestos can reach the ovary.
13   Although the number of subjects is small, asbestos
14   appears to be present in ovarian tissue more
15   frequently and in higher amounts in women with a
16   documentable exposure history."
17           Did I read that correctly?
18       A   Yes.
19       Q   All right.  Do you agree with that
20   statement?
21           MS. BROWN:  Objection to the form.
22           THE WITNESS:  Give me one sec, because
23   I -- it's been a while since I looked at this.
24           MS. BROWN:  Take your time, Doctor.
25           THE WITNESS:  (Peruses document.)  Yeah,

Page 283

1    again, like -- so not entirely.
2    BY MS. PARFITT:
3        Q   What part -- what part --
4            MS. BROWN:  Let him finish.
5    BY MS. PARFITT:
6        Q   What part do you agree with?
7        A   Well, the -- I think that it's -- it's
8    not -- well, so the study demonstrates that
9    asbestos can reach the ovary.  I guess if it's
10   definitely there, then -- and it got there somehow
11   and it wasn't through contamination, you know, of
12   the procedure that -- that led to it, you could --
13   you know, you could infer that there's some way
14   that it got there.
15           I think it doesn't tell us anything
16   about how to make sense of that.  And what I was
17   looking for that I remember is that they said that
18   it's unclear why so many women giving no exposure
19   history did have detectible asbestos in their
20   ovaries.
21       Q   Where do you see that?
22       A   I'm sorry.  I'm on 439.
23       Q   Thank you.
24       A   And in the Conclusion paragraph.
25       Q   Mm-hmm.  Yes.

Page 284

1        A   And it's about the middle of the
2    paragraph, and it says it is -- it says -- it says
3    above it, it says:  "None of the exposed subjects
4    in the study was directly occupationally exposed
5    but all were passively exposed to household
6    contact.  It is unclear why so many of the women
7    giving no exposure history did have detectible
8    asbestos in their ovaries, although it is known
9    that there is a background level of asbestos in
10   the lung tissue of non-exposed individuals."
11           So I -- I don't know.  I just don't --
12   that this -- this cements the idea that -- that we
13   know something about how asbestos, you know, can
14   get to the ovaries.
15       Q   All right.  Let me direct your attention
16   to the bottom of 438, top of 439.
17           At the bottom of 438, it says "There
18   is," and then it goes on to the top of 439:
19   "There is evidence of transport of particulate
20   matter into the female perineum by the
21   transvaginal route."
22       A   I apologize, I -- I'm not with you, and
23   I just --
24       Q   Oh, sure.
25       A   I'm just trying to --

Page 285

1        Q   It's right here, upper corner, 439.
2        A   Got you.
3        Q   Okay?
4        A   Yep.
5        Q   All right, again.  "There is evidence of
6    transport of particulate matter into the female
7    perineum by the transvaginal route in both human
8    and animal studies."  It cites Egli and Newton,
9    1961.  It cites Henderson, 1986; Venter -- and I'm
10   sure I'll destroy this name -- Iturralde, 1979;
11   Whittemore, 1988.  "Suggested that vaginal
12   exposure to particulate matter such as asbestos
13   and talc was a potential risk factor for
14   intraperitoneal ovarian exposure.  Her conclusion
15   was based on finding that in talc exposed women, a
16   previous history of hysterectomy or tubal
17   ligation, which blocks perineum access, was
18   protective against ovarian cancer."
19           It goes on to say:  "Talc has been
20   implicated as a possible etiological agent in
21   ovarian cancer," citing Harlow '89 and '92, "and
22   is related to the asbestos problem in several
23   ways.  Aside from the chemical similarities
24   between the two, many cosmetic talcs contained
25   significant amounts of asbestos, particularly

72 (Pages 282 to 285)

Gregory B. Diette, M.D.

Page 286

1   prior to '70 -- 1976, Cramer, 1982.  The
2   significance of this detection of talc in the
3   majority of exposed women and in all women giving
4   no exposure history is unclear and further studies
5   are underway to further elucidate this question."
6       Did I read that correctly?
7       A   Yes.
8       Q   Question:  Are there chemical
9   similarities between cosmetic talcs and asbestos?
10          MS. BROWN:  Objection to the form.
11          THE WITNESS:  So some of the same --
12   some of the same features chemically are present
13   in both.
14   BY MS. PARFITT:
15       Q   All right.  Set that aside for a minute.
16   We may come back to that.
17          Dr. Diette, for purposes of your
18   opinions in this case, you have stated that the
19   cohort studies lack statistical significance, and
20   only a subset of the case-control studies are
21   statistically significant.  Therefore, there is a
22   disparity and inconsistency between cohorts and
23   case control.
24          Have I summed it up pretty well?
25       A   That -- that's one of the -- one of the

Page 287

1   bits of evidence of inconsistency.
2       Q   Okay.  Would you agree that to disregard
3   study results based upon whether they are
4   statistically significant or not statistically
5   significant would be a mistake?
6          MS. BROWN:  Objection to the form.
7   Counsel, is there something you're reading from
8   that --
9          MS. PARFITT:  No.  Actually, my notes,
10   and he doesn't get those.  Thank you.
11          THE WITNESS:  Okay.  So "disregard" is
12   pretty severe.  Right.  So I don't think that
13   somebody should disregard any study, unless it's,
14   you know, fraudulent or, you know, created out of
15   nowhere.  So I think that people should regard the
16   findings and interpret them appropriately.
17          So I think that would be an overly
18   strong thing to do, which would be to disregard it
19   simply because it's statistically insignificant.
20   BY MS. PARFITT:
21       Q   Okay.  Do you know who Ken Rothman is?
22       A   I -- I know of him.  I don't know him
23   personally.
24       Q   Okay.  What does he do for a living?
25          MS. BROWN:  Objection to the form.

Page 288

1       If you know.
2          THE WITNESS:  Can I assume or --
3          MS. BROWN:  No, if you don't know, don't
4   answer.  Then you have no basis to answer the
5   question.
6   BY MS. PARFITT:
7       Q   My question is, do you know what Ken
8   Rothman's area of expertise is?
9          MS. BROWN:  Objection.
10          THE WITNESS:  Well, he's -- he's made a
11   career out of -- out of case-control studies and
12   articulating, you know, features of the design and
13   so forth.
14   BY MS. PARFITT:
15       Q   All right.  Is he an epidemiologist?
16       A   Well, that's what I was trying to
17   remember.  Like, I would assume.  Like, Like,
18   I assume for him to be in that role, he would be,
19   but there are people that come to epidemiology
20   from other -- you know, other backgrounds, and so
21   I just don't know his credentials.
22       Q   Okay.  What about Sander Greenland, do
23   you know who he is?
24       A   I know the name, but I don't know him.
25       Q   Okay.  Have you ever -- do you know what

Page 289

1   kind of scientist Sander Greenland is?
2          MS. BROWN:  Objection.  Form.
3          THE WITNESS:  I do not.
4          MS. BROWN:  Foundation.
5   BY MS. PARFITT:
6       Q   Okay.  All right.  Do you know Timothy
7   Lash?
8          MS. BROWN:  Objection.  Foundation.
9          THE WITNESS:  I don't know the name.
10   BY MS. PARFITT:
11       Q   Okay.  Do you know what kind of
12   scientist Tim -- Timothy Lash is?
13          MS. BROWN:  Same objection.
14          THE WITNESS:  It would be hard to know
15   that --
16   BY MS. PARFITT:
17       Q   Okay.
18       A   -- without knowing him.
19       Q   Okay.  Let me show you what we will have
20   marked as Exhibit No. -- 61?  16.
21          MR. TISI:  We're not that high.
22          (Diette Exhibit No. 16 was marked
23          for identification.)
24   BY MS. PARFITT:
25       Q   And I will -- and I will represent,

73 (Pages 286 to 289)

Gregory B. Diette, M.D.

Page 290

1  Dr. Diette, that this is Chapter 2 out of the
2  Third Edition, Modern Epidemiology.
3      Do you see that?
4      A  I do.
5      Q  Okay.  And if you look at the front of
6  it, it has three authors.
7      Do you see that?
8      A  I do.
9      Q  Okay.  The first one is Ken Rothman.  Do
10  you see that?
11      A  Correct.
12      Q  The second one is Sander Greenland.
13      A  Correct.
14      Q  And the third author is Tim Lash.  Do
15  you see that?
16      A  I do.
17      Q  And they are -- the book that they have
18  authored is called Modern Epidemiology, Third
19  Edition.  Do you see that?
20      A  I do.
21      Q  Okay.  Let me -- let me direct your
22  attention to page 27.
23      MS. BROWN:  Counsel, are you going to
24  lay a foundation for the use of this document?
25      MS. PARFITT:  I can just ask a question.

Page 291

1  I can do that.
2  BY MS. PARFITT:
3      Q  Let me ask a question.
4      "To claim that literature, scientific
5  literature, or a set of results reported in
6  scientific literature is inconsistent simply
7  because some results are statistically
8  significant, and some are not, would be completely
9  fallacious, even if one accepts the use of
10  significant testing methods."
11      Do you agree with that statement?
12      MR. LOCKE:  Objection.
13      MS. BROWN:  Objection.  Form,
14  foundation.
15      THE WITNESS:  Is that a hybrid of a
16  couple of things?  Because I thought I was reading
17  with you, and then I might have left off.
18  BY MS. PARFITT:
19      Q  Well, why don't we do this.  We'll put
20  it back on the ELMO, and I'll represent that it is
21  a --
22      A  Yeah, I don't doubt you.  I just --
23      Q  Sure, no worries.  That's fine.
24      A  It goes on to a different sentence.
25      Q  That's fine.

Page 292

1      MS. BROWN:  I have a continuing
2  foundation.
3      MS. PARFITT:  That's fine, Counsel.
4      MS. BROWN:  -- objection to this
5  exhibit, for which no foundation has been laid.
6  BY MS. PARFITT:
7      Q  All right.  Again, I'm referring to the
8  category consistency which I represent that is in
9  Chapter 2 of the Rothman book, and we can just go
10  ahead and circle the paragraph that starts:  "One
11  mistake in implementing the consistency criterion
12  is so common that it deserves special mention.  It
13  is sometimes claimed that a literature or set of
14  results is inconsistent simply because some
15  results are statistically significant, and some
16  are not."
17      Did I read that correctly?
18      A  You did.
19      Q  "This sort of evaluation is completely
20  fallacious, even if one accepts the use of
21  significant testing methods."
22      Did I read that correctly?
23      A  You did.
24      Q  All right.  Do you agree with that
25  statement?

Page 293

1      MR. LOCKE:  Objection.
2      THE WITNESS:  So wait a minute, I just
3  want to -- so there's a couple of statements
4  there.  I think the part that makes it agreeable
5  is to say that -- that if it's claimed that
6  results are -- and I'm paraphrasing --
7  BY MS. PARFITT:
8      Q  Sure.
9      A  -- but that the results are inconsistent
10  simply, and the word "simply" to me is really
11  important here because it suggests that somebody
12  would be not looking at the entire universe of
13  evidence that they have available.
14      So I think if you just took a quick look
15  at studies and said some were significant and some
16  weren't and left it at that, you know, it's a
17  pretty strong statement, but I think -- I think
18  that would be a mistake to only do that.
19      Q  All right.  Now, you're not a
20  statistician, correct?
21      A  I'm not a statistician.
22      Q  Okay.  And you're not a biostatistician.
23      A  I'm not a biostatistician.
24      Q  Okay.  Do you know who Daniel Ford is?
25      A  I do.

74 (Pages 290 to 293)

Gregory B. Diette, M.D.

Page 294

1    Q   Okay.  Who is Daniel Ford?
2    A   If it's the one that --
3    Q   Daniel E. Ford.
4    A   I don't know his middle name, but
5    there's a Dan Ford at our -- at our place.
6    Q   Okay.  Is the Dan Ford you know vice
7    dean for clinical investigation, Johns Hopkins
8    School of Medicine?
9    A   Yes.
10   Q   Okay.  Is he a friend of yours?
11   A   We're friendly.  I mean, we don't hang
12   out, though.
13   Q   Now, he is with the Institute for
14   Clinical and Translational Research; is that
15   correct?
16   A   He has been.  I'm just trying to think
17   if that still exists.  Because I know there was a
18   funding issue, so -- but he -- he certainly was in
19   that role, and he may still be.
20   Q   He may what?
21   A   He may still be.  I just -- I just -- I
22   thought I had heard that the ICTRs were going to
23   be not funded anymore.
24   Q   Okay.
25   A   Maybe it's true, maybe not; but I'm just

Page 295

1    saying for sure he was part of that.
2    Q   Mm-hmm.  Okay.  Sure.  Okay.
3    All right.  Are you a member -- and I'm
4    assuming you're not because you're not a
5    statistician, but I should assume nothing.
6    Are you a member of the American
7    Statistical Association?
8    A   I am not.
9    Q   Okay.  Do you know who they are?
10   A   Not -- not really.  I mean, it -- it
11   sounds like the name gives them away, but I
12   don't -- I don't know, you know, who they are as
13   an entity otherwise.
14   Q   That's fair.  Okay.
15   Are you aware that due to a widespread
16   misuse by scientists and researchers regarding
17   statistical significance and p-values, that the
18   American Statistical Association issued a
19   statement back in 2016 warning the scientific
20   community of this misuse and urging them to cease
21   and desist with the p-value?
22   MR. LOCKE:  Objection.
23   MS. BROWN:  Objection to the form, lacks
24   foundation, misrepresents the facts.
25   BY MS. PARFITT:

Page 296

1    Q   Do you know about that?
2    A   I'm aware of that.
3    Q   Okay.  Now, are you -- did you read
4    Dr. Bowman's deposition?
5    A   I did.
6    Q   Okay.  Did you see that in Dr. Bowman's
7    deposition?
8    A   I saw -- I'm just trying to remember.  I
9    saw the Nature article, I think that is more
10   recently published than -- you said 2016?
11   Q   Originally, yes.
12   A   Yeah, but I can't remember if 2016 was
13   in her deposition, but for sure the more recent
14   one.
15   Q   The one in 2019?
16   A   Exactly right, yeah.
17   Q   All right.  All right.  Let me show you
18   then what's been marked as -- or will be marked as
19   17.  And it is the March 2019 --
20   (Counsel conferring.)
21   BY MS. PARFITT:
22   Q   Okay.  Let me show you what we will have
23   marked as 17, a study that appeared in The
24   American Statistician in 2019.  It's Volume 73,
25   and it's called "Moving to a World Beyond P <

Page 297

1    0.05."
2    Do you see that?
3    A   Actually, I was just sort of flipping
4    through to see what I'm looking at.  Oh, so the
5    title, yes.
6    Q   Okay.  Is this a document you were
7    referring to?
8    A   No.
9    Q   No?
10   A   I was referring to the one in Nature
11   that I think reports about this.
12   Q   Yes.  Okay.  Let's go ahead and get that
13   marked, and we'll talk about all three.
14   (Diette Exhibit No. 17 was marked
15   for identification.)
16   MS. PARFITT:  Let's have marked as
17   Exhibit No. 18.
18   (Diette Exhibit No. 18 was marked
19   for identification.)
20   BY MS. PARFITT:
21   Q   And I will represent that 18 is a Sander
22   Greenland article that appeared in Nature on
23   March 2019.
24   Okay.  Is that the article you were
25   referring to?

75 (Pages 294 to 297)

Gregory B. Diette, M.D.

Page 298

```
 1        A   Yes.
 2        Q   Okay.  Have you had an opportunity to
 3   read Exhibit No. 18?
 4        A   I have.
 5        Q   Okay.  Exhibit 17, which is the
 6   Wasserstein article, have you had an opportunity
 7   to read it prior to today?
 8        A   This -- this one, no.
 9        Q   Okay.  All right.  Let's first take a
10   moment and discuss what's been marked as 18.
11        Excuse me.  No, 18.  18.
12        Are you aware that due to the American
13   Statistical Society's concern of the misuse of
14   statistical significance and p-value, that they
15   literally used their March 2019 research paper and
16   devoted attention to this issue and attached
17   almost 40 papers on statistical inference?  Are
18   you aware of that?
19        MR. LOCKE:  Objection.
20        MS. BROWN:  Objection to the form,
21   misstates the facts.  Are you referring to
22   Exhibit 17?
23        MS. PARFITT:  No.  17.  17.
24        MS. BROWN:  Yes, 17.
25        MS. PARFITT:  No, I'm not referring to
```

Page 299

```
 1   that at all.  I'm just -- I'm asking a question.
 2        MS. BROWN:  Objection.  Lacks
 3   foundation, misstates the facts.
 4        THE WITNESS:  I saw that there was a --
 5   a journal issue that had many articles.  I
 6   didn't -- I don't know what the count was, but
 7   there -- it's probably the same thing we're
 8   talking about, but I'm not sure.
 9   BY MS. PARFITT:
10        Q   Okay.  Did you have a chance to read
11   those 40 or so articles?
12        MS. BROWN:  Objection to the form.
13        THE WITNESS:  I -- I wish I had that
14   kind of time, but --
15   BY MS. PARFITT:
16        Q   You and me both.
17        A   Yeah.
18        Q   Okay.  All right.  Let's stay a few
19   minutes on 17, and we'll put it up on the ELMO.
20        And it starts --
21        MS. BROWN:  Counsel, he's never seen 17
22   before, so he's going to need a minute to
23   familiarize himself with it --
24   BY MS. PARFITT:
25        Q   Take a minute to familiarize yourself.
```

Page 300

```
 1        MS. BROWN:  -- before you ask him any
 2   questions about it.
 3   BY MS. PARFITT:
 4        Q   I just have a couple of questions about
 5   it.
 6        MS. BROWN:  Take as long as you need.
 7        THE WITNESS:  (Peruses document.)
 8   BY MS. PARFITT:
 9        Q   And I just have a couple of questions
10   about it.
11        A   Sure.
12        MS. BROWN:  He's never seen it, so he
13   needs --
14        MS. PARFITT:  That's fine.
15        MS. BROWN:  -- as long as he needs.
16        MS. PARFITT:  He can take -- yeah.
17        THE WITNESS:  Well, I won't be able to
18   read it in --
19   BY MS. PARFITT:
20        Q   Okay.  Let me just --
21        A   -- in realtime today.
22        Q   -- ask you a couple of questions.  I'm
23   not expecting you to digest it.
24        All right.  The first paragraph, it
25   says -- do you have it up there?
```

Page 301

```
 1        "Some of you exploring this special
 2   issue of The American Statistician might be
 3   wondering if it's a scolding from the pedantic
 4   statisticians lecturing you about what not to do
 5   with p-values, without offering any real ideas of
 6   what to do about the very hard problem separating
 7   signal from noise in data and making decisions
 8   under uncertainty.  Fear not, in this issue,
 9   thanks to 43 innovative and thought-provoking
10   papers from forward-looking statisticians, help is
11   on the way."
12        Do you see that?
13        A   I do.
14        Q   Okay.  Did I read that correctly?
15        A   You did.
16        Q   And is that the 43 papers that you were
17   speaking of that you didn't have time to read?
18        MS. BROWN:  Objection to the form, lacks
19   foundation.
20        THE WITNESS:  I -- I think so.  I mean,
21   this sounds familiar.  I think it's what I was
22   looking at, but I'm not -- not a hundred percent
23   sure.
24   BY MS. PARFITT:
25        Q   Okay.  If you'd look at right under
```

76 (Pages 298 to 301)

Gregory B. Diette, M.D.

1    "'Don't' is Not Enough."  Do you see that?
2        A   Yes.
3        Q   All right.  The first sentence says:
4    "There's not much we can say here about the perils
5    of p-values and significance testing that hasn't
6    already -- that hasn't been said already for
7    decades."
8        Did I read that correctly?
9        A   Yes.
10       Q   And then it goes down to the first one:
11   "Don't base your conclusions solely on whether an
12   association or effect was found to be
13   statistically significant.  The p-value passed
14   some arbitrary threshold such as p < 0.05."
15       Did I read that correctly?
16       A   Yes.
17       Q   Do you agree with that statement?
18       MR. LOCKE:  Objection.
19       THE WITNESS:  So there's a lot to this,
20   right.  I mean because, I mean, the lead in to it,
21   it says -- it says that there's not much to say
22   here, you know --
23   BY MS. PARFITT:
24       Q   That hasn't been said.
25       A   -- hasn't been said for decades.

1        MS. BROWN:  Wait, wait, let him finish.
2        THE WITNESS:  And -- and that's --
3    that's pretty -- well, I can't say it's true
4    because I haven't read this, so I don't know
5    what's in here, but the debate about p-values and
6    statistical significance isn't brand new.  I mean,
7    I've been talking about it with colleagues for
8    decades, and I'm sure there were people decades
9    before me.  So that -- that part rings me.
10       And I think -- you know, I don't know
11   when they're talking about conclusions.  That's
12   a -- that's a pretty broad topic, but I think the
13   word "solely" is very helpful there, that we
14   shouldn't be making decisions solely on whether
15   something is statistically significant.  And
16   there's more to it than that.
17   BY MS. PARFITT:
18       Q   Okay.
19       A   But that's a -- that's a super broad
20   statement, and I don't know, you know, in every
21   circumstance whether that would be agreeable or
22   not.
23       Q   Okay.  Look at the last bullet there.
24   It states:  "Don't conclude anything about
25   scientific or practical importance based on

1    statistical significance or lack thereof."
2        Do you agree with that statement?
3        MS. BROWN:  Objection to the form.
4        And, Doctor, if you need to read the
5    whole article to answer these questions --
6        MS. PARFITT:  Counsel, don't coach the
7    witness.
8        MS. BROWN:  -- you should do that.
9        Yeah, but you are knowingly --
10   BY MS. PARFITT:
11       Q   Go ahead, Doctor.
12       MS. BROWN:  -- putting a document in
13   front of him that he's never seen, so we're not
14   going to sit here --
15   BY MS. PARFITT:
16       Q   I'm asking you a question, Dr. Diette --
17       MS. BROWN:  -- and play cherry-
18   picking statements to get --
19   BY MS. PARFITT:
20       Q   -- do you agree that one should not
21   conclude anything about scientific or practical
22   importance based on statistical significance or
23   lack thereof?  Do you agree with that?
24       MR. LOCKE:  Objection.
25       MS. BROWN:  Same objection.

1        THE WITNESS:  So, anyway, I think by
2    saying "don't conclude anything," I think makes
3    this not a very agreeable statement for me.
4    BY MS. PARFITT:
5        Q   Okay.  All right.  Let's turn to what
6    you did read, and that's Exhibit 18.
7        Do you have that, Doctor?
8        A   I do.
9        Q   Okay.  And this is an article that
10   appeared in Nature back in March of 2019, correct?
11       A   That's right.
12       Q   Okay.  And you did have a chance to read
13   this; is that correct?
14       A   I did.
15       Q   Okay.  And under the section "Pervasive
16   Problem," do you see that?
17       A   Yes.
18       Q   Okay.  It states:  "Let's be clear about
19   what must stop.  We should never conclude there is
20   no difference or no association just because the
21   p-value is larger than the threshold, such as
22   0.05, or equivalently because a confidence
23   interval includes zero.  Neither should we
24   conclude that two studies conflict because one had
25   a statistically significant result and the other

77 (Pages 302 to 305)

Gregory B. Diette, M.D.

Page 306

1  did not.  These errors waste research efforts and
2  misinform policy decisions."
3       Did I read that correctly?
4    A  You did.
5    Q  Do you agree with that?
6       MS. BROWN:  Objection to the form.
7       MR. LOCKE:  Objection.
8       THE WITNESS:  To me it's overly broad,
9  and I think that -- I think that if we go through
10  and we find a sentence or two in here that are
11  agreeable or not, there's a -- there's a much,
12  much bigger proposition here about what's going
13  on, and I don't think it boils down to any one of
14  these sentences.
15       And I think this looks like a passionate
16  opinion piece, right.  That's calling it an
17  article, but it's a commentary.  And, you know,
18  these guys might believe that, but I don't -- I
19  don't think it's a mainstream view, and it's not
20  my view, you know, without any qualifications
21  that -- that that statement is correct either.
22    Q  Okay.  Are you aware that over 800
23  statisticians and scientists signed on to this
24  document to push the concept of abandoning
25  statistical significance?

Page 307

1       MS. BROWN:  Objection to the form.
2       MR. LOCKE:  Objection.
3       THE WITNESS:  I saw that.
4  BY MS. PARFITT:
5    Q  Okay.  You weren't one of those, were
6  you?
7       MS. BROWN:  Objection to the form.
8       THE WITNESS:  I'm not a statistician.
9  BY MS. PARFITT:
10    Q  Okay.  Well, but you use statistics in
11  your practice?
12    A  I do.
13    Q  Okay.  Did anyone say you had to be a
14  statistician to sign on to that proposition?
15    A  Well, I -- I thought I heard you say
16  statisticians.  Maybe I -- I might have misheard.
17  I thought you said 800 statisticians.
18    Q  I said there are about 800 statisticians
19  and other scientists that --
20    A  Oh, and other scientists.
21    Q  -- yeah, that signed on to this.
22    A  No, I didn't hear right.  So I just --
23  so I don't know what the criteria were for who
24  could sign or not sign.
25    Q  Okay.  You didn't sign on to it, though;

Page 308

1  is that correct?
2    A  I didn't.
3       MS. BROWN:  Asked and answered.
4  BY MS. PARFITT:
5    Q  All right.  Now, let me have marked now
6  as Exhibit No. 19.
7       (Diette Exhibit No. 19 was marked
8       for identification.)
9  BY MS. PARFITT:
10    Q  Do you have that, Doctor?
11       Take a look at that, if you will.
12    A  (Peruses document.)  So is this meant to
13  be a couple of things?
14    Q  It's two things.  I will represent to
15  you that the face sheet states "Johns Hopkins
16  Institute for Clinical and Translational
17  Research."  The American Statistician special
18  issue, "Moving to a World Beyond P < 0.05."  It's
19  dated March 25, 2019.  It has The American
20  Statistician on the side.
21    A  What are we -- I'm confused, though.
22  This is -- this is Exhibit 17 with something
23  attached to it or --
24    Q  You know, that's exactly it.  And if you
25  look at Exhibit 19 --

Page 309

1    A  Mm-hmm.
2    Q  -- it is moving -- it states "Moving to
3  the World Beyond P" -- it's a special issue of The
4  American Statistician.  The lead article calls for
5  abandoning the use of status -- statistically
6  significant, and offers much, not just one thing,
7  to replace it, written by Ron Wasserstein, Allen
8  Shirm, and Nicole Lazar.  The coeditors of this
9  special issue summarize the content of the issue's
10  43 articles.
11       These articles -- and put this up
12  there -- discuss the use of p-values and
13  statistical significance that Johns Hopkins'
14  researchers may find beneficial, and it attaches
15  the full article, which is what's been marked as
16  Exhibit No. 17.
17       Do you see that?
18    A  I do.
19    Q  Okay.  Did anyone share with you at
20  Johns Hopkins that their Clinical and
21  Translational Research group was disseminating the
22  article by Wasserstein, "Moving to a World Beyond
23  P < 0.05," and urging individuals not only to
24  abandon the use of statistical significance, but
25  to discuss the use of p-values and statistical

78 (Pages 306 to 309)

Gregory B. Diette, M.D.

Page 310

1    significance with the researchers at Johns
2    Hopkins?
3            And that's a mouthful.  So let me make
4    it really clear.
5            MS. BROWN:  Let me object --
6            MS. PARFITT:  I move to strike the
7    question.
8            MS. BROWN:  You're going to strike it?
9            MS. PARFITT:  Yeah, let me strike it.
10   BY MS. PARFITT:
11       Q   Were you aware, Dr. Diette, that the
12   division of Clinical and Translational Research
13   over at Hopkins had distributed to its scientists
14   this group of 43 articles, including the
15   Wassertine -- Wasserstein, for purposes of
16   educating them with regard to this concern over
17   the misuse of statistical significance?
18           MS. BROWN:  I object to a complete
19   misrepresentation of the exhibit and to
20   foundation.
21           THE WITNESS:  So I mean, there's a lot
22   of things, right.  I'll try to answer as many as I
23   can.
24           So one is that I probably got something
25   because I'm -- I've been part of the ICTR, and I

Page 311

1    use the resources, I'm one of the people who
2    helped to write the grant to get it funded, and
3    so -- like I get a zillion things that fly by.
4            I don't know if I saw this or not, but I
5    probably wouldn't have clicked on if it came
6    through like an e-mail because I had already seen
7    it, like, as part of this -- as part of the Bowman
8    deposition.
9    BY MS. PARFITT:
10       Q   Mm-hmm.
11       A   But other than that, I mean, I think
12   it's -- I think they're smart to do it.  They
13   should always put stuff out there for people to
14   read.  It doesn't mean that we're going to get rid
15   of p of 0.05.  It doesn't mean we're going to get
16   rid of statistical significance.  They're just
17   saying it's an interesting read.
18       Q   Do you know any of the signatories to
19   this particular document?
20       A   I found one.  One that I know
21   personally, and I'm just trying to remember if
22   there was anybody else that I saw.
23       Q   Well, let me show you what we'll have
24   marked as Exhibit No. 20.
25       A   Yeah, so let me just say, so I didn't

Page 312

1    read all 800, but I looked to see if there were
2    people from Hopkins in particular that signed it,
3    and I knew one of the two.
4        Q   Okay.  Let me show you what we'll have
5    marked as Exhibit No. 20.  And I will represent to
6    you that it is a list of the 800 signatories that
7    joined together to support this movement to
8    abandon p-value in statistical significance.
9            (Diette Exhibit No. 20 was marked
10           for identification.)
11           MS. PARFITT:  Again, Counsel, I
12   apologize.  Apparently, we only have one copy of
13   this document.
14           MS. BROWN:  So is it the blog soliciting
15   the signatures, or is it just the list?
16           MS. PARFITT:  It is the list of
17   signatories.
18           MS. BROWN:  Okay, that's fine.
19   BY MS. PARFITT:
20       Q   Do you see that?
21       A   I do.
22       Q   Okay.  Do you know an Elizabeth Ogburn?
23       A   I don't.  I saw her name on here, but
24   I -- I don't know her.
25       Q   All right.  Do you know Daniel

Page 313

1    Sharfenstein (phonetic)?
2        A   Sharfstein, and I know him.  Yeah.
3        Q   Okay.  Is that -- do you know anyone
4    else that might appear on that list?
5        A   I don't know.  I didn't read it.  I
6    just -- I literally just did a word search for
7    "Hopkins," and I came up with like one person
8    whose name is Hopkins who works in England, and
9    another one, something Hopkins Institute, which is
10   not, and then two from Johns Hopkins.
11       Q   Okay.  When did you do this research?
12       A   In the last week.  I mean, after --
13   after reading the Bowman deposition.
14       Q   All right.  So you read the Bowman
15   deposition, and then you -- what caused you then
16   to -- to go back and look at that or for that?
17       A   Well, because it sounds like an
18   interesting topic, and, you know, who knows, maybe
19   one day it either will or won't change, but it's
20   an interesting thing to read about.  And so I
21   wanted to just sort of see what -- what you guys
22   were driving at.  And then since I saw that there
23   were 800 signatories, I just figured I would see
24   if there was anybody at Hopkins that was part of
25   it or not.

Gregory B. Diette, M.D.

Page 314

1    Q   Mm-hmm.  And you found a couple of
2    people from Hopkins?
3    A   Yeah, I found two.  One I know, one I
4    don't.
5    Q   All right.  Again, you were not one of
6    the signatories?
7    A   Still true, yeah.
8    Q   Okay.  Okay.  What position does
9    Dr. Sharfstein hold within the University?
10        MS. BROWN:  Objection.  Speculation.
11        THE WITNESS:  He's been in the
12   Department of Biostatistics, and I don't know
13   what -- what other ways to label what he -- what
14   his positions are.
15   BY MS. PARFITT:
16   Q   Okay.  From the time you saw the
17   discussion about statistical significance and a
18   movement away from that and did your bit of
19   research, did you ever call Dr. Sharfstein to talk
20   to him about it?
21   A   Not yet.  I'm hoping I'll just run into
22   him at some point and -- and ask him about that.
23   Q   Is the -- is your interest strong enough
24   that you might reach out to him?
25        MS. BROWN:  Objection to the form.

Page 315

1    What -- what interest are we talking about?
2    BY MS. PARFITT:
3    Q   Interest in this science that you have
4    indicated yourself seems to be pretty important.
5        MS. BROWN:  Objection.  That misstates
6    his testimony by a lot.
7        THE WITNESS:  So it -- it might be.  I
8    mean, the -- the reason there's no urgency for me
9    to do it is that I still live in the world in
10   2019, and I'm still living in a world where
11   hypothesis testing is the rule and p-values are
12   part of what you're required to report if you're
13   going to publish a paper in a credible journal.
14        And so, you know, whether -- whether
15   this gets traction or not, you know, we'll see.  I
16   don't know what the replacement is going to be.  I
17   don't know if chaos will ensue.  It's an
18   interesting topic to talk about, but it's sure not
19   ready for prime time.
20        So I think if I see Dan in the hall, I
21   might ask him about it, but there's no -- there's
22   no urgency to it.
23   BY MS. PARFITT:
24   Q   So what's the world you're living in
25   with regard to the relevance of statistical

Page 316

1    significance and p-values?
2    A   Yeah, well, I'd say the real world,
3    right.  And the real world --
4    Q   I'm sorry.  You're in the real world?
5    A   Real world, yeah.
6    Q   Okay.  And what's the real world doing?
7    A   Well, the real world, if I want to write
8    a grant, I have to provide people with a sample
9    size estimate of what it is that I'm looking for,
10   and the sample size estimate is almost always
11   based on hypothesis testing.  And you have to
12   declare a certain p-value that you find to be a
13   credible one.
14        So I can't just say, I've decided
15   because I read some editorial that I'm not going
16   to use a p-value of 0.05.  That I'm still stuck
17   with 0.05 as a -- as an estimate.  And so if I
18   want to have any success getting a grant, I'm
19   going to have to still use the rules that we've
20   used for years.
21        And if I publish a paper, I happened to
22   look because I thought it was curious, I went on
23   New England Journal's website --
24   Q   Yes.
25   A   -- and they have an extensive list of

Page 317

1    ways in order to represent your p-values and your
2    confidence intervals that you have to adhere to if
3    you want to publish your papers.  You know, Nature
4    said that they're not going to change their rules
5    based on this.
6        So, anyway, so it's like it's -- that's
7    the world that we live in right now.  If you want
8    to communicate about -- about clinical science,
9    then you're going to have to use the rules that
10   we've learned to -- that we've learned to use.
11   Q   Do you know if the rules you've just set
12   forth are the rules that Dr. -- or, excuse me,
13   that Dr. Rothman and Sander Greenland, esteemed
14   epidemiologists, promote in their practice?
15   A   I have no idea what they promote.
16   Q   Well, you read the article in Nature,
17   didn't you?
18   A   Yeah, but you said "their practice."  I
19   don't even know what that is even.
20   Q   Well, who is the author of the Nature
21   article?
22   A   We're talking about the -- the
23   commentary?
24   Q   That's right.
25   A   Yeah.  So it looks like Armhein,

Gregory B. Diette, M.D.

Page 318

1    Greenland and McShane.  Or maybe not.  Maybe
2    that's -- wait a minute, I could be wrong.  No,
3    it's -- it's those three.
4         Q    And again, you don't know -- do you know
5    any of them?  I know you don't know Dr. Greenland.
6    Do you know any of the others?
7         A    I do not.
8         Q    Okay.  So if I understand your opinion
9    today, you still believe in the strength of a
10   statistical significance versus not statistically
11   significant?
12        A    It's --
13             MS. BROWN:  Objection to the form.
14             THE WITNESS:  It's still a factor to
15   consider when either planning, conducting, or
16   interpreting a study.
17   BY MS. PARFITT:
18        Q    Okay.  And do you still live in the
19   world that there is a threshold of a p-value of
20   0.05?
21        A    It depends.
22        Q    Well, what do you mean "it depends"?
23        A    I'm going to explain.
24        Q    Please.
25        A    So that's why I used the example of p at

Page 319

1    0.05, right?  I could just say, I have decided
2    that now I only want to do studies with six people
3    in them, and I'll be happy to have a p-value of
4    0.5.  You'd have to wish me luck getting it
5    published anywhere because it's not going to
6    happen, right?
7         So if I still want to do research and I
8    still want to get it published, I'm going to have
9    to pick a threshold for a p-value that's agreeable
10   to the peer reviewers and to the editor.  And it
11   doesn't have to be 0.05.  In some circumstances it
12   might be 0.01.  It might be even lower than that.
13   But a -- but a p threshold is necessary, at least
14   in our current era, if you want to be able to
15   conduct and talk about your research.
16        Q    Do you -- do you think Dr. Sharfstein is
17   going to now have difficulty having his scientific
18   works published?
19             MS. BROWN:  Objection.  Based on what?
20   There's no foundation for that question.
21   BY MS. PARFITT:
22        Q    You can answer the question, Doctor.
23        A    Well, exactly that.  So -- so Sharfstein
24   has been involved in some of our research and some
25   critical illness stuff, and the approach that we

Page 320

1    took wasn't anything novel or different.  I mean,
2    I don't know at all what his plans are going
3    forward, but he still works at the University
4    where we still compete for NIH grants --
5         Q    Mm-hmm.
6         A    -- and I haven't seen any change in the
7    NIH's posture on this, and I haven't seen any, you
8    know, ground swell of support for just doing
9    whatever you feel like in order to publish your
10   paper.
11        Q    Well, are you suggesting that what
12   Dr. Greenland and others and Dr. Wasserstein have
13   suggested to do whatever you -- let me get your
14   words -- shall -- yeah.  Okay.
15             MS. PARFITT:  Tell you what, let's take
16   a quick break.  I want to find that part, and
17   we'll get back.  Let's take a quick break.
18             THE VIDEOGRAPHER:  The time is 2:44 p.m.
19   We're going off the record.
20             (Recess.)
21             THE VIDEOGRAPHER:  The time is 2:53
22   p.m., and we're back on the record.
23   BY MS. PARFITT:
24        Q    Dr. Diette, when we left just before the
25   break, you said:  "I haven't seen any ground swell

Page 321

1    of support for doing whatever you feel like in
2    order to publish your paper."
3         I'm not talking about the publication of
4    papers.  What I would like to know from you is, do
5    you agree, though, when you were evaluating the
6    consistency of evidence, that one should not
7    disregard studies that are nonstatistically
8    significant and give greater weight to those that
9    are statistically significant?
10             MS. BROWN:  Objection to the form of the
11   question.
12             THE WITNESS:  I hear two questions
13   there, and the first part I agree with, and the
14   second part, it depends.
15   BY MS. PARFITT:
16        Q    Okay.  Do you agree that when you are
17   evaluating and weighing evidence, studies, that
18   you should evaluate studies the same whether they
19   are statistically significant or not statistically
20   significant?
21             MS. BROWN:  Objection to the form.  In
22   what context?
23             THE WITNESS:  I don't know what
24   "evaluate the same" means.  I mean, I think any --
25   any study that you think should be evaluated

81 (Pages 318 to 321)

Gregory B. Diette, M.D.

Page 322

1    should be evaluated, you know, as thoroughly as
2    you can.
3        BY MS. PARFITT:
4        Q    When you're evaluating the consistency
5    of studies, is it proper epidemiology to consider
6    those studies whether or not they are
7    statistically significant or nonstatistically
8    significant?
9            MS. BROWN:  Objection to the form.
10           THE WITNESS:  It is.  And I think, you
11   know, regardless of what Dr. Rothman has written,
12   you know, it's part of the information that's
13   available to you, and I think to ignore it would
14   be, you know, not in your best interest.
15       BY MS. PARFITT:
16       Q    Okay.  And would you agree that one
17   should not conclude there is no association or no
18   difference just because a -- one study is
19   statistically significant and another study is
20   significant?
21           MS. BROWN:  Objection to the form.
22           THE WITNESS:  And I agree with you,
23   especially because you used "just because."
24       BY MS. PARFITT:
25       Q    All right.  So maybe -- what do you

Page 323

1    mean?
2        A    No, it's a good sentence.  I mean, I --
3    it -- I think that over and over what we're
4    talking about is that -- that you shouldn't be
5    wedded to the idea that statistical significance
6    is the only feature that you look at, but it
7    doesn't mean that you don't look at it.
8            And so when you say that, you know, if
9    you were just to hold up two studies, and one was
10   significant and the other one wasn't and -- that
11   wouldn't -- you know, you wouldn't be curious
12   enough.  You would need to know more about those
13   studies to reach the conclusion you do.
14           So I think, you know, looking at the
15   whole study, looking how it's built, looking how
16   it's interpreted, all that's important.
17       Q    All right.  So it would not be proper to
18   conclude the two studies conflict just because one
19   was significant and one was statistically
20   significant.
21           MS. BROWN:  Objection.  Misstates
22   testimony.
23           THE WITNESS:  It -- not -- not by
24   itself, but that is at least one indicator of
25   something that's different about those studies.

Page 324

1        BY MS. PARFITT:
2        Q    Okay.  Now, let's turn to -- your chart,
3    and specifically the studies that you set forth in
4    your report on pages 13 and 14.
5            And if you'd go to your report, 13 and
6    14.
7        A    I'm sorry, I've got somebody else's
8    thing here.
9        Q    That's okay.
10       A    Okay.
11       Q    Okay.  You got there?  All right.
12           What I would like -- all right.  So you
13   have that in front of you, correct, sir?
14       A    I do.
15       Q    Okay.  Now, what I'll have marked as --
16   for demonstrative purposes is a chart that we have
17   marked as Diette Exhibit 21.
18           (Diette Exhibit No. 21 was marked
19           for identification.)
20       BY MS. PARFITT:
21       Q    And let me hand that to you.
22           MS. BROWN:  Counsel, can you give a
23   representation for the record about what
24   Exhibit 21 is?
25           MS. PARFITT:  Yes, I was about to do

Page 325

1    that.
2            MS. BROWN:  Thank you.
3        BY MS. PARFITT:
4        Q    Dr. Diette, on pages 13 and 14, you
5    have -- of your report, you have listed I believe
6    25 case-control studies, 3 cohort studies and --
7    is that correct?
8            MR. LOCKE:  Objection.
9        BY MS. PARFITT:
10       Q    You've got 7 population studies on the
11   back.  That's on page 14.  You have 25
12   case-control -- hospital studies, rather, on
13   page 14, and 25 studies on page 13.  Is that
14   correct?
15           MR. LOCKE:  Do you have a copy for --
16           MS. PARFITT:  Beg your pardon?
17           MR. LOCKE:  Do you have a copy for me,
18   please?
19           MS. PARFITT:  Oh, Tom, I think we do,
20   yeah.
21           MR. LOCKE:  Thank you.  Is this a --
22   does this come from a published --
23           MS. PARFITT:  No.  Let me represent --
24   no, let me represent that Exhibit No -- Exhibit 21
25   is a demonstrative which lists all of the studies

Gregory B. Diette, M.D.

Page 326

1    that Dr. Diette listed in his report on page 13
2    and 14 and has put them on a graph.
3         MS. BROWN:  Who -- who put them on a
4    graph and what is the graph?
5         MS. PARFITT:  Counsel --
6         MS. BROWN:  Well, I'm going to have an
7    objection to this document, and I just want to --
8         MS. PARFITT:  You can.  You can object
9    to this --
10        MS. BROWN:  -- make sure I'm properly
11   objecting, because I don't know what it is, who
12   made it, based on what, and to the extent the
13   doctor needs the underlying studies to answer your
14   questions.  We'll --
15        MS. PARFITT:  Counsel, no speaking
16   objections.
17        MS. BROWN:  I just want to object to
18   this.
19   BY MS. PARFITT:
20        Q   Dr. Diette --
21        MS. PARFITT:  I understand, Counsel.  I
22   know what you're doing.
23        MS. BROWN:  The name is Diette.
24        MS. PARFITT:  Diette?
25        MS. BROWN:  Diette.

Page 327

1         MS. PARFITT:  Diette.
2    BY MS. PARFITT:
3         Q   I'm sorry, Dr. Diette.  I'm not doing it
4    to annoy you.
5         A   You've had it -- you've had it right all
6    day.  You know that.
7         Q   Thank you.  Thank you.  I appreciate
8    that.
9         What I will represent to you, and you
10   can track it, Dr. Diette, that Exhibit No. 21
11   represents the sales studies you selected for
12   purposes of your expert report.  It lists them
13   study by study.  It plots them on a forest plot on
14   the right-hand side.
15        Do you see that?
16        A   I do.
17        Q   Okay.  And I'll represent that we took
18   your relative risks and confidence intervals, and
19   simply extracted those and put them on Exhibit 21
20   with one exception.
21        What I'd like you to do is look at
22   Hartge.  And we will have that marked as
23   Exhibit 22.
24        (Diette Exhibit No. 22 was marked
25        for identification.)

Page 328

1         MS. PARFITT:  Yeah, there you go.
2         There you go, Doctor.
3    BY MS. PARFITT:
4         Q   Doctor, I've handed you what's marked as
5    Exhibit 22.  It is the -- an article by Patricia
6    Hartge dated 1983 in JAMA.  Do you see that?
7         A   I do.
8         Q   Okay.  And at the top of the study, she
9    has a table entitled "Estimated Relative Risk."
10        Do you see that?
11        A   I do.
12        Q   And I'll put this up on the ELMO.
13        MS. PARFITT:  Okay.  And it's hard to
14   see.  We'll have to zero in there.  There you go.
15   Okay.
16   BY MS. PARFITT:
17        Q   You'll see on your chart you had listed
18   for Hartge, 1983, a relative risk of 0.7 with a
19   confidence interval of 0.40 to 1.10.
20        Do you see that?
21        A   Uh --
22        Q   Look at your --
23        A   I do, yep.
24        Q   -- on page 14.
25        Okay.  Now, look at the table of the

Page 329

1    Hartge study under "Genital Talc Use."
2         Do you see that?
3         A   I do.
4         Q   Okay.  And do you see where Dr. Hartge
5    reports that the relative risk for genital use
6    talcum powder is not what you have as 0.7, but 2.5
7    with a confidence interval of 0.7 to 10.
8         Do you see that?
9         A   I do.
10        Q   All right.  So that would be an error in
11   your chart; is that correct?
12        MS. BROWN:  Objection.
13        Doctor, take as long as you need to look
14   at what counsel is asking you about.
15        And --
16        MS. PARFITT:  Counsel --
17        MS. BROWN:  -- Counsel, do you mean
18   to --
19        MS. PARFITT:  Counsel --
20        MS. BROWN:  -- misrepresent the
21   paragraph?
22        MS. PARFITT:  No, Counsel.  And, listen,
23   if the Doctor doesn't have any questions -- he's a
24   very intelligent man as we've seen today --
25        MS. BROWN:  I know, but what you're

Gregory B. Diette, M.D.

Page 330

1    saying is not right.
2            MS. PARFITT:  Counsel, that's it.  No.
3    I'm sorry.
4            MS. BROWN:  Are you intentionally
5    misrepresenting what's in the paper?
6            MS. PARFITT:  Counsel, if you heard my
7    question -- I think Dr. Diette understands the
8    question.
9    BY MS. PARFITT:
10       Q    Dr. Diette, we have on the table a
11   genital use, which is 2.5 with a confidence
12   interval of 0.7 to 10.
13           Do you see that?
14       A    Yeah, I'm sorry.  Can you give me just
15   one second?
16       Q    Okay.  Of course I can.
17       A    Thank you.  (Peruses document.)
18           Yeah, I'm with you.
19       Q    Okay.  And the only correction I -- I
20   wish to make is that, instead of the 0.70 that you
21   have for Hartge, it should be 2.5 --
22           MS. BROWN:  Objection.
23   BY MS. PARFITT:
24       Q    -- for the genital --
25           MS. PARFITT:  Let me finish, Counsel.

Page 331

1    BY MS. PARFITT:
2        Q    -- for the genital use of talc.  Do you
3    agree with that?
4            MS. BROWN:  Objection to the form.
5            THE WITNESS:  So, maybe.  I'm just
6    trying to think about how I got --
7    BY MS. PARFITT:
8        Q    Sure.
9        A    -- got here.  Because the -- you know,
10   the text says that it's -- there were ten users,
11   so I guess like seven cases and three controls.
12       Q    Mm-hmm.
13       A    It said -- specifically mentioned use on
14   sanitary napkins, underwear, or the genital area.
15           But then it says -- but estimated is
16   2.5, but the small number of exposed women yielded
17   an unreliable estimate.  So I --
18           MS. BROWN:  It's --
19           THE WITNESS:  Yeah --
20           MS. PARFITT:  You don't have to show the
21   doctor.
22           MS. BROWN:  Do you want the truth on the
23   record, or do you want --
24           MS. PARFITT:  You know, I really do want
25   the truth.

Page 332

1            MS. BROWN:  Okay.  Then let him --
2            MS. PARFITT:  I just don't want you
3    coaching --
4            MS. BROWN:  -- answer the question.
5            MS. PARFITT:  -- and touching the paper
6    and pointing at things.
7            MS. BROWN:  You are intentionally
8    misreading this document.
9    BY MS. PARFITT:
10       Q    Doctor -- all right, Dr. Diette, you're
11   the one I'm interested in hearing from, to be
12   perfectly candid.
13           My question is, are the -- is the
14   relative risk that you have listed for Hartge
15   0.70, or should it be 2.5?
16       A    You know, the -- the study report is
17   really tough I think to decide that either one of
18   them is ideal.  And for a couple of reasons, and
19   one is just because this -- this genital with an
20   asterisk, it isn't literally just genital
21   application.  It includes sanitary napkins.
22           And you can see in a lot of the studies
23   that people have sort of broken out sanitary
24   napkin use separate from like perineal
25   application.

Page 333

1            And so, you know, that's not an ideal
2    measure for this -- this chart either.  I mean, I
3    get your point, the all over is something else.
4    But there's at least -- you know, there's more
5    than ten people at least in that particular --
6    that particular row.  So I -- I'm not sure if
7    either of these is great, but they --
8        Q    Well, the analysis you went through, did
9    you go through that analysis for each and every
10   one of the studies that you listed when you made a
11   decision as to which odds ratio to select?
12       A    I did.
13       Q    You did.
14       A    I mean, I tried to pick the one that --
15   that fit the best.
16       Q    Okay.  And is the one that fits the best
17   for Hartge the 0.70, or is the one that fits the
18   best for Hartge the 2.5?
19           MS. BROWN:  Objection to the form.
20           THE WITNESS:  So I don't know.  I mean
21   other than the fact that you've got the word
22   "genital" there, I mean "all over" is kind of
23   confusing, right, because it doesn't say like "all
24   over except the genitals," right.
25           And so that's where it gets kind of

84 (Pages 330 to 333)

Gregory B. Diette, M.D.

Page 334

1  confusing is how you -- it's not a great study,
2  right. I mean, I'm not saying the study is not
3  great. I'm saying the report of the study doesn't
4  really tell us everything that you could really
5  wish to know.
6  BY MS. PARFITT:
7     Q   So would you like to keep your chart
8  with the 0.70, or do you think the chart should be
9  modified to say 2.5?
10       MS. BROWN: Objection to the form.
11       THE WITNESS: I mean, I'd be happy to
12  put both rows there and just with an asterisk, and
13  explain, you know, what each one of those is.
14  BY MS. PARFITT:
15     Q   Okay. Would you -- have you done that
16  for all the other studies that you've listed here,
17  wherein there may be data for sanitary napkins and
18  data for genital use and data for cornstarch? Did
19  you go through that analysis?
20       MS. BROWN: Objection to the form.
21       THE WITNESS: So, for this table I
22  haven't, but I have gone through all the sanitary
23  napkin findings that I can. And that's one of the
24  things you'll find in my handwritten notes from
25  the -- from the prior case.

Page 335

1       In terms of cornstarch, that's a
2  different question.
3  BY MS. PARFITT:
4     Q   And, Doctor, I --
5       MS. BROWN: Wait, he needs to finish.
6  He's got to --
7  BY MS. PARFITT:
8     Q   Doctor, that's really not my question.
9       MS. BROWN: No, no, no, no, no, he --
10  BY MS. PARFITT:
11     Q   My question is this --
12       MS. BROWN: Counsel.
13       MS. PARFITT: Counsel.
14  BY MS. PARFITT:
15     Q   My question is --
16       MS. BROWN: He has to finish the
17  question.
18  BY MS. PARFITT:
19     Q   You're not answering my question. Mine
20  is a very simple one.
21       My question was -- if you'll be patient
22  with me, my question was: The analysis that
23  you've just talked about that you're going through
24  with Hartge, did you go through a similar analysis
25  for each and every one of these studies; and if

Page 336

1  you did, where is that contained in your report?
2       MS. BROWN: And you should feel free to
3  answer both questions since counsel cut you off.
4       THE WITNESS: I have no idea about what
5  you mean by where it is in the report.
6  BY MS. PARFITT:
7     Q   Well, I only have RRs here. I have a
8  table. No analyses of the different case
9  controls. Just a table of their relative risks.
10       So, you've now gone through an analysis
11  of the Hartge case and said, You know, maybe this
12  is what we should have extracted, maybe we should
13  have looked at this, but I used my judgment and
14  put the 0.7.
15       And what I'm asking is, is that analyses
16  that you just did for us on the record the kind of
17  analysis that you did for all the other studies?
18  And if it was, where in the 51 pages of your
19  report or this chart have you included that
20  information?
21       MS. BROWN: Objection. Completely
22  misstates his testimony, as well as the article,
23  as well as the report, as well as the chart.
24       THE WITNESS: Let me just see. So
25  obviously it's not -- it's not documented, but I

Page 337

1  think part of what I'm trying to do is communicate
2  what the -- what the risks are that were reported
3  and what their confidence bounds were.
4       And so, you know, the papers stand for
5  themselves. They all exist. They're all cited.
6  We can look at anything we want.
7       I think in terms of the cornstarch
8  issue --
9  BY MS. PARFITT:
10     Q   Doctor, I'm not asking about --
11       MS. BROWN: Stop cutting him off.
12  BY MS. PARFITT:
13     Q   -- the cornstarch. We can talk about
14  that later. I'm not talking about cornstarch.
15       MS. BROWN: You cannot continue to cut
16  him off, or we'll have to call the Judge.
17       MS. PARFITT: I don't have a question
18  about cornstarch.
19       MS. BROWN: He's answering your
20  question.
21       MS. PARFITT: He is not.
22       MS. BROWN: You have to let him answer
23  or we have to call the Judge. You are
24  violating --
25       MS. PARFITT: You can do it in your

85 (Pages 334 to 337)

Gregory B. Diette, M.D.

Page 338

1    direct.
2         MS. BROWN:  No, you have to let him
3    answer the question or --
4         MS. PARFITT:  Counsel.
5         MS. BROWN:  We're going off the record.
6         MS. PARFITT:  Do you want to go -- we'll
7    go off the record right now.
8         MS. BROWN:  Yeah, let's go.  Fine.  Do
9    we need to call the Judge?  You have to let him
10   answer.
11        MS. PARFITT:  We'll call her.  We'll
12   call her.
13        THE VIDEOGRAPHER:  The time is 3:09 p.m.
14   We're going off the record.
15        (A discussion was held off the record.)
16        THE VIDEOGRAPHER:  The time is
17   3:10 p.m., and we're back on the record.
18        MS. PARFITT:  Thank you.
19   BY MS. PARFITT:
20        Q   Okay, Dr. Diette, all I'm trying to -- to
21   ask, and obviously very poorly, is the analysis
22   that you just discussed that you went through with
23   Hartge, as we sat here today and you did it on the
24   record, did you do that for all the other studies?
25        A   I tried to.

Page 339

1         Q   Okay.  And so you had to make
2    determinations as to what relative risks to
3    extract from those studies, correct?
4         MS. BROWN:  Objection to the form.
5         THE WITNESS:  I -- I had to work with
6    what they reported.
7    BY MS. PARFITT:
8         Q   Okay.  And just like Hartge, they
9    reported different pieces of information:
10   Diaphragms used, no diaphragm, all over, genital,
11   legs, feet, correct?
12        A   Correct.
13        Q   And you had to decide what was the most
14   appropriate data to pull from those studies to
15   include on your chart for relative risks, correct?
16        A   For the most --
17        MS. BROWN:  Objection to the form.
18        THE WITNESS:  Yes, of course.
19   BY MS. PARFITT:
20        Q   Okay.  So my question to you is, you
21   chose for the Hartge, based upon that analysis, to
22   use the -- any talc mentioned, which gave us a
23   relative risk of 0.7, as opposed to genital, which
24   would have represented a 2.5 risk.
25        MS. BROWN:  Objection to the form.

Page 340

1    BY MS. PARFITT:
2         Q   Correct?
3         A   I did.
4         Q   Okay.  And my last question is, is that
5    the position you wish to take today?
6         MS. BROWN:  Objection to the form.
7    BY MS. PARFITT:
8         Q   Or would you modify that and use a
9    different relative risk?  That's all.
10        A   I don't --
11        MS. BROWN:  Objection.
12        THE WITNESS:  I don't think anybody is
13   well served by looking at this other number, other
14   than if you're just trying to make a point and
15   be -- you know, for a plaintiff or something to
16   look at this 2.5.
17        I think if you take this one that says
18   there's a small number of exposed women, ten
19   people, you know, that yields an unreliable
20   estimate.  I mean, somebody should fuss about that
21   too.  So that's not -- that's not an ideal
22   measure.
23        If it helps, we can put them on the
24   table, and it wouldn't really change things,
25   right.  You've got confidence bounds from 0.7 to

Page 341

1    10.  I mean, that's an enormous confidence value.
2    So there's not a lot of information from those ten
3    people.
4    BY MS. PARFITT:
5         Q   And the reason I ask as well, as you
6    said earlier on in your deposition, you did not
7    know for all these studies their sample size.
8         A   Oh, no, no, no.  I didn't memorize it,
9    but I've got all the studies, and it's a piece of
10   cake, we can just go look at them and look at the
11   sample size.  I didn't want to, like -- I didn't
12   want to, like, make -- this is already a long
13   enough report.  I don't need to put every bit of
14   data from every study in it to have it make sense
15   to me.
16        Q   So somewhere you have all the sample
17   sizes pulled together for the various cases and
18   controls for each one of these studies?
19        A   It's in every one of the studies.
20        Q   I know it's in each and every one of the
21   studies, but did you document it in any kind of
22   chart or anything like that?
23        A   For what?
24        Q   So that you could tell someone like me
25   and the Court why you chose the data that you did.

86 (Pages 338 to 341)

Gregory B. Diette, M.D.

Page 342

1      A   We can just look at the studies.  If I
2  documented the sample size next to each one of
3  these, it wouldn't tell you why I picked this
4  particular relative risk.
5      Q   It would -- it would not offer valid
6  information as to the relevance of those relative
7  risks?
8      A   Oh, my gosh.  I mean if you were
9  interested in it, I could find it for you.  It
10  wasn't -- it wasn't important for me to
11  communicate what I was trying to communicate.
12      Q   No, I -- it's a different question.
13         Is sample size important when one is
14  doing an analysis of a scientific study?
15      A   Yeah, that's why it's in the paper.
16      Q   Okay.  Because if the sample size is too
17  small, it may be underpowered; is that correct?
18         MS. BROWN:  Objection.
19         THE WITNESS:  Well, I don't know.  I
20  mean, if we're going to do power now, I think
21  that's going to be a different -- a different
22  conversation.
23         The sample size being small can have all
24  kinds of -- all kinds of impact.  This to me is
25  actually the most generous way to look at these

Page 343

1  data, rather than picking at the same size.  I
2  mean, I can do that too, right?  I can say, This
3  is a crummy study because it's got 23 people, or
4  this is crummy one -- that wasn't my goal.  It
5  wasn't to sort of tear down the -- the
6  case-control studies.
7         I was trying to have a balanced approach
8  here, I think unlike the plaintiffs' experts, and
9  I wasn't trying to say that this one particular
10  design is awful and the other one is good.  I was
11  just trying to represent something about it in
12  order to summarize it and communicate a point.
13  BY MS. PARFITT:
14      Q   Okay.  And your balanced approach was to
15  take the lower, the 0.7 relative risk, rather than
16  the 2.5 relative risk.
17      A   Oh, my goodness.
18         MS. BROWN:  Objection to the form.
19         THE WITNESS:  I -- I think -- I mean, I
20  think this little article, that doesn't even fit
21  on an entire page, gives us so little information
22  about what to do, and I think my point about there
23  being ten people that provide a relatively
24  uninformative risk, it's not great.  If you want
25  to use it, you're welcome to, but it doesn't -- it

Page 344

1  doesn't change anything about this exercise.
2  BY MS. PARFITT:
3      Q   Okay.  Well, I didn't select Hartge.
4  You selected Hartge.
5      A   Well, I selected it because it exists.
6  I mean, I -- my -- my goal was to find all the
7  studies that exist.
8      Q   Okay.
9      A   I mean, I didn't invent it, right?  I
10  just -- I just looked at --
11      Q   Well, I just didn't want the record to
12  reflect that I was selecting your data.
13      A   No, but you -- it sounds like you would
14  prefer me to use that 2.5 from the ten people,
15  instead of the 0.7 from the nearly hundred people.
16      Q   I have --
17      A   And I'm happy to look at them both.  I
18  mean they both tell us some information.  It's not
19  like, you know, one is ideal and the other isn't.
20  But it really doesn't change the basic premise
21  here.
22      Q   All right.  So on my chart I have them
23  both.  I have 0.7 and 2.5.  Do you see that?
24      A   Um --
25      Q   Right at the bottom there, "Genital use"

Page 345

1  and "Any talc use."  Do you see that?
2      A   I do.
3      Q   Okay.  All right.  So as I appreciate
4  your testimony, you had selected 25 population
5  case controls, 7 hospital -- and 7 hospital case
6  controls, correct?
7         MS. BROWN:  Objection.
8  BY MS. PARFITT:
9      Q   Do I have the numbers right?
10      A   I wasn't listening.  I'm sorry.
11         MS. BROWN:  Look at the realtime.  I
12  just think you misspoke.  You said seven hospitals
13  twice.  Is that what you meant?
14  BY MS. PARFITT:
15      Q   As I appreciate your testimony, you
16  selected -- no, this is populate -- 25 population
17  case controls and 7 hospital case controls.  I
18  said it twice.  Correct?
19      A   That's correct.
20      Q   Okay.  And that formed the basis for
21  your selection of case studies, correct?
22         MS. BROWN:  Objection to the form.
23         THE WITNESS:  Case-control studies.
24  BY MS. PARFITT:
25      Q   Case-control studies.

Gregory B. Diette, M.D.

Page 346

1    A   Correct.
2    Q   Yes.  Okay.
3         Now, looking at the chart, which is 21,
4    what is the point estimate -- wait.
5         What I would like you to do, rather, I
6    would like you to circle the point estimate for
7    every study that exceeds -- that has a 1.0.
8         MS. BROWN:  Objection.  Based on the
9    document you created as 21?
10        MS. PARFITT:  Which is identical to the
11   doctor's document, with the exception of I put two
12   numbers for Hartge.
13        MS. BROWN:  You put two numbers for
14   Moorman too.
15        MS. PARFITT:  Before and after 2014,
16   correct?
17        MS. BROWN:  Nope, Moorman is 2009.  You
18   have -- you've broken out Moorman by race.
19        MS. PARFITT:  I did.
20        MS. BROWN:  So I mean, my point here is
21   just if you wanted to use his report, he's happy
22   to answer your questions, but --
23        MS. PARFITT:  He did it -- but he did it
24   too.
25        MS. BROWN:  Okay.  That's fine.

Page 347

1         MS. PARFITT:  It's on his chart.
2    BY MS. PARFITT:
3    Q   I didn't do anything -- the only
4    modification I made to your chart, Doctor, is
5    Hartge, and there I kept your 0.70 and added the
6    genital 2.5.
7         And what I'd like you to do is circle in
8    that document every point estimate or odds ratio
9    that is 1.0 or above.
10   A   1.0 or higher?
11   Q   That's right.
12        MS. BROWN:  Objection to the exercise.
13        And, Doctor, if you need the articles,
14   we'll give them to you.
15        THE WITNESS:  So just as an example, if
16   we look at Jordan 2007, which has an odds ratio of
17   1.00 --
18   BY MS. PARFITT:
19   Q   Mm-hmm.
20   A   -- you find that one that would be
21   interesting for me to circle.
22   Q   If it has a 1.0, I'd like you to circle
23   it.
24   A   Sure.
25        So in terms of your -- like, it's going

Page 348

1    to be hard for me to read it off of your figure
2    because I don't know, like -- like, the Harlow and
3    Weiss one -- what is wrong with that one?  Or is
4    it --
5         MS. BROWN:  That looks wrong, doesn't
6    it?
7         THE WITNESS:  No, it's Harlow and Weiss
8    versus Harlow.
9         So what am I circling?  I'm circling
10   the -- the -- on the forest plot?
11   BY MS. PARFITT:
12   Q   On the forest plot, if you would be kind
13   enough to circle every relative risk where the
14   point estimate was 1.0 or above.
15   A   Oh, I did it wrong.
16   Q   That's all right.
17   A   Sorry.  I'm circling the ones that
18   are -- do you have another -- another copy of
19   this?
20        MS. MILLER:  You can have mine.
21        MR. LOCKE:  I didn't --
22        MS. PARFITT:  I'm sorry.  I'm sorry,
23   Tom?
24        MR. LOCKE:  I just couldn't hear -- you
25   trailed off at the end.

Page 349

1         MS. PARFITT:  Sure.
2    BY MS. PARFITT:
3    Q   You have -- and maybe I can shorten this
4    for you, how about that, in the interest of time.
5    A   Your call.
6    Q   We have -- thank you.  I appreciate
7    that.
8         We've got about 32 studies here.  How
9    many of those studies reflect an odds ratio
10   greater than 1.0?
11        MS. BROWN:  For a relative risk?
12        MS. PARFITT:  Correct.
13        THE WITNESS:  I don't know what to do
14   with Moorman, because it's one study, right.  Two
15   different odds ratios.
16   BY MS. PARFITT:
17   Q   Mm-hmm.
18   A   But it looks like above the dotted line,
19   it's -- there's 24 studies, I guess, and then down
20   below it, there's -- one, two, three, four,
21   five -- there's 5 that are above 1.0, and you said
22   above 1.0 this time, before you said --
23   Q   Above -- I did, above 1.0.
24   A   Because the including an odds ratio of
25   1.00 is evidence of something above 1.0 would

Gregory B. Diette, M.D.

Page 350

1  be --
2      Q   Right.  So we're doing above 1.0.
3      A   Okay.
4      Q   You pointed that out, and you're right.
5      A   Yeah.  So have I done it?  There's one,
6  two, three, four -- well, I guess Hartge is --
7  one, two, three, four, five --
8      Q   Sure.
9      A   -- there's five down below the dotted
10  line, and there were --
11      Q   Okay.  And if you can just identify
12  those where the point estimate does not exceed --
13  it's not above 1.0.
14      MS. BROWN:  Counsel, can you represent,
15  on the record, what this second up from the bottom
16  is?
17      MS. PARFITT:  Sure.  Hartge and Stewart,
18  '94.
19      MS. BROWN:  Underneath that.
20      MS. PARFITT:  Wong.
21      MS. BROWN:  No, above -- what is the
22  entry above Wong?
23      MS. PARFITT:  Oh, in his table --
24      THE WITNESS:  Oh, that too.
25      MS. PARFITT:  In his table he had RR

Page 351

1  0.03, RR 0.05.  It was just extracted from his
2  table.
3      MS. BROWN:  Oh, it's the second Hartge
4  and Stewart.
5      MS. PARFITT:  Yeah.
6      THE WITNESS:  And so you want where just
7  the midpoint is above the number 1.0?
8  BY MS. PARFITT:
9      Q   Correct.
10      A   So Cramer, Harlow, Harlow, Chen, Cramer,
11  Purdie, Chang, Cook, Green, Godard, Cramer, Ness,
12  Mills, Cramer, Gates, Merritt; the two odds ratios
13  for Moorman, Wu, Rosenblatt, Kurta, Kotsopoulos,
14  Wu, Cramer, Schildkraut; and then one of the two
15  Hartge's, Whittemore --
16      Q   And are you circling those, Doctor?
17      A   I'm not, no.
18      Q   Okay.  If you could do that because
19  we'll attach it as an exhibit.  Sorry.
20      A   Should I just finish saying them --
21      Q   Sure.
22      A   -- and then go back and do it?
23      So Rosenblatt, Tzonou, and that's it.
24  So -- (circling studies.)  Okay.
25      Q   Okay.  What does the -- does the fact

Page 352

1  that those studies have a relative risk in excess
2  of 1.0 demonstrate a positive result?
3      MS. BROWN:  Objection to the form.
4      THE WITNESS:  So some -- some of those,
5  yes, and some of those, no.
6  BY MS. PARFITT:
7      Q   All right.  Would it be fair to say that
8  they're certainly trending above the null; is that
9  correct?
10      MS. BROWN:  Objection to the form.
11      THE WITNESS:  Not necessarily.  I'm just
12  trying to imagine like -- I think I understand why
13  you're doing this -- but I'm just trying to
14  imagine like standing in front of colleagues like
15  with the Tzonou one and say, I've decided that a
16  relative risk of 1.05 is a positive risk.
17      I mean, you can only guess so close to
18  1.0.  I mean, 1.0 is basically null, right?
19  There's no -- there's no effect.  So you can hope
20  for, but you're rarely going to get a 1.00.  So if
21  you get like a 1.01, 1.02, 1.03, those are
22  basically 1.0.
23      I mean, you can -- you can say -- try to
24  make some point to somebody, Oh, it's a little bit
25  above 1.0; therefore, it's a positive association.

Page 353

1  But other than this setting, you're going to get
2  laughed out of the room.  I mean, this is -- this
3  is a 1.05.  So, you know, that's -- you call it
4  what you want.  I don't call that a positive
5  finding.
6  BY MS. PARFITT:
7      Q   Okay.  Now, what I'd like you to do is
8  look at the confidence intervals for each one of
9  those studies, and circle where the confidence
10  interval shows a relative risk of 1.2.
11      MS. BROWN:  Objection to the form of the
12  question.
13  BY MS. PARFITT:
14      Q   And again, if you will just circle
15  those.
16      A   I -- I think you'd be better off drawing
17  a line, right.  Because it -- I mean, this scale
18  here isn't really -- like there's no vertical
19  scale that's labeled here.  Right.  So you've got
20  1.0, 1.1 and 1.2.  I mean if you want, I think you
21  ought to just take a ruler and run it up from 1.2.
22      Q   Why don't you just go ahead and identify
23  them, if you will, and we can go ahead and do
24  that.  Let's see.
25      A   Well, like I can --

Gregory B. Diette, M.D.

Page 354

1    Q    My question is just simply this:  Would
2    you identify all studies where the confidence
3    interval is 1.2 or higher?
4         MS. BROWN:  Objection to the form.
5    BY MS. PARFITT:
6    Q    And you can just circle them.
7    A    And it doesn't have to mean anything to
8    me, right?
9    Q    Nope.  Just circle anything where the
10   confidence interval is above a 1.2.
11   A    So where the confidence interval
12   includes 1.2?
13   Q    1.2, correct.
14   A    Or where it's above 1.2?
15   Q    It's above 1.2.
16        MS. BROWN:  The entire interval?
17        THE WITNESS:  Well, so there's not many,
18   right?  So there's one --
19   BY MS. PARFITT:
20   Q    You understand that it includes 1.2?
21   A    I heard -- oh, that's different,
22   because there's only one where it's above 1.2.
23   Q    It includes the 1.2.
24   A    Or two that are above it.
25        So the two that are above it, don't

Page 355

1    include it, right, so we got to start over.
2    Q    Everywhere -- sure.  You go ahead and do
3    it.  Everywhere where the confidence interval is
4    above -- includes 1.2.
5    A    That's all right.  I'm just going to put
6    a little asterisk next to them, because I already
7    made a mark --
8    Q    Sure, that's fine.
9    A    -- next to the ones that are above 1.2.
10        Okay.
11   Q    Okay.  Let's go ahead and just put this
12   here.  I appreciate that.
13        Okay.  Here we go.  Let's see here.
14        Okay.  So let's just stay with that one
15   here for a moment.  Let me give you -- give you a
16   blank one here for a moment.  Is that all right?
17   So you have something in front of you.
18   A    Sure.
19   Q    Okay.  All right.
20        Dr. Diette, looking at the chart that we
21   just talked about, you have described in your
22   report that the case-control studies are
23   inconsistent.  Is that your testimony?
24   A    I think we should look literally at what
25   I wrote, because I talked about one aspect that

Page 356

1    was inconsistent.
2    Q    And that aspect --
3         MS. BROWN:  Are you looking at the
4    report?
5         THE WITNESS:  Yeah.
6    BY MS. PARFITT:
7    Q    -- was with regard to population study
8    versus hospital-based studies?
9    A    Well, I think I made a comment about
10   both, right?
11   Q    And if I can summarize your testimony,
12   but feel free to look, but your testimony from the
13   report -- your writings and your report suggest
14   that the case-control studies are inconsistent,
15   and you focus on the fact that the hospital-based
16   controls were inconsistent with the population-
17   based controls.
18   A    That's one -- one of the areas of
19   inconsistency.
20   Q    Okay.  And you base that opinion on the
21   fact that there -- the hospital-based studies were
22   not statistically significant, but the
23   population-based studies were statistically
24   significant; is that correct?
25        MS. BROWN:  Objection to the form.

Page 357

1         THE WITNESS:  That's one piece of
2    evidence, right.  So one piece of evidence is that
3    the hospital-based ones, none of them were
4    statistically significant, and some of the
5    population-based ones were.
6    BY MS. PARFITT:
7    Q    All right.  And because you had some of
8    the population-based studies, you found
9    inconsistent because the confidence intervals were
10   not -- were such that they were not statistically
11   significant; is that correct?
12   A    That's a --
13        MS. BROWN:  Objection to the form.
14        THE WITNESS:  And as before, that's a
15   piece of -- a piece of the information here.
16   BY MS. PARFITT:
17   Q    Okay.  I've reviewed your report.  Other
18   than the distinction between the statistical
19   significance of studies versus the nonstatistical
20   significance of studies, how else did you discern
21   that they were different and not consistent?
22   A    Well, I have a section on consistency.
23   So it -- there's other things about these studies
24   that are inconsistent.
25        So, for example, the -- the

90 (Pages 354 to 357)

Gregory B. Diette, M.D.

Page 358

1    dose-response relationships are all over the
2    place. So that I found to be an inconsistency.
3    The findings about certain kinds of ovarian
4    cancers, some showed a particular cell type and
5    some -- some didn't.
6         Let me just --
7       Q   Let me ask you --
8         MS. BROWN: Wait, I don't think he's
9    finished.
10        MS. PARFITT: No. Let's just make sure.
11        THE WITNESS: I think we've said it, but
12   I want to make it clear, right, because we were --
13   we were really just sort of focused very -- very
14   much on population-based and hospital-based case
15   controls.
16   BY MS. PARFITT:
17      Q   That's right.
18      A   But I think the fact that there is
19   basically, you know, not a signal from the cohort
20   studies is an inconsistency with studies of
21   another design, so another form of inconsistency.
22        I think that -- and what I've tried to
23   say here, right, because I think -- I think some
24   of these Hill criteria, it's hard to -- hard to
25   keep every -- every comment you want under one

Page 359

1    particular heading, and so I've tried to get at
2    this issue here too that if it were consistent
3    that talc caused or was associated with ovarian
4    cancer, I would expect to see it under a variety
5    of circumstances, not just perineal dusting. And
6    so one of the inconsistencies is that, you know,
7    diaphragms and condoms, that we don't see that
8    signal. So I'm just saying that that's an
9    inconsistency. It's the opposite of consistency.
10        And I guess too -- I mean just while
11   we're even still on the -- on the types of
12   studies, I mean the Taher study that, I guess, you
13   know, even though it's not published yet, I mean
14   they've got a summary risk for the hospital-based
15   studies which is less than 1.0. Right. So now
16   it's not even just like -- if -- I don't know
17   whether we should like the Taher study or not, but
18   it's out there, right. And so now we've got --
19      Q   It's out there. It's a piece of the
20   evidence.
21      A   Yeah, it's something that's out there,
22   so now we've got something that's unpublished from
23   2018 that's got not even a positive risk. I mean,
24   this -- this exercise of going to look and see
25   what's over 1.0, there's a 0.94 or 6 or something

Page 360

1    like that. So I'm -- that's more inconsistency.
2       Q   Okay. Dr. Diette, what I'm trying to
3    get at here is, the underbelly, I guess, of your
4    opinions seem to be from your report that cohort
5    studies are inconsistent with the case-control
6    studies, which they themselves are inconsistent
7    because population-based studies and
8    hospital-based studies, some were statistically
9    significant and some were not. Correct?
10      A   Exactly, yes.
11      Q   Okay. And that really the -- the guts
12   of your report, correct?
13        MS. BROWN: Objection to the form.
14        THE WITNESS: I -- no. I mean, those
15   are two very important points, but I'd say there's
16   a heck of a lot more than that in the report.
17   BY MS. PARFITT:
18      Q   Okay. Did you go through -- let's --
19   let's talk a little bit about that.
20        You described these relative risks of
21   the case-control studies as small, weak -- small
22   and weak, correct?
23      A   Correct.
24      Q   Okay. What type of -- those words
25   "small and weak," are those scientific words?

Page 361

1       A   So they're words that my colleagues and
2    I use. I mean, it's a word that Dr. Rothman used
3    when he did his analysis in 2000 and called the
4    summary odds ratio or the risk -- risk of 1.3, he
5    called it weak. I'm not sure whether he's citing
6    a particular definition, but, you know, it --
7    it's -- there's probably reasons, just like where
8    you talk about a p-value of 0.05 not being the
9    absolute line. I think it's why people have
10   resisted trying to say that it has to be above an
11   exact specific number.
12        But I think we can all recognize risks
13   that are large. You know, we know that a risk of
14   10 is a large risk. We know that 20 is a large
15   risk. We know that a relative risk of 1.01, it's
16   got to be tiny, right, because it can't be any
17   smaller than that on that particular scale.
18        So somewhere in there we have to use
19   some judgment, and I think if you got a 1.2 or
20   1.3, I don't know who -- I don't know who thinks
21   that's strong. It doesn't make any sense.
22      Q   Do you agree that having a weak
23   association does not rule out a causal connection?
24        MS. BROWN: Objection to the form.
25        THE WITNESS: Wait a minute, say it

91 (Pages 358 to 361)

Gregory B. Diette, M.D.

Page 362

1    again because I think --
2    BY MS. PARFITT:
3        Q   Having a weak association would not rule
4    out a causal association.
5        A   That's correct.
6        Q   All right.  Would you also agree that
7    while the strength of an association is a
8    guideline for drawing an inference of causation,
9    there is no specified threshold required?
10       MS. BROWN:  Objection to the form.
11       THE WITNESS:  I don't think there's a
12   specified threshold.  I think it's a gradient,
13   right, that you have to use as you're applying
14   your judgment about all of the evidence.  And that
15   when you have a very small risk, you should be
16   more concerned about the distorting effects of
17   other factors, and if you have a larger risk, you
18   can be less worried about those distorting
19   factors.
20   BY MS. PARFITT:
21       Q   But you will agree with me under the
22   Bradford Hill factors, strong association or weak
23   association, neither are necessary for finding
24   causality, correct?
25       MS. BROWN:  Objection to the form.

Page 363

1        THE WITNESS:  So there isn't a single
2    one of his considerations that all by itself is
3    completely necessary, right.  It's a -- it's a
4    method to pull together a variety of, you know,
5    information about the studies.  But he -- he
6    certainly does give us some guidance about what
7    "strong" and "not strong" might mean and the
8    implications of that.
9    BY MS. PARFITT:
10       Q   But we can agree sitting here today that
11   those general terms, "weak," "small," do not
12   dictate whether or not there is causality.
13       MS. BROWN:  Objection to the form.
14       THE WITNESS:  They don't dictate it.
15   They inform it.
16   BY MS. PARFITT:
17       Q   You mentioned that the -- I want to come
18   back to that one in a second.
19       Now, you, yourself, have actually done
20   secondhand smoke studies, correct?
21       A   I've done studies that include
22   secondhand smoke as a measure.
23       Q   Okay.  What is your understanding of the
24   relative risks for secondhand smoke?
25       A   For what?

Page 364

1        Q   Secondhand smoke and lung cancer.
2        MR. LOCKE:  Objection.
3        THE WITNESS:  I think really the Surgeon
4    General has put it at -- it's either about 1.7 or
5    1.9, somewhere in there.
6    BY MS. PARFITT:
7        Q   Okay.  Let me show you -- I'm sorry.
8    1.7 or 1.9.
9        Let me show you a study by Kim.  And
10   it's entitled "Exposure to Secondhand Smoke and
11   the Risk of Cancer in Never Smokers."  And I'll
12   represent that it's in the International Journal
13   of Environment, 2018.  And this would be a
14   meta-analysis by Dr. Kim.
15       A   Do you know, is it something I cited or
16   is this new -- new to me or --
17       Q   I did not see it in your --
18       A   Okay.  Thank you.
19       Q   -- list of references.
20       In fact, good question.  None of the 167
21   articles that were in your curriculum vitae did I
22   see that you cited in support for your expert
23   report; is that correct?
24       A   That would -- I'm sure that's correct.
25       Q   Okay.  Okay.  Do you see that?

Page 365

1        A   I do, yes.
2        Q   Okay.  And if you look in the abstract,
3    do you see where the authors determined that the
4    relative risks for passive smoke exposure and lung
5    cancer in never users was a relative risk rather
6    than of 1.2.
7        Do you see that?  Take a moment.
8        A   Yeah.
9        Q   We'll put it on the ELMO.
10       A   So we're looking at the abstract?
11       Q   We are, mm-hmm.
12       A   And saying -- so odds ratio involving
13   never smokers with significant exposure to
14   secondhand compared to never smokers was 1.163.
15       Q   Okay.  Do you see where it says:
16   "Passive smoke exposure and lung cancer in never
17   users was a relative risk of 1.245"?
18       And we can go ahead and circle that.
19       A   That's for females?
20       Q   Yes.
21       A   For females, yeah, 1.245.
22       Q   Okay.  So we had a 1.245 for females,
23   and, I'm sorry, you said a 1.16 for secondhand all
24   comers, right?
25       A   Exactly right.

92 (Pages 362 to 365)

Gregory B. Diette, M.D.

Page 366

1      Q    Okay.  Let me show you as well the Lv
2  study, and it was a 2015 study.  "Risk of
3  All-Cause Mortality Associated With Secondhand
4  Smoke."
5      A    Do I have that?
6      Q    I'm getting that for you.  Hold on one
7  second.
8      A    Oh, I'm sorry.  I thought I --
9      Q    No, no worries.
10     A    I thought I missed it.
11         (Diette Exhibit No. 23 was marked
12         for identification.)
13  BY MS. PARFITT:
14     Q    Do you have that in front of you?
15     A    Yes.  So this is by Lv?
16     Q    That's right.
17     A    The last name, yeah.
18     Q    And now again, looking at the abstract
19  section, does it report the relative risk for
20  never smokers exposed to secondhand smoke versus
21  unexposed?
22     A    So the pooled relative risk for never
23  smokers compared to those -- is that -- so that
24  first sentence of the results --
25     Q    That's right --

Page 367

1      A    -- 1.18?
2      Q    Correct.  And they then report in the
3  all-cause mortality and RR was 1.23 for
4  cardiovascular diseases.  Do you see that?
5      A    Yeah, although -- exactly right, yep.
6      Q    Now, there have been -- and this
7  is work that you do as well, correct?
8         MS. BROWN:  Objection to the form.
9  BY MS. PARFITT:
10     Q    You do research work on secondhand
11  smoke?
12     A    I have done, yeah, and still do.
13     Q    Okay.  And are you aware that in the
14  United States and in other countries, there have
15  been health programs implemented to reduce
16  secondhand smoke based upon relative risks, like
17  you've just seen, 1.1, 0.8, 1.2?
18         MR. LOCKE:  Objection.
19         THE WITNESS:  I mean, I don't know if
20  the programs were based on these studies, and
21  there certainly have been higher relative risks
22  before.  But I -- but I agree that there are
23  programs to reduce secondhand smoke exposure.
24  BY MS. PARFITT:
25     Q    Okay.  And would you agree today that

Page 368

1  associations that are implementing those types of
2  programs to reduce secondhand smoke for fear of
3  lung cancer have accepted this type of data, 1.1,
4  1.2, for purposes of making those policy
5  decisions?
6      A    So I don't know --
7         MR. LOCKE:  Objection.
8         THE WITNESS:  Oops, sorry.
9         Like, I don't -- I don't know what
10  inputs they -- they used, and I don't -- I'm not
11  saying they wouldn't, but I don't know whether
12  they would use these risks to drive that or not.
13  BY MS. PARFITT:
14     Q    Okay.  You would agree with me, though,
15  that the risk of 1.1 and 1.2 are very -- are
16  actually less than the relative risks that we've
17  seen with talcum powder products and ovarian
18  cancer, correct?
19         MS. BROWN:  Objection to the form.
20         THE WITNESS:  So it's less than the
21  pooled odds ratio from the case-control studies in
22  the meta-analyses.
23  BY MS. PARFITT:
24     Q    Okay.  Now, you yourself have done
25  studies on indoor particulate matter, correct?

Page 369

1      A    Correct.
2      Q    Okay.  In particular, you published a
3  study with McCormack and Diette on common
4  household exposures?
5      A    I've published a bunch with her, so I
6  don't know which -- which particular one that is.
7      Q    All right.  It's Common -- it's Common
8  Household Products, 2008."  McCormack is the lead
9  article -- author.
10     A    What journal?
11     Q    It is in the Environmental Res,
12  Environmental --
13     A    Environmental research.
14     Q    -- Research.  And it's dated February
15  2008.  And take a minute to --
16         (Diette Exhibit No. 24 was marked
17         for identification.)
18  BY MS. PARFITT:
19     Q    Do you have that in front of you?
20     A    I do.
21     Q    Okay.  Now, if you look at the first
22  page under the abstract, about the third line
23  down -- excuse me, fourth line down, it says:
24  "There is a public health imperative to
25  characterize indoor source as being less

93 (Pages 366 to 369)

Gregory B. Diette, M.D.

Page 370

1    extensively characterized" -- excuse me.  I'm
2    sorry.
3        "There is a public health imperative to
4    characterize indoor sources of PM" -- I assume
5    that's particulate matter?
6        A    Correct.
7        Q    -- "with this vulnerable population to
8    enable effective intervention strategies."
9        Did I read that correctly?
10       A    You did.
11       Q    Okay.  You were the lead -- one of the
12   lead authors in that study?
13       A    Yeah, I was, by position, the senior
14   author, but I was the head of the -- the study
15   that produced this paper.
16       Q    All right.  And what is -- and do you
17   have an opinion with regard to what the relative
18   risks are for indoor ambient particulate matter?
19       A    For what?
20       Q    For --
21       A    You mean qualitative, like what
22   illnesses they cause or --
23       Q    Yes, with regard -- I believe you
24   studied a bit of asthma, so I believe it would be
25   the relative risk of indoor particulates and

Page 371

1    asthma?
2        A    Well, there's not one single way to
3    answer that, right.  So this -- this paper doesn't
4    look like the one that's actually quantified it,
5    right.  We have other ones that look at the
6    increase in, say, symptoms, for example, or
7    exacerbations per very small increment in
8    particulate matter.
9        So like, I think if you -- if you're
10   looking at our studies, you're not going to find a
11   relative risk that's, like -- that's analogous to
12   these where this is the relative risk of an
13   outcome for secondhand smoke, yes/no.  Ours are
14   reported not by that but by little tiny increments
15   or decrements of -- of particle concentrations.
16       Q    Do you know what the relative risk is
17   for indoor ambient air?
18       A    That's --
19       MS. BROWN:  Objection to the form.
20       THE WITNESS:  That's not a full
21   question.
22   BY MS. PARFITT:
23       Q    Do you -- is there a relative risk for
24   exposure to the lungs in indoor particulate
25   matter?

Page 372

1        MS. BROWN:  Objection to the form.  You
2    need the disease to link the --
3        MS. PARFITT:  Lung.  Lung.
4        MS. BROWN:  You mean cancer?  Objection
5    to the form.
6        THE WITNESS:  Anyway, I can't answer it.
7    You need more in the sentence or the question in
8    order for me to be able to answer it.
9    BY MS. PARFITT:
10       Q    Okay.  Are there any -- fair enough.
11       Are there any reported relative risks
12   between indoor particulate matter and lung
13   disease?
14       MS. BROWN:  Objection to the form.
15       THE WITNESS:  I'd want to be super
16   careful about what we're saying is lung disease,
17   because some people might think that that means
18   the risk of developing a particular lung disease,
19   and others might mean the worsening of an existing
20   disease or a lung function abnormality.
21   BY MS. PARFITT:
22       Q    Okay.  Do you know what the relative
23   risk is between indoor particulate matter and
24   asthma?
25       A    The risk of developing asthma?

Page 373

1        Q    Correct.
2        A    It's not --
3        MS. BROWN:  Objection to the form.
4        THE WITNESS:  Sorry.  It's not known.
5    BY MS. PARFITT:
6        Q    It's not known.
7        A    Not known.
8        Q    It's not been published.
9        A    Well, I can't say there's not a single
10   paper out there, but at this point the -- a
11   summary of the evidence is that we can't say for
12   sure that it's -- that it causes asthma.
13       Q    Have you reviewed in any of the
14   literature published data with regard to airborne
15   particles -- indoor airborne particles and asthma
16   as to what the relative risk may be?
17       MS. BROWN:  Objection to form.
18       THE WITNESS:  Relative risk of?
19   BY MS. PARFITT:
20       Q    Relative risk of asthma from exposure to
21   indoor air particulate.
22       MS. BROWN:  Objection to the form.
23       THE WITNESS:  So I -- I've read a ton of
24   stuff about it.  I mean if you've got a particular
25   article, I'm happy to read it and interpret it.

94 (Pages 370 to 373)

Gregory B. Diette, M.D.

Page 374

1    But as of this point, I think we -- should I
2    explain or just --
3    BY MS. PARFITT:
4        Q   No, I -- all I really want to know in
5    the interest of time is whether or not you have
6    reviewed any of the scientific literature data
7    that reports what the relative risk is for indoor
8    particulate matter and the risk of getting asthma?
9        MS. BROWN:  Objection to the form.
10   BY MS. PARFITT:
11       Q   And if you haven't, that's fine.
12       A   Oh, my gosh, no, it's not that.  I have.
13   I just don't think that you can answer that
14   question.  I'm not saying there's not some study
15   out there that may estimate a risk for that, but
16   it isn't established.  Like, at this point, we
17   cannot say in 2019 that indoor particulate matter
18   causes asthma.
19       And -- and you have to say more to the
20   sentence.  So let's just talk about like adults
21   living in the city.  We can't say that.  You
22   know -- you know, there's -- there's studies that
23   have looked at the relative risk of indoor
24   cooking, which is predominantly particulate
25   matter, in developing countries, but even the

Page 375

1    asthma evidence is not fully developed.
2        So it's just -- it's one of those things
3    where you may find a paper that has an estimate,
4    but it hasn't been fully established yet.
5        Q   All right.  Do you -- I understand it's
6    not fully established, but are there reported
7    relative risks from the scientific literature?
8        MS. BROWN:  Objection.
9        THE WITNESS:  I'm sure there are.
10       MS. BROWN:  Objection --
11       THE WITNESS:  I'm sure there are, but --
12   BY MS. PARFITT:
13       Q   There are.  Do you know what they are?
14       MS. BROWN:  Objection to the form.
15       THE WITNESS:  Oh, my gosh.
16   BY MS. PARFITT:
17       Q   If you know.  If -- like, do you know
18   there is a range of relative risks between
19   exposure to indoor particulate matter and asthma?
20       MS. BROWN:  Objection to the form of the
21   question.
22       THE WITNESS:  I've got to see what
23   you're talking about, because I think that when
24   you ask it that way, there may be some estimate
25   based on a particular number of micrograms per

Page 376

1    meter cubed.  It may be from a particular source,
2    like traffic-related pollution or not.
3        I mean there's more to it.  There's not
4    just like some summary that -- that I can -- I can
5    make.  Maybe you can find somebody that can just
6    say particulate matter has this risk of causing
7    asthma.  I haven't seen it.
8        But it's not there aren't like a whole
9    bunch of studies looking at the relationship
10   between indoor and outdoor particulate matter and
11   lung disease as both, you know, developing newly
12   and worsening the existing ones.
13   BY MS. PARFITT:
14       Q   Right.  Does secondhand smoke cause lung
15   cancer?
16       MS. BROWN:  Objection to the form.
17       THE WITNESS:  It seems -- it seems that
18   that -- that has been established.
19       (Counsel conferring.)
20   BY MS. PARFITT:
21       Q   Okay.  Let's talk a little bit --
22       THE WITNESS:  We're just doing a time
23   check.  I'm just trying -- do you know roughly how
24   much we --
25       THE VIDEOGRAPHER:  Five hours, 34

Page 377

1    minutes.
2        THE WITNESS:  So a little under an hour
3    and a half?  Did you guys want to do a --
4        MS. PARFITT:  A quick break here?  Sure.
5        THE WITNESS:  -- or a break here or
6    wait?
7        MS. PARFITT:  No, that's fine.  We can
8    take a quick one now.  That's fine.
9        THE VIDEOGRAPHER:  The time is 3:50 p.m.
10   We're going off the record.
11       (Recess.)
12       THE VIDEOGRAPHER:  The time is 4:10 p.m.
13   We're back on the record.
14       We're on the record, by the way.
15       (A discussion was held off the record.)
16       (Diette Exhibit Nos. 25 and 26
17       were marked for identification.)
18   BY MS. PARFITT:
19       Q   Are you ready, Dr. Diette?
20       A   I am.  Thank you.
21       Q   Very good.
22       THE VIDEOGRAPHER:  Microphone, Counsel.
23   BY MS. PARFITT:
24       Q   Dr. Diette, I -- I asked you a little
25   bit earlier about the relative risk for secondhand

95 (Pages 374 to 377)

Gregory B. Diette, M.D.

Page 378

1    smoke and -- and lung cancer.
2         And what I would like you to do is --
3    and I apologize, I don't have copies of this -- so
4    I'm showing you what is the report of the Surgeon
5    General, I believe it was back in 2006, "The
6    Health Consequences of Involuntary Exposure to
7    Tobacco Smoke, A Report of the Surgeon General."
8         Have you read that in the past?
9    A   So definitely not every word, but I've
10   read big chunks of it.
11   Q   Okay.  I figured with your work you may
12   have.
13   A   Yeah.
14   Q   All right.  Let me direct your attention
15   to --
16        MS. PARFITT:  And I apologize to all, so
17   you have to look on the camera -- on the screen.
18        MS. BROWN:  Okay.  So just for the
19   record, we don't have copies of this, and so I
20   will object to the fact that we have no context or
21   ability to look at the document ourselves.
22        MS. PARFITT:  All right.
23   BY MS. PARFITT:
24   Q   And again, Doctor, you've reviewed this
25   report, correct, in the past?

Page 379

1    A   In the past, and I've read parts of it,
2    but as you know, I mean it's a humongous --
3    Q   It is big.
4    A   -- document, and so some parts
5    weren't -- weren't for me.
6    Q   All right.  I want to focus your
7    attention on the conclusions of the Surgeon
8    General's report.
9         And 1:  "The evidence is sufficient to
10   infer a causal relationship between secondhand
11   smoke exposure and lung cancer among lifetime
12   nonsmokers.  This conclusion extends to all
13   secondhand smoke exposure, regardless of location.
14        "2.  The pooled evidence that indicates"
15   -- sorry -- "the pooled evidence indicates a 20 to
16   30 percent" -- that would be a 1.2 or 1.3 relative
17   risk -- "increase in the risk of lung cancer from
18   secondhand smoke exposure associated with a
19   smoker."
20        Did I read that correctly?
21   A   You did.
22   Q   And is that what the -- are those the
23   numbers, 1.2 and 1.3, the relative risks that the
24   Surgeon General has concluded is --
25   A   Um -- I'm sorry.

Page 380

1    Q   That's all right.
2         -- is related to secondhand smoke and
3    lung cancer?
4         MS. BROWN:  Objection to the form.
5         THE WITNESS:  It looks like it there.  I
6    remember there's other numbers in there as well,
7    but I mean, I remember it being 1-point something
8    and --
9    BY MS. PARFITT:
10   Q   Does that refresh my memory?
11        MS. BROWN:  Well, let him finish,
12   please.
13        THE WITNESS:  I think there's somewhere
14   else in there where there's other estimates, but
15   still not like -- not sky high.  Still less than
16   2.0.
17   BY MS. PARFITT:
18   Q   But you don't disagree with the Surgeon
19   General's conclusion that the pooled evidence
20   indicates a 20 to 30 percent increase in the risk
21   of lung cancer from secondhand smoke exposure
22   associated with living with a smoker, correct?
23        MR. LOCKE:  Objection.
24        MS. BROWN:  Objection.  He doesn't have
25   the document, he can't review it.

Page 381

1    BY MS. PARFITT:
2    Q   Are you disputing that conclusion?
3         MS. BROWN:  Objection.  He has no basis
4    to do it, he doesn't have the document.
5    BY MS. PARFITT:
6    Q   Are you disputing that, Doctor?
7    A   I would --
8         MR. LOCKE:  Objection.
9         THE WITNESS:  I would say it fits with
10   what I understood to be true at the time that that
11   was published.
12   BY MS. PARFITT:
13   Q   Fair enough.  Thank you.  I appreciate
14   that.
15        Dr. Diette, is it fair that -- to say
16   that we don't have, and you've not reviewed, any
17   Johnson -- Johnson & Johnson specific epidemiology
18   with regard to a study of just Johnson & Johnson
19   Baby Powder?
20        MS. BROWN:  Objection to the form.
21        THE WITNESS:  That is correct.
22   BY MS. PARFITT:
23   Q   Okay.  And so what we rely on, and what
24   you've relied on, rather, is data and
25   epidemiological science on all comers, all brands,

Gregory B. Diette, M.D.

Page 382

1    correct?
2         MS. BROWN: Objection to the form.
3         MR. LOCKE: Objection.
4         THE WITNESS: I -- I wouldn't
5    characterize it exactly that way. I mean I would
6    say that I can't really sort between different
7    brands based on the epidemiologic literature, but
8    whatever all brands is, I don't -- you know, I
9    don't know what that represents.
10   BY MS. PARFITT:
11        Q   And would it be fair then if one product
12   that contained -- one product, talcum powder
13   product contained asbestos, and another did not,
14   that would result in a conclusion that would draw
15   it towards the null? Is that fair?
16        MS. BROWN: Objection to the question.
17        THE WITNESS: I don't understand that.
18   BY MS. PARFITT:
19        Q   Okay.
20        A   I mean I understand the idea of drawing
21   something to the null. I just don't understand --
22        Q   Sure.
23        A   -- what preceded that.
24        Q   If you have a product like Johnson &
25   Johnson, and you -- and it has a carcinogen in it,

Page 383

1    and you lump it together with other products that
2    are not infected or contaminated with asbestos,
3    what does that do to the overall relative risk --
4         A   Oh.
5         Q   -- when studying that product?
6         MS. BROWN: Objection to the incomplete
7    hypothetical.
8         THE WITNESS: So concept and reality,
9    right. So the concept would be, if you knew that
10   there were enough asbestos that led to an exposure
11   that was enough in order to cause a disease from
12   one product, and it was pooled with another
13   product that didn't have that same amount or
14   didn't have any asbestos but you knew that there
15   was enough to cause disease, then it would -- it
16   would do exactly what you're saying, is it would
17   move it towards -- towards one.
18        The reality is there wouldn't be any
19   impact whatsoever because the epidemiology already
20   takes into account whatever those brands are, and
21   so it doesn't change the totality of the evidence
22   that we have available for us.
23        So concept, I mean you could sort of
24   imagine what you're saying to be true, but
25   reality, no.

Page 384

1    BY MS. PARFITT:
2         Q   Okay. When you say it doesn't change
3    the totality of the evidence that we have
4    available for us, isn't it true that the presence
5    of a carcinogen, like asbestos in talcum powder
6    products, supports the biological -- biologically
7    plausible mechanism for association between talcum
8    powder products and ovarian cancer?
9         MS. BROWN: Objection to the form of the
10   question.
11        THE WITNESS: I -- I'd say no. And for
12   reasons, if you want them, or just leave it at no.
13   BY MS. PARFITT:
14        Q   Well, you've testified that asbestos is
15   a carcinogen. Correct?
16        A   Correct.
17        Q   All right. And the fact that asbestos
18   might be in the talcum powder product does not
19   impact your opinions with regard to the increased
20   biologically plausible mechanism for talc to cause
21   ovarian cancer.
22        MS. BROWN: Objection to the form. Are
23   you talking about a Johnson & Johnson product?
24        MS. PARFITT: Just generally.
25        MS. BROWN: Objection to the form.

Page 385

1         THE WITNESS: It -- it does not.
2         As you ask these things, I'm trying to
3    figure out if I'm supposed to explain what I'm
4    saying or is --
5         MS. BROWN: No, you answered the
6    question.
7         THE WITNESS: Okay.
8         MS. BROWN: She'll ask you another one
9    if she has one.
10        THE WITNESS: Okay. All right.
11   BY MS. PARFITT:
12        Q   Does Johnson & Johnson sell baby powder
13   that's 99 percent asbestos and 1 percent
14   fragrance?
15        MS. BROWN: Objection to the form of the
16   question.
17        THE WITNESS: If they do, I'm not aware
18   of that.
19   BY MS. PARFITT:
20        Q   Okay. And if I understand, the presence
21   of asbestos in a talcum powder product does not in
22   your mind impact the biologically plausible
23   mechanism for talcum powder products to cause
24   ovarian cancer.
25        MR. LOCKE: Objection.

97 (Pages 382 to 385)

Gregory B. Diette, M.D.

Page 386

1    THE WITNESS: No, there's not enough
2 information in what you said there.
3 BY MS. PARFITT:
4    Q   What would you need?
5    A   So I would need a couple of things. One
6 is I would need to have some estimate of what the
7 dose would be, and some assurance from somewhere,
8 which I don't have, that that represented a dose
9 that was sufficient to cause -- and by dose, I'm
10 talking about dose of asbestos, right -- that that
11 was a sufficient dose to cause ovarian cancer.
12    And based on what I've seen, I can't
13 make that link. I can't -- I haven't seen
14 anything that says that there's a plausible
15 concentration or dose that people would be exposed
16 to that links to anything I can find in the
17 epidemiologic literature about how much, if any,
18 it would take in order to -- to cause ovarian
19 cancer. And what I -- should I finish?
20    Q   Mm-hmm, yeah, finish.
21    A   Okay. I'm sorry.
22    Q   I'm trying not to interpret you.
23    A   No, no, you're not. I didn't mean -- I
24 didn't think you were.
25    Q   So doing better.

Page 387

1    A   I didn't think you were.
2    So I mean there's more, right. I mean
3 so the -- if you look at IARC and what those
4 studies represented, they represent for the most
5 part -- and by IARC, I'm talking about IARC and
6 ovarian cancer and asbestos -- you know, mostly
7 circumstances that aren't typical of American
8 women. For example, so women in Europe who were
9 working at a time and place when there was
10 different forms and lots of asbestos that may have
11 been sufficient to cause other asbestos-related
12 diseases.
13    So if you -- if those -- if those
14 findings are absolutely accurate -- you know, you
15 take away the issue of misclassification or
16 anything else -- if they're absolutely accurate,
17 you've got a relative risk in the neighborhood of
18 like 1.75 or something like that.
19    So I'm not saying that's not an
20 important risk, but it's not a huge risk, right?
21 So we're taking heavy industrial exposure to get
22 to a 1.75. I haven't seen anything that could
23 tell me that anything we're talking about here
24 could possibly rise to the level of heavy
25 industrial exposure.

Page 388

1    And then I think if you -- if you pair
2 that with more modern studies, if you take like
3 the Reid study from Australia, you take women who
4 worked, you know, in and around a crocidolite
5 mine, they certainly had enough exposure to get
6 asbestos-related diseases, but they don't get
7 ovarian cancer.
8    And so I think that the -- you know, the
9 sum total of all that just -- it doesn't make
10 sense that just knowing the fact that there's some
11 particle -- even if it's true, that some particle
12 of asbestos is going to be enough to cause
13 disease.
14    Q   Okay. Have you -- have you read -- I
15 didn't see it in your reliance list -- Reid, 2012?
16    A   I have two Reeds, I think, and if I only
17 listed one, I meant to include two.
18    Q   Yeah, you only listed 2011 Reid. You
19 didn't list 2012 Reid.
20    A   I meant -- so I don't know which one is
21 there. There's one from Whitnum, which is the
22 study of the women that -- you know, that I was
23 just describing, and a separate one is -- it's
24 basic -- basically like a meta-analysis or a
25 reanalysis of the ovarian cancer and asbestos

Page 389

1 literature.
2    Q   Okay. Do you recall from your reading
3 that the scientists in Reid 2012 determined that
4 childhood exposure to asbestos was associated with
5 an increased risk of cancer mortality which was
6 3.5 times greater than the general population? Do
7 you recall those numbers?
8    A   I don't, but cancer mortality to --
9    MS. BROWN: Objection.
10    THE WITNESS: Can you tell me which --
11 because I don't remember which year links to which
12 Reid study.
13 BY MS. PARFITT:
14    Q   That was the 2012 that I was speaking
15 of.
16    A   No, I understand that. I heard the
17 year, but I don't know what the title is.
18    Q   Oh, the title is "All-cause mortality in
19 cancer incidence among adults exposed to blue
20 asbestos during childhood."
21    A   I think that's a third study then,
22 because I think the two I'm referring to are --
23 are two different ones.
24    Q   All right. So did you read the 2012 or
25 that just wasn't one you read?

98 (Pages 386 to 389)

Gregory B. Diette, M.D.

Page 390

1    MS. BROWN:  Well, Counsel, can you show
2  it to him and he'll tell you?
3    MS. PARFITT:  Sure.
4    THE WITNESS:  I don't know if either of
5  the ones that I cite, you know, that I'm familiar
6  with are from 2012, but I don't think I read the
7  one that you're talking about.
8  BY MS. PARFITT:
9    Q  Okay.  From looking at your curriculum
10  vitae and the studies you cited, you cited Reid --
11  actually you cited three Reids.  You cited Reid
12  2011, you cited Reid 2008, and you cited Reid
13  2009.  The study that you did not cite was Reid
14  2012.
15    A  That -- that sounds believable.  That
16  makes sense.
17    Q  All right.  So for purposes of the
18  opinions in your report, you did not rely on Reid
19  2012, is that fair?
20    MS. BROWN:  Objection to the form of the
21  question.
22    THE WITNESS:  I -- I don't think I'm
23  familiar with that study.
24  BY MS. PARFITT:
25    Q  Okay.  Fair enough.

Page 391

1    Are you able to share with us,
2  Dr. Diette, what the minimum dose of asbestos is
3  necessary in order to cause an ovarian cancer?
4    MS. BROWN:  Objection to the form of the
5  question.
6    THE WITNESS:  I haven't seen that
7  published.  I can tell you that at least in one of
8  those Whitnum studies that women were exposed to
9  as much as 40 fiber/cc years cumulatively of
10  crocidolite, and -- and that apparently wasn't
11  enough to cause ovarian cancer.  But I didn't see,
12  you know, good measurements or estimates from
13  the -- the more historic to say what the exposures
14  were.
15  BY MS. PARFITT:
16    Q  Okay.  IARC looked at the issue of
17  asbestos and ovarian cancer, correct?
18    A  They did.
19    MS. BROWN:  Form.
20    THE WITNESS:  Sorry.
21  BY MS. PARFITT:
22    Q  All right.  IARC concluded that asbestos
23  causes ovarian cancer.
24    MS. BROWN:  Form.
25    MR. LOCKE:  Objection.

Page 392

1    THE WITNESS:  I'm not disagreeing with
2  you, I think that's the language they use, but
3  they -- they used their -- their strongest --
4  their strongest grading.
5  BY MS. PARFITT:
6    Q  How many of the IARC studies that formed
7  the basis for IARC's conclusion that asbestos
8  causes ovarian cancer was there information
9  concerning the exposure and the dose?
10    A  So I think you said something that you
11  didn't mean to, because I think you said how many
12  of the IARC studies that IARC considered.  I
13  think -- did you mean how many of the underlying
14  studies that IARC considered?
15    Q  Correct.
16    A  Okay.  And so there's at least five that
17  I remember that were like sort of factory worker
18  type studies, and then I think there were a couple
19  of more.  I'd have to go back, though, to look and
20  see what -- what they had about dose, if anything.
21  My -- I'm thinking like at least for the World
22  War II era ones, they probably didn't have good
23  measures at all, you know, if any.
24    Q  Okay.  Let me show you what I will have
25  marked as Exhibit 27.

Page 393

1    (Diette Exhibit No. 27 was marked
2    for identification.)
3    MR. ROSEN:  26, for the record, is the
4  Surgeon General's report, which we'll supplement
5  with a paper copy.
6    THE WITNESS:  The same one -- the same
7  one that we were talking about before the
8  secondhand smoke or involuntary smoke?
9    MR. ROSEN:  Right, so there won't be a
10  26 in the file.
11    THE WITNESS:  Got you.
12  BY MS. PARFITT:
13    Q  Let me show you what we have marked as
14  Exhibit 27.
15    Do you have that in front of you?
16    A  I have the "Arsenic, Metals, Fibres and
17  Dusts," 100C IARC.
18    Q  That's correct, that's the right one.
19    Okay.  Let me direct your attention to
20  the bottom of page 253.
21    Do you have that?
22    A  253?
23    Q  253, correct.
24    A  I do.
25    Q  All right.  And it says: "An

Gregory B. Diette, M.D.

Page 394

1    examination of the association between asbestos
2    and ovarian cancer was not undertaken by the IOM,"
3    and then it has a 2000 -- a 2006 date.  Correct?
4        A   Yes.
5        Q   Okay.  Now, before we get to Table 2.8,
6    what I want you to do is turn over to page 256.
7            All right.  And again, directing your
8    attention to the far right column.  Are you there?
9    And it starts with, "Working group"?
10       A   I am.  I'm sorry, I'm distracted because
11   I think there's --
12           MS. BROWN:  It has a weird --
13           THE WITNESS:  -- there's like a font
14   issue or something, like somebody's printer didn't
15   have the right --
16   BY MS. PARFITT:
17       Q   That might have been ours.  I apologize.
18   Not ideal circumstances.
19           All right.  Do you see where it says,
20   "The working group"?
21       A   I do.
22       Q   All right.  "The working group noted
23   that a causal association between exposure to
24   asbestos and cancer of the ovary was clearly
25   established based on five strongly positive cohort

Page 395

1    mortality studies of women with heavy occupational
2    exposure to asbestos."
3            Do you see that?
4        A   I do.
5        Q   Okay.  And then if you go -- and then it
6    cites those studies.
7            Do you see that?
8        A   I do.
9        Q   And go down to where it starts:  "The
10   working group carefully considered the
11   possibilities that cases of peritoneal
12   mesothelioma may have been misdiagnosed as ovarian
13   cancer, and that these contributed to the observed
14   excesses."
15           Do you see that?
16       A   I do.
17       Q   Okay.  Did I read that correctly?
18       A   Yes.
19       Q   Okay.  In your report you stated that it
20   was your belief that perhaps the results were
21   limited by virtue of the fact that there may have
22   been misdiagnosis between peritoneal mesothelioma
23   and ovarian cancer cases.
24           Do you remember writing that?
25       A   I do.

Page 396

1        Q   Okay.  Do you see where the working
2    group of IARC considered all of the data, and they
3    made a determination that there were not, at the
4    bottom, sufficient -- they ruled out the
5    possibility that there may have been a
6    misdiagnosis.
7            Do you see that?
8            MS. BROWN:  Objection to the form.
9            THE WITNESS:  I see that they've -- that
10   they reached that -- that conclusion.
11   BY MS. PARFITT:
12       Q   Okay.  And that's different than the
13   conclusion you raised in your report, correct?
14       A   Well, it's different --
15           MS. BROWN:  Objection.
16           THE WITNESS:  It is different, yes.
17   BY MS. PARFITT:
18       Q   All okay.  Right.  Let's go back to
19   again page 253.
20           And you will see it references a table,
21   Table 2.8.  Do you see that on the top of 254?
22       A   Okay.
23       Q   Okay.  Got that.
24           Okay.  Let me show you what we'll have
25   marked as Exhibit 28.

Page 397

1            (Diette Exhibit No. 28 was marked
2            for identification.)
3    BY MS. PARFITT:
4        Q   Okay.  Diette Exhibit 28, if you will.
5    There you go.
6            MS. PARFITT:  And, Counsel, I have a
7    copy for you.
8            MS. BROWN:  Thank you.
9            MS. PARFITT:  Of course.
10           Sorry, guys.  I'm going to need one.
11   I'm sorry.  I'll give you this one later.
12   BY MS. PARFITT:
13       Q   Okay.  I will represent to you that that
14   is -- that is Table 2.8, which is referenced in
15   the IARC report on page 253 and 254.
16           And it says:  "Epidemiological studies
17   of asbestos exposure and ovarian cancer," and then
18   in parens, "and for comparison, lung cancer and
19   mesothelioma."
20           Do you see that?
21       A   I do.
22       Q   All right.  Look over at the first study
23   mentioned there, the Atkinson study from 1982.
24       A   Mm-hmm.
25       Q   All right.  Do you see that the relative

100  (Pages 394 to 397)

Gregory B. Diette, M.D.

Page 398

1  risk for ovarian cancer and lung cancer, for
2  ovarian cancer it was 2.75, and for lung cancer it
3  was 2.41. Do you see that?
4      A  I do.
5      Q  Okay. Then move down to the Wignall and
6  Fox study. It's a 1982 study. Do you see that?
7      A  I don't -- oh, yeah, the next one down,
8  yeah.
9      Q  Okay, yeah. Do you see that the
10  relative risk for ovarian cancer were 2.13, and
11  for lung cancer 2.73?
12      A  Correct.
13      Q  And let's move down to Pira in 2005. Do
14  you see where the relative risk for ovarian cancer
15  were 2.61 and for lung cancer 2.82?
16      A  I do.
17      Q  All right. And then let's move to
18  Magnani, a 2008 study.
19          All right. Do you see -- and this is
20  one of the studies that the working group of IARC
21  looked at. They determined that the relative risk
22  for -- not determined -- they indicated that the
23  relative risk for ovarian cancer on the Magnani
24  study was 2.27, and for lung cancer 2.20.
25          Do you see that?

Page 399

1      A  I do.
2      Q  All right. And let's go on to the
3  Ferrante study. Do you see that?
4      MS. BROWN:  Where -- where are you?
5      MS. PARFITT:  On the last page.
6  BY MS. PARFITT:
7      Q  Do you see that? It's on the last page,
8  Ferrante, 2007. Do you see that?
9      A  I do.
10      Q  Okay. And the relative risk for ovarian
11  cancer was 1.43, and for lung cancer it was 1.17.
12          Now, I'll represent to you, Doctor --
13  or, Dr. Diette, is it fair to say that this
14  Table 2.8 of epidemiological exposures, asbestos
15  exposure and ovarian cancer formed part of the
16  bases for IARC's decision in their IARC report
17  that asbestos -- or ovarian -- asbestos causes
18  ovarian cancer?
19      A  I assume so, yeah.
20      Q  Okay. All right. Let's talk a little
21  bit -- do you intend to give an opinion in this
22  case that fibrous talc is a carcinogen?
23      MS. BROWN:  Objection to the form.
24      THE WITNESS:  I just want to correct
25  something real quick.

Page 400

1  BY MS. PARFITT:
2      Q  Sure.
3      A  In one of your questions a little while
4  back, you were asking me to agree that you were
5  reading fine, and you were for the relative risks.
6      Q  Yeah.
7      A  None of these are relative risks,
8  though. They're SMRs and SIRs. So just a
9  slightly different --
10      Q  I appreciate that. Thank you. Thank
11  you for the correction. Thank you.
12          Next question. Do you intend to give an
13  opinion that fibrous talc is a carcinogen?
14      MS. BROWN:  Form.
15      THE WITNESS:  I'm not sure I understand
16  what fibrous talc is.
17  BY MS. PARFITT:
18      Q  Okay. Let me direct your attention
19  to -- we'll go back to the IARC on ovarian
20  cancer -- or, excuse me, IARC on asbestos.
21  Paragraph 1.1 on page 219.
22          Are you there?
23      A  Paragraph 1, yes.
24      Q  Yes. Okay. Do you see where after it
25  has IARC, '73, and USGS, 2001, it states: "The

Page 401

1  conclusions reached in this monograph about
2  asbestos and its carcinogenic risks apply to these
3  six types of fibres wherever they are found, and
4  that includes talc containing asbestiform fibres."
5          Do you see that?
6      A  Yes.
7      Q  All right. Do you intend to give an
8  opinion in this case that talc containing
9  asbestiform fibers can cause ovarian cancer?
10      MS. BROWN:  Objection to the form.
11  That's different than the original question.
12      MS. PARFITT:  It is.
13      MS. BROWN:  Did you mean it to be?
14      MS. PARFITT:  No. I mean the new
15  question.
16      MS. BROWN:  Okay.
17      THE WITNESS:  So, because to me, the way
18  I have read this before and then also again now, I
19  think, although I can't know what they were
20  intending, but this to me says basically talc with
21  asbestos in it -- what we would agree is talc with
22  asbestos in it, as opposed to something else.
23          And I don't think you need the "talc
24  containing." I think you could say anything
25  containing asbestos, you know, could potentially

Gregory B. Diette, M.D.

Page 402

1  increase carcinogenic risk if there's enough of a
2  dose.
3  BY MS. PARFITT:
4      Q  Okay.  Did you see anywhere in the IARC
5  working group document that we've been talking
6  about that the working group determined that there
7  was a causal association between asbestos and
8  ovarian cancer, but it depended on the dose?
9          MR. LOCKE:  Objection.
10         MS. BROWN:  Objection to the form of the
11  question.
12         THE WITNESS:  I don't recall.
13  BY MS. PARFITT:
14      Q  Okay.  You've worked an secondhand smoke
15  studies, correct?
16      A  Yes.
17      Q  How do you determine the dose for those?
18         MS. BROWN:  Objection to the form.
19         THE WITNESS:  So the dose of secondhand
20  smoke?
21  BY MS. PARFITT:
22      Q  Mm-hmm.
23      A  So it depends, right.  So at the moment,
24  it -- so it depends upon which kind of study.  And
25  when you say "you," do you mean you in the broad

Page 403

1  sense or me, Greg Diette?
2      Q  Well, Greg Diette has been doing
3  research on secondhand smoke, and you, Greg
4  Diette, has indicated that dose is important to
5  you.  So what I'd like to know is how you measure
6  the dose in your secondhand smoke.
7      A  Yeah, so a lot of different --
8          MS. BROWN:  Objection.  Dose is
9  important to him as it relates to secondhand
10  smoke, is that what the question is asking?
11         MS. PARFITT:  No.
12  BY MS. PARFITT:
13      Q  I was just reiterating that you,
14  Dr. Diette, have done several secondhand smoke
15  studies, correct?
16      A  Yes.
17      Q  Okay.  And how do you measure the dose
18  in the studies that you have performed?
19      A  So different ways, depending upon the
20  studies.  So for some studies, it's simple enough
21  to ask, especially if you're talking about an
22  adult, whether or not they've had secondhand smoke
23  exposure from their parents, often broken down by
24  whether it's mother or father.  And for some --
25  some studies, that's a sufficient indicator of a

Page 404

1  sufficient dose.  It's not a measurement of dose.
2  It's an indicator of sufficient -- sufficient
3  exposure to be linkable to things like lung
4  cancer.
5          The same kind of question for being
6  around coworkers, and so a yes/no to that has been
7  sufficient.
8          In our other studies, we -- we get more
9  precise so that we'll -- and use a variety of
10  overlapping methods.  So one is to -- to query --
11  if it's a child study, to query the parent about
12  the number of cigarettes that are smoked per day
13  in the home, and with a very elaborate procedure
14  of asking not only the person who is answering the
15  questionnaire but about all the other people that
16  are in and out of the house that day, so we get a
17  count of cigarettes.
18         We also use different types of
19  particulate matter monitors, and we've established
20  that you can estimate about 1 microgram per meter
21  cubed of particulate matter per cigarette smoked
22  in the home.  So we've got an estimate that way.
23         We -- we collect nicotine and cotinine
24  from a variety of sources, so we've collected
25  hair, saliva, urine, and blood.  And so depending

Page 405

1  upon which study and which population, we can
2  estimate something about dose based on what
3  their -- what their sort of biomarker is.
4      Q  All right.  How much have you --
5  understanding those metrics, for lack of a better
6  word, how much smoke does a patient need to
7  actually inhale?
8          MS. BROWN:  For what?
9  BY MS. PARFITT:
10      Q  In order to determine whether or not
11  they have been impacted by secondhand smoke.
12         MS. BROWN:  Objection to the form.
13         THE WITNESS:  That's a complicated
14  question, I guess, because we don't -- at least in
15  our studies, we don't measure -- like I don't know
16  what that means, like how much they inhale.  I can
17  tell you, you know, what their absorbed dose is of
18  nicotine, right, which has some implication about
19  how much they might have inhaled, but I don't
20  relate that to like sort of a volume of smokey air
21  or something like that, the way that you might if
22  you were doing like a smoke machine, you know,
23  study.
24         So it's really -- it's implied, right.
25  If you find it in the urine and the blood, they

Gregory B. Diette, M.D.

Page 406

1    inhaled it enough in order to get that particular
2    fluid level high enough to -- for you to measure
3    it. And same with saliva and same with hair.
4    BY MS. PARFITT:
5        Q    Okay.
6        A    I left one out too. We also measure
7    airborne nicotine, and so that's another
8    indicator. So I was talking about cotinine that's
9    measured in -- in the people, but we also have
10   nicotine matches, and we'll measure nicotine
11   directly in the environment.
12       Q    Based upon -- I meant to ask this
13   earlier. Based upon your study of ovarian cancer
14   and talcum powder products that you've done for
15   Johnson & Johnson, have you made any of these
16   recommendations to Johnson & Johnson as to how --
17   what kind of study they could perform in order to
18   ascertain dose?
19       MS. BROWN:  What?
20       MR. LOCKE:  Objection.
21       MS. BROWN:  Objection to the form of the
22   question.
23   BY MS. PARFITT:
24       Q    Let me ask it again.
25       A    Oh, no, I heard it. I was just -- I

Page 407

1    guess the broad answer is no. I mean I haven't
2    made any recommendations about studies to Johnson
3    & Johnson for -- for anything.
4        Q    Okay. And the reason I ask is, your
5    work appears to be reviewing and surveying the
6    literature for Johnson & Johnson in order to give
7    litigation opinions on whether or not talcum
8    powder products can cause ovarian cancer.
9        MR. LOCKE:  Objection.
10       MS. BROWN:  Objection to the form of the
11   question.
12   BY MS. PARFITT:
13       Q    Correct?
14       A    Can you say it again?
15       Q    Sure.
16       A    I spaced out a little bit.
17       Q    No, that's all right. It's getting late
18   in the day.
19            Your work for Johnson & Johnson appears
20   to be surveying the literature, preparing
21   litigation reports, and then giving testimony in a
22   court that the Johnson & Johnson product is safe.
23            And my question for you is, what have
24   you done in order to inform the scientific
25   community of the results of your -- your now

Page 408

1    couple-year study and, you know, tens of thousands
2    of dollars spent doing it?
3        MR. LOCKE:  Objection.
4        MS. BROWN:  Objection to the form.
5    There are multiple questions in there, Counsel.
6    Can you rephrase?
7    BY MS. PARFITT:
8        Q    Do you understand the question?
9        A    The -- the last part you said -- I'll
10   try to paraphrase it so we know we're talking
11   about the same thing. I have not -- I have not
12   done anything to inform the medical community
13   about the findings so far from my -- you know,
14   from my work on these cases.
15       Q    Do you intend to do so?
16       A    I don't have any active intention to do
17   it right now.
18       Q    Okay. Do you intend to have your report
19   peer -- published?
20       A    It's not in the right format for that.
21       Q    Okay. Do you intend to do any
22   meta-analysis of your work?
23       MS. BROWN:  Objection to the form.
24       THE WITNESS:  Not on that -- not on that
25   topic.

Page 409

1    BY MS. PARFITT:
2        Q    Okay. And if you saw with regard to
3    Health Canada, they have given -- they gave
4    individuals an opportunity to comment on the work
5    that they did and present that to them.
6            You saw that, correct?
7        A    Yes.
8        Q    Okay. So you had an opportunity as
9    someone who's reviewed the literature to write to
10   Health Canada and inform them of your concern
11   about the manner in which they conducted their
12   study. Fair?
13       MS. BROWN:  Objection to the form, lacks
14   foundation.
15       THE WITNESS:  I guess. I actually don't
16   know who they're asking. Like I haven't looked to
17   see whether they're looking for people outside of
18   Canada.
19            I don't even know who they are. I mean
20   the only reason I've heard of Health Canada is
21   because of this litigation and because something,
22   you know, opportunistic came up. But otherwise, I
23   mean I wouldn't be talking to Health Canada about
24   anything or reading whatever they've written.
25   BY MS. PARFITT:

103 (Pages 406 to 409)

Gregory B. Diette, M.D.

Page 410

1      Q   Something opportunist came up.  Is that
2  the fact that you are being engaged in this
3  litigation --
4      A   No.
5          MS. BROWN:  Objection --
6  BY MS. PARFITT:
7      Q   -- as an expert witness?
8          MS. BROWN:  Objection to the form.
9          THE WITNESS:  Oh, no, I just see -- I
10  think the reason that I have it in front of me is
11  because it -- it seemed to help -- help
12  plaintiffs' experts to be able to say something
13  else about this -- this story.  And if -- if it
14  had said something else, then I probably wouldn't
15  even have heard about it.
16  BY MS. PARFITT:
17      Q   Okay.  This story, Dr. Diette, is about
18  women who are dying of ovarian cancer --
19          MS. BROWN:  Careful -- what's the
20  question?
21  BY MS. PARFITT:
22      Q   -- having been exposed to talcum powder
23  products.
24          Do you understand that?
25          MR. LOCKE:  Objection.

Page 411

1          MS. BROWN:  Objection to the form of the
2  question.
3          THE WITNESS:  I understand the general
4  notion is about ovarian cancer and whether there
5  is or is not a risk from talcum powder.
6  BY MS. PARFITT:
7      Q   I appreciate that.
8          All right, Dr. Diette, do you agree that
9  there is scientific evidence published in the
10  peer-reviewed journal that talcum powder products
11  can migrate from the vagina to the peritoneal
12  capacity up through the ovaries?
13          MS. BROWN:  Objection to the form.
14          MR. LOCKE:  Objection.
15          THE WITNESS:  From the perineum?
16  BY MS. PARFITT:
17      Q   From the perineum.
18          MS. BROWN:  Objection.
19          THE WITNESS:  I have not seen that.
20  BY MS. PARFITT:
21      Q   Okay.  Do you have -- have you seen in
22  your review of the literature that talcum powder
23  products can migrate from the vagina to the
24  ovaries?
25          MR. LOCKE:  Objection.

Page 412

1          MS. BROWN:  Objection.
2          THE WITNESS:  The only studies I've seen
3  are the ones that -- I think that were cited by --
4  by IARC with -- if that's what we're talking
5  about, is like women who were about to have
6  surgery for some other reason and -- and different
7  things placed either in their uterus or vagina,
8  although not necessarily talc.  I mean all kinds
9  of things, you know, carbon particles,
10  radiolabeled particles, different things that
11  aren't talc.
12          (Counsel conferring.)
13  BY MS. PARFITT:
14      Q   So sitting here today, is it your
15  testimony that you have not reviewed or seen in
16  the medical literature that particles of talc can
17  migrate to the ovaries, lymph nodes, of a woman's
18  body?
19          MS. BROWN:  Objection to the form of the
20  question.
21          MR. LOCKE:  Objection.
22          THE WITNESS:  So -- so the study would
23  be one where somebody applied talc to the perineum
24  and then demonstrated that it migrated from there
25  to the ovaries or into some lymph node somewhere?

Page 413

1  BY MS. PARFITT:
2      Q   That's right.
3      A   I have not seen that study.
4      Q   Okay.  You've read the Schildkraut
5  study, correct?
6      A   Yes.
7      Q   Okay.  Do you agree with the authors of
8  the Schildkraut study that chronic inflammation
9  resulting from the use of exposure to baby powder,
10  whether through inhalation or through a
11  transvaginal route, may lead to an increased risk
12  of ovarian cancer?
13          MR. LOCKE:  Objection.
14          MS. BROWN:  Objection to the form of the
15  question.
16          THE WITNESS:  I've read the study.  I'd
17  like to see whether that's in the introduction or
18  the conclusion.
19  BY MS. PARFITT:
20      Q   Okay.  Let me show you Schildkraut.
21      A   Because it's certainly not a conclusion
22  of their study.
23          (Diette Exhibit No. 29 was marked
24          for identification.)
25          MS. BROWN:  Do you guys want a number on

104 (Pages 410 to 413)

Gregory B. Diette, M.D.

Page 414

1  this?
2         MS. PARFITT:  Sure.  What number are we
3  up to?
4         MS. BROWN:  Oh, 29.  I'm sorry.  It's
5  there.  My bad.
6  BY MS. PARFITT:
7     Q   Do you have that in front of you,
8  Doctor?
9     A   I do.
10    Q   Okay.  And if I can direct your
11 attention to pages 14, 16.
12    A   Got you.
13    Q   Do you have that?
14        Do you see where the authors state:
15 "Lung inhalation of powder could be a biologically
16 plausible mechanism for the association between
17 nongenital powder use and increased EOC risk,
18 particularly non-serous EOC."
19        Do you see that?
20    A   I do.  It's the top of the first column
21 in the -- the rest of the incomplete paragraph.
22    Q   Okay.  Do you see that?
23    A   I do.
24    Q   Okay.  Do you agree with that?
25        MR. LOCKE:  Objection.

Page 415

1         THE WITNESS:  Only -- well, no.  Only in
2  the broadest sense that lots of things could be,
3  but not because there's any evidence to show that
4  inhalation of powder is a way to get to the
5  ovaries.
6  BY MS. PARFITT:
7     Q   All right.  So you dispute that
8  inhalation of talcum powder products can cause
9  ovarian cancer.  Is that your testimony?
10    A   Inhalation?
11    Q   Inhalation.
12    A   I haven't seen any evidence that it can.
13 I mean there's not affirmative evidence to say
14 that it absolutely can't, but there's no evidence
15 that there's been talcum powder inhaled, leading
16 to other -- other diseases along the way, and I
17 haven't seen any study that has shown that it can
18 migrate from the lungs to the ovaries.  And so --
19 I mean people could say that, but it's not based
20 on -- on studies.
21    Q   Does the fact that talcum powder
22 products can be inhaled support a biologically
23 plausible mechanism for talcum powder products to
24 cause ovarian cancer?
25    A   No.

Page 416

1         MR. LOCKE:  Objection.
2  BY MS. PARFITT:
3     Q   Okay.  Do you agree that there is
4  reliable scientific literature in the
5  peer-reviewed studies to support that it is
6  biologically plausible for talc products to
7  migrate from the vagina to the ovaries following
8  perineal application?
9     A   I'm not aware of that study that has
10 shown that.
11    Q   Have you seen the Penninkilampi study?
12    A   Oh.
13        MS. BROWN:  Objection.
14        THE WITNESS:  Yes, I have.
15 BY MS. PARFITT:
16    Q   Okay.  Why don't we take a look at that.
17        Let's pull it up, and we'll make it
18 Exhibit No. 30.
19        (Diette Exhibit No. 30 was marked
20        for identification.)
21 BY MS. PARFITT:
22    Q   Right here.  And if I may, Doctor, let
23 me direct your attention to the discussion section
24 of Penninkilampi on page 45.
25    A   Page 45?

Page 417

1     Q   45.
2     A   Yep.
3     Q   Do you have that?
4     A   I'm there, yep.
5     Q   Okay.  It says:  "The present
6  meta-analysis" -- and it is meta-analysis,
7  correct?
8     A   Yeah, part of this study is a
9  meta-analysis.
10    Q   "The present meta-analysis reports a
11 positive association between perineal talc use and
12 ovarian cancer, specifically of the serous and
13 endometriode -- and endometrioid histology site --
14 subtypes.  The mechanism by which perineal talc
15 use may increase the risk of ovarian cancer is
16 uncertain.  It has been previously proposed that
17 talc as a foreign body may ascend from the vagina
18 through to the uterine tubes and instigate a
19 chronic inflammatory response, which may
20 predispose to the development of ovarian cancer."
21        Did I read that correctly?
22    A   You did.
23    Q   Okay.  Do you agree with that?
24        MR. LOCKE:  Objection.
25        MS. BROWN:  Objection to the form.

105 (Pages 414 to 417)

Gregory B. Diette, M.D.

Page 418

1    THE WITNESS:  So -- so I agree with a
2    lot of this, right.  So I agree that the mechanism
3    is uncertain.  Right.  I agree that it has been
4    previously proposed 20 years ago by the citation
5    that they have that that may ascend from the
6    vagina, and instigate a chronic inflammation
7    response.
8        They don't cite anything more modern
9    than that one from 20 years ago, though.  And
10   where it talks about it may be mutagenic and
11   promote carcinogenesis --
12   BY MS. PARFITT:
13       Q   Correct.
14       A   -- I don't -- I don't think that's well
15   supported either.
16       Q   Is migration of talc a biologically
17   plausible mechanism by which talc can reach the
18   ovaries?
19       MS. BROWN:  Objection to the form.
20       MR. LOCKE:  Objection.
21       THE WITNESS:  If it were true, it could
22   be supportive of that.  But I don't see any -- any
23   evidence that it's true.
24   BY MS. PARFITT:
25       Q   Is biological plausibility essential for

Page 419

1    causality?
2        A   No, it's -- it's one important criterion
3    to consider.
4        Q   Does biological plausibility mean it
5    must be proved?
6        MS. BROWN:  Objection.
7        THE WITNESS:  And I assume we're talking
8    about in the context of a Bradford Hill?
9    BY MS. PARFITT:
10       Q   Correct.
11       A   Yeah, so -- so the answer is, no, it
12   doesn't have to be proved.
13       Q   Look at the lower right-hand corner of
14   that article.
15       MS. BROWN:  Are we done with that
16   paragraph, Counsel?
17       MS. PARFITT:  We are.  Thank you very
18   much, yeah.
19   BY MS. PARFITT:
20       Q   And if you will go down to the lower
21   right, it starts with "We also found."
22       A   Okay.
23       Q   Do you see that?
24       Okay.  It says: "This finding also
25   supports the chronic" -- I'm sorry -- "chronic

Page 420

1    inflammatory hypothesis, as repeated exposure
2    would induce a longer period of chronic
3    inflammation, and therefore should increase the
4    predisposition to the development of ovarian
5    cancer."
6        Did I read that correctly?
7        A   You did.
8        Q   All right.  Do you agree with that
9    statement, that chronic inflammation as a
10   biologically plausible hypothesis could induce
11   carcinogenicity?
12       MR. LOCKE:  Objection.
13       MS. BROWN:  Counsel, are you
14   intentionally not reading the rest of that
15   paragraph?
16       MS. PARFITT:  No, I -- I'm getting
17   there.
18       MS. BROWN:  Okay.
19       MS. PARFITT:  Yeah.
20       THE WITNESS:  Well, I disagree with the
21   fact that the small difference between 3600, plus
22   or minus, lifetime applications supports a -- an
23   inflammatory theory, because that's got nothing
24   too do with inflammation.  It's really just a -- a
25   total number of applications.

Page 421

1    BY MS. PARFITT:
2        Q   Perhaps I can simplify my answer.  Do
3    you have an opinion as to whether or not chronic
4    inflammation can be a biologically plausible
5    method for promoting carcinogenesis?
6        MS. BROWN:  Objection to the form.
7        THE WITNESS:  In -- in all kinds of
8    cancer or ovarian cancer?
9    BY MS. PARFITT:
10       Q   In ovarian cancer.
11       A   So I -- I don't think there's strong
12   evidence to support that.
13       Q   Is there evidence at all?
14       MS. BROWN:  Let him finish.
15       THE WITNESS:  So not much.  I mean
16   there's -- I know that folks have looked at, you
17   know, whether NSAIDS and aspirin, whether that use
18   would lead to a limitation in risk, and it seems
19   like the -- the findings are kind of mixed.  And
20   sometimes aspirin in a particular dose is
21   protective and aspirin of another dose is not.
22   That NSAIDS are sometimes protective, but mostly
23   not.
24       Since preparing my report, I saw
25   Dr. Shih -- Shih's report talking about the stick

106 (Pages 418 to 421)

Gregory B. Diette, M.D.

Page 422

1    cells, like these precursor cells, and -- and at
2    least, you know, from histologic specimens, not
3    seeing evidence of inflammation. And I haven't
4    really seen much that -- that would confirm that
5    there's a link between chronic inflammation.
6    BY MS. PARFITT:
7        Q   What I'm asking you is, based upon your
8    review, Dr. Diette, have you seen anything in the
9    peer-reviewed literature that there are
10   biologically plausible mechanisms of talc's
11   carcinogenicity demonstrated by chronic
12   inflammation from migration of the talc to the
13   ovaries?
14           MS. BROWN: Objection. I don't
15   understand that question.
16           MR. LOCKE: Objection.
17           THE WITNESS: Would you --
18   BY MS. PARFITT:
19       Q   The question -- let me rephrase it.
20       A   Okay.
21       Q   Is there -- are there studies in the
22   peer-reviewed literature that support an
23   association of inflammation and increased risk of
24   ovarian cancer?
25           MS. BROWN: Objection to the form, asked

Page 423

1    and answered.
2    BY MS. PARFITT:
3        Q   Is there something in the literature?
4            MS. BROWN: Objection.
5    BY MS. PARFITT:
6        Q   Not whether there is a lot or a little.
7    Is there anything in the peer-reviewed literature
8    that you've seen that supports an association
9    between inflammation and an increased risk of
10   ovarian cancer?
11           MS. BROWN: Objection to the form.
12           THE WITNESS: I've seen the paper where
13   C-reactive protein in the serum popped out of
14   dozens of different markers of inflammation and
15   predated the diagnosis of ovarian cancer.
16           I guess I haven't really seen something
17   that shows that chronic inflammation in the
18   ovaries is -- is a precursor to ovarian cancer or
19   that talc induces that particular chronic
20   inflammation that would in turn lead to cancer.
21   BY MS. PARFITT:
22       Q   Have you read Taher? You've read the
23   Taher study, correct?
24           MR. LOCKE: Objection.
25           THE WITNESS: How do you spell it?

Page 424

1    BY MS. PARFITT:
2        Q   T-A-H-E-R.
3        A   Oh.
4        Q   2018.
5        A   Sorry, I was saying Taher.
6        Q   No, no problem.
7        A   But I don't now how you --
8        Q   You could be right on that. Probably
9    are.
10       A   I don't know.
11           I did.
12       Q   Do you see where Taher authors found
13   that there was biologically plausible evidence of
14   inflammation from talc exposure?
15           MS. BROWN: Objection. Counsel, can we
16   see the article if you want to ask him about it?
17           MR. LOCKE: Objection.
18   BY MS. PARFITT:
19       Q   You've read the article. Do you know
20   the answer to that?
21           MS. BROWN: But it's not a memory test.
22           MS. PARFITT: No, it's not, but perhaps
23   he can answer. I didn't ask you the question.
24   BY MS. PARFITT:
25       Q   Do you know the answer to that?

Page 425

1        A   Well, the paper wasn't about that, so I
2    don't -- I don't remember whether there was sort
3    of a preamble thing, but they -- they weren't
4    really analyzing that. They were doing a
5    meta-analysis, you know, sort of combining the epi
6    studies. So, I mean, I don't remember what their
7    statement was, but when you --
8        Q   All right. Did you --
9        A   I'm sorry, I just want to say, but if
10   you say that they found it, by finding it, I don't
11   think they demonstrated it or it was a finding
12   from their study per se.
13       Q   Okay. Have you read Langseth, 2008?
14       A   Langseth, 2008?
15       Q   Correct.
16       A   Is that a meta-analysis?
17       Q   Correct.
18       A   Yes.
19       Q   All right. And do you see where the
20   Langseth authors also found migration and -- and
21   concluded that there was chronic inflammation that
22   was biologically plausible?
23           MS. BROWN: No, I -- I object. If
24   you're going to quote articles --
25   BY MS. PARFITT:

107 (Pages 422 to 425)

Gregory B. Diette, M.D.

Page 426

1    Q   Do you remember?
2        MS. BROWN: -- I would request the
3    article.
4        MS. PARFITT: I can do that.
5    BY MS. PARFITT:
6    Q   Do you know, Doctor?
7    A   I don't remember what they said.
8        (Counsel conferring.)
9        MS. PARFITT: Doctor, if we can take a
10   quick break here --
11       THE WITNESS: Sure.
12       MS. PARFITT: -- right now, so maybe I
13   can --
14       THE WITNESS: Yeah, it's a good time.
15       MS. PARFITT: -- shorten things.
16       THE VIDEOGRAPHER: The time is 4:59 p.m.
17   We're going off the record.
18       (Recess.)
19       THE VIDEOGRAPHER: The time is 5:12 p.m.
20   and we're back on the record.
21       MS. PARFITT: I apologize.
22   BY MS. PARFITT:
23   Q   Dr. Diette, and I apologize, I have only
24   one copy that isn't marked up, so we're going to
25   have to put this and substitute it on the -- on

Page 427

1    the ELMO, if I may.  We've done pretty good with
2    copies all day today.
3        So here we go.
4        MR. ROSEN: This will be Exhibit 31.
5        (Diette Exhibit No. 31 was marked
6        for identification.)
7    BY MS. PARFITT:
8    Q   All right.  Dr. Diette, this is an
9    article from Ultrastructural Pathology, and it's
10   entitled "Correlative polarizing light and
11   scanning electron microscopy for the assessment of
12   talc in pelvic region lymph nodes."
13       Do you see that?
14   A   I do.
15   Q   And the lead author is Dr. McDonald,
16   along with Cramer and Godleski, and others.
17       Do you see that?
18   A   I do.
19   Q   All right.  This is published in 2019.
20       Have you had an opportunity to review
21   this article?
22   A   I have not seen this one.
23   Q   Okay.  I just have one question about
24   it.  And if --
25       MS. BROWN: Well, I'm going to object.

Page 428

1    He doesn't have the article.
2        MS. PARFITT: That's fine.
3        MS. BROWN: And he's never read it.
4    BY MS. PARFITT:
5    Q   Look at the abstract, first sentence.
6    It says: "Perineal talc use is associated with
7    ovarian carcinoma in many case-control studies.
8    Such talc may migrate to pelvic organs and
9    regional lymph nodes, with both clinical and legal
10   significance."
11       Did I read that correctly?
12   A   Yes.
13   Q   All right.  Would it be -- I believe you
14   had some concerns about the Heller study that we
15   talked about earlier because it involved some
16   unexposed -- what you testified were unexposed
17   women.
18       MS. BROWN: Objection to the form.
19       THE WITNESS: Correct, women who
20   reported not being perineal talc users.
21   BY MS. PARFITT:
22   Q   Right.  Okay.  You understand in this
23   study that what Drs. McDonald and Godleski were
24   doing were looking at particles in exposed women.
25       MS. BROWN: No, he doesn't understand

Page 429

1    that because he doesn't have the study and he
2    hasn't read it.  I object.  It's not fair.
3        THE WITNESS: I honestly have no idea
4    what they've done.
5    BY MS. PARFITT:
6    Q   Okay.  Well, do you dispute that talc
7    particles can migrate to the pelvic organs and
8    regional lymph nodes?
9    A   I don't -- I don't know.
10       MR. LOCKE: Asked and answered.
11   BY MS. PARFITT:
12   Q   You don't know.  You don't know.  You
13   don't know one way or another?
14       MS. BROWN: Objection, misstates his
15   private -- his prior testimony.
16       THE WITNESS: Migrate from where to
17   where?  From --
18   BY MS. PARFITT:
19   Q   It says right here: "Talc may migrate
20   to pelvic organs and regional lymph nodes."
21       MS. BROWN: Right, but he can't --
22       THE WITNESS: Oh, I saw the "to," but I
23   don't see the "from."
24   BY MS. PARFITT:
25   Q   Does it make a difference to you?

108 (Pages 426 to 429)

Gregory B. Diette, M.D.

Page 430

1      MS. BROWN: Of course.
2  BY MS. PARFITT:
3      Q   If it's from the vaginal area to the
4  ovaries and the lymph nodes, does that make a
5  difference whether --
6      MR. LOCKE: Objection.
7      MS. BROWN: Objection to the form, lacks
8  foundation, calls for speculation about a document
9  he told you he's never read.
10     MR. LOCKE: Does the witness have a
11 copy?
12     MS. BROWN: No. That's the objection.
13     MS. PARFITT: Tom, we didn't -- we only
14 have one copy of it.
15     MR. LOCKE: I think you need to disclose
16 to the witness that three of these authors are
17 paid experts, et cetera --
18     MS. PARFITT: Tom, Tom, Tom, Tom.
19     MR. LOCKE: Come on.
20     MS. BROWN: No, but to be fair, you
21 guys, if you want to ask him questions, he's got
22 to look at it. I'm going to take it off the ELMO
23 and give it to him if you're going to continue
24 asking him questions.
25 BY MS. PARFITT:

Page 431

1      Q   I'm not going to ask him any more
2  questions on it, Doctor.
3      A   Okay. Thank you.
4      Q   All right. Let me show you --
5      MR. LOCKE: Come on. Give him -- if
6  you're going to give him -- if you're going to ask
7  him about it --
8      MR. TISI: You're not even on record.
9      MS. PARFITT: Tom, it was just --
10     MS. BROWN: Hey, hey, hey, guys. It's
11 the end of the day.
12     MS. PARFITT: Okay. Let's don't --
13     MS. BROWN: Let's get through this.
14     (Diette Exhibit No. 32 was marked
15     for identification.)
16 BY MS. PARFITT:
17     Q   32. Let me show you what's been marked
18 as Plaintiffs' Exhibit 32.
19     I need a copy. There you go. Sorry.
20     A   Thank you.
21     Q   Okay. You previously testified that you
22 -- take a look at it. You read this before, the
23 FDA letter 2014?
24     A   I've seen this.
25     Q   Okay. Very good.

Page 432

1      You had testified earlier that you
2  disagree with Health Canada when they state that
3  talc can migrate to the ovaries; is that correct?
4      MR. LOCKE: Objection.
5      MS. BROWN: Objection. Misstates prior
6  testimony. I don't even think he said that.
7  BY MS. PARFITT:
8      Q   Well, let me ask you. In the Health
9  Canada report, they discuss the fact that it is
10 biologically plausible for talc to migrate to the
11 ovaries and cause an inflammatory process.
12     Do you agree or disagree with that?
13     MR. LOCKE: Objection.
14     MS. BROWN: Objection. Lacks
15 foundation. Do you want to show him where they
16 said that?
17     THE WITNESS: I don't remember their
18 statement about that.
19 BY MS. PARFITT:
20     Q   You don't. Okay.
21     How about this statement. Go down to --
22 I believe it's -- one, two, three -- the third
23 paragraph. Do you see that? It starts with
24 "While."
25     A   No.

Page 433

1      Q   No?
2      A   Oh, I'm on a different page.
3      Q   I'm sorry. Page 5. Page 5.
4      A   Okay.
5      Q   Okay. "While there exists no direct
6  proof of talc and ovarian carcinogenesis, the
7  potential for particles to migrate from the
8  perineum into the vagina to the peritoneal cavity
9  is indisputable."
10     Do you see that?
11     A   I do.
12     Q   Okay. Do you agree with the FDA?
13     MS. BROWN: Objection to the form.
14     THE WITNESS: So there's no citation for
15 that. I don't know how they get -- I mean I don't
16 know why they make that statement, and I -- it
17 certainly doesn't seem to be indisputable, because
18 there -- several of the articles that we've looked
19 at today and others say it's not clear what the
20 mechanism is or the biologic plausibility. So
21 it's -- it's obviously disputable, at the very
22 least, but there's no citation, so it's hard to
23 know how to -- how to process this.
24 BY MS. PARFITT:
25     Q   If this is the FDA's position with

109 (Pages 430 to 433)

Gregory B. Diette, M.D.

Page 434

1    regard to whether or not talc can migrate, do you
2    dispute that?
3            MS. BROWN: Objection. Misstates the
4    document.
5            THE WITNESS: I don't -- I don't dispute
6    that they said it obviously, because it's right
7    here, but there's just no citation for it, and
8    there's no information that tells who in
9    particular thinks that.
10   BY MS. PARFITT:
11       Q   Well, the Food and Drug Administration
12   is our regulatory body here in the United States,
13   correct?
14       A   It is one.
15           MR. LOCKE: Objection.
16   BY MS. PARFITT:
17       Q   All right. Would you agree that
18   dissemination of information that is accurate and
19   truthful is -- is something that they would
20   probably take quite seriously? Would you agree?
21           MS. BROWN: Objection.
22           THE WITNESS: I -- I hope so.
23   BY MS. PARFITT:
24       Q   Right. And would you agree that the FDA
25   would not be disseminating information about the

Page 435

1    potential for particulates to migrate from the
2    perineum, the vagina to the peritoneal cavity, and
3    say it's indisputable if they didn't have some
4    evidence?
5            MS. BROWN: Objection. Calls for
6    speculation.
7            MR. LOCKE: Objection.
8            THE WITNESS: I don't know why they
9    wrote it. I just think it would be odd to find
10   that the FDA knew this, and it's not out there
11   generally otherwise. I mean I don't -- I don't
12   know what they considered.
13   BY MS. PARFITT:
14       Q   When you say it's not out there
15   generally, we talked today about several
16   peer-reviewed articles that have in fact talked
17   about talcum powder part- -- particles migrating
18   to the ovaries, have we not?
19           MS. BROWN: Objection. We have not.
20           THE WITNESS: No, I was going to say, I
21   mean, you've said that a lot, but I mean -- but we
22   haven't looked at a study that shows that. I mean
23   we've talked about whether -- whether or not talc
24   applied to the perineum has been shown to migrate
25   to the ovaries, and a bunch of questions back, I

Page 436

1    think my answer was along the lines of I haven't
2    seen a study that shows that that's true.
3    BY MS. PARFITT:
4        Q   We talked about Schildkraut. We talked
5    about Schildkraut, didn't we?
6        A   Yeah, they didn't show that either,
7    though.
8        Q   When you say they didn't show it, have
9    they opined in medical -- or let me ask you this
10   question. I see the disconnect.
11           Is there evidence contained in
12   peer-reviewed scientific articles wherein it is
13   stated that talcum powder products can migrate to
14   the ovaries?
15           MS. BROWN: Objection.
16           MR. LOCKE: Objection.
17           MS. BROWN: Misstates everything we've
18   looked at and his testimony.
19           THE WITNESS: I think there's been
20   opinions of different people in different articles
21   that are both supportive and not supportive of
22   that statement.
23   BY MS. PARFITT:
24       Q   All right. So you've seen scientific
25   writers who have said talc can migrate to the

Page 437

1    ovaries, and you've seen scientific articles that
2    say that's more questionable. Is that fair?
3            MS. BROWN: Objection. Not fair.
4    Misstates prior --
5            THE WITNESS: It's sort of fair, but I
6    can't find anybody who's actually shown that it's
7    true. I mean, you know, people may write that,
8    but I mean I haven't seen a study that's shown
9    that you can actually apply talc to the perineum
10   and then find it in the ovaries.
11   BY MS. PARFITT:
12       Q   Okay. Let me show you what we'll have
13   marked as exhibit -- oh, thank you.
14           (Counsel conferring.)
15   BY MS. PARFITT:
16       Q   It's the end of the day, and we are
17   running out of copies, Doctor.
18           Let me show you --
19           (Diette Exhibit No. 33 was marked
20           for identification.)
21           MR. ROSEN: Exhibit 33.
22           MS. PARFITT: Beg your pardon? 33?
23           THE WITNESS: This one says 32 on it.
24           MR. ROSEN: Ah, you're correct.
25   BY MS. PARFITT:

110 (Pages 434 to 437)

Gregory B. Diette, M.D.

Page 438

```
 1      Q   So I'm going to share this with you,
 2  and -- actually, if we could put it on the ELMO,
 3  and then I will give it to you so I can at least
 4  identify it for counsel.
 5      Is that fair?
 6      A   Yeah.  We will see how it goes.
 7      Q   All right.  Let me show you -- it is
 8  marked September 30th, 2004, and I will represent
 9  that it is to Bill Ashton from Richard Zazenski,
10  and it's a Luzenac document.
11          MS. BROWN:  What?  I'm going to object
12  on form and foundation.
13  BY MS. PARFITT:
14      Q   Okay.  Can you see that, Doctor?  I
15  don't want to strain your eyes too much.
16          MS. BROWN:  No, we need to give him --
17  he's never seen it.  He hasn't reviewed it.  His
18  opinions are not based on it.  If you want to ask
19  him questions about it, he needs to hold it and
20  look at it.
21  BY MS. PARFITT:
22      Q   I'm going to give it to you.  I'm going
23  to let you hold it in one moment.
24          Dr. Diette, this is a document I will
25  represent that's dated September 30, 2004, and
```

Page 439

```
 1  that would have preceded any litigation.
 2          And it states:  "Bill, I came across
 3  this paper this morning published in the April
 4  2004 journal Human Reproduction, an official
 5  journal of the European Society for Human
 6  Reproduction and Embryology.  It offers some
 7  compelling evidence in support of the migration
 8  hypothesis.  Combine this evidence with the theory
 9  that the talc deposition on the ovarian epithelium
10  initiates epithelium inflammation, which leads to
11  epithelium carcinogenesis, and you have a
12  potential formula for NTP classifying talc as a
13  causative agent in ovarian cancer."
14          Now, did I read that correctly?
15      A   Yes.
16      Q   So let me -- because counsel wants you
17  to hold it, let me have you take --
18          MS. BROWN:  Well, only if you're going
19  to ask him questions about it.
20          MS. PARFITT:  I am.  I am.  But I can't
21  do both.
22  BY MS. PARFITT:
23      Q   I've got to hand it to you because she
24  says she wants you to hold it.
25          And attached to that is the article.
```

Page 440

```
 1  Take a moment and take a look at that, to eyeball
 2  that.
 3          MS. BROWN:  Take as long as you need to
 4  inform your response --
 5          MS. PARFITT:  It's a one-page document.
 6          MR. LOCKE:  No.  This -- this is a
 7  document that he hasn't seen before.
 8          MS. PARFITT:  That's correct.
 9          MR. LOCKE:  Why don't we go off the
10  record.
11          MS. PARFITT:  It's one page, Doctor.
12          MS. BROWN:  Right, and that's just fair.
13          MS. MILLER:  If you're going to ask him
14  questions about what you just threw out there --
15          MS. BROWN:  That's fine.  That's fine,
16  but you understand there's no foundation.  He's
17  never relied it.
18          MS. PARFITT:  Okay, guys --
19          MS. BROWN:  So if we want to ask
20  questions --
21          THE REPORTER:  Excuse me.
22          MS. PARFITT:  I'm not having him --
23  whoa, whoa.
24          (A discussion was held off the record.)
25  BY MS. PARFITT:
```

Page 441

```
 1      Q   Dr. Diette, I'm simply referring to the
 2  cover letter.
 3      A   Oh.
 4      Q   And that's all, just one page.  Do you
 5  see that?
 6      A   I do.
 7      Q   Okay.  And that's what I just read into
 8  the record.  Do you see that?
 9      A   I do.
10      Q   Okay.  And do you see back in 2004,
11  there was information with regard -- and I have to
12  see it, I can't be -- sorry.  I can't memorize it
13  either.
14          So you see back in 2004, the company's
15  being advised that there is indeed literature
16  compelling evidence in support of a migration
17  hypothesis --
18          MS. BROWN:  Object.
19  BY MS. PARFITT:
20      Q   -- that was shared between the two
21  companies.
22          Did J&J ever share with you this
23  document that they had in their company files that
24  they had support -- actually compelling evidence
25  of support of the migration hypothesis?
```

111 (Pages 438 to 441)

Gregory B. Diette, M.D.

Page 442

1          MS. BROWN:  Objection to the speech,
2   lacks foundation.  I also believe that's an Imerys
3   document.
4          THE WITNESS:  So a few things, right.
5   So one is I -- I've never seen that, so I don't
6   even know what it is.  I don't know who those
7   people are.  That -- I don't know what their
8   qualifications are to consider something to be
9   compelling evidence or if that's the word that was
10  used.
11  BY MS. PARFITT:
12      Q   Mm-hmm.
13      A   I have not seen the article that's
14  attached to the back of it.
15      Q   Okay.
16      A   But it's hard to say much about that.
17      Q   Yes.
18          Let me show you what we will have marked
19  as Exhibit 34, and I'll represent to you it's an
20  article by Roberta Ness, "Possible Role of Ovarian
21  Epithelial Inflammation."
22          (Diette Exhibit No. 34 was marked
23           for identification.)
24  BY MS. PARFITT:
25      Q   Have you seen this article before?

Page 443

1       A   I have.
2       Q   Okay.  Do you see on page 2 --
3           MS. PARFITT:  Where is the other one?
4           (Counsel conferring.)
5   BY MS. PARFITT:
6       Q   If I could -- you have in front of you
7   the Zazenski -- thank you.
8           Okay.  Now, do you see the graph, I'll
9   call it, it's the chart there on Zazenski?  And
10  then look at Figure No. 1.  Do you see that,
11  "Inflammation is a common mechanism underlying
12  ovarian cancer"?
13      A   I do.
14      Q   Okay.  And do you see that -- you can
15  look at it.  Do you see that that's the same
16  figure in the Zazenski letter as it is in
17  Dr. Ness's letter?  Do you see that?
18          MS. BROWN:  Objection to the form, lacks
19  foundation.
20  BY MS. PARFITT:
21      Q   Or Dr. Ness's report.
22          MS. BROWN:  Same objection.
23          THE WITNESS:  I mean it -- it looks the
24  same.
25          But what does that mean?  Does that mean

Page 444

1   it -- that this -- is this an e-mail or a fax?  It
2   has something from Ness's paper or Ness's paper
3   has something from this --
4   BY MS. PARFITT:
5       Q   They have something from Ness's paper,
6   correct.
7           MS. BROWN:  Well, objection.
8           THE WITNESS:  But this is --
9           MS. BROWN:  Don't -- don't speculate.
10  No one wants you to guess.
11          MS. PARFITT:  So we won't talk about --
12          MS. BROWN:  Just wait for a question,
13  and we'll do the best we can.
14  BY MS. PARFITT:
15      Q   Okay.  Do you see on the first page of
16  Dr. Ness's article, in the left-hand column
17  towards the bottom, where Dr. Ness states:
18  "Inflammation entails cell damage, oxidative
19  stress, and elevations of cytokines and
20  prostaglandins, all of which may be mutagenic.
21  The possibility that inflammation is a
22  pathophysiological contributor to the development
23  of ovarian cancer suggests a directed approach to
24  future research."
25          Do you see that?

Page 445

1       A   I do.
2       Q   Okay.  Do you agree with that statement?
3           MR. LOCKE:  Objection.
4           MS. BROWN:  Objection to the form.
5           THE WITNESS:  So, I haven't read this
6   article in a while.  It is from about 20 years
7   ago.  And so I don't know if 20 years ago that was
8   a reasonable thing to consider, but it sounds as
9   if 20 years have gone by and this still hasn't
10  been proven.  And so whether I agree with it still
11  now, I'm not sure.  I'm not sure if it would be a
12  fruitful endeavor or not.
13  BY MS. PARFITT:
14      Q   Does biological plausibility mean that
15  something must be proven?
16          MR. LOCKE:  Objection.  Asked --
17          MS. BROWN:  Objection.  Asked and
18  answered.
19          THE WITNESS:  It doesn't mean that
20  it's -- that it's been proven, but it's one of the
21  ways to provide supportive information about
22  whether or not an observed association is causal
23  or not.
24  BY MS. PARFITT:
25      Q   Okay.  So you agree that you do not --

112 (Pages 442 to 445)

Gregory B. Diette, M.D.

Page 446

1  one does not need to prove mechanism in order to
2  find causality, correct?
3      A   I need to prove --
4          MR. LOCKE:  Objection.
5          MS. BROWN:  Objection to form.
6          THE WITNESS:  Sorry.  Wow, sorry.
7  BY MS. PARFITT:
8      Q   We had a chorus.
9      A   Yeah.
10         No, you don't need to prove it, but
11  it's --
12     Q   You don't need to prove mechanism.
13     A   You don't need to prove mechanism in
14  order to establish causation, but it's hard to get
15  there for a low observed risk if you don't have
16  biological plausibility.
17     Q   I'll take that back -- yes, I'm sorry.
18         I hope I didn't ask you this before, but
19  is biological plausibility the same as proof of
20  mechanism?
21         MR. LOCKE:  Objection.
22         MS. BROWN:  Objection to the form of the
23  question.
24         THE WITNESS:  Proof of -- I don't know
25  if I would use the -- so "proof of mechanism"

Page 447

1  sounds like a term in a way, but maybe not one
2  that's in my vocabulary.  Like people talk about
3  proof of concept just as a study design, which --
4  I don't know if that's the same thing, but I
5  don't -- I don't -- I don't know "proof of
6  mechanism" as a -- as a term.
7          (Counsel conferring.)
8          MS. PARFITT:  Let's go off the record
9  for a moment.
10         THE VIDEOGRAPHER:  The time is 5:30 p.m.
11  We're going off the record.
12         (Recess.)
13         THE VIDEOGRAPHER:  The time is 5:37 p.m.
14  and we're back on the record.
15  BY MS. PARFITT:
16     Q   Doctor, what is your definition of
17  "biological plausibility"?
18         MS. BROWN:  Objection.  Asked and
19  answered.
20         THE WITNESS:  I don't have a single one.
21  I think it's in my report somewhere, or at least
22  what I tried to capture from Bradford Hill's
23  statement, but in a general sense, you know, being
24  evidence that whatever -- if we're talking about
25  an exposure, that there is a pathway by which that

Page 448

1  exposure can lead to the outcome that you're
2  interested in.
3  BY MS. PARFITT:
4      Q   Okay.  Doctor, from your review of the
5  peer-reviewed scientific literature, have you read
6  where study authors who have actually looked at
7  the issue of migration and other biological
8  plausible methods by which talc can get to the
9  ovary?
10     A   I guess --
11         MS. BROWN:  I object.  I don't
12  understand.
13         THE WITNESS:  I mean I've looked at both
14  the human and the animal studies that I could find
15  cited on the topic.  And -- and you said that
16  talc -- talc can get to the ovary?
17  BY MS. PARFITT:
18     Q   Mm-hmm.
19     A   Because, you know, some are not talc,
20  right.  There -- there are other kinds of
21  particles or substances.  And so I've looked at
22  both the animal and the human studies that I could
23  find.
24     Q   And in those studies that you have
25  reviewed, have you seen where those authors who

Page 449

1  have studied the issue of biological plausibility
2  and mechanisms by which talc can get to the ovary
3  have concluded in their articles that that is
4  indeed a pathway?
5          MS. BROWN:  Objection.
6          MR. LOCKE:  Objection.
7          MS. BROWN:  Misstates his testimony and
8  the documents.
9          THE WITNESS:  That there is -- well, I
10  guess we've got to -- we'd have to look at each
11  one, right.  Because, I mean, there's ones like,
12  for example, you know, if we're talking about
13  humans, like where women are basically placed
14  upside down in a -- in an usual position and
15  having something deposited directly into their
16  vagina, and then that may or may not then migrate
17  to their ovaries, but that wouldn't be the same as
18  saying that's a plausible mechanism for applying
19  something to the perineum and then finding it in
20  the ovaries.
21         And then I just want to -- I don't have
22  a lot to say about it, but I would just say with
23  the animals, it looks like certain animals that
24  application of -- of particles does, and then in
25  others it doesn't migrate.  And then so I -- I

113 (Pages 446 to 449)

Gregory B. Diette, M.D.

Page 450

1    took that as kind of mixed evidence that even in
2    animals, assuming that there is an appropriate
3    animal model, that they're not getting the same
4    answer based on which animal it is.
5    BY MS. PARFITT:
6        Q   Does exposure of a disease have to be
7    proven in order to have a biologically plausible
8    mechanism?
9            MS. BROWN:  Objection to the form.
10           MR. LOCKE:  Objection.
11           THE WITNESS:  So I don't know if I
12   understand that.  So are you saying that -- so say
13   it again.  I'm sorry.
14   BY MS. PARFITT:
15       Q   Sure.  It was probably a bad question.
16           MS. BROWN:  The realtime --
17   BY MS. PARFITT:
18       Q   Does one need -- does a scientist need
19   to know the precise mechanism in order to
20   determine whether or not it's biologically
21   plausible for some toxin to cause some disease?
22           MS. BROWN:  Objection to the form.
23           MR. LOCKE:  Objection.
24           THE WITNESS:  So "precise" might be a --
25   a term that matters, but -- but it can be a work

Page 451

1    in progress in the sense that you can have some
2    information or no information or lots of
3    information.  So there can be, you know, quite a
4    spectrum of information you would have about the
5    plausibility.
6    BY MS. PARFITT:
7        Q   I think what I'm asking is, does the
8    mechanism of disease need to be proven in order to
9    find causality?
10           MS. BROWN:  Objection to the form.
11           THE WITNESS:  I -- I think we keep doing
12   this over and over, because this -- I think -- I
13   think this is the same -- unless it's meant to be
14   different, like I don't know how to answer that
15   differently.  It's -- you know, obviously it
16   doesn't have to be proven, but it certainly is
17   important.  And when you have a very small
18   estimated risk, then it becomes even more
19   important.
20   BY MS. PARFITT:
21       Q   Okay.  Have you seen in the literature
22   that you've reviewed numerous authors who have
23   proposed a biologically plausible mechanism by
24   which talcum powder products can cause ovarian
25   cancer?

Page 452

1            MS. BROWN:  Objection to the form.
2            MR. LOCKE:  Objection.
3            THE WITNESS:  So I -- I looked -- for
4    all the things that we talked about -- I don't
5    know which ones we're talking about now in terms
6    of the epidemiology studies.
7    BY MS. PARFITT:
8        Q   Correct.
9        A   So I've seen some that do and some that
10   don't propose that.  Some I think are -- and I'm
11   paraphrasing -- but are sort of more along the
12   lines of we just don't know or there's a lot more
13   work needed, and -- and things of that sort.
14       Q   Are there a lot on the lines of
15   migration of talc -- excuse me.
16           Are there a lot of articles that you've
17   reviewed where they have -- authors have stated
18   that talc can migrate to the ovaries?
19       A   I wouldn't say --
20           MS. BROWN:  Objection.
21           THE WITNESS:  I wouldn't say a lot.  And
22   I haven't seen anything as strong as that FDA
23   statement, you know, I mean, where -- where
24   there's some, you know, certainty that is coupled
25   with that kind of a statement.

Page 453

1    BY MS. PARFITT:
2        Q   But you've certainly seen where the
3    authors have opined and discussed biologically
4    plausible mechanism by -- mechanisms by which
5    talcum powder products can cause ovarian cancer.
6            MR. LOCKE:  Objection.
7            MS. BROWN:  Objection.  Continues to
8    misstate his testimony.
9            THE WITNESS:  What's -- what's different
10   about that than what I already answered?
11   BY MS. PARFITT:
12       Q   Well, what I'm trying to get at is,
13   whether or not you believe it or don't believe it,
14   I'm simply trying to understand from you whether
15   or not in your read of the scientific literature
16   have you seen where authors who have actually
17   studied this topic where they have determined and
18   written in their reports that there are
19   biologically plausible mechanisms by which talc
20   can migrate to the ovaries?
21           MR. LOCKE:  Objection.
22           MS. BROWN:  No, objection.  He's
23   answered this a hundred times, and it's --
24   BY MS. PARFITT:
25       Q   And if it's no, then it's no.  If you've

114  (Pages 450 to 453)

Gregory B. Diette, M.D.

Page 454

1  seen it, you've seen it.  If you dispute it, you
2  dispute it.
3      A   Well, it's -- it's none of those.
4          But you just said reports.  Does that --
5  are we now talking about expert reports or are --
6      Q   No.
7      A   -- we still talking about --
8      Q   No, we're still talking --
9      A   Okay.  We're talking about like
10  peer-reviewed publications?
11     Q   That's right.
12     A   So I've seen a mixture, yeah.  It's like
13  when you look at the epi literature, I mean the --
14  the way I read it is like -- is, you know, an
15  epidemiologist is supposed to be able to get up to
16  speed without becoming an expert in absolutely
17  everything, right?
18         So I already told you I'm not a cancer
19  biologist, but I do count on the authors to set
20  the stage with the introduction and then interpret
21  their findings and the discussion and sort of take
22  us at least partway towards there.
23         So even the recent meta-analysis, if you
24  look at Berge or Burge (phonetic), however you say
25  that, and Penninkilampi, you know, they talk about

Page 455

1  there -- there being uncertainty about the
2  mechanism.  So I'm just saying even as recently as
3  the -- the very latest meta-analysis, there's
4  uncertainty expressed.
5      Q   Do you see uncertainty being expressed
6  by biologically plausible mechanisms?
7          MS. BROWN:  Objection.
8          THE WITNESS:  Well, I don't know if
9  they're plausible or not.  I mean that's the whole
10  point, right?  You know, I mean you can say
11  something, but it doesn't make it true.
12  BY MS. PARFITT:
13     Q   You reminded me of something.  In your
14  review of the various case-control studies, did
15  you exercise a process known as vote counting?
16         MS. BROWN:  Objection.
17         THE WITNESS:  No.
18  BY MS. PARFITT:
19     Q   You did not?
20     A   I did not.
21     Q   That would be improper to do so,
22  correct?
23         MS. BROWN:  Objection.
24         THE WITNESS:  Well, if we're talking --
25  so I guess, just to be clear, so vote counting

Page 456

1  probably means one thing in the world in general.
2  I think if you're talking about Rothman, yeah,
3  Rothman has written about that --
4  BY MS. PARFITT:
5      Q   Right.
6      A   -- and about it being simply a
7  competition of sort of counting those that are
8  significant and those that are not.
9          I didn't see that.  I think the way I
10  described it I think was -- was the way I
11  approached it, which said some of the information
12  that's available is that some of the studies were
13  statistically significant and some weren't.  It's
14  informative, but it's not literally the same as
15  saying, I'm just going to count them up and stop
16  there.
17     Q   Because that would be improper, correct?
18         MS. BROWN:  Objection.
19         THE WITNESS:  To only do that, yes.
20  BY MS. PARFITT:
21     Q   Okay.  All right.  Let me ask a couple
22  of question -- questions.
23         What is the minimal level of exposure to
24  cigarette smoke in terms of cigarette smoke at
25  home that's necessary to cause lung cancer?

Page 457

1          MS. BROWN:  Form.
2          THE WITNESS:  I do not know.
3  BY MS. PARFITT:
4      Q   Okay.  What is the minimal level of
5  exposure to asbestos fibers inhaled that is
6  sufficient to cause ovarian cancer?
7          MS. BROWN:  Form.
8          MR. LOCKE:  Objection.
9          THE WITNESS:  We -- we did that before.
10  I don't -- I don't have any more information than
11  what I did, like meaning, you know, I have some --
12  some guideposts like the -- the Whitnum 40
13  fiber/cc years of -- of crocidolite, which did not
14  seem to be adequate to cause it.
15         And then, you know, when we looked at
16  the IARC, I didn't -- even when you and I looked
17  at it together, I didn't see information that
18  talked about what dose would be required.
19  BY MS. PARFITT:
20     Q   Okay.  Same question.  What's the
21  minimal level of exposure to asbestos fibers
22  inhaled that is sufficient to cause mesothelioma?
23         MS. BROWN:  Objection.
24         MR. LOCKE:  Objection.
25         THE WITNESS:  Pleural or peritoneal

115 (Pages 454 to 457)

Gregory B. Diette, M.D.

1    or --
2    BY MS. PARFITT:
3        Q   Pleural.
4        A   So the -- so the amount for pleural
5    mesothelioma is -- and did you say fiber type or
6    you didn't mention fiber type?
7        Q   I didn't.  I just said fibers.
8        A   Okay.  So it would matter fiber type.
9    If it's chrysotile predominant, then above 200 to
10   400 fiber/cc years would be, you know, one
11   estimate of the dose.  If it's crocidolite, you
12   know, you could divide that by 500.  And if it's
13   amosite, by a hundred, and other amphiboles, you
14   know, somewhere in between those sort of ranges.
15       And so, you know, I think for
16   amphiboles, above like the single digit fiber/cc
17   years, and for chrysotile, above the couple of
18   like 200 to 400 fiber/cc years.
19       Q   Is it true that the dose-response curve
20   for any genotoxic carcinogen intersects with zero?
21       MS. BROWN:  Objection to the form.
22       THE WITNESS:  Well, there's got to be a
23   zero point if there's zero exposure, right?  If
24   there's literally zero exposure, then there can't
25   be -- there can't be a signal from that zero.

1    BY MS. PARFITT:
2        Q   What does the -- what does it mean if a
3    dose-response curve intersects zero?
4        MS. BROWN:  Form.
5    BY MS. PARFITT:
6        Q   What does that mean?
7        A   It's not a term that's familiar.  I
8    mean, it's just -- I'm not sure -- if you've got
9    zero exposure, you can't have any outcome from
10   that.  So I -- I assume that's what we're talking
11   about is just like a -- like a no exposure
12   estimate.
13       If you're talking about like -- the
14   place I've seen people talk about it is like with
15   low doses of things and what happens, you know,
16   below the concentration or the level at which
17   there's known effects, then what happens between
18   there and zero.  But if it's literally zero -- if
19   there's literally zero exposure, it's got to be
20   zero outcome.
21       (Counsel conferring.)
22   BY MS. PARFITT:
23       Q   Okay.  You reviewed the cohort studies
24   in this case, correct?
25       A   The three -- three cohort studies.

1        Q   Okay.  You criticize the plaintiffs'
2    experts for what you called a muted examination of
3    the case-control studies that they reviewed.
4        Do you remember saying that in your
5    report?
6        A   I don't remember that word, but it's --
7    it makes a lot of sense to me.
8        Q   Okay.  Where in your port -- report did
9    you set forth all of the limitations and
10   weaknesses of the cohort studies of talcum --
11   talcum powder products and asbestos -- and ovarian
12   cancer?
13       A   Well, there's a bunch, right.  So --
14       Q   Well, where did you --
15       A   I'm telling you.
16       Q   -- provide us in your report that
17   information --
18       A   I'm telling you.
19       MS. BROWN:  Let him finish --
20       THE WITNESS:  I understand your
21   question.
22       MS. BROWN:  -- and answer your question.
23       THE WITNESS:  So one of the criticisms,
24   which I think is pretty profound, which is the
25   lack of a validated measure of talcum powder

1    exposure that could have someone estimate whether
2    or not somebody is exposed at all or whether or
3    not there's a dose-response, and that applies to
4    all the studies, right.  So that's uniformly
5    applied to whether they're case-control studies
6    or -- or cohort studies.
7    BY MS. PARFITT:
8        Q   That would be the exposure
9    misclassification.
10       MS. BROWN:  Objection.
11       THE WITNESS:  No, no, no.  So it would
12   be -- you could misclassify it, but it -- but what
13   I'm talking about is, that in order to measure an
14   exposure, you need a valid measure of that
15   exposure.  That doesn't exist, or at least if it
16   exists, it hasn't been employed in the -- in the
17   published literature.  And that applies to the
18   cohort studies and the case controls.
19       What I -- what I did was I tried to
20   actually not denigrate any of the study designs.
21   I thought that was appalling.  You know, when you
22   talk about where this came from, you know, to sort
23   of single out the cohort studies repeatedly by
24   the -- by the plaintiffs' expert and say, you
25   know, This is a terrible design, or this is

116 (Pages 458 to 461)

Gregory B. Diette, M.D.

Page 462

1    terrible for whatever reason, it's extraordinary,
2    and it's -- to me it's unprecedented for -- for
3    epidemiologists or other healthcare professionals
4    to sort of look at cohort studies and find that
5    those are so awful, and that case-control studies
6    are suddenly so sturdy.  It doesn't make any
7    sense.
8         So -- so for me, like the task wasn't
9    really so much -- I wasn't trying to criticize
10   either form of the study, but just to point out
11   realistically that there are biases, that there
12   are confounding issues, and -- and things of
13   that -- that sort.
14   BY MS. PARFITT:
15        Q   In your review of the literature for
16   purposes of your opinions today, did you see
17   evidence from any of the studies that you read
18   that there was a dose-response associated between
19   talcum powder products and ovarian cancer?
20        A   So in total, no.  In a couple of
21   studies, there are purported dose-response
22   findings, right.  So the latest Cramer study is an
23   example.  There may have been another, but there
24   are so many studies that show absolutely the
25   opposite, meaning either flat dose-response,

Page 463

1    upside down dose-response, zig-zaggy, haphazard
2    dose-response.  So I would say looking at the
3    evidence in total, it's a mess.  I mean it's
4    certainly not supportive.
5         And I'll you the truth, if you go back
6    to -- like to 2000 -- and I know we're in a hurry,
7    so I will try to talk a little faster -- but the
8    Rothman -- the Rothman review, at least up until
9    2000, they -- they plotted out all the
10   dose-response they found, and they found an
11   inverse relationship overall, which is one of the
12   things they found to be inconsistent with there
13   being causation.
14        So I think, you know, from 1982, when
15   the first case-control study was published, to
16   2000, at least when it's assessed by Rothman and
17   his colleagues, is actually upside down.
18        Q   What about Terry?  Terry in 2013
19   reported a dose-response, did they not?
20        MS. BROWN:  Objection to the form.
21        THE WITNESS:  I don't remember what they
22   showed.  I don't -- I don't doubt you, but I --
23   but there's just -- there's a couple of studies
24   that have demonstrated that.
25   BY MS. PARFITT:

Page 464

1         Q   Okay.  So you would agree with me there
2    are studies in the peer-reviewed literature that
3    have demonstrated a dose-response between talcum
4    powder products and ovarian cancer?
5         MS. BROWN:  Objection --
6         MR. LOCKE:  Objection.
7         MS. BROWN:  -- to the form.
8         MS. PARFITT:  Let him answer, please.
9         MS. BROWN:  I get to object.
10        THE WITNESS:  I think just a couple.
11        MS. PARFITT:  Let's go off the record.
12        THE VIDEOGRAPHER:  The time is 5:53 p.m.
13   We're going off the record.
14        (Recess.)
15        THE VIDEOGRAPHER:  The time is 5:58 p.m.
16   We're back on the record.
17        MR. HEASLIP:  Can we go off for one
18   moment?  I apologize.
19        THE VIDEOGRAPHER:  The time is 5:58 p.m.
20   We're going back off the record.
21        (A discussion was held off the record.)
22        THE VIDEOGRAPHER:  The time is 5:59 p.m.
23   We're back on the record.
24        CROSS-EXAMINATION
25   BY MR. FINCH:

Page 465

1         Q   Good afternoon, Dr. Diette.  My name is
2    Nate Finch.  You and I have met before, correct?
3         A   Yes.
4         Q   You were asked a question about the
5    dose-response curve to genotoxic carcinogens.  Do
6    you recall that question?
7         A   I do.
8         Q   And your answer was something to the
9    effect of if the dose was zero, then it would be
10   an intersection of zero.
11        Do you recall that answer?
12        A   Something like that.
13        Q   All right.  I want you to assume that
14   we're talking about a dose-response curve where
15   there is a positive dose, not a dose of zero.
16   Your typical dose-response curve looks something
17   like this (indicating), right, with dose on the
18   X-axis and response on the Y-axis?
19        A   You can draw it that way.
20        MS. MILLER:  Is that a exhibit?
21        MR. FINCH:  You can mark it as an
22   exhibit.  It's got somebody's notes on the back of
23   it, but...
24   BY MR. FINCH:
25        Q   Isn't it true, Dr. Diette, that for a

117 (Pages 462 to 465)

Gregory B. Diette, M.D.

Page 466

1  genotoxic carcinogen where there is a positive
2  dose, the dose-response curve always intersects
3  with zero?
4           MS. BROWN: Objection to form.
5           THE WITNESS: That's not something that
6  I say. I mean I don't -- people may say that, but
7  I -- I think when we're talking about -- like zero
8  is zero, right. So zero exposure means zero risk.
9  BY MR. FINCH:
10      Q   I'm not -- I'm not talking about zero.
11          MS. BROWN: Wait, let him finish,
12  please.
13          THE WITNESS: Well, I know. That's what
14  I'm talking about when I -- when I hear that
15  question.
16  BY MR. FINCH:
17      Q   All right. So if someone were to
18  testify when you're talking about a genotoxic
19  carcinogen where there is a positive exposure,
20  there -- the dose-response curve intersects with
21  zero, meaning that there -- isn't it true that
22  that means that there -- at any level of exposure,
23  there's an excess risk of cancer for a genotoxic
24  carcinogen?
25          MS. BROWN: Objection to the form.

Page 467

1           THE WITNESS: So I don't know. That may
2  be part of some field that's not my field. But I
3  -- but in the fields that I work in, I recognize
4  that you need a certain amount of exposure in
5  order to cause a disease, including cancer.
6  BY MR. FINCH:
7       Q   Okay. But you cannot dispute that
8  genotoxic carcinogens, the dose-response curve
9  intersects with zero. You haven't studied that
10  issue; is that correct?
11          MR. LOCKE: Objection.
12          MS. BROWN: Objection to the form.
13          THE VIDEOGRAPHER: Seven hours.
14          MS. BROWN: You're done. Wait.
15          THE WITNESS: So I mean, my answer is
16  the same as it was before.
17          MS. BROWN: I can ask from here.
18          (A discussion was held off the record.)
19              CROSS-EXAMINATION
20  BY MS. BROWN:
21      Q   Good evening, Dr. Diette.
22      A   Hi.
23      Q   Just a couple of quick questions, and we
24  will get you on your way.
25          We had some discussion earlier today

Page 468

1  about the sort of mechanical process of writing
2  your report. Do you remember that?
3       A   I do.
4       Q   And to be clear, Doctor, did you write
5  every substantive word of the expert report that
6  we've marked as an exhibit in this case?
7       A   To the -- yes, everything substantive.
8       Q   Did MSA or Medical Science Affiliates
9  make any substantive contributions to your expert
10  report in this proceeding?
11      A   No.
12      Q   You spoke a little bit earlier today
13  about some administrative support that you
14  received from MSA. Do you remember that?
15      A   I do.
16      Q   And tell us what you meant by
17  "administrative support."
18      A   So by "administrative support," I meant,
19  you know, gathering -- like collating materials
20  for me, helping to -- to format the report, you
21  know, putting -- you know, putting the reference
22  citations in correctly. You know, creating the --
23  the list of reliance documents at the end. You
24  know, things of that sort. And then -- and then
25  generating invoices.

Page 469

1           I'm trying to think what else.
2  Whatever -- whatever I said earlier was the -- was
3  the full list, I think.
4       Q   You also mentioned earlier today
5  receiving some editorial support from the folks at
6  MSA. Tell us what you meant by that.
7       A   So to look for typos or -- I gave the
8  example of like where I had a really long
9  paragraph, and they broke it up with bullets to
10  make it look more readable, that sort of thing,
11  and -- and just making this actually have the
12  physical appearance that it does.
13      Q   Did MSA provide anything other than
14  administrative formatting type support in
15  connection with your report in this case?
16      A   No.
17      Q   If someone were to suggest that the
18  opinions in your expert report are not entirely
19  your own, would that be the truth?
20      A   I'm sorry. I was reading that going by,
21  and I didn't listen.
22      Q   Sure. If someone were to suggest that
23  some of the opinions in your expert report are not
24  entirely your own, would that be the truth?
25      A   No.

118 (Pages 466 to 469)

Gregory B. Diette, M.D.

Page 470

1    MS. PARFITT: Objection.
2    THE WITNESS: They're -- they're all my
3 opinions.
4 BY MS. BROWN:
5    Q   If someone were to suggest that MSA
6 wrote some of the substantive pieces of your
7 report, would that be the truth?
8    MS. PARFITT: Objection.
9    THE WITNESS: No.
10    MS. BROWN: Thanks very much for your
11 time, Dr. Diette. I have no further questions.
12    MS. PARFITT: Anybody? No. Thank you.
13 Dr. Diette, thank you very much.
14    THE WITNESS: Thank you.
15    MS. PARFITT: I appreciate it.
16    THE VIDEOGRAPHER: The time is 6:04
17 p m., April 9th, 2019. Going off the record,
18 completing the videotaped deposition.
19    (Whereupon, the deposition of
20    GREGORY B. DIETTE, M.D. was
21    concluded at 6:04 p m.)
22
23
24
25

Page 472

1    INSTRUCTIONS TO WITNESS
2    Please read your deposition over carefully and
3 make any necessary corrections. You should state
4 the reason in the appropriate space on the errata
5 sheet for any corrections that are made.
6 After doing so, please sign the errata sheet
7 and date it.
8    You are signing same subject to the changes
9 you have noted on the errata sheet, which will be
10 attached to your deposition. It is imperative
11 that you return the original errata sheet to the
12 deposing attorney within thirty (30) days of
13 receipt of the deposition transcript by you. If
14 you fail to do so, the deposition transcript may
15 be deemed to be accurate and may be used in court.
16
17
18
19
20
21
22
23
24
25

Page 471

1    CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
2    The undersigned Certified Shorthand Reporter
3 does hereby certify:
4    That the foregoing proceeding was taken before
5 me at the time and place therein set forth, at
6 which time the witness was duly sworn; That the
7 testimony of the witness and all objections made
8 at the time of the examination were recorded
9 stenographically by me and were thereafter
10 transcribed, said transcript being a true and
11 correct copy of my shorthand notes thereof; That
12 the dismantling of the original transcript will
13 void the reporter's certificate
14    In witness thereof, I have subscribed my name
15 this date: April 10, 2019
16
17    _____
18    LESLIE A  TODD, CSR, RPR
19    Certificate No  5129
20 (The foregoing certification of
21 this transcript does not apply to any
22 reproduction of the same by any means,
23 unless under the direct control and/or
24 supervision of the certifying reporter )
25

Page 473

1    - - - - - -
2    E R R A T A
3    - - - - - -
4 PAGE LINE CHANGE
5    _____
6 REASON: _____
7    _____
8 REASON: _____
9    _____
10 REASON: _____
11    _____
12 REASON: _____
13    _____
14 REASON: _____
15    _____
16 REASON: _____
17    _____
18 REASON: _____
19    _____
20 REASON: _____
21    _____
22 REASON: _____
23    _____
24 REASON: _____
25

Gregory B. Diette, M.D.

Page 474

```
 1            ACKNOWLEDGMENT OF DEPONENT
 2        I,_____, do hereby
 3    certify that I have read the foregoing pages, and
 4    that the same is a correct transcription of the
 5    answers given by me to the questions therein
 6    propounded, except for the corrections or changes
 7    in form or substance, if any, noted in the
 8    attached Errata Sheet.
 9
10    _____
11    GREGORY B. DIETTE, M.D.            DATE
12
13
14    Subscribed and sworn to
15    before me this
16    _____ day of_____,20____.
17    My commission expires:_____
18    _____
19    Notary Public
20
21
22
23
24
25
```

Gregory B. Diette, M.D.

Page 475

**A**

**a.m** 1:18 13:7 19:13 44:15,18 89:7 151:17,20

**AACES** 11:11

**abandon** 309:24 312:8

**abandoning** 201:13 306:24 309:5

**abide** 38:24

**ability** 378:21

**able** 36:17 69:9 85:16 140:19 158:1 207:21 216:13 300:17 319:14 372:8 391:1 410:12 454:15

**abnormality** 372:20

**absolute** 361:9

**absolutely** 62:13 65:23 84:8 86:22 387:14 387:16 415:14 454:16 462:24

**absorbed** 405:17

**absorption** 266:21

**abstract** 282:9 365:2,10 366:18 369:22 428:5

**Abstracts** 8:12

**absurd** 270:15 271:2

**academic** 93:18 149:11

**accepted** 92:1 368:3

**accepts** 291:9 292:20

**access** 10:13 26:15 285:17

**accessory** 75:25 76:13

**accompany** 159:19

**account** 77:1 255:8 383:20

**accounts** 36:6 36:14

**accurate** 14:24 100:1 139:12 387:14,16 434:18 472:15

**accurately** 73:19 97:20 274:19

**acknowledged** 182:7

**ACKNOWLE...** 474:1

**active** 408:16

**activities** 10:14 205:8

**actual** 172:4 203:21 264:19

**ADAM** 3:5

**add** 24:21 91:25 96:16 97:7 178:1,19 179:22 234:20

**added** 347:5

**adding** 40:4

**addition** 134:13 183:10 211:19

**additional** 25:16 29:11 31:12 92:13 178:10

**additions** 91:23 139:15

**address** 31:2 124:21 142:11 142:15,19

**addressing** 134:15

**adequacy** 57:1

**adequate** 457:14

**adhere** 317:2

**adjusted** 249:22

**administer** 13:20

**administering** 2:18

**Administration** 228:1 434:11

**administrative** 91:17 93:9 154:19 158:6 178:17 183:2,6 468:13,17,18 469:14

**admonishing** 38:6,7 113:10

**adult** 403:22

**adults** 374:20 389:19

**advance** 88:17

**advanced** 45:20 45:25

**advertise** 189:4

**advertised** 188:21

**advertisement** 188:15

**advised** 441:15

**affidavit** 133:12 135:14 197:12 197:25 198:19

**affidavits** 130:7 131:2,14 134:14 135:1 170:18 196:25 197:6 198:18

**affiliate** 187:19 187:23

**affiliated** 155:15

**Affiliates** 24:20 25:18 31:18,21 31:25 32:7 33:4,5,20 151:23 152:6 152:10,18,23 153:15 154:8 155:10,16 157:4,8 158:10 159:8,21 162:5

162:19 163:22 164:10 165:6 165:21 166:25 168:3,18 170:24 179:7 179:14 188:21 189:7 190:16 190:19,20 468:8

**Affiliates'** 155:18 156:5

**Affiliations** 7:15

**affirmative** 415:13

**afforded** 179:14

**afield** 270:12

**African** 11:10

**afternoon** 204:25 205:1 465:1

**age** 249:15

**agent** 285:20 439:13

**ago** 51:2 108:17 117:10 152:20 153:10 189:18 231:1 244:17 418:4,9 445:7 445:7

**agree** 34:23 35:3 45:24 46:20 47:12 84:6,9 84:20 87:16,21 88:8 107:23 112:21 183:5 213:2 216:4,4 216:13,24,25 217:8,14,15 219:21 222:1,6 225:25 226:3,9 226:15 233:25 235:3 236:23 260:3,3,8 272:13 274:25 275:24 276:18 276:19,21,25 277:1,2,2,12

278:9 282:19 283:6 287:2 291:11 292:24 302:17 304:2 304:20,23 306:5 321:5,13 321:16 322:16 322:22 331:3 361:22 362:6 362:21 363:10 367:22,25 368:14 400:4 401:21 411:8 413:7 414:24 416:3 417:23 418:1,2,3 420:8 432:12 433:12 434:17 434:20,24 445:2,10,25 464:1

**agreeable** 46:24 293:4 303:21 305:3 306:11 319:9

**agreement** 31:21 32:6 33:18 153:22 154:4 187:11

**agreements** 33:2 156:8

**Ah** 437:24

**ahead** 16:6 23:22 24:17 25:22 26:20,21 58:7 63:1 162:8,9 192:22 212:8 216:2 218:14 270:5 275:6 292:10 297:12 304:11 353:22,23 355:2,11 365:18

**air** 102:13 107:21 371:17 373:21 405:20

Gregory B. Diette, M.D.

**airborne** 373:14
373:15 406:7
**airway** 97:16
101:9
**al** 9:14 271:17
**alert** 47:19
**Ali** 19:15 27:9
**all-cause** 10:9
366:3 367:3
389:18
**allegation**
109:21
**allegations**
109:2,15,25
110:10
**Allen** 309:7
**allergen's**
107:25
**allergens** 102:15
102:19,23
103:7 107:22
**ALLISON** 4:17
**allowed** 62:11
166:5
**Alrighty** 231:10
**alter** 76:1,14
**ambient** 370:18
371:17
**America** 11:24
49:20
**American** 9:9
11:10 94:20
239:4 295:6,18
296:24 298:12
301:2 308:17
308:19 309:4
387:7
**amosite** 458:13
**amount** 23:14
23:15 40:8
90:7,19 176:4
178:19 179:23
180:1 280:25
383:13 458:4
467:4
**amounts** 282:15
285:25

**amphiboles**
458:13,16
**Amrhein** 9:5,14
**analogous**
371:11
**analyses** 77:12
336:8,15
**analysis** 76:1,15
145:23 148:22
149:5 251:12
252:16,24,25
267:24 268:15
268:23 269:16
270:14 271:1,4
333:8,9 334:19
335:22,24
336:10,17
338:21 339:21
342:14 361:3
**analyzing** 425:4
**and/or** 135:13
471:23
**angles** 200:25
**animal** 252:6
253:3 285:8
448:14,22
450:3,4
**animals** 254:7
254:12 449:23
449:23 450:2
**Ann** 235:22
**Anne** 2:16 8:5
**annoy** 53:9
327:4
**answer** 23:22
24:11 26:24
29:6 32:22
33:15,18,21
35:17 37:18,23
41:17 55:21
62:12,18,23
67:11 68:6,7
73:12,15 78:24
79:7 80:20
82:18 83:18
84:8,13 93:16
106:11 117:22

122:3 124:2
125:1 135:23
136:13 137:10
139:25 140:24
141:18 144:5
146:17 150:25
156:15 159:4
161:10 164:13
164:15 165:13
166:20 167:6
168:13 169:8
173:22 176:16
176:17,19
177:2,10
187:13 191:22
191:23 192:21
195:6 198:8
207:22 210:9
218:8 220:10
249:18 268:19
274:18,20,23
274:24 276:6
276:10,10
288:4,4 304:5
310:22 319:22
326:13 332:4
336:3 337:22
338:3,10
346:22 371:3
372:6,8 374:13
407:1 419:11
421:2 424:20
424:23,25
436:1 450:4
451:14 460:22
464:8 465:8,11
467:15
**answerable**
90:11
**answered** 35:8
57:14 68:12
74:25 117:21
127:22 146:13
147:24 150:15
161:10 184:12
210:8 217:21
218:7 219:1

220:9,18 224:3
228:21 232:7
251:6 261:17
308:3 385:5
423:1 429:10
445:18 447:19
453:10,23
**answering** 33:9
61:19 203:4
244:12 335:19
337:19 404:14
**answers** 14:23
37:13 106:24
193:2 474:5
**anybody** 15:12
56:24 153:6
164:19 192:19
196:11 266:10
266:13 311:22
313:24 340:12
437:6 470:12
**anymore** 29:24
30:17 153:1
294:23
**anyway** 49:8
79:4 305:1
317:6 372:6
**apart** 18:16
**apologize** 66:1
202:17 284:22
312:12 378:3
378:16 394:17
426:21,23
464:18
**appalling**
461:21
**apparently**
257:14 312:12
391:10
**appear** 31:15
147:7 172:4
232:1 313:4
**appearance**
469:12
**appearances** 4:1
5:1 13:18
**appeared**

296:23 297:22
305:10
**appears** 26:3
123:24 282:14
407:5,19
**appendices**
265:10
**Appendix** 7:8,19
66:4 121:4
**application**
266:22 270:25
332:21,25
416:8 449:24
**applications**
420:22,25
**applied** 149:13
250:18 412:23
435:24 461:5
**applies** 461:3,17
**apply** 74:7 401:2
437:9 471:21
**applying** 362:13
449:18
**appointment**
93:19 97:1,3
100:20
**appreciate**
40:11 67:24
88:25 114:10
114:11 140:13
183:10 184:3
190:13 251:1
327:7 345:3,15
349:6 355:12
381:13 400:10
411:7 470:15
**approach**
146:20 241:5
245:12 250:23
319:25 343:7
343:14 444:23
**approached**
456:11
**appropriate**
39:9 173:22
253:25 339:14
450:2 472:4

**appropriately** 287:16
**approximately** 36:20,22 45:21 46:2 121:10,15 213:25
**April** 1:17 11:22 13:6 121:15 175:9 229:10 439:3 470:17 471:15
**arbitrary** 251:19 302:14
**area** 51:17 59:4 75:7 128:20 151:15 184:10 190:17 203:1 214:24 216:21 217:10 218:3 219:8 220:12 221:6 236:15 237:16 260:23 276:1 279:2 280:4 288:8 331:14 430:3
**areas** 19:3 80:15 100:22 203:14 356:18
**Armhein** 317:25
**ARPS** 5:10
**arrange** 162:15
**arrangement** 154:7
**arranging** 162:13
**arrive** 222:23
**arrived** 105:7
**Arsenic** 10:23 393:16
**article** 6:23 8:16 8:22 9:4,7 10:4 10:9 11:8,12 11:15 12:4 29:7 42:18 43:19 45:7,13 122:9 148:23 149:6,18 257:4

258:21 280:17 281:23 282:6 296:9 297:22 297:24 298:6 304:5 305:9 306:17 309:4 309:15,22 317:16,21 328:5 336:22 343:20 369:9 373:25 419:14 424:16,19 426:3 427:9,21 428:1 439:25 442:13,20,25 444:16 445:6
**articles** 28:2,9 28:11,13,13,17 28:18,18 29:7 30:5,7,10 31:4 31:11 37:11 92:13,16 122:13 149:9 240:15,21 299:5,11 309:10,11 310:14 347:13 364:21 425:24 433:18 435:16 436:12,20 437:1 449:3 452:16
**articulate** 145:21
**articulating** 88:11 288:12
**asbestiform** 72:17,21 73:5 73:23,24 74:5 401:4,9
**asbestos** 8:16 11:5 41:14,20 64:25 72:6,23 73:20,21 74:1 74:8 75:24 76:12 77:1,16 77:22 78:4,11

78:17 79:18,25 79:25 80:9 84:6,11,17,22 87:18,25 89:14 89:17,21 90:13 90:18,19 120:16 121:21 122:5,21,24 123:7,14,22,24 125:22,24 126:5,20 127:5 127:20,25 128:14,20 136:16,19,23 142:20 147:17 148:13 187:15 201:24 203:16 214:20 215:7 215:10 225:24 226:8,14 241:2 241:4,9 259:23 259:24 261:23 262:10 263:11 281:6,13,24 282:12,13 283:9,19 284:8 284:9,13 285:12,22,25 286:9 382:13 383:2,10,14 384:5,14,17 385:13,21 386:10 387:6 387:10 388:12 388:25 389:4 389:20 391:2 391:17,22 392:7 394:1,24 395:2 397:17 399:14,17,17 400:20 401:2 401:21,22,25 402:7 457:5,21 460:11
**asbestos-** 121:21 123:22
**asbestos-related**

122:6 186:19 387:11 388:6
**asbestos/meso-** 207:10
**asbestosis** 122:10
**ascend** 417:17 418:5
**ascertain** 406:18
**ASHCRAFT** 3:6
**Ashton** 11:25 438:9
**aside** 44:3 134:25 206:4 208:23 231:10 285:23 286:15
**asked** 19:21 20:20 21:11 23:24 27:22,23 32:13 35:7 49:23,25 55:21 55:25 57:10,17 57:21 74:24 106:11,13 112:17 117:21 127:21 147:23 148:1 150:15 155:6 181:16 181:25 184:20 184:21 185:7 187:2 193:12 195:9 196:16 199:13 200:5 200:14 210:9 218:7 220:18 224:2 228:21 232:7 251:5 261:17 262:6 262:10 275:18 276:9 308:3 377:24 422:25 429:10 445:16 445:17 447:18 465:4
**asking** 37:12 42:11 53:2

57:1,2 59:16 64:16 68:17 77:19 83:16 109:10 132:20 135:21 136:11 136:15 146:6 148:23 163:10 164:15 191:5 192:24 193:3 195:16 201:1 205:23 221:4 235:10 238:14 246:13 252:11 263:6 299:1 304:16 329:14 336:15 337:10 400:4 403:10 404:14 409:16 422:7 430:24 451:7
**aspect** 355:25 356:2
**aspects** 256:24
**aspirin** 421:17 421:20,21
**assemble** 244:20
**assert** 33:12
**asserted** 33:9
**asserting** 33:13 33:15
**assess** 266:20
**assessed** 463:16
**assessing** 239:10
**assessment** 8:11 11:18 144:8 256:9 264:23 265:3,19 267:6 268:11 272:17 273:20,24 274:12 275:25 277:22 427:11
**assistance** 159:18 178:11 179:7 250:11
**assistant** 93:10 250:15
**assistants** 91:17

assisting 187:2
assists 23:17
associate 7:14
  94:5,12
associated 10:10
  10:15 359:3
  366:3 379:18
  380:22 389:4
  428:6 462:18
association 11:8
  127:10,19
  148:17 271:20
  273:15 278:3
  278:15 295:7
  295:18 302:12
  305:20 322:17
  352:25 361:23
  362:3,4,7,22
  362:23 384:7
  394:1,23 402:7
  414:16 417:11
  422:23 423:8
  445:22
associations
  236:19 368:1
assume 14:21
  21:13,18 70:23
  71:4 76:1
  78:16 79:16
  80:8 132:25
  135:21 147:4
  191:10 222:13
  234:8 235:10
  242:2 246:4
  288:2,18 295:5
  370:4 399:19
  419:7 459:10
  465:13
assuming 86:25
  119:2 205:22
  233:16 240:14
  295:4 450:2
assumption 78:8
  78:12 234:23
assurance 386:7
asterisk 332:20
  334:12 355:6

asthma 48:17
  96:9 97:17
  100:23 102:12
  103:3 104:17
  107:2,8,15
  143:2 370:24
  371:1 372:24
  372:25 373:12
  373:15,20
  374:8,18 375:1
  375:19 376:7
Atkinson 397:23
attach 351:19
attached 6:9 7:2
  8:2 9:2 10:2
  11:2 12:2 26:1
  42:5,14 43:7
  298:16 308:23
  439:25 442:14
  472:10 474:8
attaches 309:14
attachment
  18:12
attachments
  18:15,21
attack 107:9
attempting
  274:2
attend 104:8,23
  105:1 232:12
  232:15 261:5,8
  261:12,22
attention 14:19
  45:13 83:9
  100:6 121:3
  139:20 236:4
  256:5 271:10
  282:9 284:15
  290:22 298:16
  378:14 379:7
  393:19 394:8
  400:18 414:11
  416:23
attorney 27:4,7
  27:7 472:12
attorneys 49:18
  84:3

Australia 388:3
author 10:13
  224:9 225:8
  253:6 290:14
  317:20 369:9
  370:14 427:15
authored 290:18
authors 45:19
  240:13 245:15
  247:12 272:9
  290:6 365:3
  370:12 413:7
  414:14 424:12
  425:20 430:16
  448:6,25
  451:22 452:17
  453:3,16
  454:19
available 49:4
  49:15 212:18
  241:15 257:25
  258:2 271:21
  271:23 272:10
  277:18 278:5
  278:17 279:24
  293:13 322:13
  383:22 384:4
  456:12
Avenue 3:21
  5:11
average 47:14
avoid 51:17
  54:19,20
award 92:3
aware 15:9
  22:23 36:5
  38:14 41:21
  50:12,15 63:21
  63:22 64:22
  65:8 71:10,24
  75:3,19 81:19
  110:7 113:22
  168:16 188:20
  189:3 196:13
  197:1,5 198:17
  231:11,17
  232:13 264:20

295:15 296:2
298:12,18
306:22 310:11
367:13 385:17
416:9
awareness 63:25
  231:23
awful 70:7 237:5
  343:10 462:5
awkward
  116:23

**B**

**B** 1:15 2:1 6:2,8
  7:1,9,14,20 8:1
  9:1 10:1 11:1
  12:1 13:22
  66:4 470:20
  474:11
baby 7:4 49:19
  50:19 51:7,15
  52:9 53:4,13
  53:13,25 54:1
  54:12 56:16
  58:18,23 74:15
  87:17 381:19
  385:12 413:9
back 14:9 16:22
  19:14,16 27:19
  39:8 44:19
  50:19 52:22
  54:10,17 56:15
  57:4,13 58:3
  70:8 77:24
  85:25 86:14,18
  89:7 93:12
  106:23 114:12
  117:2,16 139:9
  140:9,13
  144:21 149:3
  151:20 163:8
  166:23 185:7
  197:2 204:23
  227:23 229:15
  230:25 242:3
  261:13 280:14
  286:16 291:20

295:19 305:10
313:16 320:17
320:22 325:11
338:17 351:22
363:18 377:13
378:5 392:19
396:18 400:4
400:19 426:20
435:25 441:10
441:14 442:14
446:17 447:14
463:5 464:16
464:20,23
465:22
background
  90:18 100:15
  175:14 255:10
  284:9
backgrounds
  175:11 288:20
bad 277:6 414:5
  450:15
baked 77:15
  146:15
balanced 217:4
  237:4 238:4
  343:7,14
Baltimore 2:5
  10:17 13:9
Bank 3:22
Barnard 21:23
  22:9
base 302:11
  356:20
based 59:6
  212:16 285:15
  287:3 303:25
  304:22 316:11
  317:5 319:19
  326:12 339:21
  346:8 356:17
  367:16,20
  375:25 382:7
  386:12 394:25
  405:2 406:12
  406:13 415:19
  422:7 438:18

Gregory B. Diette, M.D.

450:4
**bases** 210:4
  211:22,24
  238:11 242:25
  247:23 399:16
**basic** 344:20
  388:24
**basically** 105:4
  180:1 212:24
  352:18,22
  358:19 388:24
  401:20 449:13
**basis** 243:16
  253:16 288:4
  345:20 381:3
  392:7
**Bates** 8:17 9:21
**Baylen** 3:15
**Beach** 4:6
**bear** 65:25
  122:8 181:25
**bearing** 123:16
**becoming**
  454:16
**Bedrooms** 10:16
**Beg** 76:19
  325:16 437:22
**beginning**
  177:17
**begun** 102:20
**behalf** 3:3 4:16
  5:15 55:17
  136:16 158:5
**behavior** 264:2
  264:3
**belief** 59:1
  395:20
**believable**
  390:15
**believe** 15:5
  22:17 27:14
  31:17 43:14
  56:3 82:7,16
  121:4,5 139:13
  177:16 209:23
  210:25 215:6
  219:16 225:22

226:4,7 227:14
231:12 243:6
255:18 263:17
306:18 318:9
325:5 370:23
370:24 378:5
428:13 432:22
442:2 453:13
453:13
**belong** 145:21
  174:19
**beneficial**
  309:14
**Berge** 237:25
  238:2 454:24
**best** 37:13 38:5
  50:17 104:3
  108:19 159:5
  184:12 322:14
  333:15,16,18
  444:13
**better** 93:15
  161:10 164:13
  180:11 353:16
  386:25 405:5
**beyond** 8:23
  9:10 167:17,18
  296:25 308:18
  309:3,22
**bias** 239:17,22
**biases** 462:11
**BIDDLE** 5:4
**big** 195:21
  378:10 379:3
**bigger** 306:12
**bill** 11:25 25:4,7
  25:10,13
  158:18,22,25
  159:11,11,14
  159:21 161:23
  178:1,16,16,17
  178:22 179:4
  438:9 439:2
**billed** 40:3,6
  159:22 160:1
  161:13
**bills** 25:2 158:10

179:22,25
192:9,12,15
**binder** 164:25
  164:25
**bio** 151:10
**biologic** 256:24
  272:25 273:4
  433:20
**biological** 384:6
  418:25 419:4
  445:14 446:16
  446:19 447:17
  448:7 449:1
**biologically**
  89:22 384:6,20
  385:22 414:15
  415:22 416:6
  418:16 420:10
  421:4 422:10
  424:13 425:22
  432:10 450:7
  450:20 451:23
  453:3,19 455:6
**biologist** 253:20
  253:20,24
  254:16,21
  255:1,6,16
  454:19
**biology** 175:14
**biomarker**
  405:3
**biostatistician**
  293:22,23
**Biostatistics**
  314:12
**bit** 24:24 27:4
  59:21 73:12
  77:25 115:6
  121:1 158:8
  186:1 205:3
  230:11 238:7
  241:23 245:12
  314:18 341:13
  352:24 360:19
  370:24 376:21
  377:25 399:21
  407:16 468:12

**bits** 287:1
**blacked** 161:17
  180:3
**blank** 355:16
**blocks** 285:17
**blog** 312:14
**blood** 404:25
  405:25
**Bloomberg**
  100:21 101:20
  101:25
**blowing** 44:7
**blue** 389:19
**board** 94:16
**bodies** 209:2
  239:7
**body** 11:9
  211:12,15
  228:7,12 246:7
  412:18 417:17
  434:12
**boils** 306:13
**bold** 174:18
**book** 290:17
  292:9
**bottle** 7:4 51:7
  51:12 52:8,22
  52:25 53:3
**bottles** 49:19
  50:1
**bottom** 54:22
  76:8 96:25
  172:4 211:10
  256:7 284:16
  284:17 344:25
  350:15 393:20
  396:4 444:17
**bought** 54:5,5
**bounds** 337:3
  340:25
**Bowman** 311:7
  313:13,14
**Bowman's**
  296:4,6
**Bradford** 145:6
  145:10,15,23
  146:2,11,18,20

147:5,14
239:11,21,24
268:11,15,23
269:9,16
270:14 271:1,4
362:22 419:8
447:22
**brand** 303:6
**brands** 381:25
  382:7,8 383:20
**break** 19:17
  62:9 77:11
  88:22 133:6
  151:10 158:7
  164:2 178:15
  181:23 204:10
  204:10,12
  217:16 280:7
  280:17 320:16
  320:17,25
  377:4,5 426:10
**breathing** 54:20
**breeze** 44:7
**Brief** 251:24
**briefly** 19:2
  229:15
**bring** 16:24
  27:23 34:7,9
  34:10
**bringing** 100:6
**broad** 48:15
  64:7 303:12,19
  306:8 402:25
  407:1
**broader** 95:24
**broadest** 415:2
**broadly** 147:11
**broke** 469:9
**broken** 332:23
  346:18 403:23
**bronchoscopy**
  123:12
**brought** 34:6
  169:25
**Brown** 4:17 6:5
  15:18 16:3,6
  18:4 19:7,15

Gregory B. Diette, M.D.

Page 480

| | | | | |
|---|---|---|---|---|
| 19:16 20:22 | 103:18,21 | 167:4 168:19 | 232:7,17 233:1 | 314:10,25 |
| 21:17 22:7 | 104:2 105:10 | 169:4,7,13,20 | 233:4,12,15 | 315:5 318:13 |
| 23:19,22 24:10 | 106:6,22 107:4 | 170:15 171:16 | 234:2,17,22 | 319:19 321:10 |
| 24:14,17 26:9 | 107:16 108:8 | 172:11 173:18 | 235:5,7 236:25 | 321:21 322:9 |
| 27:11 28:21 | 108:23 109:4,9 | 174:6,10 175:5 | 244:2 245:25 | 322:21 323:21 |
| 29:1 31:6,22 | 109:18 110:1 | 175:12 176:2 | 246:10 247:24 | 324:22 325:2 |
| 32:8,13 33:6 | 110:12,15,24 | 176:15,22 | 248:7,17,23 | 326:3,6,10,17 |
| 33:14,23 35:7 | 111:5,11,19,23 | 177:9 178:12 | 249:6,11,17,24 | 326:23,25 |
| 35:17,25 36:24 | 112:5,13,24 | 178:24 179:8 | 250:6,21 251:5 | 329:12,17,20 |
| 37:14,17,20 | 113:2,9,12,14 | 179:17 180:5 | 254:17 255:2 | 329:25 330:4 |
| 38:1,8,11,14 | 113:18,22 | 180:25 181:9 | 255:15,22 | 330:22 331:4 |
| 38:18,21,23 | 114:1,13,16,20 | 182:18 183:1,7 | 256:1,17 258:4 | 331:18,22 |
| 39:1,6,11,19 | 115:1,4,13,25 | 184:4,18 | 258:14,25 | 332:1,4,7 |
| 40:16 41:15 | 117:11,20 | 186:10 187:10 | 259:8,10 260:5 | 333:19 334:10 |
| 42:8,19,25 | 118:1,25 119:9 | 187:20 188:5 | 260:10,25 | 334:20 335:5,9 |
| 43:12,20 44:13 | 120:17 123:25 | 188:11,23 | 261:2,16,24 | 335:12,16 |
| 45:5 47:6,22 | 124:23 125:8 | 189:2,21 190:8 | 262:19,24 | 336:2,21 |
| 48:11 49:5,21 | 125:14 126:21 | 190:22 191:21 | 263:20,24 | 337:11,15,19 |
| 50:4,21,24 | 127:13,21 | 192:4,10,12,17 | 264:4 265:2,20 | 337:22 338:2,5 |
| 51:9,19 52:23 | 128:21 129:9 | 192:20 193:1,5 | 266:1 267:18 | 338:8 339:4,17 |
| 54:2,14,25 | 129:15,18 | 193:20 194:1 | 268:2,12,18 | 339:25 340:6 |
| 55:8,16 56:2,8 | 130:2,11,15 | 194:11 195:5 | 270:2,5 271:7 | 340:11 342:18 |
| 56:19 57:14,23 | 131:5,11,17 | 195:14,18 | 272:2,16 | 343:18 345:7 |
| 58:14 59:5,12 | 132:12 133:10 | 196:2,7,10 | 273:23 274:1 | 345:11,22 |
| 60:4,17 61:4 | 134:21 135:3 | 197:13,17 | 274:17 275:4 | 346:8,13,17,20 |
| 61:13,18 62:4 | 135:16 136:10 | 198:7,21 199:3 | 275:13,15 | 346:25 347:12 |
| 62:10,21 63:24 | 137:9,22 139:5 | 199:16,18 | 276:3,13,16 | 348:5 349:11 |
| 64:6,9,14 65:1 | 140:5,11,23 | 201:12,15 | 277:20 278:7 | 350:14,19,21 |
| 65:12,19 66:18 | 141:13,18 | 202:5,9 203:3 | 278:11 279:8 | 351:3 352:3,10 |
| 67:15 68:11 | 143:3,6,20 | 203:7 204:9 | 279:13 280:3,6 | 353:11 354:4 |
| 69:14,20 70:22 | 144:1,4,20 | 205:10,17 | 281:8,15 | 354:16 356:3 |
| 72:8,19 73:7 | 145:7,16 | 206:10,19 | 282:21,24 | 356:25 357:13 |
| 73:15,18 74:13 | 146:13,24 | 207:18 208:20 | 283:4 286:10 | 358:8 360:13 |
| 74:17,24 75:8 | 147:8,18,23 | 209:3,9,20 | 287:6,25 288:3 | 361:24 362:10 |
| 75:10,17 76:18 | 148:18,25 | 210:11,17 | 288:9 289:2,4 | 362:25 363:13 |
| 76:20 78:20 | 149:15,23 | 215:16 216:10 | 289:8,13 | 367:8 368:19 |
| 79:2,21 80:16 | 150:15,21 | 217:21,25 | 290:23 291:13 | 371:19 372:1,4 |
| 80:24 82:1,11 | 151:6 152:11 | 218:6,12,15,19 | 292:1,4 295:23 | 372:14 373:3 |
| 82:17,22 83:2 | 153:17 154:10 | 218:23 219:11 | 298:20,24 | 373:17,22 |
| 83:13,21 85:3 | 155:1 156:6,16 | 220:17 221:19 | 299:2,12,21 | 374:9 375:8,10 |
| 85:9,14,20 | 156:19,24 | 222:8,25 223:7 | 300:1,6,12,15 | 375:14,20 |
| 86:2,11,24 | 157:10 158:11 | 223:24 224:1 | 301:18 303:1 | 376:16 378:18 |
| 87:1,8 88:5,7 | 158:14 159:3 | 225:2,17 226:2 | 304:3,8,12,17 | 380:4,11,24 |
| 90:1,15 95:11 | 159:13,23 | 227:12 228:8 | 304:25 306:6 | 381:3,20 382:2 |
| 96:17 97:22 | 160:7,9,16,19 | 228:13,21 | 307:1,7 308:3 | 382:16 383:6 |
| 98:7,11,13,15 | 160:23 161:21 | 229:22 230:19 | 310:5,8,18 | 384:9,22,25 |
| 99:6,10,15 | 166:1,4,9,11 | 231:3,19 232:3 | 312:14,18 | 385:5,8,15 |

Gregory B. Diette, M.D.

389:9 390:1,20
391:4,19,24
394:12 396:8
396:15 397:8
399:4,23
400:14 401:10
401:13,16
402:10,18
403:8 405:8,12
406:19,21
407:10 408:4
408:23 409:13
410:5,8,19
411:1,13,18
412:1,19
413:14,25
414:4 416:13
417:25 418:19
419:6,15
420:13,18
421:6,14
422:14,25
423:4,11
424:15,21
425:23 426:2
427:25 428:3
428:18,25
429:14,21
430:1,7,12,20
431:10,13
432:5,14
433:13 434:3
434:21 435:5
435:19 436:15
436:17 437:3
438:11,16
439:18 440:3
440:12,15,19
441:18 442:1
443:18,22
444:7,9,12
445:4,17 446:5
446:22 447:18
448:11 449:5,7
450:9,16,22
451:10 452:1
452:20 453:7

453:22 455:7
455:16,23
456:18 457:1,7
457:23 458:21
459:4 460:19
460:22 461:10
463:20 464:5,7
464:9 466:4,11
466:25 467:12
467:14,17,20
470:4,10
**Brown's** 18:8
55:20
**Bruce** 7:13 16:8
**built** 323:15
**bulk** 240:20
**bullet** 303:23
**bulleted** 181:21
**bullets** 469:9
**bunch** 70:13
91:25 253:2
369:5 376:9
435:25 460:13
**bundle** 86:16
**Burden** 8:17
281:25
**Burge** 454:24
**business** 24:21
178:19 191:11
193:11 266:14
**buy** 50:9

_____

**C**

**C** 3:1 6:1 7:8
10:25 13:1
121:4
**C-reactive**
423:13
**cake** 341:10
**CALCAGNIE**
4:4
**California** 4:6
**call** 39:10 74:8
81:23 106:3,4
113:24 114:2
136:19 152:7
157:6,24

162:14,15
188:11 218:15
218:17,20
314:19 337:16
337:23 338:9
338:11,12
349:5 353:3,4
443:9
**call-in** 97:3
**called** 31:17
55:2 93:22
95:7 118:20
146:20 152:22
186:2 244:14
290:18 296:25
361:3,5 460:2
**calling** 306:16
**calls** 60:18 75:10
110:15 158:14
178:12,24
186:10 188:6
191:6 229:23
230:20 231:4
235:8 261:2
309:4 430:8
435:5
**camera** 19:19
113:16 378:17
**cameras** 19:17
**Canada** 8:14,14
264:22 265:17
266:5,11,18
267:6,15
268:10 272:13
273:20 274:12
275:25 278:10
279:1 409:3,10
409:18,20,23
432:2,9
**cancer** 6:24 7:23
9:16,20 10:5
11:5,6,9,10,13
12:6 28:14,19
34:24 35:5
36:6,7,9,14,15
36:20,23 39:16
40:13,21 41:11

41:14,21 45:8
45:9,20 46:1
46:23 51:18
55:7,15 59:10
59:18 60:3,15
61:3 62:3 63:8
63:12,18 75:6
76:3,14 79:11
79:15 89:24
90:14,20
104:24 109:22
111:3,10
115:24 116:7
117:1,4,19
118:10,21
119:3,7 122:7
122:8,19,21,24
123:6,8,13,14
123:18,19,23
124:18,22
125:3,7,13
126:5,10,15
127:12,20
129:7,13 130:1
131:1,14 132:8
134:10,16,19
135:6,15 136:8
136:17,20,21
137:21 138:8
140:22 142:12
147:22 148:17
149:22 150:13
150:20 151:4
163:3,7,14,19
164:12 165:25
167:3,12
172:24 187:7
199:12 200:1,4
200:6 201:5,10
201:24 202:22
202:23 203:2
209:19 210:23
211:20 212:22
214:4,11,12,25
215:9,15
216:22 217:11
218:4 219:9

220:13 221:7
225:5,13
226:12 228:17
233:23 234:15
234:21 236:17
237:19 240:16
240:24,25
241:5,9 248:5
250:4 253:20
253:23 254:14
254:16,21,25
255:6 263:16
271:20 272:15
273:22 274:15
275:2 276:2
278:4,23 279:3
285:18,21
359:4 364:1,11
365:5,16 368:3
368:18 372:4
376:15 378:1
379:11,17
380:3,21 384:8
384:21 385:24
386:11,19
387:6 388:7,25
389:5,8,19
391:3,11,17,23
392:8 394:2,24
395:13,23
397:17,18
398:1,1,2,2,10
398:11,14,15
398:23,24
399:11,11,15
399:18 400:20
401:9 402:8
404:4 406:13
407:8 410:18
411:4 413:12
415:9,24
417:12,15,20
420:5 421:8,8
421:10 422:24
423:10,15,18
423:20 439:13
443:12 444:23

451:25 453:5
454:18 456:25
457:6 460:12
462:19 464:4
466:23 467:5
**cancer/** 198:25
**cancers** 61:2,6
358:4
**candid** 332:12
**capacity** 411:12
**capture** 205:20
250:1 447:22
**carbon** 412:9
**carcinogen**
77:22 215:8
225:24 226:9
382:25 384:5
384:15 399:22
400:13 458:20
466:1,19,24
**carcinogenesis**
418:11 421:5
433:6 439:11
**carcinogenic**
215:6 225:23
401:2 402:1
**carcinogenicity**
420:11 422:11
**carcinogens** 8:9
10:25 120:12
231:15 235:25
260:22 465:5
467:8
**carcinoma**
428:7
**Cardiology** 10:8
**cardiovascular**
10:10 367:4
**care** 34:19,22
62:1,1,2 63:6,9
63:15 93:21,23
94:17 96:11
104:10 105:8
105:12,13
110:11 115:23
116:6,10,17,25
117:18,24,25

118:9,9,14
119:2 123:17
**career** 288:11
**careful** 224:4,21
247:13 372:16
410:19
**carefully** 194:13
395:10 472:2
**carrier** 141:22
**carries** 94:11
244:10
**case** 37:10 38:2
38:19 42:7,16
42:17,17 55:9
65:14 70:17
78:3 80:2
81:17,18
110:23 111:1,2
111:10 112:2,8
112:11,18
132:11 136:20
136:21 138:1,4
138:6,7,9
146:7 162:12
163:3,9 167:10
181:6 194:22
197:1 199:11
199:19,24,25
206:1,25
207:10,14
209:12 219:5
232:14 240:10
243:25 244:6
245:13 247:13
251:15,16
255:20 267:16
286:18,23
334:25 336:8
336:11 345:5,5
345:17,17,21
358:14 399:22
401:8 459:24
461:18 468:6
469:15
**case-** 131:21
142:5
**case-control**

142:9 144:14
245:11 246:15
247:4,16 251:4
267:25 268:7
270:9 286:20
288:11 325:6
325:12 343:6
345:23,25
355:22 356:14
360:5,21
368:21 428:7
455:14 460:3
461:5 462:5
463:15
**cases** 1:11 36:20
39:16 40:13
55:7,15,15
135:15 136:7
136:17 137:2,6
137:17,18
139:12,16,22
140:20,20
157:17 163:14
167:3,8,20,24
181:4,6 185:23
186:16,17,19
186:21,24
187:14,15
199:1 200:7,18
200:21 201:4
203:5,18 207:3
239:14 244:6,7
244:8 247:23
248:2,6,10
251:3,11
268:25 331:11
341:17 395:11
395:23 408:14
**categorically**
255:5
**causes** 35:2,6
**category** 100:14
162:10 292:8
**causal** 211:16
212:20 271:22
272:11,14
273:21 274:13
275:1 278:6

279:25 361:23
362:4 379:10
394:23 402:7
445:22
**causality** 60:2
265:19 275:25
362:24 363:12
419:1 446:2
451:9
**causation** 6:20
7:17 133:25
148:22 149:4
206:15,25,25
207:1,11,14
239:10 277:10
362:8 446:14
463:13
**causative** 126:9
439:13
**cause** 34:24
54:20 59:18
89:24 90:7,13
102:12 107:14
126:5 240:18
278:16 279:2
370:22 376:14
383:11,15
384:20 385:23
386:9,11,18
387:11 388:12
391:3,11 401:9
407:8 415:8,24
432:11 450:21
451:24 453:5
456:25 457:6
457:14,22
467:5
**caused** 313:15
359:3
**causes** 35:2,6
41:20 76:14
109:21 125:7
125:21 148:23
206:8 219:23
220:2 278:19
278:22 279:17
373:12 374:18

391:23 392:8
399:17
**causing** 76:3
376:6
**cavity** 433:8
435:2
**cease** 295:20
**cell** 358:4
444:18
**cell-based** 252:8
**cells** 422:1,1
**cements** 284:12
**center** 7:23 15:6
63:7 95:22
96:4 100:8
104:23 214:4
215:15 224:25
225:6,13
228:17
**certain** 16:24
28:8 126:3
244:25 268:23
316:12 358:3
449:23 467:4
**certainly** 16:20
21:19 48:21
56:10 90:24
100:2 104:17
108:1 129:21
143:7 149:5
164:18 166:10
201:18 222:17
226:3 260:1
261:4 294:18
352:8 363:6
367:21 388:5
413:21 433:17
451:16 453:2
463:4
**certainty** 452:24
**certificate** 471:1
471:13,19
**certification**
94:16 471:20
**certified** 119:25
471:1,2
**certify** 471:3

474:3
**certifying**
471:24
**cetera** 430:17
**chance** 17:2
20:17 71:12
99:8 193:9
299:10 305:12
**Chang** 351:11
**change** 8:14
77:17 93:8
206:8 257:16
280:9 313:19
317:4 320:6
340:24 344:1
344:20 383:21
384:2 473:4
**changed** 93:24
174:15 257:12
**changes** 79:6
472:8 474:6
**chaos** 315:17
**Chapter** 290:1
292:9
**characterizati...**
271:24 273:13
**characterize**
260:12 369:25
370:4 382:5
**characterized**
370:1
**charge** 24:19
25:17 177:17
177:22 178:7
197:11 198:5
213:19
**charged** 23:14
23:16 37:25
40:9
**charges** 178:10
197:21
**chart** 9:19
247:16 251:4
324:2,16
328:17 329:11
333:2 334:7,8
336:19,23

339:15 341:22
344:22 346:3
347:1,4 355:20
443:9
**check** 376:23
**checks** 196:1,9
196:12,19
**chemical** 8:12
285:23 286:8
**chemical-relat...**
187:15
**chemically**
286:12
**chemicals**
203:17
**chemotherapy**
63:5
**Chen** 351:10
**cherry-** 304:17
**chief** 81:12
**child** 58:11
404:11
**child's** 54:19
**childhood** 389:4
389:20
**Children** 10:18
**chorus** 446:8
**chose** 97:25 98:4
170:14 246:25
339:21 341:25
**CHRISTOPH...**
3:12
**chronic** 96:9
97:16 101:10
103:5 126:3
413:8 417:19
418:6 419:25
419:25 420:2,9
421:3 422:5,11
423:17,19
425:21
**chrysotile** 458:9
458:17
**chunks** 181:23
378:10
**cigarette** 404:21
456:24,24

**cigarettes**
404:12,17
**circle** 140:19
292:10 346:6
347:7,21,22
348:13 353:9
353:14 354:6,9
365:18
**circling** 348:9,9
348:17 351:16
351:24
**circumstance**
303:21
**circumstances**
319:11 359:5
387:7 394:18
**citation** 418:4
433:14,22
434:7
**citations** 468:22
**cite** 241:14
273:2 390:5,13
418:8
**cited** 222:12
252:18 253:3,3
337:5 364:15
364:22 390:10
390:10,11,11
390:12,12
412:3 448:15
**cites** 43:15
237:24,25
285:8,9 395:6
**citing** 222:15
237:8 285:21
361:5
**city** 48:18
102:17 374:21
**claim** 291:4
**claimed** 292:13
293:5
**clarification**
25:1 27:3
40:11 130:10
179:5
**clarified** 167:8
**clarify** 20:12

23:12 40:2
55:11 99:2,5
99:12 103:22
104:5 122:2
130:14,16
**clarity** 58:10
184:7
**classification**
260:22
**classifying**
439:12
**clean** 254:20
**clear** 26:10
32:16 38:9
105:12 106:25
114:13 132:2,3
161:22 163:6
168:8 184:23
195:20 209:16
245:16 252:12
271:22 305:18
310:4 358:12
433:19 455:25
468:4
**clearly** 394:24
**clicked** 311:5
**client** 155:7
157:3,6 190:14
191:15 192:2
193:10,16
194:6 196:5
**clients** 155:12
155:18 156:5
189:15
**Climate** 8:14
**clinic** 63:10
104:16 105:8
105:12,12
**clinical** 9:8
100:23 128:4
128:10 246:21
294:7,14
308:16 309:20
310:12 317:8
428:9
**clinician** 59:1
103:14

**close** 102:15,16
352:17
**CMO** 38:2,15
113:7,23 114:3
**coach** 78:25
83:20 304:6
**coaching** 156:12
332:3
**coeditors** 309:8
**coffee** 88:20
**cognizant**
252:13
**COHEN** 3:20
**cohort** 141:12
141:14,23
142:1,11,15,19
144:16 146:7
233:8,11 238:3
245:6 246:6,15
267:16,24
268:7 286:19
325:6 358:19
360:4 394:25
459:23,25
460:10 461:6
461:18,23
462:4
**cohorts** 233:3
238:8 247:5
286:22
**coinvestigators**
232:25
**cold** 44:7
**collating** 468:19
**colleague** 82:23
153:1,8
**colleagues** 303:7
352:14 361:1
463:17
**collect** 157:21
404:23
**collected** 404:24
**collecting**
157:18
**collection**
242:24
**collects** 159:8

Gregory B. Diette, M.D.

Page 484

**College** 94:21 239:4
**column** 45:18 394:8 414:20 444:16
**com-** 112:22
**Combine** 439:8
**combining** 425:5
**come** 21:2 77:24 104:1 106:13 108:12 152:21 164:25 170:18 177:23 203:20 227:22 278:19 286:16 288:19 325:22 363:17 430:19 431:5
**comers** 105:3 365:24 381:25
**comes** 80:2 90:8 96:20 172:1 191:14 196:14 205:22
**comm-** 229:21
**comment** 179:22 216:15 267:2 356:9 358:25 409:4
**commentary** 306:17 317:23
**comments** 14:5 14:11
**commercial** 73:22
**commission** 164:19 240:7 474:17
**commissioned** 266:24
**Committee** 231:13,13
**common** 10:14 49:13 292:12 369:3,7,7 443:11
**communicate**

317:8 337:1 342:11,11 343:12
**communicating** 223:21
**community** 120:10 188:22 208:15 209:1 209:17 229:21 295:20 407:25 408:12
**companies** 441:21
**company** 81:24 84:15 88:12 109:16 110:7 152:8 185:18 190:15 441:23
**company's** 441:14
**compared** 236:17 365:14 366:23
**comparison** 11:6 397:18
**compatible** 235:13 237:2
**compelling** 439:7 441:16 441:24 442:9
**compete** 320:4
**competent** 132:25
**competition** 456:7
**complain** 112:22,25
**complaint** 110:23 111:6,9 111:25 112:16 196:16,17
**complete** 21:8 86:24 99:23 191:18 206:5 244:20 310:18
**completed** 131:19 135:9,9

208:4
**completely** 47:9 291:8 292:19 336:21 363:3
**completing** 470:18
**complicated** 62:16 405:13
**complying** 114:1
**comprehensive** 7:23 214:4 215:15 224:25 225:13 228:17 238:25 264:24
**concentration** 386:15 459:16
**concentrations** 10:16 371:15
**concept** 306:24 383:8,9,23 447:3
**concern** 298:13 310:16 409:10
**concerned** 80:3 184:1,2 362:16
**concerning** 256:15 392:9
**concerns** 428:14
**conclude** 212:20 303:24 304:21 305:2,19,24 322:17 323:18
**concluded** 274:13,25 379:24 391:22 425:21 449:3 470:21
**concluding** 272:22
**conclusion** 212:10,11 277:3 278:12 279:22 283:24 285:14 323:13 379:12 380:19 381:2 382:14

392:7 396:10 396:13 413:18 413:21
**conclusions** 278:9 302:11 303:11 379:7 401:1
**conclusive** 273:8
**condescending** 113:17
**conditions** 106:21
**condoms** 359:7
**conduct** 319:15
**conducted** 147:21 151:3 168:3 231:14 409:11
**conducting** 318:15
**conferring** 58:8 138:19 211:3 213:5 267:10 282:1 296:20 376:19 412:12 426:8 437:14 443:4 447:7 459:21
**confidence** 305:22 317:2 327:18 328:19 329:7 330:11 337:3 340:25 341:1 353:8,9 354:2,10,11 355:3 357:9
**confidentiality** 156:8,17 187:11
**confirm** 197:9 422:4
**conflict** 196:6,15 196:19,23 305:24 323:18
**conflicts** 196:1,9 196:12
**confounding**

239:17,22 462:12
**confuse** 168:6
**confused** 24:8 308:21
**confusing** 333:23 334:1
**confusion** 24:6 245:13
**Congress** 235:4
**conjunction** 44:2 179:6
**connection** 211:16 361:23 469:15
**connotation** 71:22
**consequences** 10:19 40:25 63:11 378:6
**Consequently** 271:24
**consider** 22:9 29:17 122:6 229:16,19 231:1 252:2,16 267:23 318:15 322:5 419:3 442:8 445:8
**considerations** 146:19 239:11 363:2
**considered** 6:22 19:6 20:5,7 22:4,12,14 66:3,8 245:20 249:23 253:12 392:12,14 395:10 396:2 435:12
**consistency** 270:23 292:8 292:11 321:6 322:4 357:22 359:9
**consistent** 32:2 271:17 272:3

Gregory B. Diette, M.D.

278:1,2 357:21
359:2
**consistently**
172:9,23
236:13 237:14
271:19 272:3
**consists** 77:13
**constituents**
211:18
**consult** 106:4
225:13 233:9
**consultant**
188:2
**consulted**
105:25
**consulting**
117:25 135:18
136:11 152:8
**consumer** 8:7,9
231:14,16
232:11 235:24
235:25
**consumers**
78:18 80:14
84:22 87:20
223:14
**contact** 54:20
174:20 184:15
284:6
**contacted**
185:13
**contain** 75:5
78:4,11,17
84:6,17 211:19
**contained** 6:15
17:15 54:23
57:4 70:19,20
71:7,19 87:24
92:14 127:9
162:21 170:4
208:8 248:21
249:3 285:24
336:1 382:12
382:13 436:11
**containing**
401:4,8,24,25
**contains** 51:16

210:4 215:7
225:23
**contaminated**
383:2
**contamination**
283:11
**content** 176:14
177:8 191:9
309:9
**context** 46:10,12
83:16 111:3,4
134:20,25
156:24 170:20
180:20 193:19
193:22,22
200:3 263:5,7
321:22 378:20
419:8
**continue** 150:9
337:15 430:23
**Continued** 4:1
5:1 7:1 8:1 9:1
10:1 11:1 12:1
**continues** 50:13
453:7
**continuing**
292:1
**contract** 154:17
155:5
**contracted**
154:23 159:20
159:25
**contractor**
153:21 154:8
155:16 176:21
**contracts** 33:1
33:19
**contrary** 215:13
**contributed**
20:8,11 395:13
**contributions**
468:9
**contributor**
444:22
**control** 9:17
142:6 146:8
267:16 286:23

471:23
**controls** 224:8
245:13 248:12
251:15,16
331:11 336:9
341:18 345:5,6
345:17,17
356:16,17
358:15 461:18
**conversation**
173:22 174:2
176:6 266:12
342:22
**conversations**
175:22 176:18
176:24
**conveying** 33:2
**Cook** 351:11
**cooking** 374:24
**Cooper** 185:11
185:13,18
186:8,18,22
194:22 195:3,4
195:12
**cooperation**
26:16
**COPD** 96:10
103:3,4 104:17
143:1
**copies** 31:3
165:2 378:3,19
427:2 437:17
**copy** 17:13,23
32:5 82:14,21
85:21 86:12
88:17 91:3,3
112:16 134:8
139:3 140:11
154:4 312:12
325:15,17
348:18 393:5
397:7 426:24
430:11,14
431:19 471:11
**corner** 285:1
419:13
**cornstarch**

334:18 335:1
337:7,13,14,18
**corporate** 4:5
192:2 194:5
**Corporation**
110:11
**correct** 15:3,7
15:17 18:3
20:21 21:16
25:5,6,8,9,11
25:14,19,20,22
27:20 28:25
30:23 31:13,14
31:19 33:22,22
33:23 34:19
40:7 43:16,17
48:20 49:4
52:16 57:22
58:13 61:3,8
67:2 79:13
84:13,18,19,19
84:24 88:4
90:25 92:7
93:20 94:21
95:2,21 96:13
96:14 98:18,19
100:15 101:2
108:6,22,24
120:18,25
121:12,23
124:19 126:11
126:16 127:7
127:15 128:5
131:2,3,6
134:4,11,16,17
135:11 136:2,8
140:17 142:13
142:17,21
144:19 145:4
150:4,7,10,13
150:14 151:5
154:24 159:9
159:10,22
163:5 174:5
177:18 178:7,8
178:11 179:7
179:15 181:7

181:10 183:8
193:14,15
201:11 203:12
205:11 206:9
207:2,4 208:5
209:7,21
211:22 213:1
214:4 222:16
222:17,24
229:14,17
232:1,2,6,8,22
242:4,5 247:6
248:4,16 249:4
254:22,23
255:14,21
257:23 258:23
260:19 264:12
268:8 290:11
290:13 293:20
294:15 305:10
305:13 306:21
308:1 324:13
325:7,14
329:11 339:3
339:11,12,15
340:2 342:17
345:6,18,19,21
346:1,16
349:12 351:9
352:9 354:13
356:24 357:11
360:9,12,22,23
362:5,24
363:20 364:23
364:24 367:2,7
368:18,25
369:1 370:6
373:1 378:25
380:22 381:21
382:1 384:15
384:16 391:17
392:15 393:18
393:23 394:3
396:13 398:12
399:24 402:15
403:15 407:13
409:6 413:5

Gregory B. Diette, M.D.

417:7 418:13
419:10 423:23
425:15,17
428:19 432:3
434:13 437:24
440:8 444:6
446:2 452:8
455:22 456:17
459:24 465:2
467:10 471:11
474:4
**correcting**
101:18
**correction** 77:4
272:7 330:19
400:11
**corrections**
472:3,5 474:6
**correctly** 45:22
77:3 88:1
97:18 100:25
101:12 102:24
103:9 236:21
272:1,6 282:17
286:6 292:17
292:22 301:14
302:8,15 306:3
370:9 379:20
395:17 417:21
420:6 428:11
439:14 468:22
**Correlative**
11:16 427:10
**correspondence**
166:14
**cosmetic** 75:25
76:13 285:24
286:9
**cotinine** 404:23
406:8
**counsel** 7:5
13:18 17:8
19:7 24:11
26:9 27:11
31:3,23 33:6
33:11,20,23
35:17 37:15,17

37:19,21 38:17
38:22 42:8,8
42:12,25 47:13
52:23 53:2
57:23 58:8
61:13 62:21,24
65:21 66:18
68:13 70:23
78:20 80:17,21
80:21 82:11,19
82:20 83:13,19
85:3 86:2
88:16 89:10
98:10 99:8,10
100:9 103:22
109:10 112:13
113:9,11
114:14,18,20
114:25 115:1,3
126:21 130:17
132:16,25
133:10 135:21
136:10 138:19
139:4 140:6
154:3,12 159:3
160:12,22
161:2,21 166:1
166:16 169:4,6
193:6 204:10
211:3 213:5,6
217:22 218:10
218:12 227:12
227:24 228:4
234:3 255:23
267:10 273:25
275:15 277:20
280:3 282:1
287:7 290:23
292:3 296:20
299:21 304:6
312:11 324:22
326:5,15,21
329:14,16,17
329:19,22
330:2,6,25
335:12,13
336:3 338:4

350:14 376:19
377:22 390:1
397:6 408:5
412:12 419:16
420:13 424:15
426:8 437:14
438:4 439:16
443:4 447:7
459:21
**counsel's** 77:4
**count** 60:21
137:13 299:6
404:17 454:19
456:15
**counter** 237:22
**counting** 455:15
455:25 456:7
**countries**
367:14 374:25
**country** 249:9
**couple** 20:15
27:5 97:25
100:3 108:17
116:8 130:7
137:14 143:22
164:17 175:1
201:23 230:2
230:23 231:1
247:11 250:13
253:13 259:3
264:21 269:12
272:24 291:16
293:3 300:4,9
300:22 308:13
314:1 332:18
386:5 392:18
456:21 458:17
462:20 463:23
464:10 467:23
**couple-year**
408:1
**coupled** 452:24
**course** 19:19
42:2 62:24
106:12 155:14
160:24 166:16
167:5 189:17

205:8 246:9
247:2 259:3
330:16 339:18
397:9 430:1
**court** 1:1 2:17
13:14,19 71:17
112:18 134:9
146:1 156:10
161:2,3 205:15
341:25 407:22
472:15
**courtesy** 39:4
114:10
**cover** 206:22
441:2
**coworkers**
404:6
**Cramer** 222:14
286:1 351:10
351:10,11,12
351:14 427:16
462:22
**crazy** 269:20,23
269:24,25
270:7,15 271:2
**create** 168:23
198:13,13
224:11 250:10
250:14 266:3
**created** 170:20
267:1 287:14
346:9
**creating** 468:22
**credentials**
188:16 288:21
**credible** 224:12
255:7 260:15
260:17 315:13
316:13
**criteria** 93:23
239:9 245:24
246:18 271:18
278:2 307:23
358:24
**criterion** 269:9
292:11 419:2
**critical** 34:19,22

93:21 94:17
96:11 264:22
319:25
**critically** 105:14
**criticisms**
460:23
**criticize** 118:14
460:1 462:9
**critique** 256:24
**crocidolite**
388:4 391:10
457:13 458:11
**CROSS-EXA...**
464:24 467:19
**crossroads**
113:5
**crummy** 343:3,4
**CSR** 471:18
**cubed** 376:1
404:21
**cumulatively**
391:9
**cure** 39:18 40:15
**curious** 257:8
316:22 323:11
**current** 91:19
93:18 97:21
257:22 319:14
**currently** 128:3
128:9,19,24
129:2,5 136:6
137:5 187:3,4
203:2
**curriculum** 7:9
91:3,10,24
92:9 127:10,18
142:24 146:9
364:21 390:9
**curve** 458:19
459:3 465:5,14
465:16 466:2
466:20 467:8
**customers** 79:20
**cut** 61:19 275:16
336:3 337:15
**cutting** 337:11
**CV** 88:17 92:6

Gregory B. Diette, M.D.

92:21,23 93:4
108:13,15
121:4,9,9
126:22 127:4
128:2 142:24
143:9
**CYNTHIA** 4:3
**cytokines**
444:19

___

**D**

**D** 4:9 5:9 13:1
**D.C** 3:9 4:13
5:12,19
**damage** 444:18
**dampness**
203:17
**Dan** 294:5,6
315:20
**danger** 78:19
79:9 84:23
**Daniel** 5:23 13:4
293:24 294:1,3
312:25
**data** 70:8 236:12
237:13 244:15
245:15 250:18
271:21 272:10
277:18 278:5
278:17,20
279:25 301:7
334:17,18,18
339:14 341:14
341:25 343:1
344:12 368:3
373:14 374:6
381:24 396:2
**databases**
242:16,18
**date** 13:6 22:19
22:20 66:25
68:21 92:6
140:2,16
179:25 394:3
471:15 472:7
474:11
**dated** 11:22,23

21:20 22:11
23:1 68:9
121:9 235:25
308:19 328:6
369:14 438:25
**Daubert** 6:20
7:17 70:24
71:13 133:25
206:15 207:16
207:17
**day** 21:21 39:5
158:2 195:9
264:18,19
275:16 313:19
327:6 404:12
404:16 407:18
427:2 431:11
437:16 474:16
**days** 158:3
472:12
**deal** 106:13
123:22 128:13
128:16 142:25
143:24
**dealing** 106:15
106:16 132:6
134:9
**deals** 48:22
106:19
**dean** 294:7
**death** 34:25 35:2
35:6
**deaths** 36:6,14
**debate** 78:13,15
303:5
**decades** 230:2
230:23 231:1
302:7,25 303:8
303:8
**December** 8:15
**decide** 27:9
161:3,3 332:17
339:13
**decided** 316:14
319:1 352:15
**decision** 333:11
399:16

**decisions** 301:7
303:14 306:2
368:5
**declare** 316:12
**decrements**
371:15
**deemed** 472:15
**defend** 184:17
184:21
**DEFENDANTS**
4:16
**Defendants'**
6:14 17:14
**defending**
132:25
**defense** 60:22
**defer** 254:15,24
255:19 256:14
**deferring** 255:4
**define** 73:5
**definitely** 22:10
283:10 378:9
**definition**
262:21 361:6
447:16
**definitive**
221:14
**degree** 94:23
95:6
**degrees** 175:15
**deletions** 91:23
**deliberately**
247:8
**deliberating**
261:14
**deliver** 164:21
**demonstrate**
352:2
**demonstrated**
412:24 422:11
425:11 463:24
464:3
**demonstrates**
282:12 283:8
**demonstrating**
270:20
**demonstrative**

324:16 325:25
**denigrate**
461:20
**DENNIS** 3:19
**dep** 172:7
**department**
11:21 15:9
34:18,20 47:21
56:13,14,14
93:4 94:3
100:20 118:23
118:23,24
119:1 314:12
**Departmental**
7:15
**departure**
271:23
**depended** 402:8
**depending**
403:19 404:25
**depends** 164:24
191:10 196:18
197:18 263:5
318:21,22
321:14 402:23
402:24
**depo** 172:8
**deponent** 13:16
474:1
**depose** 114:25
**deposed** 81:17
**deposing** 472:12
**deposited**
449:15
**deposition** 1:14
2:1 6:10,12,16
7:3,6 8:3 9:3
10:3 11:3 12:3
13:8 14:5,11
14:13 15:11
16:13,18,23,25
17:16 18:3
22:12 26:12,13
27:20 29:1,14
31:16 34:6,11
38:18 45:3
60:7 66:19

81:21,22 82:13
82:14 83:15,17
83:23 84:4
85:2 86:10
88:17 111:16
114:7,9,19,21
133:1,2 137:19
138:8 154:12
156:11 157:25
160:23 165:9
167:24 177:17
231:21 257:20
258:22 296:4,7
296:13 311:8
313:13,15
341:6 439:9
470:18,19
472:2,10,13,14
**depositions**
15:16,21 21:5
38:3 65:11,17
67:20 132:15
133:4 137:16
139:23 165:6
165:12,15
256:11
**derivative**
198:11
**derived** 271:23
**dermal** 266:20
**describe** 24:3
119:23 244:11
**described**
182:24 200:16
209:14 355:21
360:20 456:10
**describing**
196:21 388:23
**description** 74:7
189:24 244:16
**deselect** 244:25
251:22
**deserves** 292:12
**design** 288:12
343:10 358:21
447:3 461:25
**designs** 144:19

Gregory B. Diette, M.D.

| | | | | |
|---|---|---|---|---|
| 267:15 461:20 | 62:3 63:17 | 133:20,23,24 | 470:13,20 | **difficulty** 319:17 |
| **desist** 295:21 | 115:24 116:7 | 135:16 138:15 | 474:11 | **digest** 300:23 |
| **destroy** 112:9 | 117:1 118:10 | 138:23 139:11 | **Diette's** 32:2,6 | **digit** 458:16 |
| 285:10 | 118:21 | 151:22 156:9 | **difference** 35:4 | **direct** 13:25 |
| **detailed** 256:9 | **diagnosis** | 159:7 160:6,10 | 207:7 252:9,14 | 45:12 65:25 |
| 271:16 277:25 | 124:21 423:15 | 160:15 161:7 | 305:20 322:18 | 83:9 85:5 |
| **details** 69:16 | **dial** 106:23 | 161:17 169:10 | 420:21 429:25 | 121:3 236:4 |
| **detect** 46:22 | **diaphragm** | 170:13 172:17 | 430:5 | 268:17 271:9 |
| **detectable** | 339:10 | 180:11 182:23 | **different** 28:2 | 271:10 282:8 |
| 283:19 | **diaphragms** | 184:3 189:8 | 51:11 59:16 | 284:15 290:21 |
| **detected** 39:17 | 339:10 359:7 | 192:25 193:8 | 60:1 65:13 | 338:1 378:14 |
| 40:14 | **dictate** 173:4,10 | 193:18 204:25 | 73:2 90:6 | 393:19 400:18 |
| **detectible** 284:7 | 173:13 363:12 | 205:2 206:13 | 91:17 93:15 | 414:10 416:23 |
| **detection** 47:2 | 363:14 | 206:15 208:2 | 94:11 104:8 | 433:5 471:23 |
| 286:2 | **die** 36:22 41:4,9 | 213:9 215:12 | 118:24 119:1 | **directed** 444:23 |
| **determination** | **diet** 102:21,22 | 219:5,14 | 121:24 124:1 | **directing** 394:7 |
| 396:3 | 108:4 | 220:10 231:11 | 143:8,9,16 | **direction** 50:23 |
| **determinations** | **dietary** 102:20 | 235:18 264:9 | 148:1 168:13 | **directly** 158:20 |
| 339:2 | 108:3 | 267:8 273:19 | 170:20 174:12 | 158:25 195:4 |
| **determine** | **Diette** 1:15 2:1 | 280:16 281:19 | 176:22 178:16 | 284:4 406:11 |
| 191:16 402:17 | 6:2,10,12,17 | 286:17 289:22 | 200:25 203:19 | 449:15 |
| 405:10 450:20 | 6:19 7:3,10,13 | 290:1 297:14 | 205:22 213:20 | **disagree** 45:24 |
| **determined** | 7:14,16,21 8:3 | 297:18 304:16 | 217:18 219:25 | 88:3,9 216:14 |
| 365:3 389:3 | 9:3,15 10:3 | 308:7 310:11 | 220:2 222:23 | 217:7,8,15 |
| 398:21,22 | 11:3 12:3 | 312:9 320:24 | 224:15 241:6 | 219:21 223:4,6 |
| 402:6 453:17 | 13:17,22 14:2 | 324:17,18 | 250:16 253:3 | 223:9,10 |
| **determining** | 14:10 16:6,9 | 325:4 326:1,20 | 258:9 263:2 | 233:25 273:19 |
| 251:3 | 16:12,14,17 | 326:23,24,25 | 266:19 282:5 | 274:11 275:24 |
| **develop** 46:21 | 17:19,22,24 | 327:1,3,10,24 | 291:24 320:1 | 276:19,19 |
| 48:6 | 18:22,24 19:19 | 330:7,10 | 323:25 335:2 | 380:18 420:20 |
| **developed** 48:23 | 20:3 27:12,18 | 332:10 338:20 | 336:8 339:9 | 432:2,12 |
| 375:1 | 34:13,23 37:8 | 355:20 360:2 | 340:9 342:12 | **disagreeing** |
| **developing** | 39:14 42:14 | 366:11 369:3 | 342:21,21 | 392:1 |
| 46:25 233:22 | 44:20 45:1,2 | 369:16 377:16 | 349:15 354:21 | **disaster** 171:1 |
| 234:14,20 | 45:16 46:20 | 377:19,24 | 357:21 382:6 | **discern** 357:20 |
| 236:17 237:18 | 52:8,11 54:6 | 381:15 391:2 | 387:10 389:23 | **disclose** 135:19 |
| 263:13 372:18 | 54:10 55:5 | 393:1 397:1,4 | 396:12,14,16 | 156:9 166:13 |
| 372:25 374:25 | 57:8 58:25 | 399:13 403:1,2 | 400:9 401:11 | 430:15 |
| 376:11 | 62:23 63:20 | 403:4,14 | 403:7,19 | **disclosed** 135:19 |
| **development** | 66:9 67:20 | 410:17 411:8 | 404:18 412:6 | 135:22 136:4 |
| 46:13 417:20 | 75:3 82:9 83:8 | 413:23 416:19 | 412:10 423:14 | 137:10 156:10 |
| 420:4 444:22 | 87:5 89:9,14 | 422:8 426:23 | 433:2 436:20 | 203:8 |
| **develops** 47:18 | 91:5 95:14 | 427:5,8 431:14 | 436:20 451:14 | **disclosing** |
| **devoted** 298:16 | 98:18,24 | 437:19 438:24 | 453:9 | 187:12 |
| **diabetes** 107:8 | 100:18 102:2 | 441:1 442:22 | **differently** | **disconnect** 43:1 |
| **diagnosed** 39:17 | 115:16 117:22 | 465:1,25 | 177:20 241:3 | 436:10 |
| 40:14 60:15 | 123:20 133:6 | 467:21 470:11 | 451:15 | **discuss** 127:4 |

173:16 174:10
176:16 260:22
298:10 309:12
309:25 432:9
**discussed**
157:17 176:25
260:24 338:22
453:3
**discussing**
141:11
**discussion**
314:17 338:15
377:15 416:23
440:24 454:21
464:21 467:18
467:25
**discussions**
173:20
**disease** 9:16
10:10 41:4
46:14 90:8
96:9,11 97:15
97:16,17
100:24 101:9
101:10,11
103:5 104:18
104:22 106:20
107:9 122:11
143:1 148:24
263:14,23
372:2,13,16,18
372:20 376:11
383:11,15
388:13 450:6
450:21 451:8
467:5
**diseases** 61:2
101:4 103:3,25
104:20 121:22
122:6,10
123:23 142:3
143:5 150:2,7
367:4 387:12
388:6 415:16
**dish** 252:8
**dismantling**
471:12

**disparities**
103:8
**disparity** 286:22
**dispense** 14:4,10
**displayed** 87:7
**disputable**
433:21
**dispute** 415:7
429:6 434:2,5
454:1,2 467:7
**disputing** 381:2
381:6
**disregard** 287:2
287:11,13,18
321:7
**disrespectful**
219:17
**disseminating**
309:21 434:25
**dissemination**
434:18
**distinct** 245:18
**distinction**
357:18
**distorting**
362:16,18
**distracted**
394:10
**distribute** 49:20
**distributed** 50:2
310:13
**District** 1:1,2
13:14,15
**diverge** 73:12
**diverse** 236:19
**divide** 458:12
**division** 34:21
93:20 310:12
**divorcing** 80:17
**doc** 61:20 63:7
**doc-** 216:1
**doctor** 26:19
35:21 39:6
42:6,21 83:2
83:15 85:16
87:12 97:4
99:18 130:14

133:16 137:9
140:25 141:23
146:25 159:3
166:12 177:2
187:10 190:10
213:12 229:8
237:10 256:4
268:19 270:5
274:8 275:6
282:24 304:4
304:11 305:7
308:10 319:22
326:13 328:2,4
329:13,23
331:21 332:10
335:4,8 337:10
347:4,13
351:16 378:24
381:6 399:12
414:8 416:22
426:6,9 431:2
437:17 438:14
440:11 447:16
448:4 468:4
**doctor's** 27:13
346:11
**document** 1:10
6:15 7:8,11,19
7:22 8:4 9:15
16:18 17:14,25
18:5,13,19
19:4 20:4 32:1
32:14 36:10
37:3 213:14
224:2 225:3
247:21 267:1
274:2 275:5
276:4,22 277:5
282:25 290:24
297:6 300:7
304:12 306:24
308:12 311:19
312:13 326:7
330:17 332:8
341:21 346:9
346:11 347:8
378:21 379:4

380:25 381:4
402:5 430:8
434:4 438:10
438:24 440:5,7
441:23 442:3
**documentable**
282:16
**documentation**
31:24 33:8
**documented**
273:2 336:25
342:2
**documents** 18:2
21:15 34:3
161:22 253:4
260:15,17
449:8 468:23
**doing** 21:4 38:3
38:12 40:3
63:19 83:13
99:13 135:17
153:7 155:6
163:25 187:13
192:15 197:2
275:15 316:6
320:8 321:1
326:22 327:3
342:14 350:2
352:13 376:22
386:25 403:2
405:22 408:2
425:4 428:24
451:11 472:6
**dollars** 408:2
**Don't'** 302:1
**dose** 80:2,4 90:9
125:23 126:6
386:7,8,9,10
386:11,15
391:2 392:9,20
402:2,8,17,19
403:4,6,8,17
404:1,1 405:2
405:17 406:18
421:20,21
457:18 458:11
465:9,15,15,17

466:2
**dose-response**
358:1 458:19
459:3 461:3
462:18,21,25
463:1,2,10,19
464:3 465:5,14
465:16 466:2
466:20 467:8
**doses** 459:15
**dotted** 349:18
350:9
**double** 132:24
**doubled** 215:4
222:5 223:18
**doubt** 96:20
129:20 182:4
291:22 463:22
**dozens** 423:14
**Dr** 8:4 13:16
14:2,10 16:6
16:12,17 17:22
17:24 18:22
19:19 20:3
27:12,18 32:2
32:6 34:13,23
37:8 39:14
42:14 45:1,7
45:16,18 46:20
52:8 54:6,10
55:5 57:8
58:25 62:23
63:20 67:4,14
67:20 69:10
70:18 71:7
75:3 81:7,16
81:22 82:12
83:8,8,15 84:4
87:5,16 88:4
89:9,14 98:18
100:18 102:2
115:16 117:22
123:20 133:6
133:23 135:16
139:11 151:22
156:9 159:7
160:6,10,15

Gregory B. Diette, M.D.

161:7,17
169:10 170:13
172:17 180:11
182:23 184:3
189:8 192:25
193:8,18
204:25 205:2
206:13 215:12
219:5,14
220:10 228:23
229:10 231:11
232:13 233:9
233:19 234:8
234:11 255:21
256:10,11,15
257:4,21,22
258:20 264:9
266:25 273:19
280:16 286:17
290:1 296:4,6
304:16 310:11
314:9,19
317:12,13
318:5 319:16
320:12,12,24
322:11 325:4
326:1,20 327:3
327:10 329:4
330:7,10
332:10 338:20
355:20 360:2
361:2 364:14
377:19,24
381:15 391:2
399:13 403:14
410:17 411:8
421:25 422:8
426:23 427:8
427:15 438:24
441:1 443:17
443:21 444:16
444:17 465:1
465:25 467:21
470:11,13
**drabs** 21:2
**draft** 8:11 265:3
267:6 272:17

273:19,24
274:12
**drafts** 173:21
176:24
**draw** 382:14
465:19
**drawing** 353:16
362:8 382:20
**drawn** 272:14
**dribs** 21:2
**DRINKER** 5:4
**drive** 4:5 368:12
**driving** 201:22
313:22
**Drs** 65:11 68:9
71:18 72:5,15
72:16 428:23
**Drug** 228:1
434:11
**Duces** 6:13,17
**due** 295:15
298:12
**Dulaney** 2:6
13:9
**duly** 13:23 471:6
**dusting** 359:5
**Dusts** 10:24
393:17
**dying** 410:18

———————
**E**

**E** 3:1,1 6:1,8 7:1
7:19 8:1 9:1
10:1 11:1 12:1
13:1,1 294:3
473:2
**e-mail** 164:22
311:6 444:1
**earlier** 46:23
70:5 115:6
179:21 197:20
202:20 259:24
264:21 341:6
377:25 406:13
428:15 432:1
467:25 468:12
469:2,4

**early** 17:12
105:20 242:3
**easier** 164:8
181:24
**Eastern** 13:14
**easy** 24:18 224:5
**Economic** 8:6
231:14 235:23
**economics** 94:25
**edit** 158:5
168:24 181:12
181:13
**editing** 162:16
162:16
**Edition** 8:20
290:2,19
**editor** 319:10
**editorial** 182:25
183:3,6 316:15
469:5
**editorialize**
169:7
**edits** 181:15
**educating**
310:16
**effect** 271:22
272:11,14
278:6 279:25
302:12 352:19
465:9
**effective** 370:8
**effects** 102:18
150:7 362:16
459:17
**effort** 26:16
133:11
**efforts** 182:24
256:10 306:1
**Egli** 285:8
**either** 22:14
46:22 55:14
92:1 161:18
165:15 202:10
248:16 249:19
250:8 254:8
257:21 260:2
306:21 313:19

318:15 332:17
333:2,7 364:4
390:4 412:7
418:15 436:6
441:13 462:10
462:25
**elaborate**
404:13
**elaboration**
211:24
**electrical** 186:20
**electron** 11:17
427:11
**electronic** 165:3
**Elevated** 10:15
**elevates** 263:13
**elevations**
444:19
**Elizabeth**
312:22
**ELMO** 45:14
58:6 83:12
85:23 87:7
102:8 211:2,5
212:9 236:7
271:11 291:20
299:19 328:12
365:9 427:1
430:22 438:2
**else's** 70:14
83:23 324:7
**elucidate** 286:5
**Embryology**
439:6
**employ** 243:24
**employed**
238:10 243:14
461:16
**enable** 370:8
**encompasses**
125:1
**endeavor**
445:12
**endeavored**
32:16
**endeavoring**
24:14

**endometriode**
417:13
**endometrioid**
417:13
**engage** 181:6
187:2 193:18
**engaged** 153:15
153:20 163:18
187:2 195:25
196:3,5 199:1
410:2
**engagements**
136:12
**engages** 194:6
**England** 313:8
316:23
**English** 94:24
94:25
**enormous** 341:1
**ensue** 315:17
**entails** 444:18
**entire** 18:19
80:24 191:11
221:21 246:7
276:21 277:3,5
293:12 343:21
354:16
**entirely** 245:16
283:1 469:18
469:24
**entirety** 265:8
**entities** 56:6
94:11 209:14
253:22 266:7
**entitled** 6:23 7:8
7:12,19 8:16
9:4,15 10:4,23
11:8,12 12:4
45:7 166:16
214:6 281:24
328:9 364:10
427:10
**entity** 33:4
193:17 224:8
224:18 295:13
**entry** 350:22
**environment**

8:13 364:13
406:11
**environmental**
94:6 97:15
101:8 103:6
149:21 150:2,7
150:12 152:8
369:11,12,13
**EOC** 414:17,18
**epi** 78:22 94:6
144:13 425:5
454:13
**epidemiologic**
10:7 11:4
155:7 184:22
185:8 190:2
193:21 210:22
238:13 239:1
245:4 262:21
263:6 269:11
270:12,19
382:7 386:17
**epidemiological**
59:25 76:15
143:25 153:16
154:1 155:11
211:15 264:24
381:25 397:16
399:14
**epidemiologist**
34:15 49:8
59:14 229:17
229:20 253:19
288:15 454:15
**epidemiologists**
59:24 60:13
190:4 317:14
462:3
**epidemiology**
8:19 11:11
55:22 77:10,15
80:18 94:3,21
95:3 97:16
100:21 101:9
103:2 131:25
132:7 153:3,7
154:23 212:18

244:15 252:22
265:18 288:19
290:2,18 322:5
381:17 383:19
452:6
**epithelial** 6:24
12:5 45:8,20
46:1 234:20
236:17 442:21
**epithelium**
439:9,10,11
**Epstein** 11:20
**equipment**
186:20
**equivalently**
305:22
**equivocal**
221:18
**era** 319:14
392:22
**errata** 472:4,6,9
472:11 474:8
**error** 329:10
**errors** 306:1
**especially**
102:13,17,21
108:4 239:19
322:23 403:21
**ESQUIRE** 3:4,5
3:12,19 4:3,9
4:17,18 5:3,9
5:16
**essential** 418:25
**establish** 446:14
**established** 32:9
41:20,25
226:23 227:16
374:16 375:4,6
376:18 394:25
404:19
**establishes**
154:18
**esteemed** 317:13
**estimate** 23:7
137:13 316:9
316:10,17
331:17 340:20

346:4,6 347:8
348:14 350:12
374:15 375:3
375:24 386:6
404:20,22
405:2 458:11
459:12 461:1
**estimated** 9:19
45:21 46:1
328:9 331:15
451:18
**estimates** 248:1
380:14 391:12
**et** 9:14 271:17
430:17
**ethnic** 236:20
**etiological**
285:20
**Europe** 387:8
**European** 439:5
**evaluate** 184:21
321:18,24
**evaluated** 64:24
321:25 322:1
**evaluating**
123:2 321:5,17
322:4
**evaluation**
132:6 292:19
**evening** 467:21
**event** 270:17
**eventually**
205:14
**everybody**
57:16 175:13
**evidence** 59:13
59:17 89:18,23
210:22 211:16
212:19 214:25
216:22,25
217:5,11
221:22 222:1
234:12 236:18
237:7 239:16
268:11 273:3
284:19 285:5
287:1 293:13

321:6,17
349:25 357:2,2
359:20 362:14
373:11 375:1
379:9,14,15
380:19 383:21
384:3 411:9
415:3,12,13,14
418:23 421:12
421:13 422:3
424:13 435:4
436:11 439:7,8
441:16,24
442:9 447:24
450:1 462:17
463:3
**exacerbations**
371:7
**exact** 37:1,5
191:24 213:17
361:11
**exactly** 24:25
27:22 49:1
71:21 134:12
154:9 155:13
208:6 296:16
308:24 319:23
360:10 365:25
367:5 382:5
383:16
**examination** 6:2
13:25 394:1
460:2 471:8
**examined** 13:24
**examiner** 27:9
**examining** 8:7
102:20 235:24
**example** 29:16
48:16 60:6
105:19,20
106:14 118:6
122:7 123:15
156:10 157:16
157:19,25
167:21 169:23
170:17 172:17
172:19 181:17

190:25 194:17
194:22 215:24
226:20 238:2
239:15 254:4,6
254:7 263:11
318:25 347:15
357:25 371:6
387:8 449:12
462:23 469:8
**examples** 41:14
**exceed** 350:12
**exceeds** 346:7
**exception**
170:12 247:9
327:20 346:11
**Excerpt** 7:6 8:19
**excess** 352:1
466:23
**excesses** 395:14
**exclude** 313:12
199:18 246:2
**exclusion**
246:17
**excuse** 30:5
42:17 43:15
50:24 96:10
120:15 159:17
172:5 188:9
193:4 213:20
214:7 275:14
277:14 298:11
317:12 369:23
370:1 400:20
440:21 452:15
**executed** 264:10
**exercise** 91:13
216:10 251:2
251:10 268:25
344:1 347:12
359:24 455:15
**exhibit** 16:13,14
16:17 17:18,19
17:23,25 18:14
18:19,24 20:4
21:14 22:3
26:2,2,12 27:1
28:24 29:12

Gregory B. Diette, M.D.

43:6 44:20
45:2 52:3,9,11
52:21,25 54:4
54:7 82:7,8,9
86:6,8,14 91:4
91:4,5 95:10
95:13,14 98:23
98:24 100:9,10
101:20 121:5
132:9 133:18
133:20 134:8
138:16,16,18
138:22,23
139:2 213:4,7
213:9 235:17
235:18 267:7,8
281:19,23
289:20,22
292:5 297:14
297:17,18
298:3,5,22
305:6 308:6,7
308:22,25
309:16 310:19
311:24 312:5,9
324:17,18,24
325:24,24
327:10,19,23
327:24 328:5
351:19 366:11
369:16 377:16
392:25 393:1
393:14 396:25
397:1,4 413:23
416:18,19
427:4,5 431:14
431:18 437:13
437:19,21
442:19,22
465:20,22
468:6
**exhibits** 6:10 7:3
8:3 9:3 10:3
11:3 12:3 70:1
**exist** 337:5
344:7 461:15
**existing** 76:15

372:19 376:12
**exists** 81:3
294:17 344:5
433:5 461:16
**expect** 38:23
225:9 359:4
**expectancy**
119:7
**expecting** 73:1
300:23
**experiencing**
104:1
**expert** 6:19 7:12
7:16,20 21:20
22:10 42:5
51:6 55:17
56:1,22,23
57:3 60:6,12
66:9,10,23
67:14,21 68:8
69:12 71:4,7
75:24 76:12
81:10 108:22
109:17 119:21
120:10 131:4,9
133:24 134:9
135:23 136:15
137:1,5 139:13
139:24,25
140:21 145:25
162:3,22 168:1
168:18 169:17
172:5 173:5
180:16,19,23
181:13 183:14
184:16 185:19
186:4,24
187:19 191:9,9
202:7,25 203:8
205:4,7,16
206:14 208:23
227:25 228:5,6
232:14,21
233:7 256:18
257:9,20
264:10 327:12
364:22 410:7

454:5,16
461:24 468:5,9
469:18,23
**expertise** 52:15
52:19 57:2
78:14 96:6,8
96:16 100:23
191:17 193:19
194:7 229:20
288:8
**experts** 165:15
171:12 206:3
226:5 251:18
255:19 256:10
260:23 343:8
410:12 430:17
460:2
**expires** 474:17
**explain** 274:9,10
318:23 334:13
374:2 385:3
**explore** 25:23
71:11 186:1
**exploring** 301:1
**expose** 215:10
226:13
**exposed** 284:3,4
284:5 285:15
286:3 331:16
340:18 366:20
386:15 389:19
391:8 410:22
428:24 461:2
**exposure** 8:16
10:4,11,20
11:5 46:10,13
46:14 47:4
122:21 148:23
212:21 239:16
263:13 270:10
270:21 271:21
277:22 278:4
281:24 282:16
283:18 284:7
285:12,14
286:4 364:10
365:4,13,16

367:23 371:24
373:20 375:19
378:6 379:11
379:13,18
380:21 383:10
387:21,25
388:5 389:4
392:9 394:23
395:2 397:17
399:15 403:23
404:3 413:9
420:1 424:14
447:25 448:1
450:6 456:23
457:5,21
458:23,24
459:9,11,19
461:1,8,14,15
466:8,19,22
467:4
**exposures** 369:4
391:13 399:14
**express** 88:13
**expressed** 22:5
108:3 209:13
455:4,5
**extends** 379:12
**extensive** 212:17
316:25
**extensively**
370:1
**extent** 31:23
33:7 76:11
77:13 135:17
136:11 137:10
140:24 156:7
166:2 187:11
255:8 326:12
**external** 54:21
64:9
**extra** 92:24
**extract** 339:3
**extracted**
327:19 336:12
351:1
**extraordinary**
462:1

**eyeball** 440:1
**eyes** 54:21
438:15

___

**F**

**F** 5:18
**face** 54:19
161:23 226:6
308:15
**Facebook** 229:2
229:6
**Facsimile** 11:23
**fact** 14:19 15:10
35:11,14 36:5
41:3,23 50:12
72:12 77:16,17
84:14 150:9
171:2,7 198:9
257:2 279:1
333:21 351:25
356:15,21
358:18 364:20
378:20 384:17
388:10 395:21
410:2 415:21
420:21 432:9
435:16
**factor** 126:10,15
214:17 225:15
262:18,23
263:11,16
285:13 318:14
**factors** 7:24
102:12 107:14
125:12,18
145:6 214:6,7
239:20 263:9
263:18 362:17
362:19,22
**factory** 392:17
**facts** 295:24
298:21 299:3
**fail** 472:14
**fair** 14:14,24
18:7 20:18
22:2 34:8
37:13 41:10

Gregory B. Diette, M.D.

48:3 49:2
50:11 55:12
66:20 106:18
107:13,20
119:5 120:8
121:19 124:16
124:20 126:7
126:12,17,25
127:3,8 129:11
132:20 136:25
142:10,14,18
142:22 144:17
150:17 152:3
182:16,25
185:5 191:19
193:19 194:10
197:11 201:25
205:6 207:25
208:8 210:3,7
214:2 215:12
221:18 223:21
231:9 243:23
248:22 257:2
258:19 260:24
268:1 270:4
276:22 295:14
352:7 372:10
381:13,15
382:11,15
390:19,25
399:13 409:12
429:2 430:20
437:2,3,5
438:5 440:12
**fallacious** 291:9
292:20
**falls** 184:9
**false** 218:4,25
**familiar** 191:11
231:6 265:4
301:21 390:5
390:23 459:7
**familiarize**
299:23,25
**family** 118:15
**far** 37:2 58:13
58:16 92:5

96:5 112:11
208:11 270:12
394:8 408:13
**faster** 463:7
**father** 403:24
**fax** 444:1
**FDA** 64:10
431:23 433:12
434:24 435:10
452:22
**FDA's** 433:25
**fear** 301:8 368:2
**feature** 323:6
**features** 286:12
288:12
**February** 21:13
21:16 22:6
140:17 208:4
264:11 369:14
**federal** 134:8
146:1 160:20
166:6
**feedback** 143:8
**feel** 73:14
221:17 320:9
321:1 336:2
356:12
**fees** 37:24
**feet** 339:11
**female** 36:7,15
284:20 285:6
**females** 365:19
365:21,22
**Ferrante** 399:3
399:8
**Fessler** 153:9
**fiber** 8:17 73:23
74:5 90:5,13
90:19 281:24
**fiber/cc** 391:9
457:13 458:10
458:16,18
**fibers** 72:17,22
73:5 126:20
127:6 401:9
457:5,21 458:7

**fibres** 10:24
393:16 401:3,4
**fibrous** 399:22
400:13,16
**field** 70:14 467:2
467:2
**fields** 467:3
**fifth** 34:24 35:5
36:2
**figure** 40:6
138:13 141:2
158:2 189:20
190:3 200:24
240:8 348:1
385:3 443:10
443:16
**figured** 313:23
378:11
**file** 146:1 180:13
393:10
**filed** 132:10
133:17
**files** 441:23
**filtered** 250:13
**Finch** 4:9 6:4
188:7,13
464:25 465:2
465:21,24
466:9,16 467:6
**find** 7:12 72:16
85:6 86:11
92:17 97:2
108:19 135:6
164:8 191:13
238:18,23
240:15 245:3,7
245:10 306:10
309:14 316:12
320:16 334:24
342:9 344:6
347:20 371:10
375:3 376:5
386:16 405:25
435:9 437:6,10
446:2 448:14
448:23 451:9
462:4

**finding** 163:25
277:2 285:15
353:5 362:23
419:24 425:10
425:11 449:19
**findings** 247:14
287:16 334:23
358:3 387:14
408:13 421:19
454:21 462:22
**fine** 14:3 38:20
45:23 53:15,15
53:19 68:6,6
68:22 74:10
122:17 151:14
156:21 166:10
204:18 215:20
215:22 218:19
291:23,25
292:3 300:14
312:18 338:8
346:25 355:8
374:11 377:7,8
400:5 428:2
440:15,15
**finish** 25:2 48:11
61:13,19 62:10
62:23 113:11
130:11,12,16
146:24 189:21
210:17 237:18
244:12 258:15
264:13 268:19
275:13,17
276:13 283:4
303:1 330:25
335:5,16
351:20 380:11
386:19,20
421:14 460:19
466:11
**finished** 28:5
146:25 227:10
227:10,14
358:9
**finishing** 235:1
258:14

**firm** 158:19,22
159:1 161:18
173:3 206:21
**firms** 192:9
**first** 13:23 19:4
20:4 21:14
28:10 55:12,13
55:21,24 62:10
137:19 152:17
184:15 185:6
189:25 198:11
200:14 211:8
212:5,13,14,15
215:1 216:19
234:16 241:24
242:3 274:5
275:9 278:13
278:14 290:9
298:9 300:24
302:3,10
321:13 366:24
369:21 397:22
414:20 428:5
444:15 463:15
**fit** 146:18
333:15 343:20
**fits** 333:16,17
381:9
**five** 52:5 117:21
349:21 350:7,9
376:25 392:16
394:25
**flashed** 188:13
**flat** 462:25
**flaws** 279:20
**flip** 76:6
**flipped** 67:9
**flipping** 297:3
**FLOM** 5:10
**Florida** 3:16
**flowed** 270:20
**fluid** 406:2
**FLW** 1:5
**fly** 311:3
**focus** 107:18
149:12 201:22
202:2,4 205:2

Gregory B. Diette, M.D.

| | | | |
|---|---|---|---|
| 356:15 379:6 | 82:1 88:5 90:1 | 219:11 220:17 | 374:9 375:14 | 239:23 243:12 |
| **focused** 358:13 | 90:15 96:17 | 221:19 222:8 | 375:20 376:16 | 243:24 269:13 |
| **focuses** 102:11 | 97:22 103:18 | 222:25 223:7 | 380:4 381:20 | 270:24 288:13 |
| 107:14 | 104:2 105:10 | 223:24 225:2 | 382:2 384:9,22 | 317:12 324:3 |
| **Focusing** 247:15 | 106:6 107:16 | 225:17 226:2 | 384:25 385:15 | 460:9 471:5 |
| **folks** 175:18 | 108:8,23 109:4 | 228:8,13 | 390:20 391:4 | **fortunately** |
| 176:12 177:6 | 111:11 112:5 | 230:19 231:3 | 391:19,24 | 227:6 |
| 194:8,9 228:17 | 114:4,9 115:25 | 231:19 232:3 | 396:8 399:23 | **forward** 161:7 |
| 421:16 469:5 | 117:20 118:25 | 233:1,12 235:5 | 400:14 401:10 | 320:3 |
| **follow** 42:9 | 119:9 120:17 | 236:25 243:16 | 402:10,18 | **forward-looki...** |
| 62:11,24 85:15 | 123:25 124:23 | 244:2 245:25 | 405:12 406:21 | 301:10 |
| 85:16 270:3 | 127:13 128:21 | 246:10 247:24 | 407:10 408:4 | **found** 72:5,11 |
| **followed** 146:2 | 129:9,18 130:2 | 248:7,17,23 | 408:23 409:13 | 72:12 89:15 |
| **following** 25:21 | 130:25 131:5 | 249:11,24 | 410:8 411:1,13 | 182:13 213:20 |
| 146:11 416:7 | 131:11 134:21 | 250:6 254:17 | 412:19 413:14 | 215:4,5 222:4 |
| **follows** 13:24 | 135:3 140:23 | 255:22 258:4 | 417:25 418:19 | 222:6,18 |
| **font** 394:13 | 141:13 143:6 | 260:10,25 | 421:6 422:25 | 223:16,17,18 |
| **Food** 228:1 | 143:20 144:20 | 262:19 263:20 | 423:11 428:18 | 242:14 244:23 |
| 434:11 | 145:7,16 147:8 | 265:20 267:19 | 430:7 433:13 | 253:13 266:17 |
| **footnotes** 171:11 | 147:18,23 | 268:2,12 271:7 | 438:12 443:18 | 273:20 274:12 |
| 171:15 172:1,4 | 148:18,25 | 272:16 273:25 | 445:4 446:5,22 | 280:24,24 |
| **Ford** 293:24 | 149:15,23 | 274:17 275:4 | 450:9,22 | 281:5,13 |
| 294:1,3,5,6 | 150:21 151:6 | 276:3 278:11 | 451:10 452:1 | 302:12 311:20 |
| **foregoing** 471:4 | 152:11 155:1 | 281:8,15 | 457:1,7 458:21 | 314:1,3 357:8 |
| 471:20 474:3 | 158:14 159:13 | 282:21 286:10 | 459:4 462:10 | 358:2 401:3 |
| **foreign** 417:17 | 159:23 160:12 | 287:6,25 289:2 | 463:20 464:7 | 419:21 424:12 |
| **forest** 327:13 | 166:3 168:19 | 291:13 295:23 | 466:4,25 | 425:10,20 |
| 348:10,12 | 169:20 170:15 | 298:20 299:12 | 467:12 474:7 | 463:10,10,12 |
| **forever** 112:8 | 171:16 172:11 | 301:18 304:3 | **formal** 15:24 | **foundation** |
| 183:25 | 174:6 175:5,12 | 306:6 307:1,7 | **format** 93:4 | 60:18 75:10 |
| **form** 15:18 18:4 | 176:2 178:12 | 314:25 318:13 | 97:8 168:24 | 210:12 215:17 |
| 20:22 21:17 | 179:8,17 | 321:10,21 | 176:23 184:1 | 229:23 232:18 |
| 22:7 23:19 | 180:25 181:9 | 322:9,21 331:4 | 408:20 468:20 | 233:4 234:3 |
| 35:25 36:24 | 182:18 183:1,7 | 333:19 334:10 | **formatting** | 235:8 250:22 |
| 38:4 39:9,19 | 184:18 186:10 | 334:20 339:4 | 469:14 | 272:17 289:4,8 |
| 41:15 42:19 | 187:20 188:5 | 339:17,25 | **formed** 242:25 | 290:24 291:14 |
| 43:20 47:6,22 | 188:11 190:22 | 340:6 343:18 | 247:23 253:16 | 292:2,5 295:24 |
| 49:5,21 50:25 | 192:4,10,17 | 345:22 352:3 | 345:20 392:6 | 299:3 301:19 |
| 51:19 54:14,25 | 193:20 194:1 | 352:10 353:11 | 399:15 | 310:20 319:20 |
| 55:8,16 56:2 | 195:5 197:13 | 354:4 356:25 | **forms** 31:12 | 409:14 430:8 |
| 56:19 58:14 | 198:7,21 199:3 | 357:13 358:21 | 73:22 387:10 | 432:15 438:12 |
| 59:12 60:4 | 201:12 202:9 | 360:13 361:24 | **formula** 439:12 | 440:16 442:2 |
| 62:4 63:24 | 205:10,17 | 362:10,25 | **Forrest** 197:2,7 | 443:19 |
| 65:12 67:15 | 206:10,19 | 363:13 367:8 | 198:6,9 | **four** 22:18 40:8 |
| 68:11,14 69:14 | 207:18 208:20 | 368:19 371:19 | **forth** 21:6 39:9 | 349:20 350:6,7 |
| 69:20 72:8,19 | 209:3,9,20 | 372:1,5,14 | 131:25 145:14 | **fourth** 369:23 |
| 73:7 74:2 75:8 | 215:16 218:6 | 373:3,17,22 | 205:15 239:17 | **Fox** 398:6 |

Gregory B. Diette, M.D.

fragrance 55:3
385:14
framed 235:12
framework
145:15,20
146:3,12
Francis 8:22
frankly 26:15
257:20
fraudulent
287:14
free 73:14 336:2
356:12
frequently
15:16,20
282:15
friend 228:25
294:10
friendly 294:11
friends 229:2,3
229:4
front 34:4 85:21
87:1,12 91:8
95:17 99:21,24
101:22 121:6
135:2 165:1
169:18 206:13
208:2 210:1
227:7 247:17
267:12 277:16
282:3 290:5
304:13 324:13
352:14 355:17
366:14 369:19
393:15 410:10
414:7 443:6
fruitful 445:12
full 82:14 162:7
182:6 236:8
243:8 252:19
309:15 371:20
469:3
fully 41:20
375:1,4,6
function 372:20
fundamental
205:21

funded 294:23
311:2
funding 148:6
148:10,12,15
294:18
funds 148:9
further 77:25
140:4 271:21
272:10 278:5
278:17,20
279:24 286:4,5
470:11
fuss 340:20
future 444:24

**G**

G 13:1
gamut 107:11
GARBER 4:3
Gates 351:12
gathered 164:16
gathering
468:19
gears 280:9
GEIER 3:19
general 6:20
7:17 10:22
40:17 71:24
79:7 105:2
107:6 133:25
141:25 147:17
200:17 203:10
206:15,24,25
207:13,20,20
211:25,25
212:25 223:3,8
226:22 227:15
243:4 244:22
363:11 364:4
378:5,7 379:24
389:6 411:3
447:23 456:1
General's 379:8
380:19 393:4
generally 48:9
64:19 67:10
77:8 109:19

142:2 146:17
182:24 207:3
213:15 235:13
237:3 238:12
253:21 260:14
262:23 263:1
384:24 435:11
435:15
generating
468:25
generic 75:4
generous 342:25
genital 51:17
59:3 75:7
80:15,15
214:24 216:21
217:10 218:3
219:8 220:12
221:6 233:23
236:15 273:22
272:14 273:22
274:14 276:1
279:2 329:1,5
330:11,24
331:2,14
332:19,20
333:22 334:18
339:10,23
344:25 347:6
genitals 333:24
genotoxic
458:20 465:5
466:1,18,23
467:8
gentlemen 15:25
geologist 120:6
GEREL 3:6
getting 24:7
32:10 47:3
70:16 113:5
114:11 130:6
175:19 177:4
182:23 199:23
202:11 316:18
319:4 366:6
374:8 407:17
420:16 450:3

give 15:16,20
23:8 29:15
37:24 92:24
114:11 122:16
137:25 140:13
152:1 162:7
164:13 193:6
202:19 204:10
216:6 218:8
232:1 234:4
256:4 282:22
321:8 324:22
330:14 347:14
355:15,15
363:6 397:11
399:21 400:12
401:7 407:6
430:23 431:5,6
438:3,16,22
given 137:16,20
138:7 139:18
255:21 409:3
474:5
gives 295:11
343:21
giving 14:23
56:17 78:2
105:20 207:10
234:3 283:18
284:7 286:3
407:21
glad 37:4 169:25
197:9
glean 253:14
globally 215:18
go 16:6 19:7
23:22 24:17
25:22 26:20,21
39:5,8 40:5
44:13 45:18
48:3 58:6 63:1
76:7 85:19,19
85:25 86:23
97:2 98:4
101:24 105:23
140:4 160:15
162:8,9 192:22

195:3,4 203:21
209:23 212:8
213:8 216:2
218:14,19
225:19 236:8
244:24 266:14
270:5 275:6,11
275:11 292:9
297:12 304:11
306:9 313:16
324:5 328:1,2
328:14 333:9
334:19 335:24
338:6,7,8
341:10 351:22
353:22,23
355:2,11,13
360:18 365:18
392:19 395:5,9
396:18 397:5
399:2 400:19
419:20 427:3
431:19 432:21
440:9 447:8
463:5 464:11
464:17
go-to 180:22
goal 21:24
251:21 343:4
344:6
God-given
15:25
Godard 351:11
Godleski 427:16
428:23
goes 85:8 117:2
158:18,19,25
159:1 179:24
223:23 226:11
244:21 258:13
258:19 284:18
285:19 291:24
302:10 438:6
going 14:21
19:11 26:21
27:8,10,12
28:6,22 31:22

Gregory B. Diette, M.D.

Page 496

| | | | | |
|---|---|---|---|---|
| 32:18 33:6,14 | 355:5 359:24 | **gotten** 20:25 | **groups** 236:20 | 10:1 11:1 12:1 |
| 33:17 34:1 | 371:10 377:10 | 21:9 133:14,15 | **guess** 26:25 49:8 | **habit** 73:24 74:3 |
| 37:23 38:8 | 388:12 397:10 | 167:22 | 55:20 72:20 | **habitual** 214:23 |
| 39:3 44:1,3,16 | 425:24 426:17 | **governed** 156:8 | 105:8 132:9 | 216:20 217:9 |
| 47:12 58:6 | 426:24 427:25 | **government** | 147:25 152:12 | 217:24 218:2 |
| 64:13 77:24 | 430:22,23 | 35:13 | 152:19 158:21 | 219:7,22 |
| 78:2 82:12 | 431:1,6,6 | **grab** 204:16 | 159:4 197:18 | 220:11 221:5 |
| 83:4,14 85:24 | 435:20 438:1 | **gradient** 362:12 | 205:23 211:4 | **hair** 404:25 |
| 86:5,7,8,20 | 438:11,22,22 | **grading** 392:4 | 246:12 264:20 | 406:3 |
| 89:4 92:20 | 439:18 440:13 | **grant** 92:3 148:6 | 267:1 279:21 | **half** 204:15 |
| 93:17 96:2 | 447:11 456:15 | 311:2 316:8,18 | 283:9 331:11 | 377:3 |
| 99:11 112:21 | 464:13,20 | **grants** 148:10 | 349:19 350:6 | **halfway** 45:17 |
| 112:21,22,22 | 469:20 470:17 | 148:12,15 | 352:17 359:10 | **hall** 315:20 |
| 112:24,25 | **Golkow** 13:5 | 320:4 | 359:12 360:3 | **hand** 324:21 |
| 113:18,24 | **good** 14:2,3,4 | **graph** 326:2,4,4 | 405:14 407:1 | 439:23 |
| 114:17 115:10 | 15:23 16:11 | 443:8 | 409:15 423:16 | **handed** 85:5 |
| 132:22 135:16 | 17:11 19:15 | **great** 140:12 | 444:10 448:10 | 86:14 134:7 |
| 136:10,12 | 22:16 28:15 | 163:12 226:17 | 449:10 455:25 | 328:4 |
| 151:17 154:5 | 39:12 58:24 | 333:7 334:1,3 | **guessing** 288:17 | **handwritten** |
| 154:12 156:6 | 65:16 68:17 | 343:24 | **guidance** 33:20 | 334:24 |
| 158:22,23 | 88:20 89:12 | **greater** 321:8 | 363:6 | **hang** 216:6 |
| 162:14 166:1 | 100:4 124:14 | 349:10 389:6 | **guided** 146:11 | 294:11 |
| 167:19 173:18 | 130:10 139:9 | **Green** 351:11 | **guideline** 362:8 | **Hank** 153:9 |
| 182:13 193:6 | 151:9 152:4 | **Greenland** 8:20 | **guideposts** | **haphazard** |
| 195:22,22 | 170:1 171:7 | 9:5 288:22 | 457:12 | 463:1 |
| 199:24 204:8 | 174:17 204:5 | 289:1 290:12 | **guts** 360:11 | **happen** 54:23 |
| 204:20 206:1 | 204:25 205:1 | 297:22 317:13 | **guys** 21:4 185:2 | 93:17 181:19 |
| 212:25 215:25 | 223:10 227:8,8 | 318:1,5 320:12 | 226:25 306:18 | 319:6 |
| 216:1,1,3,13 | 227:8,8 230:18 | **Greg** 403:1,2,3 | 313:21 377:3 | **happened** 22:13 |
| 218:21 219:9 | 231:2 240:10 | **Gregory** 1:15 | 397:10 413:25 | 316:21 |
| 221:11 226:25 | 241:11 252:3 | 2:1 6:2,12,17 | 430:21 431:10 | **happens** 27:16 |
| 227:1 234:4 | 258:18 272:23 | 6:19 7:9,13,14 | 440:18 | 104:12 164:23 |
| 245:22 246:18 | 277:5 280:6 | 7:16,20 9:15 | **GYN** 60:20,21 | 194:16 459:15 |
| 256:23 280:8 | 323:2 327:6 | 13:16,22 16:2 | 60:25 61:6 | 459:17 |
| 290:23 294:22 | 343:10 364:20 | 16:8 66:8 | 63:14 107:10 | **happy** 39:11 |
| 299:22 304:14 | 377:21 391:12 | 100:18 133:24 | **gynecological** | 114:2 319:3 |
| 306:12 310:8 | 392:22 426:14 | 206:14 208:2 | 62:2 105:9 | 334:11 344:17 |
| 311:14,15 | 427:1 431:25 | 470:20 474:11 | 106:2 115:23 | 346:21 373:25 |
| 315:13,16 | 465:1 467:21 | **ground** 320:8,25 | 116:6,24 | **hard** 53:7 |
| 316:15,19 | **goodness** 343:17 | **group** 8:22 | 117:18 118:9 | 144:24 165:1 |
| 317:4,9 318:23 | **Google** 242:17 | 152:22 190:1 | **gynecologist** | 182:5 202:19 |
| 319:5,8,17 | 242:20,21,21 | 238:25 261:10 | 115:20 | 260:11 289:14 |
| 320:2,19 326:6 | 244:18 | 261:13 309:21 | **Gynecology** | 301:6 328:13 |
| 335:23 338:5 | **gosh** 342:8 | 310:14 394:9 | 239:5 | 348:1 358:24 |
| 338:14 342:20 | 374:12 375:15 | 394:20,22 | | 358:24 433:22 |
| 342:21 347:25 | **GOTSHAL** | 395:10 396:2 | **H** | 442:16 446:14 |
| 352:20 353:1 | 4:19 | 398:20 402:5,6 | **H** 6:8 7:1 8:1 9:1 | **Harlow** 285:21 |

Gregory B. Diette, M.D.

Page 497

348:2,7,8
351:10,10
**Hartge** 327:22
328:6,18 329:1
329:4 330:21
332:14 333:17
333:18 335:24
336:11 338:23
339:8,21 344:3
344:4 346:12
347:5 350:6,17
351:3
**Hartge's** 351:15
**Harvard** 215:3
222:4,12
223:17
**Hashtag** 100:22
**hazard** 271:24
273:12
**he'll** 218:18
390:2
**head** 107:11
154:14 197:10
240:10 241:11
370:14
**head-to-toe**
105:4
**headed** 8:4
**heading** 359:1
**headings** 171:2
174:18
**health** 8:8,14
10:19 11:21
46:21,25 47:18
47:20 48:6,15
48:23,25 94:7
95:2,6 100:22
101:21 102:1
103:7 107:14
231:15 235:24
260:18 264:21
265:17 266:5
266:11 267:6
267:14 268:10
272:13 273:20
274:12 275:24
278:10,25

367:15 369:24
370:3 378:6
409:3,10,20,23
432:2,8
**healthcare**
144:9 462:3
**hear** 15:14
115:6,8 220:7
260:6 307:22
321:12 348:24
466:14
**heard** 116:9
154:4 202:20
227:4 258:3
294:22 307:15
330:6 354:21
389:16 406:25
409:20 410:15
**hearing** 6:21
7:18 8:7 70:24
71:13 133:25
202:11 206:16
207:17 231:14
232:11 233:20
236:6 332:11
**heart** 107:9
**HEASLIP** 4:18
85:12 464:17
**heavy** 387:21,24
395:1
**heck** 360:16
**held** 2:1 13:8
338:15 377:15
440:24 464:21
467:18
**Heller** 273:2,5
280:17,18
281:23 282:6
428:14
**help** 27:4 122:2
133:11 157:24
158:1,5 162:15
168:18 172:19
175:3 176:1
180:7,15,23
185:19 186:3
186:23 193:12

193:25 197:9
301:10 410:11
410:11
**helped** 20:12,16
91:18 168:23
169:11,12
170:24 311:2
**helpful** 164:7,9
303:13
**helping** 468:20
**helps** 155:9
172:19 340:23
**Henderson**
285:9
**hey** 112:20,20
431:10,10,10
**Hi** 467:22
**high** 41:8,8
269:17 289:21
380:15 406:2
**higher** 155:25
215:9 226:13
226:22 282:15
347:10 354:3
367:21
**highlight** 70:10
**highlighted** 31:4
70:5
**highlights** 30:18
30:23 69:22,24
**highly** 36:2,3,16
37:20 256:13
**Hill** 145:6,10,15
145:23 146:2
146:11,19,20
147:5,14
239:11,21,24
268:11,15,23
269:9,16
270:14 271:1,4
271:18 278:1
358:24 362:22
419:8
**Hill's** 447:22
**hired** 224:11
**histologic** 422:2
**histology** 417:13

**historic** 391:13
**history** 282:16
283:19 284:7
285:16 286:4
**hold** 24:10,10
28:21 44:2
98:5 120:9
144:1 236:19
314:9 323:9
366:6 438:19
438:23 439:17
439:24
**holds** 100:20
**holler** 88:24
**Holmstock** 5:23
13:4
**home** 30:11
404:13,22
456:25
**homes** 102:17
**honestly** 55:19
73:18 88:9
96:19 133:1
230:3,21 429:3
**hope** 38:6
113:20,20
198:22 205:18
207:8 352:19
434:22 446:18
**hopefully** 205:4
**hoping** 133:16
314:21
**Hopkins** 7:11
9:7 15:6 34:19
48:7 93:19
95:9,21,24
96:21 98:4
100:8,19,21
104:9,25
118:20 205:9
208:9,14,19
209:1,17
213:21 223:14
224:6,7,22
225:10 230:2
294:7 308:15
309:20 310:2

310:13 312:2
313:7,8,9,10
313:24 314:2
**Hopkins'** 309:13
**hospital** 9:17
96:1,3 117:4
224:17 325:12
345:5,5,17
**hospital-based**
356:8,15,21
357:3 358:14
359:14 360:8
**hospitals** 345:12
**Hotel** 2:5 13:9
15:2
**hour** 23:14,24
24:19 177:18
177:22 204:16
377:2
**hourly** 23:10
24:2,6,21
178:20
**hours** 23:4,8,8
25:17 257:13
257:13 376:25
467:13
**house** 231:12
404:16
**household** 10:14
284:5 369:4,8
**huge** 387:20
**human** 10:25
11:21 285:7
439:4,5 448:14
448:22
**humans** 449:13
**humongous**
379:2
**hundred** 14:13
14:15 155:22
155:23 301:22
344:15 453:23
458:13
**hung** 199:24
**hurry** 463:6
**Hutfish** 4:20
**hybrid** 291:15

hygienist 120:1
hypothesis
  89:19,23
  315:11 316:11
  420:1,10 439:8
  441:17,25
hypothetical
  78:21 79:3,22
  80:18 234:4
  235:7 383:7
hysterectomy
  285:16

**I**

IARC 10:23
  41:21 239:3
  241:11 252:18
  253:12 259:2,5
  259:6 260:4,8
  260:18,21
  261:8,12,21
  262:16 387:3,5
  387:5 391:16
  391:22 392:6
  392:12,12,14
  393:17 396:2
  397:15 398:20
  399:16 400:19
  400:20,25
  402:4 412:4
  457:16
IARC's 392:7
  399:16
ICTR 310:25
ICTRs 294:22
ICU 105:22
  143:13
idea 194:25
  230:3 284:12
  317:15 323:5
  336:4 382:20
  429:3
ideal 332:18
  333:1 340:21
  344:19 394:18
ideas 301:5
identical 213:22

346:10
identification
  16:15 17:20
  18:25 44:21
  52:12 82:10
  91:6 95:15
  98:25 133:21
  138:24 213:10
  235:19 267:9
  281:20 289:23
  297:15,19
  308:8 312:10
  324:19 327:25
  366:12 369:17
  377:17 393:2
  397:2 413:24
  416:20 427:6
  431:15 437:20
  442:23
identified 36:21
  134:6 241:12
identify 238:12
  246:16 247:22
  350:11 353:22
  354:2 438:4
identifying
  102:11 172:22
ignore 246:18
  322:13
II 226:19 392:22
iii 276:15
ill 105:14
illness 117:8
  319:25
illnesses 104:15
  370:22
imaginable
  117:8
imagine 104:12
  352:12,14
  383:24
Imerys 109:25
  110:5 442:2
impact 150:6
  342:24 383:19
  384:19 385:22
impacted

405:11
impacts 84:7
  97:15 101:9
  149:21 150:2
  150:13
impenetrable
  181:22
imperative
  46:21 369:24
  370:3 472:10
implemented
  367:15
implementing
  292:11 368:1
implicated
  285:20
implication
  160:10 405:18
implications
  363:8
implied 405:24
importance
  303:25 304:22
important 41:7
  53:17 254:6
  293:11 315:4
  323:16 342:10
  342:13 360:15
  387:20 403:4,9
  419:2 451:17
  451:19
impossible
  85:15 90:16
impressed
  185:22,25
  218:18
improper 83:22
  193:5 455:21
  456:17
imprudent
  79:18 80:12
  87:18
inappropriate
  160:17 161:1,5
incessant 115:14
incidence 46:22
  389:19

include 47:2
  100:23 101:6,8
  107:2,5 120:14
  120:15,20
  122:7 123:5,7
  133:12 146:17
  245:17 247:1,8
  247:9 251:3,21
  252:25 339:15
  355:1 363:21
  388:17
included 43:23
  146:5 225:14
  245:2,9,9
  246:20 249:3
  251:12 264:23
  268:4 336:19
includes 95:25
  101:3 107:22
  305:23 332:21
  354:12,20,23
  355:4 401:4
including
  102:16 237:23
  252:6 310:14
  349:24 467:5
inclusion 217:4
  245:24
inclusive 251:7
  251:9,9
incomplete 46:7
  78:21 79:2,21
  97:24 98:21
  235:7 383:6
  414:21
inconsistencies
  359:6
inconsistency
  286:22 287:1
  356:19 358:2
  358:20,21
  359:9 360:1
inconsistent
  291:6 292:14
  293:9 355:23
  356:1,14,16
  357:9,24 360:5

360:6 463:12
incorrect 121:12
  155:2 179:16
increase 102:22
  108:5 214:24
  216:21 217:2,3
  217:10 218:3
  219:8,24 220:1
  220:12 221:6,9
  221:9,10,14,15
  221:16 237:21
  371:6 379:17
  380:20 402:1
  417:15 420:3
increased 215:5
  222:6,18
  223:19 233:22
  234:14 236:16
  237:17 384:19
  389:5 413:11
  414:17 422:23
  423:9
increment 371:7
increments
  371:14
independent
  153:21 154:8
  154:16 155:15
  251:2
indicated
  165:17 254:14
  315:4 398:22
  403:4
indicates 19:5
  379:14,15
  380:20
indicating
  465:17
indicative
  271:22 272:10
  277:19 278:5
  278:17,21
  279:25
indicator 323:24
  403:25 404:2
  406:8
indisputable

Gregory B. Diette, M.D.

433:9,17 435:3
**individual**
193:17 244:19
**individuals** 47:4
47:19 60:14
75:6 106:20
215:14 232:15
284:10 309:23
409:4
**indoor** 368:25
369:25 370:4
370:18,25
371:17,24
372:12,23
373:15,21
374:7,17,23
375:19 376:10
**induce** 420:2,10
**induces** 423:19
**industrial**
119:25 387:21
387:25
**industry** 232:11
**infected** 383:2
**infer** 283:13
379:10
**inference**
298:17 362:8
**inflammation**
12:5 102:19
126:3 241:18
241:20 413:8
418:6 420:3,9
420:24 421:4
422:3,5,12,23
423:9,14,17,20
424:14 425:21
439:10 442:21
443:11 444:18
444:21
**inflammatory**
107:9 417:19
420:1,23
432:11
**inform** 71:23
363:15 407:24
408:12 409:10

440:4
**information**
9:12 16:24
22:17 47:3
56:18 57:12
59:25 71:6
75:16 91:16
98:17,19 102:1
162:21 164:22
165:24 166:17
167:1,2 172:1
172:2,10
175:23 224:25
225:7,15 237:6
237:22 238:1,5
239:6 248:21
249:2 253:14
253:22 266:12
266:17 272:22
279:20 322:12
336:20 339:9
341:2 342:6
343:21 344:18
357:15 363:5
386:2 392:8
434:8,18,25
441:11 445:21
451:2,2,3,4
456:11 457:10
457:17 460:17
**informative**
456:14
**informed** 30:8
30:10 59:2
**informing**
251:17
**informs** 270:13
**ingested** 266:21
**Ingham** 26:12
26:13 27:19,25
29:13 55:9
133:12 138:1,4
138:7 141:4,7
197:1,7,12
199:18
**Ingredients** 55:3
**inhalable**

102:23 108:6
**inhalation** 54:19
57:4,22 201:13
413:10 414:15
415:4,8,10,11
**inhale** 142:4
405:7,16
**inhaled** 266:22
405:19 406:1
415:15,22
457:5,22
**initial** 279:16
**initially** 250:12
**initials** 216:3
**initiates** 439:10
**inner** 48:18
102:17
**Inner-City**
10:17
**innovative**
301:9
**inpatient** 105:14
**input** 183:17
198:1 272:22
**inputs** 368:10
**inquired** 232:5
**inquiry** 31:16
**insert** 182:2
**insignificant**
287:19
**insist** 183:16
**instance** 194:6
264:1
**instigate** 417:18
418:6
**Institute** 9:7
294:13 308:16
313:9
**institution** 225:1
**instruct** 135:17
136:12 173:19
176:15,19
**instructing**
156:19 166:5
177:9 218:11
**instruction**
166:11 167:4

**INSTRUCTI...**
472:1
**intellectual**
183:17
**intelligent**
329:24
**intend** 399:21
400:12 401:7
408:15,18,21
**intending**
401:20
**intensive** 63:6
104:10 105:8
105:11,13
**intent** 198:23
**intention** 92:22
408:16
**intentionally**
274:2 330:4
332:7 420:14
**interest** 107:21
108:3 196:15
196:23 200:3
314:23 315:1,3
322:14 349:4
374:5
**interested**
102:13 108:1
150:10 153:6
155:6 163:19
185:8 195:10
332:11 342:9
448:2
**interesting**
150:3 311:17
313:18,20
315:18 347:21
**interests** 97:14
97:21 101:8,15
103:2,12 143:1
**interfaced**
174:21
**interject** 31:23
166:2
**internal** 34:21
64:9 94:18
105:2 107:7

**International**
10:8 45:9
364:12
**internist** 118:16
**interpret** 77:18
287:16 373:25
386:22 454:20
**interpreted**
239:6 323:16
**interpreting**
198:2 318:16
**interrupt** 39:1
243:17
**interruption**
251:24
**intersection**
465:10
**intersects**
458:20 459:3
466:2,20 467:9
**interstitial**
122:9,11
**interval** 305:23
328:19 329:7
330:12 353:10
354:3,10,11,16
355:3
**intervals** 317:2
327:18 353:8
357:9
**intervention**
370:8
**intraperitoneal**
285:14
**introduce** 15:24
**introduced**
152:17
**introduction**
413:17 454:20
**invent** 344:9
**inverse** 463:11
**investigating**
234:9
**investigation**
294:7
**invite** 261:5,5,12
261:21

Gregory B. Diette, M.D.

232:15 261:7
**invites** 260:22
**invoice** 23:1,5
  24:20 34:5
  158:24 161:14
  161:24
**invoices** 22:18
  22:21,25 40:4
  40:8 158:4,13
  179:2,12
  468:25
**involuntary**
  10:20 378:6
  393:8
**involve** 33:8
  157:17
**involved** 60:20
  67:18 128:3,6
  128:9 144:23
  147:16 152:9
  152:12 163:13
  194:21 200:21
  209:12 230:8,9
  240:6 248:12
  319:24 428:15
**involving**
  199:11 254:16
  365:12
**IOM** 394:2
**irregularities**
  256:12
**issue** 9:10 41:19
  47:20 79:7
  81:4 129:25
  135:18 142:11
  142:16,20
  150:19 166:8
  199:2 225:4
  241:10 246:23
  251:23 261:14
  294:18 298:16
  299:5 301:2,8
  308:18 309:3,9
  337:8 359:2
  387:15 391:16
  394:14 448:7
  449:1 467:10

**issue's** 309:9
**issued** 264:22
  295:18
**issues** 25:1 57:4
  134:10 145:22
  254:16 256:22
  257:17 462:12
**item** 66:9 67:19
  150:25
**items** 20:19 22:3
  22:4
**iterative** 91:13
  238:19
**Iturralde**
  285:10

---

## J

**J&J** 19:16 157:3
  159:16 184:15
  184:25 185:1,2
  210:9 441:22
**J&J's** 27:7
**JAMA** 328:6
**Jersey** 1:2 3:22
  4:21 13:15
**JESSICA** 5:9
**JJCI** 53:17
**JNJ** 8:18 9:22
**job** 55:20 93:15
  93:15 132:21
  191:18
**jobs** 215:9
  226:13
**Johns** 7:11 9:7
  15:6 34:19
  48:7 93:19
  95:9,20,24
  98:4 100:8,19
  100:21 118:20
  205:9 208:9,14
  208:19,25
  209:17 213:21
  223:13 224:6,7
  224:22 225:9
  294:7 308:15
  309:13,20
  310:1 313:10

**Johnson** 1:4,4
  4:16,16 13:11
  13:11 49:17,18
  49:19 50:1,1
  50:12,13,19
  51:6,6,7,15
  53:4,12,25
  55:6,6,14,14
  55:17,18,25,25
  56:5,6,13,13
  57:10,10,20,20
  63:22,22 64:4
  64:4,23,24
  65:3,3 69:11
  72:17 74:11,11
  74:21,21 75:15
  75:15 78:3,10
  78:16 79:17,19
  79:19 80:8,13
  80:13 81:13,13
  81:17,17 84:10
  84:10,16 87:17
  87:19,19,23,24
  108:22,22
  109:3,3,7,8,16
  109:16 136:8,9
  136:16,16
  137:1,1 150:18
  150:18 151:3,3
  157:9,9,12,13
  157:17,18
  158:10,10,20
  158:21,24,24
  158:25 159:1
  161:19,19
  165:16,16
  381:17,17,17
  381:18,18
  382:24,25
  384:23,23
  385:12,12
  406:15,15,16
  406:16 407:2,3
  407:6,6,19,19
  407:22,22
**Johnson's** 7:4
  49:19 50:19

51:7,15 52:8
  53:4,13,13,21
  53:25 54:1
  56:16 69:11
  72:18 74:15
  78:3,9,10,17
  79:17 80:9
  84:16 87:17
**joined** 312:7
**joint** 100:20
**Jonathan**
  185:11,12,13
  185:17 186:22
  194:22 195:3,4
  195:12
**Jordan** 347:16
**journal** 10:8
  45:9 123:21
  125:18 126:13
  127:9 144:18
  145:14 147:6
  299:5 315:13
  364:12 369:10
  411:10 439:4,5
**Journal's**
  316:23
**journals** 121:16
**judge** 39:10 71:5
  113:21 114:2
  218:15,17
  219:4,4 220:9
  220:14 337:16
  337:23 338:9
**judgment** 251:3
  251:10 336:13
  361:19 362:14
**July** 71:5,17
  219:6
**jumbled** 202:12
**jump** 132:22
  156:6
**June** 92:6,10
  121:9,13
**jury** 16:1,3
  70:17,23
  205:15

---

## K

**K** 3:5,7
**KATHERINE**
  5:3
**keep** 27:11
  53:14 54:18
  85:23 112:7
  164:14 168:12
  177:13 242:9,9
  334:7 358:25
  451:11
**Ken** 287:21
  288:7 290:9
**kept** 347:5
**key** 241:12
**keywords**
  268:24
**Kim** 364:9,14
**Kimmel** 7:22
  214:3 215:14
  224:24 225:5
  225:12 228:17
**kind** 29:24
  46:10 56:21
  57:12 63:8
  70:11 74:2
  97:2 104:7,11
  104:18,24
  105:4 154:19
  181:15 195:2,7
  212:2 240:19
  242:10 254:7,8
  257:10 266:7
  269:7 289:1,11
  299:14 333:22
  333:25 336:16
  341:21 348:12
  402:24 404:5
  406:17 421:19
  450:1 452:25
**kinds** 64:17 97:7
  126:3 162:11
  209:13 224:14
  224:15 266:19
  342:24,24
  358:3 412:8

Gregory B. Diette, M.D.

421:7 448:20
**knew** 153:1
  155:8 185:20
  186:6 312:3
  383:9,14
  435:10
**know** 14:15,21
  15:12,15,19,20
  21:4,21 24:7
  25:21 26:23
  29:5,16,23
  32:25 35:2,3
  35:13 36:13,16
  36:19 37:3,8
  37:21 41:6,10
  44:8 46:3,4,16
  48:2,13,14,17
  48:22,25 49:7
  49:14 50:8,16
  51:11,20,21
  53:9,18 58:16
  63:4,11 64:18
  67:3,7 68:5,23
  69:2,5 70:2,9
  70:11 72:12,20
  73:22,24 75:12
  79:23 81:6,14
  82:4 83:3 88:9
  88:23 90:5
  91:15,15 94:9
  95:23,23 96:19
  97:6,8,9,11,11
  97:24 100:4
  104:6 106:9
  107:6,10 109:1
  109:7 110:5,8
  110:21 113:7,8
  115:5,10
  116:22 117:5
  118:2,7 119:22
  123:2,5,16,17
  125:2,22 126:1
  130:8 131:8,19
  132:16 133:8
  137:12 140:24
  141:3 142:7
  143:8,10,13

144:12,13
147:10 149:2,4
153:19,24
155:19 157:5,6
157:13,15
158:2,5,17,18
158:19,22,25
159:24 160:4
161:12,19
162:13 163:8
165:2 168:5,21
169:21,25
170:20 171:3,6
171:24 172:20
174:18 175:20
175:22,23,25
176:7,8 178:14
178:15,23
182:7,10
183:19 185:16
186:14,14
187:22,23
190:1,23,24,25
190:25 193:2
194:16 195:6
195:19 196:11
196:16,17,19
196:19,22
197:19,21,24
198:1,2,9,12
200:21 206:1,2
206:2,9,20
207:21,22
208:11 210:8
212:23 213:18
213:19,21,21
216:12 217:19
219:19,25
220:23 222:15
224:6,7,8,9,10
224:10,14,17
225:5,7,8,8,10
226:16,18
228:23 229:10
229:17,18,24
230:21,25
231:5 232:19

235:9,10,11
237:2,18,20
238:2,19,22,23
239:3,13,22
240:4,6,14,17
245:19 247:12
250:14,15
252:5,11 253:8
255:5 256:21
259:25 260:12
260:14 261:3
262:2 263:10
264:18,25
265:11,22
266:3,4,5,6,10
266:13,18
268:21,21
269:10,19,19
270:14,22
272:21 276:23
279:22 281:4
281:16,17
283:11,13
284:11,13,13
287:14,14,21
287:22,22
288:1,3,7,12
288:20,21,23
288:24,24,25
289:6,9,11,14
293:16,24
294:4,6,17
295:9,12,12
296:1 299:6
302:22 303:4
303:10,10,20
303:20 306:17
306:20 307:23
308:24 311:4
311:18,20
312:22,24,25
313:2,3,5,18
314:3,12
315:14,15,16
315:17 317:3
317:11,19
318:4,4,5,5,6

320:2,8 321:4
321:23 322:1
322:11,12,14
323:8,11,12,14
326:11,22
329:25 331:9
331:24 332:16
333:1,4,20
334:5,13
336:11 337:4
340:15,19
341:7,20
342:19 344:19
348:2 349:13
353:3 358:19
359:6,13,16
361:6,13,13,14
361:15,20,20
363:4 364:15
367:19 368:6,9
368:11 369:6
371:16 372:22
374:4,22,22
375:13,17,17
376:11,23
379:2 382:8,9
387:6,14 388:4
388:8,20,22
389:17 390:4,5
391:12 392:23
401:19,25
403:5 405:15
405:17,22
408:1,10,13
409:16,19,22
412:9 421:16
421:17 422:2
424:10,19,25
425:5 426:6
429:9,12,12,13
433:15,16,23
435:8,12 437:7
442:6,6,7
445:7 446:24
447:4,5,23
448:19 449:12
450:11,19

451:3,14,15
452:5,12,23,24
454:14,25
455:8,10 457:2
457:11,15
458:10,12,14
458:15 459:15
461:21,22,25
463:6,14
466:13 467:1
468:19,21,21
468:22,24
**knowing** 163:20
  289:18 388:10
**knowingly**
  304:9
**knowledge**
  40:20 255:11
**known** 110:14
  152:13 186:8
  215:7 225:24
  226:9 284:8
  373:4,6,7
  455:15 459:17
**knows** 15:12
  133:16 313:18
**Kotsopoulos**
  351:13
**Kurta** 351:13

———————
       **L**
———————
**L** 4:3
**label** 94:10
  95:24 314:13
**labeled** 239:10
  353:19
**lack** 286:19
  304:1,23 405:5
  460:25
**lacks** 60:17
  75:10 210:11
  215:17 229:22
  232:17 234:2
  235:8 250:21
  272:17 295:23
  299:2 301:18
  409:13 430:7

Gregory B. Diette, M.D.

432:14 442:2
443:18
**ladies** 15:25
112:20
**laid** 292:5
**Langseth**
425:13,14,20
**language** 225:14
226:16 279:5
392:2
**large** 86:11
123:3 361:13
361:14,14
**larger** 305:21
362:17
**Lash** 8:21 289:7
289:12 290:14
**late** 39:17 40:14
407:17
**lately** 229:25
**latency** 41:10,13
41:24 45:19,25
46:8,9
**latest** 455:3
462:22
**latters** 239:19
**laughed** 353:2
**law** 158:19,22
159:1 161:18
173:2 192:9
206:21
**lawsuit** 109:15
**lawsuits** 184:17
**lawyer** 185:7,10
194:12
**lawyer's** 18:5
**lawyers** 18:14
184:25 195:2
209:5,7,10,12
276:24
**lay** 290:24
**Lazar** 309:8
**lead** 126:4
302:20 309:4
369:8 370:11
370:12 413:11
421:18 423:20

427:15 448:1
**leading** 415:15
**leads** 439:10
**learned** 152:22
317:10,10
**leave** 93:10
185:2 237:10
256:9 384:12
**leaves** 217:2
**leaving** 237:5,12
237:22
**lecturing** 301:4
**led** 283:12
383:10
**leeway** 268:21
**left** 21:25 182:8
254:21 291:17
293:16 320:24
406:6
**left-hand** 45:18
444:16
**legal** 71:22
109:10,17
131:4,9 134:20
134:25 137:1
188:2 193:19
202:7 207:3
228:5 428:9
**legitimate**
270:25
**legs** 339:11
**Leslie** 1:25 2:16
13:20 471:18
**let's** 18:11,14
23:7 25:2
27:11,15 41:13
44:11,12 45:14
47:20 83:20
85:22,23 100:7
100:12 101:17
102:7 121:1
122:14 133:18
158:7 161:14
170:10 184:14
192:20 209:23
210:24 218:19
218:20 225:19

231:10 236:8
243:21 263:8
263:15 267:5
275:11 297:12
297:16 298:9
299:18 305:5
305:18 320:15
320:17 324:2
338:8 353:24
355:11,13,14
358:10 360:18
360:19 374:20
376:21 396:18
398:13,17
399:2,20
416:17 431:12
431:13 447:8
464:11
**letter** 11:20
431:23 441:2
443:16,17
**level** 272:20
284:9 387:24
406:2 456:23
457:4,21
459:16 466:22
**LEVIN** 3:13
**LHG** 1:5
**Liability** 1:7
13:12
**life** 119:6 203:10
**lifetime** 379:11
420:22
**lifted** 115:7
**ligation** 285:17
**light** 11:16
427:10
**limit** 52:18 97:9
**limitation**
421:18
**limitations**
460:9
**limited** 39:18
40:15 395:21
**line** 9:18 55:2
80:16,24 83:11
84:2 87:11

97:13 214:12
266:16 349:18
350:10 353:17
361:9 369:22
369:23 473:4
**lines** 436:1
452:12,14
**link** 172:24
240:14 372:2
386:13 422:5
**linkable** 404:3
**links** 386:16
389:11
**list** 20:20 21:8
21:14 35:12,14
43:2,7,9,10
65:21 67:21
138:13 139:12
139:16,22
157:20 162:8
165:18 182:6
182:11 188:16
244:6,18,20
247:1,25
248:10,13,15
248:20 249:12
249:19 252:19
253:11 269:11
312:6,15,16
313:4 316:25
364:19 388:15
388:19 468:23
469:3
**listed** 20:19 22:3
35:1 65:17
142:23 146:9
165:7 180:14
188:1 214:17
238:20 244:9
246:6 250:7
251:15 252:20
267:20,21
325:5 326:1
328:17 332:14
333:10 334:16
388:17,18
**listen** 39:4,21

106:24 113:5
194:13 329:22
469:21
**listening** 345:10
**listing** 268:23
**lists** 35:2 42:15
238:21 325:25
327:12
**literally** 26:25
27:21 34:20
93:14 107:24
119:2 123:14
172:21 183:21
206:21 208:12
213:16,22
216:14 217:15
230:23 273:8
279:16 298:15
313:6 332:20
355:24 456:14
458:24 459:18
459:19
**literature** 35:24
39:16 76:16
79:10,15
121:11,21
124:5 126:8,18
148:22 162:20
163:5,23 164:3
164:11 184:22
185:9 212:19
222:21,23
240:2 242:2,7
242:25 245:1
246:5,7 264:25
271:24 291:4,5
291:6 292:13
373:14 374:6
375:7 382:7
386:17 389:1
407:6,20 409:9
411:22 412:16
416:4 422:9,22
423:3,7 441:15
448:5 451:21
453:15 454:13
461:17 462:15

Gregory B. Diette, M.D.

Page 503

| | | | |
|---|---|---|---|
| 464:2 | 232:16 234:1 | 66:6,10,13,24 | 392:19 397:22 | 97:1 171:8 |
| **litigation** 1:8 | 235:6 248:24 | 68:9 69:10 | 416:16 419:13 | 201:22 266:2 |
| 13:5,13 56:7 | 261:1 265:1 | 70:25 71:7,18 | 428:5 430:22 | 266:11,15 |
| 67:19 129:14 | 271:6 274:16 | 72:5,15,16 | 431:22 438:20 | 268:3 306:15 |
| 129:17 130:3,4 | 291:12 293:1 | **Longo's** 67:4,14 | 440:1 443:10 | 317:25 348:5 |
| 130:20 162:4 | 295:22 298:19 | 70:18 | 443:15 449:10 | 349:18 380:5 |
| 180:20 407:7 | 302:18 304:24 | **look** 20:17 29:7 | 454:13,24 | 443:23 449:23 |
| 407:21 409:21 | 306:7 307:2 | 30:13 37:4 | 462:4 469:7,10 | 465:16 |
| 410:3 439:1 | 325:8,15,17,21 | 41:7 52:22 | **looked** 26:7 | **loose** 46:15 |
| **little** 24:24 | 348:21,24 | 54:10 56:15 | 50:18 51:7,12 | **lost** 166:22 |
| 29:20 30:12 | 364:2 367:18 | 69:16 87:6 | 65:10 67:8 | **lot** 21:2 62:6 |
| 46:15,15 54:11 | 368:7 380:23 | 96:3,5,21,25 | 69:4,6 182:15 | 70:7,9,10 |
| 54:12 59:15,21 | 381:8 382:3 | 100:7 102:3 | 213:22 226:20 | 99:23 168:22 |
| 73:12 77:25 | 385:25 391:25 | 121:17 123:1 | 239:8 241:13 | 169:2 200:25 |
| 115:6 121:1 | 402:9 406:20 | 138:12 141:2 | 242:16 245:18 | 207:22 224:4 |
| 152:2 158:7 | 407:9 408:3 | 143:9 144:21 | 252:17,18,20 | 237:6 302:19 |
| 186:1 205:3 | 410:25 411:14 | 147:12 149:3 | 253:2 266:19 | 310:21 315:6 |
| 230:11 238:7 | 411:25 412:21 | 153:25 161:14 | 268:7 282:23 | 332:22 341:2 |
| 241:23 245:12 | 413:13 414:25 | 168:16 171:1,6 | 312:1 336:13 | 360:16 403:7 |
| 279:10 343:20 | 416:1 417:24 | 171:10 173:17 | 344:10 374:23 | 418:2 423:6 |
| 343:21 352:24 | 418:20 420:12 | 174:11,16,17 | 391:16 398:21 | 435:21 449:22 |
| 355:6 360:19 | 422:16 423:24 | 176:9 179:1 | 409:16 421:16 | 452:12,14,16 |
| 371:14 376:21 | 424:17 429:10 | 181:17 182:21 | 433:18 435:22 | 452:21 460:7 |
| 377:2,24 | 430:6,10,15,19 | 183:21,25 | 436:18 448:6 | **lots** 387:10 |
| 399:20 400:3 | 431:5 432:4,13 | 196:16 213:13 | 448:13,21 | 415:2 451:2 |
| 407:16 423:6 | 434:15 435:7 | 222:22 226:18 | 452:3 457:15 | **loud** 115:9 |
| 463:7 468:12 | 436:16 440:6,9 | 238:21 251:20 | 457:16 | **lousy** 47:9,15 |
| **live** 315:9 317:7 | 445:3,16 446:4 | 252:23 254:6 | **looking** 28:8,10 | **low** 93:3 149:10 |
| 318:18 | 446:21 449:6 | 257:18 267:15 | 28:16 104:4 | 269:17 446:10 |
| **living** 287:24 | 450:10,23 | 267:19 272:24 | 130:21 153:2 | 459:15 |
| 315:10,24 | 452:2 453:6,21 | 272:24 277:14 | 172:14 211:7 | **lower** 319:12 |
| 374:21 380:22 | 457:8,24 464:6 | 290:5 293:14 | 213:23 239:13 | 343:15 419:13 |
| **LLC** 4:10 | 467:11 | 301:25 303:23 | 239:23 242:11 | 419:20 |
| **LLP** 3:6 4:19 | **Logan** 5:5 | 308:11,25 | 252:22,25 | **luck** 319:4 |
| 5:4,10,17 | **long** 24:9 39:5 | 313:16 316:22 | 283:17 293:12 | **lucky** 105:1 |
| **local** 190:3 | 82:17 83:2 | 323:6,7 327:21 | 297:4 301:22 | **lump** 383:1 |
| **location** 379:13 | 93:16 117:9 | 328:22,25 | 316:9 323:14 | **lumping** 197:20 |
| **locations** 104:9 | 152:9 170:11 | 329:13 337:6 | 323:15,15 | **lunch** 204:6,21 |
| **LOCKE** 5:16 | 174:24 181:22 | 340:16 341:10 | 340:13 346:3 | **lung** 11:6 97:15 |
| 73:6 88:6 | 268:18 300:6 | 341:10 342:1 | 355:20 356:3 | 100:24 101:9 |
| 89:25 110:18 | 300:15 329:13 | 342:25 344:17 | 365:10 366:18 | 103:3 106:20 |
| 118:12 145:8 | 341:12 440:3 | 345:11 347:16 | 371:10 376:9 | 122:7,8,10,11 |
| 186:12 191:20 | 469:8 | 353:8 355:24 | 390:9 409:17 | 122:18,20,24 |
| 192:3 200:9 | **long-term** 59:10 | 356:12 359:24 | 428:24 463:2 | 123:2,5,7,13 |
| 202:1 217:12 | **longer** 39:5 | 365:2 369:21 | **looks** 20:13 21:2 | 123:14,18,19 |
| 218:5 220:16 | 94:12 420:2 | 371:4,5 378:17 | 29:25 37:4 | 123:23 126:5 |
| 223:25 231:18 | **Longo** 65:11 | 378:21 387:3 | 54:12 92:5 | 143:1,5 150:7 |

Golkow Litigation Services - 877.370.DEPS

Gregory B. Diette, M.D.

Page 504

202:23 284:10
364:1 365:4,16
368:3 372:3,3
372:12,16,18
372:20 376:11
376:14 378:1
379:11,17
380:3,21
397:18 398:1,2
398:11,15,24
399:11 404:3
414:15 456:25
**lungs** 90:18
371:24 415:18
**Luzenac** 11:24
438:10
**Lv** 366:1,15
**lymph** 11:19
123:3 412:17
412:25 427:12
428:9 429:8,20
430:4

**M**

**M** 3:19 4:17,18
**M.D** 1:15 2:1
6:2,17 7:7,13
13:22 470:20
474:11
**machine** 405:22
**Maddie** 174:22
174:25
**Magnani** 398:18
398:23
**main** 174:22
240:23 242:21
252:21,21
**mainstream**
306:19
**majority** 142:23
245:20 286:3
**making** 28:8
44:8 115:14
234:6 301:7
303:14 368:4
469:11
**malignant** 45:20

45:25
**malpractice**
203:18
**man** 329:24
**management**
123:18
**MANGES** 4:19
**manner** 47:20
161:4 409:11
**Manuscript**
10:13
**Maple** 3:21
**March** 8:10
231:12 236:1
296:19 297:23
298:15 305:10
308:19
**mark** 16:12
18:14 66:11,24
69:19 86:5
91:2 355:7
465:21
**marked** 16:14
17:17,19 18:12
18:24 26:12
28:23 44:20
45:2 52:3,9,11
52:25 54:3
82:7,9 91:4,5
95:9,14 98:23
98:24 132:8,9
133:18,20
138:14,15,17
138:22,23
213:4,7,9
235:17,18
267:5,7,8
281:19,22
289:20,22
296:18,18,23
297:13,14,16
297:18 298:10
308:5,7 309:15
311:24 312:5,9
324:15,17,18
327:22,24
328:4 366:11

369:16 377:17
392:25 393:1
393:13 396:25
397:1 413:23
416:19 426:24
427:5 431:14
431:17 437:13
437:19 438:8
442:18,22
468:6
**markers** 423:14
**Marketing** 1:6
13:12
**marketplace**
75:5
**marking** 26:13
70:1
**markings** 30:14
30:17
**Maryland** 1:16
2:7,18 13:10
15:2
**masses** 123:2
**matches** 406:10
**matching** 85:4
**material** 18:22
159:8 242:10
242:11
**materials** 6:21
18:3 19:5 20:5
20:6,19,25
21:7 23:17
34:10 42:5,15
65:17 66:2,8
111:15 112:10
153:24 157:19
157:20 159:19
468:19
**maternity** 93:10
**matter** 10:16
13:10 21:1
27:25 60:7
67:7 68:25
102:14 103:7
120:11 124:18
134:9 163:10
167:9,16

168:15 180:4
284:20 285:6
285:12 368:25
370:5,18 371:8
371:25 372:12
372:23 374:8
374:17,25
375:19 376:6
376:10 404:19
404:21 458:8
**matters** 69:2
158:20 168:14
266:23 450:25
**Mc** 8:5
**MCBETH** 5:3
**McCormack**
369:3,8
**McDonald**
427:15 428:23
**McShane** 9:6
318:1
**McTiernan**
232:13 233:9
233:19 234:8
234:11 235:22
**MD** 6:12,19
7:10,14,16,21
9:16 206:15
**MDL** 1:4 13:13
38:2 55:9
111:3 131:10
135:1 199:20
**MEAGHER**
5:10
**mean** 15:13
20:10,25 21:19
21:23 27:1
29:6 34:9,10
35:3,3,11,11
35:12 37:1
40:5,24 41:21
46:10 47:25
48:9,14,14
49:11 50:16
51:22 52:18
55:9,9,20
56:22 60:8

64:9,16 69:21
70:11,11,24
73:21 75:19
77:6,8 79:24
82:22 88:9
91:13 96:20
106:9 107:6,10
108:19 112:8
118:17 126:22
131:23 132:15
136:19 142:8
143:15 144:22
144:23 145:19
146:16 147:13
147:25 149:17
150:24 153:20
155:25 158:21
162:24 163:25
163:25 164:7
164:14 168:22
169:12,14,22
170:5,25
171:25 172:10
172:20 174:16
175:20,20
176:5 179:20
180:7 182:5,8
187:4 191:23
195:1,8,17,20
196:12,19
197:8 198:12
198:22 199:16
199:19 201:16
202:20 203:9
203:18 205:18
205:21 208:11
209:4,11
211:24 215:19
216:11 217:16
221:22 224:21
225:5 230:22
237:5 241:22
242:13 243:17
244:8 245:3
249:15 252:7
253:7 258:7,7
260:1 263:1,4

Gregory B. Diette, M.D.

| | | | | |
|---|---|---|---|---|
| 264:15,17 | 466:6 467:15 | 446:1,12,13,20 | **medicine** 7:11 | 142:16,20 |
| 265:11 267:16 | **meaning** 28:13 | 446:25 447:6 | 34:18,21,22 | 148:10 201:25 |
| 267:18 268:14 | 104:9 131:23 | 449:18 450:8 | 52:16 57:3 | 207:10 263:8,9 |
| 268:24 270:11 | 133:11 144:13 | 450:19 451:8 | 61:1 63:17 | 395:12,22 |
| 272:24 273:15 | 201:17 238:19 | 451:23 453:4 | 93:4,20,23,25 | 397:19 457:22 |
| 281:16 294:11 | 239:19 266:18 | 455:2 | 94:6,18,19 | 458:5 |
| 295:10 301:20 | 457:11 462:25 | **mechanisms** | 95:9,24 96:11 | **mess** 269:7 |
| 302:20,20 | 466:21 | 422:10 449:2 | 96:12 98:5 | 463:3 |
| 303:6 310:21 | **means** 49:14 | 453:4,19 455:6 | 100:18,19 | **met** 189:25 |
| 311:11,14,15 | 81:23 82:5 | **medical** 15:6 | 105:2,5 107:7 | 465:2 |
| 313:12 315:8 | 119:22 169:2 | 24:19 25:18 | 143:5 189:1 | **meta-analyses** |
| 318:22 320:1 | 185:3 187:24 | 30:4,5,10 | 201:10,19 | 238:20 240:11 |
| 321:24 323:1,2 | 321:24 372:17 | 31:11,17,21,25 | 205:9 294:8 | 244:19 251:16 |
| 323:7 329:17 | 405:16 456:1 | 32:6,11,14 | **Medline** 242:17 | 267:17,25 |
| 333:2,14,20,22 | 466:8,22 | 33:3,4,19 34:1 | 244:17 | 268:8 368:22 |
| 334:2,11 336:5 | 471:22 | 37:11 39:16 | **meeting** 157:23 | **meta-analysis** |
| 340:20 341:1 | **meant** 64:16 | 56:13,18 57:12 | **meetings** 260:21 | 10:6,12 11:14 |
| 342:8,20 343:2 | 130:19 256:19 | 81:12,16 95:21 | 261:23 | 245:21 246:7 |
| 343:19 344:6,9 | 259:15,16 | 95:22,25 96:3 | **member** 94:20 | 265:12 266:25 |
| 344:18 346:20 | 308:12 345:13 | 96:4 100:8 | 295:3,6 | 271:16 277:25 |
| 352:17,18,23 | 388:17,20 | 104:7,11 | **members** | 364:14 388:24 |
| 353:2,17,20 | 406:12 451:13 | 105:22 117:5 | 208:14 | 408:22 417:6,6 |
| 354:7 359:10 | 468:16,18 | 120:9 141:23 | **memorize** 41:7 | 417:9,10 425:5 |
| 359:12,13,23 | 469:6 | 151:23 152:5 | 341:8 441:12 | 425:16 454:23 |
| 360:14 361:2 | **measure** 333:2 | 152:10,18,22 | **memorized** | 455:3 |
| 363:7 367:19 | 340:22 363:22 | 153:15 154:7 | 36:25 37:5 | **Metals** 10:24 |
| 370:21 372:4 | 403:5,17 | 154:16 155:10 | **memory** 37:9 | 393:16 |
| 372:19 373:24 | 405:15 406:2,6 | 155:16,18 | 68:25 380:10 | **meter** 376:1 |
| 376:3 379:2 | 406:10 460:25 | 156:4 157:3,8 | 424:21 | 404:20 |
| 380:7 382:5,20 | 461:13,14 | 158:9 159:7,20 | **mention** 292:12 | **method** 244:23 |
| 383:23 386:23 | **measured** 406:9 | 161:12 162:5 | 458:6 | 363:4 421:5 |
| 387:2,2 392:11 | **measurement** | 162:19 163:21 | **mentioned** | **methodologic** |
| 392:13 401:13 | 404:1 | 164:10 165:5 | 46:14 154:22 | 191:9 |
| 401:14 402:25 | **measurements** | 165:21 166:25 | 162:13 259:2 | **methodology** |
| 407:1 409:19 | 391:12 | 167:21,22 | 280:16 331:13 | 143:19,25 |
| 409:23 412:8 | **measures** | 168:3,17 | 339:22 363:17 | 238:9 243:3,6 |
| 415:13,19 | 239:15,23 | 170:23 176:14 | 397:23 469:4 | 243:12,20,22 |
| 419:4 421:15 | 392:23 | 177:8 178:22 | **Merlo** 228:23 | 243:24 244:13 |
| 425:6 433:15 | **mechanical** | 179:7,14 | **Merritt** 351:12 | **methods** 143:18 |
| 435:11,21,21 | 468:1 | 188:20 189:6,8 | **meso-** 137:2 | 143:22,22 |
| 435:22 437:7,8 | **mechanism** | 190:15,19,20 | **meso/asbestos** | 144:7,13 |
| 443:23,25,25 | 165:3 281:17 | 194:9 215:3 | 207:14 | 253:25 266:13 |
| 445:14,19 | 384:7,20 | 222:4,21,23 | **mesothelioma** | 291:10 292:21 |
| 448:13 449:11 | 385:23 414:16 | 223:16,17 | 11:7 55:15 | 404:10 448:8 |
| 452:23 454:13 | 415:23 417:14 | 228:12 229:21 | 124:6,10,13 | **metrics** 405:5 |
| 455:9,10 459:2 | 418:2,17 | 408:12 412:16 | 125:19,21 | **MHS** 6:13,17,20 |
| 459:6,8 463:3 | 433:20 443:11 | 436:9 468:8 | 128:25 137:3 | 7:10,17,21 |

Gregory B. Diette, M.D.

9:16 95:2
206:15
mic 14:9
Michelle 3:4
   53:6
microgram
   404:20
micrograms
   375:25
Microphone
   14:7 89:10
   377:22
microscopy
   11:17 427:11
middle 151:12
   284:1 294:4
midpoint 351:7
migrate 281:3,7
   411:11,23
   412:17 415:18
   416:7 428:8
   429:7,16,19
   432:3,10 433:7
   434:1 435:1,24
   436:13,25
   449:16,25
   452:18 453:20
migrated 412:24
migrating
   435:17
migration 254:5
   418:16 422:12
   425:20 439:7
   441:16,25
   448:7 452:15
MILLER 5:9
   27:6 53:6,9,12
   53:16,20 67:17
   86:5 111:6
   112:17 116:15
   116:18 132:14
   132:19 204:5
   348:20 440:13
   465:20
million 263:1
Mills 351:12
mind 86:13

385:22
mine 21:22 85:7
   85:9,12 95:6
   153:2 188:17
   208:12 215:25
   335:19 348:20
   388:5
mineral 74:2
   75:25 76:13
   120:4
mineralogist
   73:10 119:15
   120:4
minerals 73:25
   120:15 125:24
minimal 456:23
   457:4,21
minimum 391:2
minus 420:22
minute 25:24
   200:13 247:7
   251:1 286:15
   293:2 299:22
   299:25 318:2
   361:25 369:15
minutes 299:19
   377:1
misclassificati...
   387:15 461:9
misclassify
   461:12
misdiagnosed
   395:12
misdiagnosis
   395:22 396:6
misheard
   307:16
misinform
   306:2
mislead 274:2
misquote 280:17
misreading
   332:8
misrepresent
   329:20
misrepresenta...
   310:19

misrepresenting
   161:22 330:5
misrepresents
   295:24
missed 100:5
   182:16,22
   366:10
missing 199:8
misspoke
   126:22 345:12
misstate 453:8
misstates 20:23
   67:16 88:7
   129:19 132:12
   150:22 151:7
   153:17 172:12
   176:3 224:2
   225:3 256:17
   264:4 265:2
   272:17 274:1
   275:5 276:4
   279:8 298:21
   299:3 315:5
   323:21 336:22
   429:14 432:5
   434:3 436:17
   437:4 449:7
misstating
   279:14
mistake 287:5
   292:11 293:18
mistaken 67:6
misuse 295:16
   295:20 298:13
   310:17
MITCHELL
   3:13
mixed 421:19
   450:1
mixture 454:12
mm-hmm 25:3
   69:24 77:20,22
   144:3 255:25
   256:6 259:11
   283:25 295:2
   309:1 311:10
   314:1 320:5

331:12 347:19
   349:17 365:11
   386:20 397:24
   402:22 442:12
   448:18
model 24:21
   178:19 450:3
modern 8:19
   290:2,18 388:2
   418:8
modifiable
   263:19 264:2,3
modification
   347:4
modified 334:9
modify 340:8
mold 203:17
molecular
   253:20 255:13
   255:16
moment 24:25
   29:10 34:2
   44:11 151:23
   209:25 216:6
   238:8 241:7
   244:17 256:4
   298:10 355:15
   355:16 365:7
   402:23 438:23
   440:1 447:9
   464:18
money 179:23
   179:24
monitors 404:19
monogram
   259:6
monograms
   259:6
monograph
   10:23 259:8,9
   259:9,10,19
   401:1
monographs
   239:3 259:23
month 231:12
months 264:21
Moorman

346:14,17,18
   349:14 351:13
morbidity 40:21
   40:23
morning 14:2,3
   17:13 19:15
   439:3
morphed 275:8
mortality 10:9
   40:21 41:2
   366:3 367:3
   389:5,8,18
   395:1
mother 403:24
MOTLEY 4:10
mouse 102:16
   107:22,25
   253:9,9
mouth 58:12
mouthful 310:3
move 19:3 39:7
   46:17 101:17
   151:15 161:7
   176:7 190:14
   280:8 310:6
   383:17 398:5
   398:13,17
movement
   312:7 314:18
moving 8:23
   9:10 280:3
   296:25 308:18
   309:2,2,22
MSA 40:4
   166:14 173:1,2
   173:4,16
   174:21 175:3
   175:18 176:1
   176:12,20
   177:6,14 178:3
   178:4,9 180:12
   180:18 181:7
   181:12,13
   182:1 185:14
   185:18 186:3,9
   186:23 187:1,5
   187:18,19

Gregory B. Diette, M.D.

191:15,16,18
192:1,7,16
193:10,11,25
194:6,8,15,20
194:23 195:1,4
195:13 197:21
199:6 200:5,14
468:8,14 469:6
469:13 470:5
**MSA's** 195:23
**multidistrict** 129:17
**multiple** 171:11
408:5
**mutagenic** 418:10 444:20
**muted** 460:2
**mutual** 33:2

**N**

**N** 3:1 6:1,1 13:1
**N.W** 3:7 5:11,18
**name** 13:4 15:25
92:17 93:24
107:10 138:11
152:25 174:20
187:23 188:21
285:10 288:24
289:9 294:4
295:11 312:23
313:8 326:23
366:17 465:1
471:14
**named** 175:9
**names** 196:17
253:6
**napkin** 332:24
334:23
**napkins** 331:14
332:21 334:17
**narrative** 32:19
**narrow** 237:7
**Nate** 465:2
**NATHAN** 4:9
**National** 262:3,5
262:9
**nature** 103:25

109:15 135:18
271:25 273:13
296:9 297:10
297:22 305:10
317:3,16,20
**nearby** 48:18
**nearly** 344:15
**necessarily** 27:25 51:23
76:17,25
179:13 204:4
216:12,13
224:16 352:11
412:8
**necessary** 319:13 362:23
363:3 391:3
456:25 472:3
**need** 24:8 25:1
53:20 68:5
72:20 79:5
82:13,18 83:18
85:25 86:23
88:22 99:18
118:21 133:4
157:23 190:16
191:9 193:2,25
268:18 299:22
300:6 304:4
323:12 329:13
338:9 341:13
347:13 372:2,7
386:4,5,6
397:10 401:23
405:6 430:15
431:19 438:16
440:3 446:1,3
446:10,12,13
450:18,18
451:8 461:14
467:4
**needed** 191:18
194:8 255:9
452:13
**needless** 78:19
79:5 84:23
**needs** 83:5,17

85:20 92:4
275:17 300:13
300:15 326:13
335:5 438:19
**neighborhood** 387:17
**neither** 120:5
305:23 362:23
**neoplastic** 34:25
35:6
**Ness** 351:11
442:20 444:17
**Ness's** 443:17,21
444:2,2,5,16
**never** 10:6 57:21
184:20 189:10
189:11,12
192:1,6 236:18
266:6,12
299:21 300:12
304:13 305:19
364:11 365:5
365:13,14,16
366:20,22
428:3 430:9
438:17 440:17
442:5
**new** 1:2 3:22
4:21 5:11
13:15 36:20
93:15 182:1,4
303:6 316:23
364:16,16
401:14
**newly** 376:11
**Newport** 4:6
**Newton** 285:8
**nice** 93:13
181:23 204:13
**Nich-** 83:8
**Nicholson** 7:7
81:7,8,9,16,22
86:9 87:16
88:4
**Nicholson's** 82:12 83:15
84:4

**Nicole** 309:8
**nicotine** 404:23
405:18 406:7
406:10,10
**NIH** 10:13 320:4
**NIH's** 320:7
**NO2** 102:14
**node** 412:25
**nodes** 11:19
123:3 412:17
427:12 428:9
429:8,20 430:4
**noise** 301:7
**non-exposed** 284:10
**non-pulmonary** 199:2,15,17
200:6,20,23
**non-serous** 414:18
**nongenital** 414:17
**nonsense** 277:1
**nonsmokers** 379:12
**nonstatistical** 357:19
**nonstatistically** 321:7 322:7
**Nope** 346:17
354:9
**normal** 182:9
215:9 226:13
**normally** 15:5
**North** 2:5 13:9
**Nos** 377:16
**nose** 58:12
**Notary** 2:17
474:19
**notation** 216:2
**notations** 31:10
**note** 29:17 153:4
**noted** 13:18 68:2
128:2 394:22
472:9 474:7
**notes** 26:3,6,11
26:14 27:18,24

27:25 28:7
29:5,11 31:12
287:9 334:24
465:22 471:11
**notice** 2:16 6:11
6:15 16:13,18
16:23 17:15
27:23 29:1
**notion** 411:4
**novel** 320:1
**November** 67:1
67:13 68:9
69:12 70:20,20
71:1,8,19
**NSAIDS** 172:23
421:17,22
**NTP** 262:2,13
439:12
**nuanced** 217:1
256:20
**null** 352:8,18
382:15,21
**number** 8:13
20:3 26:13
32:14,19 33:1
35:13 37:6
40:23 41:6
97:3 122:15,16
122:18 123:1
123:15,16
138:16 172:15
179:4 183:12
247:22 248:1
248:11 249:22
282:13 331:16
340:13,18
351:7 361:11
375:25 404:12
413:25 414:2
420:25
**numbers** 37:1
257:16 345:9
346:12,13
379:23 380:6
389:7
**numeral** 276:15
**numerous**

451:22
NW 4:11

**O**

O 6:1 13:1
oath 2:18 13:21
  160:5,24
object 32:17
  33:7 35:16
  37:14 80:16,24
  83:14 112:23
  112:23,25
  113:6 129:15
  131:17 158:11
  260:5 279:13
  310:5,18 326:8
  326:17 378:20
  425:23 427:25
  429:2 438:11
  441:18 448:11
  464:9
objected 154:3
objecting 32:5
  33:21 35:19
  83:21 160:10
  326:11
objection 15:18
  16:3 18:4
  20:22 21:17
  22:7 23:19
  35:7,25 36:24
  38:1,4 39:9,19
  40:16 41:15
  42:19 43:20
  47:6,22 49:5
  49:21 50:4,21
  50:24 51:9,19
  54:3,14,25
  55:8,16 56:2,8
  56:19 57:14,23
  58:14 59:5,12
  60:4,17 61:4
  62:4 63:24
  64:6 65:1,12
  65:19 66:21
  67:15 68:11
  69:14,20 70:22

72:8,19 73:6,7
74:13,17,24
75:8 78:20
79:2,21 82:1
88:5,6 89:25
90:1,15 96:17
97:22 98:7
104:2 105:10
106:6,22 107:4
107:16 109:4,9
109:18 110:1
110:12,15,18
110:24 111:5
111:11,19,23
114:4,9 115:25
117:11,20
118:1,12,25
119:9 120:17
123:25 124:23
125:8,14
126:21 127:13
127:21 128:21
129:9,18 130:2
131:11 132:12
134:21 137:22
140:23 141:13
143:3,6 144:20
145:8,16
146:13 147:8
147:18,23
148:18,25
149:15,23
150:21 151:6
153:17 155:1
157:10 158:14
159:13,23
160:12 166:3
168:19 169:13
169:20 170:15
171:16 172:11
174:6 175:5,12
176:2,15
178:12,24
179:8,17
180:25 181:9
182:18 183:1,7
184:4,18

186:10,12
187:20 188:5
188:11,23
189:2 190:22
191:20,21
192:3,4,10,17
192:20 193:20
194:1,11 195:5
195:14,18
196:2,10
197:13,17
198:7,21 199:3
199:16 200:9
201:12 202:1,5
202:9 203:3
205:10 206:19
207:18 208:20
209:3,9,20
210:11 215:16
216:10 217:12
218:5,6 219:11
220:16,17
221:19 222:8
222:25 223:7
223:24,25
225:2,17 226:2
228:8,13
229:22 230:19
231:3,18,19
232:16,17
233:1,12 234:1
234:2 235:5,6
236:25 244:2
245:25 246:10
247:24 248:7
248:17,23,24
249:6,11,17,24
250:6,21 251:5
254:17 255:2
255:15,22
256:17 258:4
260:10,25
261:1,16,24
262:19,24
263:20,24
264:4 265:1,2
265:20 266:1

267:18,19
268:2,12 271:6
271:7 272:16
273:23,25
274:4,16,17
275:4 276:3
278:11 279:8
281:8,15
282:21 286:10
287:6,25 288:9
289:2,8,13
291:12,13
292:4 293:1
295:22,23
298:19,20
299:2,12
301:18 302:18
304:3,24,25
306:6,7 307:1
307:2,7 314:10
314:25 315:5
318:13 319:19
321:10,21
322:9,21
323:21 325:8
326:7 329:12
330:22 331:4
333:19 334:10
334:20 336:21
339:4,17,25
340:6,11
342:18 343:18
345:7,22 346:8
347:12 352:3
352:10 353:11
354:4 356:25
357:13 360:13
361:24 362:10
362:25 363:13
364:2 367:8,18
368:7,19
371:19 372:1,4
372:14 373:3
373:17,22
374:9 375:8,10
375:14,20
376:16 380:4

380:23,24
381:3,8,20
382:2,3,16
383:6 384:9,22
384:25 385:15
385:25 389:9
390:20 391:4
391:25 396:8
396:15 399:23
401:10 402:9
402:10,18
403:8 405:12
406:20,21
407:9,10 408:3
408:4,23
409:13 410:5,8
410:25 411:1
411:13,14,18
411:25 412:1
412:19,21
413:13,14
414:25 416:1
416:13 417:24
417:25 418:19
418:20 419:6
420:12 421:6
422:14,16,25
423:4,11,24
424:15,17
428:18 429:14
430:6,7,12
432:4,5,13,14
433:13 434:3
434:15,21
435:5,7,19
435:15,16
437:3 442:1
443:18,22
444:7 445:3,4
445:16,17
446:4,5,21,22
447:18 449:5,6
450:9,10,22,23
451:10 452:1,2
452:20 453:6,7
453:21,22
455:7,16,23

Gregory B. Diette, M.D.

Page 509

456:18 457:8
457:23,24
458:21 461:10
463:20 464:5,6
466:4,25
467:11,12
470:1,8
**objectionable**
37:21
**objectioner**
115:12
**objections** 18:5
32:1,19 75:17
161:4 326:16
471:7
**objective** 35:11
35:14 41:3
**observed** 395:13
445:22 446:15
**obstetrics**
105:23 239:4
**obstructing**
133:4
**obstructive** 96:9
97:17 100:23
101:10 103:5
**obtaining** 154:4
**obviously** 22:13
97:24 185:15
206:7 241:14
244:22 336:25
338:21 433:21
434:6 451:15
**occupational**
395:1
**occupationally**
284:4
**odd** 435:9
**odds** 333:11
347:8,16 349:9
349:15,24
351:12 361:4
365:12 368:21
**offer** 179:20
342:5
**offered** 158:3
184:11

**offering** 301:5
**offers** 309:6
439:6
**office** 30:11
154:20,22
**officer** 81:12,16
**official** 439:4
**officiated** 2:18
**Ogburn** 312:22
**oh** 26:20 43:5
44:23 53:11
58:19 62:13
66:13,17 67:23
69:21 76:22
81:14 86:15
91:1 94:9
98:19 99:20
112:8 113:17
128:8 136:3
139:7,8 165:11
167:14 170:5
174:7 175:4
182:11,13,17
186:15 188:10
209:8 212:15
220:25 240:25
242:8 264:15
270:8 276:10
284:24 297:4
307:20 325:19
341:8 342:8
343:17 348:15
350:23,24
351:3 352:24
354:21 366:8
374:12 375:15
383:4 389:18
398:7 406:25
410:9 414:4
416:12 424:3
429:22 433:2
437:13 441:3
**okay** 16:11
17:11 20:10
23:15 24:24
25:23,25 27:11
27:15 28:3,10

29:2,18 30:14
30:22 31:8
32:18 33:11,24
34:8,12,17,23
35:22 38:16
40:10,20 43:12
43:18 44:1,24
45:16 46:20,25
47:17 48:4,5
49:25 50:11
51:14 52:2,19
53:22 54:1,16
54:16,22 55:5
55:24 56:5,12
57:20 58:5,7
58:24 59:9,20
60:11,25 61:8
63:1 64:3 65:8
66:2,7 72:14
73:17 75:3,15
75:23 76:11
77:6,21 81:15
81:21 82:6,20
83:10,24 84:1
85:13 87:9,15
88:15,16,20
91:2,10 92:5
93:2,18 95:1,4
95:8 96:23
97:5 98:3,20
98:22 100:4,12
101:2,7 102:6
103:1,14 105:7
105:16 106:18
107:2 108:2,18
109:1,24 110:5
111:21 113:1
115:22 116:12
117:9,15 118:8
118:19 119:5
119:15,21,25
120:3,8 121:8
121:19 122:12
125:5 126:5,7
128:2,9,13
129:11,24
130:24 131:8

132:2,23 133:6
133:23,25
134:18,24
135:13 136:5
136:22 137:5
137:19,25
138:3,6,11,14
139:8,9 140:2
140:7,10,16
143:18 144:11
145:5,25 146:6
146:23 147:1
147:16 148:9
149:20 151:9
151:25 152:5
152:16 153:14
154:3,11,21
155:4,9,14
156:3 157:8
158:7 159:16
162:19 164:21
165:14,23
168:8,11 169:2
170:23 171:6
171:11 173:13
174:14,24
175:2,17
177:16 179:4
179:12,19
180:15,22
181:12,15,25
182:21 183:5
185:12,17,24
186:8,17,21
187:1,17 188:1
188:19 189:6
189:11,15
190:7,13
191:13 193:14
193:24 194:4
194:19 195:12
196:25 197:5
198:17,25
199:10 201:15
201:21 202:14
203:14,20
204:17 205:13

207:9,13,16,25
208:7,23
209:16,23
210:3 212:1,4
212:15,23
213:3 214:2,15
216:7 217:7,18
218:23 219:18
220:4,7 221:12
221:17 222:1
225:19 226:11
226:24 227:3,8
227:11,12,20
228:11,16
229:2,10,13,16
229:19 230:6
230:15 231:9
231:10,25
232:10,21
233:7,19
235:16 236:4
236:12 237:10
238:7,9,16
239:25 241:1
241:21,25
242:9,23 243:5
244:5,24
247:15,19
248:10 249:8
249:14 250:3
250:25 252:5
252:24 254:3
254:12 255:18
256:8 257:2,6
259:2,22
260:21 261:7
261:12,21
262:5 263:15
264:9,13,20
265:6,12,17
267:5,14
268:10,17
269:14 270:7,8
271:9,12 272:9
273:18 277:18
278:25 279:24
280:2 281:2,13

Gregory B. Diette, M.D.

282:8,11 285:3
287:2,11,21,24
288:22,25
289:6,11,17,19
290:5,9,21
293:22,24
294:1,6,10,24
295:2,2,9,14
296:3,6,22
297:6,12,24
298:2,5,9
299:10,18
300:20 301:14
301:25 303:18
303:23 305:5,9
305:12,15,18
306:22 307:5
307:10,13,25
309:19 312:4
312:18,22
313:3,11 314:8
314:8,16 316:6
318:8,18
320:14 321:16
322:16 324:2,9
324:10,11,15
327:17 328:8
328:13,15,25
329:4 330:16
330:19 332:1
333:16 334:15
339:1,8,20
340:4 342:16
343:14 344:3,8
345:3,20 346:2
346:25 350:3
350:11 351:18
351:24,25
353:7 355:10
355:11,13,14
355:19 356:20
357:17 360:2
360:11,18,24
363:23 364:7
364:18,25,25
365:2,15,22
366:1 367:6,13

367:25 368:14
368:24 369:2
369:21 370:11
372:10,22
376:21 378:11
378:18 381:23
382:19 384:2
385:7,10,20
386:21 388:14
389:2 390:9,25
391:16 392:16
392:24 393:19
394:5 395:5,17
395:19 396:1
396:12,18,22
396:23,24
397:4,13 398:5
398:9 399:10
399:20 400:18
400:24 401:16
402:4,14
403:17 406:5
407:4 408:18
408:21 409:2,8
410:17 411:21
413:4,7,20
414:10,22,24
416:3,16 417:5
417:23 419:22
419:24 420:18
422:20 425:13
427:23 428:22
429:6 431:3,12
431:21,25
432:20 433:4,5
433:12 437:12
438:14 440:18
441:7,10
442:15 443:2,8
443:14 444:15
445:2,25 448:4
451:21 454:9
456:21 457:4
457:20 458:8
459:23 460:1,8
464:1 467:7
**omitted** 183:13

184:8
**onc** 63:14
**oncological** 62:2
**oncologist**
115:16,17,18
**oncologists**
60:20,22,25
**oncology** 63:7
104:23
**one-page** 440:5
**ones** 30:8 61:6
69:4 109:5
123:11 147:13
240:23 245:2
247:10 252:7
252:18,19,19
253:5 259:24
259:25 348:17
355:9 357:3,5
371:5 376:12
389:23 390:5
392:22 412:3
449:11 452:5
**ongoing** 128:20
128:24 129:3
**Oops** 368:8
**open** 181:19
217:2
**opened** 69:5
**operation**
191:11
**opined** 76:12
436:9 453:3
**opinion** 35:4,10
56:17 57:11,21
59:1,9 60:1
68:15 70:12
71:15,24 72:2
78:2,9 211:25
212:16,25
219:7 221:5
243:1 252:2
255:7 256:18
271:3,4 281:2
281:6 306:16
318:8 356:20
370:17 399:21

400:13 401:8
421:3
**opinions** 22:5
70:16 71:3
76:2 88:13
166:15 170:3,5
183:20,20
199:2,14 205:4
205:13,19,21
206:8 207:11
207:14 208:8,9
208:13,17,24
208:25 209:18
210:4 211:7,13
215:13,13
222:24 227:25
228:2,7,12,18
232:6 233:10
238:10,11
243:16 251:17
255:4,20
256:15 261:22
286:18 360:4
384:19 390:18
407:7 436:20
438:18 462:16
469:18,23
470:3
**opportunist**
410:1
**opportunistic**
409:22
**opportunity**
114:6 193:9
298:2,6 409:4
409:8 427:20
**opposed** 185:1
242:21 263:7
339:23 401:22
**opposite** 359:9
462:25
**Oral** 6:11,16
17:15
**order** 47:1,19
80:5 90:7
176:1 180:12
191:18 238:10

240:1 243:14
317:1 320:9
321:2 343:12
372:8 383:11
386:18 391:3
405:10 406:1
406:17 407:6
407:24 446:1
446:14 450:7
450:19 451:8
461:13 467:5
**ordinary** 205:8
**organ** 104:13,14
**organization**
260:4,9,19
**organizations**
260:12
**organize** 153:24
157:22
**organs** 428:8
429:7,20
**original** 147:17
147:22 148:5
149:12,14,17
257:15 401:11
471:12 472:11
**Originally**
296:11
**ought** 353:21
**outcome** 270:11
270:17 371:13
448:1 459:9,20
**outcomes** 103:6
270:9
**outdoor** 376:10
**outpatient**
105:13
**outside** 134:19
154:20,22
208:25 409:17
**ovarian** 6:24
8:17 9:20 11:5
11:9,13 12:5
28:14,18 34:24
35:5 36:6,9,13
36:20,23 39:16
40:13,21 41:11

Gregory B. Diette, M.D.

| | | | | |
|---|---|---|---|---|
| 41:14,21 45:8 | 247:23 248:5 | 435:18,25 | **p.m** 89:4 204:20 | 172:5 324:4 |
| 45:20 46:1,22 | 250:4 263:16 | 436:14 437:1 | 204:23 280:11 | 325:4 336:18 |
| 51:18 55:7,15 | 271:20 272:15 | 437:10 449:17 | 280:14 320:18 | 414:11 474:3 |
| 59:10,18 60:3 | 273:22 274:15 | 449:20 452:18 | 320:22 338:13 | **paid** 23:24 |
| 60:15 61:2 | 275:2 276:2 | 453:20 | 338:17 377:9 | 197:21 430:17 |
| 62:3 63:12,18 | 278:4,22 279:3 | **ovary** 282:12 | 377:12 426:16 | **pair** 388:1 |
| 75:6 76:3,14 | 281:24 282:14 | 283:9 394:24 | 426:19 447:10 | **PAPANTONIO** |
| 79:11,15 89:24 | 285:14,18,21 | 448:9,16 449:2 | 447:13 464:12 | 3:13 |
| 109:21 111:3 | 358:3 359:3 | **overall** 383:3 | 464:15,19,22 | **paper** 29:21,22 |
| 111:10 115:24 | 368:17 384:8 | 463:11 | 470:17,21 | 30:2 124:12,12 |
| 116:7 117:1,4 | 384:21 385:24 | **overbreak** | **page** 6:2,10 7:3 | 144:18 145:10 |
| 117:19 118:10 | 386:11,18 | 203:25 | 8:3 9:3 10:3 | 147:14 182:3 |
| 118:21 119:3,7 | 387:6 388:7,25 | **overhead** 45:17 | 11:3 12:3 19:4 | 182:12,13 |
| 124:18,22 | 391:3,11,17,23 | 85:18,23 | 21:15 42:9,15 | 257:15,23 |
| 125:2,7,12 | 392:8 394:2 | **overlap** 245:14 | 42:20,24 43:10 | 264:9,14 |
| 126:10,15 | 395:12,23 | **overlapping** | 45:13 65:22 | 276:25 277:1 |
| 127:12,20 | 397:17 398:1,2 | 404:10 | 76:7 83:9,14 | 298:15 315:13 |
| 129:7,13 130:1 | 398:10,14,23 | **overly** 64:6 | 85:1 87:11 | 316:21 320:10 |
| 131:1,14 132:8 | 399:10,15,17 | 287:17 306:8 | 98:1 99:21,24 | 321:2 330:5 |
| 134:10,16,19 | 399:18 400:19 | **Oversight** | 100:7 140:5,9 | 332:5 342:15 |
| 135:5,15 136:8 | 401:9 402:8 | 231:13 | 171:4 181:19 | 370:15 371:3 |
| 136:17,20,21 | 406:13 407:8 | **Overview** 102:3 | 206:17,22 | 373:10 375:3 |
| 137:21 138:8 | 410:18 411:4 | 102:10 | 208:2 209:23 | 393:5 423:12 |
| 140:22 142:12 | 413:12 415:9 | **Ovulation** 6:23 | 210:25 211:21 | 425:1 439:3 |
| 147:22 148:17 | 415:24 417:12 | 45:8 | 212:2,3 214:16 | 444:2,2,5 |
| 149:22 150:13 | 417:15,20 | **oxidative** 102:19 | 243:6,6,8 | **papers** 20:15 |
| 150:20 151:4 | 420:4 421:8,10 | 444:18 | 244:7,10,10,14 | 92:1 121:20 |
| 163:7,13,19 | 422:24 423:10 | | 246:6 247:16 | 124:5,21 |
| 164:12 165:25 | 423:15,18 | **P** | 247:22 248:4 | 125:12 143:22 |
| 167:3,12 | 428:7 433:6 | **p** 3:1,1 8:23 9:10 | 256:5 269:8 | 143:24 144:6 |
| 172:24 187:7 | 439:9,13 | 13:1 296:25 | 271:10,13,14 | 144:24 145:12 |
| 198:25 199:11 | 442:20 443:12 | 302:14 308:18 | 277:14,15 | 145:14,19,20 |
| 200:1,4,6 | 444:23 451:24 | 309:3,23 | 290:22 325:11 | 145:21 146:7 |
| 201:5,9,24 | 453:5 457:6 | 311:15 318:25 | 325:13,13 | 146:10 147:5 |
| 202:22,22 | 460:11 462:19 | 319:13 | 326:1 328:24 | 163:25 164:1 |
| 203:2 209:18 | 464:4 | **p-value** 295:21 | 343:21 369:22 | 164:17 182:11 |
| 210:23 211:20 | **ovaries** 273:1 | 298:14 302:13 | 393:20 394:6 | 240:12 298:17 |
| 212:22 214:11 | 280:21,25 | 305:21 312:8 | 396:19 397:15 | 301:10,16 |
| 214:12,24 | 281:3,7,14 | 316:12,16 | 399:5,7 400:21 | 317:3 321:4 |
| 215:8 216:21 | 283:20 284:8 | 318:19 319:3,9 | 416:24,25 | 337:4 |
| 217:10 218:3 | 284:14 411:12 | 361:8 | 433:2,3,3 | **paragraph** 76:9 |
| 219:9 220:12 | 411:24 412:17 | **p-values** 295:17 | 440:11 441:4 | 101:7 176:9 |
| 221:7 226:12 | 412:25 415:5 | 301:5 302:5 | 443:2 444:15 | 181:22 212:6 |
| 233:23 234:15 | 415:18 416:7 | 303:5 309:12 | 473:4 | 212:14 236:8 |
| 234:21 236:17 | 418:18 422:13 | 309:25 315:11 | **pages** 26:3 85:4 | 244:21 271:14 |
| 237:19 240:16 | 423:18 430:4 | 316:1 317:1 | 86:9 99:22 | 277:21 282:10 |
| 240:25 241:5,9 | 432:3,11 | **P.A** 3:14 | 170:11,11 | 283:24 284:2 |

Gregory B. Diette, M.D.

Page 512

292:10 300:24
329:21 400:21
400:23 414:21
419:16 420:15
432:23 469:9
**paragraphs**
243:7,9
**paraphrase**
408:10
**paraphrasing**
293:6 452:11
**pardon** 76:19
325:16 437:22
**parens** 102:14
102:15,15,16
397:18
**parent** 404:11
**parentheses**
211:18,19
**parents** 16:7
403:23
**Parfitt** 3:4 6:3
14:1,8 15:22
16:5,10,16
17:21 18:7,10
19:1,9,20,25
20:2 21:10
22:1,15 23:25
24:13,16,23
26:18 27:8,14
27:17 28:25
29:8 31:2,9
32:4,12,18,23
33:11,17,24,25
35:15,18,20
36:4 37:7,15
37:19 38:1,10
38:13,16,20,22
38:25 39:3,8
39:12,13,23
40:19 42:1,11
42:13,23 43:3
43:8,13,25
44:11,22,24,25
45:6,14,15
46:17,19 47:8
47:12,16 48:1

48:19 49:16,24
50:5,22 51:3
51:13 52:1,4,6
52:13 53:2,8
53:11,15,19,22
54:8,9,15 55:4
55:10,23 56:4
56:11,25 57:19
58:2,9,17 59:8
59:19 60:10,24
61:7,15,20,22
62:8,13,19,25
64:2,11 65:6
65:15,23,24
66:20,22 67:23
67:25 68:2,3
68:16,18 69:18
69:23 71:2
72:13,24 74:9
74:14,20 75:2
75:14,20 76:19
76:22,24 78:23
78:25 79:12
80:7,20 81:1
82:6,16,20,24
83:6,7,19,24
83:25 85:13,17
85:22 86:4,7
86:19,22,25
87:4,9,10
88:14,21,24
89:2,8,11
90:12,23 91:7
95:10,12,16
96:22 98:2,10
98:12,14,16
99:3,7,13,17
100:10,13
102:7,9 103:23
103:24 105:6
105:15 106:17
107:1,12,19
108:9,25 109:6
109:12,13,23
110:4,13,19,25
111:8,13,20
112:3,6,15,19

113:1,4,10,13
113:16,20,24
114:3,14,18,21
114:22,24
115:3,5,15
116:2,19
117:14,23
118:4,18 119:4
119:10 120:19
124:3 125:4,10
125:16 126:23
126:24 127:1,2
127:16,24
128:23 129:10
129:16,23
130:4,9,13,17
130:23 131:7
131:13 132:1
132:16,23
133:5,14,22
134:23 135:4
136:1,14
137:15,24
138:20,25
139:3,8,10
140:7,10,12,15
141:5,16,19,21
143:4,17,23
144:3,10 145:1
145:11,24
146:22 147:2,3
147:15,20
148:3,20 149:7
149:19 150:1
150:16 151:1,9
151:11,14,21
152:15 154:2
154:11,15
155:3 156:12
156:14,18,21
157:2,14
158:12,16
159:6,15 160:3
160:12,14,18
160:21 161:2,6
162:1 166:3,7
166:10,18

167:11 169:1,6
169:9,16,24
170:22 171:18
172:16 173:24
174:13 175:7
175:16 176:11
176:20 177:1
177:12 178:21
179:3,11,18
180:9 181:3,11
182:20 183:4,9
184:5 185:4
186:13 187:16
187:25 188:18
188:24 189:5
190:6,9 191:12
191:25 192:8
192:14,18,23
193:4,7,23
194:3,18
195:11,15,24
196:4,8,24
197:15 198:4
198:16,24
199:5,17,21,22
200:11 201:14
201:20 202:3,6
202:13 203:6
203:11 204:11
204:15,18,24
205:12 206:6
206:12,23
207:24 208:22
209:6,15,22
210:15,18
211:1,4,6
213:6,11
215:21 216:17
217:13,23
218:1,10,13,16
218:21 219:2
219:13,15
220:3,20
221:25 222:19
223:5,12
224:19 225:11
225:18 226:10

227:13 228:10
228:15,22
230:5,24 231:8
231:24 232:4,9
232:20 233:2,6
233:14,18
234:7,19,24
235:1,2,15,20
237:9 244:4
246:3,24 248:3
248:9,19 249:1
249:7,13,20
250:2,9,24
251:8,25
254:19 255:12
255:17,25
256:2,3 257:1
258:5,16 259:1
259:9,11,14
260:7,16 261:6
261:20 262:1
262:22 263:3
263:22,25
264:8 265:5,24
267:4,11,22
268:5,16 269:2
270:4,6 271:8
272:4,5 273:17
273:25 274:4,7
274:21 275:10
275:14,18,21
276:5,14
277:13,21,24
278:8,24
279:23 280:5,8
280:15 281:12
281:21 282:2
283:2,5 286:14
287:9,20 288:6
288:14 289:5
289:10,16,24
290:25 291:2
291:18 292:3,6
293:7 295:25
296:21 297:16
297:20 298:23
298:25 299:9

Gregory B. Diette, M.D.

299:15,24
300:3,8,14,16
300:19 301:24
302:23 303:17
304:6,10,15,19
305:4 307:4,9
308:4,9 310:6
310:9,10 311:9
312:11,16,19
314:15 315:2
315:23 318:17
319:21 320:15
320:23 321:15
322:3,15,24
324:1,20,25
325:3,9,16,19
325:23 326:5,8
326:15,19,21
326:24 327:1,2
328:1,3,13,16
329:16,19,22
330:2,6,9,23
330:25 331:1,7
331:20,24
332:2,5,9
334:6,14 335:3
335:7,10,13,14
335:18 336:6
337:9,12,17,21
337:25 338:4,6
338:11,18,19
339:7,19 340:1
340:7 341:4
343:13 344:2
345:8,14,24
346:10,15,19
346:23 347:1,2
347:18 348:11
348:22 349:1,2
349:12,16
350:17,20,23
350:25 351:5,8
352:6 353:6,13
354:5,19 356:6
357:6,16
358:10,16
360:17 362:2

362:20 363:9
363:16 364:6
366:13 367:9
367:24 368:13
368:23 369:18
371:22 372:3,9
372:21 373:5
373:19 374:3
374:10 375:12
375:16 376:13
376:20 377:4,7
377:18,23
378:16,22,23
380:9,17 381:1
381:5,12,22
382:10,18
384:1,13,24
385:11,19
386:3 389:13
390:3,8,24
391:15,21
392:5 393:12
394:16 396:11
396:17 397:3,6
397:9,12 399:5
399:6 400:1,17
401:12,14
402:3,13,21
403:11,12
405:9 406:4,23
407:12 408:7
409:1,25 410:6
410:16,21
411:6,16,20
412:13 413:1
413:19 414:2,6
415:6 416:2,15
416:21 418:12
418:24 419:9
419:17,19
420:16,19
421:1,9 422:6
422:18 423:2,5
423:21 424:1
424:18,22,24
425:25 426:4,5
426:9,12,15,21

426:22 427:7
428:2,4,21
429:5,11,18,24
430:2,13,18,25
431:9,12,16
432:7,19
433:24 434:10
434:16,23
435:13 436:3
436:23 437:11
437:15,22,25
438:13,21
439:20,22
440:5,8,11,18
440:22,25
441:19 442:11
442:24 443:3,5
443:20 444:4
444:11,14
445:13,24
446:7 447:8,15
448:3,17 450:5
450:14,17
451:6,20 452:7
453:1,11,24
455:12,18
456:4,20 457:3
457:19 458:2
459:1,5,22
461:7 462:14
463:25 464:8
464:11 470:1,8
470:12,15
**part** 24:20 31:12
31:13 43:6
46:18 48:10
60:7 63:6,15
65:17 70:12
79:5 91:25
92:21 93:5
117:6 123:13
138:16,17
149:11 195:19
197:22,25
202:23 221:23
222:3 225:19
226:8 230:9,13

239:20 240:19
241:19 242:3
243:2 244:6
248:6 252:24
252:25 255:23
260:18 265:11
268:3 273:11
273:12 283:3,3
283:6 293:4
295:1 303:9
310:25 311:7,7
313:24 315:12
320:16 321:13
321:14 322:12
337:1 387:5
399:15 408:9
417:8 467:2
**part-** 435:17
**participants**
249:15 270:10
**participate**
63:14
**particle** 371:15
388:11,11
**particles** 215:7
225:23 254:8
373:15,15
412:9,10,16
428:24 429:7
433:7 435:17
448:21 449:24
**particular** 46:9
68:21 69:3
70:4 74:1,2
92:14 105:24
107:21 133:3
163:10 172:21
176:9 181:6
190:17 194:7
223:13 230:13
233:11 238:6
240:7 270:17
277:11 311:19
312:2 333:5,6
342:4 343:9
358:4 359:1
361:6,17 369:2

369:6 372:18
373:24 375:25
376:1 406:1
421:20 423:19
434:9
**particularly**
108:4 285:25
414:18
**particulate**
10:15 102:14
103:7 120:11
284:19 285:6
285:12 368:25
370:5,18 371:8
371:24 372:12
372:23 373:21
374:8,17,24
375:19 376:6
376:10 404:19
404:21
**particulates**
370:25 435:1
**parts** 217:17
219:1 379:1,4
**partway** 454:22
**party** 64:10
**pass** 52:20
**passed** 302:13
**passing** 86:13
**passionate**
306:15
**passive** 365:4,16
**passively** 284:5
**pathologist**
119:11
**Pathology** 11:15
427:9
**pathophysiolo...**
444:22
**pathway** 447:25
449:4
**patient** 104:24
335:21 405:6
**patients** 103:17
104:1 105:21
**Patricia** 328:5
**patterns** 102:21

108:3
**Pause** 19:12
   44:17
pay 14:19
   158:22
paying 139:19
pays 192:9,15
PC 3:20
**PCPC** 5:15
   110:14
pedantic 301:3
peer 319:10
   408:19
peer- 121:20
   257:22
peer-reviewed
   121:11,16
   123:21 124:5
   124:17,21
   125:6,11,18
   126:8,13,18
   127:4,9,18
   141:10,11
   144:18 145:13
   147:6 148:21
   163:4 258:21
   411:10 416:5
   422:9,22 423:7
   435:16 436:12
   448:5 454:10
   464:2
pelvic 11:18
   107:9 427:12
   428:8 429:7,20
pending 13:13
   99:4 242:1
Penninkilampi
   237:25 416:11
   416:24 454:25
Pennsylvania
   5:6
Pensacola 3:16
people 41:4
   46:12 63:7,10
   74:8 104:17
   105:14 117:3,7
   123:18 142:3

143:9,11 157:1
168:14 169:22
170:13 190:21
191:3 196:14
226:7 239:9
261:5 263:2
268:22 287:15
288:19 303:8
311:1,13 312:2
314:2 316:8
319:2 332:23
333:5 340:19
341:3 343:3,23
344:14,15
361:9 372:17
386:15 404:15
406:9 409:17
415:19 436:20
437:7 442:7
447:2 459:14
466:6
people's 255:5
percent 233:22
234:14 236:16
237:17 301:22
379:16 380:20
385:13,13
percentage 41:4
Perfect 19:25
38:16
perfectly 332:12
perform 268:10
406:17
performed 64:4
74:12,22
141:17,20
149:20 162:6
265:13 403:18
perils 302:4
perineal 11:12
76:20,22,25
211:17 212:21
266:22 271:20
278:4 332:24
359:5 416:8
417:11,14
428:6,20

**perineum**
   284:20 285:7
   285:17 411:15
   411:17 412:23
   433:8 435:2,24
   437:9 449:19
period 21:1
   41:13 45:19,25
   117:16 420:2
periods 257:24
   258:9
peritoneal
   395:11,22
   411:11 433:8
   435:2 457:25
peritoneum
   126:2
person 51:24
   57:7 63:4 80:4
   91:12,14
   106:15 113:6
   172:21 174:20
   256:24 270:16
   313:7 404:14
Personal 110:11
personally
   266:11 287:23
   311:21
pertain 245:8
pertaining
   28:13
pertains 255:20
Peruses 213:13
   282:25 300:7
   308:12 330:17
Pervasive
   305:15
Petta 174:22
Pettenati 174:23
   174:25
pharmacologist
   119:19
phenolics
   186:20
Philadelphia 5:6
phone 19:21,23
   157:24 162:14

162:14 173:15
phonetic 313:1
   454:24
photocopying
   178:17
physical 469:12
physician 34:15
   118:22
pick 319:9
   333:14
picked 342:3
picking 106:8
   304:18 343:1
picture 54:11
pictures 51:10
piece 306:16
   341:9 357:1,2
   357:15,15
   359:19
pieces 244:25
   339:9 470:6
piles 30:12
Pira 398:13
place 49:12
   78:18 84:22
   92:14 93:15
   97:2 153:23
   294:5 358:2
   387:9 459:14
   471:5
placed 412:7
   449:13
places 243:15
PLACITELLA
   3:20
plain 242:21
plaintiff 165:16
   171:13 340:15
PLAINTIFFS
   3:3
plaintiffs' 6:14
   7:5 17:14
   18:13,20 26:2
   28:24 29:12
   31:13 45:2
   60:23 76:12
   133:18 226:5

251:17 343:8
410:12 431:18
460:1 461:24
planning 318:15
plans 257:6
   320:2
plastic 186:20
plausibility
   272:25 273:4
   418:25 419:4
   433:20 445:14
   446:16,19
   447:17 449:1
   451:5
plausible 89:22
   384:7,20
   385:22 386:14
   414:16 415:23
   416:6 418:17
   420:10 421:4
   422:10 424:13
   425:22 432:10
   448:8 449:18
   450:7,21
   451:23 453:4
   453:19 455:6,9
play 304:17
Plaza 4:5
please 14:20
   15:24 24:16
   78:25 81:2
   83:19 98:12
   104:4 113:2,4
   113:17 115:14
   122:4 130:17
   141:18 156:12
   160:15 162:9
   167:6 169:6
   211:8,11
   214:22 218:10
   219:17 225:21
   246:12 318:24
   325:18 380:12
   464:8 466:12
   472:2,6
plenty 14:16
   143:7

Gregory B. Diette, M.D.

pleural 457:25
458:3,4
plot 327:13
348:10,12
plots 327:13
plotted 463:9
plug 250:15
plus 144:24
420:21
PM 370:4
pocket 158:23
point 42:9 43:24
44:9 57:11
65:21 93:3
99:25 100:5
106:10 163:12
163:17 225:10
230:4 253:12
271:22 277:6,8
314:22 333:3
340:14 343:12
343:22 346:4,6
346:20 347:8
348:14 350:12
352:24 373:10
374:1,16
455:10 458:23
462:10
pointed 350:4
pointing 332:6
points 238:2
360:15
polarizing 11:16
427:10
policy 8:7 84:10
88:11 224:16
231:14 235:24
306:2 368:4
pollutant 107:25
pollutants
102:13,18,23
107:21 108:1,6
pollution 376:2
pooled 366:22
368:21 379:14
379:15 380:19
383:12

poorly 338:21
popped 423:13
populate 92:21
224:15 345:16
population
325:10 345:4
345:16 356:7
370:7 389:6
405:1
population-
356:16
population-ba...
356:23 357:5,8
358:14 360:7
port 460:8
portions 173:5
173:10
position 71:25
84:15 99:11
153:11 280:18
314:8 340:5
370:13 433:25
449:14
positions 314:14
positive 226:21
270:9 271:19
278:3,15 352:2
352:16,25
353:4 359:23
394:25 417:11
465:15 466:1
466:19
possibilities
395:11
possibility 396:5
444:21
possible 12:4
22:8 51:1 63:8
144:22 256:21
285:20 442:20
possibly 387:24
post 23:1 29:12
post-medical
95:1
posture 320:7
potent 221:23
potential 59:2

285:13 433:7
435:1 439:12
potentially
401:25
powder 1:5 7:4
11:9 13:11
28:14,19 49:3
49:20 50:7,13
50:19 51:8,15
52:9 53:4,13
53:14,25 54:1
54:18 56:16
57:13 59:3,11
60:2 63:23
64:5,25 69:11
72:6,18 74:16
74:23 75:4
76:2 77:12,14
77:15 78:3,10
78:17 79:17
80:9,13 84:11
84:16,21 87:17
89:15,18,19,22
89:24 109:21
111:2,9 120:21
126:9,14
127:11 128:17
129:3,13,25
130:25 131:15
132:7 134:15
134:19 135:5
135:14 136:7
136:21 137:2
137:20 138:9
140:22 142:12
142:16 148:16
149:22 150:20
151:4 163:7,13
163:18 164:12
165:25 167:3
167:12 187:6
199:1,12,25
200:4,10,22
201:3,9,23
202:21 203:1
209:18 210:23
211:17 212:21

214:19,23
216:20 217:9
218:2 219:8
220:11 221:6,6
231:16 233:23
234:10,12,21
236:14 237:15
240:17 241:7
241:10 262:7
263:15,16
264:1,2 266:17
272:15 273:22
274:14 275:2
276:1 278:22
279:2 280:23
329:6 368:17
381:19 382:12
384:5,8,18
385:12,21,23
406:14 407:8
410:22 411:5
411:10,22
413:9 414:15
414:17 415:4,8
415:15,21,23
435:17 436:13
451:24 453:5
460:11,25
462:19 464:4
powder/ovarian
163:3
power 342:20
practical 303:25
304:21
practice 61:1
63:16 103:17
106:19 182:10
307:11 317:14
317:18
Practices 1:6
13:12
practitioner
118:16
Pre-School
10:17
preamble 425:3
preceded 270:11

270:18 382:23
439:1
precise 246:12
404:9 450:19
450:24
precursor 422:1
423:18
predated 423:15
predispose
417:20
predisposition
420:4
predominant
458:9
predominantly
374:24
prefer 344:14
pregnancy
105:21,22
106:14,15
pregnant 105:20
premise 344:20
preparation
159:18 162:21
180:23 197:12
202:7
prepare 20:5
129:21 158:4
180:13,19
185:19 186:24
197:24
prepared 8:5
18:13 27:19
29:12 91:10
92:10 111:17
124:9 129:12
129:25 130:25
131:9,10 132:6
134:14,18
155:17 156:4
162:3 171:15
171:25 172:3
172:13 196:25
197:6 198:18
201:8 205:8
235:23
prepares 24:20

Case 3:16-md-02738-MAS-RLS   Document 10065-3   Filed 06/21/19   Page 1000 of 1063
PageID: 86905
Gregory B. Diette, M.D.

Page 516

preparing 22:25
23:17 29:19
43:24 202:25
257:19 407:20
421:24
prescribes 63:5
presence 64:25
72:5 75:24
77:1 89:17,21
273:1 384:4
385:20
present 5:22
17:22 19:24
71:5 75:25
76:13 133:23
238:10 282:14
286:12 409:5
417:5,10
presented 29:13
117:19
presenting
70:17 245:15
presiding 219:4
pretty 24:18
46:5 48:14
104:18 106:25
182:5 195:20
217:1 220:5
221:23,23
238:25 286:24
287:12 293:17
303:3,12 315:4
427:1 460:24
prevent 187:12
preventive 47:1
previous 285:16
previously
182:2 186:3
417:16 418:4
431:21
primarily
106:19 142:25
143:24
primary 117:24
117:25 118:8
118:14 124:13
145:20

primates 253:8
prime 315:19
Princeton 4:21
principle 270:13
printer 394:14
prior 18:3 43:24
56:6 150:17
236:6 257:19
264:5 286:1
298:7 334:25
429:15 432:5
437:4
private 429:15
privilege 33:9
33:10 156:20
161:25 166:5,7
166:13 177:11
privileged
176:19,25
probably 14:12
20:15 67:8
92:2 94:9
95:25 104:6
113:21 121:13
158:23 167:19
198:10 202:16
202:18 203:17
207:19 240:17
299:7 310:24
311:5 361:7
392:22 410:14
424:8 434:20
450:15 456:1
problem 58:20
104:7,11 105:9
106:3 107:10
133:3 285:22
301:6 305:16
424:6
problematic
102:17
problems 54:20
procedure
283:12 404:13
procedure-rel...
143:14
proceed 19:18

proceeding
468:10 471:4
proceedings
19:12 44:17
process 14:17
203:23 244:24
261:4 266:4,8
432:11 433:23
455:15 468:1
PROCTOR
3:14
produce 260:15
260:17
produced 26:10
26:14 370:15
product 33:8,12
33:16 49:13
50:19 51:17
53:17 54:17,23
56:16,18 57:5
72:18 74:12
78:18 79:20
84:7,23 87:24
111:9 137:2
171:8 173:19
176:16 180:6
183:22 274:14
382:11,12,13
382:24 383:5
383:12,13
384:18,23
385:21 407:22
products 1:5,7
8:9 13:11,12
49:3 50:7,14
59:3,11 60:2
63:23 64:5,25
69:11 72:6,18
74:23 75:4
76:2 77:2 78:4
78:10,17 79:17
80:9,14 84:6
84:12,17,21
89:15,18,19,22
89:24 110:11
111:2 120:21
126:9,14

127:11 128:17
129:3,13,25
131:1,15 132:7
134:15,19
135:5,10,15
136:7 137:20
140:22 142:12
142:16 148:16
149:11,22
150:20 151:5
163:19 164:12
165:25 167:3
167:13 187:7
199:12 200:1,4
201:9,24 203:1
209:18 211:17
211:18 231:16
231:17 233:24
234:10,13,21
235:25 236:15
237:15 261:15
262:7 266:19
272:15 273:22
275:2 276:1
279:2 368:17
369:8 383:1
384:6,8 385:23
406:14 407:8
410:23 411:10
411:23 415:8
415:22,23
416:6 436:13
451:24 453:5
460:11 462:19
464:4
profession 34:14
professional
171:8 183:21
183:23 203:10
251:10
professionals
462:3
professor 7:15
34:17 93:6,20
94:6,10,13,14
94:15 100:18
profile 103:16

103:20
profound
460:24
program 47:19
48:16,21,23,24
105:18 230:13
262:4,6,9
programs 46:21
47:1,2,2 48:6
367:15,20,23
368:2
progress 135:8
135:14 451:1
project 153:3,7
155:7 191:16
194:7 230:8,10
projects 156:7
187:3,6,9
promise 124:11
promote 317:14
317:15 418:11
promoted 93:6,7
promoting
421:5
promotion 93:5
proof 433:6
446:19,24,25
447:3,5
proofread 176:8
proper 271:3
322:5 323:17
properly 326:10
proportion 41:8
propose 452:10
proposed
417:16 418:4
451:23
proposition
226:23 227:15
306:12 307:14
propounded
18:2 474:6
prospects 39:18
40:15
prostaglandins
444:20
protect 156:16

Gregory B. Diette, M.D.

| | | | | |
|---|---|---|---|---|
| **protective** | 107:14 141:11 | **PubMed** 92:16 | 252:16 267:24 | 251:23 257:17 |
| 285:18 421:21 | 231:15 235:24 | 92:17 108:20 | 268:6 286:17 | **quantified** 371:4 |
| 421:22 | 267:2 369:24 | 121:17 | 310:15 324:16 | **quarrel** 278:25 |
| **protein** 423:13 | 370:3 474:19 | **pull** 18:16 29:21 | 327:12 368:4 | 279:5,7,10 |
| **protocol** 38:19 | **publication** | 69:17,17 | 390:17 462:16 | **query** 404:10,11 |
| 160:24 | 123:24 245:14 | 339:14 363:4 | **Pursuant** 2:16 | **question** 14:20 |
| **prove** 446:1,3 | 321:3 | 416:17 | **push** 306:24 | 14:22 23:20 |
| 446:10,12,13 | **publications** | **pulled** 170:21 | **pushing** 155:23 | 24:12 28:15 |
| **proved** 419:5,12 | 121:2,11,15 | 172:2 341:17 | **put** 19:17 29:20 | 32:4,21 33:10 |
| **proven** 445:10 | 122:8 123:21 | **pulmonary** | 30:1,2 35:12 | 33:15,18,22 |
| 445:15,20 | 124:9,16,17 | 34:18,22 52:15 | 41:22 45:14,16 | 36:11,12 37:22 |
| 450:7 451:8,16 | 125:6,17 | 57:3 63:11,17 | 52:24 58:6 | 39:7,20 40:1 |
| **provide** 18:23 | 126:18 127:4,9 | 93:21,22 94:17 | 67:21 83:12 | 40:12 41:16 |
| 37:12 55:25 | 127:17,18 | 94:18 96:9,10 | 86:7,8 97:25 | 42:12 47:7,9,9 |
| 61:6 62:2 63:8 | 141:10,11 | 96:10,11 97:17 | 100:12 165:17 | 47:23 49:6,18 |
| 89:18,22 | 142:23 146:9 | 101:10 103:5 | 169:18 170:14 | 49:22 50:25 |
| 109:17 180:18 | 245:8,10 | 104:16,18,19 | 172:6,7,8,21 | 55:1,13,21 |
| 187:24 228:5 | 454:10 | 104:22 106:20 | 175:19 211:1,4 | 56:20,24 57:9 |
| 316:8 343:23 | **publicly** 156:10 | 143:5 153:13 | 212:8 215:25 | 61:16,21 62:6 |
| 445:21 460:16 | **publish** 143:18 | 201:6,10,18 | 216:3 236:7 | 62:12,20 64:12 |
| 469:13 | 315:13 316:21 | 205:9 | 254:8,9 267:2 | 65:16 66:19 |
| **provided** 17:7 | 317:3 320:9 | **pulmonologist** | 271:11 291:19 | 68:1,4,17 72:9 |
| 17:13 71:4 | 321:2 | 61:8,17,23,24 | 299:19 309:11 | 72:22 73:4,8 |
| 74:11 88:16 | **published** 35:23 | 61:25 106:4 | 311:13 326:2,3 | 73:12,16 78:24 |
| 115:22 116:5 | 45:9 92:1 | **pulmonology** | 327:19 328:12 | 79:6,11,16 |
| 116:10,11,12 | 108:10 121:10 | 118:22 188:25 | 334:12 336:14 | 80:17,21,22 |
| 116:13,24 | 121:16,20 | **purchased** 50:6 | 340:23 341:13 | 82:2 83:18 |
| 117:18 118:8 | 124:4 125:5,11 | 53:1,4 | 346:11,13 | 84:5,9,14,20 |
| 134:24 139:23 | 125:17 126:8 | **Purdie** 42:6,16 | 355:5,11 364:4 | 85:1 90:2,11 |
| 157:18,21 | 126:13 141:23 | 43:14,15,18 | 365:9 426:25 | 96:18 98:8,11 |
| 165:14 167:2 | 142:5,11,15,19 | 45:7,18 351:11 | 438:2 | 98:13 99:4 |
| 167:23 172:10 | 142:25 144:12 | **purported** | **putative** 47:3 | 103:22 106:7 |
| 180:12 184:10 | 144:18 145:5 | 462:21 | **puts** 224:25 | 106:11 107:17 |
| 187:19 189:12 | 145:13 147:6 | **purpose** 43:22 | **putting** 203:24 | 109:11 112:14 |
| 194:24 207:13 | 148:21 230:16 | 97:12 162:2 | 304:12 468:21 | 113:3 114:23 |
| **provides** 63:5 | 236:13 237:14 | 252:21 | 468:21 | 115:12 116:23 |
| **providing** 32:5 | 257:3,25 | **purposes** 18:18 | | 118:3,14 |
| 183:11 184:7 | 258:20 259:7 | 22:4 43:19 | **Q** | 123:20 124:2 |
| 227:24 | 264:22 296:10 | 55:6 56:16 | **qualifications** | 125:3 127:14 |
| **provoke** 102:12 | 319:5,8,18 | 70:16,24 71:3 | 212:17 306:20 | 132:18,20 |
| 107:15 | 325:22 359:13 | 71:15 78:9 | 442:8 | 133:8,9 135:24 |
| **public** 2:17 8:8 | 369:2,5 373:8 | 79:16 93:5 | **qualify** 90:3 | 137:11 139:20 |
| 10:13 46:21,25 | 373:14 381:11 | 111:16,17 | **qualitative** | 144:2 145:17 |
| 47:18,20 48:6 | 391:7 408:19 | 168:1 175:18 | 271:13 273:13 | 149:1,13 159:4 |
| 48:15,23,25 | 411:9 427:19 | 183:14 188:3 | 273:14 370:21 | 161:8 164:10 |
| 95:2,6 100:22 | 439:3 461:17 | 194:21 242:12 | **quality** 144:8,8 | 166:2,20 167:6 |
| 101:21,25 | 463:15 | 251:12 252:2 | 149:10 239:14 | 168:20 169:5,8 |

Gregory B. Diette, M.D.

Page 518

| | | | | |
|---|---|---|---|---|
| 170:1,12 172:3 | 385:16 390:21 | 474:5 | 24:2,6,21,22 | 259:18,18,22 |
| 173:22 174:9 | 391:5 400:12 | **quibble** 221:8 | 25:17 178:20 | 259:24 260:1 |
| 176:17 177:2 | 401:11,15 | **quick** 44:5 | **rates** 215:8 | 265:6,8,10,15 |
| 177:10 184:19 | 402:11 403:10 | 293:14 320:16 | 226:12 | 266:8 270:23 |
| 187:13,21 | 404:5 405:14 | 320:17 377:4,8 | **ratio** 333:11 | 271:15 272:1,6 |
| 188:19 191:6 | 406:22 407:11 | 399:25 426:10 | 347:8,16 349:9 | 273:12 277:23 |
| 191:24 192:5 | 407:23 408:8 | 467:23 | 349:24 361:4 | 278:14 279:16 |
| 192:21 193:2,3 | 410:20 411:2 | **quickly** 112:1 | 365:12 368:21 | 282:17 286:6 |
| 199:8 200:2 | 412:20 413:15 | 151:15 | **ratios** 349:15 | 292:17,22 |
| 210:14,16,19 | 422:15,19 | **quit** 218:10 | 351:12 | 296:3 298:3,7 |
| 210:20 215:17 | 424:23 427:23 | **quite** 90:6 | **rats** 253:8 | 299:10 300:18 |
| 217:19,21,24 | 436:10 444:12 | 434:20 451:3 | **reach** 184:15 | 301:14,17 |
| 218:7 219:6,12 | 446:23 450:15 | **quote** 29:21 30:2 | 190:15 191:15 | 302:8,15 303:4 |
| 220:8,11,14,18 | 456:22 457:20 | 425:24 | 194:15 195:13 | 304:4 305:6,12 |
| 220:21 221:15 | 460:21,22 | **quotes** 169:22 | 228:16 233:9 | 306:3 311:14 |
| 221:20 222:9 | 465:4,6 466:15 | 170:12 | 279:21 282:12 | 311:17 312:1 |
| 223:1 224:1 | **questionable** | | 283:9 314:24 | 313:5,14,20 |
| 225:3 230:20 | 256:13 437:2 | **R** | 323:13 418:17 | 316:15 317:16 |
| 231:20 233:15 | **questioner** | **R** 3:1 13:1 473:2 | **reached** 155:10 | 348:1 370:9 |
| 234:18,22 | 19:18 | 473:2 | 185:21 187:1 | 373:23,25 |
| 241:24 242:1 | **questioning** | **rabbits** 253:8 | 193:9,17,24 | 378:8,10 379:1 |
| 243:10 244:12 | 80:25 83:22 | **race** 236:19 | 194:23 227:25 | 379:20 388:14 |
| 252:11 254:18 | 165:19 | 346:18 | 228:6,11 | 389:24,25 |
| 258:13,17,19 | **questionnaire** | **radiation** | 396:10 401:1 | 390:6 395:17 |
| 260:6 261:16 | 404:15 | 115:18 125:23 | **reaches** 189:7 | 401:18 413:4 |
| 265:21 273:18 | **questions** 27:5 | **radiolabeled** | 190:21 191:19 | 413:16 417:21 |
| 274:9,11,24 | 27:12 32:10 | 412:10 | 194:8 | 420:6 423:22 |
| 275:7,19 276:2 | 37:18 38:25 | **radiologist** | **read** 42:16 | 423:22 424:19 |
| 276:4,9,12 | 53:3 82:12,18 | 119:13 | 45:22,23 65:18 | 425:13 428:3 |
| 278:7 279:14 | 83:4,16 86:1 | **radiology** | 66:23 68:8,19 | 428:11 429:2 |
| 279:16 286:5,8 | 114:8,24 | 143:14 | 68:20 69:3,6 | 430:9 431:22 |
| 288:5,7 290:25 | 121:25 132:20 | **RAFFERTY** | 70:10 72:14,14 | 439:14 441:7 |
| 291:3 299:1 | 154:6 163:10 | 3:14 | 76:20 77:3 | 445:5 448:5 |
| 304:16 310:7 | 203:4,23 | **raise** 80:5 | 83:5,11,17 | 453:15 454:14 |
| 319:20,22 | 207:22 210:9 | **raised** 396:13 | 85:24 88:1 | 462:17 472:2 |
| 321:11 330:7,8 | 217:20 218:25 | **raising** 113:14 | 97:18 99:25 | 474:3 |
| 332:4,13 335:2 | 254:24 300:2,4 | 113:19 115:2 | 100:25 101:12 | **readable** 469:10 |
| 335:8,11,15,17 | 300:9,22 304:5 | **range** 375:18 | 102:24 103:9 | **reader** 245:23 |
| 335:19,21,22 | 321:12 326:14 | **ranges** 105:4 | 111:25 143:11 | 248:5,11 249:9 |
| 337:17,20 | 329:23 336:3 | 458:14 | 166:23 181:24 | 249:14,22 |
| 338:3 339:20 | 346:22 400:3 | **rank** 93:6 | 211:8 212:5 | 250:4,18 |
| 340:4 342:12 | 408:5 430:21 | **ranked** 36:2,3 | 214:22 225:20 | **reading** 28:1 |
| 353:12 354:1 | 430:24 431:2 | 36:16 | 225:21 231:22 | 69:1 76:18 |
| 364:20 371:21 | 435:25 438:19 | **ranks** 34:24 | 232:21 236:21 | 79:9 85:15 |
| 372:7 374:14 | 439:19 440:14 | 35:5 | 239:2 256:21 | 87:6 198:2 |
| 375:21 382:16 | 440:20 456:22 | **rarely** 352:20 | 257:3,21,22 | 253:24 287:7 |
| 384:10 385:6 | 467:23 470:11 | **rate** 23:11,13 | 258:20 259:16 | 291:16 313:13 |

Case 3:16-md-02738-MAS-RLS    Document 10065-3    Filed 06/21/19    Page 1003 of 1063
PageID: 86908
Gregory B. Diette, M.D.

Page 519

389:2 400:5
409:24 420:14
469:20
**readings** 128:3
**reads** 96:8 101:7
198:14
**ready** 44:22
315:19 377:19
**real** 44:5 133:3
301:5 316:2,3
316:4,5,6,7
399:25
**realistic** 270:12
**realistically**
462:11
**reality** 229:4
383:8,18,25
**realize** 27:15
99:22
**really** 21:6 53:7
53:7 68:13
70:10 77:17
93:7,17 105:3
114:10 133:15
149:10,10
180:10 191:23
201:21 210:21
221:13 229:15
231:6 237:6
240:10 252:21
258:19 269:15
293:10 295:10
310:4 331:24
332:17 334:4,4
335:8 340:24
344:20 353:18
358:13 360:11
364:3 374:4
382:6 405:24
420:24 422:4
423:16 425:4
462:9 469:8
**realtime** 300:21
345:11 450:16
**reanalysis**
388:25
**reason** 21:11

39:25 70:6
185:21 192:24
213:16 222:11
223:10 272:19
315:8 341:5
407:4 409:20
410:10 412:6
462:1 472:4
473:6,8,10,12
473:14,16,18
473:20,22,24
**reasonable**
79:19 87:19
445:8
**reasons** 332:18
361:7 384:12
**REATH** 5:4
**recall** 41:23
67:12 146:3
176:4 197:2,10
389:2,7 402:12
465:6,11
**recalled** 270:10
**receipt** 472:13
**receive** 102:2
**received** 20:17
21:16 95:2
148:9,12,15
175:23 229:20
468:14
**receiving** 187:18
469:5
**recess** 89:5
151:18 204:21
280:12 320:20
377:11 426:18
447:12 464:14
**recognize** 78:13
239:9 361:12
467:3
**recommendat...**
406:16 407:2
**record** 13:4,19
18:18 19:8,11
19:14,16 26:10
27:6 28:22
31:7 32:16

33:22 37:24
38:8 44:14,16
44:19 52:24
53:16,24 54:3
58:5,10 83:22
89:4,7 99:11
115:13 132:2
134:7 151:17
151:20 154:13
204:20,23
234:6 280:11
280:14 320:19
320:22 324:23
331:23 336:16
338:5,7,14,15
338:17,24
344:11 350:15
377:10,13,14
377:15 378:19
393:3 426:17
426:20 431:8
440:10,24
441:8 447:8,11
447:14 464:11
464:13,16,20
464:21,23
467:18 470:17
**recordation**
173:6 242:10
**recorded** 471:8
**records** 30:4
167:21,22
177:13
**Red** 3:22
**redacted** 161:24
180:5
**reduce** 32:19
46:22 172:9,23
367:15,23
368:2
**redundancy**
74:6
**redundant**
245:14 247:12
**Reeds** 388:16
**refer** 265:18
**reference** 66:2

152:1 238:21
244:18 468:21
**referenced**
397:14
**references** 66:10
171:6 364:19
396:20
**referrals** 104:19
**referred** 118:22
118:24 120:3
**referring** 28:23
43:1 65:5
237:7 255:24
282:6 292:7
297:7,10,25
298:21,25
389:22 441:1
**refill** 88:20
**reflect** 53:24
97:20 101:14
113:18 115:13
179:13 344:12
349:9
**reflected** 69:12
**Reform** 231:13
**refresh** 65:20
380:10
**refusing** 33:21
**regard** 14:5,11
31:17 33:18
35:6 49:18
57:3,11,21
60:1 76:2
84:11 96:16
120:10 126:14
129:6 157:12
159:18 175:24
176:13 177:7
225:14,15
233:10 251:11
256:15 280:18
287:15 310:16
315:25 356:7
370:17,23
373:14 381:18
384:19 409:2
434:1 441:11

**regarding** 31:24
32:11,14 76:16
124:17 127:10
127:19 173:20
295:16
**regardless**
280:25 322:11
379:13
**region** 11:19
427:12
**regional** 428:9
429:8,20
**Registry** 8:12
**regret** 44:8
**regulatory**
56:14 119:21
209:1 434:12
**Reid** 388:3,15
388:18,19
389:3,12
390:10,11,12
390:12,13,18
**Reids** 390:11
**reiterating**
403:13
**relate** 187:14
405:20
**related** 33:4
121:22 123:23
142:2 143:22
199:4 200:8,10
200:12 201:4
257:17 285:22
380:2
**relates** 1:10
403:9
**relationship**
127:11,19
153:20 154:17
157:5 200:16
210:22 212:20
273:21 274:13
275:1 376:9
379:10 463:11
**relationships**
358:1
**relative** 9:19

Gregory B. Diette, M.D.

327:18 328:9
328:18 329:5
332:14 336:9
339:2,15,23
340:9 342:4,6
343:15,16
348:13 349:11
352:1,16
353:10 360:20
361:15 363:24
365:4,5,17
366:19,22
367:16,21
368:16 370:17
370:25 371:11
371:12,16,23
372:11,22
373:16,18,20
374:7,23 375:7
375:18 377:25
379:16,23
383:3 387:17
397:25 398:10
398:14,21,23
399:10 400:5,7
**relatively**
343:23
**relevance**
315:25 342:6
**relevant** 145:22
211:15 238:13
**reliable** 416:4
**reliance** 34:5
43:2,7,9,10
65:21 165:18
388:15 468:23
**relied** 65:18
381:24 440:17
**rely** 71:9,21
72:1 166:15
233:3 255:10
381:23 390:18
**relying** 68:14
70:18,25 71:6
71:10,17 167:5
**remember**
22:10 27:22

32:21 36:2
53:23 60:20
63:19 69:3,7
69:15 138:11
144:24 145:2
152:25 153:5
158:3 161:8,9
164:4,17 171:4
182:8 197:14
197:22 231:22
242:22 247:10
252:19 253:6,8
265:9 283:17
288:17 296:8
296:12 311:21
380:6,7 389:11
392:17 395:24
425:2,6 426:1
426:7 432:17
460:4,6 463:21
468:2,14
**remind** 113:7
160:5
**reminded**
455:13
**reminds** 68:24
**removed** 280:22
**render** 256:13
**rendered** 161:13
**repeated** 420:1
**repeatedly**
461:23
**rephrase** 408:6
422:19
**replace** 309:7
**replacement**
315:16
**report** 6:19 7:16
10:21 21:12
22:5 29:19
30:8,11 42:6
42:14,22,24
43:7,24 66:4
66:10,23 67:14
68:8,19 70:21
70:25 71:4,7
75:24 76:4

94:10 111:17
129:12,14,21
129:21 130:8
130:21 131:4
131:20,22,23
132:5,8,10,14
133:24 134:7,9
134:13,25
135:1,13
138:17 145:25
152:3 153:16
154:24 155:12
155:17 158:5
159:19 162:3
162:22 163:21
163:21 165:7
168:2,18
169:11,12,17
170:4,10,14,14
171:12 172:5
172:12 173:5
173:11,16,21
174:4,10
175:19,24
176:1,14,24
177:8 180:13
181:13 182:22
183:15 184:9
186:24 193:12
198:6,9 201:8
203:21,24
205:4,6,7,7,16
206:14,14
208:9,23
209:24 210:4,8
210:25 212:2
227:25 228:6
232:21 233:8
235:13 237:2
238:11 242:12
242:16,23
243:11,23
244:7 248:15
248:18,22
249:3,8,21
250:3,17
253:17 255:19

255:23 256:1
256:11,18
257:10,20
258:1,11
264:10,14
267:6 268:7
315:12 324:4,5
325:5 326:1
327:12 332:16
334:3 336:1,5
336:19,23
341:13 346:21
355:22 356:4
356:13,13
357:17 360:4
360:12,16
364:23 366:19
367:2 378:4,7
378:25 379:8
390:18 393:4
395:19 396:13
397:15 399:16
408:18 421:24
421:25 432:9
443:21 447:21
460:5,8,16
468:2,5,10,20
469:15,18,23
470:7
**reported** 1:25
9:21 270:11
291:5 337:2
339:6,9 371:14
372:11 375:6
428:20 463:19
**reporter** 2:17
13:19 188:9
279:12 440:21
471:1,2,24
**reporter's**
471:13
**reporting**
247:13 270:9
**reports** 20:14,15
21:5,20 22:11
60:6,12 66:18
67:4,21 69:12

70:6 71:19
129:24 130:4
131:9 134:18
156:4 162:16
165:15,20
175:3 180:16
180:19 185:19
186:4 202:8,25
203:4 239:4
257:9 297:11
329:5 374:7
407:21 417:10
453:18 454:4,5
**repository** 92:20
**represent** 18:19
18:21 28:17,18
40:8 45:3,4
52:7,24 53:3
55:14 81:12,15
84:2 98:3
101:19 103:11
103:13 108:14
139:11 224:23
225:9 232:10
235:21 236:5
289:25 291:20
292:8 297:21
308:14 312:5
317:1 325:23
325:24 327:9
327:17 343:11
350:14 364:12
387:4 397:13
399:12 438:8
438:25 442:19
**representation**
54:4 324:23
**representative**
84:15 86:9
**represented**
242:15 339:24
386:8 387:4
**representing**
55:18 221:1
223:14
**represents**
17:25 18:5

Gregory B. Diette, M.D.

Page 521

21:15 28:7
81:24 224:7
327:11 382:9
**reproduced**
26:16
**reproduction**
439:4,6 471:22
**reproductive**
36:7,15 61:2
**reputation**
230:4
**request** 16:24
18:20,21 26:11
26:17 31:3,15
31:24 32:25
97:1 99:15
164:6 192:16
426:2
**requested**
155:11 199:13
231:25
**requests** 6:15
17:15 18:1,6
32:1,14 33:7
**require** 251:10
**required** 315:12
362:9 457:18
**reread** 67:6
**rereviewed**
259:5
**Res** 369:11
**research** 9:8
48:24 97:14,21
101:8,15
102:11 103:2
103:12 107:13
108:3 121:2
128:16,20,25
129:2,5 143:1
143:13 145:20
146:8 147:17
147:22 148:5
149:12,14,17
149:21 150:19
151:3 162:20
163:4,22,24
164:11 190:17

202:4 230:8,13
242:19 262:6
262:10,12,15
294:14 298:15
306:1 308:17
309:21 310:12
313:11 314:19
319:7,15,24
367:10 369:13
369:14 403:3
444:24
**researched**
119:6
**researcher**
34:16 224:13
**researchers**
215:6 225:22
226:4 295:16
309:14 310:1
**researching**
233:8
**resembles**
268:15
**residency** 117:6
117:9,12
**resisted** 273:16
361:10
**resonate** 215:20
215:23
**resonates**
215:22 216:4
217:5
**resources** 311:1
**respect** 67:19
**respected** 260:9
260:13
**respiratory**
142:3
**respond** 32:16
114:17
**response** 6:14
17:14 18:12,20
26:11 28:24
32:25 417:19
418:7 440:4
465:18
**responses** 18:1

**rest** 237:18
244:13 414:21
420:14
**result** 305:25
352:2 382:14
**resulting** 413:9
**results** 69:10
70:18 71:18
256:13 287:3
291:5,7 292:14
292:15 293:6,9
366:24 395:20
407:25
**retain** 194:15,20
**retained** 7:5
51:5 55:5,13
108:21 109:16
136:6,6,25
139:13 140:21
150:18 151:2
171:13 195:1
208:24 228:5
242:4
**retainer** 31:20
**retention** 56:12
**Retire** 9:4,12
**retrograde**
273:3
**return** 472:11
**reveal** 173:19
**review** 10:12,25
11:14 17:3
19:2 20:21
39:15 42:4
43:18 55:22
60:11 82:18
83:3 148:22
149:6,9 153:4
154:1 189:9
190:2 212:17
222:20 240:2,7
241:16 242:24
244:15 253:15
256:10 264:22
264:24 380:25
411:22 422:8
427:20 448:4

455:14 462:15
463:8
**reviewed** 6:22
19:5 20:5,6
42:5,6,15
43:21,23 59:7
59:24 65:18
66:3,8 77:9
80:18 82:13
83:16 111:16
121:21 124:15
157:21 244:18
245:1 246:8
247:2 250:19
251:11 257:23
357:17 373:13
374:6 378:24
381:16 409:9
412:15 438:17
448:25 451:22
452:17 459:23
460:3
**reviewers**
319:10
**reviewing** 30:6
37:11 67:13
185:8 407:5
**RICE** 4:10
**Richard** 4:18
11:25 438:9
**rid** 311:14,16
**ridiculous**
270:16
**right** 14:9,18
15:1,5,8,9,15
15:23 16:22
17:2,5,7,24
18:9,11 20:3
20:18 21:1,11
21:19 22:2,10
22:16 23:4,10
24:1 26:6,25
27:21 30:1,9
30:19 31:1,10
31:15,20 33:13
34:13 36:5,19
37:5,8 39:14

40:24 41:1,5
42:2,4 44:1
45:12,24 46:4
46:7,10,17
47:10 49:3,17
50:6,18 54:10
58:1,13,16,18
58:23,24 61:10
61:25 62:7
63:16,20 65:10
66:15 67:11
70:3 71:21,22
72:4 73:11,23
74:6,10 75:19
77:5 78:15,16
79:24 80:1,2
80:12 81:4,6
82:6 88:3,12
88:13,15 89:14
90:4,8 91:23
92:5,9,12 94:2
94:5,14,16
95:17,20 96:2
96:5,8,15
97:13 99:4
100:17 101:14
101:17,24
102:10 103:11
103:16 106:18
108:21 110:9
110:22 114:8
116:21 119:13
120:13,23,24
121:1,14
122:23,25
123:10 124:4,8
124:14 125:5
128:1,19
130:15 132:11
132:23 134:6
134:12 135:10
135:25 136:18
139:1,15,21
140:13,16,19
141:2,4,9,22
142:5,10
144:15 145:2

Gregory B. Diette, M.D.

| | | | | |
|---|---|---|---|---|
| 145:12,19 | 276:24 278:16 | 389:24 390:17 | 126:14 172:23 | 423:9 446:15 |
| 149:13 150:24 | 280:2,21 282:5 | 391:22 393:9 | 214:6,6,16,24 | 451:18 466:8 |
| 151:8,22,24 | 282:8,19 284:2 | 393:18,25 | 215:4,5 216:21 | 466:23 |
| 152:3 154:9 | 284:15 285:1,5 | 394:7,8,15,19 | 217:10 218:3 | **risks** 235:25 |
| 155:13 157:3 | 286:15 287:12 | 394:22 396:18 | 219:8,24 220:1 | 327:18 336:9 |
| 157:15,19,24 | 288:15 289:6 | 397:22,25 | 220:12 221:7 | 337:2 339:2,15 |
| 159:2,25 | 292:7,24 | 398:17,19 | 221:16 222:5,6 | 342:7 360:20 |
| 162:10,18 | 293:19 295:3 | 399:2,20 401:7 | 222:18 223:18 | 361:12 363:24 |
| 163:2,17 165:5 | 296:16,17,17 | 402:23 405:4 | 223:19 225:15 | 365:4 367:16 |
| 168:10,17 | 298:9 299:18 | 405:18,24 | 231:15 233:22 | 367:21 368:12 |
| 169:23 170:9 | 300:24 301:25 | 407:17 408:17 | 234:14 236:16 | 368:16 370:18 |
| 170:19 174:17 | 302:3,20 305:5 | 408:20 411:8 | 237:17 238:3 | 372:11 375:7 |
| 177:23,25 | 305:11 306:16 | 413:2 415:7 | 240:18 248:1,1 | 375:18 379:23 |
| 178:6 181:4,18 | 307:22 308:5 | 416:22 418:2,3 | 262:18,23 | 400:5,7 401:2 |
| 182:10 189:18 | 310:22 312:25 | 419:21 420:8 | 263:9,11,13,16 | **Road** 2:6 13:10 |
| 189:19 191:2 | 313:14 314:5 | 424:8 425:8,19 | 263:18 269:10 | **Roberta** 442:20 |
| 194:13,16 | 316:3 317:7,24 | 426:12 427:8 | 285:13 328:9 | **ROBINSON** 4:4 |
| 198:5 203:16 | 319:1,6 322:25 | 427:19 428:13 | 328:18 329:5 | **role** 12:4 48:10 |
| 203:20 205:2 | 323:17 324:11 | 428:22 429:19 | 332:14 339:23 | 117:25 154:21 |
| 206:13,18 | 324:12 327:5 | 429:21 431:4 | 339:24 340:9 | 288:18 294:19 |
| 207:6,25 208:6 | 329:10 330:1 | 434:6,17,24 | 342:4 343:15 | 442:20 |
| 208:17 209:11 | 332:10 333:23 | 436:24 438:7 | 343:16,24 | **roll** 38:7 |
| 210:7,14,24 | 333:24 334:2 | 440:12 442:4 | 348:13 349:11 | **Roman** 276:15 |
| 211:21,23 | 338:7 340:25 | 448:20 449:11 | 352:1,16,16 | **Ron** 309:7 |
| 213:24 214:5 | 343:2 344:9,22 | 454:11,17 | 353:10 359:14 | **room** 353:2 |
| 214:10,22 | 344:25 345:3,9 | 455:10 456:5 | 359:23 361:4,4 | **ROSEN** 3:5 |
| 215:11 216:9 | 347:11 348:16 | 456:21 458:23 | 361:13,14,15 | 52:5 85:19 |
| 216:18 218:20 | 349:14 350:2,4 | 460:13 461:4 | 361:15 362:15 | 86:13 139:6 |
| 218:20,22 | 352:7,18 | 462:22 465:13 | 362:17 364:11 | 393:3,9 427:4 |
| 222:20 224:5 | 353:17,19 | 465:17 466:8 | 365:5,17 366:2 | 437:21,24 |
| 225:5,25 | 354:8,18 355:1 | 466:17 | 366:19,22 | **Rosenblatt** |
| 226:17,17 | 355:5,16,19 | **right-hand** | 368:15 370:25 | 351:13,23 |
| 227:5,6,20,20 | 356:10 357:2,7 | 327:14 419:13 | 371:11,12,16 | **rotate** 117:7 |
| 228:4,25 232:5 | 358:12,17,23 | **Rigler** 65:11 | 371:23 372:18 | **ROTH** 3:20 |
| 236:23 237:5 | 359:15,18 | 66:6,11,15,24 | 372:23,25 | **Rothman** 8:20 |
| 239:18 242:6 | 361:16 362:6 | 67:14 68:9 | 373:16,18,20 | 287:21 290:9 |
| 242:15 247:21 | 362:13 363:3 | 70:25 71:8,18 | 374:7,8,15,23 | 292:9 317:13 |
| 253:22 254:4 | 365:24,25 | 72:5,15,16 | 376:6 377:25 | 322:11 361:2 |
| 254:24 255:13 | 366:16,25 | **Rigler's** 69:10 | 379:17,17 | 456:2,3 463:8 |
| 256:20 257:19 | 367:5 369:7 | 70:19 | 380:20 383:3 | 463:8,16 |
| 258:25 261:18 | 370:16 371:3,5 | **rings** 303:9 | 387:17,20,20 | **Rothman's** |
| 264:19 267:5 | 375:5 376:14 | **rise** 387:24 | 389:5 398:1,10 | 288:8 |
| 267:14,23 | 378:14,22 | **risk** 6:23 7:23 | 398:14,21,23 | **roughly** 376:23 |
| 268:24 269:7 | 379:6 380:1 | 8:8 9:20 10:5,9 | 399:10 402:1 | **route** 284:21 |
| 269:20 271:2,9 | 383:9 384:17 | 45:8 59:2,10 | 411:5 413:11 | 285:7 413:11 |
| 271:12 272:23 | 385:10 386:10 | 79:8,10,15 | 414:17 417:15 | **row** 333:6 |
| 273:6 275:8 | 387:2,20 | 80:5 125:12,18 | 421:18 422:23 | **rows** 334:12 |

Case 3:16-md-02738-MAS-RLS Document 10065-3 Filed 06/21/19 Page 1007 of 1063
PageID: 86912
Gregory B. Diette, M.D.

Page 523

**RPR** 471:18
**RR** 350:25
  351:1 367:3
**RRs** 336:7
**rubbing** 154:13
**rule** 251:19
  315:11 361:23
  362:3
**ruled** 396:4
**ruler** 353:21
**rules** 160:20
  166:6 316:19
  317:4,9,11,12
**run** 208:17
  237:22 314:21
  353:21
**running** 437:17

**S**

**S** 3:1 6:1,8 7:1
  8:1 9:1 10:1
  11:1 12:1 13:1
**Saed** 255:21
  256:2,15 257:4
**Saed's** 256:10
  256:11 257:21
  257:22 258:20
**safe** 46:5 407:22
**safety** 84:7
  234:10
**salad** 268:25
  269:4,5
**sales** 1:6 13:12
  327:11
**saliva** 404:25
  406:3
**sample** 248:25
  249:2 316:8,10
  341:7,11,16
  342:2,13,16,23
**Samuel** 11:20
**Sander** 288:22
  289:1 290:12
  297:21 317:13
**sanitary** 331:14
  332:21,23
  334:17,22

**sat** 179:9 338:23
**saw** 60:19,21
  65:10 69:17
  94:9 182:11
  230:1 231:20
  257:8 296:8,9
  299:4 307:3
  311:4,22
  312:23 313:22
  314:16 409:2,6
  421:24 429:22
**saying** 37:2 40:7
  53:14 82:25
  146:3 164:5
  182:13 189:24
  191:5 219:15
  220:2,8 224:6
  224:22,22
  227:1,10
  237:13 243:18
  251:19 277:4
  279:6 295:1
  305:2 311:17
  330:1 334:2,3
  351:20 359:8
  365:12 368:11
  372:16 374:14
  383:16,24
  385:4 387:19
  424:5 449:18
  450:12 455:2
  456:15 460:4
**says** 23:12 49:9
  50:20 54:18
  55:3 66:10,16
  76:11 84:1
  85:9 95:23
  96:25 97:13
  100:14 102:6
  102:11 103:7
  113:7 114:3
  121:10 189:7
  191:7 206:14
  207:16 214:19
  216:16 219:5
  220:9 273:12
  276:8,18 277:9

  277:22 278:22
  284:2,2,3,17
  300:25 302:3
  302:21,21
  331:10,15
  340:17 365:15
  369:23 386:14
  393:25 394:19
  397:16 401:20
  417:5 419:24
  428:6 429:19
  437:23 439:24
**scale** 353:17,19
  361:17
**scanning** 11:17
  427:11
**scenario** 193:14
  194:4,5
**schedule** 158:2
**Schildkraut**
  351:14 413:4,8
  413:20 436:4,5
**scholar** 242:20
  242:20 244:18
**school** 95:1,21
  95:25 96:4
  100:19,21
  101:21,25
  117:5 215:3
  222:4 223:17
  294:8
**schools** 223:16
**science** 24:19
  25:18 31:18,21
  31:25 32:6
  33:3,5,20 34:2
  56:14 151:23
  152:5,10,18,22
  153:15 154:8
  154:16 155:10
  155:16,18
  156:5 157:4,8
  158:10 159:7
  161:12 162:5
  162:19 163:21
  164:10 165:5
  165:21 166:25

  168:3,17
  170:24 175:14
  178:22 179:7
  179:14 188:20
  189:7 190:15
  190:19,20
  223:22,22
  264:23 315:3
  317:8 381:25
  468:8
**Sciences** 32:11
  32:15
**scientific** 30:7
  30:10 31:11
  35:24 37:11
  39:15 42:18
  56:17 57:12
  59:25 70:13
  120:9 146:8
  162:20 176:13
  177:7 189:9
  209:1 212:18
  222:21,22
  228:7 229:21
  234:11 257:3
  260:4,9 291:4
  291:6 295:19
  303:25 304:21
  319:17 342:14
  360:25 374:6
  375:7 407:24
  436:12,24
  437:1 448:5
  453:15
**scientist** 58:25
  120:4 230:18
  231:2 289:1,12
  450:18
**scientists** 59:23
  60:13 222:22
  223:4,6 295:16
  306:23 307:19
  307:20 310:13
  389:3
**scolding** 301:3
**scoring** 250:18

**screen** 13:7
  85:24 378:17
**Screening** 8:11
**se** 30:21 48:24
  65:3 185:2
  195:1 425:12
**search** 92:17
  147:4,11 164:3
  164:18,20
  240:1,8,22,24
  241:1,4,8,17
  242:2,7 313:6
**searched** 246:21
**searches** 162:24
  238:21,22
  240:5 241:19
**sec** 282:22
**sec-** 100:7
**second** 19:8
  44:16 66:1,9
  96:24 97:13
  100:7 198:10
  214:12,16
  225:19 274:22
  290:12 321:14
  330:15 350:15
  351:3 363:18
  366:7
**secondhand**
  10:5,11 102:14
  107:22 363:20
  363:22,24
  364:1,10
  365:14,23
  366:3,20
  367:10,16,23
  368:2 371:13
  376:14 377:25
  379:10,13,18
  380:2,21 393:8
  402:14,19
  403:3,6,9,14
  403:22 405:11
**secretary**
  176:23
**section** 92:3
  176:7 243:20

Gregory B. Diette, M.D.

Page 524

243:22 244:14
268:13 278:12
282:9 305:15
357:22 366:19
416:23
**sections** 181:21
**see** 16:22,25
23:7 26:4,7
37:4 42:6
44:12 45:10
50:20 54:11
58:7,19 59:13
63:7,10 66:5,6
66:12,13,15,25
67:9 69:6
74:22 79:14
81:4 96:5,6
100:1 102:3,10
103:17 104:6
104:16,17,18
104:24 105:9
105:24 117:3
118:21 121:18
122:14 123:12
124:9,11 134:2
138:13 143:12
144:22 148:8
153:6 157:20
168:5 170:10
181:20 188:4
196:15 206:7
213:13 214:8
214:11,17,20
218:24 221:3
224:24 236:2,3
236:9 237:23
254:7 270:23
271:12 272:9
272:11 277:10
283:21 290:3,7
290:10,15,19
296:6 297:2,4
301:12 302:1
305:16 309:17
312:1,20
313:21,23
315:15,20

327:15 328:6
328:10,14,17
328:20 329:2,4
329:8 330:13
332:22 336:24
344:23 345:1
353:24 355:13
359:4,7,24
364:17,22,25
365:3,7,15
367:4 375:22
388:15 391:11
392:20 394:19
395:3,7,15
396:1,7,9,20
396:21 397:20
397:25 398:3,6
398:9,14,19,25
399:3,7,8
400:24 401:5
402:4 409:17
410:9 413:17
414:14,19,22
418:22 419:23
424:12,16
425:19 427:13
427:17 429:23
432:23 433:10
436:10 438:6
438:14 441:5,8
441:10,12,14
443:2,8,10,14
443:15,17
444:15,25
455:5 456:9
457:17 462:16
**seeing** 41:23
105:17 107:7,8
108:14 422:3
**seeks** 166:4
**seen** 16:18,20,20
35:1,1,23 36:1
36:1,3 51:10
51:12 60:5,8
64:23 65:2
67:3 74:18
83:3 110:22

111:9,21
205:25 213:12
213:17 214:1
222:21 226:5
238:3 258:6
259:19 281:9
281:10 299:21
300:12 304:13
311:6 320:6,7
320:25 329:24
367:17 368:17
376:7 386:12
386:13 387:22
391:6 411:19
411:21 412:2
412:15 413:3
415:12,17
416:11 422:4,8
423:8,12,16
427:22 431:24
436:2,24 437:1
437:8 438:17
440:7 442:5,13
442:25 448:25
451:21 452:9
452:22 453:2
453:16 454:1,1
454:12 459:14
**sees** 104:25
113:21
**segment** 172:22
**select** 244:5,25
333:11 344:3
**selected** 170:4
327:11 344:4,5
345:4,16
**selecting** 245:24
344:12
**selection** 251:11
261:4 345:21
**sell** 50:13 79:19
80:13 87:19
385:12
**selling** 87:24
**send** 164:23
**senior** 370:13
**sense** 46:8 56:23

57:6,9 72:1
91:14 112:1
207:20 239:5
283:16 341:14
361:21 388:10
390:16 403:1
415:2 447:23
451:1 460:7
462:7
**sent** 67:19,22
153:4 161:23
**sentence** 46:7,15
92:24 211:9
212:14,15
215:1 223:13
227:18 235:14
276:7,18,20
278:14 280:1
291:24 302:3
306:10 323:2
366:24 372:7
374:20 428:5
**sentences** 182:1
272:25 306:14
**separate** 110:2
138:18 241:4
332:24 388:23
**separately** 18:14
136:24 178:18
241:8
**separating**
301:6
**September**
11:23 140:3
438:8,25
**sequence** 20:25
**seriously** 434:20
**seriousness**
133:11
**serous** 417:12
**serum** 423:13
**serve** 108:22
**served** 18:6
203:5 340:13
**service** 8:12
105:2 107:7
157:18 159:20

162:5,17
180:18,22
189:12
**services** 11:22
13:5 117:7
154:19 161:13
180:12,24
181:7 186:23
187:18,19,24
192:15 194:6
194:24 195:23
197:21
**set** 24:14 44:3
47:1 86:24
89:13 145:14
157:24 205:15
231:10 243:11
243:23 286:15
291:5 292:13
317:11 324:3
454:19 460:9
471:5
**setting** 105:13
105:14 353:1
**settings** 51:11
**seven** 331:11
345:12 467:13
**severe** 287:12
**SEYFARTH**
5:17
**Shannon** 175:9
**shape** 91:18
168:23 169:11
169:12 170:24
170:25
**shaping** 175:24
**share** 22:22
71:16,17
156:25 165:4
185:17 228:1,7
228:12,18
242:23 261:22
309:19 391:1
438:1 441:22
**shared** 75:15
208:13,24
209:17 441:20

Case 3:16-md-02738-MAS-RLS   Document 10065-3   Filed 06/21/19   Page 1009 of 1063
PageID: 86914
Gregory B. Diette, M.D.

Page 525

**Sharfenstein**
313:1
**Sharfstein** 313:2
314:9,19
319:16,23
**sharing** 71:16
205:14 212:25
**SHAW** 5:17
**She'll** 385:8
**sheet** 308:15
472:5,6,9,11
474:8
**Sheraton** 2:5
13:9 15:2
**Shih** 421:25
**Shih's** 421:25
**Shirm** 309:8
**shopping** 50:8
**short** 19:17
**shorten** 349:3
426:15
**shorthand** 471:1
471:2,11
**show** 17:17 45:1
52:2,20 80:3
95:8 98:22
138:21 139:1
154:13 213:3,6
235:16 281:22
289:19 296:17
296:22 311:23
312:4 331:20
364:7,9 366:1
390:1 392:24
393:13 396:24
413:20 415:3
431:4,17
432:15 436:6,8
437:12,18
438:7 442:18
462:24
**showed** 358:4
463:22
**Shower** 50:1,2
51:8,8,16,16
74:15,15
**showing** 9:19

378:4
**shown** 215:8
226:12,17,21
415:17 416:10
435:24 437:6,8
**shows** 236:14
237:14 281:10
281:18 353:10
423:17 435:22
436:2
**sick** 104:13
**sickest** 104:12
**side** 60:23
308:20 327:14
**Sidney** 7:22
214:3 215:14
224:24 225:5
225:12 228:16
**Siemiatycki**
172:7
**sign** 206:22
307:14,24,24
307:25 472:6
**signal** 301:7
358:19 359:8
458:25
**signatories**
311:18 312:6
312:17 313:23
314:6
**signature** 208:1
**signatures**
312:15
**signed** 264:10
306:23 307:21
312:2
**significance** 9:5
9:13 286:2,19
295:17 298:14
302:5 303:6
304:1,22
306:25 309:13
309:24 310:1
310:17 311:16
312:8 314:17
316:1 318:10
323:5 357:19

357:20 428:10
**significant**
233:21 234:13
236:16 237:16
237:21 269:13
271:19 278:3
278:15 285:25
286:21 287:4,5
291:8,10
292:15,21
293:15 302:13
303:15 305:25
309:6 318:11
321:8,9,19,20
322:7,8,19,20
323:10,19,20
356:22,24
357:4,11 360:9
365:13 456:8
456:13
**signing** 472:8
**silica** 259:7,12
259:15
**similar** 64:14
188:17 245:11
280:24 335:24
**similarities**
285:23 286:9
**similarly** 49:25
269:18
**simple** 61:16
62:17 64:21
335:20 403:20
**simplify** 201:7
421:2
**simply** 37:12
57:9 287:19
291:6 292:14
293:10,10
327:19 354:1
441:1 453:14
456:6
**Singh** 172:8
**single** 104:7
246:16 247:9
248:13 363:1
371:2 373:9

447:20 458:16
461:23
**sir** 141:6 324:13
**SIRs** 400:8
**sit** 304:14
**site** 417:13
**sitting** 15:1,10
68:4 69:9
121:14 363:10
412:14
**situations**
135:22
**six** 57:24 319:2
401:3
**size** 191:1
248:25 249:2
316:9,10 341:7
341:11 342:2
342:13,16,23
343:1
**sizes** 341:17
**SKADDEN** 5:10
**skilled** 51:21
52:15
**sky** 380:15
**sleep** 34:22
93:23,25 94:1
**slice** 237:7
**slightly** 400:9
**small** 271:18
278:2 282:13
331:16 340:18
342:17,23
360:21,21,25
362:15 363:11
371:7 420:21
451:17
**smaller** 205:19
361:17
**smart** 311:12
**Smith** 182:12,13
**smoke** 10:5,11
10:21 102:15
107:22 363:20
363:22,24
364:1,10 365:4
365:16 366:4

366:20 367:11
367:16,23
368:2 371:13
376:14 378:1,7
379:11,13,18
380:2,21 393:8
393:8 402:14
402:20 403:3,6
403:10,14,22
405:6,11,22
456:24,24
**smoked** 404:12
404:21
**smoker** 379:19
380:22
**smokers** 10:6
364:11 365:13
365:14 366:20
366:23
**smokey** 405:20
**SMRs** 400:8
**snack** 204:14
**snippet** 85:6
**snippets** 83:22
97:25
**Society** 439:5
**Society's** 298:13
**sold** 75:5
**solely** 302:11
303:13,14
**soliciting** 312:14
**somebody** 20:20
49:9 70:14
83:23 90:21
97:2,25 104:20
105:19 107:8
153:3 159:22
160:1,4 173:7
178:1 185:1
188:16 191:6
196:13,22
224:10,12
240:6 255:6
287:13 293:11
324:7 340:20
352:24 376:5
412:23 461:2

Gregory B. Diette, M.D.

Page 526

| | | | | |
|---|---|---|---|---|
| somebody's | 78:14 91:18 | spaces 174:19 | 231:4 233:4 | started 28:16 |
| 394:14 465:22 | 92:21 110:8 | speak 98:6 | 235:8 261:2 | 29:4,6 189:17 |
| someone's | 123:16 130:20 | 113:13 | 314:10 430:8 | 250:14 |
| 191:17 | 144:16 146:15 | speaker 115:11 | 435:6 | starts 48:25 |
| somewhat | 152:13,16 | speaking 64:19 | speech 37:17 | 225:20 236:9 |
| 221:18 256:20 | 158:1,4 168:25 | 109:20 115:9 | 98:7 114:16 | 292:10 299:20 |
| soon 93:17 | 175:14,15 | 142:2 207:3 | 193:6 442:1 | 394:9 395:9 |
| 113:25 205:5 | 176:10 181:23 | 213:15 260:14 | speeches 37:24 | 419:21 432:23 |
| sophisticated | 185:3 195:2 | 301:17 326:15 | 92:13,19 113:3 | state 2:17 38:3 |
| 64:15 | 211:24 230:7 | 389:14 | 114:15,15,18 | 45:19 75:23,23 |
| sorry 23:21 | 241:3 252:7 | special 9:9 | 115:14 | 111:3 112:17 |
| 26:20 28:4 | 257:11,17 | 292:12 301:1 | speed 454:16 | 272:10 414:14 |
| 43:3 45:3 | 266:25 267:3 | 308:17 309:3,9 | spell 423:25 | 432:2 472:3 |
| 48:12 58:19 | 268:24 292:19 | specialist 120:4 | spend 152:2 | stated 146:1,10 |
| 69:25 76:22 | 297:3 313:21 | 188:25 254:15 | 173:15 175:17 | 255:18 286:18 |
| 85:3 87:9 | 332:23 343:5 | 255:14 | 175:25 177:14 | 395:19 436:13 |
| 97:10 99:19 | 358:13 382:6 | specialties 194:9 | 183:23 | 452:17 |
| 112:20 116:12 | 383:23 392:17 | specialty 260:24 | spent 23:5 37:10 | statement 8:4 |
| 126:23 131:18 | 405:3,20 425:2 | specific 68:25 | 408:2 | 36:10 37:21 |
| 139:17,19 | 425:5 437:5 | 118:3 123:20 | spill 171:3 | 38:11 46:5,18 |
| 171:19 172:14 | 452:11,13 | 131:22 207:1 | split 171:5 | 46:24 77:7 |
| 177:3 188:10 | 454:21 456:7 | 207:11 223:3 | spoke 168:4 | 172:25 217:2,4 |
| 210:20 227:14 | 458:14 461:22 | 252:1 276:7,12 | 468:12 | 217:9,14 220:6 |
| 237:11 243:17 | 462:4,13 468:1 | 276:17 277:9 | spontaneously | 221:22,24 |
| 258:8,24 260:5 | 468:24 469:10 | 361:11 381:17 | 126:1 | 222:7,16 |
| 269:3,21 | sorted 242:13 | specifically 67:7 | spur 206:2 | 224:17 226:1,6 |
| 279:11,12 | sorts 104:14 | 67:13 83:11 | Square 5:5 | 226:15 235:3 |
| 283:22 316:4 | 143:15 181:16 | 122:22 123:9 | stab 103:20 | 235:22 236:5 |
| 324:7 327:3 | 223:9 | 146:2 182:9 | stack 30:9 | 236:24 238:6 |
| 330:3,14 | sounded 116:16 | 236:7 324:3 | staff 171:17,20 | 246:5 273:8 |
| 345:10 348:17 | 199:7 | 331:13 417:12 | 171:21,23,24 | 277:9,11 |
| 348:22,22 | sounds 55:19 | specificity | 172:10,21 | 278:22 282:20 |
| 351:19 364:7 | 88:11 118:14 | 270:24 | 173:1,1 208:18 | 291:11 292:25 |
| 365:23 366:8 | 120:13 152:4 | specified 362:9 | stage 39:17 | 293:17 295:19 |
| 368:8 370:2 | 164:14 235:12 | 362:12 | 40:14 46:23 | 302:17 303:20 |
| 373:4 379:15 | 258:8 295:11 | specimens 422:2 | 115:8 454:20 | 304:2 305:3 |
| 379:25 386:21 | 301:21 313:17 | spectrum 451:4 | stakes 93:2 | 306:21 420:9 |
| 391:20 394:10 | 344:13 390:15 | speculate 444:9 | stand 337:4 | 425:7 432:18 |
| 397:10,11 | 445:8 447:1 | speculation | standards | 432:21 433:16 |
| 414:4 419:25 | source 126:19 | 60:18 75:11 | 120:11 | 445:24 445:2 |
| 424:5 425:9 | 127:5 225:7 | 110:16 157:10 | standing 352:14 | 447:23 452:23 |
| 431:19 433:3 | 369:25 376:1 | 158:15 178:13 | standpoint | 452:25 |
| 441:12 446:6,6 | sources 370:4 | 178:25 186:11 | 263:6 | statements |
| 446:17 450:13 | 404:24 | 188:6,12 | start 28:10 66:3 | 234:5 293:3 |
| 469:20 | South 3:15 | 191:21 194:11 | 240:4,11 | 304:18 |
| sort 24:3 49:12 | space 472:4 | 195:14 196:2 | 241:11 243:21 | states 1:1 13:14 |
| 64:18 70:7 | spaced 407:16 | 229:23 230:20 | 355:1 | 36:22 97:14 |

Gregory B. Diette, M.D.

100:17 103:2
236:12 282:11
303:24 305:18
308:15 309:2
367:14 400:25
434:12 439:2
444:17
**statistical** 9:4,13
286:19 295:7
295:17,18
298:13,14,17
303:6 304:1,22
306:25 309:13
309:24,25
310:17 311:16
312:8 314:17
315:25 318:10
323:5 357:18
**statistically**
233:21 234:13
236:15 237:16
237:21 269:13
271:19 278:3
286:21 287:4,4
287:19 291:7
292:15 302:13
303:15 305:25
309:5 318:10
321:9,19,19
322:7,19
323:19 356:22
356:23 357:4
357:10 360:8
456:13
**statistician** 9:9
293:20,21
295:5 296:24
301:2 307:8,14
308:17,20
309:4
**statisticians**
301:4,10
306:23 307:16
307:17,18
**statistics** 307:10
**stats** 35:13
**status** 309:5

**stay** 299:18
355:14
**stenographic**
13:19
**stenographica...**
471:9
**Stewart** 350:17
351:4
**stick** 421:25
**sticker** 29:20
30:1 86:8
**stickies** 30:15,16
**stood** 280:19
**stop** 133:4
156:12 305:19
337:11 456:15
**stops** 48:25
**store** 50:10 53:5
**story** 254:11
410:13,17
**straight** 24:1,15
178:6
**Straighten**
155:4
**straightforward**
63:13
**strain** 438:15
**strategies** 370:8
**Street** 3:7,15
4:11,20 5:18
**strength** 269:8,8
269:17 318:9
362:7
**stress** 102:19
444:19
**strike** 42:3
46:17 47:8
63:21 64:22
72:15 89:15,19
219:21 275:22
310:6,8,9
**stringing** 273:7
**strong** 214:25
216:22,25
217:5,11
221:22 222:2
269:10 273:15

287:18 293:17
314:23 361:21
362:22 363:7,7
421:11 452:22
**strongest** 392:3
392:4
**strongly** 394:25
**struck** 256:12
257:11
**structure**
190:14
**stuck** 275:8
316:16
**studied** 77:14
150:6,12
370:24 449:1
453:17 467:9
**studies** 9:17,17
10:7 11:4
64:22,23 77:2
77:11,18
121:20 126:9
126:13 141:12
141:15,23
142:1,6,11,15
142:19 144:16
182:6 212:18
215:5 222:5,17
223:18 226:19
233:8 236:13
237:14 238:4
238:13,24
239:1,14
241:12 244:9
244:19,20
245:4,6,18,24
246:2,6,15,16
246:25 247:5
247:16 249:9
250:19 251:4
252:1,6,6,15
252:23 253:1,3
253:7,9,16
254:5 267:24
267:25 268:7,8
269:11 270:9
285:8 286:4,19

286:20 288:11
293:15 305:24
319:2 321:7,17
321:18 322:5,6
323:9,13,18,25
324:3 325:6,6
325:10,12,13
325:25 326:13
327:11 332:22
333:10 334:16
335:25 336:17
338:24 339:3
339:14 341:7,9
341:18,19,21
342:1 343:6
344:7 345:21
345:23,25
349:8,9,19
351:24 352:1
353:9 354:2
355:22 356:8
356:14,21,23
357:8,19,20,23
358:20,20
359:12,15
360:5,6,7,8,21
363:5,20,21
367:20 368:21
368:25 371:10
374:22 376:9
387:4 388:2
390:10 391:8
392:6,12,14,18
395:1,6 397:16
398:20 402:15
403:15,18,20
403:20,25
404:8 405:15
407:2 412:2
415:20 416:5
422:21 425:6
428:7 448:14
448:22,24
452:6 455:14
456:12 459:23
459:25 460:3
460:10 461:4,5

461:6,18,23
462:4,5,17,21
462:24 463:23
464:2
**study** 11:11
21:23 22:9
42:17,17 123:2
142:9 144:14
144:19 146:7
148:10,13,16
182:2,4,16
183:11 184:8
214:25 215:3
222:4,12,14
223:16 232:25
233:11,13,14
233:16 245:11
247:3,23 248:6
248:12 249:15
249:22 250:16
253:16 256:12
257:18 267:15
273:5 282:11
283:8 284:4
287:3,13
296:23 318:16
321:25 322:18
322:19 323:15
327:13,13
328:8 329:1
332:16 334:1,2
334:3 341:14
342:14 343:3
346:7 349:14
356:7 359:12
359:17 364:9
366:2,2 369:3
370:12,14
374:14 381:18
388:3,22
389:12,21
390:13,23
397:22,23
398:6,6,18,24
399:3 402:24
404:11 405:1
405:23 406:13

Gregory B. Diette, M.D.

406:17 408:1
409:12 412:22
413:3,5,8,16
413:22 415:17
416:9,11 417:8
423:23 425:12
428:14,23
429:1 435:22
436:2 437:8
447:3 448:6
461:20 462:10
462:22 463:15
studying 102:18
383:5
stuff 30:13
70:13 108:12
108:19 181:1
183:18 198:1
200:15 277:5,6
311:13 319:25
373:24
sturdy 462:6
style 102:21
subcommittee
8:6 234:9
235:23
subject 124:17
126:19 127:5
128:14,17
472:8
subjects 282:13
284:3
submitted 21:12
21:21 236:6
262:12,15
submitting 23:5
subscribed
471:14 474:14
subset 286:20
substance
173:20 174:4
174:15 176:18
184:2 474:7
substances
448:21
substantive
183:13 184:10

468:5,7,9
470:6
substitute
426:25
subtlety 136:18
subtypes 417:14
success 316:18
succinct 70:12
such-and-such
276:25
suddenly 462:6
sued 109:8
suffered 250:5
sufficient 26:24
59:17 80:4
90:7 125:23
126:6 212:19
379:9 386:9,11
387:11 396:4
403:25 404:1,2
404:2,7 457:6
457:22
suggest 182:1
188:14 356:13
469:17,22
470:5
suggested
285:11 320:13
suggesting
160:25 320:11
suggestions
176:13 177:7
suggests 236:18
271:18 278:2
293:11 444:23
Suite 3:8 4:12
4:20 5:5
sum 388:9
summaries
165:9,20,23
167:1 168:2,9
168:16 170:6
summarize
165:6 309:9
343:12 356:11
Summarizing
236:10,12

summary
167:23 172:9
211:7,13
272:20 359:14
361:4 373:11
376:4
summed 286:24
summer 224:11
super 303:19
372:15
superiors
208:19
supervision
471:24
supplement
393:4
supplemental
6:21 19:5 20:4
20:6 21:15
34:5
Supplementary
9:12
supply 110:7
support 87:23
89:18,23
194:24 211:16
234:5 273:6,8
312:7 320:8
321:1 364:22
415:22 416:5
421:12 422:22
439:7 441:16
441:24,25
468:13,17,18
469:5,14
supported
418:15
supportive
246:19 418:22
436:21,21
445:21 463:4
supports 37:3
273:3 384:6
419:25 420:22
423:8
supposed 385:3
454:15

sure 16:2 20:14
21:7,24 24:13
26:8,10,15
30:24 32:15
39:24 41:19,22
44:6,10 46:4
47:17,24 48:2
49:1 53:8,23
63:3 64:21
65:21 68:20
71:14 76:7
79:5 81:10
86:19 88:21
91:1 92:3 93:1
93:2 103:20,22
103:23 108:12
111:12,14
113:18 116:3
117:2 118:5
122:1 135:7
141:8,19
151:11 155:21
164:16 166:23
167:15 170:5
170:16 173:3
173:23 175:4
175:10 177:4
182:6,17 199:9
201:2 211:14
213:16 226:22
227:15 230:25
243:15 245:19
281:5,10
284:24 285:10
291:23 293:8
295:1,2 296:13
299:8 300:11
301:23 303:8
315:18 326:10
331:8 333:6
347:24 349:1
350:8,17
351:21 355:2,8
355:18 358:10
361:5 364:24
373:12 375:9
375:11 377:4

382:22 390:3
400:2,15
407:15 414:2
426:11 445:11
445:11 450:15
459:8 469:22
Surgeon 10:21
364:3 378:4,7
379:7,24
380:18 393:4
surgery 63:6
412:6
surprise 147:7,9
198:19
surprised 15:13
15:17
surveying 407:5
407:20
Susan 7:6 81:9
susceptibility
102:22 108:5
susceptible 47:5
suspected
123:18 125:25
swamp 93:11
swell 320:8,25
sworn 13:23
471:6 474:14
symptom
104:21
symptoms 7:24
214:7 371:6
system 36:8,15
104:9,13,14
250:18
systematic
10:12 11:13
242:24

━━━━━━━━━
T
━━━━━━━━━
T 5:16 6:1,1,8
7:1 8:1 9:1
10:1 11:1 12:1
473:2
T-A-H-E-R
424:2
table 11:4 171:5

Case 3:16-md-02738-MAS-RLS Document 10065-3 Filed 06/21/19 Page 1013 of 1063
PageID: 86918
Gregory B. Diette, M.D.

Page 529

171:5 250:8,10
328:9,25
330:10 334:21
336:8,9 340:24
350:23,25
351:2 394:5
396:20,21
397:14 399:14
**tables** 257:14
**Taher** 266:25
271:17 278:1
359:12,17
423:22,23
424:5,12
**take** 23:9 41:13
42:20 44:11
56:15 82:17
92:20 99:11
103:19 136:5
139:8 153:3
154:12 183:25
190:4 203:22
204:2,12,15
209:25 213:13
216:18 255:8
257:18 263:8
263:15 268:18
282:24 298:9
299:25 300:6
300:16 308:11
320:15,17
329:13 340:5
340:17 343:15
353:21 365:7
369:15 377:8
386:18 387:15
388:2,3 416:16
426:9 430:22
431:22 434:20
439:17 440:1,1
440:3 446:17
454:21
**taken** 14:13
15:11 19:17
81:21,22
197:23 471:4
**takes** 383:20

**talc** 8:11 9:21
11:12,18 55:3
75:25 76:13,16
76:21,25 78:21
126:19 127:5
134:10 211:19
215:4,6 222:5
223:17 225:22
240:16 259:10
259:11,15,16
259:17,18,23
259:25 261:14
270:10 271:21
273:1 278:5
280:25 281:3
285:13,15,19
286:2 329:1
331:2 339:22
345:1 359:3
384:20 399:22
400:13,16
401:4,8,20,21
401:23 412:8
412:11,16,23
416:6 417:11
417:14,17
418:16,17
422:12 423:19
424:14 427:12
428:6,8,20
429:6,19 432:3
432:10 433:6
434:1 435:23
436:25 437:9
439:9,12 448:8
448:16,16,19
449:2 452:15
452:18 453:19
**talc's** 422:10
**Talc/Ovarian**
9:16
**talcs** 285:24
286:9
**talcum** 1:5
13:11 28:14,19
49:3 50:7,13
59:3,11 60:2

63:23 64:5,24
69:11 72:6,18
74:23 75:4
76:2 77:12,14
77:14 78:3,10
78:17 79:17
80:9,13 84:11
84:16,21 89:15
89:17,19,21,23
109:21 111:2,7
111:9 120:20
126:9,14,19
127:11 128:17
129:3,13,25
130:25 131:15
132:7 134:15
134:19 135:5
135:14 136:7
136:20 137:2
137:20 138:8
140:22 142:12
142:16 148:16
149:21 150:20
151:4 163:3,7
163:13,18
164:12 165:24
167:2,12 187:6
199:1,12,25
200:3,10,22
201:3,9,23
202:21 203:1
209:18 210:23
211:17 212:21
214:19,23
216:20 217:9
218:2 219:7
220:11 221:5
231:16 233:23
234:10,12,21
236:14 237:15
240:17 241:7
241:10 261:14
262:7 263:15
263:16 264:1,2
266:17 272:15
273:22 274:14
275:1 276:1

278:22 279:1
280:23 329:6
368:17 382:12
384:5,7,18
385:21,23
406:14 407:7
410:22 411:5
411:10,22
415:8,15,21,23
435:17 436:13
451:24 453:5
460:10,11,25
462:19 464:3
**talk** 24:24 31:5
31:6 34:1
40:10 44:2
46:8,9 59:15
59:20 71:12
80:19 86:20
99:9 121:1
125:6,12
151:22 156:22
163:6 177:21
184:14,16,24
184:25 211:22
216:2 219:16
238:7 239:21
243:3,5 250:25
297:13 314:19
315:18 319:15
337:13 360:19
361:8 374:20
376:21 399:20
444:11 447:2
454:25 459:14
461:22 463:7
**talk-** 28:17
**talked** 141:9
153:5 162:16
203:15 335:23
355:21,25
428:15 435:15
435:16,23
436:4,4 452:4
457:18
**talking** 28:12
40:24 47:25

58:1,11,22
69:25 72:21
73:25 74:1,4
79:25 80:6
81:3 90:4,9
99:21 111:1
117:15,17
118:7,19 135:9
136:24 163:9
167:7,9,10,15
167:16 170:7
170:19 174:16
192:13 195:8
197:19 199:25
201:3 223:2,11
241:6 244:17
245:3 246:14
247:4 262:20
263:10 276:23
280:20 299:8
303:7,11 315:1
317:22 321:3
323:4 337:14
375:23 384:23
386:10 387:5
387:23 390:7
393:7 402:5
403:21 406:8
408:10 409:23
412:4 419:7
421:25 447:24
449:12 452:5
454:5,7,8,9
455:24 456:2
459:10,13
461:13 465:14
466:7,10,14,18
**talks** 92:2
214:13 278:14
418:10
**task** 190:4 462:8
**tasks** 178:18
**Taylor** 8:22
**team** 175:18,25
**teaming** 132:24
**tear** 29:22 343:5
**technical** 196:20

Gregory B. Diette, M.D.

269:6
**Tecum** 6:13,18
**tell** 26:21 50:17
51:24 69:9
73:11 79:9
122:12 141:8
143:9 157:11
157:15 162:4
179:1 183:16
186:2 192:24
218:17 219:9
245:23 248:5
248:11 249:8
249:14,21
250:4,17
273:14 277:11
283:15 320:15
334:4 341:24
342:3 344:18
387:23 389:10
390:2 391:7
405:17 468:16
469:6
**telling** 160:13
460:15,18
**tells** 434:8
**temporality**
269:19 270:19
270:19
**ten** 33:5 130:5
137:13 152:14
152:19,20
155:14,20,24
185:15 189:18
331:10 333:5
340:18 341:2
343:23 344:14
**tend** 70:7
**tens** 155:24
408:1
**term** 196:20
269:6 447:1,6
450:25 459:7
**terminology**
73:10 130:6
**terms** 20:24
70:12 73:21

90:9 144:8
224:22 225:9
240:1,8,20
245:6 260:13
335:1 337:7
347:25 363:11
452:5 456:24
**terrible** 461:25
462:1
**Terry** 238:1
463:18,18
**test** 37:9 70:18
71:18 207:22
424:21
**tested** 63:23
64:24 72:7
**testified** 13:24
159:16,17
177:16 206:24
207:9 233:19
234:8,11
384:14 428:16
431:21 432:1
**testify** 137:1
138:3 160:11
466:18
**testifying**
160:24 206:3
**testimony** 7:20
20:23 32:2
43:19,22 67:12
67:16 88:7
109:17 129:19
132:13 137:25
138:12 139:18
139:24,25
150:22 151:7
153:18 163:2
163:15 171:12
172:12 176:3
191:15 205:25
206:8 232:1
233:20 237:3
259:4 264:5
279:9,14 315:6
323:22 336:22
345:4,15

355:23 356:11
356:12 407:21
412:15 415:9
429:15 432:6
436:18 449:7
453:8 471:7
**testing** 64:4,19
69:10 70:8
74:12,22
120:10,14,16
120:20 291:10
292:21 302:5
315:11 316:11
**tests** 64:17 72:17
**text** 265:11
331:10
**thank** 19:19,20
19:25 35:18
39:2 44:24
45:5 54:8 58:6
63:2 74:10
76:23 80:23
87:8,22 88:25
89:13 100:5,11
101:18 119:5
127:1 139:5,9
147:1,2 188:12
210:2 215:11
227:4,9 252:4
272:4 282:7
283:23 287:10
325:2,21 327:7
327:7 330:17
338:18 349:6
364:18 377:20
381:13 397:8
400:10,10,11
419:17 431:3
431:20 437:13
443:7 470:12
470:13,14
**thanks** 14:3
82:15 166:11
301:9 470:10
**theory** 76:14
201:13,17
420:23 439:8

**thereof** 304:1,23
471:11,14
**thing** 32:9 85:11
86:16 111:24
118:7 164:15
205:24 212:12
215:1,2 248:14
277:3 287:18
299:7 309:6
313:20 324:8
408:11 425:3
445:8 447:4
456:1 469:10
**things** 20:16
21:3,19 52:17
59:15 61:11
64:18 69:1
73:2 92:3 97:7
104:19 116:8
117:3 125:22
130:19 142:2,3
143:11,16
144:16 146:18
158:3,6 162:11
162:12 168:22
168:25 169:3
170:6 171:3
175:15 176:10
178:16 183:24
202:11 203:19
215:19 223:9
224:15 239:3
239:12 253:24
256:21 257:10
263:1 266:9,20
269:12 273:7
291:16 308:13
308:14 310:22
311:3 332:6
334:24 340:24
357:23 375:2
385:2 386:5
404:3 412:7,9
412:10 415:2
426:15 442:4
452:4,13
459:15 462:12

463:12 468:24
**think** 14:16 17:9
18:8 20:24
24:18 25:20
28:21 29:15
30:16,20 40:3
41:19 42:25
43:21 46:3
48:8 49:13
53:16 56:9
57:25 65:2
67:4,6,8,18
68:12,13 70:15
71:20 73:11,24
74:4,18 75:21
77:9 79:5,7,23
85:18 88:12
90:10,17,20,21
90:22,24 93:22
97:6 106:9,12
106:23 107:25
109:19 112:20
113:5 116:9,20
117:2 118:2,16
120:13 121:17
124:25,25
126:21 130:7,8
131:16,21
133:13 135:12
136:20 137:23
138:10 139:6
139:19 140:8
142:7,9 143:11
143:21 150:23
152:7 153:2,9
154:18 161:3,9
162:7,8,10,17
162:18,23
163:1,8 164:14
165:8 166:21
167:22 170:17
182:23 184:12
185:21 189:22
191:23 195:8
197:8,25
198:11 199:23
201:21 202:11

Case 3:16-md-02738-MAS-RLS   Document 10065-3   Filed 06/21/19   Page 1015 of 1063
PageID: 86920
Gregory B. Diette, M.D.

Page 531

205:24 206:21
210:13 211:23
217:1,3,16
218:18,25
219:18 220:7,8
221:12 223:8
223:10 224:5
226:6,8 229:18
229:25 230:16
230:17,18
237:1,3,23
238:4 240:18
243:2 244:12
245:22 246:14
252:17 253:13
253:18 254:20
255:3,5 257:25
258:8 260:1
264:15,17
270:24 272:18
273:8 276:22
276:23 278:18
278:21 279:11
279:15,18,19
280:20,22
281:9 283:7,15
287:12,15,17
293:4,14,17,17
294:16 296:9
297:11 301:20
301:21 303:10
303:12 305:1,2
306:9,9,13,15
306:19 311:11
311:12 315:20
319:16 321:24
321:25 322:10
322:13 323:3
323:14 325:19
330:7 331:6
332:17 334:8
337:1,7 340:12
340:17 342:20
343:8,19,20,22
345:12 352:12
353:16,20
355:24 356:9

358:8,11,18,22
358:23,23
361:9,12,19
362:1,11,12
364:3 371:9
372:17 374:1
374:13 375:23
380:13 386:24
387:1 388:1,8
388:16 389:21
389:22 390:6
390:22 392:2
392:10,11,13
392:18 394:11
401:19,23,24
410:10 412:3
418:14 421:11
425:11 430:15
432:6 435:9
436:1,19
447:21 451:7
451:11,12,13
452:10 456:2,9
456:10 458:15
460:24 463:14
464:10 466:7
469:1,3
**thinking** 40:1
48:16 49:10
70:1 144:7
392:21
**thinks** 361:20
434:9
**third** 8:20 48:3
64:10 101:7
236:8 290:2,14
290:18 369:22
389:21 432:22
**third-party**
176:20
**thirty** 472:12
**THOMAS** 3:13
5:16
**thoroughly**
322:1
**thought** 66:19
69:25 72:22

116:12,16
190:10 206:2
227:9,11,16
238:24 241:6
251:22 254:6
257:18 291:16
294:22 307:15
307:17 316:22
366:8,10
461:21
**thought-prov...**
301:9
**thoughts** 126:2
233:10
**thousands** 408:1
**three** 22:18 23:7
43:14 57:14
183:12 245:7,8
245:8,9 267:15
290:6 297:13
318:3 331:11
349:20 350:6,7
390:11 430:16
432:22 459:25
459:25
**threshold**
302:14 305:21
318:19 319:9
319:13 362:9
362:12
**threw** 440:14
**throw** 29:23
**Tiernan** 8:5
**tight** 44:3
**Tim** 289:12
290:14
**time** 13:6 19:10
19:13 21:1
23:1 27:13,15
27:19 42:20
44:15,18 46:13
49:12 55:24
57:11 71:12
83:3 88:20,22
89:3,6 91:2,13
114:8 117:16
128:8 151:10

151:16,19
152:2 153:2
163:17 173:15
175:17,25
176:5 177:13
177:13 178:1,7
183:23,24
185:6,12
187:17 189:25
197:24 202:19
204:5,19,22
218:22 227:22
229:25 241:15
257:24 258:9
258:21 265:13
270:20,21
280:6,10,13
282:24 299:14
301:17 314:16
315:19 320:18
320:21 338:13
338:16 349:4
349:22 374:5
376:22 377:9
377:12 381:10
387:9 426:14
426:16,19
447:10,13
464:12,15,19
464:22 470:11
470:16 471:5,6
471:8
**timeline** 29:9
**times** 14:13 28:8
57:15,24
117:21 155:17
189:6 259:3
389:6 453:23
**Timothy** 289:6
289:12
**tiny** 361:16
371:14
**TISI** 3:12 100:9
132:21,24
289:21 431:8
**tissue** 282:14
284:10

**title** 297:5
389:17,18
**Tobacco** 10:20
378:7
**today** 13:16,20
15:2,13 19:22
19:24 22:22
27:9 34:6,7
43:19 53:7
68:5 69:9
71:16 75:5
111:17 121:14
130:22 145:3
157:25 160:11
161:4 205:14
205:23 257:21
298:7 300:21
318:9 329:24
338:23 340:5
363:10 367:25
412:14 427:2
433:19 435:15
462:16 467:25
468:12 469:4
**Today's** 13:6
**Todd** 1:25 2:16
13:20 471:18
**toe** 107:11
**told** 15:14 115:6
162:11 221:1
244:16 430:9
454:18
**tolerance** 84:10
**Tom** 325:19
348:23 430:13
430:18,18,18
430:18 431:9
**ton** 373:23
**tone** 106:7,9
113:14,19
115:2
**tools** 238:23
**top** 66:7 84:1
93:9 95:23
161:15 197:10
243:8 284:16
284:18 328:8

Case 3:16-md-02738-MAS-RLS    Document 10065-3    Filed 06/21/19    Page 1016 of 1063
PageID: 86921
Gregory B. Diette, M.D.

Page 532

396:21 414:20
**topic** 48:15
  77:10 123:22
  124:13 128:25
  129:3,12
  131:12,24
  134:15 140:21
  144:13 150:3
  151:4 156:3
  163:23 164:11
  189:9 199:14
  200:3 203:1
  223:3,11 232:6
  240:7 245:10
  303:12 313:18
  315:18 408:25
  448:15 453:17
**topics** 141:25
  143:13,14,15
  162:25 254:15
  260:2
**tore** 30:3
**total** 179:23
  388:9 420:25
  462:20 463:3
**totality** 383:21
  384:3
**totally** 204:18
**touched** 69:5
**touching** 332:5
**tough** 332:17
**Towson** 1:16 2:7
  13:10 15:2
**Toxicological**
  262:3,5
**toxicologist**
  119:17
**Toxicology**
  262:9
**toxin** 450:21
**toxins** 120:11
**Trabert** 22:9
**track** 327:10
**traction** 315:15
**traffic-related**
  376:2
**trailed** 348:25

**trained** 52:15
**training** 117:5,6
  230:1
**transcribed**
  471:10
**transcript** 6:9
  7:2 8:2 9:2
  10:2 11:2 12:2
  22:13 86:3
  471:10,12,21
  472:13,14
**transcription**
  474:4
**transcripts** 60:8
  167:24 231:21
**Translational**
  9:8 294:14
  308:16 309:21
  310:12
**transport** 273:3
  284:19 285:6
**transvaginal**
  284:21 285:7
  413:11
**traveled** 230:12
**treat** 60:14 62:1
  62:1
**treatment** 61:6
  63:12 115:23
  116:6,25 118:9
**treats** 61:1
**trending** 352:8
**trial** 128:10
  138:3 188:14
**trials** 128:4,6,12
  128:16 246:21
**trick** 133:7
**tricky** 41:18
**tried** 238:12,18
  238:24 239:2
  240:13 245:17
  245:19 246:1
  246:16 247:8
  251:7 333:14
  338:25 358:22
  359:1 447:22
  461:19

**tripping** 184:24
**trouble** 87:5
**true** 41:24 90:22
  90:24 103:15
  108:7 121:13
  218:4,25 226:6
  226:6 257:24
  294:25 303:3,9
  314:7 381:10
  383:24 384:4
  388:11 418:21
  418:23 436:2
  437:7 455:11
  458:19 465:25
  466:21 471:10
**Trust** 219:17
**truth** 37:2
  331:22,25
  463:5 469:19
  469:24 470:7
**truthful** 14:23
  434:19
**truthfully** 73:19
  160:11 274:18
**try** 32:19 38:5
  48:3 55:20
  111:25 115:10
  133:6 149:11
  179:21 183:24
  198:12,14
  216:15 266:16
  310:22 352:23
  408:10 463:7
**trying** 48:8 53:6
  73:3 106:10,12
  118:13 122:3
  130:14 131:21
  133:7 135:6
  156:16 167:15
  168:6,12
  170:24 172:18
  177:19,19
  179:20 184:6
  184:24 189:19
  190:3 191:13
  194:13 198:12
  200:24 202:19

246:2 251:14
  257:11 266:15
  266:20 278:18
  284:25 288:16
  294:16 296:8
  311:21 331:6
  337:1 338:20
  340:14 342:11
  343:7,9,11
  352:12,13
  360:2 361:10
  376:23 385:2
  386:22 453:12
  453:14 462:9
  469:1
**tubal** 285:16
**tubes** 417:18
**TUESDAY** 1:17
**turn** 52:21
  193:24 210:24
  212:1,2 214:16
  244:14 256:5
  305:5 324:2
  394:6 423:20
**turned** 227:2
**turns** 104:21
**twice** 245:15
  345:13,18
**two** 22:18 43:15
  73:2 92:25
  101:3 112:21
  121:24 131:4
  139:7 183:11
  196:25 217:17
  218:25 243:7,8
  256:11 258:9
  285:24 305:24
  306:10 308:14
  312:3 313:10
  314:3 321:12
  323:9,18
  346:11,13
  349:14,20
  350:6,7 351:12
  351:14 354:24
  354:25 360:15
  388:16,17

389:22,23
  432:22 441:20
**two-minute**
  176:6
**two-sided** 140:8
**type** 56:7 64:8
  102:1 134:25
  158:6 165:24
  167:1 180:18
  188:2 250:4
  269:16 358:4
  360:24 368:3
  392:18 458:5,6
  458:8 469:14
**typed** 20:20
**types** 103:17
  180:11 267:15
  359:11 368:1
  401:3 404:18
**typical** 387:7
  465:16
**typically** 266:6
**typing** 20:9
  91:15
**typo** 94:8
**typos** 168:24
  176:9 181:17
  469:7
**Tzonou** 351:23
  352:15

---

**U**

**Uh** 328:21
**ultimately** 239:8
**Ultrastructural**
  11:15 427:9
**Um** 344:24
  379:25
**uncertain**
  417:16 418:3
**uncertainty**
  301:8 455:1,4
  455:5
**unclear** 28:22
  62:14,16
  283:18 284:6
  286:4

Gregory B. Diette, M.D.

Page 533

uncontroverted 233:20
underbelly 360:3
undergraduate 94:23
underlying 326:13 392:13 443:11
Underneath 350:19
underpinning 72:2
underpinnings 205:20 254:2
underpowered 342:17
undersigned 471:2
understand 14:6 14:12,17,20,22 24:5 29:13 32:10,13 37:9 41:17 60:12,15 64:12 67:11,23 73:9,25 81:25 82:3,4 103:21 109:20 121:8 124:24 133:9 135:7 144:4 154:11 162:2 167:14 177:20 179:21 180:8 180:10 191:14 207:6,17 232:24 233:5 251:14 253:21 253:24 254:1 254:10 255:9 256:22 257:17 266:8 318:8 326:21 352:12 354:20 375:5 382:17,20,21 385:20 389:16 400:15 408:8 410:24 411:3

422:15 428:22 428:25 440:16 448:12 450:12 453:14 460:20
understanding 17:24 39:15 40:13,18 51:14 52:14 59:22 64:3 72:4,10 109:2,14,24 110:3,10 130:24 158:9 166:19 170:25 176:21 178:9 180:11 363:23 405:5
understandings 33:3
understands 80:21 330:7
understood 61:12 70:15 80:22 144:5 156:22 203:6 381:10
undertaken 394:2
underway 286:5
underwear 331:14
unexposed 366:21 428:16 428:16
unfortunately 237:4
uniformly 461:4
uninformative 343:24
unique 247:14
unit 104:10 105:13,23,24 105:25 106:1
United 1:1 13:14 36:22 367:14 434:12
universe 251:14 293:12

university 15:6 93:19 100:19 153:12 208:10 223:14 224:17 314:9 320:3
unprecedented 462:2
unpublished 359:22
unravel 245:16
unreliable 331:17 340:19
update 242:6
updated 213:18
updating 92:4 92:23
upper 285:1
upside 449:14 463:1,17
urgency 315:8 315:22
urgent 93:8
urging 295:20 309:23
urine 404:25 405:25
usage 50:20
use 9:21 11:9,12 46:12 51:17 54:21 59:10 71:9 75:6 76:16,21,25 78:18 80:14 84:23 93:4 119:23 149:4 154:19 168:1 195:23 198:15 211:17 214:23 216:20 217:9 218:2 219:7,22 220:11 221:5 233:23 240:13 242:18 263:12 264:2 272:15 273:21 274:14 290:24 291:9 292:20 307:10

309:5,12,24,25 311:1 316:16 316:19 317:9 317:10 329:1,5 330:11 331:2 331:13 332:24 334:18 339:22 340:8 343:25 344:14,25 345:1 346:21 361:2,18 362:13 368:12 392:2 404:9,18 413:9 414:17 417:11,15 421:17 428:6 446:25
useful 29:23 239:9
users 280:23 281:1 331:10 365:5,17 428:20
USGS 400:25
usual 14:4,11 449:14
uterine 417:18
uterus 254:9 412:7
utilize 186:23

_____
V
_____

V 3:12
vagina 411:11 411:23 412:7 416:7 417:17 418:6 433:8 435:2 449:16
vaginal 285:11 430:3
vaginas 254:9 254:12
vague 111:23 149:24 220:5 230:11 231:4
Valentin 9:13
valid 239:15

342:5 461:14
validated 460:25
validity 239:22
Valley 2:6 13:10
value 341:1
variables 249:22
variety 203:18 359:4 363:4 404:9,24
various 165:15 171:12 242:25 341:17 455:14
vast 245:19
Venter 285:9
verbally 244:16
verify 20:16
version 213:17
versus 318:10 348:8 356:8 357:19 366:20
vertical 353:18
vice 294:6
video 13:7,8
videographer 5:23 13:3,5 14:7 19:10,13 19:23 44:15,18 44:23 89:3,6 89:10 151:16 151:19 204:19 204:22 280:10 280:13 320:18 320:21 338:13 338:16 376:25 377:9,12,22 426:16,19 447:10,13 464:12,15,19 464:22 467:13 470:16
videotaped 1:14 6:11,16 17:16 470:18
view 171:8 225:10 246:19 306:19,20

Gregory B. Diette, M.D.

| | | | | |
|---|---|---|---|---|
| **violates** 160:19 | 65:20 73:14 | 346:21 | 146:18 165:4 | 347:14 351:19 |
| **violating** 337:24 | 86:22 93:2,11 | **wanting** 172:24 | 172:17 183:22 | 365:9 393:4 |
| **violative** 160:21 | 93:16 96:15 | **wants** 223:15 | 190:5 196:21 | 396:24 400:19 |
| **virtually** 198:19 | 99:5,6 103:19 | 439:16,24 | 198:14 201:8 | 404:9 406:10 |
| **virtue** 395:21 | 114:25 122:14 | 444:10 | 207:19 211:23 | 416:17 437:12 |
| **vitae** 7:9 91:3,11 | 140:11 151:22 | **War** 226:19 | 215:4 217:16 | 444:13 |
| 91:24 92:10 | 152:16 159:4 | 392:22 | 219:1 222:5 | **we're** 14:9 19:11 |
| 127:10,19 | 160:5 161:15 | **warmer** 44:8 | 223:18 229:15 | 19:14,16 27:8 |
| 146:10 364:21 | 162:2,4 168:8 | **warning** 51:16 | 230:11 238:19 | 28:12 32:18 |
| 390:10 | 175:24 176:7 | 51:24 54:18 | 244:11 258:8 | 33:15 34:1 |
| **vitro** 252:1,6,14 | 180:8,10 | 57:2,22 58:1 | 263:12 275:8 | 37:23 44:1,16 |
| 252:15,23 | 183:17,19,20 | 58:12 75:6 | 283:13 301:11 | 44:23 47:24 |
| 253:15 | 183:21,22 | 295:19 | 342:25 371:2 | 58:1,5,22 |
| **vivo** 252:14 | 189:8 203:20 | **warnings** 51:22 | 375:24 377:14 | 72:21 73:25 |
| 253:1,15 | 203:21,22,25 | 56:22 | 382:5 401:17 | 74:1 77:24 |
| **vocabulary** | 204:2,10,11,12 | **Washington** 3:9 | 404:22 405:21 | 81:3,18 82:8 |
| 447:2 | 204:15 217:19 | 4:13 5:12,19 | 415:4,16 | 85:5 86:20 |
| **voice** 81:24 | 241:23 251:18 | **wasn't** 29:23 | 429:13 447:1 | 89:4,7 105:18 |
| 115:7,8 | 252:12 254:1 | 47:15 50:15 | 454:14 456:9 | 113:5,21 114:2 |
| **void** 471:13 | 276:18 279:13 | 61:14 139:19 | 456:10 465:19 | 118:7 130:21 |
| **volume** 10:24 | 293:3 316:7,18 | 156:25 179:23 | 467:24 | 136:24 151:17 |
| 195:21 296:24 | 317:3,7 319:2 | 188:15 216:12 | **ways** 46:11 | 156:16 163:9 |
| 405:20 | 319:7,8,14 | 231:6,6 246:2 | 115:11 219:19 | 167:7,9,9,15 |
| **vote** 455:15,25 | 320:16 326:7 | 246:19 250:20 | 223:23 224:5 | 167:16 170:7,9 |
| **vulnerable** | 326:17 331:22 | 250:23 252:21 | 285:23 314:13 | 172:14 183:18 |
| 370:7 | 331:23,24 | 253:23 283:11 | 317:1 403:19 | 197:19 199:23 |
| | 332:2 337:6 | 320:1 323:10 | 445:21 | 201:14 204:23 |
| **W** | 338:6 341:11 | 342:10,10 | **we'll** 14:10 19:2 | 209:10 213:23 |
| **wait** 61:18 62:21 | 341:12 343:24 | 343:4,5,9 | 19:18 25:23 | 216:3 223:11 |
| 68:23,23,23 | 344:11 351:6 | 345:10 389:25 | 29:9 40:10 | 229:4 245:3 |
| 144:1 200:13 | 353:4,20 | 391:10 425:1 | 52:9 59:20 | 246:14 247:4 |
| 210:17 234:17 | 358:12,25 | 462:8,9 | 83:12 91:3 | 263:10 280:14 |
| 234:17 247:7 | 363:17 372:15 | **Wasserstein** | 95:8 98:22 | 280:20 289:21 |
| 258:14 270:2 | 374:4 377:3 | 298:6 309:7,22 | 132:17 138:14 | 294:11 299:7 |
| 274:22 275:13 | 379:6 384:12 | 310:15 320:12 | 138:17,21 | 304:13 311:14 |
| 276:13,13 | 394:6 399:24 | **Wassertine** | 139:8 151:15 | 311:15 317:22 |
| 293:2 303:1,1 | 413:25 424:16 | 310:15 | 152:2,12 211:1 | 320:19,22 |
| 318:2 335:5 | 425:9 430:21 | **waste** 27:13,15 | 212:8 213:3,7 | 323:3 338:5,14 |
| 346:4 358:8 | 432:15 438:15 | 218:21 306:1 | 235:16 238:7 | 338:17 342:20 |
| 361:25 377:6 | 438:18 440:19 | **watered** 221:12 | 250:25 267:7 | 350:2 359:11 |
| 444:12 466:11 | 449:21 465:13 | **way** 17:9 39:9 | 271:11 275:11 | 365:10 372:16 |
| 467:14 | **wanted** 29:21 | 40:5 41:19 | 291:19 297:13 | 376:22 377:10 |
| **walk** 218:20 | 30:2 32:25 | 46:4 59:15,16 | 299:19 311:23 | 377:13,14 |
| **want** 18:17 | 40:1 99:16,25 | 69:7 71:20 | 312:4 315:15 | 387:21,23 |
| 20:14 24:6,24 | 190:2 194:23 | 73:3 74:6 | 320:17 326:14 | 408:10 412:4 |
| 27:14 32:15,22 | 251:20 253:20 | 75:12 105:18 | 328:14 337:16 | 419:7 426:17 |
| 42:9 62:9 | 275:19 313:21 | 107:24 108:19 | 338:6,11,11 | 426:20,24 |

Gregory B. Diette, M.D.

Page 535

| | | | | |
|---|---|---|---|---|
| 447:11,14,24 | well-respected | 18:8 20:24 | 141:1,14,20 | 224:4 225:4 |
| 449:12 452:5 | 260:4 | 21:18 22:8 | 143:7,21 144:6 | 226:3 228:9,14 |
| 454:8,9 455:24 | went 93:10 | 23:21,23 24:18 | 144:21 145:9 | 229:24 230:21 |
| 459:10 463:6 | 150:24 203:23 | 29:3 31:8 | 145:18 146:15 | 231:5,20 232:8 |
| 464:13,16,20 | 233:20 316:22 | 32:21 35:9 | 147:1,9,19,25 | 232:19 233:5 |
| 464:23 465:14 | 333:8 338:22 | 36:1,25 39:21 | 148:19 149:2 | 233:16 235:9 |
| 466:7 | weren't 50:15 | 40:17 41:18 | 149:16,25 | 237:1 244:3 |
| we've 57:23 | 230:9 241:15 | 42:22 43:5,21 | 150:23 151:8 | 246:1,11 |
| 58:11 85:4 | 246:22 293:16 | 47:11,14,24 | 151:12 152:12 | 247:25 248:8 |
| 157:17 226:4 | 307:5 379:5,5 | 48:13 49:7,23 | 153:19 155:2 | 248:18,25 |
| 316:19 317:10 | 425:3 456:13 | 51:1,10,20 | 156:13,23 | 249:12,18,25 |
| 317:10 329:24 | Western 102:21 | 55:2,17,19 | 157:11 159:14 | 250:7,23 251:7 |
| 349:8 358:11 | 108:4 | 56:3,9,21 | 159:24 160:8 | 255:3,16 |
| 359:18,22 | Western-style | 57:16,25 58:15 | 167:7 168:21 | 256:19 258:24 |
| 368:16 402:5 | 102:22 | 59:6,13 60:5 | 169:14,21 | 259:12 260:11 |
| 404:19,22,24 | whatsoever | 60:19 61:5 | 170:16 171:17 | 261:3,18,25 |
| 427:1 433:18 | 383:19 | 62:5,15 63:25 | 172:14 173:23 | 262:20,25 |
| 435:23 436:17 | wheelhouse | 64:8 65:2,13 | 174:7,12 175:6 | 263:21 264:6 |
| 449:10 468:6 | 254:25 | 69:15,21 72:10 | 175:13 176:4 | 265:4,22 266:2 |
| weak 269:10 | WHI 232:25 | 72:20 73:9,17 | 178:14 179:1,9 | 267:20 268:3 |
| 360:21,22,25 | 233:14,16 | 73:20 74:18 | 180:7 181:1,10 | 268:13,20 |
| 361:5,22 362:3 | whisper 226:25 | 75:1,9,12,18 | 182:19 183:2,8 | 272:18 274:3,5 |
| 362:22 363:11 | Whitnum | 79:1,4,23 82:3 | 184:20 187:14 | 274:20 275:7 |
| weaknesses | 388:21 391:8 | 85:7,10 86:15 | 187:22 188:7 | 275:16 276:17 |
| 460:10 | 457:12 | 86:20 87:3 | 188:10,13 | 278:13 279:10 |
| web-based | Whittemore | 88:8,19,23,25 | 189:3,23 | 279:15 281:9 |
| 238:23 | 285:11 351:15 | 90:3,16 96:19 | 190:23 191:22 | 281:16 282:22 |
| website 7:12 | whoa 99:10 | 97:23 98:9 | 192:6,11 | 282:25 286:11 |
| 95:9 96:3 98:5 | 160:9,9,9 | 99:1,12 103:19 | 193:21 194:2 | 287:11 288:2 |
| 100:8 101:20 | 440:23,23 | 104:3 105:11 | 194:12 195:7 | 288:10 289:3,9 |
| 101:25 188:2 | widely 49:4,14 | 106:8,23 107:5 | 195:19 196:11 | 289:14 291:15 |
| 223:15 224:9 | widespread | 107:18 108:24 | 197:14,18 | 293:2 299:4,13 |
| 224:11 225:15 | 295:15 | 109:5,19 110:2 | 198:8,22 199:4 | 300:7,17 |
| 316:23 | wielding 253:22 | 110:17 111:12 | 200:10 201:16 | 301:20 302:19 |
| websites 213:20 | wife 229:3,8 | 111:24 116:1 | 202:2,10 203:9 | 303:2 304:7 |
| 224:15 | Wignall 398:5 | 116:16 117:12 | 204:7,13,17 | 305:1 306:8 |
| wedded 323:5 | wildly 161:1,5 | 118:2,13 119:1 | 205:11,18 | 307:3,8 310:21 |
| week 17:6 93:14 | William 66:10 | 120:18 124:1 | 206:11,20,25 | 314:11 315:7 |
| 133:1 313:12 | 66:16,24 | 124:25 125:9 | 207:1,19 | 318:14 321:12 |
| weighing 321:17 | wish 274:10 | 125:15 127:15 | 208:21 209:4 | 321:23 322:10 |
| weight 321:8 | 299:13 319:4 | 127:23 128:22 | 209:11,21 | 322:22 323:23 |
| WEIL 4:19 | 330:20 334:5 | 129:20 130:5 | 210:13 215:18 | 331:5,19 |
| weird 394:12 | 340:5 | 130:18 131:6 | 216:11 218:9 | 333:20 334:11 |
| Weiss 348:3,7 | withdraw 61:20 | 131:12,18 | 218:11,24 | 334:21 336:4 |
| welcome 89:2 | 62:19 | 134:22 135:25 | 219:12,18 | 336:24 339:5 |
| 343:25 | witness 2:19 | 137:12,23 | 220:19 221:21 | 339:18 340:12 |
| well- 260:8 | 15:19 16:7 | 139:7 140:8 | 222:10 223:2,8 | 342:19 343:19 |

Gregory B. Diette, M.D.

Page 536

| | | | |
|---|---|---|---|
| 345:23 347:15 | 443:23 444:8 | 69:7 71:9 97:9 | 191:3,3,7 |
| 348:7 349:13 | 445:5,19 446:6 | 123:12,23 | 192:1,2 193:11 |
| 350:24 351:6 | 446:24 447:20 | 124:10,12 | 194:23,25 |
| 352:4,11 | 448:13 449:9 | 125:2 147:4 | 195:21 198:13 |
| 354:17 356:5 | 450:11,24 | 168:22 169:17 | 199:6 200:5 |
| 357:1,14 | 451:11 452:3 | 169:18 170:13 | 225:6 230:6 |
| 358:11 360:14 | 452:21 453:9 | 170:14 187:22 | 231:7,9 256:25 |
| 361:25 362:11 | 455:8,17,24 | 240:24 241:1 | 339:5 367:7,10 |
| 363:1,14 364:3 | 456:19 457:2,9 | 241:17 268:24 | 378:11 407:5 |
| 367:19 368:8 | 457:25 458:22 | 269:3,4,5 | 407:19 408:14 |
| 368:20 371:20 | 460:20,23 | 270:15 272:3 | 408:22 409:4 |
| 372:6,15 373:4 | 461:11 463:21 | 273:16 293:10 | 450:25 452:13 |
| 373:18,23 | 464:10 466:5 | 303:13 313:6 | 467:3 |
| 375:9,11,15,22 | 466:13 467:1 | 333:21 361:2 | **work-product** |
| 376:17,22 | 467:15 470:2,9 | 378:9 405:6 | 33:10 161:25 |
| 377:2,5 380:5 | 470:14 471:6,7 | 442:9 460:6 | 166:13 177:10 |
| 380:13 381:9 | 471:14 472:1 | 468:5 | **worked** 23:16 |
| 381:21 382:4 | **Wolfson** 71:5 | **worded** 221:17 | 56:5 69:8 |
| 382:17 383:8 | 219:4 220:9,15 | **words** 70:9 | 152:24 174:24 |
| 384:11 385:1,7 | **woman** 43:17 | 91:15 119:23 | 182:5,5 185:18 |
| 385:10,17 | 115:23 116:6 | 147:7 149:4 | 186:3,9,15,22 |
| 386:1 389:10 | 116:25 117:19 | 167:14 169:23 | 190:5 192:6 |
| 390:4,22 391:6 | 118:9 119:7 | 170:4,17,20 | 195:20 229:13 |
| 391:20 392:1 | 152:24 175:9 | 194:14 240:13 | 230:10 388:4 |
| 393:6,11 | **woman's** 412:17 | 240:18 270:23 | 402:14 |
| 394:13 396:9 | **women** 34:25 | 320:14 360:24 | **worked-out** |
| 396:16 399:24 | 35:6 36:21 | 360:25 361:1 | 281:17 |
| 400:15 401:17 | 59:2 60:14 | **work** 33:8,12,15 | **worker** 392:17 |
| 402:12,19 | 61:1 62:1,3 | 37:25 38:12 | **working** 176:23 |
| 405:13 408:24 | 215:9 226:13 | 48:17 56:1 | 183:18 185:1 |
| 409:15 410:7,9 | 234:12 236:14 | 63:6 92:20 | 185:14 187:5 |
| 411:3,15,19 | 236:18 237:15 | 104:10 128:20 | 202:21 261:10 |
| 412:2,22 | 250:5 280:22 | 128:25 129:2,6 | 261:13 387:9 |
| 413:16 415:1 | 282:15 283:18 | 129:6 130:20 | 394:9,20,22 |
| 416:14 418:1 | 284:6 285:15 | 135:8,17 136:6 | 395:10 396:1 |
| 418:21 419:7 | 286:3,3 331:16 | 152:14 154:20 | 398:20 402:5,6 |
| 420:20 421:7 | 340:18 387:8,8 | 156:24 157:9 | **works** 81:25 |
| 421:15 422:17 | 388:3,22 391:8 | 158:13 159:20 | 105:19 129:6 |
| 423:12,25 | 395:1 410:18 | 160:2 163:18 | 153:13 313:8 |
| 426:11,14 | 412:5 428:17 | 163:22,24 | 319:18 320:3 |
| 428:19 429:3 | 428:19,24 | 173:19 175:2 | **world** 8:23 9:10 |
| 429:16,22 | 449:13 | 176:16 178:23 | 57:17 80:1 |
| 430:10,16 | **wonderful** 114:6 | 179:6,13 180:5 | 81:4 90:19 |
| 432:17 433:14 | **wondering** | 181:5 185:22 | 98:6 135:6 |
| 434:5,22 435:8 | 204:3,8 301:3 | 185:25 186:17 | 226:19 260:18 |
| 435:20 436:19 | **Wong** 350:20,22 | 187:12 189:13 | 265:18 268:22 |
| 437:5,23 442:4 | **word** 46:12 53:7 | 189:16 190:16 | 270:16,20 |
| | | | 296:25 308:18 |
| | | | 309:3,22 315:9 |
| | | | 315:10,24 |
| | | | 316:2,3,4,5,6,7 |
| | | | 317:7 318:19 |
| | | | 392:21 456:1 |
| | | | **world-renown...** |
| | | | 260:23 |
| | | | **worried** 362:18 |
| | | | **worries** 177:4 |
| | | | 291:23 366:9 |
| | | | **worsening** |
| | | | 372:19 376:12 |
| | | | **worth** 16:8 |
| | | | 197:24 257:11 |
| | | | **wouldn't** 15:13 |
| | | | 21:18 36:17 |
| | | | 40:7 48:22 |
| | | | 51:22,23 56:23 |
| | | | 56:23 57:6,7 |
| | | | 63:4 71:9 72:1 |
| | | | 106:14 116:23 |
| | | | 147:9 149:16 |
| | | | 149:17 197:23 |
| | | | 197:23 207:21 |
| | | | 215:18 231:5 |
| | | | 311:5 323:11 |
| | | | 323:11 340:24 |
| | | | 342:3 368:11 |
| | | | 382:4 383:18 |
| | | | 409:23 410:14 |
| | | | 449:17 452:19 |
| | | | 452:21 |
| | | | **Wow** 446:6 |
| | | | **write** 145:19 |
| | | | 149:5,9 154:23 |
| | | | 168:18,21 |
| | | | 206:16 219:20 |
| | | | 240:3 243:2 |
| | | | 311:2 316:7 |
| | | | 409:9 437:7 |
| | | | 468:4 |
| | | | **writers** 436:25 |
| | | | **writing** 30:21 |
| | | | 33:19 233:7 |
| | | | 395:24 468:1 |
| | | | **writings** 33:2 |

Gregory B. Diette, M.D.

Page 537

170:3 356:13
**written** 130:20
130:25 134:25
145:9 309:7
322:11 409:24
453:18 456:3
**wrong** 53:14
56:21 76:20
116:9 130:6
153:10 222:13
258:1 270:15
318:2 348:3,5
348:15
**wrote** 181:21
206:18 257:9
355:25 435:9
470:6
**Wu** 351:13,14

---

**X**

**x** 1:3,12 6:8 7:1
8:1 9:1 10:1
11:1 12:1
54:12 58:12
**X-axis** 465:18

---

**Y**

**Y-axis** 465:18
**yeah** 16:20
26:23 28:20,20
30:7,24 32:12
44:23 56:3
58:3,20,21,23
66:13 71:20
75:22,22 76:10
77:5 79:14
80:11 84:13
85:9,20 87:9
91:1 93:16,22
94:1 108:17
111:8 116:4,21
120:25 122:18
123:1 128:11
131:19 132:4
136:3 141:7
146:15 151:15
164:4 167:14

170:2 171:14
174:12 175:6
178:5 179:10
179:25 180:14
181:14 182:19
194:2 195:17
195:17 199:21
200:19 204:7,9
207:8 209:8,8
209:8 216:8,23
220:21 221:11
227:9,19,22
229:7 242:8
243:13 245:5
252:4,10,17
254:13 257:13
259:16 264:7
265:14 269:6
275:7 280:8
282:25 291:22
296:12,16
299:17 300:16
304:9 307:21
310:9 311:25
313:2 314:3,7
316:2,5 317:18
317:25 320:14
325:20 328:1
330:14,18
331:19 338:8
342:15 350:5
351:5 356:5
359:21 365:8
365:21 366:17
367:5,12
370:13 378:13
386:20 388:18
398:7,8,9
399:19 400:6
403:7 417:8
419:11,18
420:19 426:14
436:6 438:6
446:9 454:12
456:2
**year** 36:21 49:20
389:11,17

**years** 33:5 45:21
46:2 51:2
108:17 152:14
152:19,20
155:14 175:1
185:15 189:18
201:23 316:20
391:9 418:4,9
445:6,7,9
457:13 458:10
458:17,18
**yell** 113:12
218:12
**yelling** 115:4
218:16 219:12
219:14,16
**yellow** 30:18,22
**yep** 204:18
211:14 212:12
212:15 215:3
285:4 328:23
367:5 417:2,4
**yes/no** 371:13
404:6
**yesterday** 17:12
**yielded** 331:16
**yields** 340:19
**York** 5:11

---

**Z**

**Zambelli-Wei...**
229:11
**Zazenski** 11:25
438:9 443:7,9
443:16
**zero** 84:10
305:23 328:14
458:20,23,23
458:24,25
459:3,9,18,18
459:19,20
465:9,10,15
466:3,7,8,8,8
466:10,21
467:9
**zig-zaggy** 463:1
**zillion** 311:3

---

**0**

**0.01** 319:12
**0.03** 351:1
**0.05** 8:23 297:1
302:14 305:22
308:18 309:23
311:15 316:16
316:17 318:20
319:1,11 351:1
361:8
**0.05'** 9:11
**0.40** 328:19
**0.5** 319:4
**0.7** 328:18 329:6
329:7 330:12
336:14 339:23
340:25 343:15
344:15,23
**0.70** 330:20
332:15 333:17
334:8 347:5
**0.8** 367:17
**0.94** 359:25
**000004999** 8:18
**000005003** 8:18
**000013131** 9:22
**07701** 3:22
**08542-3792** 4:21

---

**1**

**1** 6:11 11:22
16:13,14,17
379:9 385:13
400:23 404:20
443:10
**1-point** 380:7
**1.0** 346:7 347:9
347:10,22
348:14 349:10
349:21,22,23
349:25 350:2
350:13 351:7
352:2,18,18,22
352:25 353:20
359:15,25
**1.00** 347:17
349:25 352:20

**1.01** 352:21
361:15
**1.02** 352:21
**1.03** 352:21
**1.05** 352:16
353:3
**1.1** 353:20
367:17 368:3
368:15 400:21
**1.10** 328:19
**1.16** 365:23
**1.163** 365:14
**1.17** 399:11
**1.18** 367:1
**1.2** 353:10,20,21
354:3,10,12,13
354:14,15,20
354:22,23
355:4,9 361:19
365:6 367:17
368:4,15
379:16,23
**1.23** 367:3
**1.245** 365:17,21
365:22
**1.3** 361:4,20
379:16,23
**1.43** 399:11
**1.7** 364:4,8
**1.75** 387:18,22
**1.9** 364:5,8
**1/15/2018** 25:7
**1:52** 280:10
**10** 7:16 133:19
133:20 134:8
329:7 330:12
341:1 361:14
471:15
**10:07** 89:3
**10:20** 89:7
**100** 10:25
**100,000** 37:10
40:3
**1001** 4:12
**100C** 259:19
393:17
**11** 7:19 138:22

---

Gregory B. Diette, M.D.

Page 538

138:23 139:2
**11:14** 151:17
**11:24** 151:20
**110** 172:6
**12** 7:22 8:10
213:4,4,7,9
280:22,22,23
**12/14/2018**
22:19 25:4
**12:08** 204:19
**12:43** 204:22
**127** 3:21
**12th** 231:12
236:1
**13** 8:4 235:17,18
244:7,10 246:6
247:1,16,22
248:4,10 251:4
324:4,5 325:4
325:13 326:1
**133** 7:18
**138** 7:21
**14** 6:3 8:11 33:1
68:9 69:12
71:8,19 87:11
244:7,10 246:6
247:1,16,22
248:4,11 251:4
267:7,8 324:4
324:6 325:4,11
325:13 326:2
328:24 414:11
**14,000** 36:21
**1440** 5:11
**14807-96-6** 8:13
**149** 172:7
**14th** 67:1,13
70:20,20 71:1
**15** 8:16 281:19
281:23
**16** 6:13 8:19
289:20,22
414:11
**16-2738** 1:5
**167** 121:10
147:5,12
364:20

**17** 4:20 6:18
8:22 296:19,23
297:14 298:5
298:22,23,23
298:24 299:19
299:21 308:22
309:16
**17,103.75** 25:5
**18** 6:22 9:4
140:3 297:17
297:18,21
298:3,10,11,11
305:6
**1825** 3:7
**19** 4:5 9:7 269:8
308:6,7,25
**19103-69896** 5:6
**1961** 285:9
**1976** 286:1
**1979** 285:10
**1982** 286:1
397:23 398:6
463:14
**1983** 328:6,18
**1986** 285:9
**1988** 285:11
**1990** 117:12
**1993** 117:13,16
**1995** 42:16
43:16
**1996** 281:23

⎯⎯⎯⎯⎯
**2**
**2** 6:14 17:18,19
17:23,25 18:19
22:3 83:11
84:2 123:15
209:23 210:25
290:1 292:9
379:14 443:2
**2.0** 380:16
**2.13** 398:10
**2.20** 398:24
**2.27** 398:24
**2.41** 398:3
**2.5** 329:6 330:11
330:21 331:16

332:15 333:18
334:9 339:24
340:16 343:16
344:14,23
347:6
**2.61** 398:15
**2.73** 398:11
**2.75** 398:2
**2.8** 11:4 394:5
396:21 397:14
399:14
**2.82** 398:15
**2/12/2019** 25:10
**2/25** 21:20 22:11
22:13
**2:04** 280:14
**2:44** 320:18
**2:53** 320:21
**20** 9:12 23:8
25:16 276:15
311:24 312:5,9
361:14 379:15
380:20 418:4,9
445:6,7,9
474:16
**20,973.75** 25:13
**200** 121:18
124:8,15
144:24 145:12
458:9,18
**2000** 5:5 361:3
394:3 463:6,9
463:16
**20004** 4:13
**20004-1454** 5:19
**20005** 5:12
**20006** 3:9
**2001** 400:25
**2003** 43:15
45:10
**2004** 11:24
438:8,25 439:4
441:10,14
**2005** 398:13
**2006** 261:13
378:5 394:3
**2007** 347:16

399:8
**2008** 369:8,15
390:12 398:18
425:13,14
**2009** 346:17
390:13
**201** 4:20
**2010** 259:7
**2011** 388:18
390:12
**2012** 259:19
388:15,19
389:3,14,24
390:6,14,19
**2013** 463:18
**2014** 11:22
139:13 346:15
431:23
**2015** 366:2
**2016** 295:19
296:10,12
**2017** 29:4,5
55:22 56:6,12
92:6,10 108:13
121:9,13
142:25 150:19
163:14 185:7
185:16 242:3
**2018** 8:15 67:1
67:13 68:9
69:13 70:21
71:1,8,19
197:3,6 271:17
359:23 364:13
424:4
**2019** 1:17 8:10
13:6 21:13,16
22:6 121:15
140:17 208:5
236:1 264:11
296:15,19,24
297:23 298:15
305:10 308:19
315:10 374:17
427:19 470:17
471:15
**202** 3:10 4:14

5:13,20
**21** 9:15 123:15
271:10,13,14
276:15 277:15
324:17,18,24
325:24 327:10
327:19 346:3,9
**21204** 2:7
**213** 7:24
**215** 5:7
**219** 400:21
**22** 9:19 233:22
234:14 236:16
237:17 327:23
327:24 328:5
**22,000** 36:20
**226** 172:8,15
**22nd** 140:17
**23** 10:4 20:19
343:3 366:11
**231** 45:13
**232-5507** 4:14
**235** 8:10
**24** 10:8 280:22
349:19 369:16
**25** 10:13 23:8
25:17 308:19
325:6,11,13
345:4,16
377:16
**253** 393:20,22
393:23 396:19
397:15
**254** 396:21
397:15
**256** 394:6
**25th** 21:13,16
22:6 208:4
264:11
**26** 10:19 377:16
393:3,10
**267** 8:15
**27** 10:23 290:22
392:25 393:1
393:14
**2738** 13:13
**28** 11:4 140:3

Gregory B. Diette, M.D.

276:15 277:14
396:25 397:1,4
**281** 8:18
**289** 8:21
**29** 11:8 413:23
414:4
**297** 8:23
**299** 9:6

---

**3**

**3** 6:19 18:15,20
18:24 20:4
21:14 22:3
76:7 123:16
325:6
**3.5** 389:6
**3/15/19** 22:20
**3/15/2019** 23:2,6
**3:09** 338:13
**3:10** 338:17
**3:50** 377:9
**30** 11:12,23
45:21 46:2
181:19 269:11
379:16 380:20
416:18,19
438:25 472:12
**30(b)(6)** 81:23
**308** 9:11
**30th** 438:8
**31** 11:15 181:20
233:22 234:14
236:16 237:17
427:4,5
**312** 9:14
**316** 3:15
**32** 11:20 349:8
431:14,17,18
437:23
**324** 9:18
**32502** 3:16
**327** 9:22
**33** 11:23 437:19
437:21,22
**34** 12:4 376:25
442:19,22
**35,375** 25:11

**36** 257:12
**36's** 86:16
**36-page** 86:17
**3600** 420:21
**366** 10:7
**369** 10:12
**37** 83:9 85:9,9,9
86:23
**371-7000** 5:13
**377** 10:18,22
**392** 10:25
**396** 11:7

---

**4**

**4** 6:23 44:20
45:2 243:6
**4:10** 377:12
**4:59** 426:16
**40** 45:21 46:2
298:17 299:11
391:9 457:12
**400** 23:13,16,24
24:19 25:17
177:22 178:7,7
458:10,18
**401** 4:11
**41** 85:8,19
**413** 11:11
**416** 11:14
**42** 256:5
**427** 11:19
**43** 301:9,16
309:10 310:14
**431** 11:22
**435-7000** 3:17
**437** 11:25
**438** 284:16,17
**439** 283:22
284:16,18
285:1
**44** 6:24
**442** 12:6
**45** 416:24,25
417:1
**46** 85:12
**463-2400** 5:20
**465** 6:4

**467** 6:5
**48** 85:1,7 87:11
257:12,13
**485** 23:13 24:2,6
177:18,23

---

**5**

**5** 7:4 35:13 52:7
52:10,11,21,25
54:4,7 122:18
243:8 349:21
433:3,3
**5,068.02** 25:8
**5:12** 426:19
**5:30** 447:10
**5:37** 447:13
**5:53** 464:12
**5:58** 464:15,19
**5:59** 464:22
**50** 156:1,2
**50,000** 197:16
197:23
**500** 458:12
**51** 170:11 172:5
212:3 336:18
**5129** 471:19
**52** 7:5
**53** 85:12
**58** 172:5

---

**6**

**6** 7:6 76:9 82:8,9
86:14 123:1
244:14 359:25
**6:04** 470:16,21
**609** 4:22
**61** 289:20

---

**7**

**7** 7:8 26:2 28:24
29:12 31:13
34:4 42:15,22
42:24 43:2,5
43:10 91:4,5
121:5 325:10
345:5,5,17
**70** 286:1

**700** 3:8
**72** 257:13
**720-1288** 4:7
**73** 296:24
400:25
**732** 3:23
**747-9003** 3:23
**783-6400** 3:10

---

**8**

**8** 7:11 95:11,13
95:14 100:9,10
**8:58** 1:18 13:7
**800** 306:22
307:17,18
312:1,6 313:23
**82** 7:7 222:14
**85** 25:18 178:1
178:10
**850** 3:17
**89** 285:21

---

**9**

**9** 1:17 7:14
98:23,24
101:20
**9:03** 19:10
**9:04** 19:13
**9:25** 44:15
**9:27** 44:18
**903** 2:6 13:9
**91** 7:10
**92** 285:21
**92660** 4:6
**94** 350:18
**949** 4:7
**95** 7:13
**975** 5:18
**98** 7:15
**986-1104** 4:22
**988-2706** 5:7
**99** 385:13
**9th** 4:11 13:6
470:17

Exhibit 12

*Acta Obstet Gynecol Scand 2004: 83: 369–374*
*Printed in Denmark. All rights reserved*

*Copyright © Acta Obstet Gynecol Scand 2004*

**Acta Obstetricia et
Gynecologica Scandinavica**

──────── ORIGINAL ARTICLE ────────

# Uterine contractility and directed sperm transport assessed by hysterosalpingoscintigraphy (HSSG) and intrauterine pressure (IUP) measurement

Stefan Kissler[1], Ernst Siebzehnruebl[1], Joachim Kohl[1], Anja Mueller[1], Nadja Hamscho[3], Regine Gaetje[2], Andre Ahr[2], Achim Rody[2] and Manfred Kaufmann[2]

From the [1]Division of Gynecologic Endocrinology and Reproductive Medicine, the [2]Department of Gynecology and Obstetrics and the [3]Institute of Nuclear Medicine, Johann Wolfgang Goethe-University, Frankfurt am Main, Germany

*Acta Obstet Gynecol Scand* 2004; 83: 369  374. © Acta Obstet Gynecol Scand 83 2004

*Background.* Uterine peristalsis sustains sperm transport and can be detected by hystero salpingoscintigraphy (HSSG). This study is the first to be designed to investigate utero tubal transport function by HSSG and uterine contractility by intrauterine pressure measurement (IUP) consecutively on the same day in the periovulatory phase.
*Methods.* Twenty one female subjects (mean age 28.4 years) without a gynecologic history were examined sequentially by HSSG and IUP on the same day to evaluate uterine con tractility in relation to the utero tubal transport function. In HSSG, intact transport function was visualized by the rapid uptake of $99^{m}$ technetium marked albumin aggregates through the female genital tract. In IUP, the frequency of uterine contractions (UC/min), amplitude of uterine contractions and basal pressure tone were detected via a intrauterine catheter. HSSG and IUP were embedded in cycle monitoring with measurement of LH and estradiol.
*Results.* In HSSG, a positive transport of inert particles was assessed in 20 of 21 subjects, in 76% to the side of the dominant follicle or on both sides of the oviduct, and in 19% a strict contralateral transport could be observed. In only one subject (5%), no transport was assessed. The mean value of uterine contractions was 3.4 UC/min (SD ± 0.7), the mean amplitude was 12.0 mmHg (SD ± 4.25 mmHg). Basal pressure tone was 70.7 mmHg. There was a statistically significant correlation with estradiol levels: none of the subjects with less than 3 UC/min showed an estradiol level higher than 100 pg/mL; nearly every patient (one exception) with more than 3 UC/min had an estradiol level higher than 100 pg/mL ($p < 0.0001$, Fisher's exact test).
*Conclusions.* Intact periovulatory utero tubal transport function can be documented by HSSG and is caused by directed uterine contractility, measured consecutively by IUP. Uterine contractility is influenced by rising estradiol levels. Directed uterine contractility and intact utero tubal transport function are considered necessary for intact sperm trans port, mainly to the side bearing the dominant follicle to maximize fertility.

*Key words:* intrauterine pressure; intrauterine contractility; HSSG; utero tubal transport function

*Submitted 23 June, 2003*
*Accepted 8 September, 2003*

Uterine peristalsis is of critical importance in the process of reproduction and has been investigated mainly by transvaginal ultrasound examination (1,2). Uterine peristalsis only involves the stratum subvasculare of the myometrium and reveals cyclic changes in direction, frequency and intensity (3,4). During menstruation, contraction waves with the lowest

370   *S. Kissler et al.*

frequency are directed towards the cervix, while during the other phases of the cycle, with the highest frequency and intensity during the peri-ovulatory phase, cervico-fundal peristalsis prevails (3,5). Uterine contractions are involved in the expulsion of menstrual debris as well as in rapid directed sperm transport (6–9) and in the high fundal implantation of the embryo in the luteal phase.

Two methods have generally been used to assess uterine contractions (UC): one involves a record of changes in intrauterine pressure (IUP) using invasive probes that detect intraluminal variation of pressure produced by the UC (10–12). A less invasive technique has been invented in various forms of direct visualization of UC with transvaginal ultrasound, some from digitized scans. Ultrasound measurements usually provide information on the direction of UC propagation, which is difficult to detect in IUP recordings. In contrast, IUP measurement allows a quantification of the UC amplitude, especially in the periovulatory period.

Hysterosalpingoscintigraphy (HSSG) (13,14) can be used to investigate the utero-tubal transport mechanism of the female genital tract *in vivo* by means of technetium-labeled albumin macrospheres of the size of sperm that are placed in the posterior vaginal fornix. The ascension of these particles within the female genital tract can be observed by scintigraphy.

In this study, to our knowledge, this is the first time that uterine contractions have been measured in frequency and amplitude by IUP in the late follicular phase, and consecutively correlated with the utero-tubal transport mechanism assessed by HSSG on the same day.

## Material and methods

Twenty one healthy patients (mean age 28.4 years) with a history of fertility or infertility due to severe andrologic fact ors were examined by HSSG and measurement of the IUP on the same day in the late follicular phase. All patients had ovulatory cycles and underwent a monitored cycle when HSSG and IUP were performed. Both examinations were undertaken successively on the same day. Ovulation was proven by an LH surge. All patients had proven patency of fallopian tubes by chromolaparoscopy or hysterosalpingosono graphy.

Exposure of the ovaries to radiation was calculated to be 0.8  1.4 cGy, with the mean exposure below a threshold of 1 cGy. By comparison, radiation exposure in the standard procedure of hysterosalpingography (HSG) is more than seven times higher, at 7.6 cGy.

The study was approved by the local ethics committee and patients gave their informed consent about HSSG and IUP and were strictly advised not to become pregnant during the diagnostic cycle in which HSSG was carried out.

© *Acta Obstet Gynecol Scand 83* (2004)

### HSSG

HSSG is a well established technique for evaluating the utero tubal transport mechanism (7  9). The examination was performed as close as possible before ovulation in the late follicular phase. On the day of the examination, the size and the location of the dominant follicle were detected ultrasonographically. For HSSG, 10 MBq $99^m$ technetium marked macroalbuminaggregates (Solco MAA; Solco Basel AG, Birsfelden, Switzerland) with a size of 5  20 μm, which imitates the size of sperms, were diluted with 2 mL saline solution 0.9% and then administered in the posterior vaginal fornix of the supine patient. Serial scintigrams were taken by a gamma camera. For quantitative evaluation of HSSG, 'regions of interest' (ROI) were determined in the area of both fallopian tubes to visualize the concentration of radio activity in the area of the oviduct. By using ROIs, radioactivity can easily be attached to the compartment's uterine cavity or fallopian tubes. Taking into account the size and location of the dominant follicle, the results of HSSG can be classified as follows:

Ipsilateral: concentration of radioactivity on the side of the dominant follicle.

Contralateral: concentration of radioactivity on the opposite side of the dominant follicle.

Both sides: equal concentration of radioactivity on both sides. No tubal transport (uterine cavity): concentration of radioactivity in the area of the uterine cavity without any further transport to the fallopian tubes.

### IUP

Each of the 21 women underwent IUP measurement directly after HSSG. IUP was recorded as follows: a rubber balloon catheter (Ruesch 5 Ch., Ruesch AG$^{®}$, Kernen, Germany) for intrauterine use was gently inserted into the uterine cavity and blocked with 0.5 mL of distilled water. Its hollow cavity was filled with sterile distilled water so that uterine contractions could easily be transferred to a transducer calibrated to convert mechanical to electrical signals. In none of the patients was cervical dilatation necessary, nor was a tenaculum used. Storage of data followed on a PC with specifically designed software (ScopeView, Metex$^{®}$). The exact position of the rubber balloon was estimated in the lower third of the uterine cavity and controlled by trans vaginal ultrasound. Recordings lasted 15  20 min.

In every patient the frequency of uterine contractions could be calculated by the number of oscillations per minute and expressed as the number of uterine contractions per minute (UC/min). The amplitude of contractions was expressed in mmHg and defined as the difference from the baseline pressure tone. Basal pressure tone was also detected in mmHg and expresses the basal myometrial activity in the late follicular phase.

In every patient LH and estradiol were measured on the day of the examination.

Documentation of data and statistical analysis was per formed with SPSS for windows (SPSS Inc., Chicago, Illinois, USA) on a PC. Statistical significances were calculated with Fisher's exact test. A *p* value <0.05 was considered to be statistically significant.

## Results

### HSSG

In 16 of 21 (76%) patients an ipsilateral positive transport to the side of the dominant follicle or transport towards both oviducts could be



*Fig. 1.* Hysterosalpingoscintigraphy: demonstration of radio activity on the left side with a dominant follicle of 15 mm in diameter (ipsilateral demonstration). Compartment I, vagina; compartment II, uterine cavity; compartment III, oviduct. Positive transport mechanism can easily be detected in an early scan after 20 s.

observed (Fig. 1). In four patients (19%) the positive transport could be documented strictly on the contralateral side, in one patient (5%) no tubal transport could be observed (negative transport function). In summary, 20 of the 21 evaluated subjects had a positive transport function of the utero-tubal unit, sustained by uterine contractions. One patient showed a dominant follicle of 17 mm in diameter, an estradiol level of 125 pg/mL, and a contraction of 4.07 UC/min, but failed to build up an intact transport mechanism.

### IUP

In all patients uterine contractions could be easily observed (Fig. 2). The IUP measurement took place in the periovulatory phase directly following HSSG on the same day. Contractions varied between 1.8 and 5 UC/min.

The mean value of contractions in the periovulatory phase was 3.4 UC/min (SD ± 0.7).

The amplitude of contractions varied in range from 8 to 36 mmHg. The mean amplitude was 12.0 mmHg (SD ± 4.25 mmHg).

The basal pressure tone of the uterus reflects the basal isotonic contraction of this strong muscle containing smooth muscle fibers. In our patients the basal muscle tone was 70.7 mmHg (SD ± 15.7 mmHg) in the periovulatory phase (Table I).

Depending on the estradiol levels, uterine contractility reveals a statistically significant increase: none of the patients showing less than 3 UC/min had an estradiol level higher than 100 pg/mL (mean 63 pg/mL). By comparison, nearly every patient (one exception) with more than 3 UC/min had an estradiol level higher than 100 pg/mL (mean 201 pg/mL) (Table II, $p < 0.0001$).

### Discussion

Rhythmic contractions of the nonpregnant uterus have been demonstrated by invasive techniques in



*Fig. 2.* Contractility pattern demonstrated by IUP in the same patient (see Fig. 1). The patient showed a dominant follicle of 15 mm on the left side, LH peaked on the day of the examination, and the estradiol level was 120 pg/mL. A mean contractility of 3.3 UC/min was detected, with a mean pressure amplitude of 14.1 mmHg and the basal tone was 73.3 mmHg.

372     *S. Kissler et al.*

Table I. Results from intrauterine pressure measurement (*n* 21) in the periovulatory phase

|  | Mean | Range |
|---|---|---|
| Frequency (UC/min) | 3.4 (±4.25) | 1.8-5.0 |
| Amplitude (mmHg) | 12.0 (±4.25) | 8.0-36.0 |
| Basal tone (mmHg) | 70.7 (±15.7) | 36.0-96.7 |

different species including humans (10–12). From the end of menstruation until the late proliferative phase most researchers found small and frequent contractions in a retrograde direction (cervico-fundal). The main interest in these first studies was to evaluate uterine contractility during menstruation, which revealed slower and stronger contractions in an antegrade (fundo-cervical) direction.

Before the noninvasive technique of transabdominal or transvaginal ultrasonography appeared, the reasons for propagated uterine contractions in the late follicular phase remained enigmatic. Transvaginal studies (3–5) demonstrated a tremendous cyclic increase in frequency and amplitude of uterine contractions towards the fundus uteri throughout the late follicular phase and the periovulatory phase. This contractility pattern was reversed in the luteal phase. The authors presumed that these subendometrial contractions could be of importance concerning sperm transport.

Kunz et al. (8) reported for the first time a direct relationship between the increase in the frequency of uterine contractions assessed by transvaginal ultrasound and the percentage of ipsilateral transport of sperm-like material by HSSG. The mean value for uterine contractions in the preovulatory phase was constantly considered to be in the range 2.8–3.0 UC/min. This process was positively correlated with increasing estradiol levels, but the intrauterine pressure has not been recorded because of its invasive character. Nowadays, HSSG has been established for evaluating the integrity of the utero-tubal transport function (7–9,13,14).

Based upon the encouraging results of these studies, Kadanali et al. (6) reported similar results concerning utero-tubal transport capacity when radioactive-labeled sperm were used compared to 99$^{m}$-technetium-marked albumin macrospheres in patients bearing an intrauterine device (IUD) *in vivo*.

Therefore, there is even *in vivo* substantial evidence that the utero-tubal transport unit is responsible for intact sperm transport.

Contradictory results have also been published (15), although no information was given about the size and location of the dominant follicle and the estradiol levels of the patients examined. The majority of authors working with HSSG support this method as an important diagnostic tool for infertility workup.

To our knowledge, our study is the first to provide proof of an intact sperm transport mechanism assessed by HSSG in healthy women directly followed by IUP measurement. IUP recordings reveal strong and high-frequency contractions that are responsible for the integrity of the utero-tubal transport system.

Although we were not able to investigate the direction of the contraction waves by using only one inserted catheter, the aim of this study was to examine the amplitude, frequency and basal pressure tone in the decisive reproductive phase of the menstrual cycle, results that cannot be obtained by ultrasonographic examination alone.

Uterine contractility at various phases of the menstrual cycle by transvaginal ultrasound and IUP recordings on the same day was first published by Bulletti et al. (16). There was no difference between the measurement of ultrasonographic contractions and contractions measured by IUP recordings, which were 2.9 UC/min in the late follicular phase and 3.9 UC/min in the periovulatory phase. However, IUP recordings were only taken in five subjects.

Our data concerning uterine contractility measured by IUP confirm, in a higher number of subjects, the findings of Bulletti et al., who found a mean value of 3.9 UC/min in the periovulatory phase. Our data revealed 3.4 UC/min at that phase of the cycle. The only difference between the findings is a lower amplitude of uterine contractions (12.0 vs. 25.6 mmHg) and a higher basal tone (70.7 vs. 56.2 mmHg) in our patients. The higher basal tone might be due to the influence of the rubber balloons on the calculated tone pressure.

Failure of an intact utero-tubal transport function as assessed by negative HSSG (no tubal transport) (17) is associated with poor pregnancy rates and might reflect a dissynchronization of uterine wall movements (18).

We found a statistically significant relationship between rising estradiol levels and an increase in UC/min. None of our patients showed less than

Table II. Dependence of uterine contractility on estradiol levels (*n* 21)

| Frequency (UC/min) | Estradiol | |
|---|---|---|
|  | <100 pg/mL (mean 63 pg/mL) | >100 pg/mL (mean 201 pg/mL) |
| <3 | 8 | 0 |
| ≥3 | 1 | 12 |

© *Acta Obstet Gynecol Scand 83 (2004)*

*Uterine contractility and directed sperm transport*   373

3 UC/min if the estradiol level was higher than 100 pg/mL. This observation indicates that the integrity of utero-tubal transport function transport through the female genital tract is under the endocrine control of the dominant follicle.

As an outlook for further investigations, it would be interesting to perform IUP recordings in patients with endometriosis, as endometriosis and adenomyosis uteri can be regarded as a unique disease the dislocation of the basal endometrium (19), which is linked with hyper- and dysperistalsis and impeded transport function in HSSG (20). There are data suggesting a higher basal tone of the uterus in patients with endometriosis (21). In patients with endometriosis, a high percentage of structural uterine wall abnormalities are described in transvaginal ultrasonography as well as in T2-weighed magnetic resonance imaging (MRI) (22).

Concerning uterine contractility, patients with endometriosis show a higher frequency, amplitude and basal pressure tone in IUP during menstruation than healthy controls (23). This confirms the results by transvaginal ultrasonography that patients with endometriosis predominantly show a retrograde contractility pattern (in the cervico-fundal direction) (24). These studies might indicate that an increase of cervico-fundal peristalsis might increase the amount of dislocated basal endometrium for intraperitoneal implantation.

Medical treatment studies to reduce uterine contractility are mainly performed in pregnant patients (25,26) but would certainly be of value in reducing dysregulated uterine contractility in patients with endometriosis.

To summarize, our data provide proof that uterine contractility with a mean value of 3.4 UC/min is under the control of the hormonal cycle and regulates the intact uterine transport function assessed by HSSG.

## References

1. Birnholz JC. Ultrasonic visualization of endometrial movement. Fertil Steril 1984; 41: 157 8.
2. de Vries K, Lyons EA, Ballard G, Levi CS, Lindsay DJ. Contractions of the inner third of the myometrium. Am J Obstet Gynecol 1990; 162: 679 82.
3. Lyons EA, Taylor PJ, Zheng XH, Ballard G, Levi CS, Kredenster JV. Characterization of subendometrial myometrial contractions throughout the menstrual cycle in normal fertile women. Fertil Steril 1991; 55: 771 4.
4. Abramowicz JS, Archer DF. Uterine endometrial peristalsis a transvaginal ultrasound study. Fertil Steril 1990; 54: 451 4.
5. Fukuda M, Fukuda K. Uterine endometrial cavity movement and cervical mucus. Hum Reprod 1994; 9: 1013 16.
6. Kadanali S, Varoglu E, Komec D, Uslu H. Evaluation of active and passive transport mechanisms in genital tracts of IUD bearing women with radionuclide hysterosalpingoscintigraphy. Contraception 2001; 63: 41 5.
7. Kissler S, Doeinghaus K, Becker W, Wildt L. Hystero salpingoscintigraphic examination of the fallopian tube: a select ive, unilateral transport mechanism. Contracept Fertil Steril 1995; 23: OC 286.
8. Kunz G, Beil D, Deininger H, Wildt L, Leyendecker G. The dynamics of rapid sperm transport through the female genital tract: evidence from vaginal sonography of uterine peristalsis and hysterosalpingoscintigraphy. Hum Reprod 1996; 11: 627 32.
9. Wildt L, Kissler S, Licht P, Becker W. Sperm transport in the human female genital tract and its modulation by oxytocin as assessed by hysterosalpingoscintigraphy, hysterotonography, electrohysterography and Doppler sonography. Hum Reprod Update 1998; 4: 655 66.
10. Hendricks CH. Inherent motility patterns and response characteristics of the nonpregnant human uterus. Am J Obst Gynecol 1966; 96: 824 43.
11. Cibils LA. Contractility of the nonpregnant human uterus. Obstet Gynecol 1967; 30: 441 61.
12. Matinez Gaudo M, Yoshiba T, Bentason LP. Propagated and non propagated myometrial contractions in the normal menstrual cycle. Am J Obstet Gynecol 1973; 115: 107 11.
13. Iturralde M, Venter PF. Hysterosalpingo radionuclide scinti graphy (HERS). Semin Nucl Med 1981; 11: 301 14.
14. Becker W, Steck T, Albert P. Hysterosalpingoscintigraphy: a simple and accurate method of evaluating fallopian tube patency. Nuklearmedizin 1988; 27: 252 7.
15. Lundberg S, Wramsby H, Bremmer S, Lundberg HJ, Asard PE. Radionuclide hysterosalpingography is not predictive in the diagnosis of infertility. Fertil Steril 1998; 69: 216 20.
16. Bulletti C, de Ziegler D, Polli V, Diotallevi L, Del Ferro E, Flamigni C. Uterine contractility during the menstrual cycle. Hum Reprod 2000; 15: 81 9.
17. Kissler S, Wildt L, Kohl J, Ahr A, Kaufmann M, Siebzehnruebl E. Gestorte utero tubare Transportfunktion in der Hysterosal pingoszintigraphie als prädiktiver Funktionstest zur die IVF Therapie. [Disturbed utero tubal transport in hysterosal pingoscintigraphy as a predictive functional test for IVF therapy.] (In German with English abstract.) Zentralbl Gynaekol 2002; 124: 418 22.
18. Eytan O, Halevi I, Har Toov J, Wolman I, Elad D, Jaffa AJ. Characteristics of uterine peristalsis in spontaneous and induced cycles. Fertil Steril 2001; 76: 337 41.
19. Leyendecker G, Herbertz M, Kunz G, Mall G. Endometriosis results from the dislocation of basal endometrium. Hum Reprod 2002; 17: 2725 36.
20. Leyendecker G, Kunz G, Wildt L. Uterine hyperperistalsis and dysperistalsis as dysfunctions of the mechanism of rapid sperm transport in patients with endometriosis and infertility. Hum Reprod 1996; 11: 1542 51.
21. Makarainen L. Uterine contractions in endometriosis: effects of operative and danazol treatment. J Obstet Gynecol 1988; 9: 134 8.
22. Kunz G, Beil D, Huppert P, Leyendecker G. Structural abnormalities of the uterine wall in women with endometriosis and infertility visualized by vaginal sonography and magnetic resonance imaging. Hum Reprod 2000; 15: 76 82.
23. Bulletti C, de Ziegler D, Polli V, del Ferro E, Palini S, Flamigni C. Characteristics of uterine contractility during menses in women with mild to moderate endometriosis. Fertil Steril 2002; 77: 1156 61.
24. Salamanca A, Beltran E. Subendometrial contractility in menstrual phase visualized by transvaginal sonography in patients with endometriosis. Fertil Steril 1995; 64: 193 5.

374    *S. Kissler et al.*

25. Kantas E, Cetin A, Kaya T, Cetin M. Effect of magnesium sulfate, isradipine and ritodrine on contractions of myometrium: pregnant human and rat. Acta Obstet Gynecol Scand 2002; 81: 825 30.

26. Husslein P. Development and clinical experience with the new evidence based tocolytic atosiban. Acta Obstet Gynecol Scand 2002; 81: 633.

*Address for correspondence:*
Stefan Kissler
Department of Gynecology and Obstetrics
Division of Gynecologic Endocrinology and
Reproductive Medicine
Johann Wolfgang Goethe University Frankfurt am Main
Theodor Stern Kai 7
60590 Frankfurt am Main
Germany
e mail: stefan.kissler@kgu.de

Exhibit 13

# THE UTERINE PERISTALTIC PUMP

## Normal and Impeded Sperm Transport within the Female Genital Tract

G. Kunz,[1] D. Beil,[2] H. Deiniger,[2] A. Einspanier,[4] G. Mall,[3] and
G. Leyendecker[1]

[1]Department of Obstetrics and Gynecology
[2]Department of Radiology I
[3]Department of Pathology
Klinikum Darmstadt
Academic Teaching Hospital to the University of Frankfurt
Grafenstr. 9, 64283 Darmstadt, Germany
[4]Deutsches Primatenzentrum GmbH
Kellnerweg 4, 37077 Göttingen, Germany

## 1. SUMMARY

Rapid as well as sustained sperm transport from the cervical canal to the isthmical part of the fallopian tube is provided by cervico-fundal uterine peristaltic contractions that can be visualized by vaginal sonography. The peristaltic contractions increase in frequency and presumably also in intensity as the proliferative phase progresses. As shown by placement of labeled albumin macrospheres of sperm size at the external cervical os and serial hysterosalpingoscintigraphy (HSSG) sperm reach, following their vaginal deposition, the uterine cavity within minutes. In the early follicular phase a large proportion of the macrospheres remains at the site of application, while a smaller proportion enters the uterine cavity with even a smaller one reaching the isthmical part of the tubes. In the mid-follicular phase of the cycle with increased frequency and intensity of the uterine contractions the proportion of macrospheres entering the uterine cavity as well as the tubes has significantly increased. In the late follicular phase with maximum frequency and intensity of uterine peristalsis the proportion of macrospheres entering the tube increases further at the expense of those at the site of application as well as within the uterine cavity. The transport of the macrospheres into the tube is preferentially directed into the tube ipsilateral to the dominant follicle, which becomes apparent in the mid-follicular phase as soon as a dominant follicle can be identified by ultrasound. Since the macrosphere are inert particles the directed sperm transport into the tube ipsilateral to the dominant follicle is not

*The Fate of the Male Germ Cell*, edited by Ivell and Holstein
Plenum Press, New York, 1997

se 3:16-md-02738-MAS-RLS   Document 10065-3   Filed 06/21/19   Page 1033 of 1(
PageID: 86938
268                                                    G. Kunz *et al.*

functionally related to a mechanism such as chemotaxis but is rather provided by uterine contraction of which the direction may be controlled by a specific myometrial architecture in combination with an asymmetric distribution of myometrial oestradiol receptors.

Women with infertility and mostly mild endometriosis display on VSUP a uterine hyperperistalsis with nearly double the frequency of contractions during the early and mid- as well as midluteal phase in comparison to the fertile and healthy controls. During midcycle these women display a considerable uterine dysperistalsis in that the normally long and regular cervico-fundal contractions during this phase of the cycle have become more or less undirected and convulsive in character. Hyperperistalsis results in the transport of inert particles from the cervix into the tubes within minutes already during the early follicular phase, and may therefore constitute the mechanical cause for the development of endometriosis in that it transports detached endometrial cells and tissue fragments via the tubes into the peritoneal cavity. Moreover, dysperistalsis may contribute to the infertility in these patients since it results in a break down of sperm transport within the female genital tract.

## 2. INTRODUCTION

There is no doubt that the ultimate fate of the successful male germ cell is to impregnate the female oocyte, where its genetic material will fuse with that of the oocyte to result in fertilization and embryo formation. This particular sperm is usually deposited five to zero days prior to ovulation (Wilcox et al., 1995) in the posterior vaginal fornix in close vicinity to the external os of the cervical canal from where it reaches its final site of destination, the place of sperm-oocyte encounter within the tube ipsilateral to the dominant follicle.

Usually, the uterus is considered to be specialized, first, for the reception of the blastocyst by the endometrium and the continuous nourishment of the developing fetus and, second, for the eventual expulsion of the fetus (Romanini, 1994). Considering the fact that the sperm has to cover a long distance within the female genital tract from the external os of the cervix to the site of fertilization within the tube it is surprising that the facilitation and the guidance of this journey has only recently been considered a genuine and active function of the uterus (Kunz et al., 1996a). Previously, the ascension of the sperm within the female genital tract to the site of fertilization was regarded more or less a functional capacity of the sperm itself with the uterus serving merely as a passive canal, although a functional importance had been ascribed to uterine contractions (Moghissi, 1977; Harper, 1994). With respect to sperm ascension, attention was mostly directed towards the cervical canal with its glands and cyclically changing secretion. These are assumed to provide optimal conditions for the penetration of the sperm into the female genital tract around ovulation and serve, with its crypts, as a sperm reservoir, from where constant release for sustained sperm transport could occur. In this communication, the mechanism of uterine peristalsis will be discussed, and its role in sperm transport within the female genital tract will be outlined. It will be demonstrated that this function of the uterus is of fundamental importance in the process of reproduction and that disturbances of the uterine mechanism of sperm transport may result in infertility.

## 3. UTERINE PERISTALSIS

Rapid sperm transport from the vagina to the Fallopian tubes within minutes has been described in many species including man (Hartman, 1962; Mortimer, 1983; Hunter,

1987; Drobnis and Overstreet, 1992; Harper, 1994). Since the velocity of sperm movement does not itself account for covering such a long distance through the female genital tract within a few minutes, rapid sperm transport is considered a passive phenomenon and has been ascribed to uterine contractions (Moghissi, 1977; Harper, 1994; Kunz et al., 1996a; Leyendecker et al., 1996).

## 3.1. Vaginal Sonography of Uterine Peristalsis (VSUP)

Contractile activity of the non-pregnant uterus has been known for many decades (Hendricks, 1966; Cibils, 1967; Martinez-Gaudio et al., 1973). High resolution sonography has made it possible to demonstrate these contractions without invasive techniques. These contractions involve mostly the subendometrial layer of the myometrium and may be detected only by endometrial movements (Birnholz, 1984). Following their first description they have been further characterized (Oike et al., 1988; De Vries et al., 1990; Lyons et al., 1991; Fukuda and Fukuda, 1994). The contractions increase in frequency and in intensity as the follicular phase progresses with an inverse pattern during the luteal phase. The peristaltic waves of the endometrium and the subendometrial layer of the myometrium are directed from the cervical canal to the fundal part of the uterus, while only during menstruation do they exhibit a fundo-cervical direction (Lyons et al., 1991).

In our own study (Kunz et al., 1996a; Leyendecker et al.,1996), with measurements of the uterine peristalsis during the menstrual period, the early, mid- and late follicular as well as mid-luteal phases of the cycle, respectively (Fig. 1) it was demonstrated that there was a steady increase in peristaltic activity ranging from roughly 1.2 contraction per minute during the menstrual period and early follicular phase to 2.8 contractions per minute in the late follicular phase. During the mid-follicular and mid-luteal phases, respectively, the frequency averaged 1.5 contractions per min. Over the same time period, the proportion of fundo-cervical contraction waves decreased significantly from 43% during the menstrual period to less than 1% in the periovulatory phase. Thus, almost all peristaltic



Figure 1. A graphical demonstration of the frequency of the subendometrial uterine peristaltic waves during menstruation, the early, mid- and late follicular and mid-luteal phases of the cycle, respectively, as determined by vaginal ultrasonography (contractions/min ± SEM). The graph shows also the relative distribution of fundo-cervical contractions versus cervico-fundal contractions during these different phases of the cycle (from Leyendecker et al., 1996).

waves of the uterus during the late follicular phase had a cervico-fundal direction. They also appeared to be more intense than during the other parts of the follicular phase, which might, however, be related to the thickness of the endometrium rendering the movements more pronounced. In comparison to the early follicular phase, however, a thicker proportion of the myometrium appeared also to be involved in the contractions. Because the frequency, intensity and direction of the uterine peristalsis depend upon the phase of the cycle, an endocrine control of this phenomenon by the ovary may be assumed. In this regard oxytocin and prostaglandins may function as mediators (Eliasson and Posse, 1960; Hein et al., 1973; Karim et al., 1973; Fuchs et al., 1985; Lefebvre et al., 1994a, Lefebvre et al., 1994b). This view is supported by the finding that administration of oestradiol valerate to hypogonadal women yielding a pattern of serum oestradiol values similar to that of the normal cycle could completely mimic the cyclic changes of uterine peristalsis and that the frequency of the uterine peristaltic contractions could be significantly increased during the follicular phase of the cycle by the administration of an i.v. bolus of oxytocin. The increase in the frequency of the peristaltic contractions could be totally attributed to the peristaltic waves with cervico-fundal direction, which may be related to the high density of oxytocin receptors in the cervical tissue (unpublished).

Peristaltic contractions with the same frequency as described above were also observed with transvesical scanning (Birnholz, 1984). Thus, it is very unlikely that the uterine peristalsis was induced by the vaginal ultrasound examination. In contrast, it can be assumed that uterine peristalsis during the menstrual cycle is a continuous phenomenon with varying frequency, intensity and direction of the contraction waves depending on the phase of the cycle and does not require a specific stimulus for initiation. These studies, however, do not exclude a coital enhancement of uterine contractions.

## 3.2. Hysterosalpingoscintigraphy (HSSG)

It is reasonable to assume that the uterine peristaltic activity provides the forces that are required for the transport of spermatozoa from the external os of the cervix into the tubes within minutes. Using hysterosalpingoscintigraphy (Itturalde and Venter, 1981; Becker et al., 1988), rapid sperm transport was studied by placing technitium-labelled albumin macrospheres of sperm size at the external os of the uterine cervix and following their path through the female genital tract (Kunz et al., 1996a; Leyendecker et al., 1996).The albumin macrospheres used in our study resemble spermatozoa in their size. Thus, the demonstration of their ascension through the genital was considered to represent passive sperm transport.

According to these data (Fig. 2–4) the following concept of the dynamics of rapid sperm ascension within the female genital tract was proposed. Rapid sperm ascension occurs immediately following deposition of the ejaculate at the external os of the cervix. As early as one minute thereafter spermatozoa have reached the intramural and isthmical part of the tube. Quantitatively, however, the extent of ascension increases with the progression of the follicular phase. While only a few spermatozoa enter the uterine cavity and even fewer the tubes during the early follicular phase, the proportion of spermatozoa that enters the uterine cavity increases dramatically during the mid-follicular phase with still a limited entry into the tube. During the late follicular phase there is a considerable ascension of spermatozoa into the tubes.

Furthermore the HSSG revealed the preferential direction of rapid sperm transport into the tube ipsilateral to the dominant follicle. This corresponds with recent findings during surgery that the number of sperm around ovulation was higher in the tube ipsilat-



Figure 2. The distribution of the percentage of total counts, representing the labeled albumin macrospheres, within the female genital tract (compartment 1, 2 and 3 being the upper vagina, the uterine cavity and the isthmical part of the tubes respectively) following 1, 16 and 32 minutes after vaginal application during the early follicular phase. With respect to compartment 3, the right and left tubes were differentiated. The amount of radioactivity transported into the tubes was significantly higher in patients with endometriosis in comparison with healthy controls ( $P < 0.01$) (from Leyendecker et al., 1996).



Figure 3. The respective distribution pattern of radioactivity, as in Fig. 2, obtained during the mid-follicular phase of the cycle. While in patients without endometriosis the labeled macrospheres preferentially entered the tube ipsilateral to the dominant follicle, in patients with endometriosis the macrospheres preferentially entered the tube contralateral to the dominant follicle. The difference in ascension into the contralateral tube between the two groups of patients was significant ($P < 0.01$) (from Leyendecker et al., 1996).



by the dominant follicle in that the uterine myometrium with its specific architecture (Goerttler, 1930) is activated and contracts in a manner providing this directed transport. In order to elucidate the mechanisms that govern directed sperm ascension, the estrogen receptor distribution within the myometrium was studied. It could be demonstrated in removed uteri that the percentage of estrogen receptor positive nuclei of smooth muscle cells in the myometrium was significantly higher on the side of the dominant ovarian structure in comparison with the contralateral side (Kunz et al., 1996b).

The strong correlation between receptor distribution and the site of the dominant ovarian structure suggested that the side-specific asymmetric estrogen receptor distribution is induced by the dominant follicle. This preferential induction of estrogen receptors in the myometrium on the side of the dominant ovarian structure is presumably not effected by the oestradiol concentration in the systemic circulation. Rather, it may involve a more direct endocrine influence mediated, for example, by the utero-ovarian vascular counter-current system (Einer-Jensen, 1988) that may provide higher oestradiol concentrations in the uterus on the side of the dominant follicle. This finding may also indicate that other hormone receptors in the uterus, pertinent to its contractile function, might be expressed asymmetrically with respect to the localization of the dominant ovarian structure. Preliminary data show that oxytocin receptors, exhibiting high concentrations in cervical tissue, like those for oestradiol, are asymmetrically distributed within the fundal part of the myometrium relative to the side of the dominant follicle (unpublished).

The asymmetric estrogen receptor distribution being presumably responsible for the directed sperm transport appears to be superimposed on a basal, more evenly distributed level of estrogen receptors under the influence of systemic oestradiol. This may be derived from the observation that the systemic administration of exogenous estrogen to hypogonadal women results in a uterine peristaltic activity which is, according to VSUP, indistinguishable from normal

## 5. UTERINE HYPERPERISTALSIS AND DYSPERISTALSIS

In studying infertile women suffering from mostly mild endometriosis, which is considered not to be a cause of infertility (Hull et al., 1986; Adamson and Pasta, 1994), a fundamental disturbance of uterine peristaltic activity was observed (Leyendecker et al., 1996) (Fig 1). In VSUP, these women displayed a considerable degree of hyperperistalsis in that, during the early and mid follicular as well as mid-luteal phase of the cycle, respectively, the frequency of peristaltic contraction was nearly doubled in comparison to normal. During the late follicular phase the frequency was increased further but less pronounced as compared to the early and mid-follicular phase of the cycle. The character of the peristaltic activity, however, had completely changed. While in the fertile controls long and regular cervico-fundal peristaltic waves prevailed, the contractions displayed a convulsive character in the infertile women. Some of the contraction waves started in the middle portion of the uterine cavity, while in other patients the contractions started at different sites at the same time, and some vanished before reaching the fundal part of the uterine cavity. Thus, in comparison with the regular and frequent cervico-fundal contractions of healthy women, the impression of a dysperistalsis prevailed in patients with infertility and endometriosis (Leyendecker and Kunz, 1996).

These abnormalities of the uterine peristaltic activity in women with endometriosis had a profound impact on the uterine transport function as demonstrated by HSSG, which, at least in part, may account for the infertility of these women. Already during the early

G. Kunz *et al.*

follicular phase of the cycle, there was a rapid transport of inert particles through the uterine cavity into the tubes. This was further increased during the mid follicular phase. However, there was no directed transport into the tube ipsilateral to the dominant follicle. During the late follicular phase, when the uterine contractions had become dysperistaltic, a breakdown of the uterine transport function occurred in that most of the particles remained at the site of application and only a few entered the tubes without a preference for the "dominant" one (Fig. 2–4).

# 6. IMPLICATIONS REGARDING THE FUNCTION OF THE CERVICAL MUCUS

These data are also pertinent in reconsidering some of the functions of the cervical mucus with regard to sperm ascension.. It is generally assumed that the sperm actively penetrate the cervical mucus and that the scant and viscous cervical mucus of the early follicular phase acts as a barrier in this respect (Moghissi, 1977). The HSSG demonstrates that already in the early follicular phase, in the presence of scant cervical mucus with little spinnbarkeit, a rapid transport of inert particles through the cervical canal occurs (Fig 2). Moreover, the distribution pattern of the labeled macrospheres within the genital tract of women with endometriosis and hyperperistalsis in the early follicular phase (Fig. 2; lower panel) resembles that of the healthy controls with normoperistalsis in the mid follicular phase of the cycle (Fig. 3; upper panel). Thus, it is not so much the quality of the cervical mucus but rather the power of the uterine peristalsis that determines the amount of sperm ascension through the cervical canal.

According to in vitro studies sperm penetrate the cervical mucus at a speed of 0.1 to 3 mm/min depending upon the phase of the cycle. There is no doubt on the basis of our studies that the sperm's own velocity is of little importance with respect to the ascension through the cervical canal. Irrespective of whether there is a function at all to the sperm's active movement at this stage of reproduction, the interaction of the sperm with the physico-chemical properties of the mucus enable viable sperm to enter the cervical crypts as a primary reservoir for later release. Of course, our model using inert albumin macrospheres cannot account for effects that have to be attributed to the functional capacity of healthy sperm.

# 7. AN INTEGRAL VIEW ON SPERM ASCENSION WITHIN THE FEMALE GENITAL TRACT AND ITS POSSIBLE DISTURBANCES

The clinician has been familiar for a long time with rhythmical contractions of the non-pregnant uterus. Upon cervical inspection during the preovulatory phase rhythmical protrusions of the abundant cervical mucus can be observed. Only recently, due to high resolution ultrasound examination, it was possible to relate these cervical activities to uterine peristaltic waves that originate in the cervix and are propagated towards the cornual section of the uterus. With the placement of labeled inert particles of sperm size at the external cervical os and following their path through the female genital tract by HSSG it was possible to demonstrate the enormous power and transport capacity of this uterine peristaltic pump. Furthermore, the directed transport of the particles preferentially into the

tube ipsilateral to the dominant follicle demonstrated the surprising sophistication of this uterine system of sperm transport (Kunz et al., 1996a).

On the basis of the data obtained in our studies and available from literature, we hypothesize that rapid as well as sustained sperm is controlled by uterine peristaltic activity. Uterine contractions aspirate sperm into the cervical mucus and the uterine cavity, and provide further transport into the isthmical part of the tubes. In the mid- and late follicular phases of the cycle this transport is directed preferentially into the tube ipsilateral to the dominant follicle. This indicates that the mechanism of rapid and passive sperm transport is under the endocrine control of the dominant follicle. Some sperm, probably the most motile ones, follow, by their own movement, the filamentous structures of the cervical mucus and enter the cervical crypts as a primary reservoir. This results in a partial sequestration of the sperm increasing the proportion of less motile and immobile sperm that reach the tubes rapidly. This observation has probably lead to the notion that rapid sperm ascension might not be essential for fertilization (Mortimer, 1983; Hunter, 1987). With the progression of the follicular phase there is an increasing release of sperm from the primary reservoir as they are flushed and squeezed out of the crypts due to the cervical secretion which becomes more profuse and the rhythmical contractions that originate within the cervix, respectively. Entering the "main stream" of cervical secretion they are caught by the "uterine peristaltic system" and rapidly transported in an aliquot of mucus (Fukuda and Fukuda, 1994), which protects the sperm from leukocyte degradation within the uterine cavity (Harper, 1994), to the tube with its isthmic mucus as the secondary reservoir. Dilatation of the external cervical os, maximum cervical secretion and rhythmical protrusion of the mucus around ovulation enlarge the zone of contact between a fresh ejaculate and the uterine peristaltic pump. At the same time preovulatory mucorrhea, together with the rhythmical contractions of the cervix, prevents by large motile sperm from entering the cervical crypts and thus ensures, in combination with maximally increased uterine peristalsis, that no or only minor sequestration of sperm can occur and that motile sperm are directly transported into the isthmical mucus (Jansen, 1980) of the tube ipsilateral to the dominant follicle where they are available for fertilization.

There is, in our opinion, no principle difference between the mechanisms of rapid and sustained sperm transport, respectively. Both aim at the availability of viable sperm at the site of fertilization around ovulation and both rely, in this respect, on the continuous peristaltic activity of the uterus. Sustained sperm transport utilizes the cervical crypts as a primary reservoir, from where later release occurs. The reduced power of the peristaltic pump several days prior to ovulation in comparison to the preovulatory phase might, together with a more viscous cervical mucus at this time, facilitate the migration of motile sperm into the cervical crypts. No data are available, which of the two reservoirs, the cervical or the tubal mucus, have a preponderance in the function of sperm preservation. If there is any preponderance at all, one may assume that it may shift from the cervix to the tube with the progression of the preovulatory phase. In any event, the fundamental importance of sperm preservation within the genital tract and sustained sperm transport for the overall process of reproduction is documented by the observation that intercourse several days prior to ovulation may result in a pregnancy with a considerable probability ranging from about 10% with intercourse five to more than 30% with intercourse two days prior to ovulation, respectively (Wilcox et al., 1995).

These data and considerations show that the availability of sperm at the site of fertilization at the appropriate time depends to a large extent on coordinated uterine peristaltic contractions that cyclically change in quality and frequency. At a low frequency and power, they may favor sperm preservation within the cervical mucus, at a higher preovula-

G. Kunz *et al.*

tory frequency and power of contractions, the uterine peristaltic pump provides rapid and directed transport of sperm either from the reservoir or from a freshly deposited ejaculate into the tube ipsilateral to the dominant follicle.

Recently, it could be shown that this fine-tuned system is fundamentally disturbed in women with infertility and, mostly, mild endometriosis. Both, the hyper- and dysperistalsis of the uterine peristaltic pump observed in these women may contribute to their reduced fertility. Hyperperistalsis may prevent the development of an adequate pool of preserved sperm within the reservoir of the cervical crypts, and preovulatory dysperistalsis impedes, by a breakdown of sperm transport, the formation of an adequate sperm reservoir in the mucus of the isthmical part of the tube from where sperm migrate to the final site of fertilization.

Independent of its effects on sperm transport and fertility uterine hyperperistalsis may promote the detachment and exfoliation of endometrial cells and tissue fragments and their transtubal transport into the peritoneal cavity and may, therefore, propagate the development of endometriosis (Leyendecker et al., 1996).

# 8. CONCLUSIONS

Uterine peristalsis is of fundamental importance in the process of reproduction in that it serves sperm transport from the external os of the cervix to the mucus of the isthmical part of the tube ipsilateral to the dominant follicle. This mechanism is controlled by the dominant follicle. This newly disclosed and described uterine function is of clinical importance in that a dysfunction of this functional system may result in infertility and may propagate the development of endometriosis.

# 9. REFERENCES

Abramovicz JS & Archer DF 1990 Uterine endometrial peristalsis - a transvaginal ultrasound study. Fertility and Sterility 54:451–454

Adamson GD & Pasta DJ 1994 Surgical treatment of endometriosis-associated infertility: Meta analysis compared with survival analysis. American Journal of Obstetrics and Gynecology 171: 1488–1505

Amso NN, Crow J & Shaw RW 1994a Comparative immunohistochemical study of oestrogen and progesterone receptors in the fallopian tube and uterus at different stages of the menstrual cycle and the menopause. Human Reproduction 9: 1027 - 1037

Amso NN, Crow J, Lewin J & Shaw RW 1994b A comparative morphological and ultrastructural study of endometrial gland and fallopian tube epithelia at different stages of the menstrual cycle and the menopause. Human Reproduction 9: 2234 - 2241

Becker W, Steck T, Alber P & Borne W 1988 Hystero-salpingo-scinitraphy: A simple and accurate method of evulating fallopian tube patency. Nuklearmedizin 27: 252–257

Birnholz J. (1984) Ultrasonoc visualization of endometrial movements. Fertility and Sterility 41:157–158

Cibils L.A. (1967) Contractility of the non-pregnant human uterus. Obstetrics and Gynecology. 30: 441 - 461

Crow J, Amso NN, Lewin J & Shaw RW 1994 Morphology and ultrastructure of fallopian tube epithelium at different stages of the menstrual cycle and the menopause. Human Reproduction 9: 2224 - 2233

De Vries K, Lyons EA, Ballard G, Levi CS & Lindsay DJ 1990 Contractions of the inner third of the myometrium. Amercan Journal of Obstetrics and Gynecology 162:679–682

Drobnis EZ & Overstreet JW 1992 Natural history of mammalian spermatozoa in the female reproductive tract. Oxford Review of Reproductive Biology 14: 1–46

Einer-Jensen N 1988. Countercurrent transfer in the ovarian pedicle and it's physiological implications. Oxford Reviews of Reproductive Biology 10:348–381

Eliasson R & Posse N 1960 The effect of prostaglandins on the nonpregnant uterus in vivo. Acta Obstetrica et Gynecologica Scandinavica 39: 112–117

Fuchs A-R, Fuchs F & Soloff M.S 1985 Oxytocin receptors in nonpregnant human uterus. Journal of clinical Endocrinology and Metabolism 60: 37–41

Fukuda M & Fukuda K 1994 Uterine endometrial cavity movement and cervical mucus. Human Reproduction 9:1013–1016

Goerttler K 1930 Die Architektur der Muskelwand des menschlichen Uterus und ihre funktionelle Bedeutung. Gegenbaurs Morphologisches Jahrbuch 65:45–52

Harper MJK 1994 Gamete and zygote transport. p123–187 In The physiology of reproduction. Eds Knobil E. & Neill, JD Raven Press, New York,

Hartman CG 1962 Science and the safe period. A compendium of human reproduction. Williams and Wilkins, Baltimore

Hein PR, Eskes TKAB, Stolte LAM, Braaksma JF, Jansens J & Hoek JM 1973 The influence of steroids on uterine motility in the nonpregnant human uterus. p107–140 In Uterine contractions - side effects of steroidal contraceptives. Ed Josimovich, J.B. New York: Wiley and Sons

Hendricks CH 1966 Inherent motility patterns and response characteristics in the nonpregnant uterus. Amercan Journal of Obstetrics and Gynecology 96: 824–841

Hull ME, Moghissi KS, Magyar DF, & Hayes MF 1986 Comparison of different treatment modalities of endometriosis in infertile women. Fertility and Sterility 47: 40–44

Hunter RHF 1987 Human fertilization in vivo with special reference to progression, storage and release of competent spermatozoa. Human Reproduction 2: 329–332

Iturralde M & Venter PP 1981 Hysterosalpingo-radionuclide scintigraphy. Seminars in Nuclear Medicine 11: 301 - 314

Jansen RPS 1980 Cyclic changes in the human fallopian tube isthmus and their functional importance. American Journal of Obstetrics and Gynecology 136: 292–308

Karim SMM & Hillier K 1973 The role of prostaglandins in myometrial contraction. p141–169 In Uterine contraction - side effects of steroidal contraceptives. Ed Josimovich JB New York: Wiley and Sons

Kunz G & Leyendecker G 1996 Uterine peristalsis throughout the menstrual cycle. Physiological and pathophysiological aspects. Human Reproduction update (in press)

Kunz G, Beil D, Deininger H, Wildt L & Leyendecker G 1996a The dynamics of rapid sperm transport through the female genital tract. Evidence from vaginal sonography of uterine peristalsis and hysterosalpingoscintigraphy Human Reproduction 11: 627–632

Kunz G. Mall G & Leyendecker G 1996b Asymmetry of oestrogen receptor expression in the myometrium relative to the site of the dominant follicle and corpus luteum during the menstrual cycle in healthy women. Human Reproduction 11: Abstract book 1, p 158

Leyendecker G, Kunz G, Wildt L, Beil D & Deininger H 1996 Uterine hyperperistalsis and dysperistalsis as dysfunctions of the mechanism of rapid sperm transport in patients with endometriosis and infertility. Human Reproduction, 11: 1542–1551

Lefebvre DL, Farookhi R, Larcher A, Neculcea J & Zingg HH 1994a Uterine oxytocin gene expression. I. Induction during pseudopregnancy and the estrous cycle. Endocrinology 134: 2556–2561

Lefebvre DL, Farookhi R, Giaid A, Neculcea J & Zingg HH 1994b Uterine oxytocin gene expression. II. Induction by exogenous steroid administration. Endocrinology 134: 2562–2566

Lyons EA, Taylor PJ, Zheng. XH, Ballard G, Levi CS & Kredentser JV 1991 Characterization of subendometrial myometrial contractions throughout the menstrual cycle in normal fertile women. Fertility and Sterility 55:771–775

Martinez-Gaudio M, Yoshida T & Bentsson LP 1973 Propagated and non propgated myometrial contractions in normal menstrual cycles. American Journal of Obstetrics and Gynecology 115: 107–111

Moghissi KS 1977 Sperm migration through the human cervix. In The uterine cervix in reproduction p146–165. Eds Insler V & Bettendorf G. Georg Thieme Publishers Stuttgart

Mortimer D 1983 Sperm transport in the human female reproductive tract. Oxford Reviews of Reproductive Biology 5: 40–61

Oike K, Obata S, Tagaki K, Matsuo K, Ishihara K & Kikuchi S 1988 Observation of endometrial movement with transvaginal sonography. Journal of Ultrasound in Medicine 7: 99

Romanini C 1994 Measurement of uterine contractions. P337–355 In The uterus. Eds Chard J & Grudzinskas JG Cambridge Reviews in Reproduction, Cambridge University Press

Williams M, Hill C.J, Scudamore I, Dunphy B, Cooke ID & Barratt CLR 1993 Sperm numbers and distribution within the human fallopian tube around ovulation. Human Reproduction 8: 2019–2026

Wilcox AJ, Weinberg CR & Baird DD 1995 Timing of sexual intercourse in relation to ovulation - effects on the probability of conception, survival of the pregnancy, and sex of the baby. New England Journal of Medicine 333: 1517–1521

Exhibit 14

# Physiology of Upward Transport in the Human Female Genital Tract

I. ZERVOMANOLAKIS,[a] H.W. OTT,[a] D. HADZIOMEROVIC,[a] V. MATTLE,[a]
B. E. SEEBER,[a] I. VIRGOLINI,[b] D. HEUTE,[b] S. KISSLER,[c]
G. LEYENDECKER,[d] AND L. WILDT[a]

[a]*Division of Gynecological Endocrinology and Reproductive Medicine, Department of Obstetrics and Gynecology, University of Innsbruck, Innsbruck, Austria*

[b]*Department of Nuclear Medicine, University of Innsbruck, Innsbruck, Austria*

[c]*Department of Obstetrics and Gynecology, University of Frankfurt, Frankfurt, Germany*

[d]*Department of Obstetrics and Gynecology, Klinikum Darmstadt, Academic Teaching Hospital to the University of Frankfurt, Darmstadt, Germany*

**ABSTRACT: The uterus and fallopian tubes represent a functionally united peristaltic pump under the endocrine control of ipsilateral ovary. We have examined this function by using hysterosalpingoscintigraphy (HSS), recording of intrauterine pressure, electrohysterography, and Doppler sonography of the fallopian tubes. An uptake of labeled particles into the uterus was observed during the follicular and luteal phases of the cycle after application into the vagina. Transport into the oviducts, however, could only be demonstrated during the follicular phase. Furthermore, the predominant transport was into the tube ipsilateral to the ovary containing the dominant follicle. The pregnancy rate following spontaneous intercourse or insemination was higher in those women in whom ipsilateral transport could be demonstrated. The amount of material transported to the ipsilateral tube was increased after oxytocin administration, as demonstrated by radionuclide imaging and by Doppler sonography following instillation of ultrasound contrast medium. An increase in the basal tone and amplitude of contractions was observed after oxytocin administration. These results support the idea that the uterus and fallopian tubes act as a peristaltic pump, which increases transport of sperm into the oviduct ipsilateral to the ovary bearing the dominant follicle. Oxytocin appears to play a critical role in this peristaltic pump. A failure of the peristaltic mechanism is possibly responsible for infertility. We propose the term tubal transport disorder (TTD) as a nosological entity. Results from HSS could be a useful adjunct for choosing treatment modalities in patients with patent fallopian tubes suffering from**

Address for correspondence: Prof. Dr. L. Wildt, Clinical Division of Gynaecological Endocrinology and Reproductive Medicine, Medical University of Innsbruck, Anichstrasse 35, A 6020 Innsbruck, Austria. Voice: 0043-512-504-23276; fax: 0043-512-504-23277.

ludwig.wildt@i-med.ac.at

**Ann. N.Y. Acad. Sci. 1101: 1–20 (2007). © 2007 New York Academy of Sciences.
doi: 10.1196/annals.1389.032**

**infertility. These patients may be better served with *in vitro* fertilization (IVF).**

KEYWORDS: **sperm transport; female genital tract; hysterosalpingoscintigraphy; intrauterine pressure; oxytocin; infertility**

## INTRODUCTION

One of the critical steps in the process of reproduction is the transport of spermatozoa from the vagina to the pars ampullaris of the fallopian tube. Its successful completion requires a mechanical patency as well as a functional integrity of the uterus and the oviducts.[1,2] The biological significance and pathophysiology of transport function, in contrast to simple mechanical patency of the female genital tract, have also not been completely understood. The procedures used for clinical evaluation of the uterus and oviduct, that is, hysterosalpingography (HSG), hysterosalpingocontrastultrasonography (HyCoSy), and laparoscopy with chromopertubation (LSCP) are based on the infusion of liquid media into the uterus, such as a radiological water-soluble contrast medium, a contrast medium developed for ultrasonography and a solution of methylene-blue during laparoscopy, using pressure to force their passage through the fallopian tubes into the abdominal cavity, and mainly assess mechanical patency.[3–5] Mechanical patency does not necessarily equate with functional integrity. Up to now, development and clinical application of methods for the assessment of functional aspects of the genital tract with regard to transport processes have not been available and thus not examined as possible diagnostic tools. By studying aspects of transport mechanisms in the uterus and the fallopian tubes through the use of hysterosalpingoscintigraphy (HSS), in conjunction with other biophysical and pharmacological interventions, we offer new insights into the pathophysiology of the female reproductive tract. Consequently, we suggest that tubal transport disorders (TTD), which can be diagnosed by HSS, may represent a thus far unrecognized factor in infertility.

## METHODS

### *Patients*

We reviewed the results of HSS in more than 1,000 women, ages 20–46, suffering from primary or secondary infertility of various etiologies, who underwent HSS followed by HyCoSy, to evaluate uterine and fallopian tube function. These women also underwent other diagnostic procedures, such as cycle monitoring combining determination of luteinizing hormone (LH), estradiol (E2), and progesterone in serum with sonographic determination of follicular development. Informed consent was obtained from all participants.

### *Materials*

Urinary silastic catheters 6 or 8 charriere for intrauterine application of contrast medium fitted with an inflatable balloon were used (Uromed Kurt Drews GmbH, Oststeinbeck, Germany). We prepared the recording electrodes for electrohysterography using cephalic electrodes from Hewlett Packard Medical Products Group, Waltham MA, USA. Silastic, polyethylene, and teflon tubing was obtained from Reichelt Chemietechnik, Heidelberg, Germany.

### *Cycle Monitoring*

We defined a dominant follicle as a follicle with a diameter of more than 10 mm and determined LH, E2, and progesterone in blood samples collected once daily starting on day 10 of the cycle using commercially available immunoassays (Boehringer Mannheim, Germany). The luteal phase was assessed by progesterone levels taken every 2–5 days during the 2 weeks after the beginning of the LH surge until the onset of menstruation. Ultrasonography was used to monitor follicular development using Siemens Sonoline AC and Siemens Versa Pro ultrasound devices (Siemens AG, Erlangen, Germany), both equipped with 5.0–7.5 MHz vaginal probes.

### *HSS*

HSS was performed in the follicular phase of the cycle in 1,000 patients. Fifteen patients were examined inadvertently during the early- to midluteal phase. The largest follicle was identified by ultrasonography on the day of examination and its localization (left or right ovary) and diameter were determined. Using a catheter we applied $10 \pm 2$ MBq-TC-99 m labeled macroaggregates of human serum albumin (SolcoMAA, Solco Basel AG, Birsfelden Switzerland) with a size of 5–20 Hm, corresponding roughly to the size of spermatozoa, in a volume of 1–2 mL to the posterior vaginal fornix with the patient in a supine position. Scans with a gamma camera were obtained immediately after application and at various time intervals for up to 4 h, as already described.[6,7] Color printouts of the scans were used for evaluation. A small mark was set on the skin between symphysis pubis and the umbilicus for topographical identification. The results were rated as (a) radioactivity within the cavum uteri, (b) radioactivity within the fallopian tubes, and (c) radioactivity within the abdominal cavity. Combining the examination with the findings obtained by ultrasonography, the results were further classified as ipsilateral when radioactivity concentrated predominantly within the fallopian tube on the side of the dominant follicle, as contralateral when radioactivity was detected predominantly in the tube opposite to the side of the dominant follicle,

as bilateral when activity was found equally distributed within both tubes, and as unilateral when activity was found within one tube only, but no dominant follicle was identified by ultrasound.

### *Validation of HSS*

A bladder catheter was placed into the uterus in 4 patients after the examination was completed and flushed with 3 mL of saline to ascertain that the labeled material had remained in an intrauterine or intratubal position. The amount of radioactivity in the region of the uterus was determined and compared to that in the abdominal cavity by taking an additional scan after flushing. In addition, fluid was collected from the pouch of Douglas in 3 patients who underwent laparoscopy on the HSS day and the radioactivity of the fluid was counted in a well-type gamma counter. The fluid was divided into two aliquots. One aliquot (0.5 mL) was mixed with 3 mL 20% trichloracetic acid. The sample was centrifuged, the supernatant removed, and the radioactivity in the precipitate was counted. The second aliquot was centrifuged, the pellet washed once with saline and counted after recentrifugation for 10 min. Microscopic examination of the pellet was done.

### *Effects of Oxytocin*

The transport of radiolabeled microspheres was used to examine the effects of oxytocin in 50 patients, using serial HSS scans. The first scan was performed immediately after application of the microspheres to the vagina, followed 8–10 min later by a second scan. After intravenous (i.v.) administration of 3 international units (IU) oxytocin (Syntocinon, Sandoz AG, Nürnberg, Germany), two additional scans were taken, one immediately after oxytocin injection and the second scan 8–10 min later. Regions of interest (ROI) were placed for quantitative evaluation on both sides of the uterus in the area of the fallopian tubes and the radioactivity per unit time within these areas was recorded and plotted.

### *Measurement of Intrauterine Pressure (Hysterotonography)*

During the follicular phase of the cycle, the intrauterine pressure was recorded in 25 patients using either a catheter fitted with two Millar-microtip transducers positioned 6 cm apart or with two catheters filled with sterile water, each connected to a Gould–Statham element as pressure recorder. The catheters were made from teflon or polypropylene tubing with an outer diameter of 1 mm and fitted at the tip with a small, inflatable rubber balloon as pressure

**ZERVOMANOLAKIS** *et al*.                                                                 **5**

sensor (Hugo Sachs Elektronik, March-Hugstetten, Germany). The catheters were placed under ultrasonographic guidance into the uterus with the tip of the first catheter at the fundus (position I), and the tip of the second catheter just behind the internal os (position II). The catheters were either connected with an 8-charriere bladder catheter that could be blocked by an inflatable balloon or held in place by a wire clip attached to the cervix, so that their expulsion could be avoided. Using this multichannel recorder, the differential between the pressure measured at positions I and II (intrauterine pressure) was recorded for 10 to 20 min. Oxytocin was administered either i.v. (3 IU) or as nasal spray (4 IU) and recording continued for another 10 to 20 min. Frequency and amplitude of contractions and the pressure gradients between fundus and cervix uteri were determined using calipers.

### *Electrohysterography*

Two silver electrodes made from a cephalic electrode were used for recording uterine electrical activity in 20 patients. The wires were immersed repeatedly into a solution prepared by mixing 1 mL medical grade silastic adhesive with 5 mL n-Hexane and allowed to dry at room temperature under a light stream of air for insulation. The insulating silastic layer was then removed carefully with a scalpel at a length of 2 mm from the tip of the wires. By placing one electrode into the fundus uteri and fixing the second one at the external os or within the cervix, we could measure electrical potentials continuously and record them with a Biofeedback system (SOM Biofeedback, Murrhardt, Germany) connected to a computer. A computer program adapted from a program for detection of pulses of hormones in plasma[8] identified the amplitude and frequency of spikes and calculated the variability from point to point.

### *Doppler Ultrasonography of the Fallopian Tubes*

Performing Doppler ultrasonography in 60 patients who underwent HyCoSy was used to determine flow through the fallopian tubes. We infused contrast medium (Echovist 300, Schering AG, Berlin, Germany) into the uterus via a catheter until the uterine cavity and the fallopian tubes could be visualized either by vaginal or by abdominal ultrasonography. After removal of the catheter, a pulsed Doppler beam was directed to the cavum uteri and the fallopian tubes. The ultrasound probe was held in place by a clamp fitted to a colposcope holder. Oxytocin was administered i.v. or intranasally at doses of 4 and 3 IU per application, respectively, after 2–5 min and the recording of Doppler signals was continued. A video printer was used during the recording periods. An increase to at least 10 cm/sec for a duration of at least 1 sec was defined as a signal. Frequency and intensity of the signals on the printout were determined using mechanical calipers.

### *Measurement of Ciliary Beat Frequency*

Using a photoelectric technique and fast Fourier transform analysis, we determined the baseline ciliary beat frequency (CBF) of fimbria under standardized temperature conditions. Fimbrial portions of fallopian tubes were collected from 21 patients undergoing post partum sterilization, after obtaining written informed consent and local ethical committee approval. All study subjects had regular menstrual cycles before gravidity and no subject had used hormonal medications during pregnancy. Normal appearing, representative sections of fimbrial tissues, 0.5–1 cm in length, of both fallopian tubes of each subject were rinsed several times to remove all visible evidence of blood. Changes in CBF were documented by ROI measures for temperatures ranging from 37–39°C.

### *Clinical Evaluation of Tubal Patency*

The mechanical tubal patency is defined as the observation of flow into the abdomen revealed by one of the following methods: HSG, HyCoSy, or LSCP. HSG was performed with a Schultze apparatus applied to the cervix for instillation of a radiological water-soluble contrast medium into the uterus (Isovist 300, Schering AG, Berlin, Germany). During HyCoSy a bladder catheter (Kinder- Ballon-Katheter 6 charriere, Uromed) was placed into the uterus and blocked; 2–4 mL of contrast medium developed for ultrasonography (Echovist 300, Schering AG, Berlin, Germany) was infused via the catheter into the uterus. The flow into the uterine cavity and the fallopian tubes was monitored by vaginal ultrasonography. Chromopertubation during laparoscopy was performed by placing a portio adapter into the uterus and infusing a solution of methylene-blue, with visualization of contrast escaping the fimbria as evidence of patency.

### *Statistical Analysis*

The SPSS software package versions 6.1.3–11.00 were used for statistical analysis. Multiple data sets were analyzed by analysis of variance (ANOVA) followed by the Newman–Keuls test for comparing means. The level of significance was set as $P \leq 0.05$. Chi-squared analysis was used for testing distributions. Paired *t*-test was used when the effects of treatment were compared.[9]

## RESULTS

Rapid transport of the microspheres from the vagina into the uterine cavity was confirmed by the detection of labeled particles in the uterus at the time of

the first HSS scan, as early as 2 min after intravaginal application. Uptake into the uterus was observed during the follicular as well as during the luteal phases of the cycle in every patient examined. Radioactivity entered the fallopian tubes either on both sides (15%) or on only one side (64%) in 79% of the patients studied during the follicular phase. In the remaining patients, radioactivity was detected only in the uterine cavity and did not migrate into the fallopian tubes. FIGURE 1 shows typical examples of the scans. Significant radioactivity entering the pelvis was observed in only 6% of the patients.

The ascension of radioactive particles into the uterus in the 15 patients examined during the luteal phase appeared to be indistinguishable from that observed during the follicular phase. However, we did not observe transport into the oviducts in any of the patients examined during the luteal phase. In addition, in these 10 women, we observed a qualitatively different pattern of distribution of radioactivity within the uterus compared to that observed during the follicular phase of the cycle. A rather broad area of radioactivity was observed during the luteal phase giving the impression of a large cavum uteri, while during the follicular phase, the area of maximal activity had an elongated shape.

Radioactivity from the uterine cavity and the oviducts was completely dispersed by flushing the uterus with a small volume of saline ($\sim$ 3 mL). In addition, more than 90% of radioactivity in the fluid collected from the cul de sac in 3 patients who underwent laparoscopy was found in the pellet after centrifugation and could be precipitated by trichloracetic acid, indicating that most of the radioactivity was still protein bound.

FIGURE 2 shows the relationship between ipsilateral and bilateral entry of radioactivity into the fallopian tubes and the size of the dominant follicle. The frequency of ipsilateral transport of activity into the oviduct was found to increase from 10% to 75% with increasing diameter of the leading follicle,



**FIGURE 1.** Typical examples of scans taken 10–20 min after application of 10–12 MBq 99mTc labeled microspheres to the posterior vaginal fornix, demonstrating (from left to right) uptake into the uterus and unilateral transport to the right fallopian tube (**A**), uptake into the uterus only (**B**), and bilateral transport into the oviducts (**C**). A marker is placed at half distance between the symphysis and umbilicus (reprinted from Wildt *et al*.[27] with permission).

**8**                    **ANNALS OF THE NEW YORK ACADEMY OF SCIENCES**



**FIGURE 2.** Lateralization of transport of labeled microspheres and size of the leading follicle. With increasing diameter of the dominant follicle, the proportion of patients exhibiting ipsilateral transport to the oviduct leading to the dominant follicle did increase progressively. The proportion of patients who had ipsilateral transport was higher in those who became pregnant after timed intercourse or intrauterine insemination than in those who did not conceive after this treatment (Treatment duration lasting up to 6 cycles). Up to a follicle size of 13 mm, ipsilateral transport could be diagnosed only in retrospect, at the time when a dominant follicle appeared on the side where radioactivity was concentrated.

when all patients were included in the analysis. The percentage of patients with ipsilateral transport was higher and increased from 25% to 95%, when only those patients were considered who later became pregnant either spontaneously or after intrauterine insemination.

TABLE 1 shows the relationship between the outcome of treatment of infertility and the asymmetrical distribution of radioactivity. The combined pregnancy rate for spontaneous pregnancies (Sp) or pregnancies following intrauterine insemination (IUI) in women exhibiting ipsilateral transport was 21.7%; when no entry of radioactivity into the tubes was found, the pregnancy rate was only 2% ($P < 0.05$). In contrast, no significant difference in pregnancy rate (22.7% vs. 24.5%, respectively) could be observed between both groups of patients who underwent *in vitro* fertilization (IVF) or intracytoplasmic sperm injection (ICSI).

The effects of oxytocin administration on transport of radioactivity are shown in FIGURES 3 AND 4. After oxytocin administration, radioactivity within

**TABLE 1. Relationship between the outcome of treatment for infertility and the symmetrical distribution of radioactivity**

|  | Ipsilateral Transport | No Transport |
|---|---|---|
| Pregnant (Sp[*]+ IUI) | 78/360 (21.7 %) | 4/200 (2%) |
| Pregnant [**] (IVF+ICSI) | 25/110 (22.7%) | 48/196 (24.5%) |

[*]includes pregnancies after normal and timed intercourse.
[**]includes pregnancies after transfer of cryopreserved pronucleus cells.

ZERVOMANOLAKIS *et al*.                                                    **9**

the ROI on the ipsilateral side immediately increased, suggesting an increase in the amount of particles transported as a consequence of the administration of the peptide, as shown in FIGURE 3. Radioactivity on the contralateral side, in contrast, did not exhibit dramatic changes. FIGURE 4 summarizes the data for all 50 patients studied. During the luteal phase, oxytocin had no effect on the distribution of radioactivity within the uterus.

Doppler ultrasonography of the uterus and the oviduct filled with contrast medium resulted in eddy formations, indicative of turbulent rather than laminar flow within the tubes. Oxytocin administration resulted in an increase of turbulent flow, as shown in FIGURE 5, but only within the oviduct on the side of the dominant follicle. Only few signals could be detected on the contralateral side before and after the administration of oxytocin.

FIGURE 6 shows the results of the recording of the intrauterine pressure during the follicular phase of the cycle before and after oxytocin administration. Basal pressure increased significantly ($P < 0.05$) immediately following the administration of oxytocin.

FIGURE 7 shows the results of the recording of the CBF under a constant physiological temperature of $37°C$. The mean ($\pm$ SD) baseline in tubal explants



**FIGURE 3.** Intravenous (i.v.) administration of oxytocin (3 IU) in a patient during HSS. The upper panel (**A** and **B**) shows two scans taken 10 min apart, with the regions of interest (ROI) depicted as boxes over the cavum and the left and right oviducts, respectively. The lower panel shows radioactivity measured within the ROIs over the left and right oviducts and expressed as counts per second. The dominant follicle in this patient was located in the left ovary. Activity on the left side is higher than on the right side. The arrow marks the time when oxytocin was administered; this was followed by an increase of radioactivity found within the ROI on the left side, indicating increased transport into the left oviduct (reprinted from Wildt *et al*.[27] with permission).



**FIGURE 4.** Relative increase of the radioactivity detected within the ROI placed over uterus and the fallopian tube leading to the dominant follicle. There is a significant ($P \leq$ 0.05) increase in radioactivity immediately after oxytocin administration on the dominant, but not at the contralateral side. Data represent mean $\pm$ SD of 50 observations (reprinted from Wildt *et al*.[27] with permission).

of the study population was $7.5 \pm 0.5$ Hz. A significant increase of CBF of 20% ($9.5 \pm 0.5$ Hz) ($P < 0.05$) was recorded after the temperature increased from 37°C to 39°C.

## DISCUSSION

Male germ cells have to migrate from the posterior vaginal fornix to the pars ampullaris of the fallopian tubes to fertilize an oocyte; the fertilized oocyte then has to be transported to the uterine cavity for implantation. The mechanisms and timing of this bidirectional travel are not completely understood. We studied the migration of radiolabeled immotile aggregates of serum albumin, used as surrogates for spermatozoa, from the vagina through the genital tract and explored some of the factors affecting this migration. We provide evidence that upstream transport in the genital tract may be composed of two components: a rapid uptake by the uterus from the vagina and a directed transport from the uterus to the oviduct toward the ovary bearing the dominant follicle. The former is observed during the follicular and luteal phase of the cycle, while

**ZERVOMANOLAKIS** *et al*.                                                                    **11**



**FIGURE 5.** Doppler ultrasonography of the left and right fallopian tubes following instillation of echogenic contrast medium before and after oxytocin administration, demonstrating a significant increase ($P \leq 0.05$) in signal density and frequency after administration of the hormone. Data represent mean ± SD of 30 observations (reprinted from Wildt *et al*.[27] with permission).

the latter is restricted to the follicular and preovulatory phase, becoming more prominent when the size of the leading follicle increases. Therefore, we believe that the ovary bearing the dominant follicle controls this directed transport.

All examined patients exhibited an uptake of the radiolabeled aggregates by the uterus. This is an indication that this part of the transport mechanism is rather stable and that inhibition of sperm uptake does not represent a major factor in infertility. The observation of this uptake into the uterus during the luteal phase of the cycle was rather unexpected because of the hypothesis that the cervical mucus becomes impenetrable for spermatozoa under the influence of elevated progesterone serum levels. Spermatozoa have previously been shown to be immotile in luteal phase mucus *in vivo* and *in vitro*, resulting in a failure to penetrate cervical mucus *in vitro* experiments.[10–13] Our results may indicate that this does not necessarily affect that passive transport of spermatozoa, which may not be blocked during the luteal phase. Similar numbers of motile spermatozoa are found within the oviduct during the luteal as in the early- to midfollicular phase of the cycle, as previously reported by studies that examined the presence of spermatozoa in different compartments of the genital tract after intercourse. Nevertheless, the highest number of spermatozoa



**FIGURE 6.** Intrauterine pressure recorded during the follicular phase of the cycle before and after the i.v. administration of 3 IU oxytocin. Transducer I (TrI) was placed in the fundal part (**A**), transducer II (TrII) near the internal cervical os (**B**). The arithmetic difference between pressure recorded in position II and the pressure recorded in position I is plotted in the lowest panel (**C**). Note the increase in basal tonus and the increase of the pressure difference between the two recording sites after oxytocin administration. The effect of oxytocin lasted for 20–40 min (reprinted from Wildt *et al*., 1998[27] with permission).

can be detected in the fallopian tube during the preovulatory phase.[10–14] With regard to sperm transport, our interpretation of the results of HSS is based on the assumptions that the properties of the labeled material used for examination are similar to those of human spermatozoa and that there is no separation of label from the carrier *in vivo*. Various radiolabeled compounds have been used the past 30 years for radionuclide imaging of the female genital tract, including aggregates of human albumin, radioactive inert gases, and labeled spermatozoa.[6,15–22] In this study, human serum albumin macroaggregates with Tc-99m attached to the protein by noncovalent binding were used as surrogates for spermatozoa. We feel that we can adequately confirm that the radioactivity was protein-bound because: (1) we observed the disappearance of the radioactivity from the uterus after flushing with saline and (2) the radioactivity collected from the cul de sac at laparoscopy could be precipitated completely by acid and still could be centrifuged down at low speed 4–7 h after application excluding uptake by the lymphatic system.

Although HSS has not been widely used, it is a technically very simple procedure with little discomfort to the patient, in contrast to HSG. There is an apparent discrepancy between the results of HSS and those obtained with HSG



**FIGURE 7.** Ciliary beat frequency (CBF) is a local phenomenon in fimbrial cilia of human oviducts. Under physiological temperature conditions until 37°C, CBF is 7.5Hz ± 0.5Hz (**A**). As temperature increased to 39°C, CBF increased exponentially up to 20% (9.5 ± 0.5Hz, (**B**). A postovulatory increase of CBF in local areas of fimbrial cilia cells of the ipsilateral tube may guarantee the pickup of the oocyte–cumulus complex into the tube.

or laparoscopy; in the majority of patients with proven patency of both fallopian tubes only one oviduct could be visualized by HSS. The transport of the radiolabeled microspheres is physiologically restricted to the oviduct leading to the ovary bearing the dominant follicle while the contralateral fallopian tube appears to be functionally closed, as it is observed by a detailed analysis of the results of HSS and their correlation with the results of ultrasonography and determination of endocrine parameters for follicular growth.[23–26] Our present study demonstrates that ipsilateral transport, as first shown by our group in 1992,[23] is a reflection of the physiological function of the uterus and the oviduct and not the consequence of tubal pathology or an artifact of the method. This demonstration is supported by the observation that the pregnancy rate after normal intercourse or intrauterine insemination was significantly higher in patients exhibiting ipsilateral transport than in those who did not.

Our results also imply that failure of transport in patients with otherwise mechanically patent fallopian tubes, may be considered an etiology of infertility. Most of the patients examined in this study would have been diagnosed as suffering from idiopathic infertility. We proposed the concept of TTD as a more adequate description of the condition of these patients.[27] The results of HSS may provide criteria for the choice of the adequate therapy in such women, since pregnancy rates in patients with TTD, which are extremely low following insemination or timed intercourse, can be increased substantially by *in vitro* fertilization.

The ovary bearing the dominant follicle appears to control the transport from the uterus to the oviduct. The proportion of patients exhibiting ipsilateral transport increased with the size of the dominant follicle, reaching up to 90% of those patients who became pregnant when the follicle diameter was 19 mm or more. The forces that are driving transport and the mechanisms directing this process need to be defined. Since the particles used for HSS are protein aggregates devoid of motility, motility of the spermatozoa can be excluded. Movements of the ciliae within the oviduct do not seem to be a major factor in rapid transport, since the beat of ciliae is directed from the ampulla to the uterus (the opposite direction), and women with Kartagener Syndrome, that is, congenital absence of ciliae, have no difficulties in becoming pregnant.[1,28–31] It is also unlikely that capillary forces generated within the mucus and a difference in hydrostatic pressure between vagina and peritoneal cavity account for the immediate uptake from the vagina and the directed transport.[32] Peristaltic contractions of the uterus and of the muscular layers of the fallopian tubes therefore represent the most likely candidates responsible for the rapid transport phenomena. Using direct measurement of intrauterine pressure or vaginal ultrasonography combined with videocinematography during the follicular phase of the cycle, peristaltic contractions of the nonpregnant uterus have been described in women during the normal menstrual cycle as well as in women suffering from primary dysmenorrhea or in women with endometriosis.[33–37] The contractions seem to occur with a frequency of 2–5 per min and to exhibit a characteristic pattern of propagation in healthy women, depending on the phase of the menstrual cycle. While a cervicofundal propagation of peristaltic waves was found during the preovulatory phase of the cycle, a fundocervical direction predominated in the early follicular phase.

The strong positive correlation between the temperature and the oocyte pick-up rate in the animaloviductal infundibulum is demonstrated by a linear regression.[38] Preovulatory temperature differences between the ampullary and isthmic portions of a single tube have been previously reported and thought to primarily reflect the extent and activity of the vascular and lymphatic beds in the oviduct tissues.[39–41] We found periovulatory temperature differences of up to 1.5 °C between the two oviducts measured *in vivo* during tubal catheterization in a small group of patients, temperature being higher within the oviduct leading to the ovary bearing the dominant follicle (Wildt *et al*. unpublished) . Furthermore, we found an exponential increase in CBF in the range of physiological temperature. This is in accordance with the report of a significantly higher temperature in the ipsilateral tube corresponding to the dominant follicle compared to the contralateral side in human oviducts.[42] Our data suggest that this difference in periovulatory temperature between the two fimbriae may be responsible for the increased CBF on the side ipsilateral to the dominant follicle, underlining the concept of the uterus consisting of two functionally different components.

A number of hormones and paracrine mediators, such as prostaglandins, vasopressin, oxytocin, and various peptides can induce uterine contractions.[43–46] The administration of oxytocin during HSS was followed by a five- to sevenfold increase in the radioactivity detected in the oviduct ipsilateral to the dominant follicle; in addition, systemic administration of oxytocin increased the amplitude of contractions and reversed the pressure gradient from a fundocervical to a cervicofundal direction. Oxytocin is known to play an important role in eliciting contractions of the pregnant and nonpregnant uterus, while oxytocin receptors have been demonstrated in the nonpregnant uterus of human females and laboratory animals.[43,47–50] Following vaginal distension and cervical stimulation during intercourse, oxytocin is released from the posterior lobe of the pituitary in response to tactile as well as emotional stimuli.[32,51–55] Synthesis of oxytocin has also been demonstrated within the endometrium and the ovary, respectively.[50,56–59] Knaus demonstrated that injections of posterior pituitary extract containing oxytocin promptly induced contractions of the nonpregnant human uterus during the follicular phase, but not after ovulation.[60] Our results show a striking effect of oxytocin on uterine transport mechanisms and are in agreement with the early observations of Knaus, demonstrating the absence of directed transport during the luteal phase.

The electrical activity as a response to the oxytocin administration corresponded to the increase of intrauterine pressure. In most instances, no direct relationship between contractions and electrical activity was found. Further studies are necessary to explore the correlation between electrical activity and intrauterine pressure and to examine the validity of recording electrical potentials for the assessment of uterine contractions.[61,62] The Doppler ultrasonography after administration of ultrasound contrast medium supports the observation of ipsilateral transport into and within the oviduct during scintigraphy. An increase in turbulent flow within the fallopian tube is indicated by an increase in signal density that was consistently observed immediately after oxytocin administration, either i.v. or intranasally. The increase of flow could only be detected within the oviduct leading to the dominant follicle, which shows that transport occurred predominantly in this direction.[27,63]

Although the overall increase in transport may be explained by the stimulatory action of oxytocin on myometrial contractions, additional mechanisms acting at the levels of uterus and oviduct, such as asymmetric distribution of oxytocin receptors or changes in the resistance of the oviducts caused by the activation or relaxation of smooth muscle cells at the uterotubal junction, are required to account for the unilateral transport. This question cannot be answered by the present studies. Therefore, we propose the following hypothesis, schematically depicted in FIGURE 8: (1) The fallopian tubes are functionally closed in the absence of ovarian hormones. (2) Hormones that cause relaxation of smooth muscle cells are produced by the ovary bearing the dominant follicle. (3) Unilateral transport is to be regarded as the consequence of active relaxation of the myometrium at the side of the ovary that is bearing the



**FIGURE 8.** Schematic representation of the model of directed transport. During the early follicular phase (**A**) both fallopian tubes are functionally closed, transport occurs from the vagina to the uterine cavity. Contractions of the myometrium, indicated by the broken arrows, which are followed by relaxation, cause a negative pressure within the uterus when compared to the vagina. (**B**) The dominant follicle has been selected. Concentrations of progesterone, produced by the dominant follicle, are elevated at the uterotubal junction due to a countercurrent system indicated by the arrows, causing relaxation of the musculature. Since the contralateral side remains functionally closed, transport is directed into the fallopian tube at the side of the dominant follicle. (**C**) Demonstrates transport during the luteal phase of the cycle. Uptake into the uterus is not impaired, but transport into the fallopian tubes appears to be completely blocked. Transport of the fertilized oocyte is depicted by the arrows within the right fallopian tube, however, the mechanisms governing embryo transport remain to be delucidated.

dominant follicle rather than the induction of a contraction at the contralateral side.

Progesterone can also induce relaxation of the myometrium. The preovulatory follicle produces progesterone in increasing amounts. In addition, progesterone concentrations in the venous effluent from the ovary bearing the dominant follicle are higher than those from the contralateral ovary several days before ovulation.[64,65] Progesterone could be delivered to the area of the uterotubal junction through the arteriovenous countercurrent exchange system that has been identified between the ovary and the uterus.[66–70]

In conclusion, our data demonstrate that the uterus and fallopian tubes seem to act as a functional unit and peristaltic pump that provides the pressure gradients necessary to transport spermatozoa from the vagina to the fallopian tubes. Secretory products originating from the ovary bearing the dominant follicle allow further transport to the ampullary part of the tube on the side of the follicle destined to ovulate, inducing the active relaxation of a functional sphincter mechanism located in the area of the uterotubal junction, while the contralateral oviduct remains functionally closed. Consequently, the probability for fertilization is increased by the maximized number of spermatozoa at

**ZERVOMANOLAKIS *et al*.** 17

the site where the oocyte is released. Oxytocin contributes to the control of this process by activating pump mechanisms via contraction of uterine smooth muscles. Disturbance of these mechanisms interferes with tubal transport, causing infertility, even in the presence of mechanically open fallopian tubes. HSS appears to be a suitable method to diagnose this TTD.

# REFERENCES

1. LYONS, R.A., E. SARIDOGAN & O. DJAHANBAKHCH. 2006. The reproductive significance of human Fallopian tube cilia. Hum. Reprod. Update **12:** 363–372.
2. PULKKINEN, M.O. 1995. Oviductal function is critical for very early human life. Ann. Med. **27:** 307–310.
3. ADELUSI, B., L. AL-NUAIM, D. MAKANJUOLA, *et al.* 1995. Accuracy of hysterosalpingography and laparoscopic hydrotubation in diagnosis of tubal patency. Fertil. Steril. **63:** 1016–1020.
4. KARANDE, V.C., D.E. PRATT., D.S. RABIN, *et al.* 1995. The limited value of hysterosalpingography in assessing tubal status and fertility potential. Fertil. Steril. **63:** 1167–1171.
5. SHAHID, N., A. AHLUWALIA, S. BRIGGS, *et al.* 2005. An audit of patients investigated by hysterosalpingo-contrast-ultrasonography (HyCoSy) for infertility. J. Obstet. Gynaecol. **25:** 275–278.
6. BECKER, W., T. STECK, P. ALBERT, *et al.* 1988. Hysterosalpingoscintigraphy: a simple and accurate method of evaluating fallopian tube patency. Nuklearmedizin. **27:** 252–257.
7. STECK, T., W. BECKER, P. ALBERT, *et al.* 1989. Initial experiences with hysterosalpingoscintigraphy in normal and pathologic fallopian tube passage. Geburtshilfe und Frauenheilkunde. **49:** 889–893.
8. MERRIAM, G.R. & K.W. WACHTER. 1982. Algorithms for the study of episodic hormone secretion. Am. J. Physiol. **243:** 310–318.
9. ZAR, J.H. 1984. Biostatistical Analysis. Second edition. Prentice-Hall. Englewood Cliffs, NJ.
10. BIANCHI, P.G., A. DE AGOSTINI, J. FOURNIER, *et al.* 2004. Human cervical mucus can act *in vitro* as a selective barrier against spermatozoa carrying fragmented DNA and chromatin structural abnormalities. J. Assist. Reprod. Genet. **21:** 97–102.
11. CHRETIEN, F.C., C. SUREAU & C. NEAU. 1980. Experimental study of cervical blockage induced by continuous low-dose oral progestogens. Contraception **22:** 445–456.
12. GADDUM-ROSSE, P., R.J. BLANDAU & W.I. LEE. 1980. Sperm penetration into cervical mucus *in vitro*. II. Human spermatozoa in bovine mucus. Fertil. Steril. **33:** 644–648.
13. MORALES, P., M. ROCO & P. VIGIL. 1993. Human cervical mucus: relationship between biochemical characteristics and ability to allow migration of spermatozoa. Hum. Reprod. **8:** 78–83.
14. VIGIL, P., R. RIQUELME & P. MORALES. 1995. Sperm binding to the human zona pellucida after migration through human cervical mucus. Int. J. Androl. **18:** 7–11.
15. ALIMOV, S.H.A., A.A. KOGAN, V.S. GINZBURG, *et al.* 1973. Radioisotope study of uterine tubal patency. Akush.Ginekol. Mosk. **49:** 64–67.

16. ARDRAN, G.M. & F.H. KEMP. 1972. Radiography of potentially pregnant females. Br. Med. J. **4:** 422–423.

17. BRUNDIN, J., M. DAHLBORN, E. AHLBERG AHRE, *et al.* 1989. Radionuclide hysterosalpingography for measurement of human oviductal function. Int. J. Gynaecol. Obstet. **28:** 53–59.

18. DE ROSSI, G., M. SALVATORI, A. GIORDANO, *et al.* 1981. Hysterosalpingoscintigraphy. About the possibility of fallopian tubes patency evaluations by means of 99mTc-pertechnetate and comparison of radiation loads due to radioisotopic and x-ray examinations. Radiol. Diagn. Berl. **46:** 692–695.

19. ITURRALDE, M. & P.F. VENTER. 1981. Hysterosalpingo-radionuclide scintigraphy. Semin. Nucl. Med. **11:** 301–314.

20. OZGUR, K., A. YILDIZ, M. UNER., et al. 1997. Radionuclide hysterosalpingography with radiolabeled spermatozoa. Fertil. Steril. **67:** 751–755.

21. PERTYNSKI, T., W. JAKUBOWSKI, J. STELMACHOW, *et al.* 1977. A scintigraphic method of examining the patency of oviducts using 133Xe. Eur. J. Nucl. Med. **2:** 159–164.

22. SCHMIEDEHAUSEN, K., S. KAT, N. ALBERT, *et al.* 2003. Determination of velocity of tubar transport with dynamic hysterosalpingoscintigraphy. Nucl. Med. Commun. **24:** 865–870.

23. BECKER, W., L. WILDT., E. SIEBZEHNRUEBL, *et al.* 1992. Tubal patency regulated by the endocrine system—new concept based on hysterosalpingoszintigraphy. Acta Endocrinologica **126:** 135.

24. KISSLER, S., K. DOINGHAUS, W. BECKER, *et al.* 1995. Hysterosalpingoscintigraphic examination of the fallopian tube: a selective, unilateral transport mechanism. Contracep. Fertil. Steril. **23:** 286.

25. KUNZ, G., D. BEIL, H. DEINIGER, *et al.* 1997. The dynamics of rapid sperm transport through the female genital tract: evidence from vaginal ultrasonography of uterine peristalsis and hysterosalpingoscintigraphy. Hum. Reprod. **11:** 627–632.

26. KUNZ, G., D. BEIL, P. HUPPERT, *et al.* 2006. Control and function of uterine peristalsis during the human luteal phase. Reprod. Biomed. Online **13:** 528–540.

27. WILDT, L., S. KISSLER, P. LICHT, *et al.* 1998. Sperm transport in the human female genital tract and its modulation by oxytocin as assessed by hysterosalpingoscintigraphy, hysterotonography, electrohysterography and Doppler ultrasonography. Hum. Reprod. Update **4:** 655–666.

28. AMSLER, P. & N. PAVIC. 1985. Pregnancy in a patient with immotile cilia syndrome (Kartagener syndrome). Geburtshilfe Frauenheilkd. **45:** 183–185.

29. ELIJAHU, S. & E. SHALEV. 1996. A fertile woman with Kartagener's syndrome and three consecutive pregnancies. Hum. Reprod. **11:** 683.

30. HALBERT, S.A., D.L. PATTON, P.W. ZARUTSKIE, *et al.* 1997. Function and structure of cilia in the fallopian tube of an infertile woman with Kartagener's syndrome. Hum. Reprod. **12:** 55–58.

31. MC COMB, P., L. LANGLEY, M. VILLALON, *et al.* 1986. The oviductal cilia and Kartagener's syndrome. Fertil. Steril. **46:** 412–416.

32. FOX, C.A., H.S. WOLFF & J.A. BAKER. 1970. Measurement of intra-vaginal and intra-uterine pressures during human coitus by radio-telemetry. J. Reprod. Fertil. **22:** 243–255.

33. CSAPO, A.I. & C.R. PINTO DANTAS. 1966. The cyclic activity of the nonpregnant human uterus. A new method for recording intrauterine pressure. Fertil. Steril. **17:** 34–38.

34. DAWOOD, M.Y. 1986. Current concepts in the aetiology and treatment of primary dysmenorrhea. Acta Obstet. Gynecol. Scand. Suppl. **138:** 7–10.

35. KISSLER, S., N. HAMSCHO, S. ZANGOS, *et al.* 2006. Uterotubal transport disorder in adenomyosis and endometriosis—a cause for infertility. BJOG **113:** 902–908.

36. KUNZ, G., D. BEIL, H. DEINIGER, *et al.* 1997. The uterine peristaltic pump. Normal and impeded sperm transport within the female genital tract. Adv. Exp. Med. Biol. **424:** 267–277.

37. LEYENDECKER, G., G. KUNZ, L. WILDT, *et al.* 1996. Uterine hyperperistalsis and dysperistalsis as dysfunctions of the mechanism of rapid sperm transport in patients with endometriosis and infertility. Hum. Reprod. **11:** 1542–1551.

38. HUANG, S., N. DRIESSEN, M. KNOLL, *et al.* 1997. *In vitro* analysis of oocyte cumulus complex pick up rate in the hamster *Mesocricetus auratus*. Mol. Reprod. Dev. **47:** 312–322.

39. HUNTER, R.H. & R. NICHOL. 1986. A preovulatory temperature gradient between the isthmus and ampulla of pig oviducts during the phase of sperm storage. J. Reprod. Fertil. **2:** 599–606.

40. HUNTER, R.H. 2005. The fallopian tubes in domestic mammals: how vital is their physiological activity? Reprod. Nutr. Dev. **45:** 281–290.

41. BAHAT, A., M. EISENBACH & I. TUR-KASPA. 2005. Periovulatory increase in temperature difference within the rabbit oviduct. Human Reprod. **20:** 2118–2121.

42. CICINELLI, E., N. EINER-JENSEN, R. ALFONSO, *et al.* 2005. A dominant ovarian follicle induces unilateral changes in the origin of the blood supply to the tubal corner of the uterus. Hum. Reprod. **20:** 3208–3211.

43. AKERLUND, M. 2006. Targeting the oxytocin receptor to relax the myometrium. Expert Opin. Ther. Targets **10:** 423–427.

44. AKERLUND, M. 2002. Involvement of oxytocin and vasopressin in the pathophysiology of preterm labor and primary dysmenorrhea. Prog. Brain Res. **139:** 359–365.

45. MAGGI, M., E. BALDI & T. SUSINI. 1994. Hormonal and local regulation of uterine activity during parturition: Part I–The oxytocin system. J. Endocrinol. Invest. **17:** 739–756.

46. MAGGI, M., E. BALDI & T. SUSINI. 1994. Hormonal and local regulation of uterine activity during parturition: Part II–The prostaglandin and adrenergic systems. J. Endocrinol. Invest. **17:** 757–770.

47. TERRILLON, S., L.L. CHENG, S. STOEV, *et al.* 2002. Synthesis and characterization of fluorescent antagonists and agonists for human oxytocin and vasopressin V(1)(a) receptors. J. Med. Chem. **45:** 2579–2588.

48. FUCHS, A.R., F. FUCHS & M.S. SOLOFF. 1985. Oxytocin receptors in nonpregnant human uterus. J. Clin. Endocrinol. Metab. **60:** 37–41.

49. MILLER, F.D., R. CHIBBAR & B.F. MITCHELL. 1993. Synthesis of oxytocin in amnion, chorion and decidua: a potential paracrine role for oxytocin in the onset of human parturition. Regul. Pept. **45:** 247–251.

50. IVELL, R., W. RUST, A. EINSPANIER, *et al.* 1995. Oxytocin and oxytocin receptor gene expression in the reproductive tract of the pregnant cow: rescue of luteal oxytocin production at term. Biol. Reprod. **53:** 553–560.

51. FOX, C.A. & B. FOX. 1971. A comparative study of coital physiology, with special reference to the sexual climax. J. Reprod. Fertil. **24:** 319–336.

52. FOX, C.A. 1973. Recent studies in human coital physiology. Clin. Endocrinol. Metab. **2:** 527–543.

53. FOX, C.A. 1976. Some aspects and implications of coital physiology. J. Sex. Marital. Ther. **2:** 205–213.

54. MURPHY, M.R., J.R. SECKL, S. BURTON, *et al.* 1987. Changes in oxytocin and vasopressin secretion during sexual activity in men. J. Clin. Endocrinol. Metab. **65:** 738–741.

55. GILBERT, C.L., K. JENKINS & D.C. WATHES. 1991. Pulsatile release of oxytocin into the circulation of the ewe during oestrus, mating and the early luteal phase. J. Reprod. Fertil. **91:** 337–346.

56. BURNS, P.D., J.O. MENDES, JR., R.S. YEMM, *et al.* 2001. Cellular mechanisms by which oxytocin mediates ovine endometrial prostaglandin F2alpha synthesis: role of G(i) proteins and mitogen-activated protein kinases. Biol. Reprod. **65:** 1150–1155.

57. GARCIA VILLAR, R., P.L. TOUTAIN, D. SCHAMS, *et al.* 1983. Are regular activity episodes of the genital tract controlled by pulsatile releases of oxytocin? Biol. Reprod. **29:** 1183–1188.

58. OKUDA, K., A. MIYAMOTO, H. SAUERWEIN, *et al.* 1992. Evidence for oxytocin receptors in cultured bovine luteal cells. Biol. Reprod. **46:** 1001–1006.

59. KHAN-DAWOOD, F.S., J. YANG & M.Y. DAWOOD. 1995. Potential role of oxytocin in cell to cell communication in the corpus luteum. Adv. Exp. Med. Biol. **395:** 507–516.

60. KNAUS, H. 1950. Die Physiologie der Zeugung des Menschen. Third edition. Wilhelm Maudlach Verlag. Wien. 34.

61. DARCONZA, G., S. PARADISO, R. TRENTADUE, *et al.* 1990. Electrical activity of the human uterus *in vivo* in the phases of the menstrual cycle. Clin. Exp. Obstet. Gynecol. **17:** 171–180.

62. VERDENIK, I., M. PAJNTAR & B. LESKOSEK. 2001. Uterine electrical activity as predictor of preterm birth in women with preterm contractions. Eur. J. Obstet. Gynecol. Reprod. Biol. **95:** 149–153.

63. KUNZ, G., M. HERBERZT, M. NOE, *et al.* 1998. Uterine peristalsis during the follicular phase of the menstrual cycle: effects of oestrogen, antioestrogen and oxytocin. Hum. Reprod. Update **4:** 647–654.

64. BAIRD, D.T. & I.S. FRASER. 1975. Concentration of oestrone and oestradiol in follicular fluid and ovarian venous blood of women. Clin. Endocrinol.. **4:** 259–264.

65. KHAN-DAWOOD, F.S., L.T. GOLDSMITH, G. WEISS, *et al.* 1989. Human corpus luteum secretion of relaxin, oxytocin, and progesterone. J. Clin. Endocrinol. Metab. **68:** 627–631.

66. GINTHER, O.J. 1974. Internal regulation of physiological processes through local venoarterial pathways. A review. J. Anim. Sci. **39:** 550–564.

67. CZERKWINSKI, J. 1985. Selected problems of morphology of the venous system of the female internal genital organs. II. Morphology of the veins of the mesosalpinx. The venous system in cases of uterine myoma. Atypical anastomoses between ovarian and uterine venous trunks. Ginekol. Pol. **56:** 293–299.

68. EINER JENSEN, N. 1990. Functional and therapeutic aspects of counter current transfer in the female adnexa. Med. Hypotheses **33:** 125–127.

69. KRZYMOWSKI, T., J. KOTWICA & S. STEFANCZYK KRZYMOWSKA. 1990. Uterine and ovarian countercurrent pathways in the control of ovarian function in the pig. J. Reprod. Fertil. Suppl. **40:** 179–191.

70. STEFANCZYK KRZYMOWSKA, S., J. CHLOPEK, W. GRZEGORZEWSKI, *et al.* 2005. Local transfer of prostaglandin E2 into the ovary and its retrograde transfer into the uterus in early pregnant sows. Exp. Physiol. **90:** 807–814.