Exhibit 16

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:  JOHNSON & JOHNSON        )
TALCUM POWDER PRODUCTS           )
MARKETING, SALES                 )
PRACTICES, AND PRODUCTS          ) MDL NO:
LIABILITY LITIGATION             ) 16-2738 (FLW)(LHG)
                                 )
THIS DOCUMENT RELATES TO         )
ALL CASES                        )

*******************************************

ORAL VIDEOTAPED/REALTIMED DEPOSITION OF

ELLEN BLAIR SMITH, M.D.

JANUARY 9, 2019

VOLUME 1 OF 1

*******************************************

## Ellen Blair Smith, M.D.

### Page 2

1    ORAL AND VIDEOTAPED/REALTIMED DEPOSITION OF

2    ELLEN BLAIR SMITH, M D , produced as a witness at

3    the instance of the Defendants Johnson & Johnson

4    entities, and duly sworn, was taken in the

5    above-styled and numbered cause on January 9, 2019,

6    from 9:24 a m  to 9:23 p m , before Karen L  D

7    Schoeve, CSR, RDR, CRR, in and for the State of

8    Texas, reported by computerized machine shorthand,

9    at the Hilton Austin, 500 E 4th Street, Austin,

10   Texas, pursuant to the Federal Rules of Civil

11   Procedure and the provisions stated on the record or

12   attached hereto

13       It is further agreed that Rule 30(b)(5) is

14   waived by agreement of the parties

15

16

17

18

19

20

21

22

23

24

### Page 3

1        A P P E A R A N C E S

2

3    FOR PLAINTIFFS' STEERING COMMITTEE:

4        P  LEIGH O'DELL, ESQUIRE
         DR  MARGARET M  THOMPSON, ESQUIRE

5        BEASLEY ALLEN, P C
         218 Commerce Street

6        P O  Box 4160
         Montgomery, Alabama 36104

7        T: 334 269 2343  (Ms  O'Dell)
         F: 334 954 7555  (Ms  O'Dell)

8        C: 512 695 1708  (Ms  Thompson)
         T: 800 898 2034  (Ms  Thompson)

9        F: 855 674 1818  (Ms  Thompson)
         leigh odell@beasleyallen com

10       margaret thompson@beasleyallen com

11       --AND--

12       CYNTHIA L  GARBER, ESQUIRE
         ROBINSON CALCAGNIE, INC

13       19 Corporate Plaza Drive
         Newport Beach, California 92660

14       C:  949 456 0037
         T:  949 720 1288

15       F:  949 720 1292
         cgarber@robinsonfirm com

16

17       --AND--

18       PAULA R  BROWN, ESQUIRE
         BLOOD HURST & O'REARDON, LLP

19       501 West Broadway, Suite 1490
         San Diego, California 92101

20       T:  619 338 1100
         F:  619 338 1101
         pbrown@bholaw com

21

22

23

24

### Page 4

1        A P P E A R A N C E S (Continued)

2

3    FOR DEFENDANTS JOHNSON & JOHNSON ENTITIES:

4        SCOTT A  JAMES, ESQUIRE
         SHOOK, HARDY & BACON L L P

5        JPMorgan Chase Tower
         600 Travis Street, Suite 2450

6        Houston, Texas 77002-2926
         D:  713 546 5644

7        T:  713 227 8008
         F:  713 227 9508

8        sjames@shb com

9        --AND--

10       KATHERINE McBETH, ESQUIRE
         DRINKER BIDDLE & REATH LLP

11       One Logan Square, Suite 2000
         Philadelphia, Pennsylvania 19103-6996

12       D:  215 988 2706
         T:  215 988 2700

13       F:  215 988 2757
         katherine mcbeth@dbr com

14

15   FOR DEFENDANT IMERYS TALC AMERICA, INC

16       MICHAEL R  KLATT, ESQUIRE
         GORDON REES SCULLY MANSUKHANI, LLP

17       816 Congress Avenue, Suite 1510
         Austin, Texas 78701

18       D:  512 582 6485
         T:  512 391 0197

19       F:  512 391 0183
         mklatt@grsm com

20

21       --AND--

22

23

24

### Page 5

1        A P P E A R A N C E S (Continued)

2

3        MARK K  SILVER, ESQUIRE
         COUGHLIN DUFFY LLP

4        350 Mount Kemble Avenue
         P O  Box 1917

5        Morristown, New Jersey 07962
         D:  973 631 6045

6        T:  973 267 0058
         F:  973 267 6442

7        msilver@coughlinduffy com

8

9    FOR DEFENDANT PERSONAL CARE PRODUCTS COUNCIL:

10       RENEE B  APPEL, ESQUIRE
         SEYFARTH SHAW LLP

11       975 F Street, N W
         Washington, D C  20004

12       D:  202 828 5371
         T:  202 463 2400

13       F:  202 828 5393
         rappel@seyfarth com

14

15   FOR DEFENDANTS PTI ROYSTON LLC AND PTI UNION LLC:

16       TARIQ M  NAEEM, ESQUIRE
         TUCKER ELLIS | LLP

17       950 Main Avenue, Suite 1100
         Cleveland, Ohio 44113-7213

18       D:  216 696 3675
         T:  216 592 5000

19       F:  216 592 5009
         tariq naeem@tuckerellis com

20

21   ALSO PRESENT:

22       Shane Ramirez, Videographer

23   THE COURT REPORTER:

24       Karen L  D  Schoeve, CRR, RDR, RSA

2 (Pages 2 to 5)

Ellen Blair Smith, M.D.

Page 6

INDEX

| | | PAGE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Appearances | 3 |
| 4 | Stipulation:   Objection by one is good | 15 |
| | for all | |
| 5 | | |
| 6 | ELLEN BLAIR SMITH, M.D. | |
| 7 | Examination By Mr. James | 11 |
| 8 | Afternoon Session | |
| 9 | Examination Continued By Mr. James | 162 |
| 10 | Examination By Mr. Klatt | 297 |
| 11 | Examination By Ms. O'Dell | 308 |
| 12 | Further Examination By Mr. James | 343 |
| 13 | Further Examination By Mr. Klatt | 352 |
| 14 | Further Examination By Ms. O'Dell | 378 |
| 15 | Further Examination By Mr. Klatt | 379 |
| 16 | | |
| 17 | Changes and Signature | 381 |
| 18 | Reporter's Certificate | 383 |
| 19 | | |

20    REPORTER'S NOTE 1:  Please be advised that an UNCERTIFIED ROUGH DRAFT version of this transcript

21  exists.  If you are in possession of said rough draft, please replace it immediately with this

22  CERTIFIED FINAL TRANSCRIPT.

23    REPORTER'S NOTE 2:  Quotation marks are used for clarity and do not necessarily reflect a direct

24  quote.

Page 7

EXHIBIT INDEX

| | NO  DESCRIPTION | PAGE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Exhibit 1 | 20 |
| | Invoices dated 02/09/17 through 09/04/18 | |
| 4 | | |
| 5 | Exhibit 2 | 38 |
| | Notice of Oral and Videotaped Deposition of Ellen Blair Smith and Duces Tecum | |
| 6 | | |
| 7 | Exhibit 3 | 40 |
| | Materials considered (2 5 reams) | |
| 8 | | |
| 9 | Exhibit 4 | 41 |
| | Rule 26 Expert Report of Ellen Blair Smith, M D , dated 11/16/18 | |
| 10 | | |
| 11 | Exhibit 5 | 44 |
| | Rule 26 Expert Report of Judith Wolf, M D , dated 11/16/18 | |
| 12 | | |
| 13 | Exhibit 6 | 53 |
| | Curriculum Vitae of Ellen Blair Smith, M D | |
| 14 | Exhibit 7 | 99 |
| 15 | Article entitled "Talc" from www fda gov, dated 01/07/19 | |
| 16 | Exhibit 8 | 106 |
| | Letter dated 04/01/14 to Samuel Epstein, M D , from Steven M  Musser, Ph D | |
| 17 | | |
| 18 | Exhibit 9 | 113 |
| 19 | AACR article entitled "Does Exposure to Asbestos Cause Ovarian Cancer? A Systematic Literature Review and | |
| 20 | Meta-analysis," dated 05/24/11 | |
| 21 | Exhibit 10 | 124 |
| | IARC Monographs - 100C, "Fig 2 4 6 Cancer of the ovary" | |
| 22 | | |
| 23 | | |
| 24 | | |

Page 8

EXHIBIT INDEX (Continued)

| | NO  DESCRIPTION | PAGE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Exhibit 11 | 154 |
| | ACOG, Women's Health Care Physicians article entitled "Talc Use and | |
| 4 | Ovarian Cancer" | |
| 5 | | |
| 6 | Exhibit 12 | 157 |
| | Ovarian Cancer:  Risk Factors, SGO, article entitled "Ovarian Cancer" | |
| 7 | | |
| 8 | Exhibit 13 | 160 |
| | ACOG, Women's Health Care Physicians, FAQ096, July 2017, FAQ entitled | |
| 9 | "Ovarian Cancer" | |
| 10 | Exhibit 14 | 163 |
| 11 | NIH, National Cancer Institute article entitled "Ovarian, Fallopian Tube, and Primary Peritoneal Cancer Prevention | |
| 12 | (PDQ)-Health Professional Version" | |
| 13 | Exhibit 15 | 169 |
| | American College of Obstetricians | |
| 14 | and Gynecologists, article entitled "Assessing Ovarian Cancer Risk When | |
| 15 | Considering Elective Oophorectomy at the Time of Hysterectomy" by Allison | |
| 16 | F  Vitronis, Linda Titus-Ernstoff and Daniel Cramer, dated 05-2011 | |
| 17 | | |
| 18 | Exhibit 16 | 176 |
| | Obstetrics & Gynecology, article entitled "Perineal Exposure to Talc | |
| 19 | and Ovarian Cancer Risk" by Bernard Harlow, Daniel Cramer, Debra Bell | |
| 20 | and William Welch, dated 07-1992 | |
| 21 | Exhibit 17 | 184 |
| | International Union Against Cancer, | |
| 22 | article entitled "Genital Talc Exposure and Risk of Ovarian Cancer" | |
| 23 | by Daniel Cramer, et al , dated 11/19/98 | |
| 24 | | |

Page 9

EXHIBIT INDEX (Continued)

| | NO  DESCRIPTION | PAGE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Exhibit 18 | 189 |
| | Anticancer Research 23 (2003), article | |
| 4 | entitled "Perineal Application of osmetic Talc and Risk of Invasive Epithelial | |
| 5 | Ovarian Cancer:  A Meta-analysis of 11,933 subjects from Sixteen Observational | |
| 6 | Studies" by Michael Huncharek, J F  Gerschwind and Bruce Kupelnick | |
| 7 | | |
| 8 | Exhibit 19 | 197 |
| | Article entitled "Perineal use of | |
| 9 | talc and risk of ovarian cancer" by H  Langseth, S  E  Hankinson, | |
| 10 | J  Siematycki, E  Weiderpass, dated 10/15/07 | |
| 11 | | |
| 12 | Exhibit 20 | 203 |
| | AACR, article entitled "Genital Powder Use and Risk of Ovarian Cancer:  A | |
| 13 | Pooled Analysis of 8,525 Cass and 9,859 Controls," by Kathryn Terry, | |
| 14 | et al , dated 06/12/13 | |
| 15 | Exhibit 21 | 207 |
| 16 | Epidemiology, article entitled "Perineal Talc Use and Ovarian | |
| | Cancer, A Systematic Review and | |
| 17 | Meta-Analysis" by Ross Penninkilampi and Guy Eslick, dated 01/2018 | |
| 18 | | |
| 19 | Exhibit 22 | 216 |
| | American Journal of Epidemiology, | |
| 20 | article entitled "Risk Factors for Epithelial Ovarian Cancer by Histologic | |
| 21 | Subtype" by Margaret Gates, et al , dated 09/11/09 | |
| 22 | Exhibit 23 | 216 |
| | Journal of the National Cancer | |
| 23 | Institute Report, "Prospective Study of Talc Use and Ovarian Cancer" by | |
| 24 | Dorota Gertig, et al | |

3  (Pages 6 to 9)

Ellen Blair Smith, M.D.

Page 10

EXHIBIT INDEX (Continued)

NO DESCRIPTION                                    PAGE

Exhibit 24          226
    Wolters Kluwer Health, Inc , article
    entitled "Genital use of talc and risk
    of ovarian cancer: a meta-analysis"
    by Wera Berge, et al

Exhibit 25          238
    Oxford University Press article entitled
    "Perineal Powder Use and Risk of
    Ovarian Cancer" by Serena Houghton,
    et al , dated 06/05/14

Exhibit 26          254
    Gynecologic Oncology, article
    entitled "Talc and ovarian cancer"
    by Steven A  Narod, dated 2016

Exhibit 27          300
    List of Tests from 08/22/1985 - 10/1/2002

Exhibit 28          300
    List of Tests (large blue chart)

Exhibit 29          309
    MAS, article entitled "The Analysis
    of Johnson & Johnson's Historical
    Baby Powder & Shower to Shower
    Products from the 1960's to the
    Early 1990's for Amphibole Asbestos"
    by William Longo and Mark Rigler,
    dated 11/14/18

Exhibit 30          333
    European Journal of Cancer Prevention,
    article entitled "Genital use of talc
    and risk of ovarian cancer: a meta-analysis"
    by Wera Berge, et al , dated 05/2018

Exhibit 31          352
    IARC Monographs, Arsenic, Metals,
    Fibres, and Dusts, Volume 100C,
    A Review of Human Carcinogens

Page 11

PROCEEDINGS

THE VIDEOGRAPHER:  Here begins the deposition of Ellen Blair Smith, Ph.D.

THE WITNESS:  No, M.D.

THE VIDEOGRAPHER:  M.D.  Excuse me.

Today's date is January 9th, 2019.

The time is 9:24 a.m.

Will the court reporter please swear in the witness.

ELLEN BLAIR SMITH, M.D., having been first duly sworn to tell the truth, the whole truth, and nothing but the truth, so help her God, testified as follows:

EXAMINATION

BY MR. JAMES:

Q.  Good morning, Dr. Smith.

A.  Good morning.

Q.  Is Dr. Smith the appropriate way to refer to you?

A.  Sure.

Q.  Okay.  My name is Scott James.  I'm counsel for J&J, and we met briefly before the deposition, correct?

A.  Yes.

Page 12

Q.  Where are you currently employed, Dr. Smith?

A.  I am a hospice medical director for Halcyon Home, LLC.

Q.  And do you have a separate consulting business?

A.  No.

Q.  We're here to take your deposition today in the talc MDL.

Do you understand that?

A.  I do.

Q.  When were you first contacted about serving as an expert witness in the talc MDL?

A.  I was contacted to look at the scientific data in January of 2017.

Q.  When did you first agree to serve as an expert in the litigation?

A.  In about August or September in 2017.

Q.  Who contacted you?

A.  Margaret Thompson.

Q.  How many contacts have you had with Margaret Thompson between the first contact and today?

A.  Enumerable.

Page 13

Q.  More than ten?

A.  Yes.

Q.  More than 20?

A.  I would think so.

Q.  All pertaining to this litigation?

A.  No.

Q.  Okay.  How do you know Ms. Thompson?

A.  I've known Dr. Thompson for almost 40 years.

Q.  And how did you first meet Ms. Thompson?

A.  I was a fellow in gynecologic oncology at Duke, and she was a senior resident at Duke.  She's one year behind me in training.

Q.  How many meetings have you had with Mrs. Thompson pertaining to this litigation?

A.  I don't know.  A lot.

Q.  Same series of questions.  More than ten?

A.  Yes.

Q.  Okay.  More than 20?

A.  Yes.

Q.  And have those meetings occurred between the first contact about the litigation, which was January 2017, and today?

A.  Yes.

Ellen Blair Smith, M.D.

Page 14

1      Q.  More than 30 meetings?
2      A.  Probably not that many.
3      Q.  Can you estimate the amount of time that
4  you have spent with Mrs. Thompson pertaining to the
5  issues in this litigation?
6      A.  No, I cannot.
7      Q.  Have you met with any other counsel for
8  plaintiffs in this litigation?
9      A.  Leigh O'Dell and Cynthia Garber.
10         THE WITNESS:  And Paula, I don't know
11  your last name.
12         MS. BROWN:  Brown.
13     Q.  (BY MR. JAMES)  Any other counsel besides
14  the ones you just mentioned?
15     A.  No.
16     Q.  How much time would you -- have all the
17  meetings with Mrs. O'Dell and Ms. Garber -- and I --
18  my apologies, Mrs. Brown, have any of those meetings
19  been without the presence of Mrs. Thompson?
20     A.  No.
21     Q.  Has Ms. Thompson been present at all of
22  your meetings pertaining to this litigation?
23     A.  Yes.
24     Q.  Dr. Smith, have you given a deposition

Page 15

1  before?
2      A.  Yes.
3      Q.  So you understand the ground rules, but
4  I'll repeat just a couple of them to help us along
5  the way today, okay?
6      A.  Okay.
7      Q.  So my questions will be verbal, and I ask
8  that your answers be verbal as well so they can be
9  recorded.
10     A.  Yes.
11     Q.  If you need a break at any time today,
12  please just let me know, and we'll be happy to
13  accommodate you.
14     A.  Thank you.
15     Q.  And if you don't understand one of my
16  questions, please ask me to rephrase, or oftentimes,
17  your counsel will ask that I rephrase as well.
18  Okay?
19     A.  Thank you.
20         MR. KLATT:  And can I add that we have
21  an agreement that an objection for one is good for
22  all?
23         MS. O'DELL:  Yes.
24         MR. KLATT:  Okay.  Fine.

Page 16

1         MR. JAMES:  Thank you, Mr. Klatt.
2      Q.  (BY MR. JAMES)  Have you ever worked as an
3  expert -- a paid expert in litigation before?
4      A.  Yes.
5      Q.  What -- what matters?
6      A.  It was expert testimony as an expert on
7  cervical cancer, in between 1996 and 1998, for a
8  local obstetrician gynecologist here in Houston, and
9  the case pertained to appropriate treatment of
10  carcinoma in situ of the cervix, and the patient's
11  informed consent for a hysterectomy.
12     Q.  Were you serving as an expert for the
13  physician?
14     A.  I was on the defense side, yes, sir.
15     Q.  Have you served as an expert in any other
16  litigation other than the one you just mentioned and
17  the talc MDL?
18     A.  No.
19     Q.  How many prior depositions have you given?
20     A.  Maybe five.  I was -- I've been treating
21  physician in several litigations, not an expert,
22  just fact.
23     Q.  Were you deposed in the -- as an expert in
24  the litigation that you just discussed with us?

Page 17

1      A.  The -- I was --
2         MS. O'DELL:  Object to the form.
3         MR. JAMES:  Sure.
4         MS. O'DELL:  Just make sure . . .
5      Q.  (BY MR. JAMES)  So you mentioned that you
6  served as an expert one time in one --
7      A.  Right.
8      Q.  -- prior case, correct?
9      A.  Correct.
10     Q.  Were you deposed in that case?
11     A.  Yes.
12     Q.  Were the other -- all of the other
13  depositions taken in your capacity as a treating
14  physician?
15     A.  Yes.
16     Q.  Have you been a defendant in any of those
17  cases?
18     A.  No.
19     Q.  Are there any other depositions, other
20  than the ones that we've just discussed, that you
21  have given during your lifetime?
22     A.  I gave a deposition -- oh, I gave a
23  testimony and a deposition once as -- I don't
24  exactly know what I was.  I'm -- fact, and as a

Ellen Blair Smith, M.D.

Page 18

1     patient at a hospital.
2         Q.  Were you a defendant in that case?
3         A.  No.
4         Q.  For this case, for the talc MDL, turning
5     back to the talc MDL, where do the fees that you
6     receive in this litigation, where do those fees go
7     to?
8         A.  You mean come from?
9         Q.  Do you take -- do you receive those fees
10    personally?
11        A.  Yes, I receive them personally.
12        Q.  You are currently employed, as we
13    discussed, correct?
14        A.  Yes.
15        Q.  Do you have any other sources of income
16    besides the expert work that you're engaged in now
17    and your current role for the hospice facility?
18        A.  I have several personal annuities.
19        Q.  Any other sources of income --
20        A.  No.
21        Q.  -- besides personal investments?
22        A.  No.
23        Q.  And you're charging $600 per hour in this
24    litigation, correct?

Page 19

1         A.  I am.
2         Q.  Is that a standard rate regardless of the
3     sort of work you're performing?
4         A.  In this MDL?
5         Q.  Yes.
6         A.  Yes.
7         Q.  Yes, Doctor.
8         A.  Yes.
9         Q.  Can you quantify for us the number of
10    hours you have spent working as an expert in this
11    litigation?
12        A.  I -- I don't have it off the top of my
13    head, but I know they have very clear time records.
14        Q.  Have you to date invoiced -- have you
15    invoiced for all of the time that you've spent in
16    the litigation to date?
17        A.  No.
18        Q.  Where do your invoices carry you through?
19        A.  December 31st.  I have -- there is an
20    invoice that I submitted December 31st that's not
21    been paid yet.  But I'm through the end of 2018.
22        Q.  And you'll be submitting an additional
23    invoice for the time that you've spent in January,
24    correct?

Page 20

1         A.  Correct.
2             MR. JAMES:  And counsel mentioned
3     before the deposition that they have brought with
4     them copies of the invoices in litigation.
5             Could I have those, please.
6             MS. O'DELL:  Sure.
7             MR. JAMES:  Thank you.
8             MS. O'DELL:  I'm missing a last
9     invoice.  I'll get it to you on the break.
10            MR. JAMES:  Okay.
11            And I'm gonna hand what counsel has --
12    I'm gonna mark what counsel has handed me, the set
13    of invoices, as Exhibit Number 1.
14            (Deposition Exhibit 1 marked for
15             identification.)
16        Q.  (BY MR. JAMES)  And, again, Dr. Smith,
17    these set of invoices that I was just handed will
18    reflect the time that you've spent in this
19    litigation through the end of December 2018,
20    correct?
21        A.  When you get the last one, yes, it will.
22        Q.  Understood.
23            And then we get an additional invoice
24    for January, correct?

Page 21

1         A.  Correct.
2         Q.  How much time have you spent in January on
3     this litigation?
4             MS. O'DELL:  Just give your best
5     estimate, if you don't . . .
6         A.  20.  15 to 20.
7         Q.  (BY MR. JAMES)  Can you break that time
8     down for me, as far as what you've been doing during
9     the month of January?
10            Has it been preparing for the
11    deposition, reviewing --
12        A.  Yes.
13        Q.  -- articles?
14            I'm sorry.  I --
15        A.  Sorry.
16        Q.  -- didn't finish the question --
17        A.  I'm sorry.
18        Q.  -- so let me rephrase it.
19            Has all the time that you've spent in
20    January been preparing for the deposition?
21        A.  Yes.
22        Q.  For the total time that you've spent as
23    work for -- strike that.
24            For the total time you've spent

6 (Pages 18 to 21)

Ellen Blair Smith, M.D.

Page 22

1 working in this litigation as an expert, can you
2 give me a rough breakdown about the amount of time
3 you've spent reviewing literature, reviewing company
4 documents, and meeting with plaintiffs' counsel?
5    A.  The vast majority of time has -- can I do
6 it in percentages?
7    Q.  That'd -- that would be fine.
8    A.  Okay.  I would say 75 percent is reviewing
9 medical literature, 20 percent is meeting with --
10 maybe less than that.  15 percent is -- no.
11 20 percent is meeting with plaintiffs' attorneys,
12 and the remainder is reviewing other documents.
13    Q.  When you say "other documents," are you
14 referring to company docket -- company documents and
15 litigation materials you've been provided?
16    A.  Yes.
17    Q.  Have you discussed your involvement in
18 this litigation with any of the other experts for
19 the plaintiffs in the talc MDL?
20    A.  No.
21    Q.  And let me ask specifically about a few of
22 the experts, if I may.
23       Have you discussed this litigation at
24 all with Alan Campion?

Page 23

1    A.  In terms of, "What are you doing?"
2       "I'm reading articles," that kind of
3 discussion.
4       In terms of when he was going to --
5 certainly in terms of when he was going out of town
6 to do experiments, that kind of discussion.
7       But I did give him an article once
8 that I didn't understand some of the technology in
9 it.  And I asked him if he understood it, to read it
10 and see if he could explain to me, and he couldn't.
11 So I guess that's talking about too.
12    Q.  Do you recall the article in question?
13    A.  It was a lab study.  I think it was Lee.
14    Q.  Did you discuss any other studies with
15 Alan Campion?
16    A.  I don't believe so.
17    Q.  Have you discussed the substance of
18 Campion's opinions with him?
19    A.  No.
20    Q.  What is your relationship with Alan
21 Campion?
22    A.  He's my husband.
23    Q.  I understand.
24       Did Ms. Thompson first contact you or

Page 24

1 Mr. Campion about the litigation?
2    A.  Me.
3    Q.  And before you were retained as a
4 litigation, did Ms. -- Ms. Thompson share with you
5 any information about the litigation?
6       MS. O'DELL:  Object to the form.
7    A.  I'm not sure I understand that question.
8    Q.  (BY MR. JAMES)  What were the nature of
9 the discussions before you were retained in this
10 litigation with Ms. Thompson?
11    A.  She informed me that she was involved
12 in --
13       MS. O'DELL:  Let's stop you right
14 there.  Dr. Smith, in terms of -- should have been
15 quicker on my objection.
16       In terms of discussions with kind of
17 like Dr. Thompson, those are -- those discussions
18 are protected by the work prod- -- product
19 privilege, so I'm gonna instruct you not to answer
20 about any discussions that you had with the lawyers
21 for the plaintiffs.
22       MR. JAMES:  And that's -- just so I'm
23 clear, that's regardless of whether the discussions
24 were before she was retained or after she was

Page 25

1 retained?
2       MS. O'DELL:  I think, in terms of the
3 litigation when she billed for the time regarding
4 those discussions, those are privileged.  And -- and
5 I believe if you'll look at the invoices, Dr. Smith
6 has billed for all the time during which she's
7 discussed the litigation.
8    Q.  (BY MR. JAMES)  Did -- did you recommend
9 to Mrs. Thompson that she also reach out to your
10 husband?
11    A.  Yes.
12    Q.  And why did you do that?
13    A.  Leigh O'Dell said that --
14       THE WITNESS:  Oh, is that work
15 product?
16       MS. O'DELL:  It is, but you can --
17 just to the degree I -- I made a suggestion to you,
18 but don't go any further than that.  Go ahead.
19    A.  Yeah.  Leigh O'Dell told me that the
20 defense had recommended evaluation of particles by
21 Raman spectroscopy.
22       And I said, "Too bad we don't know
23 anybody who does that."
24       And Leigh and Dr. Thompson both said,

7 (Pages 22 to 25)

Ellen Blair Smith, M.D.

Page 26

1    "Yeah, it's too bad."
2           And I said, "My husband does that." I
3    thought they knew.
4           MS. O'DELL:  That's the extent of any
5    disclosure, again, of communications with counsel.
6           THE WITNESS:  Okay.
7       Q.  (BY MR. JAMES)  Did you refer Ms. Thompson
8    to any of the other experts who were working on the
9    MDL?
10      A.  I did not.
11      Q.  Do you understand that there are a number
12   of experts that are working on the MDL for the
13   plaintiffs that are located in Austin?
14      A.  I know of one -- oh, I guess two.  My
15   husband is one of them.
16      Q.  Other than your husband --
17      A.  Yeah.
18      Q.  -- do you know of any other experts who
19   are located in Austin?
20      A.  One, yes.
21      Q.  And who is that?
22      A.  Judy Wolf.
23      Q.  And do you know Dr. Wolf?
24      A.  Yes, I do.

Page 27

1       Q.  Do you know here -- did you know her
2    before this litigation?
3       A.  Oh, yes.
4       Q.  Did you refer Ms. Thompson to her for this
5    litigation?
6       A.  I did not.
7       Q.  Do you know if Ms. Thompson contacted you
8    or -- or Dr. Wolf first?
9       A.  I believe I was contacted first.
10      Q.  Have you had any discussions with Dr. Wolf
11   about this litigation?
12      A.  No.
13      Q.  Have you had discussions with any of the
14   other plaintiffs' experts about this litigation
15   besides Alan Campion?
16      A.  No.
17      Q.  Are you familiar with a
18   Dr. Clarke-Pearson?
19      A.  Very well.
20      Q.  Have you had any discussions with
21   Dr. Clarke-Pearson about the litigation?
22      A.  No.
23      Q.  Have you exchanged any e-mails with any of
24   the experts, including your husband about this

Page 28

1    litigation?
2       A.  No.
3       Q.  Have you exchanged any other writings or
4    written materials about this litigation with any of
5    the other experts in this litigation?
6       A.  No.
7       Q.  How long have you known Dr. Wolf, did you
8    say?
9       A.  Maybe 20 years.
10      Q.  Did you reach out to her and encourage her
11   involvement in litigation?
12      A.  I did not.
13      Q.  Did she reach out to you to encourage your
14   involvement --
15      A.  She did not.
16      Q.  -- in litigation?
17          THE COURT REPORTER:  Doctor, let him
18   finish his whole question, please.
19          THE WITNESS:  Yes, ma'am.  I'm sorry.
20      Q.  (BY MR. JAMES)  Have you ever authored any
21   publications concerning talc?
22      A.  No, sir.
23      Q.  Have you ever authored any publications
24   concerning talc and ovarian cancer?

Page 29

1       A.  No, sir.
2       Q.  Have you ever authored any publications
3    concerning asbestos?
4       A.  No, sir.
5       Q.  Have you ever published a talc or asbestos
6    or risk factors for ovarian cancer?
7       A.  No.
8       Q.  Have you ever conducted any studies that
9    pertain to the issues addressed in your report?
10          MS. O'DELL:  Object to the form.
11      A.  I am --
12          THE WITNESS:  Can I answer it?
13          MS. O'DELL:  Yes.
14      A.  I am --
15      Q.  (BY MR. JAMES)  May I just rephrase?
16      A.  Sure.
17      Q.  Have you ever conducted any studies
18   pertaining to the allegation that talc causes
19   ovarian cancer?
20      A.  No.
21      Q.  Do you -- are you working on any articles
22   that pertain to the issues in this litigation that
23   you consider works in progress?
24      A.  No.

8 (Pages 26 to 29)

Ellen Blair Smith, M.D.

Page 30

1  Q.  Do you have any plans to author or
2  contribute to any articles that pertain to the
3  issues in this litigation?
4      A.  No.
5      Q.  Have you submitted the substance or any --
6  any substance in your report to a journal for peer
7  review?
8      A.  No.
9      Q.  Have you made any internet postings, blog
10 postings, or other social media postings about the
11 issues in this litigation?
12     A.  No.
13     Q.  Have you ever given any presentations,
14 speeches, or lectures concerning talc and ovarian
15 cancer?
16     A.  No.
17     Q.  The same question for asbestos and ovarian
18 cancer.
19     A.  No.
20     Q.  Have you ever given any interviews or made
21 any public statements concerning talc?
22     A.  No.
23     Q.  Concerning talc or ovarian cancer?
24     A.  No.

Page 31

1  Q.  And concerning asbestos and ovarian
2  cancer?
3      A.  No.
4      Q.  Have you ever counseled patients on risk
5  factors for ovarian cancer?
6      A.  Yes.
7      Q.  What risk factors have you counseled your
8  patients on?
9      A.  Predominantly BRCA, Fanconi anemia pathway
10 risk factors.
11     Q.  And when you say "predominantly," are
12 there any other risk factors for ovarian cancer that
13 you've counseled your patients on?
14     A.  No.
15     Q.  Have you ever told a patient that talcum
16 powder products was the cause or were the cause of
17 their ovarian cancers?
18     A.  No.
19     Q.  Have you ever told a patient that talcum
20 powder products was likely the cause of their
21 ovarian cancer?
22     A.  No.
23     Q.  Have you ever asked any of your patients
24 about their usage of talcum powder products?

Page 32

1  A.  Not to my recall.
2      Q.  Have you ever asked your patients about
3  their usage of talcum powder products in taking
4  their medical histories?
5      A.  No.
6      Q.  And same question:  Have you asked -- it's
7  not the same question.  Let me strike that.
8          Have you ever asked your patients
9  about their exposure to asbestos in the course of
10 taking their medical histories?
11     A.  No.
12     Q.  Have you discussed the opinions that
13 you've rendered in your report concerning talc and
14 ovarian cancer with any of your patients?
15     A.  No.
16     Q.  And have you discussed with any of your
17 patients the opinions that you've rendered in your
18 report concerning asbestos or other alleged
19 constituents of talcum powder products?
20     A.  No.
21     Q.  Have you ever told any of your patients to
22 stop using talcum powder products?
23     A.  No.
24     Q.  Have you ever cautioned any of your

Page 33

1  patients about using talcum powder products?
2      A.  No.
3      Q.  Have you ever evaluated the personal risk
4  of a patient for developing ovarian cancer based
5  upon their history of usage of talcum powder
6  products?
7      A.  No.
8      Q.  Have you ever recommended risk-reducing
9  surgery on the basis of any of your patients' prior
10 usage of talcum powder products?
11     A.  No.
12     Q.  Are you aware of any physicians who
13 recommend risk-reducing surgery for patients with a
14 history of usage of talcum powder products?
15     A.  There is a published paper using use of
16 talcum powder as one of the risk factors for doing
17 oophorectomy and benign disease, but I didn't write
18 that paper.
19     Q.  Let me ask the question again.  Just make
20 sure I said it correctly.
21     A.  Okay.
22     Q.  Are you aware of any physicians that you
23 know that recommend risk-reducing surgery to
24 patients who have prior -- a history of usage of

9 (Pages 30 to 33)

Ellen Blair Smith, M.D.

Page 34

1    talcum powder products?
2        A.   No.
3             MS. O'DELL:  Object to the form.  I
4    think the question, Mr. James, is just a little
5    unclear.  When you say "you know," are you talking
6    about know of, know personally --
7             MR. JAMES:  Sure.
8             MS. O'DELL:  -- in the community?  I
9    mean --
10            MR. JAMES:  Sure.  I'll rephrase.
11       Q.   (BY MR. JAMES)  Do you know any physicians
12   with whom you have a professional relationship who
13   recommend risk-reducing surgery for patients who
14   have a prior history of usage of talcum powder
15   products?
16       A.   No.
17       Q.   You mentioned a paper in the course of --
18   of this line of questioning.
19            Do you recall the name of the paper
20   that you're referring to?
21       A.   The first author, it starts with a V,
22   V-i-t.  And the third author is Cramer.  And it's
23   some --
24       Q.   Did you say V-i-d, Doctor?  I'm sorry.

Page 35

1        A.   V as in Valentine.  V- -- I can't spell
2    the name.  I can't remember the first name.
3             The third author is Daniel Cramer, and
4    it was published in 2011 or 2013, and it's -- it's a
5    paper about a risk scoring system to recommend
6    oophorectomy in women who are undergoing
7    hysterectomy, trying to establish their risk of
8    ovarian cancer.  One of such factors is talcum
9    powder use.
10       Q.   And do you recall if that paper recommends
11   that physicians recommend to their patients
12   risk-reducing surgery if they have prior history of
13   talcum powder product usage?
14       A.   That is not an exclusive factor in that
15   risk assessment system.
16       Q.   Are you aware of any medical or scientific
17   organization that has recommended risk-reducing
18   surgery for patients who report prior usage of
19   talcum powder products?
20            MS. O'DELL:  Object to the form.
21       A.   I am not.
22       Q.   (BY MR. JAMES)  Do you understand that
23   Dr. Cramer is a paid litigation expert for the
24   plaintiffs?

Page 36

1        A.   I understand that.
2        Q.   And Dr. Cramer is one of the authors that
3    you identified as an author on the paper that you
4    were just discussing, correct?
5        A.   Correct.
6        Q.   Have you ever recommended increased
7    screening or monitoring for your patients for
8    ovarian cancer based on their prior usage of talcum
9    powder products?
10       A.   No, I have not.
11       Q.   Are you aware of any physicians with whom
12   you have a professional relationship who do this?
13       A.   No.
14       Q.   Have you ever recommended to any doctors
15   that you know professionally to tell their patients
16   to stop using talcum powder products?
17       A.   Yes.
18       Q.   Okay.  Who is that?
19       A.   Which doctors I've recommended that to?
20       Q.   Yes, Doctor.
21       A.   Well, I didn't tell them to do it.  I told
22   them my concerns about talc, but I thought it was
23   implicit in expressing my concerns that they would
24   counsel their patients.  I didn't tell -- I didn't

Page 37

1    tell the doctors to do a lot of things.
2        Q.   Understood.
3        A.   Okay.
4        Q.   And can you identify any of the doctors
5    with whom you've had those conversations?
6        A.   Yes.
7        Q.   And please identify them.
8        A.   Karen Swenson, Michael Breen, Anna Lozano.
9        Q.   And are those physicians that you know
10   here in the Austin community?
11       A.   Yes.
12       Q.   Are there any other physicians with whom
13   you've discussed your concerns of talcum powder
14   products?
15       A.   Mark Crozier is a GYN, gynecologist, but
16   he's no longer practicing.  He's retired.
17       Q.   And do you know if the three physicians
18   that you've just identified do now indeed counsel
19   their patients about talcum powder products?
20       A.   I do not know.
21       Q.   Did you have those conversations with
22   those three physicians before your retention in the
23   litigation or after?
24       A.   After.

10  (Pages 34 to 37)

Ellen Blair Smith, M.D.

Page 38

1    Q.  Have you recommended to those three
2    physicians or any other physicians that they
3    recommend to their patients risk-reducing surgery if
4    they have prior usage of talcum powder products?
5    A.  No.
6    Q.  Have you suggested to those three
7    physicians or any other physicians that they follow
8    some sort of increased monitoring or screening of
9    patients based upon prior usage of talcum powder
10   products?
11   A.  No.
12   Q.  I'm going to hand you a copy of the
13   deposition notice, which is why we're all here
14   today.  And I'm gonna mark that as Exhibit Number 2.
15       (Deposition Exhibit 2 marked for
16        identification.)
17   MS. O'DELL:  Thanks, Scott.
18   MR. JAMES:  Yeah.
19   BY MS. O'DELL:  We previously served
20   objections, and I'll just -- to certain document
21   requests that are contained in the notice, and I
22   would just reassert those now for the record.
23   MR. JAMES:  Understood.
24   Q.  (BY MR. JAMES)  Dr. Smith, have you seen a

Page 39

1    copy of this deposition notice before?
2    A.  Yes.
3    Q.  And when were you pro- -- when were you
4    provided a copy?
5    A.  Saturday or Sunday -- this past Saturday
6    or Sunday.
7    Q.  And I understand that you and your counsel
8    have brought with you to today's deposition a number
9    of materials, correct?
10   A.  Correct.
11   Q.  And we've discussed and marked the
12   invoices already.  And so Ms. O'Dell is looking
13   toward a table with other materials that I'll
14   describe.
15       Are those the materials that you've
16   brought with you that respond to the deposition
17   notice?
18   A.  Yes, sir.
19   Q.  And Ms. O'Dell and I discussed prior to
20   the deposition, but the materials that you've
21   brought with your -- with you today to today's
22   deposition are your materials considered in your
23   references, correct?
24   A.  Correct.

Page 40

1    Q.  And you've also brought with you a
2    separate pile of -- a smaller set of studies or
3    literature that you have included some notes on,
4    correct?
5    A.  Correct.
6    Q.  And without getting up and moving around
7    right now, I would like to mark the subset pile as
8    Exhibit Number 3.
9    MR. JAMES:  Okay, Leigh?
10   MS. O'DELL:  Yeah.
11       (Deposition Exhibit 3 marked for
12        identification.)
13   Q.  (BY MR. JAMES)  And we'll apply the
14   sticker at the break.  Okay?
15       Dr. Smith, are there any other
16   materials that -- that you've brought with you today
17   that we have not discussed?
18   A.  No.
19   Q.  Are there any other materials that -- that
20   having looked back at this deposition notice today,
21   that you can think of that are responsive that you
22   have not brought with you?
23   A.  No.
24   MS. O'DELL:  I say that subject to the

Page 41

1    objections.
2    MR. JAMES:  Understood.
3    Q.  (BY MR. JAMES)  Okay.  I'm going to hand
4    you, Dr. Smith, what you have in front of you
5    already, and I'm going to mark as Exhibit Number 4 a
6    copy of the report that you authored in this
7    litigation.
8        (Deposition Exhibit 4 marked for
9         identification.)
10   Q.  (BY MR. JAMES)  And, Dr. Smith, I'm gonna
11   hand you the -- the stickered copy, but I understand
12   that you have an identical copy in front of you,
13   correct?
14   A.  Correct.
15   Q.  And if throughout the deposition today you
16   prefer to flip it in the loose-leaf binder, that's
17   fine as well.  Okay?
18   A.  Okay.  May I --
19   MS. O'DELL:  Just leave it there.
20   A.  May I point out a couple of corrections
21   for that, because I've only recently --
22   MS. O'DELL:  Dr. Smith, you certainly
23   may, but let him ask you the questions.
24   Q.  (BY MR. JAMES)  Yeah.  I'm actually going

11 (Pages 38 to 41)

Ellen Blair Smith, M.D.

Page 42

1  to ask you that question, so you'll have a chance
2  to.
3       A.  Okay.
4           MR. JAMES:  And if counsel, down the
5  line throughout the day, has any requests of copies
6  of anything I'm handing out, just let me know.  I
7  have some.
8       Q.  (BY MR. JAMES)  Okay.  Dr. Smith, you
9  would agree that the report that I've handed you and
10  marked as Exhibit Number 4 defines the scope of your
11  opinions in this litigation --
12      A.  Yes.
13      Q.  -- correct?
14          MS. O'DELL:  Object to the form.
15  Excuse me.  I was a little off the mark.
16          MR. JAMES:  Okay.
17      Q.  (BY MR. JAMES)  Dr. Smith, do you have any
18  changes to this report that you'd like to make
19  today?
20      A.  Yes.
21      Q.  And what are those changes?
22      A.  There is deficient of second parenthesis,
23  and I'm trying to figure out where it is in here.
24  Let me go to more substantive things.

Page 43

1           On page 7 where it says, "A Cancer
2  Genome," second paragraph.  Do you know where I am,
3  page 7, second paragraph?
4       Q.  Yes.  Yes, Doctor.
5       A.  It should be "The Cancer Genome Atlas,"
6  not "A Cancer Genome Atlas."
7           Do you want me to mark it on here?
8       Q.  It's fine.
9       A.  Okay.  And then on the chart labeled on
10  Exhibit B the single gene studies, on the second
11  page, the back page under Wu, 2015, the fourth
12  column, 1.56.
13          Are you with me?
14      Q.  Yes, Doctor.
15      A.  That 1.56 and 1.77 are inverted.  The 1.77
16  should go with Hispanics as is the confidence
17  intervals.  The 1.56 should go with
18  African-Americans, as does that conference
19  intervals, just a transposition.
20      Q.  Are there any other changes to the report
21  that you'd like to make today?
22      A.  Well, I haven't found the parentheses yet,
23  but you'll figure it out when you see it.
24      Q.  Okay.  Dr. Smith, did you write this

Page 44

1  report?
2       A.  I did.
3       Q.  Is all of the wording in this report your
4  wording?
5       A.  Yes.
6       Q.  Did you consult with Dr. Wolf in writing
7  your report?
8       A.  I did not.
9       Q.  Did you meet with Dr. Wolf in writing your
10  report?
11      A.  I did not.
12      Q.  I'm gonna mark as Exhibit Number 5 a copy
13  of Dr. Wolf's report in this litigation.
14          (Deposition Exhibit 5 marked for
15          identification.)
16      Q.  (BY MR. JAMES)  Dr. Smith, have you seen
17  this report before?
18      A.  No.
19          MR. JAMES:  I apologize to -- to
20  counsel and to you, Dr. Smith.  I have a bad back
21  which prevents me from leaning too --
22      A.  That's okay.
23      Q.  -- further -- too far forward.
24          Dr. Smith, at first I'd like you to

Page 45

1  pull out your report.
2       A.  Um-hum.
3       Q.  And I'd like you to turn to page 16 of
4  your report, please.
5       A.  (Complied.)  Um-hum.
6       Q.  And if you look down at the one, two,
7  three, fourth full paragraph.
8       A.  Um-hum.
9       Q.  Actually, it's the -- when I say "full,"
10  it's the third full paragraph.  It's the paragraph
11  that starts with "In my opinion."
12      A.  Um-hum.
13      Q.  Do you see that paragraph?
14      A.  Um-hum.
15      Q.  If you look at that last sentence of that
16  paragraph -- I'm gonna read and make sure I read it
17  correctly.
18          It says, quote, "All of the cohort
19  studies are limited by failure to obtain complete
20  information, lack of power, selection bias, and
21  short follow-up," close quotes.
22          Did I read that correctly?
23      A.  Yes.
24      Q.  And if you could turn, then, to Dr. Wolf's

Ellen Blair Smith, M.D.

Page 46

1    report, please.
2        A.  What page?
3        Q.  And I'm looking at page 8 of Dr. Wolf's
4    report.  And it's second full paragraph, so it's the
5    second section on that page.  I'm gonna quote a page
6    of Dr. Wolf's report here.
7        A.  (Complied.)  Um-hum.
8        Q.  Okay.  It's the sentence that starts with
9    the word "All."
10           Do you see where I am?
11       A.  Um-hum.
12       Q.  Okay.  It says, quote, "All of the cohort
13   study are limited by lack of power, failure to make
14   the appropriate queries, selection bias, and short
15   follow-up," close quote.
16       A.  Um-hum.
17       Q.  Do you see that section that I read?
18       A.  I do.
19       Q.  And did I read that correctly?
20       A.  You did.
21       Q.  Do you agree that those two sentences are
22   remarkably similar?
23       A.  They are similar.
24       Q.  And is your testimony that the wording in

Page 47

1    your report is purely your wording?
2        A.  It is.
3        Q.  All right.  If you could turn back to your
4    report, please, Dr. Smith, on page 16.
5        A.  (Complied.)  I'm on 16.  Okay.
6        Q.  Okay.  And if we look down, it's the --
7    it's the paragraph below the paragraph that we just
8    read.  It starts with the "When looking" phrase.
9           Do you see --
10       A.  Um-hum.
11       Q.  -- where I am?
12       A.  Um-hum.
13       Q.  Okay.  And if you look at that paragraph,
14   Dr. Smith, on page 16, that full paragraph.
15       A.  Um-hum.
16       Q.  If you could read that to yourself right
17   now, please.
18       A.  Okay.  (Examined exhibit.)
19       Q.  And it's the paragraph that starts with
20   the phrase "When looking at epidemiological
21   studies."
22       A.  Um-hum.
23       Q.  And have you had a chance to read that?
24       A.  I have.

Page 48

1        Q.  Okay.  And if you look at page -- if you
2    can turn to Dr. Wolf's report, please.
3        A.  Um-hum.
4        Q.  Okay.  If you turn to Dr. Wolf's report on
5    page 8 --
6        A.  Um-hum.
7        Q.  -- it's the bottom paragraph.
8        A.  (Complied.)
9        Q.  And Dr. Wolf starts a paragraph with the
10   same phraseology.  She says, quote, "When looking at
11   epidemiological studies."
12           Do you see where I'm reading?
13       A.  Um-hum.
14       Q.  And have you had a chance to review her
15   paragraph there?
16           MS. O'DELL:  Object to the form.
17       A.  (Examined exhibit.)  I do.
18       Q.  (BY MR. JAMES)  Okay.  Would you agree
19   that those two paragraphs are remarkably similar?
20       A.  I'm not --
21           MS. O'DELL:  Object to the form.
22       A.  -- quite through that.
23       Q.  (BY MR. JAMES)  Please take your time.
24   I'm sorry.

Page 49

1        A.  (Examined exhibit.)  They're similar.  I
2    think it's because we looked at the same data.
3        Q.  And, Dr. Smith, within that paragraph, I'm
4    gonna call your attention to two specific sentences.
5           So I'm looking back at your report,
6    Dr. Smith, and you say, quote -- in your report,
7    quote, "Recall and confounding bias in case-control
8    studies appear to have minimal impact."
9        A.  Um-hum.
10       Q.  "(Penninkilampi and Eslick 2018;" --
11       A.  Um-hum.
12       Q.  -- "Langseth 2008)."
13       A.  Um-hum.
14       Q.  "There appears to be no significant
15   publication bias."
16       A.  Um-hum.
17       Q.  "(Berge, 2017;" --
18       A.  Um-hum.
19       Q.  -- "Penninkilampi 2018)," close --
20       A.  Um-hum.
21       Q.  -- quote.
22           Did I read that correctly?
23       A.  You did.
24       Q.  And do you see that in Dr. Wolf's report

13 (Pages 46 to 49)

Ellen Blair Smith, M.D.

Page 50

1  she has those exact same sentences verbatim?
2      A.  Yes.
3      Q.  And, again, is your testimony that the
4  wording in this report is your wording?
5      A.  It is my wording.
6      Q.  Okay.  Dr. Smith, if you could look at
7  page 7 of your report.  If you look at the bottom
8  paragraph, about halfway down through that
9  paragraph, Dr. Smith, you state the following --
10     A.  Page 7?
11     Q.  Yes, Dr. Smith.
12     A.  Okay.
13     Q.  It's the last paragraph on that page,
14  right above the visuals.
15     A.  (Complied.)  Um-hum.
16     Q.  Do you see the sentence that starts with
17  the word "binding"?  "Binding of BCDX2 or CX3," it's
18  a Holliday Junction.
19         Do you see where I'm reading?
20     A.  Um-hum.
21     Q.  And if I kept rea- -- if I keep reading,
22  that sentence ends with a citation to the Compton
23  2010 study.
24         Do you see that?

Page 51

1      A.  Um-hum.
2      Q.  Is that wording in that sentence your
3  wording or is that quoted from the article?
4      A.  It's quoted from the article, I believe.
5  By -- that's why it's referenced.
6      Q.  Oh, understood.  Is that what you were
7  referring to earlier as something that was missing a
8  quote?
9      A.  No.  No, it's not a quo- -- I -- what I
10  was referring to is there's missing a back half of a
11  parenthesis in the text.
12     Q.  Do you agree that if you're quoting
13  verbatim from one of the sources that you cite that
14  you should include quotations in your report?
15         MS. O'DELL:  Object to the form.
16     A.  I'm not sure that's necessary in a
17  scientific paper.  I think the importance is it's
18  cited.
19     Q.  (BY MR. JAMES)  You submitted articles to
20  peer-reviewed journals before, correct?
21     A.  I have.
22     Q.  And your understanding is that if -- if
23  something is cited without quotes that's standard?
24         MS. O'DELL:  Object to the form.

Page 52

1      A.  I think it's allowable.
2      Q.  (BY MR. JAMES)  Are there any other
3  passages in your report that you can recall that you
4  would have written verbatim but not quoted?  Excuse
5  me, strike that.
6         Are there any other passages in your
7  report that you have cited to a source and included
8  text verbatim from that source --
9         MS. O'DELL:  Object to the form.
10     Q.  (BY MR. JAMES) -- that you did not put in
11  quotations?
12         MS. O'DELL:  Excuse me.  Object to the
13  form.
14     A.  I don't remember any.
15     Q.  (BY MR. JAMES)  Okay.  Dr. Smith, with
16  your expert report you produced a copy of your CV.
17     A.  Yes.
18     Q.  Correct?
19     A.  Yes.
20     Q.  Since providing your counsel with a copy
21  of the CV that was then provided to me, have there
22  been any changes to your CV?
23     A.  No.
24     Q.  I'm gonna mark the CV, then, that was

Page 53

1  produced to the defendants as Exhibit Number 6.
2         (Deposition Exhibit 6 marked for
3         identification.)
4      Q.  (BY MR. JAMES)  I'm gonna hand you a copy,
5  Dr. Smith.  Sorry again for the --
6      A.  That's okay.
7      Q.  -- throwing.
8         MS. O'DELL:  If you just hand them to
9  me, I'll be glad to hand them over.
10         MR. JAMES:  Thank you so much.
11     Q.  (BY MR. JAMES)  And, again, Dr. Smith,
12  this is your current CV that you're looking at, is
13  Exhibit Number 6?
14     A.  (Examined exhibit.)  Yes, it is.
15     Q.  Thank you.  Okay.
16         In your report, Dr. Smith, you
17  describe the methodology that you've conducted to
18  collect the materials that you reviewed, correct?
19     A.  Correct.
20     Q.  And I see you're still looking at your CV,
21  so I don't intend to rush you.
22     A.  That's okay.  It's fine.
23     Q.  And so I am -- I'm not gonna ask you any
24  further questions about the CV if you want to set

14 (Pages 50 to 53)

Ellen Blair Smith, M.D.

Page 54

1    that aside.
2        A.  Oh, okay.  (Complied.)  Okay.
3        Q.  I'm gonna turn to your report now.
4        A.  Okay.
5            MS. O'DELL:  Yeah, just -- we can
6    maybe stack -- thank you.
7        Q.  (BY MR. JAMES)  The searches that you ran
8    to capture the materials that you reviewed for
9    purposes of forming your litigation opinions, had
10   you run those searches before being retained as an
11   expert in this litigation?
12       A.  No.
13       Q.  Had you read any of the studies that you
14   cite in your report before being retained in the
15   litigation?
16       A.  Yes.
17       Q.  Is there a way for you to delineate which
18   studies that you reviewed before your retention and
19   which studies you reviewed after?
20       A.  I know I'd seen Cramer 82.
21           Do you want me to go through my
22   references list and try to identify which one I've
23   seen before?
24       Q.  Well, we understand that the reference

Page 55

1    list is -- is lengthy, correct?
2        A.  It is.
3        Q.  Do you think that you're looking for a
4    handful of articles or a larger set of articles that
5    you saw before your retention?
6        A.  I would say it's larger than that on these
7    references, yes.
8        Q.  Okay.  And so rather than us take the time
9    to do that now, Dr. Smith, sitting here today, is
10   there any way for you to delineate or define which
11   ones you reviewed before being retained?
12       A.  Do I --
13           MS. O'DELL:  Object to the -- excuse
14   me.  Object to the form.
15           I think she just -- she's willing to
16   do that, if you want her to go through the list,
17   but --
18       A.  Or I can put a check on them, if you want.
19       Q.  (BY MR. JAMES)  Let's not do that right
20   now.  How about that?
21       A.  Okay.
22       Q.  And then we'll think about how we approach
23   that.
24           Did plaintiffs' counsel provide you

Page 56

1    any of the studies that are listed in your
2    references or materials considered lists?
3        A.  Yes.
4        Q.  Is there any way for you to delineate
5    which studies were provided to you by plaintiffs'
6    counsel and which ones that you found on your own?
7        A.  Frequently I would provide them an
8    abstract asking for full text, so that happened a
9    lot.  There were some that they sent to me as these
10   studies were coming out in e-Pubs, e-publication,
11   prior to print publication.  I could go through,
12   and, again, try to mark those.
13       Q.  Would you have in your possession records
14   that would help you come up with a list of what was
15   provided to you versus what you found on your own?
16       A.  No, but, like, I know that things that
17   came out in '17 and '18 usually they got before I
18   did.
19       Q.  And those are the prepub versions you were
20   just mentioning?
21       A.  Right.  They usually weren't
22   prepublication.  They were usually peer --
23       Q.  You said e-Pub?
24       A.  Yeah.  e-Pub.

Page 57

1        Q.  My apologies.
2        A.  Yeah, that didn't have a citation, right.
3        Q.  In your report under the Methodology
4    section, Dr. Smith, you say that you, "Began with a
5    comprehensive review of the medical literature," and
6    then you use the phraseology, "ON many topics."
7            Is that -- do you recall using that
8    phraseology?  It's at page 2.
9            MS. O'DELL:  Object to the form.
10       A.  (Examined exhibit.)  I'm looking for -- it
11   says --
12       Q.  (BY MR. JAMES)  It's the first sentence,
13   Doctor -- it's the second sentence, Dr. Smith.
14       A.  Then I read many of the references of the
15   articles cited in those papers.  I didn't see many
16   topics.
17       Q.  Sure.  So in the second sentence -- and
18   I -- my questioning is probably unnecessarily
19   confusing.
20           But in the second sentence under
21   Methodology, you say that you relied on PubMed
22   searches on many topics.
23           Do you see that?
24       A.  Oh, that.  Okay.  Oh, that was the second

Ellen Blair Smith, M.D.

Page 58

1    sentence.  Sorry, I was off by one.  Yes.
2        Q.  And -- and then later on you just
3    mentioned, Dr. Smith, you note in this paragraph
4    that you also looked at the references of the
5    articles --
6        A.  Right.
7        Q.  -- and conducted some additional Google
8    searching, correct?
9        A.  Correct.
10       MS. O'DELL:  Object to the form.
11       Q.  (BY MR. JAMES)  When you refer to the
12   "many topics" there, can you define what many topics
13   you are referring to?
14       A.  Sometimes you find different -- when
15   you're using a search engine, even in PubMed, if you
16   put in -- put it in one way and it looks like talc
17   and ovarian cancer, then you put it in ovarian
18   cancer, and talc you may get deferences on how you
19   go back.  Inflammation in carcinogenesis.  Then you
20   look at inflammation and ovarian cancer.
21       So just, if you word it differently,
22   you can pick up different references, and they come
23   out in different order sometimes.  So it's -- when
24   you're looking for everything, you need to, kind of,

Page 59

1    mix it up and say it different ways to try to find
2    all the articles.
3        Q.  For every topic that you looked at, did
4    you conduct a comprehensive review for the
5    underlying scientific and medical literature?
6        A.  Yes.
7        Q.  So every topic that you've addressed in
8    your paper was a critical component of your meth- --
9    methodology to conduct a comprehensive review and
10   capture all of the relevant and scientific -- the
11   relevant scientific and medical literature?
12       A.  That --
13       MS. O'DELL:  Object to the form.  Give
14   me --
15       A.  That was --
16       MS. O'DELL:  Excuse me.  Just give me
17   just a second, and I'll get my obj- -- object to
18   the form.  Thank you.
19       A.  That was my attempt.
20       Q.  (BY MR. JAMES)  Do you agree that prior to
21   offering expert opinions on particular topics an
22   expert should be expected to conduct a con- --
23   comprehensive review of the scientific and medical
24   literature on that topic?

Page 60

1        MS. O'DELL:  Object to the form.
2        A.  I would agree with that.
3        Q.  (BY MR. JAMES)  You agree that --
4        THE WITNESS:  Am I supposed to wait,
5    Laurel [sic]?
6        MS. O'DELL:  Just give me just a --
7    just a second.
8        THE WITNESS:  Okay.
9        MS. O'DELL:  I'll try to be quicker on
10   the draw.
11       THE WITNESS:  Okay.
12       Q.  (BY MR. JAMES)  Do you agree that doing
13   that is a fundamental first step to your
14   methodology?
15       A.  I do.
16       Q.  Would you agree that any opinion formed on
17   an incomplete review of the relevant scientific and
18   medical literature on a particular topic would be
19   unreliable?
20       MS. O'DELL:  Object to the form.
21       A.  Not necessarily.  Not necessarily.
22       Q.  (BY MR. JAMES)  And why do you say that?
23       A.  I mean, if you miss -- if a person misses
24   one article but has a substantial amount of the

Page 61

1    information required, they can reach the right
2    conclusion and have not read one article.
3        Q.  Then do you -- again, do you agree that
4    the methodology to opine on a particular topic
5    should start with the intent to capture the relevant
6    scientific and medical literature on that topic?
7        MS. O'DELL:  Object to the form.
8        A.  I agree.
9        Q.  (BY MR. JAMES)  Do you believe that you
10   conducted a comprehensive review in the manner that
11   we just described on the topic of heavy metals and
12   ovarian cancer?
13       MS. O'DELL:  Object to the form.
14       A.  No.
15       Q.  (BY MR. JAMES)  Do you believe that you
16   followed the methodology that we just described on
17   the topic of fragrances and ovarian cancer?
18       MS. O'DELL:  Object to the form.
19       A.  I read a limited amount of material on
20   fragrances.
21       Q.  (BY MR. JAMES)  And so my question
22   remains.
23       Do you agree -- or do you believe that
24   you followed the methodology that we just described

16  (Pages 58 to 61)

Ellen Blair Smith, M.D.

Page 62

1  in forming your opinions on fragrances and ovarian
2  cancer?
3      A.  No.
4          MS. O'DELL:  Object to the form.
5      Q.  (BY MR. JAMES)  Do you believe that you
6  followed the methodology that we just described in
7  forming your opinions on asbestos and ovarian
8  cancer?
9          MS. O'DELL:  Object to the form.
10     A.  Yes.
11     Q.  (BY MR. JAMES)  Do you believe that you
12  followed the methodology that we just described on
13  the issue of, quote, "fibrous talc," close quote,
14  and ovarian cancer?
15     A.  Yes.
16         MS. O'DELL:  Object to the form.
17         Give me just a second, Doctor.  Thank
18  you.
19     Q.  (BY MR. JAMES)  Dr. Smith, can you explain
20  to me the difference between the reference list
21  attached to your report and the -- what I refer to
22  as the materials considered list attached to your
23  report as part of Exhibit C?
24         Do you understand that there are two

Page 63

1  different lists?
2      A.  Yes, I do.
3      Q.  Okay.  Can you explain to me the
4  difference between those two lists, the significance
5  of why they're placed on one list versus the other?
6      A.  If I used a reference in my paper, it is
7  on my reference list.
8          The larger reference list, I believe,
9  is what's called a reliance list that aggregates all
10  the references that all the experts that are
11  involved in this litigation had as one master list
12  of reference for the whole litigation.
13         Does that make sense?
14     Q.  Was that a list that you created, the
15  materials considered list?
16     A.  The reliance list, the last one?
17     Q.  Yes, Doctor.
18     A.  I did not create that.
19     Q.  Did you review all of the sources listed
20  on that list?
21     A.  There are sources on there that I have not
22  reviewed.
23     Q.  Is there any way for you to delineate
24  which sources you reviewed on the -- what you're

Page 64

1  referring to as the reliance list and which sources
2  you did not review?
3      A.  I'd have to go through it one by one.  I'd
4  be glad to.
5      Q.  Yeah.  I think that we're time limited
6  today, so I ask that we not do that at this time.
7      A.  Okay.
8      Q.  Are there materials that you reviewed and
9  that you concluded were not relevant to your opinion
10  cited on the reliance list but not on the reference
11  list?
12         MS. O'DELL:  Objection to form.
13     A.  I think that -- so are we calling the
14  Exhibit C a reliance list --
15     Q.  (BY MR. JAMES)  I think, Doctor --
16     A.  -- and my --
17     Q.  I was trying to use your terminology, but
18  it's -- I'll just --
19     A.  Okay.
20     Q.  -- to be clearer, I'll ask the question
21  with Exhibit C.
22     A.  Okay.
23     Q.  Are there materials contained on Exhibit C
24  that you reviewed but did not cite to or discuss in

Page 65

1  the text of your report?
2          MS. O'DELL:  If you understand the
3  question, Doctor.  If you're confused about the
4  question, then I'm sure counsel will be glad to
5  rephrase it.  Because with the terminology, this is
6  getting -- it is a little confusing.
7      A.  Could you clarify that --
8      Q.  (BY MR. JAMES)  Sure.  I'll try to.
9      A.  -- because I am a little confused.
10     Q.  I'll try.
11     A.  I'm sorry.
12     Q.  That's okay.
13         Did you review materials cited on the
14  Exhibit C that you concluded were not relevant to
15  your opinions?
16     A.  I can't recall anything.
17     Q.  In your report, you make reference to
18  looking at company documents, correct?
19     A.  Correct.
20     Q.  Did you affirmatively request those
21  company documents or were those provided to you by
22  counsel without you requesting those?
23     A.  Those were provided to me without request.
24     Q.  Did counsel -- sitting here today, do you

17 (Pages 62 to 65)

Ellen Blair Smith, M.D.

Page 66

1  recall the information or subject matter of the
2  company documents that you reviewed?
3      A.  Ummm . . .
4          MS. O'DELL:  Object to the form.
5          If there's any confusion in the
6  question, Doctor, just ask him to rephrase it.  But
7  if you understand the question, feel free to answer.
8      A.  I believe that the -- there was a
9  newspaper article about condoms and exclusion of
10  talc products with condoms, that was a company
11  document that I saw.
12      Q.  (BY MR. JAMES)  Did the company documents
13  that you were provided by counsel inform your
14  opinions in this case?
15      A.  No -- well . . .  No.
16      Q.  When counsel provided you the company
17  documents to review, did you ask for any additional
18  company documents?
19      A.  No.
20      Q.  Did you ask for context to those company
21  documents?
22          MS. O'DELL:  Object- -- objection to
23  form of the question.
24          You -- don't reveal any communications

Page 67

1  you've had with counsel about company documents, or
2  any other thing, for that matter --
3          THE WITNESS:  Okay.
4          MS. O'DELL:  -- but in regard to this
5  topic.
6          MR. JAMES:  Well, I'm just asking what
7  she's asked to see.  So --
8          THE WITNESS:  I haven't asked to --
9          MR. JAMES:  -- I'm asking --
10          THE WITNESS:  -- see anything.
11          MR. JAMES:  Well, I'm sorry,
12  Dr. Smith.
13          THE WITNESS:  Sorry.
14          MR. JAMES:  So if you feel like
15  there's a way to rephrase my question, that's what
16  I'm trying to get at.
17          MS. O'DELL:  I think you asked -- I
18  heard you ask a different question than asked --
19          MR. JAMES:  Okay.  Let me try again.
20          MS. O'DELL:  -- than that.  So just --
21  if you don't mind, rephrase it.
22          MR. JAMES:  Understood.
23      Q.  (BY MR. JAMES)  After you were provided
24  the company documents, did you ask if there were any

Page 68

1  additional documents that would provide context to
2  the documents that you were initially provided?
3      A.  I --
4          MS. O'DELL:  Object to the form.
5      A.  I don't believe so.
6      Q.  (BY MR. JAMES)  Did you ask if any defense
7  witness had ever authored any testimony about the
8  company documents you were provided?
9          MS. O'DELL:  Excuse me, Doctor.  Don't
10  testify to any communications with counsel.
11          So if you -- you can ask her, did she
12  ask a question.  She can say yes.  But in terms of
13  the subject matter of the question, the content of
14  that conversation, I'm gonna object and just
15  instruct the witness not to answer.
16          Is that -- is that a
17  fair distinction --
18          MR. JAMES:  But you're allowing the
19  witness to answer whether she asked for it, correct?
20          MS. O'DELL:  I think I -- you asked
21  that question and I allowed it.
22          MR. JAMES:  Got it.
23          MS. O'DELL:  But to the degree you've
24  asked for what her questions were, what the

Page 69

1  discussion was, I think that is protected.
2          MR. JAMES:  Got it.
3      Q.  (BY MR. JAMES)  So did you ask for any --
4  once you were provided the company documents that
5  you were provided by counsel, did you ask whether
6  the defense had ever offered any testimony or
7  witnesses about the contents of those documents?
8          MS. O'DELL:  Excuse me, Doctor.  Don't
9  answer that question.
10          That's the subject matter of the
11  communication, and I'm not gonna allow her to answer
12  those questions.
13          So don't answer the question.
14      Q.  (BY MR. JAMES)  Do you know if any defense
15  witness has ever addressed the content of the
16  company documents that you were provided by counsel?
17          MS. O'DELL:  Object to the form.
18      A.  I don't know that.
19      Q.  (BY MR. JAMES)  You would agree with me
20  that if you were attempting as a scientist to form
21  opinions on a particular topic you would want to be
22  sure that you were provided both sides of the story,
23  correct?
24          MS. O'DELL:  Object to the form.

18  (Pages 66 to 69)

Ellen Blair Smith, M.D.

Page 70

1    You may answer the question if you
2  understand it, Doctor.
3    A. I think the scientific literature presents
4  both sides of the story. That's how you factor it
5  in, right? You usually don't call up individuals
6  and ask them their opinion. Their published,
7  peer-reviewed opinions are available in the
8  literature.
9    Q. (BY MR. JAMES) Dr. Smith, in your report
10 in discussing asbestos, you mentioned litigation
11 reports authored by a Dr. Longo, correct?
12   A. Yes.
13   Q. Okay. So we were just talking about
14 company documents --
15   A. But now --
16   Q. -- in the -- prior to the questioning, and
17 I want to just make sure you know where I'm going.
18    You testified that the company
19 documents did not inform your opinions, correct?
20    MS. O'DELL: Object to the form.
21   A. Yes. Perhaps you and I are talking about
22 different things between company documents and
23 litigation documents.
24   Q. (BY MR. JAMES) Sure. And I think -- fair

Page 71

1  enough.
2    Let's just move on to the Longo
3  requesting.
4    A. Okay.
5    Q. And with respect to asbestos, you looked
6  at Longo litigation reports, correct?
7    A. I did.
8    Q. You understand those to be litigation
9  materials, correct?
10   A. Yes.
11    MS. O'DELL: Object to the form.
12   Q. (BY MR. JAMES) Do you understand Longo --
13 Dr. Longo is a paid litigation expert, correct?
14   A. Yes.
15   Q. And you understand his reports are not
16 peer-reviewed, correct?
17    MS. O'DELL: Object to the form.
18   A. Yes.
19   Q. (BY MR. JAMES) You understand that
20 they're not published, correct?
21   A. Yes.
22   Q. Do you know if anyone on the defense side
23 has addressed or responded to Dr. Longo's litigation
24 reports?

Page 72

1    A. I do not know that.
2    Q. And wouldn't you want to know that as a
3  scientist before forming opinions upon Dr. Longo's
4  reports?
5    MS. O'DELL: Object to the form.
6    A. I would be interested in that.
7    Q. (BY MR. JAMES) And counsel didn't provide
8  that information to you, did they?
9    A. They did not.
10    MS. O'DELL: I would just object to
11 the statement that somehow that question assumes,
12 Counsel, that defense -- defendants in this case
13 have served expert reports, which they have not.
14 It's a little misleading, but . . .
15   Q. (BY MR. JAMES) You were looking at
16 Dr. Longo's litigation reports from other cases.
17    Did you know that?
18    MS. O'DELL: Dr. Smith is not involved
19 in other cases, so I'm not sure she would have
20 information to know what's another case or what the
21 present case. So to be fair --
22    MR. JAMES: Leigh, I've asked a fair
23 question, and I think Dr. Smith is capable of
24 answering it.

Page 73

1    MS. O'DELL: I'm not sure that that's
2  a fair question.
3    If you understand it --
4    MR. JAMES: Well, why don't you please
5  state your objection and then let Dr. Smith answer,
6  if you can.
7    MS. O'DELL: Object to the form.
8    MR. JAMES: Thank you.
9    A. Could you say it again? I got lost.
10   Q. (BY MR. JAMES) Sure. You've already
11 agreed with me that the Longo reports that you've
12 reviewed are litigation reports, correct?
13   A. Right.
14   Q. Okay. And your counsel just stated that
15 the Longo litigation reports were not part of the
16 MDL litigation.
17    MS. O'DELL: That's not what I said.
18    MR. JAMES: Okay.
19   Q. (BY MR. JAMES) Nevertheless, you have
20 reviewed litigation reports from plaintiffs -- an
21 expert that's paid by plaintiffs in this litigation,
22 correct?
23   A. I have.
24   Q. You have also reviewed a litigation report

19 (Pages 70 to 73)

Ellen Blair Smith, M.D.

Page 74

1  prepared by a Dr. Crowley, correct?
2      A.  Correct.
3      Q.  And that pertains to fragrances, correct?
4      A.  Correct.
5      Q.  You understand Dr. Crowley's report is not
6  peer-reviewed, correct?
7      A.  Correct.
8      Q.  You understand his report is not published
9  in the medical literature, correct?
10     A.  Correct.
11     Q.  Did you review any of the other expert
12 reports besides Dr. Crowley's report in this MDL?
13         MS. O'DELL:  In addition to Dr. Longo.
14         MR. JAMES:  Thank you.
15     Q.  (BY MR. JAMES)  In addition to Dr. Longo?
16     A.  I don't think so.
17         MS. O'DELL:  Hey, Scott, we've been
18 going about an hour and 15 minutes or something
19 close to that, hour and 10 minutes.  Whenever it's a
20 good place --
21         MR. JAMES:  Another 5 to finish this
22 line.
23         Is that good, Doctor?
24         THE WITNESS:  Sure.

Page 75

1          MR. JAMES:  Okay.
2      Q.  (BY MR. JAMES)  Dr. Smith, you also looked
3  at -- or at least you listed, in your lists, you
4  looked at the deposition of a Dr. Alice Blount,
5  correct?
6      A.  Oh, yes.
7      Q.  Okay.  Does that ring a bell?
8      A.  Yes.  But is she involved in this
9  litigation?
10     Q.  That was gonna be my question to you.
11         Did you know that Dr. Blount has
12 testified as an expert for plaintiffs in the talc
13 litigation?
14     A.  In --
15         MS. O'DELL:  Excuse me.  Object to the
16 form.
17     A.  In this MDL?
18     Q.  (BY MR. JAMES)  In the talc litigation --
19     A.  Oh, in the talc litigation, yes.
20         MS. O'DELL:  Object to the form.  I
21 think it's a mischaracterization to say she's an
22 expert, to my knowledge.
23         So you want to restate your question.
24     Q.  (BY MR. JAMES)  Do you know that

Page 76

1  Dr. Blount has been listed by plaintiffs in talc
2  litigation as an expert for plaintiffs?
3          MS. O'DELL:  Object to the form;
4  misstates the testimony, as I understand it.
5      A.  I know she's been deposed.
6      Q.  (BY MR. JAMES)  Did you review her
7  testimony in full?
8      A.  I -- I reviewed her paper, and I read her
9  testimony fairly superficially.
10     Q.  Do you know if the defense in the talc
11 litigation has responded to or addressed
12 Dr. Blount's testimony and article?
13     A.  I do not know that.
14     Q.  Wouldn't you like to know that?
15         MS. O'DELL:  Object to the form.
16     A.  Sure.
17     Q.  (BY MR. JAMES)  Is there a reason that you
18 didn't consider the defenses' response to
19 Dr. Blount's testimony and article?
20         MS. O'DELL:  Object to the form of the
21 question.
22         There have been no expert reports
23 in -- by -- served by defendants in the MDL.  That's
24 an unfair question.

Page 77

1      A.  I'm lost again.  I'm sorry.
2      Q.  (BY MR. JAMES)  Sure.  I understand.
3          You read Dr. Blount's testimony
4  superficially is what you just testified to,
5  correct?
6      A.  Yes.
7      Q.  You understand Dr. Blount testified in
8  another case in the talc litigation, correct?
9      A.  Yes.
10     Q.  Do you know if the defendants responded to
11 Dr. Blount's testimony and report in that case?
12     A.  I do not know that.
13     Q.  You've cited in your report a deposition
14 exhibit from a Dr. John Hopkins.
15         Does that ring a bell?
16     A.  It does.
17     Q.  Okay.  And you also cited a deposition
18 exhibit from a Julie Pier.
19         Does that ring a bell?
20     A.  It does.
21     Q.  And why did you look at those two
22 exhibits?
23     A.  I looked at the identification in Pier on
24 minerals and quantities, parts per million.

Ellen Blair Smith, M.D.

Page 78

1    I looked at the Hopkins', the
2    identification of asbestos and asbestiform species
3    in various ore and talcum powder products.
4        Q.   Did you consider both of those exhibits
5    relevant to the opinions that you formed concerning
6    asbestos and ovarian cancer?
7        A.   Yes.
8        Q.   Did you -- do you know if the defense has
9    addressed or responded to the information contained
10   in those two deposition exhibits?
11       A.   I --
12           MS. O'DELL:  Object to the form.
13       A.   I do not know.
14       Q.   (BY MR. JAMES)  Did you ask if the
15   defendants have responded to the information
16   contained in those exhibits?
17           MS. O'DELL:  Object to the form.
18       A.   I did --
19           MS. O'DELL:  And I -- excuse me.  And
20   I would instruct you just-- he's asking you about
21   what you talked about with your lawyers for the
22   plaintiffs, and I would just instruct you not to
23   answer that question, as I've instructed you on
24   every other line of inquiry to that extent.

Page 79

1    I instructed her not to answer that.
2        A.   I'm --
3           MR. JAMES:  Understood.
4        A.   -- not responding.
5        Q.   (BY MR. JAMES)  Yeah, understood.
6           Would you like to know if the
7    defendants have responded to the information
8    contained in the two deposition exhibits that you
9    cited?
10       A.   Yes, I would.
11           MR. JAMES:  Is now good for a break?
12           MS. O'DELL:  Sure.
13           MR. JAMES:  Okay.
14           Thank you, Doctor.
15           THE VIDEOGRAPHER:  Going off the
16   record.  The time is 10:34 a.m.
17           (A recess was taken from 10:34 a.m.
18           to 10:53 a.m.)
19           THE VIDEOGRAPHER:  Back on the record.
20   The time is 10:53 a.m.
21       Q.   (BY MR. JAMES)  Okay.  Dr. Smith, are we
22   ready to proceed?
23       A.   I am.
24       Q.   Great.

Page 80

1        Dr. Smith, did you do any independent
2    testing to support your opinions in this case?
3        A.   I did not.
4        Q.   Did you do any independent analysis or
5    reanalysis of raw data to support your opinions?
6        A.   I did not.
7        Q.   On page 2 of your report, Dr. Smith, you
8    conclude with a passage where you state that you
9    have applied in this litigation, quote, "The same
10   methodology and scientific rigor that I have used
11   regularly in my professional career and clinical
12   practice," closed quote.
13           Do you see that passage that I read?
14       A.   Oh, yes.  In the -- under Methodology?
15       Q.   Yes, Doctor.
16       A.   Yes.
17       Q.   Did you see where I read?
18       A.   Yes.
19       Q.   Okay.
20       A.   Yes.
21       Q.   In your professional practice and your
22   clinical practice, do you rely on litigation reports
23   by paid experts?
24           MS. O'DELL:  Object to the form.

Page 81

1        A.   No.
2        Q.   (BY MR. JAMES)  Do you rely on unpublished
3    data or unpublished testing as a clinician?
4           MS. O'DELL:  Object to the form.
5        A.   Occasionally, there is unpublished data
6    that you may cite information from an author for the
7    things that weren't in publication material.
8    That -- that happens commonly with a lot of
9    scientific reports.
10       Q.   (BY MR. JAMES)  As a clinician, have you
11   ever relied on the type of litigation materials that
12   you have reviewed in your capacity as an expert in
13   this case?
14           MS. O'DELL:  Object to the form;
15   vague.
16       A.   I don't think so.
17       Q.   (BY MR. JAMES)  As a clinician, in your
18   daily practice or your professional practice, have
19   you ever relied on deposition testimony of paid
20   experts to form your opinions?
21           MS. O'DELL:  Object to the form.
22       A.   No.
23       Q.   (BY MR. JAMES)  Before being contacted by
24   counsel in this case, had you formed an opinion as

21  (Pages 78 to 81)

Ellen Blair Smith, M.D.

Page 82

1    to any cause of ovarian cancer?
2        A.  (No response.)
3        Q.  And let me rephrase that --
4        A.  Yes.
5        Q.  -- because it's prob- -- it's phrased
6    poorly.
7            Before being contacted about work in
8    this litigation, had you reached the conclusion that
9    there were any causes of ovarian cancer?
10       A.  Yes.
11       Q.  And what had you concluded before being
12   contacted in the litigation about causes of ovarian
13   cancer?
14       A.  Well, I'm not sure that I
15   understand how -- what do you mean "cause"?
16       Q.  You understand that in the epidemiologic
17   literature, the word "association" is used, correct?
18       A.  Yes.
19       Q.  And the word "cause" is used, correct?
20       A.  Correct.
21       Q.  In your clinical practice, if someone
22   asked you what caused their ovarian cancer, would
23   you know what they were asking you?
24       A.  Yes.

Page 83

1        Q.  By the word "cause"?
2        A.  Yes.
3        Q.  And so I don't mean for my question to be
4    confusing.  I'm -- what I'm asking you is if --
5    certainly in this litigation, you have offered the
6    opinion in your report that in your opinion talc
7    causes ovarian cancer, correct?
8        A.  Correct.
9        Q.  Did you form that opinion, that causation
10   opinion, after being retained in this litigation?
11       A.  After reviewing the literature.
12       Q.  And after being retained; is that right?
13       A.  Correct.
14       Q.  And so my question to you, which I hope is
15   simple, is that before you were contacted about work
16   in this litigation, had you concluded that there was
17   anything else out there that could be categorized as
18   a cause of ovarian cancer?
19       A.  Are you -- causation such as genetic
20   predisposition?
21       Q.  That would be one of them.
22       A.  Okay.  Yeah.  Then we're on the same page.
23       Q.  Okay.  And so had -- had you concluded
24   before your work in this litigation that genetics,

Page 84

1    loosely, could -- could be categorized as a cause of
2    ovarian cancer?
3        A.  Yes.
4        Q.  Is there anything else that you had
5    concluded before your work in this litigation that
6    could be categorized as a cause of ovarian cancer?
7        A.  Yes.
8        Q.  What else?
9        A.  Endometriosis.
10           Do you want more?
11       Q.  Yes.  If you could list any others.
12       A.  Nulliparity, some data on obesity, mixed
13   data on pelvic inflammatory disease, mixed data on
14   smoking.  That's what has come to the top of my
15   head.
16       Q.  And just to make sure that we're on the
17   same page, my question at this point is still
18   confined to the issue of cause.
19           And so of the items that you just
20   mentioned before being retained in this litigation,
21   had you concluded that obesity is a cause of ovarian
22   cancer?
23           MS. O'DELL:  Object to the form.
24       A.  Mixed data on that.  More pertaining to

Page 85

1    endometrioid cancers.
2        Q.  (BY MR. JAMES)  So you would -- did you
3    hold the opinion before your work in this litigation
4    that obesity was a cause of ovarian cancer?
5            MS. O'DELL:  Object to the form.
6        A.  Partially.
7        Q.  (BY MR. JAMES)  And when you say
8    "partially," are you referring to the subtype?
9        A.  Yes.
10       Q.  And so of the i- -- the items that you did
11   just mention to me, then, you do consider those to
12   be -- you did consider those to be causes of ovarian
13   cancer before your work in this litigation; is that
14   correct?
15       A.  Correct.
16       Q.  When you reached those causation
17   conclusions, did you do so based upon the body of
18   scientific and medical literature?
19       A.  Yes.
20           MS. O'DELL:  Object to the form.
21       Q.  (BY MR. JAMES)  Did you reach those
22   conclusions in the context of litigation?
23       A.  No.
24       Q.  Did you reach those causation conclusions

22  (Pages 82 to 85)

Ellen Blair Smith, M.D.

Page 86

1   after talking with plaintiffs' counsel?
2         MS. O'DELL:  Object to the form.
3       A.  No.
4       Q.  (BY MR. JAMES)  Did you reach those
5   causation conclusions after being provided materials
6   selected for your review by counsel?
7         MS. O'DELL:  Object to the form.
8       A.  (Examined realtime screen.)  No.
9       Q.  (BY MR. JAMES)  Did you reach those
10  causation conclusions by reviewing unpublished
11  litigation reports?
12        MS. O'DELL:  Object to the form.
13      A.  No.
14      Q.  (BY MR. JAMES)  Did you reach those
15  causation conclusions by reviewing company
16  documents?
17        MS. O'DELL:  Object to the form.
18      A.  No.
19      Q.  (BY MR. JAMES)  What conclusions did you
20  have, if any, before your work in this litigation on
21  the talc ovarian cancer hypothesis?
22        MS. O'DELL:  Object to the form.
23        Would you -- would you -- could you
24  just -- I was just reading your question, Scott.

Page 87

1         Is that right?
2         MR. JAMES:  What conclusions.
3         MS. O'DELL:  Okay.  Sorry.
4       A.  I was concerned about talc products being
5   transported through the female genital tract because
6   of findings in the '70s of talc deeply embedded in
7   ovarian tissue.
8         J. Don Woodruff was one of my mentors,
9   and he shared this information with me in 1979; and
10  I found it concerning.  He went on or was in the
11  position at that time of postulating talc -- talcum
12  powder as an etiologic factor in the development of
13  ovarian cancer.  This is well before the publication
14  of the epidemiologic studies, and I registered his
15  concerns in my brain.
16      Q.  (BY MR. JAMES)  And with that statement,
17  then, are you indicating that those concerns -- you
18  did not express those concerns to anyone else,
19  correct?
20        MS. O'DELL:  Object to the form.
21  Misstates her testimony, but go ahead.
22        MR. JAMES:  I don't want to do that,
23  so let me start over.
24      A.  Okay.

Page 88

1       Q.  (BY MR. JAMES)  When you said you
2   registered those concerns in your brain, what do you
3   mean by that?
4       A.  I never used talcum powder products on my
5   female children, and I don't have any male children,
6   so that's pretty much -- and I didn't use talcum
7   powder products on myself, and I felt strongly about
8   that.
9       Q.  And what time frame was that?
10      A.  Well, I heard from him in 1979 in my first
11  trial, and I didn't use talcum powder from 1979 to
12  1992 when my first daughter was born, nor did I use
13  it in 1994 for diapering my second daughter; and we
14  just didn't have powder in my home.
15      Q.  Did you express those concerns in writing
16  anywhere?
17      A.  No.
18      Q.  We discussed this already this morning,
19  but did you express those concerns to any of the
20  patients that you treated?
21      A.  No.
22      Q.  Same line of questions but with respect to
23  asbestos.  Okay?
24        Did you conclude before -- what --

Page 89

1   what conclusions had you come to, if any, before
2   your work in this litigation about a relationship
3   between asbestos and ovarian cancer?
4       A.  Prior to my work in this litigation, I did
5   not have an awareness of the relationship of
6   asbestos to ovarian cancer.
7       Q.  Is that an opinion, then, that you've
8   formed in the context of litigation?
9         MS. O'DELL:  Object to the form.
10      A.  After my review of the scientific data,
11  yes.
12      Q.  (BY MR. JAMES)  And to be clear and to
13  respond to the objection, the question I'm asking
14  is:  Did you reach the opinion about the
15  relationship between asbestos and ovarian cancer in
16  the context of this litigation?
17      A.  I think it's unfair to say "context of
18  litigation."  I would have -- had I reviewed all
19  that literature, I would have reached that
20  conclusion whether or not this litigation was
21  ongoing or not.
22      Q.  If you don't like the word "context," I
23  can rephrase.
24        Did you reach the asbestos conclusions

23  (Pages 86 to 89)

Ellen Blair Smith, M.D.

Page 90

1    that you've rendered in your report after being
2    retained in this litigation?
3        A.  Yes, correct.
4        Q.  On that note, Dr. Smith, let's look at
5    page 21 of your report, please.
6        A.  (Complied.) Excuse me.
7        Q.  And you see at the bottom of page 21,
8    Dr. Smith, you have a section that's labeled
9    "Summary of my opinions."
10           Do you see where I am?
11       A.  Yes, sir.
12       Q.  And Item Number 1 is the opinion that you
13   hold today that talc causes ovarian cancer, correct?
14       A.  Correct.
15       Q.  And we've discussed this already, but that
16   is an opinion that you've formed after being
17   retained in the litigation, correct?
18       A.  Correct.
19       Q.  With respect to Item Number 2, you have
20   opined that "There is credible evidence that
21   Johnson and Johnson baby powder products contain
22   asbestos."
23           Do you see where I read?
24       A.  I do.

Page 91

1        Q.  Is that an opinion that you formed after
2    your retention in this litigation?
3        A.  Correct.
4        Q.  Then you have the opinion that asbestos
5    and fibrous talc cause ovarian cancer.
6            Again, those are opinions that you've
7    formed after being retained in the litigation,
8    correct?
9        A.  Correct.
10       Q.  And then continuing on to Number 2, the
11   opinion that you've formed concerning heavy metals,
12   is that an opinion that you formed after being
13   retained in the litigation?
14       A.  Correct.
15       Q.  With respect to -- and the same is true
16   with fragrances, is that an opinion that you formed
17   after being retained in the litigation?
18       A.  Correct.
19       Q.  And Item Number 3, you express opinions
20   concerning inflammation.
21           Is that a fair paraphrasing of
22   Number 3?
23       MS. O'DELL:  Objection to form.
24       A.  I don't think those are opinions.  I think

Page 92

1    those are facts.  Those are scientific facts.
2    They've been demonstrated in the laboratory.
3        Q.  (BY MR. JAMES) You understand that you
4    have been retained to offer your scientific opinions
5    in this litigation, right?
6        A.  Yes.  Yes.
7        Q.  And so Number 3, do you hold the opinion
8    that you've expressed in Number 3?
9        A.  Yes.
10       Q.  Is that an opinion that you've formed
11   after being retained in the litigation?
12       A.  Yes.
13       Q.  And Number 4, do you see where I am still?
14       A.  I do.
15       Q.  Okay.  And Number 4 is an opinion
16   concerning migration and also an opinion concerning
17   inhalation, correct?
18       A.  Yes.
19       Q.  Are those opinions that you've formed
20   after being retained in this litigation?
21       A.  Correct.
22       Q.  Turning to the opinion that you have
23   expressed that there is, quote, "credible evidence,"
24   close quote, that Johnson's Baby Powder products

Page 93

1    contain asbestos, what is the credible evidence that
2    you rely upon?
3        A.  The paper of Blount in 1991 and the report
4    of Dr. Longo and the other doctor with him whose
5    name I forgot.  It starts with an R, I think.
6        MS. O'DELL:  I think you mean Rigler.
7        THE WITNESS:  That's it.  Starts with
8    an R.
9        Q.  (BY MR. JAMES)  Are those the litigation
10   reports in litigation testimony that we previously
11   discussed?
12       A.  Yes, sir.
13       Q.  Is there any other evidence that you
14   consider -- that you have considered that supports
15   your opinion that there's, quote, "credible
16   evidence" of asbestos in those products?
17       MS. O'DELL:  Object to the form.
18       A.  I can't remember any other evidence or
19   references.
20       Q.  (BY MR. JAMES)  You cite some articles on
21   page 18 of your report?
22       A.  Oh, yes.
23       Q.  Do you see where I am, Doctor?
24       A.  Yes.

24 (Pages 90 to 93)

Ellen Blair Smith, M.D.

Page 94

1    Q.  And you cite a number of articles there.
2        Do you see where I'm looking in the
3    first paragraph?
4    A.  (Examined exhibit.)  Yes.
5    Q.  Okay.  In that -- the first paragraph in
6    that section?
7    A.  Yes.
8        MS. O'DELL:  And we're -- just for
9    purposes, we're at page 18?
10       MR. JAMES:  Correct.
11       THE WITNESS:  Yeah.  We're talking
12   about the first sentence.
13       MS. O'DELL:  Okay.
14   Q.  (BY MR. JAMES)  How did you obtain those
15   articles?
16   A.  Those articles were provided for me as
17   reference materials by the plaintiffs' attorneys.
18   Q.  Do any of those articles pertain to
19   Johnson & Johnson products?
20   A.  Blount disclosed in her deposition that it
21   was Johnson & Johnson Baby Powder.
22   Q.  And I'm -- just to be clear, I'm asking
23   about the articles that you've cited in the first
24   paragraph in the asbestos section on page 18.

Page 95

1    A.  Blount's one of those articles -- well,
2    her article -- the deposition is not the paper.
3    You're right.  Sorry.
4    Q.  No, that's fine.
5    A.  I don't know that any of those were
6    Johnson & Johnson Baby Powder.
7        MS. O'DELL:  Just to be -- if you're
8    referring to -- when you say "those," it's not clear
9    on the record, so if there's something specific --
10   you don't have to go back, but just be -- be
11   cognizant of that.
12   Q.  (BY MR. JAMES)  What level of review did
13   you undertake to collect literature on the topic of
14   the alleged presence of asbestos in talcum powder
15   products?
16       MS. O'DELL:  Object to the form.
17   A.  (Examined exhibit.)
18       MS. O'DELL:  If you understand the
19   question.
20       THE WITNESS:  I understand the
21   question.
22   A.  I mean, I remember Googling that question
23   and getting into a lot of craziness on the internet
24   that I didn't want to be in.  I relied on the

Page 96

1    reports provided to review.
2    Q.  (BY MR. JAMES)  And those were the reports
3    provided to you by plaintiffs' counsel?
4    A.  Yes.
5    Q.  And you also cited a number of articles
6    that you just testified were provided to you by
7    plaintiffs' counsel?
8        MS. O'DELL:  Object to the form.
9    A.  Yes.
10   Q.  (BY MR. JAMES)  Did you find any articles
11   through your searches that contradicted the
12   information provided to you by plaintiffs' counsel?
13       MS. O'DELL:  Object to the form.
14   A.  Yes.
15   Q.  (BY MR. JAMES)  Where are those articles
16   cited in your report?
17   A.  I don't think I have cited them in my
18   report.
19   Q.  You found articles that contradict the
20   allegation that asbestos is a contaminant in talcum
21   powder products, correct?
22       MS. O'DELL:  Object to the form.
23   A.  It's not a contradiction.  The absence of
24   something does not contradict the presence of

Page 97

1    something.
2        Do you understand?
3        Like in Longo's report, he found
4    asbestos in 63 percent of his samples.  He did not
5    find asbestos in 34 percent of his samples.  The
6    fact that he didn't find it in 34 percent does not
7    mean he didn't find it in 66.
8        Asbestos is a carcinogen and its
9    significance in risk to life is when you find it.
10       In the FDA report that did not find
11   asbestos in Johnson's Baby Powder, Shower to Shower,
12   and in multiple samples from suppliers of ore -- I
13   mean, that's great that they didn't find it, but it
14   doesn't mean it's not detectable.  And I can't
15   explain in terms of being an expert in technique to
16   understand why some people found it and some people
17   didn't find it.
18       Does that make sense to you?
19   Q.  (BY MR. JAMES)  I think you answered a
20   question that I didn't ask, so let me rephrase.
21   A.  I'm sorry.
22   Q.  In searching for literature about the
23   alleged presence of asbestos in cosmetic talc, did
24   you find any articles -- published articles that

25 (Pages 94 to 97)

Ellen Blair Smith, M.D.

Page 98

1    reach the conclusion that there was no such
2    contamination?
3            MS. O'DELL: Object to the form.
4        A.  I can't remember any.
5        Q.  (BY MR. JAMES) If you had found those,
6    would you have discussed those in your report?
7        A.  Probably. I mean, I want to be
8    comprehensive.
9        Q.  And so if there is a body of literature
10   out there that you didn't discuss in your report,
11   then you would agree that your analysis of the issue
12   was not comprehensive, correct?
13           MS. O'DELL: Excuse me. Object to the
14   form; misstates her testimony.
15       A.  If I missed it, I shouldn't have.
16       Q.  (BY MR. JAMES) And, Dr. Smith, you did
17   just mention the FDA testing of talc for the
18   presence of asbestos, correct?
19       A.  Yes.
20       Q.  And have you reviewed that testing?
21       A.  I've reviewed that report.
22       Q.  The FDA's report?
23       A.  Yes.
24       Q.  Did you discuss it at all in your

Page 99

1    litigation report?
2        A.  No.
3        Q.  And why is that?
4        A.  I explained that. Negative isn't as
5    significant as positive.
6        Q.  Is that because the positive testing
7    results supports your litigation opinion; the
8    negative testing results do not?
9            MS. O'DELL: Object to the form.
10       A.  No. It's because the positive testing is
11   a threat to human life.
12       Q.  (BY MR. JAMES) So you have seen -- I'm
13   gonna mark as Exhibit Number 7 the 2007 -- excuse
14   me, the 2010 FDA testing on cosmetic talc.
15       A.  Yes.
16           (Deposition Exhibit 7 marked for
17           identification.)
18       Q.  (BY MR. JAMES) Is that a printout of the
19   testing information you have reviewed, Dr. Smith?
20       A.  That is identical to what I have reviewed.
21       Q.  Okay. Do you have any reason to disagree
22   with the FDA's findings here in this Exhibit 7?
23           MS. O'DELL: Object to the form to the
24   degree -- what findings are you referring to in your

Page 100

1    question?
2            MR. JAMES: The findings in Exhibit
3    Number 7.
4            MS. O'DELL: Object to the form.
5        A.  Their -- I -- they said, "No asbestos
6    detected."
7            I can -- I don't know enough about
8    testing to disagree with them, but I don't know
9    what -- I mean, does "none" mean zero or does "none"
10   mean below some level?
11           I do know that their technique -- I
12   know enough to know that it's a good means of
13   finding asbestos by, you know, polarized light
14   microscopy followed by TEM, that that's a good
15   technique.
16           I don't understand why theirs are so
17   different from the other, and I don't have the
18   expertise to go any further than that.
19       Q.  (BY MR. JAMES) With respect to whether
20   there is asbestos in the cosmetic talc products or
21   there isn't, is it fair to say that you would defer
22   to others?
23       A.  Yes.
24           MS. O'DELL: Object to the form.

Page 101

1        Q.  (BY MR. JAMES) And do you consider
2    yourself to be an expert in mineral classification?
3        A.  Absolutely not.
4        Q.  What about an expert in mineralogy?
5        A.  Absolutely not.
6        Q.  But you understand the FDA's testing was
7    performed by an independent lab?
8        A.  Yes, they said that.
9        Q.  And that's contrasted, which you
10   understand that Longo's testing is done by a paid
11   litigation expert, correct?
12           MS. O'DELL: Object to the form.
13       A.  I'm kind of thinking they probably paid
14   the lab they sent it too. I mean, shouldn't
15   they?
16       Q.  (BY MR. JAMES) And who's -- who is
17   "they"?
18       A.  The FDA paid the AMA Analytical Services.
19       Q.  Okay. Do you have any understanding of
20   how the lab results by the FDA were obtained or paid
21   for?
22       A.  No.
23       Q.  Do you have an understanding of -- did you
24   know that the FDA's testing was performed outside

Ellen Blair Smith, M.D.

Page 102

1    the context of litigation?
2        MS. O'DELL: Object to the form.
3        A. I hadn't thought of it, but I would not
4    think it's about litigation.
5        Q. (BY MR. JAMES) And if we looked at the
6    front page of Exhibit Number 7, which I've handed
7    you, have you reviewed the text of this exhibit
8    before today?
9        A. This whole -- yes.
10       Q. Okay.
11           MS. O'DELL: And if you need to
12   look --
13       Q. (BY MR. JAMES) And do you understand that
14   this exhibit --
15       MS. O'DELL: Excuse me. Excuse me.
16           If you -- and if you need to refresh
17   yourself on any part of the text, Doctor, feel free
18   to do that as he's asking you questions.
19           THE WITNESS: Okay.
20           MR. JAMES: Absolutely. Certainly.
21       Q. (BY MR. JAMES) If you turn to the second
22   page of the exhibit, do you see the section that's
23   titled "How FDA followed up on the latest reports"?
24       A. Yes.

Page 103

1        Q. Okay. And you see it says, quote,
2    "Because safety questions about the possible
3    presence of asbestos in talc are raised
4    periodically, the FDA decided to conduct an
5    exploratory survey of currently marketed
6    cosmetic-grade raw material talc," closed quote.
7            Do you see where I read?
8        A. Yes.
9        Q. And there's no discussion there that the
10   testing was done at the behest of litigation, is
11   there?
12       A. No.
13       Q. And did you know that the talcum products
14   tested by the FDA in this document were Johnson &
15   Johnson products?
16       MS. O'DELL: Object to the form.
17       A. I think it says Johnson's Baby Powder and
18   Shower to Shower on there, and I know those are J&J
19   products.
20       Q. (BY MR. JAMES) Do you have any personal
21   knowledge concerning the specifications that are
22   used by Johnson & Johnson with respect to its
23   cosmetic talcum powder products?
24       A. I do not know them.

Page 104

1        Q. Have you looked at those?
2        A. No, I have not.
3        Q. Are you aware that Johnson & Johnson
4    manufacturers its products in accordance with United
5    States Pharmacopeia Convention?
6        MS. O'DELL: Objection to form.
7        A. I did not know that specifically.
8        Q. (BY MR. JAMES) Have heard of that
9    organization before?
10       A. Yes, I have.
11       Q. Do you consider that to be a respected
12   organization?
13       MS. O'DELL: Object to the form.
14       A. Yes.
15       Q. (BY MR. JAMES) Did you know that there
16   have been thousands upon thousands of testing
17   documents produced in this litigation?
18       MS. O'DELL: Object to the form.
19       A. I --
20       MS. O'DELL: Don't speculate. If
21   you -- if you --
22           THE WITNESS: I --
23           MR. JAMES: I'm asking her if she
24   knew.

Page 105

1            THE WITNESS: -- was going to say I
2    didn't know.
3        MS. O'DELL: Okay. Good. I didn't
4    hear what your answer was. Sorry.
5            THE WITNESS: Okay.
6        MS. O'DELL: I didn't -- I talked over
7    you. I apologize.
8            THE WITNESS: That's okay.
9        Q. (BY MR. JAMES) So the -- just so that the
10   exchange is clear, Doctor, did you know that there
11   have been thousands upon thousands of testing
12   documents produced in this litigation?
13       A. I did not.
14       Q. Did you know that those testing documents
15   include testing documents performed by third-party
16   labs?
17       MS. O'DELL: Object to the form.
18       A. I did not.
19       Q. (BY MR. JAMES) Did you review a 2014
20   letter by the FDA in the course of forming your
21   opinions in this case?
22       A. Could you show me that letter?
23       Q. Absolutely.
24       A. See if I recognize it.

Ellen Blair Smith, M.D.

Page 106

1          MR. JAMES:  I'm gonna mark as Exhibit
2   Number 8 -- it's the 2014 FDA letter denying the
3   Citizen Petitions.
4          (Deposition Exhibit 8 marked for
5            identification.)
6     A.  (Examined exhibit.)  Yes, sir, I have seen
7   this letter.
8     Q.  (BY MR. JAMES)  Did you consider this
9   letter informative -- to be informative of your
10  opinions?
11         MS. O'DELL:  Object to the form.
12    A.  I read this report, and it went into a
13  total database.
14    Q.  (BY MR. JAMES)  And does that mean your
15  total set of materials that you considered?
16    A.  Yes, it's my brain.
17    Q.  Do you understand that in this letter the
18  FDA also commented on the allegation that asbestos
19  contaminates cosmetic talc products?
20    A.  Yes.
21    Q.  And did you -- do you recall seeing the
22  FDA's conclusion in this letter about that
23  allegation?
24         MS. O'DELL:  Feel free to refresh

Page 107

1   yourself about the document, Dr. Smith.
2     A.  (Examined exhibit.)  My understanding was
3   their conclusions was that they were not going to
4   issue a warning on products, nor were they going to
5   allow a hearing for further discussion.
6     Q.  (BY MR. JAMES)  And you understand that in
7   this 2014 letter the FDA referred back to its 2010
8   testing for presence of asbestos, correct?
9     A.  Correct.
10    Q.  Do you have any reason to disagree with
11  the FDA's statements in this letter about the
12  allegation that asbestos contaminates talc products?
13         MS. O'DELL:  Objection to the form.
14         I think Dr. Smith misunderstood your
15  prior question.  Counsel, I think you sort of missed
16  each other.
17         But your context of this question is
18  asbestos, not the overall finding of the letter, but
19  asbestos itself?
20    Q.  (BY MR. JAMES)  Dr. Smith, can you answer
21  my question?
22    A.  I may have to read it again.
23         (Examined realtime screen.)  Yes, they
24  did refer back to the 2010 testing for presence of

Page 108

1   asbestos.
2     Q.  (BY MR. JAMES)  And my -- the question
3   that I posed before Ms. O'Dell made her speaking
4   objection was that do you have any reason to
5   disagree with the FDA's statements in this letter
6   about the allegation that asbestos contaminates talc
7   products?
8          MS. O'DELL:  Object to the form;
9   misstates the document.
10    A.  (Examined realtime screen.)
11         I share the FDA's concern that they
12  make a blanket statement with testing only some of
13  the suppliers and a limited number of products and a
14  limited number of samples of those products, so I --
15  I understand they -- how they base their conclusion.
16  I might have or would have suggested additional
17  studies.
18    Q.  (BY MR. JAMES)  And you understand --
19  again, we've discussed this already, but of the
20  products tested, those products included Johnson &
21  Johnson products.
22         Did you know that?
23    A.  Yes.  I -- they had a single sample of
24  Johnson & Johnson powder from the DC area.

Page 109

1     Q.  Do you understand that the supplier of the
2   talc that's used in Johnson & Johnson products also
3   submitted samples?
4     A.  Yes, I did.
5     Q.  Do you have any opinions about the amount
6   of exposure to asbestos that you believe would be
7   imparted upon a user of Johnson & Johnson talc
8   products?
9          MS. O'DELL:  Object to the form; vague
10  as to time and duration.
11    A.  No.
12    Q.  (BY MR. JAMES)  And do you have any
13  opinions about the alleged contamination on a
14  fiber-per-bottle basis?
15         MS. O'DELL:  Object to the form.
16    A.  No.
17    Q.  (BY MR. JAMES)  Do you have an opinion as
18  to when you believe J&J talc powder products were
19  contaminated with asbestos and on the market?
20         MS. O'DELL:  Object to the form.
21    A.  Yes.
22    Q.  (BY MR. JAMES)  What is that opinion?
23    A.  My opinion is that contamination occurs at
24  the mine and persists through the processing all the

28 (Pages 106 to 109)

Ellen Blair Smith, M.D.

| Page 110 |
| --- |

1 way to market.
2 Q. Okay. I think you misunderstood my
3 question or maybe I asked a bad question.
4 But do you have any opinion about
5 when, for what duration or period of years,
6 Johnson & Johnson talc products were on the market
7 and were allegedly contaminated with asbestos?
8 MS. O'DELL: Object to the form.
9 A. Dr. Longo has tested samples from the '70s
10 to 2000 with the presence of a -- presence of
11 asbestos.
12 Q. (BY MR JAMES) And, again, you're
13 referring back to the Longo litigation testing that
14 we've talked about at length --
15 A. Yes.
16 Q. -- this morning, correct?
17 A. Yes.
18 MS. O'DELL: Objection to form.
19 Excuse me. Object to the form.
20 Q. (BY MR. JAMES) Do you have any opinion
21 about -- well, strike that.
22 With respect to your opinion that
23 asbestos is a cause of ovarian cancer, how did you
24 go about searching for the materials that you

| Page 111 |
| --- |

1 reviewed to inform that opinion?
2 A. I reviewed articles that were listed in
3 IARC 100C and --
4 Q. And the -- oh, I'm sorry, Doctor.
5 A. -- then PubMed research as well.
6 THE COURT REPORTER: What did you say?
7 THE WITNESS: PubMed, P-u-b-M-e-d
8 Q. And on page 18 through 19, Doctor, is,
9 again, your section on asbestos, correct?
10 A. Um-hum. Um-hum.
11 Q. And in that section, Doctor, you refer to
12 the IARC, which you just mentioned, correct?
13 A. Correct.
14 Q. And then you cite five, what you refer to
15 as, quote, "heavy occupational exposure," close
16 quote, studies, correct?
17 A. Correct.
18 Q. And below that you also discuss the
19 Camargo study; is that right?
20 A. Correct.
21 Q. And then if you turn the page, you refer
22 in a single sentence to a Reid study, correct?
23 A. Correct.
24 Q. Did you review all of those studies?

| Page 112 |
| --- |

1 A. Yes.
2 Q. Okay. Did you review any other studies
3 examining the purported relationship between
4 asbestos and ovarian cancer?
5 A. Not that I remember.
6 Q. Does this report reflect your complete
7 analysis of those studies?
8 MS. O'DELL: Object to the form.
9 Q. (BY MR. JAMES) And how they relate to
10 your opinions in this case?
11 MS. O'DELL: Objection to form.
12 A. Yes. I believe so.
13 Q. (BY MR. JAMES) Do you recall looking at
14 the Reid study? Do you -- sitting here today, do
15 you recall the Reid study?
16 A. That's my favorite one. May I see it.
17 Q. Sure.
18 MS. O'DELL: Yes. Please.
19 Q. (BY MR. JAMES) Did you say -- I'm sorry.
20 Did you say the Reid study was your
21 favorite study?
22 A. Yes.
23 MS. O'DELL: On this topic, Doctor.
24 THE WITNESS: In my life, no. It is

| Page 113 |
| --- |

1 not my favorite study in my life, but . . .
2 MR. JAMES: Okay. I'm gonna mark the
3 Reid study as Exhibit Number 9.
4 (Deposition Exhibit 9 marked for
5 identification.)
6 A. (Examined exhibit.)
7 MR. JAMES: Oh, thank you.
8 Q. (BY MR. JAMES) Have you had a chance to
9 refresh your recollection of the study, Doctor?
10 A. Um-hum. Um-hum.
11 Q. And why is this your favorite study?
12 A. As a pathology review discriminating
13 mesothelioma from epithelial ovarian cancer.
14 Q. And you don't have any -- strike that.
15 The discussion that you've included in
16 your report as to Reid is that single sentence,
17 correct?
18 A. Yes.
19 Q. Do you --
20 A. And it's a meta-analysis.
21 Q. Do you agree with the statements in the
22 Reid study about misclassification?
23 A. Exactly what statements, please?
24 Q. Sure.

29 (Pages 110 to 113)

Ellen Blair Smith, M.D.

Page 114

1    So if you look towards the Conclusion
2  section that's on the second to last page of the
3  article.
4    A. (Complied.) Thank you.
5    Q. And if you look at the Conclusion section,
6  I'll just read the first couple sentences.
7    The article says, quote, "Taken
8  without further analysis, women thought to have
9  ovarian cancer had an increased rate in the
10 meta-analysis if reporting having been exposed to
11 asbestos, compared with reference populations."
12 (Paraphrasing.) However, this finding may result
13 from the methods used to identify the ovarian cancer
14 cases, close quote.
15   A. Yes.
16   Q. Do you agree with the concern expressed in
17 Reid about the disease misclassification?
18   A. I do.
19   Q. And then if you scan further down in that
20 paragraph of the article, Doctor, you see, you know,
21 about halfway to three-quarters of the way down,
22 there's a sentence that starts with the word
23 "However."
24     It says, quote, "However, the authors

Page 115

1  of this article suggest that the IARC decision to
2  determine asbestos exposure as a cause of ovarian
3  cancer was premature and not wholly supported by the
4  evidence" --
5    A. Are you on the back page?
6    Q. -- close quote.
7    Yes. On the same paragraph that I was
8  reading with you earlier. It's the Conclusion
9  paragraph.
10   A. Where it says "Discussions"? Oh, no.
11   Q. I'm on page --
12   A. Oh, I'm --
13   Q. -- 1294.
14   A. Okay. I've caught up with you now.
15 Sorry. (Examined exhibit.)
16   Q. And I was reading a sent- -- a sentence
17 that started with the word "However."
18   A. All right. Um-hum. (Examined exhibit.)
19   Q. Do you agree with the Reid authors that
20 the determination of IARC was premature?
21   A. No, I do not.
22   Q. Do you agree with the authors of the Reid
23 paper that the IARC conclusion was not wholly
24 supported by the evidence?

Page 116

1    A. I think the weight of the evidence falls
2  with the IARC even though they're meta-analysis
3  crossed -- their -- no, their meta-analysis didn't.
4    The overall -- I mean, their findings
5  have a risk of 1.75 with confidence intervals of
6  1.45 to 2.10.
7    So, again, she has a positive study
8  with pathology review, and then she says the IARC is
9  premature. I don't understand her conclusion.
10   Q. Do you understand that, again, her --
11 her -- the cautions expressed in this last
12 paragraph, some of those cautions arise from the
13 concerns about disease in this classification.
14     Do you understand that?
15     MS. O'DELL: Object to the form.
16   A. Yes.
17   Q. (BY MR. JAMES) And do you agree with
18 those concerns?
19     MS. O'DELL: Object to the form.
20   A. I think it is very difficult to
21 discriminate mesothelioma from epithelial ovarian
22 cancer sometimes.
23   Q. (BY MR. JAMES) And I received word that
24 the tape needs to be changed so --

Page 117

1    A. Okay.
2    Q. -- we'll take a short break.
3    A. Okay.
4      THE VIDEOGRAPHER: Going off the
5  record. The time is 11:39 a.m.
6      (A recess was taken from 11:39 a.m.
7      to 11:55 a.m.)
8      THE VIDEOGRAPHER: This marks the
9  beginning of Disk 2. Back on the record. The time
10 is 11:55 a.m.
11   Q. (BY MR. JAMES) Dr. Smith, we are
12 continuing our discussion of your opinion on
13 asbestos as causes of ovarian cancer. Okay?
14   A. Correct.
15   Q. Did you consider any weaknesses or
16 limitations in the body of the literature that you
17 reviewed concerning the link between asbestos and
18 ovarian cancer?
19   A. Could you be more specific?
20   Q. Certainly in evaluating medical literature
21 you would agree that one thing for you to consider
22 is whether the study has any limitations, correct?
23   A. Correct.
24   Q. And so my question, which is open-ended,

Ellen Blair Smith, M.D.

Page 118

1   is whether, in looking at the set of literature that
2   you looked at on asbestos and ovarian cancer, if you
3   found any limitations to that set of literature?
4           MS. O'DELL:  Objection; vague.
5       A.  I've considered whether they're single
6   site studies, occupational sposure -- exposure
7   versus people who wash the clothes of workers or
8   nonenvironmental exposure as opposed to
9   occupational, those things.
10      Q.  (BY MR. JAMES)  And --
11      A.  And --
12      Q.  -- so let's start --
13          MS. O'DELL:  I'm sorry.  Were you
14   finished, Dr. Smith?  If you --
15          THE WITNESS:  I have.
16          MS. O'DELL:  Okay.
17      Q.  (BY MR. JAMES)  Let's -- so you just
18   identified one limitation as -- let me -- let me
19   rephrase this.
20          Would you agree that one limitation of
21   the set of literature that you reviewed was that --
22          (Phone interruption.)
23          THE WITNESS:  What is that?
24          MR. JAMES:  Just a second.  Let's go

Page 119

1   off.
2           THE VIDEOGRAPHER:  Going off the
3   record.  The time is 11:57.
4           (A recess was taken from 11:57 a.m.
5           to 11:58 a.m.)
6           THE VIDEOGRAPHER:  Back on the record.
7   The time is 11:58 a.m.
8       Q.  (BY MR. JAMES)  Dr. Smith, would you agree
9   that one limitation to this set of literature that
10   you reviewed is that the literature pertains to
11   occupational exposures?
12          MS. O'DELL:  Object to the form.
13      A.  It contains occupational exposure and, I
14   mean, the meta-analysis of Reid, for example.  It
15   contains both.
16      Q.  (BY MR. JAMES)  Do you -- would you agree
17   that for the studies that pertain to occupational
18   exposure that you've reviewed that's one limitation
19   to those studies in applying them to the --
20      A.  Nonoccupational people, yes.
21      Q.  Thank you.  And the doctor finished my
22   question.
23      A.  Sorry.
24      Q.  And I -- we understood each other, so

Page 120

1   that's okay.  I'll try to talk quicker, and you can
2   try to anticipate my questions less.
3           MS. O'DELL:  Well, and if you would --
4   yes, and give me a moment just to respond --
5           THE WITNESS:  Sorry.
6           MS. O'DELL:  -- respond with an
7   objection if I need to.
8           THE WITNESS:  I'll get better.
9           MS. O'DELL:  Thank you.  You're doing
10   great.
11      Q.  (BY MR. JAMES)  You agree that long-term
12   exposure to asbestos in an indust- -- in an
13   industrial environment is different than the
14   allegation that a person's exposed to
15   asbestos-contaminated talc products --
16          MS. O'DELL:  Object --
17      Q.  (BY MR. JAMES)  -- correct?
18          MS. O'DELL:  Object to the form.
19      A.  If you are talking about difference in
20   terms of dosage and -- and amount of exposure, then
21   I would say there's probably a difference.
22          If you would suggest that the
23   mechanism of carcinogenesis is different, then I
24   would say no, it's probably the same.

Page 121

1       Q.  (BY MR. JAMES)  And you agree that some of
2   the studies that the IARC looked at were in the
3   occupational context, correct?
4       A.  Correct.
5       Q.  And, in fact, the IARC's conclusion on
6   causation was heavily weighted on the occupational
7   studies, correct?
8           MS. O'DELL:  Object to the form.
9       A.  I'd have to look at the IARC study again
10   to see how they stated it.  And I could do that, if
11   you want me to.
12      Q.  (BY MR. JAMES)  Do you recall that when
13   the IARC looked at the nonoccupational studies the
14   association that they found there was not
15   statistically significant?
16          MS. O'DELL:  Objection to the form.
17      A.  I don't recall that.
18      Q.  (BY MR. JAMES)  If that's the case, do you
19   believe that's important?
20          MS. O'DELL:  Object to the form.
21      A.  I'd like to look at the paper if you'd
22   let -- if you'd let me.
23      Q.  (BY MR. JAMES)  Sure.
24          THE WITNESS:  Am I allowed to see it?

31 (Pages 118 to 121)

Ellen Blair Smith, M.D.

Page 122

1      Q.  (BY MR. JAMES)  That's fine.  That's fine.
2          Let's talk about -- talk about --
3   we'll talk about the paper more -- more specifically
4   in just a second.
5      A.  Okay.
6      Q.  If I can continue the line of questions on
7   the limitations.
8      A.  Okay.
9      Q.  So we've talked about occupational --
10         MS. O'DELL:  Excuse me.
11     Q.  (BY MR. JAMES)  -- being one limitation,
12  correct?
13         MS. O'DELL:  Excuse me.  Doctor --
14         MR. JAMES:  Leigh, there's not a
15  question pending.
16         MS. O'DELL:  She's asked to look at
17  IARC 100C, and if the witness has asked to look at
18  the document, I'm going to put it in front of her.
19  Give me just a second.
20         THE WITNESS:  It's the second IA.
21  It's the first thing in the second IA.
22         MS. O'DELL:  (Handed binder to
23  witness.)
24         THE WITNESS:  Thank you.

Page 123

1      A.  (Examined binder.)
2      Q.  (BY MR. JAMES)  Okay.  Dr. Smith, your
3   counsel has handed you a copy of the IARC talc
4   monograph, correct?
5      A.  Correct.
6      Q.  Okay.  And I'm gonna mark as Exhibit
7   Number 10 --
8          MS. O'DELL:  I'm sorry.  You said the
9   talc monograph.  I handed her 100C.  Not --
10         MR. JAMES:  Oh.  Thank you.
11         BY MS. O'DELL:  Not monograph.
12         MR. JAMES:  You're right.
13         BY MS. O'DELL:  193.
14         MR. JAMES:  You're right.  You're
15  right.  Thank you.
16     Q.  (BY MR. JAMES)  So I am going to -- I'll
17  refer to it commonly as the asbestos monograph
18  for -- for a simple shorthand.
19         So your counsel has handed you a copy
20  of the asbestos monograph 100C and --
21         MS. O'DELL:  Which -- which discusses
22  talc, so I don't want to be misleading.
23         THE WITNESS:  No, 193 discusses talc.
24  100C discusses asbestos.

Page 124

1      Q.  (BY MR. JAMES)  So I'm going to hand
2   you -- I think we're all on the same page now.  I'm
3   gonna hand you also a copy with some excerpts from
4   100C.  Okay?
5      A.  Okay.
6      Q.  And I'm gonna mark it as Exhibit
7   Number 10.
8          (Deposition Exhibit 10 marked for
9          identification.)
10         MS. O'DELL:  Thank you.  Feel free to
11  refer to the whole monograph if you'd like,
12  Doctor -- Dr. Smith.
13         THE WITNESS:  Okay.
14     A.  I turned right to it.
15     Q.  (BY MR. JAMES)  Okay.  Doctor, if you can
16  look at page 256 --
17     A.  Yeah.
18     Q.  -- of either the exhibit that I handed you
19  with the excerpts or you're welcome to look at the
20  larger monograph as well.
21     A.  I'm there.
22     Q.  And if you look at the right-hand column,
23  it's the first full paragraph in that column.  It
24  starts with "The Working Group."

Page 125

1          Do you see where I'm reading?
2      A.  Um-hum.  Um-hum.  Yes.
3      Q.  And if you look down at the bottom half of
4   that paragraph, the IARC Monograph states, quote,
5   "The conclusion received additional support from
6   studies showing that women and girls with
7   environmental, but not occupational exposure to
8   asbestos had positive, though non-significant,
9   increases in both ovarian cancer incidence and
10  mortality," close quote.
11         Do you see where I read that?
12     A.  Yes.
13     Q.  And did I read that correctly?
14     A.  Yes.
15     Q.  So here the IARC is commenting that in the
16  nonoccupational studies the association is not
17  statistically significant, correct?
18         MS. O'DELL:  Object to the form.
19     A.  In the articles, they cited, IARC -- this
20  started in 2009 and was published in 2012, and I do
21  not believe they had the 2011 meta-analysis by Reid
22  in this.  They cite Reid 2008 and 2009, but not the
23  meta-analysis.  So what they have, they're making
24  their conclusions there.

32 (Pages 122 to 125)

Ellen Blair Smith, M.D.

Page 126

1    Q.  (BY MR. JAMES)  Right.
2    A.  I think this adds to it.
3    Q.  The Reid paper?
4    A.  The 2011 Reid paper.
5    Q.  And the 2011 Reid paper, again, is the
6  paper where the authors conclude that the IARC's
7  finding with respect to asbestos and ovarian cancer
8  is -- may be premature, correct?
9    A.  I disa- --
10      MS. O'DELL:  Object to the form.
11    A.  Yes.  You are correct that that is their
12  conclusion.  I disagree with their conclusion.  It
13  is your Exhibit 9.
14    Q.  (BY MR. JAMES)  And so you disagree with
15  the conclusions of -- of the paper that you qual- --
16  that you categorized as one of your favorites,
17  correct?
18      MS. O'DELL:  Object to the form.
19    A.  Yes.
20    Q.  (BY MR. JAMES)  And if you look up on the
21  same paragraph, Dr. Smith --
22    A.  Um-hum.
23    Q.  -- the first sentence of that paragraph
24  reads, quote:  (Paraphrasing.)  The Working Group

Page 127

1  noted that a causal association between exposure to
2  asbestos and cancer of the ovary was clearly
3  established, based on five strongly positive
4  mort--- mortality studies of women with heavy
5  occupational exposure to asbestos, close quote.
6      Do you see that?
7    A.  Correct.
8    Q.  So, again, the IARC here is emphasizing
9  that the body of literature that supports the IARC's
10  finding is the occupational body of literature,
11  correct?
12      MS. O'DELL:  Objection to the form.
13    A.  Correct.
14    Q.  (BY MR. JAMES)  Are there any other
15  limitations that -- that you can think of with
16  respect to this set of literature?
17      And when I say "set," I refer to the
18  literature exploring the relationship between
19  asbestos and ovarian cancer.
20    A.  In IARC --
21      MS. O'DELL:  Object to the form;
22  vague.
23    A.  -- 100C.
24    Q.  (BY MR. JAMES)  The -- yes.  My question

Page 128

1  posed is about the body of literature that you
2  reviewed to inform your opinions about asbestos and
3  ovarian cancer.
4      Are there any other limitations that
5  you can identify for us today?
6      MS. O'DELL:  Objection to form; vague.
7    A.  I think the IARC -- I forgot how to speak
8  English.  Sorry.
9      The IARC conclusion that asbestos is
10  causative in ovarian cancer is expanded by two
11  meta-analyses as opposed to these single studies,
12  EPI studies, even though they're cohort studies of
13  Camargo and Reid.
14      Reid doesn't agree with her own
15  statistical findings.  I don't know why she did
16  that.
17    Q.  (BY MR. JAMES)  Well, the Reid authors
18  considered the limitations of the body of
19  literature, correct?
20      MS. O'DELL:  Object to the form.
21    A.  Everyone considers the limitations of the
22  body of literature when they write a paper.
23    Q.  (BY MR. JAMES)  Right.  So do you -- do
24  you think Reid did anything incorrectly in

Page 129

1  evaluating the limitations of the body of
2  literature?
3    A.  I think she made an incorrect conclusion.
4  I don't think that necessarily has to do with the
5  limitations of the body.
6      She has statistically significant
7  meta-analytic study even though the strength is low,
8  but she -- and then she says -- I disagree with it.
9  I don't think it's significant.
10      I mean, it's 1.75.  What -- I don't --
11  I don't understand how she reached her conclusion.
12    Q.  But you understand she -- the paper notes
13  the concern for misclassification, which we've
14  already discussed, correct?
15    A.  Right.  But she accounted for that in her
16  studies, so I --
17    Q.  What do you mean by that?
18    A.  She had a patholo- -- she had pathologic
19  review accounted for within here too.
20      MS. O'DELL:  When you say "here,"
21  you're referring to Exhibit 9, the Reid paper?
22      THE WITNESS:  Yes.
23      MS. O'DELL:  Okay.
24      THE WITNESS:  Sorry.  I wasn't clear,

33 (Pages 126 to 129)

Ellen Blair Smith, M.D.

Page 130

1    and the camera probably can't see it too.
2        Q.  (BY MR. JAMES)  So the authors of the Reid
3    paper conclude that disease misclassification may be
4    such a problem such that the IARC's conclusion may
5    be premature?
6        MS. O'DELL:  Objection to --
7        Q.  (BY MR. JAMES)  And you're saying that the
8    authors --
9        MS. O'DELL:  Excuse me.  Have you
10   finished your question?  Sorry.
11       MR. JAMES:  No.
12       MS. O'DELL:  Okay.
13       Q.  (BY MR. JAMES)  You're saying the author's
14   just got it -- got it wrong?
15       MS. O'DELL:  Object to the form.
16       A.  I disagree with their conclusion.
17       Q.  (BY MR. JAMES)  So with mis- -- with this
18   set of literature we've talked about two limitations
19   so far:  Misclassification and occupational versus
20   nonoccupational, correct?
21       A.  We've talked about those two things, yes.
22       Q.  Are there any other limitations to the
23   body of literature that you reviewed that you can
24   identify today?

Page 131

1        MS. O'DELL:  Object to the form;
2    vague.
3        A.  No.
4        MS. O'DELL:  Are you limiting that to
5    asbestos and ovarian cancer or are you limit -- I
6    mean --
7        MR. JAMES:  Yes.  We're talking about
8    the subset of literature, which I've said several
9    times, pertaining to the allegation that asbestos is
10   causative of ovarian cancer.  That's what we're
11   talking about right now.
12       MS. O'DELL:  That makes it clear.  I
13   don't want something taken out of the record later
14   and it's not -- it's not clear.
15       MR. JAMES:  Fair enough.
16       A.  We've talked about those things.  At this
17   time, I can think of nothing else.
18       Q.  (BY MR. JAMES)  Do you consider the small
19   number of cases to be a limitation to that body of
20   literature pertaining to the allegation that
21   asbestos is -- is a cause of ovarian cancer?
22       MS. O'DELL:  Object to the form.
23       A.  (Examined exhibit.)  I'm looking at the
24   numbers in the Reid study, and I'm sorry, it's

Page 132

1    taking me a minute here, Table 2.
2        Small number of cases.  When they are
3    talking about all cases combining, studying 5,240
4    cases, is that a small number?
5        Q.  (BY MR. JAMES)  Do you believe there's --
6    one of the limitations to this body of literature is
7    the small number of cases?
8        A.  No.  No.
9        Q.  Do you believe that there are any
10   limitations to this literature associated with the
11   type of asbestos involved in these studies?
12       A.  No.
13       Q.  Are you familiar with the type of asbestos
14   involved in these occupational studies?
15       A.  Each of the studies list types, at least
16   some of them do.
17       Q.  Does that matter to you at all?
18       A.  Big picture, probably not.
19       Q.  Okay.  So does the type of asbestos at
20   issue in the studies looked at by the IARC matter to
21   you at all in your opinion that asbestos
22   contamination in talc is causative of ovarian
23   cancer?
24       MS. O'DELL:  Objection to form.

Page 133

1        A.  I don't remember a breakdown by type in
2    the IARC by tremolite or actinolite or -- you know,
3    I don't remember that breakdown.
4        Q.  (BY MR. JAMES)  And it's not addressed in
5    your report, correct?
6        A.  It is not addressed in my report.
7        Q.  To reach your opinion that asbestos is a
8    cause of ovarian cancer, what methodology did you
9    apply?
10       A.  The same methodology I applied -- I apply
11   every time.  I read all the literature that I could
12   find.  I read it critically.  Went through the
13   tables, read the footnotes, and made a conclusion,
14   as did IARC 100C.
15       Q.  Is your causation opinion based on IARC?
16       A.  I think we reached the same conclusion.  I
17   certainly got a bunch of references from IARC.
18       But as I told you, I make my own
19   conclusions, even when they disagree with an author
20   of a paper.  So I'm certainly influenced by their
21   conclusion, but I made my conclusion, and I felt
22   freedom to disagree if I did.
23       Q.  Did you read all the studies that IARC
24   discussed?

Ellen Blair Smith, M.D.

Page 134

1  A. Yes.
2  Q. Did you read the nonoccupational studies?
3  A. I read all of these studies. They are --
4  I would have to look at them individually or go to
5  details of them.
6  Q. Is there a reason why you didn't discuss
7  the nonoccupational studies but you did discuss the
8  occupational studies?
9  MS. O'DELL: Object to the form.
10  A. I discussed two meta-analyses that include
11  occupational and nonoccupational exposure because,
12  as I stated other places in my report, I give
13  strength to a meta-analysis above a single either
14  occupational or nonoccupational exposure.
15  Q. (BY MR. JAMES)  And in that section, you
16  did cite to the five occupational studies, but you
17  actually don't cite to the nonoccupational studies
18  in the text of your report.
19  And so that's the genesis of my
20  question is:  Did you actually look at the
21  nonoccupational studies?
22  MS. O'DELL: Objection to form; asked
23  and answered.
24  A. If -- if there's a study that's -- that I

Page 135

1  didn't cite, I -- I don't believe I -- I don't
2  remember it.
3  Q. (BY MR. JAMES)  Later on in your analysis
4  with respect to talc and ovarian cancer you talk
5  about the importance of strength, correct?
6  A. Part of the Bradford Hill criteria, yes.
7  Q. And did you consider strength with respect
8  to asbestos and ovarian cancer?
9  A. I thought it was interesting that the
10  strength of the relative risk or overall risk was
11  similar between talc and asbestos.
12  For Reid, it was 1.75.
13  For Camargo, it was pretty close to
14  that. I don't remember the exact number. I don't
15  think -- I mean, do you want to know the exact
16  number? Wait, wait. I may have said it in my
17  report.
18  (Examined exhibit.) Yeah, 1.77.
19  Yeah, that's almost exactly the same thing and
20  almost exactly the same confidence intervals, 1.45,
21  2.1, 1.37, 2.28. So they're, you know, so those two
22  meta-analyses. Now I forgot -- oh, yes. Strength.
23  I thought -- I thought it was
24  interesting, yes.

Page 136

1  Q. Is the odds ratio that you just cited, the
2  odds ratio, applicable to the occupational studies
3  or the nonoccupational studies?
4  A. Well, there's an occupational one.
5  There's a little bit lower. There tend to be in
6  the -- the statistically significant ones tend to be
7  a 2.27s, 2.53s, not like -- not like asbestos and
8  mesothelioma where the relative risk is 70, you
9  know. I mean, we're talking about a much lower
10  thing.
11  Q. And, again, we've talked already about the
12  fact of the IARC noted in its analysis that
13  the nonoccupational studies provide a not statistically
14  significant association.
15  A. Yes.
16  MS. O'DELL: Excuse me.
17  Q. (BY MR. JAMES)  Correct?
18  MS. O'DELL: Objection to form.
19  You may answer.
20  A. I agree with you, but that's why we have
21  meta-analyses.
22  Q. (BY MR. JAMES)  Do you consider a
23  limitation to the body of literature looking at
24  asbestos and ovarian cancer to include confounding?

Page 137

1  A. Tell me what you mean by "confounding."
2  Q. What does "confounding" mean to you?
3  A. No, no. You asked -- I asked first.
4  Q. I know, but I get to ask the questions.
5  That's the way it works.
6  MS. O'DELL: Object to the form to the
7  extent it's vague and there may be some confusion.
8  A. For example, I would consider a
9  confounding factor that every one of your asbestos
10  workers are heavy cigarette smokers.
11  Q. (BY MR. JAMES)  And I'll ask a more
12  precise question now.
13  Did you -- do you recall, in reviewing
14  the body of literature in asbestos and ovarian
15  cancer, that the literature notes an inability to
16  account for confounding factors?
17  A. Yes. In these studies, they -- they
18  don't -- they have not accounted for factors.
19  Certainly --
20  Q. And --
21  A. Yeah.
22  Q. I'm sorry.
23  MS. O'DELL: Finish your answer if
24  you'd like to, Dr. Smith.

Ellen Blair Smith, M.D.

Page 138

1    A.  Like genetic.  Smoking, genetics, you
2  know, all those things, yes.
3    Q.  (BY MR. JAMES)  And you would agree that
4  is a limitation to the set of literature, correct?
5    A.  Yes.
6    Q.  Have you heard of a body of literature
7  referred to as the Miners and Millers studies.
8       Does that ring a bell to you?
9    A.  It rings a bell.
10    Q.  Do you know if you reviewed those studies
11  in the course of forming your opinions in this case?
12    A.  I'd have to hear an author, but I remember
13  reading about the Miners and Mills [sic] studies.
14    Q.  Did you know that there's a body of
15  literature out there studying cancer rates in miners
16  and millers of cosmetic talc?
17       MS. O'DELL:  Object to the form.  It's
18  vague, asked and answered.
19    A.  Without an author, I -- I remember studies
20  by author or perhaps by the first initial of the
21  author's last name, but I don't remember reading
22  something called Miners and Mills studies.
23    Q.  (BY MR. JAMES)  If there is a body of
24  literature out there that looks at the cancer rates

Page 139

1  of talc miners and millers and that body of
2  literature is not cited in your report, then that
3  means you didn't consider that body of literature,
4  correct?
5       MS. O'DELL:  Objection to form;
6  misstates the record.
7    A.  I don't remember reading that paper.  I
8  hope I did.
9    Q.  (BY MR. JAMES)  Okay.  Can you cite to
10  me -- I'm sorry, Doctor.
11    A.  I would hope I did read the paper, but I
12  didn't.  I don't remember it.
13    Q.  Can you point to me anywhere in your
14  report where you would address studies looking at
15  cancer rates in miners and millers of talc?
16    A.  There is not --
17       MS. O'DELL:  Objection to the form.
18    A.  There is not in my report.
19    Q.  (BY MR. JAMES)  Within your report, you
20  include some opinions on a phrase that I'll put into
21  quotes, "fibrous talc," close quote.
22    A.  Yes.
23    Q.  You state in your report that "Asbestos
24  and fibrous talc cause epithelial ovarian cancer,"

Page 140

1  correct?
2    A.  I do.
3    Q.  Do you equate fibrous talc to be -- to be
4  also talc-containing asbestiform fibers?
5    A.  Fibrous talc is an abest- --- asbestiform
6  habit of talcum powder.  So in that -- in that
7  equivalence, they're needlelike particles.
8    Q.  Do you know if the term "fibrous talc" is
9  used in the IARC Monograph?
10    A.  I believe it is.
11    Q.  Do you understand if there is a
12  distinction between fibrous talc and talc-containing
13  asbestiform fibers?
14       MS. O'DELL:  Objection to form.
15    A.  I believe -- wait.
16       (Examined realtime screen.)  I believe
17  there is a distinction.  I would really like to find
18  that part because I know it's in here.
19       (Examined exhibit.)  Talcum-containing
20  asbestiform fibers.  Talc may also form true mineral
21  fibers that are asbestiform in habit.  I used the
22  right word.
23       "Talc-containing asbestiform fibres is
24  a term that's been used inconsistently in the

Page 141

1  literature.  In some contexts, it applies to talc
2  containing asbestiform fibres of talc or talc
3  intergrown on a nanoscale with other minerals,
4  including [sic] anthophyllite."
5       So I think they make distinction
6  between whether it's asbestos or asbestiform habit
7  of talc.
8       Am I answering your question?
9    Q.  (BY MR. JAMES)  I think so.
10    A.  Okay.
11    Q.  Let me ask you this.
12    A.  Okay.
13    Q.  Would you defer to other experts on
14  distinctions or characterat- --- characterizations of
15  fibrous talc versus talc-containing asbestiform
16  fibers?
17       MS. O'DELL:  Objection; form.  She
18  just answered your question about that.
19    A.  I believe many mineralogists know more
20  about the forms of talc and minerals than I do.
21  I...
22    Q.  (BY MR. JAMES)  Have you cited any
23  epidemiologic or medical literature that supports
24  your opinion that fibrous talc is causative of

36 (Pages 138 to 141)

Ellen Blair Smith, M.D.

Page 142

1  ovarian cancer?
2      A.  I have never seen a study that looks
3  specifically with pure fibrous talc and ovarian
4  cancer.
5      Q.  What is the significance of your opinions
6  on asbestos to your opinions on talc and ovarian
7  cancer?
8          MS. O'DELL:  Objection to the form.
9      A.  (Examined realtime screen.)  I think the
10  presence of asbestos in talcum powder products
11  causes ovarian cancer.
12      Q.  (BY MR. JAMES)  Is the alleged presence of
13  asbestos in cosmetic talc powders critical to your
14  causation opinion that talc powders cause ovarian
15  cancer?
16      A.  No.
17          MS. O'DELL:  Objection to form.
18      Q.  (BY MR. JAMES)  Do you believe that talc
19  powders not contaminated with asbestos would also be
20  a cause of ovarian cancer?
21      A.  I'm not sure there is such a thing as a
22  pure, platy talc powder, but I believe such powder
23  use, did it exist, would cause ovarian cancer.
24      Q.  Would your answer hold true if I asked the

Page 143

1  same question about fibrous talc?
2          MS. O'DELL:  Just to be clear --
3          MR. JAMES:  And if you'd like -- I'll
4  just go through it again, which is no problem.
5      Q.  (BY MR. JAMES)  Is the alleged presence of
6  fibrous talc critical to your causation opinion that
7  talcum powders cause ovarian cancer?
8          MS. O'DELL:  Object to the word
9  "alleged."
10          You may answer.
11      A.  I believe that fibr-- -- fibrous talc -- a
12  poor preparation of fibrous talc applied repeatedly
13  and consistently to the perineum would cause ovarian
14  cancer.
15      Q.  (BY MR. JAMES)  And let me ask a question,
16  maybe, that's more precise, similar to the question
17  I asked you about asbestos.
18          Do you believe that talc that does not
19  contain fibrous talc is a cause of ovarian cancer?
20      A.  I already answered that.
21          MS. O'DELL:  Object to the form.
22      A.  But I -- but --
23      Q.  (BY MR. JAMES)  I think maybe we missed
24  each other.

Page 144

1      A.  Okay.  You gave me a --
2          MS. O'DELL:  Let him -- excuse me.
3  Let him ask the question and then you respond.
4          THE WITNESS:  Okay.
5      Q.  (BY MR. JAMES) (Examined realtime
6  screen.)  So the question that I asked was:  Do you
7  believe that talc that does not contain fibrous talc
8  is a cause of ovarian cancer?
9          MS. O'DELL:  Object to the form.
10      A.  Yes.
11      Q.  (BY MR. JAMES)  If talc powders did not
12  contain asbestos or fibrous talc, would your
13  opinions about mechanism change?
14      A.  This is kind of a double negative, doesn't
15  it?
16          MS. O'DELL:  Object to the form.
17      Q.  (BY MR. JAMES)  I don't think it's a
18  double negative.
19      A.  Okay.
20          (Examined realtime screen.)  My
21  opinion about mechanisms unchanged by concerns of
22  asbestos in fibrous talc.
23          MR. JAMES:  It's 12:32.  I can
24  continue a little longer if you'd like or -- it's up

Page 145

1  to you Leigh and Dr. Smith.
2          MS. O'DELL:  Dr. Smith, would you like
3  to take a break for lunch now or --
4          THE WITNESS:  Have you got a 10-minute
5  block?
6          MR. JAMES:  I can always go for 10
7  more minutes.
8          THE WITNESS:  Let's do it.
9          MR. JAMES:  Okay.
10          THE WITNESS:  Is that -- is everybody
11  else comfortable?  Yeah, I don't want to --
12          MS. O'DELL:  Yeah.  10 minutes and
13  let's --
14          THE WITNESS:  -- make somebody --
15          BY MS. O'DELL:  -- take a break.
16          THE WITNESS:  -- endure hunger pains.
17      Q.  (BY MR. JAMES)  All right.  Dr. Smith,
18  we're gonna wade back into your report --
19      A.  Oh, good.
20      Q.  -- and I'm looking at page 3.
21          And on page 3, Dr. Smith, you list
22  what you consider to be, quote, "generally
23  accepted," close quote, risk factors for ovarian
24  cancer, correct?

37 (Pages 142 to 145)

Ellen Blair Smith, M.D.

Page 146

1    A.  I see that.
2    Q.  What is your definition of a generally
3  accepted risk factor?
4    A.  Something that the vast majority of
5  trained physicians in that specialty would accept as
6  truth.
7    Q.  And how did you compile this list?
8    A.  Working in the field for 40 years, viewing
9  lots of risk articles and tabulating them, like
10  listing them and reviewing the literature regarding
11  specific things.
12        For example, a comprehensive view of
13  the literature regarding tubal sterilization and its
14  risk of ovarian cancer.
15        Throughout my career, numerous times,
16  I've done ovarian contraceptive use and ovarian
17  cancer of use as formulations of oral contraceptives
18  have changed and different progestins, different
19  levels of estrogen, do we still have a suppressive
20  effect on ovarian cancer?  So this is kind of my
21  life.
22    Q.  Do you believe all of the factors that
23  you've listed here in this first paragraph are
24  mentioned in the articles here that you've cited?

Page 147

1    A.  I'm not -- without going to each
2  individual article, I can't checklist which thing is
3  listed in each article.
4    Q.  Was it -- when you created this list, was
5  it your intention to cite to an authority that
6  supported each one of these things that you listed
7  at least once?
8    A.  I think -- I don't think everyone -- I
9  can't promise you, without looking at each of these
10  papers, that everybody listed every single one of
11  the things I said, but somebody in this group
12  mentioned these things, and I had other information
13  that maybe want to put on the list.
14    Q.  Is it possible that at least some of these
15  things that you've listed are not identified in the
16  sources that you've cited and instead come from the
17  information that you just referred to that -- that
18  you possessed through your practice?
19    A.  It's possible.
20        MS. O'DELL:  Object to form.
21    A.  It's possible.
22    Q.  (BY MR. JAMES)  For -- for example, IUDs
23  that you listed here, do you believe that's a
24  general accepted risk factor for ovarian cancer?

Page 148

1    A.  What's -- oh, intrauterine devices.  I
2  don't think that's generally -- it's been -- it's
3  been studied in some studies.  Pelvic inflammatory
4  disease, it's been plus or minus in some studies.
5    Q.  So --
6    A.  But --
7    Q.  I'm sorry.
8    A.  -- somebody mentioned it somewhere in
9  my -- in my life.
10    Q.  And so the way you've characterized this
11  paragraph is that you have attempted to list, quote,
12  "generally accepted," close quote, risk factors.
13        And what I'm asking you is whether all
14  these things that you've listed here are, in your
15  opinion, generally accepted by the medical
16  community?
17    A.  I will give you that intrauterine devices
18  may not be generally accepted by the majority of --
19  I lost my mike.  I'm sorry -- obstetrician
20  gynecologists.
21    Q.  And how about PID?  Do you believe that's
22  a generally accepted risk factor with the
23  terminology you've used?
24    A.  There -- there are a whole bunch of papers

Page 149

1  about pelvic inflammatory disease and its impact on
2  ovarian cancer and epidemiologic studies and they
3  vary in value.
4        I would -- it is not as strong a risk
5  factor as inherited gene mutations, family history,
6  nulliparity, and endometriosis.
7    Q.  When creating this list of generally
8  accepted risk factors, did you consult a list of
9  risk factors published by any medical or scientific
10  organization?
11        MS. O'DELL:  Object to the form.
12        But you . . .
13    A.  I didn't go on any websites to get my
14  references.
15    Q.  (BY MR. JAMES)  Would you have consulted
16  the list of risk factors published by ACOG?
17    A.  I didn't get the -- even the committee
18  opinion or the postgraduate, all those different
19  letters, I didn't use that as one of my resources.
20    Q.  And did you consider a list of risk
21  factors published by the SGL?
22    A.  I did not use that as one of my risk
23  factors.
24    Q.  Do you recognize both of those

38  (Pages 146 to 149)

Ellen Blair Smith, M.D.

Page 150

1    organizations as respected scientific organizations?
2        A.  I do.
3        Q.  And you're members of both, correct?
4        A.  I am.
5        Q.  And you have been active in both, correct?
6        A.  Very.
7        Q.  In crafting a list of generally accepted
8    risk factors, why wouldn't you have been interested
9    in what those two organizations have to say about
10   what is, quote, "generally accepted"?
11       A.  I'm not disinterested.  I, again,
12   assembled my own sources out of medical databases
13   and read the articles and did my own work.
14            It's not that I disagree with them.
15   It's just I don't want a copy of their stuff, you
16   know.  I want to do my own work.
17       Q.  Earlier you defined "generally
18   accepted" -- and I'll see if I can find it on my
19   realtime.
20            While I'm looking for it, and you can
21   correct me if I've misstated it, Dr. Smith, but my
22   recall is that you defined "generally accepted" as
23   something that is believed by the majority of
24   practitioners in the field.

Page 151

1            Is that a fair summary?
2        A.  Yes.
3        Q.  Wouldn't it be logical that statements by
4    medic- -- respected medical and scientific
5    organizations with regard to risk factors would be
6    reflective of what the medical community believes --
7        A.  Yes.
8        Q.  -- as a whole?
9            MS. O'DELL:  Object to the form.
10       Q.  (BY MR. JAMES)  Among that list in the
11   same paragraph, you have listed all of the risk
12   factors.
13            You also list talc and asbestos,
14   correct?
15       A.  Yes.
16       Q.  And the way you phrase it, I want to be
17   sure that I understand your testimony, but are you
18   testifying here that talcum powder and asbestos are
19   generally accepted risk factors for ovarian cancer?
20            MS. O'DELL:  Object to the form.
21       A.  They are not on the SGO list.  They are
22   not -- I mean, on the ACOG list.  They are listed in
23   some review articles and the literature about them
24   in risk factors.  They are not listed in others.

Page 152

1            I can't give you a percentage, like
2    have a vote in ACOG of who calls it a risk factor
3    and who doesn't.  So I don't know what proportion of
4    OB/GYNs believe that's a risk factor or not, but
5    certainly some do, and I can't quantitate it
6    further.
7        Q.  (BY MR. JAMES)  And to say something is
8    generally accepted, you'd have to quantify it,
9    wouldn't you?
10           MS. O'DELL:  Object to the form.
11       A.  Yeah.  I think generally it would be at
12   51 percent, and I don't know where the count is.
13       Q.  (BY MR. JAMES)  And do you know that the
14   ACOG has actually issued a statement on the
15   talc/ovarian cancer hypothesis?
16           MS. O'DELL:  Object to the form.
17       A.  I have read a very brief statement on the
18   ACOG website about talc.
19       Q.  (BY MR. JAMES)  And, again, is -- so
20   because you consider it to be a well-respected
21   organization, you would be interested in what that
22   organization has to say about the hypothesis,
23   correct?
24       A.  That's why I looked it up.

Page 153

1        Q.  And do you -- did you -- do you recall, if
2    you've looked at that statement, that they say that
3    there is, quote, "No medical consensus that talcum
4    powder causes ovarian cancer," closed quote?
5        A.  That was the final line, I think, a first
6    line -- first part of what I read was "Don't use it"
7    because of the -- I can't -- I can't quote it out of
8    my brain.  But just the "Don't use talc."  We
9    haven't got medical consistent is the very short
10   statement I remember reading some time ago.
11       Q.  Okay.  I'm gonna mark that, the ACOG
12   statement that I'm discussing --
13       A.  Oh.  Well, good.
14       Q.  -- with you, Dr. Smith, as Exhibit
15   Number 11.
16       A.  Don't make me dig so far back.
17           MS. O'DELL:  Exhibit 11?
18           MR. JAMES:  Yes.
19           BY MS. O'DELL:  Thank you.
20           MR. JAMES:  That's where we are.
21           BY MS. O'DELL:  Is this the . . .
22           MR. JAMES:  And I'm sorry for the
23   small print.
24           (Line intentionally left blank.)

Ellen Blair Smith, M.D.

Page 154

1          (Deposition Exhibit 11 marked for
2        identification.)
3      A. (Examined exhibit.) Okay. "Obstetrician
4    gynecologists do not remend -- recommend use of
5    vaginal treatment such as douche, vaginal sprays or
6    talcum powder and the use of talcum powder has
7    declined over the years. There is no medical
8    consensus that talcum powder causes ovarian cancer."
9      Q. (BY MR. JAMES) Right. And so we've
10    talked about that last sentence already, correct,
11    where they -- ACOG has published a statement saying
12    there's not a medical consensus, correct?
13      A. Yes.
14      Q. Okay. And the first portion of the
15    statement that you've read into the record about the
16    gynecologists not recommending the use --
17      A. Um-hum.
18      Q. -- can you read the first part of that
19    sentence for me?
20      A. "Because of concerns regarding potential
21    discomfort or pain."
22      Q. And so the recommendation to not use the
23    talcum powder products there is predicated on
24    concern for discomfort or pain, correct?

Page 155

1          MS. O'DELL: Object to the form.
2      A. That's what it says, but -- so -- and the
3    number of references they cite here are puny
4    compared to a number of studies that I reviewed
5    in-depth. I --
6      Q. (BY MR. JAMES) Do you believe the ACOG --
7          MS. O'DELL: Excuse me, sir. Let her
8    finish the --
9      Q. (BY MR. JAMES) Oh, I'm sorry. I thought
10    you were.
11          MS. O'DELL: Yeah.
12          You may finish, Dr. Smith, if you'd
13    like.
14      A. Reading between the lines and knowing some
15    of the people involved, they don't want to incur
16    criticism for saying, "Because of our concerns about
17    a potential for the development of ovarian cancer,
18    obstetrician gynecologists do not recommend the use
19    of vaginal treatments," so they threw in "potential
20    discomfort or pain."
21          Now, women frequently use douches,
22    sprays, or powder because they're uncomfortable.
23    It's not because they cause discomfort.
24          So the people behind the statement

Page 156

1    don't want women to use talcum powder products and
2    aren't willing to call its relation to ovarian
3    cancer.
4      Q. (BY MR. JAMES) Do you know Dr. Hal
5    Lawrence?
6      A. I do. Blue-eyed boy.
7      Q. Have you reached out to him with any
8    concerns about the statement and how --
9      A. No, I have not.
10      Q. -- it's phrased?
11          MS. O'DELL: Dr. Smith, let him
12    finish, please, with his question --
13          THE WITNESS: Oh, I'm sorry.
14          MS. O'DELL: -- just so it's clear on
15    the record.
16          MR. JAMES: Okay. I'm about to the
17    breaking point, I believe. I'm gonna mark as the
18    next two exhibits, Exhibit 12.
19          THE WITNESS: I'm out of order.
20          MS. O'DELL: That's okay. We'll do it
21    a --
22          THE WITNESS: I don't want to lose
23    any. I don't.
24          MS. O'DELL: They're all there.

Page 157

1          THE WITNESS: Here. I got some over
2    here. Sorry.
3          (Deposition Exhibit 12 marked for
4        identification.)
5      Q. (BY MR. JAMES) All right. Dr. Smith,
6    what I've handed you is the publication of risk
7    factors for ovarian cancer published by the SGA --
8    SGO.
9      A. Yes.
10      Q. Just for the record, Dr. Smith, is this
11    the list that you consulted in forming your opinions
12    in this case?
13          MS. O'DELL: Object to the form;
14    misstates her testimony. I think she said she
15    didn't consult the list.
16      A. Yeah, I didn't read this for writing my
17    report.
18      Q. (BY MR. JAMES) Okay. I thought earlier
19    you testified --
20      A. I've looked them up.
21      Q. -- that you -- I'm sorry. Well, we're so
22    close.
23      A. I interrupted you. I'm sorry.
24      Q. No. We're both doing it now, but we're

40 (Pages 154 to 157)

Ellen Blair Smith, M.D.

Page 158

1    close.
2         I'm sorry.  I thought you acknowledged
3    earlier that you were aware that talc was not listed
4    as a risk factor on -- on the SGO's list.
5         MS. O'DELL:  That's a different
6    question, Counsel, but --
7         A.  Yes, sir, I was aware of that.
8         Q.  (BY MR. JAMES)  Okay.  So at some point
9    you've read the list, correct?
10        A.  Yes.
11        Q.  Did you -- have -- when is the last time
12   you've read the list?
13        A.  I -- the last time I read the list was
14   probably in the past two weeks.  I did not use this
15   list in the preparation of my report.  I didn't use
16   this as a source.
17        Q.  And you didn't cite to it?
18        A.  And I didn't cite it.
19        Q.  And you didn't discuss it at all?
20        A.  And I didn't discuss it at all.
21        Q.  You agree it's relevant when opining on
22   what risk factors are generally accepted, correct?
23        MS. O'DELL:  Object to the form.
24        A.  (Examined exhibit.)  I'm sorry.  I was

Page 159

1    reading it.
2         MS. O'DELL:  Take a moment if you need
3    to, Doctor, to read it.
4         A.  (Examined exhibit.)  I see something here
5    that I can say is not permanent -- is not -- I
6    disagree with.  Let's put it that way.  I disagree
7    with.
8         Yes, women who -- yes.  I mean, age
9    is -- you know, when -- when you read all these
10   papers on risk factors, aging is a risk factor for
11   the development of ovarian cancer, and this is one
12   of the few places that I say -- that I see actually
13   say, "Yeah, the older you get, the higher your
14   risk," because that's just the way it is.
15        They say women who have had
16   gynecologic surgery makes them at increased risk for
17   ovarian cancer, and I have never seen that before.
18   I -- I can't remember seeing that anywhere.
19        And I've certainly seen hysterectomy
20   decreases value and tubal ligation decreases value,
21   but having that in the increase, that is not
22   something I've ever seen.  I'd like to see the
23   studies that show that.
24        Okay.  So my comments are done.

Page 160

1         Q.  And before we break, Doctor, just for
2    purposes of the record, I also want to confirm:  At
3    some point, you have looked at a list of risk
4    factors for ovarian cancer published by ACOG,
5    correct?
6         A.  Yes.
7         Q.  And earlier you acknowledged that talc was
8    not listed on that --
9         A.  Yes.
10        Q.  -- list, correct?
11        A.  Yes.
12        Q.  And so I'm -- it's -- and, again, it's
13   something that you have not cited or discussed in
14   your report, correct?
15        A.  (Nodded head.)
16        Q.  So I'm going to hand you what I'm marking
17   as Exhibit Number 13 to confirm that this is, in
18   fact, what you've looked at.  Okay?
19        (Deposition Exhibit 13 marked for
20        identification.)
21        A.  (Examined exhibit.)  Okay.
22        Q.  (BY MR. JAMES)  Does that list -- does
23   that publication that I've handed you look familiar
24   to you?

Page 161

1         A.  Yes.
2         Q.  Is that what you reviewed before,
3    Dr. Smith --
4         A.  I've seen it before.
5         Q.  -- with respect to ACOG?
6         A.  I've seen it before.
7         Q.  Do you consider it relevant to the
8    opinions that you're offering in this case?
9         A.  It is relevant to the conversation.
10        Q.  Is it relevant to an opinion about whether
11   something is generally accepted or not?
12        MS. O'DELL:  Object to the form.
13        A.  It's accepted by the members of -- or at
14   least the steering committee of ACOG, and I -- this
15   is pretty bland.  It's -- I think most people would
16   agree with these risk -- risk factors.
17        MR. JAMES:  Is now time for a break
18   everyone?
19        THE WITNESS:  I'm up for it.
20        THE VIDEOGRAPHER:  Going off the
21   record.  The time is 12:54 p.m.
22
23        (A lunch recess taken from 12:54 p.m.
24        to 2:03 p.m.)

41 (Pages 158 to 161)

Ellen Blair Smith, M.D.

Page 162

1      AFTERNOON SESSION
2          THE VIDEOGRAPHER:  Back on the record.
3  The time is 2:03 p.m.
4          EXAMINATION (CONTINUED)
5  BY MR. JAMES:
6      Q.  Dr. Smith, are we ready to proceed?
7      A.  We are.
8      Q.  Great.
9          In compiling your list of generally
10  accepted risk factors, did you consult the NCI's
11  list of risk factors for ovarian cancer?
12      A.  I did not.
13      Q.  Okay.  Are you aware that the NCI has
14  listed risk factors in the publication referred to
15  as the PDQ?
16      A.  I know they have PDQs.  I have not read
17  that PDQ.
18      Q.  You recognize the NCI, the National Cancer
19  Institute, as a respected scientific organization?
20          MS. O'DELL:  Object to the form.
21      A.  Yes.
22      Q.  (BY MR. JAMES)  And I've seen references
23  to the NC-- -- NCI in your report, correct?
24      A.  Yes.

Page 163

1      Q.  And they're a frequent sponsor of studies
2  and --
3      A.  Yes.
4      Q.  -- cancer research, correct?
5      A.  Yes.
6      Q.  I'm gonna mark as Exhibit Number 14 the
7  NCI PDQ on Ovarian Cancer Prevention, Health
8  Professional Version.
9          (Deposition Exhibit 14 marked for
10          identification.)
11      Q.  (BY MR. JAMES)  And, Dr. Smith, is this
12  the first time that you've seen this document?
13      A.  I believe so.
14      Q.  Okay.  If you turn to -- unfortunately,
15  it's not paginated.  I'll do a manual count for you.
16          If you flip seven pages and look on
17  the backside of this double-sided copy.
18      A.  (Complied.)  Okay.
19      Q.  Okay.  At the top of that page there's a
20  section titled, "Factors With Inadequate Evidence of
21  an Association Risk of -- of Ovarian, Fallopian
22  Tube, and Primary Peritoneal Cancer."
23          Do you see where I'm reading?
24      A.  Yes.  And do you know what, I recognize

Page 164

1  this page.  I have seen it before.
2      Q.  So you've seen this PDQ document?
3      A.  Yes, I have.
4      Q.  And this document is not cited or
5  discussed in your report, correct?
6      A.  It is not.
7      Q.  Why is that?
8      A.  I prefer to use peer-reviewed references
9  rather than organizational websites or PDQs.
10      Q.  And you reference other organizations in
11  your report, correct?
12      A.  Give me an example.
13      Q.  For example, do you reference IARC in your
14  report?
15      A.  Oh, yes.
16      Q.  Okay.  But here you decided not to
17  recognize the NCI PDQ, correct?
18          MS. O'DELL:  Object to the form.
19      A.  I think they're a different level of -- of
20  standard between IARC and the PDQ.
21      Q.  (BY MR. JAMES)  Are you familiar with the
22  process employed to prepare the PDQ that's in front
23  of you right now?
24      A.  I do not know what method that is.

Page 165

1      Q.  We see here on this PDQ on the page that I
2  referred you to --
3      A.  Um-hum.
4      Q.  -- that below the category of "Factors
5  With Inadequate Evidence," you see there that
6  "Perineal talc exposure" is listed, correct?
7      A.  Yes.
8      Q.  Okay.  And can you read that first
9  sentence for me in the section right there?
10      A.  "The weight of evidence does not support
11  an association between perineal talc exposure and an
12  increased risk of ovarian cancer."
13      Q.  And your litigation opinion offered here
14  today is different than what the NCI states here,
15  correct?
16      A.  Yes, it is.
17      Q.  In determining whether something is
18  generally accepted, do you believe it would be
19  appropriate to consult what the National Cancer
20  Institute says with respect to the association
21  between ovarian cancer and talc?
22          MS. O'DELL:  Object to the form.
23      A.  I have told you that I have seen this and
24  I looked at the references they cited, which is a

42 (Pages 162 to 165)

Ellen Blair Smith, M.D.

Page 166

1   very limited portion of the medical literature.
2           This is not an exhausted list of
3   references.  Certainly it lacks the most recent
4   meta-analyses, so I think they didn't look at enough
5   stuff.
6       Q.  (BY MR. JAMES)  Do you think the recent
7   meta-analyses are the -- are pieces of literature
8   that are critical to the causation opinion --
9   opinion you're reaching here today?
10          MS. O'DELL:  Object to the form.
11      A.  I believe they are more comprehensive and
12  highly supportive.
13      Q.  (BY MR. JAMES)  And the question that I
14  asked earlier, I think that maybe I didn't get an
15  answer to.
16          Do you believe when opining about
17  whether something is generally accepted it would be
18  appropriate to consult what the National Cancer
19  Institute has to say about the topic?
20          MS. O'DELL:  Object to the form.
21      A.  I've read it.  It's not worthy of
22  citation.
23      Q.  (BY MR. JAMES)  Do you believe the opinion
24  published by the NCI with respect to risk factors

Page 167

1   and ovarian cancer is informative to your opinion
2   about what is generally accepted as a risk factor
3   for ovarian cancer?
4           MS. O'DELL:  Object to the form.
5       A.  I sought other references in peer-reviewed
6   journals to compile my risk factor list.
7       Q.  (BY MR. JAMES)  Do you believe the NCI PDQ
8   paper is relevant to forming an opinion about what
9   is generally accepted by the medical community?
10          MS. O'DELL:  Objection --
11      A.  It is not relevant --
12          MS. O'DELL:  Excuse me.  Objection;
13  asked and answered.
14      A.  It is not relevant to my opinion because
15  it is not comprehensive.
16      Q.  (BY MR. JAMES)  And when you say it's not
17  relevant to your opinion, are you speaking about
18  your opinion on causation?
19      A.  Yes.
20          MS. O'DELL:  Object to the form.
21      Q.  (BY MR. JAMES)  And --
22      A.  Well, and risk factor.  Yes, all of it.
23      Q.  But in your report you've -- in addition
24  to opine -- opining that talc is causative of

Page 168

1   ovarian cancer, you have also opined that talc is a
2   generally accepted risk factor for ovarian cancer.
3           Do you understand the distinction
4   between those two opinions?
5           MS. O'DELL:  Objection to form.
6       A.  I understand the difference in -- of those
7   opinions.
8       Q.  (BY MR. JAMES)  And with respect to the
9   latter opinion, the opinion about what is generally
10  accepted by the medical community, would you agree
11  that the statement provided by the NCI in its PDQ is
12  relevant to determining what is generally accepted
13  as a risk factor?
14          MS. O'DELL:  Object to the form.
15      A.  I don't -- I don't think that physicians
16  go to the PDQ and say, "If that's what the NCI says,
17  that's what I believe."
18          To find out the number of, for
19  example, obstetricians/gynecologists who believe
20  talcum powder products are a significant contributor
21  to ovarian cancer, I believe to answer that
22  question, we'd have to survey those people.
23      Q.  (BY MR. JAMES)  I think I've asked my
24  question enough times there.

Page 169

1           What risk factors for ovarian cancer
2   do you believe have been scientifically demonstrated
3   to be synergistic or additive?
4           MS. O'DELL:  Object to the form.
5           You may answer.
6       A.  BRCA and -- BRCA 1 and 2 status in oral
7   contraceptive use has been demonstrated to be
8   additive.
9           Tubal ligation with nulliparity and
10  other higher risk factors.
11          The -- I'm looking up the name of the
12  author again.
13          MS. O'DELL:  What are you referring
14  to, Dr. Smith?
15          (Deposition Exhibit 15 referenced.)
16      A.  The multiple risk factor studies of
17  Vitonis, Titus-Ernstoff, and Cramer, 2011 and their
18  five risk factors, one of which was talc, were
19  cumulative in increasing your risk for -- as a
20  scoring system for increasing your risk of ovarian
21  cancer, so that's clearly an additive study.  It
22  doesn't look at synergy.
23      Q.  (BY MR. JAMES)  So the Vitonis study that
24  you mentioned you're saying looks at cumulativeness,

Ellen Blair Smith, M.D.

Page 170

1    but not synergy, correct?
2        A.   Synergy to me means you put two things
3    together and they're bigger than their sum.  And I
4    haven't seen that in ovarian cancer risk factors.
5        Q.   As a whole or with respect to talc?
6            MS. O'DELL:  Object to form.
7        A.   As a whole.
8        Q.   (BY MR. JAMES)  So you don't have an
9    opinion that -- let me start over.
10           Are there any ovarian cancer risk
11   factors that you believe have been scientifically
12   demonstrated to be synergistic?
13       A.   I can't think of any at this time.
14       Q.   Are there any risk factors for ovarian
15   cancer that you believe have been scientifically
16   demonstrated to be additive?
17       A.   Yes.
18       Q.   And what are those?
19           MS. O'DELL:  Objection; asked and
20   answered.
21       A.   I just answered that question.
22           THE WITNESS:  May I see the Vitonis
23   paper, please?
24           MS. O'DELL:  Sure.

Page 171

1            MR. JAMES:  I'm gonna mark the Vitonis
2    paper as Exhibit 15.
3            (Deposition Exhibit 15 marked for
4            identification.)
5            (Discussion off the record.)
6        Q.   (BY MR. JAMES)  Before we dig into the
7    paper, Dr. Smith, and this may help move us along,
8    in your report, you used the terminology
9    "cumulative," "additive," and "synergistic."
10       A.   I do.
11       Q.   So synergistic we have discussed already,
12   correct?
13       A.   Correct.
14       Q.   Do you believe "cumulative" and "additive"
15   mean the same thing?
16       A.   Not necessarily.
17       Q.   Do you believe that it has been
18   scientifically demonstrated that talc is cumulative
19   with other risk factors?
20       A.   I'm not aware of such a paper.
21       Q.   Do you believe it has been scientifically
22   demonstrated that talc is additive with other risk
23   factors?
24       A.   I believe this paper suggests it's

Page 172

1    additive.
2        Q.   And so this paper is discussing a
3    hypothesis, correct?
4            MS. O'DELL:  Object to the form.
5        A.   That this paper has attempted to develop a
6    risk factor score that may estimate patients who do
7    not have documented genetic predisposition to
8    ovarian cancer, so eliminating that possibility.
9            And now -- or they're trying to
10   develop a risk factor based score system to advise
11   physicians on when to include oophorectomy with
12   hysterectomy and salpingectomy.
13       Q.   (BY MR. JAMES)  If you look with me at the
14   first page in the Conclusion section of the
15   abstract, Dr. Smith --
16       A.   Um-hum.
17       Q.   -- do you see there where it says that "We
18   developed a risk-assessment tool that can quantify
19   women's risk for ovarian cancer and should be
20   validated in other data sets."
21           Do you see that language?
22       A.   Yes.
23       Q.   Okay.  Do you acknowledge that this paper
24   represents a hypothesis?

Page 173

1            MS. O'DELL:  Object to the form.
2        A.   I -- it has not been validated by other
3    studies that I am aware of.
4        Q.   (BY MR. JAMES)  Okay.  Dr. Smith, on
5    page 9 you begin your review of the epidemiologic
6    literature, correct?
7        A.   Yes, sir.
8        Q.   Okay.  And I'm referring you there because
9    we'll spend a little bit of the time walking through
10   it together.  Okay?
11       A.   Okay.
12       Q.   You start your analysis with a discussion
13   of meta-analyses in the pooled study, correct?
14       A.   Correct.
15       Q.   What limitations do you believe there are
16   with meta-analyses in general?
17       A.   Meta-analyses are statistical studies of
18   single -- single site epidemiologic studies, but
19   they are still retrospective in the tiers of level
20   of evidence in medicine, case control, and cohort
21   studies.
22           All epidemiologic studies are all
23   listed at Level 4, which is obviously not the
24   highest level of evidence.  So that's a big

44 (Pages 170 to 173)

Ellen Blair Smith, M.D.

Page 174

1  limitation to start with.
2      Q.  Any other limitations that you can
3  identify, sitting here today, with respect to
4  meta-analyses?
5      A.  I am not an expert on statistical methods,
6  but I know there are multiple different statistical
7  tools to perform meta-analyses, and I'm sure a
8  biostatistician could give you a better discussion
9  of that.
10     Q.  So on page 9, you start with your
11 discussion of the 1992 Harlow meta-analysis,
12 correct?
13     A.  Correct.
14     Q.  How would you characterize the odds ratio
15 reported in that meta-analysis?
16         MS. O'DELL:  Object to the form.
17     A.  It's -- the authors conclude there's
18 associated, albeit modest, between ovarian cancer
19 and peritoneal talc use.
20         In their study, their meta-analysis
21 was 1.5, 0.9; but in all studies involved for 1100
22 patients, which is still a really small number,
23 it's 1.3, confidence intervals 1.1 to 1.6.
24     Q.  (BY MR. JAMES)  And just to be clear,

Page 175

1  Dr. Smith, the meta-analysis odds ratio for this
2  paper is -- the crude odds ratio is 1.3, correct?
3         MS. O'DELL:  Objection to form.
4      A.  Yes, but it says "all studies."
5         THE WITNESS:  Do you want to pull this
6  out --
7         MS. O'DELL:  Um-hum.
8         THE WITNESS:  -- so I can --
9         MS. O'DELL:  Sure.
10        THE WITNESS:  -- look at it?
11        MR. JAMES:  Leigh, I probably have it
12 as well.
13        Did you beat me to it?
14        THE WITNESS:  Yep.  Well, she did.  I
15 didn't.
16        MS. O'DELL:  I was trying to redeem
17 myself from not alphabetizing correctly before.
18        Do you want to mark it, and I'll --
19        MR. JAMES:  Sure.
20        BY MS. O'DELL:  -- have to hand it to
21 her.
22        MR. JAMES:  I'm gonna mark the
23 Harlow '92 study as Exhibit 16.
24     A.  Let me go to this one.  Easier for --

Page 176

1         (Deposition Exhibit 16 marked for
2          identification.)
3      Q.  (BY MR. JAMES)  And, Dr. Smith, just --
4  just to make sure we're framed correctly here, my
5  question to you is:  How you would -- how would you
6  characterize an odds ratio of 1.3?
7         MS. O'DELL:  Objection to form.
8      A.  Depends on what the confidence intervals
9  are, but it's -- it reflects a 30 percent increase
10 in whatever you're measuring.
11     Q.  (BY MR. JAMES)  Would you characterize the
12 association as weak?
13        MS. O'DELL:  Object to the form.
14     A.  30 percent.  It's relative.  30 percent
15 more ovarian cancer is not weak.  It's fatal.
16     Q.  (BY MR. JAMES)  That's not the question
17 that I asked.
18        The question I asked is --
19     A.  I wouldn't call it weak.
20        MS. O'DELL:  Excuse me.  Sorry.
21        THE WITNESS:  Sorry.
22        MS. O'DELL:  Let him finish and let me
23 object.  Go ahead.
24     Q.  (BY MR. JAMES)  How would you characterize

Page 177

1  the 1.3, please?
2      A.  30 percent.
3      Q.  Would you characterize it as a strong
4  association?
5      A.  I would characterize it as statistically
6  significant number.
7      Q.  Would you characterize it as a modest
8  association?
9      A.  Modest, weak suggests unimportant, and I
10 would not call it unimportant.
11     Q.  Do you understand that the authors of this
12 paper use the terminology "modest"?
13     A.  Yes, they did.
14     Q.  Okay.  Do you think that when they use
15 that terminology they were calling it unimportant?
16     A.  I think that they suggested that it was
17 small in size.  Small increase, modest increase,
18 that's what they were meaning.
19     Q.  And you understand one of the factors that
20 experts use in evaluating an epidemiological body of
21 literature is the strength of an association,
22 correct?
23     A.  Yes.
24     Q.  And you discuss that later in your report,

Ellen Blair Smith, M.D.

Page 178

1  correct?
2      A.  I do.
3      Q.  And so my question here is whether, in
4  your expert opinion, a 1.3 odds ratio can be
5  characterized as strong, modest, weak, or another
6  adjective?
7          MS. O'DELL:  Object to the form.
8      A.  I will use the authors term as modest.
9  I'll accept that word.
10     Q.  (BY MR. JAMES)  Would you also accept the
11 terminology "weak," if the authors use that term?
12     A.  Did they use that term?  Can you show me
13 where they use the word "weak"?
14     Q.  You can turn to the last page.  Usually
15 I'm asking questions, but I'm happy to try to point
16 you out to what I'm discussing.  Page 26 of the
17 Harlow paper.
18     A.  Um-hum.
19     Q.  Okay.  Do you see the last paragraph
20 there?
21     A.  Yes.
22     Q.  That first sentence?
23     A.  Oh, they did use the word "weak."  If the
24 authors use it, I will quote them.

Page 179

1      Q.  Will you accept that terminology to
2  describe the 1.3?
3          MS. O'DELL:  Object to the form.
4      A.  I -- in light of the larger body that's
5  coming up, I will not accept that.
6      Q.  (BY MR. JAMES)  You --
7      A.  That's my personal opinion.
8      Q.  Is your personal opinion guided by
9  principles of epidemiology?
10         MS. O'DELL:  Objection to form.
11     A.  Yeah, I think so.
12     Q.  (BY MR. JAMES)  You disagree with the
13 characterization of the association by the authors
14 of the study that you cite, correct?
15         MS. O'DELL:  Objection; asked and
16 answered.
17     A.  Happens, yes.
18     Q.  (BY MR. JAMES)  Okay.  Dr. Smith, looking
19 at your report, returning to the second study that
20 you cite, you cite the Gross and Berg study; is that
21 correct?
22     A.  I do.
23     Q.  That's from 1995, correct?
24     A.  It is.

Page 180

1      Q.  Okay.  And here you note in the report, if
2  you turn the page, Dr. Smith, you have copied in a
3  table from the article, correct?
4      A.  Correct.
5      Q.  In here, we see that according to your
6  report the odds ratio is a 1.29, correct?
7      A.  It is.
8      Q.  And, again, how would you characterize a
9  1.29 odds ratio?
10     A.  A 29 percent increase in ovarian cancer
11 after talc exposure.
12     Q.  And would you characterize that
13 association as strong, modest, weak, or another
14 adjective?
15         MS. O'DELL:  Object to the form.
16     A.  Are those my only choices?
17     Q.  (BY MR. JAMES)  No, I gave you another
18 adjective choice at the end of my question.
19         MS. O'DELL:  Objection.
20     A.  You gave me strong, modest, weak.
21     Q.  (BY MR. JAMES)  I'm sorry if I -- maybe I
22 misspoke, but I'm just asking you if you'd
23 characterize a 1.29 as strong, modest, weak, or
24 choose another adjective if you'd like.

Page 181

1          MS. O'DELL:  Object -- excuse me.
2  Object to form.
3      A.  Statistically significant.
4      Q.  (BY MR. JAMES)  Would you acknowledge that
5  there are statistically significant associations
6  that in epidemiological community would be referred
7  to as weak?
8          MS. O'DELL:  Object to the form.
9      A.  The rate of dissolution of an aspirin
10 tablet in the stomach, coated or noncoated, in terms
11 of time to analgesia may be statistically
12 significantly different if there's a 30 second
13 difference between coated and noncoated.
14         But that is a statistical significant
15 difference that I find is not clinically
16 significant.  Whether your headache goes away
17 30 seconds sooner or later isn't clinically
18 significant to me; whereas, a 29 percent increase
19 risk of ovarian cancer is very clinically
20 significant to me.
21     Q.  (BY MR. JAMES)  Do you understand that
22 epidemiologists judge odds ratios based upon their
23 strength?
24         MS. O'DELL:  Object to the form.

46 (Pages 178 to 181)

Ellen Blair Smith, M.D.

Page 182

1      A.  They may use adjectives to quantitate the
2  amount of difference in terms of size or strength
3  and they may use words "modest."  I understand they
4  do that.
5      Q.  Do you understand --
6          MS. O'DELL:  Excuse me.
7          Are -- I'm sorry.  Are you finished,
8  Dr. Smith?
9          THE WITNESS:  Yes.
10     Q.  (BY MR. JAMES)  Do you understand that in
11 judging associations, epidemiologists -- do you have
12 expertise in epidemiology, Dr. Smith?
13     A.  I do not.
14     Q.  You do not?
15     A.  Just reading them; not doing them.
16     Q.  Do you understand that the weaker an odds
17 ratio for an epidemiologist, that that bears some
18 significance to an epidemiologist in making a causal
19 conclusion?
20         MS. O'DELL:  Object to the form.
21     A.  It is one of Bradford Hill's nine factors
22 or pos-- he did -- didn't want to call them
23 postulates.
24         One of Bradford Hill -- I forget the

Page 183

1  word he used -- nine factors in assessing causation
2  and significance of epidemiologic findings.
3      Q.  (BY MR. JAMES)  Do you agree that when an
4  association is lower, weaker, smaller, or more
5  modest, that the smaller, weaker, or more modest
6  that it gets, even if it's statistically
7  significant, the lower the odds ratio becomes the
8  more concerned you become as an epidemiologist or as
9  an expert with whether that association is due to
10 chance, bias, confounding?
11         MS. O'DELL:  Obj --
12     Q.  (BY MR. JAMES)  Do you accept that?
13         MS. O'DELL:  Excuse me.  Objection to
14 the form.
15     A.  It depends.  It depends on if this is a
16 single study, a small-numbered study, or whether
17 that small result is consistent, reproducible over a
18 wide number of studies.
19     Q.  (BY MR. JAMES)  Would you agree that the
20 smaller the association the more concern there is --
21 there -- there is with confounding, chance, or bias?
22         MS. O'DELL:  Excuse me.  Objection;
23 asked and answered.
24     A.  Not necessarily.

Page 184

1      Q.  (BY MR. JAMES)  All right.  The next study
2  you discuss.  And we're still on page 10, Dr. Smith,
3  is the Cramer 1999 study.
4      A.  Yes.
5      Q.  And, I believe, just like with the prior,
6  you have copied in a table from that study, right?
7      A.  Once you learn it on the computer, you
8  just keep doing it.
9      Q.  Sure.  And do you see there with the table
10 that you've inputted into your report the odds
11 ratio, a summary odds ratio of 1.4; is that right?
12     A.  I do.
13     Q.  Again, if the authors referred to that
14 association in the paper as a relatively weak odds
15 ratio, would you accept their terminology?
16         MS. O'DELL:  Do you happen to have
17 that paper handy?
18         THE WITNESS:  You seem to be getting
19 there faster than we are.
20         I'm missing 14.  Where did 14 go?
21     Q.  (BY MR. JAMES)  I'll mark it as Exhibit --
22 I think we're at 17?
23         (Deposition Exhibit 17 marked for
24          identification.)

Page 185

1          THE WITNESS:  Are you get -- are you
2  going -- I'm missing some of your exhibits.
3          MS. O'DELL:  We'll -- we'll straighten
4  it out.
5          THE WITNESS:  Okay.  I'm not
6  responsible for that?
7          MS. O'DELL:  You are not responsible.
8          THE WITNESS:  Okay.  I will quit
9  worrying about it.
10         And I dropped my mike.  I'm sorry.
11 Can you still hear me, sir?
12         THE VIDEOGRAPHER:  I can hear you.
13         THE WITNESS:  Okay.
14     A.  Yes, he does use "the relatively weak odds
15 ratio observed."
16     Q.  (BY MR. JAMES)  Would you agree with that
17 conclusion in the study that you cite?
18     A.  As an epidemiologist, I think he's using
19 epidemiologist speak.  It's not my word choice.
20     Q.  You are here evaluating a body of
21 epidemiologic literature, correct?
22     A.  I am.  As a clinician and expert on
23 ovarian cancer.
24     Q.  And do you see here where the authors of

47 (Pages 182 to 185)

Ellen Blair Smith, M.D.

Page 186

1   this article that you cited say in that same
2   paragraph, quote, "Despite the consistency noted
3   above, the relatively weak odds ratio observed could
4   reflect potential biases, especially recall and
5   confounding"?
6       A.  Yes.  And then they go on to say:
7   (Paraphrasing.)  Recall bias seems more likely to
8   affect exposures that occurred over a short period
9   of time than those occurred long ago.  The average
10  duration of talc exceeded 20 years in both cases,
11  genital talc exposure may be less likely to be
12  subject to recall bias.
13          And I cite that exact thing in
14  quotations in my report.  It is restated on
15  page 356, I believe.
16      Q.  So that you cite the portion of the
17  statement that you read, correct?
18      A.  Correct.
19      Q.  Okay.  But you didn't cite the statement
20  that I read into the record, correct?
21          MS. O'DELL:  Object to the form.
22      A.  Correct.
23      Q.  (BY MR. JAMES)  Did you cite the portion
24  of this -- of the article that supports your

Page 187

1   opinion?
2           MS. O'DELL:  Objection to the form.
3       A.  I sub-- quoted the part of the paper
4   where the author specifically addressed concerns
5   about recall, bias, and found them unlikely.  I
6   think it's important that he thought of it.  I think
7   it's real important that he thought of it.
8           But I think he, and every author, in
9   every study should go through his or her study with
10  a fine-tune comb that says "What -- "Why should I
11  believe these results?
12          "What could I -- how -- what could I
13  have made a mistake?
14          "What are confounding factors?
15          "Where is the bias that could've been
16  introduced?
17          "Did I draw my conclusion from the
18  data in my study?"
19          That's what every good author does,
20  and so he did that.  And then he answered his own
21  question, "No, I don't think that's a confounding
22  factor."
23      Q.  (BY MR. JAMES)  In discussing this study,
24  do you discuss Dr. Cramer's findings on dose

Page 188

1   response in your report?
2       A.  (Examined exhibit.)  He -- I do not
3   discuss it in my report.  He himself called
4   dose-response relationship, quote, "weak," unquote.
5       Q.  And you would agree that's an important
6   finding of the study, correct?
7       A.  I think you ought to look at every study
8   to see if it has a dose-response relationship.
9       Q.  Including this one, correct?
10      A.  Every study.  Yes, including this one.
11      Q.  All right.  Next, Dr. Smith, you discuss
12  the Huncharek study, correct?
13      A.  Correct.
14      Q.  And in the text --
15          THE WITNESS:  Are you just going to
16  supply that to us?
17          MR. JAMES:  I can or the --
18          THE WITNESS:  I'd like to have the
19  studies as we discuss them, if you wouldn't mind.
20          MR. JAMES:  Absolutely.  And --
21  absolutely.
22          And right now, I'm looking at your
23  report with you as well, so . . .
24          THE WITNESS:  Sure.  Sure.  But they

Page 189

1   have -- I -- mine is a summary.  You got the real
2   thing.
3           MR. JAMES:  Sure.  As do you.  But I'm
4   happy to give you my copy.
5           THE WITNESS:  Well, Ms. O'Dell does
6   not mind getting every study for us.  She's . . .
7           MR. JAMES:  All right.  So I'm going
8   to mark the Huncharek study as Exhibit Number 18.
9           (Deposition Exhibit 18 marked for
10          identification.)
11      A.  Thank you.  (Examined exhibit.)
12      Q.  (BY MR. JAMES)  And you note in your
13  report an odds ratio of 1.33, correct?
14      A.  Yes.  Ever versus never exposure,
15  "Relative risk of 1.33 with a 95% confidence
16  interval of 1.16 to 1.45, a statistically
17  significant result suggesting a 33% increased risk
18  of ovarian cancer."  That is a quote from the study.
19      Q.  Dr. Smith, would -- how would you
20  characterize a 1.33 odds ratio?
21      A.  33 percent --
22      Q.  Okay.  And would --
23      A.  -- clinically significant, statistically
24  significant.

48 (Pages 186 to 189)

Ellen Blair Smith, M.D.

| Page 190 |
| --- |

1    Q.  You recognize that all statistically
2  significant associations cannot be described as
3  strong, correct?
4    A.  No.  We've been through this.
5      MS. O'DELL:  Objection to form.
6    A.  Not all statistical significant -- you
7  used the word "strong."  I used the word "clinically
8  significant."  Those are different things.
9    Q.  (BY MR. JAMES)  I agree with you.  And I'm
10  asking you about strength.
11      MS. O'DELL:  Could you repeat your
12  question, please?
13      MR. JAMES:  I'd be happy to.
14    Q.  (BY MR. JAMES)  Would you characterize the
15  odds ratio in this paper as strong, modest, weak or
16  another adjective that you prefer?
17      MS. O'DELL:  Object to the form; asked
18  and answered.
19      MR. JAMES:  It hasn't been asked.
20    A.  Clinically, statistically significant.
21  That's the word I'm gonna use.
22    Q.  (BY MR. JAMES)  Is there a reason why
23  you're uncomfortable characterizing the odds ratio
24  with one of the adjectives strong --

| Page 191 |
| --- |

1    A.  That, yeah --
2    Q.  -- modest or weak?
3    A.  -- epidemiologists use because weak in --
4  I'm not an epidemiologist.  Perhaps I don't have the
5  epidemiologic --
6      (Counsel conferring off the record.)
7    A.  Do you want me to wait while y'all talk?
8    Q.  (BY MR. JAMES)  No, ma'am.
9    A.  I don't know the connotations of what
10  "weak" means in epidemiologic circles.  If it just
11  means a small number, less than 2.0, weak, in my
12  medical clinical brain implies unimportant, trivial.
13  And I think that kind of difference, when you talk
14  about ovarian cancer, is not trivial and it's not
15  unimportant.
16      So maybe that's my hang-up, and maybe
17  it's because I'm not an epidemiologist.  I'm a -- I
18  am person who takes care -- or took care of patients
19  with ovarian -- continues to take care of people
20  with ovarian cancer.
21    Q.  You include the statement in your report
22  that "The study" -- and I'm looking at your report
23  now -- "did not collect the necessary data to permit
24  this determination," in what you're referring to

| Page 192 |
| --- |

1  there as dose response in the above sentence.
2      Do you see where I've --
3    A.  Yes.
4    Q.  -- read that?
5    A.  Yes.
6    Q.  Okay.  And what's your basis for that
7  statement?
8    A.  This is -- I believe this is an ever/never
9  study.  Now, have you -- so if it's ever/never, you
10  didn't use it or you ever used it.  And so you --
11  implicitly, you can't get dose response if you don't
12  look at frequency and duration.  And a lot of these
13  talc studies are ever/nevers.
14    Q.  And this is not an attempt for a gotcha or
15  anything like that, but I want to make sure we're
16  looking at the same paper.
17      So can you turn with me to page 1958?
18    A.  (Complied.)
19    Q.  And you see Table 2.  There's a table
20  there with dose response data.
21    A.  (Examined exhibit.)  Well . . .
22    Q.  Do you see here that the --
23    A.  Yeah, I see --
24    Q.  I'm sorry.

| Page 193 |
| --- |

1    A.  -- I see your table.
2    Q.  Thank you.
3    A.  I see your table.  Here it's used.  And I
4  see what I wrote, and I haven't reread this
5  immediately prior to my deposition.
6      MS. O'DELL:  And if you need a few
7  minutes to refresh yourself, Dr. Smith, feel free to
8  do that.
9      THE WITNESS:  I hate to waste your
10  time, but I'd like to do that.
11      MS. O'DELL:  Yes, please.
12      MR. JAMES:  Yeah.  Can we go off the
13  record while the Doctor reviews the paper?
14      THE WITNESS:  Sure.
15      MR. JAMES:  Leigh, Margaret, is that
16  fine?
17      MS. O'DELL:  You know, if it's gonna
18  take you a few minutes, I think --
19      THE WITNESS:  Yeah.
20      MS. O'DELL:  -- we'll go off.  If it's
21  gonna take you a minute or so, let's just give the
22  Doctor a moment and we'll keep going.
23      THE VIDEOGRAPHER:  Going off the
24  record.  The time is 2:44 p.m.

49 (Pages 190 to 193)

Ellen Blair Smith, M.D.

Page 194

1           (A recess was taken from 2:44 p.m.
2      to 2:56 p.m.)
3           THE VIDEOGRAPHER:  This marks the
4  beginning of Disk 3.  Back on the record.  The time
5  is 2:56 p.m.
6      Q.  (BY MR. JAMES)  Dr. Smith, you've had a
7  chance to look at the Huncharek paper, correct?
8      A.  I have.
9      Q.  And does that paper include data to permit
10  a conclusion as to dose response?
11      A.  It does not.
12      Q.  And what's your basis for that statement?
13      A.  They only had dose response information
14  on 9 of the 16 studies, and the authors themselves
15  said only a small minority of studies contain dose
16  responses.
17           This is on page 1958, the left side
18  column, second paragraph that starts there about
19  halfway -- between one-third and one-half way down.
20           "Unfortunately, only limited data were
21  available and only a small minority of" -- oh, I
22  lost my place -- "only a small minority" --
23           UNIDENTIFIED SPEAKER:  (Inaudible.)
24           THE WITNESS:  Okay.

Page 195

1      A.  -- "only a small minority of studies
2  contain dose-response information of any type
3  and (2), substantial differences existed in dose
4  stratification levels among the studies reporting
5  such information.  It is therefore not possible to
6  perform more sophisticated modeling of dose response
7  data."
8           Final -- far- -- farther down on that,
9  "The lowest half exposure category in this Cramer
10  study was 'less than 30' applications, which is not
11  consistent with other 'low.'"
12           "Taken together, these" -- last
13  sentence, "Taken together, these data show a lack of
14  clear dose-response relationship."  Okay.
15      Q.  (BY MR. JAMES)  So you concluded your
16  answer to my question with a sentence in the paper
17  that says, quote, "Taken together, these data show a
18  lack of a clear dose-response relationship," close
19  quote, correct?
20      A.  Correct.
21           MS. O'DELL:  Object to the form.
22      Q.  (BY MR. JAMES)  So the authors have made
23  conclusions about dose response, correct?
24      A.  They can't.  They said they couldn't.  I

Page 196

1  must not be understanding you.
2      Q.  Are you misunderstanding the paper?
3           MS. O'DELL:  Objection to form.
4      A.  No.
5           MS. O'DELL:  She said she was
6  misunderstanding your question.
7           MR. JAMES:  I'm posing the questions,
8  Leigh.  Thank you.
9      Q.  (BY MR. JAMES)  Dr. Smith, you've stated
10  in your report that, quote, "The study did not
11  collect the necessary data to permit this
12  determination," close quote.
13           Do you see that?
14      A.  Yes.
15      Q.  And your position is that the
16  dose-response findings in this paper are a nullity?
17  Is that your position?
18           MS. O'DELL:  Object to the form.
19      A.  I don't know what you mean by "nullity,"
20  but they didn't have sufficient data to determine a
21  clear dose response.
22      Q.  (BY MR. JAMES)  Okay.  And yet we do see
23  here that the authors have made a conclusion about
24  dose response, correct?

Page 197

1           MS. O'DELL:  Object to the form.
2      A.  "Despite the findings, the data showed a
3  lack of clear dose-response relationship, making the
4  relative risk of questionable validity."  That's in
5  their abstract.
6           So I don't see where they say they
7  have made a clear dose-response relationship.
8      Q.  (BY MR. JAMES)  Okay.  Let's just let the
9  language of the paper speak for itself and we can
10  move on.
11           MS. O'DELL:  Object to the form.
12      Q.  (BY MR. JAMES)  Next you discuss the
13  Langseth study, correct?
14      A.  Yes, sir.
15      Q.  And on page 12 of your report, you quote
16  the statement in the paper, and I'm gonna mark it as
17  Exhibit Number 19.
18           (Deposition Exhibit 19 marked for
19           identification.)
20      Q.  (BY MR. JAMES)  Okay.  I'm handing you a
21  clean copy of Exhibit Number 19 of Langseth.
22      A.  Thank you.
23      Q.  Okay.  In your report you quote the
24  article for the proposition --

50 (Pages 194 to 197)

Ellen Blair Smith, M.D.

Page 198

1    A. You gave me two copies.
2         THE WITNESS: Does somebody else need
3    another one?
4    Q. (BY MR. JAMES) -- for the proposition
5    that the epide- -- "epidemiological evidence
6    suggests that the use of cosmetic talc in the
7    perineal area may be associated with ovarian cancer
8    risk."
9         That's what you quote in your report,
10   correct?
11   A. Correct.
12   Q. If you look at the second page of the
13   article in the section titled "Proposal: To Research
14   Community," do you see where I am?
15   A. I do.
16   Q. Okay. The authors there state, quote,
17   "The current body of experimental and
18   epidemiological evidence is insufficient to
19   establish a causal association between perineal use
20   of talc and ovarian cancer risk," close quote.
21        Do you see where I read that?
22   A. I do.
23   Q. And that conclusion of the author -- or
24   the authors is not included in your report, is it?

Page 199

1         MS. O'DELL: Object to the form.
2    A. It is not. I don't agree with that
3    conclusion.
4    Q. (BY MR. JAMES) So this is another paper
5    that you've cited where you disagree with the
6    authors' conclusions, correct?
7    A. Correct. They have a statistically
8    significant overall risk of 1.35 -- between 1.26
9    to 1.46, so that is -- and then it says on research
10   report what this study shows, "Epidemiologic [sic]
11   evidence suggests the use of cosmetic talc in the
12   perineal area may be associated with ovarian cancer
13   risk."
14   Q. That's the portion that you've cited in
15   your report, correct?
16   A. Yes, that is exactly what I quoted.
17   Q. But you didn't quote the sentence that I
18   read that specifically disclaims a causal
19   association, correct?
20        MS. O'DELL: Object to the form.
21   Q. (BY MR. JAMES) Or --
22   A. I --
23   Q. Well, let me --
24   A. I did not --

Page 200

1    Q. Sorry.
2    A. -- cite that.
3    Q. And, again, you -- in your report, you
4    concluded that meta-analyses are -- I think you used
5    the terminology "most valid" way to look at this
6    issue; is that right?
7    A. Okay. I think they're the best we have,
8    and I think they are the best we are going to have.
9         The best studies to determine
10   causation are randomized, controlled, prospective
11   trials, and more than one of them. That's what's
12   called Level 1 evidence.
13        There is no ethical way we can apply
14   any possible carcinogen, suspected carcinogen,
15   proven carcinogen to the perineum of any woman and
16   have that be ethically acceptable. That study
17   cannot be done.
18        We are going to have to validate the
19   epidemiologic data in the laboratory, because that's
20   the only ethical place.
21   Q. And you understand the length of study is
22   authored by the IARC Working Group, correct?
23   A. Yes.
24   Q. And do you understand that IARC has

Page 201

1    classifi- -- classified perineal talc application as
2    a 2B?
3         MS. O'DELL: Objection to --
4    Q. (BY MR. JAMES) Do you understand that?
5         MS. O'DELL: Excuse me. Object to the
6    characteration -- characterization regarding the
7    working group.
8    A. IARC 93 classified talc as a 2B possible
9    carcinogen.
10   Q. (BY MR. JAMES) Do you understand IARC has
11   not classified talc as a carcinogen, correct?
12        MS. O'DELL: Object to the form.
13   A. Correct.
14   Q. (BY MR. JAMES) And IARC has not
15   classified talc as a probable carcinogen, correct?
16   A. Correct.
17   Q. The conclusion that you're offering -- the
18   opinion that you're offering here today conflicts
19   with the IARC 2B finding, correct?
20        MS. O'DELL: Objection to form.
21   A. I told you that a study can't apply
22   anything that's a possible, and I didn't say talc in
23   any study.
24        I said the model for a randomized

51 (Pages 198 to 201)

Ellen Blair Smith, M.D.

Page 202

1  controlled trial would be apply whatever substance
2  you want to women and see if they result in this
3  disease.
4          But if you start with a possible,
5  probable, or absolutely carcinogen, you're never
6  gonna -- you can't -- you can't even write that down
7  on the paper. That's not going anywhere.
8          That study will -- multiple studies we
9  need -- we needed to have to have Level 1 evidence
10  will never be done.
11      Q. (BY MR. JAMES) And I think that your
12  answer maybe wasn't responsive to my question.
13          And so my question is whether the
14  causation opinion you're offering in this litigation
15  is different than the conclusion reached by IARC?
16      A. IARC in -- based on data up to 2006,
17  declared talc a 2B possible carcinogen.
18          I believe that since 2006, in the past
19  12 years, we have a plethora of data that leads me
20  to the conclusion that talc is a Class 1 carcinogen.
21      Q. You know IARC has not, to date, made that
22  classification, correct?
23      A. That's right.
24      Q. Okay. Next in your report you discuss a

Page 203

1  Terry pooled analysis, correct?
2      A. Yes.
3      Q. And, again, here in your report -- and we
4  can mark Terry if that -- I'll hand you a copy of
5  that.
6          In your report you note the overall
7  odds ratio in Terry is a 1.24, correct?
8      A. Yes.
9      Q. Okay. And I'm gonna mark Terry as Exhibit
10  Number 20.
11          (Deposition Exhibit 20 marked for
12          identification.)
13      Q. (BY MR. JAMES) You see here that the
14  Terry odds ratio of 1.24 is lower than some of the
15  odds ratios reported in the prior meta-analyses,
16  correct?
17          MS. O'DELL: Object to the form.
18      A. Slightly. Well, let's see.
19          (Examined exhibit.) 1.33. 1.24 is
20  smaller. Yes, I agree with -- that 1.24 is lower
21  than 1.33.
22      Q. (BY MR. JAMES) Would you agree with the
23  authors of this paper when they describe the odds
24  ratio as a modest odds ratio?

Page 204

1      A. We've had this discussion before.
2      Q. Okay. Fair enough.
3          And your answers prior hold here as
4  well?
5      A. They hold.
6      Q. Understood.
7          In your report, I didn't see any
8  discussion in the -- when you're mentioning the
9  Terry paper of the paper's findings on dose
10  response.
11          Are you familiar with the
12  dose-response findings in the Terry paper?
13      A. Once more, I'll need a moment to look.
14          (Examined exhibit.) They did -- there
15  is no significant trend for increasing number of
16  lifetime applications.
17      Q. And if you see on page -- I think you're
18  reading on page 817; is that right, Dr. Smith?
19      A. I was reading from the abstracts.
20      Q. Oh, yes, Doctor.
21          If we also look at the page 812.
22      A. (Complied.)
23      Q. Do you see there where they say "Evidence
24  for a dose-response relationship has been

Page 205

1  inconsistent" or are you on another page?
2      A. Did you say 812?
3      Q. Yes, Doctor.
4      A. The top?
5      Q. Yes, The top.
6      A. Yes. "Evidence of dose-response
7  relationship has been inconsistent."
8      Q. And is there a reason why you don't
9  discuss the dose-response findings of Terry in your
10  report?
11      A. Because they didn't use -- they didn't
12  observe the trend of increased risk applications. I
13  mean, I -- it wasn't a pointed omission.
14          MS. O'DELL: If you want to re- --
15  need to review the paper.
16      Q. (BY MR. JAMES) Dr. Smith, are you
17  reviewing or may I continue with another question?
18      A. Hold on one second. (Examined exhibit.)
19      Q. Sure.
20      A. (Paraphrasing.) No trend in cumulative
21  use was evident in analyses restricted to ever-users
22  of genital powder. Taken together, these
23  observations suggest that the significant trend test
24  largely reflects ever/never.

Ellen Blair Smith, M.D.

Page 206

1    I would -- I would suggest that I
2  didn't mention a negative. I mean, it isn't there.
3    Q. So that if a paper finds that there's no
4  dose response, that's the basis for you not to
5  report that finding?
6    MS. O'DELL: Object to the form.
7    A. I think it didn't add anything to the body
8  of this report.
9    Q. (BY MR. JAMES) You acknowledge later in
10  your report that whether or not the literature
11  reports a dose response, one way or the other, is
12  important to the causative analysis, correct?
13    A. I accept that it -- I could have improved
14  my report by including that negative information.
15    Q. And if you look at the page 820 of the
16  Terry article -- it's at the very end of the
17  article. We see in the language at the top of the
18  right column that the authors conclude, quote, "More
19  work is needed to understand how genital powders may
20  exert a carcinogenic effect, and which constituents
21  (e.g., talc) may be involved."
22    MS. O'DELL: Object to form.
23    A. I would agree with that wholeheartedly.
24    Q. (BY MR. JAMES) So as of 2013, Dr. Smith,

Page 207

1  the Terry authors are concluding that the --
2  concluding that whether or not talc exerts a
3  carcinogenic effect is undetermined, correct?
4    MS. O'DELL: Object to the form;
5  misstates the record.
6    A. That's what they stated, exactly. And I
7  would agree more work needs to be done.
8    Q. (BY MR. JAMES) All right. Finally,
9  Dr. Smith, you discuss the Penninkilampi --
10    A. Yes.
11    Q. -- study, correct?
12    A. Yes.
13    Q. I'm gonna mark the Penninkilampi study as
14  Exhibit Number 21.
15    (Deposition Exhibit 21 marked for
16  identification.)
17    Q. (BY MR. JAMES) In your report, Dr. Smith,
18  you refer to the odds ratio with -- associated with
19  long-term powder use as a 1.25, correct?
20    A. Correct.
21    Q. And if we look at Figure 2 of the study --
22  or it's Table 2 --
23    A. (Complied.)
24    Q. -- you see that the long-term use odds

Page 208

1  ratio of the 1.25 is less than the overall odds
2  ratio reported of the 1.31, correct?
3    A. I --
4    Q. And another -- maybe an easier place to
5  reference, Dr. Smith, would be the abstract in the
6  results section.
7    A. No. I believe I used the serous invasion
8  rather than all. And that -- that's just -- I
9  should've put "serous carcinoma" there, not "all."
10  That's just a flat out mistake.
11    Q. And if we see in the Results section,
12  Dr. Smith, we see -- and this is in the abstract
13  portion of the paper, they report that the odds
14  ratio with any perineal talc use associated with
15  ovarian cancer --
16    MS. O'DELL: Where -- where are you
17  reading from?
18    MR. JAMES: I'm in the abstract in the
19  Results section.
20    MS. O'DELL: Okay.
21    MR. JAMES: This is 1.31.
22    A. Yeah. That's just a typo. Yeah, 1.31 --
23    Q. (BY MR. JAMES) And then --
24    MS. O'DELL: Excuse me.

Page 209

1    Q. (BY MR. JAMES) Let me finish.
2    MS. O'DELL: Let him finish, please.
3    A. I'm sorry.
4    Q. (BY MR. JAMES) So the abstract reports
5  that the overall odds ratio was a 1.31. But if you
6  continue on reading in the abstract, you see that
7  the long-term talc use odds ratio is a 1.25.
8    Do you see that?
9    MS. O'DELL: Object to the form.
10    A. Okay. How far down did you go? I see
11  "any," then "more than 3600 lifetime applications"
12  is 1.42.
13    And ever use is 1.35, 1.27, 1.43 in
14  case control, but not cohort studies.
15    Q. (BY MR. JAMES) Okay. And my apol- --
16    A. "However" --
17    Q. Oh, sorry, Doctor.
18    A. -- is that where -- is that where you are?
19  Is that the right sentence now?
20    Q. If -- if I may. If I may refer you back
21  to Figure 2 and not Table 2, I think that will get
22  us there quicker.
23    MS. O'DELL: I'm sorry, Scott. I'm
24  sort of confused.

53 (Pages 206 to 209)

Ellen Blair Smith, M.D.

Page 210

1      MR. JAMES: Sure. And I'm gonna --
2  I'm straightening this up right now.
3      THE WITNESS: Okay. Okay.
4      Q. (BY MR. JAMES) So we're looking at
5  Figure 2, which is where I initially --
6      A. Okay.
7      Q. -- tried to get us.
8      A. Okay. So -- okay. So the -- yes.
9      MS. O'DELL: Okay. Excuse me. Let
10 him --
11     THE WITNESS: I'm sorry.
12     MS. O'DELL: -- ask a question.
13     Q. (BY MR. JAMES) So on page -- on
14 Figure 2 --
15     MS. O'DELL: Excuse me. Dr. Smith, if
16 you'll let him ask the question.
17     This is very -- gonna be very
18 confusing on the record, so if we could just start
19 over and make it clear.
20     MR. JAMES: Sure. Sure.
21     MS. O'DELL: Thank you.
22     Q. (BY MR. JAMES) So we're looking at the
23 Penninkilampi study, Figure 2, page 46, correct?
24     A. Correct.

Page 211

1      Q. Okay. And do we see here, which is where
2  I was trying to go, that the "Any perineal talc use"
3  odds ratio reported here is a 1.31, correct?
4      A. Correct.
5      Q. And then they go on in Figure 2 to state
6  that the "Long-Term perineal talc use" odds ratio is
7  a 1.25, correct?
8      A. Correct.
9      Q. And the authors also note that it's a
10 lower magnitude odds ratio, correct?
11     A. Correct.
12     Q. Does that lower magnitude odds ratio for
13 long-term perineal talc use comport with your
14 litigation opinions?
15     MS. O'DELL: Object to the form.
16     A. It's not inconsistent.
17     Q. (BY MR. JAMES) It's not inconsistent with
18 your opinions that a long-term talc user has a lower
19 odds ratio?
20     MS. O'DELL: Object to the form.
21     A. It is not unusual to have a -- a single
22 inconsistent finding within one study. It doesn't
23 change the whole picture of -- I mean, I note it. I
24 acknowledge it.

Page 212

1      Q. (BY MR. JAMES) Uh-huh.
2      A. Cramer's got a paper. I think it's Cramer
3  has a paper that tubal ligation increases ovarian
4  cancer risks in one of his forms. I mean, it's --
5  you know, you have the outliers. But the body of
6  literature doesn't support this single decrease from
7  1.31 to 1.25. But, you know, okay, but I see it. I
8  know it.
9      Q. And in your report you discuss
10 Penninkilampi as politically -- excuse me,
11 particularly important to your analysis, correct?
12     MS. O'DELL: Object to the form.
13     A. I really like this study. I -- I like the
14 scope of it. I like inclusion of the cohorts. It
15 has a huge number of cases. Bigger is better. When
16 you get away from small numbers and into the really
17 large numbers, you have a much higher chance of
18 finding truth if you -- so I like this study.
19     Q. (BY MR. JAMES) Do you see on page 42 of
20 the study, it's the left-hand column, top paragraph,
21 bottom sentence, the authors state, "Hence, while
22 perineal talc use has not been shown to be safe, in
23 a similar regard, a certain causal link between talc
24 use and ovarian cancer has not yet been

Page 213

1  established," close quote?
2      A. They do say that.
3      Q. Okay. Do you agree with that finding or
4  statement?
5      A. My conclusions are based on the totality
6  of all the evidence that I have reviewed, not just
7  the epidemiologic. Certainly, they have not reached
8  that conclusion.
9      MR. KLATT: Objection; nonresponsive.
10     Q. (BY MR. JAMES) And the Penninkilampi
11 authors did not reach a causation conclusion,
12 correct?
13     MS. O'DELL: Object to form.
14     A. Well, in their introduction, they said a
15 causal link has not been used.
16     And their discussion is that they said
17 that a (paraphrasing) talc use appears to be
18 associated with an increased risk of serous ovarian
19 cancer, both invasive and borderline, and not with
20 mucinous and with endometrial -- endometrioid
21 ovarian cancer with perineal use.
22     Q. (BY MR. JAMES) The question remains,
23 Dr. Smith: The Penninkilampi study that you cite as
24 particularly important in your report, the authors

Ellen Blair Smith, M.D.

Page 214

1  there do not render the conclusion that talc is a
2  demonstrated cause of ovarian cancer, do they?
3          MS. O'DELL: Objection to form; asked
4  and answered.
5      A.  They ask for a sustained need for further
6  research on the potential mechanism by which ovarian
7  cancer may be caused by talc.
8          So they -- they do not allow a causal
9  relationship, nor do they allow rejecting that
10  causal relationship.
11     Q.  (BY MR. JAMES)  And here, we do know that
12  you have rendered the causation opinion, and so your
13  causation opinion is different than the opinion
14  reached by the authors of the Penninkilampi study,
15  isn't it?
16     A.  Yes.
17     Q.  When evaluating the Penninkilampi study,
18  did you note that the Penninkilampi authors omitted
19  certain cohort data?
20     A.  They use Gertig rather than Gates.
21     Q.  Okay.  And the Gates paper is the
22  follow-up paper, correct?
23     A.  The Gates paper is the -- do you want to
24  do the -- the prospective studies now or do you want

Page 215

1  to do it as part of this?
2      Q.  I -- right now, I'd just like to continue
3  with the questioning.
4      A.  Okay.  Okay.
5      Q.  And if there is a --
6      A.  Okay.
7      Q.  -- point where you'd like the papers,
8  we'll get them for you.
9      A.  Thank you.
10     Q.  Okay.
11     A.  I always love the papers.
12         The Gates study is the first half of
13  the Nurses' study.
14         MS. O'DELL:  Scott, if you're gonna
15  mark the papers, why don't we go ahead and mark
16  Gates and --
17         THE WITNESS:  Gertig?
18         MS. O'DELL:  -- if you're going to --
19  Yes.
20         If you're going to -- I think we've
21  marked them --
22         MR. JAMES:  Sure.  That sounds fine.
23         MS. O'DELL:  That way the Doctor can
24  have it in front of her while she's answering the

Page 216

1  questions.
2          MR. JAMES:  Okay.  So I'm marking the
3  Gates 2010 paper as Exhibit 22.
4          (Deposition Exhibit 22 marked for
5           identification.)
6      Q.  (BY MR. JAMES)  And so the question --
7  I'll rephrase.
8          MS. O'DELL:  Oh.  I thought you were
9  gonna hand me something else.  Okay.
10     Q.  (BY MR. JAMES)  The Gates paper is the --
11  is a paper produced on the Nurses' Health cohort,
12  correct, Dr. Smith?
13     A.  Did you say the Gates' paper?
14     Q.  Yes.
15     A.  Yes.
16         MS. O'DELL:  Are you gonna mark
17  Gertig, if you're gonna compare the two?
18         MR. JAMES:  I'll mark Gertig as
19  Exhibit 23.
20         (Deposition Exhibit 23 marked for
21          identification.)
22     Q.  (BY MR. JAMES)  And Dr. Smith, Gertig is
23  also a Nurses' Health paper, correct?
24     A.  It's the first one.

Page 217

1      Q.  Thank you.
2      A.  Thank you.
3      Q.  All right.  And so to reframe the
4  question, Dr. Smith, the Penninkilampi study omits
5  the data from the Gates 2010 study, correct?
6          MS. O'DELL:  Object to the form.
7  Excuse me.  I'm sorry.
8      A.  It used Gertig and not Gates.
9      Q.  (BY MR. JAMES)  Okay.  Is there --
10     A.  I -- I don't think he -- I don't know why
11  he -- that is what it is.
12     Q.  And, again, you understand the Gates 2010
13  paper has data on additional years of follow-up,
14  correct?
15     A.  And additional patients.
16         MS. O'DELL:  Objection to form.
17     Q.  (BY MR. JAMES)  And you understand that
18  the Gates 2010 paper includes an analysis of the
19  odds ratios associated with talc and ovarian cancer,
20  correct?
21     A.  Correct.
22     Q.  Do you believe the Penninkilampi study
23  should have included the data from the Gates 2010
24  paper?

Ellen Blair Smith, M.D.

Page 218

1    A. I --
2         MS. O'DELL: Object to the form.
3    A. I believe it doesn't matter.
4    Q. (BY MR. JAMES) Why doesn't it matter?
5    A. Because we have the Berge study that did
6    include it, and that -- for some reason, it's not
7    included in my report, and if you don't call it a
8    flaw, I will. I -- I think in multiple drafts and
9    cut and pasting it went to the great cyber void.
10   Q. Okay. And that's -- the discussion that
11   you just had was concerning the Berge paper,
12   correct?
13   A. Right.
14   Q. But returning back to the Penninkilampi
15   study, do you believe it was a flaw for the authors
16   not to include data from Gates 2010?
17        MS. O'DELL: Objection to form.
18   A. No, I don't.
19   Q. (BY MR. JAMES) Why is that?
20   A. Because it doesn't make any difference.
21   Because Berge did, and it didn't make any difference
22   in the results.
23   Q. Okay. So I'm asking about the
24   Penninkilampi study. And my question is whether

Page 219

1    Penninkilampi should have included the data from the
2    Gates 2010.
3         MS. O'DELL: Object to the form.
4    A. Well, if you use the most recent available
5    data, maybe he should have, yes, you're right.
6    Q. (BY MR. JAMES) And, in fact, that's one
7    of the points that you make in your report, correct?
8         You -- one of the things you note in
9    your report is follow-up is a good thing, right?
10   A. Correct.
11   Q. And the Penninkilampi authors make certain
12   conclusions about the cohort data, don't they?
13   A. You're gonna have to tell me what those
14   conclusions are before I'll agree with or not agree
15   with that.
16   Q. Okay. Dr. Smith, if you -- do you have
17   the Penninkilampi paper in front of you?
18   A. I do.
19   Q. Okay. And you see on page 47 in the
20   Conclusions section --
21   A. Um-hum.
22   Q. -- you see that, quote -- and this is the
23   second sentence down --
24   A. Um-hum.

Page 220

1    Q. -- "While the results of case-control
2    studies are prone to recall bias, especially with
3    intense media attention following the commencement
4    of litigation in 2014, the confirmation of an
5    association in cohort studies between perineal talc
6    use and serous invasive ovarian cancer is suggestive
7    of a causal association," closed quote.
8         Do you see that?
9    A. Yes.
10   Q. And so Penninkilampi is hinging its
11   conclusions on what it believes to be the results
12   of, quote, "cohort studies," closed quote, correct?
13        MS. O'DELL: Object to the form.
14   A. I don't believe that they hinge their
15   whole findings on cohort studies. Their statistical
16   and significant include- -- significance included
17   those cohort studies, but it's only a component of
18   theirs.
19   Q. (BY MR. JAMES) And certainly in the
20   Conclusions section, the Penninkilampi authors
21   acknowledge the bias limitations associated with
22   case control studies, correct?
23   A. They say case control studies are prone to
24   recall bias. I think a better choice of words would

Page 221

1    be may be prone to recall bias.
2         But, yes, cohort studies obviate
3    recall bias. They don't have it.
4    Q. And we know again here that Penninkilampi
5    did not include the Nurses' Health cohort data from
6    2010 Gates, correct?
7         MS. O'DELL: Object to the form.
8    A. Correct.
9    Q. (BY MR. JAMES) Okay. And are -- do you
10   know that in the Gates 2010 paper the reported
11   association with the serous ovarian cancer washed
12   out?
13   A. I know that.
14        MS. O'DELL: Object to the form.
15   Q. (BY MR. JAMES) And Penninkilampi
16   apparently doesn't know that, correct?
17        MS. O'DELL: Object to the form.
18   A. I haven't talked to him.
19   Q. (BY MR. JAMES) Okay. Well, Penninkilampi
20   is referring to a confirmation of an association and
21   cohort studies.
22        Do you see that?
23   A. Right.
24   Q. So he must be referring to --

56 (Pages 218 to 221)

Ellen Blair Smith, M.D.

Page 222

1     A.  The Gertig study.
2     Q.  -- Gertig study, correct?
3         MS. O'DELL:  Excuse me.
4     A.  Right.
5         MS. O'DELL:  Object to the form.
6         Hey, Doctor, give me just a minute
7     to --
8         THE WITNESS:  Okay.  I'm sorry.
9         MS. O'DELL:  -- get my objection in.
10    Q.  (BY MR. JAMES)  And we know that's true
11    because we know none of the cohorts performed today
12    have found an association, correct?
13        MS. O'DELL:  Object to the form.
14    A.  That is true.
15    Q.  (BY MR. JAMES)  We know the Women's Health
16    Initiative study did not find an association between
17    perineal talc use and ovarian cancer, correct?
18        MS. O'DELL:  Object to the form.
19    A.  That is true.
20    Q.  (BY MR. JAMES)  We know the Gonzalez
21    Sister Study -- the prospective Gonzalez Sister
22    Study did not find an association between perineal
23    talc use and ovarian cancer, correct?
24    A.  That is true.

Page 223

1     Q.  So we can deduce here that the only study
2     that he can be referring to is the Gertig 2000
3     study, correct?
4     A.  He lists Gertig in his reference -- in
5     his -- see.  He lists Gertig --
6     Q.  So there's no dispute --
7     A.  -- right there.
8     Q.  I'm sorry, Doctor.
9     A.  In Gertig, there's no dispute.  He's
10    not trying to hide anything.  It's listed,
11    "Gertig 2000."
12    Q.  Right.  So there's no dispute in our
13    discussion here either that what he's referring to
14    there is the Gertig 2000 study, correct?
15        MS. O'DELL:  Object to the form.
16    A.  He is referring to the Gertig.
17    Q.  (BY MR. JAMES)  And he just forgot to look
18    at the Gates 2010 data, correct?
19    A.  I don't know why --
20        MS. O'DELL:  Object to the form.
21    A.  -- he didn't look at the Gates study.
22        MS. O'DELL:  Excuse me, Doctor.
23        Object to the form.
24        You may answer.

Page 224

1     Q.  (BY MR. JAMES)  If you had looked at
2     the Gates --
3         MS. O'DELL:  Hey, let -- finish -- if
4     you've got an answer --
5         Did you finish your answer?
6         THE WITNESS:  I did finish my answer.
7         MS. O'DELL:  Okay.  Give me a moment.
8     Thank you.
9         THE WITNESS:  I know.  I'm not
10    supposed to talk so fast.
11    Q.  (BY MR. JAMES)  If you had looked at the
12    Gates 2010 data, he wouldn't have been able to make
13    that statement, correct?
14        MS. O'DELL:  Object to the form.
15    A.  Do you mean the statement that the
16    confirmation of an association in cohort studies
17    between perineal talc use and serous invasive cancer
18    is suggested of a causal association?
19        Well, his -- the Gates study did not
20    have statistically significant increase incidence of
21    serous ovarian cancer.
22    Q.  (BY MR. JAMES)  Another reason that you'd
23    want to look at the most recent data available from
24    a cohort is because of concerns about latency, which

Page 225

1     you also cite in your report, correct?
2         MS. O'DELL:  Objection to form.
3     A.  That's not the only reason to just look at
4     most up-to-date studies.
5     Q.  (BY MR. JAMES)  Is it one of the reasons?
6         MS. O'DELL:  Object to the form.
7     A.  I have never con- -- thought about latency
8     in terms of looking at the most recent study and the
9     most up-to-date studies.
10    Q.  (BY MR. JAMES)  Okay.  In your report, do
11    you recall critiquing the cohort studies on the
12    basis that, in your opinion, they have short
13    follow-up and don't account for latency?
14        Do you recall that critique?
15    A.  Particularly -- particularly the Gonzalez
16    study, yes.
17    Q.  Okay.  But the -- the question that I'm
18    posing here is more general in nature.
19        Is that one of the reasons that you
20    would want to include the most recent data from a
21    cohort is to, in part, address the concern of
22    latency that you --
23    A.  The longest follow-up possible.
24    Q.  Okay.  We will turn to the Berge study,

57 (Pages 222 to 225)

Ellen Blair Smith, M.D.

Page 226

1  which you previewed for us, Dr. Smith, and I will
2  hand you a copy, if I haven't already.
3            MR. JAMES:  I'm gonna mark Berge,
4  B-e-r-g-e, as Exhibit 24.
5            (Deposition Exhibit 24 marked for
6            identification.)
7      Q.  (BY MR. JAMES)  Dr. Smith, I've handed you
8  the Berge paper.
9            And this is a paper you have seen
10  before, correct?
11      A.  It is.
12      Q.  And as you just discussed, you acknowledge
13  it's not discussed in your report, correct?
14            MS. O'DELL:  Objection to form.
15      Q.  (BY MR. JAMES)  Or I'll -- I'm going to
16  rephrase.  I know -- I --
17      A.  I have cited it --
18      Q.  -- I can correct that.
19            You cited it for a publication bias
20  point, correct?
21      A.  I don't -- I'd have to look where I cited
22  it.
23      Q.  Okay.
24      A.  I -- it's missing from here.  Yeah.

Page 227

1      Q.  Do you agree that you haven't discussed
2  the Berge study in-depth in your report?
3      A.  Correct.
4      Q.  And that was a -- what you were alluding
5  to earlier as a mistake and omission.  Fair?
6            MS. O'DELL:  Objection to form.
7      A.  Correct.
8      Q.  (BY MR. JAMES)  What are your thoughts on
9  the Berge study?
10      A.  Again, it -- it -- it uses Gates instead
11  of Gertig.  It has very similar findings to
12  Penninkilampi.  If you look at his forest plot, he
13  looks at the cohort studies:  Gates, Houghton,
14  Gonzalez, nurses, women, sisters.  Again, they are
15  not statistically significant on their relative risk
16  and confidence intervals.
17            And yet in inclusion with the entire
18  population, his numbers are very similar to
19  Penninkilampi with an overall relative risk slightly
20  lower of 1.22 versus Penninkilampi is 1.31;
21  confidence intervals 1.13 to 1.30 for Berg remains
22  statistically significant as Penninkilampi 1.24 to
23  1.39.
24      Q.  Do you -- Doctor, are you finished?

Page 228

1      A.  I was looking for something, but go ahead
2  and talk.
3            MS. O'DELL:  Excuse me.  I think --
4  let me get -- I think maybe -- do you have part of
5  the table missing from your version?
6            THE WITNESS:  There's -- yeah, there's
7  a table that I'm used to around here.
8            MR. JAMES:  Do you have a better copy,
9  Leigh?
10            THE WITNESS:  Let me see.
11            MS. O'DELL:  Is it an eTable?
12            THE WITNESS:  No, I think it's just
13  the copy . . .
14            MR. JAMES:  That's all I have.
15            THE WITNESS:  Oh, yeah.  No.  I don't
16  know.  Yeah, this is my copy.
17            MR. JAMES:  Okay.  Let me see.
18            And Mr. Klatt has handed me some
19  better copies as well, if anybody needs a better one
20  as well.
21            MS. O'DELL:  Thank you.
22            MR. JAMES:  And at the break, I will
23  resticker.
24            THE WITNESS:  Yeah, it's Table 2 on --

Page 229

1  here it is.
2      A.  Table 2 on page 6 where Penninkilampi -- I
3  am becoming buried -- found invasive serous.
4            So first, I'm gonna give you
5  Penninkilampi's statistically significant increase
6  rate invasive serous cancer with genital talc use.
7  Penninkilampi's numbers are overall risk 1.25,
8  confidence interval 1.01 to 1.55.
9            Berg -- Berge is 1.24, confident
10  intervals 1.15 to 1.34.
11            So this is why I told you from
12  comparing these two papers that Gertig versus Gates,
13  when you look at all the same body, it's six of one
14  half-a-dozen of the other, the inclusion of which of
15  those two post -- his studies in meta-analyses.
16      Q.  (BY MR. JAMES)  But you have already
17  agreed with me that it would have been better for
18  Penninkilampi to included the Gates 2010 data,
19  correct?
20            MS. O'DELL:  Objection to form.
21      A.  I like using the most recent study.
22      Q.  (BY MR. JAMES)  And that's EPI 101, isn't
23  it?
24            MS. O'DELL:  Objection; form.

Ellen Blair Smith, M.D.

Page 230

1    A.  That's everything 101.
2    Q.  (BY MR. JAMES)  And we see here in the
3  Berge paper if we look at the conclusions in the
4  abstract, the very last sentence of the paper, the
5  authors conclude, quote -- and I'm at the very first
6  page of the paper in the abstract -- they conclude,
7  quote, "The heterogeneity of results by study
8  design . . . however, detracts from a causal
9  interpretation of the association."
10    A.  I think I'm in the wrong place.
11        MS. O'DELL:  What page are you on?
12        MR. JAMES:  The abstract.
13    A.  The heterogeneity.
14    Q.  (BY MR. JAMES)  Dr. Smith, I think your
15  scarf is covering your mike.
16    A.  I'm sorry.  Nope.  I broke it.
17        THE VIDEOGRAPHER:  Okay.  We need to
18  go off the record.
19        MR. JAMES:  Okay.  Off the record.
20        THE VIDEOGRAPHER:  Okay.  Off the
21  record.  The time is 3:41 p.m.
22        (A recess was taken from 3:41 p.m.
23         to 4:13 p.m.)
24        THE VIDEOGRAPHER:  Back on the record.

Page 231

1  The time is 4:13 p.m.
2    Q.  (BY MR. JAMES)  And, Dr. Smith, when we
3  broke, we were discussing the Berge study, correct?
4    A.  Yes.
5    Q.  And so I'm gonna -- I think that when we
6  broke I was pointing you toward the abstract portion
7  of the patient -- paper.
8    A.  Correct.
9    Q.  Okay.  And do you see there at the bottom
10  of the abstract the authors there conclude, quote,
11  "The heterogeneity of results by study design and
12  the lack of a trend for duration and frequency of
13  use, however, detract from a causal interpretation
14  of this association," close quotes?
15    A.  That --
16        MS. O'DELL:  Object to form.
17    A.  That was their assessment.
18    Q.  (BY MR. JAMES)  Okay.  And your litigation
19  opinion differs from the causal conclusions reached
20  by these authors, correct?
21        MS. O'DELL:  Object to the form.
22    A.  My causal interpretation is built on the
23  totality of all of these studies and the
24  biochemistry and all the literature I reviewed.  So

Page 232

1  it does differ from this individual one paper.
2    Q.  (BY MR. JAMES)  And, again, the individual
3  one paper you're here is a meta-analysis that -- it
4  is a meta-analysis, correct?
5    A.  Yes.  I have -- I have great respect for
6  this paper.
7    Q.  And we see the -- in the conclusion that
8  we just read, one of the points the authors here
9  make concerns the heterogeneity results by study
10  design, correct?
11    A.  Correct.
12    Q.  And there the authors are noting that the
13  association that appears in a subset of the case
14  control studies is not being replicated in the
15  cohorts prospective studies, correct?
16        MS. O'DELL:  Object to the form.
17    A.  Case control studies are entirely
18  different from cohort studies.
19    Q.  (BY MR. JAMES)  All right.  Let me ask my
20  question again.
21    A.  Okay.
22    Q.  Here when the authors are referring to the
23  difference in the results of the types of studies,
24  right, in this conclusion, that's what they're

Page 233

1  referring to, aren't they, when they say
2  "heterogeneity"?
3    A.  I can't -- I can't define their
4  heterogeneity.
5    Q.  Let me try again.  So here the authors
6  refer to the -- quote, "The heterogeneity of results
7  by study design," close quote.
8        Does that phrase -- do you understand
9  what they mean by that phrase?
10    A.  Do they define it further in the text?  I
11  don't remember that.
12    Q.  Let's look to page 253 of the article.
13    A.  Mine has single-digit page numbers.
14    Q.  Hum.
15    A.  Starts on page 1 and goes to page 9 --
16  oop.  Because mine's an e-Pub.  This is an e-Pub.
17        MS. O'DELL:  This is the copy I think
18  you gave.
19        MR. JAMES:  Can I see that real quick?
20        MS. O'DELL:  Yeah.
21        MR. JAMES:  Is that an e-Pub as well,
22  Leigh, on the front?
23        BY MS. O'DELL:  It --
24        THE WITNESS:  It says, "Cancer --

59 (Pages 230 to 233)

Ellen Blair Smith, M.D.

Page 234

```
 1   General Cancer Position 00000."
 2          MS. O'DELL:  Is that the same one
 3   you're looking at?  It's just different page
 4   numbers.
 5          MR. JAMES:  Um-hum.
 6          MS. O'DELL:  That may be the copy
 7   that -- I think that's the copy that -- that Mike
 8   gave us.
 9          MR. JAMES:  Um-hum.
10          THE WITNESS:  Because on my copy, I
11   had to write down the final publication information
12   beside it.
13          MR. JAMES:  Okay.  I think on the next
14   break I'm gonna take a peek closer at these Berge
15   articles.  I think we may still have a disconnect.
16          MS. O'DELL:  Okay.
17          MR. JAMES:  I'm not sure why we're
18   looking at two different versions on the same paper.
19   Here you go.
20          THE WITNESS:  I have written here that
21   the final publication pages were 248 through 257 of
22   Volume 27.
23          Does that help you?
24          MR. JAMES:  Sort of.  So let's --
```

Page 235

```
 1   let's just keep moving.  Okay?
 2          THE WITNESS:  Okay.
 3          MR. JAMES:  Let's keep plowing.
 4          Q.  (BY MR. JAMES)  The Berge authors made a
 5   conclusion that the evidence was insufficient to
 6   support causation, correct?
 7          MS. O'DELL:  Object to the form.
 8          A.  They say it detracts from causal
 9   interpretation of this association.
10          Q.  (BY MR. JAMES)  And one of the items they
11   consider is the fact that the cohort data does not
12   report a statistically significant association
13   between ovarian cancer and talc use, correct?
14          A.  Because they use Gates.
15          Q.  Understood.
16          Would you agree that all of the
17   meta-analyses that we have looked at today and that
18   you addressed in your report are relying on a -- on
19   a similar set of data?
20          MS. O'DELL:  Object to the form.
21          A.  I will certainly tell you the past three
22   studies -- two to three studies we've looked at work
23   on a similar data.  This is a growing body of
24   epidemiologic evidence, so each study grows in the
```

Page 236

```
 1   number of studies they include.
 2          Q.  (BY MR. JAMES)  So as time goes on and
 3   more studies are performed testing the hypothesis of
 4   ovarian cancer in talc, that body of literature can
 5   be included in the next meta-analysis that's
 6   completed, correct?
 7          MS. O'DELL:  Object to the form.
 8          A.  Correct.
 9          Q.  (BY MR. JAMES)  You agree that the
10   meta-analyses of all of the underlying studies
11   cannot eliminate the recall bias in the underlying
12   studies?
13          MS. O'DELL:  Object to the form.
14          A.  In any case control study, there exists
15   the possibility of any recall bias.
16          Q.  (BY MR. JAMES)  And putting these studies
17   together in a meta doesn't eliminate that, correct?
18          MS. O'DELL:  Object to the form.
19          A.  No, it does not.
20          Q.  (BY MR. JAMES)  And you may recall this,
21   but the Penninkilampi study concedes that point,
22   correct?
23          MS. O'DELL:  Object -- object to the
24   form.
```

Page 237

```
 1          A.  (No response.)
 2          Q.  (BY MR. JAMES)  And Dr. Smith, referring
 3   to page 47, the Conclusions section of the paper.
 4          A.  Yes.
 5          Q.  And we see here that the -- if you look
 6   down to --
 7          A.  Yes.
 8          Q.  -- the last sentence in that column, they
 9   say, "Additional epi evidence from prospective
10   studies with attention to effects of ovarian cancer
11   subtype is warranted."
12          Do you see that?
13          A.  I see that.
14          Q.  And so the authors here in the
15   Penninkilampi study are expressing a need for
16   additional prospective data, correct?
17          MS. O'DELL:  Objection.
18          A.  Correct.
19          Q.  (BY MR. JAMES)  We've talked already, in
20   some fashion, about the cohort studies.
21          You agree with me that the litigation
22   opinions you're offering in your report conflict
23   with the cohort studies, correct?
24          MS. O'DELL:  Object to the form.
```

60 (Pages 234 to 237)

Ellen Blair Smith, M.D.

Page 238

1    A.  The cohort studies, with the exception of
2 Gertig and serous, showed no statistically
3 significant increase hazard ratio or relative risk
4 or standardized mortality ratio, depending on the
5 statistics they chose, hazard ratios for ovarian
6 cancer.  That is a fact.
7    Q.  (BY MR. JAMES)  You discuss the Houghton
8 study, the Women's Health Initiative study on
9 page 15 of your report.
10    A.  Yes.
11    Q.  And you include the note that -- on
12 page 15, that "No histologic information was
13 obtained."
14       Do you see that phrase in your report?
15    A.  I do.
16    Q.  Do you believe that to be correct?
17    A.  May I see the paper.
18    Q.  Yes, Doctor.
19       MR. JAMES:  I'm gonna mark the Women's
20 Health Initiative Houghton study as Exhibit
21 Number 25.
22       (Deposition Exhibit 25 marked for
23       identification.)
24       THE WITNESS:  Thank you.

Page 239

1    Q.  (BY MR. JAMES)  If we look at the study on
2 page 3, Dr. Smith.
3    A.  (Examined exhibit.)  Yes.  Table 1?
4    Q.  You're ahead of -- you're ahead of me.
5       MS. O'DELL:  Please wait for the
6 question, Dr. Smith.
7       THE WITNESS:  He said, "If we look at
8 the study on page 3."  That was a question.
9    Q.  (BY MR. JAMES)  Yes.  Yes.  Yes, page 3.
10 Page 3.  I'm getting there.
11       (Examined exhibit.)  And the study
12 states that "Associations by ovarian cancer
13 histological subtype were evaluated."
14    A.  I'm sorry.  Where are you on page 3?
15    Q.  Give me one second.  I lost it.  I'm on
16 the wrong page here.  Give me one second.
17       Dr. Smith, if we turn to page 5
18 of 6 --
19    A.  Um-hum.
20    Q.  -- we see here that there is information
21 in the Table 4 pertaining to Histology, correct?
22    A.  I see that.
23    Q.  Okay.  And do you know if this study found
24 any variation in risk by subtype?

Page 240

1    A.  They did not find any variation of risk by
2 subtype.
3    Q.  Okay.  So would you agree with me, then,
4 that that statement in your report is erroneous?
5    A.  I believe --
6       MS. O'DELL:  Object to the form.
7    A.  I believe I -- it would have been better
8 stated "No difference in risks by histologic
9 information was demonstrated."
10    Q.  (BY MR. JAMES)  Okay.
11    A.  What it stated here is wrong.
12    Q.  Are your opinions that you're offering
13 today on general causation between talc and ovarian
14 cancer histologic specific?
15    A.  With regards to mucinous ovarian cancer, I
16 have seen no -- strike that.
17       I learned how to say that.
18    Q.  That's fine.
19    A.  With a totality of the information I've
20 looked at, I do not believe talcum powder is a risk
21 factor for the development of mucinous ovarian
22 cancer.
23    Q.  Do you believe it is a risk factor for the
24 other subtypes of epithelial ovarian cancer?

Page 241

1    A.  I am certain that it's a risk factor for
2 the risk factor of serous invasive ovarian and
3 endometrioid invasive --
4       Did I say endometrial?
5    Q.  You did.
6    A.  Oh, I meant -- okay.  Let me start again.
7       I believe it is.  It -- talcum powder
8 products cause invasive serous ovarian cancer and
9 invasive endometrioid ovarian cancer.
10       I am less clear on its relation to
11 clear cell carcinoma, and I believe it is not a
12 causative agent in the development of mucinous
13 ovarian cancer.
14    Q.  And when you say you're less clear with
15 respect to clear cell, sitting here today, do you
16 offer the opinion that talc is causative of clear
17 cell ovarian cancer?
18    A.  It is -- yes, I will say that.  Because of
19 the inflammation, yes, I can say that.
20    Q.  So you're -- you say that you're less
21 clear about it, but you still feel --
22    A.  I think there's less dat- --
23       MS. O'DELL:  Let him finish his
24 question.

Ellen Blair Smith, M.D.

Page 242

1    Q.  (BY MR. JAMES)  So you --
2        THE WITNESS:  Let him finish his
3    question.
4    Q.  (BY MR. JAMES)  So you say that you're
5    less clear about clear cell, but you were still
6    comfortable stating that the evidence is sufficient
7    to conclude that talc causes clear cell carcinoma?
8        MS. O'DELL:  Objection; form.
9    A.  I can say it better.  Clear cell carcinoma
10   is a less frequent histologic type, but inflammation
11   still contributes heavily to its development.  I
12   think we have fewer cases; therefore, fewer data,
13   but I think talc contributes to its development.
14   Q.  (BY MR. JAMES)  And when you say
15   "contributes to its development" --
16   A.  Causes.
17   Q.  -- I think you --
18   A.  In a legal term.
19   Q.  -- are you asking -- are you saying that
20   it causes?
21   A.  Causes.
22   Q.  So your opinion here today is that talc is
23   causative of serous?
24   A.  Serous.

Page 243

1    Q.  Serous endometrioid --
2    A.  Yes.
3    Q.  -- and clear cell; is that correct?
4    A.  Yes.
5    Q.  Do you consider those three subtypes of
6    ovarian cancer to be separate diseases?
7        MS. O'DELL:  Object to the form.
8    A.  If they're -- if they're poorly
9    differentiated, they are in the same type 2 ovarian
10   cancer that we talk about aggressive, metastasized
11   widely, fatal, yes.
12   Q.  (BY MR. JAMES)  Do you believe that the
13   risk factor profiles for serous, endometrioid, and
14   clear cell are different or the same?
15       MS. O'DELL:  Object to the form.
16   A.  They're certainly overlapping.
17   Endometriosis is generally associated more with
18   endometrioid and clear cell carcinomas, less so with
19   serous carcinomas.
20   Q.  (BY MR. JAMES)  If other experts have
21   reached the conclusion that the association between
22   talc and ovarian cancer is causative -- proven
23   causative by the science only with serous and talc,
24   then you would disagree with those experts?

Page 244

1        MS. O'DELL:  Object to the form; lack
2    of foundation.
3    A.  I'd love to discuss it with them.
4    Q.  (BY MR. JAMES)  Do you have any quarrels
5    with the analysis on the Houghton paper?
6    A.  Could you be more specific?
7    Q.  Do you have any critiques, just sitting
8    here today, of the Houghton paper?
9        MS. O'DELL:  Object to the form;
10   vague.
11   A.  Well, in evaluating it, I looked at
12   that it was small and -- well, it's 61,000
13   postmenopausal women.  It had a relatively short
14   follow-up of only 12.4 years.  The number of cases
15   is low, about 429, so -- I mean, it's a small, short
16   study.
17   Q.  (BY MR. JAMES)  (Short pause.)
18       And do you understand that the Women's
19   Health Initiative included a question on duration?
20   A.  Yes.
21   Q.  Okay.  Did you factor that into
22   considering your comment on follow-up?
23       MS. O'DELL:  Object to the form.
24   A.  The follow-up's still 12.4 years.  It

Page 245

1    doesn't change it.
2    Q.  (BY MR. JAMES)  Does the fact that they
3    asked about duration factor into your analysis at
4    all?
5    A.  It's better to ask about duration, but --
6    Q.  And -- I'm sorry.
7    A.  -- but it doesn't change how long the
8    study went on with the small numbers.
9    Q.  And so the study, if -- by asking about
10   duration is increasing data on the -- on the time
11   period for which it's evaluating talc users,
12   correct?
13   A.  Correct.
14       MS. O'DELL:  So off the mark.  I
15   object to that question.
16   Q.  (BY MR. JAMES)  On page 16 of your report,
17   you state that, quote, "In my opinion, meta-analyses
18   is the most valid and reliable way to study an issue
19   like ovarian cancer," closed quote.
20       Did you see where I read that?
21   A.  I see "In my opinion meta-analyses
22   provides most reliable evidence in this situation."
23       Is there another place?  That's the
24   third -- second full paragraph.

Ellen Blair Smith, M.D.

Page 246

1    I heard you say "valid," and I
2  don't -- I'm not seeing that word.
3        MS. O'DELL: I think you need to look
4  a bit further down the page.
5        THE WITNESS: Sorry.
6        MR. JAMES: Yeah.
7    Q.  (BY MR. JAMES)  It's the next paragraph.
8        Do you see that?  It's the
9  lead sentence --
10   A.  Yeah, okay.  I'm -- okay.  I'm with you
11 now.
12   Q.  Okay.  Is that statement confined to talc
13 or to ovarian cancer in general?
14       MS. O'DELL: Object to the form.
15   A.  No.  I mean, if we're looking at treatment
16 studies, we have the opportunity to do prospective
17 randomized controls trials, like the Armstrong trial
18 that's cited in here.  Those are always the best
19 forms we have for treatment.  We just can't do it
20 for exposure.
21   Q.  (BY MR. JAMES)  Here you say that you
22 consider meta-analyses to be the most valid and
23 reliable way to study an issue like ovarian cancer,
24 correct?

Page 247

1        MS. O'DELL: Object to the form; asked
2  and answered.
3    A.  I think meta-analysis is most valid and
4  reliable way to study risk in ovarian cancer.
5  Perhaps the word "issue" was not the best word
6  choice.
7    Q.  (BY MR. JAMES)  So you believe that
8  meta-analysis is the best way to study risk factors
9  for ovarian cancer?
10       MS. O'DELL: Object to the form.
11   A.  Yes.
12   Q.  (BY MR. JAMES)  Do you understand that the
13 literature that we have discussed today, prospective
14 cohort studies, meta-analyses, case control studies
15 commonly make the comment about the advantages
16 over -- excuse me -- the advantages of prospective
17 studies over retrospective studies?
18   A.  Absolutely.
19   Q.  And those studies that make those comments
20 are the studies that look at the issue of talc and
21 ovarian cancer.
22       MS. O'DELL: Excuse me.  Make --
23   Q.  (BY MR. JAMES)  Correct?
24   A.  Are you talking about --

Page 248

1        MS. O'DELL: Excuse me.  Let me object
2  to form of that question and the question before.
3        MR. JAMES: A retrospective objection.
4        MS. O'DELL: Yes, that's right.
5    A.  Prospective what type studies, please?
6    Q.  (BY MR. JAMES)  Okay.
7    A.  Cohort versus randomized?  Double-blind?
8    Q.  So the meta-analyses, for example, that
9  you have described as the most valid and reliable
10 way to study the issue have commented in the studies
11 themselves that prospective data is a higher level
12 of evidence.
13       Did you know that?
14   A.  Are you talking about cohort studies that
15 are prospective?
16   Q.  Correct, prospective cohort studies.
17   A.  Okay.
18       MS. O'DELL: Object to the form.
19   A.  Which can be analyzed by meta-analysis as
20 well.
21   Q.  (BY MR. JAMES)  But the meta-analyses
22 themselves that you have cited have discussed --
23   A.  Contain retrospective studies.
24   Q.  Excuse me.  Just one second.

Page 249

1        The meta-analyses that you have cited
2  and relied upon have discussed the fact that
3  prospective cohort studies are higher level
4  evidence.
5        Did you know that?
6        MS. O'DELL: Object to the form.
7    A.  In general, I know that.
8    Q.  (BY MR. JAMES)  The cohorts themselves in
9  their methodology sections and discussion sections
10 talk about the fact that they are being studied
11 prospectively for the purpose of eliminating recall
12 bias.
13       Do you understand that?
14       MS. O'DELL: Object to the form.
15   A.  That is one bias that can be eliminated in
16 a prospective cohort study, but they're both Level 4
17 evident epidemiologic studies which comes fourth
18 down the scale on the validity of scientific papers.
19   Q.  (BY MR. JAMES)  For example, the Houghton
20 study that we've looked at today says that "The
21 prospective nature of our study would eliminate the
22 potential for recall bias."
23       Would you agree with that statement?
24   A.  Yes.

63 (Pages 246 to 249)

Ellen Blair Smith, M.D.

Page 250

1    Q. The Gertig study that we've discussed
2  today says that they have prospectively examined the
3  relationship in a large cohort of U.S. women given
4  the concerns for recall and selection bias.
5       Do you understand that?
6       MS. O'DELL: Objection to form.
7    A. I understand that.
8    Q. (BY MR. JAMES) So these studies are
9  performed to address the flaws in the case control
10 studies, correct?
11      MS. O'DELL: Object to the form.
12   A. They are a different type of study and
13 they do account for recall bias, but they have their
14 own weakness and limitations.
15   Q. (BY MR. JAMES) And we've already talked
16 about today that, even in the Penninkilampi study
17 that you've discussed in your report, they conclude
18 with a note that prospective studies are warranted,
19 correct?
20      MS. O'DELL: Object to the form;
21 misrepresents the document.
22   A. They conclude with a note that prospective
23 studies are warranted.
24   Q. (BY MR. JAMES) If we look back at the

Page 251

1  Langseth study.
2       MS. O'DELL: 19.
3    Q. (BY MR. JAMES) Did you locate it before I
4  did?
5    A. I got it.
6    Q. Okay. I'm coming behind you here. You
7  see on page 3 --
8    A. My -- it's not paginated, but I'm on the
9  third page.
10   Q. Oh, thank you. And it's actually -- it
11 should be on page 2 because there's only three
12 pages.
13   A. Okay.
14      MS. O'DELL: Is there a specific place
15 you want her to read?
16      MR. JAMES: I'm still looking.
17 (Examined exhibit.)
18   Q. (BY MR. JAMES) Do you see in the bottom
19 paragraph where the authors there call for the --
20   A. "Proposal; To Research Community?
21   Q. Yes. They call for the performance of
22 prospective studies.
23      MS. O'DELL: Is there a specific place
24 you're pointing her to?

Page 252

1       MR. JAMES: In that section.
2    A. I have read this three times, and I'm not
3  seeing it. Proposal: To Research Community.
4    Q. (BY MR. JAMES) Huh.
5    A. Are you looking at the next page, the next
6  to the last paragraph?
7    Q. Oh. Yes. Thank you.
8    A. Okay.
9    Q. Page 3.
10   A. Page --
11   Q. It's the second to the last paragraph.
12   A. I gotcha. "While it would not be
13 reasonable"?
14   Q. Yes, Doctor.
15   A. Okay. Yes, I see that.
16   Q. Okay. Again, they're calling there for
17 cohort studies, cohort prospective studies, correct?
18      MS. O'DELL: Object to the
19 mischaracterization.
20   A. Correct.
21   Q. (BY MR. JAMES) And we know that after the
22 Langseth 2008 paper, we did have additional cohort
23 data published, correct?
24   A. The Gates follow-up, you mean?

Page 253

1    Q. We had the Gates 2010 paper, correct? The
2  Houghton WHI 2014 paper, correct?
3       Can you verbally answer, please?
4    A. Yes. I'm sorry.
5    Q. And the Gonzalez 2016 prospective paper,
6  correct?
7    A. Correct.
8    Q. On page 16, you also remark that "The
9  cohort studies were not designed specifically to
10 look at talcum powder."
11      Do you remember making that remark?
12      MS. O'DELL: Where are you?
13      MR. JAMES: On page 16 of Dr. Smith's
14 report.
15      BY MS. O'DELL: Oh, 16.
16   Q. (BY MR. JAMES) It's the third par- --
17 third full paragraph down. "In my opinion"
18 paragraph.
19   A. "In my opinion, meta-analysis is the most
20 valid and reliable way to study an issue like
21 ovarian cancer, which is relatively rare and
22 requires a long study period to detect. The cohort
23 studies were not designed specifically to look at
24 talcum powder. Instead, the use of talcum powder is

64 (Pages 250 to 253)

Ellen Blair Smith, M.D.

Page 254

1    only one of many queries."
2        Q.  And that's the question I'm asking you
3    right now.
4            So there you make the remark that
5    cohort studies were not designed specifically to
6    look at talc.
7            Is that a criticism you have of the
8    cohort studies?
9        MS. O'DELL:  Objection to the --
10   object to the form; misstates what's in Dr. --
11           Go ahead, Doctor.
12       A.  I don't find it particularly critical.  I
13   mean, that -- they're studying lots of things.
14       Q.  (BY MR. JAMES)  So you do not include a
15   criticism against the cohort studies for the fact
16   that talcum powder is only one of many queries?
17       A.  That is not a criticism.
18       Q.  You also make the claim, and if you
19   continue on reading, Doctor, that there's a lack of
20   power in the cohort studies?
21       A.  Yes.
22       Q.  Okay.  And what is that based on?
23           (Deposition Exhibit 26 referenced.)
24       A.  The numbers.  "Power" is the numbers.

Page 255

1            Steven Narod, who is a medical
2    oncologist and epidemiologist, suggests that in
3    cohort studies the critical threshold for finding --
4    because of the rarity of ovarian cancer, the
5    critical number base is 200,000.
6            Only did one cohort study, which is
7    Gates, reach 200,000.
8            Houghton -- Houghton had 61,576 women.
9            Gonzalez had only 41,654 sisters.
10           Kind of tiny and underpowered or lack
11   of power, and those are epidemiologic terms.
12       Q.  Did you consider the statements in Berge
13   about the power of the cohorts?
14       A.  I'd have to look at Berge again to see
15   what that was.  I found it.
16           Where do you see that?
17       Q.  If you look at the right column, the first
18   full paragraph.
19       A.  What page, please?
20       Q.  Oh, thank you.
21       A.  Oh, do you have a prob- --
22       Q.  It's page --
23       A.  Is this your bad problem?
24       Q.  Yes.  We're gonna --

Page 256

1        A.  Which table does it have on it?  Does it
2    have Table 2 on it?
3        Q.  Yeah.  We're looking at page 6 --
4        A.  Okay.
5        Q.  -- of Table 2.
6        A.  Table 2 page.
7        Q.  Yes.  Thanks, Doctor.
8        A.  All right.  Now, okay, so right-hand or
9    left-hand column?
10       Q.  It's the right-hand column.
11       A.  Okay.  Paragraph number?
12       Q.  It's the first full paragraph --
13       A.  Okay, great.
14       Q.  -- in the right-hand column.
15       A.  Got it.
16       Q.  And are you reading that paragraph?
17       A.  Yes.
18       Q.  Thank you.
19       A.  (Examined exhibit.)  He's talking about
20   heterogeneity.  I don't think he's . . .
21       Q.  So that -- Doctor, may I ask you a
22   question?
23       A.  Certainly.
24       Q.  All right.

Page 257

1            So that paragraph concludes with the
2    statement that, quote, "Low power of cohort studies
3    cannot be invoked as explanation of the
4    heterogeneity results," closed quote, correct?
5        A.  I am -- I agree with you that that is what
6    it says.
7        Q.  Okay.
8        A.  I cannot agree to that interpretation.
9        Q.  Have you performed your own power
10   calculations in this case?
11       A.  I have not.
12       Q.  Okay.  Do you have any reason to disagree
13   with the power calculations set forth in the Berge
14   paper?
15       MS. O'DELL:  Object to the form.
16       A.  The data from the Narod paper.
17       Q.  (BY MR. JAMES)  Do you have any other
18   basis upon which you would disagree with the Berge
19   power calculations?
20       A.  No.
21       Q.  On page 16 of your report, you discuss a
22   range by which you believe the risk of ovarian
23   cancer is increased by way of talc use, and you
24   conclude that it is a 20 to 50 percent range.

Ellen Blair Smith, M.D.

Page 258

1    Do you see where I am?
2    A. I know I wrote that, but -- yes, I found
3    it.
4    Q. Super.
5    It's in the paragraph --
6    A. Right.
7    Q. -- above Mechanisms?
8    A. Right.
9    Q. Where do you get that range from?
10   A. Smith-Bindman. I don't think I -- I --
11   okay. So over all the studies, the meta-analyses,
12   they ran from a 1.2 to a serous subtype 1.5.
13   In that range, it -- that would be a
14   50 -- 20 to 50 percent increase in ovarian cancer.
15   Q. In the course of answering that question,
16   did you reference Smith-Bindman?
17   A. Yeah, at the time I wrote this report, I
18   hadn't seen her individual analysis, so I couldn't
19   have had that information when I wrote this. I have
20   seen it subsequently.
21   Q. When you did look at that report?
22   A. Her deposition. Probably, I don't know, a
23   week-and-a-half ago, week ago. The days are running
24   together. Maybe as much as two weeks ago. I don't

Page 259

1    remember it in relation to Christmas.
2    MS. O'DELL: Do you remember -- do --
3    are you referring to her report?
4    A. Is that her report? Oh, yes, it's not her
5    deposition. It's her report.
6    Q. (BY MR. JAMES) Did you look at any other
7    expert reports in this litigation that we haven't
8    discussed today?
9    A. I have seen Plunkett.
10   Q. Okay. Any others?
11   MS. O'DELL: Other than the ones we've
12   talked about previously.
13   A. Crowley, Longo. None of the GYN
14   oncologists. I can't think of any other.
15   Q. (BY MR. JAMES) Do you know why you were
16   provided the Smith-Bindman report?
17   A. Can I tell you why I enjoyed it?
18   Q. No.
19   Do you know why you were provided it?
20   A. I suppose the lawyers wanted me to read
21   it.
22   Q. Did you ask for it?
23   A. No.
24   Q. Did you ask for the report from

Page 260

1    Dr. Plunkett?
2    A. No.
3    Q. Those reports that you are provided in
4    this case were selected for you by plaintiffs'
5    counsel, correct?
6    MS. O'DELL: Object to the form.
7    A. Those two reports.
8    Q. (BY MR. JAMES) So to opine that there's a
9    20 to 50 percent increased risk for ovarian cancer
10   by way of talc use, you said that you -- how did you
11   get to the 50 percent again?
12   A. That was a high limit in serous in
13   Gerrig --
14   Q. In Gertig?
15   A. -- Gertig. In Gertig.
16   The low range was 1 point. I think
17   it's 22 or 21. So I put that range.
18   Q. And do you have any opinion about where
19   the risk actually falls in that range?
20   MS. O'DELL: Object to the form.
21   A. Let's say it's 20 percent. Let's look at
22   the lowest possible increase in risk. And let's
23   look at the percentage of women who use talc.
24   We -- when you use various parameters

Page 261

1    such as Narod did, you're going to come up with
2    hundreds of lives interrupted by ovarian cancer. So
3    even a 20 percent increase is amazingly clinically
4    significant and severe.
5    Q. (BY MR. JAMES) Dr. Smith, with due
6    respect, that wasn't the question that I asked you.
7    A. Okay.
8    Q. My question to you is: You've cited in
9    your report a range of a 20 to 50 percent increased
10   risk of ovarian cancer, correct?
11   A. Yes.
12   Q. And my question is: Do you have an
13   opinion about where -- a more precise opinion about
14   where the risk actually falls in that range?
15   MS. O'DELL: Object -- object to
16   the --
17   A. I --
18   MS. O'DELL: -- form. The report
19   speaks for itself.
20   A. I think that range encompassed what the
21   truth is. I don't know an exact number that I can
22   give you.
23   Q. (BY MR. JAMES) And when you answered my
24   question in discussion about the 20 percent

66 (Pages 258 to 261)

Ellen Blair Smith, M.D.

Page 262

1  increased risk . . .
2      A.  I was giving you the lowest number.
3      Q.  And you answered my question -- in the
4  manner that you answered my question, that's with
5  the assumption that it is a real increased risk,
6  correct?
7          MS. O'DELL:  Object to the form.
8      A.  Correct.
9      Q.  (BY MR. JAMES)  On page 16 and 17 of your
10  report, you include a discussion of migration?
11      A.  Yes.
12      Q.  And you include the phrase that it is,
13  quote, "universally accepted," close quote, by the
14  gynecological community --
15      A.  Correct.
16      Q.  -- that "the female genital tract
17  functions as a conduit for foreign material to enter
18  the peritoneal cavity."
19          Do you see where I was reading?
20      A.  I see exactly where it's reading.
21      Q.  On what basis do you support your claim
22  that it is universally accepted?
23      A.  It's what we teach medical students and
24  residents.  We have the data of Egli and Sjösten

Page 263

1  and -- starts with a K -- uterine peristalsis, and
2  the Alba tubal transport dysfunction literature
3  through infermil- -- infertility.  Looking at
4  nonflagellated particles that go through from the
5  outside world to the peritoneal cancer -- peritoneal
6  cavity via the vagina, cervix, uterus, fallopian
7  tube, peritoneal cavity.
8          We certainly have all the
9  bacteriologic information from chlamydia.  Looking
10  at the shot we have all the information --
11  consistent information on decreasing incidence of
12  ovarian cancer with tubal ligation, with
13  hysterectomy that blocks that open channel.
14          This is -- this is universally
15  accepted in my gynecologic/obstetric population.
16  I've seen it cited in the FDA without footnote.
17  It's kind of like the sun's gonna rise tomorrow and
18  things get from the outside world to the peritoneal
19  cavity through the patent genital tract of a woman.
20      Q.  Do you believe it's universally accepted
21  that talc is one of the foreign materials that can
22  migrate through the genital tract?
23      A.  I believe it is.  It's a particulate.
24  It's in the range of all the particles that -- that

Page 264

1  have gone from outside to inside.
2      Q.  We've talked about the IARC today,
3  correct?
4      A.  Yes.
5      Q.  Do you know that the IARC has called the
6  evidence concerning migration to be relatively weak?
7      A.  May I see that statement?
8      Q.  I'm asking you if you're familiar with it?
9      A.  I don't remember that statement.
10      Q.  You referenced the FDA statement on
11  migration.
12          What are you referring to there?
13      A.  I think they say it's something like
14  universally accepted or everybody acknowledges.  I
15  don't remember the exact words, but they -- they say
16  that it's what happens.
17      Q.  Do you know if the FDA statement you're
18  referring to pertains specifically to talc?
19      A.  No, it doesn't particularly -- it --
20  it . . .
21          MS. O'DELL:  If you need to see the
22  statement again, Doctor --
23          THE WITNESS:  Okay.  It should --
24          BY MS. O'DELL:  -- please take a look.

Page 265

1          THE WITNESS:  -- be on the bottom down
2  here.
3          You want to pull IARC while you're
4  there?
5          I know it's here.  It's one of the
6  early, early -- nope.  We're getting there.
7          BY MS. O'DELL:  Here you go.
8          THE WITNESS:  We're getting close to
9  it.
10          BY MS. O'DELL:  (Inaudible.)
11          THE WITNESS:  I got it.  And that's --
12  that's the petition.  Here's the FDA.
13          BY MS. O'DELL:  No, no.  That's --
14      Q.  (BY MR. JAMES)  Here, I'll see if I can
15  find somewhere.
16      A.  8?
17      Q.  Did we find the FDA letter?
18          MS. O'DELL:  Exhibit 8.
19          MR. JAMES:  Okay.  Super.
20      A.  (Examined exhibit.)  I am not finding what
21  I'm looking for.
22      Q.  (BY MR. JAMES)  You want to look on page 5
23  of the letter, Dr. Smith?  I think that's where
24  you're looking.

Ellen Blair Smith, M.D.

Page 266

1    A.  Oh, okay.
2    Q.  And it's the third full paragraph down.
3    A.  Here we go.  Here we go.
4        (Examined exhibit.)  Right.  "The
5    potential for particulates to migrate from the
6    perineum and vagina to the peritoneal cavity is
7    indisputable."
8    Q.  So that statement is not a direct
9    statement about talc, correct?
10   A.  Correct.
11       MS. O'DELL:  Object to the form.
12   Q.  (BY MR. JAMES)  You say in the section of
13   your report that you reviewed the small number of
14   articles that dispute talcum powder's ability to
15   reach the tubes and ovaries, but that you, quote,
16   "rejected those claims."
17       Do you see that passage of your
18   report?
19   A.  Yes.
20   Q.  What studies did you review and reject?
21   A.  The one with the cynomolgus monkeys -- I
22   can't say that right, cynologus monkeys.  I know the
23   name of the author.
24   Q.  Are there any other studies that --

Page 267

1    A.  There's two of them.
2    Q.  Sorry, Doctor.
3    A.  I'm sorry.  There's one with -- there's
4    one with two monkeys, and there's one with six
5    monkeys or five monkeys, about like that.
6        Anyhow, they didn't -- they put
7    particulate in the vagina.  It did not transport
8    into the peritoneal cavity of these sacrifice
9    monkeys.  And I apologize for spacing out on the
10   name of the author.  Um --
11   Q.  Are -- sorry, Doctor.
12       MS. O'DELL:  Yes, go ahead.  Sorry.
13   A.  There's a rodent study by Wiener, Weiner
14   that did not get -- well, everything went through,
15   including the controls for black carbon and then
16   nothing went through.  Let me think of the author of
17   those monkeys.  Nothing went through in the next set
18   of experiments.
19       The absence of evidence is not
20   evidence of absence.  The fact that it doesn't go
21   through in somebody's study is not as significant as
22   it does go through in somebody else's.
23   Q.  (BY MR. JAMES)  In somebody else's study?
24   A.  Right.  Like even the Sjösten person with

Page 268

1    talc -- I mean, not talc -- corn starch on gloves,
2    seeing those pelvic exam under anesthesia and then
3    looking for starch in the peritoneum when the ladies
4    get a subsequent hysterectomy, some of the patients
5    did not have starch particles go through, but the
6    majority did.  So it doesn't have to go through
7    every time to prove a point.
8    Q.  Do you believe you conducted a
9    comprehensive review of the literature relevant to
10   the issue of migration?
11   A.  I do.
12   Q.  Did you review all of the relevant animal
13   studies pertaining to the issue of migration?
14   A.  I tried to.  I know more about rat and
15   rabbit ovaries than I want to.
16       MS. O'DELL:  There's no question
17   pending, Doctor.  Thank you.
18   Q.  (BY MR. JAMES)  You discussed the tubal
19   ligation data earlier --
20   A.  Yes.
21   Q.  -- correct?
22   A.  Yes.
23   Q.  Okay.  What is your view on the tubal
24   ligation data?  Do you find the data there

Page 269

1    consistent or inconsistent?
2        MS. O'DELL:  Object to the form.
3    A.  I find it consistent.
4        MS. O'DELL:  Excuse me.  Sorry.  Keep
5    going.
6    Q.  (BY MR. JAMES)  And earlier today, we
7    discussed the Terry 2013 study, correct?
8    A.  Yes.
9    Q.  Okay.  Do you know what the Terry study
10   had to say about the tu- -- tubal ligation
11   hypothesis?
12   A.  Not without looking at it.  Uh-oh.  I've
13   got that bad copy that's missing part of a page.
14   Q.  That's a different copy, Doctor.
15   A.  That's Katherine Terry.
16   Q.  Oh, is it?
17   A.  The first study.  It's got a badly copied
18   page, so we had to go to the originals.  I don't
19   know if it's on that page, but . . .
20       MS. O'DELL:  I've got it here.
21   A.  Oh, here.  I found the -- the tubal
22   ligation paper -- chart is on a different page.
23   It's not the bad page.
24   Q.  (BY MR. JAMES)  And are you looking at

Ellen Blair Smith, M.D.

Page 270

1    page 819, Doctor?
2        A.  Yes.
3        Q.  Okay.
4        A.  This has in the cases with ovarian cancer
5    there was a lower incidence of tubal ligation than
6    in the controls in this study.
7        Q.  You'd agree the data of the Terry paper is
8    not supportive of the tubal ligation hypothesis,
9    correct?
10       MS. O'DELL:  Objection; form.
11       A.  In this study, the cases had a lower
12   instance of ligation than the patients who ovarian
13   cancer.  So this is not a data point in the whole
14   literature of tubal ligation and its protective
15   effects.
16       Q.  (BY MR. JAMES)  Did you discuss this
17   finding of the Terry paper in your report?
18       A.  I don't think I did.
19       Q.  Why not?
20       A.  Because I think I made a -- very broad
21   statement about tubal ligation.
22       Do you know exactly where that is?
23       Q.  Are we looking at the report or the paper,
24   Doctor?

Page 271

1        A.  I'm looking at the report on tubal
2    ligation.
3        MS. O'DELL:  I think you're looking
4    for page 3, Doctor.
5        THE WITNESS:  About what?
6        MS. O'DELL:  Page 3.
7        THE WITNESS:  Back to page 3?
8        A.  Oh, the risk?  There it is.  "Additionally
9    there are factors that are recognized as protective
10   that include tubal ligation, oral contraceptive use,
11   salpingectomy, salpingo-oophorectomy, hysterectomy,
12   and breastfeeding."
13       Yes, I did not cite the Terry study.
14       Q.  (BY MR. JAMES)  And then on page 14 of
15   your report is where you include a more detailed
16   discussion of Terry, correct?
17       A.  Yes.
18       Q.  Do you include any discussion there of the
19   tubal ligation data in that setting?
20       A.  I do not.
21       Q.  In fact, you do say here that -- just for
22   all candor here, Doctor, if we look on page 14 of
23   your paper, you say that "There was no association
24   with parity, OC use, tubal ligation status, or

Page 272

1    menopausal status."
2        Do you see where I'm reading?  I'm on
3    page 14 of your report.
4        A.  I don't think -- I think it came out to be
5    not statistically significant.
6        Q.  Correct.
7        So you do have this report in here,
8    correct?
9        A.  Yeah.
10       Q.  Okay.  So the data, according to your
11   report on tubal ligation, is inconsistent, isn't it?
12       MS. O'DELL:  Object to the form.
13       A.  This single study does not support my
14   earlier station.  But again, the totality of the
15   literature on tubal ligation supports it as
16   decreasing risk factor for ovarian carcinoma and
17   even your -- some of the other things cited tubal
18   ligation.
19       MS. O'DELL:  What are you looking for,
20   Doctor?
21       THE WITNESS:  SGO and the PDQ risk
22   factors.
23       MS. O'DELL:  Uh-huh.
24       THE WITNESS:  Yeah.

Page 273

1        A.  "If a patient has her tubes tied, a tubal
2    ligation, her risk is deeply reduced."
3        "Tubal ligation benefits based on
4    solid evidence, tubal ligation is associated with a
5    decreased risk of ovarian cancer."
6        Q.  (BY MR. JAMES)  Do you find those SGO and
7    ACOG statements that you just referred to be
8    informative about risk factors for ovarian cancer?
9        MS. O'DELL:  Object to the form.
10       A.  No.  What I found to be informative of my
11   assessment of tubal ligation is a comprehensive view
12   of all the literature on tubal ligation through
13   numerous papers and a full report that ultimately
14   was cut out of this in one of my reports in the
15   early drafts.
16       MS. O'DELL:  Don't discuss drafts.
17       THE WITNESS:  I'm sorry.
18       MS. O'DELL:  Thank you.
19       THE WITNESS:  I'm sorry.  I dropped it
20   again.
21       A.  I have completely reviewed the literature.
22   I know all the literature on tubal ligation.  You
23   have -- I mentioned earlier the -- the Cramer study
24   that shows tubal ligation increased ovarian cancer;

Ellen Blair Smith, M.D.

Page 274

1  whereas, Terry's not statistically significant, but
2  that's beta error, finding difference where none
3  exist.
4        The -- the totality of the literature,
5  not just a couple of funky websites, tell me that
6  tubal ligation decreases the incidence of ovarian
7  cancer, and that is because it interrupts the
8  conduit from the outer world to the peritoneal
9  cavity.
10       Q.  (BY MR. JAMES)  Do you have the Terry
11  paper in front of you still, Dr. Smith?
12       A.  Yes.
13       Q.  Okay.  If we look at page 819, in the
14  right-hand column, the bottom first --
15       MS. O'DELL:  Excuse me, Scott.  Can
16  you give me just a minute to get there?  I can't
17  find it.
18       MR. JAMES:  Sure.
19       MS. O'DELL:  Yeah.  Thank you.
20       What page?
21       MR. JAMES:  819, the bottom first full
22  paragraph that leads with the words, "The biological
23  plausibility."
24       A.  Um-hum.  I'm there.

Page 275

1       Q.  (BY MR. JAMES)  Do you see where I am?
2       A.  Yes, I am.
3       Q.  Okay.  If you drop down about halfway
4  through that paragraph --
5       A.  Uh-huh.
6       Q.  -- the article states, quote,
7  "Talc-containing powders are hypothesized to promote
8  cancer development by ascending the female genital
9  tract and interacting directly with the ovarian
10  surface epithelium leading to local inflammation."
11       A.  Correct.
12       Q.  Do you agree with the Terry
13  characterization of that?
14       MS. O'DELL:  Would you mind reading
15  the full sentence, please?
16       A.  "Talc" --
17       MS. O'DELL:  Excuse me.  Not you.
18       THE WITNESS:  Oh, sorry.
19       MR. JAMES:  Sure.  Where did I leave
20  off, Leigh?
21       MS. O'DELL:  You left off "leading to
22  local inflammation," and then you stopped.
23       Q.  (BY MR. JAMES)  Okay.  "Characterized by
24  increased rates of cell division, DNA repair,

Page 276

1  oxidative stress, and elevated and inflammatory
2  cytokines."
3       Do you see that per- -- that sentence
4  that I read?
5       A.  I do.
6       Q.  Okay.
7       A.  Yes.
8       Q.  Do you agree with the Terry authors that
9  that is a hypothesis?
10       MS. O'DELL:  Objection to form.
11       A.  Yes.  I think at the time this was
12  written . . .
13       Yes, I think that is a hypothesis that
14  many people have drawn and is drawn in this paper.
15       Q.  (BY MR. JAMES)  Dr. Smith, with respect to
16  your report section that discusses NSAIDs.  So I'm
17  moving on.
18       A.  Yes.
19       MS. O'DELL:  Hey, Scott, if you're
20  moving on to another topic, can we take a short
21  break?
22       MR. JAMES:  Absolutely.
23       MS. O'DELL:  Thank you.
24       THE VIDEOGRAPHER:  Going off the

Page 277

1  record.  The time is 5:17 p.m.
2       (A recess was taken from 5:17 p.m.
3       to 5:37 p.m.)
4       THE VIDEOGRAPHER:  This marks the
5  beginning of Disk 3 -- excuse me, Disk 4.  Back on
6  the record.  The time is 5:37 p.m.
7       Q.  (BY MR. JAMES)  Dr. Smith, are you aware
8  that the cohort studies that we've discussed today
9  have also considered the migration hypothesis by
10  considering the data on tubal ligation and ovarian
11  cancer?
12       MS. O'DELL:  Object to the form.
13       A.  I need to look at those studies for the
14  specific information.  May I retrieve them?
15       Q.  (BY MR. JAMES)  Sure.  If I --
16       A.  Nope.
17       Q.  If I can refer you first to the Houghton
18  WHI study.
19       A.  Sure.  Okay, Gates.
20       I need Gertig and I -- have you given
21  me Gonzalez?
22       Q.  We have not marked Gonzalez.
23       A.  Okay.  Then I will not look for it.
24       (Examined exhibit.)  Yes.

Ellen Blair Smith, M.D.

Page 278

1      Q.   Okay.  So are you aware that the cohorts
2   also included data on that hypothesis?
3             MS. O'DELL:  Object to the form.
4      A.   Now I am, yes.
5      Q.   (BY MR. JAMES)  Did you cite that data in
6   your report?
7      A.   I did not.
8      Q.   Earlier you discussed that in
9   acknowledging the Terry finding on tubal ligation
10   that you had considered the entire body of
11   literature, correct?
12            MS. O'DELL:  Object to the form.
13      A.   Yes.
14      Q.   (BY MR. JAMES)  And that's one of the
15   reasons that you discounted the Terry finding on the
16   tubal ligation migration issue, correct?
17            MS. O'DELL:  Object to the form.
18      A.   I didn't discount it.  I think the
19   preponderance of all the literature on tubal
20   ligation overpowers a single or two or three reports
21   that do not find tubal ligation important, either
22   not statistically significant or impair prognosis --
23   increase risk of ovarian cancer.
24      Q.   (BY MR. JAMES)  Would you weigh the cohort

Page 279

1   data on this issue more heavily than the case
2   controlled data on this issue?
3             MS. O'DELL:  Object to the form.
4      A.   No.
5      Q.   (BY MR. JAMES)  Would you consider the
6   data on equal footing?
7             MS. O'DELL:  Object to the form.
8      A.   I con- -- I can consider all of these
9   individual studies equally.
10            Yes.  I consider the case control
11   if -- just because it's a case control study about
12   effects of tubal ligation compared to a cohort
13   study, I don't think that weight is about pa- --
14   recall of tubal ligation.
15            There -- there are studies on women
16   recalling whether they've had a surgical procedure
17   to end their fertility and they're pretty accurate
18   because it's pretty important to every woman.
19      Q.   (BY MR. JAMES)  Are you aware of any
20   prospective cohort data that supports the tubal
21   ligation migration hypothesis?
22            MS. O'DELL:  Object to the form.
23      A.   I cannot give you one off the top of my
24   head.

Page 280

1      Q.   (BY MR. JAMES)  And you didn't discuss any
2   of that data in your report, correct?
3      A.   I did not.
4      Q.   Discussing now where we left off,
5   Dr. Smith, the data on NSAIDs.
6      A.   Yes.
7      Q.   In your report, you acknowledge the
8   literature on NSAIDs and ovarian cancer risk as
9   inconsistent, correct?
10      A.   Yes.  And in its totality.
11      Q.   And earlier in your report when you list
12   what you considered to be generally accepted
13   protective factors, you do not list NSAIDs, correct?
14      A.   Correct.
15      Q.   Is that because you believe that it's not
16   generally accepted that NSAIDs apply a protective
17   effect for ovarian cancer?
18            MS. O'DELL:  Object to form.
19      A.   I don't think we have found the right
20   anti-inflammatories because I don't think we, as a
21   scientific community, do not understand the critical
22   points in inflammation and carcinogenesis and
23   disease progression.
24            So I believe in the future -- and I

Page 281

1   think this is critical -- in the future in
2   laboratory studies when we discern the actual
3   mechanisms of carcinogenesis, enzyme changes,
4   reactive oxygen species, DNA damage, aneuploidy,
5   malignancy, that we will be able to affect
6   inflammation and interrupt it in a -- in a very
7   progressive, protective way.  I think that's coming,
8   and it's gonna come out of the lab.
9      Q.   (BY MR. JAMES)  Is it fair to say that
10   we're not there yet?
11      A.   We're not there yet.
12      Q.   Are you aware, as of today, with
13   doctors -- a doctor following a standard of care to
14   prescribe NSAIDs to decrease ovarian cancer risk?
15      A.   Not in ovarian cancer.
16      Q.   Would you agree that some types of
17   inflammation don't increase cancer risk?
18            MS. O'DELL:  Object to the form.
19      A.   I can think of examples of an acute single
20   inflammation episode that's been studied and not had
21   long-term cancer effects, but I think what we know
22   about cancer is that it is chronic inflammation,
23   repeated insult, the snowballing of the inflammatory
24   cascade inducing enzyme, changes reactive oxygen

71 (Pages 278 to 281)

Ellen Blair Smith, M.D.

Page 282

1    species, reactive nitrogen species and ultimately
2    DNA alteration, inducing driver mutations and
3    starting this thing going and then causing it to
4    progress.
5        Q.   (BY MR. JAMES)  Do you believe rheumatoid
6    arthritis is associated with cancer?
7        A.   I have not reviewed that literature, and I
8    cannot comment on that.
9        Q.   Can you think of any inflammatory
10   conditions, as you sit here today, that are not
11   associated with cancer?
12       A.   That are not associated with cancer?
13       Q.   Correct.  Correct.
14            MS. O'DELL:  Object to the form.
15       A.   I haven't studied all inflammatory
16   conditions.
17       Q.   (BY MR. JAMES)  Did you look for
18   genotoxicity studies in conducting your review in
19   this case?
20       A.   Yes.
21       Q.   Okay.  Did you review any?
22       A.   Yes.
23       Q.   Which ones?
24       A.   There is an article on nanoparticles and

Page 283

1    talc.  There is -- and I cannot remember the name of
2    the author for the life of me.  I can see the
3    heading and there is a growing body of evidence on
4    the role inflammation plays in the development of
5    ovarian cancer.
6            And their initial papers are more
7    about oxidative stress in the pathogenesis of
8    ovarian cancer.  A group at Wayne State University
9    have been looking at this for several years.
10       Q.   Do you know Dr. Saed?
11       A.   I have never met him.  I've just read his
12   stuff.
13       Q.   Had you read his papers before you were
14   retained as an expert in this litigation?
15       A.   Yes.
16       Q.   You had read his papers?
17       A.   Yes.
18       Q.   When did you read his papers?
19       A.   Just in the course of -- he's presented at
20   SGO before.
21       Q.   Do you know when?
22       A.   I know he -- oh, I know he had an abstract
23   in '17.  I think he's been there before that.  And
24   then I went deep diving into his paper after I was

Page 284

1    asked to review his literature.
2        Q.   Do you know anything about his connection
3    to this litigation?
4        A.   Yes, I do.
5        Q.   What do you know?
6        A.   I know that I suggested to Dr. Thompson
7    that she get in touch with him and start reading his
8    literature.
9        Q.   So were you the first point of contact
10   between plaintiffs' counsel and Dr. Saed?
11       A.   I was the name.  I was the person that
12   gave them his name.
13       Q.   And how did you know Dr. Saed again?
14       A.   I don't know him.  I just read his papers.
15       Q.   How did you become --
16       A.   I think they're good.
17       Q.   How did you become familiar with him or
18   aware of him, just through his papers?
19       A.   Through his papers and looking at
20   inflammation in ovarian cancer and reading GY --
21   he's published in GY Oncology before.  I just knew
22   his paper.  Maura Fletcher [sic, Nicole] who's in
23   his lab, I think I saw her papers first.
24       Q.   Do you know Fletcher?

Page 285

1        A.   I don't know any of them.  I don't know
2    anybody in -- I don't know where Wayne State is.
3    It's in Michigan somewhere.  I don't know anybody
4    there.
5        Q.   Do you know if plaintiffs' counsel had a
6    litigation relationship with Dr. Saed before you
7    identified Dr. Saed as someone they should contact?
8        A.   I don't know if they did, but they may
9    have.  I don't know that.
10       Q.   Do you know anything about the funding of
11   his studies?
12       A.   I do not.
13       Q.   And when were you retained in this
14   litigation, it was 2017?
15       A.   January of 2017 was the first time that
16   they asked me to look at the literature.
17       Q.   I looked at your references in your
18   materials considered list.  I didn't see reference
19   to an Endo-Capron study.
20            Does that title ring any bells with
21   you, Endo-Capron?
22       A.   I don't -- it does not ring any bells.
23       Q.   If that study and a body of other studies
24   on genotoxicity are not listed in your references

Ellen Blair Smith, M.D.

Page 286

 1  list or your materials considered list, may I
 2  assume, then, that you didn't review those studies?
 3      MS. O'DELL:  Excuse me.  I object to
 4  the question.  I think it's vague.  If there's a
 5  specific study you want to ask her about, then you
 6  know she's happy to review it and comment if you ask
 7  her questions, but to the degree you've referenced,
 8  quote, "a body of literature," that may not be the
 9  way Dr. Smith is aware of it.
10      I object to the question.
11      MR. JAMES:  Speaking objection is
12  noted.  You can answer the question.
13      MS. O'DELL:  Objection is noted.
14      MR. JAMES:  Your speaking objection is
15  noted.  That you've been speaking all day.  So thank
16  you.
17      A.  Could you ask the question again?  I'm so
18  lost.
19      Q.  (BY MR. JAMES)  Okay.  Let's start with
20  the Endo-Capron study.
21      If the Endo-Capron study is not listed
22  in your materials considered or reference list, then
23  may I safely presume that you did not review that
24  study?

Page 287

 1      MS. O'DELL:  Objection.  It goes to --
 2      A.  Do you know who the author is?
 3      MS. O'DELL:  Excuse me.  Excuse me.
 4  Object to the form.
 5      A.  I mean, do I know -- would I know it by an
 6  authors' name or another name of Endo-Capron?
 7      Does it stand for something?
 8      Q.  (BY MR. JAMES)  If you have not listed the
 9  study in your references or materials considered
10  list, then may I assume or presume that you did not
11  review that study?
12      MS. O'DELL:  Object to the form.
13      A.  I don't recognize that study.  I --
14  with -- I can't give you more information.
15      MS. O'DELL:  It's --
16      Q.  (BY MR. JAMES)  If you have reviewed --
17      MR. JAMES:  This is a very simple
18  question, Leigh.
19      Q.  (BY MR. JAMES)  If you have reviewed a
20  piece of literature, whether you've cited it,
21  considered it, or referred to it, it would be listed
22  somewhere in your references list or your materials
23  considered list, correct?
24      MS. O'DELL:  Objection to form.

Page 288

 1      A.  I would presume so.
 2      Q.  (BY MR. JAMES)  Are you aware of any
 3  studies that have reported inflammation, granulomas,
 4  or foreign body reactions in the ovarian tissue of a
 5  woman following her usage of talcum powder products?
 6      MS. O'DELL:  Object- --
 7      A.  I --
 8      THE WITNESS:  Sorry, were you saying
 9  something?
10      MS. O'DELL:  Give me just a moment
11  here.
12      A.  I know of -- I do not know of a human
13  study with talc related granuloma.
14      Q.  (BY MR. JAMES)  With respect to your
15  Bradford Hill analysis, Dr. Smith, we have covered a
16  lot of that along the way today, and so I'm going to
17  jump around just a little bit in hopes of moving us
18  along.  Okay?
19      A.  Okay.
20      Q.  So with regard to specificity, which is
21  one of the factors you've analyzed in your report,
22  correct?
23      A.  Yes.
24      Q.  Do you believe that factor was met here on

Page 289

 1  this body of literature?
 2      A.  I . . . I think the --
 3      Q.  And I believe -- sorry, Doctor.
 4      A.  -- body of all the work cited here
 5  supports that criteria.  I don't think that's as
 6  important as the consistency and the strength.
 7      Q.  We have discussed strength earlier today,
 8  and I don't want to replow ground that we have
 9  plowed, but, in your opinion, is the criteria of
10  strength met on this body of literature?
11      A.  I believe that.
12      Q.  Can you cite any study or scientific
13  literature that characterizes the association at
14  issue as an association that is strong?
15      MS. O'DELL:  Object to the form.
16      A.  The numbers are what they are and
17  statistically significant and clinically
18  significant.
19      Q.  (BY MR. JAMES)  Can you cite to a single
20  study that characterizes the odds ratio or
21  association as strong?
22      MS. O'DELL:  Object to the form.
23      Q.  (BY MR. JAMES)  That's a "yes" or "no"
24  question.

73 (Pages 286 to 289)

Ellen Blair Smith, M.D.

Page 290

1      MS. O'DELL:  Object to the form.
2    A.  I haven't read the word "strong" in those
3  studies.
4    Q.  (BY MR. JAMES)  Do you believe the
5  criteria consistency is met?
6    A.  Oh, yes.
7    Q.  Do you acknowledge that there is an
8  inconsistency with respect to the results based upon
9  the design study -- correct?
10      MS. O'DELL:  Objection to the form.
11    A.  You mean the cohort studies?
12    Q.  (BY MR. JAMES)  Yes.  Do you acknowledge
13  that there is an inconsistency between the results
14  produced by the cohort studies as compared to the
15  results produced by the case control studies?
16    A.  Individually, but not in the meta -- not
17  with their inclusion in the meta-analyses.
18      So you're looking at individual
19  studies, but when they go into the whole stew pot it
20  becomes statistically significant and consistent.
21    Q.  And that brings us back to the word of
22  heterogeneity that we discussed a bit earlier in the
23  Berge study.
24      But do you understand that in the

Page 291

1  Berge study one of the detractors from the causal
2  interpretation was the heterogeneity between study
3  and design?
4      Do you understand that?
5      MS. O'DELL:  Object to the form.
6    A.  They didn't quantitate heterogeneity like
7  they did in the Penninkilampi study which actually
8  quantitated heterogeneity on the Newhouse Ottawa
9  Scale [sic, Newcastle], so I think it's better to
10  look at that.  And none -- none of the studies in
11  Penninkilampi had an NOS score less than 5, which
12  meant they didn't have to get rid of anything for
13  lack of -- for -- because of heterogeneity, and the
14  cohort studies were in there.  So I think we have a
15  better idea of assessment of heterogeneity in
16  that -- in that study.
17    Q.  (BY MR. JAMES)  Okay.  And my question is:
18  Do you acknowledge that in the Berge study, one of
19  the reasons the authors of that study concluded that
20  the caus- -- causal interpretation was not
21  appropriate was because of the lack of consistency
22  between study design?
23      MS. O'DELL:  Object to form.
24    A.  I agree with you that is a quote from that

Page 292

1  study.
2    Q.  (BY MR. JAMES)  We discussed already that
3  in the Penninkilampi study the finding that they
4  included in that study based upon cohort studies
5  omitted the data from the Gates 2010 study, correct?
6      MS. O'DELL:  Object to the form.
7    A.  Correct.  We have discussed that.
8    Q.  (BY MR. JAMES)  Would you agree that a
9  lack of data on dose response, in a hypothetical
10  situation, would counter against a causal
11  interpretation?
12      MS. O'DELL:  Object to the form.
13    A.  That is one of the factors that one
14  considers in determining causality.
15    Q.  (BY MR. JAMES)  Do you believe dose
16  response is met on the body of literature here?
17    A.  On the epidemiologic da- -- data, it --
18  their dose response is equivocal.  Penninkilampi
19  found dose response in the -- in the meta-analysis,
20  whereas Berge didn't.
21    Q.  Let me finish, Doctor.  I'm sorry.
22    A.  I think it's -- as I said in my report, it
23  is very difficult, even if you look at -- so many
24  studies did not look at frequency and duration.

Page 293

1      For example, Gertig, one of the cohort
2  studies is ever/never in 1982.  But many of the
3  other studies didn't look at dose, duration,
4  frequency, and how do you -- how do you establish
5  dose in pouring powder on your bottom.
6      So I -- I am not surprised that it's
7  been in the epidemiologic literature very difficult
8  to establish clear dose response curves.
9    Q.  You mentioned the Gertig study in your
10  answer, Dr. Smith.
11      And do you understand that the Gertig
12  study did look at frequency?
13    A.  I thought the Gertig study was the Nurses'
14  study, and they asked in 1982 ever/never, single
15  time, and they never queried again.
16    Q.  So you're unaware of the fact that the
17  Nurses' Health study included information on
18  frequency?
19      MS. O'DELL:  Objection; form.
20  Misstates.
21    A.  Let me look at it.  It's right on top.
22      (Examined exhibit.)  They were given
23  one assessment, no daily, one to six times a week,
24  less than once a week, on sanitary napkins, yes, no,

Ellen Blair Smith, M.D.

Page 294

1    one time.
2         That's not -- that's not a decent
3    frequency and duration.  I'm sorry.  You don't know
4    how long.  You ask it one time.  You don't account
5    for changes in practices.  That's not valid.
6         Q.  (BY MR. JAMES)  Do you acknowledge that
7    frequency is a valid measure of dose response?
8         MS. O'DELL:  Object to the form.
9         A.  It's a measure of assessing dose response.
10        Q.  (BY MR. JAMES)  Do you acknowledge
11   duration is a measure of assessing dose response?
12        MS. O'DELL:  Object to the form.
13        A.  Yes.
14        Q.  (BY MR. JAMES)  Are you aware that there
15   are case control studies that have looked at
16   duration and frequency and found no dose response?
17        MS. O'DELL:  Object to the form.
18        A.  Yes.
19        Q.  (BY MR. JAMES)  And, in fact, the studies
20   that -- those studies are cited in your Exhibit B,
21   correct?
22        A.  These are only single case control studies
23   in Exhibit B, and I looked at dose responses.  I
24   read through the studies, and they attempted to do

Page 295

1    that.
2         Q.  You acknowledged that some of the dose --
3    excuse me, some of the case control studies that you
4    cited do not show dose response, correct?
5         A.  I would say the majority do not show dose
6    response with a single epi case control studies.
7         Q.  Did you consider the findings in the
8    studies that you cited and in other literature
9    pertaining to the use of talcum powder on condoms,
10   diaphragms, or sanitary napkins?
11        A.  No.
12        Q.  Why not?
13        A.  Well, the good people that make condoms
14   eliminated talc exposure on condoms in the 1990s.
15   That's a very smart move.
16        And then you start breaking down sales
17   of these populations into small enough groups that
18   you lose the ability to have statistical
19   significance.
20        Q.  Do you understand the number of articles
21   that you've cited and discussed in your report do
22   include -- include finding on odds ratios associated
23   with sanitary napkins, diaphragms, and condoms?
24        A.  Right.  And I -- and I put some of those

Page 296

1    on my Exhibit B chart in the Comments section.
2         Q.  And so my question that I think I
3    originally posed is:  Do you consider those findings
4    relevant to your opinions today?
5         A.  They are a component of my -- of genital
6    talc use, so, yes, they are a component of my
7    opinion.
8         Q.  Do you understand the data in those
9    studies does not show an association between the use
10   of talcum powder on condoms, diaphragms, and
11   sanitary napkins in ovarian cancer?
12        MS. O'DELL:  Object to the form.
13        A.  Most -- most studies, when you broke them
14   down, they lost -- they did not have statistical
15   significance.  Your statement is correct.
16        (Discussion off the record.)
17        MR. SILVER:  Could we go off the
18   record?
19        THE VIDEOGRAPHER:  Going off the
20   record.  The time is 6:05 p.m.
21        (A recess was taken from 6:05 p.m.
22        to 6:16 p.m.)
23        THE VIDEOGRAPHER:  Back on the record.
24   The time is 6:16 p.m.

Page 297

1         MR. JAMES:  Dr. Smith, thank you for
2    your time.  That's all the questions I have for now.
3         THE WITNESS:  Thank you.
4              EXAMINATION
5    BY MR. KLATT:
6         Q.  Dr. Smith, my name is Mike Klatt --
7         A.  Hi.
8         Q.  -- and I represent Imerys Talc America.
9         Do you know what Imerys Talc America
10   is?
11        A.  Yes.
12        Q.  What are they?
13        A.  They are -- own the mines from which the
14   talc is mined.
15        Q.  Do you know what years they owned the
16   mines from which the talc is mined and used in the
17   Johnson & Johnson talc-based body powder product?
18        A.  I know it's more recent, but I don't know
19   the exact dates.
20        Q.  Do you know who owned the mines before
21   Imerys owned them?
22        A.  Lusignac, which I think was J&J.
23        Q.  No, Lusignac is Imerys, my client.
24        A.  Oh, is Imerys.  Okay.

Ellen Blair Smith, M.D.

Page 298

1    Q.  So who owned it before Lusignac and
2  Imerys?  Do you know?
3    A.  J&J, I believe.
4    Q.  Okay.  I'm gonna skip around because a lot
5  of ground's been covered today --
6    A.  Okay.
7    Q.  -- and I just have follow-ups on a bunch
8  of different areas, so --
9    A.  Okay.
10    Q.  -- I'll be skipping from subject to
11  subject, and it's pretty random here.
12        You said earlier today that you knew
13  Dr. Hal Lawrence with ACOG?
14    A.  Yes.
15    Q.  If you communicate with Dr. Hal Lawrence,
16  or anybody else outside of this litigation, on the
17  subject of talc and ovarian cancer, are you gonna
18  disclose to them that you're a paid expert for
19  plaintiffs in the litigation?
20        BY MS. O'DELL:  Object to the --
21    A.  No.
22        MS. O'DELL:  Object to the form.
23    A.  No.  And I haven't talked to Dr. Lough- --
24  Lawrence in 40 years.

Page 299

1    Q.  (BY MR. KLATT)  Okay.  But I'm just asking
2  in the future.
3    Q.  (BY MR. KLATT)  You understand that Imerys
4  tests talc of competitors.  It tests talc from mines
5  that are never used for body powder.  It tests talc
6  from portions of mines that are never used for any
7  purpose.
8        You can't tell me that any of these
9  samples ended up in Johnson & Johnson Body Powder,
10  can you?
11        MS. O'DELL:  Objection to the form;
12  misstates the evidence, misleading, mischaracterizes
13  the document.
14    A.  (Examined document.)  9-9-1975, Johnson's
15  Baby Powder anthophyllite and tremolite on the 28.
16    Q.  (BY MR. KLATT)  And do you have any proof
17  that Imerys owned the mines that that sample came
18  from at the time it was tested?
19        MS. O'DELL:  Objection.
20    A.  I don't.
21    Q.  (BY MR. KLATT)  I'm sorry?
22        MS. O'DELL:  Objection.
23    A.  I don't know when Imerys bought the mine.
24    Q.  (BY MR. KLATT)  And let's mark what you're

Page 300

1  looking at as the next exhibit, 28.  If you can
2  please, Dr. Smith, put this sticker on here.
3        (Deposition Exhibit 27 and 28 marked
4        for identification.)
5    Q.  (BY MR. KLATT)  Have you read Dr. Hopkins
6  multiday deposition where he was questioned about
7  what you're looking at right now, Exhibit 28?
8    A.  I have not read it in detail.
9    Q.  Have you read Ms. Pier's deposition where
10  she was questioned about Exhibit 27?
11    A.  I have not read it in detail.
12    Q.  Do you know that Exhibit 27 and 28 that
13  you're looking at are attorney created charts?
14        MS. O'DELL:  Objection; misrepresents
15  the record.
16        MR. KLATT:  Not at all.  It's exactly
17  what happened.
18        MS. O'DELL:  Objection.
19    A.  I have another J&J sample here from
20  3-3-87.  You want to just --
21        MR. JAMES:  Objection; nonresponsive.
22    Q.  (BY MR. KLATT)  Have you read Dr. Hopkins
23  multiday deposition that resulted in the creation of
24  Exhibit 28 --

Page 301

1        (Speaking simultaneously.)
2    A.  No.
3    Q.  (BY MR. KLATT)  -- or Ms. --
4    A.  Not in detail --
5    Q.  -- or Ms. Pier's --
6    A.  -- no.
7    Q.  -- deposition --
8        MS. O'DELL:  Let him finish.
9    Q.  (BY MR. KLATT)  -- that resulted in the
10  creation of Exhibit 27 to your deposition?
11    A.  Not in detail.
12    Q.  Do you understand that they had
13  explanations why each of those items that you're
14  looking at had nothing to do with any asbestos in
15  Johnson & Johnson Baby Powder?
16        MS. O'DELL:  Objection.
17    A.  I did not know that.
18    Q.  (BY MR. KLATT)  And if you were being
19  objective, you would weigh their explanations in
20  contrast to Dr. Longo's testimony that you're just
21  accepting at face value, correct?
22        MS. O'DELL:  Objection; misstates the
23  record.
24    A.  I think there are three different

Ellen Blair Smith, M.D.

Page 302

1    determinations.
2         Q.  (BY MR. KLATT)  Well, you're just assuming
3    what Dr. Longo found was valid, correct?
4              MS. O'DELL:  Objection.  An expert is
5    allowed to rely on another expert.
6              You may answer the question if you
7    understand.
8              THE WITNESS:  An expert is allowed to
9    what?
10             MS. O'DELL:  To rely on the findings
11   of another expert as counsel knows.
12        A.  I have no reason to doubt Dr. Longo's
13   technique.
14        Q.  (BY MR. KLATT)  Do you know anything about
15   his technique?
16        A.  I have read it in his report, but I don't
17   remember off the top of my head.
18        Q.  Have you -- do you have any expertise
19   yourself in how to test a product to see whether
20   there's asbestos in it?
21        A.  Only in the broadest general TEM, SEM, XRD
22   case.  I don't know how to perform any of those.
23        Q.  But let's -- you would agree with me
24   that you accept -- you don't know Dr. Longo

Page 303

1    personally, correct?
2         A.  Not at all.
3         Q.  And you know nothing about his background
4    or qualifications, correct?
5         A.  I have not --
6              MS. O'DELL:  Objection.
7         A.  -- studied his CV.
8         Q.  (BY MR. KLATT)  But you were willing to
9    accept his conclusions about asbestos being in body
10   powder at face value, but you didn't even bother to
11   look at the explanations that Dr. Hopkins from
12   Johnson & Johnson or Ms. Pier from Imerys gave that
13   asbestos isn't in body powder --
14             MS. O'DELL:  Objection --
15        Q.  (BY MR. KLATT)  -- correct?
16             MS. O'DELL:  Objection to the form.
17   Misstates the record.
18        A.  I have not read their depositions.
19        Q.  (BY MR. KLATT)  If this court were to
20   determine when it examines the evidence that
21   Dr. Longo's testing does not show asbestos in
22   Johnson & Johnson Body Powder, you would have no
23   basis -- other basis to say that there is asbestos
24   in Johnson & Johnson --

Page 304

1              MS. O'DELL:  Objection.  Incomplete --
2         Q.  (BY MR. KLATT)  -- body powders, correct?
3              MS. O'DELL:  Excuse me.  Objection;
4    incomplete hypothetical.  The Court will not make
5    findings of fact.  That's a jury's job and counsel
6    knows that.
7              MR. KLATT:  Absolutely not.  This
8    court can exclude that evidence under Daubert, and
9    you know it.
10             MS. O'DELL:  That's not a finding of
11   fact, and you know that.  End of story.
12             MR. KLATT:  But they can find that the
13   methodology used is inadequate to show that there's
14   asbestos in this product.
15             MS. O'DELL:  Which is not what you
16   just said, and you know that, so it misstates the
17   process.
18             (Speaking simultaneously.)
19             MR. JAMES:  Ms. O'Dell --
20        Q.  (BY MR. KLATT)  Well, let me ask you
21   this --
22             MR. JAMES:  -- make your objections
23   and let the record proceed.
24        Q.  (BY MR. KLATT)  If the judge in this

Page 305

1    case --
2              MS. O'DELL:  The record --
3              MR. JAMES:  That's the way it's
4    supposed to work.
5         Q.  (BY MR. KLATT)  If the judge in this case
6    concludes that Dr. Longo's methodology is inadequate
7    to show that asbestos is in Johnson & Johnson Body
8    Powder, then you have no basis to say that it is,
9    correct?
10             MS. O'DELL:  Objection to the form.
11   Misstates the record.
12        A.  I'd have to think about that.
13        Q.  (BY MR. KLATT)  Are Exhibit 27 and 28 and
14   Dr. Longo's testing the only documents you're
15   relying on regarding asbestos being in Johnson &
16   Johnson Body Powder products?
17             MS. O'DELL:  Objection to form.
18        A.  No.  There is the Blount deposition
19   that --
20        Q.  (BY MR. KLATT)  Do you know whether that
21   has anything to --
22             MS. O'DELL:  Let her finish, please,
23   sir.
24        Q.  (BY MR. KLATT)  I'm sorry.  Go ahead.

77 (Pages 302 to 305)

Ellen Blair Smith, M.D.

Page 306

1    MS. O'DELL:  Let her finish.
2    Go ahead.
3    A.  -- that identified asbestos in Baby
4    Powder, Johnson's -- the -- that she identified as
5    Johnson's Baby Powder.
6    Q.  (BY MR. KLATT)  Do you know whether that
7    Baby Powder --
8    MS. O'DELL:  Let her -- I don't think
9    she's done.
10   Q.  (BY MR. KLATT)  -- was supplied by Imerys?
11   MS. O'DELL:  I don't think she --
12   she's done.
13   A.  I haven't finished thinking.  I cannot
14   think of another example at the top of -- off my
15   head at this hour.
16   Q.  (BY MR. KLATT)  Do you know whether
17   Dr. Blount's finding of asbestos that you just
18   referred to involved talc supplied by Imerys?
19   A.  As I answered previously, I do not know
20   when Imerys assumed ownership of those mines.
21   Q.  So you can't tell the Court whether
22   Dr. Blount's testing was testing talc from Imerys or
23   not, correct?
24   MS. O'DELL:  Objection to form.

Page 307

1    A.  I cannot.
2    MS. O'DELL:  Misstates the record.
3    Q.  (BY MR. KLATT)  You're charging $600 an
4    hour; is that correct?
5    A.  I am.
6    Q.  Is that for all work you're doing in the
7    case, including testimony, whether it's in a
8    deposition or in a court of law?
9    A.  I believe there's a flat daily rate.  I'm
10   not sure about this, but I believe that a flat daily
11   rate of 800 hours in one day is only $5,000.  That
12   was an exaggeration.  I'm trying to show that I've
13   retained my sense of humor.
14   Q.  I think what you were saying is that if
15   testimony lasted all day there would be a flat rate
16   of $5,000 --
17   A.  Correct.
18   Q.  -- is that correct?
19   But if it's broken down by an hourly
20   basis, whether you're doing reading or testifying,
21   it's all $600 an hour?
22   A.  That -- I agree with that.
23   Q.  Okay.
24   MR. KLATT:  Can we go off the record

Page 308

1    for a second.  I think I'm done.  I just need to
2    look back over my notes.
3    THE VIDEOGRAPHER:  Going off the
4    record.  The time is 7:06 p.m.
5    (Ms. Brown left the room.)
6    (A recess was taken from 7:06 p.m.
7    to 7:39 p.m.)
8    THE VIDEOGRAPHER:  Back on the record.
9    The time is 7:39 p.m.
10   MR. KLATT:  I'm done with my
11   questioning, subject to any follow-up, so . . .
12   EXAMINATION
13   BY MS. O'DELL:
14   Q.  Dr. Smith, I've got a few questions for
15   you.
16   A.  Okey-doke.
17   Q.  I know it's been a long day so I'll be
18   brief.
19   You were asked a series of questions
20   about the presence of asbestos in Johnson's Baby
21   Powder and Shower to Shower.
22   Do you remember those questions?
23   A.  I remember I was asked them.
24   Q.  Good answer to not a very specific

Page 309

1    question.
2    Don't remember the specific questions,
3    but you were asked about those topics?
4    A.  Yes.
5    Q.  And let me show you what I'm marking as
6    Exhibit 29, which is Dr. Longo's report.
7    (Deposition Exhibit 29 marked for
8    identification.)
9    Q.  (BY MS. O'DELL)  Are you, in part, relying
10   on Dr. Longo's testing and his findings of the
11   presence of asbestos in historical samples of
12   Johnson's Baby Powder and Shower to Shower?
13   A.  Yes.
14   Q.  And from your review of Dr. Longo's
15   report, he found -- did he find asbestos in a number
16   of samples?
17   A.  He found --
18   MR. JAMES:  Objection; leading.
19   A.  He found asbestos in 66 percent of the
20   samples he tested.
21   Q.  (BY MS. O'DELL)  And did he test samples
22   from a time period of the 1960s into the 1990s?
23   MR. JAMES:  Objection; leading.
24   MR. KLATT:  Object to form.

78 (Pages 306 to 309)

Ellen Blair Smith, M.D.

Page 310

1    A.   Yes.  And memory serves the last date on
2  his report was 2000, but there was a chart that I
3  saw.
4    Q.   (BY MS. O'DELL)  Is -- is -- what other --
5  and you would defer to Dr. Longo on the testing
6  methodology that's appropriate for identifying
7  asbestos in Johnson's Baby Powder and Shower to
8  Shower?
9      MR. JAMES:  Objection; form.
10   A.   Yes.
11   Q.   (BY MS. O'DELL)  Would you also -- well,
12  strike that.
13      Did Dr. Longo also test for the
14  presence of fibrous talc?
15   A.   He did.
16      MR. JAMES:  Objection; form.
17   Q.   (BY MS. O'DELL)  Did he -- were there --
18  what do you recall about Dr. Longo's findings
19  regarding fibrous talc?
20   A.   I believe the vast majority of his samples
21  had fibrous talc.  If memory serves, there's only
22  one sample in which he could not demonstrate fibrous
23  talc.
24   Q.   And -- and you -- would you defer to

Page 311

1  Dr. Longo on the methodology that's appropriate for
2  testing Johnson's Baby Powder and Shower to Shower
3  for the presence of fibrous talc?
4      MR. JAMES:  Object to the form.
5    A.   I would.
6    Q.   (BY MS. O'DELL)  Is there other evidence
7  that you relied on in considering the question of --
8  of whether there is asbestos present in Johnson's
9  Baby Powder and Shower to Shower?
10   A.   Yes.
11   Q.   And -- and what is that evidence?
12   A.   Blount found asbestos in Johnson &
13  Johnson's Baby Powder.  Her report is in 1991.  Her
14  deposition specified that it wasn't just any talcum
15  powder; it was Johnson & Johnson's.
16      Exhibits formerly known as 28, but now
17  known as -- no.  Are you kidding?  It's 28 again --
18  showed tremolite, actinolite, and chrysotile --
19  chryso-- in Shower to Shower.
20      Do you want me to go through every one
21  of them, or just --
22   Q.   Not every one, but --
23   A.   Okay.  But Johnson & Johnson sent -- some
24  Johnson & Johnson samples had identifiable asbestos

Page 312

1  fibers.
2      And the now labeled Exhibit 27 by Pier
3  from -- deposition of Pier had Johnson & Johnson
4  sample demonstrating chrysotile and tremolite.
5    Q.   And is there also published literature
6  that -- in addition to Dr. Blount that reports
7  finding asbestos in cosmetic powders?
8    A.   Yes.  Those references are listed in the
9  very first sentence of my section on asbestos in my
10  report on page 18.
11   Q.   And are you referring to --
12   A.   Cralley.
13   Q.   Is that -- would you spell that for the
14  record?
15   A.   C-r-a-l-l-e-y is the first author.  68.
16      Do you want me to pull all these
17  studies and go through here for you?
18   Q.   No.
19      Would it be fair to say that in
20  addition to Dr. Longo's testing and the evidence
21  that you've referenced in regard to the -- to the
22  Hopkins chart and the Pier chart that there's
23  evidence in the published literature regarding the
24  presence of asbestos in talcum powder?

Page 313

1    A.   Yes.
2      MR. JAMES:  Object to form.
3    Q.   (BY MS. O'DELL)  You were also asked
4  earlier today about your review of the literature
5  regarding the causal connection between exposure to
6  asbestos and ovarian cancer.
7      Do you recall those questions?
8    A.   I do recall those questions.
9    Q.   Was your review of the asbestos and
10  ovarian cancer literature comprehensive?
11   A.   To the best of my ability.
12   Q.   And you spoke earlier about the IARC
13  monogram regarding asbestos and fibrous talc or a
14  talcum asbestiform habit 100C -- you called that?
15   A.   Yes.
16   Q.   Do you --
17      MR. JAMES:  Objection; form.
18      Sorry, Leigh.
19      MS. O'DELL:  Excuse me.
20   Q.   (BY MS. O'DELL)  Did you review all of the
21  monograph?  Let me start there.
22   A.   Yes.
23   Q.   Did you review all of the articles that
24  are referenced in IARC's comprehensive review of

Ellen Blair Smith, M.D.

| Page 314 |
| --- |

1  asbestos?
2      A.  I read them.
3      Q.  Did --
4      A.  And other studies that have come out
5  subsequent to IARC.
6      Q.  Did you attempt to review all the relevant
7  literature regarding asbestos and ovarian cancer?
8      A.  I did.
9      Q.  Is that literature included on the
10  materials considered list that I think is Exhibit C
11  of your expert report?
12      A.  I believe all those references are in
13  there.
14      Q.  Has IARC concluded that fibrous talc or
15  talc in an asbestiform habit is a known human
16  carcinogen?
17          MR. JAMES:  Object to form.
18      A.  Yes.
19      Q.  (BY MS. O'DELL)  Now, I asked you just a
20  moment ago about Exhibit C, the materials considered
21  list, the -- the bigger list of literature that's --
22      A.  This (indicating)?
23      Q.  Yes -- included in your report.
24          And did you review the materials that

| Page 315 |
| --- |

1  are listed on Exhibit C?
2      A.  I can't promise you that I've read every
3  single word on every single study, but I have read
4  the vast majority of them.
5      Q.  Let me --
6      A.  Greater than 90 percent.
7      Q.  Okay.  Let me switch gears for a moment.
8  You were asked a series of questions today about the
9  FDA's response to the civil service petition.  That
10  was one topic.
11          Do you recall that?
12      A.  Yes.
13      Q.  If you don't mind finding that and pulling
14  it out.  I think it's right here.  It was Exhibit 8.
15      A.  Yes.
16      Q.  Do you recall that?
17      A.  Yes.
18      Q.  And if you will turn to page 5 of
19  Exhibit 8.  Just let me know --
20      A.  This is the FEC letter.
21      Q.  Yes.
22      A.  Yes.
23      Q.  And so if you'll look about a little more
24  than halfway down the page, the paragraph beginning

| Page 316 |
| --- |

1  "While there exists."
2          Do you see that?
3      A.  Yes, I do.
4      Q.  And I think you and counsel for Johnson &
5  Johnson discussed this a little earlier.  It says,
6  "The potential for particulates to migrate from the
7  perineum and vagina through the peritoneal cavity is
8  indisputable."
9          Did I read that correctly?
10      A.  You did.
11      Q.  Is that your opinion?
12      A.  Absolutely.
13      Q.  And counsel for Johnson & Johnson
14  suggested that that statement in this letter that's
15  written by the FDA did not apply to talc and talc
16  migrating through the upper genital tract.
17          Do you recall that?
18          MR. JAMES:  Object to form and object
19  to the mischaracterization.
20      A.  I recall that.
21          MS. O'DELL:  It was not a
22  mischaracterization.
23      Q.  (BY MS. O'DELL)  What does the next
24  sentence say regarding the migration of perineal

| Page 317 |
| --- |

1  talc?
2      A.  I was just getting ready to say it's the
3  very next statement that they said:  (Paraphrasing.)
4  It is, therefore, plausible that perineal talc --
5  other -- any -- they say (other particulate) can
6  reach the endometrial cavity, fallopian tubes,
7  ovaries, and peritoneum and may elicit a foreign
8  body reaction, inflammatory response, but in some
9  exposed women may progress to epithelial cancers.
10      Q.  And in terms of -- of -- of migration, let
11  me also ask you -- just keep that in front of you,
12  but I'm gonna pull out what's marked as Exhibit 19,
13  the Langseth paper.  If you see it, maybe you can
14  help me.
15      A.  Yeah.  I told you they're all messed up.
16      Q.  They -- they are.
17      A.  Here it is.
18      Q.  Okay.  Great.
19          And the -- in reference to Exhibit 19,
20  earlier, counsel for J&J suggested that the -- the
21  IARC Working Group authored this paper.
22          Do you recall that?
23      A.  I remember he -- this is from the Cancer
24  Registry of Norway and Harvard and Montreal and

Ellen Blair Smith, M.D.

Page 318

1  Stockholm and Finland.
2      Q.  So this is not an official publication
3  of -- of IARC.  Fair?
4      A.  No, it is not.
5      Q.  And if you'll -- but the authors in this
6  study, if you'll . . .
7      A.  Yeah.  I see here where they mention the
8  working group.
9      Q.  Yes.  And, in fact, the authors of the --
10  of the study, to be fair, are part of the working
11  group.  Is that . . .
12      A.  Correct.
13      Q.  And if you'll look at page 1 of Exhibit 19
14  and if you'll -- the left-hand column, the -- it's
15  the next to the last paragraph toward the end of the
16  page, does the authors of the Langseth conclude that
17  talc particles can migrate to the vagina to the
18  peritoneal cavity and ovaries?
19      A.  They document asbestos fibers -- well,
20  first they say: (Paraphrasing.)  It's known that
21  particles and fibres that enter the body can migrate
22  to distant organs.  Asbestos fibres that are found
23  in the ovaries exposed to asbestos, analogously
24  following perineal application, talc part-- --

Page 319

1  particles can migrate from the vagina to the
2  peritoneal cavity and ovaries.  A majority of women
3  experience retrograde menstruation.  And this
4  also -- this suggests a mechanism by which talc
5  particles can travel through the female reproductive
6  tract to the ovaries.
7      Q.  Is this part of the evidence that you
8  relied on in supporting your opinion that talc
9  particles applied to the -- to the perineal area can
10  migrate to the upper genital tract, including the
11  ovaries?
12      A.  Yes, and the research that these
13  statements are based on.
14      Q.  Yes.  And what other evidence do you rely
15  on to support your opinion that talc can migrate to
16  the ovaries?
17      A.  I have a section called "Migration" in --
18  in my report.  While I'm finding it, I'll start with
19  the multiple human studies, which I weight more
20  heavily -- or influenced me more strongly than
21  studies in rodents that have shown particulate
22  matter passing from the perineum into the peritoneal
23  cavity.
24          And -- and as I'm looking through all

Page 320

1  the studies, I will cite S-j-ö-r-s-e-n, et al., Egli
2  and Newton, et al., Hunes, Zerm-- -- a Greek study
3  with the e-r.
4      Q.  Why don't you spell it for us?
5      A.  Why don't I look at my bibliography.  It's
6  gotta be the last one --
7          THE VIDEOGRAPHER:  We need to
8  change --
9      A.  -- if they're in alphabetical order.
10          THE VIDEOGRAPHER:  -- the disk, like
11  now, so if we can go off the record.
12          MS. O'DELL:  I'm sorry.  I didn't hear
13  you.
14          THE VIDEOGRAPHER:  The disk, I need to
15  change it out.  It finished a little earlier, so let
16  me swap it out.
17          MS. O'DELL:  Can she finish her answer
18  or . . .
19          THE VIDEOGRAPHER:  No because I have
20  to switch it out.  Sorry.
21          (A recess was taken from 7:56 p.m.
22           to 8:00 p.m.)
23          THE VIDEOGRAPHER:  This marks the
24  beginning of disk 5.  Back on the record.  The time

Page 321

1  is 8:00 p.m.
2      Q.  (BY MS. O'DELL)  Dr. Smith, before we had
3  to change the videographic tape, I had asked you
4  what evidence you rely on to support your opinion
5  that talc migrates from the perineum to the ovaries,
6  and you were walking us through that.
7          So why don't you just take a step back
8  and --
9      A.  Did you get the reading from Langseth on
10  the tape?
11      Q.  I think we got that.  Assume we got that
12  and then go from there.
13      A.  Okay.  So there are a number of papers
14  that look at migration of particulates.
15          First, talc was identified deeply
16  embedded in the ovaries, 1971 by Henderson.
17          Egli and Newton had flushed carbon
18  particles from the vaginal vault and that came out
19  in the peritoneal cavity.  These patients generally
20  who were coming to abdominal surgery in some period
21  of time, same day, next day, up to four days in
22  these studies.
23          And so this -- particulates would be
24  placed in the vagina, not propelled, but placed in

Ellen Blair Smith, M.D.

Page 322

1    the vagina, and then the peritoneal cavity was
2    entered, washed to see if those particulates are
3    there.  So Egli and Newton did carbon particles.
4               Sjösten did glove powder.
5               There are studies from K-u-n-z, looks
6    at micronized albumin particles placed in the vagina
7    that are transported.
8               There's a recent study by Zermanitokis
9    [sic] -- you have the spelling -- that looks at
10   tubal transport.  And the great thing about that
11   study is that you can pass particles and demonstrate
12   them by ultrasonography and actually live-action
13   watch them go through the tube and study tubal
14   motal- -- motility as they go towards the dominant
15   ovarian part -- particle.
16              All these particles, a wide range of
17   studies from very small particles to larger
18   particles, the majority of them were approximating
19   sperm size, which is, in length, 5 microns.
20              So I looked at all these studies and
21   conclude that migration is real.  There's -- a
22   female genital tract is the path to the peritoneal
23   cavity.
24              Dr. Woodruff gave his presidential

Page 323

1    address in 1979 talking about ovarian cancer
2    resulting from unknown agents transversing the
3    vagina, cervix, endometrium, fallopian tube, into
4    the peritoneal cavity, surrounding the uterus and
5    inciting ovarian cancer.
6               I think we're seeing in in vitro
7    studies in the lab, as we study inflammation in
8    ovarian cancers, we are seeing -- able to generate
9    these studies at a molecular level without hurting
10   women, but seeing what the effect of exposure to
11   talc is on normal epithelial cells, fallopian
12   tubes . . .
13        Q.  Before you get so far into that -- I'm
14   gonna ask you about that in just a moment, but let
15   me just ask one question before we leave migration.
16   It is the ability of talc applied to the perineum to
17   migrate through the -- the genital tract to the
18   ovaries.
19              Is that a hypothesis?
20              MR. JAMES:  Object to form.
21        A.  I think it is something that happens.  It
22   is -- it has been -- while I have not seen a paper
23   that demonstrates talc, per se, has been transported
24   through the internal genitalia and to peritoneal

Page 324

1    cavity, particulates of similar size, larger and
2    smaller, have been demonstrated to do that.  These
3    are not motile; they're not flagellated.  A particle
4    can go from outside to inside.
5               There's no reason why talc shouldn't
6    do it, and certainly we've seen talc deeply embedded
7    in the ovary suggesting that that's how it got
8    there.
9         Q.  (BY MS. O'DELL)  In fact, the evidence is
10   so strong the FDA has concluded it's indisputable.
11              MR. KLATT:  Objection to form.
12        Q.  (BY MS. O'DELL)  Has the FDA concluded
13   that it's indisputable that talc can migrate from
14   the perineum to the upper genital tract?
15              MR. JAMES:  Object to form.
16   Mischaracterizes the letter.
17              MR. KLATT:  Misstates the testimony.
18        A.  I think indisputable is the word that --
19   that Dr. Musser, deputy director for scientific
20   operations, Center for Food Safety and Applied
21   Nutrition, used in his letter to Dr. Epstein.
22              "The potential for particulates to
23   migrate from the peritoneum [sic] and vagina to the
24   peritoneal cavity is indisputable."  That's the word

Page 325

1    he used.
2         Q.  (BY MS. O'DELL)  Okay.  Let me ask you to
3    go back to the topic you were -- had moved on to.  I
4    just wanted to finish migration, and you were
5    talking about inflammation.
6         A.  Yes.
7         Q.  What evidence is there that talcum powder
8    causes inflammation?
9         A.  Well, when you go into -- when you go into
10   the laboratory, you don't have to use the broad
11   brush of inflammation.  You can look at specific
12   biochemical production or responses of molecules
13   involved in that inflammatory cascade.
14              So Kahn showed that nanopart --
15   nanotalc particles stabilized TNF-alpha, which is a
16   tumor necrosis factor alpha in human macrophages,
17   which is one of the steps in the inflammatory
18   cascade.
19              In fact, he found that the smaller --
20   the smaller of the pol- -- particle, the more the
21   production of unstabilization of TNF-alpha as
22   opposed to larger pol- -- particles.
23              Saed has, through the 2000s, looked at
24   ovarian cancer cell lines upregulation of

Ellen Blair Smith, M.D.

Page 326

1    anti-inflammatory and pro-inflammatory enzymes in
2    products.  And then -- and he's written -- has a new
3    book chapter on it with Nicole Fletcher and all the
4    people in his lab.
5           And then has recently had a paper
6    accepted that looks at the response of controls,
7    normal ovarian epithelium, fallopian tube
8    epithelium, normal, and three different cell lines
9    of ovarian epithelial cancer cells in response to
10   three different levels of -- of talc.
11          And looked at the production of
12   pro-inflammatory enzymes, decrease in
13   anti-inflammatory enzymes, increase in cell
14   proliferation, decrease in apoptosis, and induction
15   of single-nucleotide polymorphisms that are
16   associated with carcinogenesis.
17          Before we had one paper where a
18   researcher named Buzard had taken a memorialized
19   normal ovarian cell line, exposed it to 5 milligrams
20   per -- micrograms, I'm sorry, per milliliter to --
21   of talc, talcum powder, and this is scientific grade
22   talc, this was not Johnson's Baby Powder -- and
23   induced malignancy, as measured by the criteria of
24   lack of adherence in semi-solid auger, which is a

Page 327

1    standard of maligat -- malignancy and; yet, she
2    didn't do anything with it.  She didn't
3    cytologically evaluate it.  She didn't -- she just
4    said, "I made it a malignant."
5           So we have an example of malignant
6    transformation that is documented by a pretty
7    reliable basis if you query -- I can't say that, but
8    she really didn't go far with it.
9           Saed is starting to really break it
10   down, and he had a really remarkable dose response
11   in vitro to 5, 50, or 100-microgram per mil talc in
12   his changes.
13          MR. KLATT:  Object to the narrative
14   answer.
15      Q.  (BY MS. O'DELL)  Has -- in addition to the
16   Buzard paper you mentioned and Dr. Saed's work over
17   the last decade, have there been others that looked
18   at talc and -- in cell cult -- culture and found
19   evidence that talc produced inflammation?
20          MR. KLATT:  Objection;
21   mischaracterization.
22          MR. JAMES:  Join.
23      A.  Oh, Shulka.  I forgot that study.  That's
24   a big one.  Shulka -- Shulka, S-h-u-l-k-a, looked

Page 328

1    at -- at exposed normal mesothelial cells and then
2    normal ovarian epithelial ovarian cells to both
3    asbestos and nonfibrous talc and found induction of
4    pro-inflammatory genes have -- with exposure to
5    these 2 carcinogens.
6           Here's another Saed.
7           I think that covers it pretty much.
8      Q.  (BY MS. O'DELL)  You asked earlier today
9    about I think the question was -- well, let me just
10   ask it this way:  Is there a regulatory body that
11   shares your view that talcum powder can cause
12   ovarian cancer?
13          MR. JAMES:  Object to form.
14      A.  The Canadian EPA, CEPA, came out with
15   Health Canada, which is publishing -- is in
16   it's discussion period where they cite the
17   literature and base -- and their conclusion is that
18   talcum powders -- I can paraphrase it.
19          Do you have a copy that I can read?
20          But they say that talcum powder is a
21   significant public health risk to women from
22   perineal exposure, but I -- off the top of my head,
23   I can't remember their conclusion to read to you.
24      Q.  (BY MS. O'DELL)  You also asked some

Page 329

1    questions today about the -- about ACOG.
2           Do you remember those questions about
3    ACOG and the societies --
4      A.  Um-hum.
5      Q.  -- of which you're a member?
6      A.  Um-hum.
7      Q.  What's referred to as "The Green Journal,"
8    I believe?
9      A.  It's obstetrics and gynecology.  It's the
10   journal of ACOG.
11      Q.  And has -- recently have papers been
12   published regarding ovarian cancer and its -- excuse
13   me, and talcum powder causing -- well, let me strike
14   that and start over.
15          Have recently, in The Green Journal,
16   there have been a publication dealing with talcum
17   powder products causing a significant increase in
18   ovarian cancer?
19      A.  I think what --
20          MR. JAMES:  Object to form.
21      A.  I think what you're referring to is, you
22   know, the end of every year they -- they review a
23   lot of topics and it's, you know, top five articles
24   in preeclampsia and top five articles in

83  (Pages 326 to 329)

Ellen Blair Smith, M.D.

Page 330

1    endometriosis and there's Jason Wright wrote the top
2    five articles in ovarian cancer.
3           And I think -- I don't remember
4    whether they were ranked, but I know Number 4 on the
5    list was the Penninkilampi study, but that's -- I
6    don't know who decides that. I don't remember
7    reading how that was decided, but I know Jason
8    Wright wrote it.
9           Q. (BY MS. O'DELL) And is that something
10   that suggests that the -- the causal connection
11   between the use of genital talc and ovarian cancer
12   is becoming more well-known in the medical
13   community?
14          MR. JAMES: Objection to form.
15          MR. KLATT: Objection; leading.
16   Speculation.
17          A. I think both Canada Health and the flurry
18   of two publications in '18. There are other studies
19   that are ongoing and in various stage of analysis,
20   preparation, proof, shows that we're getting a lot
21   more interest in talc and its relationship to
22   ovarian cancer. And there is increasing concern in
23   the -- all over the world, but the studies I know of
24   are largely in the United States and Canada.

Page 331

1           Q. (BY MS. O'DELL) Let me change topics just
2    for a minute.
3           You were asked questions throughout
4    the day, different points about the fragrance
5    chemicals that comprise the fragrance for --
6    fragrances for Baby Powder and Shower to Shower.
7           Do you recall that?
8           A. I do recall that.
9           Q. Do you -- did you -- excuse me.
10          Do you defer to Dr. Crowley on his
11   examination of the specific characteristics of those
12   fragrance chemicals?
13          A. I was getting ready to say I defer --
14   before you could finish your sentence. I defer to
15   Dr. Crowley on everything about fragrances.
16          Q. And do you -- I mean, your -- do you rely
17   on his opinions regarding the inflammatory, toxic,
18   and potential carcinogenic effect of the chemicals
19   in the fragrances for Baby Powder and Shower to
20   Shower?
21          A. Yes. I don't know anything about those
22   substances.
23          Q. You were also asked questions about the
24   heavy metals that had been demonstrated to be

Page 332

1    present in talcum powder in certain periods.
2           MR. JAMES: Object to form.
3           Q. (BY MS. O'DELL) Do you rely on IARC's
4    comprehensive review of the literature regarding the
5    carcinogenicity of chromium?
6           A. Yes.
7           Q. Did you review IARC's analysis of --
8           A. Yes. I read that. That is the way I made
9    my assessment of whether or not they are toxic.
10          Q. And did you -- in the same way, did you
11   review IARC's Monograph in relation to nickel?
12          A. Yes.
13          Q. And do you rely on IARC's comprehensive
14   review of both the epidemiological literature, the
15   animal studies, and other evidence regarding the
16   carcinogenicity of nickel?
17          A. Yes.
18          Q. And --
19          A. I didn't individually pull every one of
20   their papers. I just read IARC.
21          Q. And you relied on IARC's review of those
22   materials?
23          A. Yes. I have trusted them. If they say
24   nickel is a carcinogen at specific levels, then I

Page 333

1    have no intention of pulling all those papers and
2    studying them myself.
3           Q. And would the same be true of Cobalt?
4           A. Yes.
5           Q. I want to show you what I'm going to mark
6    as Exhibit 30, and this is a copy of the Berge
7    paper. It's the most up-to-date copy.
8           (Deposition Exhibit 30 marked for
9           identification.)
10          Q. (BY MS. O'DELL) So I've handed you
11   Exhibit 30. It's a copy --
12          A. Um-hum.
13          Q. It's the most up-to-date copy of the Berge
14   paper. We had discussions today at different times.
15   I think that we had different Berge publications,
16   and so I want to mark the one that has been
17   published most recently.
18          A. Okay. This is -- we have previously
19   marked the e-Pub. This is the print.
20          Q. All right. And if you'll -- I have just
21   one question.
22          You were asked today or the suggestion
23   was made to you today that in Berge the study did
24   not demonstrate a dose response.

84 (Pages 330 to 333)

Ellen Blair Smith, M.D.

Page 334

1    Do you recall those questions?
2    A.  Yes.
3    Q.  And if you'll take a look at the next to
4  last sentence of the abstract --
5    A.  Yes.
6    Q.  -- of Berge.
7    Do you see that?
8    A.  Yes.
9    Q.  And, in fact, did Berge demonstrate a -- a
10  dose response?
11    A.  He says it's a -- which appears to be
12  limited, that -- okay.
13    "Statistically significant association
14  between general use of talc in ovarian cancer, which
15  appears to be limited to serous carcinoma was
16  suggestion of dose-response."
17    Q.  The . . .
18    A.  And he has a table of the duration
19  frequency.
20    Q.  And is that table supportive of the fact
21  that the studies show the -- a dose response or at
22  least the trending of a dose response?
23    A.  Their -- the --
24    MR. KLATT:  Objection.

Page 335

1    MR. JAMES:  Object to form.
2    A.  His results -- his relative risks are 1.16
3  for a duration.  1.05 for frequency.  They are
4  statistically significant with 1.07 to 1.26 for a
5  duration.  1.04 to 1.07 confidence intervals.  But
6  his number of risk estimates are small, 12 and 7.
7    Q.  Okay.  You . . .
8    MR. JAMES:  Leigh, if you're done with
9  Exhibit 30, may I have a look at it, please.
10    MS. O'DELL:  Sure.
11    A.  I think -- from what I've seen, it looks
12  pretty much the same.
13    MR. JAMES:  Thank you.
14    Q.  (BY MS. O'DELL)  Let me ask you to --
15    A.  Except that chart is -- oh, yeah.  It's in
16  the other one.  Down here.  I think they're the same
17  thing.
18    Go ahead.
19    Q.  Doctor, you were asked a series of
20  questions about individual patients and whether
21  talcum powder can cause ovarian cancer in an
22  individual patient.
23    Do you remember those questions?
24    A.  Generally.

Page 336

1    Q.  Yeah.  Have you been asked to look at any
2  individual patients in order to render what's
3  ter- -- referred to as a case specific opinion?
4    A.  No.
5    Q.  And is it -- would you be willing to do
6  that if asked?
7    A.  No.  I haven't thought about it.
8    Q.  Okay.
9    A.  I'd like to think about it before I accept
10  any more responsibility.
11    Q.  Yeah.
12    Does that in any way --
13    A.  At this hour -- at this hour of the
14  deposition.
15    Q.  Does that in any way undermine or change
16  your opinion that talcum powder products, Baby
17  Powder and Shower to Shower cause ovarian cancer?
18    A.  No.
19    MR. KLATT:  Objection; leading.
20    A.  It doesn't change my mind.
21    Q.  (BY MS. O'DELL)  And is that opinion based
22  on your review of the totality of the literature as
23  you've described in your report and in the materials
24  that are cited not only within the report but also

Page 337

1  Exhibit C?
2    MR. JAMES:  Object to form.
3    A.  Yes.  I -- I find the epidemiologic data
4  and the consistency is so significant, and then the
5  biochemical stuff, the skin would be coming out like
6  gangbusters.  Speaks to plausibility,
7  experimentation, mechanism, and that's just very
8  compelling.
9    Q.  (BY MS. O'DELL)  And in terms of the
10  opinions that you've expressed in your report, are
11  those opinions based on the published literature and
12  other data that you have referenced and relied on in
13  your report?
14    A.  Yes.
15    Q.  Okay.
16    A.  All of that has been published and
17  peer-reviewed.
18    Q.  Right.
19    So the degree that there's new data
20  coming out, you're not relying on sort of the hope
21  of new data in the future to reach your opinions?
22    A.  No, I think I'm willing to commit and make
23  my opinion.  I -- I feel very excited that we
24  have -- we will have opportunities as we understand

85 (Pages 334 to 337)

Ellen Blair Smith, M.D.

Page 338

1  this process, the therapeutic interventions at some
2  time.
3       Q.   You were asked questions earlier today
4  about what you had done prior to litigation and what
5  you've done post litigation in terms of informing
6  your opinions in this case.
7            Did you know that talc and asbestos
8  are inflammatory prior to becoming involved in the
9  litigation?
10      A.   Yes.
11           MR. JAMES:  Object to form.
12      Q.   (BY MS. O'DELL)  Prior to the litigation,
13  did you know, based on your understanding of the
14  medical and scientific literature, that inflammation
15  creates a pro-carcinogenesis -- excuse me,
16  carcinogenic environment?
17           MR. JAMES:  Object to form.
18      A.   Yes.
19      Q.   (BY MS. O'DELL)  Prior to the litigation,
20  did you know, based on your review of the scientific
21  and medical literature, that inflammation was a
22  mechanism for epithelial ovarian cancer development
23  and progression?
24           MR. JAMES:  Object to form.

Page 339

1       A.   Certainly the recent data is more
2  compelling, that has been postulated, and various
3  little snippets of data like some of Saed's stuff
4  and enzyme induction, stuff like that, has been
5  leading there.  It's been growing.
6       Q.   (BY MS. O'DELL)  But you were aware of
7  that --
8       A.   Yeah, prior to --
9       Q.   -- in -- excuse me.  You were aware of --
10      A.   -- prior to January of 2017.
11      Q.   Okay.
12           MR. JAMES:  Object to the form.
13      Q.   (BY MS. O'DELL)  Prior to litigation, did
14  you know that particles such as talc and asbestos
15  could migrate or be transported to the fallopian
16  tube and ovary from the perineum?
17           MR. JAMES:  Object to the form.
18      A.   Oh, yes.
19      Q.   (BY MS. O'DELL)  Prior to the litigation,
20  were you aware of scientific data and medical
21  literature demonstrating that talc as well as
22  asbestos could be exposed to the body through
23  inhalation?
24      A.   Oh, yes.

Page 340

1       Q.   Are your opinions in this case outlined in
2  your deposition today as well as the report that
3  you've provided in this case?
4       A.   Yes.
5       Q.   And every time today when you have
6  referred to talcum powder products, have you been
7  referring to Johnson's Baby Powder and Shower to
8  Shower?
9            MR. JAMES:  Object to form.
10      A.   Except when specified otherwise.
11      Q.   (BY MS. O'DELL)  Okay.  And then last
12  question.  You were asked a series of -- or maybe
13  the last question.
14           You were asked a --
15      A.   I got so excited.
16      Q.   We've got a series of questions about what
17  you tell your patients, and you --
18      A.   Um-hum.
19      Q.   -- testified that you do not tell your
20  patients presently about the increased risk of
21  ovarian cancer with perineal talc use.
22           Do you recall that?
23      A.   I do.
24      Q.   Do you treat patients with ovarian cancer

Page 341

1  at this time?
2       A.   At the end of their life.
3       Q.   Why do you not tell them about talc as
4  a -- as a cause of ovarian cancer?
5       A.   It's too late.
6       Q.   Why?
7       A.   They're dying.
8       Q.   And --
9       A.   There's nothing -- they failed all
10  therapy.  If there was adequate therapy --
11      Q.   And it would be --
12      A.   -- to reverse it, then they wouldn't be my
13  patient.
14      Q.   And it would be insensitive and wrong to
15  counsel a patient at that junction in their life --
16      A.   Um-hum.
17      Q.   -- about a risk factor that they will have
18  no effect on their --
19      A.   They can't do anything about it.  I don't
20  want to induce guilt.  The horse is out of the barn.
21           They need pain control.
22           They need nausea control.
23           They need love, support.  They need
24  their family, you know, their priest or spiritual

Page 342

1  leader.  They need a lot of care, but they don't
2  need to be told "This happened because you used
3  powder" or, "Boy, if you hadn't" -- I don't know.
4  That'd be just dumb.
5          MS. O'DELL:  I don't have any further
6  questions, Dr. Smith.  Thank you.
7          I'm sure these -- one of these
8  gentlemen will have some questions.
9          MR. JAMES:  We will.
10         Are we taking five, Mike?
11         MR. KLATT:  Five minutes.
12         MR. JAMES:  Okay.
13         MR. KLATT:  We'll just need a time
14  from the videographer.
15         MR. JAMES:  Okay.
16         THE VIDEOGRAPHER:  So let's -- are we
17  going off?
18         MR. KLATT:  We don't need to go off.
19  Just what's the time?
20         THE VIDEOGRAPHER:  32 plus 16 prior,
21  so it should be 48.
22         MS. O'DELL:  So I'm not sure what
23  the -- I'm not sure what the calculation's being
24  made.

Page 343

1          MR. SILVER:  Let's go off the record
2  so we can figure out the calculation because I think
3  it's different that he . . .
4          THE VIDEOGRAPHER:  Going off the
5  record.  The time is 8:32 p.m.
6          (A recess was taken from 8:32 p.m.
7          to 8:43 p.m.)
8          THE VIDEOGRAPHER:  Back on the record.
9  The time is 8:43 p.m.
10         FURTHER EXAMINATION
11  BY MR. JAMES:
12  Q.  Dr. Smith, good evening.
13  A.  Hi.
14  Q.  I have a few more questions for you.
15  Okay?
16  A.  Okey-doke.
17  Q.  Are you aware of any studies or literature
18  showing that the presence of heavy metals in
19  cosmetic talc powders increases the risk of ovarian
20  cancer?
21         MS. O'DELL:  Object to the form.
22  A.  I know that IARC calls those Class 1 --
23  two of them Class 1 carcinogens.  I don't know how
24  much they influence the carcinogenicity of talcum

Page 344

1  powder.
2  Q.  (BY MR. JAMES)  Are you aware of any
3  scientific literature or studies that address
4  whether the chemicals and the fragrances of talc
5  powder cause ovarian cancer?
6  A.  I do not.  I defer to Dr. Crowley.
7  Q.  Did you consider the body of literature,
8  looking at whether talc is associated with other
9  types of gynecological cancers?
10  A.  I did not --
11         MS. O'DELL:  Object to the form.
12  A.  I did not even search endometrial cancer,
13  cervical cancer, vulvar cancer.
14  Q.  (BY MR. JAMES)  Do you believe that body
15  of literature would be relevant to the opinions
16  you're offering today?
17  A.  It would be confirmatory, were it to
18  exist.
19  Q.  Confirm --
20  A.  I don't know if it exists.
21  Q.  Sorry.
22         Confirmatory to the extent that it
23  revealed an association, correct?
24         MS. O'DELL:  Object to the form.

Page 345

1  A.  To the extent that it revealed an
2  association if such literature exists.
3  Q.  (BY MR. JAMES)  If the literature, looking
4  at the association between talc and other
5  gynecological cancers, did not support an
6  association, would that impact the opinions you're
7  offering today?
8          MS. O'DELL:  Object to the form.
9  A.  Probably not.
10  Q.  (BY MR. JAMES)  Why is that?
11  A.  Because -- because of the lethality of
12  ovarian cancer, we do much better curing endometrial
13  and cervix cancer.  Ovarian cancer is a real killer.
14  Not that I want anybody to get cancer.
15  Q.  And I'm not sure that I understood your
16  answer.
17  A.  Okay.
18  Q.  So -- and it may -- and it's probably on
19  my part.
20         But you said because of the?
21  A.  Lethality.  Lethal.
22  Q.  Lethality?  Lethality.  Okay.
23  A.  Yeah, of ovarian cancer.  It is unusual
24  to -- it's unusual to find ovarian cancer at an

Ellen Blair Smith, M.D.

Page 346

1    early stage.  It is unusual to cure ovarian cancer.
2    We have a pretty darn good -- well, it could be
3    better.  We don't cure everybody.  But we have a
4    pretty good track record with curing endometrial and
5    cervical cancer.  Not that I want anybody to get
6    cancer, but we need to do everything to decrease the
7    incidence of ovarian cancer.
8         Q.  If your opinion is that talc causes
9    ovarian cancer, would you believe that talc would
10   also cause cervical cancer?
11        A.  I don't know that information.
12            MS. O'DELL:  Objection; form.
13        A.  Cervical cancer -- cervical cancer, in
14   all, except extremely rare incidents such as DES
15   exposure, which thank God we've gotten rid of, is --
16   a component of cervical cancer is human papilloma
17   virus, which is a necessary but insufficient
18   carcinogen.  That is, this is your cumulative -- one
19   of your cumulative examples where you've got to have
20   the one of HPV, but then you need another punch.
21   You need another factor.  You can't just have HPV to
22   cause cervical cancer.
23            I -- I can't think of any research
24   that -- in influence of talc usage in cervical

Page 347

1    cancer.  I don't think I've ever seen that paper.
2         Q.  (BY MR. JAMES)  Would you expect talc to
3    be associated with uterine cancer?
4         A.  I've never seen that paper either.  Taking
5    us back to Mr. -- is it Klatt?  Menstruation
6    association -- I'm just -- I'm thinking, and I
7    shouldn't be thinking.  I should -- I've never seen
8    that paper.
9         Q.  Or body of papers, if such a body exists,
10   correct?
11        A.  Or if such a body --
12            MS. O'DELL:  Object to the form.
13        A.  -- exists.
14        Q.  (BY MR. JAMES)  You would agree that if
15   talc migrates to the genital tract, that talc would
16   be exposed to tissues and organs along the way,
17   correct?
18        A.  Yes.
19        Q.  Okay.  You discussed with your counsel
20   Exhibit Number 30, which is the most recent version
21   of the Berge paper, correct?
22        A.  Yes.  I have the -- I have the 24, but I
23   think this is good enough.
24        Q.  And I'm gonna hand you back Exhibit 30.

Page 348

1         A.  Okay.  I haven't found any differences
2    between the two, except the page numbers.
3         Q.  And Dr. Smith, if you could just look at
4    that abstract for me on the first page, please.
5         A.  Yes.
6         Q.  And you see at the bottom of the abstract
7    that -- the sentence that I asked you about earlier,
8    and discussed with you at some length, about the
9    heterogeneity issue.
10            Do you see that?
11        A.  Yes.
12        Q.  Okay.  And you see there that the authors
13   of the Berge paper still conclude on Exhibit
14   Number 30 that a causal interpretation is not
15   warranted, correct?
16            MS. O'DELL:  Objection; form.
17        A.  It says, "The heterogeneity" -- they
18   didn't say it's not causal.  They say the
19   heterogeneity results detract from a causal
20   interpretation, so that lowers the chance that
21   they're willing to make in a causal association.  It
22   doesn't strike it out entirely.
23        Q.  (BY MR. JAMES)  And that language is
24   consistent with the language that we discussed

Page 349

1    earlier today, correct?
2         A.  It is.
3             MS. O'DELL:  Objection; form.
4         Q.  (BY MR. JAMES)  During counsel's
5    questions, you made references to literature or
6    studies that I think you characterized as "would be
7    coming out."
8             Is that terminology that I heard
9    correctly?
10        A.  Yes.
11        Q.  Okay.  Are you aware of studies on the
12   talc ovarian cancer hypothesis that are works in
13   progress?
14        A.  Yes.
15        Q.  Okay.  What are those studies?
16        A.  Well, there's another epidemiologic study
17   cited in Health Canada by Traher -- Taher,
18   T-a-h-e-r, Mohamed Taher, and a whole bunch of other
19   people.  That is another epidemiologic
20   meta-analysis.
21        Q.  Are there any other studies that you're
22   aware of that pertain to the issues in this
23   litigation that are works in progress?
24        A.  I think people all over are still actively

88 (Pages 346 to 349)

Ellen Blair Smith, M.D.

Page 350

1 looking at inflammation in all cancers at various
2 molecular levels. Gosh. Their group's called the
3 Cancer Genome Analysis, that's working on --
4 continues to work on ovarian cancer. Sambucetti
5 looks on ovarian cancer with BRCA mutations.
6 Looking -- there are new papers coming out all the
7 time on other risk factors.
8     Q. And if I may ask a very precise question
9 in hopes of moving us along.
10    A. Okay. Sorry.
11    Q. That's fine.
12    A. No worries.
13    Q. Are you aware of any other papers that are
14 works in progress that specifically look at the
15 issue of talc and ovarian cancer?
16    A. I have not read --
17       MS. O'DELL: Besides the one she
18 mentioned?
19    A. Besides the one I mentioned, I have not
20 read any other data or prepublication drafts.
21       MR. JAMES: Okay. That's all the
22 questions I have for now.
23       MR. KLATT: Oh.
24       THE WITNESS: What are we on? 10s?

Page 351

1 14, 13. It may be down here. 11, 10.
2       MR. KLATT: Do you -- I don't -- I'm
3 looking for the IR Asbestos Monograph.
4       THE WITNESS: This is not it?
5       MR. KLATT: No, I don't believe so.
6       THE WITNESS: I mean, it's like --
7       MS. O'DELL: I don't believe we
8 entered that yet.
9       THE WITNESS: It's got -- this is from
10 the IR Monograph, but it is not the --
11       MR. KLATT: Do you have the entire
12 monograph --
13       THE WITNESS: Yes, we do.
14       MR. KLATT: -- in one of those books?
15       THE WITNESS: Yes, we do.
16       MR. KLATT: Can you pull it?
17       THE WITNESS: Second IA.
18       MS. O'DELL: Which monograph?
19       THE WITNESS: The --
20       MR. KLATT: The 2012 Asbestos
21 Monograph.
22       THE WITNESS: MC. It's the second
23 one. It's not that one. It's the second IA. Yep,
24 that's it.

Page 352

1       MR. KLATT: Let me do this.
2       Let's just mark this, the full
3 Asbestos Monograph --
4       THE WITNESS: Okay.
5       MR. KLATT: -- Doctor, instead of some
6 pages. Let's mark it as the next exhibit.
7       THE COURT REPORTER: It should be 31.
8       (Deposition Exhibit 31 marked for
9       identification.)
10       FURTHER EXAMINATION
11 BY MR. KLATT:
12    Q. Doctor, I'm handing you, and just verify
13 it's what you're looking at. But this -- I'm
14 representing to you this is a copy of the 2012 IARC
15 Asbestos Monograph that's referred to in your
16 report and also --
17    A. Exactly.
18    Q. -- referred to in your testimony multiple
19 times today, correct?
20    A. Correct.
21    Q. And if you would, turn to page 256,
22 please.
23    A. (Complied.) Getting close.
24    Q. Are you at page 256?

Page 353

1    A. I am.
2    Q. Of the IARC 2012 Asbestos Monograph?
3    A. I am.
4    Q. I'm looking in the right-hand column, and
5 I think you looked at this language earlier today.
6       The right-hand column, the middle
7 paragraph says, "The IARC Working Group noted that a
8 causal association between exposure to asbestos and
9 cancer of the ovary was clearly established based on
10 five strongly positive cohort mortality studies of
11 women with heavy occupational exposure to asbestos,"
12 correct?
13    A. Correct.
14    Q. And then it cites five studies that you've
15 reviewed, correct?
16    A. Right.
17    Q. None of those studies involve the type of
18 asbestos that's alleged to be in Johnson & Johnson's
19 body powder products, correct?
20       MS. O'DELL: Object to the form.
21    A. I'd have to look at them back to look at
22 the types. I -- I'm sorry. I don't remember the
23 details in these studies --
24    Q. (BY MR. KLATT) If, in fact --

89 (Pages 350 to 353)

Ellen Blair Smith, M.D.

Page 354

1    A. -- at the time.
2    Q. -- those five studies involve a type of
3  asbestos that hasn't been alleged to be in Johnson &
4  Johnson's Baby Powder, then you wouldn't be reliant
5  on those, correct?
6        MS. O'DELL: Object to the form.
7  Misstates the record.
8    A. These studies are not about Johnson's Baby
9  Powder.
10    Q. (BY MR. KLATT) Exactly.
11    A. These studies are about asbestos.
12    Q. Right. And they're not even done in the
13  U.S., are they?
14    A. Some of them for sure were in the UK. I
15  can look them all up if you want.
16    Q. And they were studies of women who had
17  heavy occupational exposure to asbestos, correct?
18  That's what the IARC Monograph says?
19    A. I can -- I can look at that in more detail
20  if I find Reid or --
21    Q. No, I'm just asking you what the IARC
22  Monograph says.
23        MS. O'DELL: You're welcome to refer
24  to Reid if you'd like.

Page 355

1    A. I'd like to refer to Reid if I can find
2  it, because it's up here as evidence. Early,
3  early --
4    Q. (BY MR. KLATT) But I'm not asking you
5  about Reid. I'm asking you about the IARC
6  Monograph.
7    A. The Reid includes those studies in a
8  meta-analysis and has details on those studies that
9  will allow me to refresh my memory --
10    Q. All right. I'll withdraw --
11    A. -- about them.
12    Q. -- the question.
13        I want to focus on what IARC's saying
14  because you said earlier today you relied on IARC.
15        IARC says in Exhibit 31, Doctor --
16  IARC says in Exhibit 31 that the link to ovarian
17  cancer and asbestos is based on the studies with
18  women with heavy occupational exposure, correct?
19  That's --
20    A. Predominance, it says that. And the
21  predominoc-- -- the predominant exposure in these
22  studies, to my memory, was occupational. But I
23  believe some -- some studies were spouses and --
24  of people who were nonoccupationally exposed, and I

Page 356

1  can't remember which studies are that.
2    Q. I'm talking about the studies IARC is
3  relying on for its conclusion that ovarian cancer --
4    A. I'd like to --
5    Q. -- is related to --
6        THE WITNESS: Get me Reid, will you?
7  What is that saying on there?
8    Q. (BY MR. KLATT) The studies are cited
9  right there, Doctor.
10    A. I know. I just --
11        MS. O'DELL: She's just reading.
12    A. -- was verifying the information before I
13  give this to you.
14        (Examined exhibit.) Okay. My -- the
15  next sentence takes us where we want to go.
16        (Paraphrasing.) The conclusion
17  received these initial support from studies showing
18  women and girls with environmental but not
19  occupational exposure. I will give you that now.
20    Q. Okay. But it says the link is clearly
21  established based on the heavy occupational
22  exposure, correct?
23        MS. O'DELL: Objection to the form.
24    A. That was their initial establishment of

Page 357

1  the link.
2    Q. (BY MR. KLATT) Now, that very same IARC
3  Monograph, turn over to page 280, if you would. It
4  says there in the right-hand column about three
5  paragraphs down -- do you see where I'm reading?
6    A. Yeah.
7    Q. This very same IARC Working Group that
8  looked at asbestos says, "The association between
9  exposure to talc, potential retrograde translocation
10  to the ovarian epithelium, and the development of
11  ovarian cancer is controversial," correct?
12        MS. O'DELL: Objection.
13    A. That was their assessment based on
14  IARC 2010, which --
15    Q. (BY MR. KLATT) And this --
16        MS. O'DELL: Excuse me.
17    Q. (BY MR. KLATT) I'm sorry. Go ahead.
18    A. -- and this volume.
19        MS. O'DELL: She was not finished.
20    Q. (BY MR. KLATT) And this volume is --
21        MS. O'DELL: Excuse me.
22    A. And this volume.
23        MS. O'DELL: Let her finish, please,
24  sir.

90 (Pages 354 to 357)

Ellen Blair Smith, M.D.

Page 358

1       Q.  (BY MR. KLATT)  Are you finished?
2       A.  I am now.
3           MS. O'DELL:  She was not finished, and
4   it's not gonna be clear on the record.
5           Dr. Smith, if you need to finish your
6   answer, please go ahead and do that.
7       Q.  (BY MR. KLATT)  I apologize.  I thought
8   you were finished, and so I didn't mean to interrupt
9   you.
10          So IARC, on the one hand --
11          THE WITNESS:  I said it.
12      Q.  (BY MR. KLATT)  -- is saying --
13          THE WITNESS:  She's got it down.
14          MS. O'DELL:  Okay.
15      Q.  (BY MR. KLATT)  I'm sorry?
16      A.  The transcriptionist has what I said.
17   This -- 20 -- 93 and 100C, 2010 and 2012.
18      Q.  Are what IARC cites for stating that the
19   association between exposure to talc, potential
20   retrograde translocation to the ovarian epithelium,
21   and the development of ovarian cancer is
22   controversial, correct?
23          MS. O'DELL:  Object to the form.
24      A.  That's what they say in probably 2011.

Page 359

1       Q.  (BY MR. KLATT)  So on the one hand,
2   they're saying in this monograph that the link to
3   ovarian cancer they ascertain is based on every
4   occupational exposure, but when they describe the
5   association with talc, retrograde translocation to
6   the ovaries and ovarian cancer, they don't say it's
7   clearly established at all.  They say it's
8   controversial, correct?
9           MS. O'DELL:  Object to the form.
10      A.  I know what they say.  I can read their
11   words.  I would, again, disagree that retrograde
12   translocation of particulates to the ovarian
13   epithelium is not controversial based on the data
14   that I've been talking about for about half the day.
15      Q.  (BY MR. KLATT)  Which IARC also summarizes
16   in its 2010 talc monograph and in this monograph?
17      A.  In 2010 --
18          MS. O'DELL:  Objection -- excuse me.
19   Excuse me.
20          Objection.  That is -- misstates her
21   prior testimony, and you know that.
22          So to the degree you understand the --
23   the question, Dr. Smith, please go ahead.
24      A.  I know what they say.  I know what I have

Page 360

1   facts to substantiate.  They are not the same thing,
2   so I disagree with their assessment that retrograde
3   translocation to the ovarian epithelium is at all
4   controversial for any particulate.
5           I have talked about the both
6   epidemiologic and biochemical by different
7   investigators of exposure to talc in vitro and a
8   strong epidemiologic history relating talc and
9   ovarian cancer.
10          So based on what I've been talking
11   about for the past 12 hours, I disagree with this.
12      Q.  (BY MR. KLATT)  Okay.  Well, that's what I
13   wanted to establish.
14          On the one hand, when IARC in the
15   asbestos monograph in 2012 is talking about exposure
16   to talc, translocation to the ovaries, and the
17   development of ovarian cancer, they don't say it's
18   clearly established at all.
19          They -- they, IARC, says it's
20   controversial, correct?
21          MS. O'DELL:  Objection; asked and
22   answered.
23      A.  They're flat wrong.
24      Q.  (BY MR. KLATT)  I'm asking what IARC says.

Page 361

1       A.  I -- okay.  We have read this sentence 14
2   times.
3       Q.  Do you agree with it?
4       A.  I do not agree with the statement.  I
5   agree those words are printed on the paper.
6       Q.  Do you agree that's IARC's position?
7       A.  IARC printed those things --
8           MS. O'DELL:  Objection; asked and
9   answered.
10      A.  -- and said that.
11      Q.  (BY MR. KLATT)  Okay.  Thank you.
12          And they cite their own talc monograph
13   in 2010, and they cite their asbestos monograph --
14      A.  Asked and answered.
15      Q.  -- and they ask -- you're not the lawyer
16   here.
17      A.  I know it, but I'm getting it.
18      Q.  IARC, for the statement that the exposure
19   to talc translocation to the ovaries and development
20   of ovarian cancer is controversial, what IARC
21   cites -- listen to me, Doctor -- what IARC cites --
22      A.  I'm listening.  I have my eyes closed, but
23   I'm listening.
24      Q.  -- is their own 2010 talc monograph and

91 (Pages 358 to 361)

Ellen Blair Smith, M.D.

Page 362

1    this very 2012 asbestos monograph, correct?
2         MS. O'DELL:  Excuse me.  Asked and
3    answered 10 times.
4         Q.  (BY MR. KLATT)  Is that correct?
5         MS. O'DELL:  Excuse me.  Asked and
6    answered.
7         A.  The words are printed on the paper.  That
8    is what they wrote.
9         Q.  (BY MR. KLATT)  So my statement's correct?
10        MS. O'DELL:  Objection.
11        A.  They wrote that, yes.
12        Q.  (BY MR. KLATT)  Not that hard.
13             I think we established earlier that
14    there's not a single study showing talc applied to
15    the external genital area has been shown to migrate
16    into the ovaries?
17        A.  I know of no talc translocation migration
18    studies.
19        Q.  And the Egli study and the Sjösten study
20    and the Zervomanoklakis study --
21             (Speaking simultaneously.)
22        A.  I'm not (unintelligible).
23        Q.  -- that you cited, none of those involve
24    talc?

Page 363

1         A.  None of --
2         MS. O'DELL:  Object to the form.
3         A.  -- them did.
4         Q.  (BY MR. KLATT)  And they all involve those
5    particles being injected into the reproductive
6    tract?
7         MS. O'DELL:  Object to the form.
8         A.  Absolutely not.
9         Q.  (BY MR. KLATT)  They say poster- --
10        A.  Sjösten did not inject anything.  He had
11    corn starch on gloves.
12        Q.  And was that applied externally or was the
13    corn starch --
14        A.  It's a pelvic examination.
15        Q.  Let me finish.
16             And a pelvic examination involves
17    introduction of corn starch on surgical gloves into
18    the reproductive tract.  It's not specific --
19        A.  I don't think you'll get any --
20        MS. O'DELL:  Excuse me.  Excuse me.
21        Q.  (BY MR. KLATT)  It's not external
22    application, correct?
23        MS. O'DELL:  Object to the form.
24        A.  You said "injected."

Page 364

1         Q.  (BY MR. KLATT)  Okay.  Well, let's talk --
2    Egli and Zervomanoklaskis involved injections of
3    particles into something called the vaginal
4    posterior fornix, correct?
5         A.  Um-hum.
6         Q.  I'm sorry?
7         A.  Yes.
8         Q.  And that's not the external genital area,
9    is it?
10        A.  Hum.  That is part of the lower genital
11    tract.
12        Q.  The posterior vaginal fornix is the area
13    of the vagina right next to the cervix, correct?
14        A.  Uh-huh.
15        Q.  So the very top of the vagina, correct?
16        A.  It's sort of at the very back.
17        Q.  And so it's not at the external genital
18    area, correct?
19        A.  I didn't say it was external.  I said it
20    was part of the lower genital tract.
21        Q.  It's about halfway to the ovaries,
22    correct?
23        MS. O'DELL:  Objection to form.
24        A.  Yes.

Page 365

1         Q.  (BY MR. KLATT)  And those animals in those
2    studies --
3         A.  They're humans.
4         Q.  Well, no.  You said -- Egli, I thought you
5    said was in animals.
6         MS. O'DELL:  Object to form.
7         A.  No, Egli's in humans.
8         Q.  (BY MR. KLATT)  Well --
9         A.  Egli's --
10        Q.  -- the humans were --
11        A.  -- in humans.
12        Q.  The hum- --
13        A.  Zervomanoklaskis is in humans.  Sjösten is
14    in humans.  Hunts is in humans.
15        Q.  And these humans, then, were given Pitocin
16    to stimulate uterine contractions, weren't they?
17        A.  Some of them in some of the studies.
18        Q.  Well, that doesn't have anything to do
19    with women applying talc externally, does it?
20        MS. O'DELL:  Object to the form.
21        A.  No, but it is part of the transport
22    mech-- -- the contractions of the uterus and the
23    fallopian tube are part of the mechanisms of
24    transport.

Ellen Blair Smith, M.D.

Page 366

1    Q.  (BY MR. KLATT)  And, in fact, in Egli,
2  the -- the study subjects were tilted head down at a
3  15-degree angle, correct?
4        MS. O'DELL:  Objection to form.
5    A.  Yes.
6    Q.  (BY MR. KLATT)  And in Sjösten, it was
7  corn starch, not talc, correct?
8    A.  Yes.
9    Q.  And you said these were a part of
10  gynecologic examinations in which the physician was
11  introducing the corn starch into the reproductive
12  tract, correct?
13        MS. O'DELL:  Objection to form.
14    A.  On his or her gloves.  Not injecting it.
15    Q.  (BY MR. KLATT)  Health Canada that you've
16  referred to, they just announced a preliminary
17  evaluation and opened it up to public comment,
18  right?
19    A.  They are in the 90-day discussion window.
20    Q.  And -- well, the discussion window means
21  the public comments can be submitted for the next 90
22  days, correct?
23    A.  Correct.
24    Q.  And then they have up to two years to make

Page 367

1  a decision whether they're gonna do anything at all
2  or nothing, correct?
3        MS. O'DELL:  Object to the form.
4    A.  Correct.
5    Q.  (BY MR. KLATT)  So they haven't made any
6  final conclusions at all, have they?
7    A.  They've drawn their conclusions.  They
8  will entertain comments.  I think their conclusions
9  are compelling.
10    Q.  Well, at the end of nine -- at the end of
11  two years, they may decide to do nothing at all
12  based on the evidence they receive, correct?
13    A.  It might, but may still be here.
14    Q.  The Shukla study that you talked about --
15    A.  Yes.
16    Q.  -- that didn't look at any sort of genetic
17  mutations, did it?
18    A.  It looked at gene activation.
19        THE WITNESS:  Can you get the Shukla?
20    Q.  (BY MR. KLATT)  Gene expression, correct?
21    A.  Gene expression.
22        THE WITNESS:  Sorry.  Thank you.
23    Q.  (BY MR. KLATT)  Gene expression is a part
24  of daily living, isn't it?

Page 368

1        MS. O'DELL:  Object to the form.
2    A.  Gene expression is part of everything.
3    Q.  (BY MR. KLATT)  Exactly.  It's how we
4  live.
5        If we didn't have gene expression,
6  we'd die, right?
7    A.  Right.
8    Q.  So the mere fact that they measured gene
9  expression doesn't say anything about causing
10  cancer, does it?
11    A.  It's what genes --
12        MS. O'DELL:  Object to the form.
13    A.  -- they looked at.
14    Q.  (BY MR. KLATT)  And Shukla didn't conclude
15  that their findings showed that talc causes
16  ovarian --
17        MS. O'DELL:  Give her a moment to --
18    Q.  (BY MR. KLATT)  -- cancer --
19        MS. O'DELL:  -- and just --
20    Q.  (BY MR. KLATT)  -- correct?
21        MS. O'DELL:  You may look at the study
22  before you answer the question.
23    Q.  (BY MR. KLATT)  Well, you testified to
24  Shukla study in response to Ms. O'Dell's question

Page 369

1  without looking at it.
2        MS. O'DELL:  Let me rephrase my
3  objection.
4        If you need to look at a study, you
5  may.  If you don't, please feel free to answer Mr.
6  Klatt's questions.
7    Q.  (BY MR. KLATT)  Doctor, when you were
8  answering Ms. O'Dell's questions about Shukla, you
9  didn't need to look at the study, did you?
10        MS. O'DELL:  Objection.
11    A.  I want to know -- I want to see the
12  descriptions of --
13    Q.  (BY MR. KLATT)  Did they conclude their
14  results of their study showed that talc caused
15  ovarian cancer?
16    A.  (Examined exhibit.)  So they looked at --
17  this is the mesothelioma, so we're not -- they
18  looked at subalteration, cell activation, cell
19  motility, immune response, protein metabolic
20  processes, signal transection, changes in
21  extracellular matrix.
22        All of these are pathways looking at
23  MRA levels that are activated in the carcinogenic
24  process in . . .

93  (Pages 366 to 369)

Ellen Blair Smith, M.D.

Page 370

1      Q.  Doctor, my question is:  Shukla nowhere
2  concludes that the results of their experiments
3  showed that talc or even asbestos caused ovarian
4  cancer, correct?
5      A.  No, they did not cause ovarian cancer,
6  yes.
7          They upregulated enzymes active in
8  some part of the carcinogenic process.  They didn't
9  induce any demonstrated genetic abnormalities.
10     Q.  Correct.
11         And if you would turn your attention
12 to page 2000 -- I'm sorry.  Page -- do you have a
13 page 121?
14     A.  No -- oh, wait.  I have a -- this is
15 crazy.  I have a 199 and then it goes to 2009 -- oh,
16 wait.  That may be the year.
17     Q.  I think that's the year.
18     A.  Yeah, I think that's the year.
19         Ah.  I have a 121, yes.
20     Q.  Okay.  Do you see a paragraph in the
21 Shukla study on page 121 beginning with, "Several
22 other genes"?
23     A.  Yes.
24     Q.  "Several other genes uprate -- upregulated

Page 371

1  by talc at 8 hours are affected by asbestos at both
2  8 and 24 hours may be important in repair from
3  mineral-induced responses," correct?
4      A.  Correct.
5          MS. O'DELL:  Object to the form.
6      Q.  (BY MR. KLATT)  For example, SOD2 is an
7  antioxidant protein, correct?
8      A.  Correct.
9      Q.  Antioxidant has anticancer properties,
10 right?
11         MS. O'DELL:  Object to the form.
12     A.  In general.
13     Q.  (BY MR. KLATT)  And you see that the next
14 thing they talk about, PTGS2?
15     A.  Yes.
16     Q.  It's a key enzyme in pros- -- prostanoid
17 bio- -- biosynthesis associated with modulation of
18 mitogenesis and inflammation, correct?
19         MS. O'DELL:  Object to the form.
20     A.  Correct.
21     Q.  (BY MR. KLATT)  That's an anticancer
22 property?
23     A.  Not necessarily.
24     Q.  Well --

Page 372

1      A.  You can modulate up and you can modulate
2  down.
3      Q.  And what they found is that it modulated
4  down, correct?
5          MS. O'DELL:  Object to the form.
6      A.  I don't see the figure.
7      Q.  (BY MR. KLATT)  Do you see the next thing
8  they talk about?  Upregulation of angiopoietin-4.
9      A.  Um-hum.
10     Q.  Do you see that?
11     A.  Uh-huh.
12     Q.  Is thought to play a key role -- or excuse
13 me, play a role in inhibition of tumor cell motility
14 and metastasis.
15         So if you're inhibiting tumor cell
16 motility and metastasis, that's an anticancer
17 property, correct?
18         MS. O'DELL:  Objection to the form.
19     A.  Yes.
20     Q.  (BY MR. KLATT)  And then KLF4,
21 Kruppel-like factor 4, is a negative regulator of
22 cell proliferation, correct?
23     A.  And can be a positive or negative
24 modulator of DNA transcription.

Page 373

1      Q.  Well, cancer is uncontrolled cell
2  proliferation, correct?
3      A.  You can't -- it can go either way.
4      Q.  Well, it says --
5          MS. O'DELL:  Excuse me.  She's
6  finished?
7      Q.  (BY MR. KLATT)  -- it's a negative
8  regulator of cell proliferation.
9          Does it say that?
10     A.  Which is different from transcription.  It
11 says "positive or negative transcription."
12     Q.  But if you're a negative regulator of cell
13 proliferation, that's an anticancer property,
14 correct?
15         MS. O'DELL:  Objection to form.
16     A.  I think --
17         MS. O'DELL:  She's answered the
18 question.
19     A.  -- that's oversimplified.
20     Q.  (BY MR. KLATT)  What a negative regulator
21 of cell proliferation means it down-regulates
22 self-proliferation, correct?
23     A.  Yes.
24     Q.  That's anticancer property?

Ellen Blair Smith, M.D.

Page 374

1    A.  I think when you make that big jump, there
2   are a whole lot of little steps in there to get to
3   that.
4        I can't make that conclusion, and I
5   don't think you can either.
6    Q.  I'm just reading what they're saying
7   there.
8        MS. O'DELL:  Object to the form.
9    A.  No, you're interpreting what they're
10  saying because they didn't say it's an anticancer
11  drug.
12   Q.  (BY MR. KLATT)  They say it's a negative
13  regulator of cell proliferation, correct?
14   A.  And nowhere in this sentence does it say
15  it's anticancer.
16   Q.  Well, do you want something that increases
17  cell proliferation or decreases cell proliferation?
18   A.  Certainly in repair --
19        MS. O'DELL:  Objection to form.
20   A.  -- process.  If it's normal epithelium, I
21  want -- you don't know enough about this and neither
22  do I.
23        Can we just keep going?
24   Q.  (BY MR. KLATT)  Sure.  That's fine.

Page 375

1        You're not aware of any evidence that
2   genital talc use increases vulvar cancer in women --
3    A.  No.
4    Q.  -- who use it, correct?  Correct?
5    A.  I said "no."  Correct.
6    Q.  You're not aware of any evidence that
7   women who use external genital talc have increased
8   risk of vaginal cancer, correct?
9    A.  I do not.
10   Q.  And I believe with Mr. --
11   A.  James.
12   Q.  -- Mr. Scott James you talked about no --
13  awareness of no increase in cervical cancer or
14  uterine cancer in talc users, correct?
15   A.  You are correct.
16   Q.  And also, talc applied to the external
17  genital area would come into contact with the rectal
18  area, correct?
19        MS. O'DELL:  Objection.
20   A.  It -- yes.
21   Q.  (BY MR. KLATT)  Are you aware of any
22  evidence that women who use talc in the genital area
23  have an increased risk of rectal cancer?
24   A.  I do not have any evidence to that effect.

Page 376

1    Q.  You're aware that Dr. Saed has just
2   started writing about talc in relation to ovarian
3   cancer since he's become a retained litigation
4   expert by the plaintiffs, right?
5        MS. O'DELL:  Objection to form.
6    A.  I can't tell you the exact first time he
7   did an experiment or published a result with that.
8   I can't -- I . . .
9    Q.  (BY MR. KLATT)  You're not aware of
10  Dr. Saed making any sort of connection between talc
11  and ovarian cancer before you got involved in this
12  litigation, correct?
13   A.  I -- I'm not aware of that.
14   Q.  IARC has not said that any of the heavy
15  metals you cite in your report increase the risk of
16  ovarian cancer, correct?
17   A.  They have called them Class 1 carcinogens,
18  and there's been no association with ovarian cancer
19  made in their report.
20   Q.  And you're not aware of any evidence that
21  women who use talc-based body powder products have
22  increased blood or tissue levels of cadmium, cobalt,
23  chromium, or nickel, compared to women who never use
24  those products --

Page 377

1    A.  I know no evidence --
2    Q.  -- correct --
3        MS. O'DELL:  Objection; form.
4    A.  -- to that effect.
5        MS. O'DELL:  Excuse me.  Objection to
6   form.
7    Q.  (BY MR. KLATT)  Is that correct?
8    A.  I know no evidence to that effect.
9    Q.  And finally, Doctor, and I think it's very
10  admirable what you're currently doing with the women
11  who are in hospice care for ovarian cancer.
12        When you interact with these women,
13  you interact not only with the women but with their
14  family and friends as well, correct?
15   A.  Absolutely.
16   Q.  Now, have you ever told any of their
17  family or friends that they shouldn't use talc --
18        MS. O'DELL:  Objection to form.
19   Q.  (BY MR. KLATT)  -- in the genital area?
20   A.  I think it would be quite inappropriate to
21  have that conversation at that time.
22   Q.  Well, these are women -- these are
23  mothers, sisters, daughters, and female friends of
24  these women who are dying with ovarian cancer,

Ellen Blair Smith, M.D.

| Page 378 |
| --- |

correct?
2      MS. O'DELL:  Objection to form.
3      A.  I have never told them -- counseled a
4  family member or a friend or a child of a dying
5  ovarian cancer patient about genital talc use.
6      Q.  (BY MR. KLATT)  You haven't said a word
7  about it right up until as we sit here today; is
8  that correct?
9      MS. O'DELL:  Objection to form.
10     A.  Correct.
11     MR. KLATT:  Thank you.  That's all I
12  have.
13     MR. JAMES:  I don't have any further
14  questions.
15     MS. O'DELL:  Okay.
16     FURTHER EXAMINATION
17  BY MS. O'DELL:
18     Q.  I have -- have -- let me just ask one
19  question.
20     In the situation when you're
21  counseling a family of a dying patient, would it be
22  inappropriate to have a discussion that Mr. Klatt
23  suggested?
24     A.  I feel it would be.

| Page 380 |
| --- |

1      MR. JAMES:  Thank you, Dr. Smith.
2      (Discussion off the record.)
3      THE COURT REPORTER:  Leigh, would you
4  like the witness to read and sign?
5      MS. O'DELL:  Yes, I would.
6      THE COURT REPORTER:  Would you like it
7  to go to you or directly to the witness?
8      MS. O'DELL:  To me.
9
10     (Deposition concluded at 9:23 p.m.,
11     January 9, 2019.)
12
13
14
15
16
17
18
19
20
21
22
23
24

| Page 379 |
| --- |

1      MS. O'DELL:  Okay.  I have no further
2  questions.
3      FURTHER EXAMINATION
4  BY MR. KLATT:
5      Q.  Well, let me ask one more question about
6  that.
7      Do you ever care for women who are
8  dying from ovarian cancer due to BRCA1 or BRCA2
9  mutations?
10     MS. O'DELL:  Object to the form.
11     A.  I -- in my life?  Yes.
12     Q.  (BY MR. KLATT)  And you would certainly
13  counsel those women to have their female mothers,
14  sisters, daughters, and friends -- well, mothers,
15  sisters, and daughters tested for those mutations,
16  correct, because you'd want them to take steps to
17  potentially avoid the risk of ovarian cancer.
18     A.  Correct.
19     MS. O'DELL:  Objection.
20     MR. KLATT:  Thank you.
21     MS. O'DELL:  I have nothing further.
22     THE VIDEOGRAPHER:  This concludes the
23  deposition of Ellen Blair Smith, M.D.  Going off the
24  record.  The time is 9:22 p.m.

| Page 381 |
| --- |

1      CHANGES AND SIGNATURE
2  WITNESS NAME:  ELLEN BLAIR SMITH, M D
3  DATE:  JANUARY 9, 2019
4  PAGE/LINE   CHANGE         REASON
5      _____
6      _____
7      _____
8      _____
9      _____
10     _____
11     _____
12     _____
13     _____
14     _____
15     _____
16     _____
17     _____
18     _____
19     _____
20     _____
21     _____
22     _____
23     _____
24     _____

Ellen Blair Smith, M.D.

Page 382

```
 1          I, ELLEN BLAIR SMITH, M.D., have read the
 2   foregoing deposition and hereby affix my signature
 3   that same is true and correct, except as noted
 4   above.
 5          _____
 6          ELLEN BLAIR SMITH, M.D.
 7
     THE STATE OF _____)
 8
     COUNTY OF _____)
 9
10          Before me, _____, on
11   this day personally appeared ELLEN BLAIR SMITH,
12   M.D., known to me (or proved to me under oath or
13   through _____) (description of
14   identity card or other document) to be the person
15   whose name is subscribed to the foregoing instrument
16   and acknowledged to me that they executed the same
17   for the purposes and consideration therein
18   expressed.
19          Given under my hand and seal of office
20   this _____ day of _____,
21   2019.
22
23          _____
24          NOTARY PUBLIC IN AND FOR
             THE STATE OF _____
```

Page 383

```
 1          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY
 2
 3   IN RE: JOHNSON & JOHNSON    )
     TALCUM POWDER PRODUCTS      )
 4   MARKETING, SALES            )
     PRACTICES, AND PRODUCTS     ) MDL NO:
 5   LIABILITY LITIGATION        ) 16-2738 (FLW)(LHG)
                                 )
 6   THIS DOCUMENT RELATES TO    )
     ALL CASES                   )
 7
 8
 9
10          REPORTER'S CERTIFICATE
11   -------------------------------------------
12   DEPOSITION OF ELLEN BLAIR SMITH, M.D.
13        TAKEN JANUARY 9, 2019
14   -------------------------------------------
15
16
17          I, Karen L. D. Schoeve, Registered
18   Diplomate Reporter, Certified Realtime Reporter, and
19   Realtime Systems Administrator, residing in the
20   State of Texas, do hereby certify that the foregoing
21   proceedings were reported by me and that the
22   foregoing transcript constitutes a full, true, and
23   correct transcription of my stenographic notes, to
24   the best of my ability and hereby certify to the
```

Page 384

```
 1   following:
 2          That the witness, ELLEN BLAIR SMITH, M.D.,
 3   was duly sworn by the officer and that the
 4   transcript of the oral deposition is a true record
 5   of the testimony given by the witness;
 6          That the original deposition was delivered
 7   to SCOTT A. JAMES, custodial attorney;
 8          That a copy of this certificate
 9   was served on all parties and/or the witness shown
10   herein on _____.
11          I further certify that pursuant to FRCP
12   No. 30(f)(i) that the signature of the deponent was
13   requested by the deponent or a party before the
14   completion of the deposition and the signature is to
15   be returned within 30 days from date of receipt of
16   the transcript.
17          If returned, the attached Changes
18   and Signature Page contains any changes and the
19   reasons therefor.
20          That pursuant to information given to the
21   deposition officer at the time said testimony was
22   taken, the following includes counsel for all
23   parties of record:
24
```

Page 385

```
 1   FOR PLAINTIFFS' STEERING COMMITTEE:
 2      P LEIGH O'DELL, ESQUIRE
        DR MARGARET M THOMPSON, ESQUIRE
 3      BEASLEY ALLEN, P C
        218 Commerce Street
 4      P O Box 4160
        Montgomery, Alabama 36104
 5      T: 334 269 2343 (Ms O'Dell)
        F: 334 954 7555 (Ms O'Dell)
 6      C: 512 695 1708 (Ms Thompson)
        T: 800 898 2034 (Ms Thompson)
 7      F: 855 674 1818 (Ms Thompson)
        leigh odell@beasleyallen.com
 8      margaret thompson@beasleyallen.com
 9      --AND--
10      CYNTHIA L GARBER, ESQUIRE
        ROBINSON CALCAGNIE, INC
11      19 Corporate Plaza Drive
        Newport Beach, California 92660
12      C: 949 456 0037
        T: 949 720 1288
13      F: 949 720 1292
        cgarber@robinsonfirm.com
14
        --AND--
15
        PAULA R BROWN, ESQUIRE
16      BLOOD HURST & O'REARDON, LLP
        501 West Broadway, Suite 1490
17      San Diego, California 92101
        T: 619 338 1100
18      F: 619 338 1101
        pbrown@bholaw.com
19
20
21          (Continued on following page)
22
23
24
```

Ellen Blair Smith, M.D.

| Page 386 | Page 388 |
|---|---|

**Page 386**

```
 1   FOR DEFENDANTS JOHNSON & JOHNSON ENTITIES:
         SCOTT A  JAMES, ESQUIRE
 2       SHOOK, HARDY & BACON L L P
 3       JPMorgan Chase Tower
         600 Travis Street, Suite 2450
 4       Houston, Texas 77002-2926
         D:  713 546 5644
 5       T:  713 227 8008
         F:  713 227 9508
 6       sjames@shb com
 7           --AND--
         KATHERINE McBETH, ESQUIRE
 8       DRINKER BIDDLE & REATH LLP
 9       One Logan Square, Suite 2000
         Philadelphia, Pennsylvania 19103-6996
10       D:  215 988 2706
         T:  215 988 2700
11       F:  215 988 2757
         katherine mcbeth@dbr com
12
13   FOR DEFENDANT IMERYS TALC AMERICA, INC
         MICHAEL R  KLATT, ESQUIRE
14       GORDON REES SCULLY MANSUKHANI, LLP
15       816 Congress Avenue, Suite 1510
         Austin, Texas 78701
16       D:  512 582 6485
         T:  512 391 0197
17       F:  512 391 0183
         mklatt@grsm com
18
             --AND--
19
         MARK K  SILVER, ESQUIRE
20       COUGHLIN DUFFY LLP
         350 Mount Kemble Avenue
21       P O  Box 1917
         Morristown, New Jersey 07962
22       D:  973 631 6045
         T:  973 267 0058
23       F:  973 267 6442
         msilver@coughlinduffy com
24
```

**Page 387**

```
 1   FOR DEFENDANT PERSONAL CARE PRODUCTS COUNCIL:
 2       RENEE B  APPEL, ESQUIRE
         SEYFARTH SHAW LLP
 3       975 F Street, N W
         Washington, D C  20004
 4       D:  202 828 5371
         T:  202 463 2400
 5       F:  202 828 5393
         rappel@seyfarth com
 6
 7   FOR DEFENDANTS PTI ROYSTON LLC AND PTI UNION LLC:
 8       TARIQ M  NAEEM, ESQUIRE
         TUCKER ELLIS | LLP
 9       950 Main Avenue, Suite 1100
         Cleveland, Ohio 44113-7213
10       D:  216 696 3675
         T:  216 592 5000
11       F:  216 592 5009
         tariq naeem@tuckerellis com
12
13
14       I further certify that I am neither
15   counsel for, related to, nor employed by any of the
16   parties in the action in which this proceeding was
17   taken, and further that I am not financially or
18   otherwise interested in the outcome of the action
19
20
21       (Continued on following page)
22
23
24
```

**Page 388**

```
 1       Subscribed and sworn to on this the 11th
 2   day of January, 2019.
 3
 4
 5
 6   _____
     Karen L.D. Schoeve, RDR, CRR
 7   Realtime Systems Administrator
     NCRA Exp. Date:  09-30-21
 8   Golkow Litigation Services
     Firm Registration No. 690
 9   One Liberty Place
     1650 Market Street, Suite 5150
10   Philadelphia, Pennsylvania 19103
     T:  877.370.3377
11   F:  917.591.5672
     www.golkow.com
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Ellen Blair Smith, M.D.

Page 389

**A**
**a.m** 2:6 11:7
  79:16,17,18,20
  117:5,6,7,10
  119:4,5,7
**AACR** 7:18 9:12
**abdominal**
  321:20
**abest-** 140:5
**ability** 266:14
  295:18 313:11
  323:16 383:24
**able** 224:12
  281:5 323:8
**abnormalities**
  370:9
**above-styled** 2:5
**absence** 96:23
  267:19,20
**absolutely** 101:3
  101:5 102:20
  105:23 188:20
  188:21 202:5
  247:18 276:22
  304:7 316:12
  363:8 377:15
**abstract** 56:8
  172:15 197:5
  208:5,12,18
  209:4,6 230:4
  230:6,12 231:6
  231:10 283:22
  334:4 348:4,6
**abstracts** 204:19
**accept** 146:5
  178:9,10 179:1
  179:5 183:12
  184:15 206:13
  302:24 303:9
  336:9
**acceptable**
  200:16
**accepted** 145:23
  146:3 147:24
  148:12,15,18
  148:22 149:8

150:7,10,18,22
151:19 152:8
158:22 161:11
161:13 162:10
165:18 166:17
167:2,9 168:2
168:10,12
262:13,22
263:15,20
264:14 280:12
280:16 326:6
**accepting**
  301:21
**accommodate**
  15:13
**account** 137:16
  225:13 250:13
  294:4
**accounted**
  129:15,19
  137:18
**accurate** 279:17
**acknowledge**
  172:23 181:4
  206:9 211:24
  220:21 226:12
  280:7 290:7,12
  291:18 294:6
  294:10
**acknowledged**
  158:2 160:7
  295:2 382:16
**acknowledges**
  264:14
**acknowledging**
  278:9
**ACOG** 8:3,8
  149:16 151:22
  152:2,14,18
  153:11 154:11
  155:6 160:4
  161:5,14 273:7
  298:13 329:1,3
  329:10
**actinolite** 133:2
  311:18
**action** 387:16,18

**activated** 369:23
**activation**
  367:18 369:18
**active** 150:5
  370:7
**actively** 349:24
**actual** 281:2
**acute** 281:19
**add** 15:20 206:7
**addition** 74:13
  74:15 167:23
  312:6,20
  327:15
**additional** 19:22
  20:23 58:7
  66:17 68:1
  108:16 125:5
  217:13,15
  237:9,16
  252:22
**Additionally**
  271:8
**additive** 169:3,8
  169:21 170:16
  171:9,14,22
  172:1
**address** 139:14
  225:21 250:9
  323:1 344:3
**addressed** 29:9
  59:7 69:15
  71:23 76:11
  78:9 133:4,6
  187:4 235:18
**adds** 126:2
**adequate** 341:10
**adherence**
  326:24
**adjective** 178:6
  180:14,18,24
  190:16
**adjectives** 182:1
  190:24
**Administrator**
  383:19 388:7
**admirable**
  377:10

**advantages**
  247:15,16
**advise** 172:10
**advised** 6:20
**affect** 186:8
  281:5
**affirmatively**
  65:20
**affix** 382:2
**African-Amer...**
  43:18
**Afternoon** 6:8
  162:1
**age** 159:8
**agent** 241:12
**agents** 323:2
**aggregates** 63:9
**aggressive**
  243:10
**aging** 159:10
**ago** 153:10
  186:9 258:23
  258:23,24
  314:20
**agree** 12:16 42:9
  46:21 48:18
  51:12 59:20
  60:2,3,12,16
  61:3,8,23
  69:19 98:11
  113:21 114:16
  115:19,22
  116:17 117:21
  118:20 119:8
  119:16 120:11
  121:1 128:14
  136:20 138:3
  158:21 161:16
  168:10 183:3
  183:19 185:16
  188:5 190:9
  199:2 203:20
  203:22 206:23
  207:7 213:3
  219:14,14
  227:1 235:16
  236:9 237:21

**240:3 249:23**
257:5,8 270:7
275:12 276:8
281:16 291:24
292:8 302:23
307:22 347:14
361:3,4,5,6
**agreed** 2:13
  73:11 229:17
**agreement** 2:14
  15:21
**Ah** 370:19
**ahead** 25:18
  87:21 176:23
  215:15 228:1
  239:4,4 254:11
  267:12 305:24
  306:2 335:18
  357:17 358:6
  359:23
**al** 8:23 9:14,20
  9:24 10:5,8,21
  320:1,2
**Alabama** 3:6
  385:4
**Alan** 22:24
  23:15,20 27:15
**Alba** 263:2
**albeit** 174:18
**albumin** 322:6
**Alice** 75:4
**allegation** 29:18
  96:20 106:18
  106:23 107:12
  108:6 120:14
  131:9,20
**alleged** 32:18
  95:14 97:23
  109:13 142:12
  143:5,9 353:18
  354:3
**allegedly** 110:7
**ALLEN** 3:5
  385:3
**Allison** 8:15
**allow** 69:11
  107:5 214:8,9

355:9
allowable 52:1
allowed 68:21
  121:24 302:5,8
allowing 68:18
alluding 227:4
alpha 325:16
alphabetical
  320:9
alphabetizing
  175:17
alteration 282:2
AMA 101:18
amazingly 261:3
America 4:15
  297:8,9 386:13
American 8:13
  9:19
amount 14:3
  22:2 60:24
  61:19 109:5
  120:20 182:2
Amphibole
  10:17
analgesia
  181:11
analogously
  318:23
analyses 205:21
analysis 9:13
  10:15 80:4
  98:11 112:7
  114:8 135:3
  136:12 173:12
  203:1 206:12
  212:11 217:18
  244:5 245:3
  258:18 288:15
  330:19 332:7
  350:3
Analytical
  101:18
analyzed 248:19
  288:21
AND-- 3:11,16
  4:9,20 385:9
  385:14 386:7

386:18
and/or 384:9
anemia 31:9
anesthesia 268:2
aneuploidy
  281:4
angiopoietin-4
  372:8
angle 366:3
animal 268:12
  332:15
animals 365:1,5
Anna 37:8
announced
  366:16
annuities 18:18
answer 24:19
  29:12 66:7
  68:15,19 69:9
  69:11,13 70:1
  73:5 78:23
  79:1 105:4
  107:20 136:19
  137:23 142:24
  143:10 166:15
  168:21 169:5
  195:16 202:12
  223:24 224:4,5
  224:6 253:3
  286:12 293:10
  302:6 308:24
  320:17 327:14
  345:16 358:6
  368:22 369:5
answered 97:19
  134:23 138:18
  141:18 143:20
  167:13 170:20
  170:21 179:16
  183:23 187:20
  190:18 214:4
  247:2 261:23
  262:3,4 306:19
  360:22 361:9
  361:14 362:3,6
  373:17
answering 72:24

141:8 215:24
  258:15 369:8
answers 15:8
  204:3
anthophyllite
  141:4 299:15
anti-inflamma...
  280:20
anti-inflamma...
  326:1,13
anticancer 9:3
  371:9,21
  372:16 373:13
  373:24 374:10
  374:15
anticipate 120:2
antioxidant
  371:7,9
anybody 25:23
  228:19 285:2,3
  298:16 345:14
  346:5
apol- 209:15
apologies 14:18
  57:1
apologize 44:19
  105:7 267:9
  358:7
apoptosis
  326:14
apparently
  221:16
appear 49:8
Appearances
  6:3
appeared
  382:11
appears 49:14
  213:17 232:13
  334:11,15
APPEL 5:9
  387:2
applicable 136:2
application 9:4
  201:1 318:24
  363:22
applications

195:10 204:16
  205:12 209:11
applied 80:9
  133:10 143:12
  319:9 323:16
  324:20 362:14
  363:12 375:16
applies 141:1
apply 40:13
  133:9,10
  200:13 201:21
  202:1 280:16
  316:15
applying 119:19
  365:19
approach 55:22
appropriate
  11:18 16:9
  46:14 165:19
  166:18 291:21
  310:6 311:1
approximating
  322:18
area 108:24
  198:7 199:12
  319:9 362:15
  364:8,12,18
  375:17,18,22
  377:19
areas 298:8
Armstrong
  246:17
Arsenic 10:22
arthritis 282:6
article 7:14,18
  8:4,6,10,14,18
  8:22 9:3,8,12
  9:15,19 10:3,6
  10:9,15,20
  23:7,12 51:3,4
  60:24 61:2
  66:9 76:12,19
  95:2 114:3,7
  114:20 115:1
  147:2,3 180:3
  186:1,24
  197:24 198:13

206:16,17
  233:12 275:6
  282:24
articles 21:13
  23:2 29:21
  30:2 51:19
  55:4,4 57:15
  58:5 59:2
  93:20 94:1,15
  94:16,18,23
  95:1 96:5,10
  96:15,19 97:24
  97:24 111:2
  125:19 146:9
  146:24 150:13
  151:23 234:15
  266:14 295:20
  313:23 329:23
  329:24 330:2
asbestiform
  78:2 140:4,5
  140:13,20,21
  140:23 141:2,6
  141:15 313:14
  314:15
asbestos 7:19
  10:17 29:3,5
  30:17 31:1
  32:9,18 62:7
  70:10 71:5
  78:2,6 88:23
  89:3,6,15,24
  90:22 91:4
  93:1,16 94:24
  95:14 96:20
  97:4,5,8,11,23
  98:18 100:5,13
  100:20 103:3
  106:18 107:8
  107:12,18,19
  108:1,6 109:6
  109:19 110:7
  110:11,23
  111:9 112:4
  114:11 115:2
  117:13,17
  118:2 120:12

Ellen Blair Smith, M.D.

Page 391

123:17,20,24
125:8 126:7
127:2,5,19
128:2,9 131:5
131:9,21
132:11,13,19
132:21 133:7
135:8,11 136:7
136:24 137:9
137:14 139:23
141:6 142:6,10
142:13,19
143:17 144:12
144:22 151:13
151:18 301:14
302:20 303:9
303:13,21,23
304:14 305:7
305:15 306:3
306:17 308:20
309:11,15,19
310:7 311:8,12
311:24 312:7,9
312:24 313:6,9
313:13 314:1,7
318:19,22,23
328:3 338:7
339:14,22
351:3,20 352:3
352:15 353:2,8
353:11,18
354:3,11,17
355:17 357:8
360:15 361:13
362:1 370:3
371:1
**asbestos-cont...**
120:15
**ascending** 275:8
**ascertain** 359:3
**aside** 54:1
**asked** 23:9
31:23 32:2,6,8
67:7,8,17,18
68:19,20,24
72:22 82:22
110:3 122:16

122:17 134:22
137:3,3 138:18
142:24 143:17
144:6 166:14
167:13 168:23
170:19 176:17
176:18 179:15
183:23 190:17
190:19 214:3
245:3 247:1
261:6 284:1
285:16 293:14
308:19,23
309:3 313:3
314:19 315:8
321:3 328:8,24
331:3,23
333:22 335:19
336:1,6 338:3
340:12,14
348:7 360:21
361:8,14 362:2
362:5
**asking** 56:8 67:6
67:9 78:20
82:23 83:4
89:13 94:22
102:18 104:23
148:13 178:15
180:22 190:10
218:23 242:19
245:9 254:2
264:8 299:1
354:21 355:4,5
360:24
**aspirin** 181:9
**assembled**
150:12
**assessing** 8:14
183:1 294:9,11
**assessment**
35:15 231:17
273:11 291:15
293:23 332:9
357:13 360:2
**associated**
132:10 174:18

198:7 199:12
207:18 208:14
213:18 217:19
220:21 243:17
273:4 282:6,11
282:12 295:22
326:16 344:8
347:3 371:17
**association**
82:17 121:14
125:16 127:1
136:14 163:21
165:11,20
176:12 177:4,8
177:21 179:13
180:13 183:4,9
183:20 184:14
198:19 199:19
220:5,7 221:11
221:20 222:12
222:16,22
224:16,18
230:9 231:14
232:13 235:9
235:12 243:21
271:23 289:13
289:14,21
296:9 334:13
344:23 345:2,4
345:6 347:6
348:21 353:8
357:8 358:19
359:5 376:18
**associations**
181:5 182:11
190:2 239:12
**assume** 286:2
287:10 321:11
**assumed** 306:20
**assumes** 72:11
**assuming** 302:2
**assumption**
262:5
**Atlas** 43:5,6
**attached** 2:12
62:21,22
384:17

**attempt** 59:19
192:14 314:6
**attempted**
148:11 172:5
294:24
**attempting**
69:20
**attention** 49:4
220:3 237:10
370:11
**attorney** 300:13
384:7
**attorneys** 22:11
94:17
**auger** 326:24
**August** 12:18
**Austin** 2:9,9
4:17 26:13,19
37:10 386:15
**author** 30:1
34:21,22 35:3
36:3 81:6
133:19 138:12
138:19,20
169:12 187:4,8
187:19 198:23
266:23 267:10
267:16 283:2
287:2 312:15
**author's** 130:13
138:21
**authored** 28:20
28:23 29:2
41:6 68:7
70:11 200:22
317:21
**authority** 147:5
**authors** 36:2
114:24 115:19
115:22 126:6
128:17 130:2,8
174:17 177:11
178:8,11,24
179:13 184:13
185:24 194:14
195:22 196:23
198:16,24

203:23 206:18
207:1 211:9
212:21 213:11
213:24 214:14
214:18 218:15
219:11 220:20
230:5 231:10
231:20 232:8
232:12,22
233:5 235:4
237:14 251:19
276:8 291:19
318:5,9,16
348:12
**authors'** 199:6
287:6
**available** 70:7
194:21 219:4
224:23
**Avenue** 4:17 5:4
5:16 386:15,20
387:9
**average** 186:9
**avoid** 379:17
**aware** 33:12,22
35:16 36:11
104:3 158:3,7
162:13 171:20
173:3 277:7
278:1 279:19
281:12 284:18
286:9 288:2
294:14 339:6,9
339:20 343:17
344:2 349:11
349:22 350:13
375:1,6,21
376:1,9,13,20
**awareness** 89:5
375:13

---
**B**
---
**B** 5:9 43:10
294:20,23
296:1 387:2
**B-e-r-g-e** 226:4
**baby** 10:16

Ellen Blair Smith, M.D.

90:21 92:24
94:21 95:6
97:11 103:17
299:15 301:15
306:3,5,7
308:20 309:12
310:7 311:2,9
311:13 326:22
331:6,19
336:16 340:7
354:4,8
**back** 18:5 40:20
43:11 44:20
47:3 49:5
51:10 58:19
79:19 95:10
107:7,24
110:13 115:5
117:9 119:6
145:18 153:16
162:2 194:4
209:20 218:14
230:24 250:24
271:7 277:5
290:21 296:23
308:2,8 320:24
321:7 325:3
343:8 347:5,24
353:21 364:16
**background**
303:3
**backside** 163:17
**BACON** 4:4
386:2
**bacteriologic**
263:9
**bad** 25:22 26:1
44:20 110:3
255:23 269:13
269:23
**badly** 269:17
**barn** 341:20
**base** 108:15
255:5 328:17
**based** 33:4 36:8
38:9 85:17
127:3 133:15

172:10 181:22
202:16 213:5
254:22 273:3
290:8 292:4
319:13 336:21
337:11 338:13
338:20 353:9
355:17 356:21
357:13 359:3
359:13 360:10
367:12
**basis** 33:9
109:14 192:6
194:12 206:4
225:12 257:18
262:21 303:23
303:23 305:8
307:20 327:7
**BCDX2** 50:17
**Beach** 3:13
385:11
**bears** 182:17
**BEASLEY** 3:5
385:3
**beat** 175:13
**becoming** 229:3
330:12 338:8
**Began** 57:4
**beginning** 117:9
194:4 277:5
315:24 320:24
370:21
**begins** 11:2
**behest** 103:10
**believe** 23:16
25:5 27:9 51:4
61:9,15,23
62:5,11 63:8
66:8 68:5
109:6,18
112:12 121:19
125:21 132:5,9
135:1 140:10
140:15,16
141:19 142:18
142:22 143:11
143:18 144:7

146:22 147:23
148:21 152:4
155:6 156:17
163:13 165:18
166:11,16,23
167:7 168:17
168:19,21
169:2 170:11
170:15 171:14
171:17,21,24
173:15 184:5
186:15 187:11
192:8 202:18
208:7 217:22
218:3,15
220:14 238:16
240:5,7,20,23
241:7,11
243:12 247:7
257:22 263:20
263:23 268:8
280:15,24
282:5 288:24
289:3,11 290:4
292:15 298:3
307:9,10
310:20 314:12
329:8 344:14
346:9 351:5,7
355:23 375:10
**believed** 150:23
**believes** 151:6
220:11
**bell** 8:19 75:7
77:15,19 138:8
138:9
**bells** 285:20,22
**benefits** 273:3
**benign** 33:17
**Berg** 179:20
227:21 229:9
**Berge** 10:5,21
49:17 218:5,11
218:21 225:24
226:3,8 227:2
227:9 229:9
230:3 231:3

234:14 235:4
255:12,14
257:13,18
290:23 291:1
291:18 292:20
333:6,13,15,23
334:6,9 347:21
348:13
**Bernard** 8:19
**best** 21:4 200:7
200:8,9 246:18
247:5,8 313:11
383:24
**beta** 274:2
**better** 120:8
174:8 212:15
220:24 228:8
228:19,19
229:17 240:7
242:9 245:5
291:9,15
345:12 346:3
**bias** 45:20 46:14
49:7,15 183:10
183:21 186:7
186:12 187:5
187:15 220:2
220:21,24
221:1,3 226:19
236:11,15
249:12,15,22
250:4,13
**biases** 186:4
**bibliography**
320:5
**BIDDLE** 4:10
386:8
**big** 132:18
173:24 327:24
374:1
**bigger** 170:3
212:15 314:21
**billed** 25:3,6
**binder** 41:16
122:22 123:1
**binding** 50:17
50:17

**bio-** 371:17
**biochemical**
325:12 337:5
360:6
**biochemistry**
231:24
**biological**
274:22
**biostatistician**
174:8
**biosynthesis**
371:17
**bit** 136:5 173:9
246:4 288:17
290:22
**black** 267:15
**Blair** 1:12 2:2
6:6 7:5,9,13
11:3,10 379:23
381:2 382:1,6
382:11 383:12
384:2
**bland** 161:15
**blank** 153:24
**blanket** 108:12
**block** 145:5
**blocks** 263:13
**blog** 30:9
**blood** 3:18
376:22 385:16
**Blount** 75:4,11
76:1 77:7 93:3
94:20 305:18
311:12 312:6
**Blount's** 76:12
76:19 77:3,11
95:1 306:17,22
**blue** 10:13
**Blue-eyed** 156:6
**body** 85:17 98:9
117:16 127:9
127:10 128:1
128:18,22
129:1,5 130:23
131:19 132:6
136:23 137:14
138:6,14,23

Ellen Blair Smith, M.D.

139:1,3 177:20
179:4 185:20
198:17 206:7
212:5 229:13
235:23 236:4
278:10 283:3
285:23 286:8
288:4 289:1,4
289:10 292:16
297:17 299:5,9
303:9,13,22
304:2 305:7,16
317:8 318:21
328:10 339:22
344:7,14 347:9
347:9,11
353:19 376:21
**book** 326:3
**books** 351:14
**borderline**
213:19
**born** 88:12
**bother** 303:10
**bottom** 48:7
50:7 90:7
125:3 212:21
231:9 251:18
265:1 274:14
274:21 293:5
348:6
**bought** 299:23
**Box** 3:6 5:4
385:4 386:21
**boy** 156:6 342:3
**Bradford** 135:6
182:21,24
288:15
**brain** 87:15 88:2
106:16 153:8
191:12
**BRCA** 31:9
169:6,6 350:5
**BRCA1** 379:8
**BRCA2** 379:8
**break** 15:11
20:9 21:7
40:14 79:11

117:2 145:3,15
160:1 161:17
228:22 234:14
276:21 327:9
**breakdown** 22:2
133:1,3
**breaking** 156:17
295:16
**breastfeeding**
271:12
**Breen** 37:8
**brief** 152:17
308:18
**briefly** 11:22
**brings** 290:21
**broad** 270:20
325:10
**broadest** 302:21
**Broadway** 3:18
385:16
**broke** 230:16
231:3,6 296:13
**broken** 307:19
**brought** 20:3
39:8,16,21
40:1,16,22
**Brown** 3:17
14:12,12,18
308:5 385:15
**Bruce** 9:6
**brush** 325:11
**built** 231:22
**bunch** 133:17
148:24 298:7
349:18
**buried** 229:3
**business** 12:6
**Buzard** 326:18
327:16

————————
**C**
————————
**C** 3:1,8,14 4:1
5:1 11:1 62:23
64:14,21,23
65:14 314:10
314:20 315:1
337:1 385:6,12

**C-r-a-l-l-e-y**
312:15
**cadmium**
376:22
**CALCAGNIE**
3:12 385:10
**calculation**
343:2
**calculation's**
342:23
**calculations**
257:10,13,19
**California** 3:13
3:19 385:11,17
**call** 49:4 70:5
156:2 176:19
177:10 182:22
218:7 251:19
251:21
**called** 63:9
138:22 188:3
200:12 264:5
313:14 319:17
350:2 364:3
376:17
**calling** 64:13
177:15 252:16
**calls** 152:2
343:22
**Camargo**
111:19 128:13
135:13
**camera** 130:1
**Campion** 22:24
23:15,21 24:1
27:15
**Campion's**
23:18
**Canada** 328:15
330:17,24
349:17 366:15
**Canadian**
328:14
**cancer** 7:19,22
8:4,6,6,9,10,11
8:14,19,21,22
9:5,9,12,16,20

9:22,23 10:4,7
10:10,19,20
16:7 28:24
29:6,19 30:15
30:18,23 31:2
31:5,12,21
32:14 33:4
35:8 36:8 43:1
43:5,6 58:17
58:18,20 61:12
61:17 62:2,8
62:14 78:6
82:1,9,13,22
83:7,18 84:2,6
84:22 85:4,13
86:21 87:13
89:3,6,15
90:13 91:5
110:23 112:4
113:13 114:9
114:13 115:3
116:22 117:13
117:18 118:2
125:9 126:7
127:2,19 128:3
128:10 131:5
131:10,21
132:23 133:8
135:4,8 136:24
137:15 138:15
138:24 139:15
139:24 142:1,4
142:7,11,15,20
142:23 143:7
143:14,19
144:8 145:24
146:14,17,20
147:24 149:2
151:19 152:15
153:4 154:8
155:17 156:3
157:7 159:11
159:17 160:4
162:11,18
163:4,7,22
165:12,19,21
166:18 167:1,3

168:1,2,21
169:1,21 170:4
170:10,15
172:8,19
174:18 176:15
180:10 181:19
185:23 189:18
191:14,20
198:7,20
199:12 208:15
212:4,24
213:19,21
214:2,7 217:19
220:6 221:11
222:17,23
224:17,21
229:6 233:24
234:1 235:13
236:4 237:10
238:6 239:12
240:14,15,22
240:24 241:8,9
241:13,17
243:6,10,22
245:19 246:13
246:23 247:4,9
247:21 253:21
255:4 257:23
258:14 260:9
261:2,10 263:5
263:12 270:4
270:13 273:5,8
273:24 274:7
275:8 277:11
278:23 280:8
280:17 281:14
281:15,17,21
281:22 282:6
282:11,12
283:5,8 284:20
296:11 298:17
313:6,10 314:7
317:23 323:1,5
325:24 326:9
328:12 329:12
329:18 330:2
330:11,22

Ellen Blair Smith, M.D.

334:14 335:21
336:17 338:22
340:21,24
341:4 343:20
344:5,12,13,13
345:12,13,13
345:14,23,24
346:1,5,6,7,9
346:10,13,13
346:16,22
347:1,3 349:12
350:3,4,5,15
353:9 355:17
356:3 357:11
358:21 359:3,6
360:9,17
361:20 368:10
368:18 369:15
370:4,5 373:1
375:2,8,13,14
375:23 376:3
376:11,16,18
377:11,24
378:5 379:8,17
**cancers** 31:17
85:1 317:9
323:8 344:9
345:5 350:1
**candor** 271:22
**capable** 72:23
**capacity** 17:13
81:12
**capture** 54:8
59:10 61:5
**carbon** 267:15
321:17 322:3
**carcinogen** 97:8
200:14,14,15
201:9,11,15
202:5,17,20
314:16 332:24
346:18
**carcinogenesis**
58:19 120:23
280:22 281:3
326:16
**carcinogenic**

206:20 207:3
331:18 338:16
369:23 370:8
**carcinogenicity**
332:5,16
343:24
**carcinogens**
10:23 328:5
343:23 376:17
**carcinoma**
16:10 208:9
241:11 242:7,9
272:16 334:15
**carcinomas**
243:18,19
**card** 382:14
**care** 5:8 8:3,8
191:18,18,19
281:13 342:1
377:11 379:7
387:1
**career** 80:11
146:15
**carry** 19:18
**cascade** 281:24
325:13,18
**case** 16:9 17:8
17:10 18:2,4
66:14 72:12,20
72:21 77:8,11
80:2 81:13,24
105:21 112:10
121:18 138:11
157:12 161:8
173:20 209:14
220:22,23
232:13,17
236:14 247:14
250:9 257:10
260:4 279:1,10
279:11 282:19
290:15 294:15
294:22 295:3,6
302:22 305:1,5
307:7 336:3
338:6 340:1,3
**case-control**

49:7 220:1
**cases** 1:6 17:17
72:16,19
114:14 131:19
132:2,3,4,7
186:10 212:15
242:12 244:14
270:4,11 383:6
**Cass** 9:13
**categorized**
83:17 84:1,6
126:16
**category** 165:4
195:9
**caught** 115:14
**caus-** 291:20
**causal** 127:1
182:18 198:19
199:18 212:23
213:15 214:8
214:10 220:7
224:18 230:8
231:13,19,22
235:8 291:1,20
292:10 313:5
330:10 348:14
348:18,19,21
353:8
**causality** 292:14
**causation** 83:9
83:19 85:16,24
86:5,10,15
121:6 133:15
142:14 143:6
166:8 167:18
183:1 200:10
202:14 213:11
214:12,13
235:6 240:13
**causative**
128:10 131:10
132:22 141:24
167:24 206:12
241:12,16
242:23 243:22
243:23
**cause** 2:5 7:19

31:16,16,20
82:1,15,19
83:1,18 84:1,6
84:18,21 85:4
91:5 110:23
115:2 131:21
133:8 139:24
142:14,20,23
143:7,13,19
144:8 155:23
214:2 241:8
328:11 335:21
336:17 341:4
344:5 346:10
346:22 370:5
**caused** 82:22
214:7 369:14
370:3
**causes** 29:18
82:9,12 83:7
85:12 90:13
117:13 142:11
153:4 154:8
242:7,16,20,21
325:8 346:8
368:15
**causing** 282:3
329:13,17
368:9
**cautioned** 32:24
**cautions** 116:11
116:12
**cavity** 262:18
263:6,7,19
266:6 267:8
274:9 316:7
317:6 318:18
319:2,23
321:19 322:1
322:23 323:4
324:1,24
**cell** 241:11,15
241:17 242:5,7
242:9 243:3,14
243:18 275:24
325:24 326:8
326:13,19

327:18 369:18
369:18 372:13
372:15,22
373:1,8,12,21
374:13,17,17
**cells** 323:11
326:9 328:1,2
**Center** 324:20
**CEPA** 328:14
**certain** 38:20
212:23 214:19
219:11 241:1
332:1
**certainly** 23:5
41:22 83:5
102:20 117:20
133:17,20
137:19 152:5
159:19 166:3
213:7 220:19
235:21 243:16
256:23 263:8
324:6 339:1
374:18 379:12
**certificate** 6:18
383:10 384:8
**Certified** 6:22
383:18
**certify** 383:20
383:24 384:11
387:14
**cervical** 16:7
344:13 346:5
346:10,13,13
346:16,22,24
375:13
**cervix** 16:10
263:6 323:3
345:13 364:13
**cgarber@robi...**
3:15 385:13
**chance** 42:1
47:23 48:14
113:8 183:10
183:21 194:7
212:17 348:20
**change** 144:13

Ellen Blair Smith, M.D.

211:23 245:1,7
320:8,15 321:3
331:1 336:15
336:20 381:4
**changed** 116:24
146:18
**changes** 6:17
42:18,21 43:20
52:22 281:3,24
294:5 327:12
369:20 381:1
384:17,18
**channel** 263:13
**chapter** 326:3
**characterat-**
141:14
**characteration**
201:6
**characteristics**
331:11
**characterizati...**
179:13 201:6
275:13
**characterizati...**
141:14
**characterize**
174:14 176:6
176:11,24
177:3,5,7
180:8,12,23
189:20 190:14
**characterized**
148:10 178:5
275:23 349:6
**characterizes**
289:13,20
**characterizing**
190:23
**charging** 18:23
307:3
**chart** 10:13 43:9
269:22 296:1
310:2 312:22
312:22 335:15
**charts** 300:13
**Chase** 4:5 386:3
**check** 55:18

**checklist** 147:2
**chemicals** 331:5
331:12,18
344:4
**child** 378:4
**children** 88:5,5
**chlamydia**
263:9
**choice** 180:18
185:19 220:24
247:6
**choices** 180:16
**choose** 180:24
**chose** 238:5
**Christmas**
259:1
**chromium**
332:5 376:23
**chronic** 281:22
**chryso-** 311:19
**chrysotile**
311:18 312:4
**cigarette** 137:10
**circles** 191:10
**citation** 50:22
57:2 166:22
**cite** 51:13 54:14
64:24 81:6
93:20 94:1
111:14 125:22
134:16,17
135:1 139:9
147:5 155:3
158:17,18
179:14,20,20
185:17 186:13
186:16,19,23
200:2 213:23
225:1 271:13
278:5 289:12
289:19 320:1
328:16 361:12
361:13 376:15
**cited** 51:18,23
52:7 57:15
64:10 65:13
77:13,17 79:9

94:23 96:5,16
96:17 125:19
136:1 139:2
141:22 146:24
147:16 160:13
164:4 165:24
186:1 199:5,14
226:17,19,21
246:18 248:22
249:1 261:8
263:16 272:17
287:20 289:4
294:20 295:4,8
295:21 336:24
349:17 356:8
362:23
**cites** 353:14
358:18 361:21
361:21
**Citizen** 106:3
**civil** 2:10 315:9
**claim** 254:18
262:21
**claims** 266:16
**clarify** 65:7
**clarity** 6:23
**Clarke-Pearson**
27:18,21
**Class** 202:20
343:22,23
376:17
**classifi-** 201:1
**classification**
101:2 116:13
202:22
**classified** 201:1
201:8,11,15
**clean** 197:21
**clear** 19:13
24:23 89:12
94:22 95:8
105:10 129:24
131:12,14
143:2 156:14
174:24 195:14
195:18 196:21
197:3,7 210:19

241:10,11,14
241:15,16,21
242:5,5,7,9
243:3,14,18
293:8 358:4
**clearer** 64:20
**clearly** 127:2
169:21 353:9
356:20 359:7
360:18
**Cleveland** 5:17
387:9
**client** 297:23
**clinical** 80:11,22
82:21 191:12
**clinically** 181:15
181:17,19
189:23 190:7
190:20 261:3
289:17
**clinician** 81:3,10
81:17 185:22
**close** 45:21
46:15 49:19
62:13 74:19
92:24 111:15
114:14 115:6
125:10 127:5
135:13 139:21
145:23 148:12
157:22 158:1
195:18 196:12
198:20 213:1
231:14 233:7
262:13 265:8
352:23
**closed** 80:12
103:6 153:4
220:7,12
245:19 257:4
361:22
**closer** 234:14
**clothes** 118:7
**coated** 181:10
181:13
**cobalt** 333:3
376:22

**cognizant** 95:11
**cohort** 45:18
46:12 128:12
173:20 209:14
214:19 216:11
219:12 220:5
220:12,15,17
221:2,5,21
224:16,24
225:11,21
227:13 232:18
235:11 237:20
237:23 238:1
247:14 248:7
248:14,16
249:3,16 250:3
252:17,17,22
253:9,22 254:5
254:8,15,20
255:3,6 257:2
277:8 278:24
279:12,20
290:11,14
291:14 292:4
293:1 353:10
**cohorts** 212:14
222:11 232:15
249:8 255:13
278:1
**collect** 53:18
95:13 191:23
196:11
**College** 8:13
**column** 43:12
124:22,23
194:18 206:18
212:20 237:8
255:17 256:9
256:10,14
274:14 318:14
353:4,6 357:4
**comb** 187:10
**combining**
132:3
**come** 18:8 56:14
58:22 84:14
89:1 147:16

Ellen Blair Smith, M.D.

Page 396

261:1 281:8
314:4 375:17
**comes** 249:17
**comfortable**
145:11 242:6
**coming** 56:10
179:5 251:6
281:7 321:20
337:5,20 349:7
350:6
**commencement**
220:3
**comment**
244:22 247:15
282:8 286:6
366:17
**commented**
106:18 248:10
**commenting**
125:15
**comments**
159:24 247:19
296:1 366:21
367:8
**Commerce** 3:5
385:3
**commit** 337:22
**committee** 3:3
149:17 161:14
385:1
**commonly** 81:8
123:17 247:15
**communicate**
298:15
**communication**
69:11
**communicatio...**
26:5 66:24
68:10
**community** 34:8
37:10 148:16
151:6 167:9
168:10 181:6
198:14 251:20
252:3 262:14
280:21 330:13
**company** 22:3

22:14,14 65:18
65:21 66:2,10
66:12,16,18,20
67:1,24 68:8
69:4,16 70:14
70:18,22 86:15
**compare** 216:17
**compared**
114:11 155:4
279:12 290:14
376:23
**comparing**
229:12
**compelling**
337:8 339:2
367:9
**competitors**
299:4
**compile** 146:7
167:6
**compiling** 162:9
**complete** 45:19
112:6
**completed** 236:6
**completely**
273:21
**completion**
384:14
**Complied** 45:5
46:7 47:5 48:8
50:15 54:2
90:6 114:4
163:18 192:18
204:22 207:23
352:23
**component** 59:8
220:17 296:5,6
346:16
**comport** 211:13
**comprehensive**
57:5 59:4,9,23
61:10 98:8,12
146:12 166:11
167:15 268:9
273:11 313:10
313:24 332:4
332:13

**comprise** 331:5
**Compton** 50:22
**computer** 184:7
**computerized**
2:8
**con-** 59:22 225:7
279:8
**concedes** 236:21
**concern** 108:11
114:16 129:13
154:24 183:20
225:21 330:22
**concerned** 87:4
183:8
**concerning**
28:21,24 29:3
30:14,21,23
31:1 32:13,18
78:5 87:10
91:11,20 92:16
92:16 103:21
117:17 218:11
264:6
**concerns** 36:22
36:23 37:13
87:15,17,18
88:2,15,19
116:13,18
144:21 154:20
155:16 156:8
187:4 224:24
232:9 250:4
**conclude** 80:8
88:24 126:6
130:3 174:17
206:18 230:5,6
231:10 242:7
250:17,22
257:24 318:16
322:21 348:13
368:14 369:13
**concluded** 64:9
65:14 82:11
83:16,23 84:5
84:21 195:15
200:4 291:19
314:14 324:10

324:12 380:10
**concludes** 257:1
305:6 370:2
379:22
**concluding**
207:1,2
**conclusion** 61:2
82:8 89:20
98:1 106:22
108:15 114:1,5
115:8,23 116:9
121:5 125:5
126:12,12
128:9 129:3,11
130:4,16
133:13,16,21
133:21 172:14
182:19 185:17
187:17 194:10
196:23 198:23
199:3 201:17
202:15,20
213:8,11 214:1
232:7,24 235:5
243:21 328:17
328:23 356:3
356:16 374:4
**conclusions**
85:17,22,24
86:5,10,15,19
87:2 89:1,24
107:3 125:24
126:15 133:19
195:23 199:6
213:5 219:12
219:14,20
220:11,20
230:3 231:19
237:3 303:9
367:6,7,8
**conditions**
282:10,16
**condoms** 66:9
66:10 295:9,13
295:14,23
296:10
**conduct** 59:4,9

59:22 103:4
**conducted** 29:8
29:17 53:17
58:7 61:10
268:8
**conducting**
282:18
**conduit** 262:17
274:8
**conference**
43:18
**conferring**
191:6
**confidence**
43:16 116:5
135:20 174:23
176:8 189:15
227:16,21
229:8 335:5
**confident** 229:9
**confined** 84:18
246:12
**confirm** 160:2
160:17 344:19
**confirmation**
220:4 221:20
224:16
**confirmatory**
344:17,22
**conflict** 237:22
**conflicts** 201:18
**confounding**
49:7 136:24
137:1,2,9,16
183:10,21
186:5 187:14
187:21
**confused** 65:3,9
209:24
**confusing** 57:19
65:6 83:4
210:18
**confusion** 66:5
137:7
**Congress** 4:17
386:15
**connection**

284:2 313:5
330:10 376:10
**connotations**
191:9
**consensus** 153:3
154:8,12
**consent** 16:11
**consider** 29:23
76:18 78:4
85:11,12 93:14
101:1 104:11
106:8 117:15
117:21 131:18
135:7 136:22
137:8 139:3
145:22 149:20
152:20 161:7
235:11 243:5
246:22 255:12
279:5,8,10
295:7 296:3
344:7
**consideration**
382:17
**considered** 7:7
39:22 56:2
62:22 63:15
93:14 106:15
118:5 128:18
277:9 278:10
280:12 285:18
286:1,22 287:9
287:21,23
314:10,20
**considering**
8:15 244:22
277:10 311:7
**considers**
128:21 292:14
**consistency**
186:2 289:6
290:5 291:21
337:4
**consistent** 153:9
183:17 195:11
263:11 269:1,3
290:20 348:24

**consistently**
143:13
**constituents**
32:19 206:20
**constitutes**
383:22
**consult** 44:6
149:8 157:15
162:10 165:19
166:18
**consulted**
149:15 157:11
**consulting** 12:5
**contact** 12:22
13:22 23:24
284:9 285:7
375:17
**contacted** 12:12
12:14,19 27:7
27:9 81:23
82:7,12 83:15
**contacts** 12:21
**contain** 90:21
93:1 143:19
144:7,12
194:15 195:2
248:23
**contained** 38:21
64:23 78:9,16
79:8
**containing**
141:2
**contains** 119:13
119:15 384:18
**contaminant**
96:20
**contaminated**
109:19 110:7
142:19
**contaminates**
106:19 107:12
108:6
**contamination**
98:2 109:13,23
132:22
**content** 68:13
69:15

**contents** 69:7
**context** 66:20
68:1 85:22
89:8,16,17,22
102:1 107:17
121:3
**contexts** 141:1
**continue** 122:6
144:24 205:17
209:6 215:2
254:19
**Continued** 4:1
5:1 6:9 8:1 9:1
10:1 162:4
385:21 387:21
**continues**
191:19 350:4
**continuing**
91:10 117:12
**contraceptive**
146:16 169:7
271:10
**contraceptives**
146:17
**contractions**
365:16,22
**contradict** 96:19
96:24
**contradicted**
96:11
**contradiction**
96:23
**contrast** 301:20
**contrasted**
101:9
**contribute** 30:2
**contributes**
242:11,13,15
**contributor**
168:20
**control** 173:20
209:14 220:22
220:23 232:14
232:17 236:14
247:14 250:9
279:10,11
290:15 294:15

**294:22 295:3,6**
341:21,22
**controlled**
200:10 202:1
279:2
**controls** 9:13
246:17 267:15
270:6 326:6
**controversial**
357:11 358:22
359:8,13 360:4
360:20 361:20
**Convention**
104:5
**conversation**
68:14 161:9
377:21
**conversations**
37:5,21
**copied** 180:2
184:6 269:17
**copies** 20:4 42:5
198:1 228:19
**copy** 38:12 39:1
39:4 41:6,11
41:12 44:12
52:16,20 53:4
123:3,19 124:3
150:15 163:17
189:4 197:21
203:4 226:2
228:8,13,16
233:17 234:6,7
234:10 269:13
269:14 328:19
333:6,7,11,13
352:14 384:8
**corn** 268:1
363:11,13,17
366:7,11
**Corporate** 3:13
385:11
**correct** 11:23
17:8,9 18:13
18:24 19:24
20:1,20,24
21:1 36:4,5

39:9,10,23,24
40:4,5 41:13
41:14 42:13
51:20 52:18
53:18,19 55:1
58:8,9 65:18
65:19 68:19
69:23 70:11,19
71:6,9,13,16
71:20 73:12,22
74:1,2,3,4,6,7
74:9,10 75:5
77:5,8 82:17
82:19,20 83:7
83:8,13 85:14
85:15 87:19
90:3,13,14,17
90:18 91:3,8,9
91:14,18 92:17
92:21 94:10
96:21 98:12,18
101:11 107:8,9
110:16 111:9
111:12,13,16
111:17,20,22
111:23 113:17
117:14,22,23
120:17 121:3,4
121:7 122:12
123:4,5 125:17
126:8,11,17
127:7,11,13
128:19 129:14
130:20 133:5
135:5 136:17
138:4 139:4
140:1 145:24
150:3,5,21
151:14 152:23
154:10,12,24
158:9,22 160:5
160:10,14
162:23 163:4
164:5,11,17
165:6,15 170:1
171:12,13
172:3 173:6,13

Ellen Blair Smith, M.D.

| | | | | |
|---|---|---|---|---|
| 174:13 175:2 | 253:1,2,6,7 | **corrections** | 378:21 | 142:13 143:6 |
| 177:22 178:1 | 257:4 260:5 | 41:20 | **count** 152:12 | 166:8 254:12 |
| 179:14,21,23 | 261:10 262:6,8 | **correctly** 33:20 | 163:15 | 255:3,5 280:21 |
| 180:3,4,6 | 262:15 264:3 | 45:17,22 46:19 | **counter** 292:10 | 281:1 |
| 185:21 186:17 | 266:9,10 | 49:22 125:13 | **COUNTY** 382:8 | **critically** 133:12 |
| 186:18,20,22 | 268:21 269:7 | 175:17 176:4 | **couple** 15:4 | **criticism** 155:16 |
| 188:6,9,12,13 | 270:9 271:16 | 316:9 349:9 | 41:20 114:6 | 254:7,15,17 |
| 189:13 190:3 | 272:6,8 275:11 | **cosmetic** 97:23 | 274:5 | **critique** 225:14 |
| 194:7 195:19 | 278:11,16 | 99:14 100:20 | **course** 32:9 | **critiques** 244:7 |
| 195:20,23 | 280:2,9,13,14 | 103:23 106:19 | 34:17 105:20 | **critiquing** |
| 196:24 197:13 | 282:13,13 | 138:16 142:13 | 138:11 258:15 | 225:11 |
| 198:10,11 | 287:23 288:22 | 198:6 199:11 | 283:19 | **crossed** 116:3 |
| 199:6,7,15,19 | 290:9 292:5,7 | 312:7 343:19 | **court** 1:1 5:23 | **Crowley** 74:1 |
| 200:22 201:11 | 294:21 295:4 | **cosmetic-grade** | 11:8 28:17 | 259:13 331:10 |
| 201:13,15,16 | 296:15 301:21 | 103:6 | 111:6 303:19 | 331:15 344:6 |
| 201:19 202:22 | 302:3 303:1,4 | **COUGHLIN** | 304:4,8 306:21 | **Crowley's** 74:5 |
| 203:1,7,16 | 303:15 304:2 | 5:3 386:20 | 307:8 352:7 | 74:12 |
| 206:12 207:3 | 305:9 306:23 | **could've** 187:15 | 380:3,6 383:1 | **Crozier** 37:15 |
| 207:11,19,20 | 307:4,17,18 | **COUNCIL** 5:8 | **covered** 288:15 | **CRR** 2:7 5:24 |
| 208:2 210:23 | 318:12 344:23 | 387:1 | 298:5 | 388:6 |
| 210:24 211:3,4 | 347:10,17,21 | **counsel** 11:22 | **covering** 230:15 | **crude** 175:2 |
| 211:7,8,10,11 | 348:15 349:1 | 14:7,13 15:17 | **covers** 328:7 | **CSR** 2:7 |
| 212:11 213:12 | 352:19,20 | 20:2,11,12 | **crafting** 150:7 | **cult** 327:18 |
| 214:22 216:12 | 353:12,13,15 | 22:4 26:5 | **Cralley** 312:12 | **culture** 327:18 |
| 216:23 217:5 | 353:19 354:5 | 36:24 37:18 | **Cramer** 8:16,19 | **cumulative** |
| 217:14,20,21 | 354:17 355:18 | 39:7 42:4 | 8:23 34:22 | 169:19 171:9 |
| 218:12 219:7 | 356:22 357:11 | 44:20 52:20 | 35:3,23 36:2 | 171:14,18 |
| 219:10 220:12 | 358:22 359:8 | 55:24 56:6 | 54:20 169:17 | 205:20 346:18 |
| 220:22 221:6,8 | 360:20 362:1,4 | 65:4,22,24 | 184:3 195:9 | 346:19 |
| 221:16 222:2 | 362:9 363:22 | 66:13,16 67:1 | 212:2 273:23 | **cumulativeness** |
| 222:12,17,23 | 364:4,13,15,18 | 68:10 69:5,16 | **Cramer's** | 169:24 |
| 223:3,14,18 | 364:22 366:3,7 | 72:7,12 73:14 | 187:24 212:2 | **cure** 346:1,3 |
| 224:13 225:1 | 366:12,22,23 | 81:24 86:1,6 | **craziness** 95:23 | **curing** 345:12 |
| 226:10,13,18 | 367:2,4,12,20 | 96:3,7,12 | **crazy** 370:15 | 346:4 |
| 226:20 227:3,7 | 368:20 370:4 | 107:15 123:3 | **create** 63:18 | **current** 18:17 |
| 229:19 231:3,8 | 370:10 371:3,4 | 123:19 158:6 | **created** 63:14 | 53:12 198:17 |
| 231:20 232:4 | 371:7,8,18,20 | 191:6 260:5 | 147:4 300:13 | **currently** 12:1 |
| 232:10,11,15 | 372:4,17,22 | 284:10 285:5 | **creates** 338:15 | 18:12 103:5 |
| 235:6,13 236:6 | 373:2,14,22 | 302:11 304:5 | **creating** 149:7 | 377:10 |
| 236:8,17,22 | 374:13 375:4,4 | 316:4,13 | **creation** 300:23 | **Curriculum** |
| 237:16,18,23 | 375:5,8,14,15 | 317:20 341:15 | 301:10 | 7:13 |
| 238:16 239:21 | 375:18 376:12 | 347:19 379:13 | **credible** 90:20 | **curves** 293:8 |
| 243:3 245:12 | 376:16 377:2,7 | 384:22 387:15 | 92:23 93:1,15 | **custodial** 384:7 |
| 245:13 246:24 | 377:14 378:1,8 | **counsel's** 349:4 | **criteria** 135:6 | **cut** 218:9 273:14 |
| 247:23 248:16 | 378:10 379:16 | **counseled** 31:4,7 | 289:5,9 290:5 | **CV** 52:16,21,22 |
| 250:10,19 | 379:18 382:3 | 31:13 378:3 | 326:23 | 52:24 53:12,20 |
| 252:17,20,23 | 383:23 | **counseling** | **critical** 59:8 | 53:24 303:7 |

Ellen Blair Smith, M.D.

**CX3** 50:17
**cyber** 218:9
**cynologus**
  266:22
**cynomolgus**
  266:21
**Cynthia** 3:12
  14:9 385:10
**cytokines** 276:2
**cytologically**
  327:3

**D**

**D** 2:6 4:6,12,18
  5:5,11,17,24
  11:1 383:17
  386:4,10,16,22
  387:4,10
**D.C** 5:11 387:3
**da-** 292:17
**daily** 81:18
  293:23 307:9
  307:10 367:24
**damage** 281:4
**Daniel** 8:16,19
  8:23 35:3
**darn** 346:2
**dat-** 241:22
**data** 12:15 49:2
  80:5 81:3,5
  84:12,13,13,24
  89:10 172:20
  187:18 191:23
  192:20 194:9
  194:20 195:7
  195:13,17
  196:11,20
  197:2 200:19
  202:16,19
  214:19 217:5
  217:13,23
  218:16 219:1,5
  219:12 221:5
  223:18 224:12
  224:23 225:20
  229:18 235:11
  235:19,23

237:16 242:12
245:10 248:11
252:23 257:16
262:24 268:19
268:24,24
270:7,13
271:19 272:10
277:10 278:2,5
279:1,2,6,20
280:2,5 292:5
292:9,17 296:8
337:3,12,19,21
339:1,3,20
350:20 359:13
**database** 106:13
**databases**
  150:12
**date** 11:6 19:14
  19:16 202:21
  310:1 381:3
  384:15 388:7
**dated** 7:3,9,11
  7:15,16,20
  8:16,20,23
  9:10,14,17,21
  10:8,10,18,21
**dates** 297:19
**Daubert** 304:8
**daughter** 88:12
  88:13
**daughters**
  377:23 379:14
  379:15
**day** 42:5 286:15
  307:11,15
  308:17 321:21
  321:21 331:4
  359:14 382:11
  382:20 388:2
**days** 258:23
  321:21 366:22
  384:15
**DC** 108:24
**dealing** 329:16
**Debra** 8:19
**decade** 327:17
**December** 19:19

19:20 20:19
**decent** 294:2
**decide** 367:11
**decided** 103:4
  164:16 330:7
**decides** 330:6
**decision** 115:1
  367:1
**declared** 202:17
**declined** 154:7
**decrease** 212:6
  281:14 326:12
  326:14 346:6
**decreased** 273:5
**decreases**
  159:20,20
  274:6 374:17
**decreasing**
  263:11 272:16
**deduce** 223:1
**deep** 283:24
**deeply** 87:6
  273:2 321:15
  324:6
**defendant** 4:15
  5:8 17:16 18:2
  386:13 387:1
**defendants** 2:3
  4:3 5:14 53:1
  72:12 76:23
  77:10 78:15
  79:7 386:1
  387:7
**defense** 16:14
  25:20 68:6
  69:6,14 71:22
  72:12 76:10
  78:8
**defenses'** 76:18
**defer** 100:21
  141:13 310:5
  310:24 331:10
  331:13,14
  344:6
**deferences**
  58:18
**deficient** 42:22

**define** 55:10
  58:12 233:3,10
**defined** 150:17
  150:22
**defines** 42:10
**definition** 146:2
**degree** 25:17
  68:23 99:24
  286:7 337:19
  359:22
**delineate** 54:17
  55:10 56:4
  63:23
**delivered** 384:6
**demonstrate**
  310:22 322:11
  333:24 334:9
**demonstrated**
  92:2 169:2,7
  170:12,16
  171:18,22
  214:2 240:9
  324:2 331:24
  370:9
**demonstrates**
  323:23
**demonstrating**
  312:4 339:21
**denying** 106:2
**depending**
  238:4
**depends** 176:8
  183:15,15
**deponent**
  384:12,13
**deposed** 16:23
  17:10 76:5
**deposition** 1:11
  2:1 7:5 11:3,23
  12:8 14:24
  17:22,23 20:3
  20:14 21:11,20
  38:13,15 39:1
  39:8,16,20,22
  40:11,20 41:8
  41:15 44:14
  53:2 75:4

77:13,17 78:10
  79:8 81:19
  94:20 95:2
  99:16 106:4
  113:4 124:8
  154:1 157:3
  160:19 163:9
  169:15 171:3
  176:1 184:23
  189:9 193:5
  197:18 203:11
  207:15 216:4
  216:20 226:5
  238:22 254:23
  258:22 259:5
  300:3,6,9,23
  301:7,10
  305:18 307:8
  309:7 311:14
  312:3 333:8
  336:14 340:2
  352:8 379:23
  380:10 382:2
  383:12 384:4,6
  384:14,21
**depositions**
  16:19 17:13,19
  303:18
**deputy** 324:19
**DES** 346:14
**describe** 39:14
  53:17 179:2
  203:23 359:4
**described** 61:11
  61:16,24 62:6
  62:12 190:2
  248:9 336:23
**description** 7:2
  8:2 9:2 10:2
  382:13
**descriptions**
  369:12
**design** 230:8
  231:11 232:10
  233:7 290:9
  291:3,22
**designed** 253:9

253:23 254:5
**Despite** 186:2
  197:2
**detail** 300:8,11
  301:4,11
  354:19
**detailed** 271:15
**details** 134:5
  353:23 355:8
**detect** 253:22
**detectable** 97:14
**detected** 100:6
**determination**
  115:20 191:24
  196:12
**determinations**
  302:1
**determine** 115:2
  196:20 200:9
  303:20
**determining**
  165:17 168:12
  292:14
**detract** 231:13
  348:19
**detractors** 291:1
**detracts** 230:8
  235:8
**develop** 172:5
  172:10
**developed**
  172:18
**developing** 33:4
**development**
  87:12 155:17
  159:11 240:21
  241:12 242:11
  242:13,15
  275:8 283:4
  338:22 357:10
  358:21 360:17
  361:19
**devices** 148:1,17
**diapering** 88:13
**diaphragms**
  295:10,23
  296:10

**die** 368:6
**Diego** 3:19
  385:17
**differ** 232:1
**difference** 62:20
  63:4 120:19,21
  168:6 181:13
  181:15 182:2
  191:13 218:20
  218:21 232:23
  240:8 274:2
**differences**
  195:3 348:1
**different** 58:14
  58:22,23 59:1
  63:1 67:18
  70:22 100:17
  120:13,23
  146:18,18
  149:18 158:5
  164:19 165:14
  174:6 181:12
  190:8 202:15
  214:13 232:18
  234:3,18
  243:14 250:12
  269:14,22
  298:8 301:24
  326:8,10 331:4
  333:14,15
  343:3 360:6
  373:10
**differentiated**
  243:9
**differently**
  58:21
**differs** 231:19
**difficult** 116:20
  292:23 293:7
**dig** 153:16 171:6
**Diplomate**
  383:18
**direct** 6:23
  266:8
**directly** 275:9
  380:7
**director** 12:3

324:19
**disa-** 126:9
**disagree** 99:21
  100:8 107:10
  108:5 126:12
  126:14 129:8
  130:16 133:19
  133:22 150:14
  159:6,6 179:12
  199:5 243:24
  257:12,18
  359:11 360:2
  360:11
**discern** 281:2
**disclaims**
  199:18
**disclose** 298:18
**disclosed** 94:20
**disclosure** 26:5
**discomfort**
  154:21,24
  155:20,23
**disconnect**
  234:15
**discount** 278:18
**discounted**
  278:15
**discriminate**
  116:21
**discriminating**
  113:12
**discuss** 23:14
  64:24 98:10,24
  111:18 134:6,7
  158:19,20
  177:24 184:2
  187:24 188:3
  188:11,19
  197:12 202:24
  205:9 207:9
  212:9 238:7
  244:3 257:21
  270:16 273:16
  280:1
**discussed** 16:24
  17:20 18:13
  22:17,23 23:17

25:7 32:12,16
  37:13 39:11,19
  40:17 88:18
  90:15 93:11
  98:6 108:19
  129:14 133:24
  134:10 160:13
  164:5 171:11
  226:12,13
  227:1 247:13
  248:22 249:2
  250:1,17 259:8
  268:18 269:7
  277:8 278:8
  289:7 290:22
  292:2,7 295:21
  316:5 347:19
  348:8,24
**discusses** 123:21
  123:23,24
  276:16
**discussing** 36:4
  70:10 153:12
  172:2 178:16
  187:23 231:3
  280:4
**discussion** 23:3
  23:6 69:1
  103:9 107:5
  113:15 117:12
  171:5 173:12
  174:8,11 204:1
  204:8 213:16
  218:10 223:13
  249:9 261:24
  262:10 271:16
  271:18 296:16
  328:16 366:19
  366:20 378:22
  380:2
**discussions** 24:9
  24:16,17,20,23
  25:4 27:10,13
  27:20 115:10
  333:14
**disease** 33:17
  84:13 114:17

116:13 130:3
  148:4 149:1
  202:3 280:23
**diseases** 243:6
**disinterested**
  150:11
**disk** 117:9 194:4
  277:5,5 320:10
  320:14,24
**dispute** 223:6,9
  223:12 266:14
**dissolution**
  181:9
**distant** 318:22
**distinction**
  68:17 140:12
  140:17 141:5
  168:3
**distinctions**
  141:14
**DISTRICT** 1:1
  1:1 383:1,1
**diving** 283:24
**division** 275:24
**DNA** 275:24
  281:4 282:2
  372:24
**docket** 22:14
**doctor** 19:7
  28:17 34:24
  36:20 43:4,14
  57:13 62:17
  63:17 64:15
  65:3 66:6 68:9
  69:8 70:2
  74:23 79:14
  80:15 93:4,23
  102:17 105:10
  111:4,8,11
  112:23 113:9
  114:20 119:21
  122:13 124:12
  124:15 139:10
  159:3 160:1
  193:13,22
  204:20 205:3
  209:17 215:23

222:6 223:8,22
227:24 238:18
252:14 254:11
254:19 256:7
256:21 264:22
267:2,11
268:17 269:14
270:1,24 271:4
271:22 272:20
281:13 289:3
292:21 335:19
352:5,12
355:15 356:9
361:21 369:7
370:1 377:9
**doctors** 36:14,19
37:1,4 281:13
**document** 1:6
38:20 66:11
103:14 107:1
108:9 122:18
163:12 164:2,4
250:21 299:13
299:14 318:19
382:14 383:6
**documented**
172:7 327:6
**documents** 22:4
22:12,13,14
65:18,21 66:2
66:12,17,18,21
67:1,24 68:1,2
68:8 69:4,7,16
70:14,19,22,23
86:16 104:17
105:12,14,15
305:14
**doing** 21:8 23:1
33:16 60:12
120:9 157:24
182:15 184:8
307:6,20
377:10
**dominant**
322:14
**Don** 87:8
**Dorota** 9:24

**dosage** 120:20
**dose** 187:24
192:1,11,20
194:10,13,15
195:3,6,23
196:21,24
204:9 206:4,11
292:9,15,18,19
293:3,5,8
294:7,9,11,16
294:23 295:2,4
295:5 327:10
333:24 334:10
334:21,22
**dose-response**
188:4,8 195:2
195:14,18
196:16 197:3,7
204:12,24
205:6,9 334:16
**double** 144:14
144:18
**Double-blind**
248:7
**double-sided**
163:17
**doubt** 302:12
**douche** 154:5
**douches** 155:21
**down-regulates**
373:21
**Dr** 3:4 11:16,18
12:2 13:8
14:24 20:16
24:14,17 25:5
25:24 26:23
27:8,10,18,21
28:7 35:23
36:2 38:24
40:15 41:4,10
41:22 42:8,17
43:24 44:6,9
44:13,16,20,24
45:24 46:3,6
47:4,14 48:2,4
48:9 49:3,6,24
50:6,9,11

52:15 53:5,11
53:16 55:9
57:4,13 58:3
62:19 67:12
70:9,11 71:13
71:23 72:3,16
72:18,23 73:5
74:1,5,12,13
74:15 75:2,4
75:11 76:1,12
76:19 77:3,7
77:11,14 79:21
80:1,7 90:4,8
93:4 98:16
99:19 107:1,14
107:20 110:9
117:11 118:14
119:8 123:2
124:12 126:21
137:24 145:1,2
145:17,21
150:21 153:14
155:12 156:4
156:11 157:5
157:10 161:3
162:6 163:11
169:14 171:7
172:15 173:4
175:1 176:3
179:18 180:2
182:8,12 184:2
187:24 188:11
189:19 193:7
194:6 196:9
204:18 205:16
206:24 207:9
207:17 208:5
208:12 210:15
213:23 216:12
216:22 217:4
219:16 226:1,7
230:14 231:2
237:2 239:2,6
239:17 253:13
254:10 260:1
261:5 265:23
274:11 276:15

277:7 280:5
283:10 284:6
284:10,13
285:6,7 286:9
288:15 293:10
297:1,6 298:13
298:15,23
300:2,5,22
301:20 302:3
302:12,24
303:11,21
305:6,14
306:17,22
308:14 309:6
309:10,14
310:5,13,18
311:1 312:6,20
321:2 322:24
324:19,21
327:16 331:10
331:15 342:6
343:12 344:6
348:3 358:5
359:23 376:1
376:10 380:1
385:2
**draft** 6:20,21
**drafts** 218:8
273:15,16
350:20
**draw** 60:10
187:17
**drawn** 276:14
276:14 367:7
**DRINKER** 4:10
386:8
**Drive** 3:13
385:11
**driver** 282:2
**drop** 275:3
**dropped** 185:10
273:19
**drug** 374:11
**Duces** 7:5
**due** 183:9 261:5
379:8
**DUFFY** 5:3

386:20
**Duke** 13:12,12
**duly** 2:4 11:11
384:3
**dumb** 342:4
**duration** 109:10
110:5 186:10
192:12 231:12
244:19 245:3,5
245:10 292:24
293:3 294:3,11
294:16 334:18
335:3,5
**Dusts** 10:23
**dying** 341:7
377:24 378:4
378:21 379:8
**dysfunction**
263:2

---

**E**

**E** 2:9 3:1,1 4:1,1
5:1,1 9:9,10
11:1,1
**e-mails** 27:23
**e-Pub** 56:23,24
233:16,16,21
333:19
**e-publication**
56:10
**e-Pubs** 56:10
**e-r** 320:3
**e.g** 206:21
**e.g** 206:2
**earlier** 51:7
115:8 150:17
157:18 158:3
160:7 166:14
227:5 268:19
269:6 272:14
273:23 278:8
280:11 289:7
290:22 298:12
313:4,12 316:5
317:20 320:15
328:8 338:3
348:7 349:1
353:5 355:14

362:13
**early** 10:17
265:6,6 273:15
346:1 355:2,3
**easier** 175:24
208:4
**effect** 146:20
206:20 207:3
280:17 323:10
331:18 341:18
375:24 377:4,8
**effects** 237:10
270:15 279:12
281:21
**Egli** 262:24
320:1 321:17
322:3 362:19
364:2 365:4
366:1
**Egli's** 365:7,9
**either** 124:18
134:13 223:13
278:21 347:4
373:3 374:5
**Elective** 8:15
**elevated** 276:1
**elicit** 317:7
**eliminate**
236:11,17
249:21
**eliminated**
249:15 295:14
**eliminating**
172:8 249:11
**Ellen** 1:12 2:2
6:6 7:5,9,13
11:3,10 379:23
381:2 382:1,6
382:11 383:12
384:2
**ELLIS** 5:16
387:8
**else's** 267:22,23
**embedded** 87:6
321:16 324:6
**emphasizing**
127:8

**employed** 12:1
18:12 164:22
387:15
**encompassed**
261:20
**encourage** 28:10
28:13
**ended** 299:9
**Endo-Capron**
285:19,21
286:20,21
287:6
**endometrial**
213:20 241:4
317:6 344:12
345:12 346:4
**endometrioid**
85:1 213:20
241:3,9 243:1
243:13,18
**endometriosis**
84:9 149:6
243:17 330:1
**endometrium**
323:3
**ends** 50:22
**endure** 145:16
**engaged** 18:16
**engine** 58:15
**English** 128:8
**enjoyed** 259:17
**enter** 262:17
318:21
**entered** 322:2
351:8
**entertain** 367:8
**entire** 227:17
278:10 351:11
**entirely** 232:17
348:22
**entities** 2:4 4:3
386:1
**entitled** 7:14,18
8:4,6,8,11,14
8:18,22 9:4,8
9:12,15,19
10:4,6,10,15

10:20
**Enumerable**
12:24
**environment**
120:13 338:16
**environmental**
125:7 356:18
**enzyme** 281:3
281:24 339:4
371:16
**enzymes** 326:1
326:12,13
370:7
**EPA** 328:14
**epi** 128:12
229:22 237:9
295:6
**epide-** 198:5
**epidemiologic**
82:16 87:14
141:23 149:2
173:5,18,22
183:2 185:21
191:5,10
199:10 200:19
213:7 235:24
249:17 255:11
292:17 293:7
337:3 349:16
349:19 360:6,8
**epidemiological**
47:20 48:11
177:20 181:6
198:5,18
332:14
**epidemiologist**
182:17,18
183:8 185:18
185:19 191:4
191:17 255:2
**epidemiologists**
181:22 182:11
191:3
**epidemiology**
9:15,19 179:9
182:12
**episode** 281:20

**epithelial** 9:4,20
113:13 116:21
139:24 240:24
317:9 323:11
326:9 328:2
338:22
**epithelium**
275:10 326:7,8
357:10 358:20
359:13 360:3
374:20
**Epstein** 7:16
324:21
**equal** 279:6
**equally** 279:9
**equate** 140:3
**equivalence**
140:7
**equivocal**
292:18
**erroneous** 240:4
**error** 274:2
**Eslick** 9:17
49:10
**especially** 186:4
220:2
**ESQUIRE** 3:4,4
3:12,17 4:4,10
4:16 5:3,9,15
385:2,2,10,15
386:2,8,14,19
387:2,8
**establish** 35:7
198:19 293:4,8
360:13
**established**
127:3 213:1
353:9 356:21
359:7 360:18
362:13
**establishment**
356:24
**estimate** 14:3
21:5 172:6
**estimates** 335:6
**estrogen** 146:19
**et** 8:23 9:14,20

9:24 10:5,8,21
320:1,2
**eTable** 228:11
**ethical** 200:13
200:20
**ethically** 200:16
**etiologic** 87:12
**European** 10:19
**evaluate** 327:3
**evaluated** 33:3
239:13
**evaluating**
117:20 129:1
177:20 185:20
214:17 244:11
245:11
**evaluation**
25:20 366:17
**evening** 343:12
**ever-users**
205:21
**ever/never**
192:8,9 205:24
293:2,14
**ever/nevers**
192:13
**everybody**
145:10 147:10
264:14 346:3
**evidence** 90:20
92:23 93:1,13
93:16,18 115:4
115:24 116:1
163:20 165:5
165:10 173:20
173:24 198:5
198:18 199:11
200:12 202:9
204:23 205:6
213:6 235:5,24
237:9 242:6
245:22 248:12
249:4 264:6
267:19,20
273:4 283:3
299:12 303:20
304:8 311:6,11

Ellen Blair Smith, M.D.

312:20,23
319:7,14 321:4
324:9 325:7
327:19 332:15
355:2 367:12
375:1,6,22,24
376:20 377:1,8
**evident** 205:21
249:17
**exact** 50:1
135:14,15
186:13 261:21
264:15 297:19
376:6
**exactly** 17:24
113:23 135:19
135:20 199:16
207:6 262:20
270:22 300:16
352:17 354:10
368:3
**exaggeration**
307:12
**exam** 268:2
**examination** 6:7
6:9,10,11,12
6:13,14,15
11:14 162:4
297:4 308:12
331:11 343:10
352:10 363:14
363:16 378:16
379:3
**examinations**
366:10
**examined** 47:18
48:17 49:1
53:14 57:10
86:8 94:4
95:17 106:6
107:2,23
108:10 113:6
115:15,18
123:1 131:23
135:18 140:16
140:19 142:9
144:5,20 154:3

158:24 159:4
160:21 188:2
189:11 192:21
203:19 204:14
205:18 239:3
239:11 250:2
251:17 256:19
265:20 266:4
277:24 293:22
299:14 356:14
369:16
**examines**
303:20
**examining**
112:3
**example** 119:14
137:8 146:12
147:22 164:12
164:13 168:19
248:8 249:19
293:1 306:14
327:5 371:6
**examples**
281:19 346:19
**exceeded** 186:10
**exception** 238:1
**excerpts** 124:3
124:19
**exchange**
105:10
**exchanged**
27:23 28:3
**excited** 337:23
340:15
**exclude** 304:8
**exclusion** 66:9
**exclusive** 35:14
**excuse** 11:5
42:15 52:4,12
55:13 59:16
68:9 69:8
75:15 78:19
90:6 98:13
99:13 102:15
102:15 110:19
122:10,13
130:9 136:16

144:2 155:7
167:12 176:20
181:1 182:6
183:13,22
201:5 208:24
210:9,15
212:10 217:7
222:3 223:22
228:3 247:16
247:22 248:1
248:24 269:4
274:15 275:17
277:5 286:3
287:3,3 295:3
304:3 313:19
329:12 331:9
338:15 339:9
357:16,21
359:18,19
362:2,5 363:20
363:20 372:12
373:5 377:5
**executed** 382:16
**exert** 206:20
**exerts** 207:2
**exhausted** 166:2
**exhibit** 7:1,3,4,6
7:8,10,12,14
7:16,18,21 8:1
8:3,5,7,10,13
8:17,21 9:1,3,8
9:11,15,18,22
10:1,3,6,9,11
10:13,14,19,22
20:13,14 38:14
38:15 40:8,11
41:5,8 42:10
43:10 44:12,14
47:18 48:17
49:1 53:1,2,13
53:14 57:10
62:23 64:14,21
64:23 65:14
77:14,18 94:4
95:17 99:13,16
99:22 100:2
102:6,7,14,22

106:1,4,6
107:2 113:3,4
113:6 115:15
115:18 123:6
124:6,8,18
126:13 129:21
131:23 135:18
140:19 153:14
153:17 154:1,3
156:18 157:3
158:24 159:4
160:17,19,21
163:6,9 169:15
171:2,3 175:23
176:1 184:21
184:23 188:2
189:8,9,11
192:21 197:17
197:18,21
203:9,11,19
204:14 205:18
207:14,15
216:3,4,19,20
226:4,5 238:20
238:22 239:3
239:11 251:17
254:23 256:19
265:18,20
266:4 277:24
293:22 294:20
294:23 296:1
300:1,3,7,10
300:12,24
301:10 305:13
309:6,7 312:2
314:10,20
315:1,14,19
317:12,19
318:13 333:6,8
333:11 335:9
337:1 347:20
347:24 348:13
352:6,8 355:15
355:16 356:14
369:16
**exhibits** 77:22
78:4,10,16

79:8 156:18
185:2 311:16
**exist** 142:23
274:3 344:18
**existed** 195:3
**exists** 6:21
236:14 316:1
344:20 345:2
347:9,13
**Exp** 388:7
**expanded**
128:10
**expect** 347:2
**expected** 59:22
**experience**
319:3
**experiment**
376:7
**experimental**
198:17
**experimentati...**
337:7
**experiments**
23:6 267:18
370:2
**expert** 7:9,11
12:13,17 16:3
16:3,6,6,12,15
16:21,23 17:6
18:16 19:10
22:1 35:23
52:16 54:11
59:21,22 71:13
72:13 73:21
74:11 75:12,22
76:2,22 81:12
97:15 101:2,4
101:11 174:5
178:4 183:9
185:22 259:7
283:14 298:18
302:4,5,8,11
314:11 376:4
**expertise** 100:18
182:12 302:18
**experts** 22:18,22
26:8,12,18

Ellen Blair Smith, M.D.

Page 404

27:14,24 28:5
63:10 80:23
81:20 141:13
177:20 243:20
243:24
**explain** 23:10
62:19 63:3
97:15
**explained** 99:4
**explanation**
257:3
**explanations**
301:13,19
303:11
**exploratory**
103:5
**exploring**
127:18
**exposed** 114:10
120:14 317:9
318:23 326:19
328:1 339:22
347:16 355:24
**exposure** 7:18
8:18,22 32:9
109:6 111:15
115:2 118:6,8
119:13,18
120:12,20
125:7 127:1,5
134:11,14
165:6,11
180:11 186:11
189:14 195:9
246:20 295:14
313:5 323:10
328:4,22
346:15 353:8
353:11 354:17
355:18,21
356:19,22
357:9 358:19
359:4 360:7,15
361:18
**exposures**
119:11 186:8
**express** 87:18

88:15,19 91:19
**expressed** 92:8
92:23 114:16
116:11 337:10
382:18
**expressing**
36:23 237:15
**expression**
367:20,21,23
368:2,5,9
**extent** 26:4
78:24 137:7
344:22 345:1
**external** 362:15
363:21 364:8
364:17,19
375:7,16
**externally**
363:12 365:19
**extracellular**
369:21
**extremely**
346:14
**eyes** 361:22

―――――――

**F**

**F** 3:7,9,15,20 4:7
4:13,19 5:6,10
5:12,18 8:16
9:6 385:5,7,13
385:18 386:5
386:11,17,23
387:3,5,11
388:11
**face** 301:21
303:10
**facility** 18:17
**fact** 16:22 17:24
97:6 121:5
136:12 160:18
219:6 235:11
238:6 245:2
249:2,10
254:15 267:20
271:21 293:16
294:19 304:5
304:11 318:9

324:9 325:19
334:9,20
353:24 366:1
368:8
**factor** 35:14
70:4 87:12
137:9 146:3
147:24 148:22
149:5 152:2,4
158:4 159:10
167:2,6,22
168:2,13
169:16 172:6
172:10 187:22
240:21,23
241:1,2 243:13
244:21 245:3
272:16 288:24
325:16 341:17
346:21 372:21
**factors** 8:6 9:19
29:6 31:5,7,10
31:12 33:16
35:8 137:16,18
145:23 146:22
148:12 149:8,9
149:16,21,23
150:8 151:5,12
151:19,24
157:7 158:22
159:10 160:4
161:16 162:10
162:11,14
163:20 165:4
166:24 169:1
169:10,18
170:4,11,14
171:19,23
177:19 182:21
183:1 187:14
247:8 271:9
272:22 273:8
280:13 288:21
292:13 350:7
**facts** 92:1,1
360:1
**failed** 341:9

**failure** 45:19
46:13
**fair** 68:17 70:24
72:21,22 73:2
91:21 100:21
131:15 151:1
204:2 227:5
281:9 312:19
318:3,10
**fairly** 76:9
**fallopian** 8:11
163:21 263:6
317:6 323:3,11
326:7 339:15
365:23
**falls** 116:1
260:19 261:14
**familiar** 27:17
132:13 160:23
164:21 204:11
264:8 284:17
**family** 149:5
341:24 377:14
377:17 378:4
378:21
**Fanconi** 31:9
**FAQ** 8:8
**FAQ096** 8:8
**far** 21:8 44:23
130:19 153:16
209:10 323:13
327:8
**far-** 195:8
**farther** 195:8
**fashion** 237:20
**fast** 224:10
**faster** 184:19
**fatal** 176:15
243:11
**favorite** 112:16
112:21 113:1
113:11
**favorites** 126:16
**FDA** 97:10
98:17 99:14
101:18,20
102:23 103:4

103:14 105:20
106:2,18 107:7
263:16 264:10
264:17 265:12
265:17 316:15
324:10,12
**FDA's** 98:22
99:22 101:6,24
106:22 107:11
108:5,11 315:9
**FEC** 315:20
**Federal** 2:10
**feel** 66:7 67:14
102:17 106:24
124:10 193:7
241:21 337:23
369:5 378:24
**fees** 18:5,6,9
**fellow** 13:11
**felt** 88:7 133:21
**female** 87:5 88:5
262:16 275:8
319:5 322:22
377:23 379:13
**fertility** 279:17
**fewer** 242:12,12
**fiber-per-bottle**
109:14
**fibers** 140:4,13
140:20,21
141:16 312:1
318:19
**fibr-** 143:11
**fibres** 10:23
140:23 141:2
318:21,22
**fibrous** 62:13
91:5 139:21,24
140:3,5,8,12
141:15,24
142:3 143:1,6
143:11,12,19
144:7,12,22
310:14,19,21
310:22 311:3
313:13 314:14
**field** 146:8

| | | | | |
|---|---|---|---|---|
| 150:24 | 204:9,12 205:9 | 163:12 165:8 | 61:24 62:6,12 | 96:22 98:3,14 |
| **Fig** 7:21 | 220:15 227:11 | 172:14 178:22 | 100:14 102:23 | 99:9,23 100:4 |
| **figure** 42:23 | 295:7 296:3 | 215:12 216:24 | **following** 50:9 | 100:24 101:12 |
| 43:23 207:21 | 302:10 304:5 | 229:4 230:5 | 220:3 281:13 | 102:2 103:16 |
| 209:21 210:5 | 309:10 310:18 | 255:17 256:12 | 288:5 318:24 | 104:6,13,18 |
| 210:14,23 | 368:15 | 269:17 274:14 | 384:1,22 | 105:17 106:11 |
| 211:5 343:2 | **finds** 206:3 | 274:21 277:17 | 385:21 387:21 | 107:13 108:8 |
| 372:6 | **fine** 15:24 22:7 | 284:9,23 | **follows** 11:13 | 109:9,15,20 |
| **final** 6:22 153:5 | 41:17 43:8 | 285:15 312:9 | **Food** 324:20 | 110:8,18,19 |
| 195:8 234:11 | 53:22 95:4 | 312:15 318:20 | **footing** 279:6 | 112:8,11 |
| 234:21 367:6 | 122:1,1 193:16 | 321:15 348:4 | **footnote** 263:16 | 116:15,19 |
| **finally** 207:8 | 215:22 240:18 | 376:6 | **footnotes** 133:13 | 119:12 120:18 |
| 377:9 | 350:11 374:24 | **five** 16:20 | **foregoing** 382:2 | 121:8,16,20 |
| **financially** | **fine-tune** 187:10 | 111:14 127:3 | 382:15 383:20 | 125:18 126:10 |
| 387:17 | **finish** 21:16 | 134:16 169:18 | 383:22 | 126:18 127:12 |
| **find** 58:14 59:1 | 28:18 74:21 | 267:5 329:23 | **foreign** 262:17 | 127:21 128:6 |
| 96:10 97:5,6,7 | 137:23 155:8 | 329:24 330:2 | 263:21 288:4 | 128:20 130:15 |
| 97:9,10,13,17 | 155:12 156:12 | 342:10,11 | 317:7 | 131:1,22 |
| 97:24 133:12 | 176:22 209:1,2 | 353:10,14 | **forest** 227:12 | 132:24 134:9 |
| 140:17 150:18 | 224:3,5,6 | 354:2 | **forget** 182:24 | 134:22 136:18 |
| 168:18 181:15 | 241:23 242:2 | **flagellated** | **forgot** 93:5 | 137:6 138:17 |
| 222:16,22 | 292:21 301:8 | 324:3 | 128:7 135:22 | 139:5,17 |
| 240:1 254:12 | 305:22 306:1 | **flat** 208:10 | 223:17 327:23 | 140:14,20 |
| 265:15,17 | 320:17 325:4 | 307:9,10,15 | **form** 17:2 24:6 | 141:17 142:8 |
| 268:24 269:3 | 331:14 357:23 | 360:23 | 29:10 34:3 | 142:17 143:21 |
| 273:6 274:17 | 358:5 363:15 | **flaw** 218:8,15 | 35:20 42:14 | 144:9,16 |
| 278:21 304:12 | **finished** 118:14 | **flaws** 250:9 | 48:16,21 51:15 | 147:20 149:11 |
| 309:15 337:3 | 119:21 130:10 | **Fletcher** 284:22 | 51:24 52:9,13 | 151:9,20 |
| 345:24 354:20 | 182:7 227:24 | 284:24 326:3 | 55:14 57:9 | 152:10,16 |
| 355:1 | 306:13 320:15 | **flip** 41:16 | 58:10 59:13,18 | 155:1 157:13 |
| **finding** 100:13 | 357:19 358:1,3 | 163:16 | 60:1,20 61:7 | 158:23 161:12 |
| 107:18 114:12 | 358:8 373:6 | **flurry** 330:17 | 61:13,18 62:4 | 162:20 164:18 |
| 126:7 127:10 | **Finland** 318:1 | **flushed** 321:17 | 62:9,16 64:12 | 165:22 166:10 |
| 188:6 201:19 | **Firm** 388:8 | **FLW** 1:5 383:5 | 66:4,23 68:4 | 166:20 167:4 |
| 206:5 211:22 | **first** 11:11 12:12 | **focus** 355:13 | 69:17,20,24 | 167:20 168:5 |
| 212:18 213:3 | 12:16,22 13:10 | **follow** 38:7 | 70:20 71:11,17 | 168:14 169:4 |
| 255:3 265:20 | 13:22 23:24 | **follow-up** 45:21 | 72:5 73:7 | 170:6 172:4 |
| 270:17 274:2 | 27:8,9 34:21 | 46:15 214:22 | 75:16,20 76:3 | 173:1 174:16 |
| 278:9,15 292:3 | 35:2 44:24 | 217:13 219:9 | 76:15,20 78:12 | 175:3 176:7,13 |
| 295:22 304:10 | 57:12 60:13 | 225:13,23 | 78:17 80:24 | 178:7 179:3,10 |
| 306:17 312:7 | 88:10,12 94:3 | 244:14,22 | 81:4,14,20,21 | 180:15 181:2,8 |
| 315:13 319:18 | 94:5,12,23 | 252:24 308:11 | 83:9 84:23 | 181:24 182:20 |
| **findings** 87:6 | 114:6 122:21 | **follow-up's** | 85:5,20 86:2,7 | 183:14 186:21 |
| 99:22,24 100:2 | 124:23 126:23 | 244:24 | 86:12,17,22 | 187:2 190:5,17 |
| 116:4 128:15 | 137:3 138:20 | **follow-ups** | 87:20 89:9 | 195:21 196:3 |
| 183:2 187:24 | 146:23 153:5,6 | 298:7 | 91:23 93:17 | 196:18 197:1 |
| 196:16 197:2 | 154:14,18 | **followed** 61:16 | 95:16 96:8,13 | 197:11 199:1 |

Ellen Blair Smith, M.D.

199:20 201:12
201:20 203:17
206:6,22 207:4
209:9 211:15
211:20 212:12
213:13 214:3
217:6,16 218:2
218:17 219:3
220:13 221:7
221:14,17
222:5,13,18
223:15,20,23
224:14 225:2,6
226:14 227:6
229:20,24
231:16,21
232:16 235:7
235:20 236:7
236:13,18,24
237:24 240:6
242:8 243:7,15
244:1,9,23
246:14 247:1
247:10 248:2
248:18 249:6
249:14 250:6
250:11,20
254:10 257:15
260:6,20
261:18 262:7
266:11 269:2
270:10 272:12
273:9 276:10
277:12 278:3
278:12,17
279:3,7,22
280:18 281:18
282:14 287:4
287:12,24
289:15,22
290:1,10 291:5
291:23 292:6
292:12 293:19
294:8,12,17
296:12 298:22
299:11 303:16
305:10,17

306:24 309:24
310:9,16 311:4
313:2,17
314:17 316:18
323:20 324:11
324:15 328:13
329:20 330:14
332:2 335:1
337:2 338:11
338:17,24
339:12,17
340:9 343:21
344:11,24
345:8 346:12
347:12 348:16
349:3 353:20
354:6 356:23
358:23 359:9
363:2,7,23
364:23 365:6
365:20 366:4
366:13 367:3
368:1,12 371:5
371:11,19
372:5,18
373:15 374:8
374:19 376:5
377:3,6,18
378:2,9 379:10
**formed** 60:16
78:5 81:24
89:8 90:16
91:1,7,11,12
91:16 92:10,19
**formerly** 311:16
**forming** 54:9
62:1,7 72:3
105:20 138:11
157:11 167:8
**forms** 141:20
212:4 246:19
**formulations**
146:17
**fornix** 364:4,12
**forth** 257:13
**forward** 44:23
**found** 43:22

56:6,15 87:10
96:19 97:3,16
98:5 118:3
121:14 187:5
222:12 229:3
239:23 255:15
258:2 269:21
273:10 280:19
292:19 294:16
302:3 309:15
309:17,19
311:12 318:22
325:19 327:18
328:3 348:1
372:3
**foundation**
244:2
**four** 321:21
**fourth** 43:11
45:7 249:17
**fragrance** 331:4
331:5,12
**fragrances**
61:17,20 62:1
74:3 91:16
331:6,15,19
344:4
**frame** 88:9
**framed** 176:4
**FRCP** 384:11
**free** 66:7 102:17
106:24 124:10
193:7 369:5
**freedom** 133:22
**frequency**
192:12 231:12
292:24 293:4
293:12,18
294:3,7,16
334:19 335:3
**frequent** 163:1
242:10
**frequently** 56:7
155:21
**friend** 378:4
**friends** 377:14
377:17,23

379:14
**front** 41:4,12
102:6 122:18
164:22 215:24
219:17 233:22
274:11 317:11
**full** 45:7,9,10
46:4 47:14
56:8 76:7
124:23 245:24
253:17 255:18
256:12 266:2
273:13 274:21
275:15 352:2
383:22
**functions**
262:17
**fundamental**
60:13
**funding** 285:10
**funky** 274:5
**further** 2:13
6:12,13,14,15
25:18 44:23
53:24 100:18
107:5 114:8,19
152:6 214:5
233:10 246:4
342:5 343:10
352:10 378:13
378:16 379:1,3
379:21 384:11
387:14,17
**future** 280:24
281:1 299:2
337:21

———————
**G**
**G** 11:1
**gangbusters**
337:6
**Garber** 3:12
14:9,17 385:10
**Gates** 9:20
214:20,21,23
215:12,16
216:3,10 217:5

217:8,12,18,23
218:16 219:2
221:6,10
223:18,21
224:2,12,19
227:10,13
229:12,18
235:14 252:24
253:1 255:7
277:19 292:5
**Gates'** 216:13
**gears** 315:7
**gene** 43:10
149:5 367:18
367:20,21,23
368:2,5,8
**general** 147:24
173:16 225:18
234:1 240:13
246:13 249:7
302:21 334:14
371:12
**generally**
145:22 146:2
148:2,12,15,18
148:22 149:7
150:7,10,17,22
151:19 152:8
152:11 158:22
161:11 162:9
165:18 166:17
167:2,9 168:2
168:9,12
243:17 280:12
280:16 321:19
335:24
**generate** 323:8
**genes** 328:4
368:11 370:22
370:24
**genesis** 134:19
**genetic** 83:19
138:1 172:7
367:16 370:9
**genetics** 83:24
138:1
**genital** 8:22 9:12

Ellen Blair Smith, M.D.

| | | | | |
|---|---|---|---|---|
| 10:4,20 87:5 | 174:8 189:4 | 325:3,9,9 | 193:21 197:16 | **Greater** 315:6 |
| 186:11 205:22 | 193:21 222:6 | 327:8 335:18 | 202:6 203:9 | **Greek** 320:2 |
| 206:19 229:6 | 224:7 229:4 | 342:18 343:1 | 207:13 210:1 | **Green** 329:7,15 |
| 262:16 263:19 | 239:15,16 | 356:15 357:17 | 210:17 215:14 | **Gross** 179:20 |
| 263:22 275:8 | 261:22 274:16 | 358:6 359:23 | 216:9,16,17 | **ground** 15:3 |
| 296:5 316:16 | 279:23 287:14 | 373:3 380:7 | 219:13 226:3 | 289:8 |
| 319:10 322:22 | 288:10 356:13 | **God** 11:13 | 229:4 231:5 | **ground's** 298:5 |
| 323:17 324:14 | 356:19 368:17 | 346:15 | 234:14 238:19 | **group** 124:24 |
| 330:11 347:15 | **given** 14:24 | **goes** 181:16 | 255:24 263:17 | 126:24 147:11 |
| 362:15 364:8 | 16:19 17:21 | 233:15 236:2 | 281:8 298:4,17 | 200:22 201:7 |
| 364:10,17,20 | 30:13,20 250:3 | 287:1 370:15 | 317:12 323:14 | 283:8 317:21 |
| 375:2,7,17,22 | 277:20 293:22 | **going** 23:4,5 | 347:24 358:4 | 318:8,11 353:7 |
| 377:19 378:5 | 365:15 382:19 | 38:12 41:3,5 | 367:1 | 357:7 |
| **genitalia** 323:24 | 384:5,20 | 41:24 70:17 | **Gonzalez** 222:20 | **group's** 350:2 |
| **Genome** 43:2,5 | **giving** 262:2 | 74:18 79:15 | 222:21 225:15 | **groups** 295:17 |
| 43:6 350:3 | **glad** 53:9 64:4 | 105:1 107:3,4 | 227:14 253:5 | **growing** 235:23 |
| **genotoxicity** | 65:4 | 117:4 119:2 | 255:9 277:21 | 283:3 339:5 |
| 282:18 285:24 | **glove** 322:4 | 122:18 123:16 | 277:22 | **grows** 235:24 |
| **gentlemen** 342:8 | **gloves** 268:1 | 124:1 147:1 | **good** 6:4 11:16 | **guess** 23:11 |
| **Gerrig** 260:13 | 363:11,17 | 160:16 161:20 | 11:17 15:21 | 26:14 |
| **Gerschwind** 9:6 | 366:14 | 185:2 188:15 | 74:20,23 79:11 | **guided** 179:8 |
| **Gertig** 9:24 | **go** 18:6 25:18,18 | 189:7 193:22 | 100:12,14 | **guilt** 341:20 |
| 214:20 215:17 | 42:24 43:16,17 | 193:23 200:8 | 105:3 145:19 | **Guy** 9:17 |
| 216:17,18,22 | 54:21 55:16 | 200:18 202:7 | 153:13 187:19 | **GY** 284:20,21 |
| 217:8 222:1,2 | 56:11 58:19 | 215:18,20 | 219:9 284:16 | **GYN** 37:15 |
| 223:2,4,5,9,11 | 64:3 87:21 | 226:15 261:1 | 295:13 308:24 | 259:13 |
| 223:14,16 | 95:10 100:18 | 269:5 276:24 | 343:12 346:2,4 | **gynecologic** |
| 227:11 229:12 | 110:24 118:24 | 282:3 288:16 | 347:23 | 10:9 13:11 |
| 238:2 250:1 | 134:4 143:4 | 296:19 308:3 | **Google** 58:7 | 159:16 366:10 |
| 260:14,15,15 | 145:6 149:13 | 333:5 342:17 | **Googling** 95:22 | **gynecologic/o...** |
| 277:20 293:1,9 | 168:16 175:24 | 343:4 374:23 | **GORDON** 4:16 | 263:15 |
| 293:11,13 | 176:23 184:20 | 379:23 | 386:14 | **gynecological** |
| **getting** 40:6 | 186:6 187:9 | **Golkow** 388:8 | **Gosh** 350:2 | 262:14 344:9 |
| 65:6 95:23 | 193:12,20 | **gonna** 20:11,12 | **gotcha** 192:14 | 345:5 |
| 184:18 189:6 | 209:10 211:2,5 | 24:19 38:14 | 252:12 | **gynecologist** |
| 239:10 265:6,8 | 215:15 228:1 | 41:10 44:12 | **gotta** 320:6 | 16:8 37:15 |
| 317:2 330:20 | 230:18 234:19 | 45:16 46:5 | **gotten** 346:15 | **gynecologists** |
| 331:13 352:23 | 254:11 263:4 | 49:4 52:24 | **grade** 326:21 | 8:14 148:20 |
| 361:17 | 265:7 266:3,3 | 53:4,23 54:3 | **granuloma** | 154:4,16 |
| **girls** 125:6 | 267:12,20,22 | 68:14 69:11 | 288:13 | 155:18 |
| 356:18 | 268:5,6 269:18 | 75:10 99:13 | **granulomas** | **gynecology** 8:18 |
| **give** 21:4 22:2 | 290:19 296:17 | 106:1 113:2 | 288:3 | 329:9 |
| 23:7 59:13,16 | 305:24 306:2 | 123:6 124:3,6 | **great** 79:24 | |
| 60:6 62:17 | 307:24 311:20 | 145:18 153:11 | 97:13 120:10 | **H** |
| 120:4 122:19 | 312:17 320:11 | 156:17 163:6 | 162:8 218:9 | **H** 9:9 |
| 134:12 148:17 | 321:12 322:13 | 171:1 175:22 | 232:5 256:13 | **habit** 140:6,21 |
| 152:1 164:12 | 322:14 324:4 | 190:21 193:17 | 317:18 322:10 | 141:6 313:14 |

Ellen Blair Smith, M.D.

314:15
**Hal** 156:4
298:13,15
**Halcyon** 12:4
**half** 51:10 125:3
195:9 215:12
359:14
**half-a-dozen**
229:14
**halfway** 50:8
114:21 194:19
275:3 315:24
364:21
**hand** 20:11
38:12 41:3,11
53:4,8,9 124:1
124:3 160:16
175:20 203:4
216:9 226:2
347:24 358:10
359:1 360:14
382:19
**handed** 20:12,17
42:9 102:6
122:22 123:3,9
123:19 124:18
157:6 160:23
226:7 228:18
333:10
**handful** 55:4
**handing** 42:6
197:20 352:12
**handy** 184:17
**hang-up** 191:16
**Hankinson** 9:9
**happen** 184:16
**happened** 56:8
300:17 342:2
**happens** 81:8
179:17 264:16
323:21
**happy** 15:12
178:15 189:4
190:13 286:6
**hard** 362:12
**HARDY** 4:4
386:2

**Harlow** 8:19
174:11 175:23
178:17
**Harvard** 317:24
**hate** 193:9
**hazard** 238:3,5
**head** 19:13
84:15 160:15
279:24 302:17
306:15 328:22
366:2
**headache**
181:16
**heading** 283:3
**health** 8:3,8
10:3 163:7
216:11,23
221:5 222:15
238:8,20
244:19 293:17
328:15,21
330:17 349:17
366:15
**hear** 105:4
138:12 185:11
185:12 320:12
**heard** 67:18
88:10 104:8
138:6 246:1
349:8
**hearing** 107:5
**heavily** 121:6
242:11 279:1
319:20
**heavy** 61:11
91:11 111:15
127:4 137:10
331:24 343:18
353:11 354:17
355:18 356:21
376:14
**help** 11:12 15:4
56:14 171:7
234:23 317:14
**Henderson**
321:16
**hereto** 2:12

**heterogeneity**
230:7,13
231:11 232:9
233:2,4,6
256:20 257:4
290:22 291:2,6
291:8,13,15
348:9,17,19
**Hey** 74:17 222:6
224:3 276:19
**Hi** 297:7 343:13
**hide** 223:10
**high** 260:12
**higher** 159:13
169:10 212:17
248:11 249:3
**highest** 173:24
**highly** 166:12
**Hill** 135:6
182:24 288:15
**Hill's** 182:21
**Hilton** 2:9
**hinge** 220:14
**hinging** 220:10
**Hispanics** 43:16
**histologic** 9:20
238:12 240:8
240:14 242:10
**histological**
239:13
**Histology**
239:21
**historical** 10:15
309:11
**histories** 32:4,10
**history** 33:5,14
33:24 34:14
35:12 149:5
360:8
**hold** 85:3 90:13
92:7 142:24
204:3,5 205:18
**Holliday** 50:18
**home** 12:4 88:14
**hope** 83:14
139:8,11
337:20

**hopes** 288:17
350:9
**Hopkins** 77:14
300:5,22
303:11 312:22
**Hopkins'** 78:1
**horse** 341:20
**hospice** 12:3
18:17 377:11
**hospital** 18:1
**Houghton** 10:7
227:13 238:7
238:20 244:5,8
249:19 253:2
255:8,8 277:17
**hour** 18:23
74:18,19
306:15 307:4
307:21 336:13
336:13
**hourly** 307:19
**hours** 19:10
307:11 360:11
371:1,2
**Houston** 4:6
16:8 386:4
**HPV** 346:20,21
**huge** 212:15
**Huh** 252:4
**hum-** 365:12
**Hum** 233:14
364:10
**human** 10:23
99:11 288:12
314:15 319:19
325:16 346:16
**humans** 365:3,7
365:10,11,13
365:14,14,15
**humor** 307:13
**Huncharek** 9:6
188:12 189:8
194:7
**hundreds** 261:2
**Hunes** 320:2
**hunger** 145:16
**Hunts** 365:14

**HURST** 3:18
385:16
**hurting** 323:9
**husband** 23:22
25:10 26:2,15
26:16 27:24
**hypothesis**
86:21 152:15
152:22 172:3
172:24 236:3
269:11 270:8
276:9,13 277:9
278:2 279:21
323:19 349:12
**hypothesized**
275:7
**hypothetical**
292:9 304:4
**hysterectomy**
8:15 16:11
35:7 159:19
172:12 263:13
268:4 271:11

**I**

**i-** 85:10
**IA** 122:20,21
351:17,23
**IARC** 7:21
10:22 111:3,12
115:1,20,23
116:2,8 121:2
121:9,13
122:17 123:3
125:4,15,19
127:8,20 128:7
128:9 132:20
133:2,14,15,17
133:23 136:12
149:9 164:13
164:20 200:22
200:24 201:8
201:10,14,19
202:15,16,21
264:2,5 265:3
313:12 314:5
314:14 317:21

Ellen Blair Smith, M.D.

Page 409

318:3 332:20
343:22 352:14
353:2,7 354:18
354:21 355:5
355:14,15,16
356:2 357:2,7
357:14 358:10
358:18 359:15
360:14,19,24
361:7,18,20,21
376:14
**IARC's** 121:5
126:6 127:9
130:4 313:24
332:3,7,11,13
332:21 355:13
361:6
**idea** 291:15
**identical** 41:12
99:20
**identifiable**
311:24
**identification**
20:15 38:16
40:12 41:9
44:15 53:3
77:23 78:2
99:17 106:5
113:5 124:9
154:2 157:4
160:20 163:10
171:4 176:2
184:24 189:10
197:19 203:12
207:16 216:5
216:21 226:6
238:23 300:4
309:8 333:9
352:9
**identified** 36:3
37:18 118:18
147:15 285:7
306:3,4 321:15
**identify** 37:4,7
54:22 114:13
128:5 130:24
174:3

**identifying**
310:6
**identity** 382:14
**Imerys** 4:15
297:8,9,21,23
297:24 298:2
299:3,17,23
303:12 306:10
306:18,20,22
386:13
**immediately**
6:21 193:5
**immune** 369:19
**impact** 49:8
149:1 345:6
**impair** 278:22
**imparted** 109:7
**implicit** 36:23
**implicitly**
192:11
**implies** 191:12
**importance**
51:17 135:5
**important**
121:19 187:6,7
188:5 206:12
212:11 213:24
278:21 279:18
289:6 371:2
**improved**
206:13
**in-depth** 155:5
227:2
**inability** 137:15
**inadequate**
163:20 165:5
304:13 305:6
**inappropriate**
377:20 378:22
**Inaudible**
194:23 265:10
**incidence** 125:9
224:20 263:11
270:5 274:6
346:7
**incidents** 346:14
**inciting** 323:5

**include** 51:14
105:15 134:10
136:24 139:20
172:11 191:21
194:9 218:6,16
221:5 225:20
236:1 238:11
254:14 262:10
262:12 271:10
271:15,18
295:22,22
**include-** 220:16
**included** 40:3
52:7 108:20
113:15 198:24
217:23 218:7
219:1 220:16
229:18 236:5
244:19 278:2
292:4 293:17
314:9,23
**includes** 217:18
355:7 384:22
**including** 27:24
141:4 188:9,10
206:14 267:15
307:7 319:10
**inclusion** 212:14
227:17 229:14
290:17
**income** 18:15,19
**incomplete**
60:17 304:1,4
**inconsistency**
290:8,13
**inconsistent**
205:1,7 211:16
211:17,22
269:1 272:11
280:9
**inconsistently**
140:24
**incorrect** 129:3
**incorrectly**
128:24
**increase** 159:21
176:9 177:17

177:17 180:10
181:18 224:20
229:5 238:3
258:14 260:22
261:3 278:23
281:17 326:13
329:17 375:13
376:15
**increased** 36:6
38:8 114:9
159:16 165:12
189:17 205:12
213:18 257:23
260:9 261:9
262:1,5 273:24
275:24 340:20
375:7,23
376:22
**increases** 125:9
212:3 343:19
374:16 375:2
**increasing**
169:19,20
204:15 245:10
330:22
**incur** 155:15
**independent**
80:1,4 101:7
**INDEX** 6:1 7:1
8:1 9:1 10:1
**indicating** 87:17
314:22
**indisputable**
266:7 316:8
324:10,13,18
324:24
**individual** 147:2
232:1,2 258:18
279:9 290:18
335:20,22
336:2
**individually**
134:4 290:16
332:19
**individuals** 70:5
**induce** 341:20
370:9

**induced** 326:23
**inducing** 281:24
282:2
**induction**
326:14 328:3
339:4
**indust-** 120:12
**industrial**
120:13
**infermil-** 263:3
**infertility** 263:3
**inflammation**
58:19,20 91:20
241:19 242:10
275:10,22
280:22 281:6
281:17,20,22
283:4 284:20
288:3 323:7
325:5,8,11
327:19 338:14
338:21 350:1
371:18
**inflammatory**
84:13 148:3
149:1 276:1
281:23 282:9
282:15 317:8
325:13,17
331:17 338:8
**influence** 343:24
346:24
**influenced**
133:20 319:20
**inform** 66:13
70:19 111:1
128:2
**information**
24:5 45:20
61:1 66:1 72:8
72:20 78:9,15
79:7 81:6 87:9
96:12 99:19
147:12,17
194:13 195:2,5
206:14 234:11
238:12 239:20

240:9,19
258:19 263:9
263:10,11
277:14 287:14
293:17 346:11
356:12 384:20
**informative**
106:9,9 167:1
273:8,10
**informed** 16:11
24:11
**informing** 338:5
**inhalation** 92:17
339:23
**inherited** 149:5
**inhibiting**
372:15
**inhibition**
372:13
**initial** 138:20
283:6 356:17
356:24
**initially** 68:2
210:5
**Initiative** 222:16
238:8,20
244:19
**inject** 363:10
**injected** 363:5
363:24
**injecting** 366:14
**injections** 364:2
**inputted** 184:10
**inquiry** 78:24
**insensitive**
341:14
**inside** 264:1
324:4
**instance** 2:3
270:12
**Institute** 8:10
9:23 162:19
165:20 166:19
**instruct** 24:19
68:15 78:20,22
**instructed** 78:23
79:1

**instrument**
382:15
**insufficient**
198:18 235:5
346:17
**insult** 281:23
**intend** 53:21
**intense** 220:3
**intent** 61:5
**intention** 147:5
333:1
**intentionally**
153:24
**interact** 377:12
377:13
**interacting**
275:9
**interest** 330:21
**interested** 72:6
150:8 152:21
387:18
**interesting**
135:9,24
**intergrown**
141:3
**internal** 323:24
**International**
8:21
**internet** 30:9
95:23
**interpretation**
230:9 231:13
231:22 235:9
257:8 291:2,20
292:11 348:14
348:20
**interpreting**
374:9
**interrupt** 281:6
358:8
**interrupted**
157:23 261:2
**interruption**
118:22
**interrupts** 274:7
**interval** 189:16
229:8

**intervals** 43:17
43:19 116:5
135:20 174:23
176:8 227:16
227:21 229:10
335:5
**interventions**
338:1
**interviews** 30:20
**intrauterine**
148:1,17
**introduced**
187:16
**introducing**
366:11
**introduction**
213:14 363:17
**invasion** 208:7
**invasive** 9:4
213:19 220:6
224:17 229:3,6
241:2,3,8,9
**inverted** 43:15
**investigators**
360:7
**investments**
18:21
**invoice** 19:20,23
20:9,23
**invoiced** 19:14
19:15
**invoices** 7:3
19:18 20:4,13
20:17 25:5
39:12
**invoked** 257:3
**involve** 353:17
354:2 362:23
363:4
**involved** 24:11
63:11 72:18
75:8 132:11,14
155:15 174:21
206:21 306:18
325:13 338:8
364:2 376:11
**involvement**

22:17 28:11,14
**involves** 363:16
**IR** 351:3,10
**issue** 62:13
84:18 98:11
107:4 132:20
200:6 245:18
246:23 247:5
247:20 248:10
253:20 268:10
268:13 278:16
279:1,2 289:14
348:9 350:15
**issued** 152:14
**issues** 14:5 29:9
29:22 30:3,11
349:22
**Item** 90:12,19
91:19
**items** 84:19
85:10 235:10
301:13
**IUDs** 147:22

—————
**J**
—————
**J** 9:6,10 87:8
**J&J** 11:22
103:18 109:18
297:22 298:3
300:19 317:20
**James** 4:4 6:7,9
6:12 11:15,21
14:13 16:1,2
17:3,5 20:2,7
20:10,16 21:7
24:8,22 25:8
26:7 28:20
29:15 34:4,7
34:10,11 35:22
38:18,23,24
40:9,13 41:2,3
41:10,24 42:4
42:8,16,17
44:16,19 48:18
48:23 51:19
52:2,10,15
53:4,10,11

54:7 55:19
57:12 58:11
59:20 60:3,12
60:22 61:9,15
61:21 62:5,11
62:19 64:15
65:8 66:12
67:6,9,11,14
67:19,22,23
68:6,18,22
69:2,3,14,19
70:9,24 71:12
71:19 72:7,15
72:22 73:4,8
73:10,18,19
74:14,15,21
75:1,2,18,24
76:6,17 77:2
78:14 79:3,5
79:11,13,21
81:2,10,17,23
85:2,7,21 86:4
86:9,14,19
87:2,16,22
88:1 89:12
92:3 93:9,20
94:10,14 95:12
96:2,10,15
97:19 98:5,16
99:12,18 100:2
100:19 101:1
101:16 102:5
102:13,20,21
103:20 104:8
104:15,23
105:9,19 106:1
106:8,14 107:6
107:20 108:2
108:18 109:12
109:17,22
110:12,20
112:9,13,19
113:2,7,8
116:17,23
117:11 118:10
118:17,24
119:8,16

Ellen Blair Smith, M.D.

Page 411

| | | | |
|---|---|---|---|
| 120:11,17 | 184:1,21 | 240:10 242:1,4 | **Johnson's** 10:15 |
| 121:1,12,18,23 | 185:16 186:23 | 242:14 243:12 | 92:24 97:11 |
| 122:1,11,14 | 187:23 188:17 | 243:20 244:4 | 103:17 299:14 |
| 123:2,10,12,14 | 188:20 189:3,7 | 244:17 245:2 | 306:4,5 308:20 |
| 123:16 124:1 | 189:12 190:9 | 245:16 246:6,7 | 309:12 310:7 |
| 124:15 126:1 | 190:13,14,19 | 246:21 247:7 | 311:2,8,13,15 |
| 126:14,20 | 190:22 191:8 | 247:12,23 | 326:22 340:7 |
| 127:14,24 | 193:12,15 | 248:3,6,21 | 353:18 354:4,8 |
| 128:17,23 | 194:6 195:15 | 249:8,19 250:8 | **Join** 327:22 |
| 130:2,7,11,13 | 195:22 196:7,9 | 250:15,24 | **journal** 9:19,22 |
| 130:17 131:7 | 196:22 197:8 | 251:3,16,18 | 10:19 30:6 |
| 131:15,18 | 197:12,20 | 252:1,4,21 | 329:7,10,15 |
| 132:5 133:4 | 198:4 199:4,21 | 253:13,16 | **journals** 51:20 |
| 134:15 135:3 | 201:4,10,14 | 254:14 257:17 | 167:6 |
| 136:17,22 | 202:11 203:13 | 259:6,15 260:8 | **JPMorgan** 4:5 |
| 137:11 138:3 | 203:22 205:16 | 261:5,23 262:9 | 386:3 |
| 138:23 139:9 | 206:9,24 207:8 | 265:14,19,22 | **judge** 181:22 |
| 139:19 141:9 | 207:17 208:18 | 266:12 267:23 | 304:24 305:5 |
| 141:22 142:12 | 208:21,23 | 268:18 269:6 | **judging** 182:11 |
| 142:18 143:3,5 | 209:1,4,15 | 269:24 270:16 | **Judith** 7:11 |
| 143:15,23 | 210:1,4,13,20 | 271:14 273:6 | **Judy** 26:22 |
| 144:5,11,17,23 | 210:22 211:17 | 274:10,18,21 | **Julie** 77:18 |
| 145:6,9,17 | 212:1,19 | 275:1,19,23 | **July** 8:8 |
| 147:22 149:15 | 213:10,22 | 276:15,22 | **jump** 288:17 |
| 151:10 152:7 | 214:11 215:22 | 277:7,15 278:5 | 374:1 |
| 152:13,19 | 216:2,6,10,18 | 278:14,24 | **junction** 50:18 |
| 153:18,20,22 | 216:22 217:9 | 279:5,19 280:1 | 341:15 |
| 154:9 155:6,9 | 217:17 218:4 | 281:9 282:5,17 | **jury's** 304:5 |
| 156:4,16 157:5 | 218:19 219:6 | 286:11,14,19 | **just--** 78:20 |
| 157:18 158:8 | 220:19 221:9 | 287:8,16,17,19 | |
| 160:22 161:17 | 221:15,19 | 288:2,14 | **K** |
| 162:5,22 | 222:10,15,20 | 289:19,23 | **K** 5:3 263:1 |
| 163:11 164:21 | 223:17 224:1 | 290:4,12 | 386:19 |
| 166:6,13,23 | 224:11,22 | 291:17 292:2,8 | **K-u-n-z** 322:5 |
| 167:7,16,21 | 225:5,10 226:3 | 292:15 294:6 | **Kahn** 325:14 |
| 168:8,23 | 226:7,15 227:8 | 294:10,14,19 | **Karen** 2:6 5:24 |
| 169:23 170:8 | 228:8,14,17,22 | 297:1 300:21 | 37:8 383:17 |
| 171:1,6 172:13 | 229:16,22 | 304:19,22 | 388:6 |
| 173:4 174:24 | 230:2,12,14,19 | 305:3 309:18 | **Katherine** 4:10 |
| 175:11,19,22 | 231:2,18 232:2 | 309:23 310:9 | 269:15 386:8 |
| 176:3,11,16,24 | 232:19 233:19 | 310:16 311:4 | **katherine.mc...** |
| 178:10 179:6 | 233:21 234:5,9 | 313:2,17 | 4:13 386:11 |
| 179:12,18 | 234:13,17,24 | 314:17 316:18 | **Kathryn** 9:13 |
| 180:17,21 | 235:3,4,10 | 323:20 324:15 | **keep** 50:21 |
| 181:4,21 | 236:2,9,16,20 | 327:22 328:13 | 184:8 193:22 |
| 182:10 183:3 | 237:2,19 238:7 | 329:20 330:14 | 235:1,3 269:4 |
| 183:12,19 | 238:19 239:1,9 | 332:2 335:1,8 | 317:11 374:23 |

Ellen Blair Smith, M.D.

Page 412

| | | | | |
|---|---|---|---|---|
| **Kemble** 5:4 | 366:6,15 367:5 | 140:8,18 | 346:11 356:10 | **language** 172:21 |
| 386:20 | 367:20,23 | 141:19 150:16 | 359:10,21,24 | 197:9 206:17 |
| **kept** 50:21 | 368:3,14,18,20 | 152:3,12,13 | 359:24 361:17 | 348:23,24 |
| **key** 371:16 | 368:23 369:7 | 156:4 159:9 | 362:17 369:11 | 353:5 |
| 372:12 | 369:13 371:6 | 162:16 163:24 | 374:21 377:1,8 | **large** 10:13 |
| **kidding** 311:17 | 371:13,21 | 164:24 174:6 | **knowing** 155:14 | 212:17 250:3 |
| **killer** 345:13 | 372:7,20 373:7 | 191:9 193:17 | **knowledge** | **largely** 205:24 |
| **kind** 23:2,6 | 373:20 374:12 | 196:19 202:21 | 75:22 103:21 | 330:24 |
| 24:16 58:24 | 374:24 375:21 | 212:5,7,8 | **known** 13:8 28:7 | **larger** 55:4,6 |
| 101:13 144:14 | 376:9 377:7,19 | 214:11 217:10 | 311:16,17 | 63:8 124:20 |
| 146:20 191:13 | 378:6,11,22 | 221:4,10,13,16 | 314:15 318:20 | 179:4 322:17 |
| 255:10 263:17 | 379:4,12,20 | 222:10,11,15 | 382:12 | 324:1 325:22 |
| **Klatt** 4:16 6:10 | 386:14 | 222:20 223:19 | **knows** 302:11 | **lasted** 307:15 |
| 6:13,15 15:20 | **Klatt's** 369:6 | 224:9 226:16 | 304:6 | **late** 341:5 |
| 15:24 16:1 | **KLF4** 372:20 | 228:16 239:23 | **Kruppel-like** | **latency** 224:24 |
| 213:9 228:18 | **Kluwer** 10:3 | 248:13 249:5,7 | 372:21 | 225:7,13,22 |
| 297:5,6 299:1 | **knew** 26:3 | 252:21 258:2 | **Kupelnick** 9:6 | **latest** 102:23 |
| 299:3,16,21,24 | 104:24 284:21 | 258:22 259:15 | | **Laurel** 60:5 |
| 300:5,16,22 | 298:12 | 259:19 261:21 | **L** | **law** 307:8 |
| 301:3,9,18 | **know** 13:7,16 | 264:5,17 265:5 | **L** 2:6 3:12 5:24 | **Lawrence** 156:5 |
| 302:2,14 303:8 | 14:10 15:12 | 266:22 268:14 | 383:17 385:10 | 298:13,15,24 |
| 303:15,19 | 17:24 19:13 | 269:9,19 | **L.D** 388:6 | **lawyer** 361:15 |
| 304:2,7,12,20 | 25:22 26:14,18 | 270:22 273:22 | **L.L.P** 4:4 386:2 | **lawyers** 24:20 |
| 304:24 305:5 | 26:23 27:1,1,7 | 281:21 283:10 | **lab** 23:13 101:7 | 78:21 259:20 |
| 305:13,20,24 | 33:23 34:5,6,6 | 283:21,22,22 | 101:14,20 | **lead** 246:9 |
| 306:6,10,16 | 34:11 36:15 | 284:2,5,6,13 | 281:8 284:23 | **leader** 342:1 |
| 307:3,24 | 37:9,17,20 | 284:14,24 | 323:7 326:4 | **leading** 275:10 |
| 308:10 309:24 | 42:6 43:2 | 285:1,1,2,3,5,8 | **labeled** 43:9 | 275:21 309:18 |
| 324:11,17 | 54:20 56:16 | 285:9,10 286:6 | 90:8 312:2 | 309:23 330:15 |
| 327:13,20 | 69:14,18 70:17 | 287:2,5,5 | **laboratory** 92:2 | 336:19 339:5 |
| 330:15 334:24 | 71:22 72:1,2 | 288:12,12 | 200:19 281:2 | **leads** 202:19 |
| 336:19 342:11 | 72:17,20 75:11 | 294:3 297:9,15 | 325:10 | 274:22 |
| 342:13,18 | 75:24 76:5,10 | 297:18,18,20 | **labs** 105:16 | **leaning** 44:21 |
| 347:5 350:23 | 76:13,14 77:10 | 298:2 299:23 | **lack** 45:20 46:13 | **learn** 184:7 |
| 351:2,5,11,14 | 77:12 78:8,13 | 300:12 301:17 | 195:13,18 | **learned** 240:17 |
| 351:16,20 | 79:6 82:23 | 302:14,22,24 | 197:3 231:12 | **leave** 41:19 |
| 352:1,5,11 | 95:5 100:7,8 | 303:3 304:9,11 | 244:1 254:19 | 275:19 323:15 |
| 353:24 354:10 | 100:11,12,12 | 304:16 305:20 | 255:10 291:13 | **lectures** 30:14 |
| 355:4 356:8 | 100:13 101:24 | 306:6,16,19 | 291:21 292:9 | **Lee** 23:13 |
| 357:2,15,17,20 | 103:13,18,24 | 308:17 315:19 | 326:24 | **left** 153:24 |
| 358:1,7,12,15 | 104:7,15 105:2 | 329:22,23 | **lacks** 166:3 | 194:17 275:21 |
| 359:1,15 | 105:10,14 | 330:4,6,7,23 | **ladies** 268:3 | 280:4 308:5 |
| 360:12,24 | 108:22 114:20 | 331:21 338:7 | **Langseth** 9:9 | **left-hand** 212:20 |
| 361:11 362:4,9 | 128:15 133:2 | 338:13,20 | 49:12 197:13 | 256:9 318:14 |
| 362:12 363:4,9 | 135:15,21 | 339:14 341:24 | 197:21 251:1 | **legal** 242:18 |
| 363:21 364:1 | 136:9 137:4 | 342:3 343:22 | 252:22 317:13 | **Leigh** 3:4 14:9 |
| 365:1,8 366:1 | 138:2,10,14 | 343:23 344:20 | 318:16 321:9 | 25:13,19,24 |

Ellen Blair Smith, M.D.

40:9 72:22
122:14 145:1
175:11 193:15
196:8 228:9
233:22 275:20
287:18 313:18
335:8 380:3
385:2
**leigh.odell@b...**
3:9 385:7
**length** 110:14
200:21 322:19
348:8
**lengthy** 55:1
**let's** 24:13 55:19
71:2 90:4
118:12,17,24
122:2 145:8,13
159:6 193:21
197:8 203:18
233:12 234:24
235:1,3 260:21
260:21,22
286:19 299:24
302:23 342:16
343:1 352:2,6
364:1
**Lethal** 345:21
**lethality** 345:11
345:21,22,22
**letter** 7:16
105:20,22
106:2,7,9,17
106:22 107:7
107:11,18
108:5 265:17
265:23 315:20
316:14 324:16
324:21
**letters** 149:19
**level** 95:12
100:10 164:19
173:19,23,24
200:12 202:9
248:11 249:3
249:16 323:9
**levels** 146:19

195:4 326:10
332:24 350:2
369:23 376:22
**LHG** 1:5 383:5
**LIABILITY** 1:5
383:5
**Liberty** 388:9
**life** 97:9 99:11
112:24 113:1
146:21 148:9
283:2 341:2,15
379:11
**lifetime** 17:21
204:16 209:11
**ligation** 159:20
169:9 212:3
263:12 268:19
268:24 269:10
269:22 270:5,8
270:12,14,21
271:2,10,19,24
272:11,15,18
273:2,3,4,11
273:12,22,24
274:6 277:10
278:9,16,20,21
279:12,14,21
**light** 100:13
179:4
**limit** 131:5
260:12
**limitation**
118:18,20
119:9,18
122:11 131:19
136:23 138:4
174:1
**limitations**
117:16,22
118:3 122:7
127:15 128:4
128:18,21
129:1,5 130:18
130:22 132:6
132:10 173:15
174:2 220:21
250:14

**limited** 45:19
46:13 61:19
64:5 108:13,14
166:1 194:20
334:12,15
**limiting** 131:4
**Linda** 8:16
**line** 34:18 42:5
74:22 78:24
88:22 122:6
153:5,6,24
326:19
**lines** 155:14
325:24 326:8
**link** 117:17
212:23 213:15
355:16 356:20
357:1 359:2
**list** 10:12,13
54:22 55:1,16
56:14 62:20,22
63:5,7,8,9,11
63:14,15,16,20
64:1,10,11,14
84:11 132:15
145:21 146:7
147:4,13
148:11 149:7,8
149:16,20
150:7 151:10
151:13,21,22
157:11,15
158:4,9,12,13
158:15 160:3
160:10,22
162:9,11 166:2
167:6 280:11
280:13 285:18
286:1,1,22
287:10,22,23
314:10,21,21
330:5
**listed** 56:1 63:19
75:3 76:1
111:2 146:23
147:3,6,10,15
147:23 148:14

151:11,22,24
158:3 160:8
162:14 165:6
173:23 223:10
285:24 286:21
287:8,21 312:8
315:1
**listen** 361:21
**listening** 361:22
361:23
**listing** 146:10
**lists** 56:2 63:1,4
75:3 223:4,5
**literature** 7:19
22:3,9 40:3
57:5 59:5,11
59:24 60:18
61:6 70:3,8
74:9 82:17
83:11 85:18
89:19 95:13
97:22 98:9
117:16,20
118:1,3,21
119:9,10 127:9
127:10,16,18
128:1,19,22
129:2 130:18
130:23 131:8
131:20 132:6
132:10 133:11
136:23 137:14
137:15 138:4,6
138:15,24
139:2,3 141:1
141:23 146:10
146:13 151:23
166:1,7 173:6
177:21 185:21
206:10 212:6
231:24 236:4
247:13 263:2
268:9 270:14
272:15 273:12
273:21,22
274:4 278:11
278:19 280:8

282:7 284:1,8
285:16 286:8
287:20 289:1
289:10,13
292:16 293:7
295:8 312:5,23
313:4,10 314:7
314:9,21
328:17 332:4
332:14 336:22
337:11 338:14
338:21 339:21
343:17 344:3,7
344:15 345:2,3
349:5
**litigation** 1:5
12:17 13:5,15
13:22 14:5,8
14:22 16:3,16
16:24 18:6,24
19:11,16 20:4
20:19 21:3
22:1,15,18,23
24:1,4,5,10
25:3,7 27:2,5
27:11,14,21
28:1,4,5,11,16
29:22 30:3,11
35:23 37:23
41:7 42:11
44:13 54:9,11
54:15 63:11,12
70:10,23 71:6
71:8,13,23
72:16 73:12,15
73:16,20,21,24
75:9,13,18,19
76:2,11 77:8
80:9,22 81:11
82:8,12 83:5
83:10,16,24
84:5,20 85:3
85:13,22 86:11
86:20 89:2,4,8
89:16,18,20
90:2,17 91:2,7
91:13,17 92:5

Ellen Blair Smith, M.D.

92:11,20 93:9
93:10 99:1,7
101:11 102:1,4
103:10 104:17
105:12 110:13
165:13 202:14
211:14 220:4
231:18 237:21
259:7 283:14
284:3 285:6,14
298:16,19
338:4,5,9,12
338:19 339:13
339:19 349:23
376:3,12 383:5
388:8
**litigations** 16:21
**little** 34:4 42:15
65:6,9 72:14
136:5 144:24
173:9 288:17
315:23 316:5
320:15 339:3
374:2
**live** 368:4
**live-action**
322:12
**lives** 261:2
**living** 367:24
**LLC** 5:14,14
12:4 387:7,7
**LLP** 3:18 4:10
4:16 5:3,10,16
385:16 386:8
386:14,20
387:2,8
**local** 16:8
275:10,22
**locate** 251:3
**located** 26:13,19
**Logan** 4:11
386:9
**logical** 151:3
**long** 28:7 186:9
245:7 253:22
294:4 308:17
**long-term**

120:11 207:19
207:24 209:7
211:6,13,18
281:21
**longer** 37:16
144:24
**longest** 225:23
**Longo** 10:17
70:11 71:2,6
71:12,13 73:11
73:15 74:13,15
93:4 110:9,13
259:13 302:3
302:24 310:5
310:13 311:1
**Longo's** 71:23
72:3,16 97:3
101:10 301:20
302:12 303:21
305:6,14 309:6
309:10,14
310:18 312:20
**look** 12:14 25:5
45:6,15 47:6
47:13 48:1
50:6,7 58:20
77:21 90:4
102:12 114:1,5
121:9,21
122:16,17
124:16,19,22
125:3 126:20
134:4,20
160:23 163:16
166:4 169:22
172:13 175:10
188:7 192:12
194:7 198:12
200:5 204:13
204:21 206:15
207:21 223:17
223:21 224:23
225:3 226:21
227:12 229:13
230:3 233:12
237:5 239:1,7
246:3 247:20

250:24 253:10
253:23 254:6
255:14,17
258:21 259:6
260:21,23
264:24 265:22
271:22 274:13
277:13,23
282:17 285:16
291:10 292:23
292:24 293:3
293:12,21
303:11 308:2
315:23 318:13
320:5 321:14
325:11 334:3
335:9 336:1
348:3 350:14
353:21,21
354:15,19
367:16 368:21
369:4,9
**looked** 40:20
49:2 58:4 59:3
71:5 75:2,4
77:23 78:1
102:5 104:1
118:2 121:2,13
132:20 152:24
153:2 157:20
160:3,18
165:24 224:1
224:11 235:17
235:22 240:20
244:11 249:20
285:17 294:15
294:23 322:20
325:23 326:11
327:17,24
353:5 357:8
367:18 368:13
369:16,18
**looking** 39:12
46:3 47:8,20
48:10 49:5
53:12,20 55:3
57:10 58:24

65:18 72:15
94:2 112:13
118:1 131:23
136:23 139:14
145:20 147:9
150:20 169:11
179:18 188:22
191:22 192:16
210:4,22 225:8
228:1 234:3,18
246:15 251:16
252:5 256:3
263:3,9 265:21
265:24 268:3
269:12,24
270:23 271:1,3
272:19 283:9
284:19 290:18
300:1,7,13
301:14 319:24
344:8 345:3
350:1,6 351:3
352:13 353:4
369:1,22
**looks** 58:16
138:24 142:2
169:24 227:13
322:5,9 326:6
335:11 350:5
**loose-leaf** 41:16
**loosely** 84:1
**lose** 156:22
295:18
**lost** 73:9 77:1
148:19 194:22
239:15 286:18
296:14
**lot** 13:16 37:1
56:9 81:8
95:23 192:12
288:16 298:4
329:23 330:20
342:1 374:2
**lots** 146:9
254:13
**Lough-** 298:23
**love** 215:11

244:3 341:23
**low** 129:7
244:15 257:2
260:16
**low.'** 195:11
**lower** 136:5,9
183:4,7 203:14
203:20 211:10
211:12,18
227:20 270:5
270:11 364:10
364:20
**lowers** 348:20
**lowest** 195:9
260:22 262:2
**Lozano** 37:8
**lunch** 145:3
161:23
**Lusignac** 297:22
297:23 298:1

---

### M

**M** 3:4 5:15 7:17
385:2 387:8
**M.D** 1:12 2:2
6:6 7:9,11,13
7:17 11:4,5,10
379:23 381:2
382:1,6,12
383:12 384:2
**ma'am** 28:19
191:8
**machine** 2:8
**macrophages**
325:16
**magnitude**
211:10,12
**Main** 5:16 387:9
**majority** 22:5
146:4 148:18
150:23 268:6
295:5 310:20
315:4 319:2
322:18
**making** 125:23
182:18 197:3
253:11 376:10

Ellen Blair Smith, M.D.

male 88:5
maligat 327:1
malignancy
  281:5 326:23
  327:1
malignant 327:4
  327:5
manner 61:10
  262:4
MANSUKHA...
  4:16 386:14
manual 163:15
manufacturers
  104:4
Margaret 3:4
  9:20 12:20,22
  193:15 385:2
margaret.tho...
  3:10 385:8
mark 5:3 10:17
  20:12 37:15
  38:14 40:7
  41:5 42:15
  43:7 44:12
  52:24 56:12
  99:13 106:1
  113:2 123:6
  124:6 153:11
  156:17 163:6
  171:1 175:18
  175:22 184:21
  189:8 197:16
  203:4,9 207:13
  215:15,15
  216:16,18
  226:3 238:19
  245:14 299:24
  333:5,16 352:2
  352:6 386:19
marked 20:14
  38:15 39:11
  40:11 41:8
  42:10 44:14
  53:2 99:16
  106:4 113:4
  124:8 154:1
  157:3 160:19

163:9 171:3
176:1 184:23
189:9 197:18
203:11 207:15
215:21 216:4
216:20 226:5
238:22 277:22
300:3 309:7
317:12 333:8
333:19 352:8
market 109:19
  110:1,6 388:9
marketed 103:5
MARKETING
  1:4 383:4
marking 160:16
  216:2 309:5
marks 6:23
  117:8 194:3
  277:4 320:23
MAS 10:15
master 63:11
material 61:19
  81:7 103:6
  262:17
materials 7:7
  22:15 28:4
  39:9,13,15,20
  39:22 40:16,19
  53:18 54:8
  56:2 62:22
  63:15 64:8,23
  65:13 71:9
  81:11 86:5
  94:17 106:15
  110:24 263:21
  285:18 286:1
  286:22 287:9
  287:22 314:10
  314:20,24
  332:22 336:23
matrix 369:21
matter 66:1 67:2
  68:13 69:10
  132:17,20
  218:3,4 319:22
matters 16:5

Maura 284:22
MC 351:22
McBETH 4:10
  386:8
MDL 1:4 12:9
  12:13 16:17
  18:4,5 19:4
  22:19 26:9,12
  73:16 74:12
  75:17 76:23
  383:4
mean 18:8 34:9
  60:23 82:15
  83:3 88:3 93:6
  95:22 97:7,13
  97:14 98:7
  100:9,9,10
  101:14 106:14
  116:4 119:14
  129:10,17
  131:6 135:15
  136:9 137:1,2
  151:22 159:8
  171:15 196:19
  205:13 206:2
  211:23 212:4
  224:15 233:9
  244:15 246:15
  252:24 254:13
  268:1 287:5
  290:11 331:16
  351:6 358:8
meaning 177:18
means 100:12
  139:3 170:2
  191:10,11
  366:20 373:21
meant 241:6
  291:12
measure 294:7,9
  294:11
measured
  326:23 368:8
measuring
  176:10
mech- 365:22
mechanism

120:23 144:13
214:6 319:4
337:7 338:22
mechanisms
  144:21 258:7
  281:3 365:23
media 30:10
  220:3
medic- 151:4
medical 12:3
  22:9 32:4,10
  35:16 57:5
  59:5,11,23
  60:18 61:6
  74:9 85:18
  117:20 141:23
  148:15 149:9
  150:12 151:4,6
  153:3,9 154:7
  154:12 166:1
  167:9 168:10
  191:12 255:1
  262:23 330:12
  338:14,21
  339:20
medicine 173:20
meet 13:10 44:9
meeting 22:4,9
  22:11
meetings 13:14
  13:21 14:1,17
  14:18,22
member 329:5
  378:4
members 150:3
  161:13
memorialized
  326:18
memory 310:1
  310:21 355:9
  355:22
menopausal
  272:1
menstruation
  319:3 347:5
mention 85:11
  98:17 206:2

318:7
mentioned
  14:14 16:16
  17:5 20:2
  34:17 58:3
  70:10 84:20
  111:12 146:24
  147:12 148:8
  169:24 273:23
  293:9 327:16
  350:18,19
mentioning
  56:20 204:8
mentors 87:8
mere 368:8
mesothelial
  328:1
mesothelioma
  113:13 116:21
  136:8 369:17
messed 317:15
met 11:22 14:7
  283:11 288:24
  289:10 290:5
  292:16
meta 236:17
  290:16
meta-analyses
  128:11 134:10
  135:22 136:21
  166:4,7 173:13
  173:16,17
  174:4,7 200:4
  203:15 229:15
  235:17 236:10
  245:17,21
  246:22 247:14
  248:8,21 249:1
  258:11 290:17
meta-analysis
  7:20 9:5,17
  10:4,20 113:20
  114:10 116:2,3
  119:14 125:21
  125:23 134:13
  174:11,15,20
  175:1 232:3,4

Ellen Blair Smith, M.D.

Page 416

236:5 247:3,8
248:19 253:19
292:19 349:20
355:8
**meta-analytic**
129:7
**metabolic**
369:19
**metals** 10:22
61:11 91:11
331:24 343:18
376:15
**metastasis**
372:14,16
**metastasized**
243:10
**meth-** 59:8
**method** 164:24
**methodology**
53:17 57:3,21
59:9 60:14
61:4,16,24
62:6,12 80:10
80:14 133:8,10
249:9 304:13
305:6 310:6
311:1
**methods** 114:13
174:5
**Michael** 4:16
9:6 37:8
386:14
**Michigan** 285:3
**micrograms**
326:20
**micronized**
322:6
**microns** 322:19
**microscopy**
100:14
**middle** 353:6
**migrate** 263:22
266:5 316:6
318:17,21
319:1,10,15
323:17 324:13
324:23 339:15

362:15
**migrates** 321:5
347:15
**migrating**
316:16
**migration** 92:16
262:10 264:6
264:11 268:10
268:13 277:9
278:16 279:21
316:24 317:10
319:17 321:14
322:21 323:15
325:4 362:17
**mike** 148:19
185:10 230:15
234:7 297:6
342:10
**mil** 327:11
**millers** 138:7,16
139:1,15
**milligrams**
326:19
**milliliter** 326:20
**million** 77:24
**Mills** 138:13,22
**mind** 67:21
188:19 189:6
275:14 315:13
336:20
**mine** 109:24
189:1 233:13
299:23
**mine's** 233:16
**mined** 297:14,16
**mineral** 101:2
140:20
**mineral-induc...**
371:3
**mineralogists**
141:19
**mineralogy**
101:4
**minerals** 77:24
141:3,20
**miners** 138:7,13
138:15,22

139:1,15
**mines** 297:13,16
297:20 299:4,6
299:17 306:20
**minimal** 49:8
**minority** 194:15
194:21,22
195:1
**minus** 148:4
**minute** 132:1
193:21 222:6
274:16 331:2
**minutes** 74:18
74:19 145:7,12
193:7,18
342:11
**mis-** 130:17
**mischaracteri...**
75:21 252:19
316:19,22
327:21
**mischaracteri...**
299:12 324:16
**misclassificati...**
113:22 114:17
129:13 130:3
130:19
**misleading**
72:14 123:22
299:12
**misrepresents**
250:21 300:14
**missed** 98:15
107:15 143:23
**misses** 60:23
**missing** 20:8
51:7,10 184:20
185:2 226:24
228:5 269:13
**misspoke**
180:22
**misstated**
150:21
**misstates** 76:4
87:21 98:14
108:9 139:6
157:14 207:5

254:10 293:20
299:12 301:22
303:17 304:16
305:11 307:2
324:17 354:7
359:20
**mistake** 187:13
208:10 227:5
**misunderstan...**
196:2,6
**misunderstood**
107:14 110:2
**mitogenesis**
371:18
**mix** 59:1
**mixed** 84:12,13
84:24
**mklatt@grsm...**
4:19 386:17
**model** 201:24
**modeling** 195:6
**modest** 174:18
177:7,9,12,17
178:5,8 180:13
180:20,23
182:3 183:5,5
190:15 191:2
203:24
**modulate** 372:1
372:1
**modulated**
372:3
**modulation**
371:17
**modulator**
372:24
**Mohamed**
349:18
**molecular** 323:9
350:2
**molecules**
325:12
**moment** 120:4
159:2 193:22
204:13 224:7
288:10 314:20
315:7 323:14

368:17
**monitoring** 36:7
38:8
**monkeys** 266:21
266:22 267:4,5
267:5,9,17
**monogram**
313:13
**monograph**
123:4,9,11,17
123:20 124:11
124:20 125:4
140:9 313:21
332:11 351:3
351:10,12,18
351:21 352:3
352:15 353:2
354:18,22
355:6 357:3
359:2,16,16
360:15 361:12
361:13,24
362:1
**Monographs**
7:21 10:22
**Montgomery**
3:6 385:4
**month** 21:9
**Montreal**
317:24
**morning** 11:16
11:17 88:18
110:16
**Morristown** 5:5
386:21
**mort-** 127:4
**mortality**
125:10 127:4
238:4 353:10
**motal-** 322:14
**mothers** 377:23
379:13,14
**motile** 324:3
**motility** 322:14
369:19 372:13
372:16
**Mount** 5:4

Ellen Blair Smith, M.D.

386:20
move 71:2 171:7
  197:10 295:15
moved 325:3
moving 40:6
  235:1 276:17
  276:20 288:17
  350:9
MRA 369:23
msilver@coug...
  5:7 386:23
mucinous
  213:20 240:15
  240:21 241:12
multiday 300:6
  300:23
multiple 97:12
  169:16 174:6
  202:8 218:8
  319:19 352:18
Musser 7:17
  324:19
mutations 149:5
  282:2 350:5
  367:17 379:9
  379:15

_____ N _____

N 3:1 4:1 5:1
  11:1
N.W 5:10 387:3
NAEEM 5:15
  387:8
name 11:21
  14:11 34:19
  35:2,2 93:5
  138:21 169:11
  266:23 267:10
  283:1 284:11
  284:12 287:6,6
  297:6 381:2
  382:15
named 326:18
nanopart
  325:14
nanoparticles
  282:24

nanoscale 141:3
nanotalc 325:15
napkins 293:24
  295:10,23
  296:11
Narod 10:10
  255:1 257:16
  261:1
narrative
  327:13
National 8:10
  9:22 162:18
  165:19 166:18
nature 24:8
  225:18 249:21
nausea 341:22
NC- 162:23
NCI 162:13,18
  162:23 163:7
  164:17 165:14
  166:24 167:7
  168:11,16
NCI's 162:10
NCRA 388:7
necessarily 6:23
  60:21,21 129:4
  171:16 183:24
  371:23
necessary 51:16
  191:23 196:11
  346:17
necrosis 325:16
need 15:11
  58:24 102:11
  102:16 120:7
  159:2 193:6
  198:2 202:9
  204:13 205:15
  214:5 230:17
  237:15 246:3
  264:21 277:13
  277:20 308:1
  320:7,14
  341:21,22,23
  341:23 342:1,2
  342:13,18
  346:6,20,21

358:5 369:4,9
needed 202:9
  206:19
needlelike 140:7
needs 116:24
  207:7 228:19
negative 99:4,8
  144:14,18
  206:2,14
  372:21,23
  373:7,11,12,20
  374:12
neither 374:21
  387:14
never 88:4 142:2
  159:17 189:14
  202:5,10 225:7
  283:11 293:15
  299:5,6 347:4
  347:7 376:23
  378:3
Nevertheless
  73:19
new 1:1 5:5
  326:2 337:19
  337:21 350:6
  383:1 386:21
Newcastle 291:9
Newhouse 291:8
Newport 3:13
  385:11
newspaper 66:9
Newton 320:2
  321:17 322:3
nickel 332:11,16
  332:24 376:23
Nicole 284:22
  326:3
NIH 8:10
nine 182:21
  183:1 367:10
nitrogen 282:1
Nodded 160:15
non-significant
  125:8
noncoated
  181:10,13

nonenvironm...
  118:8
nonfibrous
  328:3
nonflagellated
  263:4
nonoccupatio...
  119:20 121:13
  125:16 130:20
  134:2,7,11,14
  134:17,21
  136:3,13
nonoccupatio...
  355:24
nonresponsive
  213:9 300:21
nope 230:16
  265:6 277:16
normal 323:11
  326:7,8,19
  328:1,2 374:20
Norway 317:24
NOS 291:11
NOTARY
  382:23
note 6:20,23
  58:3 90:4
  180:1 189:12
  203:6 211:9,23
  214:18 219:8
  238:11 250:18
  250:22
noted 127:1
  136:12 186:2
  286:12,13,15
  353:7 382:3
notes 40:3
  129:12 137:15
  308:2 383:23
notice 7:5 38:13
  38:21 39:1,17
  40:20
noting 232:12
NSAIDs 276:16
  280:5,8,13,16
  281:14
nulliparity

84:12 149:6
  169:9
nullity 196:16
  196:19
number 19:9
  20:13 26:11
  38:14 39:8
  40:8 41:5
  42:10 44:12
  53:1,13 90:12
  90:19 91:10,19
  91:22 92:7,8
  92:13,15 94:1
  96:5 99:13
  100:3 102:6
  106:2 108:13
  108:14 113:3
  123:7 124:7
  131:19 132:2,4
  132:7 135:14
  135:16 153:15
  155:3,4 160:17
  163:6 168:18
  174:22 177:6
  183:18 189:8
  191:11 197:17
  197:21 203:10
  204:15 207:14
  212:15 236:1
  238:21 244:14
  255:5 256:11
  261:21 262:2
  266:13 295:20
  309:15 321:13
  330:4 335:6
  347:20 348:14
numbered 2:5
numbers 131:24
  212:16,17
  227:18 229:7
  233:13 234:4
  245:8 254:24
  254:24 289:16
  348:2
numerous
  146:15 273:13
nurses 227:14

Ellen Blair Smith, M.D.

**Nurses'** 215:13
216:11,23
221:5 293:13
293:17
**Nutrition**
324:21

**O**

**O** 11:1
**O'Dell** 3:7,7
6:11,14 14:9
14:17 15:23
17:2,4 20:6,8
21:4 24:6,13
25:2,13,16,19
26:4 29:10,13
34:3,8 35:20
38:17,19 39:12
39:19 40:10,24
41:19,22 42:14
48:16,21 51:15
51:24 52:9,12
53:8 54:5
55:13 57:9
58:10 59:13,16
60:1,6,9,20
61:7,13,18
62:4,9,16
64:12 65:2
66:4,22 67:4
67:17,20 68:4
68:9,20,23
69:8,17,24
70:20 71:11,17
72:5,10,18
73:1,7,17
74:13,17 75:15
75:20 76:3,15
76:20 78:12,17
78:19 79:12
80:24 81:4,14
81:21 84:23
85:5,20 86:2,7
86:12,17,22
87:3,20 89:9
91:23 93:6,17
94:8,13 95:7

95:16,18 96:8
96:13,22 98:3
98:13 99:9,23
100:4,24
101:12 102:2
102:11,15
103:16 104:6
104:13,18,20
105:3,6,17
106:11,24
107:13 108:3,8
109:9,15,20
110:8,18 112:8
112:11,18,23
116:15,19
118:4,13,16
119:12 120:3,6
120:9,16,18
121:8,16,20
122:10,13,16
122:22 123:8
123:11,13,21
124:10 125:18
126:10,18
127:12,21
128:6,20
129:20,23
130:6,9,12,15
131:1,4,12,22
132:24 134:9
134:22 136:16
136:18 137:6
137:23 138:17
139:5,17
140:14 141:17
142:8,17 143:2
143:8,21 144:2
144:9,16 145:2
145:12,15
147:20 149:11
151:9,20
152:10,16
153:17,19,21
155:1,7,11
156:11,14,20
156:24 157:13
158:5,23 159:2

161:12 162:20
164:18 165:22
166:10,20
167:4,10,12,20
168:5,14 169:4
169:13 170:6
170:19,24
172:4 173:1
174:16 175:3,7
175:9,16,20
176:7,13,20,22
178:7 179:3,10
179:15 180:15
180:19 181:1,8
181:24 182:6
182:20 183:11
183:13,22
184:16 185:3,7
186:21 187:2
189:5 190:5,11
190:17 193:6
193:11,17,20
195:21 196:3,5
196:18 197:1
197:11 199:1
199:20 201:3,5
201:12,20
203:17 205:14
206:6,22 207:4
208:16,20,24
209:2,9,23
210:9,12,15,21
211:15,20
212:12 213:13
214:3 215:14
215:18,23
216:8,16 217:6
217:16 218:2
218:17 219:3
220:13 221:7
221:14,17
222:3,5,9,13
222:18 223:15
223:20,22
224:3,7,14
225:2,6 226:14
227:6 228:3,11

228:21 229:20
229:24 230:11
231:16,21
232:16 233:17
233:20,23
234:2,6,16
235:7,20 236:7
236:13,18,23
237:17,24
239:5 240:6
241:23 242:8
243:7,15 244:1
244:9,23
245:14 246:3
246:14 247:1
247:10,22
248:1,4,18
249:6,14 250:6
250:11,20
251:2,14,23
252:18 253:12
253:15 254:9
257:15 259:2
259:11 260:6
260:20 261:15
261:18 262:7
264:21,24
265:7,10,13,18
266:11 267:12
268:16 269:2,4
269:20 270:10
271:3,6 272:12
272:19,23
273:9,16,18
274:15,19
275:14,17,21
276:10,19,23
277:12 278:3
278:12,17
279:3,7,22
280:18 281:18
282:14 286:3
286:13 287:1,3
287:12,15,24
288:6,10
289:15,22
290:1,10 291:5

291:23 292:6
292:12 293:19
294:8,12,17
296:12 298:20
298:22 299:11
299:19,22
300:14,18
301:8,16,22
302:4,10 303:6
303:14,16
304:1,3,10,15
304:19 305:2
305:10,17,22
306:1,8,11,24
307:2 308:13
309:9,21 310:4
310:11,17
311:6 313:3,19
313:20 314:19
316:21,23
320:12,17
321:2 324:9,12
325:2 327:15
328:8,24 330:9
331:1 332:3
333:10 335:10
335:14 336:21
337:9 338:12
338:19 339:6
339:13,19
340:11 342:5
342:22 343:21
344:11,24
345:8 346:12
347:12 348:16
349:3 350:17
351:7,18
353:20 354:6
354:23 356:11
356:23 357:12
357:16,19,21
357:23 358:3
358:14,23
359:9,18
360:21 361:8
362:2,5,10
363:2,7,20,23

Ellen Blair Smith, M.D.

364:23 365:6
365:20 366:4
366:13 367:3
368:1,12,17,19
368:21 369:2
369:10 371:5
371:11,19
372:5,18 373:5
373:15,17
374:8,19
375:19 376:5
377:3,5,18
378:2,9,15,17
379:1,10,19,21
380:5,8 385:5
385:5
**O'Dell's** 368:24
369:8
**O'DELL** 3:4
385:2
**O'REARDON**
3:18 385:16
**oath** 382:12
**OB/GYNs** 152:4
**obesity** 84:12,21
85:4
**obj-** 59:17
183:11
**object** 17:2 24:6
29:10 34:3
35:20 42:14
48:16,21 51:15
51:24 52:9,12
55:13,14 57:9
58:10 59:13,17
60:1,20 61:7
61:13,18 62:4
62:9,16 66:4
68:4,14 69:17
69:24 70:20
71:11,17 72:5
72:10 73:7
75:15,20 76:3
76:15,20 78:12
78:17 80:24
81:4,14,21
84:23 85:5,20

86:2,7,12,17
86:22 87:20
89:9 93:17
95:16 96:8,13
96:22 98:3,13
99:9,23 100:4
100:24 101:12
102:2 103:16
104:13,18
105:17 106:11
108:8 109:9,15
109:20 110:8
110:19 112:8
116:15,19
119:12 120:16
120:18 121:8
121:20 125:18
126:10,18
127:21 128:20
130:15 131:1
131:22 134:9
137:6 138:17
143:8,21 144:9
144:16 147:20
149:11 151:9
151:20 152:10
152:16 155:1
157:13 158:23
161:12 162:20
164:18 165:22
166:10,20
167:4,20
168:14 169:4
170:6 172:4
173:1 174:16
176:13,23
178:7 179:3
180:15 181:1,2
181:8,24
182:20 186:21
190:17 195:21
196:18 197:1
197:11 199:1
199:20 201:5
201:12 203:17
206:6,22 207:4
209:9 211:15

211:20 212:12
213:13 217:6
218:2 219:3
220:13 221:7
221:14,17
222:5,13,18
223:15,20,23
224:14 225:6
231:16,21
232:16 235:7
235:20 236:7
236:13,18,23
236:23 237:24
240:6 243:7,15
244:1,9,23
245:15 246:14
247:1,10 248:1
248:18 249:6
249:14 250:11
250:20 252:18
254:10 257:15
260:6,20
261:15,15
262:7 266:11
269:2 272:12
273:9 277:12
278:3,12,17
279:3,7,22
280:18 281:18
282:14 286:3
286:10 287:4
287:12 289:15
289:22 290:1
291:5,23 292:6
292:12 294:8
294:12,17
296:12 298:20
298:22 309:24
311:4 313:2
314:17 316:18
316:18 323:20
324:15 327:13
328:13 329:20
332:2 335:1
337:2 338:11
338:17,24
339:12,17

340:9 343:21
344:11,24
345:8 347:12
353:20 354:6
358:23 359:9
363:2,7,23
365:6,20 367:3
368:1,12 371:5
371:11,19
372:5 374:8
379:10
**Object-** 66:22
288:6
**objection** 6:4
15:21 24:15
64:12 66:22
73:5 89:13
91:23 104:6
107:13 108:4
110:18 112:11
118:4 120:7
121:16 127:12
128:6 130:6
132:24 134:22
136:18 139:5
139:17 140:14
141:17 142:8
142:17 167:10
167:12 168:5
170:19 175:3
176:7 179:10
179:15 180:19
183:13,22
187:2 190:5
196:3 201:3,20
213:9 214:3
217:16 218:17
222:9 225:2
226:14 227:6
229:20,24
237:17 242:8
248:3 250:6
254:9 270:10
276:10 286:11
286:13,14
287:1,24
290:10 293:19

299:11,19,22
300:14,18,21
301:16,22
302:4 303:6,14
303:16 304:1,3
305:10,17
306:24 309:18
309:23 310:9
310:16 313:17
324:11 327:20
330:14,15
334:24 336:19
346:12 348:16
349:3 356:23
357:12 359:18
359:20 360:21
361:8 362:10
364:23 366:4
366:13 369:3
369:10 372:18
373:15 374:19
375:19 376:5
377:3,5,18
378:2,9 379:19
**objections** 38:20
41:1 304:22
**objective** 301:19
**Observational**
9:5
**observations**
205:23
**observe** 205:12
**observed** 185:15
186:3
**obstetrician**
16:8 148:19
154:3 155:18
**Obstetricians**
8:13
**obstetricians/...**
168:19
**obstetrics** 8:18
329:9
**obtain** 45:19
94:14
**obtained** 101:20
238:13

Ellen Blair Smith, M.D.

**obviate** 221:2
**obviously** 173:23
**OC** 271:24
**Occasionally** 81:5
**occupational** 111:15 118:6,9 119:11,13,17 121:3,6 122:9 125:7 127:5,10 130:19 132:14 134:8,11,14,16 136:2,4 353:11 354:17 355:18 355:22 356:19 356:21 359:4
**occurred** 13:21 186:8,9
**occurs** 109:23
**odds** 136:1,2 174:14 175:1,2 176:6 178:4 180:6,9 181:22 182:16 183:7 184:10,11,14 185:14 186:3 189:13,20 190:15,23 203:7,14,15,23 203:24 207:18 207:24 208:1 208:13 209:5,7 211:3,6,10,12 211:19 217:19 289:20 295:22
**offer** 92:4 241:16
**offered** 69:6 83:5 165:13
**offering** 59:21 161:8 201:17 201:18 202:14 237:22 240:12 344:16 345:7
**office** 382:19
**officer** 384:3,21

**official** 318:2
**oftentimes** 15:16
**oh** 17:22 25:14 26:14 27:3 51:6 54:2 57:24,24 75:6 75:19 80:14 93:22 111:4 113:7 115:10 115:12 123:10 135:22 145:19 148:1 153:13 155:9 156:13 164:15 178:23 194:21 204:20 209:17 216:8 228:15 241:6 251:10 252:7 253:15 255:20 255:21 259:4 266:1 269:16 269:21 271:8 275:18 283:22 290:6 297:24 327:23 335:15 339:18,24 350:23 370:14 370:15
**Ohio** 5:17 387:9
**okay** 11:21 13:7 13:19 15:5,6 15:18,24 20:10 22:8 26:6 33:21 36:18 37:3 40:9,14 41:3,17,18 42:3,8,16 43:9 43:24 44:22 46:8,12 47:5,6 47:13,18 48:1 48:4,18 50:6 50:12 52:15 53:6,15,22 54:2,2,4 55:8 55:21 57:24 60:8,11 63:3

64:7,19,22 65:12 67:3,19 70:13 71:4 73:14,18 75:1 75:7 77:17 79:13,21 80:19 83:22,23 87:3 87:24 88:23 92:15 94:5,13 99:21 101:19 102:10,19 103:1 105:3,5 105:8 110:2 112:2 113:2 115:14 117:1,3 117:13 118:16 120:1 122:5,8 123:2,6 124:4 124:5,13,15 129:23 130:12 132:19 139:9 141:10,12 144:1,4,19 145:9 153:11 154:3,14 156:16,20 157:18 158:8 159:24 160:18 160:21 162:13 163:14,18,19 164:16 165:8 172:23 173:4,8 173:10,11 177:14 178:19 179:18 180:1 185:5,8,13 186:19 189:22 192:6 194:24 195:14 196:22 197:8,20,23 198:16 200:7 202:24 203:9 204:2 208:20 209:10,15 210:3,3,6,8,8,9 211:1 212:7 213:3 214:21

215:4,4,6,10 216:2,9 217:9 218:10,23 219:16,19 221:9,19 222:8 224:7 225:10 225:17,24 226:23 228:17 230:17,19,20 231:9,18 232:21 234:13 234:16 235:1,2 239:23 240:3 240:10 241:6 244:21 246:10 246:10,12 248:6,17 251:6 251:13 252:8 252:15,16 254:22 256:4,8 256:11,13 257:7,12 258:11 259:10 261:7 264:23 265:19 266:1 268:23 269:9 270:3 272:10 274:13 275:3 275:23 276:6 277:19,23 278:1 282:21 286:19 288:18 288:19 291:17 297:24 298:4,6 298:9 299:1 307:23 311:23 315:7 317:18 321:13 325:2 333:18 334:12 335:7 336:8 337:15 339:11 340:11 342:12 342:15 343:15 345:17,22 347:19 348:1 348:12 349:11 349:15 350:10

350:21 352:4 356:14,20 358:14 360:12 361:1,11 364:1 370:20 378:15 379:1
**Okey-doke** 308:16 343:16
**older** 159:13
**omission** 205:13 227:5
**omits** 217:4
**omitted** 214:18 292:5
**once** 17:23 23:7 69:4 147:7 184:7 204:13 293:24
**oncologist** 255:2
**oncologists** 259:14
**oncology** 10:9 13:11 284:21
**one-half** 194:19
**one-third** 194:19
**ones** 14:14 17:20 55:11 56:6 136:6 259:11 282:23
**ongoing** 89:21 330:19
**oop** 233:16
**oophorectomy** 8:15 33:17 35:6 172:11
**open** 263:13
**open-ended** 117:24
**opened** 366:17
**operations** 324:20
**opine** 61:4 167:24 260:8
**opined** 90:20 168:1
**opining** 158:21

Ellen Blair Smith, M.D.

Page 421

166:16 167:24
**opinion** 45:11
60:16 64:9
70:6 81:24
83:6,6,9,10
85:3 89:7,14
90:12,16 91:1
91:4,11,12,16
92:7,10,15,16
92:22 93:15
99:7 109:17,22
109:23 110:4
110:20,22
111:1 117:12
132:21 133:7
133:15 141:24
142:14 143:6
144:21 148:15
149:18 161:10
165:13 166:8,9
166:23 167:1,8
167:14,17,18
168:9,9 170:9
178:4 179:7,8
187:1 201:18
202:14 214:12
214:13,13
225:12 231:19
241:16 242:22
245:17,21
253:17,19
260:18 261:13
261:13 289:9
296:7 316:11
319:8,15 321:4
336:3,16,21
337:23 346:8
**opinions** 23:18
32:12,17 42:11
54:9 59:21
62:1,7 65:15
66:14 69:21
70:7,19 72:3
78:5 80:2,5
81:20 90:9
91:6,19,24
92:4,19 105:21

106:10 109:5
109:13 112:10
128:2 138:11
139:20 142:5,6
144:13 157:11
161:8 168:4,7
211:14,18
237:22 240:12
296:4 331:17
337:10,11,21
338:6 340:1
344:15 345:6
**opportunities**
337:24
**opportunity**
246:16
**opposed** 118:8
128:11 325:22
**oral** 1:11 2:1 7:5
146:17 169:6
271:10 384:4
**order** 58:23
156:19 320:9
336:2
**ore** 78:3 97:12
**organization**
35:17 104:9,12
149:10 152:21
152:22 162:19
**organizational**
164:9
**organizations**
150:1,1,9
151:5 164:10
**organs** 318:22
347:16
**original** 384:6
**originally** 296:3
**originals** 269:18
**osmetic** 9:4
**Ottawa** 291:8
**ought** 188:7
**outcome** 387:18
**outer** 274:8
**outliers** 212:5
**outlined** 340:1
**outside** 101:24

263:5,18 264:1
298:16 324:4
**ovarian** 7:19 8:4
8:6,6,9,11,14
8:19,22 9:5,9
9:12,16,20,23
10:4,7,10,20
28:24 29:6,19
30:14,17,23
31:1,5,12,17
31:21 32:14
33:4 35:8 36:8
58:17,17,20
61:12,17 62:1
62:7,14 78:6
82:1,9,12,22
83:7,18 84:2,6
84:21 85:4,12
86:21 87:7,13
89:3,6,15
90:13 91:5
110:23 112:4
113:13 114:9
114:13 115:2
116:21 117:13
117:18 118:2
125:9 126:7
127:19 128:3
128:10 131:5
131:10,21
132:22 133:8
135:4,8 136:24
137:14 139:24
142:1,3,6,11
142:14,20,23
143:7,13,19
144:8 145:23
146:14,16,16
146:20 147:24
149:2 151:19
153:4 154:8
155:17 156:2
157:7 159:11
159:17 160:4
162:11 163:7
163:21 165:12
165:21 167:1,3

168:1,2,21
169:1,20 170:4
170:10,14
172:8,19
174:18 176:15
180:10 181:19
185:23 189:18
191:14,19,20
198:7,20
199:12 208:15
212:3,24
213:18,21
214:2,6 217:19
220:6 221:11
222:17,23
224:21 235:13
236:4 237:10
238:5 239:12
240:13,15,21
240:24 241:2,8
241:9,13,17
243:6,9,22
245:19 246:13
246:23 247:4,9
247:21 253:21
255:4 257:22
258:14 260:9
261:2,10
263:12 270:4
270:12 272:16
273:5,8,24
274:6 275:9
277:10 278:23
280:8,17
281:14,15
283:5,8 284:20
288:4 296:11
298:17 313:6
313:10 314:7
322:15 323:1,5
323:8 325:24
326:7,9,19
328:2,2,12
329:12,18
330:2,11,22
334:14 335:21
336:17 338:22

340:21,24
341:4 343:19
344:5 345:12
345:13,23,24
346:1,7,9
349:12 350:4,5
350:15 355:16
356:3 357:10
357:11 358:20
358:21 359:3,6
359:12 360:3,9
360:17 361:20
368:16 369:15
370:3,5 376:2
376:11,16,18
377:11,24
378:5 379:8,17
**ovaries** 266:15
268:15 317:7
318:18,23
319:2,6,11,16
321:5,16
323:18 359:6
360:16 361:19
362:16 364:21
**ovary** 7:22
127:2 324:7
339:16 353:9
**overall** 107:18
116:4 135:10
199:8 203:6
208:1 209:5
227:19 229:7
**overlapping**
243:16
**overpowers**
278:20
**oversimplified**
373:19
**owned** 297:15
297:20,21
298:1 299:17
**ownership**
306:20
**Oxford** 10:6
**oxidative** 276:1
283:7

Case 3:16-md-02738-MAS-RLS   Document 10065-5   Filed 06/21/19   Page 133 of 828 PageID: 87102
Ellen Blair Smith, M.D.

Page 422

**oxygen** 281:4,24

---

**P**

**P** 3:1,1,4 4:1,1
5:1,1 11:1
385:2
**P-u-b-M-e-d**
111:7
**P.C** 3:5 385:3
**p.m** 2:6 161:21
161:23,24
162:3 193:24
194:1,2,5
230:21,22,23
231:1 277:1,2
277:3,6 296:20
296:21,22,24
308:4,6,7,9
320:21,22
321:1 343:5,6
343:7,9 379:24
380:10
**P.O** 3:6 5:4
385:4 386:21
**pa-** 279:13
**page** 6:2 7:2 8:2
9:2 10:2 43:1,3
43:11,11 45:3
46:2,3,5,5 47:4
47:14 48:1,5
50:7,10,13
57:8 80:7
83:22 84:17
90:5,7 93:21
94:9,24 102:6
102:22 111:8
111:21 114:2
115:5,11 124:2
124:16 145:20
145:21 163:19
164:1 165:1
172:14 173:5
174:10 178:14
178:16 180:2
184:2 186:15
192:17 194:17
197:15 198:12

204:17,18,21
205:1 206:15
210:13,23
212:19 219:19
229:2 230:6,11
233:12,13,15
233:15 234:3
237:3 238:9,12
239:2,8,9,10
239:14,16,17
245:16 246:4
251:7,9,11
252:5,9,10
253:8,13
255:19,22
256:3,6 257:21
262:9 265:22
269:13,18,19
269:22,23
270:1 271:4,6
271:7,14,22
272:3 274:13
274:20 312:10
315:18,24
318:13,16
348:2,4 352:21
352:24 357:3
370:12,12,13
370:21 384:18
385:21 387:21
**PAGE/LINE**
381:4
**pages** 163:16
234:21 251:12
352:6
**paginated**
163:15 251:8
**paid** 16:3 19:21
35:23 71:13
73:21 80:23
81:19 101:10
101:13,18,20
298:18
**pain** 154:21,24
155:20 341:21
**pains** 145:16
**paper** 33:15,18

34:17,19 35:5
35:10 36:3
51:17 59:8
63:6 76:8 93:3
95:2 115:23
121:21 122:3
126:3,4,5,6,15
128:22 129:12
129:21 130:3
133:20 139:7
139:11 167:8
170:23 171:2,7
171:20,24
172:2,5,23
175:2 177:12
178:17 184:14
184:17 187:3
190:15 192:16
193:13 194:7,9
195:16 196:2
196:16 197:9
197:16 199:4
202:7 203:23
204:9,12
205:15 206:3
208:13 212:2,3
214:21,22,23
216:3,10,11,13
216:23 217:13
217:18,24
218:11 219:17
221:10 226:8,9
230:3,4,6
231:7 232:1,3
232:6 234:18
237:3 238:17
244:5,8 252:22
253:1,2,5
257:14,16
269:22 270:7
270:17,23
271:23 274:11
276:14 283:24
284:22 317:13
317:21 323:22
326:5,17
327:16 333:7

333:14 347:1,4
347:8,21
348:13 361:5
362:7
**paper's** 204:9
**papers** 57:15
147:10 148:24
159:10 215:7
215:11,15
229:12 249:18
273:13 283:6
283:13,16,18
284:14,18,19
284:23 321:13
329:11 332:20
333:1 347:9
350:6,13
**papilloma**
346:16
**par-** 253:16
**paragraph** 43:2
43:3 45:7,10
45:10,13,16
46:4 47:7,7,13
47:14,19 48:7
48:9,15 49:3
50:8,9,13 58:3
94:3,5,24
114:20 115:7,9
116:12 124:23
125:4 126:21
126:23 146:23
148:11 151:11
178:19 186:2
194:18 212:20
245:24 246:7
251:19 252:6
252:11 253:17
253:18 255:18
256:11,12,16
257:1 258:5
266:2 274:22
275:4 315:24
318:15 353:7
370:20
**paragraphs**
48:19 357:5

**parameters**
260:24
**paraphrase**
328:18
**paraphrasing**
91:21 114:12
126:24 186:7
205:20 213:17
317:3 318:20
356:16
**parentheses**
43:22
**parenthesis**
42:22 51:11
**parity** 271:24
**part** 62:23 73:15
102:17 135:6
140:18 153:6
154:18 187:3
215:1 225:21
228:4 269:13
309:9 318:10
319:7 322:15
345:19 364:10
364:20 365:21
365:23 366:9
367:23 368:2
370:8,11,11
**part-** 318:24
**partially** 85:6,8
**particle** 322:15
324:3 325:20
**particles** 25:20
140:7 263:4,24
268:5 318:17
318:21 319:1,5
319:9 321:18
322:3,6,11,16
322:17,18
325:15,22
339:14 363:5
364:3
**particular** 59:21
60:18 61:4
69:21
**particularly**
212:11 213:24

Ellen Blair Smith, M.D.

225:15,15
254:12 264:19
**particulate**
263:23 267:7
317:5 319:21
360:4
**particulates**
266:5 316:6
321:14,23
322:2 324:1,22
359:12
**parties** 2:14
384:9,23
387:16
**parts** 77:24
**party** 384:13
**pass** 322:11
**passage** 80:8,13
266:17
**passages** 52:3,6
**passing** 319:22
**pasting** 218:9
**patent** 263:19
**path** 322:22
**pathogenesis**
283:7
**patholo-** 129:18
**pathologic**
129:18
**pathology**
113:12 116:8
**pathway** 31:9
**pathways**
369:22
**patient** 18:1
31:15,19 33:4
231:7 273:1
335:22 341:13
341:15 378:5
378:21
**patient's** 16:10
**patients** 31:4,8
31:13,23 32:2
32:8,14,17,21
33:1,13,24
34:13 35:11,18
36:7,15,24

37:19 38:3,9
88:20 172:6
174:22 191:18
217:15 268:4
270:12 321:19
335:20 336:2
340:17,20,24
**patients'** 33:9
**Paula** 3:17
14:10 385:15
**pause** 244:17
**pbrown@bhol...**
3:20 385:18
**PDQ** 162:15,17
163:7 164:2,17
164:20,22
165:1 167:7
168:11,16
272:21
**PDQ)-Health**
8:12
**PDQs** 162:16
164:9
**peek** 234:14
**peer** 30:6 56:22
**peer-reviewed**
51:20 70:7
71:16 74:6
164:8 167:5
337:17
**pelvic** 84:13
148:3 149:1
268:2 363:14
363:16
**pending** 122:15
268:17
**Penninkilampi**
9:17 49:10,19
207:9,13
210:23 212:10
213:10,23
214:14,17,18
217:4,22
218:14,24
219:1,11,17
220:10,20
221:4,15,19

227:12,19,20
227:22 229:2
229:18 236:21
237:15 250:16
291:7,11 292:3
292:18 330:5
**Penninkilamp...**
229:5,7
**Pennsylvania**
4:11 386:9
388:10
**people** 97:16,16
118:7 119:20
155:15,24
161:15 168:22
191:19 276:14
295:13 326:4
349:19,24
355:24
**per-** 276:3
**percent** 22:8,9
22:10,11 97:4
97:5,6 152:12
176:9,14,14
177:2 180:10
181:18 189:21
257:24 258:14
260:9,11,21
261:3,9,24
309:19 315:6
**percentage**
152:1 260:23
**percentages**
22:6
**perform** 174:7
195:6 302:22
**performance**
251:21
**performed**
101:7,24
105:15 222:11
236:3 250:9
257:9
**performing** 19:3
**perineal** 8:18
9:4,8,16 10:7
165:6,11 198:7

198:19 199:12
201:1 208:14
211:2,6,13
212:22 213:21
220:5 222:17
222:22 224:17
316:24 317:4
318:24 319:9
328:22 340:21
**perineum**
143:13 200:15
266:6 316:7
319:22 321:5
323:16 324:14
339:16
**period** 110:5
186:8 245:11
253:22 309:22
321:20 328:16
**periodically**
103:4
**periods** 332:1
**peristalsis** 263:1
**peritoneal** 8:11
163:22 174:19
262:18 263:5,5
263:7,18 266:6
267:8 274:8
316:7 318:18
319:2,22
321:19 322:1
322:22 323:4
323:24 324:24
**peritoneum**
268:3 317:7
324:23
**permanent**
159:5
**permit** 191:23
194:9 196:11
**persists** 109:24
**person** 60:23
191:18 267:24
284:11 382:14
**person's** 120:14
**personal** 5:8
18:18,21 33:3

103:20 179:7,8
387:1
**personally**
18:10,11 34:6
303:1 382:11
**pertain** 29:9,22
30:2 94:18
119:17 349:22
**pertained** 16:9
**pertaining** 13:5
13:15 14:4,22
29:18 84:24
131:9,20
239:21 268:13
295:9
**pertains** 74:3
119:10 264:18
**petition** 265:12
315:9
**Petitions** 106:3
**Ph.D** 7:17 11:3
**Pharmacopeia**
104:5
**Philadelphia**
4:11 386:9
388:10
**Phone** 118:22
**phrase** 47:8,20
139:20 151:16
233:8,9 238:14
262:12
**phrased** 82:5
156:10
**phraseology**
48:10 57:6,8
**physician** 16:13
16:21 17:14
366:10
**physicians** 8:3,8
33:12,22 34:11
35:11 36:11
37:9,12,17,22
38:2,2,7,7
146:5 168:15
172:11
**pick** 58:22
**picture** 132:18

Ellen Blair Smith, M.D.

211:23
**PID** 148:21
**piece** 287:20
**pieces** 166:7
**Pier** 77:18,23
303:12 312:2,3
312:22
**Pier's** 300:9
301:5
**pile** 40:2,7
**Pitocin** 365:15
**place** 74:20
194:22 200:20
208:4 230:10
245:23 251:14
251:23 388:9
**placed** 63:5
321:24,24
322:6
**places** 134:12
159:12
**plaintiffs** 14:8
22:19 24:21
26:13 35:24
73:20,21 75:12
76:1,2 78:22
298:19 376:4
**plaintiffs'** 3:3
22:4,11 27:14
55:24 56:5
86:1 94:17
96:3,7,12
260:4 284:10
285:5 385:1
**plans** 30:1
**platy** 142:22
**plausibility**
274:23 337:6
**plausible** 317:4
**play** 372:12,13
**plays** 283:4
**Plaza** 3:13
385:11
**please** 6:20,21
11:8 15:12,16
20:5 28:18
37:7 45:4 46:1

47:4,17 48:2
48:23 73:4
90:5 112:18
113:23 156:12
170:23 177:1
190:12 193:11
209:2 239:5
248:5 253:3
255:19 264:24
275:15 300:2
305:22 335:9
348:4 352:21
357:23 358:6
359:23 369:5
**plethora** 202:19
**plot** 227:12
**plowed** 289:9
**plowing** 235:3
**Plunkett** 259:9
260:1
**plus** 148:4
342:20
**point** 41:20
84:17 139:13
156:17 158:8
160:3 178:15
215:7 226:20
236:21 260:16
268:7 270:13
284:9
**pointed** 205:13
**pointing** 231:6
251:24
**points** 219:7
232:8 280:22
331:4
**pol-** 325:20,22
**polarized**
100:13
**politically**
212:10
**polymorphisms**
326:15
**pooled** 9:13
173:13 203:1
**poor** 143:12
**poorly** 82:6

243:8
**population**
227:18 263:15
**populations**
114:11 295:17
**portion** 154:14
166:1 186:16
186:23 199:14
208:13 231:6
**portions** 299:6
**pos-** 182:22
**posed** 108:3
128:1 296:3
**posing** 196:7
225:18
**position** 87:11
196:15,17
234:1 361:6
**positive** 99:5,6
99:10 116:7
125:8 127:3
353:10 372:23
373:11
**possessed**
147:18
**possession** 6:21
56:13
**possibility** 172:8
236:15
**possible** 103:2
147:14,19,21
195:5 200:14
201:8,22 202:4
202:17 225:23
260:22
**post** 229:15
338:5
**poster-** 363:9
**posterior** 364:4
364:12
**postgraduate**
149:18
**postings** 30:9,10
30:10
**postmenopausal**
244:13
**postulated**

339:2
**postulates**
182:23
**postulating**
87:11
**pot** 290:19
**potential** 154:20
155:17,19
186:4 214:6
249:22 266:5
316:6 324:22
331:18 357:9
358:19
**potentially**
379:17
**pouring** 293:5
**powder** 1:3 9:12
10:7,16 31:16
31:20,24 32:3
32:19,22 33:1
33:5,10,14,16
34:1,14 35:9
35:13,19 36:9
36:16 37:13,19
38:4,9 78:3
87:12 88:4,7
88:11,14 90:21
92:24 94:21
95:6,14 96:21
97:11 103:17
103:23 108:24
109:18 140:6
142:10,22,22
151:18 153:4
154:6,6,8,23
155:22 156:1
168:20 205:22
207:19 240:20
241:7 253:10
253:24,24
254:16 288:5
293:5 295:9
296:10 297:17
299:5,9,15
301:15 303:10
303:13,22
305:8,16 306:4

306:5,7 308:21
309:12 310:7
311:2,9,13,15
312:24 322:4
325:7 326:21
326:22 328:11
328:20 329:13
329:17 331:6
331:19 332:1
335:21 336:16
336:17 340:6,7
342:3 344:1,5
353:19 354:4,9
376:21 383:3
**powder's** 266:14
**powders** 142:13
142:14,19
143:7 144:11
206:19 275:7
304:2 312:7
328:18 343:19
**power** 45:20
46:13 254:20
254:24 255:11
255:13 257:2,9
257:13,19
**practice** 80:12
80:21,22 81:18
81:18 82:21
147:18
**practices** 1:4
294:5 383:4
**practicing** 37:16
**practitioners**
150:24
**precise** 137:12
143:16 261:13
350:8
**predicated**
154:23
**predisposition**
83:20 172:7
**Predominance**
355:20
**predominant**
355:21
**predominantly**

31:9,11
predominoc-
355:21
preeclampsia
329:24
prefer 41:16
164:8 190:16
preliminary
366:16
premature
115:3,20 116:9
126:8 130:5
preparation
143:12 158:15
330:20
prepare 164:22
prepared 74:1
preparing 21:10
21:20
preponderance
278:19
prepub 56:19
prepublication
56:22 350:20
prescribe
281:14
presence 14:19
95:14 96:24
97:23 98:18
103:3 107:8,24
110:10,10
142:10,12
143:5 308:20
309:11 310:14
311:3 312:24
343:18
present 5:20
14:21 72:21
311:8 332:1
presentations
30:13
presented
283:19
presently
340:20
presents 70:3
presidential

322:24
Press 10:6
presume 286:23
287:10 288:1
pretty 88:6
135:13 161:15
279:17,18
298:11 327:6
328:7 335:12
346:2,4
Prevention 8:11
10:19 163:7
prevents 44:21
previewed 226:1
previously
38:19 93:10
259:12 306:19
333:18
priest 341:24
Primary 8:11
163:22
principles 179:9
print 56:11
153:23 333:19
printed 361:5,7
362:7
printout 99:18
prior 16:19 17:8
33:9,24 34:14
35:12,18 36:8
38:4,9 39:19
56:11 59:20
70:16 89:4
107:15 184:5
193:5 203:15
204:3 338:4,8
338:12,19
339:8,10,13,19
342:20 359:21
privilege 24:19
privileged 25:4
pro- 39:3
pro-carcinoge...
338:15
pro-inflamma...
326:1,12 328:4
prob- 82:5

255:21
probable 201:15
202:5
probably 14:2
57:18 98:7
101:13 120:21
120:24 130:1
132:18 158:14
175:11 258:22
345:9,18
358:24
problem 130:4
143:4 255:23
procedure 2:11
279:16
proceed 79:22
162:6 304:23
proceeding
387:16
proceedings
383:21
process 164:22
304:17 338:1
369:24 370:8
374:20
processes
369:20
processing
109:24
prod- 24:18
produced 2:2
52:16 53:1
104:17 105:12
216:11 290:14
290:15 327:19
product 24:18
25:15 35:13
297:17 302:19
304:14
production
325:12,21
326:11
products 1:3,4
5:8 10:16
31:16,20,24
32:3,19,22
33:1,6,10,14

34:1,15 35:19
36:9,16 37:14
37:19 38:4,10
66:10 78:3
87:4 88:4,7
90:21 92:24
93:16 94:19
95:15 96:21
100:20 103:13
103:15,19,23
104:4 106:19
107:4,12 108:7
108:13,14,20
108:20,21
109:2,8,18
110:6 120:15
142:10 154:23
156:1 168:20
241:8 288:5
305:16 326:2
329:17 336:16
340:6 353:19
376:21,24
383:3,4 387:1
professional
8:12 34:12
36:12 80:11,21
81:18 163:8
professionally
36:15
profiles 243:13
progestins
146:18
prognosis
278:22
progress 29:23
282:4 317:9
349:13,23
350:14
progression
280:23 338:23
progressive
281:7
proliferation
326:14 372:22
373:2,8,13,21
374:13,17,17

promise 147:9
315:2
promote 275:7
prone 220:2,23
221:1
proof 299:16
330:20
propelled
321:24
properties 371:9
property 371:22
372:17 373:13
373:24
proportion
152:3
Proposal 198:13
251:20 252:3
proposition
197:24 198:4
pros- 371:16
prospective 9:23
200:10 214:24
222:21 232:15
237:9,16
246:16 247:13
247:16 248:5
248:11,15,16
249:3,16,21
250:18,22
251:22 252:17
253:5 279:20
prospectively
249:11 250:2
prostanoid
371:16
protected 24:18
69:1
protective
270:14 271:9
280:13,16
281:7
protein 369:19
371:7
prove 268:7
proved 382:12
proven 200:15
243:22

Ellen Blair Smith, M.D.

56:7 68:1 72:7
136:13
**provided** 22:15
39:4 52:21
56:5,15 65:21
65:23 66:13,16
67:23 68:2,8
69:4,5,16,22
86:5 94:16
96:1,3,6,12
168:11 259:16
259:19 260:3
340:3
**provides** 245:22
**providing** 52:20
**provisions** 2:11
**PTGS2** 371:14
**PTI** 5:14,14
387:7,7
**public** 30:21
328:21 366:17
366:21 382:23
**publication**
49:15 56:11
81:7 87:13
157:6 160:23
162:14 226:19
234:11,21
318:2 329:16
**publications**
28:21,23 29:2
330:18 333:15
**published** 29:5
33:15 35:4
70:6 71:20
74:8 97:24
125:20 149:9
149:16,21
154:11 157:7
160:4 166:24
252:23 284:21
312:5,23
329:12 333:17
337:11,16
376:7
**publishing**
328:15

**PubMed** 57:21
58:15 111:5,7
**pull** 45:1 175:5
265:3 312:16
317:12 332:19
351:16
**pulling** 315:13
333:1
**punch** 346:20
**puny** 155:3
**pure** 142:3,22
**purely** 47:1
**purported** 112:3
**purpose** 249:11
299:7
**purposes** 54:9
94:9 160:2
382:17
**pursuant** 2:10
384:11,20
**put** 52:10 55:18
58:16,16,17
122:18 139:20
147:13 159:6
170:2 208:9
260:17 267:6
295:24 300:2
**putting** 236:16

### Q
**qual-** 126:15
**qualifications**
303:4
**quantify** 19:9
152:8 172:18
**quantitate** 152:5
182:1 291:6
**quantitated**
291:8
**quantities** 77:24
**quarrels** 244:4
**queried** 293:15
**queries** 46:14
254:1,16
**query** 327:7
**question** 21:16
23:12 24:7

28:18 30:17
32:6,7 33:19
34:4 42:1
61:21 64:20
65:3,4 66:6,7
66:23 67:15,18
68:12,13,21
69:9,13 70:1
72:11,23 73:2
75:10,23 76:21
76:24 78:23
83:3,14 84:17
86:24 89:13
95:19,21,22
97:20 100:1
107:15,17,21
108:2 110:3,3
117:24 119:22
122:15 127:24
130:10 134:20
137:12 141:8
141:18 143:1
143:15,16
144:3,6 156:12
158:6 166:13
168:22,24
170:21 176:5
176:16,18
178:3 180:18
187:21 190:12
195:16 196:6
202:12,13
205:17 210:12
210:16 213:22
216:6 217:4
218:24 225:17
232:20 239:6,8
241:24 242:3
244:19 245:15
248:2,2 254:2
256:22 258:15
261:6,8,12,24
262:3,4 268:16
286:4,10,12,17
287:18 289:24
291:17 296:2
302:6 309:1

311:7 323:15
328:9 333:21
340:12,13
350:8 355:12
359:23 368:22
368:24 370:1
373:18 378:19
379:5
**questionable**
197:4
**questioned**
300:6,10
**questioning**
34:18 57:18
70:16 215:3
308:11
**questions** 13:17
15:7,16 41:23
53:24 68:24
69:12 88:22
102:18 103:2
120:2 122:6
137:4 178:15
196:7 216:1
286:7 297:2
308:14,19,22
309:2 313:7,8
315:8 329:1,2
331:3,23 334:1
335:20,23
338:3 340:16
342:6,8 343:14
349:5 350:22
369:6,8 378:14
379:2
**quick** 233:19
**quicker** 24:15
60:9 120:1
209:22
**quit** 185:8
**quite** 48:22
377:20
**quo-** 51:9
**Quotation** 6:23
**quotations**
51:14 52:11
186:14

**quote** 6:24 45:18
46:5,12,15
48:10 49:6,7
49:21 51:8
62:13,13 80:9
80:12 92:23,24
93:15 103:1,6
111:15,16
114:7,14,24
115:6 125:4,10
126:24 127:5
139:21 145:22
145:23 148:11
148:12 150:10
153:3,4,7
178:24 186:2
188:4 189:18
195:17,19
196:10,12
197:15,23
198:9,16,20
199:17 206:18
213:1 219:22
220:7,12,12
230:5,7 231:10
233:6,7 245:17
245:19 257:2,4
262:13,13
266:15 275:6
286:8 291:24
**quoted** 51:3,4
52:4 187:3
199:16
**quotes** 45:21
51:23 139:21
231:14
**quoting** 51:12

### R
**R** 3:1,17 4:1,16
5:1 11:1 93:5,8
385:15 386:14
**rabbit** 268:15
**raised** 103:3
**Raman** 25:21
**Ramirez** 5:21
**ran** 54:7 258:12

Ellen Blair Smith, M.D.

Page 427

| | | | | |
|---|---|---|---|---|
| **random** 298:11 | 86:9,14 89:14 | 316:9 328:19 | 225:3 257:12 | 164:17 190:1 |
| **randomized** | 89:24 98:1 | 328:23 332:8 | 302:12 324:5 | 287:13 |
| 200:10 201:24 | 133:7 213:11 | 332:20 350:16 | 381:4 | **recognized** |
| 246:17 248:7 | 255:7 266:15 | 350:20 359:10 | **reasonable** | 271:9 |
| **range** 257:22,24 | 317:6 337:21 | 361:1 380:4 | 252:13 | **recollection** |
| 258:9,13 | **reached** 82:8 | 382:1 | **reasons** 225:5 | 113:9 |
| 260:16,17,19 | 85:16 89:19 | **reading** 23:2 | 225:19 278:15 | **recommend** |
| 261:9,14,20 | 129:11 133:16 | 48:12 50:19,21 | 291:19 384:19 | 25:8 33:13,23 |
| 263:24 322:16 | 156:7 202:15 | 86:24 115:8,16 | **reassert** 38:22 | 34:13 35:5,11 |
| **ranked** 330:4 | 213:7 214:14 | 125:1 138:13 | **REATH** 4:10 | 38:3 154:4 |
| **rappel@seyfa...** | 231:19 243:21 | 138:21 139:7 | 386:8 | 155:18 |
| 5:13 387:5 | **reaching** 166:9 | 153:10 155:14 | **recall** 23:12 32:1 | **recommendat...** |
| **rare** 253:21 | **reaction** 317:8 | 159:1 163:23 | 34:19 35:10 | 154:22 |
| 346:14 | **reactions** 288:4 | 182:15 204:18 | 49:7 52:3 57:7 | **recommended** |
| **rarity** 255:4 | **reactive** 281:4 | 204:19 208:17 | 65:16 66:1 | 25:20 33:8 |
| **rat** 268:14 | 281:24 282:1 | 209:6 254:19 | 106:21 112:13 | 35:17 36:6,14 |
| **rate** 19:2 114:9 | **read** 23:9 45:16 | 256:16 262:19 | 112:15 121:12 | 36:19 38:1 |
| 181:9 229:6 | 45:16,22 46:17 | 262:20 272:2 | 121:17 137:13 | **recommending** |
| 307:9,11,15 | 46:19 47:8,16 | 275:14 284:7 | 150:22 153:1 | 154:16 |
| **rates** 138:15,24 | 47:23 49:22 | 284:20 307:20 | 186:4,7,12 | **recommends** |
| 139:15 275:24 | 54:13 57:14 | 321:9 330:7 | 187:5 220:2,24 | 35:10 |
| **ratio** 136:1,2 | 61:2,19 76:8 | 356:11 357:5 | 221:1,3 225:11 | **record** 2:11 |
| 174:14 175:1,2 | 77:3 80:13,17 | 374:6 | 225:14 236:11 | 38:22 79:16,19 |
| 176:6 178:4 | 90:23 103:7 | **reads** 126:24 | 236:15,20 | 95:9 117:5,9 |
| 180:6,9 182:17 | 106:12 107:22 | **ready** 79:22 | 249:11,22 | 119:3,6 131:13 |
| 183:7 184:11 | 114:6 125:11 | 162:6 317:2 | 250:4,13 | 139:6 154:15 |
| 184:11,15 | 125:13 133:11 | 331:13 | 279:14 310:18 | 156:15 157:10 |
| 185:15 186:3 | 133:12,13,23 | **real** 187:7 189:1 | 313:7,8 315:11 | 160:2 161:21 |
| 189:13,20 | 134:2,3 139:11 | 233:19 262:5 | 315:16 316:17 | 162:2 171:5 |
| 190:15,23 | 150:13 152:17 | 322:21 345:13 | 316:20 317:22 | 186:20 191:6 |
| 203:7,14,24,24 | 153:6 154:15 | **really** 140:17 | 331:7,8 334:1 | 193:13,24 |
| 207:18 208:1,2 | 154:18 157:16 | 174:22 212:13 | 340:22 | 194:4 207:5 |
| 208:14 209:5,7 | 158:9,12,13 | 212:16 327:8,9 | **recalling** 279:16 | 210:18 230:18 |
| 211:3,6,10,12 | 159:3,9 162:16 | 327:10 | **receipt** 384:15 | 230:19,21,24 |
| 211:19 238:3,4 | 165:8 166:21 | **realtime** 86:8 | **receive** 18:6,9 | 277:1,6 296:16 |
| 289:20 | 186:17,20 | 107:23 108:10 | 18:11 367:12 | 296:18,20,23 |
| **ratios** 181:22 | 192:4 198:21 | 140:16 142:9 | **received** 116:23 | 300:15 301:23 |
| 203:15 217:19 | 199:18 232:8 | 144:5,20 | 125:5 356:17 | 303:17 304:23 |
| 238:5 295:22 | 245:20 251:15 | 150:19 383:18 | **recess** 79:17 | 305:2,11 307:2 |
| **raw** 80:5 103:6 | 252:2 259:20 | 383:19 388:7 | 117:6 119:4 | 307:24 308:4,8 |
| **RDR** 2:7 5:24 | 276:4 283:11 | **reams** 7:7 | 161:23 194:1 | 312:14 320:11 |
| 388:6 | 283:13,16,18 | **reanalysis** 80:5 | 230:22 277:2 | 320:24 343:1,5 |
| **re-** 205:14 | 284:14 290:2 | **reason** 76:17 | 296:21 308:6 | 343:8 346:4 |
| **rea-** 50:21 | 294:24 300:5,8 | 99:21 107:10 | 320:21 343:6 | 354:7 358:4 |
| **reach** 25:9 28:10 | 300:9,11,22 | 108:4 134:6 | **recognize** | 379:24 380:2 |
| 28:13 61:1 | 302:16 303:18 | 190:22 205:8 | 105:24 149:24 | 384:4,23 |
| 85:21,24 86:4 | 314:2 315:2,3 | 218:6 224:22 | 162:18 163:24 | **recorded** 15:9 |

Ellen Blair Smith, M.D.

**records** 19:13
56:13
**rectal** 375:17,23
**redeem** 175:16
**reduced** 273:2
**REES** 4:16
386:14
**refer** 11:18 26:7
27:4 58:11
62:21 107:24
111:11,14,21
123:17 124:11
127:17 207:18
209:20 233:6
277:17 354:23
355:1
**reference** 54:24
62:20 63:6,7,8
63:12 64:10
65:17 94:17
114:11 164:10
164:13 208:5
223:4 258:16
285:18 286:22
317:19
**referenced** 51:5
169:15 254:23
264:10 286:7
312:21 313:24
337:12
**references** 39:23
54:22 55:7
56:2 57:14
58:4,22 63:10
93:19 133:17
149:14 155:3
162:22 164:8
165:24 166:3
167:5 285:17
285:24 287:9
287:22 312:8
314:12 349:5
**referred** 107:7
138:7 147:17
162:14 165:2
181:6 184:13
273:7 287:21

306:18 329:7
336:3 340:6
352:15,18
366:16
**referring** 22:14
34:20 51:7,10
58:13 64:1
85:8 95:8
99:24 110:13
129:21 169:13
173:8 191:24
221:20,24
223:2,13,16
232:22 233:1
237:2 259:3
264:12,18
312:11 329:21
340:7
**reflect** 6:23
20:18 112:6
186:4
**reflective** 151:6
**reflects** 176:9
205:24
**reframe** 217:3
**refresh** 102:16
106:24 113:9
193:7 355:9
**regard** 67:4
151:5 212:23
288:20 312:21
**regarding** 25:3
146:10,13
154:20 201:6
305:15 310:19
312:23 313:5
313:13 314:7
316:24 329:12
331:17 332:4
332:15
**regardless** 19:2
24:23
**regards** 240:15
**registered** 87:14
88:2 383:17
**Registration**
388:8

**Registry** 317:24
**regularly** 80:11
**regulator**
372:21 373:8
373:12,20
374:13
**regulatory**
328:10
**Reid** 111:22
112:14,15,20
113:3,16,22
114:17 115:19
115:22 119:14
125:21,22
126:3,4,5
128:13,14,17
128:24 129:21
130:2 131:24
135:12 354:20
354:24 355:1,5
355:7 356:6
**reject** 266:20
**rejected** 266:16
**rejecting** 214:9
**relate** 112:9
**related** 288:13
356:5 387:15
**RELATES** 1:6
383:6
**relating** 360:8
**relation** 156:2
241:10 259:1
332:11 376:2
**relationship**
23:20 34:12
36:12 89:2,5
89:15 112:3
127:18 188:4,8
195:14,18
197:3,7 204:24
205:7 214:9,10
250:3 285:6
330:21
**relative** 135:10
136:8 176:14
189:15 197:4
227:15,19

238:3 335:2
**relatively**
184:14 185:14
186:3 244:13
253:21 264:6
**relevant** 59:10
59:11 60:17
61:5 64:9
65:14 78:5
158:21 161:7,9
161:10 167:8
167:11,14,17
168:12 268:9
268:12 296:4
314:6 344:15
**reliable** 245:18
245:22 246:23
247:4 248:9
253:20 327:7
**reliance** 63:9,16
64:1,10,14
**reliant** 354:4
**relied** 57:21
81:11,19 95:24
249:2 311:7
319:8 332:21
337:12 355:14
**rely** 80:22 81:2
93:2 302:5,10
319:14 321:4
331:16 332:3
332:13
**relying** 235:18
305:15 309:9
337:20 356:3
**remainder**
22:12
**remains** 61:22
213:22 227:21
**remark** 253:8
253:11 254:4
**remarkable**
327:10
**remarkably**
46:22 48:19
**remember** 35:2
52:14 93:18

95:22 98:4
112:5 133:1,3
135:2,14
138:12,19,21
139:7,12
153:10 159:18
233:11 253:11
259:1,2 264:9
264:15 283:1
302:17 308:22
308:23 309:2
317:23 328:23
329:2 330:3,6
335:23 353:22
356:1
**remend** 154:4
**render** 214:1
336:2
**rendered** 32:13
32:17 90:1
214:12
**RENEE** 5:9
387:2
**repair** 275:24
371:2 374:18
**repeat** 15:4
190:11
**repeated** 281:23
**repeatedly**
143:12
**rephrase** 15:16
15:17 21:18
29:15 34:10
65:5 66:6
67:15,21 82:3
89:23 97:20
118:19 216:7
226:16 369:2
**replace** 6:21
**replicated**
232:14
**replow** 289:8
**report** 7:9,11
9:23 29:9 30:6
32:13,18 35:18
41:6 42:9,18
43:20 44:1,3,7

Ellen Blair Smith, M.D.

Page 429

44:10,13,17
45:1,4 46:1,4,6
47:1,4 48:2,4
49:5,6,24 50:4
50:7 51:14
52:3,7,16
53:16 54:3,14
57:3 62:21,23
65:1,17 70:9
73:24 74:5,8
74:12 77:11,13
80:7 83:6 90:1
90:5 93:3,21
96:16,18 97:3
97:10 98:6,10
98:21,22 99:1
106:12 112:6
113:16 133:5,6
134:12,18
135:17 139:2
139:14,18,19
139:23 145:18
157:17 158:15
160:14 162:23
164:5,11,14
167:23 171:8
177:24 179:19
180:1,6 184:10
186:14 188:1,3
188:23 189:13
191:21,22
196:10 197:15
197:23 198:9
198:24 199:10
199:15 200:3
202:24 203:3,6
204:7 205:10
206:5,8,10,14
207:17 208:13
212:9 213:24
218:7 219:7,9
225:1,10
226:13 227:2
235:12,18
237:22 238:9
238:14 240:4
245:16 250:17

253:14 257:21
258:17,21
259:3,4,5,16
259:24 261:9
261:18 262:10
266:13,18
270:17,23
271:1,15 272:3
272:7,11
273:13 276:16
278:6 280:2,7
280:11 288:21
292:22 295:21
302:16 309:6
309:15 310:2
311:13 312:10
314:11,23
319:18 336:23
336:24 337:10
337:13 340:2
352:16 376:15
376:19
**reported** 2:8
174:15 203:15
208:2 211:3
221:10 288:3
383:21
**reporter** 5:23
11:8 28:17
111:6 352:7
380:3,6 383:18
383:18
**Reporter's** 6:18
6:20,23 383:10
**reporting**
114:10 195:4
**reports** 70:11
71:6,15,24
72:4,13,16
73:11,12,15,20
74:12 76:22
80:22 81:9
86:11 93:10
96:1,2 102:23
206:11 209:4
259:7 260:3,7
273:14 278:20

312:6
**represent** 297:8
**representing**
352:14
**represents**
172:24
**reproducible**
183:17
**reproductive**
319:5 363:5,18
366:11
**request** 65:20,23
**requested**
384:13
**requesting**
65:22 71:3
**requests** 38:21
42:5
**required** 61:1
**requires** 253:22
**reread** 193:4
**research** 9:3
111:5 163:4
198:13 199:9
214:6 251:20
252:3 319:12
346:23
**researcher**
326:18
**resident** 13:12
**residents** 262:24
**residing** 383:19
**resources**
149:19
**respect** 71:5
88:22 90:19
91:15 100:19
103:22 110:22
126:7 127:16
135:4,7 161:5
165:20 166:24
168:8 170:5
174:3 232:5
241:15 261:6
276:15 288:14
290:8
**respected**

104:11 150:1
151:4 162:19
**respond** 39:16
89:13 120:4,6
144:3
**responded**
71:23 76:11
77:10 78:9,15
79:7
**responding** 79:4
**response** 76:18
82:2 188:1
192:1,11,20
194:10,13
195:6,23
196:21,24
204:10 206:4
206:11 237:1
292:9,16,18,19
293:8 294:7,9
294:11,16
295:4,6 315:9
317:8 326:6,9
327:10 333:24
334:10,21,22
368:24 369:19
**responses**
194:16 294:23
325:12 371:3
**responsibility**
336:10
**responsible**
185:6,7
**responsive**
40:21 202:12
**restate** 75:23
**restated** 186:14
**resticker** 228:23
**restricted**
205:21
**result** 114:12
183:17 189:17
202:2 376:7
**resulted** 300:23
301:9
**resulting** 323:2
**results** 99:7,8

101:20 187:11
208:6,11,19
218:22 220:1
220:11 230:7
231:11 232:9
232:23 233:6
257:4 290:8,13
290:15 335:2
348:19 369:14
370:2
**retained** 24:3,9
24:24 25:1
54:10,14 55:11
83:10,12 84:20
90:2,17 91:7
91:13,17 92:4
92:11,20
283:14 285:13
307:13 376:3
**retention** 37:22
54:18 55:5
91:2
**retired** 37:16
**retrieve** 277:14
**retrograde**
319:3 357:9
358:20 359:5
359:11 360:2
**retrospective**
173:19 247:17
248:3,23
**returned** 384:15
384:17
**returning**
179:19 218:14
**reveal** 66:24
**revealed** 344:23
345:1
**reverse** 341:12
**review** 7:19 9:16
10:23 30:7
48:14 57:5
59:4,9,23
60:17 61:10
63:19 64:2
65:13 66:17
74:11 76:6

Ellen Blair Smith, M.D.

86:6 89:10
95:12 96:1
105:19 111:24
112:2 113:12
116:8 129:19
151:23 173:5
205:15 266:20
268:9,12
282:18,21
284:1 286:2,6
286:23 287:11
309:14 313:4,9
313:20,23,24
314:6,24
329:22 332:4,7
332:11,14,21
336:22 338:20
**reviewed** 53:18
54:8,18,19
55:11 63:22,24
64:8,24 66:2
73:12,20,24
76:8 81:12
89:18 98:20,21
99:19,20 102:7
111:1,2 117:17
118:21 119:10
119:18 128:2
130:23 138:10
155:4 161:2
213:6 231:24
266:13 273:21
282:7 287:16
287:19 353:15
**reviewing** 21:11
22:3,3,8,12
83:11 86:10,15
137:13 146:10
205:17
**reviews** 193:13
**rheumatoid**
282:5
**rid** 291:12
346:15
**right** 17:7 24:13
40:7 47:3,16
50:14 55:19

56:21 57:2
58:6 61:1 70:5
73:13 83:12
87:1 92:5 95:3
111:19 115:18
123:12,14,15
124:14 126:1
128:23 129:15
131:11 140:22
145:17 154:9
157:5 164:23
165:9 184:1,6
184:11 188:11
188:22 189:7
200:6 202:23
204:18 206:18
207:8 209:19
210:2 215:2
217:3 218:13
219:5,9 221:23
222:4 223:7,12
232:19,24
248:4 254:3
255:17 256:8
256:24 258:6,8
266:4,22
267:24 280:19
293:21 295:24
300:7 315:14
333:20 337:18
353:16 354:12
355:10 356:9
364:13 366:18
368:6,7 371:10
376:4 378:7
**right-hand**
124:22 256:8
256:10,14
274:14 353:4,6
357:4
**Rigler** 10:17
93:6
**rigor** 80:10
**ring** 75:7 77:15
77:19 138:8
285:20,22
**rings** 138:9

**rise** 263:17
**risk** 8:6,14,19,22
9:4,9,12,19
10:4,7,20 29:6
31:4,7,10,12
33:3,16 35:5,7
35:15 97:9
116:5 135:10
135:10 136:8
145:23 146:3,9
146:14 147:24
148:12,22
149:4,8,9,16
149:20,22
150:8 151:5,11
151:19,24
152:2,4 157:6
158:4,22
159:10,10,14
159:16 160:3
161:16,16
162:10,11,14
163:21 165:12
166:24 167:2,6
167:22 168:2
168:13 169:1
169:10,16,18
169:19,20
170:4,10,14
171:19,22
172:6,10,19
181:19 189:15
189:17 197:4
198:8,20 199:8
199:13 205:12
213:18 227:15
227:19 229:7
238:3 239:24
240:1,20,23
241:1,2 243:13
247:4,8 257:22
260:9,19,22
261:10,14
262:1,5 271:8
272:16,21
273:2,5,8
278:23 280:8

281:14,17
328:21 335:6
340:20 341:17
343:19 350:7
375:8,23
376:15 379:17
**risk-assessment**
172:18
**risk-reducing**
33:8,13,23
34:13 35:12,17
38:3
**risks** 212:4
240:8 335:2
**ROBINSON**
3:12 385:10
**rodent** 267:13
**rodents** 319:21
**role** 18:17 283:4
372:12,13
**room** 308:5
**Ross** 9:17
**rough** 6:20,21
22:2
**ROYSTON**
5:14 387:7
**RSA** 5:24
**Rule** 2:13 7:9,11
**rules** 2:10 15:3
**run** 54:10
**running** 258:23
**rush** 53:21

———————
**S**

**S** 3:1 4:1 5:1 9:9
11:1
**S-h-u-l-k-a**
327:24
**S-j-ö-r-s-e-n**
320:1
**sacrifice** 267:8
**Saed** 283:10
284:10,13
285:6,7 325:23
327:9 328:6
376:1,10
**Saed's** 327:16

339:3
**safe** 212:22
**safely** 286:23
**safety** 103:2
324:20
**sales** 1:4 295:16
383:4
**salpingectomy**
172:12 271:11
**salpingo-ooph...**
271:11
**Sambucetti**
350:4
**sample** 108:23
299:17 300:19
310:22 312:4
**samples** 97:4,5
97:12 108:14
109:3 110:9
299:9 309:11
309:16,20,21
310:20 311:24
**Samuel** 7:16
**San** 3:19 385:17
**sanitary** 293:24
295:10,23
296:11
**Saturday** 39:5,5
**saw** 55:5 66:11
284:23 310:3
**saying** 130:7,13
154:11 155:16
169:24 242:19
288:8 307:14
355:13 356:7
358:12 359:2
374:6,10
**says** 43:1 45:18
46:12 48:10
57:11 103:1,17
114:7,24
115:10 116:8
129:8 155:2
165:20 168:16
172:17 175:4
187:10 195:17
199:9 233:24

Ellen Blair Smith, M.D.

249:20 250:2
257:6 316:5
334:11 348:17
353:7 354:18
354:22 355:15
355:16,20
356:20 357:4,8
360:19,24
373:4,11
scale 249:18
291:9
scan 114:19
scarf 230:15
Schoeve 2:7
5:24 383:17
388:6
science 243:23
scientific 12:14
35:16 51:17
59:5,10,11,23
60:17 61:6
70:3 80:10
81:9 85:18
89:10 92:1,4
149:9 150:1
151:4 162:19
249:18 280:21
289:12 324:19
326:21 338:14
338:20 339:20
344:3
scientifically
169:2 170:11
170:15 171:18
171:21
scientist 69:20
72:3
scope 42:10
212:14
score 172:6,10
291:11
scoring 35:5
169:20
Scott 4:4 11:21
38:17 74:17
86:24 209:23
215:14 274:15

276:19 375:12
384:7 386:2
screen 86:8
107:23 108:10
140:16 142:9
144:6,20
screening 36:7
38:8
SCULLY 4:16
386:14
se 323:23
seal 382:19
search 58:15
344:12
searches 54:7,10
57:22 96:11
searching 58:8
97:22 110:24
second 42:22
43:2,3,10 46:4
46:5 57:13,17
57:20,24 59:17
60:7 62:17
88:13 102:21
114:2 118:24
122:4,19,20,21
179:19 181:12
194:18 198:12
205:18 219:23
239:15,16
245:24 248:24
252:11 308:1
351:17,22,23
seconds 181:17
section 46:5,17
57:4 90:8 94:6
94:24 102:22
111:9,11 114:2
114:5 134:15
163:20 165:9
172:14 198:13
208:6,11,19
219:20 220:20
237:3 252:1
266:12 276:16
296:1 312:9
319:17

sections 249:9,9
see 23:10 43:23
45:13 46:10,17
47:9 48:12
49:24 50:16,19
50:24 53:20
57:15,23 67:7
67:10 80:13,17
90:7,10,23
92:13 93:23
94:2 102:22
103:1,7 105:24
112:16 114:20
121:10,24
125:1,11 127:6
130:1 146:1
150:18 159:4
159:12,22
163:23 165:1,5
170:22 172:17
172:21 178:19
180:5 184:9
185:24 188:8
192:2,19,22,23
193:1,3,4
196:13,22
197:6 198:14
198:21 202:2
203:13,18
204:7,17,23
206:17 207:24
208:11,12
209:6,8,10
211:1 212:7,19
219:19,22
220:8 221:22
223:5 228:10
228:17 230:2
231:9 232:7
233:19 237:5
237:12,13
238:14,17
239:20,22
245:20,21
246:8 251:7,18
252:15 255:14
255:16 258:1

262:19,20
264:7,21
265:14 266:17
272:2 275:1
276:3 283:2
285:18 302:19
316:2 317:13
318:7 322:2
334:7 348:6,10
348:12 357:5
369:11 370:20
371:13 372:6,7
372:10
seeing 106:21
159:18 246:2
252:3 268:2
323:6,8,10
seen 38:24 44:16
54:20,23 99:12
106:6 142:2
159:17,19,22
161:4,6 162:22
163:12 164:1,2
165:23 170:4
226:9 240:16
258:18,20
259:9 263:16
323:22 324:6
335:11 347:1,4
347:7
selected 86:6
260:4
selection 45:20
46:14 250:4
self-proliferat...
373:22
SEM 302:21
semi-solid
326:24
senior 13:12
sense 63:13
97:18 307:13
sent 56:9 101:14
311:23
sent- 115:16
sentence 45:15
46:8 50:16,22

51:2 57:12,13
57:17,20 58:1
94:12 111:22
113:16 114:22
115:16 126:23
154:10,19
165:9 178:22
192:1 195:13
195:16 199:17
209:19 212:21
219:23 230:4
237:8 246:9
275:15 276:3
312:9 316:24
331:14 334:4
348:7 356:15
361:1 374:14
sentences 46:21
49:4 50:1
114:6
separate 12:5
40:2 243:6
September
12:18
Serena 10:7
series 13:17
308:19 315:8
335:19 340:12
340:16
serous 208:7,9
213:18 220:6
221:11 224:17
224:21 229:3,6
238:2 241:2,8
242:23,24
243:1,13,19,23
258:12 260:12
334:15
serve 12:16
served 16:15
17:6 38:19
72:13 76:23
384:9
serves 310:1,21
service 315:9
Services 101:18
388:8

Ellen Blair Smith, M.D.

serving 12:13
   16:12
Session 6:8
   162:1
set 20:12,17
   40:2 53:24
   55:4 106:15
   118:1,3,21
   119:9 127:16
   127:17 130:18
   138:4 235:19
   257:13 267:17
sets 172:20
setting 271:19
seven 163:16
severe 261:4
SEYFARTH
   5:10 387:2
SGA 157:7
SGL 149:21
SGO 8:6 151:21
   157:8 272:21
   273:6 283:20
SGO's 158:4
Shane 5:21
share 24:4
   108:11
shared 87:9
shares 328:11
SHAW 5:10
   387:2
SHOOK 4:4
   386:2
short 45:21
   46:14 117:2
   153:9 186:8
   225:12 244:13
   244:15,17
   276:20
shorthand 2:8
   123:18
shot 263:10
should've 208:9
show 105:22
   159:23 178:12
   195:13,17
   295:4,5 296:9

303:21 304:13
305:7 307:12
309:5 333:5
334:21
showed 197:2
   238:2 311:18
   325:14 368:15
   369:14 370:3
Shower 10:16
   10:16 97:11,11
   103:18,18
   308:21,21
   309:12,12
   310:7,8 311:2
   311:2,9,9,19
   311:19 331:6,6
   331:19,20
   336:17,17
   340:7,8
showing 125:6
   343:18 356:17
   362:14
shown 212:22
   319:21 362:15
   384:9
shows 199:10
   273:24 330:20
Shukla 367:14
   367:19 368:14
   368:24 369:8
   370:1,21
Shulka 327:23
   327:24,24
sic 60:5 138:13
   141:4 199:10
   284:22 291:9
   322:9 324:23
side 16:14 71:22
   194:17
sides 69:22 70:4
Siemiatycki
   9:10
sign 380:4
signal 369:20
signature 6:17
   381:1 382:2
   384:12,14,18

significance
   63:4 97:9
   142:5 182:18
   183:2 220:16
   295:19 296:15
significant
   49:14 99:5
   121:15 125:17
   129:6,9 136:6
   136:14 168:20
   177:6 181:3,5
   181:14,16,18
   181:20 183:7
   189:17,23,24
   190:2,6,8,20
   199:8 204:15
   205:23 220:16
   224:20 227:15
   227:22 229:5
   235:12 238:3
   261:4 267:21
   272:5 274:1
   278:22 289:17
   289:18 290:20
   328:21 329:17
   334:13 335:4
   337:4
significantly
   181:12
SILVER 5:3
   296:17 343:1
   386:19
similar 46:22,23
   48:19 49:1
   135:11 143:16
   212:23 227:11
   227:18 235:19
   235:23 324:1
simple 83:15
   123:18 287:17
simultaneously
   301:1 304:18
   362:21
single 43:10
   108:23 111:22
   113:16 118:5
   128:11 134:13

147:10 173:18
173:18 183:16
211:21 212:6
272:13 278:20
281:19 289:19
293:14 294:22
295:6 315:3,3
362:14
single-digit
   233:13
single-nucleot...
   326:15
sir 16:14 28:22
   29:1,4 39:18
   90:11 93:12
   106:6 155:7
   158:7 173:7
   185:11 197:14
   305:23 357:24
Sister 222:21,21
sisters 227:14
   255:9 377:23
   379:14,15
sit 282:10 378:7
site 118:6
   173:18
sitting 55:9
   65:24 112:14
   174:3 241:15
   244:7
situ 16:10
situation 245:22
   292:10 378:20
six 229:13 267:4
   293:23
Sixteen 9:5
size 177:17
   182:2 322:19
   324:1
sjames@shb.c...
   4:8 386:6
Sjösten 262:24
   267:24 322:4
   362:19 363:10
   365:13 366:6
skin 337:5
skip 298:4

skipping 298:10
slightly 203:18
   227:19
small 131:18
   132:2,4,7
   153:23 174:22
   177:17,17
   183:17 191:11
   194:15,21,22
   195:1 212:16
   244:12,15
   245:8 266:13
   295:17 322:17
   335:6
small-number...
   183:16
smaller 40:2
   183:4,5,20
   203:20 324:2
   325:19,20
smart 295:15
Smith 1:12 2:2
   6:6 7:5,9,13
   11:3,10,16,18
   12:2 14:24
   20:16 24:14
   25:5 38:24
   40:15 41:4,10
   41:22 42:8,17
   43:24 44:16,20
   44:24 47:4,14
   49:3,6 50:6,9
   50:11 52:15
   53:5,11,16
   55:9 57:4,13
   58:3 62:19
   67:12 70:9
   72:18,23 73:5
   75:2 79:21
   80:1,7 90:4,8
   98:16 99:19
   107:1,14,20
   117:11 118:14
   119:8 123:2
   124:12 126:21
   137:24 145:1,2
   145:17,21

Ellen Blair Smith, M.D.

Page 433

150:21 153:14
155:12 156:11
157:5,10 161:3
162:6 163:11
169:14 171:7
172:15 173:4
175:1 176:3
179:18 180:2
182:8,12 184:2
188:11 189:19
193:7 194:6
196:9 204:18
205:16 206:24
207:9,17 208:5
208:12 210:15
213:23 216:12
216:22 217:4
219:16 226:1,7
230:14 231:2
237:2 239:2,6
239:17 261:5
265:23 274:11
276:15 277:7
280:5 286:9
288:15 293:10
297:1,6 300:2
308:14 321:2
342:6 343:12
348:3 358:5
359:23 379:23
380:1 381:2
382:1,6,11
383:12 384:2
**Smith's** 253:13
**Smith-Bindman**
258:10,16
259:16
**smokers** 137:10
**smoking** 84:14
138:1
**snippets** 339:3
**snowballing**
281:23
**social** 30:10
**societies** 329:3
**SOD2** 371:6
**solid** 273:4

**somebody**
145:14 147:11
148:8 198:2
267:22,23
**somebody's**
267:21
**sooner** 181:17
**sophisticated**
195:6
**sorry** 21:14,15
21:17 28:19
34:24 48:24
53:5 58:1
65:11 67:11,13
77:1 87:3 95:3
97:21 105:4
111:4 112:19
115:15 118:13
119:23 120:5
123:8 128:8
129:24 130:10
131:24 137:22
139:10 148:7
148:19 153:22
155:9 156:13
157:2,21,23
158:2,24
176:20,21
180:21 182:7
185:10 192:24
200:1 209:3,17
209:23 210:11
217:7 222:8
223:8 230:16
239:14 245:6
246:5 253:4
267:2,3,11,12
269:4 273:17
273:19 275:18
288:8 289:3
292:21 294:3
299:21 305:24
313:18 320:12
320:20 326:20
344:21 350:10
353:22 357:17
358:15 364:6

367:22 370:12
**sort** 19:3 38:8
107:15 209:24
234:24 337:20
364:16 367:16
376:10
**sought** 167:5
**sounds** 215:22
**source** 52:7,8
158:16
**sources** 18:15,19
51:13 63:19,21
63:24 64:1
147:16 150:12
**spacing** 267:9
**speak** 128:7
185:19 197:9
**SPEAKER**
194:23
**speaking** 108:3
167:17 286:11
286:14,15
301:1 304:18
362:21
**speaks** 261:19
337:6
**specialty** 146:5
**species** 78:2
281:4 282:1,1
**specific** 49:4
95:9 117:19
146:11 240:14
244:6 251:14
251:23 277:14
286:5 308:24
309:2 325:11
331:11 332:24
336:3 363:18
**specifically**
22:21 104:7
122:3 142:3
187:4 199:18
253:9,23 254:5
264:18 350:14
**specifications**
103:21
**specificity**

288:20
**specified** 311:14
340:10
**spectroscopy**
25:21
**speculate**
104:20
**Speculation**
330:16
**speeches** 30:14
**spell** 35:1
312:13 320:4
**spelling** 322:9
**spend** 173:9
**spent** 14:4 19:10
19:15,23 20:18
21:2,19,22,24
22:3
**sperm** 322:19
**spiritual** 341:24
**spoke** 313:12
**sponsor** 163:1
**sposure** 118:6
**spouses** 355:23
**sprays** 154:5
155:22
**Square** 4:11
386:9
**stabilized**
325:15
**stack** 54:6
**stage** 330:19
346:1
**stand** 287:7
**standard** 19:2
51:23 164:20
281:13 327:1
**standardized**
238:4
**starch** 268:1,3,5
363:11,13,17
366:7,11
**start** 61:5 87:23
118:12 170:9
173:12 174:1
174:10 202:4
210:18 241:6

284:7 286:19
295:16 313:21
319:18 329:14
**started** 115:17
125:20 376:2
**starting** 282:3
327:9
**starts** 34:21
45:11 46:8
47:8,19 48:9
50:16 93:5,7
114:22 124:24
194:18 233:15
263:1
**state** 2:7 50:9
73:5 80:8
139:23 198:16
211:5 212:21
245:17 283:8
285:2 382:7,24
383:20
**stated** 2:11
73:14 121:10
134:12 196:9
207:6 240:8,11
**statement** 72:11
87:16 108:12
152:14,17
153:2,10,12
154:11,15
155:24 156:8
168:11 186:17
186:19 191:21
192:7 194:12
197:16 213:4
224:13,15
240:4 246:2
249:23 257:2
264:7,9,10,17
264:22 266:8,9
270:21 296:15
316:14 317:3
361:4,18
**statement's**
362:9
**statements**
30:21 107:11

Ellen Blair Smith, M.D.

Page 434

108:5 113:21
113:23 151:3
255:12 273:7
319:13
**states** 1:1 104:5
125:4 165:14
239:12 275:6
330:24 383:1
**stating** 242:6
358:18
**station** 272:14
**statistical**
128:15 173:17
174:5,6 181:14
190:6 220:15
295:18 296:14
**statistically**
121:15 125:17
129:6 136:6,13
177:5 181:3,5
181:11 183:6
189:16,23
190:1,20 199:7
224:20 227:15
227:22 229:5
235:12 238:2
272:5 274:1
278:22 289:17
290:20 334:13
335:4
**statistics** 238:5
**status** 169:6
271:24 272:1
**steering** 3:3
161:14 385:1
**stenographic**
383:23
**step** 60:13 321:7
**steps** 325:17
374:2 379:16
**sterilization**
146:13
**Steven** 7:17
10:10 255:1
**stew** 290:19
**sticker** 40:14
300:2

**stickered** 41:11
**stimulate**
365:16
**Stipulation** 6:4
**Stockholm**
318:1
**stomach** 181:10
**stop** 24:13 32:22
36:16
**stopped** 275:22
**story** 69:22 70:4
304:11
**straighten** 185:3
**straightening**
210:2
**stratification**
195:4
**Street** 2:9 3:5
4:5 5:10 385:3
386:3 387:3
388:9
**strength** 129:7
134:13 135:5,7
135:10,22
177:21 181:23
182:2 190:10
289:6,7,10
**stress** 276:1
283:7
**strike** 21:23
32:7 52:5
110:21 113:14
240:16 310:12
329:13 348:22
**strong** 149:4
177:3 178:5
180:13,20,23
190:3,7,15,24
289:14,21
290:2 324:10
360:8
**strongly** 88:7
127:3 319:20
353:10
**students** 262:23
**studied** 148:3
249:10 281:20

282:15 303:7
**studies** 9:6
23:14 29:8,17
40:2 43:10
45:19 47:21
48:11 49:8
54:13,18,19
56:1,5,10
87:14 108:17
111:16,24
112:2,7 118:6
119:17,19
121:2,7,13
125:6,16 127:4
128:11,12,12
129:16 132:11
132:14,15,20
133:23 134:2,3
134:7,8,16,17
134:21 136:2,3
136:13 137:17
138:7,10,13,19
138:22 139:14
148:3,4 149:2
155:4 159:23
163:1 169:16
173:3,17,18,21
173:22 174:21
175:4 183:18
188:19 192:13
194:14,15
195:1,4 200:9
202:8 209:14
214:24 220:2,5
220:12,15,17
220:22,23
221:2,21
224:16 225:4,9
225:11 227:13
229:15 231:23
232:14,15,17
232:18,23
235:22,22
236:1,3,10,12
236:16 237:10
237:20,23
238:1 246:16

247:14,14,17
247:17,19,20
248:5,10,14,16
248:23 249:3
249:17 250:8
250:10,18,23
251:22 252:17
252:17 253:9
253:23 254:5,8
254:15,20
255:3 257:2
258:11 266:20
266:24 268:13
277:8,13 279:9
279:15 281:2
282:18 285:11
285:23 286:2
288:3 290:3,11
290:14,15,19
291:10,14
292:4,24 293:2
293:3 294:15
294:19,20,22
294:24 295:3,6
295:8 296:9,13
312:17 314:4
319:19,21
320:1 321:22
322:5,17,20
323:7,9 330:18
330:23 332:15
334:21 343:17
344:3 349:6,11
349:15,21
353:10,14,17
353:23 354:2,8
354:11,16
355:7,8,17,22
355:23 356:1,2
356:8,17
362:18 365:2
365:17
**study** 9:23 23:13
46:13 50:23
111:19,22
112:14,15,20
112:21 113:1,3

113:9,11,22
116:7 117:22
121:9 129:7
131:24 134:24
142:2 169:21
169:23 173:13
174:20 175:23
179:14,19,20
183:16,16
184:1,3,6
185:17 187:9,9
187:18,23
188:6,7,10,12
189:6,8,18
191:22 192:9
195:10 196:10
197:13 199:10
200:16,21
201:21,23
202:8 207:11
207:13,21
210:23 211:22
212:13,18,20
213:23 214:14
214:17 215:12
215:13 217:4,5
217:22 218:5
218:15,24
222:1,2,16,21
222:22 223:1,3
223:14,21
224:19 225:8
225:16,24
227:2,9 229:21
230:7 231:3,11
232:9 233:7
235:24 236:14
236:21 237:15
238:8,8,20
239:1,8,11,23
244:16 245:8,9
245:18 246:23
247:4,8 248:10
249:16,20,21
250:1,12,16
251:1 253:20
253:22 255:6

Ellen Blair Smith, M.D.

267:13,21,23
269:7,9,17
270:6,11
271:13 272:13
273:23 277:18
279:11,13
285:19,23
286:5,20,21,24
287:9,11,13
288:13 289:12
289:20 290:9
290:23 291:1,2
291:7,16,18,19
291:22 292:1,3
292:4,5 293:9
293:12,13,14
293:17 315:3
318:6,10 320:2
322:8,11,13
323:7 327:23
330:5 333:23
349:16 362:14
362:19,19,20
366:2 367:14
368:21,24
369:4,9,14
370:21
**studying** 132:3
138:15 254:13
333:2
**stuff** 150:15
166:5 283:12
337:5 339:3,4
**sub-** 187:3
**subalteration**
369:18
**subject** 40:24
66:1 68:13
69:10 186:12
298:10,11,17
308:11
**subjects** 9:5
366:2
**submitted** 19:20
30:5 51:19
109:3 366:21
**submitting**

19:22
**subscribed**
382:15 388:1
**subsequent**
268:4 314:5
**subsequently**
258:20
**subset** 40:7
131:8 232:13
**substance** 23:17
30:5,6 202:1
**substances**
331:22
**substantial**
60:24 195:3
**substantiate**
360:1
**substantive**
42:24
**subtype** 9:20
85:8 237:11
239:13,24
240:2 258:12
**subtypes** 240:24
243:5
**sufficient**
196:20 242:6
**suggest** 115:1
120:22 205:23
206:1
**suggested** 38:6
108:16 177:16
224:18 284:6
316:14 317:20
378:23
**suggesting**
189:17 324:7
**suggestion**
25:17 333:22
334:16
**suggestive** 220:6
**suggests** 171:24
177:9 198:6
199:11 255:2
319:4 330:10
**Suite** 3:18 4:5
4:11,17 5:16

385:16 386:3,9
386:15 387:9
388:9
**sum** 170:3
**summarizes**
359:15
**summary** 90:9
151:1 184:11
189:1
**sun's** 263:17
**Sunday** 39:5,6
**Super** 258:4
265:19
**superficially**
76:9 77:4
**supplied** 306:10
306:18
**supplier** 109:1
**suppliers** 97:12
108:13
**supply** 188:16
**support** 80:2,5
125:5 165:10
212:6 235:6
262:21 272:13
319:15 321:4
341:23 345:5
356:17
**supported** 115:3
115:24 147:6
**supporting**
319:8
**supportive**
166:12 270:8
334:20
**supports** 93:14
99:7 127:9
141:23 186:24
272:15 279:20
289:5
**suppose** 259:20
**supposed** 60:4
224:10 305:4
**suppressive**
146:19
**sure** 11:20 17:3
17:4 20:6 24:7

29:16 33:20
34:7,10 45:16
51:16 57:17
65:4,8 69:22
70:17,24 72:19
73:1,10 74:24
76:16 77:2
79:12 82:14
84:16 112:17
113:24 121:23
142:21 151:17
170:24 174:7
175:9,19 176:4
184:9 188:24
188:24 189:3
192:15 193:14
205:19 210:1
210:20,20
215:22 234:17
274:18 275:19
277:15,19
307:10 335:10
342:7,22,23
345:15 354:14
374:24
**surface** 275:10
**surgery** 33:9,13
33:23 34:13
35:12,18 38:3
159:16 321:20
**surgical** 279:16
363:17
**surprised** 293:6
**surrounding**
323:4
**survey** 103:5
168:22
**suspected**
200:14
**sustained** 214:5
**swap** 320:16
**swear** 11:8
**Swenson** 37:8
**switch** 315:7
320:20
**sworn** 2:4 11:11
384:3 388:1

**synergistic**
169:3 170:12
171:9,11
**synergy** 169:22
170:1,2
**system** 35:5,15
169:20 172:10
**Systematic** 7:19
9:16
**Systems** 383:19
388:7

---
**T**
---

**T** 3:7,8,14,19
4:7,12,18 5:6
5:12,18 385:5
385:6,12,17
386:5,10,16,22
387:4,10
388:10
**T-a-h-e-r**
349:18
**table** 39:13
132:1 180:3
184:6,9 192:19
192:19 193:1,3
207:22 209:21
228:5,7,24
229:2 239:3,21
256:1,2,5,6
334:18,20
**tables** 133:13
**tablet** 181:10
**tabulating** 146:9
**Taher** 349:17,18
**take** 12:8 18:9
48:23 55:8
117:2 145:3,15
159:2 191:19
193:18,21
234:14 264:24
276:20 321:7
334:3 379:16
**taken** 2:4 17:13
79:17 114:7
117:6 119:4
131:13 161:23

Ellen Blair Smith, M.D.

Page 436

194:1 195:12
195:13,17
205:22 230:22
277:2 296:21
308:6 320:21
326:18 343:6
383:13 384:22
387:17
**takes** 191:18
356:15
**talc** 4:15 7:14
8:4,18,22 9:4,9
9:16,23 10:4
10:10,20 12:9
12:13 16:17
18:4,5 22:19
28:21,24 29:5
29:18 30:14,21
30:23 32:13
36:22 58:16,18
62:13 66:10
75:12,18,19
76:1,10 77:8
83:6 86:21
87:4,6,11
90:13 91:5
97:23 98:17
99:14 100:20
103:3,6 106:19
107:12 108:6
109:2,7,18
110:6 120:15
123:3,9,22,23
132:22 135:4
135:11 138:16
139:1,15,21,24
140:3,5,8,12
140:20 141:1,2
141:2,7,15,20
141:24 142:3,6
142:13,14,18
142:22 143:1,6
143:11,12,18
143:19 144:7,7
144:11,12,22
151:13 152:18
153:8 158:3

160:7 165:6,11
165:21 167:24
168:1 169:18
170:5 171:18
171:22 174:19
180:11 186:10
186:11 192:13
198:6,20
199:11 201:1,8
201:11,15,22
202:17,20
206:21 207:2
208:14 209:7
211:2,6,13,18
212:22,23
213:17 214:1,7
217:19 220:5
222:17,23
224:17 229:6
235:13 236:4
240:13 241:16
242:7,13,22
243:22,23
245:11 246:12
247:20 254:6
257:23 260:10
260:23 263:21
264:18 266:9
268:1,1 275:16
283:1 288:13
295:14 296:6
297:8,9,14,16
298:17 299:4,4
299:5 306:18
306:22 310:14
310:19,21,23
311:3 313:13
314:14,15
316:15,15
317:1,4 318:17
318:24 319:4,8
319:15 321:5
321:15 323:11
323:16,23
324:5,6,13
326:10,21,22
327:11,18,19

328:3 330:11
330:21 334:14
338:7 339:14
339:21 340:21
341:3 343:19
344:4,8 345:4
346:8,9,24
347:2,15,15
349:12 350:15
357:9 358:19
359:5,16 360:7
360:8,16
361:12,19,24
362:14,17,24
365:19 366:7
368:15 369:14
370:3 371:1
375:2,7,14,16
375:22 376:2
376:10 377:17
378:5 386:13
**talc-based**
297:17 376:21
**talc-containing**
140:4,12,23
141:15 275:7
**talc/ovarian**
152:15
**talcum** 1:3
31:15,19,24
32:3,19,22
33:1,5,10,14
33:16 34:1,14
35:8,13,19
36:8,16 37:13
37:19 38:4,9
78:3 87:11
88:4,6,11
95:14 96:20
103:13,23
140:6 142:10
143:7 151:18
153:3 154:6,6
154:8,23 156:1
168:20 240:20
241:7 253:10
253:24,24

254:16 266:14
288:5 295:9
296:10 311:14
312:24 313:14
325:7 326:21
328:11,18,20
329:13,16
332:1 335:21
336:16 340:6
343:24 383:3
**Talcum-conta...**
140:19
**talk** 120:1 122:2
122:2,3 135:4
191:7,13
224:10 228:2
243:10 249:10
364:1 371:14
372:8
**talked** 78:21
105:6 110:14
122:9 130:18
130:21 131:16
136:11 154:10
221:18 237:19
250:15 259:12
264:2 298:23
360:5 367:14
375:12
**talking** 23:11
34:5 70:13,21
86:1 94:11
120:19 131:7
131:11 132:3
136:9 247:24
248:14 256:19
323:1 325:5
356:2 359:14
360:10,15
**tape** 116:24
321:3,10
**TARIQ** 5:15
387:8
**tariq.naeem@...**
5:19 387:11
**teach** 262:23
**technique** 97:15

100:11,15
302:13,15
**technology** 23:8
**Tecum** 7:5
**tell** 11:11 36:15
36:21,24 37:1
137:1 219:13
235:21 259:17
274:5 299:8
306:21 340:17
340:19 341:3
376:6
**TEM** 100:14
302:21
**ten** 13:1,17
**tend** 136:5,6
**ter-** 336:3
**term** 140:8,24
178:8,11,12
242:18
**terminology**
64:17 65:5
148:23 171:8
177:12,15
178:11 179:1
184:15 200:5
349:8
**terms** 23:1,4,5
24:14,16 25:2
68:12 97:15
120:20 181:10
182:2 225:8
255:11 317:10
337:9 338:5
**Terry** 9:13
203:1,4,7,9,14
204:9,12 205:9
206:16 207:1
269:7,9,15
270:7,17
271:13,16
274:10 275:12
276:8 278:9,15
**Terry's** 274:1
**test** 205:23
302:19 309:21
310:13

Ellen Blair Smith, M.D.

Page 437

tested 103:14
108:20 110:9
299:18 309:20
379:15
testified 11:13
70:18 75:12
77:4,7 96:6
157:19 340:19
368:23
testify 68:10
testifying
151:18 307:20
testimony 16:6
17:23 46:24
50:3 68:7 69:6
76:4,7,9,12,19
77:3,11 81:19
87:21 93:10
98:14 151:17
157:14 301:20
307:7,15
324:17 352:18
359:21 384:5
384:21
testing 80:2 81:3
98:17,20 99:6
99:8,10,14,19
100:8 101:6,10
101:24 103:10
104:16 105:11
105:14,15
107:8,24
108:12 110:13
236:3 303:21
305:14 306:22
306:22 309:10
310:5 311:2
312:20
tests 10:12,13
299:4,4,5
Texas 2:8,10 4:6
4:17 383:20
386:4,15
text 51:11 52:8
56:8 65:1
102:7,17
134:18 188:14

233:10
thank 15:14,19
16:1 20:7
53:10,15 54:6
59:18 62:17
73:8 74:14
79:14 113:7
114:4 119:21
120:9 122:24
123:10,15
124:10 153:19
189:11 193:2
196:8 197:22
210:21 215:9
217:1,2 224:8
228:21 238:24
251:10 252:7
255:20 256:18
268:17 273:18
274:19 276:23
286:15 297:1,3
335:13 342:6
346:15 361:11
367:22 378:11
379:20 380:1
Thanks 38:17
256:7
That'd 22:7
342:4
theirs 100:16
220:18
therapeutic
338:1
therapy 341:10
341:10
therefor 384:19
thing 67:2
117:21 122:21
135:19 136:10
142:21 147:2
171:15 186:13
189:2 219:9
282:3 322:10
335:17 360:1
371:14 372:7
things 37:1
42:24 56:16

70:22 81:7
118:9 130:21
131:16 138:2
146:11 147:6
147:11,12,15
148:14 170:2
190:8 219:8
254:13 263:18
272:17 361:7
think 13:4 23:13
25:2 34:4
40:21 49:2
51:17 52:1
55:3,15,22
64:5,13,15
67:17 68:20
69:1 70:3,24
72:23 74:16
75:21 81:16
89:17 91:24,24
93:5,6 96:17
97:19 102:4
103:17 107:14
107:15 110:2
116:1,20 124:2
126:2 127:15
128:7,24 129:3
129:4,9 131:17
133:16 135:15
141:5,9 142:9
143:23 144:17
147:8,8 148:2
152:11 153:5
157:14 161:15
164:19 166:4,6
166:14 168:15
168:23 170:13
177:14,16
179:11 184:22
185:18 187:6,6
187:8,21 188:7
191:13 193:18
200:4,7,8
202:11 204:17
206:7 209:21
212:2 215:20
217:10 218:8

220:24 228:3,4
228:12 230:10
230:14 231:5
233:17 234:7
234:13,15
241:22 242:12
242:13,17
246:3 247:3
256:20 258:10
259:14 260:16
261:20 264:13
265:23 267:16
270:18,20
271:3 272:4,4
276:11,13
278:18 279:13
280:19,20
281:1,7,19,21
282:9 283:23
284:16,23
286:4 289:2,5
291:9,14
292:22 296:2
297:22 301:24
305:12 306:8
306:11,14
307:14 308:1
314:10 315:14
316:4 321:11
323:6,21
324:18 328:7,9
329:19,21
330:3,17
333:15 335:11
335:16 336:9
337:22 343:2
346:23 347:1
347:23 349:6
349:24 353:5
362:13 363:19
367:8 370:17
370:18 373:16
374:1,5 377:9
377:20
thinking 101:13
306:13 347:6,7
third 34:22 35:3

45:10 245:24
251:9 253:16
253:17 266:2
third-party
105:15
Thompson 3:4,8
3:8,9 12:20,22
13:7,8,10,15
14:4,19,21
23:24 24:4,10
24:17 25:9,24
26:7 27:4,7
284:6 385:2,6
385:6,7
thought 26:3
36:22 102:3
114:8 135:9,23
135:23 155:9
157:18 158:2
187:6,7 216:8
225:7 293:13
336:7 358:7
365:4 372:12
thoughts 227:8
thousands
104:16,16
105:11,11
threat 99:11
three 37:17,22
38:1,6 45:7
235:21,22
243:5 251:11
252:2 278:20
301:24 326:8
326:10 357:4
three-quarters
114:21
threshold 255:3
threw 155:19
throwing 53:7
tied 273:1
tiers 173:19
tilted 366:2
time 8:15 11:7
14:3,16 15:11
17:6 19:13,15
19:23 20:18

21:2,7,19,22
21:24 22:2,5
25:3,6 48:23
55:8 64:5,6
79:16,20 87:11
88:9 109:10
117:5,9 119:3
119:7 131:17
133:11 153:10
158:11,13
161:17,21
162:3 163:12
170:13 173:9
181:11 186:9
193:10,24
194:4 230:21
231:1 236:2
245:10 258:17
268:7 276:11
277:1,6 285:15
293:15 294:1,4
296:20,24
297:2 299:18
308:4,9 309:22
320:24 321:21
338:2 340:5
341:1 342:13
342:19 343:5,9
350:7 354:1
376:6 377:21
379:24 384:21
**times** 131:9
146:15 168:24
252:2 293:23
333:14 352:19
361:2 362:3
**tiny** 255:10
**tissue** 87:7 288:4
376:22
**tissues** 347:16
**title** 285:20
**titled** 102:23
163:20 198:13
**Titus-Ernstoff**
8:16 169:17
**TNF-alpha**
325:15,21

**today** 12:8,23
13:23 15:5,11
38:14 39:21
40:16,20 41:15
42:19 43:21
55:9 64:6
65:24 90:13
102:8 112:14
128:5 130:24
165:14 166:9
174:3 201:18
222:11 235:17
240:13 241:15
242:22 244:8
247:13 249:20
250:2,16 259:8
264:2 269:6
277:8 281:12
282:10 288:16
289:7 296:4
298:5,12 313:4
315:8 328:8
329:1 333:14
333:22,23
338:3 340:2,5
344:16 345:7
349:1 352:19
353:5 355:14
378:7
**today's** 11:6
39:8,21
**told** 25:19 31:15
31:19 32:21
36:21 133:18
165:23 201:21
229:11 317:15
342:2 377:16
378:3
**tomorrow**
263:17
**tool** 172:18
**tools** 174:7
**top** 19:12 84:14
163:19 205:4,5
206:17 212:20
279:23 293:21
302:17 306:14

328:22 329:23
329:24 330:1
364:15
**topic** 59:3,7,24
60:18 61:4,6
61:11,17 67:5
69:21 95:13
112:23 166:19
276:20 315:10
325:3
**topics** 57:6,16
57:22 58:12,12
59:21 309:3
329:23 331:1
**total** 21:22,24
106:13,15
**totality** 213:5
231:23 240:19
272:14 274:4
280:10 336:22
**touch** 284:7
**Tower** 4:5 386:3
**town** 23:5
**toxic** 331:17
332:9
**track** 346:4
**tract** 87:5
262:16 263:19
263:22 275:9
316:16 319:6
319:10 322:22
323:17 324:14
347:15 363:6
363:18 364:11
364:20 366:12
**Traher** 349:17
**trained** 146:5
**training** 13:13
**transcript** 6:20
6:22 383:22
384:4,16
**transcription**
372:24 373:10
373:11 383:23
**transcriptionist**
358:16
**transection**

369:20
**transformation**
327:6
**translocation**
357:9 358:20
359:5,12 360:3
360:16 361:19
362:17
**transport** 263:2
267:7 322:10
365:21,24
**transported**
87:5 322:7
323:23 339:15
**transposition**
43:19
**transversing**
323:2
**travel** 319:5
**Travis** 4:5 386:3
**treat** 340:24
**treated** 88:20
**treating** 16:20
17:13
**treatment** 16:9
154:5 246:15
246:19
**treatments**
155:19
**tremolite** 133:2
299:15 311:18
312:4
**trend** 204:15
205:12,20,23
231:12
**trending** 334:22
**trial** 88:11 202:1
246:17
**trials** 200:11
246:17
**tried** 210:7
268:14
**trivial** 191:12,14
**true** 91:15
140:20 142:24
222:10,14,19
222:24 333:3

382:3 383:22
384:4
**trusted** 332:23
**truth** 11:11,12
11:12 146:6
212:18 261:21
**try** 54:22 56:12
59:1 60:9 65:8
65:10 67:19
120:1,2 178:15
233:5
**trying** 35:7
42:23 64:17
67:16 172:9
175:16 211:2
223:10 307:12
**tu-** 269:10
**tubal** 146:13
159:20 169:9
212:3 263:2,12
268:18,23
269:10,21
270:5,8,14,21
271:1,10,19,24
272:11,15,17
273:1,3,4,11
273:12,22,24
274:6 277:10
278:9,16,19,21
279:12,14,20
322:10,13
**tube** 8:11 163:22
263:7 322:13
323:3 326:7
339:16 365:23
**tubes** 266:15
273:1 317:6
323:12
**TUCKER** 5:16
387:8
**tumor** 325:16
372:13,15
**turn** 45:3,24
47:3 48:2,4
54:3 102:21
111:21 163:14
178:14 180:2

192:17 225:24
239:17 315:18
352:21 357:3
370:11
**turned** 124:14
**turning** 18:4
92:22
**two** 26:14 45:6
46:21 48:19
49:4 62:24
63:4 77:21
78:10 79:8
128:10 130:18
130:21 134:10
135:21 150:9
156:18 158:14
168:4 170:2
198:1 216:17
229:12,15
234:18 235:22
258:24 260:7
267:1,4 278:20
330:18 343:23
348:2 366:24
367:11
**type** 81:11
132:11,13,19
133:1 195:2
242:10 243:9
248:5 250:12
353:17 354:2
**types** 132:15
232:23 281:16
344:9 353:22
**typo** 208:22

**U**

**U.S** 250:3
354:13
**Uh-huh** 212:1
272:23 275:5
364:14 372:11
**Uh-oh** 269:12
**UK** 354:14
**ultimately**
273:13 282:1
**ultrasonograp...**

322:12
**Um** 267:10
**Um-hum** 45:2,5
45:8,12,14
46:7,11,16
47:10,12,15,22
48:3,6,13 49:9
49:11,13,16,18
49:20 50:15,20
51:1 111:10,10
113:10,10
115:18 125:2,2
126:22 154:17
165:3 172:16
175:7 178:18
219:21,24
234:5,9 239:19
274:24 329:4,6
333:12 340:18
341:16 364:5
372:9
**Ummm** 66:3
**unaware** 293:16
**UNCERTIFI...**
6:20
**unchanged**
144:21
**unclear** 34:5
**uncomfortable**
155:22 190:23
**uncontrolled**
373:1
**undergoing** 35:6
**underlying** 59:5
236:10,11
**undermine**
336:15
**underpowered**
255:10
**understand**
12:10 15:3,15
23:8,23 24:7
26:11 35:22
36:1 39:7
41:11 54:24
62:24 65:2
66:7 70:2 71:8

71:12,15,19
73:3 74:5,8
76:4 77:2,7
82:15,16 92:3
95:18,20 97:2
97:16 100:16
101:6,10
102:13 106:17
107:6 108:15
108:18 109:1
116:9,10,14
129:11,12
140:11 151:17
168:3,6 177:11
177:19 181:21
182:3,5,10,16
200:21,24
201:4,10
206:19 217:12
217:17 233:8
244:18 247:12
249:13 250:5,7
280:21 290:24
291:4 293:11
295:20 296:8
299:3 301:12
302:7 337:24
359:22
**understanding**
51:22 101:19
101:23 107:2
196:1 338:13
**understood**
20:22 23:9
37:2 38:23
41:2 51:6
67:22 79:3,5
119:24 204:6
235:15 345:15
**undertake** 95:13
**undetermined**
207:3
**unfair** 76:24
89:17
**unfortunately**
163:14 194:20
**UNIDENTIFI...**

194:23
**unimportant**
177:9,10,15
191:12,15
**unintelligible**
362:22
**Union** 5:14 8:21
387:7
**United** 1:1 104:4
330:24 383:1
**universally**
262:13,22
263:14,20
264:14
**University** 10:6
283:8
**unknown** 323:2
**unnecessarily**
57:18
**unpublished**
81:2,3,5 86:10
**unquote** 188:4
**unreliable** 60:19
**unstabilization**
325:21
**unusual** 211:21
345:23,24
346:1
**up-to-date**
225:4,9 333:7
333:13
**upper** 316:16
319:10 324:14
**uprate** 370:24
**upregulated**
370:7,24
**upregulation**
325:24 372:8
**usage** 31:24 32:3
33:5,10,14,24
34:14 35:13,18
36:8 38:4,9
288:5 346:24
**use** 8:4 9:8,12,16
9:23 10:4,7,20
33:15 35:9
57:6 64:17

88:6,11,12
142:23 146:16
146:17 149:19
149:22 153:6,8
154:4,6,16,22
155:18,21
156:1 158:14
158:15 164:8
169:7 174:19
177:12,14,20
178:8,11,12,13
178:23,24
182:1,3 185:14
190:21 191:3
192:10 198:6
198:19 199:11
205:11,21
207:19,24
208:14 209:7
209:13 211:2,6
211:13 212:22
212:24 213:17
213:21 214:20
219:4 220:6
222:17,23
224:17 229:6
231:13 235:13
235:14 253:24
257:23 260:10
260:23,24
271:10,24
295:9 296:6,9
325:10 330:11
334:14 340:21
375:2,4,7,22
376:21,23
377:17 378:5
**user** 109:7
211:18
**users** 245:11
375:14
**uses** 227:10
**usually** 56:17,21
56:22 70:5
178:14
**uterine** 263:1
347:3 365:16

Ellen Blair Smith, M.D.

Page 440

375:14
**uterus** 263:6
  323:4 365:22

---
**V**

**V** 34:21 35:1
**V-** 35:1
**V-i-d** 34:24
**V-i-t** 34:22
**vagina** 263:6
  266:6 267:7
  316:7 318:17
  319:1 321:24
  322:1,6 323:3
  324:23 364:13
  364:15
**vaginal** 154:5,5
  155:19 321:18
  364:3,12 375:8
**vague** 81:15
  109:9 118:4
  127:22 128:6
  131:2 137:7
  138:18 244:10
  286:4
**Valentine** 35:1
**valid** 200:5
  245:18 246:1
  246:22 247:3
  248:9 253:20
  294:5,7 302:3
**validate** 200:18
**validated**
  172:20 173:2
**validity** 197:4
  249:18
**value** 149:3
  159:20,20
  301:21 303:10
**variation** 239:24
  240:1
**various** 78:3
  260:24 330:19
  339:2 350:1
**vary** 149:3
**vast** 22:5 146:4
  310:20 315:4

**vault** 321:18
**verbal** 15:7,8
**verbally** 253:3
**verbatim** 50:1
  51:13 52:4,8
**verify** 352:12
**verifying** 356:12
**version** 6:20
  8:12 163:8
  228:5 347:20
**versions** 56:19
  234:18
**versus** 56:15
  63:5 118:7
  130:19 141:15
  189:14 227:20
  229:12 248:7
**videographer**
  5:21 11:2,5
  79:15,19 117:4
  117:8 119:2,6
  161:20 162:2
  185:12 193:23
  194:3 230:17
  230:20,24
  276:24 277:4
  296:19,23
  308:3,8 320:7
  320:10,14,19
  320:23 342:14
  342:16,20
  343:4,8 379:22
**videographic**
  321:3
**Videotaped** 7:5
**VIDEOTAPE...**
  1:11 2:1
**view** 146:12
  268:23 273:11
  328:11
**viewing** 146:8
**virus** 346:17
**visuals** 50:14
**Vitae** 7:13
**Vitonis** 169:17
  169:23 170:22
  171:1

**vitro** 323:6
  327:11 360:7
**Vitronis** 8:16
**void** 218:9
**volume** 1:14
  10:23 234:22
  357:18,20,22
**vote** 152:2
**vulvar** 344:13
  375:2

---
**W**

**wade** 145:18
**wait** 60:4 135:16
  135:16 140:15
  191:7 239:5
  370:14,16
**waived** 2:14
**walking** 173:9
  321:6
**want** 43:7 53:24
  54:21 55:16,18
  69:21 70:17
  72:2 75:23
  84:10 87:22
  95:24 98:7
  121:11 123:22
  131:13 135:15
  145:11 147:13
  150:15,16
  151:16 155:15
  156:1,22 160:2
  175:5,18
  182:22 191:7
  192:15 202:2
  205:14 214:23
  214:24 224:23
  225:20 251:15
  265:3,22
  268:15 286:5
  289:8 300:20
  311:20 312:16
  333:5,16
  341:20 345:14
  346:5 354:15
  355:13 356:15
  369:11,11

374:16,21
  379:16
**wanted** 259:20
  325:4 360:13
**warning** 107:4
**warranted**
  237:11 250:18
  250:23 348:15
**wash** 118:7
**washed** 221:11
  322:2
**Washington**
  5:11 387:3
**wasn't** 129:24
  202:12 205:13
  261:6 311:14
**waste** 193:9
**watch** 322:13
**way** 11:18 15:5
  54:17 55:10
  56:4 58:16
  63:23 67:15
  110:1 114:21
  137:5 148:10
  151:16 159:6
  159:14 194:19
  200:5,13
  206:11 215:23
  245:18 246:23
  247:4,8 248:10
  253:20 257:23
  260:10 281:7
  286:9 288:16
  305:3 328:10
  332:8,10
  336:12,15
  347:16 373:3
**Wayne** 283:8
  285:2
**ways** 59:1
**we'll** 15:12
  40:13 55:22
  117:2 122:3
  156:20 173:7
  185:3,3 193:20
  193:22 215:8
  342:13

**we're** 12:8 38:13
  64:5 83:22
  84:16 94:8,9
  94:11 124:2
  131:7,10 136:9
  145:18 157:21
  157:24,24
  176:4 184:2,22
  192:15 210:4
  210:22 234:17
  246:15 255:24
  256:3 265:6,8
  281:10,11
  323:6 330:20
  369:17
**we've** 17:20
  39:11 74:17
  90:15 108:19
  110:14 122:9
  129:13 130:18
  130:21 131:16
  136:11 154:9
  190:4 204:1
  215:20 235:22
  237:19 249:20
  250:1,15
  259:11 264:2
  277:8 324:6
  340:16 346:15
**weak** 176:12,15
  176:19 177:9
  178:5,11,13,23
  180:13,20,23
  181:7 184:14
  185:14 186:3
  188:4 190:15
  191:2,3,10,11
  264:6
**weaker** 182:16
  183:4,5
**weakness**
  250:14
**weaknesses**
  117:15
**website** 152:18
**websites** 149:13
  164:9 274:5

Ellen Blair Smith, M.D.

week 258:23 293:23,24
week-and-a-h... 258:23
weeks 158:14 258:24
Weiderpass 9:10
weigh 278:24 301:19
weight 116:1 165:10 279:13 319:19
weighted 121:6
Weiner 267:13
Welch 8:20
welcome 124:19 354:23
well-known 330:12
well-respected 152:20
went 87:10 106:12 133:12 218:9 245:8 267:14,16,17 283:24
Wera 10:5,21
weren't 56:21 81:7 365:16
West 3:18 385:16
WHI 253:2 277:18
wholeheartedly 206:23
wholly 115:3,23
wide 183:18 322:16
widely 243:11
Wiener 267:13
William 8:20 10:17
willing 55:15 156:2 303:8 336:5 337:22 348:21

window 366:19 366:20
withdraw 355:10
witness 2:2 11:4 11:9 12:13 14:10 25:14 26:6 28:19 29:12 60:4,8 60:11 67:3,8 67:10,13 68:7 68:15,19 69:15 74:24 93:7 94:11 95:20 102:19 104:22 105:1,5,8 111:7 112:24 118:15,23 120:5,8 121:24 122:17,20,23 122:24 123:23 124:13 129:22 129:24 144:4 145:4,8,10,14 145:16 156:13 156:19,22 157:1 161:19 170:22 175:5,8 175:10,14 176:21 182:9 184:18 185:1,5 185:8,13 188:15,18,24 189:5 193:9,14 193:19 194:24 198:2 210:3,11 215:17 222:8 224:6,9 228:6 228:10,12,15 228:24 233:24 234:10,20 235:2 238:24 239:7 242:2 246:5 264:23 265:1,8,11 271:5,7 272:21 272:24 273:17

273:19 275:18 288:8 297:3 302:8 350:24 351:4,6,9,13 351:15,17,19 351:22 352:4 356:6 358:11 358:13 367:19 367:22 380:4,7 381:2 384:2,5 384:9
witnesses 69:7
Wolf 7:11 26:22 26:23 27:8,10 28:7 44:6,9 48:9
Wolf's 44:13 45:24 46:3,6 48:2,4 49:24
Wolters 10:3
woman 200:15 263:19 279:18 288:5
women 35:6 114:8 125:6 127:4 155:21 156:1 159:8,15 202:2 227:14 244:13 250:3 255:8 260:23 279:15 317:9 319:2 323:10 328:21 353:11 354:16 355:18 356:18 365:19 375:2,7,22 376:21,23 377:10,12,13 377:22,24 379:7,13
women's 8:3,8 172:19 222:15 238:8,19 244:18
Woodruff 87:8 322:24
word 46:9 50:17

58:21 82:17,19 83:1 89:22 114:22 115:17 116:23 140:22 143:8 178:9,13 178:23 183:1 185:19 190:7,7 190:21 246:2 247:5,5 290:2 290:21 315:3 324:18,24 378:6
wording 44:3,4 46:24 47:1 50:4,4,5 51:2,3
words 182:3 220:24 264:15 274:22 359:11 361:5 362:7
work 18:16 19:3 21:23 24:18 25:14 82:7 83:15,24 84:5 85:3,13 86:20 89:2,4 150:13 150:16 206:19 207:7 235:22 289:4 305:4 307:6 327:16 350:4
worked 16:2
workers 118:7 137:10
working 19:10 22:1 26:8,12 29:21 124:24 126:24 146:8 200:22 201:7 317:21 318:8 318:10 350:3 353:7 357:7
works 29:23 137:5 349:12 349:23 350:14
world 263:5,18 274:8 330:23
worries 350:12

worrying 185:9
worthy 166:21
wouldn't 72:2 76:14 150:8 151:3 152:9 176:19 188:19 224:12 341:12 354:4
Wright 330:1,8
write 33:17 43:24 128:22 202:6 234:11
writing 44:6,9 88:15 157:16 376:2
writings 28:3
written 28:4 52:4 234:20 276:12 316:15 326:2
wrong 130:14 230:10 239:16 240:11 341:14 360:23
wrote 193:4 258:2,17,19 330:1,8 362:8 362:11
Wu 43:11
www.fda.gov 7:15
www.golkow.c... 388:11

| X |
| --- |
| XRD 302:21 |

| Y |
| --- |
| y'all 191:7 |

yeah 25:19 26:1 26:17 38:18 40:10 41:24 54:5 56:24 57:2 64:5 79:5 83:22 94:11 124:17 135:18 135:19 137:21

Ellen Blair Smith, M.D.

Page 442

| | | | | |
|---|---|---|---|---|
| 145:11,12 | **04/01/14** 7:16 | 178:4 179:2 | **106** 7:16 | 47:4,5,14 |
| 152:11 155:11 | **05-2011** 8:16 | **1.30** 227:21 | **10s** 350:24 | 175:23 176:1 |
| 157:16 159:13 | **05/2018** 10:21 | **1.31** 208:2,21,22 | **11** 6:7 8:3 | 194:14 245:16 |
| 179:11 191:1 | **05/24/11** 7:20 | 209:5 211:3 | 153:15,17 | 253:8,13,15 |
| 192:23 193:12 | **06/05/14** 10:8 | 212:7 227:20 | 154:1 351:1 | 257:21 262:9 |
| 193:19 208:22 | **06/12/13** 9:14 | **1.33** 189:13,15 | **11,933** 9:5 | 342:20 |
| 208:22 226:24 | **07-1992** 8:20 | 189:20 203:19 | **11/14/18** 10:18 | **16-2738** 1:5 |
| 228:6,15,16,24 | **07962** 5:5 | 203:21 | **11/16/18** 7:9,11 | 383:5 |
| 233:20 246:6 | 386:21 | **1.34** 229:10 | **11/19/98** 8:23 | **160** 8:7 |
| 246:10 256:3 | **08/22/1985** | **1.35** 199:8 | **11:39** 117:5,6 | **162** 6:9 |
| 258:17 272:9 | 10:12 | 209:13 | **11:55** 117:7,10 | **163** 8:10 |
| 272:24 274:19 | **09-30-21** 388:7 | **1.37** 135:21 | **11:57** 119:3,4 | **1650** 388:9 |
| 317:15 318:7 | **09/04/18** 7:3 | **1.39** 227:23 | **11:58** 119:5,7 | **169** 8:13 |
| 335:15 336:1 | **09/11/09** 9:21 | **1.4** 184:11 | **1100** 5:16 | **17** 8:21 56:17 |
| 336:11 339:8 | _____ | **1.42** 209:12 | 174:21 387:9 | 184:22,23 |
| 345:23 357:6 | **1** | **1.43** 209:13 | **113** 7:18 | 262:9 283:23 |
| 370:18 | **1** 1:14,14 6:20 | **1.45** 116:6 | **11th** 388:1 | **176** 8:17 |
| **year** 13:13 | 7:3 20:13,14 | 135:20 189:16 | **12** 8:5 156:18 | **18** 9:3 56:17 |
| 329:22 370:16 | 90:12 169:6 | **1.46** 199:9 | 157:3 197:15 | 93:21 94:9,24 |
| 370:17,18 | 200:12 202:9 | **1.5** 174:21 | 202:19 335:6 | 111:8 189:8,9 |
| **years** 13:9 28:9 | 202:20 233:15 | 258:12 | 360:11 | 312:10 330:18 |
| 110:5 146:8 | 239:3 260:16 | **1.55** 229:8 | **12.4** 244:14,24 | **184** 8:21 |
| 154:7 186:10 | 318:13 343:22 | **1.56** 43:12,15,17 | **12:32** 144:23 | **189** 9:3 |
| 202:19 217:13 | 343:23 376:17 | **1.6** 174:23 | **12:54** 161:21,23 | **19** 3:13 9:8 |
| 244:14,24 | **1.01** 229:8 | **1.75** 116:5 | **121** 370:13,19 | 111:8 197:17 |
| 283:9 297:15 | **1.04** 335:5 | 129:10 135:12 | 370:21 | 197:18,21 |
| 298:24 366:24 | **1.05** 335:3 | **1.77** 43:15,15 | **124** 7:21 | 251:2 317:12 |
| 367:11 | **1.07** 335:4,5 | 135:18 | **1294** 115:13 | 317:19 318:13 |
| **Yep** 175:14 | **1.1** 174:23 | **10** 7:21 74:19 | **13** 8:7 160:17,19 | 385:11 |
| 351:23 | **1.13** 227:21 | 123:7 124:7,8 | 351:1 | **19103** 388:10 |
| _____ | **1.15** 229:10 | 145:6,12 184:2 | **14** 8:10 163:6,9 | **19103-6996** 4:11 |
| **Z** | **1.16** 189:16 | 351:1 362:3 | 184:20,20 | 386:9 |
| **Zerm-** 320:2 | 335:2 | **10-minute** 145:4 | 271:14,22 | **1917** 5:4 386:21 |
| **Zermanitokis** | **1.2** 258:12 | **10/1/2002** 10:12 | 272:3 351:1 | **193** 123:13,23 |
| 322:8 | **1.22** 227:20 | **10/15/07** 9:10 | 361:1 | **1958** 192:17 |
| **zero** 100:9 | **1.24** 203:7,14,19 | **10:34** 79:16,17 | **1490** 3:18 | 194:17 |
| **Zervomanokl...** | 203:20 227:22 | **10:53** 79:18,20 | 385:16 | **1960's** 10:16 |
| 362:20 | 229:9 | **100-microgram** | **15** 6:4 8:13 21:6 | **1960s** 309:22 |
| **Zervomanokl...** | **1.25** 207:19 | 327:11 | 22:10 74:18 | **197** 9:8 |
| 364:2 365:13 | 208:1 209:7 | **100C** 7:21 10:23 | 169:15 171:2,3 | **1971** 321:16 |
| | 211:7 212:7 | 111:3 122:17 | 238:9,12 | **1979** 87:9 88:10 |
| _____ | 229:7 | 123:9,20,24 | **15-degree** 366:3 | 88:11 323:1 |
| **0** | **1.26** 199:8 335:4 | 124:4 127:23 | **1510** 4:17 | **1982** 293:2,14 |
| **0.9** 174:21 | **1.27** 209:13 | 133:14 313:14 | 386:15 | **199** 370:15 |
| **00000** 234:1 | **1.29** 180:6,9,23 | 358:17 | **154** 8:3 | **1990's** 10:17 |
| **01/07/19** 7:15 | **1.3** 174:23 175:2 | **101** 229:22 | **157** 8:5 | **1990s** 295:14 |
| **01/2018** 9:17 | 176:6 177:1 | 230:1 | **16** 8:17 45:3 | 309:22 |
| **02/09/17** 7:3 | | | | |

Ellen Blair Smith, M.D.

**1991** 93:3
311:13
**1992** 88:12
174:11
**1994** 88:13
**1995** 179:23
**1996** 16:7
**1998** 16:7
**1999** 184:3

---

**2**

**2** 6:23 7:4 38:14
38:15 57:8
80:7 90:19
91:10 117:9
132:1 169:6
192:19 195:3
207:21,22
209:21,21
210:5,14,23
211:5 228:24
229:2 243:9
251:11 256:2,5
256:6 328:5
**2.0** 191:11
**2.1** 135:21
**2.10** 116:6
**2.27s** 136:7
**2.28** 135:21
**2.4.6** 7:21
**2.5** 7:7
**2.53s** 136:7
**2:03** 161:24
162:3
**2:44** 193:24
194:1
**2:56** 194:2,5
**20** 7:3 9:11 13:3
13:19 21:6,6
22:9,11 28:9
186:10 203:10
203:11 257:24
258:14 260:9
260:21 261:3,9
261:24 358:17
**200,000** 255:5,7
**2000** 4:11

**110**:10 223:2
223:11,14
310:2 370:12
386:9
**20004** 5:11
387:3
**2000s** 325:23
**2003** 9:3
**2006** 202:16,18
**2007** 99:13
**2008** 49:12
125:22 252:22
**2009** 125:20,22
370:15
**2010** 50:23
99:14 107:7,24
216:3 217:5,12
217:18,23
218:16 219:2
221:6,10
223:18 224:12
229:18 253:1
292:5 357:14
358:17 359:16
359:17 361:13
361:24
**2011** 35:4
125:21 126:4,5
169:17 358:24
**2012** 125:20
351:20 352:14
353:2 358:17
360:15 362:1
**2013** 35:4
206:24 269:7
**2014** 105:19
106:2 107:7
220:4 253:2
**2015** 43:11
**2016** 10:10
253:5
**2017** 8:8 12:15
12:18 13:23
49:17 285:14
285:15 339:10
**2018** 19:21
20:19 49:10,19

**2019** 1:13 2:5
11:6 380:11
381:3 382:21
383:13 388:2
**202.463.2400**
5:12 387:4
**202.828.5371**
5:11 387:4
**202.828.5393**
5:12 387:5
**203** 9:11
**207** 9:15
**21** 9:15 90:5,7
207:14,15
260:17
**215.988.2700**
4:12 386:10
**215.988.2706**
4:12 386:10
**215.988.2757**
4:13 386:11
**216** 9:18,22
**216.592.5000**
5:18 387:10
**216.592.5009**
5:18 387:11
**216.696.3675**
5:17 387:10
**218** 3:5 385:3
**22** 9:18 216:3,4
260:17
**226** 10:3
**23** 9:3,22 216:19
216:20
**238** 10:6
**24** 10:3 226:4,5
347:22 371:2
**2450** 4:5 386:3
**248** 234:21
**25** 10:6 238:21
238:22
**253** 233:12
**254** 10:9
**256** 124:16
352:21,24
**257** 234:21
**26** 7:9,11 10:9

**178**:16 254:23
**27** 10:11 234:22
300:3,10,12
301:10 305:13
312:2
**28** 10:13 299:15
300:1,3,7,12
300:24 305:13
311:16,17
**280** 357:3
**29** 10:14 180:10
181:18 309:6,7
**297** 6:10
**2B** 201:2,8,19
202:17

---

**3**

**3** 6:3 7:6 40:8,11
91:19,22 92:7
92:8 145:20,21
194:4 239:2,8
239:9,10,14
251:7 252:9
271:4,6,7
277:5
**3-3-87** 300:20
**3:41** 230:21,22
**30** 10:19 14:1
176:9,14,14
177:2 181:12
181:17 333:6,8
333:11 335:9
347:20,24
348:14 384:15
**30'** 195:10
**30(b)(5)** 2:13
**30(f)(i)** 384:12
**300** 10:11,13
**308** 6:11
**309** 10:14
**31** 10:22 352:7,8
355:15,16
**31st** 19:19,20
**32** 342:20
**33** 189:21
**33%** 189:17
**333** 10:19

**334.269.2343**
3:7 385:5
**334.954.7555**
3:7 385:5
**34** 97:5,6
**343** 6:12
**350** 5:4 386:20
**352** 6:13 10:22
**356** 186:15
**3600** 209:11
**36104** 3:6 385:4
**378** 6:14
**379** 6:15
**38** 7:4
**381** 6:17
**383** 6:18

---

**4**

**4** 7:8 41:5,8
42:10 92:13,15
173:23 239:21
249:16 277:5
330:4 372:21
**4:13** 230:23
231:1
**40** 7:6 13:8
146:8 298:24
**41** 7:8
**41,654** 255:9
**4160** 3:6 385:4
**42** 212:19
**429** 244:15
**44** 7:10
**44113-7213** 5:17
387:9
**46** 210:23
**47** 219:19 237:3
**48** 342:21
**4th** 2:9

---

**5**

**5** 7:10 44:12,14
74:21 239:17
265:22 291:11
315:18 320:24
322:19 326:19
327:11

Ellen Blair Smith, M.D.

Page 444

**5,000** 307:11,16
**5,240** 132:3
**5:17** 277:1,2
**5:37** 277:3,6
**50** 257:24
    258:14,14
    260:9,11 261:9
    327:11
**500** 2:9
**501** 3:18 385:16
**51** 152:12
**512.391.0183**
    4:19 386:17
**512.391.0197**
    4:18 386:16
**512.582.6485**
    4:18 386:16
**512.695.1708**
    3:8 385:6
**5150** 388:9
**53** 7:12

___

**6**

**6** 7:12 53:1,2,13
    229:2 239:18
    256:3
**6:05** 296:20,21
**6:16** 296:22,24
**600** 4:5 18:23
    307:3,21 386:3
**61,000** 244:12
**61,576** 255:8
**619.338.1100**
    3:19 385:17
**619.338.1101**
    3:20 385:18
**63** 97:4
**66** 97:7 309:19
**68** 312:15
**690** 388:8

___

**7**

**7** 7:14 43:1,3
    50:7,10 99:13
    99:16,22 100:3
    102:6 335:6
**7:06** 308:4,6

**7:39** 308:7,9
**7:56** 320:21
**70** 136:8
**70s** 87:6 110:9
**713.227.8008**
    4:7 386:5
**713.227.9508**
    4:7 386:5
**713.546.5644**
    4:6 386:4
**75** 22:8
**77002-2926** 4:6
    386:4
**78701** 4:17
    386:15

___

**8**

**8** 7:16 46:3 48:5
    106:2,4 265:16
    265:18 315:14
    315:19 371:1,2
**8,525** 9:13
**8:00** 320:22
    321:1
**8:32** 343:5,6
**8:43** 343:7,9
**800** 307:11
**800.898.2034**
    3:8 385:6
**812** 204:21
    205:2
**816** 4:17 386:15
**817** 204:18
**819** 270:1
    274:13,21
**82** 54:20
**820** 206:15
**855.674.1818**
    3:9 385:7
**877.370.3377**
    388:10

___

**9**

**9** 1:13 2:5 7:18
    113:3,4 126:13
    129:21 173:5
    174:10 194:14

233:15 380:11
    381:3 383:13
**9-9-1975** 299:14
**9,859** 9:13
**9:22** 379:24
**9:23** 2:6 380:10
**9:24** 2:6 11:7
**90** 315:6 366:21
**90-day** 366:19
**917.591.5672**
    388:11
**92** 175:23
**92101** 3:19
    385:17
**92660** 3:13
    385:11
**93** 201:8 358:17
**949.456.0037**
    3:14 385:12
**949.720.1288**
    3:14 385:12
**949.720.1292**
    3:15 385:13
**95%** 189:15
**950** 5:16 387:9
**973.267.0058**
    5:6 386:22
**973.267.6442**
    5:6 386:23
**973.631.6045**
    5:5 386:22
**975** 5:10 387:3
**99** 7:14
**9th** 11:6

Exhibit 17

Case 3:16-md-02738-MAS-RLS   Document 10065-5   Filed 06/21/19   Page 157 of 828 PageID: 87126

ENVIRONMENTAL RESEARCH 40, 247–250 (1986)

# The Demonstration of the Migration of Talc from the Vagina and Posterior Uterus to the Ovary in the Rat

W. J. Henderson, T. C. Hamilton,[1] M. S. Baylis, C. G. Pierrepoint, and K. Griffiths

*Tenovus Institute for Cancer Research, University of Wales College of Medicine, The Heath, Cardiff CF4 4XX, Wales*

Received May 15, 1984



Talc particles placed in both the uterine cavity and the vagina of the rat were shown to migrate to the ovary and become localized within its substance.   © 1986 Academic Press, Inc.

## INTRODUCTION

The presence of talc particles deeply embedded in ovarian and cervical benign and malignant tissue was reported by this Institute (Henderson *et al.*, 1971). Positive identification of the particles was achieved (Griffiths *et al.*, 1973) by replicating the surface morphology of tissue sections (Henderson, 1969) and analyzing the X-ray emission spectra of extracted foreign material with an electron microscope microanalyzer (EMMA, A. E. I. Harlow, England).

Direct communication between the external environment and the peritoneal cavity exists in the female via her genital tract. It has been demonstrated that the injection of a suspension of talc beneath the bursa of the rat ovary was followed by the development of large ovarian bursal cysts, with associated epithelial changes not inconsistent with the histological picture of premalignancy (Hamilton *et al.*, 1984). It was, therefore, of interest to see whether talc placed in the lower part of the female genital tract of the rat would migrate anteriorly to the ovary.

## MATERIALS AND METHODS

In a pilot study eight female exbreeder Sprague–Dawley rats 7.5 months old were used. Under light ether anesthesia a speculum of an auroscope with the lens removed was introduced into the vagina and the cervical os illuminated. A Portex catheter (o.d. 0.75 mm) was passed a distance of approximately 2.5 cm into the cervical canal from the vagina introitus and a suspension of talc (100 mg/ml) in phosphate-buffered saline (PBS) introduced (vol 250 µl). The animals were divided into two groups of four. Group I was sacrificed 5 days following intra-uterine instillation of the talc suspension and their ovaries removed. The animals in Group II received further uterine instillations 6 and 15 days after the initial treatment. On Day 20, two rats from this group were killed and their ovaries removed. The remaining two rats received further treatments 22 and 30 days after their initial treatment and were sacrificed on Day 49.

[1] Present address: Medicine Branch, Division of Cancer Treatment, National Cancer Institute, Building 10, Room 12 N226, 9000 Rockville Pike, Bethesda, Md. 20205.

0013-9351/86 $3.00
Copyright © 1986 by Academic Press, Inc.
All rights of reproduction in any form reserved.

JNJ 000020965

The ovaries from each animal were combined and subjected to an ashing procedure as described previously (Henderson et al., 1978). Essentially this process removes organic matter by heating the organs to 550°C in the incineration chamber of a horizontal tubular muffle furnace in a stream of oxygen (250 ml/min/500 mg wet wt for 5 hr). The ashed material was then suspended in distilled water (50 µl). Aliquots (10 µl) were pipeted onto carbon-coated electron microscope grids and the water was evaporated. A further carbon coat was applied in vacuo to stabilize any particles and to dissipate heat and electrostatic charge generated by the concentrated electron beam prior to examination with the EMMA.

Twelve Sprague–Dawley exbreeder rats of a similar age to those used in the experiment described above were divided into two groups of six. Group I animals were firmly held and the louver of a 1-ml disposable microjet 501 TB syringe was introduced into the vaginal orifices and 250 µl of a suspension of talc (100 mg/ml) in PBS was deposited into the vaginas. The animals in Group II were treated similarly except that 250 µl of PBS was substituted for the talc suspension. Two animals from each group were sacrificed 24 hr, 48 hr, and 4 days, respectively, following initial treatment. Their ovaries were removed and treated similarly to those described in the first experiment.



## RESULTS

Particles of talc were identified in the ovaries of all the animals that received intrauterine talc and in the two animals that received intravaginal talc killed after 4 days (Fig. 1a). X-Ray analysis (Fig. 1b) confirmed the chemical constitution of talc. No talc could be demonstrated in the group of rats that had received PBS intravaginally or in those animals with intravaginal talc killed after 24 and 48 hr.

## DISCUSSION

Birefringent particles were first noted to be present in human ovarian carcinomas by Graham and Graham (1967) who postulated that these particles might be asbestos. Subsequent work at this Institute identified talc in ovarian cancer tissue but not asbestos (Henderson et al., 1971; Griffiths et al., 1973). The ease of migration of particulate material from the vagina to the peritoneal cavity (Venter and Iturralde, 1979; Iturralde and Venter, 1981) has been established.

The physiological mechanisms associated with translocation of particulate material within the genital tract are unknown but are probably operative in most mammalian species. The chemical nature of the particulate would not appear to alter its ability to be transported through the genital tract and does not elicit any selective mechanisms. Indeed it is accepted that retrograde flow of menstrual products into the peritoneal cavity via the Fallopian tubes is not an uncommon finding by laparoscopy at the time of menstruation. The rhythmic muscular contractions of the uterus that occur spontaneously and the illicit currents established by the epithelial cells of the genital tract may contribute to the translocation process.

Talc is widely used in the cosmetic and pharmaceutical industry and has been associated with the use of certain forms of barrier contraceptives. Many women apply talc to their perinea and some to their sanitary ware (Cramer et al., 1982).

JNJ 000020966



FIG. 1. (a) Particles of talc recovered from the ovary by oxygen ashing following instillation of a suspension of talc into the posterior genital tract of a rat (10,000×). (b) Spectral analysis of the particles showing the 3:1 ratio of silicon to magnesium characteristic of talc.

The association of talc with formation of granulomata is well documented (Lichtman *et al.*, 1946) and it may be speculated that disruption of normal ovarian stromal structure may lead to disturbances in steroid hormone metabolism.

Carcinogenic activity of talc has not been established although its ubiquitous presence in the environment and its elemental similarity to asbestos has brought it under suspicion (Longo and Young, 1979). However, it has been found in both normal and malignant tissue and its precise role remains unclear, although Cramer *et al.* (1982) suggested that a relationship between increased incidence of ovarian cancer and the use of talc existed. A long latent period from the initial exposure to talc to the induction of malignant change has been postulated (Katsnelson and Mokronosova, 1979), but until a greater understanding of the biological properties of talc is achieved further speculation is unjustified at this time.

## REFERENCES

Cramer, D. W., Welch, W. R., Scully, R. E., and Wojciechowski, C. A. (1982). Ovarian cancer and talc. *Cancer* 50, 372–376.

Egli, G. E., and Newton, M. (1961). The transport of carbon particles in the human female reproductive tract. *Fertil. Steril.* 12, 151–155.

Graham, J., and Graham, R. (1967). Ovarian cancer and asbestos. *Environ. Res.* 1, 115–128.

Griffiths, K., Henderson, W. J., Chandler, J. A., and Joslin, C. A. F. (1973). Ovarian cancer: Some new analytical approaches. *Postgrad. Med. J.* 49, 69–72.

JNJ 000020967

Hamilton, T. C., Fox, H., Buckley, C. H., Henderson, W. J., and Griffiths, K. (1984). Effects of talc on the rat ovary. *Brit. J. Exp. Pathol.* **65**, 101–106.

Henderson, W. J. (1969). A simple replication technique for the study of biological tissues by electron microscopy. *J. Microsc.* **89**, 369–372.

Henderson, W. J., Joslin, C. A. F., Turnbull, A. C., and Griffiths, K. (1971). Talc and carcinoma of the ovary and cervix. *J. Obstet. Gynaecol. Brit. Commonw.* **78**, 266–272.

Henderson, W. J., Melville-Jones, C., Wilson, D. W. and Griffiths, K. (1978). Oxygen incineration and electron microscope micro-analysis of mineral particles in biological tissues. *J. Histochem. Cytochem.* **26**, 1087–1093.

Iturralde, M., and Venter, P. F. (1981). Hysterosalpingo-radionuclide scintigraphy (HERS). *Semin. Nucl. Med.* **11**, 301–314.

Katsnelson, B. A., and Mokronosova, K. A. (1979). Non-fibrous mineral dusts and malignant tumours. *J. Occup. Med.* **21**, 15–20.

Lichtman, A. L., McDonald, R., Dixon, C. F., and Mann, F. C. (1946). Talc granulomas. *Surg. Gynecol. Obstet.* **83**, 531–558.

Longo, D. L., and Young, R. C. (1979). Cosmetic talc and ovarian cancer. *Lancet* **2**, 349–351.

Venter, P. F., and Iturralde, M. (1979). Migration of a particulate radioactive tracer from the vagina to the peritoneal cavity and ovaries. *S. Afr. Med. J.* **55**, 917–919.



JNJ 000020968

Exhibit 18

Journal of The
American College
of Obstetrics
and Gynecologists



*Volume 64*  *August 1984*  *Number 2*

# Retrograde Menstruation in Healthy Women and in Patients With Endometriosis

*JOUKO HALME, MD, PhD, MARY G. HAMMOND, MD,*
*JAROSLAV F. HULKA, MD, SHAILAJA G. RAJ, MD,*
*AND LUTHER M. TALBERT, MD*

**Blood was found in the peritoneal fluid in 90% of women with patent tubes at laparoscopy during perimenstrual time. If the fallopian tubes were occluded, then only 15% of patients had evidence of blood in the pelvis. Also, 90% of patients with endometriosis and eight of nine women on oral contraceptives had bloody fluid during the menstrual period. The present observations indicate that retrograde menstruation through the fallopian tubes into the peritoneal cavity is a very common physiologic event in all menstruating women with patent tubes. (Obstet Gynecol 64:151, 1984)**

In 1927 Sampson proposed that endometriosis was due to implantation of endometrial cells during retrograde menstruation.[1] During his lifetime, most of the opponents of this theory dismissed it mainly on the basis that retrograde menstruation, although occasionally noted to occur, was a relatively rare phenomenon.[2,3] Therefore, it would not explain the development of a common clinical entity such as endometriosis. Since that time, the frequency of retrograde menstruation has been debated.

*From the Division of Reproductive Endocrinology and Fertility, Department of Obstetrics and Gynecology, University of North Carolina School of Medicine, Chapel Hill, North Carolina.*

*Supported in part by the Kenneth D. Dickinson Fund.*

No systematic studies documenting the incidence of retrograde menstruation have been published in spite of the fact that millions of women have undergone laparotomy or laparoscopy, making possible direct observations of pelvic structures. Recently, however, Blumenkrantz et al[4] reported that nine of 11 menstruating women undergoing peritoneal dialysis had blood present regularly in the dialysate during the time of their period and in this way documented retrograde menstruation. They also suggested that this event was a rather common phenomenon, and not limited to women with renal failure. In addition, a study from the authors' institution reported that of 80 peritoneal fluid samples, all four obtained during menses were bloody.[5]

Based on laparoscopy of 323 women, the current study presents further evidence suggesting that retrograde menstruation occurs in most menstruating women who have open fallopian tubes.

## Material and Methods

Between July 1980 and September 1983, 331 pelvic fluid samples were obtained from patients undergoing laparoscopy at The North Carolina Memorial Hospital. Of

0029-7844/84/$3.00

181 patients with patent tubes and normal pelves, 78 underwent laparoscopy for bilateral tubal ligation, and 103 were undergoing diagnostic laparoscopy for evaluation of infertility or chronic pelvic pain. Of 40 patients with occluded fallopian tubes, 16 had distal blockage, two had proximal blockage, and 22 had proximal occlusion as a result of previous tubal ligation. Eighty-one patients were noted to have mild to moderate endometriosis.

Peritoneal fluid was aspirated with an 18-gauge Silastic catheter through the operative channel of the laparoscope and collected into a heparin-containing test tube. The color of the fluid, when in the tube, was recorded either as straw, pink, or bloody. Upon reviewing the records of these patients, the date of the last normal menses in 302 patients, and observations on the fluid samples were available. In addition, 21 women who were on oral contraceptives were identified.

Because only visual documentation of the color of the fluid was available for all samples, an experiment was set up to test the accuracy of this technique in assessment of the presence of blood. A series of 30 tubes containing ten different concentrations of red blood cells (ranging from hematocrit of 0 to 10) in peritoneal fluid was constructed. The tubes were shown in a random order to each of the nine persons involved in classifying these fluids into one of the three color categories. The color was judged as straw when hematocrit was less than $0.5 \pm 0.2\%$ (SD) and bloody when hematocrit was higher than $3.2 \pm 2.0\%$. Between these values, the color was judged to be pink. The level of agreement between different individuals and by each individual between two testing occasions (the coefficient $\kappa$) was determined according to Cohen[6]



**Figure 1.** Appearance of all 302 peritoneal fluid samples obtained during laparoscopy. Solid bars = bloody; shaded bars = pink; open bars = straw.

**Table 1.** Appearance of Peritoneal Fluid Samples Obtained on Nonmenstrual Days 7 to 26

| | No endometriosis | | |
|---|---|---|---|
| | Open tubes | Closed tubes | Endometriosis |
| Straw | 54 | 11 | 14 |
| Pink or bloody | 85 | 16 | 57 |
| Total | 139 | 27 | 71 |

and Fleiss.[7] Values of $\kappa$ ranged from 0.39 to 1.0 between pairs of individuals and from 0.52 to 1.0 between the two testings.

Observations by Blumenkrantz et al[4] suggested that the presence of blood in the peritoneal dialysates usually preceded the beginning of menstrual flow by one to two days. Therefore, the patients in this series were divided in two groups: 1) perimenstrual, if they underwent laparoscopy on days one to six or 27 to 30 of their cycle, and 2) nonmenstrual, if laparoscopy was performed between days 7 to 26 of the cycle.

Statistical analysis of the data was performed by using the $\chi^2$ statistic for $2 \times 2$ contingency tables constructed for pairs of variables and normal approximation for the binomial distribution.[8]

## Results

Figure 1 presents the noted color of each of the 302 fluid samples in perimenstrual and nonmenstrual phases of the cycle. It is obvious from the graph that there is an increased amount of blood in the pelvic cavity around the time of menses and also immediately after ovulation with clearance of that blood over the next five to six days.

As indicated in Table 1, a total of 237 fluid samples were obtained in the nonmenstrual phase. Overall one-third of these fluids were straw, and the other two-thirds contained an appreciable amount of red blood cells (either pink or bloody). In normal women with open fallopian tubes, 61.1% of fluids were either pink or bloody as compared with 60% in women with occluded tubes, suggesting that tubal patency is not an important factor for the presence of blood in the peritoneal cavity during the nonmenstrual phase of the

**Table 2.** Appearance of Peritoneal Fluid Samples Obtained on Perimenstrual Days 1 to 6 and 27 to 30

| | No endometriosis | | |
|---|---|---|---|
| | Open tubes | Closed tubes | Endometriosis |
| Straw | 4 | 11 | 1 |
| Pink or bloody | 38 | 2 | 9 |
| Total | 42 | 13 | 10 |

normal cycle. In the 12 women on oral contraceptives who underwent laparoscopy during this phase of the cycle, six had pink fluid in the cul-de-sac. In patients with endometriosis, blood was detected significantly more often ($P \le .005$) than in other women with patent tubes in the nonmenstrual phase.

Table 2 presents corresponding data for fluid samples obtained during the perimenstrual phase of the cycle. Of 52 samples from women with patent fallopian tubes, 47 (90.4%) had an appreciable amount of red blood cells; 70% of these were grossly bloody. This is significantly different ($P \le .001$) than the corresponding percentage in nonmenstrual samples. In the nine women on oral contraceptives who underwent laparoscopy in the perimenstrual phase, eight had bloody fluid. Only two of 13 (15.4%) patients with occluded tubes had red blood cells (one pink and one bloody sample) in the peritoneal fluid. This frequency is significantly lower ($P \le .005$) than in women with open tubes. These figures clearly indicate that during the perimenstrual phase, the peritoneal fluid in almost all women, including those taking oral contraceptives, contains blood and that the fallopian tubes play an important role as conduits for menstrual blood.

## Discussion

The important clinical observations by Blumenkrantz et al[4] in women undergoing peritoneal dialysis indicated that bleeding into the dialysate usually was detectable one to two days before the menstrual period and during the menses. The recognition of this phenomenon prompted the authors to include the patients undergoing laparoscopy on these premenstrual days in the perimenstrual group rather than in the nonmenstrual group. The results of this study clearly indicate that during this perimenstrual time of the cycle, over 90% of normal and infertile women have blood in their peritoneal fluid. If the tubes are occluded, there is no correlation between the perimenstrual phase and the presence of blood in the pelvis. This indicates that the fallopian tubes are the major conduit for blood entering the peritoneal compartment at the time of menses.

The use of oral contraceptives has been advocated as a possible means of protection from endometriosis,[5,9] but it may be inferred from the present data that if used noncontinuously, allowing menstruation to occur, retrograde menstruation will also occur, as these women consistently had blood in the pelvic fluid at this time. To prevent this, an uninterrupted mode of administration may be necessary.

Many studies have demonstrated that various volumes of peritoneal fluid are found in the female pelvis during laparoscopy.[5,10,11] This fluid in the pelvis often

seems to contain blood.[12,13] In 69% of all patients in this series, an appreciable amount of blood was detected. Sources of this blood include the abdominal wall stab wound(s) and severed vessels in omentum or adhesions in the pelvis. This contamination with fresh blood is always variably present in addition to blood derived from natural, physiologic phenomena like ovulation, and eventually, retrograde menstruation. It is not possible to accurately assess the impact of this contamination, but it may be safe to assume that this iatrogenic hemorrhage occurs at random and is not dependent on any particular time of the cycle. Furthermore, observation (not shown) that even grossly bloody peritoneal fluid samples obtained during menses did not contain appreciable numbers of granulocytes suggests that the blood did not result from an immediate hemorrhage to the pelvic compartment.

Sampson[1] originally suggested that retrograde menstruation provides a mechanism by which endometrial cells can implant on peritoneal surfaces in women with endometriosis. Because the great majority of the authors' patients either with or without endometriosis showed evidence of retrograde menstruation, it cannot explain why only some women have developed the disease. Other factors, either hormonal or immunologic, will apparently determine whether or not ectopic implantation can take place. Koninckx et al[14,15] demonstrated a high incidence of luteinized unruptured follicle syndrome in women with endometriosis, and also a low, late luteal phase progesterone/estrogen ratio of peritoneal fluid in this syndrome. They hypothesized that this local hormonal imbalance may be critical in allowing endometrial cells, if present in the peritoneal compartment, to implant on the peritoneum. The results of the present study provide direct evidence that cells originating from the uterine cavity indeed are present in the pelvis in the late luteal phase preceding menses, and this theory may hold if peritoneal fluid hormone levels are abnormal. However, a recent study[16] found no difference in progesterone and estrogen levels during this time in the fluid of women with or without endometriosis. However, several sources[17,18] suggest that abnormal immunologic defense mechanisms may be operative in women with endometriosis, and this can explain the occurrence of ectopic implantation of endometrium. More detailed comparative information on both hormonal and immunologic function in a sizeable population of both normal women and patients with endometriosis is clearly warranted.

Studies on peritoneal macrophages[5,19] have demonstrated that samples taken at menstruation usually have the highest concentrations of these cells, the majority of which are recent arrivals. It was suggested that this influx of phagocytic macrophages to the pelvis

is a response to retrograde menstruation. The present results clearly support this idea, and it remains to be seen whether or not the nucleated cellular components of menstrual detritus are also regularly transported through the fallopian tubes. Studies are in progress in The North Carolina Memorial Hospital to detect the presence of either epithelial or stromal cells of endometrial origin in peritoneal fluid.

## References

1. Sampson JA: Peritoneal endometriosis due to the menstrual dissemination of endometrial tissue into the peritoneal cavity. Am J Obstet Gynecol 14:422, 1927

2. Novak E: Pelvic endometriosis and its treatment. Am J Surg 33:422, 1936

3. Watkins RE: Uterine replacement, retrograde menstruation and endometriosis. West J Surg 46:480, 1938

4. Blumenkrantz MJ, Gallagher RN, Bashore RA, et al: Retrograde menstruation in women undergoing chronic peritoneal dialysis. Obstet Gynecol 57:667, 1981

5. Halme J, Becker S, Hammond MG, et al: Pelvic macrophages in normal and infertile women: The role of patent tubes. Am J Obstet Gynecol 142:890, 1982

6. Cohen J: A coefficient of agreement for nominal scales. Educat Psychol Measure 20:37, 1960

7. Fleiss JL: Measuring nominal scale agreement among many raters. Psychol Bull 76:379, 1971

8. Remington RD, Schork MA: Statistics with Applications to the Biological and Health Sciences. Englewood Cliffs, NJ, Prentice-Hall, 1970, pp 229–246

9. Kistner RW: Endometriosis and infertility. Clin Obstet Gynecol 22:101, 1979

10. Maathuis JB, Van Look PFA, Michie EA: Changes in volume, total protein and ovarian steroid concentration of peritoneal fluid throughout the human menstrual cycle. J Endocrinol 76:123, 1978

11. Koninckx PR, Renaer M, Brosens IA: Origin of peritoneal fluid in women: An ovarian exudation product. Br J Obstet Gynaecol 87:177, 1980

12. Polishuk WA, Sharf M: Culdoscopic findings in primary dysmenorrhea. Obstet Gynecol 26:746, 1965

13. Reti LL, Bryne GA, Davoren RAN: The acute clinical features of retrograde menstruation. Aust N Z J Obstet Gynaecol 23:51, 1983

14. Koninckx PR, DeMoor P, Brosens IA: Diagnosis of the luteinized unruptured follicle syndrome by steroid hormone assays of peritoneal fluid. Br J Obstet Gynaecol 87:929, 1980

15. Koninckx PR, Ide P, Vandenbroucke W, et al: New aspects of the pathophysiology of endometriosis and associated infertility. J Reprod Med 24:257, 1980

16. Crain JL, Luciano AA: Peritoneal fluid evaluation in infertility. Obstet Gynecol 161:159, 1983

17. Dmowski WP, Steele RW, Baker GF: Deficient cellular immunity in endometriosis. Am J Obstet Gynecol 141:377, 1981

18. Halme J, Becker S, Wing RD: Accentuated cyclic activation of peritoneal macrophages in patients with endometriosis. Am J Obstet Gynecol 148:85, 1984

19. Halme J, Becker S, Hammond M, et al: Increased activation of pelvic macrophages in infertile women with mild endometriosis. Am J Obstet Gynecol 145:333, 1983

Address reprint requests to:
*Jouko Halme, MD, PhD*
*Department of Obstetrics and Gynecology*
*University of North Carolina School of Medicine*
*Old Clinic Building 226H*
*Chapel Hill, NC 27514*

*Submitted for publication October 28, 1983.*
*Revised February 20, 1984.*
*Accepted for publication March 2, 1984.*

Copyright © 1984 by The American College of Obstetricians and Gynecologists.

Exhibit 19

high. The few cases in which progestin therapy resulted in improvement of symptoms and relief of obstruction suggest that there may be a place for selective medical management. Patients who are young and wish to preserve their childbearing capacity may be considered initially for such treatment. Fertility potential is probably poor in this group of patients because of the extent of their pelvic endometriosis. Patients considered for medical management should be informed of the risks of permanent renal damage and treated with close surveillance of renal function.

## References

1. Cullen TS: Adenomyoma of the recto-vaginal septum. Bull Johns Hopkins Hosp 28:343, 1917
2. Moore JG, Hibbard LT, Growdon WA, et al: Urinary tract endometriosis: Enigmas in diagnosis and treatment. Obstet Gynecol 134:162, 1979
3. Stanley KE, Utz DC, Dockerty MB: Clinically significant endometriosis of the urinary tract. Surg Gynecol Obstet 120:491, 1965
4. Kerr SW: Endometriosis involving the urinary tract. Clin Obstet Gynecol 9:331, 1966
5. Klein RS, Cattolica EV: Ureteral endometriosis. Urology 13:477, 1979
6. Lavelle KJ, Melman AW, Cleary RE: Ureteral obstruction owing to endometriosis: Reversal with synthetic progesterone. Urology 116:965, 1976

Address reprint requests to:
*Paul G. McDonough, MD*
*Department of Obstetrics & Gynecology*
*Reproductive Endocrine Unit*
*Medical College of Georgia School of Medicine*
*Augusta, Georgia 30912*

*Accepted for publication April 18, 1980.*

Copyright © 1980 by The American College of Obstetricians and Gynecologists.

# RETROGRADE MENSTRUATION IN WOMEN UNDERGOING CHRONIC PERITONEAL DIALYSIS

Michael J. Blumenkrantz, MD,
Nancy Gallagher, RN, Richard A. Bashore, MD,
and Henry Tenckhoff, MD

**Blood in the peritoneal dialysis catheter just before menstruation was regularly observed in 9 of 11 premenopausal women maintained on peritoneal dialysis for end-stage renal failure. Peritoneal bleeding at other times during the menstrual cycle was not seen in any of these patients. Likewise, peritoneal bleeding in men or nonmenstruating women on chronic peritoneal dialysis was exceedingly rare, was not periodic, and usually was due to recognizable causes. These observations suggest that retrograde menstrual bleeding into the peritoneal cavity is the rule rather than the exception in women on peritoneal dialysis and possibly in all menstruating women. Implications of this observation for the pathogenesis of endometriosis and dysmenorrhea are discussed. (Obstet Gynecol 57:667, 1981)**

*From the Division of Kidney Diseases, University of Washington School of Medicine, and the Northwest Kidney Center, Seattle, Washington; the Department of Medical and Research Services, Veterans Administration—Wadsworth Medical Center, and the Departments of Obstetrics and Gynecology and of Medicine, UCLA School of Medicine, Los Angeles, California.*

*Submitted for publication May 8, 1980.*

The incidence of retrograde menstruation and its consequences have been the topic of extensive debate. Sampson[1] suggested that retrograde menstruation is the cause of external endometriosis, noting that blood was frequently observed escaping from the ostea of the fallopian tubes in menstruating women who were undergoing pelvic surgery. Novak questioned this theory on the grounds that retrograde menstruation was rare as compared to the observed frequency of endometriosis.[2,3] Watkins reported bloody fluid containing endometrial cells aspirating from the cul-de-sac during menstruation.[4] Other reports note the occasional appearance of blood in the pelvic cavity at the time of culdoscopy or pelvic surgery when performed during menstruation.[5-9]

This communication describes observations in menstruating women on maintenance peritoneal dialysis who were noted to have blood in the peritoneal catheters or in the effluent dialysate coincident with menstruation.

## Patients and Materials

The development of implantable Silastic catheters has made it possible to maintain selected patients with end-stage renal failure alive and well for extended periods by means of peritoneal dialysis.[10] A silicone rubber catheter is implanted through the abdominal wall with its intraabdominal section usually lying in the pelvic cavity. During intermittent peritoneal dialysis,

0029-7844/81/050667-04$02.50

sterile dialysate is pumped through the catheter into the peritoneal cavity, where it remains for a specified dwell period; then it is drained and replaced by fresh dialysate. This cycle is generally repeated every 30 minutes during a 12-hour overnight treatment period. Most patients require 3 treatments per week. The transparent external catheter segment is closed between treatments by a disposable rubber cap and represents a fluid-filled extension of the peritoneal cavity. The character of the peritoneal fluid in the catheter can be observed prior to dialysis or in the effluent of the initial dialysis cycle. Heparin was not routinely added to the dialysate in any of these patients. Bleeding into the peritoneal cavity is usually readily detectable by the presence of a red thread of sedimented red blood cells within the transparent external Silastic catheter segment. Occasionally blood is not apparent until the first exchange of dialysate is being drained.

The records of all women between the ages of 15 and 50 who were maintained on peritoneal dialysis were reviewed. A total of 11 women with a history of menstrual bleeding after initiation of maintenance peritoneal dialysis was identified (Table 1). All patients were interviewed to obtain a detailed menstrual history to supplement the official record. At the time of data collection 5 of the women were no longer on peritoneal dialysis; 3 had undergone successful renal transplantation and 2 had been switched to hemodialysis. At the time of the interview, patients 10 and 11 had only a vague recollection of their menstrual history.

The 11 patients had a mean age of 38.8 years (range, 15 to 44 years); all had been on maintenance home peritoneal dialysis and were followed at the University of Washington or the Northwest Kidney Center in Seattle. Uremic symptomatology was controlled in all these patients and they were as well as comparable patients undergoing hemodialysis. Eight of the 11 women had experienced cessation of menstruation prior to dialysis; 1 patient had primary amenorrhea, 4 were nulliparous, and 7 were multiparous.

Three of the 11 women who were on maintenance peritoneal dialysis at the time of the survey had peritoneal fluid collected on several occasions in the course of their menstrual cycles and when blood was in evidence. The fluid specimens were aspirated aseptically from the peritoneal catheter and placed into sterile glass flasks, which were sent immediately or after overnight refrigeration to the cytology laboratory for processing.

## Results

Eight of 11 women listed in Table 1 developed secondary amenorrhea coincident with the development of chronic renal failure. All 8 resumed menstruation after maintenance peritoneal dialysis was instituted. The mean time interval from the beginning of dialysis to resumption of menstruation was 7.7 months. Menstruation had not ceased in patients 6 and 11. Patient 7 had primary amenorrhea. Of the 9 patients who experienced resumption of menstruation or menarche after initiation of peritoneal dialysis, 5 were noted to have regular menses and 6 had irregular menses. With the exception of patients 10 and 11, both of whom had only 2 very scanty periods, all patients were noted to have small amounts of blood in their peritoneal catheter and/or in the effluent dialysate coincident with

**Table 1.** Menstrual History of Women Who Had Noted Blood in Catheter and/or Effluent Dialysate While Undergoing Maintenance Peritoneal Dialysis

| Patient | Age at onset of dialysis | Cessation of menstruation prior to dialysis | Months of dialysis until resumption of menstruation | Menstruation Regularity | Flow | Blood in catheter and/or effluent dialysate |
|---------|---------|---------|---------|---------|---------|---------|
| 1 | 17 | Yes | 3 | Regular | Moderate | Yes |
| 2 | 21 | Yes | 6 | Regular | Moderate | Yes |
| 3 | 40 | Yes* | 5 | Irregular | Heavy | Yes |
| 4 | 40 | Yes | 5 | Irregular | Scanty | Yes |
| 5 | 36 | Yes | 12 | Regular | Moderate | Yes |
| 6 | 34 | No | — | Irregular | Moderate | Yes |
| 7 | 15 | —† | 32 | Regular | Scanty | Yes |
| 8 | 44 | Yes | 2 | Regular | Moderate | Yes |
| 9 | 25 | Yes | 3 | Irregular | Heavy | Yes |
| 10 | 40 | Yes | — | Irregular | Scanty‡ | No |
| 11 | 27 | No | — | Irregular | Scanty‡ | No |

\* Contraceptive injection.
† Primary amenorrhea.
‡ Only 2 periods.

the time of menstruation. Blood always appeared in the dialysate or in the catheter a few days prior to the onset of vaginal bleeding, and it usually persisted during the first day of menstrual flow. Patient 6 consistently noted blood in the peritoneal catheter 4 days before the onset of menstruation. In several of the patients the appearance of blood in the dialysate was the first sign of the return of menses after secondary amenorrhea. In patient 7, menarche was noted at the age of 19 by the appearance of peritoneal blood. This patient had started dialysis at the age of 15, at which time she had no secondary sexual development.

Six of the 11 patients (patients 1 through 5 and 7) eventually underwent laparotomy for nephrectomy and/or splenectomy prior to renal transplantation. In none of these patients was endometriosis noted at the time of abdominal surgery. Menstrual blood loss did not have a significant effect on hematocrit levels in these women, none of whom required blood transfusions once stabilized on peritoneal dialysis. Although numerous attempts were made in 3 of the patients to identify endometrial or tubular epithelial cells in the peritoneal effluent or aspirate, unequivocal evidence for such cells in any of the specimens was not obtained.

## Discussion

With advancing renal failure, as with other debilitating diseases, secondary amenorrhea often develops. Hemodialysis therapy has been reported to be associated with resumption of menstrual periods in some patients, menorrhagia in others, and persistent amenorrhea in a third group.[11,12]

In this series 11 women under the age of 45 who were treated with chronic peritoneal dialysis and who continued or resumed menstrual periods are reported. The presence of an implanted intraabdominal catheter afforded an opportunity to observe the character of peritoneal fluid over months or years. When patient 1 first noted blood in the effluent dialysate she was alarmed, and her physician was at a loss to explain the phenomenon. This first episode was not associated with vaginal bleeding. In subsequent months, blood staining of her peritoneal fluid occurred at regular intervals in association with vaginal bleeding. In the course of subsequent years the same phenomenon was observed in all women who resumed menstrual cycles while undergoing peritoneal dialysis. The 2 exceptions were patients 10 and 11, each of whom had only 2 periods with very scanty flow after initiation of dialysis. As both had undergone dialysis at home and neither was a good observer, it is conceivable that small amounts of peritoneal blood may have escaped their

attention. Resumption of periods was often indicated by blood in the effluent dialysate before vaginal bleeding occurred.[13] None of the women had a history of dysmenorrhea or showed evidence suggestive of pelvic endometriosis; this was verified in 6 of the 11 women during pretransplant laparotomy. In men and nonmenstruating women, blood in the peritoneal catheter or effluent dialysis is exceedingly rare and usually can be explained by a detectable anomaly such as peritonitis, intraabdominal malignancy, recent abdominal surgery, or tissue herniation into the implanted catheter with subsequent hemorrhage.

The authors think it highly unlikely that hormonal alterations or anatomic abnormalities associated with chronic renal failure or dialysis explain the high frequency and regular occurrence of blood in the peritoneal cavity coincident with the time of menstruation. Likewise, it would appear most unusual for mechanical irritation by the peritoneal catheter to occur exclusively in menstruating women and in association with menstrual flow. These observations suggest strongly that retrograde bleeding regularly occurs with menstruation in most if not all women on peritoneal dialysis and quite possibly in most menstruating women in the general population.

The current emphasis on prostaglandin as a possible cause of dysmenorrhea notwithstanding,[14] it remains intriguing to speculate on the role that retrograde menstruation may play in the pathogenesis of dysmenorrhea. If retrograde menstrual bleeding is the rule rather than the exception, then bleeding must be asymptomatic in most women as it was in these patients, none of whom has a history of dysmenorrhea. As most women do not experience dysmenorrhea, this lack of pain may be a reflection of low peritoneal reactivity to irritation by blood or other irritants. Variability in the pain threshold to intraabdominal blood is well known to surgeons confronted with hemoperitoneum and to gynecologists treating endometrial disease. Similarly, the present authors and others with extensive peritoneal dialysis experience have observed remarkable individual differences in abdominal pain response to acid peritoneal dialysis solutions. Thus, both the amount of blood spill and individual reactivity may be important modulating factors in the causation of dysmenorrhea. In this context, it may also be of interest to recall that retrograde bleeding usually occurred 1 or several days prior to the onset of vaginal bleeding and ceased when vaginal flow commenced, a pattern analogous to that of the pain prevalent in dysmenorrhea, especially in nulliparous women.

Cervical or other obstruction to free flow during the initial phase of menstruation may contribute to or aggravate abdominal spillage of blood and may help ex-

plain premenstrual pelvic congestion and its relief by establishment of cervical blood flow, especially in nulliparous women. Obstruction to free flow also appears to be associated with early establishment of pelvic endometriosis in teenagers,[15,16] an age group not normally affected by this disease.

The observation of frequent, perhaps regular retrograde menstruation in most women tends to support Sampson's theory of retrograde menstrual bleeding as the most likely and most frequent cause of pelvic endometriosis. Watkins[4] had rejected this notion because he believed retrograde bleeding was too infrequent to account for the incidence of endometriosis. However, it was Watkins who reported endometrial cells in the cul-de-sac of menstruating women, a finding supported by other workers in this field, most recently by Gahl,[17] who observed tubal epithelial cells in the peritoneal effluent of women undergoing peritoneal dialysis. Although retrograde bleeding does not explain why only some women develop endometriosis, these findings rebuke Watkins' objections to the spill–implantation theory of endometriosis.

## Addendum

Since the compilation of the data for this report, the authors have treated additional patients who menstruated while being maintained on peritoneal dialysis. All showed evidence of retrograde bleeding in the catheters or in the initial peritoneal effluent, except 1 patient who had undergone tubal ligation.

## References

1. Sampson JA: The development of the implantation theory for the origin of peritoneal endometriosis. Am J Obstet Gynecol 40:549, 1940
2. Novak E: The significance of uterine mucosa in the fallopian tube with a discussion of the origin of aberrant endometrium. Am J Obstet Gynecol 12:484, 1922
3. Novak E: Pelvic endometriosis and its treatment. Am J Surg 33:422, 1936
4. Watkins RE: Uterine replacement, retrograde menstruation and endometriosis. West J Surg 46:480, 1938
5. Watkins RE: The presence of endometrial cells in peritoneal fluid. J Pac Coast Soc Obstet 7:120, 1937
6. Ridley JH: The histiogenesis of endometriosis. Obstet Gynecol Surv 23:1, 1968
7. Leventhal JM: The place of culdoscopy and laparoscopy in diagnosis, Controversy in Obstetrics and Gynecology. Edited by DE Reid and D Christian. Philadelphia, Saunders, 1974, p 617
8. Goodall JR: A Study of Endometriosis. Second edition. Philadelphia, Lippincott, 1944, p 114
9. Geist SH: The viability of fragments of menstrual epithelium. Am J Obstet Gynecol 25:753, 1933
10. Tenckhoff H: Peritoneal dialysis today: A new look. Nephron 12:420, 1974
11. Goodwin NJ, Valenti C, Hall JE, et al: Effects of uremia and chronic hemodialysis on the reproductive cycle. Am J Obstet Gynecol 100:528, 1968
12. Rice GG: Hypermenorrhea in the young hemodialysis patient. Am J Obstet Gynecol 116:539, 1973
13. Tenckhoff H: Home peritoneal dialysis, Clinical Aspects of Uremia and Dialysis. Edited by SG Massry and AL Sellers. Springfield, IL, Thomas, 1976, p 611
14. Kistner RW: Gynecology: Principles and Practice. Third edition. Chicago, Year Book, 1979, pp 630–634
15. Fallas RE: Endometriosis. Demonstration for the Sampson theory by a human anomaly. Am J Obstet Gynecol 72:557, 1956
16. Schifrin BS, Erez S, Moore JG: Teenage endometriosis. Am J Obstet Gynecol 116:973, 1973
17. Gahl G: Personal communication, 1979

Address reprint requests to:
Richard A. Bashore, MD
Department of Obstetrics & Gynecology
The University of California Center for the Health Sciences
Los Angeles, CA 90024

Accepted for publication June 18, 1980.

Copyright © 1980 by The American College of Obstetricians and Gynecologists.

---

# FATAL CASE OF CYTOMEGALOVIRUS PNEUMONITIS IN A POSTPARTUM WOMAN

Stewart D. Lipton, PhD, James Bryant, MD, Farhad Saed, MD, and Graciano Fontillas, MT

From the Departments of Pathology and of Obstetrics and Gynecology, Edgewater Hospital, Chicago, Illinois.
Submitted for publication May 8, 1980.

This is the first reported fatal case of cytomegalic inclusion disease in a pregnant woman. The 28-year-old woman died after cesarean section for cephalopelvic disproportion. The diagnosis of cytomegalic inclusion disease was made at autopsy by finding enlarged pneumocytes with typical intranuclear inclusions, positive direct immunofluorescence on the lung tissue with antibody specific for cytomegalovirus, and retrospective serologic titers of 1:64 for the virus. The time of the infection is unclear, but the absence of infection in the newborn may suggest an onset late in pregnancy; there was no evidence of disease before labor and cesarean section. (Obstet Gynecol 57:670, 1981)

Exhibit 20

Human Reproduction Vol.19, No.4 pp.991–995, 2004
Advance Access publication February 12, 2004

DOI: 10.1093/humrep/deh156

# Retrograde migration of glove powder in the human female genital tract

## A.C.E.Sjösten[1], H.Ellis[2] and G.A.B.Edelstam[1]

[1]Karolinska Institutet, Department of Obstetrics & Gynaecology at Stockholm Söder Hospital, s 118 83 Stockholm, Sweden and[2]Department of Anatomy, Guy's, King's and St Thomas' School of Biomedical Sciences, London Bridge, London SEI 9RT, UK

[3]To whom corespondence should be addressed. E mail: anette.sjosten@sos.sll.se

**BACKGROUND: This study in humans was undertaken to evaluate earlier results from animal research showing a retrograde migration of glove powder from the vagina into the intra-abdominal cavity. METHODS: One study group was gynaecologically examined with powdered gloves the day before an abdominal hysterectomy and another group 4 days pre-operatively. There were two control groups similarly examined with powder-free gloves. Cell smears were taken from the peritoneal fluid and during the operation further smears were taken from the Fallopian tubes, uterine cavity and cervical canal. RESULTS: Statistically significant differences were found for large starch particles at all locations between the study and control groups examined 1 day pre-operatively. Considering small starch particles, there were significant differences in cervix ($P < 0.001$), uterus ($P < 0.01$) and the Fallopian tubes ($P < 0.01$). The combined results also show significant differences between both large and small starch particles in cervix, uterus and the Fallopian tubes. There were also differences between the study and control groups examined 4 days pre-operatively, but these were not statistically significant except for small and large starch particles in uterus ($P < 0.01$, $P < 0.05$) and cervix ($P < 0.05$, $P < 0.05$). CONCLUSIONS: This study has pointed out a retrograde migration of starch also in humans after a gynaecological examination with powdered gloves. Consequently, powder or any other potentially harmful substance that can migrate from the vagina should be avoided.**

*Key words*: female/gloves/retrograde migration/starch particles/vaginal examination

## Introduction

Earlier case reports suggest that intra-abdominal granulomas or adhesions due to starch particles were caused by starch powder used on gloves during vaginal examination. An initial indication of retrograde flow through the Fallopian tubes was the finding of intraperitoneal starch granulomas (Paine and Smith, 1957). Later the first case of starch peritonitis in a patient without previous surgery was reported (Saxen *et al.*, 1963). A recent investigation detected talcum particles on the ovaries in women who had used perineal talc applications (Heller *et al.*, 1996). In contrast, tubal ligation prevents the access of mediators that reach the peritoneal cavity through the Fallopian tubes (Ylikorkala, 2001).

Powder-free gloves have been available for 20 years, but starch-powdered gloves are still available and in use (Sjösten *et al.*, 1999).

It is well documented that starch-powdered gloves are not appropriate for abdominal surgery (Ellis, 1990; Holmdahl *et al.*, 1994), and intraperitoneally, starch particles can initiate inflammatory reaction and the formation of adhesions (Edelstam *et al.*, 1992; diZerega, 1994), although the mechanism by which starch increases the propensity of tissues to

form adhesions is not known. Reduced peritoneal fibrinolysis and activation of leukocytes by particulate starch granules have been suggested as possible mechanisms. Activated leukocytes, particularly macrophages, produce supernormal amounts of oxygen-free radicals, prostaglandin $E_2$, thromboxane $B_2$ and various cytokines (Osman and Jensen, 1999). Starch particles also increase the eicosanoid production which may contribute to the inflammatory or immune reactions and development of adhesions (Chegini and Rong, 1999). If already injured mesothelial surface of the peritoneum is exposed to starch, more dense adhesions are created compared to the effect of peritoneal trauma or starch separately. Application of glove powder on minimally or severely traumatized peritoneum facilitates tumour cell adhesion and growth alone (van den Tol *et al.*, 2001). Histological re-evaluation after tubal reconstructive surgery due to peritubal or peri-ovarian adhesions has shown residual starch from powdered gloves (Yaffe *et al.*, 1980).

A causal connection has been shown between operative tissue damage, intra-abdominal ischaemia, infections, reactions to foreign materials such as sutures, particles of gauze, glove dusting powder and post-operative adhesions

*Human Reproduction vol. 19 no. 4 © European Society of Human Reproduction and Embryology 2004; all rights reserved*

Downloaded from https://academic.oup.com/humrep/article-abstract/19/4/991/2913613
by University of South Carolina Coleman Karesh Law Library user
on 14 February 2018

A.C.E.Sjösten, H.Ellis and G.A.B.Edelstam

(Myllärniemi, 1967; Holmdahl *et al.*, 1996). One of the proven causes of post-operative intestinal adhesions is microscopic foreign bodies which are present in up to 93% of adhesions (Duron *et al.*, 1997). After open abdominal or pelvic surgery, a third of the patients are readmitted at least twice during the subsequent 10 years for a disorder directly or possibly related to adhesions (Ellis *et al.*, 1999).

Our previous investigation in a rabbit model indicated a retrograde migration of glove powder from the vagina into the intra-abdominal cavity (Edelstam *et al.*, 1997). The amount that reaches the peritoneum is sufficient to significantly increase formation of post-operative adhesions after a standardized trauma (Sjösten et el., 2000).

Therefore, this subsequent study in humans was done to investigate whether starch particles from powdered gloves also in humans might gain access to the abdominal cavity through the vagina after a gynaecological examination with powdered gloves.

## Materials and methods

### Patients

The participants in the study were divided into four different groups. Informed consent was obtained from all participants. All had a routine gynaecological examination before an elective laparotomy for total or subtotal hysterectomy due to fibroids or menometrorrhagia. Group I: examined 1 day pre operatively with (i) powdered gloves (Gammex® Ansell GmbH, Germany; *n* = 17, mean age 51 years) or (ii) powder free gloves (Biogel® Regent Medical, SLL) (*n* = 15, mean age 51 years). Group II: examined 4 days pre operatively with (i) powdered gloves (*n* = 12, mean age 53 years) or (ii) powder free gloves (*n* = 14, mean age 52 years). Patients with cancer of the uterus were excluded as well as women with ongoing menstrual bleeding. The pre menopausal women were examined regardless of the follicular or luteal phase of the menstrual cycle. A third of all women in the study were post menopausal. Any medication that might have influenced the tubal patency had not been taken except in the case of three patients who had an asthmatic disease and needed to take terbutaline occasionally. The medication was not taken during the investigations. There were no other significant differences for patient characteristics. Sexual activity, cyclic changes or hormonal effect where not considered in this study.

### Surgical procedure

An abdominal subtotal or total hysterectomy was undertaken with the operating team and the nurse who set up the instrument tray wearing powder free gloves. Immediately the abdominal cavity was opened, peritoneal fluid was collected and cell smears were then taken from the peritoneal fluid. From the fimbriae of the Fallopian tubes, additional cell smears were taken per operatively and when the uterus had been removed, i.e. post operatively from the uterine cavity and the cervical canal. For making the smears sterile, forceps or peans were used. Smears from the fimbriae of the Fallopian tubes were omitted if they were not removed during the hysterectomy.

### Cell smears

The cell smears were quantitatively standardized on ~1 cm² of one half of a glass slide with the other blank side serving as control for contamination with air borne starch particles. All the slides were stained with May Grünewald Giemsa by a biochemical assistant wearing powder free gloves in a laboratory where only powder free

**Table I.** Small and large starch particles on day 1 after examination with powdered (Ia) and powder free (Ib) gloves respectively

| | | No. of patients | Total no. of particles | Median | Range | Mean | P |
|---|---|---|---|---|---|---|---|
| **Cervix** | | | | | | | |
| Small | Ia | 17 | 70 | 1 | 14 | 4.1 | < 0.001 |
| | Ib | 15 | 0 | 0 | 0 | 0 | |
| Large | Ia | 17 | 46 | 0 | 24 | 2.7 | < 0.01 |
| | Ib | 15 | 1 | 0 | 1 | 0.01 | |
| **Uterus** | | | | | | | |
| Small | Ia | 17 | 104 | 2 | 48 | 6.1 | < 0.01 |
| | Ib | 15 | 0 | 0 | 0 | 0 | |
| Large | Ia | 17 | 22 | 0 | 10 | 1.3 | < 0.01 |
| | Ib | 15 | 1 | 0 | 1 | 0 | |
| **Fallopian tubes** | | | | | | | |
| Small | Ia | 12 | 34 | 1.5 | 16 | 2.8 | < 0.01 |
| | Ib | 13 | 0 | 0 | 0 | 0 | |
| Large | Ia | 12 | 18 | 0 | 10 | 1.5 | < 0.05 |
| | Ib | 13 | 0 | 0 | 0 | 0 | |
| **Peritoneal fluid** | | | | | | | |
| Small | Ia | 13 | 13 | 1 | 4 | 1.0 | NS |
| | Ib | 13 | 3 | 0 | 3 | 0.2 | |
| Large | Ia | 13 | 12 | 0 | 6 | 0.9 | < 0.05 |
| | Ib | 13 | 0 | 0 | 0 | 0 | |

NS  not significant.

gloves were used. The slides were coded and analysed by two independent investigators with a Zeiss 4/76 microscope using polarized light at magnification ×250. The starch particles were counted in a standardized procedure for all slides. The numbers on the blank side (i.e. contamination) were subtracted from that in the smears so that the number of starch particles on each slide represent the net number without contaminating particles. Since there are differences in the size of starch particles they where divided into two sizes: (i) smaller than a leukocyte and (ii) larger than a leukocyte. Leukocytes for comparison in size were always present in the smears. The study was approved by the local ethics committee.

### Statistics

Non parametric Mann Whitney *U* tests and Fisher's exact test were used and values are given as SEM for the group. Differences were considered significant at the $P < 0.001$, $P < 0.01$ and $P < 0.05$ levels. All statistical tests were computerized and carried out with statistics programs (Statistica™; Statsoft, USA).

### Results

#### Group I: examined 1 day pre-operatively with (i) powdered gloves (n = 17) and (ii) powder-free gloves (n = 15)

Starch particles were found in the cell smears with more particles found on the slides from the patients examined with powdered gloves. The differences were significant at all locations in the genital tract for small particles (cervix $P < 0.001$, uterus and Fallopian tubes $P < 0.01$) and large particles (cervix and uterus $P < 0.01$ and Fallopian tubes $P < 0.05$) but only for large particles in the peritoneal fluid ($P < 0.05$). However, in two patients examined with powdered gloves, no particles were found. On the contrary, in three patients examined with powder-free gloves, a few particles were found (Table I and Figure 1).

992

Downloaded from https://academic.oup.com/humrep/article-abstract/19/4/991/2913613 by University of South Carolina Coleman Karesh Law Library user on 14 February 2018

**Retrograde vaginal migration of glove powder in humans**



**Figure 1.** Median and range value for the retrograde transportation of small and large starch particles respectively, in different locations 1 day after a gynaecological examination with or without powdered gloves. The negative range value in the starch group for cervix, uterus and peritoneal fluid are due to contamination with airborne starch particles.

### Group II: examined 4 days pre-operatively with (i) powdered gloves (n = 12) and (ii) powder-free gloves (n = 14)

There were significantly more small starch particles as well as large particles (cervix and uterus $P < 0.05$) after examination with powdered gloves. The differences were the same for small particles but less significant for large particles (uterus $P < 0.05$). The differences were non-significant in the Fallopian tubes and the peritoneal fluid (Table II and Figure 2.

### Discussion

Medical gloves for use in surgery were introduced in 1896. Since then, several additives have been tried to facilitate manufacturing and to reduce the hazards associated with glove use (Ellis, 1990). Rubber and glove lubricants are the two main components in modern gloves. Starch powder as a glove lubricant can lead to complications such as granulomatous peritonitis (Giercksky *et al.*, 1994), adhesion formation (van den Tol *et al.*, 2001) and potentiation of infection (Renz and Gemsa, 1997), with subsequent intestinal obstruction, infertility and chronic pelvic pain.

**Table II.** Numbers of small and large starch particles after examination with powdered (IIa) and powder free (IIb) gloves respectively, day 4

| | | No. of patients | Total no. of particles | Median | Range | Mean | P |
|---|---|---|---|---|---|---|---|
| **Cervix** | | | | | | | |
| Small | IIa | 12 | 26 | 1 | 2 | 2.1 | < 0.05 |
| | IIb | 14 | 0 | 0 | 0 | 0 | |
| Large | IIa | 12 | 9 | 0 | 3 | 0.8 | < 0.05 |
| | IIb | 14 | 0 | 0 | 0 | 0 | |
| **Uterus** | | | | | | | |
| Small | IIa | 12 | 21 | 3 | 20 | 1.8 | < 0.01 |
| | IIb | 14 | 2 | 0 | 0 | 0.1 | |
| Large | IIa | 12 | 7 | 0 | 3 | 0.6 | < 0.05 |
| | IIb | 14 | 0 | 0 | 0 | 0 | |
| **Fallopian tubes** | | | | | | | |
| Small | IIa | 11 | 16 | 1 | 5 | 1.4 | NS |
| | IIb | 14 | 4 | 0 | 1 | 0.2 | |
| Large | IIa | 11 | 2 | 0 | 1 | 0.2 | NS |
| | IIb | 14 | 0 | 0 | 0 | 0 | |
| **Peritoneal fluid** | | | | | | | |
| Small | IIa | 9 | 14 | 1 | 5 | 1.6 | NS |
| | IIb | 11 | 3 | 0 | 1 | 0.3 | |
| Large | IIa | 9 | 2 | 0 | 1 | 0.2 | NS |
| | IIb | 11 | 0 | 0 | 0 | 0 | |

NS    not significant.

993

Downloaded from https://academic.oup.com/humrep/article-abstract/19/4/991/2913613
by University of South Carolina Coleman Karesh Law Library user
on 14 February 2018

A.C.E.Sjösten, H.Ellis and G.A.B.Edelstam



**Figure 2.** Median and range value for the retrograde transportation of small and large starch particles respectively, in different locations 4 days after a gynaecological examination with or without powdered gloves. The negative range value in the starch group for cervix, Fallopian tube and peritoneal fluid are due to contamination with airborne starch particles.

The possibility of retrograde migration of starch particles in the female genital tract into the intraperitoneal cavity has been suspected for several decades (Saxen *et al.*, 1963). The present study in humans has attempted to investigate whether previous results from animal research  that starch particles can migrate from the vagina into the abdominal cavity (Edelstam *et al.*, 1997)  reflects the case in humans. This study indicates such a retrograde migration of starch particles after gynaecological examination with powdered gloves. There were statistically significant differences between study and control groups in cervix, uterus and Fallopian tubes on the first day after vaginal examination with powdered gloves compared to powder-free examination. The low number of starch particles in the cell smear of the peritoneal fluid may reflect differences in the total amount of fluid and that it might have been better to collect all the fluid and after centrifugation prepare cell smears. However, with the present approach a significant difference between pre-operative examination with powdered and powder-free was demonstrated. The lower number of particles on the fourth day might indicate that absorption of starch particles had started, or that the particles had adhered to the peritoneum. In previous animal studies, most particles were found on the third day after

deposition in the vagina (Edelstam *et al.*, 1997). The numbers found in the controls indicate that the presence of starch particles in the peritoneal cavity is in accordance with reported persistance for up to 18 months (Ellis, 1971). Our present patients have been examined in that time before the referral for hysterectomy.

A considerable number of gynaecologists wears starch-powdered gloves (Sjösten *et al.*, 1999), despite evidence of starch-induced complications. The starch particles can migrate not only from the vagina into the cervical canal and the uterine cavity but also through the Fallopian tubes into the peritoneal fluid. Women exposed to intra-abdominal surgical trauma 1  4 days after a gynaecological examination with powdered gloves may be at increased risk of intra-abdominal adhesions. But even without a surgical procedure there is a risk of intra-abdominal or peri-tubal adhesions due to the examination with powdered gloves (Osser *et al.*, 1989). Ongoing subclinical PID can cause infective tissue damage. An extensive study by Myllärniemi (1967) showed that talc, starch powder and lint in the abdominal cavity tended to accumulate in the traumatized areas of the peritoneum so that the foreign material contaminating the peritoneal tissues could act together with other

994

Downloaded from https://academic.oup.com/humrep/article-abstract/19/4/991/2913613
by University of South Carolina Coleman Karesh Law Library user
on 14 February 2018

traumatizing conditions, possibly preventing the resorption of fibrinous adhesions. This corresponds to our previous finding in the rabbit model that starch particles deposited in the vagina can migrate in a retrograde direction from the vagina into the abdominal cavity and, combined with an intra-abdominal trauma, generate dense adhesions (Sjösten *et al.*, 2000). Since there are indications towards retrograde migration of powder, it must not be used regardless of cyclic variations or sexual activity.

In conclusion, our results show that starch particles can migrate from the vagina into the cervical canal, the uterine cavity and through the Fallopian tubes up to 4 days after a gynaecological examination with powdered gloves. Glove powder contributes to adverse intra-abdominal reactions, which include adhesion formation and adhesion-related complications such as chronic pelvic pain and bowel obstruction. Tubal and pelvic adhesions are a major cause of female infertility. Since evidence suggests that a retrograde migration could be a general mechanism, our recommendation is that we should be critical of harmful substances, e.g. glove powder, that could migrate from the vagina to abdominal cavity.

### Acknowledgements

We thank Associate Professor Mr Göran Granath for statistical analyses. This study was supported by Karolinska Institutet, Stockholm, Sweden.

### References

Chegini N and Rong H (1999) Postoperative exposure to glove powders modulates production of peritoneal eicosanoids during peritoneal wound healing. Eur J Surg 165,698 704.

di Zerega GS (1994) Contemporary adhesion prevention. Fertil Steril 61,219 235.

Duron JJ, Ellian N and Olivier O (1997) Post operative peritoneal adhesions and foreign bodies. Eur J Surg 579(Suppl),15 16.

Edelstam GAB, Lundkvist E., Laurent TC et al (1992) The concentration and turnover of intraperitoneal hyaluronan during inflammation. Inflammation 16,459 469.

Edelstam GAB, Sjösten ACE and Ellis H (1997) Retrograde migration of starch in the genital tract of rabbits. Inflammation 21,489 499.

Ellis H (1971) The cause and prevention of postoperative intraperitoneal adhesions. Surg Gynecol Obstet 133, 497 511.

Ellis H (1990) The hazards of surgical glove dusting powder. Surg Gynecol Obstet 171,521 527.

Ellis H, Moran JB, Thompson NJ et al (1999) Adhesion related hospital readmissions after abdominal and pelvic surgery: a retrospective cohort study. Lancet 9163,1476 1480.

Giercksky KE, Qvist H, Nesland TM et al (1994) Multiple glove powder granulomas masquerading as peritoneal carcinomatosis. J Am Coll Surg 179,299 304.

Heller DS, Westhoff C, Katz N et al (1996) The relationship between perineal cosmetic talc usage and ovarian talc particle burden. Am J Obstet Gynecol 174,1507 1510.

Holmdahl L, Al Jabreen M and Risberg B (1994) Experimental models for qantitative studies on adhesion formation in rats and rabbits. Eur Surg Res 26,248 256.

Holmdahl L, Al Jabreen M and Risberg B (1994) The impact of starch powdered gloves on the formation of adhesions in rats. Eur J Surg 160,257 261.

Myllärniemi H (1967) Foreign material in adhesion formation after abdominal surgery. Acta Chir Scand 377,1 48.

Osman MO and Jensen SL (1999) Surgical gloves: current problems. World J Surg 23,630 637.

Osser S, Persson K and Liedholm P (1989) Tubal infertility and silent chlamydial salpingitis. Hum Reprod 4,280 284.

Paine CG and Smith P (1957) Starch granulomata. J Clin Pathol 10,51 55.

Renz H and Gemsa D (1997) Effects of powder on infection risks and associated mechanisms. Eur J Surg 579(Suppl),35 38.

Saxen L, Kissinen A. and Saxen E (1963) Peritoneal foreign body reaction caused by condom emulsion. Lancet 2,1295 1296.

Sjösten ACE, Blomgren H and Edelstam GAB (1999) Precautions taken to prevent adhesions – a questionnaire study among Swedish obstetricians and gynaecologists. Eur J Surg 165,736 741.

Sjösten ACE, Ellis H and Edelstam GAB (2000) Post operative consequences of glove powder used pre operatively in the vagina in the rabbit model. Hum Reprod 15,1573 1577.

van den Tol M.P., Haverlag R, Jeekel J et al (2001) Glove powder promotes adhesion formation and facilitates tumour cell adhesion and growth. Br J Surg 88,1258 1263.

Yaffe H, Beyth Y and Levij IS (1980) Foreign body granulomas in peritubal and periovarian adhesions: a possible cause for unsuccessful reconstructive surgery in infertility. Fertil Steril 33,277 279.

Ylikorkala O (2001) Tubal ligation reduces the risk of ovarian cancer. Acta Obstet Gynecol Scand 80,875 877.

*Submitted on December 11, 2002; resubmitted on November 21, 2003; accepted on November 26, 2003*

995

Downloaded from https://academic.oup.com/humrep/article-abstract/19/4/991/2913613 by University of South Carolina Coleman Karesh Law Library user on 14 February 2018

Exhibit 21

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) |
| *THIS DOCUMENT RELATES TO ALL CASES* | |

**RULE 26 EXPERT REPORT OF
PATRICIA G. MOORMAN, MSPH, PHD**

Date:   November 16, 2018

Patricia G. Moorman, MSPH, PhD

**Scientific Review of the Epidemiologic Evidence on Talc Use and Ovarian Cancer**

Patricia G. Moorman, MSPH, PhD

Professor, Department of Community and Family Medicine

Cancer Control and Population Sciences, Duke Cancer Institute

Duke University School of Medicine

Durham, NC

1

**Table of Contents**

Background and Qualifications of Patricia G. Moorman, MSPH, PhD ........................................... 3

Education ................................................................................................................................... 3

Professional Experience ............................................................................................................ 3

Compensation and Testimony .................................................................................................... 4

Research Interests and Experience ............................................................................................ 4

Purpose .................................................................................................................................... 7

Role and Importance of Epidemiologic Studies ........................................................................ 7

Methodology ............................................................................................................................. 9

Epidemiologic Studies Reviewed ............................................................................................ 11

Strength and Consistency of the Association .......................................................................... 11

Temporality ............................................................................................................................ 29

Biological Gradient ................................................................................................................. 29

Biologic Plausibility ................................................................................................................ 32

Specificity ............................................................................................................................... 37

Coherence .............................................................................................................................. 37

Experiment ............................................................................................................................. 38

Analogy ................................................................................................................................... 38

Conclusion .............................................................................................................................. 38

References ......................................................................................................................... 41

Additional Materials and Data Considered .................................................................... 50

**Background and Qualifications of Patricia G. Moorman, MSPH, PhD**

I am a tenured professor in the Department of Community and Family Medicine, Duke University School of Medicine, Durham, NC and a member of the Cancer Control and Population Sciences Program in the Duke Cancer Institute. I am an epidemiologist with more than 25 years of experience in conducting research on women's health issues including ovarian cancer, breast cancer and menopause. Attached as Exhibit A to this report is a current copy of my curriculum vitae.

**Education**

I received a Bachelor of Science degree with distinction in pharmacy from the University of Kansas in 1980. I pursued graduate studies in epidemiology in the School of Public Health at the University of North Carolina-Chapel Hill, earning a Master of Science in Public Health (MSPH) in 1989 and a Doctor of Philosophy (PhD) degree in 1993.

**Professional Experience**

I have held positions in academic institutions since I completed my PhD, beginning as a research assistant professor in the Department of Epidemiology at the University of North Carolina-Chapel Hill from 1994 through 1996. From 1997 to 2000, I was an associate research scientist in the Chronic Disease Epidemiology division of the Yale University School of Public Health. I came to Duke University School of Medicine as an assistant professor in 2000, progressing through the academic ranks from associate professor, associate professor with tenure to my current position as professor in Community and Family Medicine. I also serve as the director of the Clinical Research Unit for the Department of Community Medicine and am a member of the Senior Faculty Advisory Committee for the Office for Research Mentoring in the School of Medicine. In addition, I am an adjunct faculty member in the Department of Epidemiology at the University of North Carolina-Chapel Hill.

3

**Compensation and Testimony**

My hourly billing is $400. I have given deposition testimony in one case (Gail Ingham, et al., v. Johnson & Johnson, et al., Case No. 1522-CC10417-01, Circuit Court of the City of St. Louis, Division 10) and have not testified at trial in the last four years.

**Research Interests and Experience**

My primary research interests are in the area of women's health issues, with a particular focus on studying racial differences in risk factors and outcomes. I have had funding from the National Institutes of Health (NIH) for more than 20 years, which has supported my research in ovarian cancer, breast cancer and ovarian function after hysterectomy. Three of the key studies in my research career are: 1) the African American Cancer Epidemiology Study (AACES), a multi-center, case-control study of ovarian cancer in African American women,[1] 2) the Carolina Breast Cancer Study, which is one of the largest studies focused on understanding racial differences in breast cancer risk and outcomes,[2] and 3) the Prospective Research on Ovarian Function (PROOF) Study, a cohort study designed to examine risk for ovarian failure after premenopausal hysterectomy.[3]

Each of these studies involved primary data collection, meaning that the investigative team designed the data collection procedures, developed the surveys, recruited study participants and obtained questionnaire data and biological specimens from the participating women. Each study has made unique contributions to the scientific literature.

AACES has enrolled more than four times as many African-American women with ovarian cancer than any other study and is providing the most comprehensive epidemiologic data on ovarian cancer risk factors in this population to date.[4-6] The Carolina Breast Cancer Study likewise provided key data on risk factors in African American women and was the first study to describe the markedly higher prevalence of the poor-prognosis basal subtype of breast cancer in young African American women.[7-11] The PROOF study is the largest prospective study of ovarian function after pre-menopausal hysterectomy and demonstrated that women

4

undergoing hysterectomy with ovarian conservation were at significantly increased risk for earlier menopause as compared to women who did not have a hysterectomy.[3,12]

Our study team published an analysis of talc exposure and ovarian cancer in 2016, using data from AACES. [13] This peer-reviewed paper, published in *Cancer Epidemiology, Biomarkers and Prevention*, was the first epidemiologic study of talc use and ovarian cancer that was focused exclusively on African American women. Our analyses found both a high prevalence of talc use in this study population and a statistically significantly increased risk for ovarian cancer among talc users. This paper was published prior to my involvement in litigation related to talc and ovarian cancer.

I have also been a co-investigator on the North Carolina Ovarian Cancer Study, which was a precursor to the AACES study. Data from this study were included in Terry, et al.'s [14] 2013 analysis of genital powder use and ovarian cancer that pooled from data from eight case-control studies. I am currently an investigator in the Ovarian Cancer in Women of African Ancestry (OCWAA) consortium. The OCWAA consortium, which was initiated in 2016, is a multi-center collaboration that aims to bring together data from case-control and cohort studies to evaluate similarities and differences between African American and white women in ovarian cancer risk factors and outcomes.

In addition to these studies, I am an investigator with the Evidence Synthesis Group in the Duke Clinical Research Institute, a team of researchers that conducts evidence reviews of the scientific literature. I have worked with this group on a number of systematic reviews and meta-analyses on women's health issues including an evaluation of the benefits and risks of oral contraceptive use for primary prevention of ovarian cancer [15-17] funded by the Agency for Healthcare Research Quality, and an evaluation of the benefits and harms of breast cancer screening[18] funded by the American Cancer Society to help inform their screening mammography recommendations.[19]

I am an author on more than 130 scientific publications, with more than 50 of them directly related to ovarian cancer. The ovarian cancer papers address a wide variety of risk factors including reproductive and hormonal factors, lifestyle characteristics, genetic factors, and talcum powder products. The main focus of the manuscripts on which I have been the lead

5

author has been ovarian cancer risk factors in African American women and the effects of reproductive characteristics, hormones and other medications on risk for ovarian cancer.[5,17,20-23] The papers have been published in some of the leading journals in the field of epidemiology, gynecology and cancer including the *American Journal of Epidemiology, Cancer Epidemiology Biomarkers and Prevention, Obstetrics & Gynecology* and *Journal of Clinical Oncology*.

My teaching experience includes courses in Cancer Epidemiology for graduate students in public health and Evidence-Based Medicine for physician assistant students. A primary emphasis of these courses has been for the students to gain an understanding of the advantages and disadvantages of different types of studies used in clinical and epidemiologic research. In particular, the Evidence-Based Medicine course is designed to help the students learn how to critically appraise the medical literature and apply findings to clinical practice. In addition, I have mentored at the individual level public health graduate students and medical students.

I serve as an editorial reviewer for numerous journals and have served as a peer reviewer of grant applications on several dozen study sections over that past twenty years. I have reviewed NIH grants for a variety of funding mechanisms ranging from small grants (R03) to large multi-project applications (SPORE grants and Program Projects). I also have served as both peer reviewer and study section chair for the Susan G. Komen for the Cure Foundation and the Department of Defense Ovarian Cancer and Breast Cancer Research Programs.

In summary, in a career spanning more than 25 years, I have devoted my efforts to understanding factors that affect risk for ovarian cancer, breast cancer and menopause. I have conducted original research, giving me a deep appreciation of the advantages and disadvantages of different study designs and the challenges of collecting high-quality data for making etiologic inferences. I also have conducted research involving synthesis of the published literature, with the goal of informing decisions based on the best available evidence. A large proportion of my publications have focused on the epidemiology of ovarian cancer, and many of the others focused on breast cancer or menopause have relevance to ovarian cancer because of shared risk factors for the conditions. Based on my education, experience, and expertise, I

6

am highly qualified to assess the literature on the use of talc in relation to ovarian cancer and provide an expert opinion to a reasonable degree of medical certainty.


**Purpose**

The purpose of this report is to summarize the epidemiologic evidence related to talc use and ovarian cancer risk and to make a judgment as to whether there is sufficient evidence, based on the totality of evidence from epidemiologic investigations as well as laboratory and mechanistic studies, to conclude with a reasonable degree of scientific certainty that talcum powder use Is a causal factor for ovarian cancer.

Throughout the report, the term "talc" will be used to refer to talcum powder products, recognizing that commercial talc products can contain asbestos, talc containing asbestiform fibers (e.g., talc occurring in a fibrous habit), heavy metals such as nickel, chromium and cobalt and fragrances.


**Role and Importance of Epidemiologic Studies**

It is important to bear in mind that epidemiologic research on factors that are thought to increase risk for cancer in human populations will consist of observational rather than experimental studies. As with most other now-known carcinogens, including cigarette smoke, it is both ethically wrong and pragmatically impossible to conduct randomized controlled trials to investigate whether a given exposure increases risk for cancer in humans. The judgment as to whether talc causes ovarian cancer will be based on epidemiologic studies in which the investigators collected and analyzed information on exposures (i.e., talc use and other risk factors) that the study participants chose to use, rather than studies in which exposures were randomly assigned to the study subjects in an experimental setting.

Observational study designs used in the study of talc and ovarian cancer include cohort and case-control studies, both of which are well-established and generally accepted methods for studying cancer etiology. In a prospective cohort study, a large group of individuals (the cohort) is identified and exposure to various factors hypothesized to affect risk of disease is

7

assessed at the time of enrollment (baseline). The cohort is followed over time and the analyses focus on whether the exposed group is more or less likely to develop the outcome of interest than the unexposed group. Some of the prominent advantages of cohort studies are that multiple outcomes/diseases can be assessed within the cohort and exposure assessment precedes the development of the disease, limiting recall bias. However, a primary disadvantage of cohort studies, particularly in relation to cancer etiology studies, is that they must enroll tens of thousands of subjects and follow them for long periods of time to accrue enough cases to have a well-powered study. In addition, if cohort studies do not update exposure information after the baseline assessment, the exposure of some individuals in the cohort may be misclassified.

Case-control studies identify individuals with the disease of interest and an appropriate control group of individuals without the disease and assess exposures that are thought to increase or decrease the risk of the disease. The investigators then analyze whether cases are more likely than the controls to have a given exposure. Case-control studies focus on a single disease, therefore they typically collect more detailed risk factor information for that disease than cohort studies. A major advantage of case-control studies is that they are a more efficient design for studying diseases that are less common or have a long latency period. Therefore, they are very commonly used for etiologic studies of cancer. A disadvantage of case-control studies is that they collect exposure information for the cases after they have already been diagnosed with the disease, which raises concerns that cases may recall exposures differently from controls.

Cohort studies and case-control studies each have advantages and disadvantages for assessing talc as a risk factor for ovarian cancer, and one study design is not clearly superior to the other. In addition, specific details related to the conduct of the study such as methods of exposure assessment, length of follow-up and choice of control group can impact the validity of the findings and the interpretation of results. Therefore, rather than making a judgment based only on the overall study design, the evaluation and interpretation of the findings of the studies must consider the strengths and weaknesses of the individual studies. As the results of the

studies are described and evaluated in this report, specific advantages and disadvantages of individual studies will be discussed in more detail.

In contrast to studies on laboratory animals, studies on humans are subject to more variation in exposure assessment and it is impossible to control all other factors that may contribute to disease risk. For these reasons, judgments on causality from epidemiologic research typically are not based on a single study or even a few studies, but are based on the totality of evidence from multiple studies conducted in different study populations, in different locations and across different time periods. Evidence from the epidemiologic investigations is combined with relevant studies from other disciplines, including pathology, animal and mechanistic studies, to make an assessment of the evidence for a causal association between genital exposure to talcum powder and ovarian cancer.

**Methodology**

The methodology I used to assess the epidemiologic evidence on talc use as a causal risk factor for ovarian cancer involved conducting a literature search on PubMed using the terms "ovarian cancer" and "talc" to identify all relevant original studies, systematic reviews, meta-analyses, editorials and commentaries (search most recently updated on October 29, 2018). The search I did returned 131 articles, all of which were systematically considered and assessed as to their relevance to talc as a risk factor for ovarian cancer. Twenty-nine articles were not directly relevant to the question at hand (mostly addressing talc in the treatment of malignant pleural effusions). Of the remaining 101 articles, 36 were reports of original epidemiologic studies directly addressing genital talc exposure and ovarian cancer or meta-analyses of such studies.[14,24-56] Other articles retrieved included studies of occupational talc exposure,[57-62] other original research articles that were not specifically epidemiologic studies of genital talc and ovarian cancer (e.g., studies of endometrial cancer, pathology studies, animal studies, etc.)[63-80] and reviews, commentaries and letters [60,81-120] I also examined reference lists from key articles to identify any additional relevant studies. In addition, I reviewed relevant studies as well as documents provided during the course of discovery process.

The primary focus of my review is the epidemiologic studies of genital talc exposure and ovarian cancer and the meta-analyses, with supporting information from other types of publications, including animal, pathology and mechanistic studies used as appropriate to address biological mechanisms underlying the association between talc use and ovarian cancer.

As I evaluated the individual epidemiologic studies (case-control and cohort studies) that described the risk for ovarian cancer associated with talc use, I did not weight one design more heavily than the other because there are advantages and disadvantages to each design for evaluating talc as a cause of ovarian cancer. I considered the potential biases of individual studies, both those that supported and those that did not support an association between talc and ovarian cancer, and how those biases may have impacted the findings. As I describe in this report, some biases have the potential to lead to an overestimate of the relative risk (e.g. recall bias in case-control studies) while others could result in an underestimate of the relative risk (e.g. incomplete ascertainment of talc use in the cohort studies).

I also considered the studies that combined data from multiple studies – meta-analyses or pooled analyses from multiple case-control studies. These types of analyses are often considered to be some of the strongest evidence for a causal association between an exposure and disease as they provide an estimate of the relative risk that is more statistically robust than individual studies. Data from meta-analyses are particularly important for evaluating exposure-disease relationships such as talc and ovarian cancer where the relative risks from most individual studies are approximately 1.2 to 1.5.

As is standard in epidemiologic research, my assessment of whether there is a causal association between talc use and ovarian cancer was guided by the aspects of a causal relationship described by Bradford Hill during the 1960's. Sir Austin Bradford Hill's writings on causal inference provide an accepted framework for assessing whether a given exposure is a cause of a specific outcome.[121] The aspects of the associations that Hill described are: Strength, Consistency, Specificity, Temporality, Biological Gradient, Plausibility, Coherence, Experiment and Analogy. As his writings clearly state, these viewpoints or perspectives should be taken into account when assessing causality, but are not to be considered absolute criteria and not all must be checked off to make a conclusion of a causal relationship. Specifically, he states "What

10

I do not believe is that we can usefully lay down some hard-and-fast rules of evidence that must be obeyed before we accept cause and effect. None of my nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a *sine qua non*." This list of viewpoints was used to guide my assessment of the scientific literature on talc use and ovarian cancer.

It is important to point out that, in the end of this process, the assessment of whether a substance is or is not a causal risk factor for a given disease or condition involves scientific judgment that is made by considering and weighing the evidence. In any given case, it is not unusual for scientists and epidemiologists to weigh the Hill factors differently in reaching a conclusion on the causal inference in question. For example, scientists for many years debated the evidence that cigarette smoking causes lung cancer or asbestos causes lung disease.

**Epidemiologic Studies Reviewed**

Since 1982, when the first case-control study describing an increased risk for ovarian cancer associated with talc use was reported by Cramer, et al., [50] more than two dozen additional reports of epidemiologic studies have been published.[13,14,24-36,38-44,46-49,51-55,122,123] In some instances, data from a particular study were included in more than one publication, due either to an additional analysis of data from a cohort study with longer duration of follow-up (e.g., [31,34]) or to analyses that combined data from more than one study (e.g., [14,25]). Included in these publications are seven meta-analyses published between 1992 and 2018 that combined overall results from nine to 27 studies [35,51,52,54-56] and a pooled analysis published in 2013 that combined individual level data from eight case-control studies.[14]

**Strength and Consistency of the Association**

The first two aspects of the causal relationship described by Bradford Hill, strength and consistency of association, are deeply intertwined. While Bradford Hill referenced the assumption that a larger relative risk is more likely to reflect a causal association, Hill also clearly stated that we should not be "too quick to dismiss a cause-and-effect hypothesis merely

on the grounds that the observed association appears to be slight. There are many occasions in medicine when this is in truth so." [121]

Seven meta-analyses of genital talc exposure and ovarian cancer [35,44,51,52,54-56] calculated summary relative risks that were very consistent across the publications, ranging from 1.22 to 1.36, all with 95% confidence intervals excluding 1, indicating that women who reported talc use were at statistically significant increased risk for ovarian cancer. Similarly, the pooled analysis of eight case-control studies reported an overall odds ratio of 1.24 (95% confidence interval (CI) 1.15 – 1.33).[14]

To put this in context, it is useful to compare the epidemiologic data related to the strength of the association between genital talc use and ovarian cancer with some other well-accepted exposure-disease associations that have relative risks of similar magnitude and are generally accepted to be causal associations. Some examples of such associations and the relative risks from these exposures estimated from meta-analyses are:

1. Oral contraceptive use and breast cancer, relative risk 1.08 (95% CI 1.003-1.165) for ever versus never use and relative risk 1.21 (95% CI 1.04-1.41) for current or recent use versus never use[16]

2. Menopausal estrogen use and breast cancer, relative risk 1.20 (95% CI 1.06-1.37) for more than 5 years use versus no use[124]

3. Passive smoking (also referred to as environmental tobacco exposure or secondhand smoke) and lung cancer, relative risk 1.27 (95% CI 1.17-1.37) for ever versus never exposure to a spouse who smoked[125]

4. Residential radon exposure and lung cancer, relative risk 1.29 (95% CI 1.10-1.51) for highest versus lowest exposure[126]

5. Trichloroethylene exposure and kidney cancer, relative risk 1.32 (95% CI 1.17-1.50) for occupational exposure.[127]

Each of these exposure/disease associations is widely accepted as a causal relationship in the scientific community and has been judged to be a causal association by the International Agency for Research on Cancer (IARC). [128-130] [131] The estimates of the relative risks for these associations from meta-analyses or pooled analyses are approximately 1.25,[16,124-126,132,133]

12

which is in the range of estimates of the relative risk from meta-analyses and pooled analyses for the association between genital talc use and ovarian cancer. Therefore, we have evidence of well-established causal associations in which the magnitude of the relative risk is very similar to what has been reported for genital talc use and ovarian cancer.

It is instructive to compare in more detail the epidemiologic data on passive smoke exposure to that of talc and ovarian cancer. Passive smoke exposure, like talc, is a very common exposure in the population that can only be assessed retrospectively through self-report, therefore it is difficult to determine the precise level of exposure. In a meta-analysis of 55 studies published between 1981 and 2006 that examined the risk for lung cancer in never smoking women with passive smoke exposure from their spouses, Taylor, et al. [125] reported a pooled relative risk of 1.27 (95% CI 1.17-1.37). The relative risks from individual studies ranged from 0.66 to 2.57, with 44 of the 55 (80%) individual studies reporting a relative risk or odds ratio >1. In the individual studies, only 10 of 55 (18%) reported statistically significant associations (2 of 7 cohort studies, 3 of 25 case-control studies with population-based controls and 5 of 23 case-control studies). These data show that among the many epidemiologic studies that assessed passive smoke exposure as a risk factor for lung cancer, not all had statistically significant findings and some even reported relative risks less than one, yet the overall conclusion from the totality of the evidence is that passive smoke exposure is causally associated with lung cancer.

The most recent meta-analysis published in 2018 on talc and ovarian cancer by Pennikilampi et al. reported a pooled relative risk of 1.31 (95% CI 1.24-1.39) with values from individual studies ranging from 0.73 to 3.90.[56] This result is consistent with other meta-analyses performed. Twenty-four of the 26 (92%) studies reported a relative risk or odds ratio >1, and statistically significant associations were reported in 14 of the 26 (54%) studies. This comparison illustrates that as compared to the well-established causal association between passive smoke exposure and lung cancer, the association between talc and ovarian cancer has a pooled relative risk estimate of similar magnitude with a greater proportion of the studies reporting relative risks >1 and a greater proportion reporting statistically significant

associations suggesting the evidence for talc and ovarian cancer is as significant as for passive smoke exposure and lung cancer.

These comparisons also illustrate the importance of meta-analyses in epidemiologic research when considering exposures for which the strength of association is approximately 1.5 or less. Individual studies, especially those with smaller samples sizes, may not detect a statistically significant increased risk. When the increased risks in this range are seen repeatedly, even when individual studies are not statistically significant, meta-analysis allows the data to be aggregated to make a conclusion that is more robust statistically. When combining these studies through meta-analysis, the totality of the data shows that there is indeed a statistically significant link between genital talc use and ovarian cancer. This observation has been quite consistent, with findings replicated in studies conducted by different teams of investigators, in different geographic locations within and outside the United States, in different race/ethnic groups and over a span of several decades.

In conjunction with the strength of the association, it is also critical to consider the prevalence of the exposure in the population when evaluating its public health impact. A risk factor that is less strongly associated with a disease but has a high prevalence in the population can be responsible for more cases of the disease than a risk factor that is more strongly associated with the disease but has a low prevalence in the population. A measure of the contribution of a risk factor to a disease is the population attributable fraction (PAF), which is defined as the proportion by which the incidence rates of the outcome in the population would be reduced if the exposure was eliminated.[134] Wu et al. [26] calculated the PAF for ovarian cancer related to talc exposure in their multi-ethnic case-control study in Los Angeles. The odds ratio for genital talc use was 1.46 (95% CI 1.27 – 1.69) and the prevalence of use was 41% among the cases and 31% among the controls. The PAFs for the different ethnic groups ranged from 12.2 to 15.1%, which is interpreted as the proportion of ovarian cancer cases that theoretically could be prevented if genital talc use in the population could be eliminated and there were no changes in other risk factors. In other words, of the estimated 22,440 cases of ovarian cancer diagnosed in 2017,[135] approximately 3,300 of them could theoretically have been prevented if women had not used genital talc. The PAF calculation demonstrates that even with an

14

estimated relative risk for genital talc use of less than 1.5, its high prevalence of use means that it contributes to a substantial proportion of the ovarian cancer cases in the population.

The overall associations seen in the talc-ovarian cancer meta-analyses as well as in many of the individual studies are statistically significant, indicating an increase in risk of approximately 25 to 30%. While not as high as other relationships like smoking and lung cancer, these relative risks are in line with other generally accepted causal relationships (e.g., second hand smoke and lung cancer). I consider the strength of the association seen in the talc-ovarian cancer epidemiologic studies, to be an important factor in favor of a causal relationship between talc and ovarian cancer, particularly when considered along with the consistency of the association sees across these studies.

As described above, among the more than two dozen studies that have reported on the association between talc use and ovarian cancer, the vast majority of them reported relative risks or odds ratios greater than one, indicating strong consistency in the direction of the effect. The findings from the multiple studies are summarized in seven meta-analyses published since 1992, including two published in 2017-18, that combined overall results from six to 27 studies assessing genital talc exposure and ovarian cancer [35,51,52,54,55] [56] [44] and in a pooled analysis published in 2013 that combined individual level data from eight case-control studies. [14] Of the 27 studies included in Berge et al.'s 2017 meta-analysis [51], 24 were case-control studies (18 population-based,[13,23,25,29,30,32,33,38,39,41,42,44,45,47,50,123,136,137] 5 hospital based, [36,43,46,49,122] and 1 with both hospital and population controls [48]) and three were prospective cohort studies [24,27,31]. The calculated overall relative risks for all studies combined in these meta-analyses were 1.3 (95% CI 1.1 – 1.6),[44] 1.27 (95% CI 1.09-1.48),[55] 1.36 (95% CI 1.24-1.49),[35] 1.33 (95% CI 1.16-1.45),[54] 1.35 (95% CI 1.26 - 1.46),[52] 1.22 (95% CI 1.13-1.30)[51] and 1.31 (95% CI 1.24-1.39)[56] and 1.24 (95% CI 1.15-1.33) in the pooled analysis of eight case-control studies.[14] The conclusions from these analyses were quite consistent, even with additional data accumulating over time, indicating that women who used talc products as compared to women who reported no talc use were at 22 to 36% increased risk for ovarian cancer.

When considering the consistency from a number of different studies and meta-analysis, an epidemiologist should evaluate potential sources of bias including but not limited

15

to publication bias, recall bias, selection bias and information bias. I discuss each of these below.

Publication Bias: When considering a body of epidemiologic evidence from multiple studies, several concerns arise about the completeness of the published data and whether there is selective publishing of studies that find significant positive associations. These concerns were addressed by two distinct analyses conducted in the most recent meta-analyses by Berge, et al. (2017) and Penninkilampi and Eslick (2018).[51,56] The first approach reported was a funnel plot, which is a graphical technique that plots the relative risks derived from the studies on one axis and the standard error of the relative risk (an indicator of the size of the study) on the other. The concept driving this approach is that studies should cluster around the "true" relative risk in the population. Due to random statistical variation, some studies will have relative risks that are higher than the true relative risk and some will be lower than the true relative risk. As sample sizes increase, there should be more precise estimates of the relative risk, therefore larger studies would be expected to produce estimates closer to the true relative risk whereas smaller studies may produce results that deviate further from the relative risk in the overall population. When the study results are plotted, one would expect them to fall into a funnel shape, with the larger studies at the point of the funnel, clustered around the true relative risk in the population, and smaller studies, with more variation in results, showing greater deviation from the average, forming the wide part of the funnel. Notably, in these meta-analyses, the two studies with the highest relative risk estimates (Chen, et al [45] with a relative risk of 3.90 and Godard, et al. [38] with a relative risk of 2.49) and the two studies with the lowest relative risks (Hartge, et al. [49] and Gonzalez, et al. [24]) all had a modest number of cases (<=170).

A funnel plot provides a method for assessing publication bias, i.e., the bias that results from studies with statistically significant findings being more likely to be published than studies that show no association. If one is concerned that studies that showed no association between the exposure and outcome are less likely to be published, the funnel plot allows the visual assessment of this potential bias. A lack of symmetry in the funnel plot, with a deficit of studies showing no association between the exposure and outcome, would be an indication of

16

publication bias. The papers by Berge, et al. [51] and Penninkilampi and Eslick [56] which are the only meta-analyses that specifically addressed publication bias, concluded that there was no serious publication bias based on both visual inspection of the funnel plot and a statistical assessment of the data from the funnel plot. Therefore, there is a high level of confidence that there has not been preferential publication of studies that found a positive association between talc and ovarian cancer.

A second approach used by Berge, et al. [51] was a cumulative meta-analysis, in which they showed the estimated summary relative risks over time from the first published report in 1982 through the most recently published studies in 2016. The plot showed that after the first initial reports, the overall summary estimates stabilized with estimates in the range of 1.2 to 1.25 over the last 25 years even as more and more data accrued from additional published studies.

These quantitative analyses indicate that it is unlikely that there is publication bias in the talc and ovarian cancer literature (i.e., the analyses do not suggest that studies that found talc use to be a risk factor for ovarian cancer were more likely to be published than those that found no association). Furthermore, from a qualitative perspective, it is also unlikely that there is a substantial risk for publication bias. Given the considerable public health interest in the risk for ovarian cancer associated with a widely-used cosmetic product, it is probable that any well-designed and conducted study that addressed this question would be published, even if it had null findings. Notably, one of the most recent studies, the Sister Study,[24] was published even though it found no increased risk for ovarian cancer associated with talc use.

While the overall conclusions from the meta-analysis and pooled analyses are quite consistent, with an overall statistically significant estimate of the relative risk in the range of approximately 1.2 to 1.3, it is important to consider possible reasons for heterogeneity of the estimates between individual studies.

Among the individual studies that have examined the association between talc use and ovarian cancer, the majority have been case-control studies, with only three prospective cohort studies addressing this research question. The meta-analysis by Berge, et al.[51] noted that the summary relative risk was driven by the stronger associations observed for case-control studies

(relative risk = 1.26 (95%CI 1.17 – 1.35) than for cohort studies (relative risk = 1.02 (95% CI 0.85 – 1.20), which leads one to try to understand possible reasons for the differences by study design and to consider the relative advantages and disadvantages of the different study designs, specifically in relation to the study of talc and ovarian cancer. While the cohort studies do not show a statistically significant association for ever use of talc and ovarian cancer overall, the recent meta-analysis by Penninkilampi and Eslick[56] reported a statistically significant association with the invasive serous subtype of ovarian cancer, which is both the most common subtype and the one with the worst prognosis.

Case-Control Studies – Strengths and Weaknesses: Case-control studies, which are very commonly used in cancer epidemiology, have particular advantages for studying a relatively uncommon cancer like ovarian cancer, which has an annual incidence (number of new cases) in the United States of approximately 11 cases per 100,000 women.[138] In this study design, women with ovarian cancer (the case group) are identified by the research team, typically through a cancer registry, shortly after receiving their diagnosis. A control group of women who do not have the disease are also identified and recruited for the study. Both the cases and the controls provide information on their past exposure history. In a typical case-control study, the study participants complete an extensive questionnaire focusing on a broad range of exposures that are hypothesized to either increase or decrease the risk for cancer. In regard to ovarian cancer, a typical questionnaire will include questions on demographic characteristics, reproductive characteristics like pregnancy and contraception, medical characteristics, family history of cancer and lifestyle characteristics such as dietary factors, smoking history, physical activity and talc use. Notably, some of the factors queried about are expected to increase risk (e.g., family history of ovarian or breast cancer, estrogen use during menopause, talc), whereas others are associated with reduced risk (e.g., oral contraceptive use, pregnancies).

One major advantage of a case-control study is that it is possible to identify and recruit a large number of cases within a relatively short timeframe. To illustrate this point, I will use the example of AACES, the case-control study that my colleagues and I initiated in 2010 to study ovarian cancer in African American women and which was the source of the data we used for our 2016 paper on talc and ovarian cancer.[1,13] We have enrolled more than 600 women with

18

ovarian cancer and more than 700 control women over a period of approximately 6 years, making it by far the largest study of ovarian cancer in African American women. When the grant application was originally submitted to the National Cancer Institute, one reviewer expressed the opinion that a cohort study would be preferable to the case-control design we proposed. In our response to the review, we pointed out that a prospective cohort study was not feasible for studying ovarian cancer in this population if we hoped to obtain meaningful information in a reasonable timeframe. The Black Women's Health Study, a large prospective cohort study, enrolled approximately 60,000 women starting in 1995 with the goal of studying a wide variety of health outcomes in this population.(https://www.bu.edu/bwhs/) In regard to ovarian cancer, after 18 years of follow-up, only 115 cases of ovarian cancer had been diagnosed among women in the cohort.[139] Although a cohort of 60,000 women is a very large epidemiologic cohort, it is still inadequate to study a relatively uncommon disease like ovarian cancer in a time-efficient manner. We successfully made the argument to the reviewers that a case-control study was the only feasible way to investigate the etiology of ovarian cancer in a timely manner in the African American population. This example illustrates why it is to be expected that the majority of the epidemiologic studies of ovarian cancer would be case-control studies.

Although case-control studies are commonly used in epidemiologic studies of cancer, there are potential biases associated with this study design, including selection bias and recall bias. In this study design, the investigator must select a control group of individuals without the disease being studied as a comparison group to determine the relative frequency of the exposures in the case group as compared to the control group. The goal of selecting a control group is to identify a group that is representative of the population from which the cases arose. This is often stated in textbooks as if someone in the control group were to develop the disease being studied, s/he would have been selected as a case for the study. There are many possible strategies for identifying and recruiting population-based controls, including the use of town registry books,[25,50], telephone recruitment through random digit dialing [13,25,29], neighborhood recruitment,[30] driver's license records [25] and electoral rolls.[123] In hospital-based case-control studies, controls are typically selected from other hospitalized patients, with different studies

19

applying different criteria for eligible diagnoses among the controls, including other cancer diagnoses or specific non-cancer diagnoses. [36,43,46,49,122]

Among the studies included in the recent meta-analyses, six were hospital-based case-control studies.[36,43,46,48,49,122] The individuals that comprised the control group varied between these studies including patients with non-gynecologic malignancies,[36] patients treated for conditions other than gynecologic or malignant diseases,[122] patients treated for conditions other than those related to reproductive history or oral contraceptive use,[46] patients treated for conditions other than gynecologic, psychiatric, or malignant diseases or pregnancy,[49] both hospital patients and population-based controls [48] and hospital visitors.[43] While the use of hospital controls may be efficient, concerns are often raised as to whether the controls are representative of the population from which the cases arose in terms of the exposures they experienced or their underlying risk for cancer. This is a particular concern with the study by Wong, et al, [36] which is the largest of the hospital-based case-control studies and one that found no association between talc use and ovarian cancer (OR=0.92, 95% CI 0.24-3.62). The control group in this study was "female patients treated for non-gynecologic malignancies during the same period". Standard epidemiologic textbooks (e.g., Rothman, *Modern Epidemiology*[140]) state that controls should be selected from the same source population or study base that gives rise to the cases. It is difficult to make the argument that other cancer patients represent the source population from which the ovarian cancer cases arose, which suggests that this was a poor choice of a control group that could have led to biased findings.

Another of the hospital-based studies, the study by Tzonou et al.[43] which reported a relative risk of 1.05, also had a significant limitation. This study was conducted in Greece, and the overall prevalence of talc use in the study population was 3.5%. Given the small sample size and the low prevalence of exposure, this population was ill-suited to study the relation between talc use and ovarian cancer.

As noted in the meta-analysis by Penninkilampi and Eslick, [56] the hospital-based studies were older (published before 2000) and with the exception of the Wong study [36], all were smaller studies that included fewer than 200 cases. The summary odds ratios from the hospital-based studies was lower but not significantly different than the summary odds ratio from

20

population-based studies (OR 1.22 versus 1.33, respectively),[56] a result that is not surprising given the important limitations in some of the hospital-based studies.

While there is no ideal method for control selection, arguably population-based control recruitment is more likely to result in a control group that is representative of the population from which cases arose. All of the larger case-control studies that investigated talc use and ovarian cancer (i.e., those with more than 500 cases) were population-based,[13,23,25,29,30,33,42,123,137] which should have minimized selection bias.

Recall Bias: Recall bias is another possible bias in case-control studies. Recall bias is defined as systematic error due to differences in accuracy or completeness of recall of prior events or experiences.[134] It is a concern with case-control studies because information on exposures is obtained through interviews or questionnaires completed after the cases have already been diagnosed with the disease. It is thought that people affected with a disease may have given more thought to possible causes of that disease and have more accurate recall of risk factors than a person serving as a control in the study.

A distinction is made between *recall bias*, which arises from cases recalling exposures differently than controls, and *inaccurate recall* of an exposure that is difficult to remember with precision. Recall bias, which is considered differential misclassification between cases and controls, can result in either an overestimate or underestimate of the true relative risk. Inaccurate recall that occurs to a similar degree in cases and controls is considered non-differential misclassification, and for a dichotomous outcome (e.g., ever vs. never use of talc) will typically result in an underestimate of the true relative risk. An exposure like talc use, especially when assessing use over many years, is clearly one that is subject to a certain amount of inaccurate recall. However, inaccurate recall alone would not result in the consistently increased relative risks observed in the vast majority of the case-control studies of talc use and ovarian cancer.

Therefore, recall bias, which theoretically could result in a biased estimate of the relative risk, must be considered. Situations where recall bias would be considered a particular threat to a study's validity would be: 1) the exposure of interest is one that could be considered sensitive (e.g., illicit drug use, induced abortions), 2) the study hypotheses are known to the

21

study subjects or interviewers, or 3) there has been considerable media attention focused on an exposure.

In regard to the first situation, genital talc use, while addressing a rather personal topic, would not be considered a particularly sensitive topic. One would not expect that women would be disinclined to report its use out of embarrassment or a desire to report what is perceived to be more socially acceptable as has been reported for exposures like induced abortion.[141]

As to the second point regarding the blinding of the interviewers and the study participants to the study hypotheses, this is standard practice in epidemiologic research. In addition, in the typical case-control study, the investigators are collecting a tremendous amount of questionnaire data to address numerous hypotheses and there is not a particular focus on a single exposure. As an example, the questionnaires from AACES and the North Carolina Ovarian Cancer study each took approximately 1 - 1.5 hours to administer and collected information on a large number of exposures including pregnancy history, contraceptive and hormone use, family history of cancer, medical history, psychosocial factors and lifestyle factors. Data were collected on factors that were expected to be associated with increased risk (e.g., family history of cancer, history of infertility, menopausal hormone use, talc use) as well as those expected to be associated with decreased risk (e.g., oral contraceptive use, pregnancies, physical activity). Given the broad range of hypotheses and the numerous exposures that the cases and controls were queried about and the fact that neither cases nor controls were told in advance of the interview about the specific topics that would be covered, it is unlikely that the women with ovarian cancer would have given more thought to their talc use resulting in substantial systematic over-reporting of talc use among cases. This is supported by studies of other cancers that used empirical data to assess the likely effect of recall bias on relative risk estimates when investigators examined numerous exposures and concluded that recall bias did not consistently lead to increased estimates of the relative risk. [142-144]

Further evidence that recall bias in case-control studies does not inevitably lead to an overestimate of the association between a risk factor and exposure comes from a recent review of meta-analyses of observational studies by Lanza et al.[145] This review analyzed a random

sample of 23 meta-analyses of observational studies addressing different exposure/disease associations published in 2013 and compared findings from case-control studies and cohort studies within individual meta-analyses to determine if conclusions from case-control studies were significantly different from those from cohort studies. The authors concluded that there was no significant difference in effect estimates between the case-control and cohort studies, suggesting that the study design did not have an important impact on the conclusions of the meta-analyses. Although recall bias *theoretically* could lead to an overestimate of the association between a risk factor and disease, the empirical evidence indicates that in practice the effect is small in most situations.

The third situation of the effect of media attention on an exposure deserves consideration as there has been reporting in the lay press in recent years about lawsuits involving talc and ovarian cancer. This concern is not relevant to the vast majority of the studies as virtually all of the data collection in the epidemiologic studies of talc and ovarian cancer occurred prior to such litigation. However one notable exception is AACES,[13] which began enrollment in 2010 and included data collected up through August, 2015. At the recommendation of the reviewer who critiqued the manuscript when it was submitted for publication, our group examined the association between talc and ovarian cancer stratified by the date of enrollment. The odds ratio for genital talc use and ovarian cancer was 1.44 for the overall study population and 1.19 for the participants interviewed before 2014. These data do give some credence to the idea that recall bias could have led to the higher odds ratios when including women interviewed during the time when there was more media attention focused on this exposure, however the fact that the association was attenuated but not eliminated when considering the full study population suggests that the association is not due entirely to recall bias.

Another way to approach the issue of whether recall bias is a likely explanation for the association between talc use and ovarian cancer is to consider whether the association was observed for other gynecologic cancers. The data are admittedly very sparse in this regard, however the only published case-control study of talc use and endometrial cancer reported an odds ratio of 0.88 (95% CI 0.68 – 1.14).[67] A study of ovarian cancer that was conducted by

several of the same investigators as the endometrial cancer study used similar methodology, was conducted in a similar timeframe (early to mid-2000s) in the same geographic region (Australia) and reported a similar prevalence of talc use in the study population. In contrast to their endometrial cancer study in which the investigators observed a non-significant inverse association with talc use, the investigators found a statistically significant increased risk for ovarian cancer associated with talc use (odds ratio=1.17, 95% CI 1.01 – 1.36).[123] While this comparison clearly needs to be interpreted cautiously because there is only a single published case-control study of talc use and endometrial cancer, it does provide evidence to suggest that the association between talc and ovarian cancer observed in most case-control studies is not due simply to recall bias.

Cohort Studies – Strengths and Weaknesses: In contrast to the case-control study, the prospective cohort study design is less susceptible to the selection bias and recall bias described above. Women who develop cancer and the comparison group are from the same population (the cohort) so the bias that could arise from improperly selecting a control group is minimized. Similarly, because the exposure information is collected before the diagnosis of cancer, one would not expect that recall of exposures would differ between the women who went on to develop cancer and those who remained free of cancer.

Despite these advantages, cohort studies do have some important disadvantages in relation to studying cancer etiology. The first is that even with large cohorts, it takes many years for a reasonable number of cancers to develop within the cohort, especially for an uncommon cancer like ovarian cancer. When considering the statistical power of a study to assess the association between an exposure and a disease, the size of the cohort is not the only driver of study power. A more critical consideration is the number of cases that develop within the cohort, which in turn is dependent on the length of follow-up of the larger cohort. Therefore, a large cohort with a relatively short duration of follow-up during which time a small number of cases developed among cohort will have low statistical power. In contrast, the total sample size of a case-control study is likely to be much smaller than a cohort study, but if it has a larger number of cases, it will have greater statistical power than the cohort study.

Among the three cohort studies included in the most recent meta-analysis,[56] the Nurses' Health Study reported 307 cases in a cohort of 78,630 women after approximately 14 years of follow-up;[34,146] the Women's Health Initiative reported 429 cases in a cohort of 61,576 women after a mean of 12.4 years of follow-up[27] and the Sister Study reported 154 cases in a cohort of 41,654 women after a mean of 6.6 years of follow-up.[24] Even with tens of thousands of women in these studies, the number of ovarian cancer cases within each cohort is smaller than the number of ovarian cancer cases in many of the case-control studies. In particular, the number of cases within the Sister Study is smaller than the number of cases in any of the case-control studies published since 1993. As described in a commentary by Narod[81], the lack of a significant overall association between ever use of talc and ovarian cancer in the cohort studies may be due to the fact that the despite the large size of the cohorts, the studies were not adequately powered to detect a relative risk of approximately 1.2.

Another limitation of cohort studies that is of greater relevance to the question of talc use and ovarian cancer is information bias related to exposure assessment. Cohort studies are typically designed to examine many different outcomes that develop within the study population over time. The Nurses' Health Study (http://www.nurseshealthstudy.org/selected-publications) and Women's Health Initiative (https://www.nhlbi.nih.gov/whi/references.htm) have reported on many different outcomes including, but not limited to, multiple types of cancer, cardiovascular diseases, fractures, gastrointestinal conditions and mental health. In contrast, case-control studies focus on a single disease, such as ovarian cancer. Because cohort studies are designed to examine diverse outcomes, the questionnaires must obtain data on risk factors that are relevant to a wider variety of diseases. To keep the questionnaire to a manageable length, a cohort study will typically query about more risk factors but in less detail than a case-control study that is focused on a single disease. This is the case with the talc questions, with the cohort studies collecting less detailed information on talc use, especially in regard to duration and frequency of use, than most of the case-control studies.

It is also worth noting that cohort studies are also subject to recall errors, especially when assessing exposures that began early in life. When the cohort studies assessed talc use, they were asking women to recall their past use of the products up to the point of interview,

similar to how exposure is assessed in the case-control studies. In the Nurses' Health Study, the cohort members were aged 36 to 61 at the time talc use was assessed in 1982, and in the Women's Health Initiative, the mean age at enrollment was 63. Because many women initiate use of talc at a young age, the study participants would have been recalling exposures over several decades, and it stands to reason that there would be some errors in recall. Therefore, in cohort studies as in case-control studies, reported talc use was subject to some degree of inaccurate recall. This likely resulted in non-differential misclassification of the exposure, which usually results in an underestimate of the true relative risk.

Another concern with exposure assessment in cohort studies that is highly relevant to the question of talc use in relation to ovarian cancer is that risk factor information can change over time. If the questionnaire data that were collected when the cohort was assembled do not include a comprehensive exposure history to that time point and are not updated over time, the information may not reflect the complete exposure history of an individual in the time before she was diagnosed with cancer. This could result in some talc users being incorrectly identified as non-users or in incorrect estimates of the duration of exposure.

Incomplete exposure assessment is a potential problem for each of the three cohort studies that have reported on talc use and ovarian cancer, however it is a particular issue for the Sister Study [24] which reported a non-significant inverse association between talc use and ovarian cancer (relative risk of 0.73, 95% CI 0.44 – 1.20). Each of the cohort studies assessed talc use at a single point in time and did not update the information at subsequent follow-up interviews. The Nurses' Health Study collected limited information on talc exposure in 1982, and did not collect additional data on talc use in subsequent questionnaires between 1982 and when the results were described in papers published in 2000 [34] and 2010. [146] Similarly, the Women's Health Initiative collected information on talc exposure when the women were enrolled into the study and did not obtain updated information during the years the cohort was followed. Therefore, any use of talc after that single exposure assessment was not captured, and there would be a certain amount of misclassification of the exposure in both the women who subsequently developed ovarian cancer and those who did not. If the misclassification was non-differential, meaning that the degree of misclassification was similar between the women

who developed ovarian cancer and those who did not, the predicted effect would be a bias towards the null.[140] In other words, non-differential misclassification of talc exposure (as a dichotomous variable) would mean that the observed relative risk was not as strong as it would have been if there had been not misclassification.

The degree of misclassification of exposure in the Sister Study [24] is apparently much greater than in the other cohort studies. Use of talc was assessed through questions about personal care products used only in the 12 months prior to enrollment, including genital talc use in the form of powder or spray applied to a sanitary napkin, underwear, diaphragm, cervical cap or vaginal area. This assessment is essentially a "snapshot" of talc use during a short period of time, capturing neither the cumulative use of talc up to that point nor any subsequent use of talc after the baseline interview. Not surprisingly, the reported prevalence of talc use was quite low in this study. The 14% prevalence reported in the Sister Study was markedly lower than the other two cohort studies (40.2% in the Nurses' Health Study [34] and 52.6% in the Women's Health Initiative [27]) as well as in nearly all of the case-control studies. In addition to underestimating the prevalence of talc use in their population, their assessment of talc only during the year prior to enrollment probably did not capture exposure during the most relevant period of the woman's life. As the authors acknowledged in their paper, if latency (the time between exposure and diagnosis of cancer) is 15 to 20 years, the exposure assessments do not accurately reflect the period of risk. The limitations in the assessment of talc use raise serious questions about the validity of the findings from the Sister Study for this particular exposure. It is impossible to predict the direction or the magnitude of the association between talc use and ovarian cancer if the Sister Study had conducted a more complete assessment of the exposure.

A further limitation of the exposure assessment in the Nurses' Health Study and Women's Health Initiative is that neither assessed both the frequency and duration of use of talc. This additional limitation has ramifications for assessing dose-response gradients, which will be discussed in a later section of this report.

While cohort studies are often considered a stronger study design for assessing causal relationships between an exposure and outcome, this is not absolutely true for all exposures and outcomes. Rather than making a judgement about the quality of evidence based solely on

27

study design, it is important to consider study design from a more nuanced perspective and consider whether a cohort or case-control study provides the most optimal assessment of the exposure and outcome. As described above, each of the three cohort studies that has addressed talc use and ovarian cancer risk had substantial limitations in their assessment of talc use within their study population, which weakens their conclusions that talc use is not significantly associated with ovarian cancer risk.

In addition, the Sister Study,[24] which is a study that was designed primarily to examine breast cancer outcomes among women who had a sister with breast cancer, the small number of ovarian cancer cases despite the large size of the cohort and the inadequate assessment of talc exposure arguably make it a much weaker study than some of the larger, well-designed population-based, case-control studies. Notably, this study, with a relative risk estimate of 0.73 (95% CI 0.44 – 1.20) [24] could be considered an outlier as it is only one of two studies that reported a relative risk substantially less than 1, the other being Hartge's 1983 hospital-based case-control study.[49]

Uncontrolled Confounding in Observational Studies: Uncontrolled confounding is a potential concern in both case-control and cohort studies since they are observational studies. If a factor is associated with talc use *and* is a risk factor for ovarian cancer and is not accounted for in the statistical analysis, it could confound the association between talc use and ovarian cancer. In other words, if there is confounding, the increased risk observed with talc use could be due to the failure to account for the other risk factor. Vaginal douching, which was found to be associated with ovarian cancer risk in the Sister Study, was examined as a potential confounder of the association between talc use and ovarian cancer.[24] Their analyses showed that adjusting for douching using statistical modelling had a negligible effect on the association between talc use and ovarian cancer, providing no evidence of confounding. Other studies have either found an association between talc and ovarian cancer when controlling for douching [44] or found no association between douching and ovarian cancer,[49] thus the available data do not support that douching is a confounder of the association between talc and ovarian cancer. Although uncontrolled confounding is a theoretical possibility, to my knowledge, in the more

than 30 years of research on talc and ovarian cancer no such confounder has been identified that could account for the increased risk associated with talc use.

Overall, the meta-analyses indicate a high level of consistency in findings, especially from the case-control studies. Although weaker associations were observed in the cohort studies, the most recent meta-analysis did report statistically significant associations with invasive serous ovarian cancer in the cohort studies as well as in the case-control studies that reported on histologic subtype.[56] As a whole, the weaker associations observed for the cohort studies could be plausibly explained by limited methods used for talc exposure assessment, the limitations described above, including the most recent cohort study by Gonzalez, et al.,[24] which will have the predicted effect of biasing the results towards the null (i.e., showing an effect that is weaker than the true effect).

Taken as a whole, the overwhelming statistical strength of these studies, whose results are replicated over decades across a wide variety of populations and investigators, further supported by consistent meta-analysis, weighs very heavily in favor of a causal inference.

**Temporality**

Temporality is the only consideration that is an absolute criterion when making a judgment of causality. This criterion states that a cause (the exposure) must precede the effect (the outcome of interest) in time. Both the cohort and case-control studies that examined talc use in relation to ovarian cancer assessed talc exposure that preceded the diagnosis. In cohort studies, the questionnaire data are obtained before any women in the cohort have a diagnosis of ovarian cancer, and in the case-control studies, women with ovarian cancer are asked to report on exposures that occurred before their diagnosis and controls are asked to report on exposures that occurred in a similar time frame. Therefore, there is no question that the exposure assessment captured talc exposure that preceded the diagnosis of ovarian cancer. Nevertheless, this factor is not highly weighted; while its absence would be fatal to a causal inference, its presence is not particularly compelling support for causation.

**Biological Gradient**

Associations that show evidence of a biological gradient, or dose-response relationship, are considered to have stronger evidence of causality. While the inconsistencies in reported dose-response trends for talc and ovarian cancer have been noted in some meta-analyses and reviews, e.g.,[51,54] there are several considerations about this exposure that should be taken into account.

First, for an association like talc and ovarian cancer, the dose that is most relevant is the amount of talc that actually reaches the fallopian tubes and ovaries. The epidemiologic data rely on measures of external application as a surrogate of the level of exposure, not the actual exposure in the upper genital tract.

Second, there is some inherent inaccuracy in the measurement of the exposure, as the participants in most studies were asked to recall their duration and/or frequency of use over many years.

Third, the dose of talc exposure has been assessed differently across the studies. Some studies assessed only duration of use (months or years), some assessed only frequency of use (e.g., number of days per month) and some used measures of both duration and frequency to come up with a measure of total dose (estimated lifetime number of applications). The limitations of relying on duration or frequency alone as a measure of talc dose are apparent. For certain exposures, oral contraceptive use for example, duration of use is a good measure of total exposure because the pills are taken once daily. In contrast, patterns of talc exposure may be more inconsistent. Some women may use it daily, others only during their menstrual periods, others may apply it only during certain times of the year and others may have still different patterns of use. Measures of exposure based only on duration of use or only on frequency of use could result in inaccurate estimates of total exposure and obscure a dose-response relationship.

Some of the meta-analyses have cited the lack of a clear dose-response relationship as an argument against talc being a cause of ovarian cancer, and when considering measures of either years of talc use or number of applications of talc per month, there is considerable heterogeneity across studies. When considering the studies that examined dose-response associations considering both dose and frequency to estimate the total number of applications

30

of talc,[13,14,25,29,30,32,35,41], the majority [13,14,25,30,32] did find significant trends of higher risk with more lifetime applications of talc.

Terry, et al. [14] noted in the pooled analysis of eight case-control studies that the trend for increasing risk for non-mucinous ovarian cancers with an increasing number of genital powder applications was significant when non-users were included in the analysis, but the trend was not significant when the analysis was restricted to ever users. The authors therefore concluded that the significant trend was largely due to the comparison of women who had ever used talc versus those who had never used it, suggesting that the dose-response relationship was not a simple linear increase in risk with greater exposure to talc.

While there is evidence of a dose response relationship in the majority of the studies that considered both frequency and duration of use (i.e., total number of applications), these observations are less consistent than the overall association between talc and ovarian cancer. There are several possible reasons why not all studies observed dose-response relationships, even when an overall association was observed in the study. First, there is likely to be greater inaccuracy in the recall of duration of use as compared to ever/never use, which would tend to obscure a dose-response relationship. Second, when "ever-users" were stratified into duration of use categories, it often resulted in strata with small numbers of women, resulting in less stable relative risk estimates within the duration categories. Third, as noted by Terry, et al.[14], the dose-response relationship may not be a simple linear trend. In many of the studies, even the women in the lowest exposed category had hundreds of episode of talc exposure. Because there could have been considerable exposure even among the women in the "low" exposure categories, greater exposure may not have resulted in substantially increased risk and thus a linear trend may not have been apparent.

Overall, biological gradient was given lesser weight in my assessment of the literature, based on: 1) some of the studies that assessed a dose-response relationship evaluated only duration or frequency of use and not total number of applications, 2) duration and frequency of use are subject to more misclassification than ever use of talc, 3) small sample sizes within strata lead to unstable estimates, and 4) there is the possibility of a non-linear dose-response relationship. Nonetheless, even with these limitations, there was still evidence of a dose-

31

response relationship in the majority of studies that evaluated it based on the total number of applications.

**Biologic Plausibility**

Biological plausibility refers to whether there is a reasonable biological mechanism through which the exposure could lead to the disease. Hill is quick to point out that biological plausibility depends on the current state of scientific knowledge. Specifically, Hill wrote "It will be helpful if the causation we suspect is biologically plausible. But this is a feature I am convinced we cannot demand. What is biologically plausible depends upon the biological knowledge of the day." It is clear that from these statements that the consideration of biological plausibility does not require that that there is a *proven* biological mechanism to make a judgment of causality between an exposure and disease. Therefore, for this Hill consideration, a scientist looks for biological evidence that might explain the associations that are observed in the epidemiologic studies. In other words, one has to see whether the observed association "makes sense" biologically. In this case, I have considered both clinical plausibility and biological plausibility. Both of these show that the association seen in the epidemiologic studies "makes sense."

It is probably safe to say that our understanding of the complex biological processes that lead from exposure to disease is incomplete for all cancers. In some instances, the precise biological mechanisms by which an exposure leads to disease remain unclear and in others, some mechanisms are well-established but there is not a complete understanding of why some exposed individuals develop the disease and others do not. An example of the former is alcohol consumption as a cause of breast cancer. While alcohol is considered by IARC to be an established cause of breast cancer, [128] recent publications still describe the association as one in which the exact biological pathways are unclear, even though several possible mechanisms have been hypothesized (i.e., metabolism to acetaldehyde or effects on estrogen levels).[147,148] An example of the latter is smoking and lung cancer. Mechanisms of carcinogenesis from constituents of tobacco smoke have been well-described,[149] however it remains unclear as to why some smokers are more susceptible to developing lung cancer. In short, it is important to

recognize that biological plausibility depends on the current state of knowledge and may evolve over time as new evidence emerges.

When considering the likelihood of talcum powder products causing ovarian cancer, there is robust data that leads to the conclusion that there are biologically plausible mechanisms by which this exposure could lead to ovarian cancer. Specifically, 1) talcum powder products can migrate from the perineum through the genital tract to the ovaries and fallopian tubes, 2) talcum powder products can become imbedded in the ovarian tissue; 3) talcum powder products can induce an inflammatory response, and 4) the inflammatory response can result in increased oxidative stress and expression of cytokines, mutagenesis, and cell proliferation.

Pathology studies have demonstrated that particles may ascend the female genital tract from the vagina to the fallopian tubes and ovaries,[150,151] and talc particles have been identified in ovarian tissue.[71,76,78,79] In fact, the FDA's 2014 response to the Citizen's Petition requesting a cancer warning label on cosmetic talc products states that "the potential for particulates to migrate from the perineum and vagina to the peritoneal cavity is indisputable".[152] Therefore, it is highly plausible that application of talcum powder products to the genital area can result in exposure to the ovaries.

It is also plausible that inhalation of talc products could also be a route of exposure leading to cancer. Studies of asbestos exposure indicate that inhalation of asbestos fibers can result in exposures to the peritoneal tissue, through transport through the lymphatic system and/or blood.[153-155] There is strong evidence that such exposure can result in cancer, most notably mesothelioma. Inhalation of talcum powder products could result in similar peritoneal exposure.

Given the evidence that external application of talcum powder products can reach the ovaries either through upward migration through the genital tract or through inhalation and subsequent transport through the lymphatic system and/or blood, there are plausible biological pathways by which talc could lead to the development of ovarian cancer.

It is well-established through several lines of evidence that talc can cause inflammation. The inflammatory properties of talc are exploited for clinical use in talc pleurodesis, a treatment

for malignant pleural effusions or pneumothorax that involves instillation of talc into the pleural space.(https:www.uptodate.com/contents/talc-pleurodesis) The resultant inflammation and fibrosis result in adhesion of the layers of the pleura, closing the pleural space. The inflammatory properties of talc are also evident in that chronic or acute exposure to talc through inhalation which can result in pulmonary talcosis, a chronic inflammation of the lower respiratory tract.[156,157] Animal studies also confirm that talc causes inflammation, as experiments in rats treated with intra-vaginal or perineal talc showed inflammatory changes in the genital tract.[70] Although neoplastic changes were not observed in this experiment, this could be explained by the small number of animals (n=7) in each group or the duration of the experiment (3 months).

Inflammation has been identified as one of the hallmarks of cancer, with both extrinsic and intrinsic pathways described.[158,159] Talc would be characterized as being involved in an extrinsic pathway, in which an exposure or condition results in chronic, non-resolving inflammatory responses. Chronic inflammation can lead to a cascade of cellular events that could result in damage to DNA, increased cell division and generation of inflammatory mediators.

Recent work by Saed, Fletcher, et al. [160,161] describes the role of oxidative stress in the pathogenesis of ovarian cancer and the effects of talc on the oxidative state of ovarian cancer cell lines. Oxidative stress results when the balance between oxidant and anti-oxidant enzymes and molecules in cells is altered, resulting in an excess of reactive oxygen species or reactive nitrogen species. Oxidative stress, which can result from numerous factors including exposure to carcinogens, infection and chronic inflammation, has been shown to affect the initiation, promotion and progression of several types of cancer. Saed, et al. have reported that talc can generate a pro-oxidant state in both normal ovarian epithelial cells and ovarian cancer cells. Exposure to talc resulted in an increase in mRNA levels of certain pro-oxidant enzymes and a decrease in the mRNA of several anti-oxidant enzymes, suggesting a possible cellular mechanism by which exposure to talc could contribute to the development of ovarian cancer.

There is also evidence in the medical literature that talc products contain additional constituents that are known ovarian carcinogens, particularly asbestos.[162-166]

34

Asbestos is one of the most established carcinogens in our environment, and is associated with a variety of cancers including mesothelioma, lung, larynx and ovarian.[167,168] IARC has stated that "a causal association between exposure to asbestos and cancer of the ovary was clearly established," based on strongly positive cohort mortality studies of women with occupational exposure to asbestos as well as studies of women with environmental exposure to asbestos.[169] The Occupational Safety and Health Administration has stated that "there is no safe level of asbestos exposure for any type of asbestos fiber" and that asbestos exposures as short as a few days have resulted in cancer (mesothelioma), indicating that even low levels of exposure may be carcinogenic. (https://www.osha.gov/SLTC/asbestos/)

Although it has been often stated that talc products manufactured after 1976 are asbestos-free, evidence from published scientific reports, [57,162] analyses performed on samples manufactured and packaged at different time points after 1976,[170-173] and internal documents and testimony from the defendants demonstrate that statement is inaccurate.[174,175] There is evidence that products manufactured after 1976 are not asbestos-free. Studies from Longo, et al. show that talc products can contain asbestos and talc containing asbestiform fibers (e.g., talc occurring in a fibrous habit).[170,171] Therefore it is reasonable to conclude that women who regularly used talc products, both before and after 1976, were likely exposed to asbestos and talc containing asbestiform fibers through their use of these products.

Analyses of talcum powder products also demonstrate the presence of other constituents such as chromium and nickel which are well established carcinogens, and cobalt which is considered a possible carcinogen.[169,174] I have also reviewed a report analyzing the 150+ known fragrance ingredients in talcum powder products, many of which have been determined harmful to humans.[176] The presence of these substances provide further evidence that exposure to talc products could result in cancer

It is also plausible that even among women recently diagnosed with ovarian cancer, exposure to the pre-1976 talc products, which are generally understood to have contained asbestos and talc containing asbestiform fibers, increased their risk for ovarian cancer. It is well-established that many cancer risk factors have a long latency, which the National Cancer Institute defines as "the time that passes between being exposed to something that can cause

disease and having symptoms". Numerous examples of cancer risk factors with prolonged latency periods exist. For example, lung cancer typically is not diagnosed among cigarette smokers for several decades after initial exposure [177] and having severe sunburns during childhood is a risk factor for melanoma,[178] which has a median age of diagnosis of 63 years. [135]

It has also been reported that the latency period between exposure to asbestos and mesothelioma (the cancer most strongly linked to asbestos exposure), ranges from 15 to more than 70 years.[179,180] The median latency has been estimated at 22 to 32 years, with longer latency periods estimated for women than for men.[179,180] Thus, it is not unreasonable to conclude that exposure to talc products early in a woman's life could result in ovarian cancer decades later.

 Further, other established risk factors for ovarian cancer also demonstrate long latency periods. Oral contraceptive use and history of pregnancy are two of the factors that are most consistently reported in association with ovarian cancer (both of which reduce risk). Although, these are "exposures" that typically occur when women are in their teens, twenties or thirties, the median age of diagnosis of ovarian cancer is 61 years, suggesting that events and exposures from early in a woman's reproductive life can influence her risk for ovarian cancer decades later.

The totality of this evidence indicates that there are plausible biological pathways by which use of talc products could lead to ovarian cancer. There is clear evidence that external applications of these products can result in exposure to the ovaries, through upward migration through the genital tract or inhalation exposure. Once exposed, there are plausible biological mechanisms, by which talc itself or constituents of the talcum powder product could lead to carcinogenic transformation of ovarian cells. This includes credible evidence that talc products contain asbestos fibers, a known ovarian carcinogen, regardless of whether they were manufactured before or after 1976. While it is likely that advances in scientific knowledge may further refine our understanding of how talc exposure can lead to ovarian cancer, our current knowledge is adequate to conclude that there are plausible biological pathways leading from talc exposure to ovarian cancer.

I have considered the biologic plausibility that would support and detract from the hypothesis that talcum powder products can cause ovarian cancer. The more persuasive evidence is that talc can migrate to the ovaries through the genital tract and become imbedded in ovarian tissue. It is also plausible that talc could reach the peritoneal cavity through an inhalation route. Regardless of the route of exposure, it is clear that talcum powder products, including constituents like asbestos and fibrous talc, may cause an inflammatory response and oxidative stress that could lead to cell damage. These biologically plausible mechanisms are a persuasive explanation for the consistent increased risk we have observed in the epidemiologic studies. *Simply put, the observed association "makes sense" biologically.* Along with consistency and strength, I considered this a strong factor favoring a causal inference.

**Specificity**

As described by Hill,[121], if specificity exists between an exposure characteristic and disease, it provides strong evidence of causality. However, he also stated that "one-to-one relationships are not frequent …multi-causation of disease is generally more likely that single causation". Clearly, ovarian cancer has multiple causes, with talc exposure among many known risk factors. From the standpoint of there being a "one-to-one relationship" between talc and ovarian cancer, there is not a high level of specificity. However, given that talcum powder products are particularly associated with epithelial ovarian cancer, especially serous ovarian cancer, it does support that it is a fairly specific relationship. This aspect was given only modest weight, because talc is one of many possible causes of ovarian cancer.

**Coherence**

It is recognized that the plausibility depends on the current state of biological knowledge. Knowledge of the biological mechanisms for ovarian carcinogenesis (and virtually any other disease) is incomplete and will continue to evolve as further research continues. Coherence, as described by Hill, means that, even if the knowledge of biology of the disease is not well-defined, the "data should not seriously conflict with the generally known facts of the natural history and biology of the disease".[121] Given the current state of knowledge of ovarian

carcinogenesis, the postulated mechanisms by which talc exposure leads to ovarian cancer do not conflict with the current state of knowledge on ovarian carcinogenesis. This aspect was given considerable weight as it is important that the overall evidence fit together in a coherent manner. Taking into account the plausible pathways by which talc products could reach the target tissue, the expected latency period between exposure and disease, and biological mechanisms that are consistent with our knowledge of carcinogenesis, the data are consistent with the natural history and biology of ovarian cancer.

**Experiment**

As described above, the epidemiologic data on talc use and ovarian cancer are from observational studies, therefore there are no clear cut experimental data on which a causal assessment can be made. Hill acknowledged that experimental data are often not available for the exposure/disease associations under study, but in some circumstances, experimental or semi-experimental evidence is available.[121] For example, if a preventive action is taken to remove the exposure and the incidence of disease declines, there is strong support for a causal relationship. No such experimental evidence is available for talc use and ovarian cancer.

**Analogy**

The final viewpoint defined by Hill [121] is analogy, whereby evidence of an association with one risk factor would suggest that a similar risk factor could also plausibly be associated with the disease. Because this viewpoint is rather vague, it is often not incorporated into causal assessments. Nevertheless, while I did not weight it heavily, the similarity between asbestos and asbestiform talc – both of which are widely accepted as causing ovarian cancer – is supportive of this viewpoint.

**Conclusion**

Epidemiologic evidence linking genital talc use to ovarian cancer has been accruing since 1982.[50] As I evaluated this evidence, I considered the results from individual studies with different designs (case-control and cohort) as well as meta-analyses and a pooled analysis of

multiple case-control studies. In my evaluation of the data, I considered the strengths and weaknesses of individual studies, recognizing that there are advantages and disadvantages of both case-control and cohort studies for evaluating talc as a risk factor for ovarian cancer. I used the Bradford Hill framework as a guide for making my weight of the evidence assessment of whether there is evidence for a causal association between talc use and ovarian cancer.

The epidemiologic evidence I evaluated was derived from more than two dozen studies conducted in many different settings. The vast majority of studies reported relative risks or odds ratios greater than one, indicating that women with ovarian cancer were more likely to have used talc products than women without ovarian cancer. Meta-analyses, which combine findings across multiple studies to come up with an overall estimate of risk that is more statistically robust, have consistently reported that there is a statistically significant increased risk for ovarian cancer among women who reported genital talc use. While meta-analyses have noted that the relative risk estimates from case-control studies have been larger than from cohort studies, limitations in all of the cohort studies could explain the weaker associations observed in these studies. It is also noteworthy that the most recent meta-analysis [56] reported significantly increased risks for invasive serous ovarian cancer, which is the most common subtype as well as the one with the worst prognosis, in both cohort and case-control studies.

The epidemiologic studies that have examined talc use in relation to ovarian cancer risk have been conducted in very diverse populations, both within and outside the United States and in women of different race/ethnicities. The consistency of the findings across populations adds credibility to the findings of increased risk of ovarian cancer among talc users.

The relative risk estimates in most studies and the summary relative risk estimates from the meta-analyses are of a magnitude (~1.25-1.30) that is comparable to other common exposures that are causally related to cancer (e.g., passive smoke exposure and lung cancer, oral contraceptive use and breast cancer, menopausal estrogen use and breast cancer, residential radon exposure and lung cancer). Additional evidence supportive of talc being an ovarian cancer risk factor are biologically plausible mechanisms based on inflammation pathways, oxidative stress and the presence of asbestos, asbestiform talc, and other known

carcinogens in talcum powder products. Evidence of a dose-response relationship exists in many of the studies that considered both duration and frequency of exposure.

Based on the evidence in total, it is my opinion with a reasonable degree of scientific certainty that use of talcum powder products can cause ovarian cancer. I reserve the right to modify or refine my opinions based on additional scientific evidence that may emerge on this topic.

## References

1. Schildkraut JM, Alberg AJ, Bandera EV, et al. A multi-center population-based case-control study of ovarian cancer in African-American women: the African American Cancer Epidemiology Study (AACES). *BMC cancer.* 2014;14:688.

2. Newman B, Moorman PG, Millikan R, et al. The Carolina Breast Cancer Study: integrating population-based epidemiology and molecular biology. *Breast Cancer Res Treat.* 1995;35(1):51-60.

3. Moorman PG, Myers ER, Schildkraut JM, Iversen ES, Wang F, Warren N. Effect of hysterectomy with ovarian preservation on ovarian function. *Obstet Gynecol.* 2011;118(6):1271-1279.

4. Alberg AJ, Moorman PG, Crankshaw S, et al. Socioeconomic Status in Relation to the Risk of Ovarian Cancer in African-American Women: A Population-Based Case-Control Study. *Am J Epidemiol.* 2016;184(4):274-283.

5. Moorman PG, Alberg AJ, Bandera EV, et al. Reproductive factors and ovarian cancer risk in African-American women. *Ann Epidemiol.* 2016;26(9):654-662.

6. Erondu CO, Alberg AJ, Bandera EV, et al. The Association Between Body Mass Index and Presenting Symptoms in African American Women with Ovarian Cancer. *J Womens Health (Larchmt).* 2016;25(6):571-578.

7. Newman B, Mu H, Butler LM, Millikan RC, Moorman PG, King MC. Frequency of breast cancer attributable to BRCA1 in a population-based series of American women. *JAMA.* 1998;279(12):915-921.

8. Moorman PG, Kuwabara H, Millikan RC, Newman B. Menopausal hormones and breast cancer in a biracial population. *Am J Public Health.* 2000;90(6):966-971.

9. Moorman PG, Millikan RC, Newman B. Oral contraceptives and breast cancer among African-american women and white women. *J Natl Med Assoc.* 2001;93(9):329-334.

10. Carey LA, Perou CM, Livasy CA, et al. Race, breast cancer subtypes, and survival in the Carolina Breast Cancer Study. *JAMA.* 2006;295(21):2492-2502.

11. Millikan RC, Newman B, Tse CK, et al. Epidemiology of basal-like breast cancer. *Breast Cancer Res Treat.* 2008;109(1):123-139.

12. Trabuco EC, Moorman PG, Algeciras-Schimnich A, Weaver AL, Cliby WA. Association of Ovary-Sparing Hysterectomy With Ovarian Reserve. *Obstet Gynecol.* 2016;127(5):819-827.

13. Schildkraut JM, Abbott SE, Alberg AJ, et al. Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES). *Cancer Epidemiol Biomarkers Prev.* 2016;25(10):1411-1417.

14. Terry KL, Karageorgi S, Shvetsov YB, et al. Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls. *Cancer prevention research.* 2013;6(8):811-821.

15. Havrilesky LJ, Moorman PG, Lowery WJ, et al. Oral contraceptive pills as primary prevention for ovarian cancer: a systematic review and meta-analysis. *Obstet Gynecol.* 2013;122(1):139-147.

16. Gierisch JM, Coeytaux RR, Urrutia RP, et al. Oral contraceptive use and risk of breast, cervical, colorectal, and endometrial cancers: a systematic review. *Cancer Epidemiol Biomarkers Prev.* 2013;22(11):1931-1943.

17.   Moorman PG, Havrilesky LJ, Gierisch JM, et al. Oral contraceptives and risk of ovarian cancer and breast cancer among high-risk women: a systematic review and meta-analysis. *J Clin Oncol.* 2013;31(33):4188-4198.

18.   Myers ER, Moorman P, Gierisch JM, et al. Benefits and Harms of Breast Cancer Screening: A Systematic Review. *JAMA.* 2015;314(15):1615-1634.

19.   Oeffinger KC, Fontham ET, Etzioni R, et al. Breast Cancer Screening for Women at Average Risk: 2015 Guideline Update From the American Cancer Society. *JAMA.* 2015;314(15):1599-1614.

20.   Moorman PG, Calingaert B, Palmieri RT, et al. Hormonal risk factors for ovarian cancer in premenopausal and postmenopausal women. *Am J Epidemiol.* 2008;167(9):1059-1069.

21.   Moorman PG, Berchuck A, Calingaert B, Halabi S, Schildkraut JM. Antidepressant medication use [corrected] and risk of ovarian cancer. *Obstet Gynecol.* 2005;105(4):725-730.

22.   Moorman PG, Schildkraut JM, Calingaert B, Halabi S, Berchuck A. Menopausal hormones and risk of ovarian cancer. *Am J Obstet Gynecol.* 2005;193(1):76-82.

23.   Moorman PG, Palmieri RT, Akushevich L, Berchuck A, Schildkraut JM. Ovarian Cancer Risk Factors in African-American and White Women. *Am J Epidemiol.* 2009.

24.   Gonzalez NL, O'Brien KM, D'Aloisio AA, Sandler DP, Weinberg CR. Douching, Talc Use, and Risk of Ovarian Cancer. *Epidemiology.* 2016;27(6):797-802.

25.   Cramer DW, Vitonis AF, Terry KL, Welch WR, Titus LJ. The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States. *Epidemiology.* 2016;27(3):334-346.

26.   Wu AH, Pearce CL, Tseng CC, Pike MC. African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates. *Cancer Epidemiol Biomarkers Prev.* 2015;24(7):1094-1100.

27.   Houghton SC, Reeves KW, Hankinson SE, et al. Perineal powder use and risk of ovarian cancer. *J Natl Cancer Inst.* 2014;106(9).

28.   Kurta ML, Moysich KB, Weissfeld JL, et al. Use of fertility drugs and risk of ovarian cancer: results from a U.S.-based case-control study. *Cancer Epidemiol Biomarkers Prev.* 2012;21(8):1282-1292.

29.   Rosenblatt KA, Weiss NS, Cushing-Haugen KL, Wicklund KG, Rossing MA. Genital powder exposure and the risk of epithelial ovarian cancer. *Cancer Causes Control.* 2011;22(5):737-742.

30.   Wu AH, Pearce CL, Tseng CC, Templeman C, Pike MC. Markers of inflammation and risk of ovarian cancer in Los Angeles County. *Int J Cancer.* 2009;124(6):1409-1415.

31.   Gates MA, Tworoger SS, Terry KL, et al. Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer. *Cancer Epidemiol Biomarkers Prev.* 2008;17(9):2436-2444.

32.   Mills PK, Riordan DG, Cress RD, Young HA. Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. *Int J Cancer.* 2004;112(3):458-464.

33.   Ness RB, Grisso JA, Cottreau C, et al. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. *Epidemiology.* 2000;11(2):111-117.

34.    Gertig DM, Hunter DJ, Cramer DW, et al. Prospective study of talc use and ovarian cancer. *J Natl Cancer Inst.* 2000;92(3):249-252.

35.    Cramer DW, Liberman RF, Titus-Ernstoff L, et al. Genital talc exposure and risk of ovarian cancer. *Int J Cancer.* 1999;81(3):351-356.

36.    Wong C, Hempling RE, Piver MS, Natarajan N, Mettlin CJ. Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study. *Obstet Gynecol.* 1999;93(3):372-376.

37.    Rosenblatt KA, Mathews WA, Daling JR, Voigt LF, Malone K. Characteristics of women who use perineal powders. *Obstet Gynecol.* 1998;92(5):753-756.

38.    Godard B, Foulkes WD, Provencher D, et al. Risk factors for familial and sporadic ovarian cancer among French Canadians: a case-control study. *Am J Obstet Gynecol.* 1998;179(2):403-410.

39.    Chang S, Risch HA. Perineal talc exposure and risk of ovarian carcinoma. *Cancer.* 1997;79(12):2396-2401.

40.    Green A, Purdie D, Bain C, et al. Tubal sterilisation, hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group. *Int J Cancer.* 1997;71(6):948-951.

41.    Cook LS, Kamb ML, Weiss NS. Perineal powder exposure and the risk of ovarian cancer. *Am J Epidemiol.* 1997;145(5):459-465.

42.    Purdie D, Green A, Bain C, et al. Reproductive and other factors and risk of epithelial ovarian cancer: an Australian case-control study. Survey of Women's Health Study Group. *Int J Cancer.* 1995;62(6):678-684.

43.    Tzonou A, Polychronopoulou A, Hsieh CC, Rebelakos A, Karakatsani A, Trichopoulos D. Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. *Int J Cancer.* 1993;55(3):408-410.

44.    Harlow BL, Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer risk. *Obstet Gynecol.* 1992;80(1):19-26.

45.    Chen Y, Wu PC, Lang JH, Ge WJ, Hartge P, Brinton LA. Risk factors for epithelial ovarian cancer in Beijing, China. *Int J Epidemiol.* 1992;21(1):23-29.

46.    Booth M, Beral V, Smith P. Risk factors for ovarian cancer: a case-control study. *Br J Cancer.* 1989;60(4):592-598.

47.    Harlow BL, Weiss NS. A case-control study of borderline ovarian tumors: the influence of perineal exposure to talc. *Am J Epidemiol.* 1989;130(2):390-394.

48.    Whittemore AS, Wu ML, Paffenbarger RS, Jr., et al. Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. *Am J Epidemiol.* 1988;128(6):1228-1240.

49.    Hartge P, Hoover R, Lesher LP, McGowan L. Talc and ovarian cancer. *JAMA.* 1983;250(14):1844.

50.    Cramer DW, Welch WR, Scully RE, Wojciechowski CA. Ovarian cancer and talc: a case-control study. *Cancer.* 1982;50(2):372-376.

51.    Berge W, Mundt K, Luu H, Boffetta P. Genital use of talc and risk of ovarian cancer: a meta-analysis. *Eur J Cancer Prev.* 2017 (published in 2018).

52.    Langseth H, Hankinson SE, Siemiatycki J, Weiderpass E. Perineal use of talc and risk of ovarian cancer. *J Epidemiol Community Health.* 2008;62(4):358-360.

53.  Huncharek M, Muscat J, Onitilo A, Kupelnick B. Use of cosmetic talc on contraceptive diaphragms and risk of ovarian cancer: a meta-analysis of nine observational studies. *Eur J Cancer Prev.* 2007;16(5):422-429.

54.  Huncharek M, Geschwind JF, Kupelnick B. Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen observational studies. *Anticancer Res.* 2003;23(2C):1955-1960.

55.  Gross AJ, Berg PH. A meta-analytical approach examining the potential relationship between talc exposure and ovarian cancer. *J Expo Anal Environ Epidemiol.* 1995;5(2):181-195.

56.  Penninkilampi R, Eslick GD. Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis. *Epidemiology.* 2018;29(1):41-49.

57.  Gordon R, Fitzgerald S, Millette J. Asbestos in commercial cosmetic talcum powder as a cause of mesothelioma in women. *Int J Occup Environ Health.* 2015;21(4):347-348.

58.  Hartge P, Stewart P. Occupation and ovarian cancer: a case-control study in the Washington, DC, metropolitan area, 1978-1981. *J Occup Med.* 1994;36(8):924-927.

59.  Langseth H, Kjaerheim K. Ovarian cancer and occupational exposure among pulp and paper employees in Norway. *Scand J Work Environ Health.* 2004;30(5):356-361.

60.  Bulbulyan MA, Ilychova SA, Zahm SH, Astashevsky SV, Zaridze DG. Cancer mortality among women in the Russian printing industry. *Am J Ind Med.* 1999;36(1):166-171.

61.  Langseth H, Andersen A. Cancer incidence among women in the Norwegian pulp and paper industry. *Am J Ind Med.* 1999;36(1):108-113.

62.  Shen N, Weiderpass E, Antilla A, et al. Epidemiology of occupational and environmental risk factors related to ovarian cancer. *Scand J Work Environ Health.* 1998;24(3):175-182.

63.  Urban N, Hawley S, Janes H, et al. Identifying post-menopausal women at elevated risk for epithelial ovarian cancer. *Gynecol Oncol.* 2015;139(2):253-260.

64.  Trabert B, Pinto L, Hartge P, et al. Pre-diagnostic serum levels of inflammation markers and risk of ovarian cancer in the prostate, lung, colorectal and ovarian cancer (PLCO) screening trial. *Gynecol Oncol.* 2014;135(2):297-304.

65.  Williams KA, Labidi-Galy SI, Terry KL, et al. Prognostic significance and predictors of the neutrophil-to-lymphocyte ratio in ovarian cancer. *Gynecol Oncol.* 2014;132(3):542-550.

66.  Crawford L, Reeves KW, Luisi N, Balasubramanian R, Sturgeon SR. Perineal powder use and risk of endometrial cancer in postmenopausal women. *Cancer Causes Control.* 2012;23(10):1673-1680.

67.  Neill AS, Nagle CM, Spurdle AB, Webb PM. Use of talcum powder and endometrial cancer risk. *Cancer Causes Control.* 2012;23(3):513-519.

68.  Vitonis AF, Titus-Ernstoff L, Cramer DW. Assessing ovarian cancer risk when considering elective oophorectomy at the time of hysterectomy. *Obstet Gynecol.* 2011;117(5):1042-1050.

69.  Karageorgi S, Gates MA, Hankinson SE, De Vivo I. Perineal use of talcum powder and endometrial cancer risk. *Cancer Epidemiol Biomarkers Prev.* 2010;19(5):1269-1275.

70.  Keskin N, Teksen YA, Ongun EG, Ozay Y, Saygili H. Does long-term talc exposure have a carcinogenic effect on the female genital system of rats? An experimental pilot study. *Arch Gynecol Obstet.* 2009;280(6):925-931.

71. Cramer DW, Welch WR, Berkowitz RS, Godleski JJ. Presence of talc in pelvic lymph nodes of a woman with ovarian cancer and long-term genital exposure to cosmetic talc. *Obstet Gynecol.* 2007;110(2 Pt 2):498-501.

72. Buzzard AR, Lau BH. Pycnogenol reduces talc-induced neoplastic transformation in human ovarian cell cultures. *Phytother Res.* 2007;21(6):579-586.

73. Muscat J, Huncharek M, Cramer DW. Talc and anti-MUC1 antibodies. *Cancer Epidemiol Biomarkers Prev.* 2005;14(11 Pt 1):2679; author reply 2680.

74. Cramer DW, Titus-Ernstoff L, McKolanis JR, et al. Conditions associated with antibodies against the tumor-associated antigen MUC1 and their relationship to risk for ovarian cancer. *Cancer Epidemiol Biomarkers Prev.* 2005;14(5):1125-1131.

75. Eltabbakh GH, Piver MS, Natarajan N, Mettlin CJ. Epidemiologic differences between women with extraovarian primary peritoneal carcinoma and women with epithelial ovarian cancer. *Obstet Gynecol.* 1998;91(2):254-259.

76. Heller DS, Westhoff C, Gordon RE, Katz N. The relationship between perineal cosmetic talc usage and ovarian talc particle burden. *Am J Obstet Gynecol.* 1996;174(5):1507-1510.

77. Boorman GA, Seely JC. The lack of an ovarian effect of lifetime talc exposure in F344/N rats and B6C3F1 mice. *Regul Toxicol Pharmacol.* 1995;21(2):242-243.

78. Henderson WJ, Hamilton TC, Griffiths K. Talc in normal and malignant ovarian tissue. *Lancet.* 1979;1(8114):499.

79. Henderson WJ, Joslin CA, Turnbull AC, Griffiths K. Talc and carcinoma of the ovary and cervix. *J Obstet Gynaecol Br Commonw.* 1971;78(3):266-272.

80. Rasmussen CB, Kjaer SK, Albieri V, et al. Pelvic Inflammatory Disease and the Risk of Ovarian Cancer and Borderline Ovarian Tumors: A Pooled Analysis of 13 Case-Control Studies. *Am J Epidemiol.* 2017;185(1):8-20.

81. Narod SA. Talc and ovarian cancer. *Gynecol Oncol.* 2016;141(3):410-412.

82. Ness R. DOES TALC EXPOSURE CAUSE OVARIAN CANCER?: IGCS-0015 Ovarian Cancer. *Int J Gynecol Cancer.* 2015;25 Suppl 1:51.

83. Wentzensen N, Wacholder S. Talc use and ovarian cancer: epidemiology between a rock and a hard place. *J Natl Cancer Inst.* 2014;106(9).

84. Hunn J, Rodriguez GC. Ovarian cancer: etiology, risk factors, and epidemiology. *Clin Obstet Gynecol.* 2012;55(1):3-23.

85. Cramer DW. The epidemiology of endometrial and ovarian cancer. *Hematol Oncol Clin North Am.* 2012;26(1):1-12.

86. Huncharek M, Muscat J. Perineal talc use and ovarian cancer risk: a case study of scientific standards in environmental epidemiology. *Eur J Cancer Prev.* 2011;20(6):501-507.

87. Cramer DW, Finn OJ. Epidemiologic perspective on immune-surveillance in cancer. *Curr Opin Immunol.* 2011;23(2):265-271.

88. Sueblinvong T, Carney ME. Current understanding of risk factors for ovarian cancer. *Curr Treat Options Oncol.* 2009;10(1-2):67-81.

89. Ainsworth S. Not safe for babies' bottom? *Pract Midwife.* 2009;12(4):42.

90. Sueblinvong T, Carney ME. Ovarian cancer: risks. *Hawaii Med J.* 2009;68(2):40-46.

91.  Muscat JE, Huncharek MS. Perineal talc use and ovarian cancer: a critical review. *Eur J Cancer Prev.* 2008;17(2):139-146.

92.  Salehi F, Dunfield L, Phillips KP, Krewski D, Vanderhyden BC. Risk factors for ovarian cancer: an overview with emphasis on hormonal factors. *J Toxicol Environ Health B Crit Rev.* 2008;11(3-4):301-321.

93.  Horiuchi A, Konishi I. [Prevention of ovarian cancer development]. *Nihon Rinsho.* 2004;62 Suppl 10:597-600.

94.  Tamaya T. [Epidemiology of ovarian cancer]. *Nihon Rinsho.* 2004;62 Suppl 10:435-440.

95.  Wehner AP. Cosmetic talc should not be listed as a carcinogen: comments on NTP's deliberations to list talc as a carcinogen. *Regul Toxicol Pharmacol.* 2002;36(1):40-50.

96.  Sagae S, Mori M, Moore MA. Risk Factors for Ovarian Cancers: Do Subtypes Require Separate Treatment in Epidemiological Studies? *Asian Pac J Cancer Prev.* 2002;3(1):5-16.

97.  La Vecchia C. Epidemiology of ovarian cancer: a summary review. *Eur J Cancer Prev.* 2001;10(2):125-129.

98.  Meisler JG. Toward optimal health: the experts discuss ovarian cancer. *J Womens Health Gend Based Med.* 2000;9(7):705-710.

99.  Whysner J, Mohan M. Perineal application of talc and cornstarch powders: evaluation of ovarian cancer risk. *Am J Obstet Gynecol.* 2000;182(3):720-724.

100. Ness RB, Cottreau C. Possible role of ovarian epithelial inflammation in ovarian cancer. *J Natl Cancer Inst.* 1999;91(17):1459-1467.

101. Daly M, Obrams GI. Epidemiology and risk assessment for ovarian cancer. *Semin Oncol.* 1998;25(3):255-264.

102. Muscat JE, Wynder EL. Re: "Perineal powder exposure and the risk of ovarian cancer". *Am J Epidemiol.* 1997;146(9):786.

103. Cramer DW, Xu H. Epidemiologic evidence for uterine growth factors in the pathogenesis of ovarian cancer. *Ann Epidemiol.* 1995;5(4):310-314.

104. Harlow BL, Hartge PA. A review of perineal talc exposure and risk of ovarian cancer. *Regul Toxicol Pharmacol.* 1995;21(2):254-260.

105. Kasper CS, Chandler PJ, Jr. Possible morbidity in women from talc on condoms. *JAMA.* 1995;273(11):846-847.

106. Tortolero-Luna G, Mitchell MF. The epidemiology of ovarian cancer. *J Cell Biochem Suppl.* 1995;23:200-207.

107. Wehner AP. Biological effects of cosmetic talc. *Food Chem Toxicol.* 1994;32(12):1173-1184.

108. Shoham Z. Epidemiology, etiology, and fertility drugs in ovarian epithelial carcinoma: where are we today? *Fertil Steril.* 1994;62(3):433-448.

109. Baker TR, Piver MS. Etiology, biology, and epidemiology of ovarian cancer. *Semin Surg Oncol.* 1994;10(4):242-248.

110. Herbst AL. The epidemiology of ovarian carcinoma and the current status of tumor markers to detect disease. *Am J Obstet Gynecol.* 1994;170(4):1099-1105; discussion 1105-1097.

111. Lauchlan SC. The secondary mullerian system revisited. *Int J Gynecol Pathol.* 1994;13(1):73-79.

112. Natow AJ. Talc: need we beware? *Cutis.* 1986;37(5):328-329.

113.   Greene MH, Clark JW, Blayney DW. The epidemiology of ovarian cancer. *Semin Oncol.* 1984;11(3):209-226.

114.   Longo DL, Young RC. Cosmetic talc and ovarian cancer. *Lancet.* 1979;2(8138):349-351.

115.   Newhouse ML. Cosmetic talc and ovarian cancer. *Lancet.* 1979;2(8141):528.

116.   Longo DL, Young RC. Cosmetic talc and ovarian cancer. *Lancet.* 1979;2(8150):1011-1012.

117.   Pelfrene A, Shubik P. [Is talc a carcinogen? Review of current data]. *Nouv Presse Med.* 1975;4(11):801-803.

118.   Griffiths K, Chandler JA, Henderson WJ, Joslin CA. Ovarian cancer: some new analytical approaches. *Postgrad Med J.* 1973;49(568):69-72.

119.   Reid BM, Permuth JB, Sellers TA. Epidemiology of ovarian cancer: a review. *Cancer Biol Med.* 2017;14(1):9-32.

120.   Oncology L. When is a carcinogen not a carcinogen? *1.      Lancet Oncology.* 2016;17:681.

121.   Hill AB. The environment and disease: association or causation? 1965. *J R Soc Med.* 2015;108(1):32-37.

122.   Rosenblatt KA, Szklo M, Rosenshein NB. Mineral fiber exposure and the development of ovarian cancer. *Gynecol Oncol.* 1992;45(1):20-25.

123.   Merritt MA, Green AC, Nagle CM, Webb PM, Australian Cancer S, Australian Ovarian Cancer Study G. Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. *Int J Cancer.* 2008;122(1):170-176.

124.   Shah NR, Borenstein J, Dubois RW. Postmenopausal hormone therapy and breast cancer: a systematic review and meta-analysis. *Menopause.* 2005;12(6):668-678.

125.   Taylor R, Najafi F, Dobson A. Meta-analysis of studies of passive smoking and lung cancer: effects of study type and continent. *Int J Epidemiol.* 2007;36(5):1048-1059.

126.   Zhang ZL, Sun J, Dong JY, et al. Residential radon and lung cancer risk: an updated meta-analysis of case-control studies. *Asian Pac J Cancer Prev.* 2012;13(6):2459-2465.

127.   Karami S, Lan Q, Rothman N, et al. Occupational trichloroethylene exposure and kidney cancer risk: a meta-analysis. *Occup Environ Med.* 2012;69(12):858-867.

128.   IARC IAfRoC. *A review of human carcinogens.  Part E: Personal habits and indoor combustions / IARC Working Group on the Evaluation of Carcinogenic Risks to Humans.* Vol 100E. Lyon, France2009.

129.   IARC IAfRoC. *A review of human carcinogens.  Part A: Pharmaceuticals / IARC Working Group on the Evaluation of Carcinogenic Risks to Humans* Vol 100A. Lyon, France2008.

130.   IARC IAfRoC. A review of human carcinogens. Part D Radiation. 2012;100D:241-283.

131.   International Agency for Research on Cancer I. *Tricholorethylene, tetrachloroethylene and some other chlorinated agents.* Vol 106. Lyon, France: International Agency for Research on Cancer; 2016.

132.   Collaborative Group on Hormonal Factors in Breast C. Breast cancer and hormonal contraceptives: collaborative reanalysis of individual data on 53 297 women with breast cancer and 100 239 women without breast cancer from 54 epidemiological studies. *Lancet.* 1996;347(9017):1713-1727.

133.   Chan DS, Lau R, Aune D, et al. Red and processed meat and colorectal cancer incidence: meta-analysis of prospective studies. *PLoS One.* 2011;6(6):e20456.

134.   Porta M. *A dictionary of epidemiology.* 6th edition ed: Oxford University Press; 2014.

135. Siegel RL, Miller KD, Jemal A. Cancer Statistics, 2017. *CA Cancer J Clin.* 2017;67(1):7-30.

136. Goodman MT, Lurie G, Thompson PJ, McDuffie KE, Carney ME. Association of two common single-nucleotide polymorphisms in the CYP19A1 locus and ovarian cancer risk. *Endocrine-related cancer.* 2008;15(4):1055-1060.

137. Lo-Ciganic WH, Zgibor JC, Bunker CH, Moysich KB, Edwards RP, Ness RB. Aspirin, nonaspirin nonsteroidal anti-inflammatory drugs, or acetaminophen and risk of ovarian cancer. *Epidemiology.* 2012;23(2):311-319.

138. Howlader N NA, Krapcho M, Garshell J, Miller D, Altekruse SF, Kosary CL, Yu M, Ruhl J, Tatalovich Z,Mariotto A, Lewis DR, Chen HS, Feuer EJ, Cronin KA (eds). . SEER Cancer Statistics Review, 1975-2012. In: Institute NC, ed. Bethesda, MD2015.

139. Bethea TN, Palmer JR, Adams-Campbell LL, Rosenberg L. A prospective study of reproductive factors and exogenous hormone use in relation to ovarian cancer risk among Black women. *Cancer Causes Control.* 2016.

140. Rothman KJ GS. *Modern Epidemiology.* Philadelphia, PA: Lippincott-Raven; 1998.

141. Lindefors-Harris BM, Eklund G, Adami HO, Meirik O. Response bias in a case-control study: analysis utilizing comparative data concerning legal abortions from two independent Swedish studies. *Am J Epidemiol.* 1991;134(9):1003-1008.

142. Parr CL, Hjartaker A, Laake P, Lund E, Veierod MB. Recall bias in melanoma risk factors and measurement error effects: a nested case-control study within the Norwegian Women and Cancer Study. *Am J Epidemiol.* 2009;169(3):257-266.

143. Gefeller O. Invited commentary: Recall bias in melanoma -- much ado about almost nothing? *Am J Epidemiol.* 2009;169(3):267-270; discussion 271-262.

144. Infante-Rivard C, Jacques L. Empirical study of parental recall bias. *Am J Epidemiol.* 2000;152(5):480-486.

145. Lanza A, Ravaud P, Riveros C, Dechartres A. Comparison of Estimates between Cohort and Case-Control Studies in Meta-Analyses of Therapeutic Interventions: A Meta-Epidemiological Study. *PLoS One.* 2016;11(5):e0154877.

146. Gates MA, Rosner BA, Hecht JL, Tworoger SS. Risk factors for epithelial ovarian cancer by histologic subtype. *Am J Epidemiol.* 2010;171(1):45-53.

147. Liu Y, Nguyen N, Colditz GA. Links between alcohol consumption and breast cancer: a look at the evidence. *Womens Health (Lond).* 2015;11(1):65-77.

148. Ratna A, Mandrekar P. Alcohol and Cancer: Mechanisms and Therapies. *Biomolecules.* 2017;7(3).

149. Hecht SS. Lung carcinogenesis by tobacco smoke. *Int J Cancer.* 2012;131(12):2724-2732.

150. Sjosten AC, Ellis H, Edelstam GA. Retrograde migration of glove powder in the human female genital tract. *Hum Reprod.* 2004;19(4):991-995.

151. Mostafa SA, Bargeron CB, Flower RW, Rosenshein NB, Parmley TH, Woodruff JD. Foreign body granulomas in normal ovaries. *Obstet Gynecol.* 1985;66(5):701-702.

152. FDA Response to Citizen's Petition (April 1, 2014), JNJ00049048-JNJ000489054

153. Bunderson-Schelvan M, Pfau JC, Crouch R, Holian A. Nonpulmonary outcomes of asbestos exposure. *J Toxicol Environ Health B Crit Rev.* 2011;14(1-4):122-152.

154. Suzuki Y, Kohyama N. Translocation of inhaled asbestos fibers from the lung to other tissues. *Am J Ind Med.* 1991;19(6):701-704.

155.    Miserocchi G, Sancini G, Mantegazza F, Chiappino G. Translocation pathways for inhaled asbestos fibers. *Environ Health.* 2008;7:4.

156.    Marchiori E, Lourenco S, Gasparetto TD, Zanetti G, Mano CM, Nobre LF. Pulmonary talcosis: imaging findings. *Lung.* 2010;188(2):165-171.

157.    Frank C LJ. An uncommon hazard: pulmonary talcosis as a result of recurrent aspiration of baby powder. *Respiratory Med CME.* 2011;4:109-111.

158.    Balkwill FR, Mantovani A. Cancer-related inflammation: common themes and therapeutic opportunities. *Semin Cancer Biol.* 2012;22(1):33-40.

159.    Colotta F, Allavena P, Sica A, Garlanda C, Mantovani A. Cancer-related inflammation, the seventh hallmark of cancer: links to genetic instability. *Carcinogenesis.* 2009;30(7):1073-1081.

160.    Saed GM, Diamond MP, Fletcher NM. Updates of the role of oxidative stress in the pathogenesis of ovarian cancer. *Gynecol Oncol.* 2017;145(3):595-602.

161.    Saed GM MR, Fletcher NM. . New insights into the pathogenesis of ovarian cancer: oxidative stress. In: Devaja O PA, ed. *Ovarian Cancer*. Rijeka: IntechOpen; 2018:83-110.

162.    Blount AM. Amphibole content of cosmetic and pharmaceutical talcs. *Environ Health Perspect.* 1991;94:225-230.

163.    Paoletti L, Caiazza S, Donelli G, Pocchiari F. Evaluation by electron microscopy techniques of asbestos contamination in industrial, cosmetic, and pharmaceutical talcs. *Regul Toxicol Pharmacol.* 1984;4(3):222-235.

164.    Cralley LJ, Key MM, Groth DH, Lainhart WS, Ligo RM. Fibrous and mineral content of cosmetic talcum products. *Am Ind Hyg Assoc J.* 1968;29(4):350-354.

165.    Rohl AN, Langer AM, Selikoff IJ, et al. Consumer talcums and powders: mineral and chemical characterization. *J Toxicol Environ Health.* 1976;2(2):255-284.

166.    Deposition of Alice Blount, *Ingham v. Johnson & Johnson, et al.* (Circuit Court of the City of St. Louis, Missouri) (April 13, 2018).

167.    International Agency for Research on Cancer  I. Overall evaluations of carcinogenicity: an updating of IARC Monographs Volumes 1 to 42. 1987.

168.    International Agency for Research on Cancer I. A review of human carcinogens: arsenic, metals, fibres and dusts. 2012;100C.

169.    IARC IAfRoC. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans-Arsenic, Metals, Fibres and Dusts. 2012;100C:219-310.

170.    Analysis of Johnson & Johnson Baby Powder & Valiant Shower to Shower Products for Amphibole (Tremolite) Asbestos, Expert Report of William Longo, PhD and Mark Rigler, PhD (August 2, 2017).

171.    Expert Report of William Longo, PhD and Mark Rigler, PhD, *In re: Talcum Power Prod. Liab. Litig.,* MDL No. 2738 (November 14, 2018).

172.    TEM Analysis of Historical 1978 Johnson's Baby Powder Sample for Amphibole Asbestos, Expert Report of William Longo, PhD and Mark Rigler, PhD (February 16, 2018).

173.    MAS Project #14-1683, Analysis of William Longo, PhD and Mark Rigler, PhD (April 28, 2017).

174.    Deposition and Exhibits of Julie Pier, *In re: Talcum Power Prod. Liab. Litig.,* MDL No. 2738 (September 12 and 13, 2018).

175. Deposition and Exhibits of John Hopkins, PhD, *In re: Talcum Power Prod. Liab. Litig.,* MDL No. 2738 (August 16 and 17, 2018; October 26, 2018; and November 5, 2018).

176. Expert Report of Michael Crowley, PhD, *In re: Talcum Power Prod. Liab. Litig.,* MDL No. 2738 (November 12, 2018).

177. Weiss W. Cigarette smoking and lung cancer trends. A light at the end of the tunnel? *Chest.* 1997;111(5):1414-1416.

178. Dennis LK, Vanbeek MJ, Beane Freeman LE, Smith BJ, Dawson DV, Coughlin JA. Sunburns and risk of cutaneous melanoma: does age matter? A comprehensive meta-analysis. *Ann Epidemiol.* 2008;18(8):614-627.

179. Lanphear BP, Buncher CR. Latent period for malignant mesothelioma of occupational origin. *J Occup Med.* 1992;34(7):718-721.

180. Frost G. The latency period of mesothelioma among a cohort of British asbestos workers (1978-2005). *Br J Cancer.* 2013;109(7):1965-1973.

**Additional Materials and Data Considered**

1. 21 CFR 740.1(a)

2. Affidavit of Gregory Diette, MD, in support of Defendants' Motion to Exclude Plaintiffs' Experts' General Causation Opinions, April 2018

3. Begg, March. Cause and association: missing the forrest for the trees

4. Bouvard, et al. Carcinogenicity of consumption of red and processed meat.

5. Camargo, et al. Occupational Exposure to Asbestos and Ovarian Cancer: A Meta-analysis

6. Cancer Prevention Coalition Citizen's Petition, May 13, 2008

7. "Cancer Prevention Coalition Citizen's Petiton to FDA, 11/17/1994

8. http://www.preventcancer.com/press/petitions/nov17_94.htm"

9. Cancer.gov - A Snapshot of Ovarian Cancer

10. Carr CJ. Talc: consumer uses and health perspectives

11. CIR - Final Report - Safety assessment re Talc

12. Coldtiz Highest Ranking Researcher 2016; http://www.webometrics.info/en/node/58

13. Cramer, et al. Determinants of ovarian cancer risk. II. Inferences regarding pathogenesis.

14. Current Intelligence Bulletin 62 - Asbestos fibers and other elongate mineral particles: state of the science and roadmap for research

15. Cuzick, et al. Aspirin and non-steriodal anti-inflammatory drugs for cancer prevention: an international consensus statement

16. Czul, et al. An uncommon hazard: pulmonary talcosis as a result of recurrent aspiration of baby powder.

17. Dement, Shuler, Zumwalde - NIOSH - "Fiber exposure during use of baby powders"

18. Denise Simpson - Filed Complaint, DC Superior Court

19. Doll R, Hill A. Smoking and Carcinoma of the lung: preliminary report. BMJ 1950; 2:739-48

20. Egli, G. E., and M. Newton. 1961. "The transport of carbon particles in the human female reproductive tract." Fertility and Steritity 12 (April): 151-55

21. John Hopkins - Deposition Exhibit 28

22. Julie Pier - Deposition Exhibit 47

23.    Deposition Transcript - Shripal Sharma

24.    Deposition Transcript & Exhibits - Joshua Muscat

25.    Deposition Transcript of Alice Blount

26.    Dydek, Thomas - Educational Report

27.    EPA. Risk Assessment Forum, US EPA. "Guidelines for Carcinogen Risk Assessment"

28.    Expert Report of Jack Siemiatycki, Oules v. Johnson & Johnson

29.    Fair warning TalcDoc 15

30.    Fair warning TalcDoc 5 - Exhibit 113 (JNJNL91_000022019)

31.    Fathalla, et al. Incessant ovulation and ovarian cancer - a hypothesis re-visited

32.    Fathalla, et al. Incessant ovulation--a factor in ovarian neoplasia?

33.    FDA Letter from Stephen Musser to Samuel Epstein re: Docket Numbers 94P-0420 and FDA-2008-P-0309-0001/CP

34.    Fedak, Kristen M., Autumn Bernal, Zachary A. Capshaw, and Sherilyn Gross. 2015. "Applying the Bradford Hill Criteria in the 21st century: how data intergration has changed causal inference in molecular epidemiology." Emerging Themes in Epidemiology 12 (14). https://doi.org/10.1186/s12982-015-0037-4

35.    Ferrante, et al. Cancer Mortality and Incidence of Mesothelioma in a Cohort of Wives of Asbestos Workers in Casale Monferrato, Italy

36.    Finnish Institute of Occupational Health. Asbestos, Asbestosis, and Cancer; Helsinki Criteria

37.    Fiume M, Boyer I et al. Safety assessment of talc used in cosmetics

38.    Fletcher, Belotte, Saed et al. Specific point mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian cancer

39.    Fletcher, Memaj, Saed. Talcum powder enhances oxidative stress in ovarian cancer cells - Abstract

40.    Fletcher, Saed. Talcum powder enhances cancer antigen 125 levels in ovarian cancer cells - Abstract

41.    Folkins, Ann K., Elke A., Jarboe, Jonathan L. Hecht, Michael G. Muto, and Christopher P. Crum. 2018. "Chapter 24 - assessing pelvic epithelial cancer risk and intercepting early malignacny." In diagnostic gynecologic and obstetric pathology (third edition)), 844-64. Philadelphia: content repository only! https://doi.org/10.1016/B978-0-323-44732-4.00024-8.

42.    Galea, Rogers. Moving beyond the cause constraint: a public health of consequence, May 2018

43.    Germani. Cohort Mortality Study of Women Compensated for Asbestosis in Italy

44.    Gloyne. Two cases of squamous carcinoma of the lung occurring in asbestosis

45.    Gordon, et al. Asbestos in commercial cosmetic talcum powder as a cause of mesothelioma in women

46.    Hamilton et al. Effects of talc on the rat ovary. British journal of experimental pathology

47.    Haque, et al. Assessment of Asbestos Burden in the Placenta and Tissue Digests of Stillborn Infants in South Texas

48.    Haque, et al. Is there transplacental Transfer of Asbestos: A Study of 40 Still born infants

49.    Harper A, G Saed. Talc induces a pro-oxidant state in normal and ovarian cancer cells through gene point mutations in key redox enzymes - Abstract, Society of Gynecologic Oncology, 2018, in press.

50.  Heller, et al. Asbestos Exposure and Ovarian Fiber Burden

51.  Heller, et al. Correlation of asbestos fiber burdens in fallopian tubes and ovarian tissue

52.  Hernan.  The C-Word: scientific euphemisms do not improve causal inference from observational data

53.  Hunn, et al. Ovarian cancer: etiology, risk factors, and epidemiology.

54.  IARC - Table 2.8 - Epidemiologic studies of asbestos exposure and ovarian cancer

55.  IARC Monograph - Arsenic, Metals, Fibers, and Dust

56.  IARC Monograph 42 - Evaluation of the Carcinogenic risk of chemicals to humans (1987)

57.  IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 93, Carbon Black, Titanium Dioxide and Talc (2010)

58.  IARC. Asbestos

59.  IARC. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans-Arsenic, Metals, Fibres and Dusts. (2012)

60.  IARC. Mechanisms of Mineral Fiber Carcinogensis

61.  IOM (National Academies of Sciences, Engineering and Medicine). Ovarian Cancers: Evolving paradigms in research and care

62.  Kemp Hearing Transcript (Carl & Balderrama) - Curtis Omiencinski

63.  Kemp Hearing Transcript (Carl & Balderrama) - Douglas Weed

64.  Kemp Hearing Transcript (Carl & Balderrama) - Graham Colditz

65.  Letter from Personal Care Products Council to FDA re: Commnets on citizen's petition to the Commissioner of the Food and Drug Administration seeking a cancer warning on Talc products

66.  "Levin. ""Baby powder battles: Johnson & Johnson internal documents reveal asbestos worries""

67.  https://www.fairwarning.org/2018/01/talc-documents-reveal/print"

68.  Lockey. Nonasbestos fibrous minerals

69.  Longo, Reigler, Egeland. MAS Project 14-1852: Below the Waist Application of Johnson & Johnson Baby Powder, Sept. 2017

70.  Lu, et al. Inflammation, a key event in cancer development

71.  Lundin, Dossus, Clendenen et al.  C-reactive protein and ovarian cancer: a prospective study nested in three cohorts (Sweden, USA, Italy)

72.  Magnani, et al. Cancer risk after cessation of asbestos exposure: a cohort study of Italian asbestos cement workers

73.  Mallen, Townsend, Tworoger. Risk factors for ovarian carcinoma

74.  Mayer P.Talc and Condoms-Reply, JAMA. 1995; 274(16):1269-1270. doi:10.1001/jama.1995.03530160021025

75.  Medscape - Chustecka, Zosia "Talc use in genital area linked to increased risk of ovarian cancer"

76.  Moller, et al. Oxidatively damaged DNA in animals exposed to particles, Critical Reviews in Toxicology, 43:2, 96-118

77.  Moller, et al. Role of oxidative damage in toxicity of particulates, Free Radical Researchm 44:1, 1-46

78.  Moon, Park, Choi,et al. Risk assessment of baby powder exposure through inhalation

79.  Ness. Does talc exposure cause ovarian cancer?

80.     NTP Technical Report on the Toxicology and Carcinogenesis  Studies of Talc (CAS No. 14807-96-6) in F3344/N Rats and B6C3F, Mice (Inhalation Studies) June 23-24, 1992

81.     P-0920 Photo of Spring Fresh with Lavendar, purchased in Montgomery, AL

82.     P-0922 Photo of Angel of Mine purchased in Montgomery, AL

83.     Paoletti, Caiazza, Donelli, Pocchiari. Evaluation of Electron Microscopy Techniques of Asbestos: Contamination in industrial, cosmetic, and pharmaceutical talcs

84.     Park, Schildkraut, et al. Benighn gynecologic conditions are associated with ovarian cancer risk in African-American women:  a case-control study

85.     Patricia Moorman Affidavit re Ingham, et al. executed May 2018

86.     Pira, et al. Updated mortality study of a cohort of asbestos textile workers

87.     Purdie, David M., Christopher Bain, Victor Siskind, Penelope M. Webb, and Adele C. Green. 2003. "Ovulation and risk of epithelial ovarian cancer". International Journal of Cancer. Journal International du Cancer 104(2):228-32

88.     Reference Manual on Scientific Evidence (rev 2011)

89.     Reid, de Klerk, Musk. Does exposure to asbestos cause ovarian cancer? A systematic literature review and meta-analysis

90.     Reuters, et al. - Talc linked to OCVA risk in Africam American women

91.     Risch, et al. Hormonal etiology of epithelial ovarian cancer, with a hypothesis concerning the role of androgens and progesterone.

92.     Ristesund Trial Transcript - Daniel Cramer

93.     Ristesund Trial Transcript - Graham Colditz

94.     Ristesund Trial Transcript - John Godleski

95.     Rohl. Asbestos in Talc

96.     Ross. Geology, asbestos and health

97.     Rothman, Pastides, Samet. Interpretation of epidemiologic studies of talc and ovarian cancer

98.     Sanford Health. Ovarian Cancer Prevention (PDQ):  Prevention- Patient Information (NCI) (Sanford Health website). (06/12/2013)

99.     Shukla, MacPherson, et al. Alterations in gene expression in human mesothelial cells correlated with mineral pathogenicity

100.    Shushan et al. Human menopausal gonadotropin and the risk of epithelial ovarian cancer

101.    Siteman Cancer Center - Siteman (WUSTL Cancer Center - Your disease risk

102.    Siteman Cancer Center - Siteman (WUSTL) Cancer News in Context

103.    Sjoesten, A.C.E., J.Ellis, and G.a.B. Edelstam. 2004. "Retrograde Migration of Glove Powder in the human female genital tract." Human Reproduction 19 (4):991-95. Https://doi.org/10.1093/humrep/deh156

104.    Straif. Update of the scientific evidence on asbestos and cancer (Powerpoint)

105.    Tossavainen, et al. Retention of Asbestos Fibers in the Human Body

106.    Trabert et al. Aspirin, nonaspirin nonsteriodal anti-inflammatory drug, and acetaminophen use and risk of invasive epithelial ovarian cancer: a pooled analysis in the Ovarian Cancer Association Consortium

107.    Trabert, Britton, Elizabeth M. Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L. Anderson, Theodore M. Brasky, et al. 2019."Analgesic use and ovarian cancer risk: an

analysis in the ovarian cancer cohort consortium." Journal of the National Cancer Institute 111(2). Https//doi.org/10.1093/jnci/djy100

108. Trial Transcript of John Hopkins, Berg v. Johnson & Johnson, et al. (Oct. 2013)

109. US Dept. of Health & Human Service - Public Health Service, Agency for Toxic Substances and Disease Registry - "Toxicological profile for asbestos"

110. Van Gosen, Lowers et al. Using the geologic setting of talc deposits as an indicator of amphibole asbestos content

111. Vasama-Neuvonen, et al. Ovarian Cancer and Occupational Exposures in Finland

112. Venter, Iturralde. Migration of a particulate radioactive tracer from the vagina to the peritoneal cavity and ovaries

113. Virta. The phase relationship of talc and amphiboles in a fibrous talc sample

114. Wang. \Cause-specific mortality in a Chinese chrysotile textile worker cohort

115. webometrics - Coldtiz Highest Ranking Researcher 2016; http://www.webometrics.info/en/node/58

116. Wehner, Hall et al. Do particles translocate from the vagina to the oviducts and beyond?

117. Werner. Presence of asbestos in talc samples

118. Wignall, et al. Mortality of Female Gas Mask Assemblers

119. Wu, et al. Timing of births and oral contraceptive use influences ovarian cancer risk

120. Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, and Malcom C. Pike. 2015. "Afican Americans and Hispanics remain at lower risk of ovarian cancer than non-hispanic whites after considering nongenetic risk factors and oophorectomy rates." Cancer Epidemiology, Biomakers & Prevention: A Publicationb of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology 24(7): 1094-1100

121. Wu, Song, Wei Zhu, Patricia Thompson, and Yusuf A. Hannun. 2018. "Evaluating intrisic and non-intrinsic cancer risk factors." Nature Communications 9(1):3490. Https://doi.org/10.1038/s41467-078-05467-z

122. Wynder E, Graham E. Tobacco smoking as a possible etiologic factor in bronchogenic carcinoma, JAMA 1950;143:329-36.

123. Zhang, et al. Residential radon and lung cancer risk: an updated meta- analysis of case-control studies.

124. Zuckerman D, D Shapiro. Talcum powder and ovarian cancer, National Center for Health Research, May 7, 2018. http//www.center4research.org/talcum-powder-ovarian-cancer/

125. IMERYS210136-IMERYS210144

126. IMERYS210236-IMERYS210137

127. IMERYS211157-IMERYS211165

128. IMERYS219720-IMERYS219722

129. IMERYS241994-IMERYS242004

130. IMERYS241039

131. IMERYS242050

132. IMERYS287251-IMERYS287255

133. IMERYS299323

134. IMERYS322241-IMERYS322242

135. IMERYS325084

136. IMERYS422289-IMERYS422290

137.   IMERYS-A0021350
138.   JNJ000066174-WIND-04055-0452
139.   JNJ000087166-JNJ000087230
140.   JNJ000087166-JNJ000087230
141.   JNJ000089413-JNJ000089414
142.   JNJ000089413-JNJ000089417
143.   JNJ000251888-JNJ000251890
144.   JNJ000261010-JNJ000261027
145.   JNJ000270070-JNJ000270071
146.   JNJ000270588-JNJ000270591
147.   JNJ000294461
148.   JNJ000346006-JNJ000346014
149.   JNJ000375379-JNJ000375380
150.   JNJ000375383-JNJ000375384
151.   JNJ000526231-JNJ000526676
152.   JNJ000637879-JNJ000637881
153.   JNJAZ55_000003357
154.   JNJMX68_000004996-JNJMX68_000005044
155.   JNJNL61_000006431-JNJNL61_000006432
156.   JNJNL61_000020359
157.   JNJNL61_000052427
158.   JNJNL61_000061857
159.   JNJNL61_000063473
160.   JNJTALC000090136
161.   MBS-CRE000271
162.   PFE-HUG00007079
163.   PFE-HUG00007124
164.   PFE-HUG00007194
165.   WCD000254-WCD000255

# EXHIBIT A

### *Duke University Medical Center*
### *Curriculum Vitae*

*Date Prepared: October 2018*

**Patricia Gripka Moorman, M.S.P.H., Ph.D.**

| | |
|---|---|
| **Primary academic department:** | Department of Community and Family Medicine<br>Duke University Medical Center |
| **Present academic rank and title:** | Professor with tenure, September 2014 |
| **Date and rank of first Duke faculty appointment:** | July 1, 2000, Assistant Professor |
| **Medical licensure:** | N/A |
| **Date of birth:** | December 19, 1957 |
| **Place of birth:** | Kansas City, Kansas, USA |
| **Citizen of:** | United States of America |

## EDUCATION

| | Institution | Year | Degree |
|---|---|---|---|
| **High School** | Bishop Ward High School<br>Kansas City, KS | 1975 | Diploma |
| **College** | University of Kansas<br>Lawrence, KS | 1980 | B.S. with distinction, Pharmacy |
| **Graduate School** | University of North Carolina – Chapel Hill<br>Chapel Hill, NC | 1989 | M.S.P.H., Epidemiology |
| | University of North Carolina – Chapel Hill<br>Chapel Hill, NC | 1993 | Ph.D., Epidemiology |

**PROFESSIONAL TRAINING AND ACADEMIC CAREER**

| Institution | Position/Title | Dates |
| --- | --- | --- |
| Shalinsky Drugs, Kansas City, KS | Pharmacist | 1980-1981 |
| Community Pharmacy, Wrentham, MA | Pharmacist, Manager | 1981-1982 |
| Revco Drugs, Durham/Raleigh, NC | Pharmacist, Manager | 1983-1993 |
| Department of Epidemiology University of North Carolina - Chapel Hill | Graduate Research Assistant Teaching Assistant | 1987-1993 |
| Burroughs Wellcome Research Triangle Park, NC | Epidemiology Research Associate Summer Intern | 1988 |
| Department of Epidemiology Lineberger Comprehensive Cancer Center University of North Carolina - Chapel Hill | Research Assistant Professor | 1994-1996 |
| Dept. of Epidemiology and Public Health Yale Comprehensive Cancer Center Yale University School of Medicine New Haven, CT | Associate Research Scientist | 1997-2000 |
| Department of Epidemiology University of North Carolina - Chapel Hill | Adjunct Assistant Professor Adjunct Associate Professor | 2000-2005 2005-present |
| Dept. of Community and Family Medicine Duke University Medical Center | Assistant Professor Associate Professor (non-tenured) Associate Professor (tenured) Professor (tenured) Clinical Research Unit Director (formerly Site-Based Research Director) | 2000-2004 2004-2008 2008-2014 2014-present 2009-present |

**PUBLICATIONS**

**Refereed Publications**

1. Aldrich TE, Vann D, **Moorman PG**, Newman B.  Rapid reporting of cancer incidence in a population-based study of breast cancer: one constructive use of a central cancer registry.  *Breast Cancer Res Treat.* 1995; 35: 61-64.

2. Newman B, **Moorman PG**, Millikan R, Qaqish BF, Geradts J, Aldrich TE, Liu ET. The Carolina Breast Cancer Study:  integrating population-based epidemiology and molecular biology.  *Breast Cancer Res Treat.* 1995: 51-60.

3. Newman B, Mu H, Butler L, Millikan RC, **Moorman PG**, King M-C.  Frequency of breast cancer attributable to BRCA1 in a population-based series of American women. *JAMA.* 1998; 279: 915-21.

4. Millikan RC, Pittman GS, Newman B, Tse C-K J, Rockhill B, Savitz D, **Moorman PG**, Bell DA. Cigarette smoking, N-acetyltransferases 1 (NAT1) and 2 (NAT2) and breast cancer risk. *Cancer Epidemiol Biomarkers Pre*v. 1998; 7: 371-8.

5. **Moorman PG**, Hulka BS, Hiatt RA, Krieger N, Newman B, Vogelman JH, Orentreich N. Association between high-density lipoprotein cholesterol and breast cancer varies by menopausal status. *Cancer Epidemiol Biomarkers Prev* 1998; 7: 483-8.

6. Rockhill B, **Moorman PG**, Newman B.  Age at menarche, time to regular cycling, and breast cancer. *Cancer Causes Control.* 1998; 9: 447-53.

7. Millikan RC, Pittman GS, Tse C-K J, Duell E, Newman B, Savitz D, **Moorman PG**, Boissy RJ, Bell DA. Catechol-O-Methyltransferase (COMT) and breast cancer risk.  *Carcinogenesis.* 1998; 19: 1943-7.

8. Marcus PM, Baird DD, Millikan RC, **Moorman PG**, Qaqish B, Newman B.  Adolescent reproductive events and subsequent breast cancer risk.  *Am J Public Health.* 1999; 89: 1244-7. (PMCID: PMC1508686)

9. Marcus PM, Newman B, **Moorman PG**, Millikan RC, Baird DD, Sternfeld B, Qaqish B. Physical activity at age 12 and adult breast cancer risk (United States).  *Cancer Causes Control.* 1999; 10: 293-302.

10. Furberg H, Newman B, **Moorman PG**, Millikan RC.  Lactation and breast cancer risk. *Int J Cancer.* 1999; 28; 396-402.

11. **Moorman PG**, Newman B, Millikan RC, Tse C-K, Sandler DP.  Participation rates in a case-control study: the impact of age, race, and race of interviewer. *Ann Epidemiol.* 1999; 9: 188-95.

12. Hall IJ, Newman B, Millikan RC, **Moorman PG**.  Body size and breast cancer risk in black and white women: the Carolina Breast Cancer Study. *Am J Epidemiol.* 2000; 151: 754-64.

13. Huang W-Y, Newman B, Millikan RC, Schell MJ, Hulka BS, **Moorman PG**.  Hormone-related factors and risk of breast cancer by estrogen receptor and progesterone receptor status. *Am J Epidemiol.* 2000; 151: 703-14.

14. Kinney AY, Millikan RC, Lin YH, **Moorman PG**, Newman B.  Lifetime alcohol consumption and breast cancer among black and white women in North Carolina. *Cancer Causes Control*, 2000; 11: 345-57.

15. **Moorman PG**, Kuwabara H, Millikan RC, Newman B.  Menopausal hormones and breast cancer in a biracial population. *Am J Public Health*. 2000; 90: 966-70. (PMCID: PMC1446270)

16. Marcus PM, Newman B, Millikan RC, **Moorman PG**, Baird DD, Qaqish B.  The associations of adolescent cigarette smoking, alcoholic beverage consumption, environmental tobacco smoke, and ionizing radiation with subsequent breast cancer risk. *Cancer Causes Control*. 2000; 11: 271-8.

17. **Moorman PG**, Jones BA, Millikan RC, Hall IJ, Newman B.  Race, anthropometric factors, and stage at diagnosis of breast cancer. *Am J Epidemiol*. 2001; 153: 284-91.

18. **Moorman PG,** Ricciuti MF, Millikan RC, Newman B. Vitamin supplement use and breast cancer in a North Carolina population. *Public Health Nutrition*. 2001; 4: 821-8.

19. **Moorman PG**, Hamza A, Marks JR, Olson JA, Jr. Prognostic significance of the number of lymph nodes examined in patients with node negative breast carcinoma. *Cancer.* 2001; 91: 2258-62.

20. **Moorman PG,** Millikan RC, Newman B.  Oral contraceptives and breast cancer among black women and white women. *J Natl Med Assoc*. 2001; 93: 329-34. (PMCID: PMC2593962)

21. Schildkraut JM, Calingaert B, Marchbanks PA, **Moorman PG**, Rodrigues GC. The impact of progestin and estrogen potency in oral contraceptives on ovarian cancer risk. *J Natl Cancer Inst*. 2002; 94: 32-8.

22. Plummer P, Jackson S, Konarski J, Mahanna E, Dunmore C, Regan G, Mattingly D, Parker B, Williams S, Andrews C, Vannappagari V, Hall S, Deming S, Hodgson E, **Moorman P**, Newman B, Millikan R.  Making epidemiologic studies responsive to the needs of participants and communities: the Carolina Breast Cancer Study. *Environ Mol Mutagen*. 2002; 39: 96-101.

23. **Moorman PG**, Schildkraut JM, Calingaert B, Halabi S, Vine MF, Berchuck A.  Ovulation and ovarian cancer: a comparison of two methods for calculating lifetime ovulatory cycles.  *Cancer Causes Control*. 2002; 13: 807-811.

24. Lancaster JM,  Wenham RM, Halabi S, Calingaert B, Marks JR, **Moorman PG**, Bentley RC, Berchuck A, Schildkraut JM.  No relationship between ovarian cancer risk and progesterone receptor gene polymorphism (PROGINS) in a population-based, case-control study in North Carolina. *Cancer Epidemiol Biomarkers Prev*. 2003; 12: 226-7.

25. **Moorman PG**, Grubber JM, Millikan RC, Newman B. The relationships between antidepressant medications and invasive breast cancer and carcinoma *in situ* of the breast. *Epidemiology*. 2003; 14: 307-314.

26. **Moorman PG**, Grubber JM, Millikan RC, Newman B. Association between non-steroidal anti-inflammatory drugs (NSAIDs) and invasive breast cancer and carcinoma *in situ* of the breast. *Cancer Causes Control*. 2003; 14: 915-22.

27. Millikan RC, Player J, de Cotret AR, **Moorman P**, Pittman G, Vannappagari V, Tse C-KJ, Keku T. Manganese superoxide dismutase Ala-9Val polymorphism and risk of breast cancer in a population-based case-control study of African Americans and whites. *Breast Cancer Res*. 2004; 6: 264-74.

28. **Moorman PG**, Terry PD.  Consumption of dairy products and the risk of breast cancer: a review of the literature.  *Am J Clin Nutr*. 2004; 80: 5-14.

29. **Moorman PG**, Skinner CS, Evans JP, Newman B, Sorenson JR, Calingaert B, Susswein L, Steadman TS, Hoyo C, Schildkraut JM. Racial differences in enrolment in a cancer genetics registry. *Cancer Epidemiol Biomarkers Prev*. 2004; 13: 1349-54.

30. Hall IJ, **Moorman PG,** Millikan RC, Newman B. Comparative analysis of breast cancer risk factors among African-American women and white women.  *Am J Epidemiol*. 2005; 161: 40-51.

31. Schildkraut JM, Demark-Wahnefried W, Wenham RW, Grubber J, Jeffreys AS, Grambow SC,  Marks J, **Moorman PG**, Hoyo C, Ali S, Walther PJ.  IGF1 (CA)19 repeat and IGFBP3 -202 A/C genotypes and the risk of prostate cancer in black and white men.  *Cancer Epidemiol Biomarkers Prev*. 2005;14: 403-8

32. **Moorman PG**, Berchuck A, Calingaert B, Halabi S, Schildkraut JM. Antidepressant medication use and risk of ovarian cancer.  *Obstet Gynecol*. 2005; 105: 725-30.

33. Spillman MA, Schildkraut JM, Halabi S, **Moorman P**, Calingaert B, Bentley RC, Marks JR, Murphy S, Berchuck A,. Transforming growth factor beta receptor I polyalanine repeat polymorphism does not increase ovarian cancer risk.  *Gynecol Oncol.* 2005; 97: 543-9.

34. Hoyo C, Yarnall KSH, Skinner CS, **Moorman PG**, Sellers D, Reid L. Pain predicts non-adherence to Pap smear screening among middle aged African American women.  *Prev Med*. 2005; 41: 439-45.

35. **Moorman PG**, Schildkraut JM, Calingaert B, Halabi S, Berchuck A. Menopausal hormones and risk of ovarian cancer. *Am J Obstet Gynecol.* 2005; 193: 76-82.

36. Hoyo C, Berchuck A, Halabi S, Bentley RC, **Moorman P**, Calingaert B, Schildkraut J. Anthropometric measurements and epithelial ovarian cancer risk in African American and white women. *Cancer Causes Control.* 2005; 16: 955-63.

37. Sansbury LB, Millikan RC, Schroeder JC, **Moorman PG**, North KE, Sandler RS. Use of nonsteroidal anti-inflammatory drugs and risk of colon cancer in a population-based, case-control study of African Americans and Whites. *Am J Epidemiol.* 2005; 162: 548-58.

38. **Moorman PG**, Sesay J, Nwosu V, Grubber-Kane J, René de Cotret A, Worley K, Millikan R. COX2 polymorphism (Val511Ala), NSAID use and breast cancer in African-American women. *Cancer Epidemiol Biomarkers Prev.* 2005;14: 3013-4.

39. Schildkraut JM, **Moorman PG**, Halabi S, Calingaert B, Marks JR, Berchuck A. Analgesic drug use and ovarian cancer. *Epidemiology.* 2006; 17: 104-7.

40. Sansbury LB, Millikan RC, Schroeder JC, North KE, **Moorman PG**, Keku TO, René de Cotret A, Player J, Sandler RS. COX-2 polymorphism, use of nonsteroidal anti-inflammatory drugs, and risk of colon cancer in African Americans (United States). *Cancer Causes Control.* 2006; 17: 257-66.

41. Carey LA, Perou CM, Livasy CA, Dressler LG, Cowan D, Conway K, Karaca G, Troester MA, Tse CK, Edmiston S, Deming SL, Geradts J, Cheang MCU, Nielsen TO, **Moorman PG**, Earp HS, Millikan RC. Race, breast cancer subtypes, and survival in the Carolina Breast Cancer Study, *JAMA.* 2006; 295: 2492-502.

42. Schildkraut JM, Murphy SK, Palmieri RT, Iversen E, **Moorman PG**, Huang Z, Halabi S, Calingaert B, Gusberg A, Marks J, Berchuck A. Trinucleotide repeat polymorphisms in the androgen receptor gene and risk of ovarian cancer. *Cancer Epidemiol Biomarkers Prev.* 2007;16: 473-480.

43. Shantakumar S, Terry MB, Teitelbaum SL, Britton JA, Millikan RC, **Moorman PG**, Neugut AI, Gammon MD. Reproductive factors and breast cancer risk among older women. *Breast Cancer Res Treat.* 2007; 102:365-74.

44. Trivers KF, Gammon MD, Abrahamson PE, Lund MJ, Flagg EW, Kaufman JS, **Moorman PG**, Cai J, Olshan AF, Porter PL, Brinton LA, Eley JW, Coates RJ. Association between reproductive factors and breast cancer survival in younger women. *Breast Cancer Res Treat.* 2007; 103: 93-102.

45. Shantakumar S, Terry MB, Paykin A, Teitelbaum SL, Britton JA, Millikan RC, **Moorman PG**, Kritchevsky SB, Neugut AI, Gammon MD. Age and menopausal effects of hormonal birth control and hormone replacement therapy in relation to breast cancer risk. *Am J Epidemiol.* 2007; 165: 1187-98.

46. Coniglio D, Menezes P, **Moorman P**, Morgan P, Schmidt M. Evaluation of student confidence in utilizing EBM skills following completion of an EBM curriculum. *J Physician Assistant Educ.* 2007; 18: 7-13.

47. Trivers KF, Gammon MD, Abrahamson PE, Lund MJ, Flagg EW, **Moorman PG**, Kaufman JS, Cai J, Porter PL, Brinton LA, Eley JW, Coates RW. Oral contraceptives and breast cancer survival in younger women. *Cancer Epidemiol Biomarkers Prev.* 2007; 16: 1822-7.

48. Conway K, Parrish E, Edmiston SN, Tolbert D, Tse C-K, **Moorman P**, Newman B, Millikan RC.  Risk factors for breast cancer characterized by the estrogen receptor alpha A908G (K303R) Mutation. *Breast Cancer Res.* 2007; 9: R36.

49. Schildkraut JM, **Moorman PG**, Bland AE, Halabi S, Calingaert, Whitaker R, Lee PS, Elkins-Williams T, Bentley RC, Marks JR, Berchuck A. Cyclin E Overexpression in epithelial ovarian cancer characterizes an etiologic subgroup. *Cancer Epidemiol Biomarkers Prev.* 2008; 17; 585-93.

50. Millikan RC, Newman B, Tse C-K, **Moorman P**, Conway K, Smith LV, Labbok M, Geradts J, Bense JT, Jackson S, Nyante S, Livasy C, Carey L, Earp HS, Perou CM.  Epidemiology of basal-like breast cancer. *Breast Cancer Res Treat.* 2008; 109: 123-39. (PMCID: PMC2443103)

51. Ramus SJ, Vierkant RA, Johnatty S, Pike MC, Van Den BergDJ, Wu AH, Pearce CL, Menon U, Gentry-Maharaj A, Gayther SA, DiCioccio R, McGuire V, Whittemore AS, Song H, Easton DF, Pharoah PDP, Chanock S, Lissowska J, Brinton L, Garcia-Closas M, Terry KL, Cramer DW, Tworoger SS, Hankinson SE, Berchuck A, **Moorman PG**, Schildkraut J, Cunningham JM, Kruger Kjaer S, Blaeker J, Hogdall C, Hogdall E, Moysich KB, Edwards RP, Ness RB, Carney ME, Lurie G, Goodman MT, Wang-Gohrke S, Kropp S, Chang-Claude J, The Australian Ovarian Cancer Study Group, The Australian Cancer Study (Ovarian Cancer), Webb PM, Chen X, Beesley J, Chenevix-Trench G, Goode EL, on behalf of the Ovarian Cancer Association Consortium (OCAC).  Consortium analysis of seven candidate SNPs for ovarian cancer. *Int J Cancer.* 2008; 123: 380-8. (PMCID: PMC2667795)

52. **Moorman PG**, Calingaert B, Palmieri RT, Iversen ES, Bentley RC, Halabi S, Berchuck A, Schildkraut JM. Hormonal risk factors for ovarian cancer in pre-menopausal and postmenopausal women. *Am J Epidemiol.* 2008; 167: 1059-69. (PMCID: PMC18303003)

53. Palmieri RT, Wilson MA, Iversen ES, Clyde MA, Calingaert B, **Moorman PG**, Poole C, Anderson R, Anderson S, Anton-Culver H, Australian Cancer Study (Ovarian Cancer Group), Australian Ovarian Cancer Study Group, Beesley J, Hogdall E, Brewster W, Carney ME, Chen X, Chenevix-Trench G, Chang-Claude J, Cunningham JM, DiCioccio RA, Doherty JA, Easton DF, Edlund CK, Gayther SA, Gentry-Maharaj A, Goode EL, Goodman MT, Kruger Kjaer S, Hogdall C, Hopkins MP, Jenison EL, Blaakaer J, Lurie G, McGuire V, Menon U, Moysich KB, Ness RB, Pearce CL, Pharoah PDP, Pike MC, Ramus SJ, Rossing MA, Song H, Terada KY, Van Den Berg D, Vierkant RA, Wang-Gohrke S, Webb PM, Whittemore AS, Wu AH, Ziogas A, Berchuck A, Schildkraut JM, on behalf of the Ovarian Cancer Association Consortium.  Polymorphism in the *IL18* gene and epithelial ovarian cancer in non-Hispanic white women. *Cancer Epidemiol Biomarkers Prev.* 2008;17:3567-72. (PMCID: PMC2667795)

54. **Moorman PG**, Schildkraut JM, Iversen ES, Myers ER, Gradison M, Warren-White N, Wang F.  A prospective study of weight gain after pre-menopausal hysterectomy. *J Women's Health*. 2009; 18: 699-708. (PMCID: PMC2851125)

55. Song H, Ramus SJ, Kjaer SK, DiCioccio RA, Chenevix-Trench G, Pearce CL, Hogdall E, Whittemore AS, McGuire V, Hogdall C, Blaakaer J, Wu AH, Van Den Berg DJ, Stram DO, Menon U, Gentry-Maharaj A, Jacobs IJ, Webb PM, Beesley J, Chen X; Australian Cancer (Ovarian) Study; Australian Ovarian Cancer Study Group, Rossing MA, Doherty JA, Chang-Claude J, Wang-Gohrke S, Goodman MT, Lurie G, Thompson PJ, Carney ME, Ness RB, Moysich K, Goode EL, Vierkant RA, Cunningham JM, Anderson S, Schildkraut JM, Berchuck A, Iversen ES, **Moorman PG**, Garcia-Closas M, Chanock S, Lissowska J, Brinton L, Anton-Culver H, Ziogas A, Brewster WR, Ponder BA, Easton DF, Gayther SA, Pharoah PD; Ovarian Cancer Association Consortium (OCAC). Association between invasive ovarian cancer susceptibility and 11 best candidate SNPs from breast cancer genome-wide association study. *Hum Mol Genet*. 2009: 18: 2297-304. (PMCID: PMC2685754)

56. Il'yasova D, McCarthy B, Marcello J, Schildkraut JM, **Moorman PG**, Krishnamachari B, Ali-Osman F, Bigner DD, Davis F.  Association between glioma and history of allergies, asthma and eczema: a

case-control study with three groups of controls. *Cancer Epidemiol Biomarkers Prev*. 2009; 18:1232-8. (PMCID: PMC2700947)

57. Schildkraut JM, Goode EL, Clyde MA, Iversen ED, **Moorman PG**, Berchuck A, Marks JR, Lissowska J, Brinton L, Peplonska B, Cunningham JM, Vierkant RA, Rider DN, Australian Cancer Study (Ovarian Cancer), Australian Ovarian Cancer Study Group, Chenevix-Trench G, Webb PM, Beesley J, Chen X, Phelan C, Sutphen R, Sellers TA, Pearce L, Wu AH, Van Den Berg D, Conti D, Elund CK, Anderson R, Goodman MR, Lurie G, Carney ME, Thompson PJ, Gayther SA, Ramus SJ, Jacobs I, Kruger Kjaer S, Hogdall E, Blaakaer J, Hogdall C, Easton DF, Song H, Pharoah PDP, Whittemore AS, McGuire V, Quaye L, Shadforth D, Anton-Culver H, Ziogas A, Terry KL, Cramer DW, Hankinson SE, Tworoger SS, Calingaert B, Chanock S, Garcia-Closas M on behalf of the Ovarian Cancer Association Consortium. Single Nucleotide Polymorphisms in the TP53 Region and Susceptibility to Invasive Epithelial Ovarian Cancer. *Cancer Research*. 2009, 69: 2349-57. (PMCID: PMC2666150)

58. Pearce CL, Near AM, Van Den Berg DJ, Ramus SJ, Gentry-Maharaj A, Menon U, Gayther SA, Anderson AR, Edlund CK, Wu AH, Chen X, Beesley J, Webb PM, Holt SK, Chen C, Doherty JA, Rossing MA, Whittemore AS, McGuire V, Dicioccio RA, Goodman MT, Lurie G, Carney ME, Wilkens LR, Ness RB, Moysich KB, Edwards R, Jennison E, Kjaer SK, Hogdall E, Hogdall CK, Goode EL, Sellers TA, Vierkant RA, Cunningham JC, Schildkraut JM, Berchuck A, **Moorman PG**, Iversen ES, Cramer DW, Terry KL, Vitonis AF, Titus-Ernstoff L, Song H, Pharoah PD, Spurdle AB, Anton-Culver H, Ziogas A, Brewster W, Galitovskiy V, Chenevix-Trench G; Australian Cancer Study (Ovarian Cancer)6; Australian Ovarian Cancer Study Group627. Validating genetic risk associations for ovarian cancer through the international Ovarian Cancer Association Consortium. *Br J Cancer*. 2009; 100: 412-20. (PMCID: PMC2634713)

59. **Moorman PG**, Palmieri RT, Akushevich L, Berchuck A, Schildkraut JM. Ovarian cancer risk factors in African-American and white women. *Am J Epidemiol*. 2009; 170: 598-606. (PMCID: PMC2732987)

60. Song H, Ramus SJ, Tyrer J, Bolton KL, Gentry-Maharaj A, Wozniak E, Anton-Culver H, Chang-Claude J, Cramer DW, DiCioccio R, Dörk T, Goode EL, Goodman MT, Schildkraut JM, Sellers T, Baglietto L, Beckmann MW, Beesley J, Blaakaer J, Carney ME, Chanock S, Chen Z, Cunningham JM, Dicks E, Doherty JA, Duerst M, Ekici AB, Fenstermacher D, Fridley BL, Giles G, Gore ME, De Vivo I, Hillemanns P, Hogdall C, Hogdall E, Iversen ES, Jacobs IJ, Jakubowska A, Li D, Lissowska J, Lubiński J, Lurie G, McGuire V, McLaughlin J, Mędrek K, **Moorman PG**, Moysich K, Narod S, Phelan C, Pye C, Risch H, Runnebaum IB, Severi G[1], Southey M, Stram DO, Thiel FC, Terry KL, Tsai Y, Tworoger SS, Van Den Berg DJ, Vierkant RA, Wang-Gohrke S, Webb PM, Wilkens LR, Wu AH, Yang H, Brewster W, Ziogas A, Australian Cancer (Ovarian) Study, The Australian Ovarian Cancer Study Group, The Ovarian Cancer Association Consortium, Houlston R, Tomlinson I, Whittemore AS, Rossing MA, Ponder BAJ, Pearce CL, Ness RB, Menon U, Krüger Kjaer S, Gronwald J, Garcia-Closas M, Fasching PA, Easton DF, Chenevix-Trench G, Berchuck A, Pharoah PDP, Gayther SA. A genome-wide association study identified a novel ovarian cancer susceptibility locus on 9p22.2. *Nature Genetics*. 2009; 41: 996-1000. (PMCID: PMC2844110)

61. Doherty JA, Rossing MA, Cushing-Haugen KL, Chen C, Van Den Berg DJ, Wu AH, Pike MC, Ness RB, Moysich K, Chenevix-Trench G, Webb PM, Chang-Claude J, Wang-Gohrke S, Goodman MT, Lurie G, Hogdall E, Kruger Kjaer S, Goode EL, Cunningham JM, Berchuck A, **Moorman PG**, Schildkraut JM, Cramer DW, Terry KL, Garcia-Closas M, Lissowska J, Song H, Pharoah PDP, McGuire V, Whittemore AS, Gayther SA, Ramus SJ, Anton-Culver H, The Australian Ovarian Cancer Study Group, The Australian Cancer Study (Ovarian Cancer), and Pearce CL on behalf of the Ovarian Cancer Association Consortium (OCAC). ESR1/SYNE1 polymorphism and invasive epithelial ovarian cancer

risk: an Ovarian Cancer Association Consortium study. *Cancer Epidemiol Biomarkers Prev.* 2010; 19: 245-50. (PMCID: PMC2863004)

62. Grant DJ, **Moorman PG**, Akushevich L, Palmieri RT, Bentley RC, Schildkraut JM. Primary peritoneal and ovarian cancers: an epidemiological comparative analysis. *Cancer Causes Control.* 2010; 21: 991-8. (PMCID: PMC2883093)

63. Schildkraut J, Iversen E, Williams M, Clyde M, **Moorman P**, Palmieri R, Whitaker R, Bentley R, Marks J, Berchuck A. Association between DNA damage response and repair genes and risk of invasive serous ovarian cancer. *Plos One.* 2010; 5: e10061. (PMCID: PMC2851649)

64. **Moorman PG**, Iversen ES, Marcom PK, Marks JR, Wang F, Kathleen Cunningham Consortium for Research into Familial Breast Cancer (kConFab), Lee E, Ursin G, Rebbeck TR, Domchek SM, Arun B, Susswein L, Isaacs C, Garber JE, Visvanathan K, Griffin CA, Sutphen R, Brzosowicz J, Gruber S, Finkelstein DM, Schildkraut JM. Evaluation of established breast cancer risk factors as modifiers of BRCA1 or BRCA2: a multi-center case-only analysis. *Breast Cancer Research Treat.* 2010; 124: 441-51. (PMCID: PMC2925060)

65. Kelemen L, Goodman M, McGuire V, Rossing MA, Webb P, Kobel M, Anton-Culver H, Beesley J, Berchuck A, Brar S, Carney M, Chang-Claude J, Chenevix-Trench G, Cramer D, Cunningham J, DiCioccio R, Doherty J, Easton D, Fredericksen Z, Fridley B, Gates M, Gayther S, Genry-Maharaj A, Hogdall E, Kjaer S, Lurie G, Menon U, **Moorman P**, Moysich K, Ness R, Palmieri R. Pearce C, Pharoah P, Ramus S, Song H, Stram D, Tworoger S, Van Den Berg D, Vierkant R, Wang-Gohrke S, Whittemore A, Wilkens L, Wu A, Schildkraut J, Sellers T, Goode E. Genetic variation in TYMS in the one-carbon transfer pathway is associated with ovarian carcinoma types in the Ovarian Cancer Association Consortium (OCAC). *Cancer Epidemiol Biomarkers Prev.* 2010; 19: 1822-30. (PMCID: PMC3013232)

66. Warren-White N, **Moorman P**, Dunn MJ, Mitchell CS, Fisher A, Floyd MF. Southeast Raleigh minority faith-based health promotion project. *Calif J Health Promotion.* (Special Issue, Obesity Prevention) 2009; 7: 87-98.

67. Witt KL, **Moorman PG**, Kovalchuk O, Holland N, Block G, Andreassen PR. Genetics and women's health issues – the commitment of EMS to women scientists and gender-associated disease topics. *Environ Mol Mutagen.* 2010; 51: 774-80.

68. Johnatty SE, Beesley J, Chen Z, Macgregor S, Duffy DL, Spurdle AB, DeFazio A, Gava N, Webb PM, Australian Ovarian Cancer Study Group, Australian Cancer Study (Ovarian Cancer), Rossing MA, Doherty JA, Goodman MT, Lurie G, Thompson PJ, Wilkens LR, Ness RB, Moysich KB, Chang-Claude J, Wang-Gohrke S, Cramer DW, Terry KL, Hankinson SE, Tworoger SS, Garcia-Closas M, Yang H, Lissowska J, Chanock SJ, Pharoah PD, Song H, Whittemore AS, Pearce CL, Stram DO, Wu AH, Pike MC, Gayther SA, Ramus SJ, Menon U, Gentry-Maharaj A, Anton-Culver H, Ziogas A, Hogdall E, Kjaer SK, Hogdall C, Berchuck A, Schildkraut JM, Iversen ES, **Moorman PG**, Phelan CM, Sellers TA, Cunningham JM, Vierkant RA, Rider DN, Goode EL, Haviv I, Chenevix-Trench G, Ovarian Cancer Association Consortium. Evaluation of candidate stromal epithelial cross-talk genes identifies association between risk of serous ovarian cancer and TERT, a cancer susceptibility "hot spot". *PLoS Genetics.* 2010; 6: e1001016. (PMCID: PMC2900295)

69. Bolton KL, Tyrer J, Song H, Ramus SJ, Notaridou M, Jones C, Sher T, Gentry-Maharaj A, Wozniak E, Tsai YY, Weidhaas J, Paik D, Van Den Berg DJ, Stram DO, Pearce CL, Wu AH, Brewster W, Anton-Culver H, Ziogas A, Narod SA, Levine DA, Kaye SB, Brown R, Paul J, Flanagan J, Sieh W, McGuire V, Whittemore AS, Campbell I, Gore ME, Lissowska J, Yang HP, Medrek K, Gronwald J, Lubinski J,

8

Jakubowska A, Le ND, Cook LS, Kelemen LE, Brook-Wilson A, Massuger LF, Kiemeney LA, Aben KK, van Altena AM, Houlston R, Tomlinson I, Palmieri RT, **Moorman PG**, Schildkraut J, Iversen ES, Phelan C, Vierkant RA, Cunningham JM, Goode EL, Fridley BL, Kruger-Kjaer S, Blaeker J, Hogdall E, Hogdall C, Gross J, Karlan BY, Ness RB, Edwards RP, Odunsi K, Moyisch KB, Baker JA, Modugno F, Heikkinenen T, Butzow R, Nevanlinna H, Leminen A, Bogdanova N, Antonenkova N, Doerk T, Hillemanns P, Dürst M, Runnebaum I, Thompson PJ, Carney ME, Goodman MT, Lurie G, Wang-Gohrke S, Hein R, Chang-Claude J, Rossing MA, Cushing-Haugen KL, Doherty J, Chen C, Rafnar T, Besenbacher S, Sulem P, Stefansson K, Birrer MJ, Terry KL, Hernandez D, Cramer DW, Vergote I, Amant F, Lambrechts D, Despierre E, Fasching PA, Beckmann MW, Thiel FC, Ekici AB, Chen X; Australian Ovarian Cancer Study Group; Australian Cancer Study (Ovarian Cancer); Ovarian Cancer Association Consortium, Johnatty SE, Webb PM, Beesley J, Chanock S, Garcia-Closas M, Sellers T, Easton DF, Berchuck A, Chenevix-Trench G, Pharoah PD, Gayther SA. Common variants at 19p13 are associated with susceptibility to ovarian cancer. *Nat Genet*. 2010;42:880-4. (PMCID: PMC3125495)

70.   Notaridou M, Quaye L, Dafou D, Jones C, Song H, Høgdall E, Kjaer SK, Christensen L, Høgdall C, Blaakaer J, McGuire V, Wu AH, Van Den Berg DJ, Pike MC, Gentry-Maharaj A, Wozniak E, Sher T, Jacobs IJ, Tyrer J, Schildkraut JM, **Moorman PG**, Iversen ES, Jakubowska A, Medrek K, Lubiński J, Ness RB, Moysich KB, Lurie G, Wilkens LR, Carney ME, Wang-Gohrke S, Doherty JA, Rossing MA, Beckmann MW, Thiel FC, Ekici AB, Chen X, Beesley J, Gronwald J, Fasching PA, Chang-Claude J, Goodman MT, Chenevix-Trench G, Berchuck A, Pearce CL, Whittemore AS, Menon U, Pharoah PD, Gayther SA, Ramus SJ; The Australian Ovarian Cancer Study Group/Australian Cancer Study (Ovarian Cancer); on behalf of the Ovarian Cancer Association Consortium.  Common alleles in candidate susceptibility genes associated with risk and development of epithelial ovarian cancer. *Int J Cancer*. 2011; 128: 2063-74. (PMCID: PMC3098608)

71.   Near AM, Wu AH, Templeman C, Van Den Berg DJ, Doherty JA, Rossing MA, Goode EL, Cunningham JM, Vierkant RA, Fridley BL, Chenevix-Trench G, Webb PM; the Australian Cancer Study (Ovarian Cancer) (ACS).,; the Australian Ovarian Cancer Study Group (AOCS)., Kjær SK, Hogdall E, Gayther SA, Ramus SJ, Menon U, Gentry-Maharaj A, Schildkraut JM, **Moorman PG**, Palmieri RT, Ness RB, Moysich K, Cramer DW, Terry KL, Vitonis AF, Pike MC, Berchuck A, Pearce CL; on behalf of the Ovarian Cancer Association Consortium. Progesterone receptor gene polymorphisms and risk of endometriosis: results from an international collaborative effort. *Fertil Steril*. 2011; 95: 40-5. (PMCID: PMC3176720)

72.   **Moorman PG**, Jones LW, Akushevich L, Schildkraut JM.  Recreational physical activity and ovarian cancer risk and survival.  *Annals Epidemiol*. 2011; 21: 178-87. (PMCID: PMC3035989)

73.   Pearce CL, Doherty JA, Van Den Berg DJ, Moysich K, Hsu C, Cushing-Haugen KL, Conti DV, Ramus SJ, Gentry-Maharaj A, Menon U, Gayther SA, Pharoah PD, Song H, Kjaer SK, Hogdall E, Hogdall C, Whittemore AS, McGuire V, Sieh W, Gronwald J, Medrek K, Jakubowska A, Lubinski J, Chenevix-Trench G; AOCS/ACS Study Group, Beesley J, Webb PM, Berchuck A, Schildkraut JM, **Moorman PG**, Edlund CK, Stram DO, Pike MC, Ness RB, Rossing MA, Wu AH. Genetic variation in insulin-like growth factor 2 may play a role in ovarian cancer risk. *Hum Mol Genet*. 2011; 20: 2263-72. (PMCID: PMC3090188)

74.   **Moorman PG,** Myers ER, Schildkraut JM, Wang F.  Reported symptoms before and one year after hysterectomy in African American and White women. *J Women's Health*. 2011; 20: 1035-42. (PMCID: PMC3130512)

75. Ziogas A, Horick NK, Kinney AY, Lowery JR, Domchek SM, Isaacs C, Griffin CA, **Moorman PG**, Edwards KL, Hill DA, Berg JS, Tomlinson GE, Anton-Culver H, Strong LC, Kasten CH, Finkelstein DM, Plon SE. Clinically relevant changes in family history of cancer over time. *JAMA.* 2011; 306: 172-8. (PMCID: PMC3367662)
(Article was selected by Epidemiology and Genomics Research Program (EGRP) of the National Cancer Institute as one of their Research Highlights from EGRP Grantees 2011.)

76. **Moorman PG**, Myers ER, Schildkraut JM, Iversen ES, Wang F, Warren N.  Effect of hysterectomy with ovarian preservation on ovarian function. *Obstet Gynecol.* 2011; 118: 1271-9. (PMCID: PMC3223258)
(Article was selected by journal as "Breaking News" and a journal club article for December 2011 issue.)

77. **Moorman PG**, Leppert P, Myers ER, Wang F. Comparison of characteristics of fibroids in African American and white women undergoing pre-menopausal hysterectomy. *Fertil Steril.* 2013; 99: 768-76. (PMCID: PMC3632655)

78. Havrilesky LJ, Gierisch JM, **Moorman PG**, Coeytaux RR, Peragallo Urrutia  R, Lowery WJ, Dinan M, McBroom AJ, Wing L, Musty MD, Lallinger KR, Hasselblad V, Sanders GD, Myers ER. Oral Contraceptive Use for the Primary Prevention of Ovarian Cancer. Evidence Report/Technology Assessment No. 212. (Prepared by the Duke Evidence-based  Practice Center under Contract No. 290-2007-10066-I.) *AHRQ Publication No. 13-E002-EF*. Rockville, MD: Agency for Healthcare Research and Quality. June 2013. www.effectivehealthcare.ahrq.gov/reports/final.cfm. (PMCID: PMC4781074)

79. Olsen CM, Nagle CM, Whiteman DC, Ness R, Pearce CL, Pike MC, Rossing MA, Terry KA, Wu AH, the Australian Cancer Study (Ovarian Cancer), Australian Ovarian Cancer Study Group, Risch HA, Yu H, Doherty JA, Chang-Claude J, Hein R, Nickels S, Wang-Gohrke S, Goodman MT, Carney ME, Matsuno RK, Lurie G, Moysich K, Kjaer SK, Jensen A, Hogdall E, Goode EL, Fridley BL, Vierkant RA, Larson MC, Schildkraut J, Hoyo C, **Moorman P**, Weber RP, Cramer DW, Vitonis AF, Bandera EV, Olson SH, Rodriguez-Rodriguez L, King M, Brinton LA, Yang H, Garcia-Closas M, Lissowska J, Anton-Culver H, Ziogas A, Gayther SA, Ramus SJ, Menon U, Gentry-Maharaj A, Webb PM on behalf of the Ovarian Cancer Association Consortium.  Obesity and risk of ovarian cancer subtypes: evidence from the Ovarian Cancer Association Consortium. *Endocrine Related Cancer.* 2013; 20: 251-62. (PMCID:  PMC3857135)

80. Pearce CL, Rossing MA, Lee A, Ness R, Webb PM for Australian Cancer Study (Ovarian Cancer) and Australian Ovarian Cancer Study Group, Nagle CM, Stram D, Chang-Claude J, Hein R, Lurie G, Thompson PJ, Carney ME, Goodman MT,  Moysich K, Hogdall E, Jensen A, Goode EL, Fridley BL, Cunningham J,  Vierkant RA, Palmieri RT, Ziogas A, Anton-Culver H, Gayther SA, Gentry-Maharaj A, Menon U, Ramus SJ, Berchuck A, Doherty JA, Iversen E, McGuire V, **Moorman P**, Pharoah P, Pike MC, Risch H, Sieh W, Stram D, Terry KL,  Whittemore A, Wu AH, Schildkraut JM, Kjaer SK on behalf of the Ovarian Cancer Association Consortium. Combined and interactive effects of environmental and GWAS-identified risk factors in ovarian cancer. *Cancer Epidemiol Biomarkers Prev.* 2013; 22: 880-90. (PMCID:  PMC3963289)

81. Havrilesky LJ, **Moorman PG**, Lowery WJ, Gierisch JM, Coeytaux RR, Peragallo Urrutia R, Dinan M, McBroom AJ, Hasselblad V, Sanders GD, Myers ER. Oral contraceptive pills as primary prevention for ovarian cancer: A systematic review and meta-Analysis. *Obstet Gynecol.* 2013; 122: 139-47.

82. Peragallo Urrutia R, Coeytaux RR, Gierisch JM, Havrilesky LJ, **Moorman PG**, Lowery WJ, Dinan M, McBroom AJ, Wing E, Musty MD, Lallinger KR, Hasselblad V, Sanders GD, Myers ER.

Thromboembolic events and association with oral contraceptive use: a systematic review and meta-analysis. *Obstet Gynecol* 2013; 122: 380-9.

83.  Gierisch JM, Coeytaux RR, Urrutia RP, Havrilesky LJ, **Moorman PG**, Lowery WJ, Dinan M, McBroom AJ, Hasselblad V, Sanders GD, Myers ER. Oral contraceptive use and risk of breast, cervical,colorectal and endometrial cancer: a systematic review. *Cancer Epidemiol Biomarkers Prev* 2013; 22: 1931-43.

84.  Fish LJ, **Moorman PG**, Wordlaw-Stinson L, Vidal A, Smith JS, Hoyo C.  HPV and cervical cancer knowledge associated with greater adherence to follow-up colposcopy. *Am J Health Education* 2013; 44: 293-8. (PMCID: PMC4075768)

85.  **Moorman PG**, Havrilesky LJ, Gierisch JM, Coeytaux RR, Lowery WJ, Urrutia RP, McBroom AJ, Wing E, Musty MD, Lallinger KR, Hasselblad V, Sanders GD, Myers ER. A systematic review and meta-analysis of the association between Oral contraceptives and risk of ovarian and breast cancer among high-risk women: a systematic review and meta-analysis. *J Clin Oncology* 2013; 31: 4188-98.

86.  Allott EH, Abern MR, Gerber L, Keto CJ, Aronson WJ, Terris MK, Kane CJ, Amling CL, Cooperberg MR, **Moorman PG**, Freedland SJ.  Metformin does not affect risk of biochemical recurrence following radical prostatectomy: results from the SEARCH database. *Prostate Cancer Prostatic Diseases* 2013; 16: 391-7. (PMCID: PMC3830588)

87.  Wordlaw-Stinson L, Jones S, Little S, Fish L, Vidal A, Smith JS, Hoyo C, **Moorman PG**. Challenges and recommendations to recruiting women who do not adhere to follow-up gynecological care. *Open J Prev Med* 2014; 4: 123-8. (PMCID: PMC4075769)

88.  Hill DA, Horick NK, Isaacs C, Domchek SM, Tomlinson GE, Lowery JT, Kinney AY, Berg JS, Edwards KL, **Moorman PG**, Plon SE, Strong LC, Ziogas A, Griffin CA, Kasten CH, Finkelstein DM for the Cancer Genetics Network. Long-term risk of medical conditions associated with breast cancer treatment. *Breast Cancer Res Treat* 2014: 145: 233-43. (PMCID: PMC4096572)

89.  Gaines AR, Turner EL, **Moorman PG,** Freedland SJ, Keto CJ, McPhail ME, Grant DJ, Vidal AC, Hoyo C. The association between race and prostate cancer risk on initial biopsy in an equal access, multiethnic cohort.  *Cancer Causes Control* 2014; 25: 1029-35. (PMCID: PMC4117308)

90.  Davidson BA, **Moorman PG.** Risk-benefit assessment of the combined oral contraceptive pill in women with a family history of cancer.  *Expert Opinion Drug Safety* 2014; 10: 1375-82.

91.  Allott EH, Tse CK, Olshan AF, Carey LA, **Moorman PG**, Troester MA.  Non-steroidal anti-inflammatory drug use, hormone receptor status, and breast cancer-specific mortality in the Carolina Breast Cancer Study.  *Breast Cancer Res Treat* 2014; 147: 415-21. (PMCID: PMC4462196)

92.  Schildkraut JM, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, Cote ML, Funkhouser E, Peters E, Schwartz AG, Terry P, Wallace K, Akushevich L, Wang F, Crankshaw S, **Moorman PG**. A Multi-Center Population-Based Case-Control Study of Ovarian Cancer in African-American Women: The African American Cancer Epidemiology Study (AACES). *BMC Cancer* 2014; 14: 688. (PMCID: PMC4182887)

93.  Myers ER, **Moorman P**, Gierisch JM, Havrilesky LJ, Grimm LJ, Ghate S, Davidson B, Chatterjee Montgomery R, Crowley MJ, McCrory DC, Kendrick A, Sanders GD. Benefits and Harms of Breast Cancer Screening: A Systematic Review. *JAMA* 2015; 314: 1615-34.

94.  Qin B, **Moorman PG**, Alberg AJ, Barnholtz-Sloan JS, Bondy M, Cote ML, Funkhouser E, Peters ES,

11

Schwartz AG, Terry P, Schildkraut JM, Bandera EV.  Dietary carbohydrate intake, glycemic load, glycemic index and ovarian cancer risk in African-American women.  *Br J Nutr* 2016, 115: 694-702. (PMCID: PMC4844174)

95.     Erondu CO, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, Cote ML, Funkhouser E, Peters E, Schwartz AG, Terry PD, Wallace K, Akushevich L, Wang F, Crankshaw S, Berchuck A, Schildkraut JM, **Moorman PG**. The association between body mass index and presenting symptoms in African American women with ovarian cancer.  *J Women's Health* 2016; 25: 571-8. (PMCID: 4900212)

96.     Alberg AJ, **Moorman PG**, Cranshaw S, Wang F, Bandera EV, Barnholtz-Sloan J, Bondy M, Cartmell KB, Cote ML, Ford ME, Funkhouser E, Keleman L, Peters ES, Schwartz AG, Sterba KR, Terry P, Wallace K, Schildkraut JM. Socioeconomic status in relation to the risk of ovarian cancer in African American women: a population-based case-control study.  *Am J Epidemiol* 2016, 184: 274-83. (PMCID: PMC4983652)

97.     Peres L, Camacho F, Abbott S, Alberg A, Bandera E, Barnholtz-Sloan JS, Bondy M, Cote M, Crankshaw S, Funkhouser E, **Moorman P**, Peters E, Schwartz AG, Terry P, Wang F,  Schildkraut J. Analgesic medication use and risk of epithelial ovarian cancer in African American women.  *Br J Cancer* 2016; 114: 819-25.

98.     Abbott SE, Bandera EV, Qin B, **Moorman PG**, Barnholtz-Sloan J, Schwartz AG, Funkhouser E, Peters ES, Cote ML, Alberg AJ, Terry P, Bondy M, Crankshaw S, Wang F, Camacho F, Schildkraut JM. Recreational physical activity and ovarian cancer risk in African American women.  *Cancer Med* 2016; 5: 1319-27.(PMCID: PMC4924390)

99.     Trabuco E, **Moorman PG**, Algeciras-Schimnich A, Weaver AL, Cliby W.  Association of ovary-sparing hysterectomy with ovarian reserve.  *Obstet Gynecol* 2016; 127: 819-27. (PMCID: PMC5004761)

100.    Bandera EV, Qin B, **Moorman PG**, Alberg AJ, Barnholtz-Sloan J, Bondy M, Cote ML, Funkhouser E, Peters ES, Schwartz AG, Terry P, Schildkraut JM. Obesity, weight gain, and ovarian cancer risk in African American women. *Int J Cancer*  2016; 139: 593-600. (PMCID: PMC4982766)

101.    Schildkraut JM, Abbott SE, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, Cote M, Funkhouser E, Peres LC, Peters ES, Schwartz AG, Terry P, Crankshaw S, Camacho F, Wang F, **Moorman PG**.  Association between body powder use and ovarian cancer: the African American Cancer Epidemiology Study (AACES).  *Cancer Epidemiol Biomarkers Prev* 2016; 25: 1411-17. (PMCID: PMC5050086)

102.    **Moorman PG**, Alberg AJ, Bandera EV, Barnholtz-Sloan J,  Bondy M, Cote ML, Funkhouser E,  Peters ES, Schwartz AG, Terry P, Crankshaw S, Wang F, Schildkraut JM. Reproductive factors and ovarian cancer risk in African American Women.  *Ann Epidemiol* 2016: 26: 654-62. (PMCID: PMC5035608)

103.    Qin B, **Moorman PG**, Alberg AJ, Barnholtz-Sloan JS, Bondy M, Cote ML, Funkhouser E, Peters ES, Schwartz AG, Terry P, Schildkraut JM, Bandera EV.  Dietary quality and ovarian cancer risk in African-American women.  *Am J Epidemiol* 2017; 185: 1281-89.

104.    Peres LC, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, Cote ML, Funkhouser E, **Moorman PG**, Peters ES, Schwartz AG, Terry P, Abbott SE, Camacho F, Wang F, Schildkraut JM. Premenopausal hysterectomy and risk of ovarian cancer in African American women.  *Am J Epidemiol* 2017; 186: 46-53.

105.    Qin B, **Moorman PG**, Alberg AJ, Barnholtz-Sloan JS, Bondy M, Cote ML, Funkhouser E, Peters ES, Schwartz AG, Terry P, Schildkraut JM, Bandera EV.  Dairy, calcium, vitamin D and ovarian cancer risk in African American women.  *Br J Cancer* 2016; 115: 1122-1130. (PMCID: PMC5117784)

12

106. Horick NK, Manful A, Lowery J, Domchek S, **Moorman P**, Griffin C, Visvanathan K, Isaacs C, Kinney A, Finkelstein DM. Physical and psychological health in rare cancer survivors. *J Cancer Surviv* 2017; 11: 158-65.

107. Peres LC, Bandera EV, Qin B, Guertin KA, Shivappa N, Hebert JR, Abbott SE, Alberg AJ, Barnholtz-Sloan J, Bondy M, Cote ML, Funkhouser E, **Moorman PG**, Peters ES, Schwartz AG, Terry PD, Camacho F, Wang F, Schildkraut JM.  Dietary inflammatory index and risk of epithelial ovarian cancer in African American women.  *Int J Cancer* 2017; 140: 535-43. (PMCID: PMC5159198)

108. Peres LC, **Moorman PG**, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, Cote ML, Funkhouser E, Peters ES, Schwartz AG, Terry PD, Abbott SE, Camacho F, Wang F, Schildkraut JM.  Lifetime number of ovulatory cycles and epithelial ovarian cancer risk in African American women.  *Cancer Causes Control* 2017; 28: 405-14. (PMCID: PMC5410663)

109. Terry PD, Qin B, Camacho F, **Moorman PG**, Alberg AJ, Barnholtz-Sloan JS, Bondy M, Cote ML, Funkhouser E, Guertin KA, Peters ES, Schwartz AG, Schildkraut JM, Bandera EV. Supplemental selenium may decrease ovarian cancer risk in African-American women. *J Nutrition* 2017; 147: 621-7. (PMCID: PMC5368582)

110. Kelemen LE, Abbott S, Qin B, Peres LC, **Moorman P**, Wallace K, Bandera E, Barnholtz-Sloan J, Bondy M, Cartmell K, Cote M, Funkhouser E, Paddock L, Peters E, Schwartz A, Terry P, Alberg A, Schildkraut J. Cigarette smoking and the association with serous ovarian cancer in African American women:  African American Cancer Epidemiology Study (AACES).  *Cancer Causes Control* 2017; 28: 699-708.

111. Wang Y, Freedman JA, Liu H, **Moorman P**, Hyslop T, George D, Lee NH, Patierno SR, Wei Q. Associations between RNA splicing regulatory variants of stemness-related genes and racial disparities in susceptibility to prostate cancer.  *Int J Cancer* 2017; 141: 731-43.(PMCID: PMC5512873)

112. McNamara C, Abbott SE, Bandera EV, Qin B, Peres LC, Camacho F, **Moorman PG**, Alberg A, Barnholtz-Sloan JS, Bondy M, Cote ML, Funkhouser E, Peters ES, Schwartz AG, Schildkraut JM, Terry P. Tubal ligation and ovarian cancer risk in African-American women.  *Cancer Causes Control* 2017; 28: 1033-41.(PMCID: PMC5635599)

113. Barrett NJ,  Ingraham KL, Vann Hawkins T, **Moorman PG**.  Engaging African Americans in research: the recruiter's perspective.  *Ethn Dis* 2017; 27: 453-462. (PMCID: PMC5720956)

114. DeBono NL, Robinson WR, Lund J, Tse CK, **Moorman PG**, Olshan AF, Troester MA.  Race, menopausal hormone therapy and invasive breast cancer in the Carolina Breast Cancer Study.  *J Women's Health* 2018; 27: 3770386.

115. Abbott SE, Camacho F, Peres LC, Alberg AJ, Bandera EV, Bondy M, Cote ML, Funkhouser E, **Moorman PG**, Peters ES, Qin B, Schwartz AG, Barnholtz-Sloan J, Terry P, Schildkraut JM. Recreational physical activity and survival in African American women with ovarian cancer.  *Cancer Causes Control*  2018; 29: 77-86.

116. Peres LC, Risch H, Terry KL, Webb PM, Goodman MT, Wu AH, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, Cote ML, Funkhouser E, **Moorman PG**, Peters ES, Schwartz AG, Terry PD, Manichaikul A, Abbott SE, Camacho F, Jordan SJ, Nagle CM, Australian Ovarian Cancer Study Group, Rossing MA, Doherty JA, Modugno F, Moysich K, Ness R, Berchuck A, Cook L, Le N,  Brooks-Wilson A, Sieh W, Whittemore A, McGuire V, Rothstein J, Anton-Culver H, Ziogas A, Pearce CL, Tseng C, Pike M, Schildkraut JM, on behalf of the African American Cancer Epidemiology Study and the Ovarian Cancer Association Consortium. Racial/ethnic differences in the epidemiology of

ovarian cancer: A pooled analysis of 12 case-control studies.  *Int J Epidemiol* 2017; 47: 460-472.

117.  Mills AM,  Peres LC, Meiss A, Ring KL, Modesitt SC, Abbott SE, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy ML, Cote ML, Funkhouser E, **Moorman PG**, Peters ES, Schwartz AG, Terry PD, Schildkraut JM. Targetable immune regulatory molecule expression in high-grade serous ovarian carcinomas in African-American women: a study of PD-L1 and IDO in 112 Cases from the African American Cancer Epidemiology Study (AACES), *Int J Gynecol Pathology* 2018, in press.

118.  Freedman JA, Wang Y, Li X, Liu H, **Moorman PG**, George DJ, Lee NH, Hyslop T, Wei Q, Patierno SR. Single nucleotide polymorphisms of stemness pathway genes predicted to regulate RNA splicing, microRNA and oncogenic signaling are associate with prostate cancer survival.  *Carcinogenesis* 2018; 39: 879-888.

119.  Anderson RT, Peres LC, Camacho F, Bandera EV, Funkhouser E, **Moorman PG**, Paddock LE, Peters ES, Abbott SE, Alberg AA, Barnholtz-Sloan J, Bondy M, Cote ML, Schwartz AG, Terry P, Schildkraut JM. Individual, social and societal correlates of Health-Related Quality of Life among African-American survivors of ovarian cancer: results from the AACES Study. *J Women's Health*, 2018, in press.

120.  Park HK, Schildkraut JM, Alberg AJ, Bandera EV, Barnholtz-Sloan JS, Bondy M, Crankshaw S, Funkhouser E, **Moorman PG**, Peters ES, Terry P, Wang F, Ruterbusch JJ, Schwartz AG, Cote ML. Benign gynecologic conditions are associated with ovarian cancer risk in African-American women: a case-control study. *Cancer Causes Control*, 2018, in press.

121.  **Moorman PG**, Barrett NJ, Wang F, Alberg AA, Bandera EV, Barnholtz-Sloan J, Bondy M, Cote ML, Funkhouser E, Kelemen L, Peres LC, Peters ES, Schwartz AG, Terry P, Crankshaw S, Abbott SE, Schildkraut JM. Effect of cultural, folk and religious beliefs and practices on delays in diagnosis in ovarian cancer in African American women. *J Women's Health*, 2018, in press.

122.  Qian D, Liu H, Wang X, Ge J, Luo S, Patz EF Jr, **Moorman PG**, Su L, Shen S, Christiani DC, Wei Q. Potentially functional genetic variants in the complement-related immunity gene-set are associated with non-small cell lung cancer survival.  *Int J Cancer* 2018, in press.

---

**Letters**

1.   **Moorman PG**.  Letter re:  Breast cancer risk factors.  *Drug Topics*. 2002; 146: 16.

2.   **Moorman PG**. Letter re: Association of frequency and duration of aspirin use and hormone receptor status with breast cancer risk.  *JAMA*. 2004; 292: 1426.

3.   Schildkraut JM, **Moorman PG**, Calingaert B, Berchuck A.  Letter re:  Cyclin E overexpression relates to ovarian cancer histology but not to risk factors.  *Cancer Epidemiol Biomarkers Prev*. 2008; 17: 1841-2.

4.   **Moorman PG**.  Letter re: Age at Menopause:  Imputing age at menopause for women with a hysterectomy with application to risk of postmenopausal breast cancer.  *Annals Epidemiol*. 2011; 21: 797.

5.   Myers ER, **Moorman P**, Sanders GD.  Response re:  Breast cancer screening:  benefit or harm? *JAMA* 2016; 315: 1402-3.

6.   Trabuco EC, **Moorman PG**, Cliby WA. In reply re: Association of ovary-sparing hysterectomy with ovarian reserve.  *Obstet Gynecol* 2016; 128: 655-6.

---

**Book Chapters and Invited Papers**

---

1. **Moorman PG**, Hames CG, Tyroler HA.  Socioeconomic status and morbidity and mortality in hypertensive blacks.  In Brest AN and Saunders E (eds):  *Cardiovascular Clinics:  Cardiovascular Diseases in Blacks*.  FA Davis Company, Philadelphia, 1991, 179-93.

2. **Moorman PG**, Hulka BS.  Menopausal hormones and the risk of breast cancer. *Endocrinologist.* 1992; 2: 189-94.  (Article was awarded annual editorial prize by journal.)

3. Hulka BS, **Moorman PG**.  Breast cancer:  Hormones and other risk factors, *Maturitas.* 2001; 38: 103-13.

4. **Moorman PG**, Terry PD.  Dairy products and breast cancer.  2003.  United Kingdom Dairy Council. (Invited paper)

5. **Moorman PG**, Berchuck A.  Comment on:  Hormone replacement therapy does not increase risk for ovarian cancer in women with BRCA mutations.  *North American Menopause Society First to Know*. Feb. 15, 2006. www.menopause.org/news.html.

6. **Moorman PG**, Hamilton RJ.  Statins and cancer risk:  what do we know and where do we go from here?  *Epidemiology.* 2007; 18: 194-6. (Invited paper)

7. Hulka BS, **Moorman PG**.  Breast cancer:  hormones and other risk factors.  *Maturitas.* 2008; 61: 203-213.
   (Republished 2001 article of same title in an issue of the journal's top 10 downloaded articles for the period 2000-2008).

8. **Moorman PG**.  Ovarian failure after pre-menopausal hysterectomy.  *European Obstetrics & Gynecology*. 2012; 7: 35-8. (Invited paper)

9. **Moorman PG.**  Genetic markers for ovarian cancer risk: are we close to seeing a clinical impact? *Personalized Medicine.* 2012; 9:  565-7. (Invited paper)

10. **Moorman PG.**  Should women at high risk for cancer use oral contraceptive pills?  *Personalized Medicine*. 2015, 12: 533-5.  (Invited paper)

---

**Technical Reports**

---

1. **Moorman PG**, Goldstein K, Coeytaux R, Myers ER, Strauss J, Van Houtven C, Shepherd-Banigan M, Brancu M, Von Isenberg M, Van Noord M, Conklin J, Lallinger K, Schmidt R, McBroom Brooks A, Sanders-Schmidler G.  Topic Brief:  Nutritional needs of older women.  Prepared for Office of Women's Health and Agency for Healthcare Research Quality (AHRQ), 2017.

2. Myers ER, Strauss J, Van Houtven C, Goldstein K, Shepherd-Banigan M, Brancu M, **Moorman PG**, Coeytaux R, Von Isenberg M, Van Noord M, Conklin J, Lallinger K, Schmidt R, McBroom Brooks A, Sanders-Schmidler G.  Topic Brief:  Maternal Health.  Prepared for Office of Women's Health and Agency for Healthcare Research Quality (AHRQ), 2017.

3. Strauss J, Brancu M, Myers ER,  Anderson S, Van Houtven C, Goldstein K, Shepherd-Banigan M, **Moorman PG**, Coeytaux R, Von Isenberg M, Van Noord M, Conklin J, Lallinger K, Schmidt R, McBroom Brooks A, Sanders-Schmidler G.  Topic Brief:  Women's Mental Health.  Prepared for Office of Women's Health and Agency for Healthcare Research Quality (AHRQ), 2017.

4.  Goldstein K, Coeytaux R, Myers ER, Strauss J, Van Houtven C, Shepherd-Banigan M, Brancu M, **Moorman PG**, Von Isenberg M, Van Noord M, Conklin J, Lallinger K, Schmidt R, McBroom Brooks A, Sanders-Schmidler G.  Topic Brief:  Girls' Health and Obesity.  Prepared for Office of Women's Health and Agency for Healthcare Research Quality (AHRQ), 2017.

5.  Shepherd-Banigan M, Van Houtven C,  Brancu M, Goldstein K, **Moorman PG**, Strauss J, Coeytaux R, Von Isenberg M, Van Noord M, Conklin J, Lallinger K, Schmidt R, McBroom Brooks A, Myers ER, Sanders-Schmidler G.  Topic Brief:  Family Caregivers for Older Adults.  Prepared for Office of Women's Health and Agency for Healthcare Research Quality (AHRQ), 2017.

---

### Non-authored Publications (acknowledged for contributions)

1.  Newman B, Millikan RC, King M-C. Genetic epidemiology of breast and ovarian cancers.  *Epidemiol Rev*. 1997; 19: 69-79.

2.  Millikan R, Pittman G, Tse C-K, Savitz DA, Newman B, Bell D. Glutathione S-transferases M1, Ti, and P1 and breast cancer. *Cancer Epidemiol Biomarkers Prev*. 2000; 9: 567-73.

3.  Krajcik RA, Massardo S, Orentreich N. No association between serum levels of tumor necrosis factor-$\alpha$ (TNF- $\alpha$) or the soluble receptors sTNFR1 and sTNFR2 and breast cancer risk. *Cancer Epidemiol Biomarkers Prev*. 2003; 12: 945-6.

4.  Trivers KF, Stewart SL, Peipins L, Rim SH, White MC.  Expanding the public health research agenda for ovarian cancer. *J Womens Health*. 2009; 18: 1299-305.

5.  Soubry A, Il'yasova D, Sedjo R, Wang F, Byers T, Rosen C, Yashin A, Ukraintseva S, Haffner S, D'Agostino R Jr. Increase in circulating levels of IGF-1 and IGF-1/IGFBP-3 molar ratio over a decade is associated with colorectal adenomatous polyps. *Int J Cancer*. 2012; 131: 512-7.

---

### Presentations and Published Abstracts (selected)

**Moorman PG**, Newman B, Butler LM, Ostermeyer EA, Friedman LS, Millikan RC, Liu ET, King MC. Inherited susceptibility at BRCA1 in a population-based sample.  Society for Epidemiologic Research, Boston, MA, June 1996

Rockhill B, Newman B, **Moorman P**, Millikan R, Weinberg C. Summary attributable fraction and breast cancer risk factors. Society for Epidemiologic Research, Boston, MA, June 1996.

Furberg H, Newman B, **Moorman P**, Millikan R. Lactation and breast cancer risk. Society for Epidemiologic Research, Edmonton, Alberta, Canada, June 1997.

Marcus PM, Newman B, Millikan RC, **Moorman PG**, Baird DD, Sternfeld B, Qaqish B. The association of adolescent body mass index (BMI) and physical activity with breast cancer risk. Society for Epidemiologic Research, Edmonton, Alberta, Canada, June 1997.

Huang WY, Newman B, Millikan RC, Schell MJ, **Moorman PG**. Hormone-related factors and risk of breast cancer by estrogen receptor and progesterone receptor status. Society for Epidemiologic Research, Chicago, MD, 1998.

Hall IJ, Newman B, Millikan RC, **Moorman PG**.  Evaluating body size and breast cancer risk among black women. Society for Epidemiologic Research, Chicago, MD, 1998.

Marcus PM, Newman B, Millikan RC, Baird DD, **Moorman PG,** Qaqish B. Breast cancer epidemiology: the case for adolescent exposures. Society for Epidemiologic Research, Baltimore, MD, 1999.

**Moorman PG**.  Menopausal hormones and risk of breast cancer.  Carolina Breast Cancer Study Participant Symposium, Chapel Hill, NC, April 2000

**Moorman PG**, Jones BA, Millikan RC, Hall IJ, Newman B.  Race, anthropometric factors, and stage at diagnosis of breast cancer.  Society for Epidemiologic Research, Seattle, WA, June 2000.

Hall IJ, Newman B, Millikan RC, **Moorman PG**. Comparative analysis of breast cancer risk factors among African-American women and white women. Congress of Epidemiology, Toronto, Ontario, Canada, June 2001.

**Moorman PG**, et al.  Nuts and bolts of field studies: things they didn't teach you in school.  Congress of Epidemiology, Toronto, Ontario, Canada, June 2001. (Invited talk)

**Moorman PG**, Calingaert B, Vine M, Halabi S, Berchuck A, Schildkraut JM. Comparison of two methods for calculating lifetime ovulatory cycles.  Congress of Epidemiology, Toronto, Ontario, Canada, June 2001.

Plummer P, Jackson S, Konarski J, Mahanna E, Dunmore C, Regan G, Mattingly D, Parker B, Williams S, Andrews C, Vannapppagari V, HallS, Deming S, Hodgson E, **Moorman P**, Newman B, Millikan R. Making epidemiologic studies responsive to the needs of participants and communities: the Carolina Breast Cancer Study experience. Conference on Breast Cancer and Environmental Mutagens, Research Triangle Park, NC, September 2001.

**Moorman PG**. Population-based study of breast cancer among African-American and White women in North Carolina. North Carolina Central University, Durham, NC, January 2003. (Invited talk)

**Moorman PG**. Medication use and breast cancer risk. Psychiatry and Behavioral Sciences Grand Rounds, Memorial Sloan-Kettering Cancer Center, New York, NY, March 2003. (Invited talk)

Sansbury L, Millikan R, Schroeder J, **Moorman P**, North K, Sandler R. Use of non-steroidal anti-inflammatory drugs, cyclooxygenase-2 Val411Ala polymorphism and association with colon cancer in a population-based study of African Americans and whites. 3rd Annual AACR International Conference, Seattle, WA, October 2004.

Schildkraut JM, Berchuck A, Murphy S, Marks J, **Moorman P**, Calingaert B, Halabi S. Trinucleotide repeat polymorphisms in the androgen receptor gene and risk of ovarian cancer. 3rd Annual AACR International Conference, Seattle, WA, October 2004.

**Moorman PG,** Sesay J, Nwosu V, Millikan R. Non-steroidal anti-inflammatory drugs, COX2 polymorphism and breast cancer: a study of gene-environment interactions.  Triangle Cancer and Disparities Symposium, North Carolina Central University, Durham, NC, March 2005.

**Moorman PG.**  Racial disparities in breast cancer: problem or opportunity?  Johnson C. Smith University, Charlotte, NC, September 2005. (Invited talk)

Trivers K, Gammon M, Abrahamson P, Lund MJ, Kaufman J, **Moorman P**, Cai JW, Porter P, Brinton L, Eley JW. Reproductive factors and breast cancer survival in women less than 55 years of age. 4th Annual Conference on Frontiers in Cancer Prevention Research, Baltimore, MD, November 2005.

**Moorman PG.**  The role of epidemiology in the drug development process.  University of Ferrara, Ferrara, Italy, May 2006. (Invited talk)

**Moorman PG.**  Racial disparities in breast cancer:  risk factors through survival.  Women's Health Research Symposium - Untying the Pink Ribbon:  Advances in Breast Cancer.  University of Maryland School of Medicine.  Baltimore, MD, March 2008. (Invited talk)

**Moorman PG,** JM Schildkraut JM, ES Iversen ES, ER Myers ER, M Gradison M1, N Warren-White N, F Wang.  Weight gain after pre-menopausal hysterectomy.  Society for Epidemiologic Research, Chicago, IL, June 2008.

**Moorman PG.** Non-steroidal anti-inflammatory drugs (NSAIDs) as chemopreventives for cancer:  are they ready for prime time?  Genetics and Environmental Mutagenesis Society 26th Annual Fall Meeting.  Research Triangle Park, NC, October 2008. (Invited talk)

**Moorman PG.**  Introduction to cancer epidemiology.  Osher Lifelong Learning Institute lecture series.  Chapel Hill, NC, September 2009. (Invited talk)

**Moorman PG.**  Challenges of epidemiologic research in the genomic era:  the example of ovarian cancer.  Environmental  Mutagen Society Annual Meeting, St. Louis, MO, October  2009 (Invited talk)

**Moorman PG.**  Epidemiology in clinical research:  beyond randomized controlled trials.  Duke University Health System Clinical Education and Professional Development Series, Durham, NC, January 2010.  (Invited talk)

**Moorman PG.**  Epidemiology in clinical research:  beyond randomized controlled trials. Association of Clinical Research Professionals, Durham, NC, June 2010. (Invited talk)

**Moorman PG.** The role of epidemiology in understanding disparities in breast cancer.  Duke Oncology Symposium – Advances in Surgical and Treatment Options for Breast and Colorectal Cancer.  Raleigh, NC, May 2011. (Invited talk)

Østbye T, **Moorman P**. Measurement dilemmas: validity, reliability and messy data. Family Medicine Research Seminar Series, Duke University Medical Center, December 2011.

**Moorman P**, Østbye T. Research that can tell you something: internal and external validity in study design. Family Medicine Research Seminar Series, Duke University Medical Center, November 2011.

Myers ER, Havrilesky LJ, Gierisch J, **Moorman PG**, Dinan MA, Coeytaux R, Urrutia RP, Lowery WJ, Hasselblad V, McBroom AJ, Sanders GD. Using net benefits and acceptability curves to quantify uncertainty about tradeoffs between harms and benefits of oral contraceptives. Society for Medical Decision Making, Phoenix, AZ, October 2012.

Myers ER, Havrilesky LJ, Gierisch J, **Moorman PG**, Dinan MA, Coeytaux R, Urrutia RP, Lowery WJ, Hasselblad V, McBroom AJ, Sanders GD. Net effects of current patterns of oral contraceptive use on potentially fatal outcomes in the United States. Society for Medical Decision Making, Phoenix, AZ, October 2012.

Stouder A, Melcher B, Morgan PA, **Moorman PG**, Lin L, Stem J. Satisfaction Guaranteed?  An Analysis of Lecturer Characteristics Associated with Physician Assistant Student Satisfaction. Physician Assistant Education Association Annual Education Forum, Seattle, WA, November 2012.

**Moorman PG.**  The African American Cancer Epidemiology Study (AACES).  Ovarian Cancer in Women of African Ancestry Emerging Consortium Meeting.  Bethesda, MD, April 2013.

**Moorman PG.**  Ovarian Cancer:  What You Need to Know.  Duke Cancer Institute, Cancer Awareness Workshop.  Durham, NC, May, August and October 2014.

**Moorman PG.**  Ovarian Cancer in African American Women:  The Challenges of Studying a Less Common

Cancer in a Minority Population.  Duke Cancer Institute Cancer Control and Population Sciences Seminar Series.  Durham, NC, July 2014.

## CONSULTANT APPOINTMENTS

National Institutes of Health, Center for Scientific Review
- Epidemiology and Disease Control Subcommittee 2 (EDC-2):  Oct. 2000, Feb. 2001
- Special Emphasis Panels: Nov. 2001, Mar. 2002, Nov. 2002, Nov. 2003, July 2004, Nov. 2004, June 2005, Mar. 2006, Nov. 2006, Mar. 2007, July 2007, Nov. 2008, June 2009, July 2009, July 2010, Oct. 2010, Sept. 2011, Dec. 2013, Mar. 2017, Nov. 2017
- Small Grants Program for Cancer Epidemiology: Nov. 2001, Mar. 2003, June 2016, Mar. 2017, June 2017, June 2018, Nov. 2018
- National Cancer Institute, Program Project Review: Jan. 2003, Aug. 2003, Dec. 2003.
- SPORE (Specialized Program of Research Excellence) Review: Breast Cancer Feb. 2005, Ovarian Cancer June 2008, Feb. 2009.

Centers for Disease Control and Prevention.  Defining the Public Health Research Agenda for Ovarian Cancer.  Invited panel participant.  Nov. 2008.

Susan G. Komen for the Cure, Study Section Chair for Post-Doctoral Fellowship in Risk and Prevention, 2010.

Susan G. Komen Breast Cancer Foundation, Study Section Chair for Risk, Prevention and Epidemiology, Member of Programmatic Review Committee, 2005 – 2007.

Susan G. Komen for the Cure/Susan G. Komen Breast Cancer Foundation, Scientific Reviewer, 2003 - 2011.

Department of Defense Breast Cancer Research Program Scientific Peer Review, 1998, 2005, 2007, 2008, 2009, 2013.

Department of Defense Breast Cancer Research Program, Study Section Chair for Training - Epidemiology and Prevention, 2013.

Department of Defense Ovarian Cancer Research Program Scientific Peer Review, 2015, 2016.

Department of Defense Ovarian Cancer Research Program, Study Section Chair for Investigator Initiated Research II, 2018.

National Cancer Institute, Center for Global Health, Data Monitoring Committee for United States – Latin American Cancer Research Network, 2013

CODA, Inc., Research Triangle Park, NC.  IRB member, 2004.

National Institute of Environmental Health Sciences Special Emphasis Panel, Technical Evaluation of Support Services for Epidemiology, NIEHS Epidemiology Branch.  May 1998.

## PROFESSIONAL AWARDS AND SPECIAL RECOGNITIONS

Honorary Physician Assistant, Duke University Medical Center Physician Assistant Program - 2018

Certificate of Appreciation, Duke University Medical Center Physician Assistant Program – 2008

Delta Omega, Public Health Honorary – 1994

*The Endocrinologist*, Editorial Prize for Volume II – 1993

Research Service Award, National Cancer Institute - 1988-91

Edward E. Smissman Award for Medicinal Chemistry, University of Kansas – 1980

Walter F. Enz Award for Pharmaceutical Chemistry, University of Kansas – 1980

Watkins-Berger Scholarship, University of Kansas - 1975-1980

State of Kansas Scholarship, University of Kansas - 1976-1980

## ORGANIZATIONS AND PARTICIPATION

University of North Carolina School of Public Health Alumni Association, Epidemiology Section President, 2001-2002.

Society for Epidemiologic Research

American Pharmaceutical Association

## TEACHING RESPONSIBILITIES

### Courses Taught

Evidence Based Medicine-I, Duke University, Department of Community and Family Medicine, Physician Assistant program.   Primary instructor, 2004-2017.

Evidence Based Medicine-II, Duke University, Department of Community and Family Medicine, Physician Assistant program.  Co-Instructor, 2003-2018.

Evidence Based Medicine-I, Duke University, Department of Community and Family Medicine, Physician Assistant program.  Lecturer and seminar instructor, 2003.

Epidemiology and Research Methods (PAP 255), Duke University, Department of Community and Family Medicine, Physician Assistant program.  Seminar instructor, 2001-2002.

Epidemiology of Cancer (CDE 532B), Yale University, Department of Epidemiology and Public Health. Course director, 1997-2000.

Co-developer of departmental Master's Comprehensive Examination, University of North Carolina-Chapel Hill, Department of Epidemiology, 1995-1996.

Cancer Epidemiology (EPID 233), University of North Carolina-Chapel Hill, Department of Epidemiology, Teaching Assistant, 1992-1993.

Principles of Epidemiology (EPID 160), University of North Carolina-Chapel Hill, Department of Epidemiology, Teaching Assistant, 1990.

### Student Mentoring

Helena Furberg, MSPH, University of North Carolina, 1996, Committee Member

Pamela M. Marcus, PhD, University of North Carolina, 1997, Committee Member

Stella Chang, MPH, Yale University, 1997, Committee Member

Mary Riciutti, MPH, Yale University, 1999, Committee Chair

Edward A. Lew, MPH, Yale University, 1999, Committee Member

Shelley Goodstine, MPH, Yale University, 1999, Committee Member

Rupal Desai, MPH, Yale University, 1999, Committee Member

Pei-Yu Lin, MPH, Yale University, 2000, Committee Chair

Lisa Calvocoressi, Ph.D., Yale University, 2003, Dissertation Reader

Rebecca Cleveland, Ph.D., University of North Carolina, 2003, Committee Member

Leah Sansbury, Ph.D., University of North Carolina, 2004, Committee Member

Sumitra Shantakumar White, Ph.D., University of North Carolina, 2006, Committee Member

Katrina Trivers, Ph.D., University of North Carolina, 2006, Committee Member

Amy Dailey, Ph.D., Yale University, 2006, Dissertation Reader

Enid Rivera, M.D., Duke University, 2008, 3rd year Medical Student Preceptor

Alexis Gaines, Duke University, 2013, Master's Committee Member

Chioma Erondu, Duke University, 2013-14, 3rd year Medical Student Preceptor

Tolulope Teniola, Duke University 2016-17, 3rd year Medical Student Preceptor

Tengteng Wang, University of North Carolina, 2018, Committee Member


**COMMITTEES AND SERVICE**

Standing Committee on Misconduct in Research, Duke University School of Medicine, 2017-present

Senior Faculty Advisory Committee, Office for Research Mentoring, Duke University School of Medicine, 2016-present

Academy of Mentors, Office of Faculty Mentoring, Duke University School of Medicine, 2014-16

Society for Epidemiologic Research.  Reviewer for Tyroler and Lilienfeld Prize Papers, 2015

Appointments, Promotions and Tenure Committee, Department of Community and Family Medicine, Duke University Medical Center.  Committee Member, 2008-2018

Quality Assurance Sub-Committee for Clinical Research Units, Duke University Medical Center, Committee Chair, 2013-2014

Quality Assurance Sub-Committee for Clinical Research Units (formerly Site-based Research Units), Duke University Medical Center, Committee Member, 2011-2013

Path to Independence Faculty Mentoring Program, Duke University School of Medicine, Peer Reviewer, 2012-2018

Society for Epidemiologic Research.  Abstract reviewer for annual meeting, 2011

Cancer Prevention, Detection and Control Research Program, Duke University Medical Center, Cancer Control Pilot Study application reviewer,  2010, 2011

Executive Council, Department of Community and Family Medicine, Duke University Medical Center 2009-present

Education Committee, Department of Community and Family Medicine, Duke University Medical Center, 2009-2017

Faculty Search Committee, Cancer Prevention, Detection and Control Research Program, 2010

Duke Cancer Institute, Editorial Advisory Committee Member, 2010-2011

Duke Comprehensive Cancer Center Annual Meeting, Judge for poster presentations, 2009

Director Search Committee, Cancer Prevention, Detection and Control Research Program, 2009

Partners Allied in Research (PAIR) Pilot Grant application reviewer, Cancer Prevention, Detection and Control Research Program, 2005

**Editorial Reviewer**

American Journal of Epidemiology

Annals of Epidemiology

Archives of Gynecology and Obstetrics

Breast Cancer Research and Treatment

Breast Diseases

British Medical Journal-Cancer

Cancer

Cancer Biomarkers

Cancer Causes and Control

Cancer Epidemiology Biomarkers and Prevention

Cancer Research

Clinical Breast Cancer

Epidemiology

Ethnicity and Disease

Gynecologic Oncology

International Journal of Cancer

International Journal of Epidemiology

JAMA

Journal of Community Development

Journal of the National Cancer Institute

J of the Women's American Medical Assn

Journal of Women's Health

Lancet

Lancet Oncology

Nutrition and Cancer

Pharmacogenomics

Public Health Nutrition

Trends in Molecular Medicine

Women and Health

## CURRENT RESEARCH

Epidemiology of breast and ovarian cancer

Ovarian function after hysterectomy

Racial differences in disease risk and outcomes

Medication use and cancer risk

Etiologic factors for uterine fibroids

## EXTERNAL SUPPORT - PAST

| Principal Investigator | % effort | Title of Project and Funding Source | Total Costs | Duration |
|---|---|---|---|---|
| Barbara Hulka | 25% | High-Density Lipoprotein Cholesterol and Breast Cancer, National Cancer Institute, R03, Supported dissertation research | $72,234 | 1992 – 1993 |

| | | | | |
|---|---|---|---|---|
| Beth Newman | 100% | Carolina Breast Cancer Study, Project 2 SPORE in Breast Cancer, National Cancer Institute, P50. | $1,275,000 | 1992 – 1995 |
| Beth Newman | 50% | Carolina Breast Cancer Study, Project 2 SPORE in Breast Cancer, National Cancer Institute, P50. | $2,511,146 | 1995 - 1996 |
| Patricia Moorman | 50% | Medication Use and Breast Cancer in a Bi-racial Population, National Cancer Institute, R29-FIRST Award. | $498,302 | 1996 – 2002 |
| Patricia Moorman | 0% | Carolina Breast Cancer Study Participant Symposium, North Carolina Division of American Cancer Society Small Grant. | $2500 | 1997 |
| Patricia Moorman | 0% | Carolina Breast Cancer Study Participant Symposium, Susan G. Komen Breast Cancer Foundation Small Grant. | $5000 | 1997 |
| Joellen Schildkraut | 10% | Carolina Georgia Center, Cancer Genetics Network, National Cancer Institute, U-24. | $4,028,129 | 2002 – 2004 |
| Patricia Moorman | 0% | Non-steroidal Anti-Inflammatory Drugs and Breast Cancer: A Study of Gene-Environment Interactions among African-American and White Women, Minority Serving Institution Partnership Grant, Pilot Funds. | $28,040 | 2003 – 2004 |
| Celette Skinner | 5% | Partnerships to Eliminate Disparities in Cancer Outcomes and Research, National Cancer Institute, National Cancer Institute. | $517,743 | 2002 – 2006 |
| Patricia Moorman | 0% | Diversity Supplement to RO1 AG020162 Ovarian Failure Among Hysterectomized Women, National Institute on Aging (Note: Grant was awarded but post-doc accepted another position.) | $169,720 | 2006 |
| Andrew Berchuck | 5% | Biological Basis for Chemoprevention of Ovarian Cancer, Department of Defense. | $824,000 | 2002 – 2007 |
| Stephen Freedland | 5% | Weight Loss and Gain and Cancer Free Survival after Radical Prostatectomy in a Multiethnic Cohort. Prostate Cancer Foundation. | $100,000 | 2007-2009 |
| Joellen Schildkraut | 10% | Genetic Modifiers of BRCA1 and BRCA2, Project 3 SPORE in Breast Cancer. National Cancer Institute. | $1,795,862 | 2003 – 2009 |
| Joellen Schildkraut | 10% | Molecular Epidemiology of Ovarian Cancer. National Cancer Institute. | $3,750,000 | 2003 – 2010 |

| Patricia Moorman | 40% | Ovarian Failure among Hysterectomized Women. National Institute on Aging. | $3,781,480 | 2003 - 2010 |
|---|---|---|---|---|
| Patricia Moorman (Sub-contract PI) | 3% | Cancer Genetics Network. National Cancer Institute. | ~$25,000 | 2010 – 2012 |
| Laura Havrilesky | 15% | Oral Contraceptive Use for the Primary Prevention of Ovarian Cancer. Agency for Healthcare Research and Quality | $486,476 | 2010 - 2012 |
| Jeffrey Marks | 5% | Atlantic Breast and Gynecologic Clinical Validation Center. National Cancer Institute | >$1,500,000 | 2010 - 2013 |
| Cathrine Hoyo | 5% | Disparities in Cervical Cancer Precursors and Deregulation of Imprinted Genes National Cancer Institute | ~$200,000 | 2012 – 2013 |
| Emanuel Trabuco (Moorman, Duke PI) | 2% | Anti-Müllerian Hormone as a Marker of Ovarian Reserve in Women with and without Hysterectomy. Mayo Clinic Internal Funds | $100,000 | 2012 – 2013 |
| Evan Myers | 10% | Systematic Review of Cancer Screening Literature for Updating American Cancer Society Breast Cancer Screening Guidelines American Cancer Society | ~$400,000 | 2013 - 2014 |
| Joellen Schildkraut | 9% | Cancer Education and Career Development Training Grant. National Cancer Institute | ~$1,400,000 | 2009 – 2014 |
| Patricia Moorman (Sub-contract PI) | 5% | Rare Cancer Genetics Network National Cancer Institute | ~$240,000 | 2010 – 2016 |
| Joellen Schildkraut (Moorman, co-PI) | 20% | Epidemiology of Ovarian Cancer in African American Women National Cancer Institute | ~$12,000,000 | 2010 – 2017 |
| Gillian Sanders | 10% | Management of Infertility Evidence-Based Practice Center | | 2015-2016 |
| Gillian Sanders | 10% | Management of Labor Dystocia Evidence-Based Practice Center | | 2016 |
| Gillian Sanders | 15% | Office of Women's Health – Topic Development Evidence-Based Practice Center | | 2016 |
| Evan Myers | 5% | Comparing Management Options for Management: Patient-centered Results for Uterine Fibroids (COMPARE-UF) PCORI | ~$19,000,000 | 2014 – 2018 |

**EXTERNAL SUPPORT - CURRENT**

| Principal Investigator | % effort | Title of Project and Funding Source | Total Costs | Duration |
|---|---|---|---|---|
| Joellen Schildkraut (Moorman, sub-contract PI) | 13% | Exploring Factors Related to Racial Disparities in Ovarian Cancer Incidence and Survival:  The OCWAA (Ovarian Cancer in Women of African Ancestry) Consortium National Cancer Institute | ~$450,000 | 2017 - 2021 |

**PERSONAL INFORMATION**

**Work address:**  DUMC Box 2715, 2424 Erwin Road, Suite 602, Durham, NC 27705

**Work phone #:**  (919) 681-4557

**E-mail address:**  patricia.moorman@duke.edu

**Home address:**  3 Skipwith Court,  Durham, NC 27707

**Home phone #:**  (919) 419-9301

**Marital status:**  Married

**Spouse's name:**  Allan R. Moorman, Ph.D.

Exhibit 22

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO ALL CASES* | MDL NO. 16-2738 (FLW) (LHG) |

**RULE 26 EXPERT REPORT OF**
**ANNE MCTIERNAN, MD, PHD**

Date:   November 16, 2018

Anne McTiernan, MD, PhD

## Table of Contents

Mandate...................................................................................................................................3

Credentials, Expertise, and Experience.................................................................................3

Overall Approach ....................................................................................................................7

Executive Summary.................................................................................................................8

The Science of Epidemiology ................................................................................................10

    Terminology in Epidemiological Studies .........................................................................11

Types of Epidemiologic Studies on Ovarian Cancer and Exposure to Talcum Powder Products .............18

    Critical Components to Both Case-control and Cohort Studies........................................18

    Case-control Studies .........................................................................................................19

    Cohort Studies...................................................................................................................20

    Meta-analyses...................................................................................................................21

Possible Sources of Bias in Epidemiologic Studies Reviewed ............................................22

Causal Inference in Epidemiology ........................................................................................25

Methods Used for this Review...............................................................................................30

Epidemiologic Evidence on the Association between Talcum Powder Products Use and Ovarian Cancer Risk ...............................................................................................................31

    Case-control Studies .........................................................................................................31

    Prospective Cohort Studies...............................................................................................42

    Meta-Analyses and Pooled Analyses ..............................................................................48

Asbestos, Fibrous Talc, and Heavy Metals in Talcum Powder Products.............................56

Biological Mechanisms...........................................................................................................58

    Evidence of Migration of Talcum Powder Products (Talc, Asbestos, Other Minerals) to the Ovary and Fallopian Tubes ........................................................................................58

    Inflammation in the Causal Pathway between Talcum Powder Product Use and Ovarian Cancer Development.........................................................................................................59

    Additional Evidence of Biological Mechanisms ..............................................................60

Summary of Findings: Weight of the Evidence/Bradford Hill Analysis .............................63

CONCLUSION..........................................................................................................................68

Tables: Epidemiological Studies of Talcum Powder Product Use and Risk of Ovarian Cancer..................69

    Table 1: Case-Control Studies ..........................................................................................69

    Table 2: Prospective Cohort Studies ................................................................................73

1

Table 3: Meta-analyses ................................................................................................... 75

Table 4: Pooled Analysis .............................................................................................. 77

References ...................................................................................................................... 78

Additional Materials and Data Considered .................................................................... 84

## Mandate

I have been retained to review the current state of the scientific literature regarding talcum powder products and opine on whether those products cause ovarian cancer. When I refer to talc or talcum powder products in this report, I am referring to commercially available talcum powder products and all constituent elements contained within. All my opinions in this report are based upon a reasonable degree of scientific and medical certainty. My time is billed at $450 per hour for the literature review and preparation of this report. I have not previously provided expert testimony in legal cases.

## Credentials, Expertise, and Experience

I am a Full Member at the Fred Hutchinson Cancer Research Center in Seattle, Washington, Division of Public Health Sciences, Program in Epidemiology. I am also a Full Research Professor at the University of Washington School of Public Health, Department of Epidemiology, and the University of Washington School of Medicine, Department of Medicine, Division of Geriatrics. I am an elected member of the American College of Epidemiology, the Obesity Society, and the American College of Sports Medicine. From 2002-2012, I directed the Fred Hutchinson Cancer Research Center's Prevention Center.

I have received several prestigious awards for my research work including: the American College of Sports Medicine Wolffe Lecture, 2018,  the American College of Sports Medicine Citation Award, 2012; the McDougall Mentoring Award, Fred Hutchinson Cancer Research Center, 2011; Komen for the Cure Scientific Advisory Council/Komen Scholars, 2010-2012; the University of Washington Roger E. Moe Award for Translational Research 2009; and the Joan P. Liman MD Award, Recipient, New York Medical College, 1989.

I received my PhD in Epidemiology in 1982 from the University of Washington, and my MD degree in 1989 from New York Medical College. I completed Internal Medicine residency training from the University of Washington in 1992. For the past 25 years, I have focused on epidemiologic research, primarily in cancer and women's health. My research studies used the methodology employed in the talcum powder products and ovarian cancer studies, namely, case-control studies, cohort studies, and meta-analyses. In addition, I have had leadership positions for several randomized controlled trials

3

testing interventions to prevent cancer. I have published over 400 scientific manuscripts in peer-reviewed medical and scientific journals, have contributed to several academic texts, and have edited two academic texts.

I have held several leadership positions in scientific U.S. Government work. Most recently, I was a member of the 2018 U.S. Department of Health and Human Services Physical Activity Guidelines Advisory Committee and was a member of the 2008 U.S. Department of Health and Human Services Physical Activity Guidelines Advisory Committee. I served as chair of the Cancer subcommittees for both Committees. I have served on, or chaired, grant review panels for the U.S. Department of Defense Congressionally Directed Medical Research Programs and the National Institutes of Health, and serve as a program reviewer for NCI intramural epidemiologic research branches and for NCI comprehensive cancer centers.

I have served on editorial boards for the American Association for Cancer Research Cancer Prevention Journal, the Journal of Women's Health, and Medscape Women's Health. I have reviewed manuscripts for over a dozen prestigious journals including: JAMA, Journal of the National Cancer Society, Archives of Internal Medicine, American Journal of Epidemiology, Annals of Internal Medicine, European Journal of Cancer, British Journal of Cancer, Cancer Causes & Control, Cancer Epidemiology Biomarkers & Prevention, Annals of Epidemiology, Epidemiology, and Nutrition.

My research funding has been provided by the U.S. National Cancer Institute, the National Institutes of Health, the National Heart Lung & Blood Institute, Komen for the Cure, the Breast Cancer Research Foundation, National Cancer Institute Canada, and various pharmaceutical companies and other foundations. I have been Principal Investigator of several randomized clinical trials testing effects of various agents in relation to prevention of breast and other cancers, including exemestane, raloxifene, tamoxifen, aspirin, and vitamin D.  In addition, I have been Principal Investigator of four randomized clinical trials testing effects of weight loss and exercise on biomarkers of breast and other cancers. I am co-investigator of a pending National Cancer Institute funded trial testing the effect of exercise on quality of life in women with ovarian cancer.  I was Principal Investigator of the Seattle site of a prospective cohort study of 1100 breast cancer survivors that investigated associations of hormones, inflammation, diet, exercise, obesity, and breast cancer survival. I was Principal Investigator of a case-control study of thyroid cancer and hormones in women, and co-investigator of a case-control study of

4

breast cancer in men. I have published on data from other case-control studies including studies on breast cancer, pituitary tumors, melanoma, and colorectal adenomas. I have collaborated in several prospective cohort studies, resulting in lead, senior, and co-authorship of several epidemiologic manuscripts. These included the Women's Health Initiative Observational Study, the Tromso study, the Carotene and Retinol Efficacy Trial cohort, the VITAL cohort, and the Pancreatic Cancer Cohort Consortium.

While my major focus is in epidemiology of breast cancer, I have also published on ovarian cancer, on gynecologic cancers in general, and on women's cancers, as described below, as well as on colorectal, pancreas, melanoma, and prostate cancers. In my randomized clinical trials and prospective cohort studies, I have investigated the effects of weight loss and exercise on biomarkers of inflammation, which is highly relevant to the topic of this report, because inflammation may be one mechanism linking talcum powder products exposure and risk of ovarian cancer.

My international work in epidemiology has included work with the International Association for Research in Cancer (IARC), the World Cancer Research Fund, and the Norwegian Tromso and EBBA studies. For IARC, I chaired a working group on mechanisms for a monograph on obesity, physical activity, and cancer risk (IARC Handbook of Cancer Prevention 2002: Physical Activity and Weight Control, 2000-1). For the World Cancer Research Fund, I am a member of the advisory panel of experts that guides interpretation of meta-analyses and systematic reviews of nutrition, physical activity, obesity, and risk for many cancers including ovarian cancer (http://wcrf.org/sites/default/files/Ovarian-Cancer-2014-Report.pdf).

From 1992 to 1997, I was the Project Director for clinical work at the Women's Health Initiative Clinical Coordinating Center. I held this role from the inception of the Women's Health Initiative, and therefore directed all aspects of development and implementation of the three clinical trials and observational study. This included development of questionnaires and protocols. Of interest to ovarian cancer and talcum powder products, one of the Women's Health Initiative questionnaires includes questions about use of talcum powder products. Furthermore, ovarian cancer was one of the primary cancers included as an outcome in this study. As Project Director, I oversaw development of the protocol and procedures for ascertainment and adjudication of cancer outcomes, including ovarian cancer. When I stepped down as Project Director (to lead my own National Cancer Institute funded studies), I retained leadership of

5

the outcomes work for the Women's Health Initiative through 2005. This outcomes work entailed identifying cases of specific diseases such as cancer (including ovarian), collecting medical records, and classifying cases according to standardized criteria.

Although I have not personally conducted research on talcum powder products use and risk for ovarian cancer, I have published several manuscripts on gynecologic cancers, including prevention of ovarian cancer in women at high genetic risk, as well as effects of weight and exercise on risk for ovarian cancer and on survivorship in ovarian cancer patients.  In addition, I am co-investigator of a National Cancer Institute grant to test an exercise intervention on quality of life in women with ovarian cancer.

While my expertise is in the area of epidemiology, primarily in women's health and cancer research, I regularly consider the reports and studies from different scientific and medical fields including pathology, oncology, gynecology, physiology, molecular biology, and toxicology, and therefore, I have experience and expertise to consider evidence presented by experts in these fields, as I do when I prepare scientific manuscripts and grant proposals, when I review grants and manuscripts for government and private funding agencies, and when I do peer-reviewing for scientific and medical journals. Attached as Exhibit A to this report is a current copy of my curriculum vitae.

6

## Overall Approach

The foundation for this report is based upon my education, expertise, and years of experience in designing, conducting, and interpreting epidemiologic studies, as well as my medical training. I drew upon my years of experience with synthesizing and interpreting large numbers of epidemiologic studies for comprehensive reports including work for the U.S. government, the World Health Organization International Agency for Research on Cancer (IARC), and the World Cancer Research Fund. My opinions are based on the published epidemiologic evidence including original case-control and cohort studies, systematic reviews, meta-analyses, and pooled analyses on the topic of talcum powder products exposure and risk of ovarian cancer. In reviewing the epidemiologic literature, I used my experience as a researcher in evaluating study quality, and in determining evidence of association between talcum powder products and ovarian cancer in terms of estimated size of the effect and statistical significance. I drew upon my 36 years as a PhD-trained epidemiologist and 26 years as an MD-trained clinical scientist.

In developing my opinions in this report, I applied the same rigor and standards as I utilize in my academic and research work. In addition to my review of epidemiologic studies, I also considered and reviewed clinical, pathological, and biologic and mechanistic evidence regarding talcum powder product exposure and ovarian cancer development.

# Executive Summary

This review assessed relevant published epidemiologic evidence on the association between use of talcum powder products in the genital/perineal area and risk of developing epithelial ovarian cancer. My review, as discussed more fully in this report, included 38 publications in Medline referenced scientific journals. Of these papers, 28 presented data from case-control studies(1-28), 5 presented results from 3 cohort studies(29-33), 7 were meta-analyses of all epidemiologic studies up to a set date(11, 22, 34-38), and 1 was a pooled analysis of 8 case-control studies(39). All of these form the basis for the conclusions below. The meta-analyses, which included data summarized from all published case-control and cohort studies, consistently showed that ever use of talcum powder products in the genital/perineal area is associated with a statistically significant 22 - 31% increased risk of developing epithelial ovarian cancer overall compared with never-users. Further, the meta-analyses found a statistically significant 24 – 32% increased risk of developing serous ovarian cancer—the most common subtype of epithelial ovarian cancer—in women who had ever used talcum powder products compared with never-users. The pooled analysis, which included data from 5 previously published and 3 unpublished case-control studies, found similar statistically significant increased risks for overall epithelial ovarian cancer and serous ovarian cancer (24%). The two most recent meta-analyses, and the pooled analysis, found evidence of relationships between increasing amount of exposure to talcum powder products in the perineal/genital area (including frequency, years of use, and estimates of lifetime applications) and increased risk of developing epithelial ovarian cancer (i.e., dose-response relationships).

Published laboratory and clinical studies on talc exposure and ovarian carcinogenesis have shown that in humans, talc can migrate from the perineum to the ovaries and that it can cause an inflammatory response. Elevated levels of biomarkers of inflammation (such as cytokines), as well as oxidative stress, provide biologically plausible pathways by which talcum powder product exposure can induce neoplastic transformation and result in ovarian cancer.

Given the frequency with which asbestos, a known carcinogen has been found in cosmetic and personal-use talc products, I reviewed the literature on the epidemiology of asbestos and risk of ovarian cancer. Due to the presence of not only asbestos but fibrous talc, heavy metals, and fragrance, I also reviewed literature on the carcinogenic properties of these constituents. IARC noted in its 2012 report that a causal association between exposure to asbestos and cancer of the ovary was clearly established.(40,

8

41) IARC has classified asbestos and talc containing asbestiform fibers grown in an asbestiform habit as Class 1 carcinogens(40, 42). Talc fibers grown in an asbestiform habit are often referred to as "fibrous talc." The elongated features of fibrous talc have many of the carcinogenic properties of asbestos that are known to cause an inflammatory process.(40) The additional chemicals present in talcum powder products discussed above were also classified by IARC to be carcinogenic(40), contributing to the biologically plausible mechanisms to explain the carcinogenic effects of talcum powder products.

The epidemiologic evidence in total, along with the biological and pathological evidence, fits virtually all of the Bradford Hill aspects of causation(43), namely: strength, consistency across populations, temporality, biologic gradient (dose-response), plausibility, coherence, and analogy. The weight of the evidence related to genital use of talcum powder products and ovarian cancer development demonstrates a consistent increased risk. There are many instances in which relative risks less than 1.5 are widely accepted within the scientific community as being causative and have strong public health and clinical ramifications, as I point out in the report. Given the high prevalence of use of talcum powder products (as much as half of women in some studies), a relative risk/odds ratio in the range observed in these studies can have profound effects on clinical events and public health.

In my opinion, as an epidemiologist and physician, stated to a reasonable degree of medical and scientific certainty, use of talcum powder products, including Johnson & Johnson Baby Powder and Shower to Shower, in the genital/perineal area can cause ovarian cancer. I base this opinion on the statistically significant elevated risk estimates (relative risk, odds ratios) seen when the epidemiologic data are combined, the pathological evidence, the consistency of results across geographic areas and in different race/ethnic groups, the evidence of a positive dose-response effect, and the plausible biological mechanisms.

9

## The Science of Epidemiology

Epidemiology is the science of diseases in human populations. Epidemiologists study patterns of disease occurrence to determine causes of the disease of interest, with an aim of finding ways to prevent the disease from occurring.  Epidemiological research describes and seeks to explain the distribution of health and disease within human populations. Its methods are based mainly on comparative observations made at the level of individuals within populations. This type of investigation is known as observational. By relating differences in circumstances and behavior to differences in the incidence of disease, associations are identified that may or may not be causal.

In epidemiological studies, an 'exposure' is a factor or condition that may or may not influence the risk of disease. For assessing effects of some exposures, epidemiologists may employ randomized controlled clinical trials, but for exposures that have possible adverse effects with little known benefit, such studies would be unethical. For example, the effects of vitamin supplements have been tested in large-scale clinical trials to determine effects on risk for several cancers. This was considered ethical because the expectation was that the vitamin supplements could have benefit, and were unlikely to have risk, for study participants.  For toxicological exposures, however, with little expectation of benefit to offset possible adverse effects, observational studies will usually be the only available epidemiological evidence.

Much public health knowledge derives from epidemiological studies. For example, observational epidemiological studies show us that individuals who drink excessive amounts of alcohol have a high risk for developing liver failure and other diseases. Such studies have shown that persons with obesity have a high risk for developing diabetes and that smokers have high risk for developing lung cancer. Similarly, the effects of toxic agents on risk for several diseases have been identified through observational epidemiological studies. Examples include the effect of lead paint on cognitive development in children; the effect of radium exposure on bone health, blood abnormalities, and cancers; and the effect of second hand smoke on risk for lung cancer in nonsmokers.

10

The associations between talcum powder product use and risk for ovarian cancer have been studied only in two types of epidemiologic studies—case-control and cohort—and therefore this description of epidemiologic methodology below is limited to those types of studies.

## Terminology in Epidemiological Studies

**Disease incidence**:  The incidence of a disease is the number of new cases that occur. An incidence rate is the number of new cases that occur per number of persons over an interval of time. Typically, for cancer, incidence rates per 100,000 individuals per year are determined. The incidence rate for ovarian cancer in the U.S. is approximately 11.7/100,000 women/year (https://seer.cancer.gov/statfacts/html/ovary.html).

**Risk**: The risk of a disease refers to likelihood of its occurrence. In epidemiological studies, risk is usually used in relative terms, that is, the risk of developing cancer in one group versus the risk in another group. In cancer epidemiology, the risk almost exclusively refers to risk of incident cancer, that is, risk of a new cancer occurrence.

**Risk factor**: The World Health Organization defines a risk factor as any attribute, characteristic or exposure of an individual that increases the likelihood of developing a disease or injury (http://www.who.int/topics/risk_factors/en/). Risk factors can be inherent, such as sex, age, and genetics; lifestyle-related such as diet, physical activity, or smoking; health related such as menstrual factors, reproductive history, or history of infectious diseases; toxic exposures such as minerals, metals, chemicals, or radiation; or medical, such as use of particular medications.

**Exposures**: In epidemiological studies, an 'exposure' is a factor or condition that may increase or decrease the risk of disease. In this report, use of talcum powder products is the 'exposure' investigated. Self-reporting of exposure could result in incomplete information. Some women may over-report use of personal products, while others may not recall whether they used the products, how often or at what quantity they used them, or for how long they continued using them. Studies in which participants are queried by trained interviewers may be able to obtain information in greater detail than when participants complete questions on a form.(44) However, women may be reluctant to relay sensitive personal information to an interviewer as opposed to a self-administered form.(44) This type of

11

systematic bias, however, would underestimate the relative risk, suggesting that effects of talcum powder product use in the perineal area may be stronger than reported in epidemiologic studies.

**Association**: Epidemiologists use the term association to describe how a disease occurrence varies as a result of the effect of an exposure. A positive association indicates that the exposure increases risk of the outcome; a negative association indicates that the exposure decreases risk of the outcome.

**Etiology**: The etiology is the cause or origin of a disease or condition.

**Multi-factorial etiology**: Very few cancers occur as a result of only one cause. Most, on the other hand, have several likely causes, each with different levels of effect. The most common risk factor for cancer is age, as older persons have increased risk for developing most of the common cancers. So, even though certain human papilloma viruses increase risk for head and neck cancers, their effect is most often seen with increasing age despite individuals acquiring the virus at a young age. For some cancers, exposures add to the effects of other exposures, or even multiply their effects. For example, both smoking and alcohol use increase risk for squamous cell carcinoma of the esophagus, but individuals who both smoke and drink have a risk of this cancer that is greater than what would be expected by adding the effects of the two exposures.

**Latency period**: The length of time between when a person is exposed to a causal agent and when their cancer is first diagnosed is called the latent period. This period is typically years to decades. For exposures that continue over time, it may not be possible to determine the latency period of that cancer.

**Relative risk, odds ratio, and hazard ratio**: The strength of a relationship between an exposure and the occurrence of disease is commonly expressed in terms of relative risk. In cohort studies, relative risk is the ratio of risk (or incidence) of a disease among people with an exposure to that among people without that exposure. In cohort studies, the hazard ratio can be used, and is the chance of an event occurring in one group (exposed) divided by the chance of the event occurring in another group (non-exposed). In case-control studies, the odds ratio is used, which is the ratio of the odds of exposure among cases to the odds of exposure among controls. Relative risks, odds ratios, and hazard ratios

12

above 1.0 indicate an increased risk, while those below 1.0 imply a protective effect. Therefore, a relative risk of 1.3 represents a 30% increased risk.

**Statistical analyses**: Epidemiologists use several types of statistical analyses to determine the size and significance of relationships among variables in sets of data. The most common in observational studies are the relative risk, odds ratio, and hazard ratio. These estimates are based on individual studies, or on meta-analyses, which are based on data from multiple studies. To determine the likelihood of these being true estimates of risk, rather than just occurring by chance, epidemiologists determine the statistical significance. For the relative risk, odds ratio, and hazard ratio, we calculate a confidence interval (CI), which shows the range of values that the true risk estimate likely represents. Most commonly, we use 95% CI, which means we are 95% sure that a true relative risk or odds ratio lies within that interval of numbers. If a confidence interval includes the number 1.0, then we say the association between the exposure and the disease could be null. Some epidemiologists consider a CI that has 1.0 at one end of the range to be of "marginal statistical significance." A similar statistic is the p-value, which estimates how likely the observed association is likely due to chance. Epidemiologists often consider a p-value less than or equal to 0.05 as "statistically significant," and often describe p-values between 0.05 and 0.09 as "marginally statistically significant." However, the term just refers to the likelihood of a chance finding.

Both confidence intervals and p-values depend largely on the size of the population studied.  If a relative risk/odds ratio indicates an effect that is consistent across studies, or that is large, we are less likely to reject the likelihood of true association, even if the confidence interval includes 1.0 or if the p-value is greater than 0.05.

**Sample size:** Because development of cancer can be a random event, epidemiologists strive to determine whether an association between an exposure and disease could have occurred by chance. If the study is designed appropriately, the chance of random-ness explaining observed associations is lessened. The number of cases of cancer within the study is a critical element to determining likelihood of causality.

**Standardized incidence ratio and standardized mortality ratio**: In some epidemiologic studies, only highly exposed persons are available for study. This is a common occurrence in studies of occupations with high levels of exposures to carcinogens, such as asbestos. Researchers typically then compare the incidence (or mortality) in the exposed cohort with the general population from which the exposed cohort is drawn. The standardized incidence ratio compares the actual versus expected number of cases of a disease, using the population data to determine expected numbers. Similarly, the standardized mortality ratio compares actual versus expected numbers of cause-specific or overall deaths. The standardized incidence ratio and standardized mortality ratio are similar to relative risks, and 95% confidence intervals are often presented.

**Dose-response**: "Dose response" began as a medical concept where it denotes a change in the effect of a medication or treatment according to the dose used. This concept can be applied to any exposure, including potentially toxic agents such as talcum powder products.  The demonstration of a biological gradient adds weight to evidence that an exposure may be causal.

Dose response effects may be linear, where an increase in the exposure increases risk of disease at each level of increase in the exposure. A common example is the relationship between average packs/day and years of cigarette smoking and risk for lung cancer. Alternatively, there may be a 'threshold' below which there is no effect seen, but above which there is an effect.  An example is the association between exposure to menopausal hormone therapy; use for short periods has little effect on risk of breast cancer, but risk consistently increases for five years' or longer use.

Alternatively, the effect may be to influence risk one way at both low and high levels of exposure, but the other way at intermediate levels of exposure, shown as 'J'- or 'U'-shaped curves. In such cases, the exposure is evidently beneficial or harmful only within certain ranges. For example, intake of alcohol at small amounts has been related in some studies to lower risk of cardiovascular disease, whereas heavy intake increases risk.

Some exposures that are continuous variables are often reported in discrete categories. Although this is done for statistical reasons and can make effects easier to detect, the number and location of category boundaries may obscure the true relationship between exposure and the outcome, and non-linear effects of exposure may be missed if inappropriate categories are used.

**Bias**: A systematic error in the design, recruitment, data collection or analysis that results in a mistaken estimation of the true effect of the exposure and the outcome.

**Confounding**: This type of bias occurs when a third variable interferes with a true relationship between an exposure and an outcome. A confounding variable is one that is related to the risk of disease and to the exposure. It is not by itself a cause of the disease and does not lie in the pathway between the exposure and disease. A classic example is that individuals who report carrying matches in their pockets are more likely to develop lung cancer than individuals who do not carry matches. However, the true relationship is between smoking and lung cancer. Smokers are more likely to carry matches, and it is the smoking that is the true cause. The epidemiologic studies reviewed for this report all adjusted for potential confounding factors.

**Effect modification**: In some persons, an exposure increases risk of disease while in others it has no effect or has a smaller effect. This is called effect modification. An example is that obesity has a larger effect on risk for colon cancer in men than in women.

**Generalizability**: The goal for epidemiologic research is to identify causes of disease that can be applicable to all populations. Most modern-day case-control studies attempt to do this by conducting population-based studies. That is, they identify all cases of a cancer occurring in a population and attempt to interview as many of those cases as possible. They also identify a similar sample of persons from the same population who do not have cancer and attempt to interview as many of those as possible. Many of the case-control studies of talcum powder products identified cases through population-based cancer registries, which register almost 100% of cases of cancer occurring in the population served by the registry. These population-based studies are better able to produce results that are generalizable to the whole population.  Hospital-based case-control studies of ovarian cancer include all cases of the cancer that present to a hospital and compare them to a comparable group of hospitalized patients without cancer. While the comparisons between cases and controls can be valid, the generalizability of the results to the population can be low if patients from the recruiting hospital differ from the population as a whole.

15

Generalizability can be more of an issue for cohort studies, depending on how the study participants were recruited. Three cohort studies have reported on talcum powder product use and ovarian cancer risk. The Women's Health Initiative recruited from the general population of postmenopausal women from 40 clinical centers around the U.S. The rate of response was only around 1-2%, however, and therefore the cohort is unlikely to represent the population of American postmenopausal women. The Nurses' Health Study recruited nurses from around the U.S. Their rate of response was higher than for the Women's Health Initiative, but they are all nurses, and therefore have different health knowledge, income, and socioeconomic status compared with the general U.S. population. The Sisters' Study recruited from the general population, targeting women who had at least one sister with breast cancer. The responding participants therefore represent only women with a family history of breast cancer, and given their self-selection, likely differ from the general population in vulnerability to cancer and other characteristics.

**Exposure measurement**: Defining whether a person is exposed to a potentially causal agent is critical to the science of epidemiology. For many exposures, we must rely on what the individual can tell us about their health habits, lifestyle, work history, and use of products and medications. Recall of these variables can be challenging. Epidemiologists, therefore, often have interviewers use tools to jog participants' memories, such as anchoring around particular ages and life events. The most thorough case-control studies queried about both frequency and duration of use of talcum powder products, as well as brand and type of product, and areas of exposure (e.g., perineal, sanitary napkin, other body areas, diaphragm, etc.) The ascertainment of use of talcum powder products is difficult, especially in determining dose of exposure, because women may have been using powders without being aware of what the product contained. Furthermore, information on the variable contents of talcum powder products (talc, fibrous talc, asbestos, other metals, fragrance) was not available to the scientists conducting the epidemiologic studies. While many epidemiologic case-control studies of talcum powder products and ovarian cancer risk asked women for brand names and dates of use, and analyzed data separately by likely powder contents, these analyses will not have been able to identify the various constituents of talcum powder products.

The Women's Health Initiative asked about duration of use of talcum powder products but did not ask about frequency of use.(29) The Nurses' Health Study asked about frequency of use but did not query regarding duration of use.(31) The Sisters' Study asked participants about use of talcum powder

16

products in the 12 months before study enrollment, and the frequency of use.(30) None of the cohorts, therefore was able to estimate total lifetime dose of talcum powder product exposure. As described below, under-reporting of exposures will underestimate a true relative risk.(45) Therefore, the estimated relative risks in studies that looked at effects of talcum powder product use and risk of ovarian cancer may be under-estimates.

**Diagnosis and classification of disease outcome:** "Outcome" refer to the disease or health condition of interest; in this report, any type of epithelial ovarian cancer is the outcome. In some reports, cancers of the fallopian tubes and peritoneum are combined with epithelial ovarian cancer, as they are believed to be the same biological process and are treated the same as ovarian cancer with surgery and chemotherapy (https://www.cancer.gov/types/ovarian/hp/ovarian-epithelial-treatment-pdq).

Determination of outcomes (sometimes called "events") is a critical part of epidemiologic research. If cases of a disease are over- or under-counted, results of exposure-disease associations will be skewed. If the source of cases differs from the source of controls, comparisons between cases and controls may be biased. In case-control studies, researchers try to include all cases that were newly diagnosed with the disease in a defined population within a set period. Population-based cancer studies often identify cases through population-based cancer registries. Hospital-based studies, conversely, identify cases that were newly diagnosed in one or more hospitals. Whichever method is used, researchers try to include and interview as high a proportion as possible of identified cases, to reduce chances of biased results.

For epidemiologic studies of cancer, it is important to identify, at the minimum, the type of cancer, stage of cancer at diagnosis, and subtype of cancer. Using pathologists' reports from medical records, trained coders classify patients into the correct categories depending on the pathology and other medical records. There are several different subtypes of cancer of the ovary. Over 90% originate in epithelial tissues and are called "epithelial ovarian cancers." The remaining 10% originate in other ovarian tissues (germ cell or sex-cord stromal). Of the epithelial ovarian cancers, approximately 70% are serous, 10% are endometrioid, 12% are clear cell, 3% are mucinous, 1% are Malignant Brenner, and the remaining are mixed histologies.(46) Epithelial ovarian cancer may be invasive or borderline. Only epithelial ovarian cancer has been studied in relation to use of talcum powder products. Therefore, in this report, "ovarian cancer" refers to "epithelial ovarian cancer."

17

# Types of Epidemiologic Studies on Ovarian Cancer and Exposure to Talcum Powder Products

Epidemiologists have assessed the relationships between use of talcum powder products and risk of ovarian cancer development, using several types of epidemiologic studies. The studies with the greatest number of cases of ovarian cancer used case-control designs. Most of these were designed specifically to address use of talcum powder products as a potential cause of ovarian cancer. Three cohort studies have also reported on associations between talcum powder product use and risk of ovarian cancer. These cohort studies were designed to test hypotheses relating hundreds of exposures to scores of disease outcomes including common cancers, cardiovascular disease, cerebrovascular disease, musculoskeletal diseases, and others.  Finally, after several epidemiologic studies were published, researchers combined data from these studies using either meta-analyses or a pooled analysis. The pooled analysis also included data from previously unpublished studies, and therefore provide additional information beyond just summarizing results of published studies. All of these studies contribute to the science of the epidemiologic evidence relating use of talcum powder products to risk of ovarian cancer development. The totality of evidence on the causal effect of talcum powder product use on ovarian cancer development relies on data from epidemiologic studies, pathological evidence of migration to the ovaries of talc and other contents of talcum powder products (such as asbestos), and laboratory evidence.

## Critical Components to Both Case-control and Cohort Studies

1) The accurate and complete ascertainment of cases. In case-control studies, this means that all cases of ovarian cancer should be identified in a given population and as high percent of them should be included in the study as possible. The controls should be free of ovarian cancer and should be as similar as possible to the cases except for the exposure under study. In cohort studies, this means that all individuals should be followed over time to determine how many did or did not develop ovarian cancer. For both types of studies, cases should be confirmed by medical record and pathological report review.

2) Precise determination of exposure. In both case-control and cohort studies, both cases and non-cases should have completed questionnaires about their current and past history of use of talcum powder products, including how often they used the products, when they began use, and number of years used.

18

In case-control studies, this is often done with the help of a trained interviewer. In cohort studies, which typically involve larger numbers of participants because only a small fraction will go on to develop specific diseases, questionnaires are usually self-administered without the assistance of an interviewer. In cohort studies, exposures should be updated after the baseline assessments, to ensure that changes in exposure can be captured. For an exposure like talcum powder product use, lifetime use would be relevant for determining total exposure. For both case-control and cohort studies, determining early life exposures depend on participants' ability to recall typical use patterns. Interviewer-administered surveys would typically include prompts to help participants recall past habits. Self-administered questionnaires may include some printed prompts, but these are usually minimal.

For a rare endpoint like ovarian cancer, a cohort must be followed for decades in order for a sufficient number of cases to accrue to determine effects of particular exposures. Therefore, there is the possibility of bias towards the null via changes in behavior over the course of the decades of follow-up. A woman who was originally classified as an "ever" talc user will remain an "ever" user even if she subsequently discontinued talc use.  A "never" user who subsequently begins talc use will always be misclassified as a never user unless a follow-up survey records her change in status.

In ideal situations, the precise nature of the exposure would be verified. Despite habitual use, however, quantification of exposure is difficult.

(3) For both case-control and cohort studies, the populations should be well-characterized, so that any potential confounding variables can be accounted for in comparing exposure rates of cases and non-cases.

## Case-control Studies

In case-control studies, individuals diagnosed with a specific type of cancer (cases) are compared with otherwise similar individuals who have not been diagnosed with cancer (controls). The control group is a sample of the population from which the cases arose and provides an estimate of how the exposures being studied are distributed in that population. In the ideal case, the controls will be similar to the cases on all variables other than the exposure under question. Therefore, epidemiologists often match

controls to cases on such variables as age, race, and ethnicity, or they include a large enough sample of participants that they can adjust for these variables.

Case-control studies can enroll a large number of cases, are usually less expensive than cohort studies, and can be completed over shorter periods of time. Relevant to this report, case-control studies also can be designed to answer specific questions related to one outcome, and participants can be queried in detail about certain exposures. Selection bias is an increasing problem if participation rates among case and control groups is substantially less than 100 percent, and where participation may be related (in different ways) to various exposures.

Case-control studies are subject to their own limitations, including recall bias, which can occur when participants' reports of various exposures are differentially affected by whether they are cases or controls in the study. This is a theoretical bias however; studies that have investigated other sources of data on exposures have failed to confirm the presence of differential recall between cases and controls.(47)

One of the case-control studies of talcum powder product use and ovarian cancer risk (1) addressed this issue by counting as "users" only women who had used talcum powder products for at least six months, on at least a monthly basis. This procedure minimizes the potential over-reporting of minimal exposure by cases versus controls.

For this report, I reviewed 28 case-control studies, for most of which the association between use of talcum powder products and risk of ovarian cancer was a primary research questions.

## Cohort Studies

In prospective cohort studies (usually called cohort studies), the exposures of a large group (cohort) of people who are assumed to be healthy are assessed, and the group is followed over a period of time. During the follow-up period, some members of the cohort will be diagnosed with cancer, while others will not, and comparisons are then made between these two groups. Cohort studies may need to be very large (up to hundreds of thousands of participants) to have sufficient statistical power to identify factors that may increase cancer risk by on the order of 20 or 30 percent.  In addition, meaningful

20

comparisons between cases and non-cases can be made only for factors that vary sufficiently within the cohort. Importantly, cohort studies must identify exposures of interest when participants are enrolled into the study, in order to determine effect of the exposures on eventual development of the outcome of interest. Alternatively, if an exposure is ascertained some time after enrollment (as in the Nurses' Health Study ascertainment of talcum powder product use), the researchers will consider the date of collection of that exposure data to be the start date for follow-up of study participants. Because cohort studies typically are designed to look at multiple outcomes such as cancers, cardiovascular diseases, mortality, and other diseases, information collected on exposures tends to be minimal, to pertain to current levels of exposure, and may not be updated during follow-up.

Cohort studies provide the opportunity to obtain repeated assessments of participants' exposures at regular intervals, which may improve the assessment of the exposures. However, for this to happen, the investigators need to have planned for repeated measures of the exposure. In published cohort studies of talcum powder products and ovarian cancer risk, no repeated measures of talcum powder products were reported.

In cohort studies, the ascertainment and adjudication of cancer outcomes can be accomplished by directly asking participants about illnesses and hospitalizations, and requesting medical records for reviewing these events. In some cases, ascertainment of disease events may be accomplished by linking to a cancer registry.

For this report, I reviewed results of 3 cohort studies, published in 5 papers.  None were designed specifically to look at the association between talcum powder product use and risk of ovarian cancer. Further, none of these studies fully ascertained exposure to talc, as will be discussed below.

## Meta-analyses

Because there can be random variations within individual epidemiologic studies, and because very large sample sizes may be needed to see effects on rare diseases, epidemiologists rarely make causal inferences based on results of one study. Rather, we look at the totality of epidemiologic studies to determine patterns of exposure-disease relationships. Meta-analysis is a method used to combine the statistical results of several studies to produce an average estimate of effect of an exposure on an

outcome of interest. These summary estimates can provide evidence regarding the presence or absence of an association and can allow examination of dose-response relationships. In the area of talcum powder products use and ovarian cancer, 7 meta-analyses have been published (11, 22, 34-38), two of which are very recent and covered all studies contained in the previous meta-analyses.(34, 35) Of the 7 meta-analyses, 2 were included within reports of individual case-control studies (11, 22); the two recent meta-analyses contained all studies included in these 2 meta-analyses as well.

Pooled analysis is a type of meta-analysis where original individual-level data from various published and/or unpublished epidemiological studies are combined and re-analyzed. The combination of data from multiple studies creates a larger data set and increased statistical power. One such pooled analysis was published on the relationship between talcum powder product use and risk of ovarian cancer, and is heavily cited in this report because of its significance in including very high numbers of women with ovarian cancer and controls, thereby providing a high degree of statistical power.(39)

The 7 meta-analyses that I reviewed for this report included data from available cohort and case-control studies. I also reviewed the pooled analysis of 8 case-control studies.(39) In addition to effect measures (relative risks, odds ratios, hazard ratios) and their confidence intervals (or other test of statistical significance such as p-value), I reviewed the number of people with and without disease for each exposure category, method of exposure ascertainment, estimated exposure categories, assessment of dose-response effects, and effect sizes for all epithelial ovarian cancer and for subtypes of epithelial ovarian cancer (invasive, borderline, serous, endometrioid, mucinous, clear cell).


## Possible Sources of Bias in Epidemiologic Studies Reviewed

All studies of all types must be criticality evaluated for both strengths and potential limitations in order to determine the totality of evidence. Limitations in epidemiologic studies are often characterized as biases. These include the biases listed below.  It is important to note that the presence of bias does not render an epidemiologic study invalid. Rather, biases are issues that should be carefully considered when assessing how much weight should be given to individual studies, and what conclusions can be drawn from them.

**Missing data:** Both case-control and cohort studies can suffer from missing data. If the missing data items are related to the use of talcum powder products, then the estimated relative risks/odds ratios will likely be artificially low. If, in cohort studies, the cases of ovarian cancer are not identified, i.e., the cancer data are missing, the statistical power to detect statistically significant effects will be lessened. Both of these conditions would likely mean the true association between use of talcum powder products and risk of ovarian cancer is actually higher than what is observed in the epidemiologic studies.

**Poor precision of exposure measurement:** Determining whether, how much, and for how long women were exposed to talcum powder products is difficult. Women may not remember the brand of powder products they used, and contents of personal powder products may not be clear or may change over time. Women may not remember the amount of products used, frequency of use, and years of use.

**Publication bias:** The publication of epidemiologic studies depends on several factors. The investigators must have developed hypotheses about certain questions and designed the study accordingly, including asking the correct questions about the exposure and potential confounding variables, and collecting information from a sufficient number of participants. The investigators then need to perform statistical analyses, develop scientific manuscripts, and submit for journal publication. It may be difficult to find a journal that will accept null results (i.e. where an exposure is shown to not be related to an outcome).(48, 49) The pooled analysis of case-control studies provides some reassurance that publication bias is less likely for this association.(39) Of the 8 studies included in that analysis, 3 had not been previously published. Ever use of talcum powder products in the genital area produced odds ratios of 1.37 (95% CI 1.07–1.67), 1.36 (95% CI (1.06–1.74), and 0.99 (95% CI 0.70–1.41) for the 3 individual studies. That the confidence intervals overlapped, and that 2 of the 3 studies showed statistically significant associations, suggest low publication bias for the association between use of talcum powder products in the genital area and risk of developing ovarian cancer.

**Cancer process affecting likelihood of exposure:** If women used talcum powder products in the perineal area due to symptoms from an early cancer process, results of studies could be biased. Cohort studies often guard against this by eliminating cases that develop within a short time of study enrollment. Case-control studies guard against this by asking participants to recall exposures one or more years prior to their cancer diagnosis (and similarly ask controls to recall exposures at least one year prior to interview).

**Confounding:** Variables related to both use of talcum powder products and risk of ovarian cancer could mask the true relationship between these variables. Epidemiologists handle this by adjusting in the analysis for these potential confounding variables. All of the studies reviewed performed adjustment for several potential confounding variables. Those studies that presented both adjusted and unadjusted odds ratios/relative risks found little effect of confounding variables on these relationships.

**Recall bias:** For the case-control studies, media reports of associations between talc and ovarian cancer could have influenced cases such that they recalled use of talcum powder products to a greater degree than controls. However, the studies for which data collection pre-dated news reports of this association showed similar effects to those for which data were collected afterward. Thus, "recall bias" is unlikely to be an issue. As mentioned above, recall bias is a theoretical bias; studies that have investigated other sources of data on exposures have failed to confirm the presence of differential recall between cases and controls.(47)

**Non-response bias:** Case-control studies with low levels of response in cases or controls can be biased, in that the non-responding cases and controls could differ with respect to use of talcum powder products.

**Differential results of cohort versus case-control studies:** Ideally, results of case-control and cohort studies would be similar for the relationship between an exposure and risk of disease. However, there could be several reasons for discrepancy in results between case-control and cohort studies. The exposure measurement may differ in the two types of studies. For example, cohort studies may measure exposure at study entry without updating and without ascertaining lifetime exposure. The study would then have only one time point of an exposure that could significantly attenuate the observed associations between exposure and disease.

**Population-based case-control versus hospital-based case-control studies:** For some exposure-disease relationships, population-based case control studies are the most valid method of comparing risk for exposed versus non-exposed persons because the risks to public health can better be estimated. For others, however, hospital-based case control studies may provide important information because controls with illnesses may be more likely to recall exposures compared with healthy controls from the community, and therefore recall bias can be reduced.

24

## Causal Inference in Epidemiology

The overarching goal of epidemiologic research is to determine likely causes of disease, in order to determine who is at risk for that disease and how to prevent the disease in individuals and populations. Much of epidemiologic observational research in cancer focuses on determining the *associations* between an exposure and an outcome. In other words, in a sample of individuals, are the number of persons exposed to an agent more likely to develop a cancer than those who are not exposed? There are several related questions. For example, will the persons who are exposed to a higher dose have an even greater risk than persons with little exposure? Will those exposed for a longer period of time have greater risk than those exposed for only a short time? Epidemiologists follow guidelines and logic in determining likelihood of an exposure causing cancer.(50) In addition to epidemiologic data, epidemiologists also consider plausible biological mechanisms to explain observed associations. The weight of evidence depends on the validity of the data as well as the clinical and biological evidence, if available, to explain these associations.

In epidemiology, and therefore in this report, a positive association means that the exposure in question increases risk for a disease or outcome. A negative association refers to an exposure decreasing risk for the outcome.

In 1965, English epidemiologist Sir Austin Bradford Hill attempted to describe several aspects of the causal relationship in a speech to the Royal Society of Medicine's newly-established Section of Occupational Medicine.(43)  As  Bradford Hill explained, this is not a checklist of factors to be counted: "What I do not believe—and this has been suggested—is that we can usefully lay down some hard-and-fast rules of evidence that must be obeyed before we accept cause and effect. None of my nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a *sine qua non*."

**These aspects of a causal relationship are:**

***Strength of the association.*** If the risk of developing cancer is several times higher in persons exposed to a toxic agent, that increases the likelihood of causality. It is not a necessary condition for establishing causality and providing recommendations for avoiding a potential cancer-causing agent, however.

25

Indeed, several carcinogens raise risk of cancer less than doubling of risk, but because of a high prevalence of exposure, can have major public health effects. Other exposures may be highly prevalent to certain groups such as factory workers; such exposures need to be minimized to meet government regulations for worker safety. Several examples follow:

Alcohol and risk for postmenopausal breast cancer: Risk for postmenopausal breast cancer increases by approximately 10% (a relative risk of 1.1) for each 10 gram/day intake of alcohol (the amount in a four-ounce glass of wine).(51) Women are advised to avoid alcohol or minimize alcohol intake to no more than one alcoholic drink per day to reduce risk for this cancer.(51) As Bradford Hill pointed out in his address: "We must not be too ready to dismiss a cause-and-effect hypothesis merely on the grounds that the observed association appears to be slight. There are many occasions in medicine when this is in truth so."(43)

Air pollution and risk for cardiovascular disease: A 2013 meta- analysis found that for each 10 µg/m3 rise in $PM_{2.5}$, the air pollution caused by motor vehicles, yields an 15% increase in risk of cardiovascular disease (similar to a relative risk of 1.15). Given the widespread prevalence of exposure to ambient pollution, even modest contributions to cardiovascular disease risk can have a substantial effect on population health. (52)

Outdoor particulate matter air pollution and lung cancer: A 2014 meta-analysis including 18 studies showed a relative risk of 1.09 (95% CI 1.04-1.14) per 10-µg/m$^3$ of exposure to particulate matter ($PM_{2.5}$).(53) This is highly significant, because 10-µg/m$^3$ of exposure to $PM_{2.5}$ is the lowest recommended limit set by IARC for minimizing health effects of air pollution.

Benzene at work and risk of leukemia: In 2010, a meta-analysis of 15 epidemiologic studies found that worksite benzene exposure increased risk of any leukemia by 40% (relative risk 1.40, 95% CI 1.23-1.57).(54)

Estrogen-progestin menopausal hormone therapy and breast cancer risk: The Women's Health Initiative clinical trial showed that this type of hormone therapy increases risk of breast cancer by 26% after an average 5 years of use. That level of risk was sufficient for clinical interest groups and governmental agencies to advise women to use hormone therapy for limited periods of time, if at all, because of risk

26

for breast cancer and other adverse events with similar levels of increased risk (29% increase in coronary heart disease, and 41% increase in stroke).(55) A meta-analysis of clinical trials and observational studies in 2018 found that use of this therapy increased risk of breast cancer by 59% (relative risk 1.59, 95% CI 1.40-1.81).(56) These results led to FDA-required label warnings on estrogen and progesterone therapy preparations(57), and to clinical warnings against use of estrogen plus progesterone for prevention of chronic conditions.(58)

Trichloroethylene and risk of kidney cancer: In 2012, a meta-analysis was published showing that occupational exposure to trichloroethylene was associated with an approximately 30% increased risk for kidney cancer (relative risk 1.32, 95% CI 1.17-1.50).(59)

Regular physical activity is associated with reduced risk for cardiovascular disease, diabetes, and various cancers in persons who meet national physical activity guidelines of 150 minutes/week of moderate-intensity aerobic activity.(60)  In one large pooled analysis of 6 cohorts with 661,137 men and women, investigators found a 20% lower mortality risk among those performing less than the recommended minimum of 7.5 metabolic-equivalent hours per week (hazard ratio, 0.80 [95% CI, 0.78-0.82]), a 31% lower risk at 1 to 2 times the recommended minimum (hazard ratio, 0.69 [95% CI, 0.67-0.70]), and a 37% lower risk at 2 to 3 times the minimum (hazard ratio, 0.63 [95% CI, 0.62-0.65]).(61) To compare with the relative risks for adverse exposure, one would look at the inverse of the hazard ratios, i.e., 1.25, 1.45, and 1.59.

Intermittent intense sun exposure and risk of melanoma: A 2005 meta-analysis included data from 57 epidemiologic studies with 38,671 cases of melanoma, and found a relative risk of 1.61 (95% CI 1.31-1.99) for intermittent intense sun exposure.(62)

Prevention of skin cancer with use of sunscreen has also been observed, with similar effect sizes. In a 4.5-year trial with an additional 8-years follow-up, individuals randomly assigned to daily sunscreen use had almost a 40% reduced risk of squamous cell carcinoma (rate ratio, 0.62; 95% confidence interval, 0.38-0.99).(63) To compare with the relative risks for adverse exposure, one would look at the inverse of the risk ratio, i.e., 1.6.

***Consistency of the association.*** A consistent association would be observed in various populations, places, circumstances, and times. Has the association been found in different countries, in persons from

27

various race/ethnic groups, and of different ages? This is also not a requirement, as there could be occasions when an exposure only increases risk for specific categories of individuals. An example, again from the breast cancer field, is that obesity increases risk for breast cancer occurring after menopause but decreases it for women who have not yet undergone menopause. Relevant to the association between ovarian cancer risk and use of talcum powder products, the association has been observed in the U.S., Canada, China, Australia, Israel, and the UK. While most data have been collected in Whites, a positive association between use of talcum powder products and risk for ovarian cancer has also been found in Blacks and Asians.

**Specificity of the association:** This suggests that if an exposure causes only one type of disease, that its causal link to that disease is strengthened. However, Bradford Hill recognized the limits of this aspect. One noxious agent, such as tobacco smoke, is an accepted cause of multiple cancers as well as cardiovascular disease. Similarly, one disease can have multiple causes. For example, lung cancer risk is increased with exposure to radon and asbestos, even in persons who do not smoke. In support of this, Bradford Hill stated, "One-to-one relationships are not frequent. Indeed I believe that multi-causation is generally more likely than single causation…"(43)

**Temporality:** The time course between exposure and disease occurrence is an important consideration. Bradford Hill was referring to the need to document that the exposure came before the disease, rather than something about the disease causing a person to come into contact with the exposure. This is why, for case-control studies, researchers have often queried women about their lifetime history of use of talcum powder products, beginning from young ages. Some cohort studies, on the other hand, asked about current use of these products when the women were first enrolled in the cohort. However, for all of these studies, only talcum powder product use prior to the cases' diagnoses (and prior to a comparable time point for controls, in case-control studies) was counted as "exposure."

**Biologic gradient:** This refers to the dose-response curve or the shape of the association between exposure and risk as the amount of exposure changes. If risk for a disease increases with increasing amount of exposure, the likelihood of a causal relationship is often increased. The exposure can be classified by total duration of exposure, by usual amount of exposure, or by a combination of these two. For use of talcum powder products, dose has been estimated by total years of use, by frequency of use, and by a combination of these two variables. It should be noted that ovarian talc particle burden may

28

not be influenced by number of applications of perineal talc usage(64), and therefore the typical dose-response relationship may not be necessary for establishing causality between perineal talcum powder product use and risk for ovarian cancer. Indeed, there are numerous substances for which there is no safe dose.

**Plausibility:** The association is strengthened if it is biologically plausible. However, Bradford Hill recognized that "What is biologically plausible depends upon the biological knowledge of the day." It is important to note that biologic plausibility does not require proof of mechanism.

**Coherence:** The cause-and-effect interpretation of the data should not significantly conflict with the known facts about the natural history and biology of the disease. Therefore, for example, the concurrent rise in tobacco smoking rates and rise in lung cancer incidence in the 20th century in the U.S., as well as the more recent concurrent decrease in smoking rates and decrease in lung cancer occurrence, strengthen the association between smoking and lung cancer as causal. For the case of use of talcum powder products and ovarian cancer risk, the prevalence of other risk and protective factors (e.g., use of oral contraceptives, hysterectomy, and tubal ligation as protective factors, obesity as risk factor) changed over time in the general population. Therefore, it would be difficult to determine if ovarian cancer incidence time trends vary by changes in use of talcum powder products. The biology involves, as described below, the migration of talc to the ovaries, the inflammatory process which talc elicits, and the carcinogenetic effects of inflammation.

**Experiment:** The evidence from randomized controlled trials can provide strong support to observational evidence. However, in many situations, randomized controlled trials are not feasible. In the case of talcum powder products and ovarian cancer risk, a trial would have to be very large, involving 50,000 women or more, followed for decades, to determine effects of use of talcum powder products on risk for ovarian cancer. This is because ovarian cancer is a rare disease and typically takes many years to develop to be clinically diagnosable. In addition, because the effects of genital talcum powder product use could be harmful, it would be unethical to conduct a trial of this type.

**Analogy:** Bradford Hill states that in some circumstances it would be fair to judge by analogy. Therefore, since some toxic agents such as thalidomide or rubella have been shown to cause birth defects, other drugs or viral exposures may be recognizable as possibly leading to harmful effects to a

fetus. Regarding talcum powder products use and ovarian cancer use: since increased inflammation has been associated with increased ovarian cancer risk, and since talc causes an inflammatory response in tissues, this strengthens the link between talcum powder products use and ovarian cancer risk.

## Methods Used for this Review

In performing this evidence review and for purposes of my opinions, I first conducted a review of the relevant literature on the epidemiology of ovarian cancer risk in relation to use of talcum powder products, using the same process I use for systematic review articles I write for my academic work.(60, 65) I triaged articles by title, then by abstract, and finally by complete paper. As I read the epidemiologic literature, I considered the "Bradford Hill" aspects of causal inference(43), as well as causal inference as defined by Rothman(50), and weighed the evidence. My search identified studies that both support and do not support my eventual opinion on whether use of talcum powder products can cause ovarian cancer.

I searched in the PubMed database for research studies published in peer-reviewed, PubMed indexed journals, using the following search terms: ("talc" OR "talcum powder") AND ("ovarian cancer" OR "ovarian carcinoma").

The search produced 110 references, of which 7 included meta-analyses (11, 22, 34-38), one was a pooled analysis (39), and 33 were reports of original epidemiologic studies that tested the association between talcum powder products and risk of ovarian cancer.

I did not perform a meta-analysis, because excellent meta-analyses have been recently published,(34, 35) and all of the published meta-analyses showed similar relative risk estimates for use of talcum powder products and risk of ovarian cancer. For all of the reviewed studies, I performed data extraction using a standardized data extraction table (see Tables 1-4). I recorded information on the publication year, study design, number of cases, number of controls (for case-control studies), total sample size (for cohort studies), population type, country, risk estimates, confidence intervals, and the type of ovarian cancer. I also indicated whether dose-response relationships were assessed, method used, and results.

In this report, I provide descriptions of the study methods and main study results including risk estimates (odds ratio, relative risk, or hazard ratio). All studies included control for some confounders and presented the risk estimates with adjustment for the confounders. I present below the results from adjustment with the greatest number of variables.

# Epidemiologic Evidence on the Association between Talcum Powder Products Use and Ovarian Cancer Risk

## Case-control Studies

Schildkraut *et al*. (2016)(1) investigated the association between body powder use and ovarian cancer in African American women in 11 geographic areas of the U.S. Included were 584 cases and 745 controls, in a population-based study. Cases were identified through state or SEER cancer registries, or through hospital gynecologic oncology departments. Controls were randomly selected from the same populations as the cases. Participants were asked in a phone interview whether they had ever regularly used talc, cornstarch, baby, or deodorizing powders. Women were classified as "regular users" if they reported using any of these powders at least monthly for at least 6 months, and "never users" otherwise. Regular users were asked about frequency and duration of use; use on genital areas, underwear, sanitary napkins, or diaphragms; and use on non-genital areas. Lifetime number of applications was estimated as number of applications per month times number of months used. Occupational exposure (yes/no) was ascertained for a subset of participants. Use of genital powder was associated with a statistically significant 44% increased risk for ovarian cancer (odds ratio 1.44, 95% CI 1.11-1.86). A dose-response trend was noted: compared with never-users, women who used genital powder less than daily had a 12% increased risk for ovarian cancer, while women who used genital powder daily had a 71% increased risk. The statistical test for trend was significant ($p < 0.01$). Furthermore, a greater number of years used increased risk further: compared with never-users, women who used genital powders for less than 20 years had a 33% increased risk of ovarian cancer, while those who used genital powders for 20 years or more had a 52% increased risk of ovarian cancer. The statistical test for trend was significant ($p = 0.02$). Estimated lifetime number of applications was also related to risk in a dose-dependent manner. Compared with never users, those who used few than 3600 genital powder applications had a 16% increased risk for ovarian cancer, while those who used 3600 or

31

more applications had a 67% increased risk. The statistical test for trend was significant (p < 0.01). Risk of both serous and non-serous ovarian cancer increased statistically significantly with any genital powder use by 38% and 63%, respectively (odds ratios, 1.38, 95% CI 1.03-1.85, and 1.63, 95% CI 1.04-2.55, respectively).

Cramer *et al*. (2016) (2) reported on association between genital talc use and risk of ovarian cancer in 2,041 cases of ovarian cancer and 2100 controls. Cases were combined from three case-control studies interviewed in 1992-97, 1998-2002, and 2003-2008. Cases were identified from tumor boards and registries in Eastern Massachusetts and Massachusetts. Controls were identified from the same populations as controls. Interviewers asked participants if they "regularly" or "at least monthly" applied powder to the genital or rectal area, sanitary napkins or tampons, underwear, or non-genital areas. Type of powder, age begun, years used, and applications per month were ascertained. Lifetime exposure was estimated by multiplying frequency of applications per month by months used, and talc-years were calculated. Participants were then divided into quartiles according to these variables. Participants were also asked if their partners dusted or sprayed powder to their genital or rectal areas. Condom and diaphragm use were ascertained as potential sources of genital talc exposure. Genital talc use was associated with a statistically significant 33% increased risk of ovarian cancer (odds ratio 1.33, 95%CI 1.16-1.52). Risk decreased with increasing time since last use. There was a clear trend to increasing risk for ovarian cancer with increasing frequency of use: compared with never users, risks for 1-7 days per month, 8-29 days per month, and 30 or more days per month were increased by 17%, 37%, and 46%, respectively, and the trend was statistically significant (p<0.0001). Furthermore, as months per year of use increased, risk increased, and the trend was statistically significant (p=0.006).  Risk for serous invasive, endometroid invasive, and serous borderline were increased with any genital talc use, by approximately 40%, and all were statistically significant. Risks of serous invasive and endometroid also increased significantly with increased talc-years of use. Risks of serous invasive were increased in both premenopausal and postmenopausal women who used genital products, but the results were only statistically significant in premenopausal women. Premenopausal women and postmenopausal women using hormone therapy had the largest risks associated with talcum powder product use for most types of ovarian cancers.

Wu *et al*. (2015) (3) investigated the associations of risk of ovarian cancer and talcum powder products use and other risk factors. Cases were identified through the SEER population-based University of

Southern California cancer registry. A total of 1,701 patients were included; and 2,319 controls were recruited from the cases' neighborhoods using random selection from population lists. In-person interviews were conducted. To determine use of talcum powder products, women were asked if they ever used talc at least once per month for 6 months or more.(6) If the response was positive, they were asked whether they had ever used talc in non-perineal areas (feet, arms, chest or back), perineal areas, or on underwear or sanitary pads/diaphragm. Questions on talc use included age at first use, frequency of use (times per month) and years of talc use. Use of genital talc for one year or more was associated with a statistically significant 46% increased risk for ovarian cancer (odds ratio 1.46, 95% CI 1.27-1.69). Similar relative risks were seen in non-Hispanic white, Hispanic, and African-American women. A dose-response analysis found that for each 5-year use of genital talc products, risk for ovarian cancer increased by a statistically significant 14% (95% CI 1.09-1.20).

Kurta *et al*. (2012)(4) published results of a population-based case-control study based in Western Pennsylvania, Eastern Ohio, and Western New York State. A total of 902 cases were enrolled, and 1,802 controls were randomly selected from the general population of those areas. Perineal talc use was defined as ever using dusting powder or deodorizing spray on the genital or rectal areas, on sanitary napkins, on underwear, or on diaphragms or cervical caps. Use of perineal talc increased risk for ovarian cancer by a statistically significant 40% (odds ratio 1.40, 95% CI 1.16–1.69).

Rosenblatt *et al*. (2011) (5) published results of a population case-control study set in western Washington that investigated the association between genital powder exposure and risk of ovarian cancer. A total of 812 women with ovarian cancer were identified through a population-based cancer registry and interviewed. A total of 1,313 controls were selected at random from the western Washington population. Sources of genital powder were ascertained, including direct perineal application, use on sanitary napkins and diaphragms, and use of deodorant vaginal spray. For powder use on sanitary napkins and use of vaginal deodorant sprays, the authors recorded the total number of months or years in which these products were used. For use of perineal powder, the investigators recorded the age began and ended, number of weeks or months of use per year, and average days per week used. Study participants were also asked about the types of powder used, including talcum, baby, cornstarch, deodorant, body/bath, and other or unknown. The authors then calculated the lifetime duration of use, and estimated lifetime number of applications. Perineal use of powder was associated with a non-statistically significant 27% increased risk for ovarian cancer (odds ratio 1.27, 95% CI 0.97-

1.66). The risk for borderline ovarian tumors was statistically significantly raised by 55% (odds ratio, 1.55, 95% CI 1.02-2.37), whereas risk for invasive ovarian cancers was increased by a non-statistically significant 27% (odds ratio 1.27, 95% CI 0.87-1.58). Use of powder on either sanitary napkins or diaphragms did not increase risk. Use of vaginal deodorant spray increased risk by a non-statistically significant 15% (odds ratio 1.15, 95% CI 0.85-1.56). None of the dose-response or time variables (years of use, lifetime number of applications, age at first use, age at last use, calendar year of first use, time since first and last uses) showed evidence of increasing relative risk of ovarian cancer with increasing level of exposure to talcum powder products. Similarly, there was no evidence of increased risk for ovarian cancer with increasing dose of powder use on sanitary napkins, or of vaginal deodorant sprays. Use of perineal powder increased risk for mucinous borderline, serous borderline, endometrioid, and other non-mucinous ovarian cancers by 47% to 78%, but none of the odds ratios was statistically significant.

Wu *et al.* (2009) (6) presented results of a case-control study of ovarian cancer with 609 cases and 688 controls. Risk of ovarian cancer among users of talcum powder products in the perineal area was increased by 53% (odds ratio 1.53, 95% CI 1.13-2.09). Risk of serous ovarian cancer was also significantly elevated (odds ratio 1.70, 95% CI 1.27-2.28). A statistically significant trend to increased risk with lifetime numbers of applications was observed. Compared with no use, odds ratios for those with $\leq$ 5200, >5200 - $\leq$15,600, >15,600 - $\leq$52,000, and > 52,000 applications were 1.2, 1.38, 1.34, and 1.99, respectively ($p_{trend}$ = 0.0004).

Moorman *et al.* (2009) (7) published data from a population-based case-control study in White and Black women. In total, 1114 cases and 1086 controls were interviewed. They found no association of genital talcum powder product use and risk for ovarian cancer in Whites (odds ratio 1.04, 95% CI 0.82-1.33), and a non-statistically significant increased risk in Blacks (odds ratio 1.19, 95% CI 0.68-2.09). Neither dose-response nor effects by histologic subtype were addressed.

Merritt *et al.* (2008) (8) published results from an Australian-wide population-based case-control study on talcum powder products and risk of ovarian cancer. Included were 1,576 women with ovarian cancer and 1,509 population-based controls. Women provided information on self-administered questionnaires. They were asked if they had ever used powder or talc in the genital area, on underwear, or on sanitary pads or diaphragms. They were also asked about age at first use and years of talc use in

34

these areas. Duration of talcum powder use prior to and after surgical sterilization was calculated, and all analyses were limited to the time when the fallopian tubes would have been patent. Use of talc elsewhere was also collected. Ever use of talc in the perineal region was associated with a statistically significant 17% increased risk for ovarian cancer (odds ratio 1.17, 95% 1.01-1.36). The increase was strongest for serous (odds ratio 1.21, 95% CI 1.03-1.44), but was also seen for endometrioid (odds ratio 1.18, 95% CI 0.81-1.70). A statistically significant dose-response trend for years of perineal talcum powder use prior to surgical sterilization was seen for all cases combined (p=0.021) and for serous ovarian cancer (p=0.022). While not statistically significant, increasing years of use was associated with increased risk of mucinous and endometrioid ovarian cancers.

Mills *et al*. (2004) (9) reported on a population-based case-control study in 22 counties of Central California. A total of 256 cases were recruited from cancer registries and interviewed, and 1,122 population-based controls were randomly selected and interviewed. Women were asked the following about use of talcum powder: use in the genital area, years of use, frequency of use, and total duration of use. Ever use of perineal talc statistically significantly increased risk for ovarian cancer by 37% (odds ratio 1.37, 95% CI 1.02-1.85). There was a statistically significant trend found in the dose-response analysis of frequency of use; women using talc 4-7 times per week had a 74% increased risk for ovarian cancer (p=0.015). There was an indication of trend with duration of use up to 4-12 years, although number of years beyond that did not increase risk further. A similar relationship was found for cumulative dose (frequency times duration). Risk of serous ovarian cancer was also statistically significantly elevated (odds ratio 1.77, 95% CI 1.12-2.81).

Ness *et al*. (2000) (10) recruited women with ovarian cancer ascertained from 39 hospitals in Eastern Pennsylvania, Southern New Jersey, and Delaware. A total of 767 cases of ovarian cancer were interviewed, along with 1,367 population-based controls. Women were asked if they ever used talc, baby, or deodorizing powder at least once per month for 6 or more months in their genital or rectal area, on sanitary napkins, on underwear, on a diaphragm or cervical cap, or on non-genital areas. They also were asked about male partner use of talc to the genital area or underwear. Compared with never-users, women who used talc in genital/rectal areas had a statistically significant 50% increased risk for ovarian cancer (odds ratio 1.5, 95% CI 1.1-2.0). Those who used it on sanitary napkins had a statistically significant 60% increased risk for ovarian cancer (odds ratio 1.6, 95% CI 1.1-2.3). Use on underwear increased risk by a statistically significant 70% (odds ratio 1.7, 95% CI 1.2-2.4). Use on a

35

diaphragm/cervical cap or by a male partner did not increase risk. Among those who used in the genital/rectal or other body areas, there was no evidence of increasing risk with increasing numbers of years of use.

Cramer *et al.* (1999) (11) published results of a population-based case-control study with 563 cases of ovarian cancer and 523 controls. Risk of ovarian cancer among women with perineal talcum powder product exposure was increased 60% compared with non-exposed (odds ratio 1.6, 95% CI 1.18-2.15). Risk of invasive serous ovarian cancer was significantly increased (odds ratio 1.7, 95% CI 1.22-2.39). No dose-response effect, as defined by duration, was seen.

Wong *et al*. (1999)(12) conducted a hospital-based case-control study in Buffalo, NY, comparing 499 patients with ovarian cancer and 755 patients with non-gynecological malignancies. No details were given on how talcum powder product use was ascertained, but women were queried on site of talc use (sanitary napkin vs. genital/thigh area) and duration of use. Compared with non-users, those who used on sanitary napkins or genital/thigh areas had no increase in risk for ovarian cancer. Furthermore, there was no apparent trend toward greater risk with longer duration of use. Finally, there was a non-statistically significant 20% increased risk of serous ovarian cancer with talcum powder product use (odds ratio 1.2, 95% CI 0.7-2.1).

Godard *et al*. (1998)(13) studied risk of sporadic (101 cases) or familial (51 cases) ovarian cancer according to perineal talc use compared with 152 control in Montreal, Canada. Cases were diagnosed at one of two teaching hospitals; controls were randomly selected from the population. Talc use questions were not detailed in the paper, but the variable of "ever" versus "never" perineal use of talc was reported. Women who had ever used perineal talc had a 2.49 times greater risk of developing any ovarian cancer (relative risk 2.49, 95% CI 0.94-6.58, p=.066), which was marginally statistically significant. The relative risk for sporadic ovarian cancer was 2.45 (95% CI 0.85-7.07, p=0.098), and for familial ovarian cancer it was 3.25 (95% CI 0.85-12.4, p=.084).

Green *et al*. (1997)(14) included 824 Australian women with ovarian cancer who were identified through cancer registries, as well as 855 population-based controls. No details were provided on the specific questions posed regarding talc use, but perineal use was ascertained, as well as duration and ages/years used. Women who had ever used talc in the perineal region had a statistically significant 30% increased

risk for ovarian cancer (relative risk 1.3, 95% CI 1.1-1.6).  The authors investigated whether a history of surgical sterilization affected this relative risk (the rationale being that women who are surgically sterilized would have lower chance of talc migrating up to the ovaries). They found that compared with women who had neither used talc nor had surgical sterilization, risk was highest among talc users without surgery (relative risk 1.3, 95% CI 1.0-1.7) and lowest among women with a history or tubal sterilization or hysterectomy who had not applied talc to the perineum (relative risk 0.6, 95% CI 0.5-0.84). No dose-response relationship by duration of use was found.

Cook *et al*. (1997) (15) reported on a population-based case-control study including 313 cases of ovarian cancer identified through a cancer registry and 422 population-based controls in Western Washington. Women were queried about storing diaphragms in powder, dusting perineal areas with powder after bathing, powdering sanitary napkins, and using genital deodorant sprays (which may contain aerosolized powder). Women were further asked about duration and frequency of powder application and about types of powder applied. There was a statistically significant 50% increase in risk of ovarian cancer associated with use of any of the genital powder applications (perineal application, sanitary napkins, genital deodorant sprays, diaphragms) (relative risk 1.5, 95% CI 1.1-2.0). The risk was highest, and statistically significant, in those women who dusted perineal areas with powder (relative risk 1.8, 95% CI 1.2-2.9). Compared with never users of genital deodorant sprays, women who used these products for 12 months or less had a relative risk for ovarian cancer of 1.5, while those who used them for more than 12 months had a relative risk of 2.7. Compared with never users of genital deodorant sprays, women who used 500 lifetime applications or less of genital deodorant sprays had a relative risk for ovarian cancer of 1.7, while those who used more than 500 applications had a relative risk of 2.6. Both of these dose-response trends were statistically significant (p < 0.05). None of the other types of perineal talcum powder product use showed trends to greater risk with greater estimated duration used or applications. The authors then categorized powders into specific types: cornstarch, talcum powder, baby powder, deodorant powder, and scented body/bath powder (assuming talcum powder was likely a constituent of the latter three as well). Exclusive use of cornstarch, or of deodorizing powder, was not associated with increased risk for ovarian cancer, but the numbers of cases were very small (5 and 9, respectively). Exclusive use of other types of powder increased risk between 20 and 60 percent, but the results were not statistically significant. Risk for serous ovarian cancers was statistically significantly increased by 70% in women who ever used any genital powder (relative risk 1.7, 95% CI 1.1-2.5). The relative risk for

37

"other tumors" among ever users was 1.8 (95% CI 1.1-2.8), while risks for mucinous or endometrioid tumors were not increased in genital powder users.

Chang *et al*. (1997)(16) reported on the association between talcum powder product use and risk of ovarian cancer in a population-based case-control study in Ontario, Canada. A total of 450 patients with borderline or invasive ovarian cancer and 564 population controls were interviewed. Women were asked about regular talc use and type of talc used, as well about duration and frequency of use. Women were queried about regular application of talc to the perineum and about use of talc on sanitary napkins. Use of cornstarch on the perineum and sanitary napkins was also ascertained. Women with any regular talc exposure had a statistically significant 42% increased risk of developing ovarian cancer (odds ratio 1.42, 95% CI 1.08-1.86). Use of cornstarch was not associated with increased risk, although this was a very uncommon exposure in this study. Use of talc on sanitary napkins increased risk to a lesser degree (odds ratio 1.26, 95% CI 0.81-1.96), as did use of talc only in the perineal area (odds ratio 1.31, 95% CI 1.00-1.73). A dose-response trend was seen: per 10 years of use of talc to the perineal area, risk of ovarian cancer increased by 6% (odds ratio 1.06, 95% CI 0.99-1.14). Frequency of use per month, however, did not show a dose-response trend. Use before and after 1970 showed almost identical odds ratios. Risk was higher prior to tubal ligation/hysterectomy than after either procedure. Risk was increased for all types of ovarian cancer included (invasive, borderline, serous, mucinous, and endometrioid). Only for invasive cancer was the odds ratio statistically significant, likely due to the larger numbers of cases in that category.

Shushan *et al*. (1996)(17) published results of a population-based case-control study in Israel, looking at the association between talcum powder product use and risk of invasive or borderline ovarian cancer. A total of 200 cases, identified through a cancer registry, were interviewed, as were 408 controls selected randomly from the same population. Details of the talcum powder product use on the standardized questionnaire were not provided. Women who reported using talc "moderate to a lot" versus "never or seldom" had twice the risk of developing ovarian cancer, and the result was statistically significant (odds ratio 2.0, p=0.04).

Purdie *et al*. (1995)(19) studied the association between talcum powder product use and ovarian cancer risk in 3 Australian states. Cases were recruited from registries at three oncology treatment centers, and controls were chosen randomly from the general population. The details of the interview items on talc

38

were not provided. Women who used talc around the perineum or abdomen had a statistically significant 27% increased risk for ovarian cancer (odds ratio 1.27, 95% CI 1.04-1.54).

Cramer *et al.* (1995)(18) published results of two case-control studies, in which a total of 450 women diagnosed with ovarian cancer in Boston, MA area hospitals, and 454 controls selected from the general population, were interviewed. Use of talc "in genital hygiene" was associated with a 60% increased risk for ovarian cancer (odds ratio 1.6, 95% CI 1.2-2.1).

Tzonou *et al*. (1993)(28) conducted a hospital-based case-control study in Athens, which included 189 women with ovarian cancer and 200 hospital visitor controls. No information was provided on how talcum powder product use was ascertained, other than that women were interviewed about whether or not they used of talc in the perineal area. There was little evidence of an association: the relative risk for ovarian cancer in those who said "yes" versus "no" to perineal talc use was 1.05 (95% CI 0.28-3.98). However, only 6 cases and 7 controls reported using talc in the perineal area.

Rosenblatt *et al*. (1992)(20) published results of a hospital-based case-control from the Baltimore, MD area. A total of 77 cases of ovarian cancer and 46 controls, who were treated for non-gynecologic/non-malignant diseases, were included. Participants were interviewed about presence and length of genital fiber and respiratory fiber exposure. Fiber exposure was defined as exposure to asbestos, talc, and fiberglass. Dose of exposure was calculated as number of years of each type of genital or respiratory exposures from all sources, and only exposure prior to tubal ligation (for women who had that procedure) was counted. Use of genital talc was associated with a 70% increased risk (odds ratio 1.7, 95% CI 0.7-3.9). Use of talc on sanitary napkins resulted in almost a 5-fold statistically significant increase in risk of ovarian cancer (odds ratio 4.8, 95% CI 1.3-17.8). Talc use on diaphragms tripled risk for ovarian cancer (odds ratio 3.0, 95% CI 0.8-10.8). The odds ratios for these latter two exposures were not statistically significant. Women who had exposure years above the median had more than double the risk of ovarian cancer compared with women with lower exposure years (odds ratio 2.4, 95% CI 1.0-5.8).

Chen *et al.* (1992)(21) interviewed 112 women with ovarian cancer and 224 community controls in China. No information was provided about how women were asked about talcum powder product use prior to 3 years before diagnosis (for cases) and a comparable date in controls. Seven cases and 5

controls reported using "dusting powder" to the lower abdomen and perineum for 3 or more months, giving a relative risk of 3.9 (95% CI 0.9-10.6).

Harlow *et al.* (1992) (22)published a case-control study with 235 cases of ovarian cancer and 239 controls. The authors found a 50% increased risk of ovarian cancer in women who had ever versus never used talcum powder products in the perineal area with marginal statistical significance (odds ratio 1.5, 95% CI 1.00-2.1). Risk of serous cancer was similarly increased (odds ratio 1.4, 95% CI 0.9-2.2). Risk by number of lifetime applications indicated a dose response effect. Compared with no use, odds ratios for those with < 1000, 1000 – 10,000, and > 10,000 were 1.3, 1.5, and 1.8, respectively ($p_{trend}$ = 0.09).

Booth *et al.* (1989) (23) reported on a hospital-based case-control study conducted in 15 hospitals in the UK. A total of 235 cases with ovarian cancer and 451 controls were interviewed and asked about monthly experiences from age 16 to 45 years. Frequency of exposure to perineal talc was ascertained. Compared with never-users, women who used genital talc rarely, monthly, weekly, and daily, respectively, had relative risks for ovarian cancer of 0.9, 0.7, 2.0, and 1.3, respectively, and the trend was statistically significant (p=0.05). Cases and controls did not differ by percentage who stored diaphragms in talc.

Harlow *et al.* (1989)(24) interviewed 116 women with serous or mucinous borderline ovarian cancer identified through a Western Washington population-based cancer registry, as well a population-based sample of 158 control women. The authors used an open-ended question asking women to specify the types of powder they used for perineal application after bathing, on sanitary napkins, and on diaphragms. Powder was categorized as baby, deodorizing, other/unspecified talcum, or cornstarch. There was no association between perineal use in general and risk for borderline ovarian cancer, but women who reported using powder on sanitary napkins had a relative risk of 2.2 (95% CI 0.8-19.8) compared with nonusers. Women who used deodorizing powders had a statistically significant relative risk of 2.8 (95%CI 1.1-11.7). No data were presented on frequency or duration of use.

Whittemore *et al.* (1988)(25) included 188 ovarian cancer cases (identified through 7 hospitals in the San Francisco, CA area, and 539 controls (of which approximately half were hospital controls and half were population-based controls). Women were asked whether they had ever use talcum powder on the perineum, on sanitary pads, or on diaphragms, and about frequency and duration of use. Women who

40

reported using talcum powder to the perineum had a non-statistically significant 45% increased risk for ovarian cancer (relative risk 1.45, 95% CI 0.81-2.60). Use on sanitary pads was associated with a non-statistically significant 38% reduced risk, and use on diaphragms was associated with a non-statistically significant 50% increased risk. The relative risk for ovarian cancer increased with increasing applications of talc per month; relative to nonusers, the relative risk for 1-20 times per month was 1.27, and the relative risk for 20 or more times per month was 1.45. None of these values was statistically significant. The increased relative risk was apparent for women who had never had tubal ligation or hysterectomy, but not for women who had had one of these procedures. Compared with non-users, women with 1-9 years of use had a relative risk of 1.6 (95% CI 1.00-2.57), but women with greater years of use had only a relative risk of 1.11 (95% CI 0.74-1.65).

Hartge *et al*. (1983)(26) provided a brief report on a small hospital based case-control study of ovarian cancer, which included 135 cases and 171 controls from the Washington, DC area. No information was provided on how the talc exposure was ascertained. The authors found that women who reported genital talc use had a relative risk of 2.5 compared with never users (95% CI 0.70-10.0), but this analysis was based on only 7 cases and 3 controls.

Cramer *et al.* (1982) (27) published the first study to look at the association between talcum powder product use and risk of ovarian cancer. This population-based study found an odds ratio of 1.92 (95% CI 1.27-2.89) for ever use of perineal talcum powder products in the perineal area. Dose-response was not addressed.

**Summary of Case-control Studies**

These 28 case-control studies included population-based and hospital-based studies from a diverse geographic area across the U.S., as well as Australia, Canada, the UK, Israel, Greece, and China. Sample sizes ranged from 77 to 2041 cases, with comparable numbers of controls. Of the 28 studies, 24 found odds ratio greater than 1.1 for ovarian cancer in women who had any perineal exposure to talcum powder products, compared with never users(1-6, 8-11, 13-23, 25-27). Of these 24 odds ratio estimates, 16 were statistically significant (95% confidence intervals excluded 1.0 or p value $\leq$ 0.05)(1-4, 6, 8-11, 14-19, 27). Among the 8 studies which were not statistically significant, 7 had a sample size lower than that estimated to be needed to have power to detect a statistically significant result(13, 20-23, 25, 26). It is

41

important to note that while the 8 studies did not have statistically significant results, they provide relevant data because their relative risk estimates were consistent with the 16 studies that showed statistically significant results.(50)

Both population-based and hospital-based studies were represented in the literature on use of talcum powder products and risk of ovarian cancer, and odds ratios/relative risks were similar across the two classes of studies. Earlier studies were less likely to address dose-response relationships, or to investigate effects of talcum powder product use on specific histologic subtypes of ovarian cancer. Most studies were limited to white women; later studies included larger numbers of Black women as well as Asian and Latina women.

The larger, and more recent studies, however, added important information on dose-response relationships and on risk of particular histologic subtypes of ovarian cancer. Many of the 28 studies found evidence of a dose-response effect(1-3, 6, 8, 11, 20, 22, 23, 25). Most often, this took the form of lifetime numbers of applications of talcum powder products or years of use. The later studies determined that some risk of some subtypes, particularly serous ovarian cancer, were more highly related to use of talcum powder products.

Taken together, the case-control studies, conducted over 40 years, provide consistent and replicated evidence of increased risk of ovarian cancer with perineal exposure to talcum powder products, with evidence of a dose-response. They support the conclusion that talcum powder products can cause ovarian cancer.

## Prospective Cohort Studies

**The Sisters' Study**

The Sisters' Study cohort analysis included 135 cases of women with ovarian cancer, 7 cases of fallopian tube cancer, 4 cases of peritoneal cancer, and 8 cases with unknown primary site. (30) Of the total 154 cases, only 96 were confirmed by medical records or death certificate.  Women were recruited to the cohort from across the United States from 2003-2009. An analysis of talcum powder products use and ovarian cancer risk, published in 2016, included 41,654 women who reported having at least one ovary

and no history of ovarian cancer at study entry, from among 50,884 women aged 35-74 years at study enrollment with at least one sister who had been diagnosed with breast cancer.

Talcum powder products use for the 12 months prior to study entry was ascertained by self-administered questionnaires. Questions included frequency of genital talcum powder products use in the form of powder or spray applied to a sanitary napkin, underwear, diaphragm, cervical cap, or vaginal area. Response categories were: did not use, used less than once a month, used 1-3 times/month, used 1-5 times/week, or used more than 5 times/week. Only a dichotomous variable—use/nonuse—was used in the analysis. Ovarian cancer cases were identified by yearly follow-up questionnaires; no updates on talc use were included. The median follow-up of study participants was only 6.6 years.

Contrary to all of the other epidemiologic studies, perineal talc use was associated with a non-statistically significant 27% decreased risk of developing ovarian cancer (hazard ratio 0.73, 95% CI 0.44 - 1.2). Of note, the 95% CI's included 1.2, so the true relative risk in this cohort could have been in the range of the other studies. Use of talcum powder products during ages 10-13 years showed a non-statistically significant 10% increase in risk (hazard ratio 1.1, 95% CI 0.74, 1.7). No data on risk by ovarian cancer subtype were presented.

**Women's Health Initiative**

In 2014, a report on the use of perineal powder in relation to ovarian cancer risk was published, using a total of 429 cases of women with ovarian cancer from the Women's Health Initiative cohort study.(29) Women were aged 50-79 years at study entry, and were recruited from 40 clinical centers across the United States between 1993-1998. While over 93,000 women were enrolled in the Women's Health Initiative cohort, this analysis included only 61,576. The largest number, 20,960, were excluded because they reported previously having had both ovaries removed or did not know whether they had any ovaries at the time of enrollment. Also excluded were 10,622 women with a history of any invasive cancer at enrollment. A further 516 were missing follow-up information. At study entry, women reported use of perineal powder on self-administered standardized questionnaires, in which they were asked if they had ever used powder on their genital areas. Those who responded yes were then asked to indicate if they used them for less than 1 year, 1-4 years, 5-9 years, or 20 or more years. Women who reported ever using a diaphragm were asked if they used powder on the diaphragm, and for what

duration. Women were also asked if they used powder on a sanitary napkin/pad, again with questions about duration. Because of the relatively small number of ovarian cancer cases (429) that occurred during the study, the investigators combined the duration categories into never, 9 years or less, or 10 years or more. The investigators then created one variable by combining the perineal use, diaphragm use, and sanitary napkin use, with duration as the maximum duration for any of the 3 application areas. Cases of ovarian cancer were identified by participants on annual follow-up questionnaires; no updates on talc use were included. Medical records and pathology reports were requested for each self-reported case and were adjudicated by clinic physicians and central cancer adjudicators. A total of 429 cases were included in the analysis.

Ever use of perineal powder was associated with a non-statistically significant 6% increased risk of ovarian cancer compared with never use (hazard ratio 1.06, 95% confidence interval 0.87 - 1.28).  Risk of serous invasive cancer was increased by a non-statistically significant 13% (hazard ratio 1.13, 95% CI 0.84 - 1.51). Both of these results, while not statistically significant, are consistent with an association between talcum powder product use and risk of ovarian cancer overall and of serous ovarian cancer.

**Nurses' Health Study**

The Nurses' Health Study is a cohort established in 1976 that had 307 cases of ovarian cancer at its initial publication in 2000; further data with a total of 210 cases were published in 2008; and an unknown number of cases were analyzed for publication in 2010.  The study initially enrolled 121,700 registered nurses between the ages of 30-55 years from across the United States. Use of talcum powder was ascertained on the self-administered 1982 questionnaire only, by asking women if they had ever commonly used talcum, baby powder, or deodorizing powder on their perineal areas. Possible responses were: no, daily, 1-6 times per week, or less than once per week. Women were also asked if they had applied these products to sanitary napkins. "Ever talc use" was classified as ever talc use on either the perineal area or sanitary napkins. Every two years, participants reported health updates; no updates on talc use were included, but self-reported cases of ovarian cancer were adjudicated through medical record reviews. Women were excluded from talcum powder products analyses if they did not complete the information on the 1982 questionnaire, if they reported having had both ovaries removed, if they had had a hysterectomy but did not report whether or not they had at least one ovary remaining, or if they had a history of radiation therapy.

44

There have been three publications from the Nurses' Health Study on the relationship between talcum powder products and risk for ovarian cancer.(31-33) The first, published in 2000, included 78,630 women, of whom 307 cases of ovarian cancer were diagnosed during a 14 year follow-up period. Ever use of talc was reported by 40.4% of the cohort; 14.5% ever used talc daily.(31)

The risk of ovarian cancer was not statistically significantly associated with epithelial ovarian cancer overall (relative risk 1.09, 95% CI 0.86-1.37), and risk did not increase with increasing frequency of use. Risk of serous ovarian cancer, however, was statistically significantly increased by 40% in women who had ever used talc (relative risk 1.4, 95% CI 1.02-1.91).

The second report from the Nurses' Health Study was in 2008.(32) In this study, 210 cases and a random sample of 600 controls from the Nurses' Health Study were combined with cases and controls from other case-control studies. Among the Nurses' Health Study cases and controls, the relative risk for ovarian cancer was 1.24 (95% CI 0.83-1.83).

Daily use was associated with a 44% increase in risk (relative risk 1.44, 95% CI 0.88-2.37), although neither association was statistically significant. Given that only 210 Nurses' Health Study cases were included, the lack of statistical significance is likely due to this insufficient sample size.

The third Nurses' Health Study report was published in 2010.(33) This report looked at multiple menstrual, hormonal, health habits, and familial risk factors for ovarian cancer; the variable on use of talc to the perineal area was limited to a dichotomous "greater than or equal to once per week vs.  less than once per week)".

Use of talc one or more times per week compared with less use was not statistically significantly related to risk for epithelial ovarian cancer (relative risk 1.06, 95% CI 0.89-1.28), serous invasive (relative risk 1.06, 95% CI 0.84-1.35), or for other subtypes including endometrioid, or mucinous ovarian cancer.

It is difficult to compare the results of these three Nurses' Health Study publications. The first and third used different categories of use as the referent (comparison) group. The first publication used "never use" as the comparison and found a statistically significant effect for risk of serous ovarian cancer with

any use of talcum powder products. The third publication combined "never use" and "less than once per week" into one referent category. If low frequency use increases risk of ovarian cancer, which is entirely plausible, combining such women with never users will seriously underestimate the true relative risk associated with use of talcum powder products. The second publication found increased risks of total and serous ovarian cancer with use of talcum powder products, but the numbers were small and therefore the results were not statistically significant.

**Cohort Studies Analysis**

Two of the three cohort studies found small increases in risk of ovarian cancer overall among women who used talcum powder products in the perineal areas. The results were not statistically significant for ovarian cancer overall, however, likely due to insufficient sample size or incomplete ascertainment of talc exposure. The first Nurses' Health Study publication found a statistically significant association between ever versus never use and risk of serous ovarian cancer. The Sisters' Study found a reduced risk of ovarian cancer but did not report data by histologic subtype of ovarian cancer. Similar to the Nurses' Health Study, the Women's Health Initiative found an increase, albeit non-statistically significant, in risk of serous ovarian cancer in users versus nonusers of talcum powder products.

There were serious limitations to these cohort study analyses. None of the studies were specifically designed to investigate the relationship of talcum powder product use and risk of ovarian cancer. Rather, the cohorts were designed to study a large number of outcomes and a wide variety of exposures. Thus, none of the studies obtained detailed lifetime histories of talcum powder product use, although two did ask about duration of use for current users. None, therefore, was able to accurately measure dose of exposure. The sample sizes (numbers of cases) of most of the cohort study publications were likely too small to be able to detect a relative risk in the order of 1.24 (the value found in the Terry pooled analysis(39)) with reasonable power, especially for different histologic subtypes.

To assess likelihood of inadequate sample sizes in these cohort studies, I used an online calculator: http://www.openepi.com/SampleSize/SSCohort.htm.  I used WHI data(29) to estimate the cohort sizes needed to determine a true relative risk of 1.24 (i.e. the relative risk from Terry et al pooled analysis(39)) with 50% exposure to talcum powder products in non-cases, and an assumption of 0.5% occurrence of ovarian cancer in unexposed women(66) over 12 years' follow-up (the mean number of years of follow-

46

up in the WHI publication). My calculations show that to have sufficient power to identify a statistically significant relative risk of 1.24, the necessary cohort size would be over 140,000. None of the 3 cohorts had this large a sample size for these publications. Sample size ultimately rests on the numbers of cases that occur, rather than the actual cohort size. While the third Nurses' Health Study publication(33)—had a large sample size of cases, the authors' choice to combine never users with less than once per week users could have significantly attenuated the relative risk estimates.

Results of the cohort studies were overall attenuated compared with results of the case-control studies. However, the trend for 2 of the 3 studies was a positive relative risk of talcum powder product use and risk of ovarian cancer. In the Nurses' Health Study, women who used these products had a statistically significant 40% increased risk of developing serous invasive ovarian cancer compared with non-users.(31) In that study, use in the perineal area directly or on sanitary napkins increased risk of ovarian cancer overall by a non-statistically significant 15%.

In the Women's Health Initiative, use of talcum powder products to the genital area (or on sanitary napkins or diaphragm) increased risk overall by a non-statistically significant 6%, and risk of serous invasive ovarian cancer by a non-statistically significant 13%.

The Sisters Study asked only about use of talcum powder product use in the 12 months prior to enrollment; just 14% of the cohort used these products in that period. The cohort included only women at high risk for breast cancer recruited beginning in 2003—this may have been a group of women who were aware of the potential carcinogenic effect of talc, and therefore avoided use. This cohort study found a non-statistically significant 27% lower risk of developing ovarian cancer in users versus non-users. Given the likely 30-50-year latency of ovarian cancer development after exposure to a carcinogen(67), however, these results of the Sisters' Study are not likely reflective of risk from exposure to talcum powder products.

It is important to note that the effect sizes in the Nurses' study and in the Women's Health Initiative were in the same direction as seen in virtually all of the case-control studies.

Therefore, the attenuated results from these cohort studies do not reduce my confidence in the observations from the 28 case-control studies described above.

47

In summary, while the cohort studies on average showed more attenuated relative risks of ovarian cancer in relation to use of talcum powder product use, their results as a group do not negate the significant case-control study findings and the significant results of the meta-analyses and the pooled analysis.

## Meta-Analyses and Pooled Analyses

I reviewed 7 meta-analyses (11, 22, 34-38) and one pooled analysis (39). All of the meta-analyses, and the pooled analysis, found summary elevated risks for ovarian cancer associated with use of talcum powder products. These elevated relative risks were statistically significant. Although many of the source studies from which they performed their meta-analyses had elevated risks for ovarian cancer with use of talcum powder products, the relative risks or odds ratios were not all statistically significant. I interpret the lack of statistical significance in some source studies as being due to the small sample sizes of many of these studies. I calculated the sample size required for a study in which 40% of controls used talcum powder products, in which there is good power (80%) to detect a relative risk of 1.3, and that had low chance of estimated a particular relative risk by chance (http://www.openepi.com/SampleSize/SSCC.htm). The calculation showed that the minimum number of cases and controls would need to be 931 each, for a total sample size of 1862. Almost none of the case-control or cohort studies had sample sizes this large. Lack of statistical significance found in the various studies is likely due to their small sample sizes. For this reason, evaluation of the meta-analyses and pooled analysis, with their larger sample sizes, is critical to understanding the state of epidemiologic evidence linking use of talcum powder products to risk of ovarian cancer.

**Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-analysis (R. Penninkilampi, Eslick GD, 2018)**

In this, most recent, meta-analysis and systematic review, the authors searched 6 electronic databases, and selected observational studies with at least 50 cases of ovarian cancer.(34) They analyzed the association between ovarian cancer, including specific sub-types, and the following variables regarding talcum powder products: any perineal talc use, long-term (> 10 years) use, total lifetime applications, and use on diaphragms or sanitary napkins. Included were 24 case-control studies, with 13,421 ovarian

48

cancer cases. Also included were three cohort studies, with 890 cases and a comparison of 181,860 person-years [numbers of non-cases multiplied by the years of follow-up]).

The authors found that any perineal talc use was associated with a statistically significant 31% increased risk for ovarian cancer (odds ratio 1.31, 95% CI 1.24-1.39).

There was evidence of a dose-response effect by number of lifetime applications. Women whose lifetime applications totaled less than 3600 had a statistically significant 32% increased risk of developing ovarian cancer (odds ratio 1.32, 95% CI 1.15-1.50), while those whose lifetime applications totaled over 3600 had a statistically significant 42% increased risk for ovarian cancer (odds ratio 1.42, 95% CI 1.25-1.61).

Increased risks were seen for all types of ovarian cancer, as well as specific subtypes: all serous (odds ratio 1.32, 95% CI 1.22-1.43), serous invasive (odds ratio 1.32, 95% CI 1.13-1.54), serous borderline (odds ratio 1.39, 95% CI 1.09-1.78), and endometrioid (odds ratio 1.35, 95% CI 1.14-1.6). For all of these subtypes, the confidence intervals did not include 1.0, and therefore are considered statistically significant and unlikely to be due to chance findings. For other subtypes, the following non-statistically significant associations were seen: all mucinous (odds ratio 1.12), mucinous invasive (odds ratio 1.34), mucinous borderline (odds ratio 1.18), and clear cell (odds ratio 1.02).

The association between ever use of talc and overall ovarian cancer risk was higher in case-control studies (odds ratio 1.35, 95% CI 1.27-1.43) than in cohort studies (odds ratio 1.06, 95% CI 0.90-1.25). However, the results for case-control and cohort studies were similar for serous ovarian cancer. In cohort studies, risk for serous invasive cancer was statistically significantly increased by 25% with any perineal talc use (odds ratio 1.25, 95% CI 1.01-1.55), and in case-control studies, it was statistically significantly increased by 36% (odds ratio 1.05-1.75). There was insufficient information from the cohort studies to calculate the dose-response variable (total lifetime applications).

In my opinion, the results of this 2018 meta-analysis give strong support for an association between perineal talcum powder product use and risk for ovarian cancer. A significant number of the aspects of the causal relationship that Bradford Hill describes in his address are present in these data, including strength, consistency, temporality, and biologic gradient. Bradford Hill did not define his first aspect—

49

strength—other than to say that the likelihood of causality is greater if the agent causes a "several fold higher" increase in risk in exposed persons. However, for agents like perineal talcum powder products that have such high prevalence of use (over 50% in some populations), the odds ratio/relative risk/hazard ratio for perineal talc use is of great importance for both public health and clinical medicine because it means that perineal talc use causes a significant number of ovarian cancer cases every year.

The corollary example of combined estrogen plus progesterone menopausal hormone therapy and breast cancer risk is helpful here.  The Women's Health Initiative clinical trial showed that this type of hormone therapy increases risk of breast cancer by 26% after an average 5 years of use. That level of risk was sufficient for clinical interest groups and governmental agencies to advise women to use hormone therapy for limited periods of time, if at all, because of risk for breast cancer and other adverse events with similar levels of increased risk (29% increase in coronary heart disease, and 41% increase in stroke).(55)  Further examples of relative risks less than 1.5 that have significant public health impact because of high prevalence of exposure in the population or in specific subgroups are shown on pages 26-27.

**Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis (Berge W, Mundt K, Luu H, Boffetta P, 2017)**

The authors of this meta-analysis performed a systematic search of PubMed, Embase, and Scopus databases(35). After quality assurance and redundancy checks, they included in their analysis 24 case-control studies and 3 cohort studies that reported on the association between talcum powder products and risk of developing ovarian cancer. The main meta-analysis compared ever versus never use of genital talc. Additional analyses looked at use of powder on sanitary napkins and diaphragms. Stratified analyses were conducted for tumor types.

From the meta-analysis, the authors observed a statistically significant 22% increased risk of developing ovarian cancer in women who had ever used genital talc versus never users (relative risk 1.22, 95% CI 1.13-1.30).

Significant results were found for dose-response relationships, both for number of years of use and for number of applications. Each 10-year increase in genital talc use was associated with a 16% increase in

50

risk for developing ovarian cancer (relative risk 1.16, 95% CI 1.07-1.26). Furthermore, each increase of one application per week was associated with a 5% increase in risk (relative risk 1.05, 95% CI 1.04-1.07).

Risk of serous carcinoma was the only subtype of ovarian cancer for which risk was elevated, and it was statistically significant (relative risk 1.24, 95% CI 1.15-1.34). "Late" exposure, which the authors hypothesized could be less likely to include asbestos, conferred a higher risk (relative risk 1.31, 95% CI 1.03-1.61) than did "early" exposure (relative risk 1.18, 95% 0.99-1.37). Neither specific use on a sanitary napkin nor on a diaphragm increased risk.  Ever use of genital talc on a diaphragm was associated with decreased risk (relative risk 0.75, 95% CI 0.63-0.88).

The association of talcum powder use with increased risk of ovarian cancer was seen in case-control studies (relative risk 1.26, 95% confidence interval 1.17-1.35) but not in cohort studies (relative risk 1.02, 95% confidence interval 0.85-1.2). Furthermore, hospital-based case-control studies had a higher summary relative risk compared with population-based case-control studies (relative risks 1.34 and 1.24, respectively, both statistically significant).

In my opinion, the results of this meta-analysis are very similar to those of the later one described above, and further support the causal effect on ovarian cancer of talcum powder products applied in the perineal area.

**Perineal Use of Talc and Risk of Ovarian Cancer (Langseth, Hankinson, Siemiatycki, Weiderpass, 2017)**

In a meta-analysis conducted by some of the researchers who had investigated the epidemiologic research on talc exposure and ovarian cancer risk for IARC, data from 20 case-control studies were combined into a meta-analysis.(36) The authors found an overall odds ratio of 1.35 (95% CI 1.26-1.46) for ever- versus never-use of talcum powder products. The authors did not perform dose-response analyses.

51

**Perineal Application of Cosmetic Talc and Risk of Invasive Epithelial Ovarian Cancer: A Meta-analysis of 11,933 Subjects from Sixteen Observational Studies. (Huncharek, Geschwind, Kupelnick, 2003)**

This meta-analysis included fifteen case-control and two cohort studies that had been published between 1966 and early 2001, and that fit eligibility criteria, including documenting type of talc exposure (e.g. dusting perineum vs. sanitary napkins).  The meta-analysis  produced a statistically significant relative risk of 1.33 (95% confidence intervals 1.16-1.45) for ever versus never use of talc in the perineal area.(37)

The investigators addressed dose-response in the seven studies with information on years of talc exposure or numbers of talc applications per month. However, the authors combined categories of dose (applications per month) and duration of use (years) into one variable, and treated the dose-response analysis as if dose and duration were measuring the same construct. Their statement of lack of dose-response effect, therefore, is misleading in my opinion. The authors suggest that perhaps talc use has a similar carcinogenic effect as asbestos, and cites research showing that asbestos does not show a clear dose-response effect on risk of mesothelioma.

The authors also separated the results of hospital-based (e.g. both cases and controls from the same hospitals) from non-hospital-based (controls selected from the general population) and found a lower relative risk for ovarian cancer (1.19, not statistically significant) for the hospital-based studies and 1.38 (statistically significant) for population-based studies. The authors state that the hospital-based studies would be more accurate because they eliminate bias from case referral patterns to particular hospitals. However, many of the non-hospital-based studies used population-based case ascertainment (e.g. cancer registries) and selected population-based controls, which also eliminates the potential bias of hospital referral patterns.

**Genital Talc Exposure and Risk of Ovarian Cancer (Cramer, Liberman, Titus-Ernstoff, Welch, Greenberg, Baron, Harlow, 1999)**

In a paper that presented data for a case-control study of genital talc exposure and risk of ovarian cancer, Cramer et al. presented results of a meta-analysis of previous publications on the relationship between talcum powder product use and risk of ovarian cancer.(11) The authors included results from

52

14 case-control studies, from which they found a statistically significant combined odds ratio of 1.36 (95% confidence interval 1.24-1.49).

**A Meta-Analytical Approach Examining the Potential Relationship between Talc Exposure and Ovarian Cancer (Gross and Berg, 1995)**

In a meta-analysis sponsored by the Johnson and Johnson company, Gross and Berg included nine case-control and one cohort study in a meta-analysis, and found that the relative risk for women "exposed" versus "non-exposed" to talc was a statistically significant 1.27 (95% confidence interval 1.09-1.48).(38) Eliminating studies that included non-epithelial ovarian tumors, and studies that did not adjust for potential confounders, the relative risk remained statistically significant (relative risk 1.29, 95% confidence interval 1.02-1.63).

**Perineal Exposure to Talc and Ovarian Cancer Risk (Harlow, Cramer, Bell, Welch, 1992)**

Harlow and colleagues presented results of a meta-analysis of previous publications on the relationship between talcum powder product use and risk of ovarian cancer (in the same paper in which they presented data on a case-control study of ovarian cancer risk in relation to perineal talcum powder product exposure).(22) The authors included results from 6 case-control studies, from which they found a statistically significant combined odds ratio of 1.3 (95% confidence interval 1.1-1.6).

**Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859 Controls (Terry KL *et al.*, 2013)**

This pooled analysis used resources and data from the Ovarian Cancer Association Consortium, including 8 population-based case-control studies with relevant data on talcum powder product use.(39) Six of the studies were conducted in the U.S.(5, 7, 11, 68-70), one in Australia(8), and one in Canada(16). The analysis included 8,525 cases of ovarian, fallopian tube, or peritoneal cancer and 9,859 controls selected from the general population. Five of the studies had previously reported on use of talcum powder product and risk for ovarian cancer (5, 7, 8, 11, 16). To harmonize data on genital powder use across the studies, Terry *et al*. defined genital powder use as any type of powder (talc, baby, deodorizing,

53

cornstarch, or unspecified/unknown) applied directly or indirectly (by application to sanitary pads, tampons, or underwear) to the genital, perineal, or rectal area. Study-specific powder questions varied in detail about type and method of application. However, the authors were able to classify women into those who "ever used" genital powders vs. those who "never used" powders in the genital area. The included studies also had extensive data on other suspected risk factors for ovarian cancer that were adjusted for in the analyses. To measure cumulative dose of genital powder use, the authors estimated lifetime number of powder applications by multiplying total months of use by frequency of use per month.

Genital powder use was reported by 25% of controls and 31% of cases. In the pooled analysis, ever use of genital powder was associated with a statistically significant 24% increased risk of ovarian cancer (odds ratio 1.24, 95% CI 1.15-1.33) versus women who never used these products. In contrast, women who had used powders only in non-genital areas had no increase in risk for ovarian cancer. Risk for several subtypes of ovarian cancer was statistically significantly increased in women who had used genital powders. Risk for invasive serous cancer was increased by 24% (1,952 cases; odds ratio 1.24, 95% CI 1.13-1.35). Risk for endometroid cancer was increased by 20% (568 cases; odds ratio 1.2, 95% CI 1.03-1.4), and risk for clear cell cancer was increased by 26% (327 cases; odds ratio 1.26, 95% CI 1.04-1.52). Risk of serous borderline cancer was increased by 45% (odds ratio 1.45, 95% CI 1.24-1.69). Risk of mucinous cell invasive cancer and mucinous cell borderline cancer were not statistically significantly associated with use of genital powder products (206 cases; odds ratios 1.06, 95% CI 0.82-1.26; and 409 cases; 1.19, 95% CI 0.98-1.43, respectively).

There was a striking similarity in findings across studies, and the statistical test for heterogeneity was not significant (p > 0.61). All but one study showed odds ratios greater than 1.0, of which 5 were statistically significant (i.e., the confidence intervals did not contain 1.0).

To assess dose-response effects, the authors categorized participants who had used genital powder into 4 equal groups by lowest to highest level of use (quartiles), and compared their risk for ovarian cancer to that in non-users. A clear dose-response trend was evident. Compared with never users of genital powder, women in quartile 1 had a 14% increased risk for ovarian cancer (odds ratio 1.14, 95% CI 1.00-1.31), women in quartile 2 had a 23% increased risk for ovarian cancer (odds ratio 1.23, 95% CI 1.08-1.41), women in quartile 3 had a 22% increased risk for ovarian cancer (odds ratio 1.22, 95% CI 1.07-

54

1.40), and women in quartile 4 had a 32% increased risk for ovarian cancer (odds ratio 1.32, 95% CI 1.16-1.52). Slightly higher odds ratios were seen when the cancers were restricted to non-mucinous subtypes (i.e., serous invasive, endometroid invasive, clear cell invasive, and serous invasive): 1.18, 1.22, 1.22, and 1.37, respectively, for increasing levels of use by quartiles. When all 5 categories were included, the trend was highly statistically significant ($p_{trend} < 0.0001$).

The authors performed some additional analyses to make sure that the results were not biased. First, they excluded cases and controls who only began to use genital powders after undergoing tubal ligation or hysterectomy (after which powder likely would not migrate to the ovaries). This had no effect on the odds ratios—the increased risks for ovarian cancer remained virtually identical in each quartile. They then looked at effect of genital powder use and ovarian cancer risk by subgroups of women according to other ovarian cancer risk factors. They found no significant interactions between genital powder use and parity, reported history of endometriosis, tubal ligation/hysterectomy, or menopausal status. They did find that the effect of genital powder use was higher in normal/overweight women (odds ratio 1.28, 95% CI 1.17-1.39) than it was in women with obesity (odds ratio 1.14, 95% CI 0.98-1.32).

Finally, the authors looked at associations between genital powder use and ovarian cancer by years of beginning use. They found that the association between genital powder use and ovarian cancer risk was similar for women who started use between 1952 and 1961 (odds ratio 1.36, 95% CI 1.19–1.56), between 1962 and 1972 (odds ratio 1.27, 95% CI 1.11–1.46), and after 1972 (odds ratio 1.31 95% CI 1.15–1.51). However, they observed an attenuated association for women who started genital powder use before 1952 (odds ratio 1.08, 95% CI 0.93–1.25).

The Terry *et al.* pooled analysis provides strong evidence that perineal talcum powder product use causes ovarian cancer. "Strong" here does not pertain to size of the odds ratio/relative risk. Rather, it refers to the fact that the number of cases included was larger than any previous study, the 8 case-control studies included showed similar effect sizes for association of genital powder use and ovarian cancer risk (consistency), the dose-response effect was clear, and there were enough numbers of cases to determine effects on subtypes of ovarian cancer.

**Summary of Meta-analyses/Pooled Analysis Results**

All of the meta-analyses and the pooled analysis demonstrate increased risk of ovarian cancer in women who used talcum powder products in the genital or perineal area compared with nonusers. The earlier meta-analyses included fewer studies, primarily case-control studies. The most recent meta-analyses included three cohort studies and 24 case-control studies.(34, 35) The summary relative risks were quite consistent across the meta-analyses and the pooled analysis, ranging from 1.22 to 1.4 for any versus no use of perineal talcum powder products. Furthermore, all of the summary results were statistically significant. Importantly, the later meta-analyses(34, 35) and the pooled analysis(39) assessed dose-response relationships, while earlier meta-analyses did not(11, 22, 36), or did so inaccurately(37). These findings of increased risk of ovarian cancer with perineal exposure to talcum powder products shows that the observed associations overall and those for dose-response are robust.

One striking observation across the meta-analyses and pooled analysis is that the total sample sizes (numbers of cases) in all of the meta-analyses and the pooled analysis were sufficient to detect statistically significant relative risks of 1.3 for an overall "exposed" versus "non-exposed" variable with prevalence of 40 percent (see page 48 for a calculation of needed sample size). As shown in Tables 3 and 4, the numbers of cases in the meta-analyses and pooled analysis ranged from 1106 to 14,311, with controls of equal or greater number. All of these, therefore exceed the sample size I estimated that is needed to have statistical power to determine relative risks of 1.3. In contrast, many of the individual case-control or cohort studies did not have large enough samples of cases to have statistical power to determine a relative risk of 1.3.

## Asbestos, Fibrous Talc, and Heavy Metals in Talcum Powder Products

It is important to note that talc is not asbestos-free. Talcum powder products contain other, potentially carcinogenic substances; of greatest concern is the presence of asbestos in talc, and the presence of talc with asbestiform fibers (fibrous talc), in these products. The presence of any one of these constituents add to evidence of biologic plausibility that would support the consistent increased risk seen in the epidemiologic studies.

Asbestos can take several forms. Proven carcinogenic forms include serpentine (chrysotile) and amphibole (actinolite, amosite, anthophyllite, crocidolite, and tremolite) minerals.(40)  Both serpentine and amphibole asbestos forms are classified by IARC as Class 1 carcinogens(40). In their 2012 report, IARC stated that talc deposits may include tremolite, anthophyllite, and actinolite forms of asbestos(40).

Talc may form true mineral fibers that are asbestiform in habit. This form of talc is also referred to as fibrous talc and classified by IARC as a Class 1 human carcinogen(40). The IARC report also noted that "talc containing asbestiform fibers" is not the same as "talc contaminated by asbestos"(40). The conclusions reached in the 100c monograph about asbestos apply to fibrous talc (40). IARC has classified platy (non-fibrous) talc as a 2B "possible" carcinogen(42).

The primary route of exposure to asbestos is respiratory in the general population, although exposure through drinking water and exposure to hair or clothing of asbestos workers has also occurred (40). For talc, the primary exposures listed by the IARC report are respiratory and perineal (40).

Asbestos has been established as a cause of several types of cancer including epithelial ovarian cancer (40, 41). In order to assess the causal relationship between asbestos and ovarian cancer, I conducted a literature search.  My search yielded a total of 26 studies that have investigated the epidemiology of asbestos exposure and risk of ovarian cancer.  Two of these were meta-analyses, both published in 2011.(71, 72) One was a pooled analysis of 43 Italian cohorts with high asbestos exposure. (73) In addition, IARC published monographs on the carcinogenic role of asbestos, and conducted a systematic review through 2009 of asbestos and risk of ovarian cancer. (40, 41, 74) IARC concluded that asbestos, fibrous talc, chromium, and nickel are Group 1 human carcinogens.(40) IARC also classified cobalt as a 2B "possible" carcinogen.

Published data as recently as 2014 have shown that present-day talcum powder products include several types of asbestos.(75, 76) Company documents and testimony also provide further evidence of the presence of asbestos, fibrous talc, and heavy metals in talcum powder products.(77, 78) Dr. William Longo tested historical samples provided in litigation. Test results reveal the presence of asbestos in approximately half of the samples tested. Additionally, fibrous talc was found at varying levels in all samples.(79-83)

57

Finally, I have reviewed the report of Dr. Michael Crowley that discusses the different chemicals added to the fragrance constituents contained in Johnson's Baby Powder and Shower to Shower products (84)Based on his review, he has concluded that these chemicals may contribute to the potential carcinogenicity of talcum powder products.

Therefore, based on the scientific literature and testing results, it is my opinion that the presence of asbestos, heavy metals, fibrous talc, and fragrances are all biologically plausible explanations for talcum powder products causing ovarian cancer.

# Biological Mechanisms

## Evidence of Migration of Talcum Powder Products (Talc, Asbestos, Other Minerals) to the Ovary and Fallopian Tubes

Clinical and laboratory studies have shown that talcum powder products can migrate to the ovaries and fallopian tubes. An early surgical study in healthy premenopausal women found that inert particles placed in women's vaginas moved to their fallopian tubes within 30 minutes in two of the three patients studied.(85) Henderson et al. found talc particles in 10 of 13 (75%) of ovarian tumors studied using an extraction-replication technique.(86) The findings were replicated 8 years later, with all surgeons removing the ovaries wearing gloves with no talc, to ensure that surgical contamination was not the cause of the observed talc within ovaries.(87) This replication study found talc in all 9 samples studied— 3 normal ovaries, 3 cystic ovaries, and 3 adenocarcinomas.

In another relevant clinical experiment regarding migration, the researchers placed 3 ml of $^{90m}$Tc-labelled human albumin microspheres in women's vaginas one day before pelvic surgery.(88) Of the 21 women for whom the materials moved up from the cervical area, ovaries and fallopian tubes could be counted separate from the uterus in 14. Of these 14, 9 showed radioactivity in the fallopian tubes and ovaries, and 5 showed no radioactivity. In a pathological study as part of a case-control study of benign ovarian conditions, ovaries from 24 women were tested for presence of talc and asbestos by both electron microscopy and light microscopy.(64) All tested ovaries were found to have talc present. Only half of the 24 women reported a history of perineal talc exposure, which suggests additional routes of exposure to talc, such as inhaled powder. The presence of talc was not due to surgical gloves as all

58

surgeons wore talc-free gloves in this study. In another study employing microscopy (Raman), the study authors found talc particles in ovarian tissue samples from a woman with known perineal talc exposure that were not visible with other methods.(89)

Another study demonstrated migration of talc evaluated powder on medical gloves used to perform pelvic examinations (with gloved hand inserted into the vagina).(90) This study detected powder in the peritoneal fluid, fallopian tubes, and ovaries the following day after the pelvic examination in women exposed to powdered gloves but almost none in women exposed to unpowdered gloves.  The differences between the two groups were statistically significant.

In 2007, Cramer described the presence of talc particles observed in a pelvic lymph node of a 68 year old woman with stage III serous ovarian carcinoma.(91) The authors used scanning electron microscopy to identify plate-like particulates in the 5-10 µm range within the lymph node, and energy dispersive X-ray spectroscopy revealed a magnesium and silicate signature compatible with talc. The authors also noted that talc could migrate through transport of the lymphatic system.

The results of these studies demonstrate talcum powder products can migrate from the perineal area to the ovaries and fallopian tube through both genital tract migration and inhalation. In my opinion it is biologically plausible that talcum powder products can reach the ovaries via migration from the perineum and via inhalation into the lungs, blood stream, and lymphatic system.

## Inflammation in the Causal Pathway between Talcum Powder Product Use and Ovarian Cancer Development

The literature suggests that a likely pathway through which use of talcum powder products increases risk of ovarian cancer is through talc-induced inflammatory response.(92) As described above, it is well supported that talc can migrate through the female genital tract and settle in the area of the ovaries, fallopian tubes, and peritoneum (64, 86-88, 91, 93). Increased blood levels of biomarkers of inflammation have been linked to increased risk for ovarian cancer. A recent meta-analysis of 8 cohort studies found that women with high blood levels of c-reactive protein (a marker of increased systemic inflammation) had almost double the risk of developing ovarian cancer compared with women with low levels.(94)

59

Further evidence of the inflammation mechanism comes from studies which evaluate anti-inflammatories, like aspirin and NSAIDs, and reduction of risk of ovarian cancer. A pooled analysis of case-control studies published in 2014 showed that long-term daily use of aspirin (which blocks inflammation) decreased risk of ovarian cancer (odds ratio = 0.91; 95% CI = 0.84-0.99) Similar, but not statistically significant, results were shown for use of other nonsteroidal anti-inflammatory medications.(95) A 2018 meta-analysis found an 11% reduced risk of ovarian cancer with aspirin use (relative risk 0.89, 95% CI 0.83-0.95).(96) Aspirin and other nonsteroidal anti-inflammatory medications inhibit the inflammation-mediating enzyme, COX-1(95); COX-1 is frequently overexpressed in ovarian cancer tissue.(97, 98)

Chronic inflammation may result in cell proliferation, inhibition of apoptosis, and secretion of mediators, that may promote tumorigenesis.(92) Factors related to the inflammation of the ovarian surface and tubal epithelium, such as incessant ovulation, endometriosis, and pelvic inflammatory disease, provide further evidence of inflammation and ovarian carcinogenicity. (99-101)

Talc exposure has also been linked to increased inflammation. It can induce granulomas and other inflammatory responses in vivo.(102, 103) Injected into the pleural cavity to treat pneumothorax, talc stimulates an intra-pleural inflammatory reaction that causes pleural fibrosis and scarring, leading to obliteration of the pleural space and prevention of recurrent pneumothoraces.(104) In humans, elevated interleukin 8 (a chemotactic cytokine) occurs after pleural injection of talc.(105) In a study of over 227 patients treated with talc pleurodesis; about half received small particle talc, and half received large-particle talc. Patients who received small particle talc had significantly higher proinflammatory cytokines, particularly interleukin 8, in pleural fluid and serum after talc application.(106) In animal models, injection of talc into the pleura can cause local and systemic inflammatory responses(107) including elevated inflammation-related biomarkers c-reactive protein and interleukin 8(108) as well as VEGF, and TGF-beta.(109) This type of inflammation can induce neoplastic changes.(110)

## Additional Evidence of Biological Mechanisms

Exposing human ovarian stromal and epithelial cells to talc resulted in increases reactive oxygen species (oxidative stress), cell proliferation and neoplastic transformation of cells.(110)  Similarly, in a recent *in*

60

*vitro* study by Fletcher et al., talc was applied in different concentrations, for varying numbers of hours, to epithelial ovarian cancer cell lines and normal ovarian epithelial cells.(111) As early as 24 hours post-treatment, they found increases in mRNA (gene expression) of pro-oxidant enzymes iNOS and MPO in talc-treated epithelial ovarian cancer cells and normal ovarian cells, compared with non-treated controls. Marked decreases in several antioxidant enzymes in talc-treated cells were also seen. This study supports the role of talc in inducing oxidative stress, providing a molecular basis for epidemiologic studies demonstrating an increased risk of ovarian cancer with perineal talcum powder product exposure.(111-113) Another *in vitro* study found that talc induced a biological effect by enhancing CA-125 in ovarian cancer cells and in normal cells.(114)

Talc application to human mesothelial cells in cell culture has also been shown to increase gene expression in 30 genes that are relevant to carcinogenesis, and asbestos application increased gene expression in over 200 genes.(115) In the same study, asbestos application to human ovarian epithelial cells increased gene expression in two genes at 8 hours and 16 genes at 24 hours. Many of the expressed genes are relevant to the carcinogenic process. Results from this experimental study show that talc causes a statistically significant increase in gene expression in mesothelial cells in several genes related to carcinogenesis, including activating transcription factor 3 (ATF3), which controls production of several markers of inflammation.(115)

 Asbestos, which has been found in talcum powder products, has been classified by IARC as a known ovarian carcinogen after a systematic review of the epidemiological and biological science.(40) Two meta-analyses and one pooled analysis have addressed the association between asbestos exposure and risk of ovarian cancer.(71-73) The studies of asbestos and ovarian cancer were typically studies of cohorts with high levels of occupational or home asbestos exposure, and comparisons were made to the general population as controls. The most recent meta-analysis found that women exposed to asbestos had a relative risk dying of ovarian cancer of 1.77 (95% CI 1.37-2.28) compared with unexposed populations(71). The other meta-analysis found that women exposed to asbestos had a relative risk of developing or dying of ovarian cancer of 1.75 (95% CI 1.45-2.10) compared with unexposed women(72). An additional four cohort studies (73, 116-119), which were published after the date of the most recent meta-analysis(71),as well as the pooled analysis(73) found similar elevated risks of ovarian cancer in women with asbestos exposure.

IARC also lists mechanisms through which asbestos can cause cancer including: impaired fiber clearance leading to macrophage activation, inflammation, generation of reactive oxygen and nitrogen species, tissue injury, genotoxicity, aneuploidy and polyploidy, epigenetic alteration, activation of signaling pathways, and resistance to apoptosis.(41) Asbestos is another biologically plausible explanation for talcum powder products causing ovarian cancer.

It is my opinion, based on these studies, that talc and asbestos induce inflammation which results in cell proliferation, inhibition of apoptosis, and secretion of mediators, that may promote tumorigenesis. This adds to the weight of evidence and provides a plausible biological explanation for the association between genital talcum powder product use and ovarian cancer.

Another line of experiments in support of the biologically plausible mechanism for talcum powder products causing ovarian cancer were conducted in animals. A study with female rats showed that talc is absorbed through the pleural surface and rapidly disseminated throughout internal organs and lymph nodes.(120) Henderson et al found that talc placed in the uteruses or vaginas of female rats moved to the animals' ovaries by four days post-administration.(121)

In another study, exposure of rat ovaries to talc led to cyst formation and epithelial changes.(122) A methodology study discovered that talc caused superoxide anion generation and release from mouse macrophages.(123)

Animal experiments conducted by the National Toxicology Program (NTP) of the U.S. Department of Health and Human Services are highly relevant to the role of talc in carcinogenesis.  An NTP rat study  provided important "signal " information  of talc toxicity relevant to talc and development of ovarian cancer.(124) In an inhalation study, male and female F344/N rats were exposed to daily talc aerosols of non-asbestiform talc, with appropriate controls. NTP concluded that there was clear evidence of carcinogenic activity of talc in female F344/N rats based on increased incidences of alveolar/bronchiolar adenomas and carcinomas of the lung, and benign and malignant pheochromocytoma of the adrenal gland. The NTP also concluded that there was some evidence of carcinogenic activity of talc in male F344 /N rats based on an increased incidence of benign and malignant pheochromocytoma of the adrenal gland.

In my opinion, these animal studies further demonstrate that talcum powder products and its attendant inflammation can induce carcinogenesis. This provides further evidence of a biologically plausible mechanism supporting causation of ovarian cancer from the use of talcum powder products.

## Summary of Findings: Weight of the Evidence/Bradford Hill Analysis

The summary relative risk estimates from the most recent meta-analyses(34, 35) and the pooled analysis(39) indicate that women who have ever used talcum powder products in the perineal/genital areas (including use of sanitary napkins, diaphragms, underwear, and direct application) have approximately 22-31% increased risk of developing ovarian cancer compared with never-users.

This review of the association between talcum powder products in the perineal/genital area produced several clear findings. Below, they are outlined according to the aspects of causality as described by Bradford Hill.(43)  The epidemiologic evidence in total, along with the biological and pathological evidence, fits virtually all of the Bradford Hill aspects for causation, namely: the strength of the association, consistency across populations, specificity, temporality, experiment,  biologic gradient (dose-response), plausibility, coherence, and analogy.

***Strength of the association and statistical significance***: The meta-analyses and pooled analysis showed that risk of ovarian cancer among ever users of talcum powder products is 22-31% higher than in women who never used these products. A total of 28 case-control studies, 3 prospective cohort studies, 2 meta-analyses, and one pooled analysis were reviewed in depth. The meta-analyses found a statistically significant 24 – 25% increased risk of developing serous ovarian cancer—representing 52% of epithelial ovarian cancer cases(125) —in women who had ever used talcum powder products compared with never-users. The pooled analysis, which included data from 5 previously published and 3 unpublished case-control studies, found similar statistically significant increased risks for overall epithelial ovarian cancer and serous ovarian cancer (24% and 20%, respectively). Thus, when combining these studies through meta-analyses, the totality of the evidence shows a statistically significant increased risk of ovarian cancer with use of perineal talcum powder products. Viewed in the context of the high consistency of the study results across time, diverse study populations, and strong study

designs, bias and chance as explanation for the increased risk are unlikely. Further, my confidence in the reliability of the data on magnitude of the risk is enhanced. Therefore, my analysis of these studies strongly supports a causal association and, given the high prevalence of use of talcum powder products in this population, these levels of risk present a clinically significant public health concern. I placed high weight on this aspect of determination of causality.

**Consistency of the association:** Across the case-control and cohort studies, the association between use of talcum powder products and risk of ovarian cancer was highly consistent. As indicated above, the case-control studies included population-based and hospital-based studies from a diverse geographic area across the U.S., as well as Australia, Canada, the UK, Israel, Greece, and China. Of the 28 studies, 24 found odds ratio greater than 1.1 for ovarian cancer in women who had any perineal exposure to talcum powder products, compared with never users (1-6, 8-11, 13-23, 25-27). Of these 24 odds ratio estimates, 16 were statistically significant (95% confidence intervals excluded 1.0 or p value $\leq$ 0.05). Among the 8 studies which were not statistically significant, 7 had a sample size lower than that estimated to be needed to have power to detect a statistically significant result. Furthermore, the increased risk of ovarian cancer with use of talcum powder products has been seen in various race/ethnic groups as well as in diverse geographic areas around the world. While the cohort studies on average showed more attenuated relative risks of ovarian cancer in relation to use of talcum powder product use, these studies were not well designed to determine true risk for ovarian cancer and perineal talc use. Therefore, their results as a group do not negate the significant case-control study findings and the significant results of the meta-analyses and the pooled analysis.

The most recent and comprehensive meta-analysis by Penninkilampi *et al.*, assessed consistency across the studies included in their analysis by measuring heterogeneity with Cochran's $Q$ statistic, with $P <$ 0.10 indicating heterogeneity.(34) They then quantified the degree of heterogeneity using the $I^2$ statistic. The $I^2$ statistic represents the fraction of the total variability across studies that is due to heterogeneity. The authors categorized $I^2$ values of 25%, 50%, and 75% as corresponding to low, moderate, and high degrees of heterogeneity, respectively, which is typical for meta-analyses.(126) The authors found that there was no heterogeneity in the relative risk estimates for exposure to talcum powder products in the perineal area, or on diaphragms or sanitary napkins. Even though the 95% confidence intervals contained 1.0 in the cohort studies, given the clearly increased relative risk across the case-control

64

studies, the trend toward increased risk in two of the three cohort studies, and the results from the Penninkilampi et al. meta-analysis, it is my opinion that this did not occur by chance but is, in fact, a true causal relationship.

The consistency across studies, led by many investigators, using different study designs, and in diverse ethnic, racial, and geographic populations over a period of nearly 35 years weighs heavily as to the consistency and reliability of the data in favor of a causal risk. Accordingly, I placed significant weight on this factor in my causation analysis.

**Specificity of the association:** Use of talcum powder products is strongly associated with epithelial ovarian cancer. Analyses by histologic subtype of epithelial ovarian cancer found that serous ovarian cancer appeared to be most strongly and consistently related to talc exposure, although the pooled case-control project found associations some other subtypes of ovarian cancer. Mucinous cancers have been consistently found to be unrelated to use of these products. Therefore, the specificity aspect is present for epithelial ovarian cancer and certain subtypes. However, because many carcinogens have been shown to cause diverse and nonspecific morbidities, such as smoking, I weighed this aspect moderately in my causal analysis as compared to other Bradford Hill factors.

**Temporality**: The epidemiologic studies that looked at lifetime talcum powder product use supported that exposure to these products predated the diagnosis of ovarian cancer. I did not find any evidence of 'reverse causation', e.g., using talcum powder products to alleviate symptoms associated with ovarian cancer, nor do any investigators report finding reverse causation. Importantly, symptoms related to ovarian cancer (bloating, increased abdominal size, abdominal pain, pelvic pain, difficulty eating, feeling full quickly)(127) are not vaginal or perineal in origin, and would be unlikely to induce women to increase use of talcum powder products. The finding of temporality is an important component in the causal analysis and, as such, I place great weight in its applicability to the determination of causality.

**Biologic gradient/ dose-response:** The earlier studies were less likely to address dose-response associations. The larger, and more recent studies, however, collected important data that inform dose-response relationships. Many of the 28 case control studies found evidence of a dose-response effect. Most often, this took the form of lifetime numbers of applications of talcum powder products or years of use. Thus, while there were studies that did not look for or find a dose-response, the body of

literature when taken as a whole does indicate a dose-response effect. Some studies did not gather detailed dose data such as frequency of use or length of use. Others gathered either frequency of the use or duration of use, but not both.  As with smoking, ascertainment of frequency x duration of exposure (cumulative exposure) is an optimal metric to determine true dose-response effects.  The meta-analyses and the pooled analysis also found evidence of relationships between increasing amount of exposure to talcum powder products in the perineal/genital area (including frequency, years of use, and estimates of lifetime applications) and increased risk of developing epithelial ovarian cancer (i.e., dose-response relationships). Thus, the studies that accurately determined use of talcum powder products revealed evidence of dose-response effects. When present, the finding of a biologic gradient/dose-response is helpful in determining causation. The findings within the study data, particularly meta-analyses and the pooled analysis, thus, supports my causal analysis and I placed significant weight on this factor.

**Plausibility**: In my consideration of whether talcum powder products can cause cancer, I considered the data for biologically plausible mechanisms by which exposure to talc could result in ovarian cancer. In that regard, I assessed data and determined that talcum powder products can migrate from the perineum through the female genital tract to the ovaries; talcum powder products are found in ovarian and fallopian tube tissues; talcum powder products can induce an inflammatory response; and because of the inflammatory response, malignant transformation can occur.  Support for these finding comes from reliable, peer-reviewed scientific literature which indicates that talcum powder products can migrate from the perineum up the genital tract to the fallopian tubes and ovaries and become imbedded in the ovarian tissue.  Thus, it is biologically plausible that genital exposure to talcum powder products can result in exposure to the ovaries.

Data also plausibly indicates that inhalation of talcum powder products can result in exposure leading to cancer, including mesothelioma.  Studies also show that talcum powder products can be absorbed and transported via the lymphatic system or blood stream. Therefore, inhalation of talcum powder products could result in similar ovarian exposure.   Published scientific data shows that talc reaches the ovary and becomes imbedded in the ovarian tissue.  There are reliable data to support that talc induces an inflammatory response which mediates oxidative stress, release of cytokines and resulting genotoxicity which can induce malignant transformation. Further, the presence of asbestos and other constituents in

the talcum powder products such as asbestos, heavy metals, and fragrance have been shown to induce cancer by similar mechanisms.

While I have considered the data that do not support the plausibility of talcum powder products' carcinogenicity, otherwise overwhelming and reliable evidence indicates that there are biologically plausible mechanisms by which talcum powder products can induce ovarian carcinogenicity. Talc and its constituents can reach the ovaries, induce an inflammatory response that leads to genotoxicity and to development of ovarian cancer. While this mechanism of carcinogenicity is not proven, it is highly biologically plausible based on the present scientific information and understanding. Therefore, I place significant weight on this aspect of determination of causality.

**Coherence**: The cause-and-effect interpretation of the data on talcum powder product use and risk of ovarian cancer clearly do not significantly conflict with the known facts about the natural history and biology of the disease. Increased inflammation has been linked to risk of ovarian cancer, and talc and other contents of talcum powder products elicit inflammatory responses within areas of the body in which they have been found (i.e. ovary, peritoneum, lymph nodes, etc.). By analogy, a similar mechanism has been reported by which asbestos causes ovarian cancer.  These mechanisms are consistent with one another and the accepted understanding of the role of inflammation in carcinogenesis. While these factors support a causal association and my opinions in this regard, I do not weigh them quite as heavily as the strength and consistency of the association.

**Experiment**: As discussed above, the evidence from randomized controlled trials can provide strong support to observational evidence. However, here, randomized controlled trials are neither feasible nor ethical, similar to smoking and lung cancer. This is because ovarian cancer is a rare disease and typically takes decades to develop to be clinically diagnosable. In addition, because the effects of genital talcum powder product use could be harmful, it would be unethical to conduct a trial of this type. Furthermore, the studies involving migration of talc, the inflammatory process and its association with carcinogenesis all contribute in a compelling manner to the causal analysis. While there are experimental data supporting causation from cell studies and animal models, given the inability to conduct experimental studies in humans to test effects of talcum powder products on ovarian cancer development, there are no human experimental data. Despite this, data from reliable observational studies as described in this

67

report strongly support causation.  Therefore, I placed slight weight to this aspect of determination of causality.

## CONCLUSION

In conclusion, it is my professional opinion, stated to a medical and scientific degree of certainty, that based on the totality of the evidence, which includes epidemiological, biological, pathological and mechanistic data, perineal use of talcum powder products can cause ovarian cancer.

# Tables: Epidemiological Studies of Talcum Powder Product Use and Risk of Ovarian Cancer

## Table 1: Case-Control Studies

| Study | Country | No. Cases | No. Non-cases | Source of participants | Odds Ratio All Ovarian Ca, Any Perineal Talc Use (95% CI) | Odds Ratio Serous Ovarian Ca, Any Perineal Talc Use (95% CI) | Dose-response? |
|---|---|---|---|---|---|---|---|
| /Schildkraut 2016 (1) | U.S. | 584 | 745 | Population | 1.44 (1.11-1.86) | 1.38 (1.03-1.85) | Yes, OR's: < 3600 apps 1.16 $\geq$ 3600 apps 1.67 $p_{trend} < 0.01$ |
| Cramer 2016 (2) | U.S. | 2041 | 2100 | Population | 1.33 (1.16-1.52) | 1.42 (a) (1.19-1.69) | Yes > 24 talc-years: OR 1.49 $p_{trend} = 0.02$ |
| Wu 2015 (3) | U.S. | 1701 | 2391 | Population | 1.46 (1.27-1.69) | Not addressed | Yes, per 5-years talc: OR 1.14 (95% CI 1.09-1.20) |
| Kurta 2012 (4) | U.S. | 902 | 1802 | Population | 1.4 (1.16–1.69) | Not addressed | Not addressed |
| Rosenblatt 2011 (5) | U.S. | 812 | 1313 | Population | 1.27 (0.97-1.66) | 1.47 (borderline) (0.84-2.56) 1.01 (invasive) (0.69-1.47) | No (lifetime number of apps, years of use) |
| Wu 2009  (6) | U.S. | 609 | 688 | Population | 1.53 (1.13-2.09) | 1.70 (1.27-2.28) | Yes, lifetime apps OR: <=5200: 1.20 >5200 to <=15600: 1.38 >15,600 to <=52000: 1.34 >52000: 1.99 |

| | | | | | | | $p_{trend}$ = 0.0004 |
|---|---|---|---|---|---|---|---|
| Moorman 2009 (7) | U.S. | 1114 | 1086 | Population | Whites: 1.04 (0.82-1.33) Blacks: 1.19 (0.68-2.09) | Not addressed | Not addressed |
| Merritt 2008 (8) | Australia | 1576 | 1509 | Population | 1.17 (1.01-1.36) | 1.21 (1.03-1.44) | Yes, OR: None 1.0 > 0-10 yrs 1.13 > 10-25 yrs 1.08 > 25 yrs 1.29 $p_{trend}$ = 0.02 (similar stat sign trend for serous) |
| Mills 2004 (9) | U.S. | 256 | 1122 | Population | 1.37 (1.02-1.85) | 1.77 (1.12-2.8) | No (freq X dur), OR Never 1.0 Q1 1.03 Q2 1.81 Q3 1.74 Q4 1.06 $p_{trend}$ = 0.05 |
| Ness 2000 (10) | U.S. | 767 | 1367 | Population | 1.5 (1.1-2.0) | Not addressed | No (duration only) |
| Cramer 1999 (11) | U.S. | 563 | 523 | Population | 1.60 (1.18 - 2.15) | 1.38 (borderline) (0.82, 2.31) 1.70 (invasive) (1.22, 2.39) | Yes, lifetime apps when fallopian tubes patent: OR < 3000: 1.54 3000-10,000: 1.72 >10,000: 1.80 |
| Wong 1999 (12) | U.S. | 499 | 755 (non-GYN cancer patients) | Hospital | 0.92 (.24-3.62) | 1.2 (0.7-2.1) | No (duration only) |

| Godard 1998 (13) | Canada | 170 | 170 | Population | 2.49 (0.94-6.58) | Not addressed | Not addressed |
|---|---|---|---|---|---|---|---|
| Green 1997 (14) | Australia | 824 | 855 | Population | 1.3 (1.1-1.6) | Not addressed | No (duration only, data not shown) |
| Cook 1997 (15) | U.S. | 313 | 422 | Population | 1.5 (1.1-2.3) | 1.70 (1.1-2.50) | No (cumulative lifetime days) |
| Chang 1997 (16) | Canada | 450 | 564 | Population | 1.42 (1.08-1.86) | 1.34 (0.96-1.85) | No (frequency or duration) |
| Shushan 1996 (17) | Israel | 200 | 408 | Population | 2.0 (p=0.04) | Not addressed | Not addressed |
| Cramer 1995 (18) | U.S. | 450 | 454 | Population | 1.6 (1.2-2.1) | Not addressed | Not addressed |
| Purdie 1995 (19) | Australia | 824 | 860 | Population | 1.27 (1.04-1.54) | Not addressed | Not addressed |
| Tzonou 1993 (28) | Greece | 189 | 200 | Hospital | 1.05 (0.28-3.98) | Not addressed | Not addressed |
| Rosenblatt 1992 (20) | U.S. | 77 | 46 | Hospital | 1.7 (0.7-3.9) | Not addressed | Yes: >= 37.4 years vs. < 37.4 years: OR 2.4 |
| Chen 1992 (21) | China | 112 | 224 | Population | 3.9 (0.9-10.63) | Not addressed | Not addressed |
| Harlow 1992 (22) | U.S. | 235 | 239 | Population | 1.5 (1.0-2.1) | 1.4 (.9-2.2) | Yes, lifetime applications, OR: < 1000: 1.3 1000-10,000: 1.5 > 10,000: 1.8 $p_{trend} = 0.09$ |
| Booth 1989 (23) | U.K. | 235 | 451 | Hospital | Daily 1.3 (0.8-1.0) Weekly 2.0 (1.3-3.4) | Not addressed | Yes, RR: Never 1.0 Rarely 0.9 Monthly 0.7 Weekly 2.0 Daily 1.3 $p_{trend} = 0.05$ |

71

| Harlow 1989 (24) | U.S. | 116 border-line only | 158 | Population | 1.1 (0.7-2.1) | Not addressed | Not addressed |
|---|---|---|---|---|---|---|---|
| Whittemore 1988 (25) | U.S. | 188 | 539 | Hospital + population | 1.45 (p=0.06) | Not addressed | 1-20 applications/ mo RR 1.27 (0.82-1.96) > 20 apps/mo RR 1.45 (0.94-2.22) No $p_{trend}$ provided |
| Hartge 1983 (26) | U.S. | 135 | 171 | Hospital | 2.5 (0.7-10.0) | Not addressed | Not addressed |
| Cramer 1982 (27) | U.S. | 215 | 215 | Population | 1.92 (1.27-2.89) | Not addressed | Not addressed |

72

Table 2: Prospective Cohort Studies

| Study Year Published | Country | No. Cases | No. Non-cases | Baseline Age | Years of Follow-up | RR All Ovarian Ca, Any Perineal Talc Use (95% CI) | RR Serous Invasive Ovarian Ca, Any Perineal Talc Use | Dose-response |
|---|---|---|---|---|---|---|---|---|
| Sister Study Gonzalez, 2016 (30) | U.S. | 154 | 41,500 | 54.8 | Median 6.6 years | 0.73 (0.44-1.21) | Not addressed | Not addressed |
| Women's Health Initiative Houghton, 2014 (29) | U.S. | 429 | 61,147 | 63.3 | Mean 12.4 years | 1.06 (0.87-1.28) | 1.13 (0.84-1.51) | No (< 9 vs. 10+ years); no frequency data collected |
| Nurses Health Study Gertig, 2000 (31) | U.S. | 307 | 78,323 | 36-61 years in 1982 (year of talcum powder product use data collected) | Not provided | 1.09 (0.86-1.37) (ever use perineal talc vs. never use) | 1.40 (1.02-1.91) | No (only frequency data collected, no duration data) |
| Nurses Health Study Gates, 2008 (32) | U.S. | 210 | 600 | 36-61 years in 1982 (year of talcum powder product use data collected) | Not provided | 1.24 (0.83-1.83) ($\geq$1/wk vs. < 1/wk) | 1.48 (0.82-2.68) ($\geq$1/wk vs. < 1/wk) | Yes: RR's < 1/wk 0.98 1-6/wk 1.01 > 6/wk 1.44 |
| Nurses Health Study Gates, 2010 (33) | U.S. | 797 | 78,323?? | 6-61 years in 1982 (year of talcum powder product | Not provided | 1.06 (0.89-1.28) ($\geq$1/wk vs. < 1/wk) | 1.06 (0.84-1.35) | Not addressed |

73

| | | | | use data collected) | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Table 3: Meta-analyses

| Study | Number of Studies | Number of Cases | Relative Risk  All Ovarian Ca, Any Perineal Talc Use (95% CI) | Relative Risk Serous Ovarian Ca, Any Perineal Talc Use (95% CI) | Dose-Response |
|---|---|---|---|---|---|
| Penninkilampi 2018 (34) | 27 | 14,311 | 1.31 (1.24-1.39) | 1.32 (1.22-1.43) | Yes: OR 1.32 for < 3600 applications; OR 1.42 for > 3600 applications |
| Berge 2017 (35) | 27 | Not provided, should be same as Penninkilami above | 1.22 (1.13–1.30) | 1.24 (1.15–1.34) | Yes for duration and frequency: 1) RR per 10-year use 1.16 (95% CI 1.07-1.26); 2) RR per weekly use 1.05 (95% CI 1.04-1.07) |
| Langseth 2008 (36) | 20 | Not provided | 1.35 (1.26-1.46) | Not addressed | Not addressed |
| Huncharek 2003 (37) | 16 | 5260 | 1.33 (1.16-1.45) | Not addressed | No summary estimates calculated. Dose response addressed in 9/16 source studies: no dose-response apparent |
| Cramer 1999 (11) | 14 | 3834 | 1.4 (1.2-1.5) | Not addressed | Not addressed |
| Gross 1995 (38) | 10 (N=5 studies with adjusted data and limited to | 1509 | 1.29 (1.02-1.63) | Not addressed | Not addressed |

|  | epithelial ovarian cancers) |  |  |  |  |
|---|---|---|---|---|---|
| Harlow 1992 (22) | 6 | 1106 | 1.3 (1.1-1.6) | Not addressed | Not addressed |

Table 4: Pooled Analysis

|  | Number of Studies | Number of Cases | Odds Ratio All Ovarian Ca, Any Perineal Talc Use (95% CI) | Odds Ratio Serous Ovarian Ca, Any Perineal Talc Use (95% CI) | Dose-Response All Ovarian Cancer |
|---|---|---|---|---|---|
| Terry 2013 (39) | 8 | 8,525 | 1.24 (1.15–1.33) | 1.24 (invasive) (1.13–1.35) | Yes. OR (95% CI) by quartiles of lifetime applications vs. never use, non-mucinous cases only: Q1 1.18 (1.02-1.36) Q2 1.22 (1.06-1.41) Q3 1.22 (1.06-1.40) Q4 1.37 (1.19-1.58) |

# References

1.      Schildkraut JM, Abbott SE, Alberg AJ, Bandera EV, Barnholtz-Sloan JS, Bondy ML, et al. Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES). Cancer Epidemiol Biomarkers Prev. 2016;25(10):1411-7.

2.      Cramer DW, Vitonis AF, Terry KL, Welch WR, Titus LJ. The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States. Epidemiology. 2016;27(3):334-46.

3.      Wu AH, Pearce CL, Tseng CC, Pike MC. African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates. Cancer Epidemiol Biomarkers Prev. 2015;24(7):1094-100.

4.      Kurta ML, Moysich KB, Weissfeld JL, Youk AO, Bunker CH, Edwards RP, et al. Use of fertility drugs and risk of ovarian cancer: results from a U.S.-based case-control study. Cancer Epidemiol Biomarkers Prev. 2012;21(8):1282-92.

5.      Rosenblatt KA, Weiss NS, Cushing-Haugen KL, Wicklund KG, Rossing MA. Genital powder exposure and the risk of epithelial ovarian cancer. Cancer causes & control : CCC. 2011;22(5):737-42.

6.      Wu AH, Pearce CL, Tseng CC, Templeman C, Pike MC. Markers of inflammation and risk of ovarian cancer in Los Angeles County. International journal of cancer Journal international du cancer. 2009;124(6):1409-15.

7.      Moorman PG, Palmieri RT, Akushevich L, Berchuck A, Schildkraut JM. Ovarian cancer risk factors in African-American and white women. Am J Epidemiol. 2009;170(5):598-606.

8.      Merritt MA, Green AC, Nagle CM, Webb PM. Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. International journal of cancer Journal international du cancer. 2008;122(1):170-6.

9.      Mills PK, Riordan DG, Cress RD, Young HA. Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. International journal of cancer Journal international du cancer. 2004;112(3):458-64.

10.     Ness RB, Grisso JA, Cottreau C, Klapper J, Vergona R, Wheeler JE, et al. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. Epidemiology. 2000;11(2):111-7.

11.     Cramer DW, Liberman RF, Titus-Ernstoff L, Welch WR, Greenberg ER, Baron JA, et al. Genital talc exposure and risk of ovarian cancer. International journal of cancer Journal international du cancer. 1999;81(3):351-6.

12.     Wong C, Hempling RE, Piver MS, Natarajan N, Mettlin CJ. Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study. Obstet Gynecol. 1999;93(3):372-6.

13.     Godard B, Foulkes WD, Provencher D, Brunet JS, Tonin PN, Mes-Masson AM, et al. Risk factors for familial and sporadic ovarian cancer among French Canadians: a case-control study. Am J Obstet Gynecol. 1998;179(2):403-10.

14.     Green A, Purdie D, Bain C, Siskind V, Russell P, Quinn M, et al. Tubal sterilisation, hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group. International journal of cancer Journal international du cancer. 1997;71(6):948-51.

15.     Cook LS, Kamb ML, Weiss NS. Perineal powder exposure and the risk of ovarian cancer. Am J Epidemiol. 1997;145(5):459-65.

16.     Chang S, Risch HA. Perineal talc exposure and risk of ovarian carcinoma. Cancer. 1997;79(12):2396-401.

17.     Shushan A, Paltiel O, Iscovich J, Elchalal U, Peretz T, Schenker JG. Human menopausal gonadotropin and the risk of epithelial ovarian cancer. Fertil Steril. 1996;65(1):13-8.

18.     Cramer DW, Xu H. Epidemiologic evidence for uterine growth factors in the pathogenesis of ovarian cancer. Annals of epidemiology. 1995;5(4):310-4.

19.     Purdie D, Green A, Bain C, Siskind V, Ward B, Hacker N, et al. Reproductive and other factors and risk of epithelial ovarian cancer: an Australian case-control study. Survey of Women's Health Study Group. International journal of cancer Journal international du cancer. 1995;62(6):678-84.

20.     Rosenblatt KA, Szklo M, Rosenshein NB. Mineral fiber exposure and the development of ovarian cancer. Gynecol Oncol. 1992;45(1):20-5.

21.     Chen Y, Wu PC, Lang JH, Ge WJ, Hartge P, Brinton LA. Risk factors for epithelial ovarian cancer in Beijing, China. Int J Epidemiol. 1992;21(1):23-9.

22.     Harlow BL, Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer risk. Obstet Gynecol. 1992;80(1):19-26.

23.     Booth M, Beral V, Smith P. Risk factors for ovarian cancer: a case-control study. Br J Cancer. 1989;60(4):592-8.

24.     Harlow BL, Weiss NS. A case-control study of borderline ovarian tumors: the influence of perineal exposure to talc. Am J Epidemiol. 1989;130(2):390-4.

25.     Whittemore AS, Wu ML, Paffenbarger RS, Jr., Sarles DL, Kampert JB, Grosser S, et al. Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. Am J Epidemiol. 1988;128(6):1228-40.

26.     Hartge P, Hoover R, Lesher LP, McGowan L. Talc and ovarian cancer. JAMA : the journal of the American Medical Association. 1983;250(14):1844.

27.     Cramer DW, Welch WR, Scully RE, Wojciechowski CA. Ovarian cancer and talc: a case-control study. Cancer. 1982;50(2):372-6.

28.     Tzonou A, Polychronopoulou A, Hsieh CC, Rebelakos A, Karakatsani A, Trichopoulos D. Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. International journal of cancer Journal international du cancer. 1993;55(3):408-10.

29.     Houghton SC, Reeves KW, Hankinson SE, Crawford L, Lane D, Wactawski-Wende J, et al. Perineal powder use and risk of ovarian cancer. Journal of the National Cancer Institute. 2014;106(9).

30.     Gonzalez NL, O'Brien KM, D'Aloisio AA, Sandler DP, Weinberg CR. Douching, Talc Use, and Risk of Ovarian Cancer. Epidemiology. 2016;27(6):797-802.

31.     Gertig DM, Hunter DJ, Cramer DW, Colditz GA, Speizer FE, Willett WC, et al. Prospective study of talc use and ovarian cancer. Journal of the National Cancer Institute. 2000;92(3):249-52.

32.     Gates MA, Tworoger SS, Terry KL, Titus-Ernstoff L, Rosner B, De Vivo I, et al. Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer. Cancer Epidemiol Biomarkers Prev. 2008;17(9):2436-44.

33.     Gates MA, Rosner BA, Hecht JL, Tworoger SS. Risk factors for epithelial ovarian cancer by histologic subtype. Am J Epidemiol. 2010;171(1):45-53.

34.     Penninkilampi R, Eslick GD. Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis. Epidemiology. 2018;29(1):41-9.

35.     Berge W, Mundt K, Luu H, Boffetta P. Genital use of talc and risk of ovarian cancer: a meta-analysis. Eur J Cancer Prev. 2017 (published in 2018).

36.     Langseth H, Hankinson SE, Siemiatycki J, Weiderpass E. Perineal use of talc and risk of ovarian cancer. J Epidemiol Community Health. 2008;62(4):358-60.

37.     Huncharek M, Geschwind JF, Kupelnick B. Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen observational studies. Anticancer Res. 2003;23(2c):1955-60.

38.     Gross AJ, Berg PH. A meta-analytical approach examining the potential relationship between talc exposure and ovarian cancer. J Expo Anal Environ Epidemiol. 1995;5(2):181-95.

39.     Terry KL, Karageorgi S, Shvetsov YB, Merritt MA, Lurie G, Thompson PJ, et al. Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls. Cancer prevention research (Philadelphia, Pa). 2013;6(8):811-21.

40.     IARC. International Agency for Research on Cancer Monographs on the Evaluation of Carcinogenic Risks to Humans: Arsenic, Metals, Fibres and Dusts. 2012.

41.     Straif K, Benbrahim-Tallaa L, Baan R, Grosse Y, Secretan B, El Ghissassi F, et al. A review of human carcinogens--Part C: metals, arsenic, dusts, and fibres. The lancet oncology. 2009;10(5):453-4.

42.     Carbon black, titanium dioxide, and talc. IARC monographs on the evaluation of carcinogenic risks to humans. 2010;93:1-413.

43.     Hill AB. THE ENVIRONMENT AND DISEASE: ASSOCIATION OR CAUSATION? Proceedings of the Royal Society of Medicine. 1965;58:295-300.

44.     Bowling A. Mode of questionnaire administration can have serious effects on data quality. Journal of public health (Oxford, England). 2005;27(3):281-91.

45.     Flegal KM, Brownie C, Haas JD. The effects of exposure misclassification on estimates of relative risk. Am J Epidemiol. 1986;123(4):736-51.

46.     Rojas V, Hirshfield KM, Ganesan S, Rodriguez-Rodriguez L. Molecular Characterization of Epithelial Ovarian Cancer: Implications for Diagnosis and Treatment. International journal of molecular sciences. 2016;17(12).

47.     Coughlin SS. Recall bias in epidemiologic studies. J Clin Epidemiol. 1990;43(1):87-91.

48.     Sridharan L, Greenland P. Editorial policies and publication bias: the importance of negative studies. Archives of internal medicine. 2009;169(11):1022-3.

49.     Rising K, Bacchetti P, Bero L. Reporting bias in drug trials submitted to the Food and Drug Administration: review of publication and presentation. PLoS medicine. 2008;5(11):e217; discussion e.

50.     Rothman KJ, Greenland S. Causation and causal inference in epidemiology. Am J Public Health. 2005;95 Suppl 1:S144-50.

51.     Thompson R, Mitrou G, Brown S, Almond E, Bandurek I, Brockton N, et al. Major new review of global evidence on diet, nutrition and physical activity: A blueprint to reduce cancer risk. Nutrition Bulletin. 2018;43(3):269-83.

52.     Cosselman KE, Navas-Acien A, Kaufman JD. Environmental factors in cardiovascular disease. Nature reviews Cardiology. 2015;12(11):627-42.

53.     Hamra GB, Guha N, Cohen A, Laden F, Raaschou-Nielsen O, Samet JM, et al. Outdoor particulate matter exposure and lung cancer: a systematic review and meta-analysis. Environ Health Perspect. 2014;122(9):906-11.

54.     Khalade A, Jaakkola MS, Pukkala E, Jaakkola JJ. Exposure to benzene at work and the risk of leukemia: a systematic review and meta-analysis. Environ Health. 2010;9:31.

55.     Rossouw JE, Anderson GL, Prentice RL, LaCroix AZ, Kooperberg C, Stefanick ML, et al. Risks and benefits of estrogen plus progestin in healthy postmenopausal women: principal results From the Women's Health Initiative randomized controlled trial. JAMA : the journal of the American Medical Association. 2002;288(3):321-33.

56.     Kim S, Ko Y, Lee HJ, Lim JE. Menopausal hormone therapy and the risk of breast cancer by histological type and race: a meta-analysis of randomized controlled trials and cohort studies. Breast cancer research and treatment. 2018;170(3):667-75.

57.     Stephenson J. FDA orders estrogen safety warnings: agency offers guidance for HRT use. JAMA : the journal of the American Medical Association. 2003;289(5):537-8.

58.     Grossman DC, Curry SJ, Owens DK, Barry MJ, Davidson KW, Doubeni CA, et al. Hormone Therapy for the Primary Prevention of Chronic Conditions in Postmenopausal Women: US Preventive Services Task Force Recommendation Statement. JAMA : the journal of the American Medical Association. 2017;318(22):2224-33.

59.     Karami S, Lan Q, Rothman N, Stewart PA, Lee KM, Vermeulen R, et al. Occupational trichloroethylene exposure and kidney cancer risk: a meta-analysis. Occup Environ Med. 2012;69(12):858-67.

60.     2018 Physical Activity Guidelines Advisory Committee Scientific Report, U.S. Department of Health and Human Services. Washington, DC; 2018.

61.     Arem H, Moore SC, Patel A, Hartge P, Berrington de Gonzalez A, Visvanathan K, et al. Leisure time physical activity and mortality: a detailed pooled analysis of the dose-response relationship. JAMA internal medicine. 2015;175(6):959-67.

62.     Gandini S, Sera F, Cattaruzza MS, Pasquini P, Picconi O, Boyle P, et al. Meta-analysis of risk factors for cutaneous melanoma: II. Sun exposure. European journal of cancer (Oxford, England : 1990). 2005;41(1):45-60.

63.     van der Pols JC, Williams GM, Pandeya N, Logan V, Green AC. Prolonged prevention of squamous cell carcinoma of the skin by regular sunscreen use. Cancer Epidemiol Biomarkers Prev. 2006;15(12):2546-8.

64.     Heller DS, Westhoff C, Gordon RE, Katz N. The relationship between perineal cosmetic talc usage and ovarian talc particle burden. Am J Obstet Gynecol. 1996;174(5):1507-10.

65.     Chan DS, Vieira AR, Aune D, Bandera EV, Greenwood DC, McTiernan A, et al. Body mass index and survival in women with breast cancer--systematic literature review and meta-analysis of 82 follow-up studies. Annals of oncology : official journal of the European Society for Medical Oncology / ESMO. 2014.

66.     Anderson GL, Judd HL, Kaunitz AM, Barad DH, Beresford SA, Pettinger M, et al. Effects of estrogen plus progestin on gynecologic cancers and associated diagnostic procedures: the Women's Health Initiative randomized trial. JAMA : the journal of the American Medical Association. 2003;290(13):1739-48.

67.     Purdie DM, Bain CJ, Siskind V, Webb PM, Green AC. Ovulation and risk of epithelial ovarian cancer. International journal of cancer Journal international du cancer. 2003;104(2):228-32.

68.     Goodman MT, Lurie G, Thompson PJ, McDuffie KE, Carney ME. Association of two common single-nucleotide polymorphisms in the CYP19A1 locus and ovarian cancer risk. Endocrine-related cancer. 2008;15(4):1055-60.

69.     Lo-Ciganic WH, Zgibor JC, Bunker CH, Moysich KB, Edwards RP, Ness RB. Aspirin, nonaspirin nonsteroidal anti-inflammatory drugs, or acetaminophen and risk of ovarian cancer. Epidemiology. 2012;23(2):311-9.

70.     Pike MC, Pearce CL, Peters R, Cozen W, Wan P, Wu AH. Hormonal factors and the risk of invasive ovarian cancer: a population-based case-control study. Fertil Steril. 2004;82(1):186-95.

71.     Camargo MC, Stayner LT, Straif K, Reina M, Al-Alem U, Demers PA, et al. Occupational exposure to asbestos and ovarian cancer: a meta-analysis. Environ Health Perspect. 2011;119(9):1211-7.

72.     Reid A, de Klerk N, Musk AW. Does exposure to asbestos cause ovarian cancer? A systematic literature review and meta-analysis. Cancer Epidemiol Biomarkers Prev. 2011;20(7):1287-95.

73.     Ferrante D, Chellini E, Merler E, Pavone V, Silvestri S, Miligi L, et al. Italian pool of asbestos workers cohorts: mortality trends of asbestos-related neoplasms after long time since first exposure. Occup Environ Med. 2017;74(12):887-98.

74.     IARC. International Agency for Research on Cancer Evaluation of the Carcinogenic Risk of Chemicals to Humans: Silica and Some Silicates IARC Monographs. 1987;42.

75.     Gordon RE, Fitzgerald S, Millette J. Asbestos in commercial cosmetic talcum powder as a cause of mesothelioma in women. Int J Occup Environ Health. 2014;20(4):318-32.

76.     Blount AM. Amphibole content of cosmetic and pharmaceutical talcs. Environ Health Perspect. 1991;94:225-30.

77.     Pier J. Deposition of Julie Pier, Exhibit 47 (September 13, 2018).

78.     Hopkins J. Deposition of John Hopkins, Exhibit 24 (August 17, 2018). 2018.

79.     Longo, Rigler. April 2017  MA14-1683. 2017.

80.    Longo, Rigler. August 2017 – Analysis of J&J Baby Powder  Valiant Shower to Shower talc products for amphibole (tremolite) asbestos – expert report. 2017.

81.    Longo, Rigler, Egeland. Sept. 2017 – MAS Proj. #14-1852, Below the Waist. 2017.

82.    Longo, Rigler. Feb. 2018 – TEM analysis of historical 1978 JBP sample for amphibole asbestos. 2018.

83.    Longo, Rigler. Report on Talcum Powder Products. November 14, 2018.

84.    Crowley M. Report of Michael M. Crowley, PhD. Rule 26 Report Regarding the Fragrance Chemical Constituents in Johnson & Johnson Talcum Powder Products. November 12, 2018.

85.    Egli GE, Newton M. The transport of carbon particles in the human female reproductive tract. Fertil Steril. 1961;12:151-5.

86.    Henderson WJ, Joslin CA, Turnbull AC, Griffiths K. Talc and carcinoma of the ovary and cervix. The Journal of obstetrics and gynaecology of the British Commonwealth. 1971;78(3):266-72.

87.    Henderson WJ, Hamilton TC, Griffiths K. Talc in normal and malignant ovarian tissue. Lancet. 1979;1(8114):499.

88.    Venter PF, Iturralde M. Migration of a particulate radioactive tracer from the vagina to the peritoneal cavity and ovaries. South African medical journal = Suid-Afrikaanse tydskrif vir geneeskunde. 1979;55(23):917-9.

89.    Campion A, Smith KJ, Fedulov AV, Gregory D, Fan Y, Godleski JJ. Identification of Foreign Particles in Human Tissues using Raman Microscopy. Analytical chemistry. 2018.

90.    Sjosten AC, Ellis H, Edelstam GA. Retrograde migration of glove powder in the human female genital tract. Hum Reprod. 2004;19(4):991-5.

91.    Cramer DW, Welch WR, Berkowitz RS, Godleski JJ. Presence of talc in pelvic lymph nodes of a woman with ovarian cancer and long-term genital exposure to cosmetic talc. Obstet Gynecol. 2007;110(2 Pt 2):498-501.

92.    Maccio A, Madeddu C. Inflammation and ovarian cancer. Cytokine. 2012;58(2):133-47.

93.    Longo DL, Young RC. Cosmetic talc and ovarian cancer. Lancet. 1979;2(8150):1011-2.

94.    Zeng F, Wei H, Yeoh E, Zhang Z, Ren ZF, Colditz GA, et al. Inflammatory Markers of CRP, IL6, TNFalpha, and Soluble TNFR2 and the Risk of Ovarian Cancer: A Meta-analysis of Prospective Studies. Cancer Epidemiol Biomarkers Prev. 2016;25(8):1231-9.

95.    Trabert B, Ness RB, Lo-Ciganic WH, Murphy MA, Goode EL, Poole EM, et al. Aspirin, nonaspirin nonsteroidal anti-inflammatory drug, and acetaminophen use and risk of invasive epithelial ovarian cancer: a pooled analysis in the Ovarian Cancer Association Consortium. Journal of the National Cancer Institute. 2014;106(2):djt431.

96.    Qiao Y, Yang T, Gan Y, Li W, Wang C, Gong Y, et al. Associations between aspirin use and the risk of cancers: a meta-analysis of observational studies. BMC cancer. 2018;18(1):288.

97.    Khunnarong J, Tangjitgamol S, Manusirivithaya S, Pataradool K, Thavaramara T, Leelahakorn S. Expression of Cyclooxygenase-1 and 2 in Epithelial Ovarian Cancer: A Clinicopathologic Study. World journal of oncology. 2010;1(1):19-27.

98.    Wilson AJ, Fadare O, Beeghly-Fadiel A, Son DS, Liu Q, Zhao S, et al. Aberrant over-expression of COX-1 intersects multiple pro-tumorigenic pathways in high-grade serous ovarian cancer. Oncotarget. 2015;6(25):21353-68.

99.    Rasmussen CB, Kjaer SK, Albieri V, Bandera EV, Doherty JA, Hogdall E, et al. Pelvic Inflammatory Disease and the Risk of Ovarian Cancer and Borderline Ovarian Tumors: A Pooled Analysis of 13 Case-Control Studies. Am J Epidemiol. 2017;185(1):8-20.

100.    Pearce CL, Templeman C, Rossing MA, Lee A, Near AM, Webb PM, et al. Association between endometriosis and risk of histological subtypes of ovarian cancer: a pooled analysis of case-control studies. The lancet oncology. 2012;13(4):385-94.

101.    Reid BM, Permuth JB, Sellers TA. Epidemiology of ovarian cancer: a review. Cancer biology & medicine. 2017;14(1):9-32.

102.    Harlow BL, Hartge PA. A review of perineal talc exposure and risk of ovarian cancer. Regul Toxicol Pharmacol. 1995;21(2):254-60.

103.    Keskin N, Teksen YA, Ongun EG, Ozay Y, Saygili H. Does long-term talc exposure have a carcinogenic effect on the female genital system of rats? An experimental pilot study. Archives of gynecology and obstetrics. 2009;280(6):925-31.

104.    Caesar J, Jordan M, Hills M. Case report: A rare case of eosinophilic cholecystitis presenting after talc pleurodesis for recurrent pneumothorax. Respiratory medicine case reports. 2017;20:16-8.

105.    van den Heuvel MM, Smit HJ, Barbierato SB, Havenith CE, Beelen RH, Postmus PE. Talc-induced inflammation in the pleural cavity. The European respiratory journal. 1998;12(6):1419-23.

106.    Arellano-Orden E, Romero-Falcon A, Juan JM, Ocana Jurado M, Rodriguez-Panadero F, Montes-Worboys A. Small particle-size talc is associated with poor outcome and increased inflammation in thoracoscopic pleurodesis. Respiration; international review of thoracic diseases. 2013;86(3):201-9.

107.    Genofre EH, Vargas FS, Acencio MM, Antonangelo L, Teixeira LR, Marchi E. Talc pleurodesis: evidence of systemic inflammatory response to small size talc particles. Respiratory medicine. 2009;103(1):91-7.

108.    Rossi VF, Vargas FS, Marchi E, Acencio MM, Genofre EH, Capelozzi VL, et al. Acute inflammatory response secondary to intrapleural administration of two types of talc. The European respiratory journal. 2010;35(2):396-401.

109.    Acencio MM, Vargas FS, Marchi E, Carnevale GG, Teixeira LR, Antonangelo L, et al. Pleural mesothelial cells mediate inflammatory and profibrotic responses in talc-induced pleurodesis. Lung. 2007;185(6):343-8.

110.    Buz'Zard AR, Lau BH. Pycnogenol reduces talc-induced neoplastic transformation in human ovarian cell cultures. Phytotherapy research : PTR. 2007;21(6):579-86.

111.    Fletcher NM, Memaj, I., Saed, G.M. Talcum Powder Enhances Oxidative Stress in Ovarian Cancer Cells. Reproductive Sciences. 2018;25.

112.    Saed GM, Morris, R.T., Fletcher, N.M. New insights into the pathogenesis of ovarian cancer: oxidative stress. In: Devaja O, Papadopoulos, A., editor. Ovarian Cancer IntechOpen; 2018.

113.    Saed GM, Diamond MP, Fletcher NM. Updates of the role of oxidative stress in the pathogenesis of ovarian cancer. Gynecol Oncol. 2017;145(3):595-602.

114.    Fletcher NM, Ghassan M., Saed, P. Talcum Powder Enhances Cancer Antigen 125 Levels in Ovarian Cancer Cells and in Normal Ovarian Epithelial Cells.  Society for Reproductive Investigation; San Diego, CA. 2018.

115.    Shukla A, MacPherson MB, Hillegass J, Ramos-Nino ME, Alexeeva V, Vacek PM, et al. Alterations in gene expression in human mesothelial cells correlate with mineral pathogenicity. American journal of respiratory cell and molecular biology. 2009;41(1):114-23.

116.    Reid A, Franklin P, Olsen N, Sleith J, Samuel L, Aboagye-Sarfo P, et al. All-cause mortality and cancer incidence among adults exposed to blue asbestos during childhood. Am J Ind Med. 2013;56(2):133-45.

117.    Wang X, Lin S, Yu I, Qiu H, Lan Y, Yano E. Cause-specific mortality in a Chinese chrysotile textile worker cohort. Cancer Sci. 2013;104(2):245-9.

118.    Oddone E, Ferrante D, Tunesi S, Magnani C. Mortality in asbestos cement workers in Pavia, Italy: A cohort study. Am J Ind Med. 2017;60(10):852-66.

119.    Pira E, Romano C, Violante FS, Farioli A, Spatari G, La Vecchia C, et al. Updated mortality study of a cohort of asbestos textile workers. Cancer medicine. 2016;5(9):2623-8.

120.    Werebe EC, Pazetti R, Milanez de Campos JR, Fernandez PP, Capelozzi VL, Jatene FB, et al. Systemic distribution of talc after intrapleural administration in rats. Chest. 1999;115(1):190-3.

121.     Henderson WJ, Hamilton TC, Baylis MS, Pierrepoint CG, Griffiths K. The demonstration of the migration of talc from the vagina and posterior uterus to the ovary in the rat. Environmental research. 1986;40(2):247-50.

122.     Hamilton TC, Fox H, Buckley CH, Henderson WJ, Griffiths K. Effects of talc on the rat ovary. British journal of experimental pathology. 1984;65(1):101-6.

123.     Van Dyke K, Patel S, Vallyathan V. Lucigenin chemiluminescence assay as an adjunctive tool for assessment of various stages of inflammation: a study of quiescent inflammatory cells. Journal of biosciences. 2003;28(1):115-9.

124.     NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)(Non-Asbestiform) in F344/N Rats and B6C3F1 Mice (Inhalation Studies). National Toxicology Program technical report series. 1993;421:1-287.

125.     Torre LA, Trabert B, DeSantis CE, Miller KD, Samimi G, Runowicz CD, et al. Ovarian cancer statistics, 2018. CA: a cancer journal for clinicians. 2018;68(4):284-96.

126.     Higgins JP, Thompson SG. Quantifying heterogeneity in a meta-analysis. Stat Med. 2002;21(11):1539-58.

127.     Goff BA, Mandel LS, Drescher CW, Urban N, Gough S, Schurman KM, et al. Development of an ovarian cancer symptom index: possibilities for earlier detection. Cancer. 2007;109(2):221-7.

## Additional Materials and Data Considered

1.     21 CFR 740.1(a)
2.     American Cancer Society - Ovarian Cancer
3.     Begg, March. Cause and association: missing the forrest for the trees
4.     Boorman G, J Seely. The lack of an ovarian effect of lifetime talc exposure in F344/N Rats and B6C3F1 Mice
5.     Carr CJ. Talc: consumer uses and health perspectives
6.     Chang, et al. Occupational exposure to talc increases the risk of lung cancer: a meta-analysis of occupational cohort studies
7.     CIR Final Report - Safety assessment of talc as used in cosmetics
8.     Cralley, Key et al. Fibrous and mineral content of cosmetic talcum products
9.     Current Intelligence Bulletin 62 - Asbestos fibers and other elongate mineral particles: state of the science and roadmap for research
10.     Deposition Transcript - Shripal Sharma (Berg v. J&J)
11.     Deposition Transcript & Exhibits - John Hopkins (8/16/18, 8/17/18, 10/26/18, 11/5/18)
12.     Deposition Transcript & Exhibits - Joshua Muscat (9/25/18)
13.     Deposition Transcript & Exhibits - Julie Pier (9/12/18, 9/13/18)
14.     Deposition Transcript & Exhibits - Linda Loretz (7/17/18, 10/1/18, 10/2/18)
15.     Deposition Transcript of Alice Blount, April 2018
16.     Deposition Transcript of Patricia Moorman (Ingham)
17.     Expert Report of Jack Siemiatycki
18.     Fair warning TalcDoc 15
19.     Fair warning TalcDoc 5 - Exhibit 113 (JNJNL91_000022019)
20.     Fiber exposure during use of baby powders - Dement, Shuler, Zumwalde - NIOSH
21.     First Amended Master Long Form Complaint & Exhbits

22.     Fiume et al. Safety assessment of talc as used in cosmetics

23.     Fedak, Kristen M., Autumn Bernal, Zachary A. Capshaw, and Sherilyn Gross. 2015. "Applying the Bradford Hill Criteria in the 21st century: how data intergration has changed causal inference in molecular epidemiology." Emerging Themes in Epidemiology 12 (14). https://doi.org/10.1186/s12982-015-0037-4

24.     Fletcher, Belotte, Saed et al. Specific point mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian cancer

25.     Fletcher, Memaj, Saed. Talcum powder enhances oxidative stress in ovarian cancer cells - Abstract

26.     Fletcher, Saed. Talcum powder enhances cancer antigen 125 levels in ovarian cancer cells - Abstract

27.     Folkins, Ann K., Elke A., Jarboe, Jonathan L. Hecht, Michael G. Muto, and Christopher P. Crum. 2018. "Chapter 24 - assessing pelvic epithelial cancer risk and intercepting early malignacny." In diagnostic gynecologic and obstetric pathology (third edition)), 844-64. Philadelphia: content repository only! https://doi.org/10.1016/B978-0-323-44732-4.00024-8.

28.     Galea, Rogers. Moving beyond the cause constraint: a public health of consequence, May 2018

29.     Gloyne. Two cases of squamous carcinoma of the lung occurring in asbestosis

30.     Harper A, G Saed. Talc induces a pro-oxidant state in normal and ovarian cancer cells through gene point mutations in key redox enzymes - Abstract, Society of Gynecologic Oncology, 2018, in press.

31.     Hartge et al. Talc and ovarian cancer

32.     Heller et al. The relationship between perineal cosmetic talc usage and ovarian talc particle burden

33.     Henderson et al. Talc and Carcinoma of the Ovary and Cervix

34.     Henderson et al. Talc in normal and malignant ovarian tissue

35.     Hernan.  The C-Word: scientific euphemisms do not improve causal inference from observational data

36.     Hopkins Chart - Exhibit 24

37.     Huncharek et al. Use of cosmetic talc on contraceptive diaphragms and risk of ovarian cancer: a meta-analysis of nine observational studies

38.     IARC - Monograph Vol. 93 - Carbon black, titanium dioxide, and talc, 2010

39.     IOM (National Academies of Sciences, Engineering and Medicine). Ovarian Cancers: Evolving paradigms in research and care

40.     IMERYS210236-IMERYS210137

41.     IMERYS241039

42.     IMERYS241994-IMERYS242004

43.     IMERYS242050

44.     IMERYS322241-IMERYS322242

45.     IMERYS422289-IMERYS422290

46.     IMERYS422289-IMERYS422290

47.     JNJ000087166-JNJ000087230

48.     JNJ000251888-JNJ000251890

49.     JNJ000261010-JNJ000261027

50.     JNJ000526231-JNJ000526676

51.     JNJ000637879-JNJ000637881

52.     JNJAZ55_000000577-JNJAZ55_000000596

53.     JNJAZ55_000003357

54.     JNJAZ55_000012423-JNJAZ55_000012430

55.     JNJAZ55_000012423-JNJAZ55_000012430

56.    JNJI4T5_000004099-JNJI4T5_000004100

57.    JNJMX68_000004996-JNJMX68_000005044

58.    JNJMX68_000004996-JNJMX68_000005044

59.    JNJNL61_000001534-JNJNL61_000001535

60.    JNJNL61_000006431-JNJNL61_000006432

61.    JNJNL61_000020359

62.    JNJNL61_000052427

63.    JNJNL61_000052427

64.    JNJNL61_000061857

65.    JNJNL61_000063473

66.    Joseph, et al. Genomic profiling of malignant peritoneal mesothelioma reveals reucrrent alterations in epigenetic regulatory genes BAP1, SETD2, and DDX3X

67.    Kasper CS., Chandler PJ, Jr. Possible morbidity in women from talc on condoms. JAMA (Journal of the American Medical Association 273 (11):846-47

68.    Letter from Cancer Prevention Coalition to FDA re: Citizen's petition seeeking cancer warning on cosmetics talc products, May 13, 2008

69.    Letter From Cancer Prevention Coalition to FDA re: Citizen's petition seeeking cancer warning on cosmetics talc products, November 17, 1994

70.    Letter from Personal Care Products Council to FDA re: Commnets on citizen's petition to the Commissioner of the Food and Drug Administration seeking a cancer warning on Talc products

71.    "Levin. ""Baby powder battles: Johnson & Johnson internal documents reveal asbestos worries""

72.    https://www.fairwarning.org/2018/01/talc-documents-reveal/print"

73.    Lockey. Nonasbestos fibrous minerals

74.    Longo, Young. Cosmetic talc and ovarian cancer

75.    Loretz Exhibit 105

76.    Loretz Exhibit 106

77.    Loretz Exhibit 107

78.    Loretz Exhibit 108

79.    Lundin, Dossus, Clendenen et al.  C-reactive protein and ovarian cancer: a prospective study nested in three cohorts (Sweden, USA, Italy)

80.    Mallen, Townsend, Tworoger. Risk factors for ovarian carcinoma

81.    MBS-CRE000271

82.    Mayer P.Talc and Condoms-Reply, JAMA. 1995; 274(16):1269-1270. doi:10.1001/jama.1995.03530160021025

83.    Medscape - Chustecka, Zosia "Talc use in genital area linked to increased risk of ovarian cancer"

84.    Moller P, P Danielsen, K Jantsen, M Roursgaard & S Loft. Oxidatively damaged DNA in animals exposed to particles, Critical Reviews in Toxicology, 43:2, 96-118

85.    Moller, Jacobsen et al. Role of oxidative damage in toxicity of particulates, Free Radical Researchm 44:1, 1-46

86.    Moon, Park, Choi,et al. Risk assessment of baby powder exposure through inhalation

87.    Moorman et al. Ovarian cancer risk factors in African-American and White Women

88.    Narod, Steven A. 2016. "Talc and Ovarian Cancer." Gynecologic Oncology 141(3):410-12. https://doi.org/10.1016/j.ygyno.2016.04.011.

89.    Ness, Cottreau. Possible role of ovarian epthelial inflammation in ovarian cancer

90.    Ness. Does talc exposure cause ovarian cancer?

91.    New York Times - Lawsuits over baby powder raise questions about cancer risk

92.    NTP Technical Report on the Toxicology and Carcinogenesis of studies in talc (CAS No. 14807-96-6)

93.     Paoletti, Caiazza, Donelli, Pocchiari. Evaluation of Electron Microscopy Techniques of Asbestos: Contamination in industrial, cosmetic, and pharmaceutical talcs

94.     Park, Schildkraut, et al. Benign gynecologic conditions are associated with ovarian cancer risk in African-American women:  a case-control study

95.     Reference Manual on Scientific Evidence (rev 2011)

96.     Reuters, Talck linked to OCVA risk in African American women

97.     Rohl, Langer, Selikoff, et al. Consumer talcums and powders: mineral and chemical characterization

98.     Rohl. Asbestos in Talc

99.     Ross. Geology, asbestos and health

100.    Rothman, Greenland, Lash. Modern Epidemiology, 3rd Edition

101.    Rothman, Pastides, Samet. Interpretation of epidemiologic studies of talc and ovarian cancer

102.    Sjoesten, A.C.E., J.Ellis, and G.a.B. Edelstam. 2004. "Retrograde Migration of Glove Powder in the human female genital tract." Human Reproduction 19 (4):991-95. Https://doi.org/10.1093/humrep/deh156

103.    Trabert, Britton, Elizabeth M. Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L. Anderson, Theodore M. Brasky, et al. 2019."Analgesic use and ovarian cancer risk: an analysis in the ovarian cancer cohort consortium." Journal of the National Cancer Institute 111(2). Https//doi.org/10.1093/jnci/djy100

104.    Trial Testimony of John Hopkins, Berg v. J&J  (Oct. 2013)

105.    US Dept. of Health & Human Service - Public Health Service, Agency for Toxic Substances and Disease Registry - "Toxicological profile for asbestos"

106.    Van Gosen, Lowers et al. Using the geologic setting of talc deposits as an indicator of amphibole asbestos content

107.    Virta. The phase relationship of talc and amphiboles in a fibrous talc sample

108.    WCD000254-WCD000255

109.    Wehner, Hall et al. Do particles translocate from the vagina to the oviducts and beyond?

110.    Werner. Presence of asbestos in talc samples

111.    Whysner, J., and M. Mohan. 2000. "Perineal application of talc and cornstarch powders: evaluation of ovarian cancer risk." American Journal of Obstetrics and Gynecology 182 (3):720-24

112.    Wu, Song, Wei Zhu, Patricia Thompson, and Yusuf A. Hannun. 2018. "Evaluating intrisic and non-intrinsic cancer risk factors." Nature Communications 9(1):3490. Https://doi.org/10.1038/s41467-078-05467-z

113.    Zuckerman D, D Shapiro. Talcum powder and ovarian cancer, National Center for Health Research, May 7, 2018. http//www.center4research.org/talcum-powder-ovarian-cancer/

**EXHIBIT A**

**Curriculum Vitae**

**ANNE MCTIERNAN, M.D., PH.D.**
Office:  Fred Hutchinson Cancer Research Center
1100 Fairview Ave North, M4-B874
P.O. Box 19024
Seattle, WA 98109-1024
206-667-7979 phone
206-667-4787 fax
amctiern@fhcrc.org

## EDUCATIONAL BACKGROUND
**Residency, Primary Care Internal Medicine,** 6/92, University of Washington School of Medicine, Seattle, WA
**M.D.,** 6/89, New York Medical College, Valhalla, NY
**Ph.D. in Epidemiology,** 12/82, University of Washington, Seattle, WA
**M.A. in Medical Sociology,** 6/76, State University of New York at Buffalo,
**B.A. in Sociology,** 1/74, Boston University, Boston, MA

## PROFESSIONAL POSITIONS
Division of Public Health Sciences, Fred Hutchinson Cancer Research Center, Seattle, WA
      Director, FHCRC Prevention Center (2002 - 2012)
      Full Member (2001 - present)
      Associate Member (1997 – 2001)
      Assistant Member (1996 - 1997)
      Senior Staff Scientist, Associate in (1983 – 1985; 1992 - 1996)
Department of Epidemiology, University of Washington School of Public Health, Seattle, WA
      Research Professor (2003 - )
      Research Associate Professor (1999 – 2003)
      Research Assistant Professor (1996 - 1999)
      Clinical Instructor (1992 - 1996)
Department of Medicine, Division of Geriatrics
      Adjunct Research Professor (2003 - )
      Adjunct Research Associate Professor (1999 - 2003)
Department of Medicine, Division of General Internal Medicine
      Clinical Instructor (1992 – 1996)
Clinical Nutrition Research Unit, University of Washington, Seattle WA
      Affiliate Investigator (1996 – present)
Harborview Medical Center, Adult Medicine Clinic, Seattle, WA
      Attending Physician (1992 - 1995)
University of Washington, Women's Primary Care Clinic, Seattle, WA
      Attending Physician (1996)

## HONORS and TRAINEESHIPS
- American College of Sports Medicine Citation Award, 2012
- McDougall Mentoring Award, Fred Hutchinson Cancer Research Center, 2011
- Komen for the Cure Scientific Advisory Council/Komen Scholars, 2010-2012
- University of Washington Roger E. Moe Award for Translational Research 2009
- The Joan P. Liman MD Award, Recipient, New York Medical College, 1989
- National Institute for Dental Research, Fellowship Award in Behavioral Dental Research, 1983
- National Cancer Institute Traineeship, 1980-1982

Anne McTiernan

- University of Washington Public Health Traineeship, 1978-1979

## PROFESSIONAL ACTIVITIES
*Committee Memberships and Academic Consulting*

- 2018 U.S. Dept. Health and Human Services Physical Activity Guidelines Advisory Committee, 2016-2018
- Member, External Advisory Board, Pennington Biomedical Research Center, Louisiana, 2018
- Reviewer, NIEHS Sisters Study, 2018
- Patient-Centered Outcomes Research Institute Advisory Panel on Clinical Trials, 2014-2016
- University of Alabama, Center for Exercise Medicine External Advisory Committee, 2016
- Program Committee Member, American Institute for Cancer Research 2016 Conference on Nutrition, Physical Activity, Obesity and Cancer
- Consortium Member: NCI Randomized Controlled Trials of Lifestyle Weight Loss Interventions for Genome-Wide Association Studies, 2016-
- AACR Cancer Prevention Committee, 2010-
- World Cancer Research Fund (WCRF) Continuous Update Project Panel, 2010-
- 2008 U.S. Dept. Health and Human Services Physical Activity Guidelines Advisory Committee, 2007- 2008 (Chair, Cancer Working Group)
- Cancer Prevention Research Institute of Texas, Prevention Review Committee, 2009-2015
- Chair,  Transdisciplinary Research on Energetics and Cancer (TREC) Steering Committee 2006-7
- Chair, Cancer Interest group, the Obesity Society, 2006-7
- Steering Committee for International Position Paper and Consensus Conference on Women's Health and the Menopause, NHLBI-Lorenzi Foundation sponsors, 1998 – 2002
- International Advisory Board to the 4th International Symposium on Women's Health and Menopause, 2000 – 2001 and 2004
- Professional Advisory Committee, Breastcancer.org, 2003 –
- Women's Health Research Coalition, 2002
- Women's Health Initiative Committee Membership: Morbidity and Mortality (Co-Chair); Performance Monitoring Outcomes Committee (Chair); Coordinating Center Outcomes Scientific Committee (Chair); Coordinating Center Representative to WHI Program Advisory Committee, 1994-1995; Genetics Working Group; Cancer Biomarkers Working Group
- Consultant, *Moving Forward Study*, University of Illinois, Chicago (PI, Melinda Stolley), 2013-
- Consultant, *The Energy Balance and Breast Cancer Aspects studies: EBBA-I and EBBA-II*, Oslo University Hospital, Oslo, Norway (PI, Inger Thune), 2013-
- American Institute of Cancer Research Meeting Program Committee member, 2010, 2016
- Cancer Prevention Expert Panel, Pennington Biomedical Research Center (Baton Rouge, LA), 2010
- External Advisory Committee, Cooper  Clinic, Dallas, Tx, April 2006
- Steering Committee, LISA Trial of Weight Loss for Breast Cancer Patients, Novartis Canada 2005 – 2007
- Chair, Breast Clinical Endpoints Committee, DANCE trial of testosterone patch safety, Proctor & Gamble, 2006-7
- External Reviewer for NCI Nutritional Epidemiology Program, 2005, 2013
- Data and Safety Monitoring Board, "Project Alive", Kaiser Oakland (B. Sternfeld, PI)
- Member, NCI Transdisciplinary Research Working Group, co-Chair section on Lifestyle, 2006
- Panels for American Cancer Society Guidelines on *Diet, Nutrition and Cancer Prevention* and Guidelines for Cancer Patients and Survivors (2001, 2003, 2005)
- Working Group for International Agency for Research on Cancer Handbook of Cancer Prevention: Volume 6 – Weight control and physical activity, 2000 – 2001
- Advisory Board for the Tomorrow Study (Alberta, Canada, Cancer Cohort Study), 1999 - 2001
- Advisor to The effects of weight loss and exercise on biomarkers of breast cancer risk- a randomized pilot trial (M. Harvie, A. Howell, Manchester, England)
- Participant, "Workshop on Physical Activity and Breast Cancer", National Action Plan on Breast  Cancer, Nov. 1997

11/13/2018

Anne McTiernan

- Invitee, "Beyond Hunt Valley: Research on Women's Health for the 21st Century", Nov. 1997
- Participant, "Breast Cancer in Minorities", National Action Plan on Breast Cancer, March 1999
- 2005 ASPO Annual Meeting Program Committee
- Member, Steering Committee for International Position Paper and Consensus Conference on Women's Health and the Menopause, NHLBI-Lorenzi Foundation sponsors, 1998

*Editorial Boards*
- Cancer Prevention Research, 2008 - 2014
- Journal of Women's Health, 1998 –
- Medscape Women's Health and Ob/Gyn & Women's Health, 2001 – 2002

*Grant Reviewing*
- Chair, Department of Defense (DOD) United States Army Medical Research and Materiel Command (USAMRMC) Congressionally Directed Medical Research Programs (CDMRP) Breast Cancer Research Program - Prevention, January 2017
- Member, Department of Defense (DOD) United States Army Medical Research and Materiel Command (USAMRMC) Congressionally Directed Medical Research Programs (CDMRP) Breast Cancer Research Program - Prevention, January 2018
- Florida Department of Health Research Program Peer Review, 2017
- Department of Defense (DOD) United States Army Medical Research and Materiel Command (USAMRMC) Congressionally Directed Medical Research Programs (CDMRP) Breast Cancer Research Program - Epidemiology, February, 2016
- NCI Omnibus: Biomarkers R03 & R21 SEP-12 Review Committee 2015
- NCI Omnibus: Cancer Management & Behavior 2014
- MD Anderson NCI CCSG Review 2013
- Department of Defense (DOD) United States Army Medical Research and Materiel Command (USAMRMC) Congressionally Directed Medical Research Programs (CDMRP) Breast Cancer Research Program Breakthrough Award, Epidemiology/Prevention 2013
- Department of Defense (DOD) United States Army Medical Research and Materiel Command (USAMRMC) Congressionally Directed Medical Research Programs (CDMRP) Breast Cancer Research Program Training-Epidemiology - Prevention (2 cycles) 2013
- NIH Special Emphasis Panel Member September 2012
- NIH PRDP Study Section Member 2008-2012 (ad hoc 2006-2008)
- Susan G. Komen for the Cure 2009 - 2013
- Cancer Prevention & Research Institute of Texas 2009 – 2015
- Qatar National Priorities Research Program 2010-2013
- Catalan TV3 Marató Call 2005, 2013
- San Diego State/UC San Diego Pilot Grant Reviewer 2012
- FHCRC and UW Pilot Grant Reviews yearly
- NCI Cancer Centers Review Group Ad Hoc Member May 2007
- Pennsylvania Interim Performance Review 2007, 2008, 2010, 2012
- Marsha Rivkin Center for Ovarian Cancer Research Grants 2012
- Memorial Sloan Kettering Cancer Center NCI CCSG Review 2007
- Department of Defense Breast Cancer Program Predoctoral Fellowship Grants, 2006
- Chair, NIH Special Study Section "Mechanisms of Physical Activity Behavior Change" 3/04
- NIH EDC-2 Special Study Section, Sept. 9-10, 1997
- Alberta Cancer Board Grants, 1998-2002 and other Canadian agencies, and for Spanish and Italian Foundations
- NCI Administrative Supplements for Disseminating Evidence-based Research Products 8/04
- Member, ACSM Research Review Committee 2004 – 2006

*Journal Reviewing*

Anne McTiernan

- JAMA, Archives of Internal Medicine, American Journal of Epidemiology, Journal of the National Cancer Institute, Annals of Internal Medicine, European Journal of Cancer, British Journal of Cancer, Cancer Causes & Control, Cancer Epidemiology Biomarkers & Prevention, Annals of Epidemiology, Epidemiology, and Nutrition

*College Fellowship and Membership*
- The Obesity Society (Fellow 2003 -)
- American College of Sports Medicine (Fellow 2003 -)
- American College of Epidemiology (Fellow 1999 -)

*Professional Licenses and Certification*
- Board Certified, American Board of Internal Medicine, 1992
- Physician & Surgeon License, State of Washington, 7/21/91-2/18/18
- DEA License, Expires 2017, Schedules 2, 2N, 3, 3N, 4, 5

## LEADERSHIP
- Director, FHCRC Prevention Center, 2002-2012
- Chair, TREC Steering Committee 2006-7
- Chair, Cancer Interest Group, Obesity Society 2007-8
- Chair, Cancer Subcommittee, DHHS Physical Activity Guidelines Advisory Committee 2016-18
- Member, Leadership Group, DHHS Physical Activity Guidelines Advisory Committee 2016-18
- Chair, Cancer Working Group, DHHS Physical Activity Guidelines Advisory Committee 2007-8
- Chair, Section on Mechanisms, IARC Handbook of Cancer Prevention 2002: Physical Activity and Weight Control, 2000-1
- Organized and Chaired Symposium on Physical Activity and Cancer, American College of Sports Medicine, St. Louis, June 2002

## REFEREED PUBLICATIONS
(** refers to student papers under my supervision; ^ denotes papers from studies on which I was PI)

**1983**
1. Shy K, **McTiernan A**, Daling J, and Weiss N: Oral contraceptive use and the occurrence of pituitary prolactinoma. Journal of the American Medical Association 249:2204-2207, 1983.

**1984**
2. ^**McTiernan A**, Weiss N, and Daling J: Incidence of thyroid carcinoma in women in relation to reproductive and hormonal factors. American Journal of Epidemiology 120:423-435, 1984.
3. ^**McTiernan A**, Weiss N, and Daling J: Incidence of thyroid carcinoma in women in relation to radiation exposure and history of thyroid disease. Journal of the National Cancer Institute 73:575-581, 1984.

**1985**
4. **McTiernan A**, Chu J, and Thomas D: Cancer in whites in the Pacific Basin. In Fourth Symposium on Epidemiology and Cancer Registries in the Pacific Basin. National Cancer Institute Monograph 69:65-72, 1985.

**1986**
5. ^**McTiernan A**, Weiss N, and Daling J: Bias resulting from using the card-back system to contact patients in epidemiologic studies. American Journal of Public Health 76:71-73, 1986.
6. **McTiernan A**, Whitehead A, Thomas D, and Noonan E: Efficient selection of controls for multi-centered collaborative studies of rare diseases. American Journal of Epidemiology 123:901-904, 1986.
7. **McTiernan A**, Thomas D, Johnson L, and Roseman D: Risk factors for estrogen receptor-rich and estrogen receptor-poor breast cancers. Journal of the National Cancer Institute 77:849-854, 1986.
8. **McTiernan A** and Thomas D: Evidence for a protective effect of long-term lactation on risk of breast cancer: results from a case-control study. American Journal of Epidemiology 124:353-358, 1986.
9. ^Mueller B, **McTiernan A**, and Daling J: Level of response in epidemiologic studies using the card-back system to contact patients. American Journal of Public Health 76:1331-1332, 1986.

Anne McTiernan

**1987**

10. ^**McTiernan A**, Weiss N, and Daling J: Incidence of thyroid cancer in women in relation to known or suspected risk factors for breast cancer. Cancer Research 47:292-295, 1987.

**1991**

11. Rosenblatt KA, Thomas DB, **McTiernan A**, et al: Breast cancer in men: aspects of familial aggregation. Journal of the National Cancer Institute 83:849-54, 1991.

12. Demers PA, Thomas DB, Rosenblatt KA, **McTiernan A**, et al: Occupational exposure to electromagnetic fields and breast cancer in men. American Journal of Epidemiology 134:340-47, 1991.

**1992**

13. Thomas DB, Jiminez LM, **McTiernan A**, et al: Breast cancer in men: risk factors with hormonal implications. American Journal of Epidemiology 135:734-48, 1992.

**1993**

14. Stalsberg H, Thomas DB, Rosenblatt KA, Jiminez LM, **McTiernan A**, et al: Histologic types and hormone receptors in breast cancer in men--a population-based study in 282 North American men. Cancer Causes and Control 4:143-51, 1993.

**1994**

15. Thomas DB, Rosenblatt K, Jiminez LM, **McTiernan A**, et al: Ionizing radiation and breast cancer in men. Cancer Causes and Control 5:9-14, 1994.

**1995**

16. Bowen D, Green P, Kestin M, **McTiernan A**, Carroll D: Effects of decreasing dietary fat on psychological well-being. Cancer Epidemiology, Biomarkers, and Prevention 4:555-59, 1995.

17. **McTiernan A**, Rossouw J, Manson J, et al:  Informed consent in the Women's Health Initiative. Journal of Women's Health 5:519-529, 1995.

**1996**

18. Prentice R, Rossouw JR, Johnson, SR, Freedman LS, **McTiernan A**.  The role of randomized controlled trial in assessing the benefits and risks of long-term hormone replacement therapy: example of the Women's Health Initiative.  Menopause, 1996;3:71-76.

19. **McTiernan A**, Stanford JL, Weiss NS, Daling JR, Voigt LF: Occurrence of breast cancer in relation to recreational exercise in women age 50-64 years. Epidemiology 1996;7:598-604.

**1997**

20. Burke W, Peterson G, Lynch P, Botkin J, Daly M, Garber J, Kahn MJE, **McTiernan A**, Offitt K, Thomson E, Varricchio C, for the Cancer Genetics Studies Consortium.  Recommendations for follow-up care of individuals with an inherited predisposition to cancer. 1. Hereditary nonpolyposis colon cancer. JAMA 1997;277:915-919.

21. Burke W, Daly M, Garber J, Botkin J, Kahn MJE, Lynch P, **McTiernan A**, Offitt K, Perlman J, Petersen G, Thomson E, Varricchio C, for the Cancer Genetics Studies Consortium.  Recommendations for follow-up care of individuals with an inherited predisposition to cancer. 2. BRCA1 and BRCA2. JAMA 1997;277:997-1003.

22. **McTiernan A**, Gilligan M, Redmond C: Assessing individual risk for breast cancer: risky business. J Clinical Epidemiology 1997;50:547-556.

**1998**

23. Women's Health Initiative Study Group. Design of the Women's Health Initiative Clinical Trial and Observational Study. Controlled Clinical Trials 1998;19:61-109.

24. **McTiernan A**, Stanford J, Daling J, Voigt L: Prevalence and correlates of physical activity in women aged 50-64 years. Menopause 1998;5:95-101.

25. ^**McTiernan A**, Kumai C, Bean D, Hastings R, Schwartz R, Ulrich N, Gralow J, Potter J. Anthropometric and hormone effects of an 8-week exercise-diet intervention in breast cancer patients: results of a feasibility pilot study. Cancer Epidemiology Biomarkers Prevention 1998;7:477-81.

26. Hoffman-Goetz L, Apter D, Demark-Wahnefried W, Goran M, **McTiernan A**, Reichman M. Mechanisms for an association between physical activity and breast cancer. Cancer (supplement) 1998;83:621-628.

27. **McTiernan A**, Ulrich N, Slate S, Potter J. Physical activity and cancer etiology: associations and mechanisms. Cancer Causes and Control 1998;9(5)487-509.

Anne McTiernan

**1999**

28. Cheblowski RT, **McTiernan A.** Elements of informed consent for Hormone Replacement Therapy in patients with diagnosed breast cancer. Journal of Clinical Oncology 1999;17(1):130-42.

29. ^Negri E, Ron E, Franceschi S, DalMaso L, Mark SD, Preston-Martin S, **McTiernan A**, et al. A pooled analysis of thyroid cancer case-control studies: Methods. Cancer Causes and Controls 1999:10:131-142.

30. ^Negri E, DalMaso L, Ron E, LaVecchia C, Mark SD, Preston-Martin S, **McTiernan A**, et al. Menstrual and reproductive factors and thyroid cancer. Cancer Causes and Controls 1999:10:143-155.

31. ^LaVecchia C, Ron E, Franceschi S, DalMaso L, Mark SD, Chatenoud L, Braga C, Preston-Martin S, **McTiernan A**. Oral contraceptives, menopausal replacement treatment and other female hormones and thyroid cancer. Cancer Causes and Controls 1999:10:157-166.

32. Durfy S, Bowen D, Burke W, **McTiernan A,** et al. Attitudes and interest in genetic testing for breast and ovarian cancer susceptibility in diverse groups of women in Western Washington. Cancer Epidemiology Biomarkers and Prevention 1999:8;369-376.

33. ^**McTiernan A**, Ulrich CM, Yancey D, Slate S, Nakamura H, Oestreicher N, Bowen D, Yasui Y, Potter J, and Schwartz R. The Physical Activity for Total Health (PATH) Study: rationale and design. Medicine and Science in Sports and Exercise 1999;31:1307-1312.

34. **McTiernan A**, Potter J, Bowen D, Schwartz R. Exercise clinical trials in cancer prevention research: a call to action. Cancer Epidemiology Biomarkers and Prevention 1999; 8:201-207.

35. Bowen D, **McTiernan A**, Burke W, Powers D, Pruski J, Durfy S, Gralow J, Malone K. Participation in breast cancer risk counseling among women with a family history. Cancer Epidemiology Biomarkers and Prevention 1999; 8:581-586.

36. Rosenblatt KA, Thomas DB, Jimeneq LM, Fish B, **McTiernan A**, et al. Diet and breast cancer in men. Cancer Causes and Control 1999;10:107-113.

37. ^Franceschi S, Preston-Martin S, DalMaso L, Negri E, LaVecchia C, **McTiernan A**, et al. A pooled analysis of thyroid cancer case-control studies. IV. Benign thyroid diseases. Cancer Causes and Control 1999;10:583-595.

38. ^LaVecchia C, Ron E, Franceschi S, DalMaso L, Mark SD, Chatenoud L, Braga C, Preston-Martin S, **McTiernan A**. A pooled analysis of thyroid cancer studies. Anthropometric factors. Cancer Causes and Control 1999;10:583-595.

**2000**

39. Burke W, Culver JB, Bowen D, Lowry D, Durfy S, **McTiernan A**, Anderson, MR. Genetic counseling for women with an intermediate family history of breast cancer. American Journal of Medical Genetics 2000;90(5):361-8.

40. **McTiernan A.** The associations of energy balance and body mass index with breast cancer risk in United States women from diverse racial and ethnic backgrounds. Cancer 2000;88:1248-1255.

41. Bowen DJ, **McTiernan A**, , Rosenberg E, Powers P, Feng Z: Recruiting women into a smoking cessation program to control weight: who might quit? Women and Health 2000;31(4):41-58.

42. Wingo PA, Calle EE, **McTiernan A**. How does breast cancer mortality compare with other cancers and cardiovascular disease at different ages in U.S. women? Journal of Women's Health 2000;9:999-1006.

43. **McTiernan A.** Physical Activity and the Prevention of Breast Cancer. Medscape. Invited as Expert Opinion. October 2000; 5(5). Available at http://www.medscape.com/Medscape/WomensHealth/ journal/2000/v05.n05/wh7419.mcti/wh7419.mcti-01.html

**2001**

44. **Young SYN, Gunzenhauser JD, Malone KE, **McTiernan A.** The relationship between body mass index and asthma in the military population of the northwestern United States. Archives Internal Medicine 2001;161:1605-1611.

45. Davidoff R, **McTiernan A**, Constantine G, Davis KD, Balady GJ, Mendes LA, Rudolph RE, Bowen, DJ. Echocardiographic evaluation of women previously treated with fenfluramine: Long-term follow-up of a randomized, double-blind, placebo-controlled trial. Archives of Internal Medicine. 2001;161:1429-1436.

46. Marrett L, Theis B, Ashbury FD, and an Expert Panel. Workshop report: physical activity and cancer prevention. (member of the expert panel). Chronic Diseases in Canada 2001;21:143-149.

47. La Vecchia C, Brinton L, **McTiernan A**. Menopause, hormone replacement therapy and cancer. Maturitas 2001; 39: 97-115.

48. **McTiernan A,** Burke W, Bars J, et al. Comparison of two breast cancer risk estimates in women with a family history of breast cancer. Cancer Epidemiology Biomarkers and Prevention 2001;10: 333-338.

Anne McTiernan

49. ^Bosetti C, Kolonel L, Negri E, Ron E, Franceschi S, Dal Maso L, Galanti MR, Mark SD, Preston-Martin S, **McTiernan A**, Land C, Mabuchi K, Jin F, Wingren G, Hallquist H, Glattre E, Lund E, Levi F, Linos D, La Vecchia C. A pooled analysis of case-control studies of thyroid cancer: fish and shellfish consumption. Cancer Causes and Control 2001;12:375-382.

50. Shors AR, Solomon C, **McTiernan A**, White E. Melanoma risk in relation to height, weight, and exercise (United States) Cancer Causes and Control 2001; 12(7):599-606. Cancer Causes Control. 2001 Sep;12(7):599-606.

51. Tavani A, La Vecchia C, Brinton LA, **McTiernan A.** Hormone replacement therapy and risk of endometrial cancer. Tumori. 2001 Sep-Oct;87(5):S20-1.

52. LaVecchia C, Brinton LA, **McTiernan A**. Hormone replacement therapy and breast cancer risk: epidemiology. Journal fur Menopause 2001;8:5-7.

53. Friedenreich C, Marrett LD, Members of the Canadian Breast Cancer Initiative Working Group on Primary Prevention of Breast Cancer and an Expert Panel. Workshop report: identification of research needs in breast cancer etiology. Chronic Diseases in Canada 2001;22:41-49  (member of the Expert Panel).

**2002**

54. ^**Irwin ML, **McTiernan A**. Exercise effect on body weight in postmenopausal women: the Physical Activity for Total Health Study. In RA Lobo, PG Crosignani, R Paoletti, F Bruschi (eds). Women's Health and Menopause: New Strategies – Improved Quality of Life, Dordrecht, Kluwer Academic Pub. 2002, pp. 345-352.

55. Chlebowski RT, Aiello E, **McTiernan A.** Weight loss in breast cancer patient management. J. Clinical Oncology 2002;20(4):1128-1143.

56. ^**Slate S, Yasui Y, Ulrich C, **McTiernan A**. Mailing strategies and recruitment into an intervention trial of the exercise effect on breast cancer biomarkers. Cancer Epidemiology Biomarkers and Prevention 2002; 11: 73-77.

57. Hendrix S, Clark A, Nygaard I, Aragaki A, Barnabei V, **McTiernan A**.  Pelvic organ prolapse in the Women's Health Initiative: gravity and gravidity. Am J. Obstet Gynecol 2002 Jun;186(6):1160-6.

58. Wenger NK, Paoletti R, Lenfant CJM, Pinn VW, Barrett-Connor E, Birkhauser MH, Brinton LA, Collins A, Collins P, Crosignani PG, Dennerstein L, Ettinger B, Gustafson JA, Guthrie J, Henderson VW, Hendrix S, Klein BEK, LaVecchia C, Lindsay R, Maggi A, McGowan JA, **McTiernan A,** Nilsson S, Redford M, Resnick SM, Rossouw JE, Santoro N, Sherman SS. Executive summary. In International Position Paper on Women's Health and Menopause: a Comprehensive Approach. Wenger NK, Paoletti R, Lenfant CJM, Pinn VW (eds). NIH Publication No. 02-3284. 2002, pp. 1-22.

59. LaVecchia C, Brinton L, **McTiernan, A** Hormone replacement therapy, related therapies, and cancer. In International Position Paper on Women's Health and Menopause: a Comprehensive Approach. Wenger NK, Paoletti R, Lenfant CJM, Pinn VW (eds). NIH Publication No. 02-3284. 2002, pp.223-250.

60. Barrett-Connor E, Hendrix S, Ettinger B, Wenger NK, Paoletti R, Lenfant CJM, Pinn VW, Birkhauser MH, Brinton LA, Collins A, Collins P, Crosignani PG, Dennerstein L, Gustafson JA, Guthrie J, Henderson VW, Klein BEK, LaVecchia C, Lindsay R, Maggi A, McGowan JA, **McTiernan A,** Nilsson S, Redford M, Resnick SM, Rossouw JE, Santoro N, Sherman SS. Best clinical practices: a comprehensive approach. In International Position Paper on Women's Health and Menopause: a Comprehensive Appoach. Wenger NK, Paoletti R, Lenfant CJM, Pinn VW (eds). NIH Publication No. 02-3284. 2002, pp. 271-288.

61. Byers T, Thun M, **McTiernan A**, Doyle C, et al. American Cancer Society Guidelines for Nutrition and Physical Activity and Prevention of Cancer. CA: Cancer J Clin 2002;52:92-119.

62. Morimoto L, White E, Zhao C, Chlebowski R, Hays J, Kuller L, Lopez AM, Manson J, Margolis K, Muti P, Stefanick M, **McTiernan A**. Obesity, body size, and risk of postmenopausal breast cancer: the Women's Health Initiative. Cancer Causes and Control. 2002;13:741-751.

63. ^Bossetti C, Kolonel L, Negri E, Ron E, Franceschi S, Dal Maso L, Galanti MR, Mark SD, Preston-Martin S, **McTiernan A**, Land C, Mabuchi K, Jin F, Wingren G, Hallquist H, Glattre E, Lund E, Levi F, Linos D, La Vecchia C. A pooled analysis of case-control studies of thyroid cancer. VII. Cruciferous and other vegetables. Cancer Causes and Control 2002;13:765-775.

64. LaVecchia C, Brinton LA, **McTiernan A.** Cancer risk in postmenopausal women. Bailliere's  Best Practice and Research - Clinical Obstetrics & Gynaecology 2002 Jun;16(3):293-307.

65. Andersen R, Bowen D, Yasui Y, **McTiernan A**. Awareness and concern about ovarian cancer among women at risk due to a family history of breast or ovarian cancer. Clinical Journal of Women's Health 2002;2:5-12. (also reprinted in Am J Obstet Gynecol. 2003 Oct;189(4 Suppl):S42-7.)

Anne McTiernan

66. Bowen D, Burke W, Yasui Y, **McTiernan A**, McLaren D. Effects of risk counseling on interest in genetic testing in lower risk women. <u>Genetics in Medicine</u> 2002; 4:359-365.

67. Evenson K, Wilxox S, Pettinger M, Brunner R, King AC, **McTiernan A**. Vigorous leisure activity through women's adult life: The Women's Health Initiative Observational Cohort Study. <u>American Journal of Epidemiology</u> 2002;156:945-953.

**2003**

**68.** Bowen D, Powers D, Anderson R, Burke W, **McTiernan A,** Durfy S, Helmes A. Predicting breast cancer screening with emotion and cognition. <u>Journal of Social and Clinical Psychology</u> 2003;22(2):213-232.

69. ^\*\*Irwin M, Yasui Y, Ulrich CM, Bowen D, Rudolph RE, Schwartz RS, Yukawa M, Aiello E, Potter JD, **McTiernan A**. Effect of exercise on total and intra-abdominal body fat in postmenopausal women: a randomized controlled trial. <u>JAMA</u> 2003; 289: 323-330.

70. ^**McTiernan A**, Rajan KB, Tworoger S, Irwin M, Bernstein L, Baumgartner R, Gilliland F, Stanczyk F, Yasui Y, Ballard-Barbash R. Adiposity and sex hormones in postmenopausal breast cancer survivors. <u>Journal of Clinical Oncology</u> 2003;21(10):1961-1966.

71. Curb D, **McTiernan A**, Heckbert S, Kooperberg C, Stanford J, Nevitt M, Johnson K, Proulx-Burns L, Pastore L, Criqui M, Dougherty S. Outcomes ascertainment and adjudication methods in the Women's Health Initiative. <u>Annals of Epidemiology</u> 2003;13(9, Suppl 1):S122-S128.

72. ^\*\*Irwin M, Crumley D, **McTiernan A**, Bernstein L, Baumgartner R, Gilliland F, Kriska A, Ballard-Barbash R. Physical activity levels before and after a diagnosis of breast cancer: The Health, Eating, Activity, and Lifestyle (HEAL) Study. <u>Cancer</u> 2003;97:1746-57.

73. Mitchell BL, Ulrich CM, **McTiernan A**. Vitamin supplementation and immune function: can the elderly benefit? (review) <u>Nutrition Research</u> 2003; 23:1117-39

74. Chlebowski R, Cyr M, Gass M, Gilligan M, Hendrix S, Handek CJ, Lane D, Langer RD, Petrovich H, Stefanick M, Thomson C, **McTiernan A.** Influence of estrogen plus progestin on breast cancer and mammography in healthy postmenopausal women: the Women's Health Initiative Randomized Trial. <u>JAMA</u> 2003;289: 3243-53.

75. **McTiernan A.** Intervention studies in exercise and cancer prevention. (American College of Sports Medicine Symposium paper) <u>Medicine and Science in Sports and Exercise.</u> 2003;35(11):1841-1845.

76. ^\*\*Tworoger S, Yasui Y, Ulrich CM, Vitiello M, Bowen D, Irwin M, Aiello EJ, Schwartz RS, Potter J, **McTiernan A.** Effect of a yearlong moderate to vigorous intensity exercise or low intensity stretching intervention on self-reported sleep quality measures in postmenopausal women. <u>Sleep</u> 2003;26(7): 830-6.

77. **McTiernan A**. Behavioral risk factors in breast cancer: can risk be modified? <u>The Oncologist</u>. 2003;8(4):326-34.

78. Harris RE, Chlebowski RT, Jackson RD, Frid DJ, Ascenseo JL, Anderson G, Loar A, Rodabough RJ, White E, **McTiernan A**; Women's Health Initiative. Breast cancer and nonsteroidal anti-inflammatory drugs: prospective results from the Women's Health Initiative. <u>Cancer Res.</u> 2003 Sep 15;63(18):6096-101.

79. Brown JK, Byers T, Doyle C, Courneya KS, Demark-Wahnefried  W, Kushi LH, **McTiernan A,** et al, Nutrition and physical activity during and after cancer treatment:  an American Cancer Society guide for informed choices. <u>CA Cancer J Clin</u>. 2003 Sep-Oct;53(5):268-91.

80. **McTiernan A**, Kooperberg C, White E, Wilcox S, Coates R, Adams-Campbell L, Woods N, Ockene J. Recreational physical activity and the risk of breast cancer in postmenopausal women.  The Women's Health Initiative Cohort Study. <u>JAMA</u> 2003; 290: 1331-1336.

81. ^Mack WJ, Preston-Martin S, Dal Maso L, Galanti R, Xiang M, Franceschi S, A Hallquist A, Jin F, Kolonel L, La Vecchia C, Levi F, Linos A, Lund E, **McTiernan A**, Mabuchi K, Negri E, Wingren G, Ron E. A pooled analysis of case–control studies of thyroid cancer: cigarette smoking and consumption of alcohol, coffee, and tea. <u>Cancer Causes and Control</u> 2003;14 (8): 773-785.

**2004**

82. ^\*\*Aiello EJ, Yasui Y, Tworoger SS, Ulrich CM, Irwin M, Bowen D, Schwartz RS, Kumai C, Potter JD, **McTiernan A.** Effect of a yearlong moderate-intensity exercise intervention on the occurrence and severity of menopausal symptoms in postmenopausal women. <u>Menopause: the Journal of the North American Menopause Society</u> 2004; 11(4):382-8.

83. ^\*\*Tworoger SS, Chubak J, Aiello EJ, Ulrich CM, Atkinson C, Potter JD, Yasui Y, Stapleton PL, Lampe JW, Farin FM, Stanczyk FZ, **McTiernan A**.  Association of *CYP17, CYP19, CYP1B1,* and *COMT* polymorphisms with serum

and urinary sex hormone concentrations in postmenopausal women. <u>Cancer Epidemiol Biomarkers Prev</u> 2004 13: 94-101.

84. **McTiernan A**. Physical activity after cancer: physiologic outcomes. <u>Cancer Investigation</u> 2004;22:68-81.

85. Bowen DJ, Burke W, **McTiernan A**, Yasui Y, Andersen MR. Breast cancer risk counseling improves women's functioning. <u>Patient Education and Counseling</u> 2004;53(1);79-86.

86. ^Atkinson C, Lampe JW, Tworoger SS, Ulrich CM, Bowen D, Irwin ML, Schwartz RS, Rajan BK, Yasui Y, Potter JD, **McTiernan A**. Effects of a moderate intensity exercise intervention on estrogen metabolism in postmenopausal women. <u>Cancer Epidemiology, Biomarkers & Prevention</u> 2004;13(5):1-7.

87. ^**McTiernan A**, Tworoger S, Schwartz RS, Ulrich CM, Yasui Y, Irwin M, Rajan B, Rudolph R, Bowen D, Stanczyk F, Potter JD. Effect of exercise on serum estrogens in postmenopausal women: a 12-month randomized controlled trial. <u>Cancer Research</u> 2004;64(8):2923-8.

88. ^Frankenfeld CL, **McTiernan A**, Tworoger SS, Atkinson C, Thomas WK, Stanczyk F, Marcinova S, Weigle S, Weiss NS, Holt VL, Schwartz SM, Lampe JW.  Serum hormone and sex hormone binding globulin concentrations and urinary hydroxylated estrogen metabolites in postmenopausal women in relation to daidzein-metabolizing phenotypes.  <u>J Steroid Biochem Mol Biol</u>, 2004; 88(4-5):399-408.

89. ^**McTiernan A**, Tworoger SS, Rajan B, Yasui Y, Sorenson B, Ulrich CM, Chubak J, Stanczyk FZ, Bowen D, Irwin ML, Rudolph RE, Potter JD, Schwartz RS. Effect of exercise on serum androgens in postmenopausal women: a 12-month randomized clinical trial. <u>Cancer Epidemiology, Biomarkers & Prevention</u> 2004;13(7):1-7.

90. Tworoger SS, Davis S, Mirick D, Emerson S, Lentz M, **McTiernan A** The effect of a nighttime magnetic field exposure on sleep patterns in young women. <u>Am. J. Epidemiology</u> 2004;160(3):224-9.

91. ^**Tworoger SS, Chubak J, Aiello EJ, Yasui Y, Ulrich CM, Farin FM, Stapleton PL, Irwin ML, Potter JD, Schwartz RS, **McTiernan A.** The effect of *CYP19* and *COMT* polymorphisms on exercise-induced fat loss in postmenopausal women.  <u>Obesity Research</u> 2004;12(6):972-81.

92. Frankenfeld CL, **McTiernan A,** Aiello EJ, Thomas WK, LaCroix K, Schramm J, Schwartz SM, Holt VL, Lampe JW.  Mammographic density in overweight, postmenopausal women in relation to daidzein-metabolizing phenotypes. <u>Cancer, Epidemiology, Biomarkers and Prevention</u>. 2004;13(7):1156-1162.

93. ^**Tworoger SS,Yasui Y,Chang L, Stanczyk FZ, **McTiernan A**. Specimen allocation in longitudinal biomarker studies: controlling subject-specific levels by design. <u>Cancer Epidemiology, Biomarkers & Prevention</u> 2004;13(7):1257-1260.

94. McGregor, B.A., Bowen, D.J., Ankerst, D., Andersen, M.R., Yasui, Y., **McTiernan, A**. Optimism, perceived risk of breast cancer, and cancer worry among a community-based sample of women. <u>Health Psychology</u>. 2004;23:339-44

95. Prentice R, Willett W, Greenwald P, Alberts D Bernstein L, Boyd N, Byers T,  Clinton S, Fraser G, Freedman L, Hunter D, Kipnis V, Kolonel L, Kristal B, Kristal A, Lampe J, **McTiernan A**, Milner J, Patterson R, Potter J, Riboli E, Schatzkin A, Yates A. Nutrition, physical activity and chronic disease prevention: research strategies and recommendations. <u>J Natl Cancer Inst</u>. 2004; 96(17):1276-87.

96. ^Shade ED, **McTiernan A**, Wener MH, Wood B, Yasui Y, LaCroix K, Potter JD, Ulrich CM. Frequent intentional weight loss, duration of weight stability, and possible long-term effects on immune function. <u>J American Dietetic Association</u> June 2004; 104(6): 903-12.

97. ^Irwin M, **McTiernan A**, Bernstein L, Baumgartner R, Gilliland FD, Ballard-Barbash R. Physical activity levels among breast cancer survivors. <u>Medicine and Science in Sports and Exercise</u> 2004; 36(9): 1484-1491.

98. Alfano CM, Klesges RC, Murray DM, Bowen DJ, **McTiernan A**, Vander Weg MW, Robinson LA, Cartmel B, Thornquist MD, Barnett M, Goodman GE, Omenn GS. Physical activity in relation to all-site and lung cancer incidence and mortality in current and former smokers. <u>Cancer Epidemiol Biomarkers Prev</u> 2004;13(12):2233-2241.

99. Heckbert SR, Kooperberg C, Stafford MM, Psaty BM, Hsia J, **McTiernan A**, Barbour A, Gaziono M, Frishman WH, Curb D, for the WHI Morbidity and Mortality Committee. Comparison of self-report, hospital discharge codes, and adjudication of cardiovascular events in the Women's Health Initiative. <u>Amer J Epidemiol</u> 2004;160(12):1152-1158.

100.  ^**Chubak J, Tworoger S, Yasui Y, Ulrich C, Stanczyk F, **McTiernan A**. Associations between reproductive and menstrual factors and postmenopausal sex hormone concentrations. <u>Cancer Epidemiology, Biomarkers & Prevention</u> 2004; 13(8):1296-301.

Anne McTiernan

101.  ^Baumgartner KB, Baumgartner RN, WC Hunt WC, Crumley DD, FD Gilliland FD, **McTiernan A**,  Bernstein L, Ballard-Barbash R. Association of body composition and weight history with breast cancer prognostic markers: a divergent pattern between Hispanic and non-Hispanic white women. Am J Epidemiology 2004 160(11):1087-97.

102.  ^**Sparks R, Ulrich CM, Bigler J, Tworoger SS, Yasui Y, Rajan KB, Porter P, Stanczyk FZ, McVarish L, Aiello E, **McTiernan A.** UDP-glucuronosyltransferase and sulfotransferase polymorphisms, sex hormone concentrations, and tumor characteristics in breast cancer patients. Breast Cancer Research 2004;6(5):R488-98.

103.  Chlebowski R, Pettinger M, Stefanick M, Howard M, Mossavar-Rahmani Y, **McTiernan A**. Insulin, physical activity, and caloric intake in postmenopausal women: breast cancer implications. J Clin Oncol 2004;22(22):4507-13.

104.  ^Irwin ML, Tworoger SS, Yasui Y, Rajan K, McVarish L, LaCroix K, Ulrich C, Bowen D, Shwartz RS, Potter J, **McTiernan A.** Influence of demographic, physiologic, and psychosocial variables on adherence to a yearlong moderate-intensity exercise trial in postmenopausal women. Preventive Medicine 2004;39:1080-86.

**2005**

**105.**  ^Foster-Schubert KE, **McTiernan A**, Frayo RS, Schwartz RS, Rajan KB, Yasui Y, Tworoger SS, Cummings DE. Human plasma ghrelin levels increase during a one-year exercise program. J Clin Endoc Metab  2005; 90(2):820-5.

106.  ^Irwin ML, **McTiernan A**, Baumgartner R, Baumgartner K, Bernstein L, Gilliland FD, Ballard-Barbash R. Changes in body fat and weight after a breast cancer diagnosis: Influence of demographic, prognostic and lifestyle factors. J Clin Oncol 2005;23(4):774-782.

107.  Cheblowski R, Chen Z, Anderson GL, Rohan T, Aragaki A, Lane D, Nolan NC, Paskett ED, **McTiernan A**, Hubbell FA, Adams-Campbell LL, Prentice R. Ethnicity and breast cancer: factors influencing differences in incidence and outcome. J Natl Cancer Inst. 2005;97:439-448.

108.  ^**Frank LL, Rajan KB, Yasui Y, Tworoger SS, Ulrich CM, **McTiernan A** .  Effects of physical activity on metabolic risk variables in overweight postmenopausal women.  A randomized clinical trial.  Obesity Research 2005; 13: 615-25.

109.  ^**McTiernan A**, Sorensen B, Yasui Y, Tworoger SS, Ulrich CM, Irwin ML, Rudolph RE, Stanczyk FZ, Schwartz RS, Potter JD. No effect of exercise on insulin-like growth factor 1 and insulin-like growth factor binding protein 3 in postmenopausal women: a 12-month randomized clinical trial. Cancer Epidemiol Biomarkers Prev.  2005 Apr;14(4):1020-1

110.  ^**Aiello EJ, Yasui Y, Tworoger SS, Ulrich CM, Potter JD, Bowen D, Irwin M, Stanczyk F, **McTiernan A** Associations among circulating sex hormones, insulin-like growth factor, lipids,  and breast density in postmenopausal women. Cancer Epidemiol Biomarkers Prev.  2005;14(6):1411-1417.

111.  Tworoger SS, Davis S, Vitiello MV, Lentz MJ, **McTiernan A**. Factors associated with objective (actigraphic) and subjective sleep quality in young adult women. J Psychosomatic Res. 2005;59:11-19.

112.  **McTiernan A**, Martin C, Peck JD, Aragaki A, Chlebowski R, Pisano E, Wang CY, Brunner R, Johnson KC, Manson JE, Lewis CE, Kotchen JM, Hulka B, for the Women's Health Initiative Mammogram Density Study Investigators. Estrogen plus progestin influence on mammogram density in healthy postmenopausal women in the Women's Health Initiative Randomized Trial. J Natl Cancer Inst.2005;97: 1366-1376.

113.  ^Chubak J, Tworoger SS, Yasui Y, Ulrich CM, Stanczyk FZ, **McTiernan A.** Associations between reproductive and menstrual factors and postmenopausal androgen concentrations. J Womens Health (Larchmt) 2005;14:704-12.

114.  ^Irwin M, **McTiernan A**, Bernstein L, Gilliland F, Baumgartner R, Baumgartner K, Ballard-Barbash R. Relationship of obesity and physical activity with c-peptide, leptin, and insulin-like growth factors in breast cancer survivors. Cancer Epidemiol Biomarkers Prev. 2005; 14(12):2881-8.

115.  **McTiernan A.** Obesity and cancer: the risks, the science and potential management strategies. Oncology 2005;19(7):871-81; discussion 881-2, 885-6. Review.

116.  Meyers JA, **McTiernan A**, Ulrich CM. Leptin and immune function – integrating the evidence. Nutrition Research 2005;9:791-803.

**2006**

117.  ^Troen AM, Mitchell B, Sorensen B, Wener MH, Johnston A, Wood B, Selhub J, **McTiernan A**, Yasui Y, Potter JD, Ulrich CM. Unmetabolized folic acid in plasma is associated with reduced natural killer cell cytotoxicity among postmenopausal women. The Journal of Nutrition 2006; 136(1):189-94.

Anne McTiernan

118. Rosenberg C, Khandekar J, Greenberg P, Rodabough RJ, **McTiernan A**. Cutaneous melanoma in postmenopausal women after nonmelanoma skin carcinoma: the Women's Health Initiative Observational Study. <u>Cancer</u> 2006;106(3):654-663.

119. ^Frankenfeld CL, **McTiernan A**, Schramm JK, Yasui Y, McVarish L, Ulrich CM, Thomas WK, Lampe JW. Bone mineral density in relation to soy isoflavone-metabolizing phenotypes in 92 postmenopausal women. <u>Maturitas</u> 2006;53:315-324.

120. ^^Mohanka MR, Heckbert SR, Yasui Y, Sorensen B, Chubak J, Tworoger SS, Ulrich CM, **McTiernan A.** Randomized trial: No evidence of change in blood lipids in overweight postmenopausal women after 1-year moderate intensity exercise. <u>Medicine and Science in Sports and Exercise</u> 2006;38(2):231-9.

121. Mustian, KM, Griggs JJ, Morrow GR, **McTiernan A**, Roscoe JA, Atkins JN, Issel B Exercise and side effects among 749 patients during and after treatment for cancer: a University of Rochester Cancer Center Community Clinical Oncology Program study. <u>Supportive Care in Cancer</u> 2006; Feb 16; 14(7):732-41

122. Alfano, C. M., McGregor, B.A., Kuniyuki, A., Reeve, B. B., Bowen DJ, Baumgartner KB, Bernstein L, Ballard-Barbash R, Malone K, Ganz PA, **McTiernan A**. Psychometric properties of a tool for measuring hormone-related symptoms in breast cancer survivors. <u>Psycho-Oncology</u> 2006; Nov;15(11):985-1000.

123. ^Irwin ML, Aiello E, **McTiernan A**, Baumgartner R, Baumgartner KB, Bernstein L, Gilliland F, Ballard-Barbash R. Pre-diagnosis physical activity and mammographic density in breast cancer survivors. <u>Breast Cancer Research and Treatment</u> 2006 Jan;95(2):171-8.

124. Cauley J, Margolis K, **McTiernan A,** Vitolins M, Furberg C, Bauer D, LaCroix A, Chlebowski R. HMG co-A reductase inhibitor (statin) use and the risk of breast cancer in the Women's Health Initiative Observational Study. <u>J Natl Cancer Inst.</u> 2006;98:700-7.

125. ^Alfano, C.M., McGregor, B.A., Kuniyuki, A., Reeve, B., Bowen, D.J., Smith, A. W., Baumgartner, K., Bernstein, L., Ballard-Barbash, R., Malone, K., Ganz, P., **McTiernan, A**. Psychometric evaluation of the Brief Cancer Impact Assessment among breast cancer survivors. <u>Oncology</u> 2006; 70: 190-202.

126. Anderson GL, Chlebowski RT, Rossouw J, Rodabough RJ, **McTiernan A**, Margolis K, Aggerwal A, Curb JD, Hendrix SL, Hubbell FA, Khandekar J, Lane D, Lasser N, Lopez AM, Potter JN, Ritenbaugh C. Prior hormone therapy and breast cancer risk in the Women's Health Initiative Randomized Trial of Estrogen plus Progestin. <u>Maturitas</u> 2006 Sep 20;55(2):103-15.

127. ^**Chubak J, Ulrich CM, Tworoger SS, Sorensen B, Yasui Y, Irwin ML, Stanczyk FZ, Potter JD, **McTiernan A.** Effect of exercise on bone density and lean mass in postmenopausal women. <u>Medicine and Science in Sports and Exercise.</u> 2006;38(7):1236-1244.

128. ^**Palomares MR, Machia JRB, Lehman CD, Aiello EJ, Daling J, **McTiernan A**. Mammographic density correlation with Gail model breast cancer risk estimates and component risk factors. <u>Cancer Epidemiol Biomarkers Prev.</u> 2006; 15(7):1324-30.

129. Allison M, Langer R, Garland C, Criqui MH, **McTiernan A**, et al. Effect of aspirin supplementation on rates of colorectal cancer. <u>Am J Epidemiology</u> 2006; 164(6):567-75.

130. ^Fan J, McKean-Cowdin R, Bernstein L, Stanczyk FZ, Ballard-Barbash R, **McTiernan A**, Baumgartner R, Gilliland F. An association between a common variant (G972R) in the *IRS-1* gene and sex hormone levels in post-menopausal breast cancer survivors. <u>Breast Cancer Research Treatment</u> 2006;99(3): 323-31.

131. ^**Littman AJ, Vittielo MV, Foster-Schubert K, Ulrich CM, Tworoger SS, Potter JD, Weigle DS, **McTiernan A**. Sleep, ghrelin, leptin, and changes in body weight during a 1-year moderate-intensity physical activity intervention. <u>Int J Obesity</u> 2007 Mar;31(3):466-75.

132. ^**McTiernan A**, Yasui Y, Sorensen B, Irwin ML, Morgan A, Rudolph RE, Surawicz C, Lampe JW, Ayub K, Potter J, Lampe P. Effect of a 12-month exercise intervention on patterns of cellular proliferation in colonic crypts: a randomized controlled trial. <u>Cancer Epidemiol Biomarker Prev</u> 2006; 15: 1588-1597.

133. ^**McTiernan A**, Wu LL, Chen C, Chlebowski R, Mossavar-Rahmani Y, Modugno F, Perri MG, Stanczyk FZ, Van Horn L, Wang CY, Women's Health Initiative Investigators. Relation of BMI and physical activity to sex hormones in postmenopausal women <u>Obesity</u> 2006;14(9):1662-77.

134. ^ Abrahamson PE, Tworoger SS, Aiello EJ, Bernstein L, Ulrich CM, Gilliland FD, Stanczyk FZ, Baumgartner R, Baumgartner K, Sorensen B, Ballard-Barbash R, **McTiernan A**. Associations between the CYP17, CYPIB1, COMT and SHBG polymorphisms and serum sex hormones in post-menopausal breast cancer survivors. <u>Breast Cancer Res Treat.</u> 2007 Sep;105(1):45-54.

11/13/2018

Anne McTiernan

135. ^**Chubak J, **McTiernan A**, Sorensen B, Wener MH, Yasui Y, Velasquez M,  Wood B, Rajan KB, Wetmore CM, Potter JD, Ulrich CM.  Moderate-intensity exercise reduces the incidence of colds among postmenopausal women. American J of Medicine 2006;119(11):937-42.

136. ^Bowen DJ, Fesinmeyer MD, Yasui Y, Tworoger SS, Ulrich CM, Irwin ML, Rudolph RE, LaCroix KL, Schwartz RR, **McTiernan A.**  Effects of physical activity on quality of life in sedentary middle aged women. Int J Nutrition and Physical Activity Behavior 2006 Oct 4;3:34.

137. Doyle C, Kushi LH, Byers T, Courneya KS, Demark-Wahnefried W, Grant B, **McTiernan A,** Rock CL, Thompson C, Gansler T, Andrews KS. The American Cancer Society 2006 Nutrition and Physical Activity Guidelines Advisory Committee. American Cancer Society guidelines on nutrition and physical activity for cancer survivors CA Cancer J Clin. 2006 Nov-Dec;56(6):323-53.

138. Kushi LH, Byers T, Doyle C, Bandera EV, McCullough M, **McTiernan A,**  Gansler T, Andrews KS, Thun, MJ. American Cancer Society 2006 Nutrition and Physical Activity Guidelines Advisory Committee. American Cancer Society guidelines on nutrition and physical activity for cancer prevention: reducing the risk of cancer with healthy food choices and physical activity. CA Cancer J Clin. 2006 Sep-Oct;56(5):254-81.

**2007**

139. Campbell KL, **McTiernan A**. Exercise and biomarkers for cancer prevention studies. J. of Nutrition  2007 Jan;137(1):161S-9S.

140. ^Tworoger SS, Sorensen B, Chubak J, Irwin M, Stanczyk FZ, Ulrich CM, Potter J, McTiernan A.  Effect of a 12 month randomized clinical trial of exercise on serum prolactin concentrations in postmenopausal women. Cancer Epidemiol Biomarker Prev 2007; 16(5):895-899.

141. ^Rhew I, Yasui Y, Sorensen B, Ulrich CM, Neuhouser M, Potter JD, Tworoger SS, Chubak, Bowen DJ, **McTiernan A**. Effects of an exercise intervention on other health behaviors in overweight/obese post-menopausal women. Contemporary Clinical Trials 2007 28(4):472-81.

142. ^Bowen DJ, Alfano CM, McGregor BA, Kuniyuki A, Bernstein L, Meeske K, Baumgartner KB, Fetherolf J, Reeve BB, Wilder Smith A, Malone K, Ganz P, **McTiernan A,** Ballard-Barbash R. Possible socioeconomic and ethnic disparities in quality of life in a cohort of breast cancer survivors. Br Ca Res Treat 2007 Nov;106(1):85-95.

143. ^McKean-Cowdin R, Li X, Bernstein L, **McTiernan A**, Ballard-Barbash R, Gauderman WJ, Gilliland F. The ADRB3 Trp64Arg variant and obesity in African American breast cancer cases. Int J Obesity 2007 Jul;31(7):1110-8.

144. ^Meeske K, Smith A, McGregor BA, **McTiernan A**, Baumgartner KB, Malone KE, Alfano C, Reeve BB, Ballard-Barbash R, Bernstein L. Fatigue in breast cancer survivors two to five years post diagnosis: a HEAL Study report. Quality of Life Research 2007;16:947-960.

145. ^Irwin ML, Aiello E, **McTiernan A**, Bernstein L, Gilliland F, Baumgartner RN, Baumgartner KB, Ballard-Barbash R.  Physical activity, body mass index and mammographic density in postmenopausal breast cancer survivors. JCO 2007 Mar 20;25(9):1061-6.

146. ^**McTiernan A**, Sorensen B, Irwin M, Morgan A, Yasui Y, Lampe J, Lampe P, Rudolph R, Surawicz C, Ayub K, Potter J. Exercise effect on weight and body fat in men and women. Obesity  2007;25(6)1496-1512.

147. ^**Campbell KL, **McTiernan A,** Li SS, Sorensen BE, Yasui Y, Lampe JW, King IB,  Ulrich CM, Rudolph RE, Irwin ML, Surawicz C, Ayub K, Potter JD, Lampe PD.  Effect of a 12-month exercise intervention on apoptotic regulating proteins Bax and Bcl-2 in colon crypts:  A randomized controlled trial. Cancer Epidemiol Biomarkers Prev. 2007 16(9):1767-74.

148. ^**Abrahamson P, King I, Bess Sorensen B, Potter J, Lampe J, Yasui Y, Ulrich C, **McTiernan A.** No effect of exercise on colon mucosal prostaglandin concentrations: A 12-month randomized controlled trial. Cancer Epidemiol Biomarkers Prev. 2007; 16(11):2351-6.

149. ^Wayne SJ, Neuhouser ML, Ulrich CM, Koprowski C, Baumgartner KB, Baumgartner RN, **McTiernan A**, Bernstein L, Ballard-Barbash R. Dietary fiber is associated with serum sex hormones and insulin-related peptides in postmenopausal breast cancer survivors. Breast Cancer Res Treat 2007 Nov;112(1):149-58.

150. ^Boynton A, Neuhouser ML, Wener MH, Wood B, Sorensen B, Chen-Levy Z, Kirk EA, Yasui Y, LaCroix K, **McTiernan A,** and Ulrich CM.  Associations between healthy eating patterns and immune function or inflammation in overweight or obese postmenopausal women. Am J Clin Nutr. 2007; 86(5):1445-55.

Anne McTiernan

151. Margolis KL, Rodabough RJ, Thomson CA, Lopez AM, **McTiernan A**. A prospective study of leukocyte count as a predictor of incident breast, colorectal and endometrial cancer and mortality in postmenopausal women. <u>Archives Internal Medicine</u> 2007; 167(17):1837-44.

152. ^Alfano CM, Smith AW, Irwin ML, Bowen DJ, Sorensen B, Reeve BB, Meeske KA, Bernstein L, Baumgartner KB, Ballard-Barbash R, Malone KE, **McTiernan A.** Physical activity, long-term symptoms, and physical health-related quality of life among breast cancer survivors: A prospective analysis. <u>Journal of Cancer Survivorship: Research and Practice</u> (2007) 1:116–128.

153. Chia VM, Newcomb PA, Lampe JW, White EJ, Mandelson MT, **McTiernan A**, Potter JD. Leptin concentrations, leptin receptor polymorphisms, and colorectal adenoma risk. <u>Cancer Epidemiol Biomarkers Prev.</u> 2007; 16, 2697-2703.

**2008**

154. ^Boynton A, Neuhouser ML, Sorensen B, **McTiernan A**, Ulrich CM. Predictors of diet quality among postmenopausal women. <u>J Am Diet Assoc</u>  2008 Jan;108(1):125-30.

155. ^**Hawkins V, Foster-Schubert K, Chubak J, Sorensen B, Ulrich CM, Stancyzk FZ, Plymate S, Stanford J, White E, Potter JD, **McTiernan A.** Effect of exercise on serum sex hormones in men: a 12-month randomized clinical trial. <u>Medicine & Science in Sports & Exercise</u> 2008 Feb;40(2):223-233.

156. Prentice R, Chlebowski R, Stefanick M, Manson J, Langer R, Pettinger M, Hendrix S, Hubbell A, Kooperberg C, Kuller L, Lane D, **McTiernan A**, O'Sullivan MJ, Anderson G. Estrogen plus progestin  therapy and breast cancer among recently postmenopausal women. <u>Am J Epidemiology</u> 2008 Jun 15;167(12):1407-15.

157. Chlebowski RT, Anderson G, Pettinger M, Lane D, Langer RD, Gillian MA, Walsh BW, Chen C, PhD, **McTiernan A**. Estrogen plus progestin and breast cancer detection with mammography and breast biopsy. <u>Arch Intern Med.</u> 2008 Feb 25;168(4):370-7

158. ^Meeske KA, Sullivan-Halley J, Smith AW, **McTiernan A**, Baumgartner KB, Harlan LC, Bernstein L. Risk factors for arm lymphedema following breast cancer diagnosis in Black women and White women. <u>Breast Cancer Res Treat.</u> 2008 Jan;113(2):383-91.

159. **McTiernan A**, Wu L, Barnabei VM, Chen C, Hendrix S, Modugno F, Rohan T, Stanczyk FZ, Wang CY. Relation of demographic factors, menstrual history, reproduction and medication use to sex hormone levels in postmenopausal women. <u>Breast Cancer Res Treat</u> 2008 Mar;108(2):217-231.

160. **McTiernan A.** Mechanisms linking physical activity with cancer. <u>Nat Rev Cancer.</u> 2008 Mar;8(3):205-11.

161. Prentice R, Chlebowski R, Stefanick M, Manson JE, Langer RD, Pettinger M, Hendrix S, Hubbell A, Kooperberg C, Kuller LH, Lane DS, **McTiernan A**, O'Sullivan MJ, Rossouw JE, Anderson GL. Conjugated equine estrogens and breast cancer in the Women's Health Initiative Clinical Trial and Observational Study. <u>Am J Epidemiology</u> 2008 Jun 15;167(12):1407-15.

162. ^Pierce BL, Neuhouser ML, Wener MH, Bernstein L, Baumgartner RN, Ballard-Barbash R, Gilliland FD, Baumgartner KB, Sorensen B, **McTiernan A**, Ulrich CM. Correlates of circulating C-reactive protein and serum amyloid A concentrations in breast cancer survivors. <u>Breast Cancer Res Treat</u> 2008 Mar;114(1):155-67.

163. ^Campbell PT, Wener MH, Sorensen B, Wood B, Potter JD, **McTiernan A**, Ulrich CM. Effect of exercise on in vitro immune function: a 12-month randomized controlled trial among postmenopausal women. <u>Journal of Applied Physiology</u> 2008 Jun;104(6):1648-55.

164. Rohan T, Negassa A, Chlebowski RT, Lasser N, **McTiernan A**, Schenken R, Wassertheil-Smoller S, Page DL. Estrogen and risk of benign proliferative breast disease. <u>J Natl Cancer Inst.</u> 2008; 100(8):563-71.

165. ^Neuhouser ML, Sorensen B, Hollis BW, Ambs A, Ulrich CM, **McTiernan A,** Bernstein L, Wayne S, Gilliland F, Baumgartner K, Baumgartner R, Ballard-Barbash R.  Vitamin D insufficiency in a multiethnic cohort of breast cancer survivors. <u>Am J Clin Nutr.</u>2008; 28:133-139.

166. Ready A, White E, Velicer C, **McTiernan A.** NSAID use and breast cancer risk in the VITAL cohort. <u>Breast Cancer Research & Treatment</u> 2008; 109: 533-43

167. ^Irwin ML, Smith AW, **McTiernan A**, Ballard-Barbash R, Cronin K, Gilliland FD, Baumgartner RN, Baumgartner KB, Bernstein L. Association of pre- and post-diagnosis physical activity with mortality in breast cancer survivors: The Health Eating Activity and Lifestyle (HEAL) Study. <u>J Clin Onc</u> 2008;26:3958-3964.

Anne McTiernan

168. Rohan T, Negassa A, Chlebowski RT, Lasser N, **McTiernan A**, Schenken R, Wassertheil-Smoller S, Page DL. Estrogen plus progestin and risk of benign proliferative breast disease. Cancer Epidemiol Biomarkers Prev. 2008 Sep;17(9):2337-43.

169. Hall KL, Stokols D, Moser RP, Taylor BK, Thornquist M, Nebeling L, Ehret C, Barnett M, **McTiernan A**, Berger NA, Goran M, Jeffery R. The collaboration readiness of transdisciplinary research teams and centers:  findings from the National Cancer Institute TREC Year – One Evaluation Study. Am J Prev Med (Suppl) 2008 Aug;35(2 Suppl):S161-72.

170. ^Campbell KL, Campbell PT, Ulrich CM, Wener MW, Alfano CM, Foster-Schubert KE, Rudolph RE, Potter JD, **McTiernan A**. Effect of a 12-month randomized controlled trial of exercise on C-reactive protein among men and women. Cancer Epidemiol Biomarkers Prev. 2008 Jul;17(7):1714-8.

171. Hawk ET, Greenwood A, Gritz ER, **McTiernan A**, Sellers T, Hursting SD, Leischow S, Grad O, for the Translational Research Working Group. The Translational Research Working Group developmental pathway for lifestyle alterations. Clin Cancer Res 2008;14 5707-5713.

172. ^Meyers JA, Liu, A.Y, **McTiernan A**, Wener MH, Wood B, Weigle DS, Sorensen B, Chen-Levy Z, Yasui Y, Boynton A, LaCroix K, Potter JD, Ulrich CM. Serum leptin concentrations and markers of immune function in overweight and obese postmenopausal women. Journal of Endocrinology 2008; 199: 51-60.

173. Yip C-H,  Smith RA, Anderson BO,  Miller AB, Thomas DB, Ang E-S, Cafarella RS,  Corbex M,  Kreps GL, **McTiernan A**., on behalf of the BHGI Early Detection Panel. Early detection and resource allocation in low and middle income countries. Cancer 2008;113(8):2244-2256.

174. **McTiernan A**, Porter P, Potter JD. Breast cancer prevention in countries with diverse resources. Cancer 2008; 113(8):2325-2330.

175. ^Wayne S, Neuhouser ML, Ulrich CM, Koprowski C, Wiggins C, Baumgartner KB, Bernstein L, Baumgartner RN, Gilliland FD, **McTiernan A**, Ballard-Barbash R. The association between alcohol intake and serum sex hormones and peptides differs by tamoxifen use in breast cancer survivors. Cancer Epidemiol Biomarkers Prev. 2008;17(11):3224-32.

176. Rhew IC, Richardson LP, Lymp JF, **McTiernan A**, McCauley E, Vander Stoep A. Measurement matters in the association between early adolescent depressive symptoms and body mass index General Hospital Psychiatry 2008 Sep-Oct;30(5):458-66.

**2009**

177. Duffy CM, Assaf A, Cyr M, Burkholder G, Coccio E, Rohan T, **McTiernan A**, Paskett E, Lane D, Chetty VK. Alcohol and folate intake and breast cancer risk in the WHI Observational Study. Breast Cancer Research & Treatment. 2009 Aug;116(3):551-62.

178. ^Wayne SJ, Neuhouser ML, Koprowski C, Ulrich CM, Wiggins C, Gilliland F, Baumgartner KB, Baumgartner RN, **McTiernan A**, Bernstein L, Ballard-Barbash R. Breast cancer survivors who use estrogenic botanical supplements have lower serum estrogen levels than non users**.** Breast Cancer Res Treat 2009 Sep;117(1):111-9. Epub 2008 Oct 18.

179. Ness RB, Albano JD, **McTiernan A**, Cauley JA. Influence of estrogen plus testosterone supplementation on breast cancer. Archives of Internal Medicine 2009 Jan 12;169(1):41-6.

180. ^**Campbell KL, Makar KW, Kratz M, Foster-Schubert KE, **McTiernan A**, Ulrich CM. A pilot study of sampling subcutaneous adipose tissue to examine biomarkers of cancer risk. Cancer Prev Res (Phila Pa). 2009 Jan;2(1):37-42

181. Millen AE, Pettinger M, Freudenheim JL, Langer RD,  Rosenberg CA, Mossavar-Rahmani Y, Duffy CM,  Lane DS, **McTiernan A,** Kuller LH, Lopez AM, Wactawski-Wende J. Incident invasive breast cancer, geographic location of residence, and reported average time spent outside. Cancer Epidemiol Biomarkers Prev. 2009 Feb;18(2):495-507. Epub 2009 Feb 3.

182. ^Smith AW, Alfano CM, Reeve BB, Irwin ML, Bernstein L, Baumgartner K, Bowen D, **McTiernan A**, Ballard-Barbash R. Race/ethnicity, physical activity, and quality of life in breast cancer survivors. Cancer Epidemiol Biomarkers Prev. 2009 Feb;18(2):656-63. Epub 2009 Feb 3.

183. ^Williams LA, Ulrich CM, Larson T, Wener MH, Wood B, Campbell PT, Potter JD, **McTiernan A**, De Roos AJ. Proximity to traffic, inflammation, and immune function among women in the Seattle, Washington, area. Environ Health Perspect. 2009 Mar;117(3):373-8. Epub 2008 Oct 16.

184. Ballard-Barbash R, Hunsberger S, Alciati MH, Blair SN, Goodwin PJ, **McTiernan A**, Wing R, Schatzkin A. Physical activity, weight control and breast cancer risk and survival: clinical trial rationale and design considerations. J Natl Cancer Inst. 2009 May 6;101(9):630-43. Epub 2009 Apr.

185. ^**McTiernan A**, Wang CY, Sorenson B, Xiao L, Buist D, Aiello-Bowles E, White E, Rossing MA, Potter J, Urban N. No effect of aspirin on mammographic density in randomized controlled clinical trial. Cancer Epidemiol Biomarkers Prev. 2009 May;18(5):1524-30.

186. **McTiernan A**, Wactawski-Wende J, Wu L, Rodabough RJ, Watts NB, Tylavsky F, Freeman R, Hendrix S, Jackson R; Women's Health Initiative Investigators. Low-fat, increased fruit, vegetable, and grain dietary pattern, fractures, and bone mineral density: the Women's Health Initiative Dietary Modification Trial. Am J Clin Nutr. 2009 Jun;89(6):1864-76. Epub 2009 Apr 29.

187. ^Pierce BL, Ballard-Barbash R, Bernstein L, Baumgartner RN, Neuhouser ML, Wener MH, Baumgartner KB, Gilliland FD, Sorensen BE, **McTiernan A**, Ulrich CM. Elevated biomarkers of inflammation are associated with reduced survival among breast cancer patients. J Clin Oncol. 2009 Jul 20;27(21):3437-44. Epub 2009 May 26.

188. ^Harlan LC, Klabunde CN, Ambs AH, Gibson T, Bernstein L, **McTiernan A**, Meeske K, Baumgartner KB, Ballard-Barbash R. Comorbidities, therapy, and newly diagnosed conditions for women with  early stage breast cancer. J Cancer Surviv. 2009 Jun;3(2):89-98. Epub 2009 May 13.

189.    ^Campbell PT, Campbell KL, Wener MH, Wood BL, Potter JD, **McTiernan A**, Ulrich CM. A yearlong exercise intervention decreases CRP among obese postmenopausal women. Med Sci Sports Exerc. 2009 Aug;41(8):1533-9.

190. Kabat GC, Kim M, Chlebowski RT, Khandekar J, Ko MG, **McTiernan A**, Neuhouser ML, Parker DR, Shikany JM, Stefanick ML, Thomson CA, Rohan TE. A longitudinal study of the metabolic syndrome and risk of postmenopausal breast cancer. Cancer Epidemiol Biomarkers Prev. 2009 Jul;18(7):2046-53. Epub 2009 Jun 30.

191. Crandall CJ, Aragaki A, Chlebowski RT, **McTiernan A**, Anderson G, Hendrix SL, Cochrane BB, Kuller LH, Cauley JA. New-onset breast tenderness after initiation of estrogen plus progestin therapy and breast cancer risk. Arch Intern Med. 2009 Oct; 169(18):1684-91.

192. **McTiernan A**, Chlebowski RT, Martin C, Peck JD, Aragaki A, Pisano ED, Wang CY, Johnson KC, Manson JE, Wallace RB, Vitolin MZ, Heiss G. Conjugated equine estrogen influence on mammographic density in postmenopausal women in a substudy of the Women's Health Initiative Randomized Trial. J Clin Oncol.2009 Dec 20;27(36):6135-43. Epub 2009 Nov 9.

193. ^**Kong A, Neuhouser ML, Xiao L, Ulrich CM, **McTiernan A**, Foster-Schubert KE. Higher habitual intake of dietary fat and carbohydrates are associated with lower leptin and higher ghrelin concentrations in overweight and obese postmenopausal women with elevated insulin levels. Nutr Res. 2009 Nov;29(11):768-76.

**2010**

194. ^Neuhouser ML, Bernstein L, Hollis BW, Xiao L, Ambs A, Baumgartner K, Baumgartner R, **McTiernan A**, Ballard-Barbash R. Serum vitamin D and breast density in breast cancer survivors. Cancer Epidemiol Biomarkers Prev. 2010 Feb;19(2):412-7. Epub 2010 Jan 19.

195. ^Neuhouser ML, Nojomi M, Baumgartner RN, Baumgartner KB, Gilliland F, Bernstein L, Stanczyk F, Ballard-Barbash R, **McTiernan A**. Dietary fat, tamoxifen use and circulating sex hormones in postmenopausal breast cancer survivors. Nutr Cancer. 2010;62(2):164-74.

196. Baker LD, Frank LL, Foster-Schubert K, Green PS, Wilkinson CW, **McTiernan A**, Plymate SR, Fishel MA, Watson GS, Cholerton BA, Duncan GE, Mehta PD, Craft S. Effects of aerobic exercise on mild cognitive impairment: a controlled trial. Arch Neurol. 2010 Jan;67(1):71-9.

197. De Roos AJ, Ulrich CM, Ray RM, Mossavar-Rahmani Y, Rosenberg CA, Caan BJ, Thomson CA, **McTiernan A**, Lacroix AZ. Intentional weight loss and risk of lymphohematopoietic cancers. Cancer Causes Control. 2010 Feb;21(2):223-36. Epub 2009 Oct 23.

198. ^**Campbell PT, Gross MD, Potter JD, Schmitz KH, Duggan C, **McTiernan A**, Ulrich CM. Effect of exercise on oxidative stress: a 12-month randomized, controlled trial. Med Sci Sports Exerc. 2010 Aug;42(8):1448-53.

199. Friedenreich CM, Woolcott CG, **McTiernan A**, Ballard-Barbash R, Brant RF, Stanczyk FZ, Terry T, Boyd NF, Yaffe MJ, Irwin ML, Jones CA, Yasui Y, Campbell KL, McNeely ML, Karvinen KH, Wang Q, Courneya KS. Alberta physical activity and breast cancer prevention trial: sex hormone changes in a year-long exercise intervention among postmenopausal women. J Clin Oncol. 2010 Mar 20;28(9):1458-66. Epub 2010 Feb 16.

200. Woolcott CG, Courneya KS, Boyd NF, Yaffe MJ, Terry T, **McTiernan A**, Brant RF, Ballard-Barbash R, Irwin ML, Jones CA, Brar S, Campbell KL, McNeely ML, Karvinen KH, Friedenreich CM. Mammographic density change with 1 year of aerobic exercise among postmenopausal women: a randomized controlled trial. Cancer Epidemiol Biomarkers Prev. 2010 Apr;19(4):1112-21. Epub 2010 Mar 23.

201. Mann PB, Jiang W, Zhu Z, Wolfe P, **McTiernan A**, Thompson HJ. Wheel running, skeletal muscle aerobic capacity and 1-Methyl-1-Nitrosourea induced mammary carcinogenesis in the rat. Carcinogenesis. 2010 Jul;31(7):1279-83. Epub 2010 Mar 18.

202. **McTiernan A.** Diet, physical activity, and obesity in the prevention and recurrence of breast cancer: relevance to Saudi Arabian women. Pan Arab Journal of Oncology 2010;3(1):32-43.

203. Arslan AA, Helzlsouer KJ, Kooperberg C, Shu XO, Steplowski E, Bueno-de-Mesquita HB, Fuchs CS, Gross MD, Jacobs EJ, Lacroix AZ, Petersen GM, Stolzenberg-Solomon RZ, Zheng W, Albanes D, Amundadottir L, Bamlet WR, Barricarte A, Bingham SA, Boeing H, Boutron-Ruault MC, Buring JE, Chanock SJ, Clipp S, Gaziano JM, Giovannucci EL, Hankinson SE, Hartge P, Hoover RN, Hunter DJ, Hutchinson A, Jacobs KB, Kraft P, Lynch SM, Manjer J, Manson JE, **McTiernan A**, McWilliams RR, Mendelsohn JB, Michaud DS, Palli D, Rohan TE, Slimani N, Thomas G, Tjønneland A, Tobias GS, Trichopoulos D, Virtamo J, Wolpin BM, Yu K, Zeleniuch-Jacquotte A, Patel AV; Pancreatic Cancer Cohort Consortium (PanScan). Anthropometric measures, body mass index, and pancreatic cancer: a pooled analysis from the Pancreatic Cancer Cohort Consortium (PanScan). Arch Intern Med. 2010 May 10;170(9):791-802.

204. Chlebowski R, Anderson G, Manson JE, Pettinger M, Yasmeen S, Lane D, Langer RD, Hubbell FA, **McTiernan A**, Hendrix S, Schenken R, Stefanick ML. Estrogen alone in postmenopausal women and breast cancer detection by means of mammography and breast biopsy. J Clin Oncol. 2010 Jun 1;28(16):2690-7. Epub 2010 May 3.

205. ^Hooper LE, Foster-Schubert KE, Weigle DS, Sorensen B, Ulrich CM, **McTiernan A**. Frequent intentional weight loss is associated with higher ghrelin and lower glucose and androgen levels in postmenopausal women. Nutr Res. 2010 Mar;30(3):163-70.

206. Chlebowski RT, Chen Z, Cauley JA, Anderson G, Rodabough RJ, **McTiernan A**, Lane DS, Manson JE, Snetselaar L, Yasmeen S, O'Sullivan MJ, Safford M, Hendrix SL, Wallace RB. Oral bisphosphonate use and breast cancer incidence in postmenopausal women. J Clin Oncol. 2010 Aug 1;28(22):3582-90. Epub 2010 Jun 21.

207. Bertone-Johnson ER, Chlebowski RT, Manson JE, Wactawski-Wende J, Aragaki AK, Tamimi RM, Rexrode KM, Thomson CA, Rohan TE, Peck JD, Pisano ED, Martin CF, Sarto G, **McTiernan A**. Dietary vitamin D and calcium intake and mammographic density in postmenopausal women. Menopause 2010 Jul 7. [Epub ahead of print].

208. **McTiernan A**, Irwin M, VonGruenigen V. Weight, physical activity, diet, and prognosis in breast and gynecologic cancers. J Clin Oncol. 2010;28(26):4074-80. Epub 2010 Jul 19. Review.

209. ^**Reding KW, Doody DR, **McTiernan A**, Hsu L, Davis S, Daling JR, Porter PL. Malone KE. Age-related variation in the relationship between menopausal hormone therapy and the risk of dying from breast cancer. Breast Cancer Research and Treatment. 2010 [epub Sept 28, 2010]

210. Thompson HJ, Wolfe P, **McTiernan A**, Jiang W, Zhu Z. Wheel running induced changes in plasma biomarkers and the carcinogenic response in the 1-Methyl-1-Nitrosourea induced rat model for breast cancer. Cancer Prevention Research 2010;3(11):1484-92.

211. Baker LD, Frank LL,Karen Foster-Schubert K,Green PS, Wilkinson CW, **McTiernan A**, Plymate SR, Fishel MA, Watson GS,  Cholerton BA, Duncan GE, Mehta PD, Craft S. Aerobic exercise improves cognition for older adults with glucose intolerance – a risk factor for Alzheimer's disease. J. of Alzheimer's Disease 2010 ;22(2):569-79 Epub 2010 Aug 30.

212. Friedenreich CM**,** Woolcott CG, **McTiernan A**, Terry T, Ballard-Barbash R, Jones CA, Boyd NF, Yaffe MJ, Campbell KL, McNeely ML, Karvinen KH, Courneya KS. Adiposity changes after a one year aerobic exercise intervention among postmenopausal women: randomised controlled trial. Int J Obesity 2011 Mar;35(3):427-35. Epub 2010 Sep 7.

213. ^George SM, Neuhouser ML, Mayne ST, Irwin ML, Albanes D, Gail MH, Alfano CM, Bernstein L, **McTiernan A**, Reedy J, Smith AW, Ulrich CM, Ballard-Barbash R. Postdiagnosis diet quality is inversely related to a biomarker of inflammation among breast cancer survivors. Cancer Epidemiol Biomarkers Prev.  2010 Sep;19(9):2220-8. Epub 2010 Aug 17.

**2011**

214. ^Duggan C., Irwin M.L. Xiao L., Henderson K.D., Smith A.W., Baumgartner R.N., Baumgartner K.B., Bernstein L., Ballard-Barbash R., **McTiernan A**. Associations of insulin resistance and adiponectin with mortality in women with breast cancer. J Clin Oncol. 2011 Jan 1;29(1):32-9.

215. Woolcott CG, Cook LS, Courneya KS, Boyd NF, Yaffe MJ, Terry T, Brant R, **McTiernan A**, Bryant HE, Magliocco AM, Friedenreich CM. Associations of overall and abdominal adiposity with area and volumetric mammographic measures among postmenopausal women. International Journal of Cancer 2011;129(2):440-8.

216. ^Irwin ML,  Catherine Duggan C, Smith AW, **McTiernan A,** Baumgartner RN, Baumgartner KB, Bernstein L, Ballard-Barbash R. Fasting C-peptide levels and death due to all causes and breast cancer: The Health Eating Activity and Lifestyle (HEAL) Study. J Clin Oncol 2011 Jan 1;29(1):47-53. Epub 2010 Nov 29.

217. ^**Reding KW, Xiao L, Duggan CR, Ulrich C, **McTiernan A**. A 12-month moderate-intensity exercise intervention does not alter serum prolactin concentrations. Cancer Epidemiology 2011 Dec;35(6):569-73. Epub 2011 Feb 10.

218. ^**Littman AJ, Cadmus L, Ceballos R, Ulrich N, Ramaprasad J, McGregor B, **McTiernan A**. Randomized controlled trial of yoga in breast cancer survivors: effects on quality of life and anthropometric measures. Supportive Care in Cancer 2010 Feb;20(2):267-77. Epub 2010 Jan 5.

219. Courneya KS, Tamburrini A-L, Woolcott CG, McNeely ML, Karvinen KH, Campbell KL, **McTiernan A**, Friedenreich CM. The Alberta Physical Activity and Breast Cancer Prevention (ALPHA) Trial: quality of life outcomes. Preventive Medicine 2011;52:26-32. Epub 2010 Nov 8.

220. ^George, S.M., Irwin, M. L., Smith, A. W., Neuhouser, M.L., **McTiernan, A**., Alfano,  C.M., Bernstein, L., Ulrich, C.M., Baumgartner, K.B., Albanes, D.,  Reedy, J., Mayne, S.T., Gail, M., Ballard-Barbash, R.  Postdiagnosis diet quality, the combination of diet quality and recreational physical activity, and prognosis after early-stage breast cancer.  Cancer Causes Control 2011 Apr;22(4):589-98. Epub 2011 Feb 22.

221. Phipps AI, Chlebowski RT, Prentice R, **McTiernan A**, Wactawski-Wende J, Kuller LH, Adams-Campbell LL, Lane D, Stefanick ML, Vitolins M, Kabat G, Rohan TE, Li CI. Reproductive history and oral contraceptive use in relation to risk of triple-negative breast cancer. J Natl Cancer Inst. 2011 Mar 16;103(6):470-7. Epub 2011 Feb 23

222. Phipps AI, Chlebowski RT, Prentice R, **McTiernan A**, Stefanick ML, Jean Wactawski-Wende J, Kuller LH, Adams-Campbell LL, Lane D, Vitolins M,  Kabat GC, Rohan TE, Li CI. Body size, physical activity, and risk of triple-negative and estrogen receptor-positive breast cancer. Cancer Epidemiol Biomarkers Prev.  2011 Mar;20(3):454-63. Epub 2011 Mar 1.

223. ^**Imayama I, Alfano CM, Cadmus LA, Wang C, Duggan CR, Campbell KL, Foster-Schubert KE, **McTiernan A**. Effects of 12-month exercise on health-related quality of life: a randomized controlled trial. Preventive Medicine 2011 May 1;52(5):344-51. Epub 2011 Feb 28.

224. ^Belle FN, Kampman E, **McTiernan A**, Bernstein L, Baumgartner K, Baumgartner R, Ambs A, Ballard-Barbash R, Neuhouser ML. Dietary fiber, carbohydrates, glycemic index and glycemic load in relation to breast cancer prognosis in the HEAL cohort. Cancer Epidemiol Biomarkers Prev. 2011 May;20(5):890-9. Epub 2011 March 23.

225. Iversen A, Thune I, Emaus A, Finstad SE, Flote V, Wilsgaard T, Lipson S, Ellison PT, Jasienska G, **McTiernan A**, Furberg AS.  17ß-estradiol and progesterone and reproductive factors in young women. The Norwegian EBBA-I study. Reproductive Medicine 2011 Jun;26(6):1519-29. Epub 2011 April 5.

226. ^**Foster-Schubert KE, Duggan CR, Xiao L, Campbell KL, Kong A, Bain C, Wang CY, Blackburn G, **McTiernan A**. Effect of diet and exercise, alone or combined, on weight and body composition in overweight-to-obese post-menopausal women. Obesity 2012 Aug;20(8):1628-38 Epub 2011 April 20.

227. Irwin A, **McTiernan A**, Manson JE, Thomson CA, Sternfeld B, Stefanick ML, Wactawski-Wende J, Craft L, Lane D, Martin LW, Chlebowski R. Physical activity and survival in postmenopausal women with breast cancer: Results from the Women's Health Initiative. Cancer Prevention Research 2011 Apr;4(4):522-9.

228. ^Villaseñor A, Ambs A, Ballard-Barbash, R, Baumgartner KB, McTiernan A, Ulrich CM and Neuhouser ML. Dietary fiber is associated with circulating concentrations of C-reactive protein in breast cancer survivors: the HEAL study. Breast Cancer Res Treat 2011;129(2):485-94. Epub 2011 Apr 1.

229. Friedenreich  CM, Neilson HK, Woolcott CG, **McTiernan A**, Wang Q, Ballard-Barbash R, Jones CA, Stanczyk FZ, Brant RF, Yasui Y, Irwin ML, Campbell KL, McNeely ML, Karvinen KH, Courneya KS. Changes in insulin resistance indicators, insulin-like growth factors, and adipokines in a year-long trial of aerobic exercise in postmenopausal women. Endocrine Related Cancer 2011; 18(3):357-69. Epub 2011 Apr 11.

Anne McTiernan

230. Chacko SA, Song Y, Manson JE, Van Horn L, Eaton C, Martin L, **McTiernan A**, Curb JD, Wylie-Rosett J, Phillips L, Plodkowski RA, Liu S. Serum 25(OH)D concentrations in relation to cardiometabolic risk factors among postmenopausal women. Amer J Clin Nutr 2011 Jul;94(1):209-17. Epub 2011 May 25.

231. ^**Mason C, Xiao L, Imayama I, Duggan CR, Bain C, Foster-Schubert KE, Kong A, Campbell KL, Wang CY, Neuhouser ML, Li L, Jeffery R, Robien K, Alfano CM, Blackburn GL, **McTiernan A.** Effects of weight loss on serum vitamin D in post-menopausal women. Amer J Clin Nutr 2011 Jul;94(1):95-103. Epub 2011 May 25.

232. ^Alfano CM, Lichstein KL, Vander Wal GS, Smith AW, Reeve BB, **McTiernan A**, Bernstein L, Baumgartner KB, Ballard-Barbash R. Sleep duration change across breast cancer survivorship: associations with symptoms and health-related quality of life. Breast Cancer Research & Treatment 2011 Nov;130(1):243-54. Epub 2011 May 13.

233. Goss PE, Ingle JN, Ales-Martinez J, Cheung A, Chlebowski RT, Wactawski-Wende J, **McTiernan A**, Robbins J, Johnson KC, Martin L, Winquist E, Sarto G, Garber JE, Fabian CJ, Pujol P, Maunsell E, Farmer P, Gelmon KA, Tu D, Richardson H, for the NCIC CTG MAP.3 Study Investigators. Placebo-controlled randomized trial of exemestane for breast cancer prevention in postmenopausal women:  The NCIC CTG MAP.3 Trial. N Engl J Med. 2011 Jun 23;364(25):2381-91. Epub 2011 Jun 4.

234. Huang Y, Ballinger DG, Dai JY, Peters U, Hinds DA, Cox DR, Beilarz E, Chlebowski RT, Rossouw JE, **McTiernan A**, Rohan T, Prentice RL. Genetic variants in the MRPS30 region and postmenopausal breast cancer risk. Genome Med. 2011 Jun 24;3(6):42.

235. ^Williams L, Ulrich CM, Larson T, Wener MH, Wood B, Campbell PT, Chen-Levy Z, Potter J, **McTiernan A**, De Roos AJ. Fine particulate matter (PM2.5) air pollution and immune function among women in the Seattle area. Archives of Environmental and Occupational Health 2011July-September;66(3):155-165.

236. Courneya  KS, Karvinen KH, McNeely ML, Campbell KL, Brar S, Woolcott CG, **McTiernan A,** Ballard-Barbash R, Friedenreich CM. Predictors of adherence to supervised and unsupervised exercise in the Alberta Physical Activity and Breast Cancer Prevention Trial. Journal of Physical Activity & Health 2012 Aug;9(6):857-66. Epub 2011 Sep 13.

237. ^**Mason C, Foster-Schubert KE, Imayama I, Kong A, Xiao L, Bain C, Campbell KL, Wang CY, Duggan CR, Ulrich CM, Alfano CM, Blackburn GL, **McTiernan A**. Dietary weight loss and exercise effects on insulin resistance in postmenopausal women. Am J Prev Med. 2011 Oct;41(4):366-75.

238. Eaton CB, Young A, Allison M, Robinson J, Martin LW, Kuller L, Johnson K, Curb JD, Van Horn L, **McTiernan A**, Liu S, Ockene I, Manson JE. Prospective association of vitamin D concentrations with mortality in postmenopausal women: results from the Women's Health Initiative (WHI). American Journal of Clinical Nutrition. 2011 Dec;94(6):1471-8.

239. Nan H, DeVivo I, Manson J, Liu S, **McTiernan A**, Curb JD, Lessin L, Bonner M, Guo Q, Du M, Qureshi A, Hunter DJ, Han J. Telomere length and risk of incident cutaneous melanoma. Cancer Research 2011 Nov 1;71(21):6758-6763. Epub 2011 Oct 25.

240. ^**Imayama I, Alfano CM, Kong A, Foster-Schubert KE, Bain CE, Xiao L, Duggan C, Wang C-Y, Campbell KL, **McTiernan A.** Dietary weight loss and exercise interventions effects on quality of life in overweight/obese postmenopausal women: a randomized controlled trial. International Journal of Behavioral Nutrition and Physical Activity 2011Oct 25;8(1):118.

241. Friedenreich  CM, Neilson HK, Woolcott CG, Wang Q, Stanczyk FZ, **McTiernan A**, Jones CA, Irwin ML,Yasui Y, Courneya KS. Alberta Physical Activity and Breast Cancer Prevention Trial: inflammatory marker changes in a year-long exercise intervention among postmenopausal women.  Cancer Prevention Research  2012 Jan;5(1):98-108. Epub 2011 Oct 7.

242. Thompson HJ, **McTiernan A**. Weight cycling and cancer: weighing the evidence of intermittent caloric restriction and cancer risk. Cancer Prevention Research 2011 Nov;4(11):1736-42. Epub 2011 Oct 7.

243. Crandall CJ, Aragaki AK, Cauley JA, **McTiernan A**, Manson JE, Anderson G, Chlebowski RT. Breast tenderness and breast cancer risk in the estrogen plus progestin and estrogen-alone women's health initiative clinical trials. Breast Cancer Research & Treatment 2012 Feb;132(1):275-85. Epub 2011 Nov 1.

244. Crandall CJ, Aragaki AK, Cauley JA, **McTiernan A,** Manson JE, Anderson G, Wactawski-Wende J, Chlebowski RT. Breast tenderness after initiation of conjugated equine estrogens and mammographic density change. Breast Cancer Research & Treatment 2012 Feb;131(3):969-79. Epub 2011 Oct 7.

245. Ma H, Sullivan-Halley J, Smith AW, Neuhouser ML, Alfano CM, Meeske K, George SM, **McTiernan A**, McKean-Cowdin R, Baumgartner KB, Ballard-Barbash R, Bernstein L. Estrogenic botanical supplements, health-

related quality of life, fatigue, and hormone-related symptoms in breast cancer survivors: a HEAL Study report. BMC Complementary and Alternative Medicine 2011; Nov 8;11(1):109

246.   Cash SW, Beresford SAA, Henderson JA, **McTiernan A**, Xiao L, Wang CY, Patrick DL. Obesity risk in relation to quality of life: baseline results from a worksite trial. Br J Nutr 2011 Dec 6:1-9.

247.   ^**Kong A, Beresford SAA, Alfano CM**,** Foster-Schubert KE, Neuhouser ML, Johnson DB, Duggan C, Wang CY, Xiao L, Jeffery RW, Bain CE, **McTiernan A**. Associations between snacking and weight loss and nutrient intake among postmenopausal overweight-  to-  obese women in a dietary weight loss intervention. J Am Diet Assoc. 2011 Dec;111(12):1898-903.

**2012**

248.   Bertone-Johnson ER, **McTiernan A**, Thomson CA, Wactawski-Wende J, Aragaki AK, Rohan TE, Vitolins MZ , Tamimi RM, Johnson KC, Lane D, Rexrode KM, Peck JD, Chlebowski RT, Sarto G, Manson JE. Vitamin D and calcium supplementation and one-year change in mammographic density in the Women's Health Initiative Calcium and Vitamin D Trial. CEBP 2012 Mar;21(3):462-73. Epub 2012 Jan 17.

249.   ^**Campbell KL, Foster-Schubert KE, Alfano CM, Duggan CR, Xiao L, Irwin ML, **McTiernan A**. Injuries in sedentary individuals enrolled in a 12-month randomized controlled exercise trial.  Journal of Physical Activity and Health. 2012; 9:198-207.

250.   ^Alfano CM, Imayama I, Neuhouser ML, Kiecolt-Glaser JK, Smith AW, Meeske KA, **McTiernan A**, Bernstein L, Baumgartner KB,  Ulrich CM, Ballard-Barbash R.  Fatigue, inflammation, and omega-3 and -6 fatty acid intake among breast cancer survivors. Journal of Clinical Oncology. 2012 Apr 20;30(12):1280-7. Epub 2012 Mar 12.

251.   Iversen A, Thune I, **McTiernan A**, Makar KW, Wilsgaard T, Ellison PT, Jasienska G, Flote V, Poole EM, Furberg A-S. Genetic polymorphism in CYP17 rs2486758 and metabolic risk factors predict daily 17<beta>-estradiol in young healthy women. The EBBA-I study. Journal of Clinical Endocrinology & Metabolism 2012 May;97(5):E852-7. Epub 2012 Mar 14.

252.   ^**Imayama I,  Ulrich CM, Alfano CM, Wener MH, Campbell KL, Duggan CR, Foster-Schubert KE, , Kong A, Mason CE, Wang C, Wang C-Y, Blackburn GL, Bain CE, Thompson HJ, **McTiernan A**. Effects of dietary weight loss and exercise on inflammation in postmenopausal women: a randomized controlled trial. Cancer Research 2012; 72(9); 2314–26.

253.   ^**Kong A, Beresford SAA, Imayama I, Duggan C, Alfano CM, Foster-Schubert KE, Neuhouser ML, Johnson DB, Wang CY, Xiao L, Bain CE, **McTiernan A**. Adoption of diet-related self-monitoring behaviors varies by race/ethnicity, education, and baseline binge eating score among overweight-to-obese postmenopausal women in a 12-month dietary weight loss intervention. Nutrition Research 2012 Apr;32(4):260-5. Epub 2012 Apr 30.

254.   Ballard-Barbash R, Friedenreich CM, Courneya KS, Siddiqi SM, **McTiernan A**, Alfano CM.  Physical activity, biomarkers, and disease outcomes in cancer survivors: A systematic review. J Natl Cancer Inst. 2012 Jun 6;104(11):815-40.

255.   ^**Campbell KL, Foster-Schubert KE, Alfano CM, Wang C-C, Wang C-Y, Duggan CR, Mason C, Imayama I, Kong A, Bain CE, Blackburn GL, Stanczyk FZ, **McTiernan A**.  Independent and combined effects of dietary weight loss and exercise on sex hormones in overweight and obese postmenopausal women: A randomized controlled trial. Journal of Clinical Oncology 2012 Jul 1;30(19):2314-26.

256.   ^De Roos AJ, Ulrich CM, Sjodin A, **McTiernan A**. Adiposity, body composition, and weight loss episodes in relation to organochlorine pollutant plasma concentrations. Journal Of Exposure Science And Environmental Epidemiology 2012 Nov;22(6):617-24.

257.   Demark-Wahnefried W, Platz EA, Ligibel J, Blair CK, Courneya KS, Meyerhardt JA, Ganz PA, Rock CL, Schmitz K, Wadden T, Philip EJ, Wolfe B, Gapstur SM, Ballard-Barbash R, **McTiernan A**, Minasian L, Nebeling L, Goodwin PJ. The association of obesity in cancer survival and recurrence. Cancer Epidemiol Biomarkers Prev. 2012 Aug;21(8):1244-59.

258.   Chlebowski RT, **McTiernan A,**Wactawski-Wende J, Manson JE,[4] Aragaki A, Rohan T, Ipp E,  Kaklamani VG, Mara Vitolins M, Wallace R, Gunter M, Phillips L, Strickler H, Margolis K, Euhus DM. Diabetes, metformin and breast cancer in postmenopausal women. Journal of Clinical Oncology. 2012 Aug 10;30(23):2844-52.

259.   ^Duggan C, Wang C-Y, Neuhouser ML, Xiao L,  Smith AW, Reding K,  Baumgartner RN, Baumgartner KB, Bernstein L,  Ballard-Barbash R,  **McTiernan A**. Associations of insulin-like growth factor and insulin-like growth

Anne McTiernan

factor binding protein-3 with mortality in women with breast cancer. International J of Cancer. 2013 Mar 1;132(5):1191-200.

260.   ^**Kong A, Beresford SAA, Foster-Schubert KE, Neuhouser ML, Johnson DB, Alfano CM, Duggan C, Wang CY, Xiao L, Jeffery RW, Bain CE, **McTiernan A**. Self-monitoring and eating-related behaviors associated with 12-month weight loss among postmenopausal overweight-to-obese women in a dietary weight loss intervention. Journal of the Academy of Nutrition and Dietetics 2012 Sep;112(9):1428-35. Epub 2012 Jul 13.

261.   ^**Mason C, Foster-Schubert KE, Xiao L, Imayama I, Kong A, Bain C, Campbell KL, Duggan CR, Wang CY, Ulrich CM, Alfano CM, Blackburn GL, **McTiernan A**. Past weight cycling does not impede future weight loss or metabolic improvements. Metabolism: Clinical & Experimental. 2012 Jan;62(1):127-36. Epub 2011 August 13.

262.   ^Dee A, McKean-Cowdin R, Neuhouser ML, Ulrich C, Baumgartner RN, **McTiernan A**, Baumgartner K, Alfano CM, Ballard-Barbash R, Bernstein L. DEXA measures of body fat percentage and acute phase proteins among breast cancer survivors: A cross-sectional analysis. BMC Cancer. 2012 Aug 8;12(1):343.

263.   ^Ulrich CM, Toriola AT, Koepl LM, Sandifer T, 3, Poole EM, Duggan C, **McTiernan A**\*, Issa J-PJ\* (co-senior authors). Metabolic, hormonal, and immunological associations with global DNA methylation among postmenopausal women. Epigenetics 2012 Sep 1;7(9): 1020-8.

264.   ^Villaseñor A, Ballard-Barbash R, Baumgartner K, Baumgartner R, Bernstein L, **McTiernan A**, Neuhouser ML. Prevalence and prognostic effect of sarcopenia in breast cancer survivors; the HEAL Study. Journal of Cancer Survivorship. 2012 October [Epub ahead of print]; Dec;6(4):398-406.

265.   ^Reeve BB, Stover AM, Alfano CM, Smith AW, Ballard-Barbash R, Bernstein L, **McTiernan A**, Baumgartner KB, Piper BF. The Piper Fatigue Scale-12 (PFS-12): Psychometric findings and item reduction in a cohort of breast cancer survivors. Breast Cancer Research and Treatment 2012 Nov;136(1):9-20.

266.   Saltzman BS, Weiss NS, Sieh W, Fitzpatrick AL, **McTiernan A**, Daling JR, Li CI. Use of antihypertensive medications and breast cancer risk. Cancer Causes Control. 2013 Feb;24(2):365-71.


## 2013

267.   ^Forsythe LP, Alfano CM, George SM, **McTiernan A**, Baumgartner KB, Bernstein L, Ballard-Barbash R. Pain in long-term breast cancer survivors: The role of physical activity, sedentary behavior, and body mass index. Breast Cancer Research & Treatment 2013 Jan;137(2):617-30.

268.   ^George SM, Alfano CM, Smith AW, Irwin ML, **McTiernan A**, Bernstein L, Baumgartner KB, Ballard-Barbash R. Sedentary behavior, physical functioning, fatigue, and vitality among a cohort of early-stage breast cancer survivors. Journal of Physical Activity & Health. 2013 Mar;10(3):350-8.

269.   ^**Imayama I, Alfano CM, Mason CE, Wang C, Xiao L, Duggan CR, Campbell KL, Foster-Schubert KE, Wang CY, **McTiernan A**. Exercise adherence, cardiopulmonary fitness and anthropometric changes improve exercise self-efficacy and health-related quality of life. Journal of Physical Activity and Health 2013 Jul;10(5):676-89.

270.   ^**Mason C, Xiao L, Imayama I, Duggan CR, Foster-Schubert KE, Kong A, Campbell KL, Wang CY, Villasenor A, Neuhouser ML, Alfano CM, Blackburn GL, **McTiernan A**. Influence of diet, exercise and serum vitamin D on sarcopenia in post-menopausal women. Med Sci Sports Exerc 2013;45(4):607-14.

271.   ^**Campbell KL, Foster-Schubert KE, Makar KW, Kratz M, Hagman D, Schur EA, Habermann N, Horton M, Abbenhardt C, Kuan L, Xiao L, Davison J, Morgan M, Wang CY, Duggan C, **McTiernan A**\*(\*co-senior authors). Gene expression changes in adipose tissue with diet- and/or exercise-induced weight loss: a pilot study. Cancer Prevention Research 2013 Mar;6(3):217-31. Epub 2013 Jan 22.

272.   ^Kent EE, Alfano CM, Smith AW, Bernstein L, **McTiernan A**, Baumgartner KB, Ballard-Barbash R. The roles of support seeking and race/ethnicity in posttraumatic growth among breast cancer survivors. Journal of Psychosocial Oncology 2013 Jul-Aug;31(4):393-412.

273.   ^George SM, Smith AW, Alfano CM, Bowles HR, Irwin ML, **McTiernan A**, Bernstein L, Baumgartner KB, Ballard-Barbash R. The association between television watching time and all-cause mortality after breast cancer. Journal of Cancer Survivorship. 2013;7(2):247-52.

274.   ^Villaseñor A, Ballard-Barbash R, Ambs A, Bernstein L, Baumgartner K, Baumgartner R, Ulrich CM, Hollis BW, **McTiernan A**, Neuhouser ML. Associations of serum 25-Hydroxyvitamin D with overall and breast cancer-

Anne McTiernan

specific mortality in a multi-ethnic cohort of breast cancer survivors. Cancer Causes Control 2013;24(4):759-67. Epub 2013 Jan. 30.

275.    ^Stover AM, Reeve BB, Piper B, Alfano C, Wilder Smith A., Mitchell S, Bernstein L, Baumgartner KB, **McTiernan A**, & Ballard-Barbash R. Deriving clinically meaningful cut-scores for fatigue in a cohort of breast cancer survivors: a Health, Eating, Activity, and Lifestyle (HEAL) study. Quality of Life Research 2013 Feb 19. [Epub ahead of print].

276.    ^Abbenhardt C, **McTiernan A\***, Alfano CM, Wener MH, Campbell KL, Duggan C, Foster-Schubert KE, Kong A, Toriola AT, Potter JD, Mason C, Xiao L, Blackburn GL, Bain C, Ulrich CM\*(\*co-senior authors). Effects on adiponectin and leptin after individual and combined dietary weight loss and exercise interventions in postmenopausal women. J of Internal Medicine 2013 Aug;274(2):163-75.

277.    Cash SW, Duncan GE, Beresford SAA, **McTiernan A**, Patrick DL. Changes in body mass index and physical activity related to changes in obesity-specific quality of life. Quality of Life Research 2013 ;22(9):2381-8.

278.    \*^Mason C, Alfano CM, Smith AW, Wang CY, Neuhouser ML, Duggan CR, Bernstein L, Baumgartner KB, Baumgartner RN, Ballard-Barbash R, **McTiernan A**. Long-term physical activity trends in breast cancer survivors. Cancer Epidemiol Biomarkers Prev. 2013 ;22(6):1153-61.

279.    Woolcott CG, Courneya KS, Boyd NF, Yaffe MJ, **McTiernan A**, Brant R, Jones CA, Stanczyk FZ, Terry T, Cook LS, Wang Q, Friedenreich CM. Association between sex hormones, glucose homeostasis, adipokines, and inflammatory markers and mammographic density among postmenopausal women. Breast Cancer Research and Treatment 2013 April 21. [Epub ahead of print].

280.    ^\*\*Mason C, Risques R, Xiao L, Duggan CR, Imayama I, Campbell KL, Kong A, Foster-Schubert KE, Wang CY, Alfano CM, Blackburn GL, Rabinovitch PS, **McTiernan A**. Independent and combined effects of dietary weight loss and exercise on leukocyte telomere length in post-menopausal women. Obesity 2013;21(12):E549-54.

281.    ^\*\*Cadmus L, **McTiernan A**, Ulrich C, Stovall R, Ceballos R, McGregor B, Wang CY, Ramaprasad J, Littman AJ. Predictors of adherence to a 26-week yoga intervention among post-treatment breast cancer survivors. Journal of Alternative and Complementary Medicine. 2013;19(9):751-8.

282.    Pressler M, Rosenberg CA, Derman BA, Greenland P, Khandekar J, Rodabough RJ, **McTiernan A**, Simon MS. Breast cancer in postmenopausal women after nonmelanoma skin carcinoma: The Women's Health Initiative Observational Study. Breast Cancer Research & Treatment 2013;139(3):821-31.

283.    \*^Mason C, Xiao L, Duggan C, Imayama I, Foster-Schubert KE, Kong A, Campbell KL, Wang CL, Alfano CM, Blackburn GL, Pollack M, **McTiernan A**. Effects of dietary weight loss and exercise on insulin-like growth factor-1 and insulin-like growth factor binding protein-3 in postmenopausal women: a randomized controlled trial. Cancer Epidemiol Biomarkers Prev. 2013;22(8):1457-63.

284.    Wright JL, Plymate S, D'Oria-Cameron A, Bain C, Haugk K, Xiao L, Lin DW, Stanford JL, **McTiernan A.** A study of caloric restriction versus standard diet in overweight men with newly diagnosed prostate cancer: a randomized controlled trial. The Prostate 2013;73(12):1345-51.

285.    \*^Imayama I, Alfano CM, Neuhouser ML, George SM, Smith AW, Baumgartner RN, Baumgartner KB, Bernstein L, Wang CY, Duggan C, Ballard-Barbash R, **McTiernan A**. Weight, inflammation, cancer-related symptoms and health-related quality of life among breast cancer survivors. Breast Cancer Research & Treatment. 2013;140(1):159-76.

286.    Wolpin BM, Bao Y, Qian ZR, Wu C, Kraft P, Ogino S, Stampfer MJ, Sato K, Ma J, Buring JE, Sesso HD, Lee I-M, Gaziano JM, **McTiernan A**, Phillips LS, Cochrane BB, Pollak MN, Manson JE, Giovannucci EL,  Fuchs CS. Hyperglycemia, insulin resistance, impaired pancreatic beta-cell function and risk of pancreatic cancer. Journal of the National Cancer Institute 2013 Jul 17;105(14):1027-1035.

287.    ^\*\*Imayama, I, Alfano, C.M., Mason, C.E., Wang, C., Duggan, C.R., Campbell, K.L., Kong A, Foster-Schubert, K.E., Blackburn GL, Wang, C.Y., **McTiernan, A**. Weight and metabolic effects of dietary weight loss and exercise interventions in postmenopausal antidepressant medication users and non-users: a randomized controlled trial. Preventive Medicine 2013 ;57(5):525-32.

288.    Ganz PA, Yip CH, Gralow JR, Distelhorst SR, Albain KK, Andersen BL, Bevilacqua JLB,  deAzambuja  E, Saghir NSE, Kaur R, **McTiernan A**, Partridge AH, Rowland JH, Singh-Carlson S, Vargo M, Thompson B, Anderson BO. Supportive care after curative treatment for breast cancer (survivorship care): Resource allocations in low- and middle-income countries. A Breast Health Global Initiative 2013 consensus statement. Breast 2013 Oct;22(5):606-15.

Anne McTiernan

289.    ^Duggan C, Ballard-Barbash R, Baumgartner RN,  Baumgartner KB, Bernstein L, **McTiernan A**. Associations between null mutations in *GSTT1* and *GSTM1* the *GSTP1* Ile[105]Val polymorphism and mortality in the HEAL cohort. SpringerPlus 2013;2:450.

290.    Woolcott CG, Courneya KS, Boyd NF, Yaffe MJ, **McTiernan A**, Brant R, Jones CA, Stanczyk FZ, Terry T, Cook LS, Wang Q, Friedenreich CM. Longitudinal changes in IGF1 and IGFBP3, and mammographic density among postmenopausal women. Cancer Epidemiol Biomarkers Prev. 2013 Sep 9. [Epub ahead of print].

291.    Tang JY, Henderson MT, Boussard-Hernandez  T, Kubo J, Desai M, Sims S, Aroda V, Thomas F, **McTiernan A**, Stefanick ML. Lower skin cancer risk in women with higher body mass index: The Women's Health Initiative Observational Study. Cancer Epidemiol Biomarkers Prev. 2013 Dec;22(12):2412-5.

292.    ^**Cadmus-Bertram L, Irwin ML, Alfano CM, Campbell KL, Duggan C, Foster-Schubert KE, **McTiernan A**. Predictors of adherence to a yearlong exercise intervention among previously sedentary adults.  Journal of Physical Activity and Health 2013 Oct 31. [Epub ahead of print]. 2014 Sep;11(7):1304-12.

293.    ^George SM, **McTiernan A**, Villasenor A, Alfano CM, Irwin ML, Neuhouser ML, Baumgartner RN, Baumgartner KB, Bernstein L, Smith AW, Ballard-Barbash R. Disentangling the body weight-bone mineral density association among breast cancer survivors: An examination of the independent roles of lean mass and fat mass. BMC Cancer. 2013 Oct 25;13(1):497.

294.    Finstad SE, **McTiernan A**, Wist E, Furberg A-S,  Alhaidari G, Perera ND, Fagerland MW, Schlichting E, Sauer T, Lømo J, Thune I. Insulin and IGF-1 in breast cancer patients are associated with tumor cell proliferation (Ki67) in their breast tumors. Advanced Studies in Medical Sciences. 2013:1(3):95-110.

295.    Cossora FI, Adams-Campbell LL, Chlebowski RT, Gunter MJ, Johnson K, Martell RE, **McTiernan A**, Simon MS, Rohan T, Wallace RB, Paulus JK. Diabetes, metformin use, and colorectal cancer survival in postmenopausal women.  Cancer Epidemiology 2013 Oct;37(5):742-9.

**2014**

296.    ^Duggan C, Xiao L, Wang C-Y, **McTiernan A**. Effect of a 12-month exercise intervention on serum biomarkers of angiogenesis in postmenopausal women: a randomized controlled trial. Cancer Epidemiol Biomarkers Prev 2014 Apr;23(4):648-57.

297.    Kwan K, Rowan T. Chlebowski RT, **McTiernan A**,  Rodabough R, La Monte MJ, Martin LW, Christina Bell C, Lane DS, Kaplan RC, Irwin ML. Timed walking speed, self-reported physical activity and breast cancer incidence in postmenopausal women. European Journal of Cancer Prevention  2014;23(1):49-52.

298.    ^Duggan C, Risques R, Alfano C, Prunkard D, Imayama I, Baumgartner K, Baumgartner R, Bernstein L, Ballard-Barbash R, Rabinovitch P, **McTiernan A**. Peripheral blood leukocyte telomere length and mortality in breast cancer survivors. Journal of the National Cancer Institute. 2014 Apr;106(4): dju035.

299.    ^**Mason C, Xiao L, Imayama I, Duggan C, Wang C-Y, Korde L, **McTiernan A**. Vitamin D$_3$ supplementation during weight loss: A double-blind randomized controlled trial. Amer J Clin Nutr 2014  May;99(5):1015-25.

300.    ^Spector JT, DeRoos AJ, Ulrich CM, Sheppard L, Sjodin A, Wener MH, Wood B, **McTiernan A**. Plasma Polychlorinated biphenyl concentrations and immune function in postmenopausal women. Environmental Research. 2014 May;131:174-80.

301.    Chan DSM, Vieira AR, Aune D, Bandera EV, Geenwood DC, **McTiernan A**, Navarro Rosenblatt D, Thune I, Vieira R, Norat T. Body mass index and survival in women with breast cancer – systematic literature review and meta-analysis of 82 follow-up studies. Annals of Oncology 2014;25(10):1901-14.

302.    ^Thrift AP, Xiao L, Patel SR, Tworoger SS, **McTiernan A**, Duggan C. Effects of physical activity on melatonin levels in previously sedentary men and women. Cancer Epidemiol Biomarkers Prev. 2014 ;23(8):1696-9.

303.    ^Duggan  DR, Xiao L, Terry MB, **McTiernan A**. No effect of weight loss on LINE-1 methylation levels in  peripheral blood leukocytes in postmenopausal overweight women. Obesity. 2014;22(9):2091-6.

304.    ^Duggan C, Wang CY, Xiao L, **McTiernan A**. Aspirin and serum estrogens in postmenopausal women: a randomized controlled clinical trial. Cancer Prevention Research. 2014 Sep;7(9):906-12.

305.    Togawa K, Ma H, Sullivan-Halley J, Neuhouser ML, Imayama I, Smith AW, Alfano CM, **McTiernan A**, Ballard-Barbash R, Bernstein L. Risk factors for self-reported arm lymphedema among female breast cancer survivors: a prospective cohort study. Breast Cancer Research. 2014;16:414.

306.    Flote VG, Furberg A, **McTiernan A**, Frydenberg H, Ursin G, Iversen A, Lofteroed T, Ellison PT, Wist EA, Egeland T, Wilsgaard T, Makar KW, Chang-Claude J, Thune I. Gene variations in oestrogen pathways, *CYP19A1*,

daily 17β-estradiol, and mammographic density phenotypes in premenopausal women. <u>Breast Cancer Research</u>. 2014 Dec 19;16(6):499.

## 2015

307.    Iversen A, Frydenberg H, Furberg AS, Flote V, Finstad SE, **McTiernan A**, Ursin G, Wilsgaard T, Ellison PT, Jasienska G, Thune I. Cycling endogenous sex steroid hormones vary by mammographic density phenotypes in premenopausal women. <u>European Journal of Cancer Prevention</u> 2015 Feb 23. [Epub ahead of print] 2016 Jan;25(1):9-18.

308.    Habermann N, Makar KW, Abbenhardt C, Xiao X, CY Wang CY, Utsugi HK, Alfano CM, Campbell KL, Duggan C, Foster-Schubert KE, Mason CE, Imayama I, Lampe P, Blackburn GL, Potter JD, **McTiernan A**,¥ Ulrich CM, PhD¥. No effect of caloric restriction or exercise on radiation repair capacity. <u>Medicine and Science in Sports and Exercise</u>. 2015 ;47(5):896-904.

309.    ^**Mason C, Xiao L, Imayama I, Duggan CR, Campbell KL, Kong A, Wang CY, Alfano CM, Blackburn GL, Foster-Schubert KE, **McTiernan A**. Independent and combined effects of dietary weight loss and exercise on fasting ghrelin concentrations in overweight and obese women: a randomized controlled trial. <u>Clinical Endocrinology</u> 2015;82(3):369-76.

310.    Flote VG, Frydenberg H, Ursin G, Iversen A,, Fagerland MW , Ellison PT, Wist EA,, Egeland T, Wilsgaard T, , **McTiernan A**, Furberg A-S, Thune I. High-Density Lipoprotein-Cholesterol, daily estradiol and progesterone and mammographic density phenotypes in premenopausal women. <u>Cancer Prevention Research</u> 2015 Mar 24 [Epub ahead of print]. 2015 Jun;8(6):535-44.

311.    Duggan C, De Dieu Tapsoba J, Mason C, Imayama I, Korde L, Wang C-Y, **McTiernan A**. Effect of Vitamin $D_3$ supplementation in combination with weight loss on inflammatory biomarkers in postmenopausal women: a randomized controlled trial.  <u>Cancer Prevention Research</u> 2015; 8(7):628-35.

312.    Gunter MJ, Wang T, Cushman M, Xue X, Wassertheil-Smoller S, Strickler SD, Rohan TE, Manson JE, **McTiernan A**, Kaplan RC, Scherer PE, Chlebowski RT, Snetselaar L, Kakani K, Wang D, Ho GYF. Circulating adipokines and inflammatory markers and postmenopausal breast cancer risk. <u>J Natl Cancer Inst.</u> 2015 Jul 16;107(9).

313.    Frydenberg H, Flote VG, Fjeldheim FN, Larsson IM, Barrett ES, Furberg A-S, Ursin G, Wilsgaard T, Ellison PT, **McTiernan A**, Hjartåker A, Thune I. Alcohol consumption, endogenous estrogen and mammographic density among premenopausal women. <u>Breast Cancer Research</u>. 2015;17(103).

314.    Distelhorst SR, Cleary JF, Ganz PA, Bese N, Camacho-Rodriguez R, Cardoso F, Ddungu H, Gralow JR, Yip CH, Anderson BO; Breast Health Global Initiative Global Summit on Supportive Care and Quality of Life Consensus Panel Members. Optimisation of the continuum of supportive and palliative care for patients with breast cancer in low-income and middle-income countries: executive summary of the Breast Health Global Initiative, 2014. <u>Lancet Oncology</u> 2015 Mar;16(3):e137-47.

315.    Wang C-Y, Tapsoba JdeD, Duggan C, Campbell KL, **McTiernan A**. Methods to adjust for misclassification in the quantiles for the generalized linear models with measurement error in continuous exposures. <u>Statistics in Medicine</u> 2015 Nov 22 [Epub ahead of print].

## 2016

316.    Thompson HJ, Neuhouser ML, Lampe JW, Zhu Z, Jiang W, McGinley JN, Neil ES, Schwartz Y, **McTiernan A**. A co-clinical approach reveals that human low or high in glycemic load diets differentially affect experimentally induced mammary carcinogenesis in rats. <u>Molecular Nutrition and Food Research.</u> 2016 Jan 17 [Epub ahead of print].

317.    Frydenberg H, Thune I, Lofterød T, Mortensen ES, Eggen AE, Risberg T, Wist EA, Flote VG, Furberg A-S, Wilsgaard T, Akslen LA, **McTiernan A**. Pre-diagnostic high-sensitive C – reactive protein and breast cancer risk, recurrence and survival. <u>Breast Cancer Research & Treatment</u>. 2016 Jan 6 [Epub ahead of print].

318.    Mason C, Tapsoba JdeD, Duggan C, Imayama I, Wang CY, Korde L, Stanczyk F, **McTiernan A**. Effects of weight loss and vitamin D supplementation on sex hormones in postmenopausal women: A randomized controlled trial. <u>Menopause</u> 2016 Feb. 2 [Epub ahead of print]. Jun;23(6):645-52

319.    Duggan C, Stanczyk F, Campbell K, Neuhouser M, Baumgartner RN, Baumgartner KB, Bernstein K, Ballard R, **McTiernan A**.  Associations of sex-steroid hormones with mortality in women with breast cancer. <u>Breast Cancer Research & Treatment</u>. 2016 Feb;155(3):559-67

320.    Flote VG, Riyas Vettukattil R, Bathen TF, Egeland T, **McTiernan A**, Frydenberg H, Husøy A, Finstad SE, Lømo

Anne McTiernan

J, Schlichting E, Wist EA, Thune I. Lipoprotein subfractions by nuclear magnetic resonance are associated with progesterone receptor in breast cancer. Lipids in Health and Disease 2016 Mar 12;15(1):56.

321.    Mason C, De Dieu Tapsoba J, Duggan C, Imayama I, Wang CY, Korde L, **McTiernan A**. Effects of vitamin D₃ supplementation on lean mass, muscle strength and bone mineral density during weight loss: A double-blind randomized controlled trial. Journal of the American Geriatrics Society 2016 April;64(4):769-78.

322.    Bandera EV, Fay SH, Giovannucci E, Leitzmann MF, Marklew R, **McTiernan A**, Mullee A, Romieu I, Thune I, Uauy R, Wiseman MJ on behalf of the World Cancer Research Fund International Continuous Update Project Panel. The use and interpretation of anthropometric measures in cancer epidemiology: A perspective from the World Cancer Research Fund International Continuous Update Project. International Journal of Cancer 2016 June 28 [Epub ahead of print].

323.    Duggan C, De Dieu Tapsoba J, Wang C-Y, **McTiernan A**. Dietary weight-loss and exercise effects on serum biomarkers of angiogenesis in overweight postmenopausal women: a randomized controlled trial. Cancer Research 2016 Jul 15;76(14):4226-35.

324.    Fjeldheim FN, Frydenberg H, Flote VG, **McTiernan A**, Furberg A-S, Ellison P, Barrett ES, Wilsgaard T, Jasienska G, Ursin G, Wist EA, Thune I. Polymorphisms in the estrogen receptor alpha gene (ESR1), daily cycling estrogen and mammographic density phenotypes. The Energy Balance Breast cancer Aspects (EBBA)-I study. BMC Cancer. 2016;16:776.

325.    Duggan C, de Dieu Tapsoba J, Wang CY, Campbell KL, Foster-Schubert K, Gross M, **McTiernan A**. Dietary weight loss and exercise effects on serum biomarkers of oxidative stress in overweight postmenopausal women: a randomized controlled trial. Cancer Prevention Research 2016 Nov;9(11):835-843.

326.    Mason C, De Dieu Tapsoba J, Duggan C, Imayama I, Wang C-Y, Korde L, **McTiernan A**. Repletion of vitamin D associated with deterioration of sleep quality among postmenopausal women. Preventive Medicine 2016 Dec;93:166-170.

327.    Neuhouser ML, Wilder-Smith A, George SM, Gibson T, Baumgartner KB, Baumgartner R, Duggan C, Bernstein L, **McTiernan A**, Ballard R. Use of complementary and alternative medicine and breast cancer survival in the Health, Eating Activity and Lifestyle Study. Breast Cancer Research and Treatment 2016 Dec;160(3):539-546.

**2017**

328.    Byrne C, Ursin G, Martin CF, Peck JD, Cole E, Zeng D, Kim E, Yaffe M, Boyd N, Heiss G, **McTiernan A**, Chlebowski R, Lane D, Manson J, Wactawski-Wende J, Yasmeen S, Pisano ED. Change in mammographic density with estrogen and progestin therapy: A measure of breast cancer risk in the Women's Health Initiative. Journal of the National Cancer Institute 2017 Sep 1;109(9).

329.    Mason C, Wang L, Duggan C, Imayama I, Thomas SS, Wang C-Y, **McTiernan A** (dual senior author), Korde LA (dual senior author). Gene Expression in Breast and Adipose Tissue after 12 months of Weight Loss and Vitamin D Supplementation in Postmenopausal Women. npj Breast Cancer 2017 Apr 21;3:15.

330.    Vaysse C, Lømo J, Garred Ø, Fjeldheim F, Lofteroed T, Schlichting E, **McTiernan A**, Frydenberg H, Husøy A, Lundgren S, Fagerland MW, Wist EA, Muller C, Thune I, Richardsen E. Inflammation of mammary adipose tissue occurs in overweight and obese patients exhibiting early-stage breast cancer. npj Breast Cancer 2017; May 3;3:19.

331.    Duggan C, Tapsoba Jde D, Wang CY, Foster-Schubert K, **McTiernan A**. Long-term effects of weight loss and exercise on biomarkers associated with angiogenesis. Cancer Epidemiology, Biomarkers & Prevention 2017 Dec;26(12):1788-1794.

**2018**

332.    Pennington K, **McTiernan A**. The role of physical activity in breast and gynecologic cancer survivorship. Gynecologic Oncology 2018 Apr;149(1):198-204.

333.    Duggan C, Neuhouser M, George S, Barbash R, Baumgartner R, Baumgartner K, **McTiernan A**. Genetic variation in TNFa, PPARg and IRS-1 genes and association with breast cancer survival in the HEAL cohort. Breast Cancer Research and Treatment 2018 Apr;168(2):567-576.

334.    **McTiernan A**. Weight, physical activity, and breast cancer survival. Proceedings of the Nutrition Society (Royal Society of Medicine). 2018 Feb 26:1-9.

335.    Friedenreich C, **McTiernan A**. Combining variables for cancer risk estimation: is the sum better than the parts? Cancer Prevention Research 2018 Jun;11(6):313-316.

11/13/2018

336.    Lofterød T, Mortensen ES, Nalwoga H, Wilsgaard T,  Frydenberg H, Risberg T, Eggen AE, **McTiernan A**, Aziz S, Wist EA, Stensvold  A,  Reitan JB, Akslen LA, Thune I.  Impact of pre-diagnostic triglycerides and HDL-cholesterol on breast cancer recurrence and survival by breast cancer subtypes. <u>BMC Cancer</u> 2018 (in press)

337.    de Roon M, May AM, **McTiernan A**,  Scholten RJPM, Peeters PHM,  Friedenreich CF, Monninkhof EM. Effect of exercise and/or reduced calorie dietary interventions on breast cancer related endogenous sex hormones in healthy postmenopausal women. <u>Breast Cancer Research</u> 2018 (in press)

338.    Duggan C, Tapsoba Jde D, Stanczyk F,  Wang CY,  Foster-Schubert K, **McTiernan A**. Long-term effects of weight loss on sex steroid hormones and sex hormone binding globulin. <u>Menopause</u> 2018 (in press).

339.    Gielen M. et al. for the **TELOMAAS group**. BMI is negatively associated with telomere length: a collaborative cross-sectional meta-analysis of 67 observational studies. <u>American Journal of Clinical Nutrition</u> 2017 (in press).

## In Invited Revision

340.    **McTiernan A**, Friedenreich C, Katzmarzyk PT, Powell KE, Macko R, Buchner D, Pescatello LS, Bloodgood B, Tennant B, Vaux-Bjerke A, George SM, Troiano RP, Piercy KL, for the 2018 Physical Activity Guidelines Advisory Committee. Physical Activity in Cancer Prevention and Survival: A Systematic Review. <u>Medicine and Science in Sports and Medicine</u> 2018 (in invited revision).

## Women's Health Initiative Group-Authored Manuscripts

341.    Rossouw JE, Anderson GL, Prentice RL, LaCroix AZ, Kooperberg C, Stefanick ML, Jackson RD, Beresford SA, Howard BV, Johnson KC, Kotchen JM, Ockene J; Writing Group for the Women's Health Initiative Investigators. Risks and benefits of estrogen plus progestin in healthy postmenopausal women: principal results From the Women's Health Initiative randomized controlled trial. <u>JAMA</u>. 2002 Jul 17;288(3):321-33.

342.    Hays J, Ockene JK, Brunner RL, Kotchen JM, Manson JE, Patterson RE, Aragaki AK, Shumaker SA, Brzyski RG, LaCroix AZ, Granek IA, Valanis BG; Women's Health Initiative Investigators.Effects of estrogen plus progestin on health-related quality of life. <u>N Engl J Med.</u> 2003 May 8;348(19):1839-54. Epub 2003 Mar 17.

343.    Wassertheil-Smoller S, Hendrix SL, Limacher M, Heiss G, Kooperberg C, Baird A, Kotchen T, Curb JD, Black H, Rossouw JE, Aragaki A, Safford M, Stein E, Laowattana S, Mysiw WJ; WHI Investigators.Effect of estrogen plus progestin on stroke in postmenopausal women: the Women's Health Initiative: a randomized trial. <u>JAMA</u>. 2003 May 28;289(20):2673-84.

344.    Hsia J, Barad D, Margolis K, Rodabough R, McGovern PG, Limacher MC, Oberman A, Smoller S; Women's Health Initiative Research Group.Usefulness of prior hysterectomy as an independent predictor of Framingham risk score (The Women's Health Initiative). <u>Am J Cardiol.</u> 2003 Aug 1;92(3):264-9.

345.    Manson JE, Hsia J, Johnson KC, Rossouw JE, Assaf AR, Lasser NL, Trevisan M, Black HR, Heckbert SR, Detrano R, Strickland OL, Wong ND, Crouse JR, Stein E, Cushman M; Women's Health Initiative Investigators.Estrogen plus progestin and the risk of coronary heart disease.<u>N Engl J Med.</u> 2003 Aug 7;349(6):523-34.

346.    Smoller JW, Pollack MH, Wassertheil-Smoller S, Barton B, Hendrix SL, Jackson RD, Dicken T, Oberman A, Sheps DS; Women's Health Initiative Investigators. Prevalence and correlates of panic attacks in postmenopausal women: results from an ancillary study to the Women's Health Initiative. <u>Arch Intern Med.</u> 2003 Sep 22;163(17):2041-50.

347.    Cauley JA, Robbins J, Chen Z, Cummings SR, Jackson RD, LaCroix AZ, LeBoff M, Lewis CE, McGowan J, Neuner J, Pettinger M, Stefanick ML, Wactawski-Wende J, Watts NB; Women's Health Initiative Investigators.Effects of estrogen plus progestin on risk of fracture and bone mineral density: the Women's Health Initiative randomized trial. <u>JAMA</u>. 2003 Oct 1;290(13):1729-38.

348.    Anderson GL, Judd HL, Kaunitz AM, Barad DH, Beresford SA, Pettinger M, Liu J, McNeeley SG, Lopez AM; Women's Health Initiative Investigators. Effects of estrogen plus progestin on gynecologic cancers and associated diagnostic procedures: the Women's Health Initiative randomized trial. <u>JAMA</u>. 2003 Oct 1;290(13):1739-48.

349.    Hsia J, Criqui MH, Rodabough RJ, Langer RD, Resnick HE, Phillips LS, Allison M, Bonds DE, Masaki K, Caralis P, Kotchen JM; Women's Health Initiative Investigators.Estrogen plus progestin and the risk of peripheral arterial disease: the Women's Health Initiative. <u>Circulation.</u> 2004 Feb 10;109(5):620-6.

Anne McTiernan

350.     Hsia J, Aragaki A, Bloch M, LaCroix AZ, Wallace R; WHI Investigators. Predictors of angina pectoris versus myocardial infarction from the Women's Health Initiative Observational Study. Am J Cardiol. 2004 Mar 15;93(6):673-8.

351.     Women's Health Initiative Study Group. Dietary adherence in the Women's Health Initiative Dietary Modification Trial. J Am Diet Assoc. 2004 Apr;104(4):654-8.

352.     Margolis KL, Bonds DE, Rodabough RJ, Tinker L, Phillips LS, Allen C, Bassford T, Burke G, Torrens J, Howard BV; Women's Health Initiative Investigators. Effect of oestrogen plus progestin on the incidence of diabetes in postmenopausal women: results from the Women's Health Initiative Hormone Trial. Diabetologia. 2004 Jul;47(7):1175-87. Epub 2004 Jul 14.

353.     Cushman M, Kuller LH, Prentice R, Rodabough RJ, Psaty BM, Stafford RS, Sidney S, Rosendaal FR; Women's Health Initiative Investigators. Estrogen plus progestin and risk of venous thrombosis. JAMA. 2004 Oct 6;292(13):1573-80.

354.     Hsia J, Wu L, Allen C, Oberman A, Lawson WE, Torrens J, Safford M, Limacher MC, Howard BV; Women's Health Initiative Research Group. Physical activity and diabetes risk in postmenopausal women. Am J Prev Med. 2005 Jan;28(1):19-25.

355.     Margolis KL, Manson JE, Greenland P, Rodabough RJ, Bray PF, Safford M, Grimm RH Jr, Howard BV, Assaf AR, Prentice R; Women's Health Initiative Research Group. Leukocyte count as a predictor of cardiovascular events and mortality in postmenopausal women: the Women's Health Initiative Observational Study. Arch Intern Med. 2005 Mar 14;165(5):500-8.

356.     Howard BV, Kuller L, Langer R, Manson JE, Allen C, Assaf A, Cochrane BB, Larson JC, Lasser N, Rainford M, Van Horn L, Stefanick ML, Trevisan M; Women's Health Initiative. Risk of cardiovascular disease by hysterectomy status, with and without oophorectomy: the Women's Health Initiative Observational Study. Circulation. 2005 Mar 29;111(12):1462-70. Epub 2005 Mar 21.

357.     Barnabei VM, Cochrane BB, Aragaki AK, Nygaard I, Williams RS, McGovern PG, Young RL, Wells EC, O'Sullivan MJ, Chen B, Schenken R, Johnson SR; Women's Health Initiative Investigators. Menopausal symptoms and treatment-related effects of estrogen and progestin in the Women's Health Initiative. Obstet Gynecol. 2005 May;105(5 Pt 1):1063-73.

358.     Prentice RL, Langer R, Stefanick ML, Howard BV, Pettinger M, Anderson G, Barad D, Curb JD, Kotchen J, Kuller L, Limacher M, Wactawski-Wende J; Women's Health Initiative Investigators. Combined postmenopausal hormone therapy and cardiovascular disease: toward resolving the discrepancy between observational studies and the Women's Health Initiative clinical trial. Am J Epidemiol. 2005 Sep 1;162(5):404-14. Epub 2005 Jul 20.

359.     Brunner RL, Gass M, Aragaki A, Hays J, Granek I, Woods N, Mason E, Brzyski R, Ockene J, Assaf A, LaCroix A, Matthews K, Wallace R; Women's Health Initiative Investigators. Effects of conjugated equine estrogen on health-related quality of life in postmenopausal women with hysterectomy: results from the Women's Health Initiative Randomized Clinical Trial. Arch Intern Med. 2005 Sep 26;165(17):1976-86.

360.     Prentice RL, Caan B, Chlebowski RT, et al. Low-fat dietary pattern and risk of invasive breast cancer. The Women's Health Initiative Randomized Controlled Dietary Modification Trial. JAMA 2006;295:629-642.

361.     Beresford SAA, Johnson KC, Ritenbaugh C, et al. Low-fat dietary pattern and risk of colorectal cancer. The Women's Health Initiative Randomized Controlled Dietary Modification Trial. JAMA 2006;295:643-654.

362.     Howard BV, Van Horn L, Manson JE, et al. Low-fat dietary pattern and risk of cardiovascular disease. The Women's Health Initiative Randomized Controlled Dietary Modification Trial. JAMA 2006;295:655-666.

363.     de Boer IH, Tinker LF, Connelly S, Curb JD, Howard BV, Kestenbaum B, Larson JC, Manson JE, Margolis KL, Siscovick DS, Weiss NS; Women's Health Initiative Investigators. Calcium plus vitamin D supplementation and the risk of incident diabetes in the Women's Health Initiative. Diabetes Care. 2008 Apr;31(4):701-7. Epub 2008 Jan 30.

364.     Chlebowski RT, Johnson KC, Kooperberg C, Pettinger M, Wactawski-Wende J, Rohan T, Rossouw J, Lane D, O'Sullivan MJ, Yasmeen S, Hiatt RA, Shikany JM, Vitolins M, Khandekar J, Hubbell FA; Women's Health Initiative Investigators. Calcium plus vitamin D supplementation and the risk of breast cancer. J Natl Cancer Inst. 2008 Nov 19;100(22):1581-91. Epub 2008 Nov 11.

365.     Lederle FA, Larson JC, Margolis KL, Allison MA, Freiberg MS, Cochrane BB, Graettinger WF, Curb JD; Women's Health Initiative Cohort Study. Abdominal aortic aneurysm events in the women's health initiative: cohort study. BMJ. 2008 Oct 14;337:a1724.

366.     McCall-Hosenfeld JS, Jaramillo SA, Legault C, Freund KM, Cochrane BB, Manson JE, Wenger NK, Eaton CB,

Anne McTiernan

Rodriguez BL, McNeeley SG, Bonds D; Members of Women's Health Initiative-Observational Study. Correlates of sexual satisfaction among sexually active postmenopausal women in the Women's Health Initiative-Observational Study. J Gen Intern Med. 2008 Dec;23(12):2000-9. Epub 2008 Oct 7.

367.    Ritenbaugh C, Stanford JL, Wu L, Shikany JM, Schoen RE, Stefanick ML, Taylor V, Garland C, Frank G, Lane D, Mason E, McNeeley SG, Ascensao J, Chlebowski RT; Women's Health Initiative Investigators. Conjugated equine estrogens and colorectal cancer incidence and survival: the Women's Health Initiative randomized clinical trial. Cancer Epidemiol Biomarkers Prev. 2008 Oct;17(10):2609-18. Epub 2008 Sep 30.

368.    Brunner RL, Cochrane B, Jackson RD, Larson J, Lewis C, Limacher M, Rosal M, Shumaker S, Wallace R; Women's Health Initiative Investigators. Calcium, vitamin D supplementation, and physical function in the Women's Health Initiative. J Am Diet Assoc. 2008 Sep;108(9):1472-9.

369.    Chen Z, Arendell L, Aickin M, Cauley J, Lewis CE, Chlebowski R; Women's Health Initiative Program, National Heart, Lung and Blood Institute, US Department of Health and Human Services. Hip bone density predicts breast cancer risk independently of Gail score: results from the Women's Health Initiative. Cancer. 2008 Sep 1;113(5):907-15.

370.    Tinker LF, Bonds DE, Margolis KL, Manson JE, Howard BV, Larson J, Perri MG, Beresford SA, Robinson JG, Rodríguez B, Safford MM, Wenger NK, Stevens VJ, Parker LM; Women's Health Initiative. Low-fat dietary pattern and risk of treated diabetes mellitus in postmenopausal women: the Women's Health Initiative randomized controlled dietary modification trial. Arch Intern Med. 2008 Jul 28;168(14):1500-11.

371.    LaCroix AZ, Lee JS, Wu L, Cauley JA, Shlipak MG, Ott SM, Robbins J, Curb JD, Leboff M, Bauer DC, Jackson RD, Kooperberg CL, Cummings SR; Women's Health Initiative Observational. Cystatin-C, renal function, and incidence of hip fracture in postmenopausal women. J Am Geriatr Soc. 2008 Aug;56(8):1434-41. Epub 2008 Jul 24.

372.    Wright NC, Riggs GK, Lisse JR, Chen Z; Women's Health Initiative. Self-reported osteoarthritis, ethnicity, body mass index, and other associated risk factors in postmenopausal women-results from the Women's Health Initiative. J Am Geriatr Soc. 2008 Sep;56(9):1736-43. Epub 2008 Jul 17.

373.    Johnson KC, Margolis KL, Espeland MA, Colenda CC, Fillit H, Manson JE, Masaki KH, Mouton CP, Prineas R, Robinson JG, Wassertheil-Smoller S; Women's Health Initiative Memory Study and Women's Health Initiative Investigators. A prospective study of the effect of hypertension and baseline blood pressure on cognitive decline and dementia in postmenopausal women: the Women's Health Initiative Memory Study. J Am Geriatr Soc. 2008 Aug;56(8):1449-58. Epub 2008 Jul 15.

374.    Cauley JA, Wampler NS, Barnhart JM, Wu L, Allison M, Chen Z, Hendrix S, Robbins J, Jackson RD; Women's Health Initiative Observational Study. Incidence of fractures compared to cardiovascular disease and breast cancer: the Women's Health Initiative Observational Study. Osteoporos Int. 2008 Dec;19(12):1717-23. Epub 2008 Jul 16.

375.    Luo J, Margolis KL, Adami HO, LaCroix A, Ye W; Women's Health Initiative Investigators. Obesity and risk of pancreatic cancer among postmenopausal women: the Women's Health Initiative (United States). Br J Cancer. 2008 Aug 5;99(3):527-31. Epub 2008 Jul 15.

376.    Zheng Z, Margolis KL, Liu S, Tinker LF, Ye W; Women's Health Initiative Investigators. Effects of estrogen with and without progestin and obesity on symptomatic gastroesophageal reflux. Gastroenterology. 2008 Jul;135(1):72-81. Epub 2008 Mar 25.

377.    Bray PF, Larson JC, Lacroix AZ, Manson J, Limacher MC, Rossouw JE, Lasser NL, Lawson WE, Stefanick ML, Langer RD, Margolis KL; Women's Health Initiative Investigators. Usefulness of baseline lipids and C-reactive protein in women receiving menopausal hormone therapy as predictors of treatment-related coronary events. Am J Cardiol. 2008 Jun 1;101(11):1599-1605. Epub 2008 Apr 2.

378.    Allison MA, Manson JE, Langer RD, Carr JJ, Rossouw JE, Pettinger MB, Phillips L, Cochrane BB, Eaton CB, Greenland P, Hendrix S, Hsia J, Hunt JR, Jackson RD, Johnson KC, Kuller LH, Robinson J; Women's Health Initiative and Women's Health Initiative Coronary Artery Calcium Study Investigators. Oophorectomy, hormone therapy, and subclinical coronary artery disease in women with hysterectomy: the Women's Health Initiative coronary artery calcium study. Menopause. 2008 Jul-Aug;15(4 Pt 1):639-47.

379.    LaCroix AZ, Gray SL, Aragaki A, Cochrane BB, Newman AB, Kooperberg CL, Black H, Curb JD, Greenland P, Woods NF; Women's Health Initiative. Statin use and incident frailty in women aged 65 years or older: prospective findings from the Women's Health Initiative Observational Study. J Gerontol A Biol Sci Med Sci. 2008 Apr;63(4):369-75.

380.    Moeller SM, Voland R, Tinker L, Blodi BA, Klein ML, Gehrs KM, Johnson EJ, Snodderly DM, Wallace RB,

Chappell RJ, Parekh N, Ritenbaugh C, Mares JA; CAREDS Study Group; Women's Health Initiative Associations between age-related nuclear cataract and lutein and zeaxanthin in the diet and serum in the Carotenoids in the Age-Related Eye Disease Study, an Ancillary Study of the Women's Health Initiative. Arch Ophthalmol. 2008 Mar;126(3):354-64.

381.    Chlebowski RT, Schwartz AG, Wakelee H, Anderson GL, Stefanick ML, Manson JE, Rodabough RJ, Chien JW, Wactawski-Wende J, Gass M, Kotchen JM, Johnson KC, O'Sullivan MJ, Ockene JK, Chen C, Hubbell FA; Women's Health Initiative Investigators. Oestrogen plus progestin and lung cancer in postmenopausal women (Women's Health Initiative trial): a post-hoc analysis of a randomised controlled trial. Lancet. 2009 Oct 10;374(9697):1243-51. Epub 2009 Sep 18.

382.    Kabat GC, Kim M, Adams-Campbell LL, Caan BJ, Chlebowski RT, Neuhouser ML, Shikany JM, Rohan TE; WHI Investigators. Longitudinal study of serum carotenoid, retinol, and tocopherol concentrations in relation to breast cancer risk among postmenopausal women. Am J Clin Nutr. 2009 Jul;90(1):162-9. Epub 2009 May 27.

383.    Chlebowski RT, Kuller LH, Prentice RL, Stefanick ML, Manson JE, Gass M, Aragaki AK, Ockene JK, Lane DS, Sarto GE, Rajkovic A, Schenken,  Hendrix SL, Ravdin PM, Rohan TE, Yasmeen S, Anderson G; WHI Investigators. Breast cancer after use of estrogen plus progestin in postmenopausal women. N Engl J Med. 2009 Feb 5;360(6):573-87.

384.    Chen Z, Thomson CA, Aickin M, Nicholas JS, Van Wyck D, Lewis CE, Cauley JA, Bassford T; Short list of Women's Health Initiative Investigators. The relationship between incidence of fractures and anemia in older multiethnic women. J Am Geriatr Soc. 2010 Dec;58(12):2337-44.

385.    Chlebowski RT, Anderson GL, Gass M, Lane DS, Aragaki AK, Kuller LH, Manson JE, Stefanick ML, Ockene J, Sarto GE, Johnson KC, Wactawski-Wende J, Ravdin PM, Schenken R, Hendrix SL, Rajkovic A, Rohan TE, Yasmeen S, Prentice RL; WHI Investigators. Estrogen plus progestin and breast cancer incidence and mortality in postmenopausal women. JAMA. 2010 Oct 20;304(15):1684-92

386.    Manson JE, Allison MA, Carr JJ, Langer RD, Cochrane BB, Hendrix SL, Hsia J, Hunt JR, Lewis CE, Margolis KL, Robinson JG, Rodabough RJ, Thomas AM; Women's Health Initiative and Women's Health Initiative-Coronary Artery Calcium Study Investigators. Calcium/vitamin D supplementation and coronary artery calcification in the Women's Health Initiative. Menopause. 2010 Jul;17(4):683-91.

387.    Wright NC, Lisse JR, Walitt BT, Eaton CB, Chen Z; Women's Health Initiative Investigators. Arthritis increases the risk for fractures--results from the Women's Health Initiative. J Rheumatol. 2011 Aug;38(8):1680-8. Epub 2011 May 15.

388.    LaCroix AZ, Chlebowski RT, Manson JE, Aragaki AK, Johnson KC, Martin L, Margolis KL, Stefanick ML, Brzyski R, Curb JD, Howard BV, Lewis CE, Wactawski-Wende J; WHI Investigators. Health outcomes after stopping conjugated equine estrogens among postmenopausal women with prior hysterectomy: a randomized controlled trial. JAMA. 2011 Apr 6;305(13):1305-14.


## BOOKS

1.  **McTiernan A**. *Starved: A Nutrition Doctor's Journey from Empty to Full*. Central Recovery Press. November 2016.
2.  **McTiernan A**, Gralow J, Talbott L. *Breast Fitness: An Optimal Exercise and Health Plan for Reducing Your Risk of Breast Cancer*. St. Martin's Press, New York. October 2000 (hardcover), October 2001 (softcover)
3.  International Agency for Research on Cancer. IARC Handbooks of Cancer Prevention, Vol. 6, Weight Control and Physical Activity, Lyon, IARC Press, 2002 (member of writing group)
4.  **McTiernan A.** (Editor) Cancer Prevention and Management Through Exercise and Weight Control CRC Press LLL, 2006.
5.  **McTiernan A.** (Editor) Physical Activity, Dietary Calorie Restriction, and Cancer (Energy Balance and Cancer). Springer; 1st Edition. November 19, 2010.


## REPORTS, EDITORIALS, BOOK CHAPTERS, LETTERS, AND INVITED REVIEWS

1.  **McTiernan A**: Does breastfeeding prevent breast cancer? (editorial) Breastfeeding Abstracts 6:19, 1987.
2.  Vaughan T, and **McTiernan A**: Diet in the etiology of cancer. Sem. Oncol. Nursing 2:3-13, 1986.
3.  Henderson M and **McTiernan A**.  Clinical Programs for Breast Cancer Protection.  Reducing Breast Cancer in Women.  B. Stoll, ed.  The Netherlands.  Kluwer Acad. Pub. 177-183, 1995.
4.  **McTiernan, A**. Physical activity and breast cancer – time to get moving? (editorial) NEJM 336:1311-1312, 1997.

Anne McTiernan

5.  **McTiernan, A**. Commentary on: Thune I, Brenn T, Lund E, Gaard M. Physical activity and the risk of breast cancer. Clin J Sport Med 1997;7 (4) 315

6.  Chlebowski RT, **McTiernan A**. Hormone Replacement Therapy and Breast Cancer: Limitations of Current Evidence. American Society of Clinical Oncology Education Book (Fall) 1998:87-91.

7.  Wingo P, **McTiernan A**. Hormone Replacement Therapy. In Women and Health. MB Goldman and MC Hatch, eds. San Diego, Academic Press. 2000. Pages 1169-81.

8.  **McTiernan A**. Cancer Prevention. In Medical and Psychological Aspects of Sport and Exercise. DI Mostofsky and L Zaichkowsky, (eds.) Morgantown, WV, Fitness Information Technology, Inc. 2002

9.  **McTiernan A**. Recent Controversies in Mammography Screening for Breast Cancer. Medscape Women's Health eJournal 2002;7(2).

10. Chlebowski R, **McTiernan A**. Biological significance of interventions that change breast density. J Natl Cancer Inst. 2003 Jan 1;95(1):4-5.

11. **McTiernan A**. Lifestyle Factors in Breast Cancer. Breast Cancer Online. 2003 http://www.bco.org/article.asp?article=105

12. **McTiernan A**. Physical Activity, Exercise, and Cancer: Prevention to Treatment-Symposium Overview. Medicine and Science in Sports and Exercise. 2003;35(11):1821-22.

13. **McTiernan A**. Obesity and Cancer: Potential Management Strategies. American Society for Clinical Oncology Proceedings, 2004.

14. **McTiernan A**. Obesity in the Breast Cancer Survivor. In Nutritional Oncology. Heber D. and Blackburn G. (Eds). San Diego, Academic Press, 2005.

15. **McTiernan A**. Low carb diets:  will they be effective in reducing breast cancer risk? American Society for Clinical Oncology Proceedings, 2005.

16. **McTiernan A**. Mechanisms associating physical activity with cancer incidence: exercise and sex hormones. In **McTiernan A.** (Editor) Cancer Prevention and Management Through Exercise and Weight Control CRC Press LLL, 2005.

17. **McTiernan A**. Mechanisms associating physical activity with cancer incidence: intervention studies in humans. In **McTiernan A.** (Editor) Cancer Prevention and Management Through Exercise and Weight Control CRC Press LLL, 2005.

18. Kaaks R and **McTiernan A**. Mechanisms associating obesity with cancer incidence: obesity and sex hormones. In **McTiernan A.** (Editor) Cancer Prevention and Management Through Exercise and Weight Control CRC Press LLL, 2005.

19. **McTiernan A.** Breast Cancer Prevention. Consultant 2006; 46(4): 407-14

20. Ulrich CM, Chubak J, **McTiernan A.** Re: Exercise, vitamins and respiratory tract infections. American Journal of Medicine. [December 2007].

21. Ballard-Barbash R, **McTiernan A**. Is the Whole Larger Than the Sum of the Parts? The Promise of Combining Physical Activity and Diet to Improve Cancer Outcomes. Editorial on "Greater Survival After Breast Cancer in Physically Active women with High Vegetable-Fruit Intake Regardless of Obesity" by John Pierce et al. J Clin Oncol. 2007 Jun 10;25(17):2335-7.

22. **McTiernan A**. Diet, Exercise, and Lifestyle in the Prevention and Recurrence of Breast Cancer. In Sanchez-Basurto C & Sanchez-Forgach ER. Tratado de Enfermedades de la Glandula Mamaria, Mexico City, Mexico, 2007

23. Physical Activity Guidelines Advisory Committee. *Physical Activity Guidelines Advisory Committee Report, 2008*. Washington, DC: U.S. Department of Health and Human Services, 2008. (Member of Committee)

24. **McTiernan A**. Physical Activity, Weight, Diet and Breast Cancer Risk Reduction. Invited Commentary on Eliassen et al. Physical activity and risk of breast cancer among postmenopausal women. Arch Int Med 2010 Nov 8;170(20):1792-3

25. Chan D, Thune I, **McTiernan A**. Invited commentary on Chan et al., Body Mass Index and Survival in Women With Breast Cancer–Systematic Literature Review and Meta-Analysis of 82 Follow-Up Studies. Practice Update. http://www.practiceupdate.com/explore/  May, 2014.

26. Irwin ML, Fabian C, **McTiernan A**. Risk reduction from weight management and physical activity interventions. Adv Exp Med Biol. 2015;862:193-212.

27. Duggan C, Gross MD, **McTiernan A**. Diet and Exercise and Serum Markers of Oxidative Stress-Response. Cancer Prev Res (Phila). 2017 Aug;10(8):487.

## MANUSCRIPTS SUBMITTED FOR PUBLICATION

1. Frydenberg H,  Ursin G, Iversen A, Fagerland MW, Ellison PT, Wist EA,  Egeland T, Wilsgaard T,  **McTiernan A**, Furberg A-S, Thune I. High-density lipoprotein-cholesterol (HDL-C), daily estradiol and progesterone and mammographic density in premenopausal women. Submitted to <u>The Breast</u> 2015

2. Lofterød T, Frydenberg H, Eggen AE, **McTiernan A**, Mortensen ES, Wist EA, Akslen LA, Reitan JB, Wilsgaard T, Thune I.  Triglycerides and weight change throughout life influence breast cancer development. The EBBA Life study. Submitted to <u>Cancer Causes & Control</u> 2016.

3. Mason C, deDieu Tapsoba J, Duggan C, Wang CY, Alfano CM, **McTiernan A**. Disordered eating behaviors and weight loss outcomes in a 12-month randomized trial of diet and/or exercise intervention in postmenopausal women. Submitted to <u>American Journal of Clinical Nutrition</u> 2018.

4. Chan DS, Abar L, Cariolou M, Nanu N, Greenwood DC, Bandura EV, **McTiernan A**, Norat T. World Cancer Research Fund International – Continuous Update Project: systematic literature review and meta-analysis of cohort studies on physical activity, adiposity, and weight change and breast cancer risk. Submitted to <u>British Medical Journal</u>. 2018

## INVITED SCIENTIFIC PRESENTATIONS (does not include conference abstracts)

1. "Women's Health and the Women's Health Initiative."  Fred Hutchinson Cancer Research Center, WHI Clinical Center Staff Trainings, 1993-1997.

2. "The Women's Health Initiative:  An Overview."  University of Washington, Department of Epidemiology Seminars, February 8, 1994.

3. "Risk Assessment for Breast Cancer."  University of Washington, Department of Surgery Breast Cancer Conference, April 26, 1994.

4. "Risk Assessment for Breast Cancer."  Breast Cancer in Young Women, University of Washington Continuing Education Conference, August 6, 1994.

5. "Assessing Individual Risk for Breast Cancer."  Cancer in Lesbians Symposium, Fred Hutchinson Cancer Research Center, December 2, 1994.

6. "Breast Cancer in High Risk Populations:  Women's Health Initiative."  Fred Hutchinson Cancer Research Center Scientific Retreat, December 7, 1994.

7. "The Women's Health Initiative."  Invited presentation at American Society for Preventive Oncology, Women's Cancers Study Group Meeting, March 11, 1995.

8. "Prevention in Practice and Trials."  Current Concepts in the Early Detection of Breast Cancer, Multicare, Madigan Army Medical Center, and American Cancer Society 3rd Annual Oncology Conference, April 11, 1995.

9. "Exercise and Breast Cancer." Beating Breast Cancer in the '90's: What Everyone Needs to Know about Breast Cancer, University of Washington/Fred Hutchinson Cancer Research Center, April 23, 1996.

10. "Women's Health Initiative." Women's Health Grand Rounds, University of Washington Medical Center-Roosevelt, January 6, 1996.

11. "Exercise and Cancer." Interdisciplinary Cancer Course, Fred Hutchinson Cancer Research Center, March 26, 1997.

12. "Exercise and Breast Cancer." Nutrition Seminar, Department of Nutrition, University of Washington School of Public Health, April 10, 1997.

13. Panel Discussant, "Epidemiologic Issues", NAPBC Workshop on Physical Activity and Breast Cancer, Nov 13-14, 1997.

14. "Diet and Exercise" Breast Cancer Forum: Clinical Implications of Current Research, FHCRC, October 7, 1998.

15. "Exercise and Breast Cancer" American College of Sports Medicine, Seattle, WA, June 2, 1999.

16. "Physical Activity and Reproductive Hormones" Cooper Institute Conference on Physical Activity and Cancer, Dallas, Texas, November 5-7, 2000

17. "Weight Matters in Breast Cancer Prevention and Rehabilitation" Oncology Grand Rounds. Southwest Cancer Center at University Medical Center, Lubbock, Texas, March 2001

18. "Body mass, physical activity, and sex hormones in postmenopausal breast cancer patients". American Cancer Society Science Writers Conference, April 2001

Anne McTiernan

19. "Obesity and Women's Cancer" Keynote Lecture, North American Association for the Study of Obesity, October 2001.

20. "Physical Activity and Breast Cancer ", Women's Sports International, St. Louis, June 2002.

21. "Exercise and Breast Cancer", FHCRC Oncology Grand Rounds, October 2002.

22. "Physical Activity after Cancer: Physiologic Outcomes" in Exercise and the Cancer Survivor: What Should we Recommend?, American Dietetic Association Food and Nutrition Conference and Exhibition, Philadephia, October 2002.

23. ** "Exercise and the Prevention of Colorectal Cancer" European School of Oncology Second Colorectal Cancer Conference, Rome, Italy, October 2002.

24. "Energy Balance – an Etiologic Factor in Human Cancer: Randomized Trial of Exercise Effect on Breast Cancer Biomarkers." Oslo Norway, July 2002.

25. "Exercise and Breast Cancer: Impact on Prevention and Recurrence" The Gibson Lecture in Cancer Prevention Endowed Lectureship, University of Virginia School of Medicine, February 26, 2003

26. "Exercise, Body Fat, and Breast Cancer" Florence Ettelson Memorial Lectureship Medicine Grand Rounds, Providence St. Vincent Medical Center, Portland, OR October 2003

27. "Exercise and Breast Cancer" U. Washington Geriatrics Grand Rounds October 2003

28. "Body Mass Index & Breast Cancer Risk" Challenges & Controversies in Breast Cancer, U Washington School of Medicine CME, October 2003

29. "Diet and Physical Activity" 2nd Emerging Trends in Adjuvant Therapy of Breast Cancer Conference, New York City, October 2003.

30. "Exercise in the Prevention of Breast and Colon Cancer" New England American College of Sports Medicine, November, 2003.

31. "Managing Toxicities of Therapy: Weight Loss and Exercise" School of Breast Oncology, November 2003

32. "Exercise and Breast Cancer Prevention" U. Hawaii, January 2004

33. ** "Obesity and Cancer" 2nd International Conference on the Future of Supportive Therapy in Oncology, St. Kitts, Carribean, February 2004

34. "Exercise and Breast Cancer" University of Alabama at Birmingham, CNRC/Nutrition Sciences Seminar Series, March 2004

35. "WHI Estrogen plus Progestin and Breast Cancer Results" FHCRC Gynecologic Cancer Research Program, March 2004

36. ** "Exercise Effects on Total Body Fat, Intra-Abdominal Fat, Insulin, Leptin, and the Metabolic Syndrome in Menopause" Plenary Session, 5th International Symposium on Women's Health and Menopause, Florence, Italy, April 2005

37. "Exercise and Women's Health" University of Virginia, May 2004

38. "Colon ca, biomarkers, and exercise" American College of Sports Medicine, 2004

39. "Obesity Management in Cancer Patients" ASCO, June 2004

40. ** "Effect of Physical Activity on Breast and Colon Cancer Biomarkers" Ireland/Northern Ireland/NCI Cancer Consortium Seminar on Obesity and Cancer, Dublin, Ireland, September 2004

41. "Exercise Trials in Cancer Prevention" AACR Frontiers in Cancer Prevention, Seattle, WA October 2004

42. "Physical Activity, Endogenous Hormones, and Cancer Etiology" Plenary Session AACR Frontiers in Cancer Prevention, Seattle, WA October 2004

43. "Obesity in Breast Cancer Patients" School of Breast Oncology, Atlanta, Georgia, November 2004

44. "Nutrition, Physical Fitness, and Cancer " Aultman Cancer Center, Canton, Ohio, November 2004

45. "Effects of Menopausal Hormone Therapy and Tamoxifen on Mammographic Density" University of Virginia, Department of Radiology, February 2005.

46. "Optimizing Health Outcomes" in Oncology Care in the 21st Century: Integrating Care along the Health Care Continuum, Arthur G. James Cancer Hospital Ohio State University, February 2005

47. "Obesity, Exercise, and Breast Cancer", Tyler, Texas Breast Cancer Conference (talks to oncologists and lay audiences) March 2005

48. "Breast Fitness" talk to women's health providers, Anchorage, Alaska, May 2005

49. "Low Carb Diets:  Will They Be Effective in Reducing Breast Cancer Risk?" ASCO, Orlando 2005.

50. ** "Biologic mechanisms involved in the association between physical activity and cancer: results from recent

Anne McTiernan

randomized controlled intervention trials" Eurocancer, Paris, June 2005.
51. ** "Exploring Mechanisms Relating Energy Balance and Cancer" IARC, Lyon, France, June 2005.
52. "Prevention of New and Recurrent Cancers: Lifestyle and Chemoprevention" and "Cancer Screening and Management: The PCP's Role" Issues in Aging Conference, New Orleans, July 2005
53. "Exercise and Cancer Prevention" Rockefeller, NYC, September 2005
54. ** "Open Forum of Breast Health", Mexico City, Mexico, October 2005
55. "Breast Fitness: Exercise for Breast Cancer Patients and Survivors", Cancer Wellness Center Northbrook,IL, November 2005
56. "Obesity in Breast Cancer Patients", School of Breast Oncology, Atlanta GA, November 2005
57. "Insulin Resistance Syndrome and Cancer Risk", International Conference on Metabolic Syndrome, San Francisco, November 2005
58. "Selected Major Findings from the OS Results: Breast Cancer", WHI Conference, Bethesda, February 2006.
59. "Intermediate Endpoints in Energy Balance and Physical Activity Trials" NCI Workshop on State of the Evidence for a Weight Control Trial to Prevent Breast Cancer, Bethesda, March 2006.
60. "Physical Activity and Cancer Recurrence and Survival", Symposium: "Physical Activity across the Cancer Continuum" for the CDC International Congress on Physical Activity and Public Health, Atlanta, April 2006
61. "Exercise, Estrogens, and Breast Cancer: Physical Activity Trials" American College of Sports Medicine, May 2006.
62. "Exercise and Nutrition in Chemoprevention" WCRF/AICR International Research Conference, Washington DC, July 2006.
63. ** "Exercise and Cancer Prevention". National University of Singapore, Singapore, July 2006.
64. ** "Breast Cancer Prevention", "Lifestyle, Diet, and Breast Cancer ", "Lifestyle changes may reduce the risk of recurrence" Mexican Association of Breast Diseases 5th Annual Meeting, Leon, Mexico, August 2006.
65. "WHI and Breast Cancer" Seattle Gynecological Society, Seattle, September, 2006
66. "Physical Activity, Weight Control, and Cancer Prevention" Dana Farber Cancer Center Channing Laboratory and Harvard School of Public Health Seminar Series Speaker, October 2006.
67. "Obesity in Breast Cancer Patients", School of Breast Oncology, Atlanta GA, November 2006
68. "Energy Balance and Cancer: Human Intervention Studies" NCI Energy Balance Working Group, Bethesda, MD, January 2007
69. "Overweight, Obesity, and Sedentary Lifestyle in Breast Cancer Prognosis". Interdisciplinary Science, Health Promotion, and Disease Prevention. Pasadena, CA. May 2, 2007.
70. "Transdisciplinary Research to Elucidate the Pathways Linking Components of Energy Balance to the Cancer Process" Transatlantic Research and Innovation Symposium. Research Triangle Park, North Carolina, May 3, 2007.
71. "Obesity, Physical Activity, & Breast Cancer" University of Washington CNRU May 11, 2007
72. "Women's Health Initiative Clinical Trials" Northwestern University Clinical Research Educational Conference, Chicago, May 18, 2007.
73. "Exercise and Weight Loss in Women and Men" Northwestern University Dept of Preventive Medicine, May 18, 2007.
74. FASEB Energy Balance, Body Fat & Disease, "Exercise and Cancer Prevention", and chair of session "Exercise and Cancer Prevention & Prognosis" Indian Wells, CA, August 2007
75. MD Anderson Cancer Prevention Grand Rounds, "Overweight, Obesity, Physical Activity, and Breast Cancer Prevention" Houston, Sept 2007
76. MD Anderson Integrative Medicine Program Lecture Series talk "Obesity, Weight Loss, and Physical Activity for Cancer Patients and Survivors" Houston, Sept 2007
77. **Breast Health Global Initiative "Primary prevention of breast cancer: lifestyle changes, diet, western lifestyle", Budapest, Hungary, October 2007
78. "Obesity in Breast Cancer Patients", School of Breast Oncology, Atlanta GA, November 2007
79. "Breast Cancer: Women at Risk and New Strategies for Prevention", Practicing Clinicians Exchange, San Francisco, CA November 2007
80. "Exercise Effect on Inflammation and Other Cancer Biomarkers", Southeast ACSM, Birmingham, AL, February 2008
81. "Professional Development for Women", Southeast ACSM, Birmingham, AL, February 2008
82. "Exercise and Body Composition Change Effects on Sex Hormones in Postmenopausal Women", AACR – TREC

Anne McTiernan

Markers & Mediators, Virginia, February 2008
83. "Obesity in Breast Cancer Risk and Prognosis", Case Western University, Cleveland, OH, March 2008
84. "Exercise Interventions in Breast Cancer Prevention and Outcomes", Cleveland, OH, March 2008
85. "TREC Talk", Cancer Prevention and Research Center Retreat, Coeur d' Alene, ID, March 2008
86. ** "Fitness vs. Fatness: Evidence from Epidemiologic and Intervention Studies on the Separate and Combined Effects of Physical Activity and Obesity on Cancer Risk", International Physical Activity Meeting, Amsterdam, April 2008
87. "Influence of Exercise on Immune Function: Possible Link to Breast Cancer", ACSM, Indianapolis, May 2008
88. "Breast Cancer Prevention and Survivorship through Lifestyle and Chemoprevention", Memorial Sloan Kettering Cancer Center, New York City, NY, September 2008
89. ** "Early Detection, Diet, Physical Activity, and Cancer", Women in High Places meeting, Riyadh, Saudia Arabia, October 2008
90. **"Diet and Breast Cancer", Saudi Arabian Cancer Conference, Riyadh, Saudia Arabia, October 2008
91. "Physical Activity & Weight Control in Breast Cancer Prevention & Prognosis", Alaska Conference: "Reducing the Risk, Advancing the Cure: New Recommendations, New Options for Primary Care Providers and Survivors." Televised from Seattle, October 2008
92. "Lessons Learned from Real-Life Lifestyle Interventions", The Obesity Society, Phoenix, AZ, October 2008
93. "Breast Cancer: Weight Loss and Exercise", School of Breast Oncology, Atlanta, GA, November 2008
94. "Fitness vs. Fatness in Breast Cancer Risk and Prognosis", Frontiers of Cancer Prevention, Washington, DC, November 2008
95. "Effects of Exercise and Obesity on Inflammation and Cancer Risk", University of Washington, DERC Seminar Series, February 2009
96. "Does Weight Loss Reduce Cancer Risk?" The Obesity Society, October 2009.
97. Roger E. Moe Award for Translational Research Lecture "Effects of Weight and Physical Activity on Breast Cancer Prognosis" University of Washington *Current Concepts and Challenges in Breast Cancer* October 2009
98. "Lessons learned from physical activity (exercise) interventions" AICR Annual Research Conference on Food, Nutrition, Physical Activity and Cancer, Washington, DC, November 2010
99. "Weight Loss and Exercise" School of Breast Oncology, Atlanta GA, November 2010
100. "Transdisciplinary studies of weight loss and exercise interventions in women at increased risk for breast cancer", AACR, Washington, DC, April 2010
101. "Exercise Effects on Breast Cancer Biomarkers", International Society for Behavioral Nutrition & Physical Activity, Minneapolis, MN, June 2010
102. **"Physical Activity & Cancer" Lecture, Helsedirektoratet (Directory of Health), Oslo, Norway, December 2010
103. "Physical Activity, Weight Control and Cancer Prevention" Physical Activity and Nutrition seminar series University of Michigan. The School of Kinesiology, February 2011.
104. "Physical Activity in Cancer Prevention" American College of Sports Medicine President's Talk, Denver, CO, June 2011
105. "Breast Cancer Prevention" Foundation for Care Management, Lakewood, WA, January 2011
106. "Breast Cancer Prevention" Foundation for Care Management, Coupeville, WA, February 2011
107. "Inflammation, Insulin, & Obesity  in Breast Cancer Survival", University of Texas Southwestern Medical Center, Dallas, Texas, September 2011
108. "Interventions in cancer survivors; issues and challenges in this population", Institute of Medicine Workshop "The Role of Obesity in Cancer Survival and Recurrence", Washington, DC, October 31-November 1, 2011
109. "Weight Loss and Exercise" School of Breast Oncology, Atlanta GA, November 2011
110. **"Obesity, Physical Activity, & Related Mechanisms in Breast Cancer Survival", Norwegian Congress in Oncology, Oslo, Norway, November 2011
111. "Impact of Obesity on Cancer " Swedish Hospital Medical Center CME, Seattle, WA May 2012
112. "Effects of Weight Loss and Physical Activity on Cancer Risk Factors: Evidence from Randomized Trials", University of Hawaii, July 2012
113. "The Impact of Intentional Weight Loss on Cancer Risk", The Obesity Society, San Antonio, Texas,  September 2012
114. "Dietary Weight Loss and Exercise Effects on Metabolic Hormones in Postmenopausal Women", Fred

Anne McTiernan

Hutchinson Cancer Research Center Symposium on Metabolism and Cancer, September 2012

115.    **"Lifestyle Modifications to Reduce Cancer Risk and Improve Overall Health", Global Summit on International Breast Health, Vienna, Austria, October 2012

116.    **" Medical Perspective on the Influential Role of Obesity in the Risk and Prognosis of Breast Cancer" and "Obesity, chronic diseases and cancer, a common link with lifestyle" Mexican Association of Mastology, Villahermosa, Tabasco, Mexico, October 2012

117.    "Effects of Weight Loss and Physical Activity on Cancer Risk Factors: Evidence from Randomized Trials" Oregon Health Sciences University, October 2012

118.    "Weight Loss and Exercise" School of Breast Oncology, Atlanta GA, November 2012

119.    "Dietary weight loss and exercise effects on metabolic and sex hormones in postmenopausal women." American Association for Cancer Research, Washington, DC, April 2013

120.    "Obesity, Weight Loss, Vitamin D, and Cancer Biomarkers" Fred Hutchinson Cancer Research Center Joint Cancer Prevention/Epidemiology Seminar Series, May 2013

121.    **"The WCRF/AICR Continuous Update Project – Systematic Reviews on Nutrition, Physical Activity & Health Outcomes in Cancer Survivors" International Union of Nutrition Scientists (IUNS) 20th International Congress of Nutrition, Granada, Spain, 2013

122.    **"Appraisal of Evidence for Obesity Effects on Cancer" IASO/WCRF Obesity, Physical Activity and Cancer, London, 2013

123.    "Weight Loss & Exercise Effects on Breast Cancer Biomarkers" University of Illinois Symposium, Chicago, October 2013

124.    **"Obesity, Physical Activity and Cancer" State Institute of Diabetes and Endocrinology & Catholic University Post Graduation course on Endocrinology and Metabolism. Rio de Janeiro, Brazil, October  2013

125.    "Weight Loss and Exercise" School of Breast Oncology, Atlanta GA, November 2013

126.    "Obesity, Physical Activity and Cancer" Keynote Speaker, The Center for Energy Balance in Cancer Prevention & Survivorship Research Retreat, MD Anderson Cancer Center, February 2014

127.    **"Exercise in Cancer Prevention & Survivorship", Athens Institute for Education and Research, 10th Annual International Conference on Kinesiology and Exercise Sciences, Athens, Greece, August 2014

128.    **"Weight Loss & Exercise Effects on Cancer Biomarkers," University of Tromso, Norway, September 2014

129.    "Breast Cancer Survivors: Findings from the Continuous Update Project," American Institute for Cancer Research Annual Conference, October, 2014.

130.    "Weight Loss and Exercise" School of Breast Oncology, Atlanta GA, November 2014

131.    "Obesity, Weight Loss, & Breast Cancer," University of Iowa Diabetes and Obesity Talks Seminar Series, November, 2014

132.    "Weight Loss & Exercise Effects on Breast Cancer Biomarkers," Memorial Sloan Kettering Cancer Center, New York, February, 2015.

133.    "Physical Activity & Weight Loss Effects on Cancer Biomarkers", NCI Schatzkin Talk, May 2015

134.    "Obesity, Weight Loss, Exercise & Breast Cancer" Seattle Cancer Care Alliance, May 2015

135.    **"Associations of Weight, Physical Activity, & Diet with Breast Cancer Survival", International Society for Behavioral Nutrition & Physical Activity, Edinburg Scotland, June 2015

136.    "Weight Loss and Exercise" School of Breast Oncology, Atlanta GA, November 2015

137.    **"The role of physical activity on cancer risk: epidemiology & molecular mechanisms" WCRF International and World Obesity Federation Joint Conference, September 2016

138.    **"Anthropometry: What Can We Measure & What Does It Mean?" WCRF International and World Obesity Federation Joint Conference, September 2016

139.    ""Exercise, Weight, and Cancer Risk" University of Alabama Center for Exercise Medicine, Birmingham, September 2016

140.    **"Long-term Effects of Exercise & Weight on Breast Cancer Biomarkers" University of Tromso, Norway, October 2016

141.    "Exercise, Weight, and Cancer Risk" Roswell Park Prevention Grand Rounds, Buffalo, NY, October 2016

142.    "Modifiable Health Behaviors for Cancer Survivors // Health Promotion: Exercise, Physical Rehab" SCCA Cancer Survivorship for Physicians CME, October 2016

143.    "Weight Loss and Exercise" School of Breast Oncology, Atlanta GA, November 2016

144.    "Physical Activity & Cancer – What We Know, What We Don't Know" American Institute for Cancer Research AICR's 25th Research Conference, November 2016

145.    **"Screening for Breast Cancer: Pro", EuroMedLab, Athens, Greece, June 2017

146.    **"Weight Control and Exercise for Breast Cancer Pts & Survivors", Mexican Association of Mastology, 14th National Congress, Guadalajara – México, August, 2017

147.    "Weight Loss and Exercise" School of Breast Oncology, Atlanta GA, November 2017

148.    **"Effects of Weight Loss on Cancer Biomarkers, " Canadian Cancer Research Conference, Vancouver, BC, Canada, November 2017

149.    "Physical Activity and Diet for Cancer Prevention and Treatment: State of the Evidence," Arizona State University, Tempe, Arizona, February, 2018

150.    "Physical Activity for Cancer Prevention and Treatment: State of the Evidence," Wolffe Lecture, American College of Sports Medicine, May 2018

151.    ** Diet, Weight & Exercise in Cancer Prevention & Survival: the World Cancer Research Fund Report," Oncology Grand Rounds, BC Cancer, Vancouver, BC, Canada, September 2018

152.    **"Physical Activity and Cancer Prevention," National Center for Sport and Exercise Medicine, University of Loughborough, England, July 2018

153.    "Weight Control and Exercise for Breast Cancer Prevention," National Cancer Institute, Stars in Nutrition and Cancer lecture, October, 2018

** International Presentations

## FUNDED RESEARCH PROJECTS (total dollars unless otherwise noted)

### Completed

- A Case-Control Study of Thyroid Cancer in Women, **PI: Anne McTiernan**, American Cancer Society Institutional Grant 1N-26-U, 1979-1982.

- Counseling Strategies for Breast Cancer Risk, PI: Deborah Bowen, PhD, NIH Grant #HG/CA01190-01, 1994-97, $654,409.00.

- Fenfluramine as an Adjunct to Smoking Cessation Therapy, PI: Deborah Bowen, PhD, NIH Grant #R29CA50858, 1990-94.

- Feasibility Study of an Exercise-Diet Program for Breast Cancer Patients, PI: Anne McTiernan, FHCRC Bid and Proposal funds, 1995-1996, $10,000 (direct)

- Echocardiographic Follow-up to a Randomized Trial of Fenfluramine in Women Smokers, PI: Deborah Bowen, PhD, Wyeth Ayerst research contract, 1998, $1,957,627.

- A Randomized Controlled Trial of Fat Reduction and Risk of Proliferative Forms of Benign Breast Disease, WHI Ancillary Study, PI: Tom Rohan, MD; **PI of FHCRC subcontract to U. Toronto: Anne McTiernan,** $13,699.

- Effect of Exercise on Mammogram Densities, **PI: Anne McTiernan,** FHCRC Bid and Proposal funds, 1999-2000.

- SEER Special Studies RFP Interaction of Genetic Susceptibility and Hormonal Exposures in Breast Cancer Prognosis, **PI: Anne McTiernan,** 1999-2001, $137,465.

- SEER Special Studies RFP Mammographic Breast Density and Breast Cancer Prognosis, **PI: Anne McTiernan,** 1999-2001, $123,558.

- Genetic Risk Information for a Defined Populations, PI: Deborah Bowen, PhD, NIH grant #HG/CA1190-01, 1998-2001, $1,143,890.

- Effect of Hormone Replacement Therapy on Mammographic Density, WHI Ancillary Study, PI: Barbara Hulka, MD, MPH; **PI of FHCRC subcontract to UNC Chapel Hill: Anne McTiernan,** 1998-2003, $876,824.

- Effect of Exercise on Sex Hormones in Postmenopausal Women, **PI: Anne McTiernan,** NIH R01CA/AG69334-01A2, 1997-2003, $1,562,811.

- Effect of Exercise on Immune Function in Postmenopausal Women: Supplement to Effect of Exercise on Sex Hormones in Postmenopausal Women, **PI: Anne McTiernan,** NIH R01CA/AG69334-01A2, 1998-2003, $439,112.

- Women's Intervention Nutrition Study (WINS) FHCRC Clinical Center, PI: Alan Kristal; Past-PI, $28,400.

- Exercise Intervention Trial for Colorectal Polyp Patients, **PI: Anne McTiernan,** R01 CA77572-01, 2000-2007, $4,046,212.

Anne McTiernan

- Clinical Coordinating Center, Women's Health Initiative Trial & Observational Study, PI: Ross Prentice; **Role on project: Co-Investigator**, NIH N01-WH-2-2110, 1992-2007+, $112,336,577.
- Randomized, Double-Blind, Placebo Controlled Trial of 4-OH Tamoxifen Gel in Premenopausal Women with 50-80% Density in Breast tissue Based on Digitized Analysis of Screening Mammography, Besins International U.S. Inc. **PI: Anne McTiernan,** 2002-2003, $116,165.
- Seattle Cancer & Aging Program – Pilot: Effect of Exercise on Prostate Cancer Biomarkers: An Ancillary Study to a Randomized Controlled Clinical Trial, PI: Peter Rabinovitch; **PI of Pilot Study: Anne McTiernan**, P20 CA103728, 2004-2006, $39,049.
- Study of Tamoxifen vs. Raloxifene (STAR), PI: R. Clarfeld; **Role on project: Co-Principal Investigator.**
- Exercise and Fitness in Childhood Cancer Survivors, PI: Debra Friedman; **PI of FHCRC Subcontract: Anne McTiernan,** NCI R21, 2004-2006, $23,904 (direct).
- Proteomic Markers of Health Behaviors, PI: Paul Lampe/Yutaka Yasui; **Role on project: Co-Investigator**, NCI-5 R03 CA108339-02, 2004-2006, $173,000.
- Randomized placebo-controlled biomarker modulation trial using Celecoxib in premenopausal women at high risk for breast cancer, SWOG, PI: Powell Brown; **PI of FHCRC subcontract: Anne McTiernan**, NIH/NCI CA37429, 2005-2006, $37,799.
- Effects of Aspirin on Biomarkers of Breast Cancer Risk (Avon Progress for Patients Funds), PI: Nicole Urban**; Role on project: Project Leader, wrote proposal and directed trial**, 2004-2007, $496,238.
- ALPHA Trial: Alberta Physical Activity and Breast Cancer Prevention Trial. Canadian Breast Cancer Research Initiative, PIs: Christine Friedenreich and Kerry Courneya; **Role on project: Co-Investigator**, 2002-2007, $1,104,147.
- Mammographic Density and Invasive Breast Cancer, PI: Etta Pisano, **PI of FHCRC Subcontract: Anne McTiernan**, R01 CA105007-01, 2004-2007, $50,524 (direct).
- Cognitive Effects of Aerobic Exercise for Adults with Impaired Glucose Tolerance: A Controlled Trial (American Diabetes Association), PI: Laura Baker; **Role on project: Co-Investigator**, 2004-2007.
- Cognitive Effects of Aerobic Exercise for Adults with Mild Cognitive Impairment: A Controlled Trial (Alzheimer's Association), PI: Laura Baker; **Role on project: Co-Investigator**, 2004-2007.
- Social and Physical Activity of Childhood Cancer Survivors, PI: Debra Friedman; **Role on project: Co-Investigator**, NIH/NCI CA 104123-01A2, 2005-2007, $107,500.
- UW Multidisciplinary Research Training Grant, PI: R Deyo; Role on project: **Co-Investigator, Mentor**, 1 K12 HD 49100-01, 2004-2009, $1,172,239.
- Epidemiology of Gallbladder Sludge and Stones in Pregnancy, PI: Sum Lee; **Role on project: Co-Investigator**, RO1 DK46890, 2003-2008, $372,840.
- Breast Cancer Prognostic Factors/Pathobiology by Age, PI: Kathi Malone; **Role on project: Co-Investigator**, NCI-1 R01 CA098858-01A2, 2004-2009.
- Seattle TREC Center, **PI: Anne McTiernan,** NIH/NCI U54 CA116847, 09/23/2005 – 08/31/2011, $12,612,045.
- Exercise, Diet, and Postmenopausal Sex Hormones, **PI: Anne McTiernan,** NIH/NCI R01 CA105204, 09/01/2004 – 06/30/2011, $3,348,605.
- Reducing Obesity at the Workplace: A Randomized Trial, PI: Shirley Beresford; **Role on project: Co-Investigator**, NIH/NHLBI R01 HL079491, 7/1/2004-6/30/2011.
- Effect of Exercise and Weight Loss on Adipose Tissue Biology, **PI: Anne McTiernan**, NIH/NCI R21 *CA131676*, 05/01/2008 – 04/30/2011, $435,600.
- Effect of Dietary Intervention on Insulin and IGF-1 Receptors in Prostate Cancer (Pacific NW Prostate SPORE pilot project), **PI: Anne McTiernan**, NIH/NCI P50 CA97186, 09/01/2009 – 08/31/2011, $48,836.
- Alberta Physical Activity (ALPHA) and Breast Cancer Prevention Trial: an ancillary study examining androgens, biomarkers of obesity, and inflammation. Alberta Breast Cancer Research Initiative, PI: CM Friedenreich; **Role on project: Co-Investigator**, $170,000.
- Bid & Proposal Funds to Assess Baseline Body Composition, by Dual X-ray Absorptiometry (DXA), in Participants of an Ongoing Clinical Trial (Vitamin D, Diet & Activity Study, ViDA) **PI: Anne McTiernan,** 12/1/2010 – 06/30/2011, $16,000 (direct).
- A Phase III Randomized Controlled Study of Exemestane Versus Placebo in Postmenopausal Women at Increased

Risk of Developing Breast Cancer. **PI of FHCRC Clinic: Anne McTiernan**, National Cancer Institute of Canada, 10/2004 – 11/2012, $1,631,150.

- Komen Scientific Advisory Council Award "Vitamin D, Weight Loss, and Breast Cancer Biomarker," **PI: Anne McTiernan,** SAC110024, 07/01/2010 – 06/30/2012, $500,000.
- Weight Loss & Exercise Effects on Telomere Length in Postmenopausal Women, **PI: Anne McTiernan,** NIH/NCI R21 CA155823, 12/14/10 – 11/30/12, $428,705.
- Oxidative Stress in Chronic Kidney Disease, University of UW PI: Jonathan Himmelfarb; **Role on project: PI of FHCRC subcontract**, NIH/NHLBI R01 HL070938, 01/01/2011 – 12/31/2012, $197,630 (FHCRC only).
- Komen Scientific Advisory Council Award "Vitamin D, Weight Loss, and Breast Cancer Biomarker," **PI: Anne McTiernan,** SAC110024, 07/01/2012 – 06/30/2013, $225,000.
- NCI: Exercise Effects on Serum Biomarkers of Angiogenesis, PI: Catherine Duggan, PhD; **Role on Project: Co-Investigator & Mentor**, NIH/NCI R03 CA152847, 04/01/2011 – 03/31/2013, $176,000.
- HEAL Follow-up, NIH/NCI Contract. Manuscript Development for the HEAL Study of Breast Cancer Prognosis, **PI: Anne McTiernan,** NCI contract, 10/2012-9/201/3
- Vitamin D Effect on Body Composition During Behavioral Weight Loss in Women, **PI: Anne McTiernan**, NIH 1R03CA162482, 04/01/12 – 03/31/14, $175,000
- Effect of Vitamin D and Weight Loss on Biomarkers of Breast Cancer Risk, **PI: Anne McTiernan**, Breast Cancer Research Foundation, 10/1/13-9/30/14, $230,378.
- Effect of Weight Loss & Exercise on Biomarkers of Breast Cancer Risk, **PI: Anne McTiernan**, Breast Cancer Research Foundation, 10/1/14-9/30/15, $250,000.
- Weight Loss & Cancer Biomarkers in Women: Oxidative Stress & Inflammation, **PI: Anne McTiernan**, NIH/NCI, 1R01CA161131, 04/15/2012 – 9/30/2015, $863,179.
- Safeway Foundation Assessing Vitamin D, Weight Loss and Breast Cancer Risk Factors, Safeway Foundation, PI: Catherine Duggan, PhD; **Role on Project: Co-Investigator & Mentor**, 7/1/2013 – 6/30/2014, $36,000 (in NCE).
- Effect of Weight Loss & Exercise on Biomarkers of Breast Cancer Risk, **PI: Anne McTiernan**, Breast Cancer Research Foundation, 10/1/15-9/30/16, $250,000.
- Effect of Weight Loss & Exercise on Biomarkers of Breast Cancer Risk, **PI: Anne McTiernan**, Breast Cancer Research Foundation, 10/1/16-9/30/17, $250,000.
- Methods for Measurement Error in Physical Activity & Diet, PI: CY Wang; **Role on Project: Co-Investigator,** NIH/NHLBI R21HL121347, 12/1/13-12/31/16, $494,493.

## <u>Active</u>

- Effect of Weight Loss & Exercise on Biomarkers of Breast Cancer Risk, **PI: Anne McTiernan**, Breast Cancer Research Foundation, 10/1/17-9/30/18, $250,000.
- Effect of Weight Loss & Exercise on Biomarkers of Breast Cancer Risk, **PI: Anne McTiernan**, Breast Cancer Research Foundation, 10/1/18-9/30/19, $250,000.
- INTense Exercise foR surVivAL among men with Metastatic Castrate-Resistant Prostate Cancer (INTERVAL – MCRPC): A Multicenter, Randomized, Controlled, Phase III Study, PI: Jonathan Wright; **Role on Project: Co-Investigator,** Movember, 2016 - .
- Exercise Effects in Men & Women on Colon DNA Methylation, **PI: Anne McTiernan**, NIH/NCI 1R21CA209203-01A1, 3/15/17 – 2/28/19, $421,080.
- Exercise Effects in Men & Women on Colon DNA Methylation, **PI: Anne McTiernan,** NIH/NCI 1R21CA209203-01A1, 3/15/17 – 2/28/19, Administrative supplement, $176,000.
- Impact of an exercise program in cancer patients on chemotherapy treatment, **PI's: Anne McTiernan** & Blair Irwin, Ben Greer SCCA Pilot Study Funds, 9/17-8/18, $50,000 (no cost extension).
- Longitudinal Weight Data from Two Behavioral Weight Loss Randomized Controlled Trial, **PI: Anne McTiernan**, FHCRC Bid & Proposal Funds, 10/17-9/18, $15,000.
- The effects of moderate exercise on distress, quality of life, and biomarkers of angiogenesis and chronic stress in ovarian cancer survivors, NCI R21CA215662-01A1, PI: Kathryn Pennington; **Role on Project: Co-Investigator**

Anne McTiernan

## TEACHING/MENTORING
### Junior Faculty
Katy Pennington, MD (School of Medicine, OB/GYN, University of Washington)
Holly Harris, PhD (Epidemiology Program, PHS, FHCRC)
Catherine Duggan, PhD (Epidemiology Program, PHS, FHCRC)
Blair Irwin, MD (Multi-Care, Tacoma, SCCA affiliate)
Jonathan Wright, MD, MPH (School of Medicine, Urology, University of Washington & Epidemiology Program, PHS, FHCRC)

### Postdoctoral Fellows
1. Melinda Irwin, PhD (current Full Professor, Yale University)
2. Melanie Palomares, MD, MPH (current faculty City of Hope, Los Angeles)
3. Laura Frank, PhD
4. Page Abramson, PhD
5. Karen Foster-Schubert, MD (current Assistant Professor, U. of Washington)
6. Kristin Campbell, PhD (current Assistant Professor, U. British Columbia)
7. Lisa Cadmus, PhD (current staff scientist U. C. San Diego)
8. Ikuyo Imayama, MD (current medical resident, Seton Hall University, St. Francis Medical Center, Trenton, NJ)
9. Caitlin Mason, PhD (current postdoctoral fellow, FHCRC)

Additional Postdoctoral Fellows Working with My Studies' Data
10. Jean De Dieu Tapsoba, PhD (current postdoctoral fellow, FHCRC; primary mentor is CY Wang, PhD)
11. Aaron Thrift, PhD (current postdoctoral fellow, FHCRC; primary mentor is T. Vaughan, MD)

### PhD Committees and Predoctoral Trainee Mentoring
1. Lisa Godefroy Johnson (member of PhD committee)
2. Shelley Slate Tworoger (member of PhD committee)
3. Cara Frankenfeld (member of PhD committee)
4. Victoria M. Chia (member of PhD committee)
5. Lori Williams (member of PhD committee)
6. Angela Kong (co-chair of PhD committee)
7. Babbette Saltzman (member of PhD committee)
8. Anita Iverson (visiting Norwegian predoctoral student 2009-10, advising)
9. Adriana Villasenor (member of PhD committee)
10. Sissi Espetvedt Finstad, MD (Norwegian PhD student, advising)

### MS and MPH Committees
1. Margaret Krieg, MD (member of MPH committee)
2. Sylvia Young, MD (chair of MPH committee)
3. Jana Pruski (chair of MPH committee)
4. Melanie Palomares (chair of MPH committee)
5. Susan Stanford (member of MPH committee)
6. Melinda Irwin, PhD (chair of MPH committee)
7. Andrew Shors, MD (member of MPH committee)
8. Libbby Morimoto (member of M.S. committee)
9. Breanna Mitchell (member of M.S. committee)
10. Erin Aiello (chair of MPH committee)
11. Erin Shade (member of M.S. committee)
12. Julie Meyers (member of M.S. committee)
13. Manish Mohanka (chair of MPH committee)
14. Vivian Hawkins (chair of MPH committee)
15. Isaac Rhew (member of MPH committee)
16. Ann Ready (member of MPH committee)

11/13/2018

17. Alanna Boynton (member of MS committee)
18. Heather Hildebrant (member of MPH committee)
19. Jo Henderson (chair of MPH committee)
20. Laura Hooper (member of MPH committee)
21. Kristen Sipsma (member of MPH committee)
22. Karen Foster-Schubert (chair of MS committee)

Advising: Medical Students Research (University of Washington ISMS): Jennifer Rupert, Erin Griffith, Kelley D. Pratt, Maegan Ashworth
Post-Graduate Physician Training in Cancer Prevention & Control (FHCRC): Elliott Rosenberg, MD, MPH, Mary Ann Gilligan, MD, MPH, Maureen Brown, MD
Formal Career Development Mentoring: Karen Foster- Schubert, MD, University of Washington NIH K-12 Fellow 2005-2010; Karen Mustian, PhD University of Rochester NCI Cancer Control Clinical Research Training Program 2004-
FHCRC scientists mentoring: Neli Ulrich, PhD, Rebecca Rudolph, MD, MPH, AnneClaire DeRoos, PhD, Alyson Littman, PhD, Jonathan Wright, MD, MPH, Catherine Duggan, PhD, Larissa Korde, MD
Individual Study Credits

| Course | Title | Credits | Years |
|--------|-------|---------|-------|
| Epi 499 | Undergraduate Research | Var | 1997-2005 |
| Epi 600 | Graduate Study/Research | Var | 1997-2005 |
| Epi 700 | Masters Research | Var | 1998-2005 |
| Cancer Epi | guest lecture | 1999, 2002-2005 | |

Continuing Medical Education Teaching
- Breast Cancer in Young Women, University of Washington Continuing Education Conference, August 6, 1994, Depts. of Surgery and Medicine.
- Current Concepts in the Early Detection of Breast Cancer, Multicare, Madigan Army Medical Center, and American Cancer Society 3rd Annual Oncology Conference, April 11, 1995.
- Current Concepts in Breast Cancer – 1997, University of Washington Continuing Medical Education, October, 1997, 1999, 2000 (session moderator), 2001, 2003, 2009, 2010
- "Update to the Women's Health Initiative" March 18, 2001, University of Washington talk to IM, GYN, FM residents.

Clinical Teaching (U. of Washington School of Medicine)
- Attending Physician, Adult Medical Center, Harborview Medical Center, 1992-95 – supervised internal medicine residents in primary care setting.
- Mentoring and training geriatric fellow, Dr. Michi Yukawa, in exercise tolerance testing and testing VO2 max (1999)

Other Academic
Primary Opponent, PhD Thesis Defense, Aina Emaus, University of Oslo, Norway (thesis chair, Inger Thune) 2009

**FHCRC SERVICE**
- Director, Prevention Center Shared Resource, 2001-2012
- Chair or Member of several faculty promotion committees and 5-year review committees
- Reviewer for CCSG renewal: 2013, 2018
- Member, Scientific Advisory Committee for the Seattle Cancer Care Alliance Prevention Clinic
- Member, Research Trials Office Oversight Committee, 2003 – 2005
- Member, Fred Hutchinson Cancer Research Center Institutional Review Board, 1984-5; 2002 - 2003
- Member, FHCRC Health Care Task Force, 1996
- Member, Clinical Protocol Scientific Review and Monitoring Committee, 1996- 1997
- Organizer, FHCRC Public Health Sciences Hormone Special Interest Group 1995-96
- Member, Seattle Breast Cancer Program Executive Committee, 1998 - 2000
- Member, Ad-Hoc Committee on Improvements in Public Health Sciences Procedures, 1998
- Member, CSS Advisory Committee, 1999 – 2000

Anne McTiernan

- Nutritional/Hormonal Biomarkers group, 2001 – 2002
- Member, CDS Users Group, 2001 – 2002

## UNIVERSITY OF WASHINGTON SERVICE
- Reviewer, Royalty Research Fund, Spring, 1997
- U. Washington Breast Cancer Update 2000 Continuing Medical Education – session moderator

## PROFESSIONALLY-RELATED COMMUNITY SERVICE
- Medical Advisory Board, Team Survivor Northwest 1997-
- Professional Advisory Committee, Breastcancer.org, 2003-

## LAY AUDIENCE PRESENTATIONS
- National Council of Jewish Women, Seattle Section, "Women's Health Initiative", Nov 1992
- Nordstrom's "Face of Breast Cancer" breast cancer awareness seminar, October 1997
- Danskin Women's Triathalon, 8/15/98
- Afternoon of Hope, Horizon of Hope National Charity Campaign, Longaberger Co., FHCRC, 8/29/98
- Media roundtable, Women's Health Initiative, December, 1995
- Breast Cancer Forum: Clinical Implications of Current Research, FHCRC, 10/8/98
- Women's Health Issues Panel, The Healthy Living Expo, Seattle, WA, 2/7/99
- Virginia Mason Hospital Breast Cancer Support Group "Weight Control and Cancer Survival" September 1999.
- FHCRC Volunteer Conference "Breast Cancer Risk Factors" May 2000.
- FHCRC Women's Health Series "Exercise and Breast Cancer" April 2000.
- Bellevue Rotary Club, "Exercise and Breast Cancer" October 2000.
- Cardio Pulmonary Rehabilitation InstituteOncology Rehabilitation, Lubbock Texas, "Exercise for Breast Cancer Prevention and Rehabilitation", March 2001
- Greater Cincinnati Breast Cancer Association, October 2001.
- FHCRC Community Lecture "Exercise for Breast and Colon Cancer Prevention" November 2001
- Providence/St. Vincent Medical Center, Portland, OR October 2003
- Women's Health Day, Anchorage, Alaska 2005
- Cancer Wellness Center, Northbrook, IL 2005

## MEDIA
- Media (TV) interviews on physical activity, obesity, vitamin D, sleep, cancer: Today Show (NBC); MSNBC News Show; ABC News w/Peter Jennings; ABC World News Tonight; CBS Evening News; CBS News; Seattle KOMO, KIRO, KING, FOX13; WZTV-FOX, KOCO-ABC, WFLA-NBC, WBTV-CBS, WLUK-FOX
- Media (radio): KJZZ, Canadian health radio talk show; numerous Seattle-area radio interviews
- Media (print) –Prevention Magazine, American Health Magazine, Time Magazine, Parents' Magazine, Family Circle, Associated Press, Time, Women's World, Cosmopolitan, Glamour, Self, Reader's Digest, New York Times, Wall Street Journal, LA Times, Parade Magazine, Seattle Times Pacific Magazine, USA Today, U.S. News and World Report, Health Magazine, Seattle Magazine, Self, More and others
- Several on-line news media each year
-  "Preventing Breast Cancer" written commentary for ABC.com, April 2002.
- Ivanhoe National TV Productions specials on Breastfeeding, Breast Cancer, and Breast Gel Study September 2002

Exhibit 23

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG)** |
| ***THIS DOCUMENT RELATES TO ALL CASES*** | |

**RULE 26 EXPERT REPORT OF**
**SONAL SINGH, MD, MPH**

Date:   November 16, 2018

Sonal Singh, MD, MPH

**TALCUM POWDER PRODUCTS AND RISK OF OVARIAN CANCER**

**EXPERT REPORT**

Prepared by

**Sonal Singh, MD, MPH**

University of Massachusetts School of Medicine

Nov 16, 2018

**Table of Contents**

I.      INTRODUCTION AND SUMMARY. ...................................................................................3

II.     BACKGROUND AND QUALIFICATIONS. .......................................................................3

III.    PUBLICATIONS. ...................................................................................................................5

IV.     STUDY DESIGN CONSIDERATIONS. ..............................................................................7

V.      EPIDEMIOLOGY AND PATHOGENESIS OF OVARIAN CANCER. ......................... 14

VI.     WHAT CONSTITUTES COSMETIC TALCUM POWDER PRODUCTS? ................... 14

VII.    SUMMARY OF OPINIONS. ............................................................................................... 16

VIII.   METHODS FOR THE OVERVIEW OF SYSTEMATIC REVIEW OF OBSERVATIONAL STUDIES OF GENITAL TALC USE AND OVARIAN CANCER. ................................... 19

IX.     RESULTS. .............................................................................................................................. 20

X.      BIOLOGICAL MECHANISMS OF TALCUM POWDER INDUCED OVARIAN CANCER. 57

XI.     ASSESSMENT OF CARCINOGENECITY OF TALC BY THE IARC IN 2006. ........................ 60

XII.    COSMETIC EXPERT REVIEW PANEL REPORT. ........................................................ 61

XIII.   ASSESSMENT OF CAUSALITY. ...................................................................................... 62

XIV.    CONCLUSIONS. .................................................................................................................. 66

References ....................................................................................................................................... 67

Table 1. AMSTAR (Assessing the Methodologic Quality of Systematic Reviews) Rating of Systematic Reviews and/or Meta-analysis of Genital Talc use and Ovarian Cancer ............... 77

Additional Materials and Data Considered .............................................................................. 79

Other Materials ............................................................................................................................. 87

## I.     INTRODUCTION AND SUMMARY.

I have been retained to review scientific evidence and analyze the epidemiological data and, based on these data and other relevant evidence, to provide my professional opinion about whether talcum powder products are causally related to ovarian cancer. I have used a weight of evidence approach in examining the causal relationship between talcum powder products and ovarian cancer. I have relied upon my own systematic review of the literature and the cumulative body of evidence as the basis upon which I provide my opinions. This included gathering all relevant data based on *in vitro*, animal, and human epidemiologic studies on this topic. Although the weight of my opinions is derived from findings published in the peer-reviewed literature, relevant unpublished documents are also noted when applicable. The individual studies were examined for both reliability and validity noting their strengths and limitations. The cumulative body of evidence was then synthesized and examined and weighed using a widely accepted organizing framework- the Bradford Hill approach. (1). Using these materials, my education, and my prior clinical and research experiences, I have employed the methods generally accepted by the scientific community that would be used to develop a peer-reviewed manuscript.

In summary, it is my opinion, to a reasonable degree of scientific and medical certainty, that talcum powder products, specifically here Johnson's Baby Powder and Shower to Shower, can cause ovarian cancer. This finding is based on the totality of the medical and scientific evidence from meta-analysis, and consistent findings of a statistically significantly increased risk in observational studies, evidence of retrograde migration and inhalation of talc, presence of known or suspected carcinogens in Talcum Powder Products, and inflammatory tissue response that initiates multiple pathways and biological mechanisms by which talcum powder products can cause ovarian cancer While these factors carry the most weight in my assessment, available data on the biological gradient of Talc exposure and ovarian cancer (dose response) also support my opinion.

## II.     BACKGROUND AND QUALIFICATIONS.

I am an Associate Professor in the Department of Family Medicine and Community Health and the Meyers Primary Care Institute, with a joint appointment in the Department of Quantitative Health Sciences at the University of Massachusetts Medical School, Massachusetts. I received

3

my M.B.B.S. (equivalent to M.D.) in 1998 from Patna Medical College, India. I then completed my internal medicine internship and residency in the Department of Medicine at the Unity Health Center, affiliated with the University of Rochester School of Medicine in 2005. Subsequently, I served on the Faculty as an Instructor of Medicine at Wake Forest University until 2007, and then as an Assistant Professor of Medicine in 2007. I received a joint appointment as an Assistant Professor of Epidemiology at Wake Forest University in 2008. While on the faculty at Wake Forest University, I obtained my master's in public health at Johns Hopkins University in 2008. I was an Assistant Professor in the School of Medicine at Johns Hopkins University as a recipient of the NIH Johns Hopkins Clinical Research Scholars Award in 2009. I held joint appointments in the Department of International Health and Health Policy and Managements and served as the Associate Director at the Center for Drug Safety and Effectiveness at Johns Hopkins University until 2016.

In my current position, I devote most of my professional time to epidemiologic research. I conduct clinical research with a focus on drug safety, evidence synthesis, and shared decision making. The major focus of my research is understanding the adverse effects of pharmacologic therapies. The remainder of my professional effort is dedicated to practicing general medicine and teaching activities. I have taught courses in systematic reviews, clinical epidemiology, pharmacoepidemiology, and the practice of internal medicine to medical students, interns, residents, and public health students at Johns Hopkins University and Wake Forest University. I have taught courses in clinical epidemiology and pharmacoepidemiology to researchers in the Bloomberg School of Public Health at Johns Hopkins University

I have served as an advisor to the World Bank, WHO International Agency for Research on Cancer and various pharmaceutical firms. I was part of World Health Organization International Agency for Research (WHO-IARC) panel which evaluated the carcinogenicity of various drugs and herbal products. (2). I currently serve as a member of the American College of Chest Physicians Guideline Panel. I have also been part of a panel that developed the PRISMA-HARMS (Preferred Item for Reporting Harm in Systematic Reviews and Meta-Analyses) checklist with an aim to improve the reporting of systematic reviews and meta-analysis of adverse effects. (3). My research has been funded by the Food and Drug Administration, the Agency for Health Care Research and Quality, the National Institute of Health and the Patient Centered Outcomes Research Institute. I am a recipient of numerous awards including the prestigious Johns Hopkins Clinical Research Scholars Award from the

4

National Institute of Health and the Tinsley R. Harrison Master Teachers Award at Wake Forest University School of Medicine. My systematic review on varenicline and the risk of cardiovascular events published in the prestigious Canadian Medical Association Journal was awarded the Best Research Paper of the year among hundreds of articles submitted to the Journal. I also serve as a peer reviewer for more than 50 journals and serve on the editorial board of prominent journals such as *BMJ Evidence Based Medicine*. I have reviewed grants for numerous federal and international organizations. I have conducted several epidemiological studies and systematic reviews and meta-analysis featured in prominent medical journals such as the *Journal of the American Medical Association* and the *British Medical Journal*. I have authored or co-authored more than 100 original peer-reviewed scientific articles and my work has been cited more than 13,000 times and my h-index is 48 [h number of papers which has been cited by others at least h times]. My work has been featured in *Science, Journal of the American Medical Association, British Medical Journal, and the Lancet*, as well as media outlets such as the NYTIMES, *Wall Street Journal* and *Washington Post*.

This background provides experise in the use of epidemiological research methods in diverse settings, and in the clinical practice of medicine, both relevant to the present scenario. I have charged a rate of $600.00 per hour in the preparation of this report. Attached as Exhibit A is a copy of my curriculum vitae.

## III.     PUBLICATIONS.

Below is a representative sampling of those articles published in leading medical journals such as *Journal of American Medical Association, Journal of American Medical Association-Internal Medicine*, and *British Medical Journal*. Please refer to my attached curriculum vitae for a complete listing of all publications.

- Singh S, Loke YK, Furberg CD. Long-term risk of cardiovascular events with rosiglitazone- A systematic review and meta-analysis. *Journal of the American Medical Association* 2007; 298: 1189-1195.
- Singh S, Loke YK. Furberg CD. Inhaled anticholinergics and the risk of major adverse cardiovascular events in Patients with Chronic Obstructive Pulmonary Disease: A systematic Review and Meta-analysis. *Journal of the American Medical Association* 2008; 300: 1439-1450. (CME Article in JAMA).

5

- Mills EJ, Wu P, Chong G, Ghement I, Singh S, et al. Efficacy and safety of statin treatment for cardiovascular disease: a network meta-analysis of 170 255 patients from 76 randomized trials. Q J Med 2011; 104: 109-24.

- Singh S, Loke YK, Enright P, Furberg CD. Mortality Associated with Tiotropium Respimat® in Patients with Chronic Obstructive Pulmonary Disease- A Systematic Review and Meta-Analysis of Randomized Controlled Trials. *British Medical Journal* 2011; 342: d3215.

- Singh S, Loke YK, Spangler JG, Furberg CD. Risk of serious adverse cardiovascular events with Varenicline: A Systematic Review and Meta-Analysis of Randomized Controlled Trials. *Canadian Medical Association Journal* 2011; 1831359-66. (with an editorial by JT Hays. Varenicline for smoking cessation. Is it a heart breaker?)- Best Research paper of the year award.

- Singh S, Loke YK. Drug Safety Assessment in Clinical Trials: Methodologic Challenges and Opportunities. Trials 2012, 13: 138.

- Singh S, Chang HY, Richards TM, Weiner JP, Clark JM, Segal JB. Glucagonlike Peptide 1-Based Therapies and Risk of Hospitalization for Acute Pancreatitis in Type 2 Ovarian cancer Mellitus: A Population-Based Matched Case-Control Study. *Journal of the American Medical Association Intern Med*. 2013 25:1-6.

- Grosse Y, Loomis D, Lauby-Secretan B, El Ghissassi F, Bouvard V, Benbrahim-Tallaa L, Guha N, Baan R, Mattock H, Straif K; International Agency for Research on Cancer Monograph Working Group. Collaborators: Stewart BW, Biggar RJ, Lachenmeier DW, Singh S, Tsuda H, Baguley B, Marques MM, Tseng CH, Knight TL, Beland FA, Betz JM, Carcache de Blanco EJ, Cunningham ML, Dunnick JK, Guo L, Jameson CW, Karagas M, Lunn RM, McCormick DL, Witt KL, Zhou S. Carcinogenicity of some drugs and herbal products. *Lancet Oncol*. 2013; 14(9):807-8.

- Zorzela, L., Loke, Y.K., Ioannidis, J.P., Golder, S., Santaguida, P., Altman, D.G., Moher, D., Vohra, S., Boon, H., Clark, J., Derry, S., Gallivan, J., Gardiner, P., Gøtzsche, P., Loder, E., Napoli, M., Pilkington, K., Shekelle, P., Singh S, Witt, C., Lasserson, T., Wu, T., Shamseer, L., Mulrow, C. PRISMA harms checklist: improving harms reporting in systematic reviews. *British Medical Journal* 2016;352: i157.

- Onasanya O, Iyer G, Lucas E, Lin D, Singh S, Alexander GC. Association between exogenous testosterone and cardiovascular events: an overview of systematic reviews. *Lancet Diabetes Endocrinol*. 2016 Nov;4(11):943-956.

- Alexander GC, Iyer G, Lucas E, Lin D, Singh S. Cardiovascular risks of exogenous testosterone among men. *Am J Med*. 2017 Dec;130(12):1449-1457.

6

## IV.    STUDY DESIGN CONSIDERATIONS.

I will examine the strengths and weaknesses of the study designs that are relevant to the present scenario. Each of the study-types discussed below has its advantages and disadvantages. Every study is subject to biases and error; none is appropriate and feasible for every situation. Instead, the evidentiary value of each study must be assessed and weighed on an individual basis, and in the context of the totality of the body of literature or scientific studies.

*IV.I Randomized controlled trials.* In double blind randomized controlled trials (RCTs) both the investigator and the participant are blinded to treatment assignment. All characteristics whether known or unknown, are evenly distributed at random between the intervention and placebo arm. Thus, if there are differences in incidence of outcome, it can be inferred to be a consequence of the exposure itself (i.e. causative).

However, the prospective nature of RCTs also results in several significant drawbacks for effects that are rare and/or slow to develop, like ovarian cancer. In addition to the ethical difficulties of administering a substance that may be harmful, such as talcum powder products, it is difficult prospectively to ensure study-subject compliance over the decade-plus timeframes required to assess ovarian cancer risk, and obviously impractical to have researchers administer a daily perineal talc application to study subjects. Similarly, there is no mechanism by which to randomly assign participants for non-modifiable exposures or the event may be sufficiently rare, such as in the present case of ovarian cancer to be evaluated in a randomized trial. The definitive randomized controlled trial in which patients would be randomized to talcum powder products and/or placebo and measure the outcome of ovarian cancer would be ideal. However, such a randomized trial does not exist, and such a randomized trial would be unethical.[1] Then again, randomized clinical trials are not necessary to establish causal evidence of harm. For instance, there is no randomized trial which supports the causal role of smoking in lung cancer. As a result, to address this question, we must rely on other study designs including observational studies and their meta-analysis to draw inferences on causation. The preponderance of evidence we have on harms of products are derived from such epidemiological studies.

---

[1] Defendants here have admitted this fact. Deposition of Linda Loretz 562:14-563:6 (October 1, 2018) (4); Deposition of Joshua Muscat 408:21-410:20 (September 25, 2018) (5).

7

*IV.II Systematic reviews and Meta-analysis.* A systematic review and meta-analysis is a study design wherein systematic searches are carried out to identify studies reporting on a question of interest. Systematic reviews provide a high level of evidence when evaluating the effect of interventions. (6).

The meta-analytic point estimate represents the sum of evidence from all the included studies. When individual studies may be underpowered to detect an effect, meta-analysis of cumulative studies may allow one to distinguish whether the entire body of evidence supports the presence or argues against evidence of a causal association. Apart from the P-value as a measure of statistical significance, the confidence intervals are used to assess the statistical variability around the estimate. In a meta-analysis the studies are weighted by the sample size of included studies with larger studies contributing more weight to the final estimate. Studies are examined to determine whether the findings are clinically and statistically homogenous or heterogenous. Clinical heterogeneity includes any differences in populations and interventions. It is also important to evaluate statistical heterogeneity among studies included in the meta-analysis. (7). Although some amount of variation in individual estimates of treatment effect is expected by chance, the excess of variation which cannot be explained by chance alone is referred to as statistical heterogeneity. $I^2$ is used as a measure of *statistical heterogeneity*—a percent of variation due to heterogeneity compared to chance, the higher the value the more the proportion of statistical heterogeneity.

The different approaches to modelling data across studies may yield slightly different results. Fixed effects meta-analysis which assumes that all the studies are measuring the same effect yield tighter confidence intervals, whereas random effects meta-analysis which assume that studies are measuring different effects in the population yield more conservative effects. Random-effects models may be more appropriate when the amount of statistical heterogeneity is high. Some amount of heterogeneity is expected when the database includes observational studies.

However, it must be noted that while meta-analysis can overcome issues of limited statistical power and provide information on consistency or inconsistency of effects, one needs to carefully examine the individual studies for their limitations and susceptibility to bias and confounding.

8

Thus, for example, if a study is too short to detect the effect in question, then even a patient-level pooled analysis of several such studies will very likely fail to detect a true causal relationship, even when one exists. This is an illustration of why it is important to consider study design, bias, and confounding in weighing the results from both individual studies and their meta-analysis. Systematic reviews are also susceptible to various publication and funding biases which need to be considered in interpreting results.

Meta-regression in using summary or group level published data may be susceptible to ecological or group level biases and result in spurious conclusions. (8). As a result, it is not recommended to evaluate the association between treatment effect, such as the difference in the risk of ovarian cancer, and participant characteristics at the study level (e.g., mean age of all participants) using aggregate level data, (9) as these may be susceptible to group level or ecological biases. An individual participant pooled analysis in which investigators have access to the patient-level data, such as that by Terry et al. discussed below, (10) is considered of higher quality than meta-analysis of summary data and provides the ability to reliably assess the effect of other patient and outcome related variables.

**Umbrella reviews and overviews of systematic reviews.** An umbrella review systematically collects and reviews evidence from multiple systematic reviews and meta-analysis and allows integration of evidence from multiple systematic reviews and meta-analysis, (11) to offer a much broader view of the evidence landscape. Individual systematic reviews and/or meta-analysis included in an umbrella review or overview should be critically appraised for quality. The 11-item critical appraisal tool AMSTAR (Assessing the Methodological Quality of Systematic Reviews) is a reliable and valid tool which provides an assessment of the quality of included systematic reviews and meta-analysis in an overview. (12).

**What is the precise causal question or the hypothesis being tested?** One cannot interpret the scientific evidence without being precise about the causal question that is being addressed when evaluating the association between any exposure and an outcome in any epidemiologic study. An exclusively narrowly framed hypothesis (e.g., evaluating only one route of exposure such as using talcum powder on contraceptive diaphragm), (13) while disregarding other important and relevant routes and mechanisms of exposure, is inherently limited by design. Since we may not have a complete picture of the underlying mechanisms or the timings of risk of products at the

9

time of study design, it is even more critical that studies on safety evaluate all potential routes of exposure.

IV.III. *Cohort and Case-Control Studies.* There are several considerations in interpreting data from prospective or retrospective observational studies or case-control studies. However, it is important to consider issues of study design, random error, systematic error, bias, and confounding in the interpretation of data. Random errors are statistical fluctuations in the measured data due to the limitations of the measurement instrument. They may occur in both direction because of the inability to measure exposure and outcomes in precisely the same manner. There is also the possibility of measurement error in the measurement of outcome and exposure in both study designs. If the measurement error is non-differential, such misclassification of exposure or outcomes usually biases findings towards the null. Systematic errors, by contrast, are reproducible inaccuracies that are consistently in the same direction, often due to a problem which persists throughout the entire study and are difficult to correct.

Case-control studies involve subjects diagnosed with the disease at issue, such as ovarian cancer (the "cases"), and a suitable number of subjects without the disease (the "controls"). Exposure is ascertained retrospectively among both cases and controls. The results are then analyzed to see if there is an association between the exposure and the disease. In contrast, prospective cohort studies are study designs in which subjects with and without the exposure of interest are recruited and followed up in time for the development of outcomes. This study design establishes temporality wherein the exposure precedes the outcome. It is important to determine the latency and induction between the exposure and the disease to assess the duration of follow-up. As an example, a 12-month follow-up study to evaluate the association between exposure to smoking and lung cancer would be unlikely to demonstrate an increase in the risk of lung cancer.

There are several strengths to the case-control design including the ability to ascertain long-term exposure-outcome relationships, particularly important to the present scenario because ovarian cancer develops over many years. Once cases and controls have been established, one can evaluate the association between multiple exposures and outcomes. In contrast, prospective cohort studies may be limited by the short-duration of follow-up which may be insufficient to ascertain the effect of exposure on long-term outcomes and bias their findings towards the null. Secondly, for relatively rare diseases, such as ovarian cancer, case-control studies are more

10

efficient. Because we are looking at the incidence of disease between the two arms of a study, a cohort study may have limited statistical power regardless of the actual number of subjects enrolled if the number of cases is small. For example, the Nurses' Health Study recruited almost 80,000 participants for only 307 cases of ovarian cancer. (14).

Both study designs are susceptible to selection bias when the selection of the participants into the study (or their likelihood of being retained in a cohort study) leads to a result that is different from the result had we enrolled the entire target population. In other words, the exposure-outcome relationship in controls or cases may be different from the target population. This can arise due to selection of controls not representative of the target population, non-response that is related to exposure and outcome, or differential loss to follow-up in a cohort study related to exposure and outcome status. Selection bias can bias findings either away from the null or towards the null.

Case-control studies, by their design, are generally not blinded and are also susceptible to bias as a result. They are also susceptible to recall bias, i.e. the concern that subjects with the disease may be more diligent in recollecting past uses. However, the degree of recall bias will depend on the type of exposure with chronic daily long-term exposures, such as talcum powder product use, being less likely to be subject to recall bias than intermittent short-term exposures. In contrast, prospective cohort studies in which subjects are recruited and then followed up for the development of outcomes are less susceptible to recall bias.

In addition, there is the issue of what may be called "behavior change" bias in cohort studies which may also bias their findings towards the null if exposure is only ascertained at baseline and not updated during follow up. This bias towards the null reduces the apparent effect of the exposure on the outcome. For example, if the subjects accurately report their talcum powder product use (or lack there-of) at baseline, but there is no follow-up, then the "ever" users' status will still be correct at the end of the study, because once having used talc, their "ever" status cannot change. This will not be true, however, of the "never" users; if they subsequently use talc, then without follow-up, their status will still be incorrectly recorded as "never." If there is a true causal connection, some ovarian cancers caused in the "never" category will, in fact, belong in the "ever" category, potentially biasing the study towards the null. Cohort studies are also susceptible to attrition bias and efforts should be used to minimize loss to follow-up. The main strengths of cohort studies are that if an effect (after adjusting for other confounding

11

factors) is found despite these biases towards the null, then it is more likely to be a causal relationship; the limitations being that they are less sensitive to determining a causal relationship. Case-control studies are based on past behavior and are not affected by this bias. Cohort studies are also susceptible to several prevalent user biases including potential bias due depletion of susceptibles. (15). A cohort study evaluating the association between talc use and ovarian cancer which limits the analysis to prevalent users (rather than new users), may largely be composed of survivors of the early effect of talc exposure on ovarian cancer, since new users who developed ovarian cancer after talc exposure may be ineligible for inclusion. This will potentially bias the estimates towards the null.

One important distinction to note is between risk factors for the disease and confounders. (16). A risk factor is an exposure which may explain the development or cause of disease in the population. These could be potentially modifiable or non-modifiable risk factors such as genetic risk factors. Confounding represents a special case of bias that results when the relationship between the risk factor -disease relationship is altered. A variable is considered a confounder only when ALL three criteria are present: a) the confounder is associated with the exposure in the population; b) the variable is related to the disease in the population; and c) the variable is not a link in the causal pathway to the disease. Risk factors that do not meet all the above criterion are not considered confounders of the exposure-outcome relationships (and thus may not require adjustment in the analysis).

Observational studies may also be susceptible to unmeasured confounding. Importantly, the potential for confounding does not mean that such a confounding exists. To address bias, confounders of the disease-outcome relationship need to be adjusted for in the analysis of epidemiologic studies. The methods for adjustment for known confounders include regression or propensity score methods. In establishing the effect of any exposure on an outcome it is important to disentangle the direct effect of an exposure of an outcome vs the indirect effect because of some mediators. The strength of association, in and of itself, does not denote whether a risk factor causes the disease. It is reflective of the background rate of the disease in the population and the relative risk of other competing risk factors. When the strength of association is weak, restricting the disease to a low risk population with low background rates of the diseases will magnify the association due to lack of competition among risk factors. (16)

12

One must be careful in interpreting data from subgroup analysis, such as analysis of various dose categories or age or ethnic groups, such as the case here with pre-menopausal women vs post-menopausal women or subgroup of women stratified by age, sex and ethnicity. The results of tests of interaction are important in interpreting data from such studies. If the test of interaction is not significant, this suggests that there is a lack of significant difference between the two groups. However, such subgroup tests can be underpowered because of reduction in sample size. Additionally, while a study may be internally valid it may not be generalizable to participants in the overall population beyond those included in the study. As an example, the cohort study of post-menopausal women reporting a non-significantly increased risk of ovarian cancer with genital talc use may not be generalizable to premenopausal women. (17). Despite the limitations noted above, most of our knowledge of the adverse effects of therapies has been derived from observational studies, since randomized controlled trials are not practical for several agents and rare outcomes.

It is also important to draw attention to the proper interpretation of P-values, confidence intervals and statistical significance. (18). I have followed the general principles laid out by the American Statistical Association on the interpretation of P-values and statistical significance. P-value can only indicate how incompatible data are with a statistical model. P-values do not indicate the probability that the studied hypothesis is true or the probability that data were produced by random chance alone. A P-value does not measure the size of an effect or the importance of a result and undue reliance should not be placed on whether a P-value passes a specific threshold. Full reporting and transparency are needed for interpretation of results. Confidence intervals (CI) measure statistical significance, (19) and indicate the precision and degree of uncertainty associated with a sample statistic. A 95% CI means that if we used the same sampling method to select different samples and computed an interval estimate for each sample, we would expect the true population parameter to fall within the interval estimates 95% of the time. CIs that remain elevated above 1 for relative risks (RRs) or odds ratios (ORs) are considered statistically significant. A narrow CI indicates a relatively higher level of precision. Non-overlapping CIs across two studies suggest a statistically significant difference between the study findings, whereas overlapping CIs may suggest consistent results. Thus, it is not necessary, and it is highly unlikely to have identical point estimates across studies to establish the presence of a consistent exposure-outcome association.

13

## V.     EPIDEMIOLOGY AND PATHOGENESIS OF OVARIAN CANCER.

Ovarian cancer is the most lethal gynecologic cancer in women. It is the leading cause of cancer death among gynecologic cancer in the US and the fifth most common cause of cancer with more than 14,000 deaths per year. The incidence is 11.4 cases per 100,000 women per year, with a mortality rate of 7.4 deaths per 100,000 women. (20). Approximately 1.3 percent of women will be diagnosed with ovarian cancer at some point during their lifetime. Approximately 22,400 new cases of ovarian cancer would be diagnosed in the US in 2017 with 14,080 deaths. (21).

Most women are diagnosed at an advanced stage of the disease and it is usually asymptomatic but may present as abdominal distention, bloating, and in a minority of cases vaginal bleeding. The prognosis is relatively poor when it presents at the advance stage where therapeutic options including chemotherapy offer little benefit. As discussed in more detail in Section X below, inflammation is known to play an important role in the pathogenesis of ovarian epithelial cancer through a mechanism of cell proliferation, oxidative stress DNA damage and gene mutations.

## VI.     WHAT CONSTITUTES COSMETIC TALCUM POWDER PRODUCTS?

•       While I will examine the evidence of talcum powder products and their causal association with ovarian cancer, ascertaining what constitutes "talcum powder" it is important to emphasize that Talcum powder cosmetic products are not "pure talc." The evidence I reviewed demonstrates talcum powder products contain asbestos, fibrous talc, heavy metals such as cobalt, chromium, nickel, and various fragrance chemicals (22)(23). This report evaluates the risk of ovarian cancer associated with talcum powder products and its constituents. When I refer to talc or talcum powder products in this report, I am referring to commercially available talcum powder products and all constituent elements contained within.

•       Talc is a naturally occurring mineral and its chemical composition is hydrous magnesium silicate with a chemical formula of $Mg_3Si_4O_{10}(OH)_2$. In its natural form, talc may contain asbestos, also a naturally occurring silicate mineral, with a different crystal structure. Both talc and asbestos belong to the family of silicates that may occur in fibrous form, which is known to cause cancer. The structure of talc is characterized by a hexagonal sheet arrangement of silicon oxygen tetrahedral groups in a common plane. This results in a double-sheeted structure where the sheets are held together by weak van der Waals bonds. Talc consists mostly of these plate-

14

like structures ("platy talc") but talc can occur in fibrous form. Talc fibers are like asbestos fibers in size and shape. (22, 24).

• Despite claims that talcum powder products manufactured after the mid-1970s were "asbestos free," published articles, internal company documents, and testing of historical samples I reviewed demonstrate that talcum powder products can contain asbestos and other carcinogenic constituents as discussed below. For example, talc powders from national and international markets were analyzed by Paoletti et al. in a 1983 study to assess fiber content. (25). Samples of talc powders demonstrated fiber contents up to 30% of total particles. About half of the talc powders revealed the presence of asbestos. In some samples, a very high level of asbestos was revealed. (25). Consistently, the 1991 Blount study also found asbestos in cosmetic talcum powder. (26). In a recent deposition, the author of the 1991 study testified she had detected specifically in Johnsons and Johnsons baby powder. (27).

• Although the FDA conducted a survey of talc manufacturers in 2009-2010 and found no asbestos fibers or structures in any of the samples of cosmetic-grade raw material talc or cosmetic products containing talc, (28) the results were limited; only four out of nine talc suppliers submitted samples, and the number of products tested was low. The failure to detect asbestos could either be due to the technique used or the use of a non-representative sample. The FDA itself noted the study could not "prove that most or all talc or talc-containing cosmetic grade products currently marketed in the United States are likely to be free of asbestos contamination." (29).

• I reviewed Longo et al.'s report from August 2017 where he tested 30 bottles of Johnson's Baby Powder. (30). They found 17 samples contained detectable amounts of asbestos. They also found half of the samples contained fibrous talc. I also reviewed two additional reports from Dr. Longo where he found fibrous talc and asbestos in Johnson's Baby Powder. (31, 32). I reviewed the depositions and exhibits of Dr. John Hopkins, corporate representative for Johnson and Johnson, who testified to numerous positive tests for asbestos and fibrous talc. (33).

• In a recent report, Longo et al. (34) estimates that 37 out of 56 random samples ( 66%) of bottles of talcum powder products tested contain asbestos, which indicates that approximately 2 out of 3 bottles of talcum powder containing products are contaminated with asbestos. Talcum powder products are generally used by women habitually for months or years, rather than a

15

single application or a single bottle of use. Each successive use of a bottle of talcum powder product by an individual further accentuates the cumulative probability of their exposure to asbestos, beyond the probability conferred by the use of a single bottle. I reserve the right to supplement my report in order to estimate this probability of exposure to asbestos through habitual use of talcum powder products contaminated with asbestos, once the analysis of additional samples of talc is complete.  Longo et al. also estimates that 41 of 42 random samples of bottles of talcum powder products tested contain fibrous talc. I reserve the right to supplement my report in order to estimate this probability of exposure to fibrous talc through habitual use of talcum powder products contaminated with fibrous talc, once the analysis of additional samples of talc is complete.

• I also reviewed the deposition and exhibits of Julie Pier, corporate representative for Imerys Talc America, Inc., who testified to numerous positive tests for asbestos and heavy metals between 1985 and 2002. (35).

• My review of monographs published by the International Agency for Research on Cancer (IARC) show that asbestos is a well-established carcinogen and unequivocally known to cause several cancers including mesothelioma of the lung, larynx, and ovarian cancer. (36). Overall, the International Agency for Research on Cancer Working Group classified asbestos compounds as "carcinogenic to humans" (Group 1) in 2012. (36, 37). IARC has also concluded that talc including asbestiform fibers grown in an asbestiform habit  - commonly termed "fibrous talc" - is "carcinogenic to humans" (Group 1). (38).

• I also reviewed documents demonstrating talcum powder products may contain heavy metals such as chromium, nickel, and cobalt. (22). Asbestos, chromium, and nickel were all classified as a Group 1 carcinogens by IARC. (36) Cobalt is also present in talcum powder products and classified by IARC as a Group 2B carcinogen.

**VII.   SUMMARY OF OPINIONS.**

1.   **Statistical Significance**. There is a statistically significant increased risk of ovarian cancer with talcum powder products as demonstrated by most meta-analyses to date. (10, 39-42). Although a flawed analysis conducted limited to the use of talc dusted diaphragms and ovarian cancer conducted on behalf of the manufacturer reported an excess risk which was not

16

statistically significant, (13) it had several data extraction errors and was of lower methodological quality. (43). Several independent meta-analysis by academic researchers, some of which include individual participant data, (10) and the most recent meta-analysis reported a statistically significantly increased risk of ovarian cancer associated with perineal talc use, (42) rendering the previous findings of Huncharek et al obsolete. The studies of the highest rated methodologic quality as shown in **Table 1** which provides a methodologic grading of the quality of the included systematic reviews using the AMSTAR checklist have reported a statistically significantly increased risk of ovarian cancer associated with genital talc use. (10, 41, 42). See Section IX.IV for a summary of findings from epidemiological studies.

2.      **Consistency and Replication**. These findings of a statistically significantly increased risk of ovarian cancer with talc use have been consistently replicated by several independent investigators in different population, and different settings across different data sources using different study designs. These slight differences in magnitude of risk reflect differences in inclusion or exclusion criteria and the accumulation of evidence over time. The meta-analysis of case-control studies has consistently shown a statistically significantly increased risk, whereas the meta-analysis of cohort studies has also shown an excess risk, (42) which failed to reach statistical significance, due to inadequate statistical power and low number of events; but the confidence intervals of results between the two study designs overlap providing evidence of consistency. The number of ovarian cancers in the case-control studies exceeds the number of ovarian cancers in the cohort studies by several fold. (42).

3.      **Strength of Association**. The cumulative strength of association for the increased risk of ovarian cancer associated with talcum powder containing products is significant and ranges from 30 % to 60% %. The strength of association is similar to estimates of other established carcinogens (e.g., 24 % increased risk of lung cancers in non-smokers exposed to environmental tobacco smoke) (44), hormone replacement therapy and breast cancer (RR 1.33, 95% CI: 1.24-1.44) (45), particulate matter and lung cancer (PM2.5: RR 1.09, 95% CI: 1.04, 1.14 and PM10: 1.08, 95% CI: 1.00-1.17). (46). Beyond carcinogens, there are well established examples of causal associations in epidemiology, such as in the case of particulate matter and myocardial infarction, where the statistically significant excess risks are in the order of even less than a percent (carbon monoxide: 1.048, 95% CI: 1.026-1.070; nitrogen dioxide: 1.011, 95% CI, 1.006-1.016; sulfur dioxide: 1.010, 95% CI: 1.003-1.017; PM(10): 1.006, 95% CI: 1.002-1.009; and PM(2.5): 1.025, 95% CI: 1.015-1.036 and ozone: RR 1.003, 95% CI: 0.997-1.010; P = .36). (47).

4.      **Exposure-Response Assessment.** The assessment of exposure–response or biological gradient is hindered by the difficulty in quantifying talcum powder use usually collected by

17

self-reported data (frequency, amount, and duration), timing and patterns of use (e.g., douching), and other individual factors (e.g., co-existence of inflammatory conditions such as endometriosis and or vaginal bleeding) resulting in differences in measurement of exposure across studies. As discussed in the dose-response summary of epidemiological studies below, some studies have measured the frequency of exposure, others the duration of exposure with few studies measuring the combined duration and frequency or intensity of exposure. (48). It is important to interpret the exposure-response data in the context of mechanistic studies which report that talc accelerates the development of ovarian cancer through alteration of the redox state in epithelial ovarian cancer cells, (49) and a monotonic dose-response curve may not accurately reflect this mechanism of development of ovarian cancer mediated via inflammation and alterations in redox states. Some epidemiologists have argued that it is difficult to know how dose-response should be modelled and it is unclear why nature would mandate a monotonic dose-response gradient. (50). Although it is difficult to know how to model the talc-ovarian cancer exposure-response assessment, it is possible that an agent which accelerates the development of cancer could account for threshold effects rather than monotonic dose-response effect. Despite these challenges, I address studies which have shown evidence of dose-response as measured by an increased risk with increased frequency, (48, 51-55) or increased duration, (52, 54, 56) or a combination of frequency and duration of exposure. (52, 57). Some studies have also shown evidence of increased risk with increased number of lifetime applications, (10, 48, 52) which may be a more accurate measure for long term exposure outcome association mediated via inflammation. The most updated meta-analysis reported an increased risk with >3600 lifetime applications compared to <3600 lifetime applications of perineal talc based on data from case-control studies. (42). A limited number of studies have shown no evidence of dose-response either with increased frequency or duration of exposure. (58-60).

5. **Retrograde Migration of Talc and Routes of Talc Exposure.** Talcum powder particles can migrate to the fallopian tubes and ovaries. (61-63). Talc and/or other constituents have been detected within the ovaries of women who report perineal talc use, (64) and found deeply embedded within ovarian tumors. (62, 65). Talc has also been reported in the lymph nodes which could occur through migration absorption or inhalation with transport through the lymphatic system. (66). Although an industry funded study performed by the Cosmetic, Toiletry, and Fragrance Association failed to detect translocation of "measurable quantities of talc" in unrelated monkey models, (67) the timing and techniques of assessment and intraspecies differences could not completely rule out migration of talc particles. Furthermore, supportive evidence for migration comes from the findings of a decreased risk of ovarian cancer with tubal

18

ligation and hysterectomy, (62) evidence of migration of other particles such as starch. (68). The FDA concluded that the "potential for particles to migrate from the perineum vagina to the peritoneal cavity is indisputable." (69). A secondary route of exposure is inhalation. (36, 70).

6.      **Multiple Biological Mechanisms of Talc Induced Ovarian Cancer.** Although not an absolute requirement for demonstrating causality, there is strong evidence that talcum powder products can induce ovarian cancer through established biological mechanisms (Section X). (39, 49, 71, 72). Inflammation plays a leading role in ovarian cancer and talc has pro-inflammatory effects; it also induces alterations in redox potential and pro-oxidant effects. (49) In ovarian cells talc has been shown to increase proliferation, increase neoplastic transformation and increase reactive oxygen species in the ovarian cells. (71). Talc has also been shown to be mutagenic in human ovarian epithelial cells through increased activation of gene activating transcription factors. Finally, the presence of asbestos and other Group 1 carcinogens likely contributes to the carcinogenicity of talcum powder products, and provides biologic plausibility for the consistent and significant increased risk seen in the epidemiologic studies on Talc and Ovarian cancer.


# VIII.   METHODS FOR THE OVERVIEW OF SYSTEMATIC REVIEW OF OBSERVATIONAL STUDIES OF GENITAL TALC USE AND OVARIAN CANCER.

I conducted an overview of systematic reviews and meta-analysis of observational studies of genital talc use and ovarian cancer. I included systematic reviews regardless of the performance of quantitative synthesis as meta-analysis may occasionally not be performed for data from observational studies. To inform the causal question, I also evaluated additional studies which provided evidence on the causal question of whether talcum powder products induce ovarian cancer. I critically appraised the meta-analysis using the 11- item AMSTAR (Assessing the methodologic quality of Systematic Review) checklist for systematic reviews and meta-analysis. (12) The individual epidemiological studies were also evaluated and summarized for their key strengths and limitations.

*VIII.I. Systematic search.* I performed an initial systematic search of Scopus and PubMed with the following search terms on June 12, 2017:

Pubmed:     ("talc"[MeSH Terms] OR "talc"[All Fields]) AND ("ovarian neoplasms"[MeSH Terms] OR ("ovarian"[All Fields] AND "neoplasms"[All

19

Fields]) OR "ovarian neoplasms"[All Fields] OR ("ovarian"[All Fields] AND "cancer"[All Fields]) OR "ovarian cancer"[All Fields])

Scopus:       (TITLE-ABS-KEY (talc) AND TITLE-ABS-KEY (ovarian AND cancer)

***VIII.II Eligibility Criteria.*** I included and considered epidemiological studies, including case-control studies, cohort studies and systematic review and meta-analysis which reported on the association between talc and ovarian cancer. I searched the references of included studies and citing articles to find additional original articles. I also included in vitro, animal, and human epidemiologic studies that reported data that either support or refute the role of talc in the development of ovarian cancer. I excluded duplicate articles identified in the two databases, articles with no original data, narrative reviews, commentaries and opinion pieces , and citations not relevant to the present scenario. The title and abstracts of each manuscript were reviewed to identify potential studies for inclusion in this report. I also searched the reference of included studies to find relevant citing articles. New studies were identified after evaluating citing articles. I reviewed the full length of each of these manuscripts and provide a summary of their key findings below.

## IX.       RESULTS.

The results of the initial search yielded 273 citations. I included 9 studies in the section on overview of systematic reviews and meta-analysis. (10, 13, 39-42, 57, 73, 79 ). I also assessed the 29 case-control studies, (48, 51-60, 62, 66, 75-91) and 3 cohort studies (14, 17, 92-93). The list of excluded citations is shown. The difference in the citation count of included and excluded articles largely reflects excluded duplicate articles retrieved from the two databases. I also evaluated several studies (36, 37, 49, 64-68, 72, 94-109) which reported on the biological mechanisms that supported or refuted the causal association between talcum powder products and ovarian cancer.

***IX.I. Overview of Systematic Reviews and Meta-analysis.*** Three meta-analysis were not preceded by a systematic search (57, 73, 79). There were 4 systematic reviews and meta-analysis which evaluated the link between perineal talc use and ovarian cancer (39-42) using summary data, while an individual participant data analyses pooled data from case-control studies in the Ovarian Cancer Consortium (10). Another systematic review and meta-analysis analysis conducted on behalf of the manufacturer only evaluated the use of cosmetic talc on

20

contraceptive diaphragms and ovarian cancer (13) and was not directly relevant to the causal question of genital talc use and the development of ovarian cancer, but was critically evaluated for strengths and weaknesses. The results of the methodologic assessment of each of these using the AMSTAR checklist is summarized in the Table 1. Two meta-analysis (13, 40) are of poor methodological quality. Regardless, the findings of older meta-analysis have been superseded given the publication of new meta-analysis. (41, 42).

1.     In 1992, Harlow et al. combined crude odds ratios from their case-control study, discussed below with 5 pre-existing existing case-control studies (79) to evaluate the association between perineal talc exposure and ovarian cancer. The studies included 1106 cases and 1756 controls, with talc exposure reported among 50.7% of cases and 46.9% of controls. Using crude odds ratios from the individual studies, perineal exposure to talc was associated with a statistically significantly increased risk of ovarian cancer (OR 1.3, 95% CI: 1.1-1.6). Major limitations include the lack of a systematic search methodology.

2.     A 1995, meta-analysis by Gross and Berg (39) was conducted on behalf of the manufacturer Johnson and Johnson. A search of PubMed issuing the terms "ovarian cancer" and "talc or cosmetic" identified 9 case-control studies and reported a statistically significant increased risk of ovarian cancer in both the crude odds ratio (1.27, 95% CI: 1.09-1.48) and adjusted odds ratio (1.31, 95% CI: 1.08-1.58). They also examined the odds ratio by tumor type and notes that all the analyses produced relative risks greater than 1 with confidence intervals that exceeded 1. Despite the statistically significantly increased risk seen in analyses, the authors concluded that the *literature does not unequivocally support the hypothesis…. But [does] suggest the possibility of an increased risk of ovarian cancer due to perineal talc use.* The description of study procedures was incomplete, and the search strategy was limited. The study was supported in part by the manufacturer.

3.     Cramer et al. 1999 combined crude odds ratio data from their case-control study with pre-existing case-control studies in a meta-analysis of 14 total case-control studies, (57) and reported a statistically significant OR of 1.36 (95% CI: 1.24-1.49). The tests for statistical heterogeneity were not significant (p=0.085). Limitations include the lack of a systematic search.

21

4.      Huncharek, for his 2003 publication, conducted a meta-analysis of 16 studies including 11,933 subjects. (40). They searched MEDLARS, Embase and Cancer Lit databases using search term "talc exp ovarian neoplasms." They excluded studies on borderline tumors or those which did not report on types of perineal exposure (dusting vs sanitary napkins). The meta-analysis was conducted using adjusted measures of effect using the inverse variance method. It included 15 population-based and 1 hospital-based study and excluded the 1983 Hartge study. (76). The pooled analyses yielded a significantly increased risk of ovarian cancer (RR 1.33, 95% CI: 1.16-1.45) associated with the perineal use of talc without evidence of statistical heterogeneity. Seven studies reporting on the number of talc applications per month were evaluated where the highest risk category (RR 1.21, 95% CI: 1.00-1.45) and lowest risk category (RR 1.83, 95% CI: 1.55-2.15) reported an increased risk. In sensitivity analyses, hospital-based studies showed no statistically significant excess risk between talc use and ovarian cancer risk, i.e., RRs 1.19 (95% CI: 0.99-1.41) versus population-based studies which showed an increased risk (RR 1.38, 95% CI: 1.25-1.52), despite the proportion of controls using talc being similar across the two designs. The confidence intervals were overlapping suggesting that the findings were consistent. Recent updated meta-analysis discussed below report similar estimates from hospital and population based studies. (42). The RRs were relatively stable even after exclusion of the single cohort study or limiting the analysis to studies that controlled for body weight and BMI. The authors stated that the association between talc use and ovarian cancer could also be attributed to exposure misclassification among prevalent cases or side effects of treatment such as radiotherapy and chemotherapy which may predispose to talc use ("reverse causality"). Study limitations include the inability to conduct meaningful dose-response analysis because only nine of the 16 studies provided data on dose-response, with substantial differences in dose stratification levels among these studies.

5.      Langseth reported on a meta-analysis of 20 case-control studies and one cohort study in 2008. The various case-control studies provided a significant excess risk (10 studies) and non-significant excess risk in 10 studies. (73). The prospective cohort study reported no association between cosmetic talc use and all types of ovarian cancer combined but showed evidence of an increase in serous tumors. The hospital-based case-control studies reported a pooled OR of 1.12 (95% CI: 0.92-1.36) and population-based case-controls studies reported a pooled OR of 1.40 (95% CI: 1.29-1.52). The combined OR from all case-control studies using the fixed effects model was 1.35 (95% CI: 1.26-1.46).

22

6.      Terry et al conducted an individual participant pooled analysis of eight case-control studies was conducted by the investigators for the Ovarian Cancer Consortium. (10). Genital powder use was defined as any powder use (talc, cornstarch, deodorizing) applied directly or indirectly (with sanitary pads, tampons or underwear) to genital, perineal or rectal area. Criteria for exposure varied from ever use to one year or longer. Women who reported both genital and non-genital powder use were considered genital users. Cumulative exposure was calculated by multiplying months of use by frequency of use. Never users and women who reported non-genital powder use were considered as the reference group. Analyses were adjusted for potential confounders such as age, duration of contraceptive use, parity, tubal ligation history, BMI and race/ethnicity. Family history of breast and ovarian cancer was not included in the final model. Genital powder use was reported in 25% of controls and 31% of cases. The rates of genital powder use varied widely between studies ranging from 15-45% in the control group. Ever regular uses of genital powder reported a statistically significantly increased risk of ovarian cancer (OR 1.24, 95% CI: 1.15–1.33) compared to non-users. There was no evidence of heterogeneity in the studies regardless of the reference group ($P_{heterogeneity}$=0.61). Results were similar when the reference group included those with genital powder use and never users. Risk was elevated for various histologic subtypes of ovarian cancer including invasive serous (OR 1.20, 95% CI: 1.09–1.32), endometrioid (OR 1.22, 95% CI: 1.04–1.43), and clear cell (OR 1.24, 95% CI: 1.01–1.52) tumors, and for borderline serous tumors (OR 1.46, 95% CI: 1.24–1.72). There was an increased risk of all nonmucinous subtypes of epithelial ovarian cancer combined across quartiles of genital powder use compared with nonuse: ($OR_{Q1}$ 1.18, 95% CI: 1.02–1.36; $OR_{Q2}$ 1.22, 95% CI: 1.06–1.41; $OR_{Q3}$ 1.22, 95% CI: 1.06–1.40; $OR_{Q4}$ 1.37, 95% CI: 1.19–1.58). Although a significant increase in risk with an increasing number of genital powder applications was found for nonmucinous epithelial ovarian cancer when nonusers were included in the analysis ($P_{trend}$ < 0.0001), no significant trend was seen when analyses were restricted to ever users (P=0.17). After excluding those with tubal ligation or hysterectomy, the results were similar. Restricting analysis to applications before tubal ligation made no substantive difference. There was an evidence of interaction by BMI, with the risk being higher for women with BMI < 30 kg/m$^2$ (OR 1.28, 95% CI: 1.17-1.39) than women with BMI ≥ 30 kg/m$^2$ (OR 1.14, 95% CI: 0.98-1.32; $P_{interaction}$=0.01). There was no evidence of interaction by tubal ligation, parity, endometriosis or post-menopausal status. The association was similar for women who used powder during varying time periods (1952-1961; 1962-1972; and after 1972). The strengths of this meta-analysis include the use of individual participant data, which allowed them to conduct dose-response analysis and analysis by histologic subtype. The lack of statistically significant evidence on non-

23

mucinous cancer could be attributed to the low number of users, or talc may not be relevant to these tumor types which have different biological mechanisms. The limitations include the definition of exposure as genital powder user varied from ever user, ever regular user to powder use for at least 6 months or at least 1 year in the studies.

7.    Berge et al. 2018, a meta-analysis of 27 studies (41) (24 case-control studies and 3 cohort studies) was conducted according to the Preferred Item for Reporting of Systematic Reviews and Meta-Analysis Guidelines. (110). The authors searched multiple databases including Pubmed, Embase and Scopus. They examined the citations independently and in duplicate. They rated the studies using the New Castle Ottawa scale for study quality. They conducted meta-regression for duration (RR for every 10-year increase in duration) and frequency of genital talc use (RR for one time/week increase in frequency) for studies reporting at least three categories of duration or frequency after excluding the non-exposed category. Dose-response analysis was conducted using two methods. Study specific slopes were estimated from the natural logarithm of the risk estimates within each study; in a second step the slopes were pooled using a random-effects model. The study specific estimates were pooled in a single meta-analysis in the second method. Six of the case-control studies were hospital-based and the remainder were population-based. Most of the studies were conducted in North America and Europe. They reported a statistically significant increase in risk of developing ovarian cancer with talc use (adjusted RR 1.22, 95% CI: 1.13-1.30). A statistically significant risk was seen in the case-control studies (RR 1.26, 95% CI: 1.17-1.35), whereas the excess risk in the cohort studies did not reach statistical significance (RR 1.02, 95% CI: 0.85-1.20; $P_{heterogeneity} = 0.007$). There was no difference between results for borderline (RR 1.27, 95% CI: 1.09–1.44) and invasive ovarian cancer (RR 1.20; 95% CI: 1.08–1.31).  There was a trend in RR with duration and frequency of genital talc use and suggestion of dose-response. There was a statistically significant risk for only serous carcinoma (RR 1.24, 95% CI: 1.15–1.34) and no other histologic subtypes ($P_{heterogeneity}$ between histologic types was 0.04). Use of talcum powder in the "early" period showed increased risk of ovarian cancer (RR 1.18, 95% CI: 0.99–1.37). The use in the "late" period was higher (RR 1.31, 95% CI: 1.03–1.61; P-value for test for heterogeneity between the groups of studies was 0.37), arguing against the hypothesis that a higher risk would be seen only among those with earlier exposure during time-periods in which talcum powder was reported to contain asbestos. The cut-off points varied between studies was variable between 1970 and 1980. Use of sanitary napkins or diaphragms was not associated with an increased risk of ovarian cancer (RR 1.00: 95% CI: 0.84–1.16, and RR 0.75, 95% CI: 0.63–0.88, respectively).

Stratified analysis based on the adjustment for confounders (use of oral contraceptives and hormone replacement therapy, socioeconomic status/ education, BMI) found no evidence of heterogeneity. Meta-regression using the two different approaches yielded similar results. Based on the two-step approach, a 10-year increase in genital talc use was associated with a RR of 0.97 (95% CI: 0.82–1.12; nine studies reporting on duration), whereas the RR for an increase of one application per week was 1.03 (95% CI: 0.82–1.25; five studies reporting on frequency). There was no evidence of publication bias on visual inspection of funnel plot and the Egger test (P=0.7), with the cumulative meta-analysis reporting stabilization RR of in the range of 1.20–1.25. Stratified analyses conducted did not suggest the possibility of residual confounding (i.e, higher adjusted estimates than unadjusted estimates).

There are some limitations to the analysis. While the role of selection and recall bias is a possibility, given higher estimates reported from recent studies, such biases should account for increase in recall for all histologic cancer subtypes and not just serous ovarian cancer. Importantly, the dose-response analyses analyzed duration and frequency separately and not the intensity of exposure (duration combined with frequency) or cumulative exposure to talc and the exclusion of the reference category from the dose-response curve diminished the power of the dose response analysis to detect any threshold effects.

8.      Penninkilampi, et al. 2018 (42), the most recent and comprehensive meta-analysis which focused on studies with greater than 50 cases of ovarian cancer also reported on data from 26 case-control studies (13,421 cases and 19,314 controls) and 3 cohort studies (890 cases). The study was also conducted according to the PRISMA protocol and included a search of multiple databases (MEDLINE, PubMed, EMBASE, Cochrane Central Register of Controlled Trials) and LILACS. They also evaluated the quality of studies using the Newcastle Ottawa Scale. They also evaluated long term talc use in which OR were extracted for group with the longest duration of exposure compared to controls, if there was a minimum of 10 years of talc exposure. Lifetime applications within each study were divided into < 3600 lifetime applications (equivalent to less than 10 years) and >3600 applications or more than 10 years of exposure. The number of lifetime applications is a better marker of intensity of exposure compared to duration or frequency of exposure alone. They assessed publication bias using the failsafe method where the failsafe number is the number of studies missed to nullify the findings of meta-analysis.

25

This was a well-conducted analysis and some strengths and limitations are notable. They found all studies to be of reasonable quality and did not exclude studies based on study quality. None of the analyses in this review had statistically significant heterogeneity except for non-perineal application arguing for the consistency of estimates. Any perineal talc use was associated with an increased risk of ovarian cancer (OR 1.31, 95 % CI: 1.24-1.39). Greater than 3600 lifetime applications were more associated with ovarian cancer than lifetime applications of less than 3600, although risks were significantly elevated in both groups. While the case-control studies reported a statistically significantly increased risk of ovarian cancer (OR 1.35, 95% CI: 1.27-1.43), the cohort studies reported an increased risk which was not statistically significant (OR 1.06, 95 % CI: 0.90-1.25).

9.      **Meta-analysis on Talc-Dusted Diaphragms and Ovarian Cancer.** Another meta-analysis of 9 case-control studies by Huncharek et al. (13) reported on exposure to talc dusted diaphragms and ovarian cancer. On one hand, the authors dismissed the "talc hypothesis" for potential carcinogenicity, but then argued that talc dusted diaphragms was a more "intuitive model" for testing whether talc exposure increased the risk of ovarian cancer without any biological evidence (or references) to support this intuition. They searched MEDLARS, Cancer Lit and Current Contents. They included 9 studies and the pooled analyses yielded an excess risk of ovarian cancer which was not statistically significant (RR 1.03, 95% CI: 0.80-1.33). Exclusion of the study in which exposure to dusted diaphragms was assumed rather than measured further elevated the OR, which was not statistically significant (OR 1.12, 95% CI: 0.84–1.48) similar to a non-significant elevation in OR after the exclusion of the studies not published as full research articles.

This meta-analysis was flawed for several reasons. The most important limitation was its exclusive focus on talc powder dusted diaphragms as the route of exposure which could not inherently address the causal question of whether genital talcum powder dusting is associated with increased risk of ovarian cancer. As a result of this narrow hypothesis, they excluded several available studies that reported a statistically significant excess risk of ovarian cancer with perineal talc use. Several methodological flaws include the exclusion of the lowest category of exposure for some studies, (51) data extractions errors for others (56), and inclusion of ineligible studies that did not disaggregate data between talc and cornstarch users. (77) The study was by Johnson & Johnson and Luzenac America and was of poorer methodological quality than those conducted by their academic counterparts (43). As a result of these serious methodological

flaws, <u>and the publication of several newer, higher quality meta-analysis with updated data,</u> (10, 41, 42) the <u>findings of this study have been superseded.</u>

It is important to note here that while the AMSTAR checklist evaluates the methodologic quality of systematic reviews, several studies shown below were published prior to the publication of the AMSTAR checklist.

*IX.II. Case-Control Summaries.*

1.      More than three decades ago Cramer et al. (75) evaluated 215 white women diagnosed with epithelial ovarian cancer identified through 12 hospitals in the greater Boston area. They were randomly matched by age, race and residence to 215 population-based controls. Surgical specimens were reviewed to confirm and classify tumors by histologic type. Talc exposure was determined through in person interviews. Multivariable logistic regression was used to estimate the Relative Risk. Ninety-two (42.8%) cases regularly used talc either as a dusting powder on the perineum or on sanitary napkins compared with 61 (28.4%) controls.

Adjusted for parity and menopausal status, this difference yielded a RR of 1.92 (95% CI: 1.27-2.89) for ovarian cancer associated with talc exposure. Women who had regularly engaged in both practices had an adjusted RR of 3.28 (95 % CI: 1.68-6.42; P < 0.001) compared to women with neither exposure. After adjusting for religion, marital status, educational levels, ponderal index, age at menarche, parity, oral contraceptive or menopausal hormone use and smoking the RR was attenuated but remained statistically significant (RR 1.61, 95% CI: 1.04-2.49). The limitations of the study include the potential for selection bias in controls because of high rates of non-participation, although RR remained statistically significantly elevated even though the analysis was restricted to 121 cases matched with controls without a referral. Since approximately 50% of ovarian cancer cases in the Boston area was sampled, any potential for pervasive selection bias of cases was minimal. Other potential limitations include the adjustment for only a limited set of confounders such as parity and menopausal status.

2.      Hartge et al. 1983 (76) conducted a hospital-based case-control study of women with pathologically confirmed primary epithelial ovarian cancers matched to equal number of women for conditions other than gynecologic, psychiatric, or malignant diseases or pregnancy in the same hospitals in Washington, DC. Controls were frequency matched for age, race and hospital. Exposure to talc was ascertained through questions about reproductive and sexual history, medical history, drug use, and other exposures. The questions for talc use were added after the study began yielding 135 cases and 171 controls.

27

Among the women users of talc in sanitary napkins, underwear, or the genital area there was an excess risk of ovarian cancer (unadjusted RR 2.5, 95 % CI: 0.7-10.0) which was not statistically significant due to small sample size (n= 7 cases and 3 controls). The limitations to the study include the limited number of cases and controls reporting genital use of talc (n=10) and publication as a letter to the editor which may or may not undergo peer review depending on editorial practices at the journal. They did not report adjusted results of ovarian cancer after perineal exposure to talc. Another limitation is the potential for recall bias; however, this was likely minimal given similar reporting of douching practices in cases and controls.

3.      In 1988, Whittemore et al. (58) evaluated 188 pre-menopausal and postmenopausal women between the ages of 18 and 74 with primary epithelial ovarian cancer in Santa Clara County hospitals or at the University of California, San Francisco Medical Center. The diagnoses were subsequently histologically verified. One group of controls was selected from the hospital (n=280); and a second group was selected from the population using random digit dialing (n=259). Exposure to talcum powder products was determined through a structured in-person interview at home where subjects were asked about whether they had used talcum powder products on the perineum, sanitary pads and/or diaphragms. Data was recorded by type (perineum, sanitary pads, diaphragm or some combination thereof), and duration of use.

Population cases were more likely to be younger and more likely to be premenopausal than cases and hospital-based controls. Approximately 52% of cases reported talc use compared to 46% controls (RR 1.40, p=0.6). After adjusting for parity and oral contraceptive use, perineal use of talc was associated with an excess risk of ovarian cancer that was not statistically significant (RR 1.45, 95% CI: 0.812.60). Women who used talc an average of 1-20 times per month reported an excess risk in comparison to those who used it less frequently which was not statistically significant (RR 1.27, p=0.29). The risk among users of more than 20 times per month was 1.45 times greater than non-users, but the findings were not statistically significant (p=0.09). The overall increased risk in overall applications per month was 1.30 (p=0.19). Although the data showed a *trend* of increasing risk with increasing frequency of perineal exposure, the trends were not statistically significant and there was no trend with increasing duration of exposure. The risk of ovarian cancer with talc use between one and nine years was 1.6 times the risk of those with a shorter duration (95% CI: 1.00-2.57; p=0.05), and the risk among those with more than 10 years of exposure was 1.11 higher than that of non-users (95% CI: 0.74-1.65; p=0.61).

28

The limitations of the study are the inability to interview cases and the choice of two controls. Some amount of non-differential misclassification of exposure may bias findings towards null. The dose-response analysis was limited by the inability to determine the combined effect of frequency and duration of exposure. The study reported a statistically increased risk of ovarian cancer with coffee consumption and a non-significant reduction in risk with smoking. Subsequent meta-analysis (111) or Mendelian randomization (112) studies have confirmed that there is no association between coffee consumption and ovarian cancer, whereas smoking has a heterogenous relationship to ovarian cancer which varies by histologic subtypes. (112) The reports of such additional spurious associations suggest an element of measurement error in their database.

4.      Harlow et al. 1989 (77) conducted a population-based case-control study which included 116 females 20-79 years old h *serous and mucinous borderline ovarian tumors* identified using International Classification of Disease (ICD)-9 codes from the cancer registries of three western urban counties in Washington State. An independent pathology review confirmed diagnosis for 73% of tumors with 94% agreement, so the additional 33 cases were included. A sample of 158 controls of white women was identified through random digit dialing. Women with bilateral oophorectomy were excluded from the analysis. Any exposure to talc including any perineal exposure to powder, method of use, type of powder use (cornstarch, baby powder, talc, deodorizing powder), and combinations of method and type was ascertained through in-person interviews.

The study reported no statistically significant increased risk of ovarian cancer with perineal use of dusting powders (RR 1.1, 95% CI: 0.7-2.1). When looking at unspecified talc adjusted for the same factors, the RR was 1.0 (95% CI: 0.4-2.4). However, women who reported any use of talc containing powder on sanitary napkins showed an excess risk which was not statistically significant due to limited statistical power (RR 2.2, 95% CI: 0.8-19.8). However, among the sample of women who used deodorizing powders alone or in combination with talc, the risk of ovarian cancer was RR 2.8 (95% CI: 1.1-11.7) attributed to the potential exposure to asbestos. The limitations to the study include the potential for selection bias since 30% of cases and controls did not participate, although their characteristics were like the included participants which may have limited any impact. It is also possible that these findings are limited to borderline rather than malignant ovarian cancers.

5.      In 1989, Booth et al. (51) conducted a population-based case-control study of 280 cases of ovarian cancer in women under 65 years of age from 13 hospitals in London and two in

Oxford. 451 controls were selected from other hospitals as enough age-matched controls were unavailable. The study included both pre- and post-menopausal women. Ovarian cancer was determined through hospital diagnoses with pathological specimens being histologically classified. Serous tumors were most prevalent, though mucinous, endometroid and clear cell carcinoma was included. Information regarding talc exposure was obtained through a questionnaire and frequency of talc use was reported as never, rarely, monthly, weekly, or daily talc use.

After adjusting for age and social class (based on occupation of the husband for married women, and their own occupation for women who were not married) talc users reporting use more than once a week had a higher risk compared to never users. (RR 2.0, 95 % CI: 1.3-3.4). Those who reported daily use also had a non-significantly higher risk (RR 1.3, 95% CI: 0.8-1.9). There was some amount of missing data (8% of cases and 4% of controls), and no consistent trend of increasing risk with increasing frequency of use. However, data was not available on the duration of talc exposure to conduct meaningful dose-response analysis.

6.      In 1992, Harlow et al. (79) included 235 cases of white women between the ages of 18 and 76 who had been diagnosed with ovarian cancer at one of 10 hospitals in the Boston metropolitan area. Controls were randomly selected from the town books; annual publication lists and address lists within 2 years of the age of case as potential controls. Cancer was confirmed through an independent pathology review. Talc exposure was determined through in-person interviews. Talc exposure from infancy with diapering, or use on other parts of the body, was not included. Talc use in other parts of body was considered unexposed. Talc use was reported as any genital application, type of application (sanitary napkin/underwear, via partner or application to diaphragm, via dusting to perineum), number of applications per month, years of use, age at first use, years since last use, whether use was before or after 1960, brand of application, estimated total lifetime applications, estimated applications excluding use after hysterectomy or tubal ligation, and estimated applications excluding use after hysterectomy or tubal ligation and use during nonovulatory months. The Chi square test for change in linear trend based on change in deviance in models.

Most participants reported use of baby powder. Perineal talc use was associated with an increased risk for ovarian cancer (OR 1.5, 95% CI: 1.0-2.1) when adjusted for parity, education, marital status, religion, use of sanitary napkins, douching, age, and weight. Perineal use of talc via dusting powder to perineum was associated with a significantly increased risk of ovarian cancer OR 1.7 (95% CI: 1.1-2.7), whereas use by sanitary napkins, underwear, use via

30

diaphragms was not associated with a significantly increased risk. Adjusted risk was highest for endometrioid tumors (OR 2.8, 95% CI: 1.2-6.4) and borderline tumors. A greater proportion of women with endometroid tumors reported more than 10,000 lifetime applications of talc during ovulatory cycles while having an intact genital tract compared to other histologic types (34 % vs 16%, respectively). The risk of cancer increased significantly with increased frequency of applications per month using a linear test trend as a continuous variable. The risk was highest among the women who applied talc once daily relative to non-users. Women who applied talc for more than 10 years were at 60% greater risk for ovarian cancer relative to non-users. An 80% excess risk was associated with an estimated exposure of more than 10,000 applications. The association between talc and ovarian cancer was greater than in talc products before 1960. Restricting the analysis to exposure during ovulatory months, women with intact genital tract and more than 10,000 applications during ovulatory cycles had a threefold increase in risk of ovarian cancer. Limitations included the high rates of non-response (n=31% cases and 19% of controls) and failure to adjust for family history of ovarian cancer and oral contraceptive use.

7.      Chen et al. 1992 (78) evaluated 112 cases of ovarian cancer in Beijing China. The diagnosis was confirmed by laparotomy and pathological examination. Serous cancer accounted for 51% of cases, mucinous for 19%, and miscellaneous epithelial for 30% of cases. Two controls were matched for each case using random selection from the same street, office, or township. A comprehensive questionnaire was administered through face-to-face interviews and collected information about menstrual, obstetric, marital, medical, familial, and dietary histories with reference to events 3 years or more prior to diagnosis. A total of 224 controls were selected. Talc exposure was measured through a yes or no metric, for exposure occurring 3 or years prior to date of diagnosis or equivalent date in controls. Logistic regression was conducted to estimate relative risk.

The mean age of participants was 48.5 and 49 years among cases and controls respectively. After adjusting for education and parity, there was an excess risk of ovarian cancer associated with a history of long-term (>3 months) application of dusting powder to the lower abdomen and perineum (RR 3.9, 95% CI: 0.9-10.6) which was not statistically significant due to limited statistical power (n=7 cases and 5 controls reporting powder use). The limitations of the study include the small sample size, loss to follow up and death, the inability to fully ascertain all cases of ovarian cancer and the exclusion of controls with other health problems. Although the applicability of these findings from a Chinese population to a US population is limited, the

31

findings of an increased risk in different parts of the world provide evidence in support of an increased risk of ovarian cancer with dusting powder use.

8.	In 1992 Rosenblatt et al. (80) conducted a hospital-based case-control study of the association between genital and respiratory talc exposure and the development of epithelial ovarian cancer at the Johns Hopkins Hospital. Among 140 diagnosed cases of epithelial ovarian cancer, approximately 108 were successfully interviewed. Seventy-seven pathologically-confirmed incident cases diagnosed within 6 months of admission were matched to age-race matched controls (n=46). Exposure was ascertained using a structured questionnaire administered at home and in the hospital. Conditional logistic regression was used to obtain strength of the association.

Although genital powder use was not associated with an increased risk of ovarian cancer, statistically significant increased risk was observed for exposure to talc on sanitary napkins (OR 4.79, 95% CI: 1.29-17.79) after adjusting for confounders such as obesity, socioeconomic status, religion, reproductive status and oral contraceptive use, with a smaller risk after genital bath exposure (RR 1.7, 95% CI: 0.7-3.9). An excess risk of borderline significance was seen for exposure of ≥ 37.4 years (RR 2.4, 95% CI: 1.0-5.8). The limitations include the small sample size, lack of data on frequency of talc use, and the limited generalizability of the findings from one hospital. The control group also reported a very high rate of talc use (90%) which may have limited the ability to detect any differences.

9.	In 1993, Tzonou et al. (81) reported on a hospital-based study of 189 women under 75 years of age with histopathologically confirmed ovarian cancer in Athens, Greece compared with 200 hospital visitor controls in two hospitals. Control patients were those hospitalized in the same ward as cancer cases. Talc exposure was determined by asking participants to report talc use (over an extended period before the onset of illness for cases and for a comparable period among controls) among other characteristics, through interviews in the hospital. Talc use was reported as a yes/no metric. Estimates were adjusted for age, years of schooling, weight before onset of the disease, age at menarche, menopausal status and age at menopause, parity and age at first birth, tobacco smoking, coffee drinking, consumption of alcoholic beverages, hair dyeing and mutual (analgesics-tranquilizers/hypnotics) tranquilizers.

An exceedingly small number of cases (n=6) and controls (n=7) reported perineal use of a talc. There was no statistically significant increased risk of ovarian cancer associated with perineal application of talc (RR 1.05; 95% CI: 0.28 to 3.98). The limitations of the study include the low

32

proportion of talc exposure, which was ascertained in only approximately 3% of cases and controls.

10.      In 1995, Purdie et al. (82) evaluated 824 histologically confirmed cases of epithelial ovarian cancer and 860 controls from gynecological oncology treatment centers in the three most populous Australian states. Controls were selected from electoral rolls in Australia where electoral participation is mandatory using a random procedure to match the age distribution of cases. Talc exposure was determined through face-to-face interviews conducted by trained interviewers using a standard questionnaire.

After adjusting for parity, there was a statistically significant increase risk of ovarian cancer reported with talc use on the abdomen or perineum (OR 1.27, 95% CI: 1.04-1.54). The limitations include high non-response rates in controls which may differ from the source population, but the age distribution of controls was like non-responders suggesting minimal response bias by age. There is also the possibility of bias in the selection of cases. They only adjusted for a limited set of confounders. Some misclassification of outcome is also possible given borderline and malignant cases were lumped together, although no differences were found when results were analyzed separately. Recall and interviewer bias was minimized by trained interviewers who administered standardized questionnaires.

11.      In 1996 Shushan et al. (83) reported on findings from a study of two hundred living cases aged 36-64 years with history confirmed diagnosis of primary invasive or borderline invasive ovarian cancer in the Israel Cancer registry. There were 408 women from the same area selected by random digit dialing. Both were interviewed using standardized questionnaires.

A larger proportion of cases than controls reported using moderate to a large amount of talc (10.5% vs 5.6%; P=0.04) compared to never users or seldom users, a difference which was statistically significant. Limitations include high refusal rate for cases (30%), the low rates of talc exposure among controls and limited adjustment for confounders. (14)

12.      In 1997, Cook et al. (84) reported on 329 white women between the ages of 20-79 diagnosed with epithelial and borderline ovarian cancer identified through the Cancer Surveillance System of Western Washington. Women were randomly selected as controls using random digit dialing from a larger pool of women for cancer studies. Genital powder exposure was collected through structured in person interviews and reported as any lifetime powder application, method of use (perineal dusting only, diaphragm only, sanitary napkin only, or genital deodorant spray only). Additional exposure information included cumulative

33

lifetime days of use for dusting and similar metrics for other methods of use. Genital powder use was also separated into use of talcum powder, baby powder, cornstarch, deodorizing powder, bath/body powder, or unspecified powder. Analysis was presented by age because adjustment for other confounders such as income, marital status, body mass index, oral contraceptive or parity did not change results.

Genital powder exposure was more common among cases (50.8%) than controls (39.3%). After adjusting for age, any use of genital powder was associated with a statistically significant increased of ovarian cancer (RR 1.5, 95% CI: 1.1-2.0) compared to non-use, although there was no clear pattern of increasing risk after increasing duration of use. After adjusting for age, exclusive use of perineal dusting was also associated with a statistically significant increased risk of ovarian cancer (RR 1.8, 95% CI: 1.2-2.9), whereas the risks for use via other routes of exposure (e.g. diaphragms, powder) were not significant. There was a statistically significant increased risk of serous tumors associated with any genital powder application (RR 1.7, 95% CI: 1.1-2.5), but not for the smaller number of mucinous or endometroid tumors. Limitations include low participation rates (64.3% for cases, 68% for controls), the potential for recall bias, and confounding by family history of ovarian cancer in a study where more than 50% of controls were less than 45 years of age.

13.     In 1997, Chang et al. (56) conducted a population-based case study of cases of borderline and invasive histologically confirmed ovarian cancer among participants aged 35 to 79 years from Canada. Talc exposure was determined through a questionnaire conducted during an in-home in person interview to detail medical and reproductive histories. Powder use was reported as talc, cornstarch, or a mixture. Information was provided for type of exposure, number of uses per month, years of use, years of use pre- and post-1970, and well as years of use before and after a tubal ligation or hysterectomy. They adjusted for age, years of oral contraceptive use, number of full-term pregnancies, duration of breastfeeding per pregnancy, tubal ligation, hysterectomy, and having a mother or sister with breast or ovarian cancer.

Talc exposure was reported in 44% of cases and 35.6% of controls. After adjusting for confounders there was a statistically significantly increased risk of ovarian cancer associated any talc exposure via sanitary napkins, direct application to the perineum or both (OR 1.42, 95% CI: 1.08-1.86). The dose-response analysis showed a borderline-significant association was detected between duration of after-bath talc exposure and risk (OR 1.09, 95% CI: 0.98-1.21, per 10 years of exposure), without any significant association between frequency of exposure and

34

risk. Although risk was elevated for both invasive and borderline carcinomas, it was statistically significant only for invasive carcinoma. The limitations of the study include the potential for recall bias and the high rates of non-response (28.7% for cases and 35.5% for controls)

14.     Green et al. 1997 (62) conducted a population based case-control study of 824 women aged 18-79 with histologically confirmed ovarian cancer compared to 824 controls. The methods and limitations were similar to the study by Purdie et al. (82). The prevalence of talc use was approximately 40% in the control use. Perineal talc was significantly associated with ovarian cancer (RR 1.3, 95% CI: 1.1-1.6), without any effect of longer duration of talc use. Compared to women who had neither used talc nor had sterilization, the risk was highest among talc users without surgery like the findings by Whittemore et al. (58). There is the potential for recall bias, and the quantity of talc use was unknown.

15.     In 1998, Godard et al. (85) examined 170 French-Canadian women with a histologic diagnosis of ovarian cancer from 2 large Montreal teaching hospitals. Cancer diagnoses were histologically confirmed, and pathology reports were reviewed for tumor classification. 170 population-based controls were identified using modified random digit dialing to match the age distribution of cases. Talc exposure was obtained through a 57-item questionnaire. 70% of interviews were conducted in person in clinics and 30% were conducted via phone. Talc use was reported through an ever/never metric for perineal use.

Only 10.6% of cases and 4.7% of controls reported talc use. As a result, perineal talc use was associated with an increased risk for ovarian cancer which was not statistically significant (RR 2.49, 95% CI: 0.94-6.58; P = .066) because of limited statistical power. Similar patterns of excess risk which did not reach statistical significance were seen in both the comparisons for sporadic and familial cases and controls. The limitations of the study include a modest non-response rates among cases (13%) and controls (10.7%).

16.     In 1999, Cramer et al. (57) evaluated 563 ovarian cases identified through tumor boards and statewide cancer registries in Massachusetts or New Hampshire in a population-based control study. Pathology reports were reviewed, and slides were sought in any case where there was a discrepancy between histologic description and final diagnosis. Controls were selected from the population using random digit dialing with a response rate of 72% among eligible controls. Talc exposure was obtained through questionnaires in which potential controls and cases were blinded. Specific hypothesis regarding talc use were not discussed. Exposure was assessed prior to 1 year before date of diagnosis or date of interview for

35

controls. Talc use in the genital or rectal area, on sanitary napkins and on underwear was considered as exposure whereas non-use and non-genital use was considered as unexposed. Exposure from condoms and diaphragms was not assessed.

Genital talc exposure was reported in 27% of cases and 18.2% of controls and the average duration of talc use exceeded more than 20 years in cases and controls. There was a statistically significantly increased relative risk of ovarian cancer with genital talc exposure 1.60 (95% CI: 1.18-2.15) after adjusting for age, study center, tubal ligation, BMI, parity, or primary relative with breast or ovarian cancer. The highest risk was seen among women whose age at first use was between 20 and 25 (RR 1.87, 95% CI: 1.03-3.39) those who have used talc for less than 20 years (RR 1.86, 95% CI: 1.16-3.00), those whose total applications is less than 3000 (1.84, 95% CI: 1.12-3.03), women who used talc when nulliparous (RR 2.80, 95% CI: 0.64-12.20), and those with serous invasive tumors (RR 1.70, 95% CI: 1.22-2.39). Only one case and 3 controls reported primarily using cornstarch, these numbers are likely accurate for talc use, despite the potential for including other kinds of powders. There was little evidence of effect by confounders such as age, oral contraceptive use and parity. Linear trends were significant in models that included women who were not exposed without any clear trend in duration or intensity of exposure in models that excluded women who were not exposed. Analysis of dose-response censured after closure of female tract or non-ovulatory cycles, and models showed a trend this was statistically significant only after inclusion of non-genitally exposed categories ($P_{trend}$=0.022).

Potential limitations include the potential for recall bias, although this is likely to be minimal and more likely to occur for short term exposures rather than long term exposures. The evidence for substantial degree of recall bias is refuted by the findings that there is no evidence of higher proportion of perineal talc exposure reported among cases in more recent compared to older studies to suggest stimulated reporting, no evidence of significant excess of non-genital talc exposure among cases, and the excess is limited to invasive serous carcinoma,(84) rather than all types of ovarian cancer or endometrial carcinoma.

17.     In 1999, Wong et al. (86) reported-on a hospital-based study of 499 patients with epithelial ovarian cancer and 775 age-matched controls with non-gynecologic cancer diagnoses. Cancer diagnoses were confirmed in the cancer registry. Exposure was ascertained through self-administered questionnaire in which approximately 15% of participants did not respond to questions about talc use or its frequency.

36

Talc use was reported by 47.8% of cases and 44.9% of controls. Genital talc use was reported by 34% of cases and 32.2% of cases. The mean duration of talc use was 22 years in controls and 21 years in the study population. After adjusting for age at diagnosis, parity, oral contraceptive use, smoking history, family history of epithelial ovarian cancer, age at menarche, menopausal status, income, education, geographic location, history of tubal ligation, and previous hysterectomy there was no statistically significant increased risk of ovarian cancer among ever users of talc (OR 0.92, 95% CI: 0.24-3.62). There was no significant association between duration of use and development of ovarian cancer even after prolonged exposure of more than 20 years. However, when evaluating genital talc use via histologic subtypes of cancer, all ORs were above 1 (except for undifferentiated carcinoma) but were not statistically significant. Similarly, those who had no history of genital tract interruption the ORs were elevated but not statistically significant. However, the study was limited by the non-response rate and the choice of a controls with malignancies. (113). Additionally, data on exposure were reported on a self-administered questionnaire rather than administered by interviewers. The results could not rule out the effect of talc exposure via condom use and data was not available on the frequency of talc use.

18.     Ness et al. (87) conducted a population-based control study. Cases (20-69) years of age with recent diagnosis of ovarian cancer ( n=) were compared with community-based controls 65 years or younger through random digit dialing. Controls were age-matched as well as matched by last 3 digits of the phone number. Approximately 72% of controls were selected. As a part of detailed interviews with calendars women were asked about their reproductive history including talc use. The question was, "As an adult and prior to [reference date] did you ever use talc, baby or deodorizing powder, at least once per month for 6 or more months on your: 1) feet, arms, or breasts, but not the genital or rectal areas? 2) genital or rectal area? 3) on your sanitary napkins? 4) on your underwear? 5) on your diaphragm or cervical cap?" They were then asked whether they had a male sexual partner(s) for more than a year who regularly used such products on his genital area or underwear. The duration of use of talc for each of these modes of use was also queried. The estimates were analyzed using conditional logistic regression after adjusting for age and gravidity (each as continuous variables), race (white/black/other), history of ovarian cancer in any first degree relative (yes/no), oral contraceptive use (yes/no), tubal ligation (yes/no), hysterectomy (yes/no), and breast-feeding (yes/no).

Talc use was reported in 53.2 % of controls. Compared to never talc use, talc use on all parts of the body (OR 1.4, 95% CI 1.1-1.6), genital/rectal ( OR 1.5, 95% CI 1.1-2.0) on sanitary napkins

37

OR 1.6, 95% CI 0 1.1- 2.3) and underwear OR 1.7, 95% CI. 1.2-2.4) was associated with a statistically significantly increased risk of ovarian cancer after adjusting for confounders. However, talc use on diaphragms ( OR 0.6, 95% CI 0.3-1.2) or by male partner ( OR 1.0, 95% CI 0.7 to 1.4) was associated with an increased risk which was not statistically significant. Although duration of talc use did not show a pattern of increased risk with increased risk with duration of exposure, the OR for each categories ( > 1 year, 1-4 years, 5- 9 years and > 10 years) were elevated and were statistically significant for 1-4 years. Tubal ligation and hysterectomy decreased ovarian cancer risk. Limitations to the study include the low response rates among cases and controls due to exclusion of prevalent ovarian cancer. Recall bias while always a concern was less likely to be a concern given that risk factors overall did not increase risk but were limited to those linked to inflammation.

19.     In 2004, Mills et al. (59) conducted a population-based case-control study of 256 women with histologically confirmed <u>incident</u> epithelial ovarian cancer from 22 counties in Central California. They also selected 1122 controls who were residents of that area who had one intact ovary and no history of ovarian cancer. Talc exposure was determined through phone interviews conducted by trained interviewers. Talcum powder use in the genial area was reported as an ever/never metric, as well as by frequency, duration, and cumulative use. The final parsimonious model adjusted for age, race, duration of oral contraceptive use and breast feeding.

The rates of talc use in controls was 37.1 % and higher among white non-Hispanics. Controls were more likely to have been outside the US. Most of talc exposed cases and controls were non-white. There was a statistically significant risk of ovarian cancer associated with genital talcum powder use (OR 1.37, 95% CI: 1.02-1.85) after adjusting or age, race, duration of oral contraceptive use, and breast feeding. Although increasing frequency of use showed a 74% increased risk among women who used talcum powder more than 4-7 times per week ($P_{trend}$= 0.015), this risk was not monotonic because risk the decreased between second (rarely to several times per month) and third categories (1 to 3 times per week). Duration of use also showed increasing risk and peaking between 4-12 years of use and declining thereafter ($P_{trend}$ =0.045). Cumulative exposure increased in the second and third quartiles of exposure but declined among the highest quartile of users ($P_{trend}$=0.051). The risk was highest among those who had stopped using talcum powder in the last 1-2 years compared to those in the more distant past. The risks were primarily elevated for serous and mucinous tumors. Risk was higher among those reporting use after 1975 which may be related to the recency of use, and those after age 20. Limitations of the study include a low response fraction which was only

38

40% for eligible cases and 57% for eligible cases, and high rates of non-participation- 34.2% among cases and 29.3% among controls. The dose-response analysis did not exclude exposure during non-ovulatory periods or after gynecologic surgery which may have diluted the relative risk estimates. However, strengths include the ability to rule out prevalent cases by examining incident cases alone.

20.     In 2004, Langseth et al. (88) conducted a case-control study of pulp and paper workers from different mills in Norway. Only one of these mills reported use of fibrous talc. They included 46 cases and reviewed histological records for each case. Most of the cases were invasive tumors. Four controls free of ovarian cancer and having intact ovaries were matched by birth year +/- 2 years and were drawn by incidence density sampling. A total 179 controls were available for analysis. Talc exposure was determined through personal interviews which took place in mill offices, at home, at a medical institution, or by phone. Talc exposure was reported environmentally and as use by personal hygiene (diapers, sanitary napkins, non-genital area or husbands use in genital area)

Talc exposure was reported among 50% of cases and 48% of controls. After adjusting for number of children, breastfeeding, age at birth of first and last child, age at menarche, age at menopause, smoking, and family history the use of talc use by personal hygiene was associated with an excess risk of ovarian cancer OR 1.15 (95% CI: 0.41-3.21), which was not statistically significant. The study has significant limitations. The sample size of the study was low with limited statistical power to detect a two-fold increased risk with a probability of only 53 % and response rate for interviews were low -76.1% for cases and 65.7% for controls. The inclusions of non-genital or husband's use in genital area among the exposed category diluted the estimates of relative risk for ovarian cancer associated with talc exposure. More information on cases was collected from relatives than controls because 71.5 of cases were deceased compared to only 28.6% of controls. The rates of missing data on talc use was high, because it was obtained from proxy respondents introducing an element of uncertainty in the estimates for relative risk of ovarian cancer associated with talc use.

21.     In 2008, Merritt et al. (89) reported on a population-based study of 1,576 women with epithelial ovarian cancer as part of the Australian Ovarian Cancer Study. Pathology reports and diagnostic slides were reviewed for a sample of 87 women with 97% agreement with original abstracted data. Cases were confirmed by histopathology. 1509 controls were selected from the electoral rolls and were matched by age and residence. Talc exposure was identified through a comprehensive health and lifestyle questionnaire. Talc use was reported as

39

ever/never for perineal use (powder or talc in the genital area or on underwear or on sanitary napkins), years of use prior to surgery, use post-surgery, and use stratified by age at diagnosis. All analyses were conducted for talc use while the reproductive tract was patent and exposure occurring 12 months prior to the diagnosis of cases and similar period in controls was excluded.

The rate of talc use was 43% among controls and 46% among cases. When adjusted for age, education, parity, and oral contraceptive use of talc in the perineal region among women with patent tubes there was a statistically increased risk of ovarian cancer (OR 1.17, 95% CI: 1.01-1.36) with the highest risk reported for serous tumors (OR 1.21, 95% CI: 1.03-1.44). The tests for trends for duration of use were of borderline statistical significance for all cancers and serous subgroup ($P_{trend}$ =0.02 for both). No significant associations between number of years used pre- or post-surgery and significantly elevated risks for overall cancer and serous ovarian cancer were seen in women both above 70 years of age, and below 50 years of age suggesting that timing of talc exposure (before or after 1976) did not affect results. There was no association between PID and the risk of ovarian cancer or the protective effect of NSAIDs. Limitations include low response rates and the lack of data on the frequency of exposure.

22.    In 2008 Gates et al. (55) conducted a nested case-control study as part of the New England Case-Control study and the Nurses' Health Study (NHS). Further cohort analysis from the NHS are presented in the section on cohort studies below. **Section IX.III.I** Ovarian cancer diagnoses were confirmed by the researchers. They included 1385 cases and 1802 controls. 76.7 % of cases were incident with respect to the timing of DNA collection in the NHS. Exposure was accessed through a questionnaire that asked questions related to use of talcum powder. The NECC questionnaires included questions about regular use of talcum, baby or deodorizing powder as an adult. Specific questions asked about type of use (as a dusting powder to the genital area, sanitary napkins, underwear, or non-genital areas), frequency of use, age at first use, number of years used, and brand of powder used. The 1982 NHS questionnaire requested information on whether the participant had ever commonly applied talcum, baby, or deodorizing powder to the perineal area (no, <once/week, 1-6 times/week, or daily) or to sanitary napkins (yes/no). The study defined regular genital talc use as application of powder to the genital/perineal region at least once per week. We also created a categorical variable for frequency of talc use, using the categories from the NHS questionnaire.

40

Most of the participants were white. Regular genital talc was reported among 56 cases and 44 controls, and daily genital talc use reported among 35 cases and 25 controls, respectively. There was a statistically significant increased risk of total epithelial ovarian cancer (RR 1.36, 95% CI: 1.14-1.63; P<0.001) and of serous invasive subtype (RR 1.60, 95% CI: 1.26-2.02) associated with regular use of talc when adjusted for age, study center, duration of oral contraceptive use, parity, tubal ligation, BMI, and duration of hormone use. The New England Case-control study had a higher RR associated with genital talc use than the Nurses' Health which had a smaller sample size. There was a statistically significant trend between increasing frequency of talc use and risk of both total and serous invasive ovarian cancer in the pooled analyses (P *trend* < 0.001 for both total and serous invasive ovarian cancer). The association between talc and ovarian cancer was stronger among women with the glutathione S-transferase M1 (GSTM1) null genotype (P interaction = 0.03), particularly in combination with the GSTM1 present genotype alone (P interaction = 0.03) in two independent study populations. The strengths of the study include robust findings from two independent study populations. Although talc exposure was only measured in the 1982 NHS questionnaire when participants were between 36 to 61 years of age, the number of users who began talc use after this is likely small as shown by the fact that more than 95% of controls with regular talc in the NECC reported talc use before age 35. The consistent findings from the prospective NHS study and the NECC may have minimized any potential biases due to the case-control design. Since talc exposure was defined as at least once per week, such habitual exposure is less susceptible to recall bias than sporadic exposure.

23.      In 2009, Wu et al. (48) conducted a population-based study of 609 cases of women and 688 controls between the ages of 18 and 74 residing in Los Angeles with histologically confirmed incident invasive or borderline ovarian cancers. Cases were identified through the Surveillance, Epidemiology and End Results (SEER) Program. Cases were matched to neighborhood controls on age and race/ethnicity. Controls were women with one intact ovary with no history of cancer except non-melanomatous skin cancer matched on age and race/ethnicity. Talc exposure was determined through a detailed interview by the same person which included a comprehensive questionnaire that used a reference date of 2 years before the date of diagnosis (or date of interview for controls). Talc use was reported as a yes or no metric (including yes or no for perineal area use), frequency and duration, total times of use, and total times of use before and after 1975. Few users of talc (24) had tubal ligation or hysterectomy prior to talc use and were considered as non-users.

41

The cases were primarily white woman but also included 41 African American women, 136 Hispanic women, and 51 Asian women. After adjusting for race, age, education, tubal ligation, family history, menopausal status, use of oral contraceptives, and parity perineal use of talc was associated with a statistically significantly increased risk of ovarian cancer (RR 1.53, 95% CI: 1.13-2.09). Elevated risks were also noted among those who used it on sanitary napkins, underwear and on diaphragms but not significant due to limited statistical power. There was a clear trend of increasing risk with increasing frequency of use among users who had used it for more than 20 years. The risk of ovarian cancer increased significantly with increasing frequency and duration of talc use; compared to never users, risk was highest among long duration (20 years), frequent (at least daily) talc users (RR 2.08, 95% CI: 1.34-3.23). The risk increased significantly with lifetime total times of talc use, but the association was limited to those who started talc use before 1975 ($P_{trend}$ <0.001). The association between talc use and ovarian cancer was strongest for serous ovarian cancer. Risk of ovarian cancer increased with the diagnosis of endometriosis. Limitations include the rates of non-response among cases and controls, and classification of talc use among a small number of users with prior hysterectomy as being non-exposed. However, the effect of this misclassification is likely to be minimal.

24.     In 2009, Moorman et al. (90) reported on a study involving 1,114 cases with histopathologically confirmed tumors as part of the North Carolina Ovarian Cancer Study. newly diagnosed cases were identified through the North Carolina Central Cancer Registry. All cases were confirmed by histopathologic review. Controls were frequency matched to cases and recruited from the same geographic region using random digit dialing. The controls could not have had a bilateral oophorectomy. Talc exposure was reported through in-person interviews conducted by nurses with life calendar and pictures of contraceptives, menopausal hormones, and other medications were used to help aid recall. Talc use was reported as a yes/no metric.

The analysis focused on invasive ovarian cancer which comprised of 78% of cancers for African-Americans and 79% for whites. Among controls, talc use was reported by 23.9% among whites and 31.2% of African-Americans. After adjusting for age there was an excess risk reported for both whites (OR 1.04, 95% CI: 0.82-1.33) and African Americans (RR 1.19, 95 % CI: 0.68-2.09) which were not statistically significant. Limitations include the high rates of non-response (33.5% among cases, 39.1% among controls), with higher non-response rates among African-Americans. There was a large proportion of missing data on talc use for cases and controls; 23.6% and 38.5% among whites, respectively, and 25.2% and 29.1% among African Americans, respectively, resulting in misclassification of exposure. The authors did not

42

clarify the route of talc exposure and may have classified non-genital talc exposure to the talc exposed group which may have diluted the RR. Additionally, the study did not adjust for confounders to address the timing, frequency and duration of talc exposure, or whether talc exposure occurred before or after tubal ligation or hysterectomy.

25.     In 2011, Rosenblatt et al. (60) reported on a study of women between the ages of 35 and 74 from 13 counties in Washington state. Cases of borderline or invasive epithelial ovarian cancer were identified through the Cancer Surveillance System. Controls were selected from the population using digit dialing. Talc exposure was determined through in person interviews which included a reference period of unstated length before diagnosis or interview. For powder use on sanitary napkins and deodorant spray, the total number of months of use was recorded. For powder use on perineum after bathing, only intervals of at least one year when powder was usually used was recorded. Talc use was reported as genital powder exposure by type of use, duration of use, lifetime applications, age at first use, age at last use, calendar year of first use, time since first use, and time since last use.

Perineal use of powder after bathing was reported in 12% of controls. Reporting of cornstarch was uncommon in the study. After adjusting for age, calendar year of diagnosis, county of residence, number of full term live births, and duration of hormonal contraception the perineal use of powder after bathing was associated with an increased ovarian cancer risk (OR 1.27, 95% CI: 0.97-1.66) which was not statistically significant, but a statistically significant increased risk was seen among women with borderline tumors (OR 1.55, 95% CI: 1.02-2.37), similar to that reported by Harlow et al. (79) There were no differences in risk among various types of powder use, as the risk among those who reported use of talcum powder was RR 1.38 (95% CI: 0.77-2.47). There was no difference in exposure outcome relationship between talc use before and after 1980. There was no pattern of risk associated with perineal dusting powder and the increasing extant of use as defined by years in which it was used or number of lifetime applications. The participation rate of cases and controls was modest at 76.8% and 69%. Some misclassification of exposure is possible as participants may be unable to provide accurate information on whether the specific powder contained talc. However, the presence of talc, rather than a specific dose, is the primary determinant of exposure in which case genital powder use is a reasonable proxy for talc exposure.

26.     Kurta et al. 2012 (91) reported on a case-control study from the Hormones and Ovarian Cancer Project using 902 ovarian cancer cases and 1802 controls. Participants were diagnosed with histologically confirmed ovarian, fallopian tube or peritoneal cancers. They were at least

9 years old and within 9 months of diagnosis. Controls were frequency matched by age and area code to cases at 2:1 ratio. Trained interviewers collected data via questionnaires. Perineal talc use was defined as ever using dusting powder or deodorizing spray on the genital or rectal areas, on sanitary napkins or underwear or on diaphragms or cervical caps.

Perineal talc use was reported among 20.9% of controls and 27.6% of cases. After adjusting for age, race, education perineal talc was associated with a statistically significantly increased risk of ovarian cancer OR 1.40 (95% CI: 1.16-1.69). Limitations include the population which was women seeking treatment for infertility which may limit generalizability.

27.     In 2015, Wu et al. (53) evaluated 1,701 newly diagnosed histologically confirmed cases of invasive epithelial ovarian cancer cases of ovarian cancer among participants aged 18 and 74 in Los Angeles county identified through the USC Cancer Surveillance Program. Cases were primarily white but 308 Hispanic Women and 128 African American women were also included. Controls were selected from residents of LA county and were matched to cases on race/ethnicity and year of birth. Talc exposure was ascertained through in person interviews conducted using standardized questionnaires with a reference date of 12 months prior to diagnosis (or date of interview for controls). Genital talc was reported as no use or less than one year of use, yes use, and use per 5 years of talc.

Among controls the prevalence of talc use $\geq$ 1 year was 30.4% in non-Hispanic whites, 28.9% in Hispanics and 44.1%. After adjusting for several confounders including race, age group, menopausal status, age at menarche, hormone therapy use, BMI, income, education, life births, tubal ligation, oral contraception, endometriosis, and first-degree family history of ovarian cancer there was a statistically significant increased risk of ovarian cancer associated with genital talc use across all races (OR 1.46, 95% CI: 1.27-1.69), non-Hispanic whites (OR 1.41, 95% CI: 1.21-1.67), and Hispanics (OR 1.77, 95% CI: 1.20-2.62) compared to non-use or less than 1 year of use. The risk was elevated but not statistically significant among African-Americans (OR 1.56, 95% CI: 0.80-3.04) because of low statistical power for the subgroup. Every 5-year use of talc was associated with a statistically significant risk of cancer among the overall population (OR 1.14, 95% CI: 1.09-1.20) and non-Hispanic whites and Hispanics, whereas the excess risk among African-Americans was not statistically significant. The non-response rate for cases (36.8%) and controls was modest. There was no evidence of systematic bias in the ascertainment of exposure as prevalence of various conditions such as endometriosis was consistent with other prior studies.

44

28.      Schildkraut et al. 2016 (52) evaluated African women aged 20-79 years of as part of the African-American Cancer Epidemiology Study. They selected 584 cases of newly diagnosed epithelial ovarian cancer and matched 745 controls to cases on age and region of residence using random digit dialing. Talc exposure was determined through a telephonic interview which included information on baby powder use. Participants were considered regular users if they reported use at least more than 1 time per month for 6 months. Regular users were asked about genital or nongenital use, frequency, duration, and lifetime applications (number of applications per month by number of months used). Since there was a small number of users who reported only genital powder use, they were grouped with genital and non-genital users to "any" genital use. Exposure was examined by frequency of use (less than 30 times per month, daily), duration of use (<20 years, ≥20 years) and lifetime number of applications (<3600, ≥3600). They also assessed for reporting biases and the effect of stimulant reporting because of the filing of class action lawsuits.

The median duration of body powder use in both cases and controls was 20 years and body powder use were reported among 52.9% of controls. After adjusting for age at diagnosis/interview, study site, education, tubal ligation, parity, BMI, duration of oral contraceptive use, first degree family history of breast or ovarian cancer, and interview year there was a statistically significant increased risk of ovarian cancer with any genital powder use (OR 1.44, 95% CI: 1.11 to 1.86). There was a stronger association for ≥20 years of any genital powder exposure compared with <20 years of exposure and the test for trend was significant ($P_{trend}$ =0.002). Similarly, the ORs for association between daily any genital powder users and EOC were larger in magnitude than never users, and the test for trend was significant ($P_{trend}$ <0.01) There was also evidence of dose-response for any genital powder for the cumulative number of life-time applications with a higher risk among those with lifetime applications ≥3600; the test for trend was significant ($P_{trend}$ <0.01). A stronger association was reported among post-menopausal women who used HRT compared to non-users. There was also an increase associated with non-genital powder exposure (OR 1.31, 95% CI: 0.95-1.79) which was not statistically significant. There was no evidence of statistically significant increased risk with "only" non-genital users and serous ovarian cancer but was statistically significant increased for non-serous ovarian cancer.

Limitations include the assessment of data by self-report. The underreporting of powder use in the abdomen which may reach the genital area may have resulted in a spuriously increased risk among "only" non-genital users or such an effect may be specific to African-American users. Although there was some evidence that there was more reporting of genital powder use

45

after class action lawsuits in 2014, recall bias alone is insufficient to explain these findings because there was a statistically significantly increased risk both before and after 2014.

29.     In 2016, Cramer et al. (54) included 2,041 ovarian cancer cases from Eastern Massachusetts and New Hampshire as part of the Nurses' Health Study and the Ovarian Cancer Association Consortium. Pathology reports were reviewed to confirm diagnosis. The population was primarily white with less than 30 participants who were African Americans, Hispanics, Asians, or other race/ethnicities. Controls were identified through random digit dialing, driver license and town-resident lists and were frequency matched to cases by age and residence. Talc exposure was determined through in person interviews with a reference point 1 year prior to diagnosis or date of interview (for controls). Subjects were asked whether they regularly or monthly applied powder to the genital or rectal area, or on sanitary napkins, tampons or on other non-genital areas. Talc exposure was reported as personal use, potential exposure with no personal use (diaphragm, condoms, partner use), any genital powder use, type of genital powder use (cornstarch, baby powder, other), age of first use, time since exposure ended, frequency of use, years used, months per year of use, and total applications. Lifetime application was assessed by multiplying frequency of application per month with months of exposure. This was divided by 360 to yield talc years which were partitioned into separate quartiles for dose-response analysis. The study adjusted for a variety of confounders, with adjustments for age, study center, study phase, race, BMI, height, weight, parity, breastfeeding, oral contraceptive use, IUD use, ovulatory cycles, endometriosis or painful periods, Jewish ethnicity, family history, personal history of breast cancer, menopausal status, current smoking, ever smoked, asthma, alcohol consumption, and acetaminophen, aspirin or ibuprofen use.

Any genital powder use was reported in 26% of controls. The women who exclusively used cornstarch were considered unexposed. Most talc users began talc exposure around the age of 20. Overall, genital powder use was associated with a statistically significant increased risk of ovarian cancer (OR 1.33, 95% CI: 1.16-1.52) adjusted for age, study center and phase. BMI, smoking and alcohol use did not alter the association by more than 10% suggesting a lack of confounding. Most women reported using Johnson's Baby Powder and Shower to Shower with a trend for increasing risk by talc years. The trend for frequency of use was significant, but the trend for duration of use was flat. The talc ovarian cancer association was largely confined to premenopausal women and post-menopausal women with hormonal therapy. Sensitivity analysis indicated that the risk of misclassification of exposure in controls would have to very high (18%) to nullify the increased risk shown in the study. No data is available

46

on the extent of misclassification of talc exposure. Although some amount of misclassification is possible in retrospective studies, such a large amount is unlikely as shown by estimates from other analogous exposure-outcome association such as alcohol and breast cancer in the Nurses' Health Study. (114).

*IX.III Cohort Studies.* I will discuss the cohort studies below. However, it is important to emphasize that none of the cohort studies discussed below were designed to evaluate the association between talc use and ovarian cancer at the time of cohort assembly. In other words, evaluating the association between talc use and ovarian cancer was not the a-priori primary objective of the study but evaluated as a subsequent hypothesis, with its inherent limitations. For example, the NHS cohort was assembled in 1976 but data on talc use was not collected until 1982. (14). In contrast the primary objective of most case-control studies noted above was to evaluate the risk of ovarian cancer associated with talc use.

*IX.III.I.* In 2000, Gertig et al. (14) reported on an analysis from the U.S. Nurses' Health Study. 121,700 registered nurses were enrolled in the study; 78,630 were included in the cohort study; and 307 cases of ovarian cancer in 11 states. Notably, the Nurses' Health Study was a broad-based study of women's health. Ovarian cancer information was obtained through a questionnaire mailed to married female nurses 30-55 years which were updated every 2 years. Talc exposure was obtained from a survey question which asked "Have you ever commonly used talcum, baby powder, or deodorizing powder a) to apply to perineal (private) area? No, daily, one to six times per week, or less than once per week or b) to apply on sanitary napkins? No, Yes." Frequency was thus both reported as an "ever, never" metric as well as applications per week but duration of use was not recorded. Information gathered by a questionnaire requesting information on perineal talc use was ascertained only in 1982, and never updated during follow-up. Medical records were obtained for women reporting diagnoses of ovarian cancer or those participants who died (mortality follow up was 98% complete). Histologic subtypes of ovarian cancer were determined from pathology reports and classified as serous (cystadenocarcinoma and papillary adenocarcinoma), mucinous (mucinous papillary adenocarcinoma and adenocarcinoma), endometrioid (clear cell and mixed epithelial), and borderline. Cases of epithelial ovarian cancer (ICD 183.0) confirmed by medical record review or death certificate between 1982-1996 were included in the analyses. Participants who did not respond to the 1982 question on talc use were excluded, as were participants with cancer other than non-melanomatous skin cancer, bilateral oophorectomy, ovarian removal and those with radiation therapy. They included 307 cases of ovarian cancer among 984,212 person-years of follow up (0.03% PYs or 31.2/100,000 PYs). Information on covariates was obtained from the

47

biennial questionnaire and included oral contraceptive use, tubal ligation, parity, family history (not asked until 1992), smoking and BMI. Age adjusted incidence rates were calculated after adjusting for covariates above, as well as age at menarche, duration of breast feeding, age at menopause. 40.4% (n=31789) reported ever talc use of which 14.5% were ever daily talc users. Women who were talc users and did not have a tubal ligation had no increased risk of epithelial ovarian cancer with talc use- no evidence of interaction. There was an increased risk for histologic subtypes of ovarian cancer with talc use which was not statistically significant (RR 1.09, 95 % CI: 0.86-1.37) after adjusting for age, duration of oral contraceptive use, body mass index, tubal libation history, smoking status, and postmenopausal hormone use. While daily talc use on perineum (RR 1.12, 95% CI: 0.82-1.55) or use less than once/week (RR 1.14, 95% CI: 0.81-1.59) was associated with an excess risk which was not statistically significant, the point estimates for talc use on perineum 1-6 times/week (RR 0.99, 95% CI: 0.67-1.46) and on sanitary napkins (yes/no) (RR 0.89, 95% CI: 0.61-1.28) were lower than 1, and these confidence intervals may not rule out an increased risk. Importantly, there was a statistically significant increased risk for ever talc use for serous invasive cancers (RR 1.40; 95% CI: 1.02–1.91). For women who reported ever daily use, the RR for serous invasive cancer was 1.49 (95% CI: 0.98-2.26). The RRs for ever-users of less than 1 time/week and of 1-6 times/week were 1.29 (95% CI: 0.81-2.04) and 1.49 (95% CI: 0.77-2.11), respectively ($P_{trend}$=0.05). Women above age 45 in 1982 who reported ever talc use had a higher risk of serous invasive cancer (RR 1.51, 95% CI: 1.07-2.15).

The strengths of the study include the prospective design which reduces the risk of recall bias. The relatively short follow up period may have been unable to determine ovarian cancer. The NHS cohort was not primarily designed to evaluate the association between talc and ovarian cancer. Further, as discussed above, determining "never" use based only on a one-time question near the start of the study (14 years prior to terminating the study in 1996) introduces unidirectional "behavioral change" bias, likely misclassifying some "ever" users who used talc during the study as "never" users; and biased the findings towards the null. The exclusion of prevalent cases of ovarian cancer allows one to determine the influence of exposure on incident ovarian cancer, it also introduces an element of selection bias. Of the initial cohort of 121,700 volunteers, only 78,630 women were enrolled. It is not known whether any (or how many) of the 43,000 excluded women had ovarian cancer, nor whether any (or how many) of any such ovarian cancer volunteers excluded were talc users. They could not determine the intensity of exposure as they had no information on duration of talc exposure, or number of life-time applications or the age at which talc was initiated. The study was not a "new user design" and

48

used prevalent rather than incident users, and is susceptible to "prevalent user biases." (15) Prevalent users are "survivors" of the early period of talc use, which can introduce substantial bias if risk varies with time. This may bias findings towards the null due to the "depletion of susceptibles." They had no data on the intensity of exposure because there was no data on the duration of talc use, or number of life-time applications. The analysis on tubal litigation could not determine whether talc use was initiated after tubal ligation. Any such misclassification of exposure is also likely to be non-differential and bias towards the null.

As a continuation of the Nurses' Health Study, in 2010, Gates et al. reported on 924 cases of the ovarian cancer as part of Nurses' Health Study with ovarian cancer confirmed by a gynecologic pathologist review of medical records. (92). They evaluated the findings between risk factors for ovarian cancer and histologic subtypes of ovarian cancer and information on talc exposure was collected through biennial questionnaires. Talc use was reported as either greater than or less than once a week. After adjusting for body mass index activity, past smoking, current smoking, family history of breast or ovarian cancer, age, parity, parous status, breastfeeding, oral contraceptive use, tubal ligation, hysterectomy, age at natural menopause, and estrogen use they reported a non-significantly increased risk of all epithelial ovarian cancer (RR 1.06, 95% CI: 0.89 to 1.28) with genital talc use > once/week compared to < once a week. Although the estimates for the RR were higher for mucinous subtype (RR 1.50, 95% CI 0.84-2.66), there was no evidence of interaction across the subtypes ($P_{heterogeneity}$ =0.55) in this analysis. The strengths and weaknesses of this study are largely like the Gertig analysis of the NHS cohort above, with the additional limitations in the low number of cases (only 29 cases of epithelial ovarian cancer among genital talc users in 108, 870 women).

*IX.III.II.* In Houghton et al. (17) reported on finding from the Women's Health Initiative Observational Study (50-79 years at enrollment and post-menopausal). Among the 93,676 volunteers, only 61,576 participants were in the study cohort, and 429 adjudicated incident ovarian cancer (0.7%). Participants completed annual mailed questionnaires. Participants with bilateral oophorectomy, unknown number of ovaries, history of cancer (except non-melanomatous skin cancers were excluded). Perineal powder exposure (rather than specifically talc use) was obtained via self-report at baseline, and not updated during follow-up. Participants were asked whether powder had been used on genital areas, diaphragm or sanitary napkin or pad. If the participant answered affirmatively, there were further questions regarding duration of use where participants indicate use for less than 1 year, 1-4 years, 5-9 years, 10-19 years, or 20

49

or more years, but frequency of use was not recorded. The area of use was assessed dichotomously, and duration of use was categorized as never, 9 years or less and 10 years or more for analysis. Analysis was conducted for ever perineal powder use (ever use for any of the three categories) and duration for any powder use (maximum duration of any single area of application). Cancer cases were self-reported and confirmed through medical records including pathology reports. Data on covariates for age, race, education, alcohol, metabolic equivalents, smoking, recreational physical activity, oral contraceptive use duration, hormone replacement therapy, family history, age at last birth, BMI, self-reported family history of ovarian cancer were evaluated. They also evaluated reproductive factors such as age at menarche, age at menopause, age at first birth, age at last birth, parity, breastfeeding duration, history of tubal ligation, hysterectomy, irregular cycles, endometriosis. The covariates were obtained at baseline and not updated. The proportional hazards analysis was conducted to examine the risk of ovarian cancer and proportional hazards was tested using Schoenfied residuals. Participants with other cancers were still considered at risk for ovarian cancer. Covariates were selected for the multivariate analyses, if they had P-values of less than 0.1 during the backward regression until they had a parsimonious model. Additional variables from the literature were also included although they were not statistically significant. They analyzed ever perineal use, perineal use by application area, duration of use and combinations. Test for linear trend was evaluated across duration categories by modeling categories as continuous variables.

The average age of participants was 63.3 years at baseline with 12.4 years of mean follow-up. Most participants were white and were obese. Approximately 52.6% of the population reported ever use of perineal powder. Ever users were more likely to be heavier, used oral contraceptives and/or diaphragms. Perineal use of powder was associated with a 12% excess risk which was not statistically significant (HR$_{adj}$1.12, 95% CI: 0.92- 1.36) whereas point estimates for use on sanitary napkins and diaphragms were lower than 1 but could not rule out an excess risk. Duration of perineal, sanitary napkin or diaphragms were not associated with ovarian cancer. Strengths include the prospective design which reduces the risk of recall bias. Limitations includes the lack of information on whether the perineal powder use constituted talc use, and the inability to measure the frequency of exposure. It is possible that the analysis by duration included infrequent long duration users with short term frequent users which may result in bias towards null. Since exposure was not updated during follow-up, some never users who became ever users were misclassified as never users resulting in a bias towards the null. The exclusion of prevalent cases of ovarian cancer introduced an element of selection bias. Of the initial cohort

of 93,676 volunteers, only 61,576 women were enrolled; 10,622 volunteers who had already developed cancer at baseline were excluded. It is not known whether any (or how many) of these excluded women had ovarian cancer, nor whether any (or how many) were talc users. The inclusion of "prevalent users" rather than "incident users," leads to depletion of susceptibles and may bias findings towards the null. Data on covariates was not available after baseline resulting in the potential inclusion of participants (e.g., oophorectomy) not at risk of ovarian cancer and resulting bias towards the null. The generalizability of the study findings to younger pre-menopausal women is also unknown as the study findings are limited to older post-menopausal women (average age =63.3 years).

*IX.III.III.* In 2016 Gonzales et al. (93) examined the relationship between douching, talc use, and ovarian cancer among 50,884 women aged 35-74 years of age (84 % white and 64% post-menopausal) who had never had breast cancer but had a full or half-sister who with breast cancer. They excluded participants with bilateral oophorectomy and ovarian cancer. Among 41,654 participants 154 incident ovarian cancers (n=135 ovarian cancers) were reported (0.3%). Participants completed a telephone interview which included questions about reproductive history (oophorectomies), health and lifestyle and use of personal care products before enrollment, including the use of douching and use of genital talc applied as a powder or spray applied to underwear, sanitary napkin, diaphragm, cervical cap, or vaginal area. The frequency of use was categorized as no use, less than once a month, 1-3 times per month, 1-5 times per week, > 5 times per week, but duration of use was not recorded. As with the WHI and Nurses' study exposure was only measured at baseline and not updated during follow-up. Updated information on oophorectomy was collected during follow-up and information on cancer cases was collected via annual health update. Data on 37.6% of ovarian cancer cases was available only by self-report and the remainder confirmed by medical record review or death certificate. Cancer cases included tumors of the ovary, fallopian tubes, peritoneum, or of uncertain origin. Those who were BRCA1 or BRCA 1 positive test or those who had a sister with a positive test but had no report of negative test were considered BRCA positive. Cox proportional hazards analysis was conducted until diagnosis of ovarian cancer, oophorectomy, censoring or death. Generalized estimation equations was used to account for familial clustering at baseline. The proportional hazards assumption was evaluated by the goodness of fit test. A joint analysis of talc and douching use was also conducted. The included covariates were patency (yes or no for tubal ligation or hysterectomy), menopausal status, duration of OC use (none, < 2 2 to <10, 10 or more years), parity (yes/no) race and BMI.

51

<u>The median duration of follow up was only 6.6 years</u>. The average age was mean 57.8 years for cases. These cases were more likely to have a family history of ovarian cancer and carry a BRCA1 or BRCA2 mutation. More non-cases than cases used oral contraceptives. Talc use was only reported by 12% of cases and 14% of non-cases. Talc users were more likely to have BMI >30 kg/m$^2$. Talc use in the last 12 months after adjusting for race, BMI, parity, duration of oral contraceptive use, baseline menopausal status, and patency, was not associated with a statistically significant increased risk of ovarian cancer (HR 0.73, 95% CI: 0.44-1.20], but could not rule out an excess risk. There was no change in estimates when adjusted for douching. Douching at baseline, more common among talc users, was associated with increased risk of ovarian cancer (HR: 1.8 95% CI: 1.2-2.8).

There were significant limitations to the study. The authors acknowledge that an important limitation of their study was that they collected douching and talc information for the year before the study and did not account for the latency. As with the other two cohort studies, the Sister Study was limited by the issue of selection bias through the exclusion of women who had already developed ovarian cancer (and who could also have been lifetime talc users). Secondly, the Sister Study was vulnerable to behavioral change bias. The bias towards the null of this inaccurate assessment of "ever" user status prospectively, at the start of the study, was compounded by the fact that it was also vulnerable to retrospective inaccuracy, because it was based only on the 12 months preceding baseline. Thus, a participant who had last used talc 13 months before baseline would be categorized as a never-user, as would a participant who started using talc after baseline. Thirdly, the Sister Study's median follow-up of only 6.6 years is likely insufficient to detect any risk of ovarian cancer which likely takes more than 6.6 years to develop. The study also suffered from the limitations of prevalent user biases. Additionally, exposure was measured as ever/never use in 12 months prior rather than total applications resulting in non-differential misclassification towards the null. Data was only available by self-report on the diagnosis of ovarian cancer for many cases (37.6%) resulting in misclassification of outcome, which was likely non-differential and may bias findings towards the null. The study reported the lowest rate of talc use among the cohort studies (13.8%), further compounding the limited statistical power due to a short duration of follow-up. The generalizability of these findings is also limited as they included women without breast cancer who all had a family history of breast cancer and may be at a higher risk (60%). The missing data were not missing at random and unclear whether analyses were adjusted for missing data. The authors concluded that the study

52

could not exclude a increased risk despite these findings. The study findings are limited to the predominant cohort of white post-menopausal women who constituted the majority of participants.

### IX. IV. Summary of Findings from Epidemiological Studies.

1.     The cumulative evidence from these studies demonstrates a statistically significant increased risk of ovarian cancer associated with perineal talc powder use which has been independently replicated by several investigators in different populations, different settings, across different sources using different study designs and time periods. Slight differences in magnitude of risk among these studies may reflect differences in inclusion or exclusion criteria and the accumulation of evidence over time and some variation due to chance. The updated meta-analyses in 2018, which have included all the studies, reported a statistically significant increased risk of perineal talc use and ovarian cancer, (41, 42), with little evidence of statistical heterogeneity or publication bias. The case-control studies provided 13,421 cases compared to 890 cases in the cohort studies. (42). Most case-control studies demonstrate an increased risk of ovarian cancer associated with talc use with an OR between 1.3 and 1.6, even after adjusting for various risk factors.

2.     Meta-analysis which evaluate the association between perineal talc use and ovarian cancer have consistently shown an increased risk of ovarian cancer, (39, 41, 42, 73, 79), including pooled analysis using individual participant data. (10). My conclusions about the causal increase in the risk of ovarian cancer associated with talc exposure are heavily weighted by recent cumulative meta-analysis published in 2018, (41, 42). These meta-analyses provide the most comprehensive evidence base given the size of the study database and their methodologic superiority as assessed by the AMSTAR rating above. (Table 1). Also, importantly, there is no meta-analysis which has reported a statistically significant decreased risk of ovarian cancer with talc.

3.     The only case-control study in which point estimates are below one was limited by the poor choice of controls and very high non-response rates. Despite these limitations it could not rule out a 21% increased risk of ovarian cancer associated with talc use which is not inconsistent with other studies. (86). Although the exposure rate to talc in the case-control studies has been variable in the control group from 5%-45%, this reflects the varying practices in the use of talc rather than the lack of an increased risk of ovarian cancer with talc use.

4.     Although all studies are at potential risk of outcome misclassification, most of the studies used histologically verification for the diagnosis of ovarian cancer. Any such potential

53

misclassification of outcomes is likely to be non-differential and would have biased the findings towards the null.

5.      There is no reason to believe, from the studies, that ovarian cancer would result in talc use, so the temporality of the association is established.

6.      Case-control studies are susceptible to recall bias particularly when data on exposure are self-reported. However, several studies have included these questions on talc exposure as a part of larger questionnaires on other risk factors minimizing the possibility of recall bias. Recall bias is less likely to occur for chronic daily exposures such as talc as compared to intermittent short exposures. Further, recall bias is equally likely to affect other histologic types of ovarian (and endometrial) cancer but here the increased risk was limited to only epithelial ovarian cancer in most studies. Finally, the findings that only perineal talc use was associated with ovarian cancer but not with non-genital talc use argues against recall bias alone as a potential explanation of these findings.

7.      Confounding is one potential explanation for these findings. However, several case-control studies adjusted for major confounders including the more recent case-control studies. (54). Although residual confounding is always possible in an observational study, studies that have reported adjusted and non-adjusted findings have reported similar results minimizing the impact of residual confounding. (41). Although there are some risk factors for ovarian cancer (e.g., genetic risk factors, family history, obesity and reproductive history), for any of them to be confounding to an extent that could account for the positive relations that have been reported, they would have to be strongly correlated with talc use. Family history, ethnicity, obesity and some reproductive risk factors are positively associated with the risk of ovarian cancer, but the magnitude of these associations does not appear high enough to introduce enough confounding, even jointly, to explain completely the positive association. To invalidate the statistically significant findings of an increased risk of ovarian cancer from the studies, one would have to postulate a degree of selection, recall bias and confounding pervasive across different time periods, different populations which is highly implausible.

8.      Case-control studies are also at risk of selection bias which may introduce bias in both directions. As opposed to hospital-based controls, which may be less susceptible to selection bias, the population-based case-control studies have consistently showed a higher estimate of increased risk of ovarian cancer associated with talc use.

9.      Reverse causality, where the diagnosis of ovarian cancer results in perineal use of talc, may be one possible explanation of the nonsignificantly increased risk in the group exposed to perineal talc. However, this is also likely minimal in the case of ovarian cancer in which most

54

cases present at advanced stages with abdominal bloating, and vaginal symptoms only occur in a small minority of cases.

10.     One of the cohort studies reported an increased risk with perineal talc exposure and serous invasive cancer (14). The pooled results from all three cohort studies, reported an excess risk of ovarian cancer, (42) which failed to reach statistical significance because of several limitations. The duration of follow up was limited resulting in low number of events and inadequate statistical powder. The only cohort study which reported an inverse association between perineal talc use and ovarian cancer included several other cancers beyond the ovary (such as peritoneum, endometrial) (93), which may have diluted an increased risk. It had a very short duration of median follow up of approximately 6.6 years which is insufficient to ascertain the development of ovarian cancer. Since talc induced carcinogenesis occurs via a foreign body mechanism, the latency period required to demonstrate such an effect is long. Despite these limitations, the upper bounds of the confidence intervals exceeded one and could not rule out an increased risk of ovarian cancer with perineal talc use. The cohort studies were at risk of significant other biases. Exposure was measured at baseline and not updated during follow-up (14, 17), which may have misclassified those participants at baseline who were never users but used talc during the study as never users resulting in a bias towards the null. The exclusion of prevalent cases of ovarian cancer (some of whom may have been exposed to talc) may also bias their findings. (14, 17) The cohort studies were also susceptible to "depletion of susceptibles" biasing their findings towards the null. None of the cohort studies were primarily designed to study the association between genital talc use and ovarian cancer as their primary objective. Despite these limitations, the meta-analysis of cohort studies demonstrated a statistically significant increased risk of serous invasive ovarian cancer.

11.     Ascertaining *dose response* relationship with talc and ovarian cancer is difficult because of the challenges in quantifying talcum powder use usually collected by self-reported data (frequency, amount and duration), timing and patterns of use (e.g. douching), and other individual factors (e.g. co-existence of inflammatory conditions such as endometriosis and or vaginal bleeding) resulting in differences in measurement of exposure across studies. The dose response depends on both the amount of talc exposure, the frequency of talc uses and the duration. It is difficult to quantify the amount of powder actually used and degree of perineal dusting that might constitute an ''application of talc.' Another factor that may affect the dose-response relationship is whether use occurred at a time when the female tract was open, the age of initiation of talc use since the talc/ovarian cancer association is modified by closure of the female tract as a result of tubal ligation or hysterectomy (79). The presence of other risk factors

55

such as post-menopausal status, cancers other than invasive serous ovarian cancer may make it difficult to ascertain a dose-response relationship among older post-menopausal. The lack of statistical trend (58, 60) in some earlier studies may reflect some of these challenges as well the lack of a monotonic dose response effect. The exposure-response data need to be interpreted in the context of mechanistic studies which report that talc accelerates the development of ovarian cancer in susceptible individuals through accelerating the redox state in epithelial ovarian cancer cells. (49). Thus, an assessment of the gradient through a monotonic dose-response curve may not provide a complete picture of the biological gradient. It unclear why nature would mandate an increasing mono-tonic dose-response mechanism for causation, and some have argued that among Bradford-Hill viewpoints it is difficult to know how dose-response should be modelled. (50). Cumulative lifetime exposure may be a more appropriate measurement of exposure given the inflammatory mechanisms by which talc induces the development of ovarian cancer. It is important to recall that if the carcinogenicity of talc induced ovarian cancer most likely resembles that of asbestos induced mesothelioma (with which it shares histologic similarities), asbestos induced mesothelioma does not have a dose-response relationship. In the case of asbestos induced mesothelioma, latency may be more important whereas in the case of talc induced ovarian cancer induced by inflammation latency may be of lesser importance.

12.      Despite these challenges, several studies have shown evidence of dose-response as measured by an increased risk with increased frequency (51-55) or increased duration, (52, 54)or combination of frequency and duration of exposure. (48, 54). Some studies show a exposure-response trend, (54) and the most updated meta-analysis show evidence of duration dose and responsiveness. (42). In the individual participant data meta-analysis a significant increase in risk with an increasing number of genital powder applications was found for nonmucinous epithelial ovarian cancer when nonusers were included in the analysis, but no significant trend was seen when analyses were restricted to ever users. (10) Importantly, the most recent meta-analysis reported an evidence of dose-response with risk being higher among those with >3600 applications of talc compared to participants with <3600 applications. (42) Both of these categories of exposure were associated with an increased risk of ovarian cancer. None of the cohort studies were able to conduct meaningful dose-response analysis because they did not collect data either on duration, (14, 93) or frequency of exposure. (17).

56

# X.    BIOLOGICAL MECHANISMS OF TALCUM POWDER INDUCED OVARIAN CANCER.

Although not an absolute requirement for determination of causation there are multiple well-established biological and molecular mechanisms by which talcum powder products induce ovarian cancer. The key routes of exposure and biological mechanisms are noted below.

*X.I. Retrograde Migration of Talc Particles.* Genital talc can migrate up to the fallopian tubes and ovaries and talc particles have been detected within the ovaries of women who report perineal talc use. Heller et al. detected talc in the ovaries of 24 women undergoing incidental oophorectomy demonstrating that it can reach the upper genital tract (64) although the fact that talc particle counts were unrelated to reported levels of perineal talc exposure reflects the challenges in measuring exposure to talc. Talc has been found deeply embedded within ovarian tumors,  (65) and subsequent studies have confirmed that these are not due to contamination. (94). Talc has also been demonstrated in pelvic lymph nodes of women with perineal talc exposure.(66). Supportive evidence of migration comes from studies showing retrograde migration of additional particles such as starch after gynecological examination, (68) findings of a decreased risk of ovarian cancer with tubal ligation and hysterectomy in case-control studies, (87) and meta-analysis, (115) which may minimize exposure to inflammatory particles. Although an industry funded study performed by the Cosmetic, Toiletry, and Fragrance Association failed to detect translocation of "measurable quantities of talc' in monkey models, (67) the timing and techniques of assessment and intraspecies differences could not rule out migration of talc particles. The FDA response to Citizen's Petition 2014 concluded the *"potential for particles to migrate from the perineum vagina to the peritoneal cavity is indisputable'*. Johnson & Johnson and IMERYS documents also acknowledge migration. In one document it was stated, "A review of the literature suggests that it is biologically plausible for talc particles to migrate from the vagina to the peritoneal cavity and ovaries following perineal application." (63, 116).

*X.II. Inhalation of Perineal Talcum Powder.* Inhalation of talcum powder is another potential route of exposure that is biologically plausible and can cause inhaled fibrous talc (and asbestos) fibers to reach the ovary and thus increase the risk of ovarian cancer in women using these products. Approximately 50 percent of talc particles in commercially available talcum powder are less than 10 microns in size, (117) which have the potential for inhalation and reach the alveolar regions of the respiratory tract. (118) Asbestos fibers can pass from the alveoli to the

57

lung interstitium, from which they can travel via the lymphatic system to the bloodstream and other organs including ovaries. (119, 120) Inhaled fibrous talc shares extensive physical and chemical similarities with asbestos, and inhaled fibrous talc generated from perineal application may also reach the ovaries by inhalation. This mechanism was confirmed in a September 2017 study, "Below the Waist Application of Johnson & Johnson Baby Powder," Longo, et al. showed that normal application of Johnson's Baby Powder can produce airborne asbestos and talc fibers which could be inhaled. (70).

**_X.III. Talcum Powder Induced Inflammation and Alteration of Redox Potential_**. Inflammation has long been understood to be an important mechanism underlying the development of ovarian cancer. (61). Inflammation may underlie ovulatory events because an inflammatory reaction is induced during the process of ovulation. Risk factors for ovarian cancer include endometriosis (i.e., ectopic implantation of uterine lining tissue) and pelvic inflammatory diseases (PID). (121). PID was associated with an increased risk of borderline ovarian tumors, particularly among women who had had multiple episodes of pelvic inflammatory disease in a meta-analysis. (122). Consistent with the inflammatory mechanism for ovarian cancer, a prospective nested case-control study from the Prostate, Lung, Colorectal and Ovarian Cancer has also shown that global markers of inflammation such as C-reactive protein, Interleukin L-$1\alpha$, Interleukin-8 and Tumor Necrosis Factor-$\alpha$ are associated with a significantly increased in the risk of ovarian cancer. (123). Supportive evidence for the role of inflammation also comes from a meta-analysis showing a decreased risk of ovarian cancer with tubal ligation and hysterectomy. (115). Studies have demonstrated increased risk of ovarian cancer with talcum powder use, and increased risk of ovarian cancer with endometriosis. (87). This risk is 3-fold higher among women exposed to talc who have endometriosis. (48).

Oxidative stress in the form of reactive oxygen species (ROS) and reactive nitrogen species (RNS) plays a role in the pathogenesis, neo-angiogenesis (formation of new vessels) and the dissemination of both early and late stage epithelial ovarian cancer. (124, 125). Epithelial ovarian cancer cells manifest a persistent pro-oxidant state characterized by upregulation of certain key oxidant and downregulation of key antioxidant enzymes, (125) and the presence of oxidative stress triggers cancer cells to favor anaerobic metabolism. Oxidative stress induces phenotypic modification of tumor cells by altering cross-talk between tumor cells and surrounding stroma. Talc can alter this redox state and cause a marked increase in mRNA levels of the prooxidant enzymes, iNOS (nitrous oxide) and MPO (myeloperoxidase) in talc treated ovarian cancer cells as compared to control as early as 24 hours in all doses, (49) as well as a marked decrease in the

58

mRNA levels of the antioxidant enzymes catalase CAT, glutathione peroxidase (GPX), and superoxide dismutase (SOD3) providing a mechanism by which talcum powder products can induce the development of ovarian cancer.

Cancer antigen [CA-125] a tumor marker secreted by the epithelial cell for monitoring recurrence after treatment of ovarian cancer, was elevated when both normal ovarian cell lines [1.7 +/- 0.5-fold] and ovarian cancer cell lines [1.4±0.5 and 4.4±0.5-fold increase in OV90 and TOV-21G EOC cell lines] were exposed to talc, providing another molecular mechanism by which talc can increase the risk of ovarian cancer. (106).

Talc has been shown to increase proliferation, induce neoplastic transformation and increase ROS generation time-dependently in the normal human epithelial and granulosa ovarian cells and dose-dependently in the polymorphonuclear neutrophils. (71). In studies of human mesothelial cells, both nonfibrous talc and asbestos have shown evidence of genotoxicity. (109) Some have suggested that perineal talc use may also increase risk of ovarian cancer by the induction of anti-MUC1(monoclonal antibodies) possibly via heat-shock protein, (72) although the data are not definitive. (101).

**_X.IV. Carcinogenicity in Animal Studies_**. Among animal studies a study among rats demonstrated the development of papillary changes after intrabursal injection of talc. Such papillary changes may be precursors of serous papilloma precursors of epithelial cancers. (107). Another 2-year inhalation study with cosmetic grade talc in rats and mice showed evidence of carcinogenic activity in male (an increased incidence of pheochromocytomas of the adrenal gland) and female (increased incidences of alveolar/bronchiolar adenomas) rats and carcinomas of the lung and pheochromocytomas of the adrenal gland. (108). There was no evidence of carcinogenicity in mice. However, limitations of this study include the lack of a suitable control (e.g. titanium dioxide), alternative explanations of these findings via particle overload, (127) and the fact that ovulatory patterns in rats are not fully applicable to humans.

**_X.V. Presence of Asbestos and other carcinogens in Talcum powder products._** In assessing the biological plausibility of talcum powder products as a cause of ovarian cancer, it is important to consider the constituents of talcum powder products including whether it contains known or suspected carcinogens. The presence of asbestos in talcum powder products can and does provide a plausible biological explanation of the development of ovarian cancer. (36, 37).

59

Occupational exposure to asbestos is a well-established causal agent for the development of pleural and peritoneal mesothelioma, larynx and ovarian cancer. (36, 127). Talc and asbestos also share chemical similarities. The carcinogenicity of asbestos relies on shape of particles with long thin fibers-such as those occurring in crocidolite asbestos being particularly carcinogenic. Although talc consists primarily of platy talc, it may also contain fibrous talc or other asbestiform minerals. Epithelial ovarian cancer, one most closely associated with talc, histologically most closely resembles mesothelioma providing further evidence of biological mechanisms. As Huncharek notes in their meta-analysis of ovarian cancer associated with talc dusted diaphragm meta-analysis on page 427 "*If one is exposed to a mixture of talc and asbestos, it is reasonable to expect a carcinogen effect as it contains a known carcinogen.*" (13). In addition talcum products contain fibrous talc, heavy metals and fragrance ingredients which are known or suspected carcinogens. (26, 33, 35, 36). Like the presence of Asbestos Fibers, the presence of these known or suspected carcinogens provide a plausible biologic explanation for the increased risk seen in the epidemiologic studies.

## XI.   ASSESSMENT OF CARCINOGENECITY OF TALC BY THE IARC IN 2006.

The International Agency for Research on Cancer (IARC) expert panel evaluates the carcinogenicity of various products using the following criterion after review of animal studies, experimental studies and epidemiological data. (128). The data is examined to determine whether there is *sufficient evidence, limited evidence, inadequate evidence, or evidence suggesting lack of carcinogenicity* for both cancer in humans and animals, respectively. The mechanistic and other relevant data are examined to *identify established and likely mechanisms and determines whether each mechanism could operate in humans*. The agents are then classified into several groups. Group 1 are agents *carcinogenic* to humans (e.g., asbestos,) (37), Group 2A are agents *probably* carcinogenic to humans, Group 2B *possibly* carcinogenic to humans, Group 3 agents which are *unclassifiable* and Group 4 agents which are *probably not carcinogenic* to humans.

In 2006 IARC concluded that perineal use of talc not containing asbestos or asbestiform fibers was possibly carcinogenic to humans (129) based on *limited evidence in humans for the carcinogenicity of perineal use of talc based body powder and the limited evidence in experimental animals for the carcinogenicity of talc* (93) (Group 2B-b). (38). Although a positive association has been observed between exposure to the agent and cancer for which causal interpretation is considered by the Working Group to be credible, but chance, bias, or confounding could not be ruled out

60

with reasonable confidence. For purposes of their evaluation, IARC considered 19 case-control studies and 1 cohort study. (14). The Working Group concluded that 8 of the more informative case-control studies (as well as most of the less informative ones) showed a consistent excess risk in the order of 30-60%. The cohort studies neither supported or refuted the evidence from case-control studies.

The IARC assessment was carried under the assumption that talcum powder products did not contain asbestos based on the published findings at the time- an assumption that is not supported by current data. In such a case, talcum powder products would be unequivocally classified as a Group 1 carcinogen like asbestos. Importantly, even absent a finding of asbestos in talcum powder products, the consistent cumulative evidence of peritoneal use of talcum powder products demonstrates an increased risk of ovarian cancer. Several *new systematic reviews based on recently published studies have further added to the accumulating evidence on an increased risk of ovarian cancer with talc use.* (10, 41, 42). *There is now further evidence of exposure response* relationships, with measured by an increased risk with increased duration (52, 54) or combination of frequency and duration (48) and the most updated meta-analysis show evidence of duration dose and responsiveness. (42). Finally, in addition to the epidemiologic evidence there is evidence from toxicology , molecular biology and other mechanistic data which supports my opinions .

## XII.    COSMETIC EXPERT REVIEW PANEL REPORT.

For the sake of completeness I also reviewed a report on the safety of cosmetic talc by an industry sponsored panel. (130). The panel was primarily composed of dermatologists, with limited expertise in epidemiology and carcinogenicity.  The review was carried out under the flawed assumption that cosmetic-grade talc must contain no detectable fibrous, asbestos minerals and thus limited its assessment to animal and clinical  studies on talc that did not contain asbestos, and erroneously concluded that there was no evidence of talc migration.  As a result of these serious methodologic shortcomings and funding biases it arrived at its erroneous conclusions that talc was safe for use in cosmetics. (130) As discussed above, the findings of this panel have been superseded by findings from several new epidemiological studies, mechanistic studies and systematic reviews which have further added to the accumulating evidence on an increased risk of ovarian cancer with talcum powder product use.

## XIII.   ASSESSMENT OF CAUSALITY.

While talc is clearly associated with development of ovarian cancer, we must assess whether the observed association leads to an inference about causation. In 1965, in the President's Address to the newly-established Section of Occupational Medicine of the Royal Society of Medicine, Sir Austin Bradford Hill, Professor Emeritus of Medical Statistics at the University of London, attempted to encapsulate the aspects of a causal relationship, as it was understood at the time. (1). As he described them, they were: 1. strength of association, 2. consistency, 3. specificity, 4. temporality, 5. biological gradient, 6. plausibility, 7. coherence, 8. experiment, and 9. analogy. As Professor Hill explained, no aspect alone is either necessary or sufficient: "What I do not believe . . . is that we can usefully lay down some hard-and-fast rules of evidence that *must* be obeyed before we accept cause and effect. None of my nine viewpoints can bring indisputable evidence . . . and none can be required as the *sine qua non*." Further, according to Professor Bradford Hill, these are not the only aspects of causation, but they are informative. It must also always be remembered, as highlighted in a recent statement by the American Statistical Association, that a lack of statistical significance does not imply lack of clinical significance (18) – a point also highlighted by Bradford Hill, who noted that while statistical tests can remind us of the role of chance, *"No formal tests of significance can answer those questions."*

With respect to the analysis at issue, that is, the association between talcum powder products and ovarian cancer—the results are not only statistically significant, but, as described above, have been replicated by several independent authors in multiple studies across a range of study designs. The cumulative body of evidence was appraised using the Bradford Hill viewpoints. In this regard, and as described in this report, I put significant weight on the Strength, Consistency, Temporality, Biologic Plausibility, and coherence factors and, to a lesser extent, Gradient (Dose-Response) and Analogy data to support my opinion that Talcum Powder Products can cause ovarian cancer. For the reasons stated below, I do not weigh heavily the Experiment and Specificity data in light of the totality of the evidence supporting a causal inference. My assessment is described below.

**1. Strength of Association.** This aspect of a causal relationship refers to the degree or magnitude of effect to which the exposure is associated with the outcome. (1). According to Bradford Hill , the more likely the exposure is associated with the outcomes, the more likely is it to be causal. As summarized in the meta-analysis in section above, I conclude that the association of talc with

ovarian cancer shows an approximate 30-60% relative increase in the risk of ovarian cancer, after adjustment for multiple confounders of the talc and ovarian cancer relationship. (10, 42). The strength of the association, replicated in multiple studies, provides evidence in support of a causal association. There are several noteworthy examples of well-established causal relationships (e.g. second hand smoking and lung cancer), (131) where the strength of the association is in the order of 20-40%. Such causal associations can have significant effects on the population if a large segment of the population is exposed, as in the case of air pollutants and myocardial infarction, which are significantly associated with an increase in MI risk with small relative risk (carbon monoxide: 1.048; 95% CI, 1.026-1.070; nitrogen dioxide: 1.011; 95% CI, 1.006-1.016; sulfur dioxide: 1.010; 95% CI, 1.003-1.017; $PM_{10}$: 1.006; 95% CI, 1.002-1.009; and $PM_{2.5}$: 1.025; 95% CI, 1.015-1.036) but a large population burden because of the large percentage of the population that is exposed. (47). Similarly, 75-100 mg of daily Aspirin has been shown to reduce the risk of cardiovascular events among those weighing 50-69 kg by 25 % [HR 0.75, 95% CI, 0.65-0.5] (132) in an individual participant data meta-analysis of randomized controlled trials. An increment of one serving a day of fruit and vegetables reduced all-cause mortality by 5% (HR 0.95 95% CI: 0.92 - 0.98) in a meta-analysis of cohort studies. (133). As discussed below, I place significant weight on the fact that studies demonstrate a strong association between talcum powder use and ovarian cancer and show consistency of the data.

**2. Consistency.** This viewpoint assesses whether the finding is repeated in different settings, place and time. (1). As shown in detail above, the direction and strength of association of talc and ovarian cancer is generally consistent across studies, including observational studies of various designs and their meta-analysis, and observational studies. These studies have been conducted in different clinical settings across the world, with different duration of follow up and the cumulative evidence has consistently shown a significantly increased risk of ovarian cancer with the use of talcum powder products. As expected, there are slight differences in the point estimates which reflect differences in study population with nearly all point estimates showing a direction of increased risk of ovarian cancer. The confidence intervals, however, across study designs overlap, indicating consistent results. I place significant weight on the fact that the consistency and strength of the association found in multiple independent studies demonstrates that the association is causative.

**3. Specificity.** This viewpoint considers whether the outcome of the disease appears to be specific to the exposure, (1) although since the original publication of the Bradford Hill we know

63

in most cases, absolute specificity for an exposure outcome association is not generally possible for many diseases, particularly cancer, and not required to provide proof of causation. Even the well-established, causal relationship between cigarette smoking and lung cancer or heart disease is not characterized by specificity. Genetic factors may also play a role in the occurrence of ovarian cancer. As discussed above, the occurrence of ovarian cancer is consistently higher among talcum powder users compared to non-users, even after adjusting for several confounders. I placed less weight on absolute specificity of the association between talcum powder exposure and ovarian cancer given the multi-causal nature of the outcome, particularly in light of the strength and consistency of association factors.

**4. Temporality.** The temporality viewpoint assesses whether the exposure always predates the development of disease. (1). In each of the epidemiologic studies noted above, talc exposure occurred before the diagnosis of ovarian cancer. Although some have argued that some of the symptoms of ovarian cancer (vaginal bleeding, irritation) may lead to talcum powder use, since most ovarian cancers present with abdominal bloating and advanced stages of the disease it is difficulty to attribute how development of ovarian cancer would lead to talc use (e.g., reverse causality). I placed significant weight that the exposure to talc preceded the development of ovarian cancer in the studies above.

**5. Biological Gradient.** This viewpoint assesses whether there is a biological gradient or dose-response effect, (1) recognizing that presence of dose-response is not an absolute requirement for causation. In order to determine dose-response, it is necessary first to determine dose. While the presence of a dose-response relationship supports a causal link, the absence of such a relationship does not preclude a causal association. The causal relationship between asbestos and mesothelioma, which most closely resembles the current scenario is not dose-dependent. Assessing dose-response is challenging in the context of perineal talc use for several reasons: first, unlike, say, birth-control pills, the amount of talc powder product use is not fixed, nor is the number of uses per time (day, week, or month). At a minimum, to assess total dose, it is necessary to acquire information about both duration and frequency. Ascertaining a dose-response relationship with talc and ovarian cancer is particularly challenging given that the risk of ovarian cancer may vary with age, premenopausal and post-menopausal status and the presence of other risk factors. The dose-response depends on both the amount of talc exposure, the frequency of talc uses and the duration. The presence of other risk factors such as post-menopausal status, cancers other than invasive serous ovarian cancer and the "depletion of

64

susceptibles" over time may make it difficult to ascertain a dose-response relationship. Several studies show evidence of dose-response as measured by an increased risk with increased frequency, (48, 51-55) or increased duration, (52, 54, 56) or a combination of frequency and duration of exposure. (52, 54). Some studies have also shown evidence of increased risk with increased number of lifetime applications, (10, 48, 52) which may be a more accurate measure for long term exposure outcome association mediated via inflammation. The most updated meta-analysis show evidence of duration dose and responsiveness, (42) with risk being higher among those with >3600 applications of talc compared to participants with < 3600 applications, although with overlapping confidence intervals. (42). Based on the above limitations with study design to ascertain dose effect, specificity of dosing of talc and the possibility of threshold effect, I find biological gradient less compelling, but still compelling of my causation analysis than the other Bradford Hill overviews as referenced above.

**6. Plausibility.** Although this is not a requirement for causation, an association that is biologically plausible is more likely to be causal. (1). While this viewpoint only requires biological mechanism to be *plausible*, which is necessarily limited to the state of biological knowledge at the time of assessment, evidence from the literature described in detail in the section in biological mechanisms shows multiple routes of exposure, multiple pathways and multiple mechanism by which talc can cause ovarian cancer. **Section X** demonstrates how talcum powder products can migrate to the ovaries, induce inflammation, alter redox potential resulting in a pro-oxidant state, (49) and act as a mutagen. (109). As a results of the significant body of evidence that has accumulated on biological mechanisms, I place significant weight on the fact biological plausibility provides evidence in support of the causal role of talc in the development of ovarian cancer and there is a highly biological plausible mechanism here for carcinogenicity which supports my opinion.

**7. Coherence.** This viewpoint assesses whether the cause-and-effect interpretation of data conflicts with the generally known facts of the natural history and biology of the disease. (1). The evidence on the risk of ovarian cancer with talcum powder exposure is consistent with the nature of the disease. Multiple studies suggest that talcum powder products have biological effects which plausibly explain the occurrence of ovarian cancer. Given the biological mechanisms related to inflammation described above, this mechanism and causal association itself fit easily within the current framework of scientific knowledge about the development of

65

ovarian cancer mediated by inflammation. I placed a significant weight on the coherence of findings in support of the causal role of talc in the development of ovarian cancer.

**8. Experiment.** Occasionally, in making a causation assessment, it is possible to appeal to experimental, or semi-experimental, evidence. The definitive experimental evidence would be a placebo controlled randomized trial among patients who are assigned to use talc and others who do not use talc in which the outcome of incident ovarian cancer would be actively ascertained. However, such evidence does not exist and would not be ethical nor feasible with a rare outcome such as ovarian cancer with an incidence of 11.4/100, 000 person-years noted above. While there is no randomized controlled trial here, that is common when dealing with a suspected cancer risk. For instance, there is no randomized controlled trial which supports the causal role of smoking in lung cancer. Such a trial to provide absolute proof of harm, which ignores the body of evidence that has accumulated and places patients at risk for developing ovarian cancer raises significant ethical concerns when data from robust observational studies and their meta-analysis have consistently shown an increased risk of ovarian cancer. In the absence of experimental evidence, this overview is weighted as less important than the other more important viewpoints noted above.

**9. Analogy.** Asbestos has been shown to cause ovarian cancer which offers an appropriate analogy, (40) but this viewpoint was considered less significant than other viewpoints noted above.

## XIV.   CONCLUSIONS.

Based on my background, training and education as a physician and epidemiologist, review and analysis of the totality of the evidence, using the weight of evidence analysis, including considering and weighting the Hill viewpoints, as described in this report, it is my opinion stated to a reasonable degree of scientific and medical certainty that peritoneal use of talcum powder products can cause ovarian cancer.

Signed this 16th day of November 2018

Sonal Singh, MD, MPH

66

# References

1. Hill AB. The Environment and Disease: Association or Causation? Proceedings of the Royal Society of Medicine. 1965;58(5):295-300.

2. Grosse Y, Loomis D, Lauby-Secretan B, El Ghissassi F, Bouvard V, Benbrahim-Tallaa L, et al. Carcinogenicity of some drugs and herbal products. Lancet Oncol. 2013;14(9):807-8.

3. Zorzela L, Loke YK, Ioannidis JP, Golder S, Santaguida P, Altman DG, et al. PRISMA harms checklist: improving harms reporting in systematic reviews. Bmj. 2016;352:i157.

4. Deposition of Linda Loretz 562:14-563:6 (October 1, 2018).

5. Deposition of Joshua Muscat 408:21-410:20 (September 25, 2018).

6. Oxford Centre for Evidence-based Medicine – Levels of Evidence (March 2009) [Web]. Oxford, UK: Nuffield Department of Primary Health Care; 2009 [cited 2018 Nov 15]. Available from: http://www.cebm.net/oxford-centre-evidence-based-medicine-levels-evidence-march-2009/.

7. Higgins JPT, Thompson SG, Deeks JJ, Altman DG. Measuring inconsistency in meta-analyses. BMJ. 2003;327(7414):557-60.

8. Berlin JA, Santanna J, Schmid CH, Szczech LA, Feldman HI. Individual patient- versus group-level data meta-regressions for the investigation of treatment effect modifiers: ecological bias rears its ugly head. Statistics in medicine. 2002;21(3):371-87.

9. da Costa BR, Jüni P. Systematic reviews and meta-analyses of randomized trials: principles and pitfalls. European Heart Journal. 2014;35(47):3336-45.

10. Terry KL, Karageorgi S, Shvetsov YB, Merritt MA, Lurie G, Thompson PJ, et al. Genital powder use and risk of ovarian cancer: A pooled analysis of 8,525 cases and 9,859 controls. Cancer Prev Res. 2013;6(8):811-21.

11. Ioannidis JPA. Integration of evidence from multiple meta-analyses: a primer on umbrella reviews, treatment networks and multiple treatments meta-analyses. CMAJ : Canadian Medical Association journal = journal de l'Association medicale canadienne. 2009;181(8):488-93.

12. Shea BJ, Hamel C, Wells GA, Bouter LM, Kristjansson E, Grimshaw J, et al. AMSTAR is a reliable and valid measurement tool to assess the methodological quality of systematic reviews. Journal of clinical epidemiology. 2009;62(10):1013-20.

13. Huncharek M, Muscat J, Onitilo A, Kupelnick B. Use of cosmetic talc on contraceptive diaphragms and risk of ovarian cancer: A meta-analysis of nine observational studies. EurJ Cancer Prev. 2007;16(5):422-9.

14. Gertig DM, Hunter DJ, Cramer DW, Colditz GA, Speizer FE, Willett WC, et al. Prospective study of talc use and ovarian cancer. J Natl Cancer Inst. 2000;92(3):249-52.

15. Ray WA. Evaluating Medication Effects Outside of Clinical Trials: New-User Designs. AM J EPIDEMIOL. 2003;158(9):915-20.

16. Hannan MT. Is it a risk factor or confounder? A discussion of selected analytic methods using education as an example. Arthritis & Rheumatism. 1996;9(5):413-8.

17.     Houghton SC, Reeves KW, Hankinson SE, Crawford L, Lane D, Wactawski-Wende J, et al. Perineal powder use and risk of ovarian cancer. J Natl Cancer Inst. 2014;106(9).

18.     Wasserstein RL, Lazar NA. The ASA's Statement on p-Values: Context, Process, and Purpose. The American Statistician. 2016;70(2):129-33.

19.     Gardner MJ, Altman DG. Confidence intervals rather than P values: estimation rather than hypothesis testing. British Medical Journal (Clinical research ed). 1986;292(6522):746-50.

20.     CDC. United States Cancer Statistics: 1999-2014 Incidence and Mortality Web-based Report2017 March 4 2018 [cited 2018 March 24]. Available from: www.cdc.gov/uscs.

21.     Siegel RL, Miller KD, Jemal A. Cancer statistics, 2017. CA: A Cancer Journal for Clinicians. 2017;67(1):7-30.

22.     Rohl AN, Langer AM, Selikoff IJ, Tordini A, Klimentidis R, Bowes DR, et al. Consumer talcums and powders: mineral and chemical characterization. Journal of toxicology and environmental health. 1976;2(2):255-84.

23.     Crowley, M. Report of Michael M. Crowley, PhD. Regarding the Fragrance Chemical Constituents in Johnson & Johnson Talcum Powder Products (November 12, 2018).

24.     Rohl AN. Asbestos in talc. Environmental health perspectives. 1974;9:129-32.

25.     Paoletti L, Caiazza S, Donelli G, Pocchiari F. Evaluation by electron microscopy techniques of asbestos contamination in industrial, cosmetic, and pharmaceutical talcs. Regulatory toxicology and pharmacology : RTP. 1984;4(3):222-35.

26.     Blount AM. Amphibole content of cosmetic and pharmaceutical talcs. Environmental health perspectives. 1991;94:225-30.

27.     Deposition of Alice M. Blount, 105:21-106:6 (April 13, 2018).

28.     Food and Drug Administration; 2018 [updated March 12 2018; cited 2018 November 15]. Available from: https://www.fda.gov/Cosmetics/ProductsIngredients/Ingredients/ucm293184.htm.

29.     JNJ000637879-JNJ000637881.

30.     Longo, et. al. Analysis of Johnson & Johnson Baby Powder & Valiant Shower to Shower Talc Products for Amphibole (Tremolite) Asbestos (August 2, 2017).

31.     Longo, et al. MAS Project # 14-1683 Johnson's Baby Powder Sample Set (April 28, 2017).

32.     Longo, et al. TEM Analysis of Historical 1978 Johnson's Baby Powder Sample for Asbestos (February 16, 2018).

33.     Deposition of John Hopkins, Exhibit 28 (November 5, 2018).

34.     Longo, et al. *In re: Talcum Power Prod. Liab. Litig.*, MDL No. 2738 (Nov. 14, 2018).

35.     Deposition of Julie Pier, Exhibit 47 (September 13, 2018).

36.     International Agency for Research in Cancer Monographs on the Evaluation of Carcinogenic Risks to Humans: Volume 100C Arsenic, Metals, Fibers and Dusts (2012)

37.     Straif K, Benbrahim-Tallaa L, Baan R, Grosse Y, Secretan B, El Ghissassi F, et al. A review of human carcinogens. Part C: metals, arsenic, dusts, and fibres. The Lancet Oncology. 2009;10(5):453-4.

38.     World Health Organization. International Agency for Research on Cancer. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans Carbon Black, Titanium Dioxide, and Talc Lyon 2010

39.     Gross AJ, Berg PH. A meta-analytical approach examining the potential relationship between talc exposure and ovarian cancer. J EXPOS ANAL ENVIRON EPIDEMIOL. 1995;5(2):181-95.

40.     Huncharek M, Geschwind JF, Kupelnick B. Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: A meta-analysis of 11, 933 subjects from sixteen observational studies. Anticancer Res. 2003;23(2 C):1955-60.

41.     Berge W, Mundt K, Luu H, Boffetta P. Genital use of talc and risk of ovarian cancer: a meta-analysis. EurJ Cancer Prev. 2018; 27(3): 248-257.

42.     Penninkilampi R, Eslick GD. Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis. Epidemiology. 2018;29(1):41-9.

43.     Lane PW, Higgins JP, Anagnostelis B, Anzures-Cabrera J, Baker NF, Cappelleri JC, et al. Methodological quality of meta-analyses: matched-pairs comparison over time and between industry-sponsored and academic-sponsored reports. Research synthesis methods. 2013;4(4):342-50.

44.     Hackshaw AK, Law MR, Wald NJ. The accumulated evidence on lung cancer and environmental tobacco smoke. Bmj. 1997;315(7114):980-8.

45.     Kim S, Ko Y, Lee HJ, Lim JE. Menopausal hormone therapy and the risk of breast cancer by histological type and race: a meta-analysis of randomized controlled trials and cohort studies. Breast cancer research and treatment. 2018;170(3):667-75.

46.     Hamra GB, Guha N, Cohen A, Laden F, Raaschou-Nielsen O, Samet JM, et al. Outdoor particulate matter exposure and lung cancer: a systematic review and meta-analysis. Environmental health perspectives. 2014;122(9):906-11.

47.     Mustafic H, Jabre P, Caussin C, Murad MH, Escolano S, Tafflet M, et al. Main air pollutants and myocardial infarction: a systematic review and meta-analysis. JAMA. 2012;307(7):713-21.

48.     Wu AH, Pearce CL, Tseng CC, Templeman C, Pike MC. Markers of inflammation and risk of ovarian cancer in Los Angeles county. INT J CANCER. 2009;124(6):1409-15.

49.     Fletcher NM, Memaj I, Saed GM. Talcum Powder Enhances Oxidative Stress in Ovarian Cancer Cells, Reproductive Sciences. 2018;25(1_suppl):1A-54A.

50.     Ioannidis JP. Exposure-wide epidemiology: revisiting Bradford Hill. Statistics in medicine. 2016;35(11):1749-62.

51.     Booth M, Beral V, Smith P. Risk factors for ovarian cancer: a case-control study. British journal of cancer. 1989;60(4):592-8.

52.     Schildkraut JM, Abbott SE, Alberg AJ, Bandera EV, Barnholtz-Sloan JS, Bondy ML, et al. Association between Body Powder Use and Ovarian Cancer: the African American Cancer Epidemiology Study (AACES). Cancer Epidemiology Biomarkers & Prevention. 2016.

53.     Wu AH, Pearce CL, Tseng CC, Pike MC. African Americans and hispanics remain at lower risk of ovarian cancer than non-hispanic whites after considering nongenetic risk factors and oophorectomy rates. Cancer Epidemiol Biomarkers Prev. 2015;24(7):1094-100.

54.     Cramer DW, Vitonis AF, Terry KL, Welch WR, Titus LJ. The association between talc use and ovarian cancer a retrospective case-control study in two us states. Epidemiology. 2016;27(3):334-46.

55.     Gates MA, Tworoger SS, Terry KL, Titus-Ernstoff L, Rosner B, De Vivo I, et al. Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer. Cancer Epidemiol Biomarkers Prev. 2008;17(9):2436-44.

56.     Chang S, Risch HA. Perineal talc exposure and risk of ovarian carcinoma. CANCER. 1997;79(12):2396-401.

57.     Cramer DW, Liberman RF, Titus-Ernstoff L, Welch WR, Greenberg ER, Baron JA, et al. Genital talc exposure and risk of ovarian cancer. INT J CANCER. 1999;81(3):351-6.

58.     Whittemore AS, Wu ML, Paffenbarger RS, Sarles DL, Kampert JB, Grosser S, et al. Personal and environmental characteristics related to epithelial ovarian cancer: II. Exposures to talcum powder, tobacco, alcohol, and coffee. AM J EPIDEMIOL. 1988;128(6):1228-40.

59.     Mills PK, Riordan DG, Cress RD, Young HA. Perineal talc exposure and epithelial ovarian cancer risk in the central valley of California. INT J CANCER. 2004;112(3):458-64.

60.     Rosenblatt KA, Weiss NS, Cushing-Haugen KL, Wicklund KG, Rossing MA. Genital powder exposure and the risk of epithelial ovarian cancer. Cancer Causes Control. 2011;22(5):737-42.

61.     Ness RB, Cottreau C. Possible role of ovarian epithelial inflammation in ovarian cancer. J Natl Cancer Inst. 1999;91(17):1459-67.

62.     Green A, Purdie D, Bain C, Siskind V, Russell P, Quinn M, et al. Tubal sterilisation, hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group. Int J Cancer. 1997;71(6):948-51.

63.     JNJ000460665-JNJ000460673.

64.     Heller DS, Westhoff C, Gordon RE, Katz N. The relationship between perineal cosmetic talc usage and ovarian talc particle burden. AM J OBSTET GYNECOL. 1996;174(5):1507-10.

65.     Henderson WJ, Joslin CA, Turnbull AC, Griffiths K. Talc and carcinoma of the ovary and cervix. The Journal of obstetrics and gynaecology of the British Commonwealth. 1971;78(3):266-72.

66.     Cramer DW, Welch WR, Berkowitz RS, Godleski JJ. Presence of talc in pelvic lymph nodes of a woman with ovarian cancer and long-term genital exposure to cosmetic talc. Obstet Gynecol. 2007;110(2 II):498-501.

67.     Wehner AP, Weller RE, Lepel EA. On talc translocation from the vagina to the oviducts and beyond. Food and chemical toxicology : an international journal published for the British Industrial Biological Research Association. 1986;24(4):329-38.

68.     Sjosten AC, Ellis H, Edelstam GA. Retrograde migration of glove powder in the human female genital tract. Human reproduction (Oxford, England). 2004;19(4):991-5.

69.     FDA response to Citizen's Petition (2014), JNJ000489048- JNJ000489054.

70.     Longo, et al. Below the Waist Application of Johnson & Johnson Baby Powder (September 2017).

71.     Buz'Zard AR, Lau BHS. Pycnogenol® reduces talc-induced neoplastic transformation in human ovarian cell cultures. Phytother Res. 2007;21(6):579-86.

72.     Cramer DW, Titus-Ernstoff L, McKolanis JR, Welch WR, Vitonis AF, Berkowitz RS, et al. Conditions associated with antibodies against the tumor-associated antigen MUC1 and their relationship to risk for ovarian cancer. Cancer Epidemiol Biomarkers Prev. 2005;14(5):1125-31.

73.     Langseth H, Hankinson SE, Siemiatycki J, Weiderpasse E. Perineal use of talc and risk of ovarian cancer. J Epidemiol Community Health. 2008;62(4):358-60.

74.     Muscat JE, Huncharek MS. Perineal Talc Use and Ovarian Cancer: A Critical Review. European journal of cancer prevention : the official journal of the European Cancer Prevention Organisation (ECP). 2008;17(2):139-46.

75.     Cramer DW, Welch WR, Scully RE, Wojciechowski CA. Ovarian cancer and talc. A case-control study. CANCER. 1982;50(2):372-6.

76.     Hartge P, Hoover R, Lesher LP, McGowan L. Talc and Ovarian Cancer. JAMA. 1983;250(14):1844.

77.     Harlow BL, Weiss NS. A case-control study of borderline ovarian tumors: the influence of perineal exposure to talc. Am J Epidemiol. 1989;130(2):390-4.

78.     Chen Y, Wu PC, Lang JH, Ge WJ, Hartge P, Brinton LA. Risk factors for epithelial ovarian cancer in Beijing, China. Int J Epidemiol. 1992;21(1):23-9.

79.     Harlow BL, Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer risk. Obstet Gynecol. 1992;80(1):19-26.

80.     Rosenblatt KA, Szklo M, Rosenshein NB. Mineral fiber exposure and the development of ovarian cancer. Gynecol Oncol. 1992;45(1):20-5.

81.     Tzonou A, Polychronopoulou A, Hsieh CC, Trichopoulos D, Rebelakos A, Karakatsani A. Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. INT J CANCER. 1993;55(3):408-10.

82.     Purdie D, Green A, Bain C, Siskind V, Ward B, Hacker N, et al. Reproductive and other factors and risk of epithelial ovarian cancer: an Australian case-control study. Survey of Women's Health Study Group. Int J Cancer. 1995;62(6):678-84.

83.     Shushan A, Paltiel O, Iscovich J, Elchalal U, Peretz T, Schenker JG. Human menopausal gonadotropin and the risk of epithelial ovarian cancer *. FERTIL STERIL. 1996;65(1):13-8.

84.     Cook LS, Kamb ML, Weiss NS. Perineal powder exposure and the risk of ovarian cancer. AM J EPIDEMIOL. 1997;145(5):459-65.

85.     Godard B, Foulkes WD, Provencher D, Brunet J-S, Tonin PN, Mes-Masson A-M, et al. Risk factors for familial and sporadic ovarian cancer among French Canadians: A case-control study. AM J OBSTET GYNECOL. 1998;179(2):403-10.

86.     Wong C, Hempling RE, Piver MS, Natarajan N, Mettlin CJ. Perineal talc exposure and subsequent epithelial ovarian cancer: A case- control study. Obstet Gynecol. 1999;93(3):372-6.

87.     Ness RB, Grisso JA, Cottreau C, Klapper J, Vergona R, Wheeler JE, et al. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. Epidemiology. 2000;11(2):111-7.

88.     Langseth H, Kjaerheim K. Ovarian cancer and occupational exposure among pulp and paper employees in Norway. Scandinavian journal of work, environment & health. 2004;30(5):356-61.

89.     Merritt MA, Green AC, Nagle CM, Webb PM, Bowtell D, Chenevix-Trench G, et al. Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. INT J CANCER. 2008;122(1):170-6.

90.     Moorman PG, Palmieri RT, Akushevich L, Berchuck A, Schildkraut JM. Ovarian Cancer Risk Factors in African-American and White Women. AM J EPIDEMIOL. 2009;170(5):598-606.

91.     Kurta ML, Moysich KB, Weissfeld JL, Youk AO, Bunker CH, Edwards RP, et al. Use of fertility drugs and risk of ovarian cancer: Results from a U.S.-based case-control study. Cancer Epidemiol Biomarkers Prev. 2012;21(8):1282-92.

92.     Gates MA, Rosner BA, Hecht JL, Tworoger SS. Risk factors for epithelial ovarian cancer by histologic subtype. Am J Epidemiol. 2010;171(1):45-53.

93.     Gonzalez NL, O'Brien KM, D'Aloisio AA, Sandler DP, Weinberg CR. Douching, talc use, and risk of ovarian cancer. Epidemiology. 2016;27(6):797-802.

94.     Henderson WJ, Hamilton TC, Griffiths K. Talc in normal and malignant ovarian tissue. Lancet. 1979;1(8114):499.

95.     Wehner AP, Hall AS, Weller RE, Lepel EA, Schirmer RE. Do particles translocate from the vagina to the oviducts and beyond? Food and chemical toxicology : an international journal published for the British Industrial Biological Research Association. 1985;23(3):367-72.

96.     Hartge P, Stewart P. Occupation and ovarian cancer: A case-control study in the Washington, DC, metropolitan area, 1978–1981. J Occup Med. 1994;36(8):924-7.

97.     Boorman GA, Seely JC. The lack of an ovarian effect of lifetime talc exposure in F344/N rats and B6C3F1 mice. REGUL TOXICOL PHARMACOL. 1995;21(2):242-3.

98.     Cramer DW, Xu H. Epidemiologic evidence for uterine growth factors in the pathogenesis of ovarian cancer. Ann Epidemiol. 1995;5(4):310-4.

99.     Heller DS, Gordon RE, Westhoff C, Gerber S. Asbestos exposure and ovarian fiber burden. AM J IND MED. 1996;29(5):435-9.

100.    Rosenblatt KA, Mathews WA, Daling JR, Voigt LF, Malone K. Characteristics of women who use perineal powders. Obstet Gynecol. 1998;92(5):753-6.

101.    Muscat J, Huncharek M, Cramer DW.Talc and anti-MUC1 antibodies.Cancer Epidemiol Biomarkers Prev. 2005 Nov;14(11 Pt 1):2679; author reply.

102.    Keskın N, Teksen YA, Ongun EG, Özay Y, Saygılı H. Does long-term talc exposure have a carcinogenic effect on the female genital system of rats? An experimental pilot study. Arch Gynecol Obstet. 2009;280(6):925-31.

103.     Karageorgi S, Gates MA, Hankinson SE, De Vivo I. Perineal use of talcum powder and endometrial cancer risk. Cancer Epidemiol Biomarkers Prev. 2010;19(5):1269-75.

104.     Gordon RE, Fitzgerald S, Millette J. Asbestos in commercial cosmetic talcum powder as a cause of mesothelioma in women. International journal of occupational and environmental health. 2014;20(4):318-32.

105.     Pierce JS, Riordan AS, Miller EW, Gaffney SH, Hollins DM. Evaluation of the presence of asbestos in cosmetic talc products. Inhalation toxicology. 2017;29(10):443-56.

106.     Nicole M Fletcher, Ira Memaj, Ghassan M Saed.  Talcum Powder Enhances Cancer Antigen 125 levels in Ovarian Cancer Cells, Society for Reproductive Investigation 65th Annual Scientific Meeting, LB-044. 2018.

107.     Hamilton TC, Fox H, Buckley CH, Henderson WJ, Griffiths K. Effects of talc on the rat ovary. British journal of experimental pathology. 1984;65(1):101-6.

108.     NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)(Non-Asbestiform) in F344/N Rats and B6C3F1 Mice (Inhalation Studies). National Toxicology Program technical report series. 1993;421:1-287.

109.     Shukla A, MacPherson MB, Hillegass J, Ramos-Nino ME, Alexeeva V, Vacek PM, et al. Alterations in gene expression in human mesothelial cells correlate with mineral pathogenicity. American journal of respiratory cell and molecular biology. 2009;41(1):114-23.

110.     Liberati A, Altman DG, Tetzlaff J, Mulrow C, Gøtzsche PC, Ioannidis JPA, et al. The PRISMA Statement for Reporting Systematic Reviews and Meta-Analyses of Studies That Evaluate Health Care Interventions: Explanation and Elaboration. PLOS Medicine. 2009;6(7):e1000100.

111.     Berretta M, Micek A, Lafranconi A, Rossetti S, Di Francia R, De Paoli P, et al. Coffee consumption is not associated with ovarian cancer risk: a dose-response meta-analysis of prospective cohort studies. Oncotarget. 2018;9(29):20807-15.

112.     Ong JS, Hwang LD, Cuellar-Partida G, Martin NG, Chenevix-Trench G, Quinn MCJ, et al. Assessment of moderate coffee consumption and risk of epithelial ovarian cancer: a Mendelian randomization study. Int J Epidemiol. 2018;47(2):450-9.

113.     Cramer DW, Piver MS. Perineal talc exposure and subsequent epithelial ovarian cancer: A case-control study [4] (multiple letters). Obstet Gynecol. 1999;94(1):160-1.

114.     Giovannucci E, Stampfer MJ, Colditz GA, Manson JE, Rosner BA, Longnecker MP, et al. Recall and selection bias in reporting past alcohol consumption among breast cancer cases. Cancer Causes & Control. 1993;4(5):441-8.

115.     Rice MS, Murphy MA, Tworoger SS. Tubal ligation, hysterectomy and ovarian cancer: A meta-analysis. Journal of ovarian research. 2012;5(1):13-.

116.     IMERYS137677.

117.     Zazenski R, Ashton WH, Briggs D, Chudkowski M, Kelse JW, MacEachern L, et al. Talc: occurrence, characterization, and consumer applications. Regulatory toxicology and pharmacology : RTP. 1995;21(2):218-29.

118.     Klaassen CD, Watkins JB. Casarett & Doull's Essentials of Toxicology, Third Edition. Leikauf G.D., editor. New York: McGraw-Hill Education; 2015.

119.     Suzuki Y, Kohyama N. Translocation of inhaled asbestos fibers from the lung to other tissues. Am J Ind Med. 1991;19(6):701-4.

120.     Bunderson-Schelvan M, Pfau JC, Crouch R, Holian A. Nonpulmonary outcomes of asbestos exposure. Journal of toxicology and environmental health Part B, Critical reviews. 2011;14(1-4):122-52.

121.     Kelly MG, Pejovic T, Nezhat FR. What is the relationship between endometriosis and epithelial ovarian cancer? CME J Gynecol Oncol. 2003;8(1):41-7.

122.     Rasmussen CB, Kjaer SK, Albieri V, Bandera EV, Doherty JA, Hogdall E, et al. Pelvic Inflammatory Disease and the Risk of Ovarian Cancer and Borderline Ovarian Tumors: A Pooled Analysis of 13 Case-Control Studies. Am J Epidemiol. 2017;185(1):8-20.

123.     Trabert B, Pinto L, Hartge P, Kemp T, Black A, Sherman ME, et al. Pre-diagnostic serum levels of inflammation markers and risk of ovarian cancer in the Prostate, Lung, Colorectal and Ovarian Cancer (PLCO) Screening Trial. Gynecol Oncol. 2014;135(2):297-304.

124.     Ghassan M Saed,.Robert T Moriss and Nicole Fletecher. New Insights into the Pathogenesis of Ovarian Cancer: Oxidative Stress. 2018 October 24 2018.  Available from https://www.intechopen.com/books/ovarian-cancer-from-pathogenesis-to-treatment

125.     Saed GM, Diamond MP, Fletcher NM. Updates of the role of oxidative stress in the pathogenesis of ovarian cancer. Gynecol Oncol. 2017;145(3):595-602.

126.     Oberdorster G. The NTP Talc Inhalation Study: A Critical Appraisal Focused on Lung Particle Overload. REGUL TOXICOL PHARMACOL. 1995;21(2):233-41.

127.     Camargo MC, Stayner LT, Straif K, Reina M, Al-Alem U, Demers PA, et al. Occupational exposure to asbestos and ovarian cancer: a meta-analysis. Environmental health perspectives. 2011;119(9):1211-7.

128.     WHO IARC. Preamble. [Web]. Lyon, France: IARC; 2006 [updated September 4 2015; cited 2018 Nov 10]. Available from: https://monographs.iarc.fr/preamble-to-the-iarc-monographs-amended-january-2006/.

129.     Baan R, Straif K, Grosse Y, Secretan B, El Ghissassi F, Cogliano V. Carcinogenicity of carbon black, titanium dioxide, and talc. The Lancet Oncology.7(4):295-6.

130.     Fiume M, Ivan B, Wilma FB, Donald VB, Ronald AH, Curtis DK, et al. Safety Assessment of Talc as Used in Cosmetics. International Journal of Toxicology. 2015;34(1_suppl):66S-129S

131.     Reports of the Surgeon General. The Health Consequences of Involuntary Exposure to Tobacco Smoke: A Report of the Surgeon General. Atlanta (GA): Centers for Disease Control and Prevention (US); 2006.

132.     Rothwell PM, Cook NR, Gaziano JM, Price JF, Belch JFF, Roncaglioni MC, et al. Effects of aspirin on risks of vascular events and cancer according to bodyweight and dose: analysis of individual patient data from randomised trials. Lancet. 2018;392(10145):387-99.

133.     Wang X, Ouyang Y, Liu J, Zhu M, Zhao G, Bao W, et al. Fruit and vegetable consumption and mortality from all causes, cardiovascular disease, and cancer: systematic review and dose-response meta-analysis of prospective cohort studies. BMJ : British Medical Journal. 2014;349.

**Table 1. AMSTAR (Assessing the Methodologic Quality of Systematic Reviews) Rating of Systematic Reviews and/or Meta-analysis of Genital Talc use and Ovarian Cancer**

| Criterion | Harlow et al 1992[1] | Gross and Berg et al 1995[2] | Cramer et al 1999[3] | Huncharek et al 2003[4] | Langseth et al 2007[5] | Terry et al 2013 #[6] | Berge et al 2018[7] | Penninkilampi and Eslick 2018.[8] | Huncharek et al 2007 9*[9] |
|---|---|---|---|---|---|---|---|---|---|
| *A priori design* | UA | Y | N | UA | UA | Y | Y | Y | UA |
| *Duplicate study selection & extraction* | N | N | N | Y | N | NA | Y | Y | Y |
| *Comprehensive search* | N | N | N | UA | N | NA | Y | Y | N |
| *Status of publication used as criterion* | UA | N | UA | Y | UA | NA | Y | N | Y |
| *List of included & excluded studies* | N | N | N | N | N | Y | Y | Y | N |
| *Characteristics of studies provided* | N | Y | N | N | N | Y | Y | Y | Y |
| *Scientific quality of studies addressed* | N | UA | N | N | Y | Y | Y | Y | N |
| *Scientific quality of studies used in formulating conclusions* | N | Y | UA | N | Y | Y | Y | Y | N |
| *Methods of combining studies appropriate* | N | Y | Y | Y | Y | Y | Y | Y | N |
| *Likelihood of publication bias addressed* | N | N | N | N | N | NA | Y | Y | N |
| *Conflict of interest included* | Y | Y | Y | UA@ | Y | Y | Y | Y | UA@ |

*Meta-analysis by Huncharek et al in 2007 et al evaluated only talc on contraceptive diaphragms

# Terry et al 2013 conducted an individual participant data pooled analysis so several items for systematic review NA

@ Incomplete financial disclosures of role of sponsor in meta-analysis

Y= Yes N= No; NA= Not applicable; UA : Unable to answer

1. Harlow BL, Cramer DW, Bell DA, et al. Perineal exposure to talc and ovarian cancer risk. *Obstet Gynecol* 1992;80(1):19-26.

2. Gross AJ, Berg PH. A meta-analytical approach examining the potential relationship between talc exposure and ovarian cancer. *J EXPOS ANAL ENVIRON EPIDEMIOL* 1995;5(2):181-95.

3. Cramer DW, Liberman RF, Titus-Ernstoff L, et al. Genital talc exposure and risk of ovarian cancer. *INT J CANCER* 1999;81(3):351-56.

4. Huncharek M, Geschwind JF, Kupelnick B. Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: A meta-analysis of 11, 933 subjects from sixteen observational studies. *Anticancer Res* 2003;23(2 C):1955-60.

5. Langseth H, Hankinson SE, Siemiatycki J, et al. Perineal use of talc and risk of ovarian cancer. *J Epidemiol Community Health* 2008;62(4):358-60. doi: 10.1136/jech.2006.047894

6. Terry KL, Karageorgi S, Shvetsov YB, et al. Genital powder use and risk of ovarian cancer: A pooled analysis of 8,525 cases and 9,859 controls. *Cancer Prev Res* 2013;6(8):811-21. doi: 10.1158/1940-6207.CAPR-13-0037

7. Berge W, Mundt K, Luu H, Boffetta P. Genital use of talc and risk of ovarian cancer: a meta-analysis. EurJ Cancer Prev. 2018; 27(3): 248-257

8. Penninkilampi R, Eslick GD. Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis. *Epidemiology* 2018;29(1):41-49. doi: 10.1097/ede.0000000000000745 [published Online First: 2017/09/02]

9. Huncharek M, Muscat J, Onitilo A, et al. Use of cosmetic talc on contraceptive diaphragms and risk of ovarian cancer: A meta-analysis of nine observational studies. *EurJ Cancer Prev* 2007;16(5):422-29. doi: 10.1097/01.cej.0000236257.03394.4a

## Additional Materials and Data Considered

1.      Adler RH, Rappole BW. Recurrent malignant pleural effusions and talc powder aerosol treatment. Surgery. 1967;62(6):1000-6.

2.      Adler RH, Sayek I. Treatment of malignant pleural effusion: a method using tube thoracostomy and talc. The Annals of thoracic surgery. 1976;22(1):8-15.

3.      Ainsworth S. Not safe for babies' bottom? The practising midwife. 2009;12(4):42.

4.      Baker TR, Piver MS. Etiology, biology, and epidemiology of ovarian cancer. Semin Surg Oncol. 1994;10(4):242-8.

5.      Balkwill, Mantovani. Inflammation and Cancer: Back to Vircvchow? Lancet. 2011; 357(9255):539-45.

6.      Barbetakis N, Asteriou C, Papadopoulou F, Samanidis G, Paliouras D, Kleontas A, et al. Early and late morbidity and mortality and life expectancy following thoracoscopic talc insufflation for control of malignant pleural effusions: A review of 400 cases. J Cardiothoracic Surg. 2010;5(1).

7.      Begg, March. Cause and Association: missing the forest for the trees. American Journal of Public Health (AJPH). 2018; Vol. 108, No. 5.

8.      Bernal LS, Ramos CLM. Risk factors for ovary carcinoma. REV INST NAC CANCEROL. 1996;42(4):213-20.

9.      Berge, Wera, Kenneth Mundt, Hung Luu, and Paolo Boffetta. 2017. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention*, January, 1. https://doi.org/10.1097/CEJ.0000000000000340.

10.     Bielsa S, Hernández P, Rodriguez-Panadero F, Taberner T, Salud A, Porcel JM. Tumor type influences the effectiveness of pleurodesis in malignant effusions. Lung. 2011;189(2):151-5.

11.     Boente MP, Godwin AK, Hogan WM. Screening, imaging, and early diagnosis of ovarian cancer. CLIN OBSTET GYNECOL. 1994;37(2):377-91.

12.     Bondoc AYP, Bach PB, Sklarin NT, Vander Els NJ. Arterial Desaturation Syndrome Following Pleurodesis with Talc Slurry: Incidence, Clinical Features, and Outcome. Cancer Invest. 2003;21(6):848-54.

13.     Bronner GM, Baas P, Beijnen JH. Pleurodesis in malignant pleural effusions. NED TIJDSCHR GENEESKD. 1997;141(38):1810-4.

14.     Bulbulyan MA, Ilychova SA, Zahm SH, Astashevsky SV, Zaridze DG. Cancer mortality among women in the Russian printing industry. AM J IND MED. 1999;36(1):166-71.

15.     Carr CJ. Talc: Consumer uses and health perspectives. Proceedings of a Workshop. Bethesda, Maryland, January 31-February 1, 1994 . Regulatory Toxicology and Pharmacology: RTP. 1995; 21(2):211-60.

16.     Chang, Tu, Chen, Yang. Occupational exposure to talc increases the risk of lung cancer: a meta-analysis of occupational cohort studies. Canadian Respiratory Journal. 2017; 2017:1270608.

17.     Chi DS, Abu-Rustum NR, Sonoda Y, Chen SWW, Flores RM, Downey R, et al. The benefit of video-assisted thoracoscopic surgery before planned abdominal exploration in

patients with suspected advanced ovarian cancer and moderate to large pleural effusions. Gynecol Oncol. 2004;94(2):307-11.

18.     Cook LS. No significant association was found between perinea! talcum powder use and epithelial ovarian cancer. Evid-based Obstet Gynecol. 2000;2(2):53-4.

19.     Coussens, L.M. and and Z Werb. Inflammation and cancer. Nature. 2002; 420(6917):860-867.

20.     Cralley L, M Key, D Groth, W Lainhart, R Ligo. Fibrous and mineral content of cosmetic talcum products. American Industrial Hygiene Association Journal. 1968; 29(4):350-354.

21.     Cramer DW, Finn OJ. Epidemiologic perspective on immune-surveillance in cancer. Curr Opin Immunol. 2011;23(2):265-71.

22.     Cramer DW. The Epidemiology of Endometrial and Ovarian Cancer. Hematol Oncol Clin North Am. 2012;26(1):1-12.

23.     Critchley LA, Au HK, Yim AP. Reexpansion pulmonary edema occurring after thoracoscopic drainage of a pleural effusion. Journal of clinical anesthesia. 1996;8(7):591-4.

24.     Crusz, Balkwill . Inflammation and cancer: advances and new agents. Nature reviews. Clinical Oncology. 2015; 12(10):584-96.

25.     Curie P, Sussmann M, Treisser A, Renaud R. Epidemiologic factors in ovarian carcinoma. REV FR GYNECOL OBSTET. 1985;80(6):379-82.

26.     Current Intelligence Bulletin 62(Rev/4/2011) – Asbestos fibers and other elongate mineral particles: state of the science and roadmap for research. National Institute for Occupational Safety and Health (NIOSH) DHSS. (NIOSH) publication No. 2011-159.

27.     Dalley VM. The role of radiotherapy and chemotherapy in the treatment of cancer of the ovary. Int J Radiat Oncol Biol Phys. 1982;8(2):251-5.

28.     Daly M, Obrams GI. Epidemiology and risk assessment for ovarian cancer. Semin Oncol. 1998;25(3):255-64.

29.     Dement, Schuler, Zumwalde. "fiber exposure during use of baby powders". National Institute for Occupational Safety and Health, IWS. 1972; 36-6:1-13.

30.     Dial J, Marzusch K. Ovarian surface epithelium and human ovarian cancer. Gynecol Obstet Invest. 1993;35(3):129-35.

31.     Dietl J, Buchholz F, Stoll P. The ovarian surface epithelium and its histogenetic relation to ovarian carcinoma. GEBURTSHILFE FRAUENHEILKD. 1986;46(9):561-6.

32.     Eberl, George, May Jr., Henderson. Comparative evaluation of the effects of talcum and new absorbable substitute of surgical gloves. The American Journal of Surgery. 1948; Vol. 75, Issue 3, Pgs. 493-497.

33.     Egli G, M. Newton. The transport of carbon particles in the human female reproductive tract, Fertility and Sterility 1961;12(April):151-55.

34.     Elmasry K, Gayther SA. Ovarian cancer aetiology: Facts and fiction. J Fam Plann Reprod Health Care. 2006;32(2):82-6.

35.     Eltabbakh GH, Piver MS, Natarajan N, Mettlin CJ. Epidemiologic differences between women with extraovarian primary peritoneal carcinoma and women with epithelial ovarian cancer. Obstet Gynecol. 1998;91(2):254-9.

36.     Erickson KV, Yost M, Bynoe R, Almond C, Nottingham J. Primary treatment of malignant pleural effusions: video-assisted thoracoscopic surgery poudrage versus tube thoracostomy. The American surgeon. 2002;68(11):955-9; discussion 9-60.

37.     Fedak, Kristen M., Autumn Bernal, Zachary A. Capshaw, and Sherilyn Gross. 2015. "Applying the Bradford Hill Criteria in the 21st Century: How Data Integration Has Changed Causal Inference in Molecular Epidemiology." *Emerging Themes in Epidemiology* 12 (14). https://doi.org/10.1186/s12982-015-0037-4.

38.     Federal Judicial Center and National Research Council of the National Academies (2011). Reference Manual on Scientific Evidence, Third Edition. Washington, D.C., The National Academies Press.

39.     Fernandes, Cobucci, Jatoba, Fernandes, deAzevedo, De Arujo.The role of the mediatiors of inflammation in cancer development. Pathology Oncology Research: POR. 2015; 21(3):527-34.

40.     Fletcher N, J Belotte, M Saed, Memaj, M Diamond, R Morris, G Saed . Talcum Specific point mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian cancer. Fee Radical Bilogy and Medicine. 2016; 102:122-132.

41.     Filosso PL, Sandri A, Felletti G, Ruffini E, Lausi PO, Oliaro A. Preliminary results of a new small-bore percutaneous pleural catheter used for treatment of malignant pleural effusions in ECOG PS 3-4 patients. Eur J Surg Oncol. 2011;37(12):1093-8.

42.     Folkins A, E Jarboe, J Hecht, M Muto and C Crum (2018). "Chapter 24 – Assessing pelvic epithelial cancer risk and intercepting early malignancy." In Diagnostic Gynecologic and Obstetric Pathology (Third Edition), 844-64. Philadelphia: Content Repository Only! https://doi.org/10.1016/B978-0-323-44732-4.00024-8.

43.     Galea, Rogers. Moving beyond the cause constraint: a public health of consequence. The American Journal of Public Health. Vol. 108, No.5. 2018; Editorial 602-603.

44.     Glyone S. Two cases of squamous carcinoma of the lung occurring in asbestosis. Tubercle. 1935; (17)1:5-10.

45.     Gori GB. Session II: Introduction-ovarian exposure concerns. REGUL TOXICOL PHARMACOL. 1995;21(2):252-3.

46.     Goff BA, Mueller PR, Muntz HG, Rice LW. Small chest-tube drainage followed by bleomycin sclerosis for malignant pleural effusions. Obstet Gynecol. 1993;81(6):993-6.

47.     Graham, Jenkins. Value of modified starch as substitute for talc. Lancet. 1952; 1(6708):590-1.

48.     Griffiths K, Chandler JA, Henderson WJ, Joslin CAF. Ovarian cancer: some new analytical approaches. Postgrad Med J. 1973;49(568):69-72.

49.     Grivennikov, Greten, Karin M. Immunity, inflammation and cancer. Cell. 2010; 140(6):883-99.

50.     Gross JL, Disanzio TG, Younes RN, Haddad FJ, Da Silva RA, Avertano ABM. Do concomitant ascites influence the effectiveness of palliative surgical management of pleural effusion in patients with malignancies? World J Surg. 2009;33(2):266-71.

51.     Harper A, G Saed. Talc induces a pro-oxidant state in normal and ovarian cancer cells through gene point mutations in key redox enzymes - Abstract, Society of Gynecologic Oncology, 2018, *in press*.

52.     Hartge PA. A Review of Perineal Talc Exposure and Risk of Ovarian Cancer. REGUL TOXICOL PHARMACOL. 1995;21(2):254-60.

53.     Harter P, Du Bois A. Does tubal sterilization protect against ovarian cancer? Gynakol Prax. 2003;27(3):455-8.

54.     Herbst AL. The epidemiology of ovarian carcinoma and the current status of tumor markers to detect disease. AM J OBSTET GYNECOL. 1994;170(4):1099-107.

55.     Hernan. The C-word: scientific euphemisms do not improve causal inference from observational data. The American Journal of Public Health (AJPH). 2018; Vol. 108. No. 5:616-619.

56.     Horiuchi A, Konishi I. Prevention of ovarian cancer development. Nippon Rinsho. 2004;62 Suppl 10:597-600.

57.     Horn D, Dequanter D, Lothaire P. Palliative treatment of malignant pleural effusions. Acta Chir Belg. 2010;110(1):32-4.

58.     Huncharek M, Muscat J. Perineal talc use and ovarian cancer risk: A case study of scientific standards in environmental epidemiology. EurJ Cancer Prev. 2011;20(6):501-7.

59.     IARC (International Agency for Research on Cancer) (1987) Talc. IARC monographs on evaluation of carcinogenic risk of chemicals to humans, Vol. 42, IARC, Lyon, France, 185-224.

60.     IARC (International Agency for Research on Cancer) (2010) Carbon black, titanium dioxide, and talc, Vol. 93, IARC, Lyon, France.

61.     IARC (International Agency for Research on Cancer) (2012) Talc. Arsenic, Metals Fibres, and Dusts: A review of human carcinogens, Vol. 100C, IARC, Lyon, France.

62.     Institute of Medicine; National Academies of Sciences, Engineering, and Medicine (2016). *Ovarian Cancers: Evolving Paradigms in Research and Care*

63.     Hunn J, Rodriguez GC. Ovarian cancer: Etiology, risk factors, and epidemiology. CLIN OBSTET GYNECOL. 2012;55(1):3-23.

64.     Jordan SJ, Purdie DM, Whiteman DC, Webb PM. Risk factors for epithelial ovarian cancer. Cancer Forum. 2003;27(3):148-51.

65.     Kasper CS, Chandler PJ, Jr. Possible morbidity in women from talc on condoms. JAMA. 1995;273(11):846-7.

66.     Kennedy L, Rusch VW, Strange C, Ginsberg RJ, Sahn SA. Pleurodesis using talc slurry. CHEST. 1994;106(2):342-6.

67.     Kiraly O, Gong G, Olipitz W, Muthupalani S, Engelward BP. Inflammation-induced cell proliferation potentiates DNA damage-induced mutations in vivo. PLoS genectics. 2015; 11(2): e1004901.

68.      Kolschmann S, Ballin A, Gillissen A. Clinical efficacy and safety of thoracoscopic talc pleurodesis in malignant pleural effusions. CHEST. 2005;128(3):1431-5.

69.      Kupryjańczyk J. Adenomatoid tumour of the ovary and uterus in the same patient. Zentralbl Allg Pathol. 1989;135(5):437-44.

70.      Ladjimi S, M'Raihi L, Djemel A, Mathlouthi A, Ben Ayed F, Zegaya M. [Results of talc administration using thoracoscopy in neoplastic pleurisies. Apropos of 218 cases]. Revue des maladies respiratoires. 1989;6(2):147-50.

71.      Langseth H, Andersen A. Cancer incidence among women in the Norwegian pulp and paper industry. AM J IND MED. 1999;36(1):108-13.

72.      Lauchlan SC. The secondary mullerian system revisited. International journal of gynecological pathology : official journal of the International Society of Gynecological Pathologists. 1994;13(1):73-9.

73.      La Vecchia C. Epidemiology of ovarian cancer: A summary review. EurJ Cancer Prev. 2001;10(2):125-9.

74.      Levin. "Baby powder battles: Johnson & Johnson internal documents reveal asbestos worries". https//www.fairwarning.org/2018/01/talc-documents-reveal/.

75.      Lockey. Nonasbestos fibrous minerals. Clinics in chest medicine. 1981; 2(2):203-18.

76.      Lombardi G, Nicoletto MO, Gusella M, Fiduccia P, Dalla Palma M, Zuin A, et al. Intrapleural paclitaxel for malignant pleural effusion from ovarian and breast cancer: A phase II study with pharmacokinetic analysis. Cancer Chemother Pharmacol. 2012;69(3):781-7.

77.      Longo D, Young R. COSMETIC TALC AND OVARIAN CANCER. Lancet. 1979;314(8150):1011-2.

78.      Lowe KA, Shah C, Wallace E, Anderson G, Paley P, McIntosh M, et al. Effects of personal characteristics on serum CA125, mesothelin, and HE4 levels in healthy postmenopausal women at high-risk for ovarian cancer. Cancer Epidemiol Biomarkers Prev. 2008;17(9):2480-7.

79.      Lundin, Dossus, Clendenen, Krogh, Grankvist, Wulff, Sieri, Arlsan, Lenner, Berrino, Hallmans, Zeleniuch-Jacquotte, Toniolo, Lukanova. C-reactive protein and ovarian cancer: a prospective study nested in three cohorts (Sweden, USA, Italy). Caner Causes & Control: CCC. 2009; Vol. 20, Issue 7, PP 1151-1159.

80.      Lumachi F, Mazza F, Ermani M, Chiara GB, Basso SMM. Talc pleurodesis as surgical palliation of patients with malignant pleural effusion. Analysis of factors affecting survival. Anticancer Res. 2012;32(11):5071-4.

81.      Mad'Ar R, Straka S, Baška T. Is ovarian cancer associated with talcum powder? Hygiena. 2002;47(4):239-42.

82.      Mager HJ, Maesen B, Verzijlbergen F, Schramel F. Distribution of talc suspension during treatment of malignant pleural effusion with talc pleurodesis. Lung cancer (Amsterdam, Netherlands). 2002;36(1):77-81.

83.      Malden LT, Tattersall MH. Malignant effusions. QJM. 1986;58(3-4):221-39.

83

84.     Mallen, Townsend, Tworoger. Risk factors for ovarian carcinoma. Hematology/Oncology Clinics of North America. 2018; 32(6):891-902.

85.     Markman M, Muggia FM. Intracavitary chemotherapy. Crit Rev Oncol Hematol. 1985;3(3):205-33.

86.     Mayer D, C Kasper, P Chandler (1995). To the Editor: Talc and Condoms and reply, JAMA 274(16):1269.

87.     McLemore MR, Miaskowski C, Aouizerat BE, Chen LM, Dodd MJ. Epidemiological and genetic factors associated with ovarian cancer. Cancer Nurs. 2009;32(4):281-8.

88.     Medford ARL, Maskell NA. A national survey of oncologist and chest physicians' attitudes towards empirical anti-oestrogen therapy, early pleurodesis and preference of sclerosing agents in malignant breast and ovarian pleural disease [1]. Palliative Med. 2005;19(5):430-1.

89.     Meisler JG. Toward optimal health: The experts discuss ovarian cancer. J Women's Health Gender Med. 2000;9(7):705-10.

90.     Møller P, P Danielsen, K Jantzen, M Roursgaard & S Loft. Oxidatively damaged DNA in animals exposed to particles, Critical Reviews in Toxicology, 2013;43:2, 96-118

91.     Møller P, N Jacobsen, J Folkmann, P Danielsen, L Mikkelsen, J Hemmingsen, L Vesterdal, L Forchhammer, H Wallin & S Loft. Role of oxidative damage in toxicity of particulates, Free Radical Research, 2010;44:1, 1-46.

92.     Musani AI. Treatment options for malignant pleural effusion. Curr Opin Pulm Med. 2009;15(4):380-7.

93.     Muscat JE, Barish M. Epidemiology of talc exposure and ovarian cancer: A critical assessment.  Comments Toxicol. 1998;6(5):327-35.

94.     Muscat JE, Wynder EL. Re: "Perineal powder exposure and the risk of ovarian cancer". AM J EPIDEMIOL. 1997;146(9):786.

95.     Moon M, J Park, B Choi, S Park, D Kim, Y Chung, N Hisanaga, I Yu. Risk assessment of baby powder exposure through inhalation. Official Journal of Korean Society of Toxicology. 27(3):137-147.

96.     Narod SA. Talc and ovarian cancer. Gynecol Oncol. 2016.

97.     Natow AJ. Talc: need we beware? Cutis. 1986;37(5):328-9.

98.     Neill AS, Nagle CM, Spurdle AB, Webb PM. Use of talcum powder and endometrial cancer risk. Cancer Causes Control. 2012;23(3):513-9.

99.     Newhouse ML. Cosmetic talc and ovarian cancer. Lancet. 1979;2(8141):528.

100.    Ness RB. Ovarian cancer, inflammation and endometriosis. CME J Gynecol Oncol. 2003;8(1):33-40.

101.    Ness, R. Does talc exposure cause ovarian cancer?:IGCS-0015 Ovarian Cancer. International Journal of Gynecological Cancer: Official Journal of the International Gynecological Cancer Society, 2015;25 Suppl. 1:51

102.    Özyurtkan MO, Balci AE, Çakmak M. Predictors of mortality within three months in the patients with malignant pleural effusion. Eur J Intern Med. 2010;21(1):30-4.

103.     Okada. Beyond foreign-body induced carcinogesis: impact of reactive oxygen species derived from inflammatory cells in tumorigenic conversion and tumor progression. Internal Journal of Cancer. 2007; 121(11):2364-72.

104.     Park, Schidlkraut, Alberg, Bandera, Barnholtz-Sloan, Bondy, Crankshaw, Funkhouser, Moorman, Peters, Terry, Wang, Ruterbusch, Schwartz, Cote. Benign gynecology conditions are associated with ovarian cancer risk in African-American women: a case control study. Cancer Causes Control. 2018; Vol. 29, Issue 11, PP 1081-1091.

105.     Pauler DK, Menon U, McIntosh M, Symecko HL, Skates SJ, Jacobs IJ. Factors influencing serum ca125ii levels in healthy postmenopausal women. Cancer Epidemiol Biomarkers Prev. 2001;10(5):489-93.

106.     Pelfrene A, Shubik P. Is talc a carcinogen? A review of present data. NOUV PRESSE MED. 1975;4(11):801-3.

107.     Porzio G, Marchetti P, Paris I, Narducci F, Ricevuto E, Ficorella C. Hypersensitivity reaction to carboplatin: Successful resolution by replacement with cisplatin. Eur J Gynaecol Oncol. 2002;23(4):335-6.

108.     Radic, Vucak, Milosevic, Marusic, Vukicevic, Marusic. Immunosuppression induced by talc granulomatosis in the rat.  Clinical and Experimental Immunology. 1988; 73(2):316-21.

109.     Reid BM, Permuth JB, Sellers TA. Epidemiology of ovarian cancer: a review. Cancer Biol Med. 2017;14(1):9-32.

110.     Reid, De Klerk, Musk. Does exposure to asbestos cause ovarian cancer? A systematic literature review and meta-analysis. Cancer Epidemiology, Biomarkers & Prevention: a Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology. 2011; 20(7):1287-98.

111.     Rothman, K., Greenland, S., & Lash, TL. (2008). Modern Epidemiology, 3rd Edition. Philadelphia, PA: Lippincott Williams & Wilkins.

112.     Reuter, Gupta, Chaturvedi, Aggarwal. Oxidative stress, inflammation, and cancer: how are they linked?. Free Radical Biology & Medicine. 2010; 49(11):1603-16.

113.     Roe FJ. Controversy: cosmetic talc and ovarian cancer. Lancet. 1979;2(8145):744.

114.     Ross. Geology, asbestos and health. Environmental Health Perspectives. 1974; 9:123-124.

115.     Sagae S, Mori M, Moore MA. Risk factors for ovarian cancers: Do subtypes require separate treatment in epidemiological studies? Asian Pac J Cancer Preven. 2012;3(1):5-16.

116.     Saka H, Shimokata K. State of the art: treatment of malignant pleural and pericardial effusions. Gan To Kagaku Ryoho. 1997;24 Suppl 3:418-25.

117.     Salehi F, Dunfield L, Phillips KP, Krewski D, Vanderhyden BC. Risk factors for ovarian cancer: An overview with emphasis on hormonal factors. J Toxicol Environ Health Part B Crit Rev. 2008;11(3-4):301-21.Salvador S, Scott S, Francis JA, Agrawal A, Giede C. No. 344- Opportunistic Salpingectomy and Other Methods of Risk Reduction for Ovarian/Fallopian Tube/Peritoneal Cancer in the General Population. J Obstet Gynaecol Can. 2017;39(6):480-93.

118.    Salvador S, Scott S, Francis JA, Agrawal A, Giede C. No 344-Salpingectomie opportuniste et autres méthodes pour réduire le risque de cancer de l'ovaire, de la trompe de Fallope et du péritoine dans la population générale. J Obstet Gynaecol Can. 2017;39(6):494-508.

119.    Sanchez-Armengol A, Rodriguez-Panadero F. Survival and talc pleurodesis in metastatic pleural carcinoma, revisited: Report of 125 cases. CHEST. 1993;104(5):1482-5.

120.    Shan, Lui. Inflammation: a hidden path to breaking the spell of ovarian cancer. Cell Cycle (Georgetorn, Tex). 2009; 8(19):31707-11.

121.    Shedbalkar AR, Head JM, Head LR, Murphy DJ, Mason JH. Evaluation of talc pleural symphysis in management of malignant pleural effusion. J Thorac Cardiovasc Surg. 1971;61(3):492-7.

122.    Shen N, Weiderpass E, Antilla A, Goldberg MS, Vasama-Neuvonen KM, Boffetta P, et al. Epidemiology of occupational and environmental risk factors related to ovarian cancer. Scandinavian journal of work, environment & health. 1998;24(3):175-82.

123.    Shlebak AA, Clark PI, Green JA. Hypersensitivity and cross-reactivity to cisplatin and analogues. Cancer Chemother Pharmacol. 1995;35(4):349-51. Silva EG. The Origin of Epithelial Neoplasms of the Ovary: An Alternative View. Adv Anat Pathol. 2016;23(1):50-7.

124.    Shoham Z. Epidemiology, etiology, and fertility drugs in ovarian epithelial carcinoma: Where are we today? FERTIL STERIL. 1994;62(3):433-48.

125.    Sioris T, Sihvo E, Salo J, Räsänen J, Knuuttila A. Long-term indwelling pleural catheter (PleurX) for malignant pleural effusion unsuitable for talc pleurodesis. Eur J Surg Oncol. 2009;35(5):546-51.

126.    Sueblinvong T, Carney ME. Ovarian cancer: risks. Hawaii Med J. 2009;68(2):40-6.

127.    Sueblinvong T, Carney ME. Current understanding of risk factors for ovarian cancer. Curr Treat Options Oncol. 2009;10(1-2):67-81.

128.    Tamaya T. Epidemiology of ovarian cancer. Nippon Rinsho. 2004;62 Suppl 10:435-40.

129.    Tortolero-Luna G, Mitchell MF. The epidemiology of ovarian cancer. Journal of cellular biochemistry Supplement. 1995;23:200-7.

130.    Tortolero-Luna G, Mitchell MF, Rhodes-Morris HE. Epidemiology and screening of ovarian cancer. OBSTET GYNECOL CLIN NORTH AM. 1994;21(1):1-23.

131.    Trabert B, R Ness, W Lo-Ciganic, M Murph, E Goode, E Poole, L Brinton, et al (2014). Aspirin, Nonaspirin Nonsteroidal Anti-inflammatory drug, and acetaminophen use and risk of invasive epithelial ovarian cancer: a pooled analysis in the Ovarian Cancer Association Consortium, Journal of the National Cancer Institute 106(2):djt431.

132.    Urban N, Hawley S, Janes H, Karlan BY, Berg CD, Drescher CW, et al. Identifying post-menopausal women at elevated risk for epithelial ovarian cancer. Gynecol Oncol. 2015;139(2):253-60.

133.    U.S. Department of Health & Human Service – Public Health Service, Agency for Toxic Substances and Disease Registry – "Toxicological profile for asbestos". https://www.atsdr.cdc.gov/toxprofiles/tp61.pdf.

134.     Van Gosen B, H Lowers, S Sutley, and C. Gent. Using the geologic setting of talc deposits as an indicator of amphibole asbestos content. Environmental Geology. 45 (7):920-939.

135.     Venter PF. Ovarian epithelial cancer and chemical carcinogenesis. Gynecol Oncol. 1981;12(3):281-5.

136.     Verma A, Taha A, Venkateswaran S, Tee A. Effectiveness of medical thoracoscopy and thoracoscopic talc poudrage in patients with exudative pleural effusion. Singapore Med J. 2015;56(5):268-73.

137.     Virta. The phrase relationship of talc and amphiboles in a fibrous talc sample. Vol. 8923 of the U.S. Dept. of the Interior, Bureau of Mines – Science.

138.     Vitonis AF, Titus-Ernstoff L, Cramer DW. Assessing ovarian cancer risk when considering elective oophorectomy at the time of hysterectomy. Obstet Gynecol. 2011;117(5):1042-50.

139.     Webb P, Gertig D, Hunter D. Ovarian Cancer.  Textbook of Cancer Epidemiology: Oxford University Press; 2009.

140.     Webb PM. Environmental (nongenetic) factors in gynecological cancers: Update and future perspectives. Future Oncol. 2015;11(2):295-307.

141.     Whitworth JM, Schneider KE, Fauci JM, Bryant AS, Cerfolio RJ, Straughn JM. Outcomes of patients with gynecologic malignancies undergoing video-assisted thoracoscopic surgery (VATS) and pleurodesis for malignant pleural effusion. Gynecol Oncol. 2012;125(3):646-8.

142.     Wehner AP. Biological effects of cosmetic talc. Food Chem Toxicol. 1994;32(12):1173-84.

143.     Wehner AP. Is cosmetic talc 'safe'? Comments Toxicol. 1998;6(5):337-66.

144.     Wehner AP. Cosmetic talc should not be listed as a carcinogen: Comments on NTP's deliberations to list talc as a carcinogen. REGUL TOXICOL PHARMACOL. 2002;36(1):40-50.

145.     Wentzensen N, Wacholder S. Talc use and ovarian cancer: Epidemiology between a rock and a hard place. J Natl Cancer Inst. 2014;106(9).

146.     Werner. Presence of asbestos in talc samples. Atemschutzinformation. 1982; 21:5-7.

147.     Whysner J, Mohan M. Perineal application of talc and cornstarch powders: Evaluation of ovarian cancer risk. AM J OBSTET GYNECOL. 2000;182(3):720-4.

148.     Wu, Song, Wei Zhu, Patricia Thompson, and Yusuf A. Hannun. 2018. "Evaluating Intrinsic and Non-Intrinsic Cancer Risk Factors." *Nature Communications* 9 (1): 3490. https://doi.org/10.1038/s41467-018-05467-z.

## Other Materials

1.     WCD000254-WCD000255
2.     IMERYS210136-IMERYS210137
3.     IMERYS241994-IMERYS242004
4.     IMERYS242050
5.     IMERYS322241-IMERYS322242

6.      IMERYS422289- IMERYS422290

7.      JNJ000087166-JNJ000087230

8.      JNJ000251888-JNJ000251890

9.      JNJ000261010-JNJ000261027

10.     JNJ000460665-JNJ000460673

11.     JNJ000526231-JNJ000526676

12.     JNJAZ55_000000577-JNJAZ55_000000596

13.     JNJAZ55_000003357

14.     JNJAZ55_000012423-JNJAZ55_000012430

15.     JNJI4T5_000004099-JNJI4T5_000004100

16.     JNJI4T5_000006431-JNJI4T5_000006432

17.     JNJMX68_000004996-JNJMX68_000005044

18.     JNJNL61_000001534-JNJNL61_000001535

19.     JNJNL61_000014431-JNJNL61_000014437

20.     JNJNL61_000020359

21.     JNJNL61_000052427

22.     JNJNL61_000061857

23.     JNJNL61_000063473

24.     John Hopkins, Trial Testimony, *Berg v. Johnson & Johnson* 2013

25.     Deposition Transcript & Exhibits – John Hopkins, Aug. 16 & 17, 2018, Oct. 26, 2018, Nov. 5, 2018

26.     Deposition Transcript & Exhibits – Joshua Muscat, Sept. 25, 2018

27.     Deposition Transcript & Exhibits – Julie Pier, Sept. 12 & 13, 2018

28.     Deposition Transcripts - Linda Loretz, Oct. 2, 2018

29.     Deposition Exhibits for Linda Loretz - Exh. 106, 107, 108, Oct. 2, 2018

30.     Deposition Transcript of Alice Blount, Apr. 13, 2018

31.     Educational report of Thomas Dydek

32.     Expert report of Jack Siemiatycki.

33.     Expert report of Laura Plunket (Oules).

34.     Fair warning TalcDoc 15.

35.     Fair warning TalcDoc 5- Exhibit 113 (JNJNL91_000022019).

36.     Letter from Cancer Prevention Coalition to FDA re: Citizen's Petition seeking carcinogenic labeling on all cosmetic talc products, Nov. 17, 1994.

37.     Letter from Cancer Prevention Coalition to FDA re: Citizen's Petition seeking a cancer warning on cosmetic talc products, May 13, 2008.

38.     Letter from Personal Care Products Council to FDA re: Comments on Citizen's Petition to the Commissioner of the Food and Drug Administration Seeking a Cancer Warning on Talc Products, July 21, 2009.

39.     Transcripts of CIR meeting (Unpublished)

88

40.     Rothman, Pastides, Samet. Interpretation of epidemiologic studies of talc and ovarian cancer. 2000.

41.     Zuckerman D, D Shapiro. Talcum Powder and Ovarian Cancer, National Center for Health Research, May 7, 2018 http://www.center4research.org/talcum-powder-ovarian-cancer/

**EXHIBIT A**

**Sonal Singh, MD MPH**
55 Lake Ave North
Worcester, MA 01655-0002 USA
Tel: 774 442 6611.
Sonal.Singh@umassmemorial.org

## Education

| | |
|---|---|
| MPH, Bloomberg School of Public Health, Johns Hopkins University Baltimore, MD | 6/2005 to 5/2008 |
| Internal Medicine Residency, Unity Health System, affiliate University of Rochester Sch of Medicine and Dentistry, Rochester, NY | 7/2002 to 6/2005 |
| MD, Patna Medical College, Patna, India | 12/91 to 05/1999 |

## Academic Appointments

| | |
|---|---|
| Associate Professor, Department of Family Medicine & Comm Health Department of Medicine, University of Massachusetts Medical School | 10/2016 to date |
| Assistant Professor, Dept of Medicine, Johns Hopkins Univ SOM | 7/2009 to 9/2016 |
| Assistant Professor, Center for Public Health and Human Rights Bloomberg School of Public Health, JHU (joint) | 7/2009 to 9/2016 |
| Assistant Professor, Department of Medicine, Wake Forest University | 7/2007 to 6/2009 |
| Instructor, Department of Medicine, Wake Forest University | 7/2005 to 06/2007 |

## Employment History

| | |
|---|---|
| Associate Professor, Department of Fam Medicine & Comm Hlth Meyers Primary Care Institute & Department of Medicine (Joint) University of Massachusetts Medical School Role: Clinician- Investigator | 10/2016-present |
| Associate Professor, Department of Quantitative Health Sciences University of Massachusetts Medical School Role: Clinician- Investigator | 10/2018-present |
| Assistant Professor, Dept of Medicine, Johns Hopkins University. Role: Clinician- Investigator | 7/2009 to 9/2016 |
| Assistant Professor, Department of Medicine, Wake Forest University Role: Clinician- Educator | 7/2007 to 6/2009 |
| Instructor, Department of Medicine, Wake Forest University | 7/2005 to 6/2007 |

1

Role: Clinician- Educator

Residency (Medicine) Unity Healthy System, affiliate of the University of Rochester, Rochester, NY                                                                                                          7/2002 to 6/2005

Role: PGY 1, PGYII and PGY III Internal Medicine Resident

Research Associate, Clinical Pharmacology, Ohio State University        3/2001 to 6/2002
Role: Research assistant in clinical trials

Voluntary Research Associate, Clinical Pharmacology, Ohio State University        8/2000 to 2/2001
Role: Research assistant in clinical trials

USMLE STEP 1, II, III and Clinical Skills Exam Preparation        2/2000 to 7/2000
Role; Medical student

Resident, Medicine, Patna Medical College, Patna, Bihar, India        2/1998 to 1/2000
Role: Junior Resident in Medicine

Compulsory rotatory internship, Patna Medical College, Patna, India        12/97 to 12/98
Role: Fulfilling requirements for completion of medical degree in India

**Certification and Licensure**
Diplomate, American Board of Internal Medicine        8/2005-12/25

Massachusetts Board of Physicians        8/2016-8/2019

Physicians and Surgeons of Maryland (Inactive)        2009-2017

North Carolina Medical Board (Inactive)        2005 to 2009

**Professional Memberships and Activities**
Massachusetts Medical Society        2017-current

American College of Physicians        2003-2019

International Society of Pharmacoepidemiology        2011-current

Society of General Internal Medicine        2003 to 2016

International Society of Pharmacoeconomic Outcomes Research        2016 to 2017

Academy Health        2013

Global Health Council        2006 to 2010

2

Sonal Singh M.D., M.P.H

**Honors and Awards**

| | |
|---|---|
| Finalist W. Leigh Thompson Excellence in Research: Faculty Award, JHU | 2016 |
| Visiting Professor, Department of Medicine, Univ of Alabama | 2013 |
| 3rd Best Abstract (trainee) 29th ICPE Montreal, Canada | 2013 |
| Bruce Squires Award for the Best Research Paper, CMAJ | 2011 |
| Scholars Abstract Award, Society for Clinical and Translational Sciences. | 2010 |
| Society of General Internal Medicine Clinical Investigator Award (Mid-Atlantic) | 2010 |
| Elected, Delta Omega Honorary Public Health Society, Johns Hopkins University | 2008 |
| Master Teacher Award, WFUSOM | 2008 |
| Tinsley R Harrison Faculty Outpatient Teaching Award, WFUSOM | 2007 |
| Tinsley R Harrison Faculty Outpatient Teaching Award, WFUSOM | 2006 |
| Senior–Resident Scholarship award, Unity Health System, NY | 2005 |
| ACP Health and Public Policy Scholarship, NY | 2005 |

**Committee Assignments and Administrative Services**

| | |
|---|---|
| American College of Physicians, Massachusetts Chapter, Health Policy Committee | 2018 |
| Chairs Advisory Council, Department of Fam Medicine & Comm Hlth | 10/2016-present |
| American College of Chest Physicians, Cough Guideline Expert Panel | 2017- present |
| Associate faculty, Welch Ctr for Prevention, Epi & Clin Research, JHU | 2015 to 2016 |
| Associate-Director, Center for Drug Safety and Effectiveness, JHU | 2013 to 2016 |
| Affiliate faculty, Center for Hlth Services and Outcomes Research, Johns Hopkins Bloomberg School of Public Health | 2012 to 2016 |
| World Health Organization, International Agency of Research on Cancer (IARC) Monograph- 108 Working group, Lyon, France. | 2013 |

3

Sonal Singh M.D., M.P.H

Preferred Items for Reporting of Systematic Reviews and Meta-analysis of harms Working Group
Alberta Canada.                                                                                      2012

Member, Health & Human Rights Working Group, JHU Center for Aids Research  2012

Core faculty, Center for Public Health and Human Rights, Johns Hopkins Bloomberg School of
Public Health                                                                             2009 to 2016

Core faculty, Evidence-Based Practice Center, JHU                               2009 to 2016

Medical Director, Outpatient Clinic, WFUSOM                                    7/2005-6/2009


**Teaching Activities**
Classroom
Comparative effectiveness research (2 cr), Johns Hopkins Medicine            2015 to 2016
Role: Developed course in CER for MD and MD/PhD trainees in the CTSA

Health and Human Rights, Johns Hopkins Bloomberg School of Public Health     2011 to 2015
Role: Annual lecture in the course for MPH students

Health Economic, Johns Hopkins Bloomberg School of Public Health            2013
Role: Annual lecture in the course for master's students

Pharmacoepidemiology, Johns Hopkins Bloomberg School of Public Health       2011-2015
Role: Annual lecture in the course for Masters and Doctoral students

Evidence-based Medicine, Johns Hopkins University School of Medicine         2012
Role: Course facilitator

Intro to Clinical Investigation, Johns Hopkins University School of Medicine  2012
Role: Annual lecture in the course

Clinical Epidemiology, Johns Hopkins Bloomberg School of Public Health,      2010-2014
Role: Annual lecture in the course

Patient Physician and Society, Johns Hopkins University School of Medicine    2009
Role: Course facilitator


Clinical Teaching
Outpatient medicine                                                         2016-2018

4

Sonal Singh M.D., M.P.H

Role: Precepting residents and medical students in clinic at University of Massachusetts Medical School

Evidence Based Medicine                                          2012-2014
Role: Developed a novel course to teach Evidence based Medicine to Osler medical residents at Johns Hopkins University School of Medicine

Outpatient medicine                                             2005 to 2009
Role: Precepting residents in clinic at Wake Forest University

Inpatient Medicine                                              2005 to 2009
Role: Precepting internal medicine residents at Wake Forest University

5

Sonal Singh M.D., M.P.H

| Trainee /Junior Faculty Name | Mentoring Role | Title of Research Project/Paper | Current Position and Institution | Training Period |
|---|---|---|---|---|
| **Univ of Massachusetts** | | | | |
| Mayuko Itofukunaga, MD | Faculty mentor | Systematic review of decision aids for lung cancer screening | Assistant Professor-Pulmonary Medicine and Critical Care | 2017-18 |
| Nathaniel, Erskine MD, PhD (student) | Scholarly activity | SR of herpes zoster and cardiovascular disease | MD/PhD Student Umass Med School | 2017 |
| Richeek Pradhan MS | Scholarly activity | Comparison of data on Adverse events | Phd Student McGill University | 2017-18 |
| **Johns Hopkins Univ** | | | | |
| Omar Mansour | Scholarly activity | SGLT2inhibitors and cardiovascular outcomes | Masters student | 2018 |
| Geetha Iyer, MD | Faculty mentor | Multiple Pharmacoepidemiologic studies | Doctoral student, HSPH | 2015-16 |
| Sathiya Priya Marimathu | Faculty mentor | Generic drugs and patient oriented outcomes | MHS Student, JHMI | 2015-16 |
| Yohalakshmi Chelladurai, MD, MPH | RA Scholarly activity | Review of varenicline | Resident physician, Mercer, Atlanta | 2013 |
| Hsien-Yen Chang PhD | Faculty mentor | Pharmacoepidemiologic studies | Assistant Scientist at JHU | 2011-15 |
| Hasan Shihab, MD, MPH | RA Scholarly activity | Review of GLP-based therapies | Resident, Franklin Square, Baltimore | 2013-14 |
| Joshua Sclar, MD, MPH | Scholarly activity | Systematic review of attacks on health workers | General Preventive Medicine Resident | 2013 |
| Crystal Ng, MPH | Scholarly activity | Human Rights measures | MPH Student, JHSPH | 2013 |
| Ekta Agarwal, MPH | Capstone | Safety of novel anticoagulants | MPH student JHSPH | 2013 |
| Meijia Zhou, MHS | Scholarly activity | Adherence to novel anticoagulants | Doctoral student, Univ of Pennsylvania | 2013 |
| Kaitlin Hayman, MD | Capstone | SR of the impact of disasters On CVD outcomes | MPH student, JHSPH | 2013 |
| Wenze Tang, MPH | Scholarly activity | SCCS analysis of GIB bleeding with dabigatran | Doctoral student, HSPH | 2013 |

6

Sonal Singh M.D., M.P.H

| Omar Mansour | Scholarly activity | SGLT2inhibitors and cardiovascular outcomes | Masters student JHSPH | 2018 |
|---|---|---|---|---|
| Shabana Walia MD | Scholarly activity | SR of CVD among refugees and displaced | ER physician, UT Houston | 2016-2018 |
| **Wake Forest Univ** | | | | |
| Aman Amin, MD | Resident | Inhaled corticosteroids and pneumonia | Practicing internist, NC | 2007-09 |
| Apurva Trivedi, MD | Scholarly activity | SSRIs and bleeding | Gastroenterologist | 2007-09 |
| **Other institutions** | | | | |
| Tonya Breaux-Shropshire PhD, MPH | Scholarly activity | Systematic review | Post-doctoral trainee, UAB | 2015 |
| Abhay Kumar, MD | Resident Scholarly activity | Wernicke encephalopathy after gastric bypass: systematic review | Assistant Professor St Louis University | 2007 |

**Current Grants and Contracts**
**Grants**
(Ming Tai-Seale)                                    2/2016-12/2021
PCORI
Improving Patient-Centered Communication in Primary Care: A Cluster Randomized Controlled Trial of the Comparative Effectiveness of Three Interventions
The aim is to compare three interventions to improve patient communication in primary care
Role: co-investigator

(PI Jerry Gurwitz)                                    08/2018- 09/2019
NIH/NIA-1 R56 AG061813-01
Project Title: Controlling and Stopping Cascades leading to Adverse Drug Effects Study in Alzheimer's Disease (CASCADES-AD)
Role : co-investigator
The aim is to develop interventions to prevent prescribing cascades among those with Alzheimer's related Dementia (ADRD)

**Past Grants**
Death Data Exploration                                    08/01/17- 03/02/18
FDA Foundational Elements 3 HHSF223200910006I
Task Order Number: HHSF22301012T
Efforts to Develop the Sentinel Initiative HHSF223200910006I.
Role (Project Lead)

Effect of Therapeutic Class on Generic Drug Substitutions.                    2014-2016
U01FD005267-01 (PI, Jodi Segal)

7

Sonal Singh M.D., M.P.H

FDA                                                     349,480
Role: Co-Investigator                                   0.6 CM


Comparative effectiveness Research & The Cochrane Eyes and Vision Group         2013-2016
U01 EY020522 (PI, Kay Dickersin)
NIH/NEI                                                  825,397
Role: Co-Investigator                                   2.4 CM


Systematic review of gabapentin for neuropathic pain using multiple data sources    2015-2016
(PI, Caleb Alexander)
FDA Center of Excellence in Regulatory Science
Role: Co-Investigator          (20% effort)


Integrating multiple data sources for meta-analysis to improve patient-centered outcomes
research                                                 2014-2016
(PI- Dickersin)
PCORI (ME-1303-5785)                                    $698,174
Role: Advisor (2% effort)


Development of a scale for human rights violations.              2013-2014
(PI, Chaisson & Beyrer)
NIH Johns Hopkins Center for AIDS Research              $ 18,873
Role:  Pilot Awardee


Comparative effectiveness review of therapeutic options for obesity in the Medicare population.
Johns Hopkins Evidence Based Practice Center.           2013-2014
PI (Eric Bass)
AHRQ                                                    $125,000
Role:   Project Principal Investigator (20% effort)


Center for Excellence in Comparative Effectiveness Education          2012-2013
PHRMA Foundation (PI Jodi Segal)          Total Direct Cost: $250,000
Role: Co-investigator (5% effort)


A multi criteria decision analysis to assist with regulatory decisions around benefit and risk
Partnership in Applied Comparative Effectiveness Science:          2010 to 2013
PI (PI, Jodi Segal).
FDA                                                     $3,509,657
Role: Project Principal Investigator (25% effort)


Combination therapy vs. intensification of statin mono-therapy: An update.          2012-2013
PI (E. Bass- P.I of EPC.)
AHRQ
Role: Advisor (5% effort)

8

Sonal Singh M.D., M.P.H

Troponin cardiac marker during renal impairment.          2012-2013
(E. Bass- P.I of EPC.)
Agency for Health Care Quality and Research
Role: Advisor (5% effort)


To develop an instrument for attacks on health workers.          2012-2013
PI (Len Rubenstein)
US Institute of Peace
Role: Co-investigator (10% effort)


To develop an instrument for attacks on health workers.          2012-2013
PI (Len Rubenstein)
McArthur Foundation                                                    $434,782
Role: Co-investigator (15% effort)


To conduct a benefit and harm assessment of *roflumilast* in COPD.    2012-2013
Johns Hopkins ICTR
Role: Co-investigator (5% effort)


To develop a China-JHU consultation for civil society public health professionals.          2012
Open Society Foundation                                    $49,534
Role: PI (20% effort). Proposal for a public health training program.


PACER.                                                        2012
PI (Rothman)
Google-Flu
Role: Coinvestigator (5%) Systematic reviewer and meta-analysis expert.


Methods for Balancing Benefits and Harms in Systematic Reviews
Johns Hopkins Evidence Based Practice Center. (PI, Bass)          2011-2012
AHRQ                                                          $188,871
Role: Project Task Leader and co-Investigator (10% effort)


Comparative effectiveness review of Meditation Programs for Stress and Wellbeing
Johns Hopkins Evidence Based Practice Center. (PI, Bass)          2011-2012
AHRQ                                                          $375,666
Role: Project Task Leader and co-Investigator (15% effort)


Comparative effectiveness review of prevention of VTE in special populations
Johns Hopkins Evidence Based Practice Center. (PI, Bass)          2011-2012
AHRQ                                                          $375,666
Role:   Project Principal Investigator (20% effort)


9

Sonal Singh M.D., M.P.H

To prevent and respond to gender-based violence (GBV) in refugee and conflict-affected populations.                                                        2010-2011
(PI, Vu & Rubenstein)                                                                     $293,946
Role: Co-investigator (10% effort)


Comparative effectiveness review of oral hypoglycemic medications
Johns Hopkins Evidence Based Practice Center. (PI, Bass)                   2009-2010
AHRQ                                                                                          $125,000
Role:   Co- Investigator (0% effort)


Johns Hopkins Clinical Research Junior Faculty Award.                        2009-2012
NIH-KL2
ICTR
Role: Recipient (75% salary support)


Measuring exposure to human rights violations among men who have sex with men.
(PI, Mullany).                                                                                 2009-2010
Center for Global Health Johns Hopkins                                           $50,000
Role: Co-investigator (0% effort).


Research ethics for conducting research in vulnerable populations and unstable settings.
(PI, Mills)                                                                                     2007-2009
CIHR                                                                                           $99, 887
Role: Co-investigator (10% effort).


**Patents** None.

<u>**Editorial work**</u>
*Editor-in-chief and founder*
BMC Conflict and Health                                                             2007-12


*Editorial Board Membership*
Evidence Based Medicine (BMJ Group of Journals)                         2017-current
Drug Safety                                                                                 2008-16
American College of Physicians-PIER


*Grant review*                                                                           2012-current
Medical research foundation of New Zealand
Johns Hopkins Center for Public Health and Human Rights
Junior Faculty Research Grants
Medical Research Council of South Africa
Catalina Health Technology Assessment, Spain
Diabetes, UK
Johns Hopkins Medicine Research Council Synergy Awards
Johns Hopkins Institute for Clinical and Translational Research

Sonal Singh M.D., M.P.H

*Peer Review*

| |
|---|
| 1.  Acta Diabetologica |
| 2.  American Heart Journal |
| 3.  American Journal of Addictions |
| 4.  American Journal of Cardiovascular Drugs |
| 5.  American Journal of Managed Care |
| 6.  American Journal of Psychiatry |
| 7.  Annals of Internal Medicine |
| 8.  Annals of Medicine |
| 9.  Australian Medical Journal |
| 10. BMJ |
| 11. BMC Clinical Pharmacology |
| 12. British Journal of Clinical Pharmacology |
| 13. Bulletin of the World Health Organization |
| 14. Chest |
| 15. Circulation |
| 16. Canadian Medical Association Journal |
| 17. Clinical Pharmacology and Therapeutics |
| 18. Clinical Trials |
| 19. Cardiovascular Drugs & Therapy |
| 20. Cochrane Collaboration |
| 21. Disasters |
| 22. Diabetolgia |
| 23. Drug and Alcohol Dependence |
| 24. Diabetes Obesity and Metabolism |
| 25. Drug Safety |
| 26. Epidemiology |
| 27. European Journal of Neurology |
| 28. European Journal of Pharmacology |
| 29. European Respiratory Journal |
| 30. Expert Opinion in Drug Safety |
| 31. Global Public Health |
| 32. Health Policy |
| 33. International Journal of Epi |
| 34. International Journal of Obesity |

11

Sonal Singh M.D., M.P.H

| |
|---|
| 35. *Journal of the American College of Cardiology* |
| 36. *Journal of the American Medical Association (5 in last 12 mo)* |
| 37. *Journal of the American Medical Association-Internal Medicine* |
| 38. *Journal of Cardiac Failure* |
| 39. *Journal of Medical Case Reports* |
| 40. *Journal of the Pancreas* |
| 41. *Journal of General Internal Medicine* |
| 42. *Medscape General Medicine* |
| 43. *Medical Journal of Australia* |
| 44. *Nephrology Dialysis Transplantation* |
| 45. *North Carolina Medical Journal* |
| 46. *Nutrition, Metabolism & Cardiovascular Diseases* |
| 47. *Pediatric Infectious Disease Journal* |
| 48. *Pharmacoepidemiology & Drug Safety-Best Reviewer Award 2013* |
| 49. *Public Library of Science Medicine* |
| 50. *Primary Care Respiratory Journal* |
| 51. *Pediatrics* |
| 52. *Research Synthesis Methods* |
| 53. *Respiratory Medicine* |
| 54. *Respirology* |
| 55. *Southern Medical Journal* |
| 56. *The Lancet* |
| 57. *Thorax* |
| 58. *Tropical Medicine & International Health* |

**Abstracts and Presentations**
**Oral Presentations**
*National/International*

1. GLP-1-based therapies and risk of pancreatitis: A matched case-control study. 29th International Society of Pharmacoepidemiology, Annual Meeting, Montreal Convention Center, August 26. Montreal, Quebec, Canada.2013

2. GLP-1 based therapies and risk of pancreatitis. 36th SGIM Annual Meeting, Denver, Colorado Posters. 2013

3. Risk of fractures with inhaled corticosteroids in COPD: Systematic review and meta-analysis of randomized controlled trials and observational studies, Society of General Internal Medicine, Minneapolis, Minnesota. 2011

Sonal Singh M.D., M.P.H

4. Odds of fractures with inhaled corticosteroids in COPD: Systematic review and meta-analysis of clinical trials and observational studies, 27th International Society of Pharmacy-Epidemiology, Annual Meeting, Hyatt Regency August 24th.  Chicago, Illinois. 2011

*Local/Regional*
Not applicable

**Posters**
*National/International Meetings*
1. Diagnostic algorithms for cardiovascular death in administrative claims databases. A systematic review 2018. International Society of Pharmacoepidemiology, Prague, August 24, 2018.

2. Risk of gastrointestinal bleeding among dabigatran users-a self-controlled case series analysis. Health Care Systems Research Network, San Deigo, March 22, 2017.

3. GLP-1 based therapies and risk of pancreatitis. Pancreatitis, Diabetes, and Pancreatic Cancer Workshop. NIH, Bethesda, Maryland. 2013

4. Thiazolidinediones and risk of bladder cancer: A systematic review and meta-analysis. 36th SGIM Annual Meeting, Denver, Colorado.2013

5. Who is the patient's doctor? Primary care responsibility and co-management relationships among generalist and non-generalist physicians in the National Ambulatory Care Survey, 2002 SGIM 29th Annual Meeting, Los Angeles, California.2006

6. The educational value of case reports from the SGIM national meeting in the internal medicine clerkship. SGIM 29th Annual Meeting, Los Angeles, California.2006

7. Using IPod technology to create a self-guided clinic tour for resident orientation SGIM 29th Annual Meeting, Los Angeles, California.2006

8. Narcotic management in chronic non-malignant pain. A survey of resident's knowledge and attitudes. SGIM 29th Annual Meeting, Los Angeles, California.2006

9. Formulary conversion programs pose a significant risk to patients, SGIM 27th Annual Meeting, Chicago, Illinois.2004

*Local regional meetings*
Inhaled corticosteroids and the risk of fractures in COPD: A systematic review and meta-analysis. DOM Annual retreat, Johns Hopkins University 2011

**Invited presentations**
*National/International*
1. Oral direct acting antivirals and the incidence or recurrence of hepatocellular carcinoma. NIH Collaboratory Grand Rounds [ Web] March 2, 2018

2. Resurgence of hepatocellular carcinoma in the era of oral direct acting antivirals. Cause or Consequence? Fundamentals of Biomedicine Seminar Series. Texas Tech University Health Sciences Center. El Paso, Texas Dec 13, 2017

13

Sonal Singh M.D., M.P.H

3. Aligning evidence with preferences: Methodological Challenges and Opportunities. - Department of Medicine. Dartmouth-Hitchcock Medical Center, Dartmouth, New Hampshire, June 15, 2016

- Dartmouth-Hitchcock Medical Center, Dartmouth, New Hampshire, June 15, 2016
- Department of Health Services and Research, Michael De-Bakey VA and Baylor University, Houston, Texas, May 16, 2016.
- Meyers Primary Care Institute and Department of Family and Community Medicine, University of Massachusetts, Massachusetts, March 31 and June 9 2016.
- VA Center for Chronic Disease and Outcomes Research, Minnesota VA, March 2016.
- Department of Medicine. University of Central Florida, Orlando, Florida, November 2015.
- Center for Health Policy and Research Grand Rounds. UC Davis, Sacramento California, Oct 9 2015;
- Center for Evidence and Outcomes, Agency for Health Care Research and Quality. Gaithersville Maryland, August 31, 2015.

4. Risks of Spiriva Respimat outweigh its benefit: A Debate. Inhalation Asia, University of Hong Kong, Department of Pharmacology and Pharmacy, Hong Kong. 2013

5. GLP-1-based therapies and risk of pancreatitis. Center for Clinical Epidemiology and Biostatistics Seminar Series, Philadelphia, Pennsylvania. 2013

6. Visiting Professor. Department of Medicine. University of Alabama. 2013

7. Value based health care: Can shared decision making methods get us there? Center for Value and Effectiveness, Medicine Institute, Cleveland Clinic, Noon Conference.2013

8. Role of Multi-criteria decision analysis in regulatory policy

- Stanford Prevention Research Center, Stanford University, Palo Alto, Stanford, California. 2013
- South Carolina College of Pharmacy, Columbia, South Carolina.2013
- Department of Medicine. UC Davis, Sacramento, California.2013
- Department of Clinical Sciences, UT Southwestern, Dallas, Texas.2013
- Department of Medicine, Geisenger Medical Center, Danville, Pennsylvania. 2013

9. Weighing benefits and risks: Role of shared decision making in type 2 diabetes. CTSA Grand Rounds, Mayo Clinic, Rochester, Minnesota. 2013

10. Are long-acting muscarinic agents safe for patients with COPD: A Debate. Airway Vista, Asan Medical Center, Seoul, Korea

11. Academia and industry collaboration for cardiovascular risk mitigation. CBI and Applied Clinical Trials. 6th Annual Summit, Closing Address. Ritz Carlton, Arlington, Virginia.2012

12. Varenicline: Where are we today? Tobacco Disease Research Program, UCSF. San Francisco California. Varenicline debate.2012

13. The Maoist Insurgency in Nepal: Health Systems Challenges and Opportunities Conference on Health in Fragile States: Challenges for the Next Decade. United States Institute of Peace. Washington DC.2011

Sonal Singh M.D., M.P.H

14. Standards of Care and the Role of Community Advocacy in Clinical Trials. Clinical Research in Developing Countries, IIIrd Annual Marcus Evans Conference, Washington, DC.2008

15. Nepal-A Case study. Integrating public health methods into Conflict Analysis. Norman Patterson School of International Affairs, Carleton University, Ottawa, Canada.2007

*Local/Regional*

1. Oral direct acting antivirals and the incidence or recurrence of hepatocellular carcinoma. Research Seminar Series, Department of Family Medicine and Community Health. University of Massachusetts Medical School. June 15.2018

2. Safety of novel anticoagulants vs warfarin- a case study using complementary study designs. Quantitative Health Sciences, University of Massachusetts Medical School, February 28, 2017

3. GLP-1-based therapies and risk of pancreatic adverse events.  University of Maryland, Division of Endocrinology, Metabolism and Nutrition, Grand Rounds, Baltimore, Maryland. 2013

4. Thiazolidinediones and Patient-Oriented Outcomes in Type 2 Diabetes, GIM Grand Rounds. Johns Hopkins University School of Medicine. 2012

5. Patient-Centered Benefit and Risk Assessment. Center for Health Services and Outcomes Research. Johns Hopkins University 2012

6. Varenicline and cardiovascular and neuropsychiatric adverse events: Do benefits outweigh risks? Welch Center Grand Rounds. Johns Hopkins University. 2011

7. The new wave, HIV, Human Rights and Men who have Sex with Men in Nepal. Johns Hopkins Bloomberg School of Public Health, 2011.

8. Network Meta-analysis and Serious Adverse Events. Network Meta-Analysis Methods Workshop. Johns Hopkins Bloomberg School of Public Health. 2010

9. Thiazolidinediones and Cardiovascular Outcomes in Type 2 Diabetes. Internal Medicine Grand Rounds. Wake Forest University School of Medicine, 2008

10. How Safe Are Our Drugs and How Do We Know? North Carolina ACP, Durham.2008

11. Clinico Pathologic Conference. Internal Medicine Grand Rounds. Wake Forest University School of Medicine, 2007

12. Globalization and Health Equity: An emerging Challenge for Academic Medicine. Internal Medicine Grand Rounds. Wake Forest University School of Medicine, 2007

13. Thiazolidinediones and Cardiovascular Disease: The Seduction of Common Sense. Epidemiology Seminar Series, Public Health Sciences. Wake Forest University 2007

*Workshops and Precourses*

1. ISPOR National Meeting, Next Generation Comparative Effectiveness Research- Are we getting organized to facilitate research for the individual patient? Washington, DC May 24, 2016 (workshop)

2. SGIM national meeting, developing high-quality search strategies for systematic reviews. 2010

3. SGIM national meeting, Systematic Review. 2009

**Peer reviewed original research publications (reverse chronological order)**

*Trainees \**

1. **Singh S**, Fouyazi H, Anzuoni K, Goldman L, Min JY, Griffin M, Grijalva CG, Morrow JA, Whitmore C, Leonard CE, Selvan M, Nair V, Zhou Y, Toh S, Petrone A, Williams J, Fazio-

15

Sonal Singh M.D., M.P.H

Eynullayeva E, Swain R, Cole DT, Andrade S. Diagnostic algorithms for cardiovascular death in administrative claims databases. A systematic review. Drug Safety 2018 ( accepted)

2. **Singh S,** Zeiman S, Alan Go, Fortmann S, Wenger N, Fleg JL, Radziszewska B, Stone NJ, Zoungas S, Gurwitz J. Statins for Primary Prevention in Older Adults – Moving toward Evidence-Based Decision-Making. *J Am Geriatr Soc. 2018 Oct 2. doi: 10.1111/jgs.15449. [Epub ahead of print]*

3. Tisminetzky M, Nguyen HL, Gurwitz J, McManus D, Gore J, **Singh S,** Yarzebski J, Goldberg RJ. Magnitude and impact of multiple chronic conditions with advancing age in older adults hospitalized with acute myocardial infarction. *International Journal of Cardiology.* Published Online: August 22, 2018. https://doi.org/10.1016/j.ijcard.2018.08.062.

4. Chang HY, **Singh S,** Mansour O, Baksh S, Alexander GC. Association Between Sodium-Glucose Cotransporter-2 (SLGT-2) Inhibitors and Lower Extremity Amputation: A Retrospective Cohort Study. JAMA Internal Medicine 2018. 10.1001/jamainternmed.2018.3034 http://dx.doi.org/10.1001/jamainternmed.2018.3034. August 13, 2018

5. Birring SS, Kavanagh JE, Irwin RS, Keogh K, Lim KG, Ryu JH; **CHEST Expert Cough Panel**. Treatment of Interstitial Lung Disease Associated Cough: CHEST Guideline and Expert Panel Report. Chest. 2018 Jul 20. pii: S0012-3692(18)31075-4. doi: 10.1016/j.chest.2018.06.038. [Epub ahead of print]

6. **Singh S,** Nautiyal A, Loke YK. Oral Direct-acting antivirals and the incidence or recurrence of hepatocellular carcinoma: a systematic review and meta-analysis. Frontline Gastroenterology Published Online First: 30 July 2018. doi: 10.1136/flgastro-2018-101017

7. Chang AB, Oppenheimer JJ, Rubin BK, Weinberger M, Irwin RS; **CHEST Expert Cough Panel**. Chronic Cough Related to Acute Viral Bronchiolitis in Children. Chest. 2018 Apr 26. pii: S0012-3692(18)30632-9. doi: 10.1016/j.chest.2018.04.019. [Epub ahead of print]

8. Haar RJ, Risko CB, **Singh S,** Rayes D, Albaik A, Alnajar M, et al. (2018) Determining the scope of attacks on health in four governorates of Syria in 2016: Results of a field surveillance program. PLoS Med 15(4): e1002559. https://doi. org/10.1371/journal.pmed.1002559

9. Pradhan R, * **Singh S.** Comparison of data on Serious Adverse Events and Mortality in ClinicalTrials.gov corresponding journal articles and medical reviews: A cross-sectional analysis. Drug Safety 2018 Apr 11. doi: 10.1007/s40264-018-0666-y. [Epub ahead of print]

10. Wu CH, Tu ST, Chang YF, Chan DC, Chien JT, Lin CH, **Singh S,** Dasari M, Chen JF, Tsai KS. Fracture liaison services improve outcomes of patients with osteoporosis-related fractures: A systematic literature review and meta-analysis. Bone. 2018 2018 Jun; 111:92-100. doi: 10.1016/j.bone.2018.03.018. Epub 2018 Mar 16

11. Field SK, Escalante P, Fisher DA, Ireland B, Irwin RS; **CHEST Expert Cough Panel**. Cough Due to TB and Other Chronic Infections: CHEST Guideline and Expert Panel Report. Chest. 2018 Feb;153(2):467-497. doi: 10.1016/j.chest.2017.11.018. Epub 2017 Nov 28.

12. Erskine NA, *Tran H, Levin LL, Ulbricht CM, Fingeroth JD, Kiefe CI, Goldberg RJ, **Singh S.** A systematic review and meta-analysis on herpes zoster and the risk of cardiac and cerebrovascular events. PLoS One 2017 Jul 27;12(7): e0181565

13. **Singh S**. Nautiyal A. Aortic dissection and aortic aneurysms associated with fluoroquinolones: a systematic review and meta-analysis of observational studies. American Journal of Medicine 2017;130(12):1449-1457

Sonal Singh M.D., M.P.H

14. Marimuthu S, Iyer G, * Segal JB, **Singh S**.  Patient-relevant outcomes associated with generic tamsulosin, levothyroxine, and amphetamine in the FAERS: A pilot study. J Comp Eff Res. 2017;6(5):437-447.

15. Iyer G, *Marimuthu S, *Segal JB, **Singh S**. An algorithm to identify generic drugs in the FDA Adverse Event Reporting System. Drug Safety 2017 2;40(9):799-808.

16. Tang W, *Chang HY, *Zhou M, * **Singh S**. Risk of gastrointestinal bleeding among dabigatran users-a self-controlled case series analysis. *Sci Rep* 2017 Jan 20; 7:40120. doi: 10.1038/srep40120.

17. Onasanya O, Iyer G, * Lucas E, Lin D, **Singh S**, Alexander GC. Association between exogenous testosterone and cardiovascular events: an overview of systematic reviews. *Lancet Diabetes Endocrinol*. 2016 ;4(11):943-956

18. **Singh S**, Wright EE, Kwan AY, Thompson JC, Syed IA, Korol EE, Waser NA, Yu MB, Juneja R. Glucagon-like peptide-1 receptor agonists compared with basal insulins for the treatment of type 2 diabetes mellitus: a systematic review and meta-analysis. *Diabetes Obes Metab*. 2017;19(2):228-238

19. Alexander GC, Iyer G, Lucas E, Lin D, **Singh S**. Cardiovascular risks of exogenous testosterone among men. *Am J Med*. 2017 ;130(3):293-305

20. Houston KT, Shrestha A, Kafle HM, **Singh S**, Mullany L, Thapa L, Surkan PJ 1. Social isolation and health in widowhood: A qualitative study of Nepali widows' experiences. *Health Care Women Int*. 2016 ;37(12):1277-1288

21. Zorzela, L., Loke, Y.K., Ioannidis, J.P., Golder, S., Santaguida, P., Altman, D.G., Moher, D., Vohra, S., Boon, H., Clark, J., Derry, S., Gallivan, J., Gardiner, P., Gøtzsche, P., Loder, E., Napoli, M., Pilkington, K., Shekelle, P., **Singh S**, Witt, C., Lasserson, T., Wu, T., Shamseer, L., Mulrow, C. PRISMA harms checklist: improving harms reporting in systematic reviews. *BMJ* 2016;352: i157.

22. Fain KM, Yu T, Li T, Boyd CM, **Singh S**, Puhan MA, Evidence Selection for a Prescription Drug's Benefit-Harm Assessment: Challenges and Recommendations, *JCE* 2016 Jun;74:151-7

23. Vu A, Wirtz A, Pham K, **Singh S**, Rubenstein L, Glass N, Perrin N. Psychometric properties and reliability of the Assessment Screen to Identify Survivors Toolkit for Gender Based Violence (ASIST-GBV): results from humanitarian settings in Ethiopia and Colombia. *Confl Health*. 2016 Feb 9; 10:1.

24. Wirtz, AL, Glass N, Pham K, Perrin N, Rubenstein LS, **Singh S**, Vu A. Comprehensive development and testing of the ASIST-GBV, a screening tool for responding to gender-based violence among women in humanitarian settings. *Conflict and Health* 201610:7 DOI: 10.1186/s13031-016-0071-z

25. Hayman KG, *Sharma D, Wardlow RD II, **Singh S**. Burden of cardiovascular morbidity and mortality following humanitarian emergencies: a systematic literature review. *Prehosp Disaster Med*. 2015;30(1):1-9.

26. Chang HY, *Zhou M, * Tang W, * Alexander GC, **Singh S**.  Risk of gastrointestinal bleeding associated with oral anticoagulants: population based retrospective cohort study. *BMJ*. 2015;350:h1585 (editorial by Mary S Vaughn).

17

Sonal Singh M.D., M.P.H

27. Abraham NS, **Singh S**, Alexander GC, Heien H, Haas LR, Crown W, Shah ND. Comparative risk of gastrointestinal bleeding with dabigatran, rivaroxaban, and warfarin: population-based cohort study. *BMJ*. 2015;350:h1857.

28. Chang HY, Hsieh CF, **Singh S**, Tang W, Chiang YT, Huang WF. Anti-diabetic therapies and the risk of acute pancreatitis: a nationwide retrospective cohort study from Taiwan. *Pharmacoepidemiol Drug Saf*. 2015 Jun;24(6):567-75

29. Maruthur NM, Joy SM, Dolan JG, Shihab HM, **Singh S**. Use of the Analytic Hierarchy Process for medication decision-making in type 2 diabetes. *PloS One*. 2015 ;10(5): e0126625.

30. Breaux-Shropshire TL, * Judd E, Vucovich L, Shropshire TS, **Singh S**. Does home blood pressure monitoring improve patient outcomes? A systematic review comparing home and ambulatory blood pressure monitoring on blood pressure control and patient outcomes. *Integrated Blood Pressure Control* 2015 3; 8:43-9.

31. Zhou M, *Chang HY, Segal JB, Alexander GC, **Singh S**. Adherence to a novel oral anticoagulant among patients with atrial fibrillation. *J Manag Care Spec Pharm*. 2015; 21(11):1054-62.

32. Puhan MA, Yu T, Stegeman I, Varadhan R, **Singh S**, Boyd CM. Benefit-Harm Analysis and Charts for Individualized and Preference-Sensitive Prevention - The example of low dose aspirin for primary prevention of cardiovascular disease and cancer. *BMC Med*. 2015; 13:250.

33. Mayo-Wilson E, Hutfless S, Li T, Gresham G, Fusco N, Ehmsen J, Heyward J, Vedula S, Lock D, Haythornthwaite J, Payne JL, Cowley T, Tolbert E, Rosman L, Twose C, Stuart EA, Hong H, Doshi P, Suarez-Cuervo C, **Singh S**, Dickersin K.Integrating multiple data sources (MUDS) for meta-analysis to improve patient-centered outcomes research: a protocol for a systematic review. *Syst Rev* 2015; 4(1).

34. Morton MJ, DeAugustinis ML, Velasquez CA, **Singh S**, Kelen GD. Developments in Surge Research Priorities: A Systematic Review of the Literature Following the Academic Emergency Medicine Consensus Conference, 2007-2015. *Acad Emerg Med*. 2015 ;22(11):1235-52.

35. *Shihab HM, Akande T, Armstrong K, **Singh S**, Loke YK. Risk of pancreatic adverse events associated with the use of glucagon-like peptide-1 receptor agonist and dipeptidyl peptidase-4 inhibitor drugs: A systematic review and meta-analysis of randomized trials. *World J Meta-Anal* 2015; 3(6): 254-283

36. Haut ER, Garcia LJ, Shihab HM, Brotman DJ, Stevens KA, Sharma R, Chelladurai Y, Akande TO, Shermock KM, Kebede S, Segal JB, **Singh S**. The Effectiveness of Prophylactic Inferior Vena Cava Filters in Trauma Patients: A Systematic Review and Meta-analysis. *JAMA Surg* 2014; 149(2):194-202

37. **Singh S**, Ambrosio M, Semini I, Tawil O, Saleem M, Imran M, Beyrer C. Revitalizing the HIV response in Pakistan: a systematic review and policy implications. *Int J Drug Policy* 2014;25(1):26-33.

38. Turner LW, Nartey D, Stafford RS, **Singh S**, Alexander GC. Ambulatory Treatment of Type 2 Diabetes Mellitus in the United States, 1997-2012. *Diabetes Care*. 2014;37(4):985-92

39. Yu T, Fain K, Boyd C, Varadhan R, Weiss CO, Li T, **Singh S**, Puhan MA. Benefits and harms of roflumilast in moderate to severe COPD. *Thorax* 2014; 69:616-22

Sonal Singh M.D., M.P.H

40. Turner RM, Kwok CS, Chen-Turner C, Maduakor CA, **Singh S**, Loke YK. Thiazolidinediones and associated risk of Bladder Cancer: a Systematic Review and Meta-analysis. *Br J Clin Pharmacol.* 2014 78(2):258-7

41. Goyal M, **Singh S,** Sibinga E, Gould NF, Rowland-Seymour A, Sharma R, Berger Z, Sleicher D, Maron D, Shihab HM, Ranasinghe PD, Linn S, Bass EB, Haythornthwaite JA. Meditation Programs for Psychological Stress and Well-being: A Systematic Review and Meta-analysis. *JAMA Intern Med.* 2014 174(3):357-68 (editorial by Gorroll. Moving towards Evidence Based Complementary Care)

42. Vu A, Adam A, Wirtz A, Pham K, Rubenstein L, Glass N, Beyrer C, **Singh S**. The Prevalence of Sexual Violence among Female Refugees in Complex Humanitarian Emergencies: a Systematic Review and Meta-analysis. *PLOS Currents Disasters.* 2014 Mar 18. Edition 1.

43. Wirtz AL, Pham K, Glass N, Loochkartt S, Kidane T, Cuspoca D, Rubenstein LS, **Singh S**, Vu A. Gender-based violence in conflict and displacement: qualitative findings from displaced women in Colombia. *Confl Health.* 2014; 8:10.

44. *Haar RJ, Footer KH, **Singh S**, Sherman SG, Branchini C, Sclar J, Clouse E, Rubenstein LS. Measurement of attacks and interferences with health care in conflict: validation of an incident-reporting tool for attacks on and interferences with health care in eastern Burma. *Conflict and Health.* 2014, 8:23.

45. Cavallazzi R, El-Kersh K, Abu-Atherah E, **Singh S**, Loke YK, Wiemken T, Ramirez J. Midregional proadrenomedullin for prognosis in community-acquired pneumonia: A systematic review. *Respir Med.* 2014 ;108(11):1569-1580.

46. Dorsey ER, Brocht AFD, Nichols PE, Darwin KC, Anderson KE, Beck CA, **Singh S**, Biglan KM, Shoulson I. Depressed mood and suicidality in individuals exposed to tetrabenazine in a large Huntington disease observational study. *Journal of Huntington's Disease* 2013; 2(4): 509-515.

47. Ter Riet G, Chesley P, Gross AG, Siebeling L, Muggensturm P, Heller N, Umbehr M, Vollenweider D, Yu T, Akl EA, Brewster L, Dekkers OM, Mühlhauser I, Richter B, **Singh S**, Goodman S, Puhan MA. All That Glitters Isn't Gold: A Survey on Acknowledgment of Limitations in Biomedical Studies. *PLoS One* 2013 ;8(11): e73623.

48. Wirtz AL, Glass N, Pham K, Rubenstein LS, **Singh S**, Vu A. Development of a screening tool to identify female survivors of gender-based violence in humanitarian settings: qualitative evidence from research among refugees in Ethiopia. *Conflict and Health* 2013, 7:13.

49. Loke YK, Ho R, Smith M, Wong O, Sandhu M, Sage W, **Singh S**. Systematic review evaluating cardiovascular events of the 5-alpha reductase inhibitor - Dutasteride. *J Clin Pharm Ther* 2013 38(5):405-15

50. Grosse Y, Loomis D, Lauby-Secretan B, El Ghissassi F, Bouvard V, Benbrahim-Tallaa L, Guha N, Baan R, Mattock H, Straif K; International Agency for Research on Cancer Monograph Working Group. Collaborators: Stewart BW, Biggar RJ, Lachenmeier DW, **Singh S**, Tsuda H, Baguley B, Marques MM, Tseng CH, Knight TL, Beland FA, Betz JM, Carcache de Blanco EJ, Cunningham ML, Dunnick JK, Guo L, Jameson CW, Karagas M, Lunn RM, McCormick DL, Witt KL, Zhou S. Carcinogenicity of some drugs and herbal products. *Lancet Oncol.* 2013; 14(9):807-8.

Sonal Singh M.D., M.P.H

51. Maruthur NM, **Joy S**, Dolan J, Segal JB, Shihab HM, Singh S. Systematic assessment of benefits and risks: study protocol for a multicriteria decision analysis using the Analytic Hierarchy Process for comparative effectiveness research. *F1000 Research*. 2013 Jul 24; 2:160

52. Loke YK, **Singh S**. Risk of acute urinary retention associated with inhaled anticholinergics in patients with chronic obstructive lung disease: systematic review. *Therapeutic Advances in Drug Safety* 2013, 4: 19-26.

53. **Singh S**, Chang HY, Richards TM, Weiner JP, Clark JM, Segal JB. Glucagonlike Peptide 1-Based Therapies and Risk of Hospitalization for Acute Pancreatitis in Type 2 Diabetes Mellitus: A Population-Based Matched Case-Control Study. *JAMA Intern Med* 2013   28; 173:1843-4. (editorial by Peter Butler in JAMA Internal Medicine and Edwin Gale in the BMJ)

54. **Singh S**, Chang HY, Richards TM, Weiner JP, Clark JM, Segal JB. Thiazolidinedione use and risk of hospitalization for pneumonia in Type 2 Diabetes Mellitus: A Population-Based Matched Case-Control Study. *F1000Research* 2013 2:145.

55. Brotman DJ, Shihab HM, Prakasa KR, Kebede S, Haut ER, Sharma R, Shermock K, Chelladurai C, **Singh S**, Segal JB. Pharmacological and Mechanical Strategies for Preventing Venous Thromboembolism after Bariatric Surgery: A Systematic Review and Meta-analysis. *JAMA Surg* 2013 148(7):675-86.

56. Kebede S, Prakasa KR, Shermock K, Shihab HM, Brotman DJ, Sharma R, Chelladurai Y, Haut ER, **Singh S**, Segal JB. A systematic review of venous thromboembolism in patients with renal insufficiency, obesity, or on antiplatelet agents. *J Hosp Med* 2013 ;8(7):394-401.

57. *Chelladurai Y, Stevens KA, Haut ER, Brotman DJ, Sharma S, Shermock KM, Kebede S, **Singh S**, Segal JB. Venous thromboembolism in patients with traumatic brain injury: a systematic review. *F1000Research* 2013. May 29; 2:132.

58. **Singh S**, Loke YK, Enright P, Furberg CD. The pro-arrhythmic and pro-ischaemic effects of inhaled anticholinergics. *Thorax* 2013 68: 114-116.

59. Denizard-Thompson NR, **Singh S**, Stevens SR, Miller DP, Wofford JL. IPod™ technology for teaching patients about anticoagulation: a pilot study of mobile computer-assisted patient education. *Prim Health Care Res Dev* 2012 13: 42-7.

60. Treadwell JR, **Singh S**, Talati R, McPheeters ML, Reston JT. A Framework for "Best Evidence" Approaches in Systematic Reviews. *J Clin Epidemiol* 2012; 65: 1159-62.

61. Moore T, Glenmullen J, Maltsberger JT, Furberg CD, **Singh S**. Suicidal Behavior and Depression in Smoking Cessation Treatments. *PLOS One* 2011; 6: e27016.

62. Kwok CS, Yeong JK, Turner RM, Cavallazzi R, **Singh S**, Loke YK. Statins and associated risk of pneumonia: a systematic review and meta-analysis of observational studies. *Eur J Clin Pharmacol* 2012; 68(5): 747-55.

63. Moore T, **Singh S**, Furberg CD. The FDA and New Safety Warnings. *Archives of Internal Medicine* 2012 172:78-80.

64. Kwok CS, Arthur AK, Anibueze CI, **Singh S**, Cavallazzi R, Loke YK. Risk of Clostridium difficile Infection with Acid Suppressing Drugs and Antibiotics: Meta-Analysis. *Am J Gastroenterol* 2012; 107:1011-9 (with an editorial by Leontadis, Miller and Howden. How much do PPIs contribute to C difficile infection)

Sonal Singh M.D., M.P.H

65. **Singh S**, Pant SB, Dhakal S, Pokhrel S, Mullany LC. Human Rights Violations among Sexual and Gender Minorities in Kathmandu, Nepal: A qualitative investigation. *BMC International Health and Human Rights* 2012, 12:7

66. **Singh S**, Chang SM, Matchar DB, Bass EB. Chapter 7. Grading a body of evidence on diagnostic tests. *J Gen Intern Med.* 2012; 27: S47-55.

67. Treadwell JR, Uhl S, Tipton K, Shamliyan T, Vishwanathan M, Berkman ND, Sun X, Coleman CI, Elshaug AG, **Singh S,** Wang SY, Ramakrishnan R. Assessing equivalence and noninferiority. *J Clin Epidemiol* 2012; 65: 1144-9.

68. **Singh S**, Loke YK. Drug Safety Assessment in Clinical Trials: Methodologic Challenges and Opportunities. *Trials* 2012, 13: 138.

69. Puhan M, **Singh S**, Varadhan R, Weiss C, Boyd CM. Methods for Benefit and Harm Assessment in Systematic Reviews. *BMC Medical Research and Methodology* 2012, 12: 173.

70. Mills EJ, Wu P, Chong G, Ghement I, **Singh S**, et al. Efficacy and safety of statin treatment for cardiovascular disease: a network meta-analysis of 170,255 patients from 76 randomized trials. *Q J Med* 2011; 104: 109-24.

71. **Singh S**, Loke YK, Furberg CD. Long-term use of thiazolidinediones and the associated risk of pneumonia or lower respiratory tract infection: Systematic review and meta-analysis. *Thorax* 2011; 66: 383-388.

72. Bennett WL, Maruthur NM, **Singh S**, et al. Comparative effectiveness and safety of medications for Type 2 Diabetes: An update including new drugs and two drug combinations. *Annals of Internal Medicine* 2011; 154: 602-13. Copublished with linked AHRQ report:

73. Loke YK, Kwok CS, **Singh S**. Comparative Cardiovascular Effects of Thiazolidinediones: A systematic review and meta-analysis of observational studies. *BMJ* 2011; 342: d1309.

74. Loke YK, Cavallazi R, **Singh S**. Risk of fractures with inhaled corticosteroids in COPD: systematic review and meta-analysis of randomized controlled trials and observational studies. *Thorax* 2011; 66: 699-708.

75. Miller DP Jr, Spangler JG, Case LD, Goff DC Jr, **Singh S**, Pignone M. Effectiveness of a Web-Based Colorectal Cancer Screening Patient Decision Aid:  A Randomized Controlled Trial in a Mixed Literacy Population. *Am J Prev Med* 2011; 40: 608-15.

76. Li T, Puhan MA, Vedula SS, **Singh S**, et al. Network meta-analysis-highly attractive but more methodological research is needed. *BMC Medicine* 2011; 9: 79.

77. **Singh S**, Loke YK, Enright P, Furberg CD. Mortality Associated with Tiotropium Respimat® in Patients with Chronic Obstructive Pulmonary Disease- A Systematic Review and Meta-Analysis of Randomized Controlled Trials. *BMJ* 2011; 342: d3215. (with an editorial by Chris Cates Safety of Tiotropium)

78. **Singh S**, Loke YK, Spangler JG, Furberg CD. Risk of serious adverse cardiovascular events with Varenicline: A Systematic Review and Meta-Analysis of Randomized Controlled Trials. *CMAJ* 2011; 1831359-66. (with an editorial by JT Hays. Varenicline for smoking cessation. Is it a heartbreaker?)

21

Sonal Singh M.D., M.P.H

79. Loke YK, Kwok CS, **Singh S**. Risk of myocardial infarction and cardiovascular death associated with inhaled corticosteroids in COPD: a systematic review and meta-analysis. *Eur Respir J* 2010; 35: 1003-1021.

80. Navaneethan S, **Singh S**, Appasamy S, et al. Sodium bicarbonate therapy for prevention of contrast-induced nephropathy- A systematic review and meta-analysis. *AJKD* 2009; 53: 617-627.

81. Loke YK, **Singh S**, Furberg CD. Long-term use of thiazolidinediones and fractures in type 2 diabetes: Systematic Review. *CMAJ* 2009; 180: 32-39. (with an editorial by Lipscombe. Thiazolidinediones: Do harms outweigh benefits?)

82. **Singh S**, Amin A, * Loke YK. Long-term use of inhaled corticosteroids and risk of pneumonia in COPD: A meta-analysis. *Archives of Internal Medicine* 2009; 169: 219-229.

83. Attanayake V, Mckay R, Joffres M, **Singh S**, Burkle Jr F, Mills E. Prevalence of mental disorders among children exposed to war: a systematic review of 7920 children. *Medicine Conflict and Survival* 2009; 25: 4-19.

84. Loke YK, Jeevanantham V*, **Singh S**. Bisphosphonates and atrial fibrillation: systematic review and meta-analysis. *Drug Safety* 2009; 32: 219-228.

85. Boyd M, Watkins F, **Singh S**, Haponik E, Chatterjee A, Conforti J, Chin Jr R. Prevalence of flexible bronchoscopic removal of foreign bodies in the advanced elderly. *Age and Ageing* 2009; 38: 396-400.

86. Loke YK, Trivedi A, **Singh S**. Meta-analysis: Gastrointestinal bleeding due to interaction between Selective Serotonin Reuptake Inhibitors and Non-Steroidal Anti-inflammatory drug. *Alimentary Pharmacol Ther* 2008; 27: 31-40.

87. Mills E, **Singh S**, Roach B, Chong S. Prevalence of mental disorders and torture among Bhutanese refugees in Nepal: A systematic review and its policy implications. *Medicine, Conflict and Survival* 2008; 24: 5-16.

88. Chaukiyal P, Nautiyal A, Radhakrishnan S, **Singh S**, Navaneethan S. Thromboprophylaxis in cancer patients with central venous catheters: A systematic review and meta-analysis. *Thromb Haemost* 2008; 99: 38-43.

89. Wofford JL, Wells M, **Singh S**. Best Strategies for Patient Education Regarding Anticoagulation with Warfarin: A systematic review. *BMC Health Services Research* 2008; 8: 40.

90. Navaneethan SD, Adoulat S, **Singh S**. A systematic review of patient and health system characteristics associated with late referral in chronic kidney disease. *BMC Nephrology* 2008;9: 3.

91. **Singh S**, Loke YK. Furberg CD. Inhaled anticholinergics and the risk of major adverse cardiovascular events in patients with chronic obstructive pulmonary disease: A systematic review and meta-analysis. *JAMA* 2008; 300: 1439-1450. (CME Article in JAMA)

92. Mills EJ, Checchi F, Orbinski JJ, Schull MJ, Burkle Jr FM, Beyrer C, Cooper C, Hardy C, **Singh S**, et al. Users' guides to the medical literature: how to use an article about mortality in a humanitarian emergency. *Confl Health* 2008; 30: 9.

93. **Singh S**, Kumar A. Wernicke encephalopathy after bariatric surgery: A systematic review. *Neurology* 2007; 68: 807-11.

94. **Singh S**, Sharma SP, Mills E, Poudel KC, Jimba M. Conflict Induced Internal Displacement in Nepal. *Medicine Conflict and Survival* 2007; 23: 103-110.

95. **Singh S**, Loke YK, Furberg CD. Thiazolidinediones and heart failure: A Teleo-Analysis. *Diabetes Care* 2007; 30: 2148-2153.

96. Beyrer C, Villar JC, Suwanvanichkij V, **Singh S**, Baral SD, Mills EJ. Neglected Diseases, Civil Conflicts and the Right to Health. *Lancet* 2007; 370: 619-627.

97. **Singh S**, Loke YK, Furberg CD. Long-term risk of cardiovascular events with rosiglitazone: A systematic review and meta-analysis. *JAMA* 2007; 298: 1189-1195. (with an editorial by DH Solomon and Winkelmeyer. Cardiovascular risk and the Thiazolidinediones déjà vu all over again?)

98. Mills EJ, **Singh S**. Health, Human Rights and the conduct of research within oppressed populations. *Global Health*. 2007; 3: 10.

99. Mills E Cooper C, Wu P, Rachlis B, **Singh S**, Guyatt GH. Randomized trials stopped early for harm in HIV/AIDS: A systematic survey. *HIV Clinical trials*; 2006; 7: 24-33.

100. Mills E, **Singh S**, Wilson K et al. The Challenges of involving traditional healers in HIV/AIDS care. *Int J STD & AIDS* 2006; 17: 360-363.

101. **Singh S**, Bøhler E, Dahal K, Mills E. The state of child health and human rights in Nepal. *PLoS Med* 2006 3; 7: e203

102. Mills EJ, **Singh S**, Zwi A, Nelson B, Nachega JB. The impact of conflict on HIV/AIDS in Africa. *Int J STD AIDS* 2006; 17: 713-717.

103. Mills E, Nixon S, **Singh S**, Dolma S, Nayyar A, Kapoor S. Enrolling women into HIV vaccine trials: An ethical imperative but a logistical challenge. *PloS Med* 2006: 3: e94.

104. Dolma S, **Singh S**, Lohfield L, Orbinski J, Mills E. Dangerous Journey: Documenting the Experience of Tibetan Refugees. *AJPH* 2006; 96: 2061-2064.

105. Wofford JL, **Singh S**. Exploring the Educational Value of Clinical Vignettes from the SGIM National Meeting in the Internal Medicine Clerkship: A Pilot Study. *JGIM* 2006; 21: 1195-1197.

106. Navaneethan SD, **Singh S**. A systematic review of barriers in access to renal transplantation among African Americans in the United States. *Clin Transplant* 2006; 20: 769-775.

107. Mills E, Nachega JB, Buchan I, Attaran A, Orbinski J, **Singh S** et al. Adherence to Antiretroviral therapy in Africa versus North America: A comparative meta-analysis. *JAMA* 2006; 296: 679-690.

108. Mills E, Nachega JB, Bangsberg D, **Singh S**, Rachlis B, Wu P, et al. Adherence to antiretroviral therapy: a systematic review and meta-analysis examining developed and developing nation patient-reported barriers and facilitators. *PLoS Med* 2006; 3: e438.

109. **Singh S**, Loke YK. Statins and pancreatitis: A systematic review of observational studies and spontaneous case reports. *Drug Saf* 2006; 29: 1123-32.

110. **Singh S**, Mills E, Dahal K. Nepal's war on Human Rights: A summit higher than Everest. *Int J Equity Health*. 2005; 4: 9.

111. **Singh S**, Mills E. Honeyman SW, Suvedi BK, Pant NP. HIV in Nepal: Is the conflict fueling the epidemic? *PLoS Med*. 2005; 2: e 216.

Sonal Singh M.D., M.P.H

112.    Mills EJ, Rachlis B, Wu P, Wong E, Heise L Wilson K, **Singh S**. Media reporting of Tenofovir trials in Cambodia and Cameroon. *BMC International Health and Human Rights* 2005; 5: 6.

113.    Mills E, **Singh S**, Holtz T, Santa-Barbara J, Chase R, and Orbinski J. Prevalence of serious mental disorders among Tibetan refugees: A systematic review. *BMC International Health and Human Rights* 2005; 5: 7.

114.    **Singh S**, Dolan JG, Centor RM. Optimal clinical management of Sore throat: A multi-criteria decision analysis. *BMC Medical Decision-Making* 2005:6; 14.


*Accepted*
None
*Books and monographs*
1.    **Singh S**, Fouyazi H, Anzuoni K, Goldman L, Min JY, Griffin M, Grijalva CG, Morrow JA, Whitmore C, Leonard CE, Selvan M, Nair V, Zhou Y, Toh S, Petrone A, Williams J, Fazio-Eynullayeva E, Swain R, Cole DT, Andrade S. Diagnostic algorithms for cardiovascular death in administrative claims databases. A systematic review 2018. Sentinel Report. Prepared for the Food and Drug Administration.

2.    Some drugs and herbal products / IARC Working Group on the Evaluation of Carcinogenic Risks to Humans (2013: Lyon, France) (IARC monographs on the evaluation of carcinogenic risks to humans; volume 108). Published by the International Agency for Research on Cancer, 150 cours Albert Thomas, 69372 Lyon Cedex 08, France ©International Agency for Research on Cancer, 2015 On-line publication, 15 September 2015.

3.    Maruthur NM, Joy S, Dolan J, Segal JB, Shihab HM, **Singh S**. Systematic assessment of benefits and risks: A multicriteria decision analysis using the Analytic Hierarchy Process for comparative effectiveness research. FDA report 2013

4.    Beyrer C, **Singh S**, Ambrosio M, Semini I. Revitalizing the HIV response in Pakistan: a systematic review and policy recommendations. World Bank, 2012.

5.    Beyrer C, **Singh S**, Sudarshi D. Neglected tropical diseases, conflict and the right to health: A2, pgs 132- 155 in The Causes and Impacts of Neglected Tropical and Zoonotic Diseases: Opportunities for Integrated Intervention Strategies: Workshop Summary. Editors Eileen R. Choffnes and David A. Relman, Rapporteurs; Forum on Microbial Threats; Institute of Medicine ISBN 978-0-309.

6.    Goyal M, **Singh S**, Sibinga EMS, Gould NF, Rowland-Seymour A, Sharma R, Berger Z, Sleicher D, Maron DD, Shihab HM, Ranasinghe PD, Linn S, Bass EB, Haythornthwaite JA. Meditation Programs for Psychological Stress and Well-being: Comparative Effectiveness Review No. 124 (Prepared by The Johns Hopkins University Evidence-based Practice Center, under Contract No. 290-2007-100061-1.) AHRQ Publication No. 13 (14)-EHC116-EF. Rockville, MD: Agency for Healthcare Research and Quality. January 2014

7.    **Singh S**, Haut ER, Brotman DJ, Sharma R, Chelladurai Y, Shermock KM, Kebede S, Stevens KA, Prakasa KR, Shihab HM, Akande TO, Zeidan AM, Garcia LJ, Segal JB. Comparative Effectiveness of Pharmacologic and Mechanical Prophylaxis of Venous Thromboembolism Among Special Populations. Comparative Effectiveness Review No. 116. (Prepared by The

Sonal Singh M.D., M.P.H

Johns Hopkins University Evidence-based Practice Center, under Contract No. HHSA 290 2007 10061 I). AHRQ Publication No. 13-EHC082-1 Rockville, MD: Agency for Healthcare Research and Quality. May 2013

8. Puhan MA, **Singh S**, Weiss CO, Varadhan R, Sharma R, Boyd CM. Evaluation of the Benefit and Harm of Aspirin for Primary Prevention of Cardiovascular Events: A Comparison of Quantitative Approaches. Methods Research Report. (Prepared by the Johns Hopkins University Evidence-based Practice Center under Contract No. 290-2007-10061-I). AHRQ Publication No. 12(14)-EHC149-EF. Rockville, MD: Agency for Healthcare Research and Quality; November 2013.

9. Boyd CM, **Singh S**, Varadhan R, Weiss CO, Sharma R, Bass EB, Puhan MA. Methods for Benefit and Harm Assessment in Systematic Reviews. Methods Research Report. (Prepared by the Johns Hopkins University Evidence-based Practice Center under Contract No. 290-2007-10061-I). AHRQ Publication No. 12(13)-EHC150-EF. Rockville, MD: Agency for Healthcare Research and Quality; November 2012.

10. Treadwell JR, **Singh S**, Talati R, McPheeters ML, Reston JT. A Framework for "Best Evidence" Approaches in Systematic Reviews [Internet]. Rockville (MD): Agency for Healthcare Research and Quality (US); 2011 Jun. Report No: 11-EHC046-EF. AHRQ Methods for Effective Health Care.

11. Treadwell J, Uhl S, Tipton K, **Singh S**, Santaguida L, Sun X, Berkman N, Viswanathan M, Coleman C, Shamliyan T, Wang S, Ramakrishnan R, Elshaug A. Assessing Equivalence and Noninferiority. Methods Research Report. (Prepared by the EPC Workgroup under Contract No. 290-2007-10063.) AHRQ Publication No. 12-EHC045-EF. Rockville, MD: Agency for Healthcare Research and Quality, June 2012.

12. **Singh S**, Chang SM, Matchar DB, Bass EB. Grading a body of evidence on medical tests. AHRQ Publication No 12-EHC079-EF. Chapter 7 of the Methods Guide for Medical Test Reviews. 2012 (AHRQ Publication No 12-EHC017). Rockville, MD: Agency for Health Care Research and Quality; June 2012.

13. Bennett WL, Wilson LM, Bolen S, Maruthur N, **Singh S**, et al. Oral Diabetes Medications for Adults with Type 2 Diabetes. An Update. Comparative Effectiveness Review No. 27. (Prepared by Johns Hopkins Evidence-Based Practice Center under Contract No. 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.) AHRQ Publication No. 11-EHC038. Rockville, MD: Agency for Healthcare Research and Quality, March 2011.

14. Khagendra Dahal* and **Sonal Singh**. "Primary Prevention-Acting on Human Rights in Nepal" in Peace Through Health; How health professionals can work for a less violent world" by Neil Arya & Joanna Santa Barbara. 187-188. @ 2008 Kumarian Press.

*Editorials and other scholarly material in peer reviewed journals*

1. **Singh S**. Nautiyal A. Fluoroquinolones increase the risk of aortic aneurysms and aortic dissection? *JACC* 2018: 72 (12): 1379-81

2. **Singh S.** The safety of generic prescription drugs in the United States. *Drug Safety* 2018; 45 (4):325-328.

3. **Singh S**. Valproate use during pregnancy was linked to autism spectrum disorder and childhood autism in offspring. *ACP Journal Club* 2013; 159: JC13-4.

Sonal Singh M.D., M.P.H

4. **Singh S**. Segal JB. Thiazolidinediones and macular edema: Comment on Thiazolidinediones and macular edema in type 2 diabetes. *Archives of Internal Medicine*. 2012. 172: 1011-3.

5. **Singh S**. Furberg CD. Inhaled anticholinergics for chronic obstructive pulmonary disease: comment on "inhaled anticholinergic drug therapy and the risk of acute urinary retention in chronic obstructive pulmonary disease." *Archives of Internal Medicine* 2011; 171: 920-2.

6. **Singh S**. Daily use of Aspirin reduces long-term risk of death due to some cancers. *ACP Journal Club* 2011; 154: JC3-2.

7. **Singh S**, Furberg CD. Review: Calcium supplements increase risk of myocardial infarction. *Evid Based Med* 2010; 15: 181.

8. **Singh S**, Furberg CD.  Thiazolidinediones and Cardiovascular Outcomes in Type 2 Diabetes. *Heart* 2009; 95: 1-3.

9. **Singh S**. Clinical Research in Emerging Countries. Third Annual Marcus Evans Conference *IDrugs* 2008; 11: 724-727.

10. **Singh S**, Trivedi A. Spontaneous reports as evidence of Adverse Drug Reactions. *South Med J.* 2008; 101: 16.

11. **Singh S**, Orbinski J, Mills EJ. Conflict and Health: A paradigm shift in global health and human rights. *Conflict and Health* 2007, 1: 1.

12. **Singh S**. Nautiyal A. Secondary hypertension due to drugs and toxins: A challenge for research on harm. *South Med J.* 2007; 100: 665-666.

13. **Singh S**. Hydralazine-induced lupus. *South Med J* 2006; 99: 6-7.

14. **Singh S**. Amiodarone-induced alveolar hemorrhage *South Med J* 2006; 99: 329-30.

15. **Singh S** Angiotensin-converting enzyme inhibitor-induced acute pancreatitis: in search of the evidence. *South Med J* 2006; 99: 1327-1328.

16. **Singh S**. Wooltorton E. Increased mortality among elderly patients with dementia using atypical antipsychotics. *CMAJ* 2005 173; 3: 252.

17. **Singh S**. The Stone Circle. *CMAJ* 2005; 172: 522.

18. **Singh S**. Tears from the Land of Snow: Health and Human Rights in Tibet. *Lancet* 2004; 364: 1009.


**Publication of Educational Materials**
*Peer-reviewed educational publications*

1. **Singh S**. Type 2 diabetes pharmacoepidemiology update 2014: safety versus efficacy. *Curr Diab Rep*. 2014; 14(12):563.

2. Chelladurai Y*, **Singh S**. Varenicline and cardiovascular events: a perspective review. *Therapeutic Advances in Drug Safety* 2014; 1-6: doi 10.1177/2042098614530421.

3. Beasley R, **Singh S**, Loke YK, Enright P, Furberg CD. Call for worldwide withdrawal of tiotropium Respimat mist inhaler. *BMJ* 2012; 345: e7390.

4. Loke YK, **Singh S**. Risks associated with tiotropium in chronic obstructive pulmonary disease: overview of the evidence to date. *Therapeutic Advances in Drug Safety* 2012; 3: 123–31

26

Sonal Singh M.D., M.P.H

5. Cavalazzi R, **Singh S.** Inhaled corticosteroids in Chronic Obstructive Pulmonary Disease: How serious is the risk of pneumonia and should it impact use of ICS in COPD. *Current Infectious Disease Reports*. 2011; 13: 296-301.

6. Lexchin J, Arya N, **Singh S**. Gardasil – The New HPV Vaccine: The Right Product, the Right Time? A Commentary. *Healthcare Policy* 2010; 5: 26-36.

7. Cavalazzi R, **Singh S**. Inhaled corticosteroids in Chronic Obstructive Pulmonary Disease: How serious is the risk of pneumonia and should it impact use of ICS in COPD. *Current Infectious Disease Reports*. 2011; 13: 296-301.

8. **Singh S**, Loke YK. A critical analysis of the benefits and drawbacks of inhaled corticosteroids in chronic obstructive pulmonary disease. *International Journal of COPD* 2010; 5: 189-195.

9. **Singh S**, Loke YK. Risk of pneumonia associated with long-term use of inhaled corticosteroids in COPD: A critical review and update. *Current Opinion in Pulmonary Medicine* 2010; 16: 118-122

10. Mills EJ, Ford N, **Singh S**, Eyawo O. Providing Antiretroviral Care in Conflict Settings. *Current HIV/AIDS Report* 2009; 6: 201-9.

11. **Singh S**, Loke YK. Thiazolidinediones and cardiovascular disease- Balancing Benefit and Harm. *Geriatrics and Aging* 2008; 11: 29-35.

12. Orbinski J, Beyrer C, **Singh S**. Violations of human Rights: health practitioners as witnesses. *The Lancet* 2007; 370: 698-704.

13. **Singh S**, Morrell P.  What caused Buddha's death? *Ars Medica* 2006; 79-84.

14. Mills EJ, Robinson J, Attaran A, Clarke M, **Singh S**, Upshur RE, Hermann KJ Jr, Yusuf S. Sharing evidence on humanitarian relief. *BMJ* 2005; 331: 1485-6.

15. Mills E, **Singh S**, Warren M, Orbinski J, Upshur RE. Designing research in vulnerable populations: lessons from HIV prevention trials that stopped early. *BMJ* 2005; 331: 1403-1406.

16. **Singh S**. Empathy: Lost or found in medical education? The Learning Curve *MedGenMed* 2005; 7: 3

17. **Singh S**. Impact of long-term political conflict on population health in Nepal. *CMAJ* 2004; 171: 1499-1501.

*Peer reviewed Case Reports*

1. *Chaukiyal P, **Singh S**, Woodlock T, Dolan JG, Bruner K. Intravascular large B cell lymphoma with multisystem involvement. *Leuk Lymphoma* 2006; 47: 1688-90.

2. Navaneethan SD, Kannan VS, Osowo A, Shrivastava R, **Singh S**. Concomitant intracranial aneurysm and carotid artery stenosis: A therapeutic dilemma. *South Med J*. 2006, 99: 757-8.

3. **Singh S**, Rajpal C, Nannapaneni S, Venkatesh S. Iopamidol myelography-induced seizures. *MedGenMed* 2005: 7: 11.

4. Nautiyal A, **Singh S**, Parmeswaran G, DiSalle M. Hepatic dysfunction in a patient with Plamodium vivax infection. *Med Gen Med* 2005: 7: 1.

5. Navaneethan SD, **Singh S**, Choudhry W. Nodular glomerulosclerosis in non-diabetic patients: Case report and literature review. *J Nephrol* 2005: 18: 613-615.

6. Nautiyal A, **Singh S**, DiSalle M, O'Sullivan J. Painful Horner syndrome as a silent harbinger of carotid dissection. *PloS Med* 2005; 80: 136-137.

Sonal Singh M.D., M.P.H

7. **Singh S**, Nautiyal A, Dolan JG. Recurrent acute pancreatitis possibly induced by atorvastatin and rosuvastatin. Is statin-induced pancreatitis a class effect? *JOP* 2004; 5: 502-504.

8. **Singh S**, Srivastava R, Das V. Formulary Conversion Programs: The need for patient-specific risk assessment. *MedGenMed* 2004; 6: 28.

*Correspondence*

1. **Singh S**, Suchard MA. Pioglitazone Use and Risk of Bladder Cancer. *JAMA*. 2015 Dec 15; 314(23):2567-8.

2. **Singh S**, Loke YK, Furberg CD. Outpatient management of severe COPD. *NEJM* 2010; 363: 493.

3. **Singh S**, Loke YK. Inhaled corticosteroids: a controversial add-on treatment in COPD. *ERJ* 2010; 36:1-1.

4. **Singh S**, Loke YK, Furberg CD. Tiotropium in Chronic Obstructive Pulmonary Disease *NEJM* 2009; 360: 185-187.

5. Loke Y, **Singh S**. Inhaled Corticosteroids in Patients with Chronic Obstructive Pulmonary Disease. *JAMA* 2009; 301: 1432.

6. Toney JH, Fasick JI, **Singh S**, Beyrer C, Sullivan DJ Jr. Purposeful learning with drug repurposing. *Science* 2009; 325: 1339-40.

7. Serra A, Sechi G, **Singh S,** Kumar A. Wernicke encephalopathy after obesity surgery: a systematic review. *Neurology* 2007; 69: 615.

8. **Singh S**, Arya N, Mills E, Holtz T, Westberg G. Free medical students and doctors detained in Nepal. *Lancet* 2006; 367: 1730.

9. **Singh S**. Where next for China? Rising inequalities in health and wealth are greatest challenge. *BMJ* 2006; 333: 499.

10. Mills E, **Singh S**, Orbinski J, Burrows D. The HIV/AIDS epidemic in Cambodia, The *Lancet Infectious Diseases* 2005; 5: 596-597.

11. **Singh S**. Nautiyal A. Neurological complications of bariatric surgery. *Mayo Clinic Proceedings.* 2005; 80:134-137.

12. **Singh S**. Nepal's war and conflict-sensitive development. *PLOS Med*. 2005:2(1): e19.

13. **Singh S**, Dolan JG. Diagnosis and treatment of Group A pharyngitis strep. *Am Fam Physician*. 2005:71:1064.

14. **Singh S**. Drug-induced pancreatitis might be a class effect of statin drugs. *JOP* 2005; 6: 380.

15. **Singh S**.  Special issue on South Asia: focus will be on Asia. *BMJ* 2004; 328: 288.

16. **Singh S**. Letter from the Himalayas. *CMAJ* 2004; 171:309-10.

17. **Singh S**. Post-traumatic stress in former Ugandan child soldiers. *Lancet* 2004; 63: 1648.

18. **Singh S**. Post-Immigrant Refugee Medicine: Children's needs should not be seen in isolation. *BMJ* 2004; 329: 742.

19. **Singh S**. Social and economic justice: the road to health. *CMAJ* 2004; 171: 1021.

***Development of major curricular offerings.***

Sonal Singh M.D., M.P.H

2 credit Course for MD and MPH in comparative effectiveness research for the Johns Hopkins ICTR                                                                                           2015-2016

Sonal Singh M.D., M.P.H

Sonal Singh MD, MPH received his MD from Patna Medical College India (1999). He completed internal medicine residency training at Unity Health System, affiliate of Strong Memorial Hospital Rochester, NY. (American Board of Internal Medicine 2005) He obtained an MPH from Johns Hopkins Bloomberg School of Public Health (2008) and completed subsequent research training at the Johns Hopkins Hospital (2012) as a Junior Faculty Research Scholar supported by the National Institute of Health.  He was the Associate Director for the Center for Drug Safety and core faculty Evidence Based Practice Center and the Center for Public Health and Human Rights at Johns Hopkins University. He has taught and held faculty appointments at Wake Forest University School of Medicine and Johns Hopkins University. He has received numerous awards including the Senior Scholarship Award from the Unity Health System (2005), Tinsley R Harrison Teaching Award for Education at Wake Forest University in 2007,  Master Teacher Award at Wake Forest University (2008), Mid-Atlantic Society of General Internal Medicine Clinician Investigator of the Year Award ( 2010), the Bruce P Squires Award for the best research paper of the year from the Canadian Medical Association Journal (2011) and the third best student abstract award from the International Society of Pharmacoepidemiology (2013).  He conducts clinical research with a focus on evidence synthesis, drug safety and shared decision making. Dr Singh has conducted research in several countries and has published more than 150 academic manuscripts to advance research and clinical care. His research efforts have been supported by the NIH, FDA, Agency for Health Care Research and Quality and the Patient Centered Outcome Institute and various private foundations. His research has been published in *Science, NEJM, Journal of the American Medical Association, Annals of Internal Medicine, Lancet and the British Medical Journal*, and featured in various outlets including Nature Medicine, NYTIMES, CNN, Washington Post and the Wall Street Journal. He currently serves on the editorial board of the *Evidence Based Medicine Journal* published by the BMJ, as a panel member of the American College of Chest Physician guideline writing group, and  American College of Physicians Health Policy committee (Massachusetts chapter) He has served as a consultant to the World Bank, World Health Organization International Agency for Research Cancer, the Agency for Health Care Research and Quality, pharmaceutical sponsors and research firms and several non-governmental organizations. He is a practicing general internist with a passion for managing patients with complex medical conditions.

30

**EXHIBIT B**

**Trial Testimony**

I have not provided trial testimony.

**Expert deposition (last 5 years)**

1. US District Court of South Carolina, Charleston; *In Re Lipitor (Atorvastatin Calcium) marketing, sales practices and products liability litigation*, MDL No. 2:14-mn-02502-rmg, April 28, 2015; supplementary deposition, in 2016.

2. US States District Court, Eastern District Court of California; *Kristi Lauris Individually and as Successor in Interest to the Estate of Dainis Lauris; vs Defendants Novartis AG*, Case No. 1:16 cv 00393 –LJO-SAB. Case 2:17-cv-14302-RLR Document 49 Entered on FLSD Docket, 2017.

3. Circuit Court of Camden County, Missouri; *Grace Arlene Rahmoeller v. Walmart Stores, Inc. and Nicholas B. Collins*, Case No.: 15CM-CC00238, April 16, 2018.

4. US District Court, Southern District of Florida, *Dennis McWilliams and Lori McWilliams v. Novartis AG and Novartis Pharmaceuticals Corp.*, Case No. 17-14302, May 2, 2018.

5. *Mary Brufett and Jefferey Brufett, vs Iskra Pusic, MD, Keith E. Stocker Goldstein and Washington University*, Cause No 1622-CC01117 (Division 8), May 10, 2018.

6. US District Court Northern District of California, San Francisco Division; *In Re: Viagra (Sildenafil Citrate) and Cialis (Tadalafil) Products Liability Litigation*, Civil Case  No.:  3:16-md-02691-RS, MDL No. 2691, August 9, 2018.

Exhibit 24

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG)** |
| ***THIS DOCUMENT RELATES TO ALL CASES*** | |

## RULE 26 EXPERT REPORT OF
## JUDITH ZELIKOFF, PHD

Date:   November 16, 2018

_____

Judith Zelikoff, PhD

# I.     BACKGROUND AND QUALIFICATIONS

I received my Ph.D in Experimental Pathology and Immunology at Rutgers: NJ Medical School (formerly known as University of Medicine and Dentistry of NJ) in 1982, after receiving a Master's degree from Fairleigh Dickinson University in Microbiology. My post-doctoral training was in toxicology at the NYU School of Medicine, Department of Environmental Medicine as a National Heart Lung Blood Institute (NHLBI) fellow.

I am currently a tenured-professor in Toxicology at NYU. As part of the NYU NIEHS (National Institute of Environmental Health Science) Center of Excellence, I serve as Director of the Community Engagement Core. In this capacity, I engage with environmentally-impacted underserved communities throughout New Jersey and New York to better engage the community to achieve long-term and sustainable outcomes, processes, relationships, discourse, decision-making, and implementation regarding environmental health. These goals are carried out through town hall meetings, focus groups, listening sessions, forums on relevant environmental concerns, surveys, as well as outdoor and indoor measurements of toxic metals such as lead, cadmium, mercury, and arsenic in water, air, and soil. I also provide service to the NYU School of Medicine as a member of the Grievance Committee, Institutional Animal and Use Committee (IACUC) and as an NYU Senator representing the School of Medcine.

I have served in numerous leadership positions in the field of toxicology, including NIH Study Sections, United Nations Environmental Programme, NASA boards, and National Academy of Science Panels (i.e., Institute of Medicine, National Research Council and Engineering, and Medicine's Board on Earth Sciences and Resources), as well as Environmental Protection Agency study sections and advisory boards concerning the toxic effects of air pollution, metals, and alternative tobacco products. Furthermore, I served for two years (2010-2012) as a member of the National Toxicology Program (NTP) Board of Scientific Advisors. In this capacity, I reviewed documents and provided input and guidance on the toxicity of various chemicals that were nominated for review and sent to the NTP for study and/or discussion. In some cases, we also decided on the carcinogenicity of specific compounds.  I was not part of the NTP 10 ROC or 12 ROC, both of which deferred the decision on talc.

In addition, I presented about 150 international/national papers in the areas of toxicology and environmental and public health.  I have organized several international toxicology meetings, served as editor for several toxicology/environmental public health books and authored numerous book chapters in the same areas. I have over 125 publications and book chapters in the area of immunotoxicology (for which I received a Lifetime Achievement Award from the Society of Toxicology), air pollution toxicology, metal toxicology, immunotoxicology, and developmental and reproductive toxicology associated with inhaled metals, mixtures, nanomaterials, dusts (i.e., World Trade Center Dust), and tobacco/nicotine toxicology.

I have held numerous executive positions in the Society of Toxicology (SOT) which includes three years as Secretary on the SOT Executive Council and one year as Chair of the Education Committee and Committee for Diversity Initiatives Committees. I have also provided leadership for four individual SOT Specialty Sections (SS). I have served as President of the Immunotoxicology, Metals and Ethical, Legal, Forensic and Societal Issues Specialty Section and currently serve as Senior Councilor of the Inhalation and Respiratory Specialty Section. I have received three major SOT awards including the Mentorship Award from "Women in Toxicology", Global Host award and in 2018, Education award for meritorious teaching skills in toxicology. As a teaching scholar, I have taught and continue to teach toxicology on a global level in such countries as Thailand, Nigeria, South Africa, Tasmania and New Zealand.

My education, training and publications are further set out in my Curriculum Vitae, which is attached to this report as an **Exhibit A**.

## II.    MANDATE AND METHODOLOGY

<u>Mandate</u>:  I was asked to review the scientific literature and assess whether there is a biologically plausible explanation for the increased risk of ovarian cancer with the perineal use of talcum powder products.

The notion of biological plausibility is multi-factoral. As a part of my analysis, while considering the totality of the evidence, I evaluated the genital use of talcum powder products, the routes of exposure by which talcum powder could reach the ovaries, the composition of the talcum powder products, the biological and toxicological effects of talcum powder, and the potential mechanisms of carciogenisis. Biological plausibility does not mean proof of mechanism, but rather whether what is known about the products is consistent with a cause and effect relationship.

I performed an independent, comprehensive literature review using research databases and search enginges including PubMed, ToxLit and  Google to identify relevant literature. The keywords/phrases used initially for searching, included: talc, talcum powder, talc  and cancer, talc and toxicity, talc and toxicology, ovarian cancer, oxidative stress, talc and ovarian cancer, animal models and talc, talc powder and the immune response and talc chemical structure. Keywords and phrases expanded upon those terms in later searches.

More than 300 publications (research papers, reviews, abstracts, reports, documents) and book chapters from the 1960s to the present were identified as having some relevancy for the talc-ovarian cancer topic. Following closer scrutiny of these publications, between 200-250 research papers, scholarly reviews, abstracts, documents, reports were found critical for informing my opinion. Toxicological studies, including *in vivo, in vitro* and *ex vivo* investigations, were the topics most appropriate for my area of expertise.  In addition, I have reviewed depositions and numerous documents, internal memorandum

2

and published and unpublished studies and testing results that I have found in my own searches, documents provided by attorneys, and documents that I requested.  A list of materials and data considered for this report are attached as **Exhitit B**.

My opinions below are based upon my experience as a toxicologist and research scientist and have been reached through employing the same scientific methodology and rigor that I employ in my academic research and professional duties.  To my knowledge, I considered and evaluated the majority of all available relevant studies in the process of evaluating the literature, including those that reported an elevated risk of ovarian cancer with exposure to talc and those where other chemicals were reported within talc-based body powders, including those that did not find an increased risk. The same approach was used in evaluating the animal data and the mechanistic data.

### III.    TALC

Primary talc deposits are found on almost every continent around the world[1].  Talc is commonly formed by the hydrothermal alteration of magnesium- and iron-rich rocks (ultramafic rocks) and by low-grade thermal metamorphism of siliceous dolomites. Talc is the softest mineral on earth, mined around the world for use in a wide variety of products personal, cosmetic or industrial in nature. The word "talc" can refer to two things. The first is a mineral and the second is a commercially available product that can be used both industrially and in pharmaceuticals and cosmetics. For this report, when talking about the former, I use the term "mineral talc," and when talking about the latter, I use the term "talcum powder products."  Johnson & Johnson talcum powder products are classified as cosmetic talc.  Dermal contact (including perineal application of talcum powder products) is a primary route of human exposure, while inhalation also represents a route of  exposure for talc/talcum powder products.

As a mineral, talc corresponds to the chemical structure of hydrous magnesium silicate with a formula of $Mg_3Si_4O_{10}(OH)_2$ and a theoretical chemical composition, expressed as oxides, of 31.7% by weight magnesium oxide (MgO), 63.5% silicon dioxide ($SiO_2$) and 4.8% water ($H_2O$). Talc belongs to the silicate subclass phyllosilicates and is known as a sheet silicate. It is the softest mineral on Mohs' hardness scale, and it's structure and chemical bond arrangement is such that it is easily broken into thin sheets.  The structure consists of three sheets that are octahedrally coordinated magnesium hydroxide groups (brucite layer) layered between 2 layers of tetrahedrally linked silica layers. The apical oxygen atom positions of the tetrahedral layers are shared with one of the oxygen atom positions of the octahedral layer. The composite sheets repeat every 9.4 angstroms and the triple-sheet crystalline units are held together by van der Waals forces. Talc particles are normally plate-like in shape, but may form mineral fibers, as discussed below.

---

[1] https://minerals.usgs.gov/minerals/pubs/commodity/talc/mcs-2017-talc.pdf

3

Small amounts of aluminum and ferric (III) iron can substitute for silicon in talc tetrahedral sites. Trace amounts of nickel and small to moderate amounts of ferrous (II) and ferric (III) iron, aluminum and/or manganese can substitute for magnesium in talc octahedral sites. Additionally, talc deposits may contain varying amounts of quartz, nickel, chromium and cobalt, as well as asbestos or asbestos-forming minerals including amphibole (tremolite, actinolite, antigorite and anthophyllite) and serpentine (chrysotile) (Cralley, 1968; Lockey, 1981; McCarthy 2006; Rohl, 1976). The pH of cosmetic talcs are usually alkaline (8.0-9.5) and are insoluble in water, cold acids or in alkalis.

Talc powder particle size depends on the process used to make the powder. Johnson and Johnson's analysis of particle size in talcum powder shows particles range on average from 0.8 µm to over 50 µm, with a median particle size of 11.39 µm, where approximately 43.9% of particles are less than 10 µm (JNJTALC00878141).

## A.    Fibrous Talc

As a mineral, talc is most commonly found in plate-like form, but may also form as true mineral fibers that are asbestiform (IARC 2010, IARC 2012). Asbestiform talc (also known as fibrous talc) is different from talc containing asbestos. Fibrous talc fibers are very long and thin and occur in parallel bundles that are easily separated from each other by hand pressure (IARC Monographs, 2010). The 2010 IARC clearly states that the term 'asbestiform fiber' means any mineral, including talc, when it grows into an asbestiform habit. In its fibrous form, talc has been classified as a Group I, known carcinogen (IARC 1987 Supp 7; IARC 2010; IARC 2012). OSHA considered fibrous talc exposure limits to be equivalent to those of asbestos (OSHA, 1972). In 2010, IARC expanded the Group 1 designation ("known carcinogen") from "talc containing asbestiform fibers" to "talc containing asbestos or other asbestiform fibres." (IARC, 2010). Additionally, the American Conference of Governmental Industrial Hygienists (ACGIH) clarifies that "talc may also take the form of long thin fibers (fibrous talc) and can occur in bundles that are easily separated (asbestiform talc). Asbestiform talc should not be confused with talc containing asbestos…" (ACGIH, 2010).

Asbestiform talc fibers have been reported by Johnson & Johnson and Imerys to be found in: mines from which ore for Johnson & Johnson talcum powder products were sourced; in talcum powder used in Johnson & Johnson talcum powder products; and in the Johnson & Johnson talcum powder final product.[2]

Recent TEM testing on historic samples of Johnson's Baby Powder from 1978 showed the presence of fibrous talc in the product (Longo & Rigler, Feb 2018 MAS Report). Additional TEM testing of 30 samples of J & J baby powder and Shower to Shower dating from a span of many years resulted in a finding of fibrous talc in 15 samples (Longo & Rigler, Aug 2017 Expert Report).

---

[2] See also:  IMERYS477879 (fibrous talc in Grade 66 Q1 composite); JNJ 000269848 (talc needles found in medicated powder 1971, see with TEM results in JNJ 000281921); JNJ 000245002 (Fibrous talc in Hammondsville mine 1970)) .

4

## IV.    ASBESTOS

Asbestos, like talc, is a naturally occurring silicate mineral, but with a different crystal structure (Mossman & Churg, 1998).  Asbestos is a generic name referring to a group of naturally occurring mineral silicate fibers. It is recognized as a known human carcinogen by the U.S. Occupational Safety and Health Administration (OSHA), the U.S. Environmental Protection Agency (USEPA) and the National Toxicology Program (NTP)(OSHA, 2014; USEPA, 1995; NTP, 2016).   The National Institute for Occupational Health (NIOSH) has stated there is no safe level of asbestos and the American Conference of Governmental Industrial Hygienists (ACGIH) characterizes it as a "confirmed human carcinogen" (NIOSH, 1980; ACGIH, 2017).   All forms of asbestos are Group 1 carcinogens (carcinogenic to humans)(IARC, 2012).

The U.S. EPA defines asbestos by limiting the term to 6 specific fibrous minerals from two distinct groups: chrysotile (from the Serpentine group); and amosite, crocidolite, tremolite, actinolite and anthophyllite (from the Amphibole group). "Asbestiform" describes the pattern of growth of a mineral that is referred to as a "habit" (IARC, 2010).  Minerals with a "non-asbestiform" habit have crystals that grow in two or three dimensions, and "cleave into fragments, rather than breaking into fibrils" (*Id.*). Chrysotile occurs in the asbestiform habit, whereas, of the amphiboles, amosite and crocidolite occur only in the asbestiform habit, and tremolite, anthophyllite and actinolyte can occur in asbestiform or non-asbestiform habits.  OSHA defines an asbestos fiber as having a length > 5mm and a length:width aspect ratio of 3:1, whereas the USEPA definition incorporates the aspect ratio of > 5:1 (OSHA, 1992; USEPA, 1987).

While amphibole and serpentine asbestos may have fibrous habits, they have very different forms. The amphiboles are double-chain silicates also called inosilicates. The basic structural unit is $(Si_4O_{11})^{-6}$ with side groups that are responsible for the overall amphibole structure. Amphiboles are distinguished from one another by the amount and positioning of metal atoms including: sodium, calcium, manganese, magnesium, iron(II), iron(III) and aluminum.  Traces of these types of asbestos are extracted when other minerals are being mined and, due to inefficient or non-existant separation techniques, are ultimately incorporated into the final product. Even incidental contamination by amphibole forms of asbestos is hazardous enough to cause asbestos-related illnesses (Rohl & Langer, 1976).

The serpentine group of minerals has the formula $Mg_3Si_2O_5(OH)_4$ and the structure resembles a bending sheet.  Chrysotile is the only one in which the sheets are bent to form continuous tubes, which gives the mineral the fibrous habit related to asbestos. Chrysotile is very flexible and less likely to be "friable" than the amphiboles. Friability of asbestos is generally defined as the ability to easily be turned into a dust with finger pressure. It is this friability that can release asbestos fibers and potentially result in health problems.

### A.    Asbestos in Talc

5

Associated minerals found in commercial talc products vary from deposit to deposit depending on the formation conditions. The most common minerals associated with talc include chlorite, magnetite, dolomite, calcite, mica, quartz and fluoapatite (Fiume et al., 2015). In its natural form, some talc also contains asbestos, classified as a Group I, "known carcinogen" by IARC (IARC Monographs, 1973, 1977, 1987, 2012). Amphiboles and serpentine fibers have been associated with many talc deposits (Van Gosen, 2004; Marconi and Verdel, 1990; Lockey, 1981; Rohl and Langer, 1974; Gamble et al., 1979; Kleinfeld et al., 1973, 1974; Pooley, 1972 (JNJ000319762); Chidester, 1968).  The close proximity of asbestos and talc in mineral deposits makes extraction of either material alone difficult, if not impossible.  (Rohl and Langer, 1974; IARC, 2010; Dion et al. 2010 [3]).

Cralley (1968) analyzed twenty-two commercially available cosmetic talcum products (manufacturers not reported).  Authors reported the fiber content ranged from 8% - 30% (by count) with an average of 19% and that the fibrous material was predominantly fibrous talc.  Pooley and Rowlands (1975) analyzed twenty-seven talc powders (cosmetic and industrial) and detected tremolite fibers in three samples.

Because asbestos is a known carcinogen, its presence in cosmetic talc is unacceptable (FDA, 2012; FDA 2015).  The former Director of National Institute for Occupational Safety and Health (NIOSH) and former President of Industrial Minerals Association – North America (IMA-NA) stated in a recent deposition that if there were a fiber of asbestos in talcum-based products it would "certainly" provide a biologically plausible mechanism for increased lung disease, and that he suspected it would also have a "similar mechanism of disease in other tissues and organs" (Deposition of Robert Glenn, October 18, 2018, 341:15-342:3).

In 1976, specifications were developed for cosmetic talc requiring that no detectable fibrous, asbestos mineral be present (CTFA, 1990;  Fiume, 2015).  The talc industry, and specifically Defendants, developed a "zero tolerance" standard for asbestos in talc (IMERYS 170006; JNJ 000383662; JNJ 000001918). Despite this standard, the presence of asbestos in cosmetic talc has been reported in the literature, and Johnsom and Johnson indicated in a letter in 1973 that "asbestos-form particles cannot be removed from talc" and that the "Johnson & Johnson process for beneficiating Vermont talc…will not guarantee a zero tolerance for elongated particles" (JNJ 000233691).  In 1976, Rohl et al. tested 20 different talcs and powders including 20 body powders, baby powders, facial talcums, and also one pharmaceutical talc to determine their mineralogical and chemical composition. Where known, all were formulated prior to 1973. Of the 20 products, 9 contained detectable amounts of tremolite and anthophyllite, principally asbestiform, while some also contained fragmented forms of these minerals. The amounts ranged from tenths of a percent to over 14% by weight; two contained detectable amounts of chrysotile asbestos fiber. Eight samples contained quartz, seven ranging from 2 to 5%, with one as high as 35%. Analyses showed that the consumer products examined were rarely the pure mineral talc, but rather were mixtures of various minerals.

---

[3] Available online at: http://www.irsst.qc.ca/media/documents/PubIRSST/R-755.pdf

In 1984, Paoletti et al. performed studies by electron microscopy to assess asbestos contamination in industrial and cosmetic talcs from the Italian market and the European Pharmacopoeia (Paoletti, 1984). Nine of the 25 pharmaceutical and cosmetic grade talcs contained tremolite fibers, with total percent asbestos concentrations ranging from 0.4% - 22%. About half of the talc powders revealed the presence of asbestos: in five samples chrysotile (a serpentine asbestos) was present, the others contained tremolite and anthophyllite (an amphibole asbestos).

Cosmetic and pharmaceutical talc products from deposits in Vermont, Montana, North Carolina and Alabama were examined and tested positive for asbestos (Blount, 1991). The investigator of that study recently affirmed the samples included Johnson & Johnson baby powder, purchased off the shelf (Deposition of Alice Blount, PhD, April 13, 2018). The early analytical methods used to measure asbestos fibers before 1990 were not very sensitive and thus it appears that extrapolation of the levels of asbestos from counts measured before this date could have been conservative (Blount, 1991).

In a study that examined the amphibole asbestos content of commercial talc deposits in the USA, Van Gosen et al. (2004) found that the talc-forming environment directly influenced the amphibole and amphibole-asbestos content of the talc deposit. Specifically, the study found that contact metamorphic talcs showed a strong tendency to contain amphiboles, and regional metamorphic talc bodies consistently contained amphiboles, which display a variety of compositions and habits (including asbestiform). In a German study (Mattenklott, 2007), the author examined the presence of asbestos in talc powder and found that in one-quarter of the 57 talc powder samples tested, asbestos could be detected. Two samples contained quantities exceeding 0.1 weight percent which could reach a value of 10,000 fibers/m$^3$. This weight percent is, in some cases, half that reported by Johnson & Johnson in their internal documents, as seen in the corporate depositions reported below.

Defendants have claimed that asbestos has been "eliminated" from cosmetic talc products.[4] However, there is substantial evidence that talcum powder products still contain asbestos, recognized as a Group 1 carcinogen. During the recent deposition of John Hopkins (Johnson and Johnson corporate representative), Mr. Hopkins affirmed testing results showing the presence of asbestos in mines from which talc ore was taken for use in Johnson & Johnson baby powder products, processed talc used in Johnson & Johnson baby powder products, and in complete Johnson & Johnson baby powder products. Those results may be found at Exhibit 28[5] of Dr. Hopkins' deposition. Additional examples of testing performed by and commissioned by Johnson and Johnson and Imerys may be found at Exhibit 47 to the deposition of Julie Pier, corporate representative of Imerys.[6]

In 1975, McCrone Associates also confirmed the presence of amphibole particles, alone and in bundles as seen in Defendants' internal documents (JNJMX68_000012745). In 2004, a television station reported that Johnson's Baby Powder had been analyzed and found anthophyllite asbestos at 0.2% (JNJ 000089413). A 1972 Johnson & Johnson document demonstrates the presence of up to 5% chrysotile in

---

[4] PCPC Submission to FDA, July 2009 – "Since the early 1970's, the relevant industries voluntarily eliminated asbestos contamination from talc products."
[5] Ex. 28, John Hopkins Dep. (Aug. 16 & 17, 2018; Oct. 17, 2018; and Nov. 5, 2018).
[6] Ex. 47, Julie Pier Dep. (Sept. 12 & 13, 2018).

Johnson's Baby Powder and Shower to Shower samples (JNJ 000232996).   These data clearly demonstrate the possibility for women who used talcum powder during these dates to have had exposure to this ovarian carcinogen.

Recent TEM testing on historic samples of Johnson & Johnson baby powder from 1978 showed the presence of fibrous anthophyllite in the product.  (Longo and Rigler, 2018; Ex. 47, Pier Dep.). Additional TEM testing of 30 samples of Johnson & Johnson baby powder and Shower to Shower ranging in production date over a span of many years resulted in a finding of amphibole asbestos (tremolite, anthophyllite, richterite and actinolite) in 17 samples.  (Longo and Rigler, 2017).   Additionally, I have reviewed a recent report prepared by Dr. William Longo and Dr. Mark Rigler that reports that talcum powder products manufactured by Johnson & Johnson's Baby Powder and Shower to Shower have contained and continue to contain asbestos and talc containing asbestiform fibers (e.g. talc occurring in a fibrous habit). [7]  These results were obtained from testing talcum powder product samples manufactured during the period of the 1960s through the 1990s.  Results showed 37 of 56 samples tested contained tremolite and/or anthophyllite asbestos, and 41 of 42 samples tested contained fibrous talc.

*The substantial evidence of the presence of asbestos and fibrous talc in talcum powder products provides a biologically plausible explanation for the increased risk of ovarian cancer associated with the perineal use of talcum powder products.*

## V.   HEAVY METALS

### A.   Properties of Heavy Metals

**_Nickel_** is classified by IARC as a human carcinogen (Group 1) (IARC, 1973, 1976, 1979, 1982, 1987, 1990).  The exact mechanisms of nickel-induced carcinogenesis are not known, but likely involve genetic and epigenetic routes. Nickel (II)-induced genotoxicity may be aggravated through the generation of DNA-damaging reactive oxygen species (ROS) and the inhibition of DNA repair by this metal. Nickel exposure also causes a broad spectrum of epigenetic effects.  Contact with nickel compounds can cause a variety of adverse effects on human health (Zambelli and Ciurli, 2013).

Nickel ions have been shown to cause single-strand DNA breaks and DNA-protein crosslinks (Patierno, 1985).  In a study by Patierno (1985), Chinese hamster ovary cells were exposed to $NiCl_2$, and nickel-induced DA-protein crosslinking appeared in late S phase of the cell cycle (*Id.*).  Authors associate these alterations as an early event in the process of nickel transformation (*Id.*).

Contact with nickel compounds can cause a variety of adverse effects on human health, such as nickel allergy in the form of contact dermatitis, lung fibrosis, cardiovascular and kidney diseases and

---

[7] Expert Report of William E. Longo, PhD and Mark W. Rigler, PhD (Nov. 14, 2018).

cancer of the respiratory tract. Chronic non-cancer health effects may result from long-term exposure to relatively low concentrations of pollutants (Duda-Chodak and Blaszcyk, 2008). Although the accumulation of nickel in the body through chronic exposure can lead to a number of diseases, the most serious concerns relate to nickel's carcinogenic activity. Increased risks of malignant tumors, such as nasal and sinusoidal cancers, and cancers of the lung and larynx have been noted (IARC, 1987). The marked differences in the carcinogenic activities of various nickel compounds most likely reflect the differences in their uptake, transport, distribution and retention, and ultimately—the capacity to deliver nickel (II) ions to specific cells and target molecules.

In experimental animals, nickel compounds induce tumors at virtually all sites of application (Denkhaus, 2002; IARC, 1987; Zabmelli, 2013). The routes of administration that were shown to produce tumors include inhalation, intramuscular, intrarenal, intraperitoneal, intraocular, subcutaneous and the intra-articular space (*Id.*).

***Chromium*** is a naturally occurring element found in rocks, animals, plants, soil, and volcanic dust and gases. It comes in several different forms, including trivalent chromium (chromium (III)) and hexavalent chromium (chromium (VI)). In contrast, chromium (VI) compounds cause cancer in humans and in experimental animals and exert genetic toxicity in bacteria and in mammalian cells *in vitro* (Fang, 2014; IARC, 2009). Adverse health effects, other than cancer, associated with chromium (VI) exposure include occupational asthma, eye irritation and damage, perforated eardrums, respiratory irritation, kidney damage, liver damage, pulmonary congestion and edema, upper abdominal pain, nose irritation and damage, respiratory cancer, skin irritation, and erosion and discoloration of the teeth. Some people with extensive dermal exposure can also develop an allergic skin reaction, called allergic contact dermatitis (Bruynzeel et al., 1988). Primary irritant dermatitis is related to the direct cytotoxic properties of chromium, while allergic contact dermatitis is an inflammatory response mediated by the immune system. During reduction to the trivalent form, chromium may interact with cellular macromolecules, including DNA (Wiegand et al., 1985), or may be slowly released from the cell. Complexes of chromium (III) that are bound to lower molecular weight ligands are most likely to be able to traverse cell membranes.

Chromium (III) has weak cell membrane permeability, allowing it to cross the cell membrane, where it can bind to DNA and cause lesions, resulting in genetic damage such as strand breaks and DNA-protein crosslinks (Nickens, 2010). This damage leads to genomic instability. Another study has shown that chromium (III) causes DNA damage in cells by interfering with base pair stacking in the cell's replication cycle, and chromium (VI) intercalates DNA – both directly cause genotoxicity in vivo (Fang, 2014).

Hexavalent chromium compounds are classified by IARC as carcinogenic to humans (Group 1)(IARC, 2009). Mechanistically, they have been shown to cause direct DNA damage after intracellular reduction to Cr(III), mutation, genomic inistability, aneuploidy, and cell transformation (*Id.*). Chromium (VI) can cause damage leading to dysfunctional DNA replication, aberrant cell cycle, DNA strand breaks, dysfunctional DNA repair and DNA-protein crosslinks and directly causing genotoxicity (Nickens, 2010).

Besides direct genotoxic effects of chromium (VI), chromium compounds such as chromate can activate transcription factors involved in inflammation and tumor growth (IARC, 1990). Major factors

governing the toxicity of chromium compounds are oxidation state and solubility. These compounds, which are powerful oxidizing agents and thus tend to be irritating and corrosive, appear to be much more toxic systemically than chromium (III) compounds, given similar amounts and solubilities. Chromium (VI) enters many types of cells and, under physiological conditions, can be reduced by hydrogen peroxide ($H_2O_2$), glutathione (GSH) reductase and ascorbic acid to produce reactive intermediates, including chromium (V), chromium (IV), thiyl radicals, hydroxyl radicals, and ultimately, chromium (III). Any of these species could attack DNA, proteins and membrane lipids, thereby disrupting cellular integrity and functions (De Mattia, Bravi *et al.* 2004). Besides cancer, chromium is one of the most common skin sensitizers. It also causes toxicity of the kidney, liver, gastrointestinal tract, and cardiovascular, hematological and  reproductive systems along with causing developmental effects.[8] High doses of chromium (VI) compounds have been reported to cause developmental toxicity in mice and shown to potentiate the effects of other toxicants, including the nephrotoxins, mercuric chloride, citrinin, hexachlorobutadiene, and maleic acid.

*__Cobalt__*   IARC declared that cobalt metal with tungsten carbide is *probably carcinogenic to humans (Group 2A)*, while cobalt metal without tungsten carbide is *possibly carcinogenic to humans (Group 2B)*. Two different mechanisms of genotoxicity, (1) DNA breakage induced by cobalt metal and especially hard metal particles, and (2) inhibition of DNA repair by cobalt (II) ions contribute to the carcinogenic potential of cobalt compounds (Lison et al., 2001; IARC, 2006). Cobalt can also contribute to allergic reactions. In humans, gastrointestinal absorption of cobalt has been reported to vary between 5 and 45% and it has been suggested that absorption is higher in women than in men. Cobalt can be absorbed through intact human skin (IARC, 2006). Soluble cobalt salts interfere adversely with cell division, bind irreversibly to nucleic acids in the cell nucleus, induce chromosome aberrations in plants, and are weakly mutagenic in some *in vitro* tests. Injections or implantation of cobalt metal, alloys and compounds induced local and sometimes metastasizing sarcomas in rats, rabbits, and mice (*Id.*).  Data indicating possible carcinogenic effects of cobalt alloys or compounds in human populations has arisen from medical use, use in hard-metal industries, and from cobalt production sites.

### B.      Metals in Talcum Powder Products

In an early paper by Cralley et al., (1968), 22 cosmetic talcum products purchased off the shelf were analyzed for fibrous content, selected metals and quartz. In these studies, 19 samples contained cobalt under 25 parts per million (ppm) by weight, chromium under 22 ppm, nickel below 29 ppm and manganese under 78 ppm. Certain samples had a nickel content of 1270 ppm, chromium 340 ppm and 1210 ppm nickel; qualitative tests demonstrated that some of the chromium was hexavalent (carcinogenic form). All of these talcs had a considerable fiber content (suggesting the presence of asbestos) (*Id.*). Studies here suggest that women who used talcum powder in the 1960s could have been exposed to considerable amounts of toxic heavy metals depending on the type of talc used and frequency of use (*Id.*).

---

[8] Accessible online at:  https://www.atsdr.cdc.gov/csem/csem.asp?csem=10&po=10

In a 2013 study by Rehman, toxic and carcinogenic heavy metals were found to be present in small amounts in all 30 brands of cosmetic talcum powder tested; the concentrations of heavy metals differed dramatically depending upon the brand of talcum powder (Rehman, 2013). Heavy metals measured (and found in samples) included cadmium, chromium, copper, cobalt and lead. Authors found all levels to be within safe limits. However, authors caution that excess use of talcum powder affects the health of the consumer (*Id.*).

In a paper by Gondal et al. (2012), published in Applied Optics, lead and chromium were measured in talcum powder using laser-breakdown spectroscopy. Using this system, the authors were able to detect 15-20 parts per million (ppm) of lead and 20-30 ppm of total chromium in the talcum powder sample. This study, like that by Rehman, demonstrates the presence of toxic heavy metals associated with talcum powder. However, the levels of heavy metals in this study were significantly higher. The method used for measuring metals in this study was far more precise than that used by Rehman et al. (2013). This study supports the presence of toxic and potentially carcinogenic metals in some talcum powders.

According to Johnson & Johnson's corporate representative, the maximum amount of allowable nickel in the company's talcum powder products was 5 ppm (Deposition of John Hopkins, August 16, 2018, Ex. 3). Written specifications state that the maximum allowable nickel content is 10 ppm (JNJ 000629320; JNJ000488188; JNJMX68_000022920). Despite these limits, nickel in concentrations exceeding 2000 ppm were reported in Vermont talc used in talcum powder products for decades, greatly in excess of the product specification limit of 10 ppm (JNJ 000629320; JNJ 000488188; JNJMX68_000022920). Examples of testing results for heavy metals in Defendants' talcum powder products can be found in **Exhibit C**, attached to this report.

Over the years from 1972 to 2004, talc mined in Vermont had consistent, excessive levels of nickel, routinely exceeding 94 to 250 times the upper limit provided in J&J's specifications (Exhibit C). This is troubling considering nickel is a known carcinogen (IARC 2012).

Cobalt was found in Vermont talc ores in amounts ranging from 8 – 89 ppm from 1972 through 2004. Like nickel it, too, appears to occur routinely in talc products in amounts exceeding the 10 ppm upper limit for heavy metals in the talc product specifications (Exhibit C).

Internal documents outline Johnson & Johnson's concern regarding the potential carcinogenic nature of chromium (VI), a Group I carcinogen (JNJ 000131758; JNJ 000131754; JNJ 000378044; JNJ 000378046). A 2010 J&J memo written discusses raising the upper limit acceptable for total Cr to 7 ppm (JNJ 000131758). An accompanying memo also discusses the relationship between chromium (III) and chromium (VI) (JNJ 000131754), and a discussion of the inhalation of hexavalent chromium is contained in this document. Regardless of valence, Grade 66 analyses consistently show total chromium contents far in excess of 5-, 7-, or 10 ppm. During the period from 1972 thru 2004, the chromium content varied from 25 ppm to 569 ppm (Ex. 47, Pier Dep.), with typical levels around 200 ppm.

Interestingly, there is a significant difference between the reported chromium content of Grade 66 talc when the sample has been prepared by Johnson & Johnson (internal) method BPT 148 versus the

11

United States Pharmacopeia (USP) method which uses a total digestion technique (IMERYS-A_0015621).  The levels reported using  the USP method were much higher than the Johnson & Johnson method (*Id.*).

### C.     Fragrances

There are more than 150 different chemicals added to Johnson's Baby Powder and Shower to Shower products.  I reviewed the expert report from Dr. Michael Crowley that concludes that some of these chemicals may contribute to the inflammatory response, toxicity, and potential carcinogenicity of Johnson & Johnson's talcum powder products.[9]  I concur with his opinion.

*There is substantial evidence that talcum powder products contain excess levels of nickel, chromium, and cobalt, all known carcinogens and/or inflammatory agents. Moreover, a significant number of the fragrance chemicals added to talc elicit an inflammatory response. Each of these elements individually and together can contribute to an inflammatory response caused by the product. As will be explained in more detail below, inflammation is a known mediator of ovarian cancer. The presence of these inflammatory agents provides additional biologic evidence explaining the causal relationship between genital use of talc and ovarian cancer.*

## VI.    EXPOSURE – TALC PARTICLE ACCESS TO THE BODY

### A.     Exposure Routes

Based on the tenets of toxicology, there are four basic routes of human exposure including: inhalation, ingestion, dermal and injection.

A common exposure route for cosmetic talc is via the dermal route, including vaginally after perineal application.   Talc body powders are often applied to the perineum for hygienic purposes.  It has been shown that glove powder and other materials can migrate upwards through the female reproductive tract (Venter & Iturralde, 1979; Iturre and Venter, 1981; Sjosten et al., 2004; Heller et al., 1995) and the data are supported by animal investigations (Wright et al., 1996; Edelstam et al., 1997; De Boer, 1972; Henderson et al., 1986), also reflective of a dermal exposure route.

Inhalation is the route of exposure that has been most commonly studied to assess talc toxicity. In one inhalation study, after talc exposure of hamsters, there was a consistent elevation in cytotoxic enzyme levels,  and macrophage phagocytosis was persistently depressed (Beck et al., 1987). These results also indicated that, when a similar mass of talc and granite dust (12% quartz) was deposited in the lungs,

---

[9] Expert Report of Michael Crowley, PhD (Nov. 12, 2018).

talc caused more lung injury than did granite (*Id.*).  Based on its physical properties talc, in a powder form, can be inhaled while being applied (EPA, 1992; IARC, 2010).  Additional evidence that application of talc body powder products results in inhalation exposure of talcum powder is provided in a 2017 study by Longo, et. al., and other studies (Longo, September 2017, "*Below the Waist Application of Johnson & Johnson Baby Powder*"; Wells, 1979; van Huisstede, 2010; Frank and Jorge, 2011; Jasuja, 2017).

## 1.      Dermal - Migration Through the Upper Genital Tract

*Animal models*:      Though animal studies have limitations due to the differences in anatomy, they provide evidence that talc can migrate through the reproductive system.  Rats were exposed vaginally or via the perineum to either talc or no treatment for 3-mo on a daily basis (Keskin et al., 2009). In this study, there was evidence of foreign body reaction and genital infection, along with an increase in inflammatory cells in all the genital tissues. While no neoplastic changes were observed, the number of ovarian follicles in the talc groups were increased. No peritoneal changes were observed. The investigators concluded that talc by perineum exposure has adverse effects on the genital system in the form of foreign body reactions and infection (*Id.*).

In a series of two experiments, Henderson et al. (1986) demonstrated the presence of talc in the ovaries of two groups of animals following vaginal and intrauterine talc applications, whereas none was present in the ovaries of control animals. Particles were also seen in animals that had received intravaginal talc that were sacrificed after 4 days.  (*Id.*)

Studies by Wright et al. (1995) also demonstrated the potential toxicity of retrograde uterine passage of particulate matter. Despite the aforementioned studies which demonstrate the plausibility of talc translocation, a study by Wehner et al. (1996) failed to demonstrate the same outcomes in a small sample of monkeys, which may have been due to the small sample size.

*Human studies*:      A number of human studies over many years have observed migration of particles following vaginal administration: these studies began as early as 1961 when Egli and Newton studied the translocation of carbon particles following vagina application. In 1972, De Boer deposited colloidal carbon black (CB) suspension in the uterus, cervical canal or vagina in over 100 patients prior to surgery (De Boer, 1972). Subsequent observation revealed rapid translocation of CB to the oviducts and beyond. Some CB deposited in the cervical canal also translocated to the uterine passage, albeit in a lower percentage of patients (*Id.*).  An early study by the National Institute of Occupational Safety and Health (NIOSH) in 1972 showed commercially available talc body powder samples contained fibers, and that exposure to fibers occurred during diapering (JNJ 000231304).

A study by Venter and Itteralde (1979) administered radiolabeled human albumin microspheres (no size provided) in the vagina of patients, followed by surgical removal of uterus, oviducts and ovaries. Results demonstrated that 9 out of 14 patients had radioactivity in their oviducts and ovaries. Recent studies have demonstrated the presence of talc particles in ovarian tumors (to be discussed in a later section). Another clinical study examined a total of 24 women undergoing oopherectormy (Heller et al.,

13

1995). In this case, women were questioned as to their use of perineal talc applications. Ovarian tissue was removed from each group and analyzed and quantitated for talc by polarized light and electron microscopy. These data support the ability of talc to migrate from the perineal region upward and reach the upper genital tract (*Id.*).

Further evidence for migration of particles to the upper genital areas comes from a document from the FDA to Dr. Epstein (Cancer Prevention Coalition, University of Illinois, Chicago) concerning Citizen Petitions dated 1994 and 2008 and requesting a cancer warning on cosmetic talc products. In this document, the FDA stated that "the potential for particulates to migrate from the perineum and vagina to the peritoneal cavity is indisputable" (JNJ 000488318).

In addition, a 2004 document from Luzenac America to Dr. Al Wehner (IMERYS 137677) recalls a 2004 published paper by Sjosten et al. (2004). Luzenac states that the paper "offers some compelling evidence **in support** of the 'migration' hypothesis." The paper concluded that starch particles migrate from the vagina through the Fallopian tubes up to four days after examination with powdered gloves (*Id.*). The author of the Luzenac document goes on to state that combining this evidence with the theory that talc inititates epithelial inflammation and you have a "potential formula" for the NTP classification of talc as a carcinogen.

The most recent systematic review of the association between genital use of talcum powder products and ovarian cancer (Penninkilampi, 2018) reported an increased risk of ovarian cancer with increased perineal talcum powder use, with a slightly higher risk in women who report greater usage. Data was collected as "lifetime" usage – frequency of use over time. Any use was associated with increased risk of ovarian cancer as compared to no use, and women with long-term (> 10 years) talcum powder use had an increased risk. The authors concluded perineal talcum powder use and ovarian cancer were consistently associated, with a slightly higher risk in women who report greater usage.

Pathways that allow for the migration of particles to the lymph nodes are also available for that complex portion of the lymphatic system surrounding the ovaries. Importantly, studies by Chan et al. (2007) have demonstrated a positive association between lymphadenectomy and survival in stage 1 ovarian cancer patients. In support of this finding, Cramer et al. (2007) described the presence of talc particles in pelvic lymph nodes of a woman with ovarian cancer and long-term genital exposure to cosmetic talc.

*Animal and human studies demonstrate that talcum powder products can migrate from the perineal region to the ovaries.*

## 2.     Inhalation

Effects of size on particle translocation and toxicity have been studied most extensively with inhaled particulate air pollutants and nanomaterials. These studies will be discussed to provide a scientific

14

premise for movement of particles of a certain size throughout the body. Small-sized particles can enter the bloodstream – translocation of particles and often toxicity are related to their size; perhaps because of the larger mass concentration of smaller vs. larger particles (Driscoll et al., 1997).

J&J's analysis of particle size in talcum powder products shows particles range on average from 0.8 µm to over 50 µm, with a median particle size of 11.39 µm, where approximately 43.9% of particles are less than 10 µm (JNJTALC00878141).

Ultrafine particles (UFPs; < 0.1 µm) can directly affect the cardiovascular system by migration from the respiratory system to the systemic circulation (Nakane, 2012; Elder et al., 2006; Kreyling et al., 2006). Inhaled UFPs deposited in the lung can pass through the epithelial barrier because of their very small size; some particles may move into lung capillaries and then into the systemic circulation. Numerous studies and reviews have been written concerning the migration of these particles. In a systematic literature review (Nakane, 2012), particle size was shown to be a strong factor for migration. Particles that were translocated to various sites were observed to have the following sizes: ≤0.05 µm for remote organs, ≤1 µm for blood, and ≤10 µm for lung tissues. In order to be detected in the blood, particles that have passed through the epithelial barrier of the lungs must migrate into the capillaries. The largest chance for migration to the brain was observed at a 0.05-µm cutoff size. However, $MnO_2$ particles as large as 1.3 µm have also been detected in the cerebral cortex (Nakane, 2012). A categorical regression analysis based on currently available inhalation data showed that all of the effects of particle size, particle material, animal species, and exposure route were statistically significant (*Id.*). The effects were large for particle size and particle material, and small for exposure route and animal species.  These results suggest that, in an experiment to evaluate the migration of solid particles, the characteristics of the particles (i.e., size and material) should be considered carefully.

Evidence from an internal document (1971) demonstrates  rolled talc fibers between 0.1 - 3µm in a Johnson and Johnson's commercial product (JNJAZ55_000005957). Other documents from Defendants have demonstrated that while median particle size is ~10.5 µm, sizes can  be as small as 0.3 µm (IMERYS030347; IMERYS031791). V66 non-shear talc was approved for use in JNJ Shower to Showder products and the size of some of the particles had a diameter as small as 0.1 µm (JNJTALC000878141). While the median particle size was ~12 µm, the standard deviation was very high (~9µm) demonstrating a large range of particle sizes. Fine-size particles such as those found in talc, can also translocate readily throughout the body (Peters et al., 2006), providing a strong basis for the ability of fine-size talc particles (<2.5 µm to migrate throughout the body).

Ultrafine and fine particles can penetrate through the different tissue compartments of the lungs and eventually reach the capillaries and circulating cells. These particles are then translocated by the circulation to other organs including the liver, the spleen, the kidneys, the heart and the brain, and the ovaries where they may be deposited. It remains to be shown by which mechanism(s) ultrafine particles penetrate through tissue and enter capillaries. Lymph capillaries remove the large protein molecules and other particulate matter from the tissue spaces of the lung. Thus, cellular debris and foreign particles inhaled into the lungs can be conveyed to the regional lymph nodes.

Talc particle size analyses for many inhalation studies demonstrated that most talc particles were between 1 and 8 µm; 1 µm is considered ultrafine in size and thus particles could easily migrate from the lungs and throughout the body. Genofre et al., (2009) examined the effect of talc particle size on induced pleurodesis following intrapleural injection of rabbits with two different sizes of talc. One group contained mixed sizes of talc (mean size = 25.4 µm) and the other group small size talc only (mean size = 4.2 µm with 50% <6.4 µm) (*Id.*). Particles of both sizes migrated to the spleen, liver and kidney; more small talc particles (compared to mixed talc) was seen in the liver and kidneys. Both size particles produced an acute systemic inflammatory response, with small particle talc producing a more pronounced pleural and systemic response and resulting in greater particle deposition in the organs than the mixed talc (*Id.*). In addition, serum levels of the pro-inflammatory cytokine, IL-8 and VEGF were more markedly increased in the small talc group (*Id.*). Particles found in all systemic organs were <5µm. A number of other studies have shown migration of talc particles from the pleural cavity to the systemic circulation (Ferrer, 2002; Rossi, 2010). It appears that small particles may be more easily taken up by the lymphatics than larger particles. The inflammatory effects observed showed a strong correlation with the small particle group. This study shows that size of talc particles matter and the smaller the size the greater the ability to translocate and increase the extent of the inflammatory response. As Defendants' internal documents demonstrate their talc particle size to cover a wide size range (100 µm to ~0.3 µm)[10], there is extensive evidence that particles can be inhaled and transported through the blood and lymph to the ovaries.

In 1993, the National Toxicology Program (NTP) issued a report from a study concluding that there was "some evidence of carcinogenic activity" in male rats, "clear evidence of carcinogenic activity" in female rats, and no evidence of carcinogenic activity in male or female mice exposed to aersols of talc reported as nonasbestiform cosmetic-grade (National Toxicology Program, 1993). Authors of that study speculated these effects could be due to cytokines released from macrophages or a nonspecific effect of the stress of inflammation (*Id.*).

In another study, rabbits were injected with normal size talc (Dmax = 8.36 µm) or larger particles talc (Dmax = 12 µm) (Ferrer et al., 2002). Pleural inflammation was greater with normal talc than large talc, and animals receiving normal talc had talc particles in the liver, supporting the premise that talc particles instilled into the pleural cavity can escape and migrate to extrapleural organs. Talc dissemination can be significant, and granulomas have been seen to develop in the interstitium after particles migrate from the lungs, with resultant pulmonary interstitial fibrosis (Hollinger, 1990). In another study illustrating talc dissemination (Werebe, 1999), talc was administered into the pleural space of rats. At both 24- and 48-hours, talc crystals were found in every organ of all animals, with the amount of talc being statistically different between the organs. Authors concluded there was a rapid absorption of talc through the pleural surface and a progressive systemic distribution of particles (*Id.*).

In addition to migration of ultrafine particles through tissue and movement to the lymhph nodes, fine and coarse particles may be phagocytized by macrophages and dendritic cells which may carry the particles to lymph nodes in the lung or to those closely associated with the lungs (IARC, 2010). The uptake of fine particles (0.1–2.5 µm in diameter) by macrophages is a specific ligand-receptor mediated

---

[10] IMERYS346016; IMERYS030347; IMERYS031791; JNJAZ55_000005957.

16

actin-based process (phagocytosis), whereas the uptake of ultrafine particles (<0.1 μm in diameter) apparently occurs by other, non-specific mechanisms (Peters, 2006). These mechanisms are termed "adhesive interactions," and include electrostatic, van der Waals and steric inter-actions (*Id.*). Particles with a diameter of 0.2 μm and smaller appear to enter cells passively, that is by a mechanism which is different from phagocytosis. Larger particles are much more avidly taken up by macrophages, but by the specific receptor mediated, actin-dependent mechanism. Below the particle size of 0.2 μm, particles increasingly enter the macrophages by the non-specific "adhesive interaction" mechanisms mentioned above (*Id.*).

*There is substantial evidence in the scientific and medical literature that support a conclusion that talc powder particles can reach the ovaries through inhalation.*

# VII.    MECHANISM OF CANCER

## A.    Cancer - General

Tumorigenesis, the formation and growth of tumors, is a complex and multifactorial progressive process of transformation of normal cells into malignant ones (Pogribny and Rusyn, 2014). It is characterized by the accumulation of multiple cancer-specific heritable phenotypes, including persistent proliferative signaling, resistance to cell death, evasion of growth suppression, replicative immortality, inflammatory response, deregulation of energy metabolism, genomic instability, induction of angiogenesis, and activation of invasion ultimately resulting in metastases. It encompasses genetic, behavioral, and environmental factors that can all contribute to its development.

Mutations can occur as a result of the processes inside the cell, or alternatively, can be caused by external factors, such as chemicals. In addition, some people can inherit faults in particular genes that make them more likely to develop cancer. While normal cells obey signals indicating they have reached their growth limit, in cancer cells, the normal signaling system is disrupted. Mutations in particular genes may result in over- or under- production of proteins, or the production of abnormally formed proteins, all of which can lead to a lack of cellular regulation.

In general, cancer is an uncontrolled growth of abnormal cells in the body, which occurs when the body's normal control mechanisms are disrupted. Excessive cellular division leads to a growth called a tumor. Mutations can happen by chance when a cell is dividing. Some mutations act by inhibiting normal controls over cell growth, leading to uncontrolled cell division. DNA may be damaged during routine cellular processes, and cells have mechanisms to repair that damage. However, over time, the damage may accumulate. Once cells exhibit increased cell growth, they are more likely to pick up additional mutations and are less likely to be able to repair the damaged genes.

If the DNA damage cannot be repaired, the cell can self-destruct, a process called apoptosis. In cancer cells, molecules in the repair pathway are faulty. For example, a protein called p53 normally determines whether genes can be repaired or if the cell should undergo apoptosis.  Many cancers have a defective version of p53, and don't repair themselves properly. Thus, cancer cells can override self-destruct signals and don't undergo apoptosis when they should.

## B.    Genetic Mutations

*Inherited mutations* are passed down from parent to child and are present throughout a person's life in virtually every cell in the body. These mutations are also called germline mutations because they are present in the parent's egg or sperm (germ) cells.  When an egg and a sperm cell unite, the resulting fertilized egg cell receives DNA from both parents. If this DNA has a mutation, the child that grows from the fertilized egg will have the mutation in each of his or her cells.

A genetic predisposition (sometimes also called genetic susceptibility) is an increased likelihood of developing a particular disease based on a person's genetic makeup. A genetic predisposition results from specific genetic variations that are often inherited from a parent. These genetic changes contribute to the development of a disease, but do not directly cause it. For example, mutations in the *BRCA* gene result in an increased risk for ovarian cancer.  Some people with a predisposing genetic variation will never get the disease while others will, even within the same family. Genetic variations can have large or small effects on the likelihood of developing a particular disease. Although each of these variations only slightly increases a person's risk, having changes in several different genes may combine to increase disease risk significantly. Changes in many genes, each with a small effect, may underlie susceptibility to many common diseases, including cancer.

In people with a genetic predisposition, the risk of disease can depend on multiple factors in addition to an identified genetic change. These include other genetic factors (sometimes called modifiers) as well as lifestyle and environmental factors. Diseases that are caused by a combination of factors are described as multifactorial.   Most disease-causing gene mutations are uncommon in the general population. However, other genetic changes occur more frequently. Genetic alterations that occur in more than 1 percent of the population are called polymorphisms.

*Acquired (or somatic) mutations* occur at some time during a person's life and are present only in certain cells, not in every cell in the body. These changes can be caused by environmental factors such as ultraviolet radiation from the sun, chemical exposure, or can occur if an error is made as DNA copies itself during cell division. Acquired mutations in somatic cells (other than sperm and egg cells) cannot be passed to the next generation.

Environmental and occupational exposures to natural substances, as well as man-made chemical and physical agents, play a causative role in human cancer. Acquisition of cancer-specific alterations may be triggered by the mutational and/or non-mutational (i.e., epigenetic) events in the genome which, in turn, affect gene expression and downstream phenotypes including persistent proliferative signaling, resistance to cell death, evasion of growth suppression, replicative immortality, inflammatory response,

18

deregulation of energy metabolism, genomic instability, induction of angiogenesis, and activation of invasion ultimately resulting in metastases.

Genotoxic carcinogens are agents that interact directly or after metabolic activation with DNA, causing mutations and leading to tumor formation. Non-genotoxic carcinogens are a diverse group of chemical compounds that are known to cause tumors by mechanisms other than direct damage to DNA. In a broad sense, carcinogenesis may be induced through either genotoxic or non-genotoxic mechanisms. However, both genotoxic and non-genotoxic carcinogens also cause prominent epigenetic changes (Pogribny and Rusyn, 2013). Disruption of epigenetic processes can lead to altered gene function and malignant cell transformation. Global changes in the epigenetic landscape are a hallmark of cancer.

The presence of talc particles in the ovaries (deep in the tumor) of some ovarian cancer patients and presence of talc in pelvic lymph nodes provides indirect evidence for talc carcinogenicity (Heller et al., 1996). Changes in signal transduction pathways that lead to increased and chronic inflammation are also associated with cancer, as are changes in cancer stem cells which have the ability to generate tumors through the processes of self-renewal and differentiation into multiple cell types. Cancer stem cells are thought to play a major role in tumor escape, chemoresistance/recurrence of ovarian cancer. Users of talcum powder have lower plasma levels of anti-MUC1 antibodies than non-users (Karageorgi et al., 2010). MUC1 is a protein highly expressed by ovarian, breast, and endometrial tumors, and low levels of anti-MUC1 antibodies are associated with poorer prognosis. Reducing immunity to MUC-1 could be one mechanism by which talc increases endometrial and/or ovarian cancer risk (Karageorgi et al. 2010).

### C.    Ovarian Cancer

There are two major categories of ovarian carcinogenesis based on the idea that tumors are heterogeneous: high-grade malignancies that tend to be fast growing and chemo-sensitive, and low-grade neoplasms which typically grow slowly, but are less sensitive to chemotherapy. The low-grade pathway is associated with a stepwise mutation process, whereas the high-grade develops through genetic instability (Lengyel, 2010). Ovarian cancer comprises at least five distinct histological subtypes, the most common and well-studied being high-grade serous ovarian cancer. The majority of these tumors arise from the distal end of the fallopian tube and evolve from premalignant lesions called tubal intraepithelial carcinoma (Saad, 2010). Several risk factors have been associated with increased risk of ovarian cancer and include: low parity, infertility, early age of menarche and late age of menopause.

Multiple mechanisms can explain the progression of ovarian cancer (Fleming et al., 2006; Fathalla, 2013; Saad, 2010; Smith and Xu, 2008). These mechanisms include: incessant ovulation- whereby repeated damage and trauma to the ovarian epithelium during ovulation increases the risk for genetic mutation and ovarian neoplasm during epithelium repair; pituitary gonadotropin changes- high levels of gonadotropins increase estrogen stimulation which can cause ovarian epithelial cells to become entrapped in inclusion cysts that undergo malignant changes; androgen/progesterone alterations- androgens stimulate ovarian cancer formation and progestins are protective; inflammation- factors that predispose to inflammation, such as endometriosis, PID, perineal talc use and hyperthyroidism could stimulate ovarian cancer. The molecular pathway in the inflammatory process involves intracellular

19

effectors implicated in malignant transformation such as VEGF, NF-κB, nitric oxide synthase, and cyclooxygenase (Williams et al., 1999).

Genetic mutations also play a role in the development of ovarian cancer. For example, certain mutations in the *BRCA1* or *BRCA2* genes increase a person's risk of developing ovarian cancer. Both inherited and acquired gene mutations work together to cause cancer. Even if one has inherited a genetic mutation that predisposes one to cancer, that doesn't mean he or she is certain to get cancer. Rather, one or more additional gene mutations may be needed to cause cancer. The inherited gene mutation could instead make one more likely to develop cancer when exposed to certain cancer-causing substances.

### D.      Roles of the Immune System

It is well established that inflammation has paradoxical roles during tumor development (Coussens and Werb, 2002). While acute inflammation can be protective against tumors, chronic inflammation provides an environment for the tumor to thrive. The net outcome of tumor-associated inflammation depends on the dominance of either tumor-promoting or tumor-suppressive actions. Inflammation normally functions to maintain tissue homeostasis in response to tissue stressors such as infection or tissue damage. However, studies also suggest a close association between inflammation and tumorigenesis (Rakoff-Nahoum, 2006).

Two stages of inflammation exist, acute and chronic inflammation (Ingersoll, 2011). Acute inflammation is an initial stage of inflammation (innate immunity), which is mediated through the activation of the immune system. This type of inflammation persists only for a short time and is usually beneficial for the host. Acute inflammation (e.g., involving innate immunity, macrophages, natural killer cells, neutrophils) frequently precedes the development of protective adaptive immune responses to pathogens and cancer.

Chronic inflammation, by contrast, has been shown to contribute to tumorigenesis at all stages (Crusz and Balkwill, 2015). It contributes to cancer promotion by inducing cellular proliferation; and to cancer progression by enhancing angiogenesis and tissue invasion. Over time, chronic inflammation can cause DNA damage and lead to cancer. Inflammation initiated by genital application of talc is likely to be sustained, since studies indicate that women start using talcum powder at an early age and continue using it for decades.

### E.      Ovarian Cancer and Inflammation

Inflammation plays an important role in the progression of ovarian cancer, and it is a biologically plausible mechanism that mediates ovarian cancer. Recent clinical and prospective data suggest that C-reactive protein (CRP), a marker of global inflammation, is associated with increased ovarian cancer risk (Li, 2017; Poole, 2013; Jing, 2017). Other inflammatory markers may be important in ovarian carcinogenesis. In premenopausal women, ovarian epithelial cells secrete cytokines as part of ovarian function and some of these cytokines are also produced by ovarian cancer cells (Jammal, 2016). Epithelial

20

cells in proximity to ovulating follicles are likely exposed to these inflammatory mediators that may signal oxidative stress, and enhance the risk of mutagenesis. Importantly, cytokines involved in ovarian function, follicle rupture, and repair (physiologic processes before menopause) are suggested to remain activated in postmenopausal women and may play an etiologic role in ovarian carcinogenesis; these cytokines include: interleukin (IL)-1α, IL-1β, IL-2, IL-6, IL-8, IL-10, tumor necrosis factor alpha (TNF-α), interferon gamma (IFN-γ), granulocyte colony- stimulating factor (G-CSF), and granulocyte macrophage colony-stimulating factor (GMCSF). Many inflammatory mediators, including prostaglandins, leukotrienes, and cytokines, are locally elevated during ovulation. Epithelial cells in proximity to ovulating follicles are likely exposed to these inflammatory mediators that may signal oxidative stress, and enhance the risk of mutagenesis. Moreover, IL-8, an important angiogenesis factor, is elevated in ovarian cancer patients and is believed to be a key factor for cancer growth and new vessel formation (Lane, 2011). Additionally, Saed et al. (2017) has reported that oxidative stress can play an important role in the pathogeneis, neoangiogenesis and dissemination of local or distant ovarian cancer.

Endometriosis is a pelvic disorder associated with inflammation and scarring. Studies also link endometriosis with the increased risk of epithelial ovarian carcinoma through pathways related to oxidative stress and inflammation (Melin, 2006; Worley, 2013). Studies indicate that women with endometriosis differ in the expression of inflammatory mediators, and changes in the cytokine network indicating immune dysregulation, which could contribut to the development of endometriosis (Pizzo, 2002). Wu et al. (2009) performed a study to determine the role of talc in the development of ovarian cancer, considering the history of endometriosis. Results demonstrated an increased risk of ovarian cancer with increasing frequency and duration of talc use; compared to never users, risk was highest among long duration, frequent talc users. A history of physician-diagnosed endometriosis was significantly associated with ovarian cancer in risks, and women who were talc users and had a history of endometriosis showed a 3-fold increased risk, and authors concluded risk of ovarian cancer is significantly associated with talc use and a history of endometriosis.

## VIII.   MECHANISM OF INFLAMMATION

Inflammation has long been associated with the development of cancer (reviewed by Heidland, 2006; Balkwill, Mantovani, 2001; Rakoff-Nahoum, 2006; Todoric, 2016). An inflammatory process begins when chemical mediators are released by the damaged tissue. The inflammatory response orchestrates host defenses and mediates tissue repair and regeneration in response to damage from chemical toxicants, foreign organisms or carcinogens. Epidemiological evidence points to a connection between inflammation and a predisposition for the development of cancer, i.e., long-term inflammation leads to the development of dysplasia (abnormal cell growth preceding cancer).

Inflammation is a well-established risk factor for all stages of carcinogenesis and tumor progression (Chow, 2012), including ovarian cancer (Maccio and Madeddu, 2012). Inflammation is a factor in a number of mechanisms regarding the etiology of epithelial ovarian cancer and a contributor to

21

ovarian tumor development and tumor progression (reviewed in Ness, 1999). Inhibition of inflammatory cytokines in the tumor milieu acts on inflammatory-induced angiogenesis and apoptosis and improves prognosis.    In a review paper by Ness and Cottreau (1999), talc and asbestos are discussed as risk factors for ovarian cancer, along with endometriosis and pelvic inflammatory disease which are all associated with induction of local cancer.

### A.    Cytokine Networks

The cytokine networks are very active in producing pro-inflammatory cytokines, growth factors, and chemokines, all of which are molecules active in immune system signalling. There is evidence that inflammatory cytokines and chemokines, which are produced by tumor cells and/or tumor-associated leukocytes, may contribute directly to malignancy. Tumor necrosis factor (TNF)-alpha, a major mediator of inflammation, has actions directed towards both tissue destruction and recovery. TNF can be detected in malignant and/or stromal cells in human ovarian, breast, prostrate, bladder and colorectal cancer, lymphomas and leukemias and often is associated with IL- 1 and -6 and macrophage colony stimulating factor. TNF-α is also implicated in the induction of a chemokine called MCP-1 which can regulate the macrophage and lymphocyte infiltrate and of MMP-9 in the ovarian tumor microenvironment. There is also evidence for pro-cancer actions of TNF-α in animal models. The molecular basis is thought to involve induction of ROS in the form of NO synthase. NO can directly oxidize DNA, resulting in mutagenic changes, and may damage some DNA repair proteins. Inducible NO synthase has been detected in gynegological cancers, including ovarian cancer.

### B.    Macrophages

The neoplastic process which consists of proliferation, survival and migration is linked with the tumor microenvironment and synchronized with the influx of inflammatory cells, including neutrophils and macrophages which are a main source of exogenous reactive oxygen species (ROS) (Forman and Torres, 2002). Macrophages and the innate immune system can be responsible for tissue injury, when in excess or continuous.

This can also indicate macrophage activation leading to excess production of other macrophage-generated mediators, including cytokines. Macrophages can engulf talc particles and play a critical role in disease. Moreover, macrophages are the major constituents in granulomas.  Talc can promote murine macrophage survival and DNA synthesis *in vitro* (Hamilton, 2001). Such enhancement of macrophage survival by talc, if it occurred *in vivo,* could lengthen the cells' tenure in a lesion with the result that more cells would be present to produce inflammatory mediators, such as cytokines, proteinases, and eicosanoids, perhaps potentiated by additional stimuli. This could be another mechanism as to how macrophage cell numbers increase in talc-induced granulomas and inflammatory reactions.

In a 2005 *in vitro* study (Bogatu and Contag, 2005), talc (as a fibrogenic dust) was shown to adsorb high density lipoprotein (HDL). The authors concluded that the adsorption of HDL could have a "causal relationship" with triggering of a fibrotic reaction. The adsorption on the surface of fibrogenic dust particles, including talc provides an opportunity for the intake of HDL by macrophages which then

22

release an increased amount of fibrogenic mediators. Coating of talc by HDL allows for more rapid uptake by the macrophage as it can use multiple receptors as points of entry into the cell. In general, surfaces of all fibrogenic particles, such as talc, have a specific property which is lacking in non-fibogenic (inert) particles or is at least significantly less effective. However, even upon overloading, non-fibrogenic dusts cannot produce fibrosis.

In another study (Ghio et al., 2012), both mesothelial and airway epithelial cells exposed to talc significantly increased iron importation and concentration of the iron storage protein, ferritin. The production of pro-inflammatory cytokines was also induced by *in vitro* talc exposure relative to control lung tissue, and a time-dependent and concentration-dependent release of oxidents was observed in both cell types. Talc toxicity was also observed in an *in vitro* study comparing effects of micro-scale talc particles with those of smaller nanotalc particles on lung cells (Akhtar, 2010). Cell viability was decreased for all talc exposures, and decreased as a function of talc concentration, origin and particle size. Nanotalc particles differentially induced lipid peroxidation, reactive oxygen species and depletion of the anti-oxidant, glutathione.  Further, data suggests that talc toxicity was mediated through oxidative stress.

A study by Khan et al. (2011) demonstrated that nanoscale talc, as opposed to larger talc particles enhanced its cytotoxicity. In this study, macrophages exposed to nanotalc increased the manufacture (transcription) of three macrophage-released pro-inflammatory cytokines and the phosphorylation of two signal transduction pathways.  The authors indicated that the inflammatory potential of nano talc particles might be (at least partially) a potential mechanism in talc-mediated pathogenicity.

An early study (Davies et al., 1983) in which the cytotoxicity of seven talcs was evaluated using rat peritoneal macrophage demonstrated modest, but consistent macrophage cytotoxicity visualzed by an increase in macrophage production of two enzymatic cell injury markers including lactate dehydrogenase (LDH) and B-glucuronidase (compared to *in vitro* treatment with a non-fibrogenic dust. This study points to the potential of talc to "activate" macrophage leading to increased production of macrophage-released mediators including pro-inflammatory cytokines. Some investigators have suggested such *in vitro* macrophage changes could predict fibrogenicity *in vivo*. Based on talc chemical analyses, the authors concluded that effects on macrophages were not due to contaminating minerals.

In a molecular cell study by Shukla et al. (2009), non-fibrous-containing talc at low concentrations caused increased expression of the gene Activating Transcription Factor (ATF genes modulates production of pro-inflammatory cytokines and growth factors in human lung cells) in cultured mesothelial cells at 8 hr and no changes at 24 hr, whereas expression levels of 30 genes were elevated at 8 hr at high talc concentrations.

Tumor necrosis factor (TNF)-α is a cell signaling protein produced by macrophages, primarily involved in the regulation of immune cells.  Pre-diagnostic serum levels of 46-inflammation –related biomarkers were measured in 149 incident ovarian cancer cases and matched controls. As his been discussed in several aforementioned sections of this Report, C-reactive protein (CRP), IL-1-α and TNF-α proved to all be significantly elevated and associated with increased cancer risk. In analyses restricted to serous ovarian cancer (n=83), the associations with CRP and IL-8 remained or strengthened. Thus, IL-8

23

can also be considered an inflammatory biomarker of ovarian cancer (Trabert et al., 2014), again demonstrating talc's action as an inflammatory agent. Iron and its homeostasis are intimately tied to the inflammatory response (Wessling-Resnik, 2010). Talc has been shown to modulate TNF- α and IL-6 production by its binding to iron (Ghio, 2011). TNF-α, like CRP, is a marker of various inflammation processes. TNF-α has been shown to play a role in later steps of carcinogenesis. For example, NF-κB activation by TNF- α is involved in neoplastic transformation, proliferation, and tumor survival. In addition, in ovarian cancer cells, TNF-α enhances cell migration and metastasis through the action of NF-κB. TNF-α was positively associated with ovarian cancer in case-control studies using serum samples collected at diagnosis.

### C.    Role of Oxidants in Ovarian Cancer

The chronic inflammatory states associated with infection and irritation may lead to environments that foster genomic lesions and tumor initiation. One effector mechanism by which the host system responds to insult is production of free radicals such as reactive oxygen species (ROS), hydroxyl radical (OH•) and superoxide (O₂-•) and reactive nitrogen species (RNS), nitric oxide (NO•) and peroxynitrite (ONOO). Primarily thought to be anti-microbial, these molecules form due to the activities of host enzymes such as myeloperoxidase, NADPH oxidase, and nitric oxide, which are regulated by inflammatory signaling pathways. Importantly, ROS and RNS lead to oxidative damage and nitration of DNA bases which increase the risk of DNA mutations.

During inflammation, macrophages, mast cells and neutrophils are recruited to the site of damage, which leads to a 'respiratory burst' due to an increased uptake of oxygen, and thus, an increased release and accumulation of ROS at the site of damage. A sustained inflammatory/oxidative environment leads to a vicious circle, which can damage healthy neighboring epithelial and stromal cells and over a long period of time may lead to carcinogenesis. Oxidative stress can also activate a variety of transcription factors. Activation of these transcription factors can lead to the expression of over 500 different genes, including those for growth factors, inflammatory cytokines, chemokines, cell cycle regulatory molecules, and anti-inflammatory molecules that can also be linked to cancer. Under a sustained environmental stress, ROS are produced over a long time, and thus significant damage may occur to cell structure and functions that could induce neoplastic transformation. In general, the longer the inflammation persists, the higher the risk of cancer.

Following an inflammatory stimulus, initiation of carcinogenesis mediated by ROS may be direct (oxidation, nitration, halogenation of nuclear DNA, RNA, and lipids), or mediated by the signaling pathways activated by ROS (Reuter, 2010; Saed, 2011; Saed, 2017). Hydrogen peroxide plays an important role in carcinogenesis because it is capable of diffusing through cell membranes and producing many types of cell injury. NO is another free radical implicated in carcinogenesis (Saed, 2017). iNOS, calcium-independent isoform, produces large amounts of NO and is only expressed during inflammation. ROS can specifically activate certain signaling pathways and thus contribute to tumor development through the regulation of cellular proliferation, angiogenesis, and metastasis.

24

1.      **Talc-Induced Inflammation and Oxidative Stress**

Even a single dose of a carcinogen can produce effects that are adverse to cells and tissue at the site of exposure. *In vitro* studies provide a safe and effective vehicle by which to measure those effects in a controlled environment.

Carcinogenic potential of any compound can be determined by performing a well-established methodology called a neoplastic cell transformation assay. In a 2007 study by Buz'Zard, two human ovarian cell culture lines were treated in vitro with talc from 24 to 120 hr (Buz'Zard, 2007). Another group of talc-treated cells were also treated with a specific anti-inflammatory inhibitor to determine whether talc produced transformation through the production of inflammation.  Following talc treatment of both ovarian cell types, the cells' ability to grow in suspension, a key characteristic of neoplastically transformed cells, was measured - non-neoplastically-transformed normal cells cannot grow in suspension.  Results showed that treatment with talc can transform ovarian cells which further demonstrates the carcinogenic potential of talc. As anti-inflammatory treatment reduced formation of ROS and number of transformed colonies, a relationship between cell transformation and inflammation was demonstrated.  Interestingly, exposure of ovarian cells to talc also increased ROS generation in this study in a time and dose-dependent manner. These effects could be linked with neoplastic changes as chronic inflammation is associated with cancer induction and ROS are often seen as a component of the tumor microenvironment. Human neutrophils exposed to talc in this study also increased ROS generation significantly compared to control phagocytes.

In a study carried out by Keskin in 2009, rats exposed to talc produced an increase in ovarian follicles which could be related to the " ovulation theory" associated with ovarian cancer, thus demonstrating a plausible mechanism for talcum powder-induced ovarian cancer.

Recent data demonstrates the importance of oxidative stress in ovarian cancer.  The effects of talcum powder exposure on oxidative stress levels in normal ovarian epithelial cells, ovarian epithelial cells and cancerous ovarian epithelial cells were measured (Saed, 2017; Fletcher, 2018 (abstract)).  Studies indicate that epithelial ovarian cancer manifests a persistent pro-oxidant state through alteration of the redox balance by the up-regulation of several oxidant enzymes in epithelial ovarian caner tissues (Saed, 2018).  Advancing similar work, i n a recently accepted abstract, Harper and Saed report a mechanism by which talc enhances the pro-oxidant state in normal (ovarian and tubal) and ovarian cancer cells, through induction of gene point mutations (corresponding to known  specific single nucleotide polymorphisms - SNPs)  in key oxidant enzymes, altering their activities (Harper and Saed, 2018).

Emerging science by Fletcher (2018) demonstrated that talc-treated ovarian cancer cell lines and normal ovarian epithelial cells showed a marked increase in mRNA levels of pro-oxidant enzymes, including iNOS and MPO. This shift to a pro-oxidant environment indicates oxidative stress as early as 24 hours after exposure.  These recent facts provide strong support for the ability of talc to produce an oxidant state that leads to inflammation and in turn epithelial ovarian cancer.  This latter study shows that talcum powder enhances the redox state as part of the inflammatory cascade in both normal ovarian

25

epithelial cells and in ovarian cancer cells, revealing a plausible mechanistic underpinning for talc-induced ovarian cancer.

Another study by the same authors showed that talcum powder exposure increased levels of the cancer antigen, CA-125, in both normal ovarian cells and ovarian cancer cells.  (Fletcher and Saed, 2018). CA-125 is an antigen that is elevated in some patients with specific types of cancers, and is used as a biomarker for ovarian cancer detection, providing further information about talcum powder's carcinogenic properties.

In a study by Shim et al. (2015), inhalation of talc revealed infiltration of macrophages and the increased expression of the antioxidant, superoxide dismutase indicating oxidative stress in rats. Moreover, in the same study inhalation of talc demonstrated macrophage aggregations and oxidative damage in the lungs. Intrapleural injection of talc particles produced an acute serum inflammatory response, more pronounced with smaller particles (Genofre et al., 2009). In addition, talc exposure induced vasoconstriction in the brain via the action of superoxide anions (Mori et al., 1995). Non-fibrous talc at low *in vitro* exposure concentrations caused increased expression of transcription factors associated with the inflammatory process in a time and dose-dependent manner (Shukla et al., 2009). Nano-talc exposure enhanced the production of pro-inflammatory cytokines by macrophages *in vitro* (Khan et al., 2011). Also, pre-treatment of macrophage (prior to talc exposure) with inflammatory signal transduction inhibitors reduced TNF mRNA stability demonstrating their role in TNF mRNA stabilization and expression (Khan et al., 2011).

In an epidemiological study, talc exposure was significantly associated with ovarian cancer in women who lacked a specific anti-oxidant genotype (glutathione-S transferase M1/T1) (Gates et al., 2008). Finally, talc exposure increases COX2, an enzyme that plays a critical role in inflammation (Pace et al., 2006).

At high concentrations or chronic exposure, ROS can damage cellular macromolecules and contribute to neoplastic transformation and/or tumor growth.  Other likely manifestations of talc-induced inflammation include reduced fibrinolysis, activation of neutrophils and macrophages and increased production of cytokines and growth factors, and these have been suggested to occur in the peritoneum in response to contamination by surgical glove powder (Merritt et al., 2008).

*In sum, inflammation is a primary mediator of ovarian cancer.  As the scientific studies outlined above demonstrate, talcum powder products cause inflammation that can result in an elevation of biomarkers; changes in cell signaling; activation of chemokines and cytokines; changes in the oxidative environment; gene alterations and/or mutations; inhibition of apoptosis and induces neoplastic transformation and prolifearation (i.e., cancer). This talcum powder-induced inflammatory cascade provides significant biologic and toxicologic support for a conclusion that talcum powder products can cause ovarian cancer.*

### D.     Iron-Facilitated Inflammation

Talc particles can bind iron and iron facilitates inflammation and ROS production; surfaces of silicates including talc has a net negative charge on the surface which generates a capacity for the adsorption and exchange of cations like iron which has a high affinity for oxygen-donor ligands. According to J&J documents from Luzenac America Technical Center, heavy metal analyses on Grade 66 Non-Shear Disk Test Run samples demonstrated very high levels of iron (15,200 – 21,500 mg/kg) that could cause oxidative stress and an inflammatory response. Multiple studies have demonstrated that exposure to talc disrupts iron homeostasis, oxidative stress, and causes a fibro-inflammatory response (Akhtar et al., 2010; Ghio et al., 1992; Ghio et al., 2012). Talc exposure significantly increases iron importation and concentrations of ferritin (iron storage protein). The accumulation of iron, the accompanying oxidative stress, and inflammatory events after exposure to talc are comparable to those with other forms of particulate matter. The capacity of talc particles to support the *in vitro* generation of oxidants in an acellular environment was significantly affected by the concentration of associated iron, with talc-Fe producing a significantly greater signal for lipid peroxidation relative to talc alone (Akhtar, 2010). This relationship is supported by inhibition of the effect by addition of a metal chelator and a hydroxyl radical scavenger. The disruption of cell iron homeostasis is frequently associated with oxidative stress and inflammation.

### IX.    SUMMARY OF OPINIONS

I hold the following opinions to a reasonable degree of scientific certainty:

1.  Based on the scientific literature and the testing results that I have seen by Defendants and Drs. Longo and Rigler, it is my opinion that talcum powder products, including Johnson's Baby Powder and Shower to Shower, may contain known carcinogens, including asbestos, fibrous talc, and heavy metals. In addition, these products contain fragrance chemicals, many of which are inflammatory agents, toxicants, or potential carcinogens.

2.  Talcum powder can reach the ovaries through two routes with anticipated use: 1) perineal application (dermal) with migration/transport through the genital tract via the vagina, uterous, and fallopian tubes; and, 2) inhalation of talcum powder particles. Through either route, talcum powder and its constituents could reach the lymphatic system and bloodstream.

3.  Exposure to talcum powder products causes an inflammatory tissue reaction which may result in the following:
    a.  Elevation of increased inflammatory markers;
    b.  Changes in cell signaling;
    c.  Activation and/or release of chemokines and cytokines;
    d.  Changes in the oxidative environment;
    e.  Gene alterations and/or mutations;
    f.  Inhibition of apoptosis; and

      g.  Neoplastic transformation and proliferation

4. Based on knowledge of the carcinogenic components of talcum powder products, the potential of the powder, with its components, to reach the ovaries and the resultant inflammatory tissue response, it is biologically plausible for talcum powder products to cause ovarian cancer.

I reserve the right to amend or modify this report as new information becomes available.  I have not testified in litigation over the previous 4 years.  I am charging $ 350 per hour for my work on this matter.

# Exhibit A

**JUDITH TERRY ZELIKOFF, Ph.D.**
**Tenured Professor**

229 Mulberry Road
Ramsey, NJ 07446
H: (201)-934-6777
W: (845)-731-3528
Email: Judith.zelikoff@nyumc.org

## EDUCATION

**1973:**   Bachelor of Science (**Biology**)
Upsala College
East Orange, NJ

**1976:**   Master of Science **(Microbiology)**
Farleigh Dickinson University
Department of Biology
Teaneck, NJ,
in conjunction with,
UMDNJ-New Jersey Medical School
Department of Neuroscience
Newark, NJ
**Thesis Dissertation:**  Herpes Simplex Virus-IgM Specific Antibodies in Guillian-Barre Syndrome

**1982:**   Doctor of Philosophy (**Experimental Pathology**)
UMDNJ-New Jersey Medical School
Department of Pathology
Newark, NJ
**Thesis Dissertation**:  Cytoskeletal Modifications of Human Fibroblasts that Occur During a Complement-Dependent Cytotoxic Antibody Response

## PROFESSIONAL EXPERIENCE

**1982-Present:**      *NEW YORK UNIVERSITY SCHOOL OF MEDICINE*
Institute of Environmental Medicine
Tuxedo, NY

**2005- Present: <u>Tenured Professor</u>**
*Laboratory of Pulmonary & Systemic Toxicology*

<u>Developmental Immunotoxicology</u>: Effects of fetal insults on later life immune-related diseases in the offspring.

<u>Pulmonary Immunotoxicology:</u> Characterization of inhaled metal, gaseous, and airborne pollutant mixtures including woodsmoke and tobacco smoke, on pulmonary immune defense mechanisms and host resistance against infectious disease and asthma.

Environmental Toxicology/Ecoimmunotoxicology: Effects of aquatic pollutants on the immune responses of fish; development of immune biomarkers.  Alternate animal models for immunotoxicological studies.

**1995-2005: <u>Associate Professor</u> (Tenured in 1997)**
*Laboratory of Systemic Toxicology*

**1989-1995: <u>Assistant Professor</u>**
**1986-1989:  <u>Research Assistant Professor</u>**
*Laboratory of Pulmonary Biology*
*Laboratory of Environmental Toxicology*

Environmental Toxicology: Characterization of aquatic pollutants and immune defense mechanisms of fish. Studies concerning drug bioaccumulation and metabolism in different fish species.

Inhalation/Pulmonary Toxicology: Effects of ambient pollutants on  macrophage metabolism and immune function.

**1984-1986: <u>Associate Research Scientist</u>**
*Laboratory of Environmental Toxicology*

Genetic Toxicology: Clastogenic/mutagenic effects of complex environmental mixtures.

Cell Biology: Establishment of primary cultures for assessing the toxicity of environmental contaminants *in vitro.*

**1982-1984: <u>NIH (NHLBI) Post-Doctoral Fellow</u>**
*Laboratory of Environmental Toxicology*

Genetic Toxicology: Development of short-term *in vitro* bioassays to detect             carcinogens, promoters and co-carcinogens in complex environmental                      mixtures.

**1977-1978: *PFIZER PHARMACEUTICAL***
*Laboratory of Chemical Carcinogenesis*
Maywood, NJ

**<u>Assistant Research Scientist</u>**
Laboratory studies using animal models and *in vitro* mammalian cell systems to investigate chemical- and viral-induced carcinogenesis.

**1974-1975:** *VA HOSPITAL /UMDNJ-NEW JERSEY MEDICAL SCHOOL*
Department of Neuroimmunology
East Orange, NJ

**<u>Associate Research Scientist</u>**
Laboratory studies investigating the etiology of viral-induced neuropathologies

## TEACHING EXPERIENCE - NATIONAL

**1990-Present:**     *NEW YORK UNIVERSITY SCHOOL OF MEDICINE*
Department of Environmental Medicine
Tuxedo, NY
**Graduate Courses**
- o Global toxicology & community health (NYU Global College of Public Health: Organizer/Director, Fall, 2018; offered every year)
- o Environmental Immunotoxicology (Organizer/Director, 1993-present)
- o Organ System Toxicology (Director, 2001-present)
- o Toxicology (Biology-cross linked: Director, 2010 – present)
- o Communication Skills (Lecturer; 2010-present)
- o Principles of Toxicology (Lecturer; 1992-present)
- o Environmental Physiology of the Respiratory Tract (Lecturer; 1992– 1994)

**1979-1994:**   *WILLIAM PATERSON COLLEGE*
Department of Biology
Wayne, NJ

Adjunct Professor
**Undergraduate Courses**
- o Microbiology lecture and laboratory (1979 - 1984)
- o Human biology lecture and laboratory (1979 - 1994)

**1991-1994:**     *ROCKLAND COMMUNITY COLLEGE*
Department of Biology
Suffern, NY

Adjunct Professor
**Undergraduate Courses**
- o Microbiology lecture and laboratory

**1979-1982:**   *SETON HALL UNIVERSITY*
Department of Biology
South Orange, NJ

Research Scientist/Graduate Assistant
-Laboratory studies in immunopathology, virology, viral immunology, and microbiology

- **Undergraduate and Graduate Courses**
- o Bacteriology lecture and laboratory
- o Advanced Microbiology
- o Cell biology/Virology techniques

**1976-1979:**   *FAIRLEIGH DICKINSON UNIVERSITY*
Department of Biology
Teaneck, NJ

Adjunct Professor
**Undergraduate and Graduate Courses**
- o General biology lecture and laboratory

- o   Human genetics
- o   Immunology

## TEACHING EXPERIENCE - INTERNATIONAL

**2013-present** *UNIVERSITY OF PORT HARCOURT (Port Harcourt, Nigeria)*
Dept. of Toxicology
Lecturer in graduate toxicology course

**2002-present:** *CHULABHORN RESEARCH & GRADUATE  INSTITUTE (Professor, Course Director)*
Department of Toxicology
Bangkok, Thailand
**Graduate Course (3 weeks- given every even year)**
- o   Environmental Immunotoxicology and Reprotoxicology

**1999**        **1999-2000:**   *UNIVERSITY OF TASMANIA (Adjunct Professor)*
Department of Environmental Toxicology
Tasmania, Australia
**Graduate Course (2 weeks)**
- o   Fish Immunology & Immunotoxicology (Organizer/Director; Lecture and Lab)

**1999-2000**:   *LINCOLN UNIVERSITY*
Department of Environmental Health Sciences
Christ Church, New Zealand
**Graduate Course (2 weeks)**
- o   Fish Immunology & Immunotoxicology (Organizer/Director; Lecture and Lab)

## HONORS AND AWARDS
- 2018 – Society of Toxicology (SOT), Education Award
- 2015 – SOT, Women in Toxicology Mentorship Award
- 2013 – West African SOT (WASOT), Distinguished Recognition
- 2012 - 2014, SOT, Distinguished Service as SOT Secretary
- 2012 - SOT, Global Senior Scholar Host Award
- 2012 – SOT, Career Achievement Award in Immunotoxicology
- 2008 – Mid-Atlantic Chapter Society of Toxicology, President

## PUBLICATIONS
*Peer-reviewed Journals (In ascending order)*

1. Ende, N., E.V. Orsi, F. Buechel, N.Z. Baturay and **J.T. Zelikoff.**  Antibodies to synovial derived cells in patients undergoing artificial prosthesis transplants. *J. Orthopedic Res.* 3: 78-83 (1985).

2. **Zelikoff, J.T**., J.M. Daisey, K. Traul and T.J. Kneip. Balb/c 3T3 cell transformation response to organic extracts of airborne particulate matter as seen by their survival in aggregate form. *Mutat. Res.* 144: 107-116 (1985).

3. **Zelikoff, J.T**., N. Atkins, T.G. Rossman and J.M. Daisey. Cytotoxicity of fine particles with and without absorbed polycyclic aromatic hydrocarbons using Chinese hamster lung cells (V79). *Environ. Internat.* 11: 331-339 (1985).

4.   **Zelikoff, J.T**., N. Atkins and S. Belman. Stimulation of cell growth and proliferation in NIH-3T3 cells using onion and garlic oil. *Cell Biol. Toxicol.* 2: 369-378 (1986).

5.   Ende, J., J. Grizzanti, E.V. Orsi, P.P. Lubanski, R.C. Amarusso, L.B. Reichman and **J.T. Zelikoff.** Sarcoid and cytotoxic lung antibodies.  *Life Sciences* 39: 2435-2440 (1986).

6.   Rossman, T.G., **J.T. Zelikoff,** S. Agarwal and T.J. Kneip. Genetic toxicology of metal compounds: An examination of appropriate cellular models. *Toxicol. Environ. Chem.* 14: 251-262 (1987).

7.   Squibb, K.S., C.M.F. Michel, **J.T. Zelikoff** and J.M. O'Connor. Kinetics and metabolism in the channel catfish *Italurus punctatus. Veterinary Human Toxicol.* 34: 620 (1988).

8.   **Zelikoff, J.T**., J.H. Li, A. Hartwig and T.G. Rossman. Genetic toxicology of lead compounds. *Carcinogenesis* 9: 1727-1732 (1988).

9.   Schlesinger, R.B., A.F. Gunnison and **J.T. Zelikoff.** Modulation of pulmonary eicosanoid biosynthesis following exposure to sulfuric acid. *Fundam. Appl. Toxicol.* 15: 151-162 (1990).

10.  Schlesinger, R.B., K.E. Driscoll, A.F. Gunnison and **J.T. Zelikoff.** Pulmonary arachadonic acid metabolism following acute exposures to ozone and nitrogen dioxide. *J. Toxicol. Environ. Health* 31: 275-290 (1990).

11.  Schlesinger, R.B., L.C. Chen and **J.T. Zelikoff.** Comparative potency of inhaled acidic sulfate aerosols: The influence of specific components and the role of $H^+$ ions. *Environ. Res.* 52: 210-224 (1990).

12.  Schlesinger, R.B., P.A. Weideman and **J.T. Zelikoff.** Effects of repeated exposure to ozone on respiratory tract prostanoids. *Inhal. Toxicol.* 3: 27-36 (1991).

13.  **Zelikoff, J.T.**, N.A. Enane, D. Bowser, K.S. Squibb and K. Frenkel. Development of fish peritoneal macrophages as a model for higher vertebrates in immunotoxicological studies.  I. Characterization of trout macrophage morphological, functional and biochemical properties. *Fundam. Appl. Toxicol.* 16: 576-589 (1991).

14.  **Zelikoff, J.T**., G.L. Kreamer, M.C. Vogel and R.B. Schlesinger. Immunomodulating effects of ozone on macrophage functions important for tumor surveillance and host defense of the lung. *J. Toxicol. Environ. Health* 34: 449-467 (1991).

15.  Costa, M., N.T. Christie, O. Cantoni, **J.T. Zelikoff**, X.W. Wang and T.G. Rossman. DNA damage by mercury compounds:  An overview. Proc. of Advances for Mercury Toxicology. In *Advances in Mercury Toxicology* (T. Suzuki, Ed.), Plenum Press, NY.  pp. 255-273 (1991).

16.    Schlesinger, R.B., **J.T. Zelikoff,** L.C. Chen and P.L. Kinney. Assessment of toxicologic interactions resulting from acute inhalation exposure to sulfuric acid and ozone mixtures. *Toxicol. Appl. Pharmacol.* 115(2): 183-190 (1992).

17.    **Zelikoff, J.T**. and R.B. Schlesinger. Immunomodulation by sulfuric acid aerosol: Effects on pulmonary macrophage-derived tumor necrosis factor and superoxide production. *Toxicology* 76: 271-281 (1992).

18.    Cohen, M.D., E. Parsons, R.B. Schlesinger and **J.T. Zelikoff.** Immunotoxicity of *in vitro* vanadium exposure:  Effects on interleukin-1, tumor necrosis factor, and prostaglandin E2 production by macrophages. *Int. J. Immunopharmacol. Immunotoxicol.*  15: 437-446 (1993).

19.    **Zelikoff, J.T**. Metal pollution-induced immunomodulation in fish. *Ann. Rev. Fish Dis.* 2: 305-325 (1993).

20.    **Zelikoff, J.T.**, E. Parsons and R.B. Schlesinger. Immunomodulating activity of inhaled particulate lead oxide disrupts pulmonary macrophage-mediated functions important for host defense and tumor surveillance in the lung. *Environ. Res.*  62: 207-222 (1993).

21.    Enane, N.A., K. Frenkel, J.M. O'Connor, K.S. Squibb and **J.T. Zelikoff.** Fish macrophages as an alternative model for mammalian phagocytes. *Immunol.*, 80: 68-72 (1993).

22.    **Zelikoff,** J.T., R. Smialowicz, P.E. Bigazzi, R.A. Goyer, D.A. Lawrence, H.I. Maibach and D. Gardner.  Immunomodulation by metals. *Fund. Appl. Toxicol.* 22: 1-8 (1994).

23.    Bowser, D., K. Frenkel and **J.T. Zelikoff**. Effects of *in vitro* nickel exposure on macrophage-mediated immunity in rainbow trout. *Bull Environ. Cont. Toxicol.* 52: 367-373 (1994).

24.    Schlesinger, R.B., H. El-Fawal, **J.T. Zelikoff,** J.E. Gorczynski, T. McGovern, C.E. Nadziejko, and L.C. Chen. Pulmonary effects of repeated episodic exposures to nitric acid vapor alone and in combination with ozone. *Inhal. Toxicol.*  6: 21-41 (1994).

25.    Cohen, M.D., Z. Yang and **J.T. Zelikoff**. Immunotoxicity of particulate lead: *In vitro* exposure alters pulmonary macrophage tumor necrosis factor production and activity. *J. Toxicol. Environ. Health*  42: 377-392 (1994).

26.    **Zelikoff, J.T**., M. Sisco, Z. Yang, M.D. Cohen and R.B. Schlesinger. Immunotoxicity of sulfuric acid aerosol: Effects on pulmonary macrophage effector and functional activities critical for maintaining host resistance against infectious diseases. *Toxicology*  92: 269-286 (1994).

27.    **Zelikoff, J.T.**, J.E. Bertin, R.K. Miller, S. Tabacova, E.S. Hunter, E.K. Silbergeld, T.M. Burbacher, and J. Rogers. Health risks associated with prenatal metal exposure. *Fund. Appl. Toxicol.* 25: 161-170 (1995).

28.    **Zelikoff, J.T**., K. Squibb, D. Bowser and K. Frenkel. Immunotoxicity of low level cadmium exposure in fish: Alternative animal models for immunotoxicological studies. *J. Toxicol. Environ Health*  45:235-248 (1995).

29.     Cohen, M.D., T.P. McManus, Z. Yang, Q. Qu, R.B. Schlesinger, and **J.T. Zelikoff**. Vanadium alters macrophage interferon-gamma interactions and interferon-inducible responses. *Toxicol. Appl. Pharmacol.* 138: 110-120 (1996).

30.     Cohen, M.D., **J.T. Zelikoff,** T.P. McManus, Q. Qu, and R.B. Schlesinger. Effects of ozone upon macrophage-interferon-gamma interactions. *Toxicology* , 114: 243-252 (1996).

31.     Cohen, M.D., Z. Yang, **J.T. Zelikoff**, and R.B. Schlesinger. Pulmonary immunotoxicity of inhaled ammonium metavanadate in Fisher-344 rats. *Fund. Appl Toxicol.* 33: 254-263 (1996).

32.     Cohen, M.D., S. Becker, R. Devlin, R.B. Schlesinger, and **J.T. Zelikoff.** Effects of vanadium upon polyI:C-induced responses in rat lung and alveolar macrophage. *J. Toxicol. Environ. Health* 51: 591-608 (1997).

33.     **Zelikoff, J.T**., M. Sisco, M.D. Cohen, Y. Tsai, P.E. Morrow, M.W. Frampton, M.J. Utell, and R.B. Schlesinger. Effects of inhaled sulfuric acid aerosols on pulmonary immunocompetence: A comparative study in humans and animals. *Inhal. Toxicol.* 9: 731-752 (1997).

34.     Rodgers, K., P. Klykken, J. Jacobs, C. Frondoza, V. Tomazic, and **J.T. Zelikoff.** Immunotoxicity of medical devices. *Fund. Appl. Toxicol.* 36:1-14 (1997).

35.     Luebke, R.W., P.V. Hodson, M. Faisal, P.S. Ross, K.A. Grasman, and **J.T. Zelikoff.** Aquatic pollution-induced immunotoxicity in wildlife species. *Fund. Appl. Toxicol.* 37:1-15 (1997).

36.     Anderson, M.J., M.G. Barron, S.A. Diamond, J. Lipton, and **J.T. Zelikoff**. Biomarker selection for restoration monitoring of fishery resources. ASTM STP 1317 (F. J. Dwyer, T.R. Doane, M.L. Hinman, Eds.), American Society for Testing and Materials. pp. 333 - 359 (1997).

37.     Cohen, M.D., J.T. **Zelikoff,** L.C. Chen, and R.B. Schlesinger. Pulmonary retention and distribution of inhaled chromium: Effects of particle solubility and co-exposure to ozone. *Inhal. Toxicol.* 9:843-865 (1997).

38.     **Zelikoff, J.T**. Biomarkers of immunotoxicity in fish and other non-mammalian sentinel species: Predictive value for mammals. *Toxicology* 129:63-71 (1998).

39.     Cohen, M.D., **J.T. Zelikoff,** L.C. Chen, and R.B. Schlesinger. Immunological effects of inhaled chromium alone and in combination with ozone. *Toxicol. Appl. Pharmacol.* 152:30-40 (1998).

40.     Beaman, J.R., R. Finch, H. Gardner, F. Hoffman, A. Rosencrance, and **J.T. Zelikoff.** Mammalian immunoassays for predicting the toxicity of malathion in a laboratory fish model. *J. Toxicol. Environ. Health* 56:523-542 (1999).

41.     **Zelikoff, J.T**., A. Raymond, E. Carlson, Y. Li, J.R. Beaman, and M. Anderson. Biomarkers of immunotoxicity in fish: From the lab to the ocean. *Toxicol. Lett.* 112-113:325-331 (2000).

42.   Barron, M.G., M. Anderson, D. Beltman, T. Podrabsky, W. Walsh, D. Cacela, J. Lipton, S.T. Teh, D. Hinton, **J.T. Zelikoff,** A.L. Dikkeboom, B.A. Lasee, S.K. Woolley, D.E. Tillitt, M. Holey, P. Bouchard, and N. Denslow. Association between PCBs, liver lesions, and biomarker responses in adult walleye (*Stizostedium vitreum vitreum*) collected from Green Bay, Wisconsin. *J. Great Lakes Res.* 3:156-170 (2000).

43.   Cohen, M.D., M. Sisco, Y. Li, and **J.T. Zelikoff,** and R.B. Schlesinger. Immunomodulatory effects of ozone upon *in situ* cell-mediated responses in the lungs. *Toxicol. Appl. Pharmacol.* 171:71-84 (2001).

44.   Sweet, L.I., and **J.T. Zelikoff.** The toxicology and immunotoxicology of mercury: A comparative review in fish and humans. *J. Toxicol. Environ. Health*-B 4:161-205 (2001).

45.   Palchaudhuri, S., A. Raymond, E. Carlson, Y. Li, and **J.T. Zelikoff.** Cytotoxic and cytoprotective effects of selenium on bluegill sunfish (*Lepomis macrochirus*) phagocytic cells *in vitro*. *Bull. Environ. Contam. Toxicol.* 67:672-679 (2001).

46.   **Zelikoff, J.T.**, E. Carlson, Y. Li, A. Raymond, and J. Duffy. Immunotoxicity biomarkers in fish: Development, validation, and application for field studies and risk assessment. *Human and Ecotoxicol. Risk Assess.* 8:253:263 (2002).

47.   Carlson, E., Y. Li, and **J.T. Zelikoff.** Exposure of Japanese medaka (*Oryziaslatipes*) to benzo(a)pyrene suppresses immune function and host resistance against bacterial challenge. *Aquat. Toxicol.* 56:289-301 (2002).

48.   Schlesinger, R.B., M.D. Cohen, T. Gordon, C. Nadziejko, J.T. Z**elikoff,** M. Sisco, J.F. Regal, and M. Ménache. Ozone differentially modulates airway responsiveness in atopic vs nonatopic guinea pigs. *Inhal. Toxicol.* 14:431-457 (2002).

49.   **Zelikoff, J.T.,** M.D. Cohen, L.C. Chen, and R.B. Schlesinger. Toxicology of Woodsmoke. *J. Toxicol. Environ. Health - Part B.* 5 (3):269-282 (2002).

50.   Cohen, M.D., M. Sisco, K. Baker,Y. Li, D. Lawrence, H. van Loveren, **J.T. Zelikoff,**  and R.B. Schlesinger. Effect of inhaled ozone on pulmonary immune cells critical to antibacterial responses *in situ. Inhal. Toxicol.* 14:599-619 (2002).

51    Carlson, E., Y. Li, and **J.T. Zelikoff.** The Japanese medaka (*Oryziaslatipes*) model: Applicability for investigating the immunosuppressive effects of the aquatic pollutant benzo(a)pyrene. *Mar. Environ. Res.*     54:5 - 9 (2002).

52.   Duffy, J.E., E. Carlson, Y. Li, C. Prophete, and **J.T. Zelikoff.** Impact of polychlorinated biphenyls (PCBs) on the immune function of fish: Age as a variable in determining adverse outcome. *Mar. Environ. Res.* 54:1-5 (2002).

53.   **Zelikoff, J.T.**, K.R. Schermerhorn, K. Fang, M.D. Cohen, and Schlesinger, R.B. A role for associated transition metals in the immunotoxicity of inhaled ambient particulate matter (PM). *Environ. Health Perspect.* 110:871-875 (2002).

54.   **Zelikoff, J.T**., L.C. Chen, M.D. Cohen, K. Fang, T. Gordon, Y. Li, C. Nadziejko, and R.B. Schlesinger. Effects of inhaled ambient particulate matter (PM) on pulmonary anti-microbial immune defense. *Inhal. Toxicol.* 15:101-120 (2003).

55.    Duffy, J., E. Carlson, Y. Li, C. Prophete, and **J.T. Zelikoff.** Exposure to a coplanar PCB congener differentially alters the immune responsiveness of juvenile and aged fish. *Ecotoxicol.* 12:251-259 (2003).

56.    Lippmann, M., Frampton, M., Schwartz, J., Dockery, D., Schlesinger, R., Koutrakis, P., Froines, J., Nel, A., Finkelstein, J., Godleski, J., Kaufman, J., Koenig, J., Larson, T., Luchtel, D., Liu L.J., Oberdorster, G., Peters, A., Sarnat, J., Sioutas C., Suh, H., Sullivan, J., Utell, M., Wichmann, E., and **Zelikoff, J.T**. The U.S. Environmental Protection Agency particulate matter health effects Research Centers Program: A midcourse report of status, progress, and plans. *Environ. Health Perspect.* 111:1073-1092 (2003).

57.    Adams, S.M., M.S. Greeley, D.G. Fitzgerald, J.M. Law, E.J. Noga, and **J.T. Zelikoff.** Effects of flooding from three sequential hurricanes on the health and condition of fish in Pamlico Sound, NC. *Estuaries* 112:221-230 (2003).

58.    Anderson, J.S., D. Cacela, D. Beltman, S.J. Teh, M.S. Okihiro, D.E. Hinton, N. Denslow, and **J.T. Zelikoff.** Biochemical indicators and toxicopathologic lesions assessed in smallmouth bass recovered from a polychlorinated biphenyl (PCB) contaminated river. *Biomarkers* 8:371-393 (2003).

59.    Carlson, E., Y. Li, and **J.T. Zelikoff.** Suppressive effects of benzo[a]pyrene upon fish immune function: Evolutionarily conserved cellular mechanisms of immunotoxicity. *Mar. Environ. Res.* 151:131-138 (2004).

60.    Carlson, E.A., Y. Li, **J.T. Zelikoff.** Benzo(a)pyrene-induced immunotoxicity in Japanese medaka (*Oryzias latipes*): Relationship between lymphoid CYP1A activity and humoral immune suppression. *Toxicol. Appl. Pharmacol.* 201:40-52 (2004).

61.    Duffy, J.E., Y. Li, and **J.T. Zelikoff.** CYP1A induction in PCB 126-induced immunotoxicity in a feral fish model. *Bull. Environ Contam Toxicol.* 74:107-113 (2005).

62.    Ng, S.P., A.E., Silverstone, Z-W. Lai, and **J.T. Zelikoff**. Effects of prenatal exposure to cigarette smoke on offspring tumor susceptibility and associated immune mechanisms. *Toxicol. Sci.* 89(1):135-144 (2006).

63.    Duffy, J.E., and **J.T. Zelikoff**. Use of a fish model to examine the relationship between PCB-induced immunotoxicity and hepatic CYP1A induction. *J. Immunotoxicol* 3:39-47 (2006*).

64.    Prophete, C., E.A. Carlson, Y. Li, J. Duffy, B. Steinetz, S. Lasano, and **J.T. Zelikoff**. Effects of elevated temperature and nickel pollution on the immune status of Japanese medaka. *Fish & Shellfish Immunol.* 21:325-334 (2006).

65.    Steinetz, B.G., T. Gordon, S. Lasano, T. L. Horton, S.P., Ng, **J.T. Zelikoff**, A. Nadas, and M.C Bosland. The parity-related protection against breast cancer is compromised by cigarette smoke during rat pregnancy: Observations on tumorigenesis and immunological defenses of the neonate. *Carcinogenesis* 27:1146-1152 (2006).

66. Cohen, M.D., C. Prophete, M. Sisco, L.C. Chen, **J.T. Zelikoff**, J. Smee, M. Holder, G. Crans. Pulmonary immunotoxic potential of metals are governed by select physiochemical properties: Chromium agents. J. Immunotoxicol. 3:69-81 (2006).

67. Ng, S.P., B.G. Steinetz, S.G., Lasano and **J.T. Zelikoff**. Hormonal changes accompanying cigarette smoke- induced pre-term births in a mouse model. *Exp. Biol. & Med.* 231:1403-1409. (2006).

68. Iba, M.M., J. Fung, Chung, L., J Zhao, B. Winnik, B. Buckley, L.C. Chen, **J.T. Zelikoff,** Y. Kou. Differential inducibility of rat pulmonary CYP1A1 by cigarette smoke and wood smoke. *Mutat. Res.* 606:1-11 (2006).

69. Ng, S.P. and **J.T. Zelikoff**. Smoking during pregnancy: Subsequent effects on offspring immune competence and disease vulnerability in later life. *Repro. Toxicol.* 23(3): 428-437 (2007).

70. Naher, L.P., K.R. Smith, M. Brauer, C. Simpson, J,Q, Koenig, M. Lipsett, **J.T. Zelikoff**. Woodsmoke Health Effects: A Review. *Inhal. Toxicol.* 19:67-106 (2007).

71. Cohen, M.D., C. Prophete, M. Sisco, L.C. Chen, **J.T. Zelikoff**, J. Smee, M. Holder, G. Crans, A. J. Ghio, J.D. Stonehuerner. Pulmonary immunotoxic potential of metals are governed by select physiochemical properties: Vanadium agents. *J. Immunotoxicol.* 4:49-60 (2007).

72. Doherty, S.P., C. Prophete, P. Maciejczyk, K. Salnikow, T. Gould, T. Larson, J. Koenig, P. Jaques, C. Sioutas, **J.T. Zelikoff**, M. Lippmann and M.D. Cohen. Use of iron response protein binding activity analysis to detect changes in iron homeostasis inducible by PM2.5 components. *Inhal. Toxicol.* 19:553-562 (2007).

73. Duffy-Whritenour, J.E., and **J.T. Zelikoff.** Relationship between the immune and serotonergic systems in a teleost model. *Brain, Behavior and Immunity.* 22:257-264 (2008).

74. Ng, S, and **J.T. Zelikoff**. Effects of prenatal cigarette smoke exposure on offspring immune parameters later in life. *J. Toxicol. Environ. Health 71:445-453* (2008).

75. Dietert, R.R. and J.T. Zelikoff. Early-life environment, developmental Immunotoxicology, and the risk of pediatric allergic disease including asthma. *Birth Defects Research Part B – Developmental and Reproductive Toxicology* 44:231-240 (2008).

76. Dietert, R.R. and **J.T. Zelikoff**. Pediatric immune dysfunction and health risks following early-life immune insult. . *Curr. Pediatr. Rev.* 5:36-51. (2009).

77. Vancza, E., S,P, Ng, and **J.T. Zelikoff**. The role of parity status in cigarette smoke-induced modulation of immune tumor surveillance mechanisms: A mouse model. *J. Immunotoxicol.* 6(2):94-104. (2009).

78.     Ng, S.P., D. Conklin, A. Bhatnagar, Bolanowski, D.D., Lyon, J., and **J.T. Zelikoff**. Prenatal exposure to cigarette smoke induces diet- and sex-dependent dyslipidemia and weight gain in adult murine offspring. *Environ. Health Perspect*. 117(7):1042-1049. (2009).

79.     Doherty-Lyons, S.P., J. Grabowski, C. Hoffman, and **J.T. Zelikoff**. Early life insult from cigarette smoke may be predictive of chronic diseases later in life. *Biomarkers* 114:102-106 (2009).

80.     Tangjarukij, C., P. Navasumrit,  D. Settachan, **J.T. Zelikoff,** M. Ruchirawat. The effects of pyridoxine  deficiency and supplementation on hematological profiles, lymphocyte function, and hepatic cytochrome P450 in B6C3F1 mice. *J. of Immunotoxicol*. 6(3):147-160 (2009).

81.     Cohen, M.D., Sisco, M., Prophete, C., Yoshida, K., Chen, L-C., **Zelikoff, J.T.**, Smee, J., Holder, A.A., Stonehuerner, J., Crans, D.C. and A.J. Ghio. Effects of metal compounds with distinct physicochemical properties on iron homeostasis and anti-bacterial activity in the lungs: Cr and V. *Inhal. Toxicol.* 22:169-178 (2010).

82.     Dietert, R.R., and **J.T. Zelikoff.** Identifying patterns of immune-related disease: Use in disease prevention and management. *World Journal of Pediatric*s (Open Journal), 2010.

83.     Dietert, R.R., DeWitt, J., Germolec, D.R., and **J.T. Zelikoff**. Breaking patterns of environmentally-influenced disease for health risk reduction: Immune perspectives. *Environ. Health Perspect*. Doi: 10.1289/ehp.1001971 ( http://dx.doi.org/) .

84.     Duffy-Whritenour, J.E., R.Z. Kurtzman, S. Kennedy, and **J.T. Zelikoff.** Non-coplanar polychlorinated biphenyl (PCB)-induced immunotoxicity is coincident with alterations in the serotonergic system. *J. Immunotoxicol.* 120:45-51 (2011).

85.     Allina, J., Grabowski, J., Doherty-Lyons, S., Fiel, M.I., Jackson, C.E., *Zelikoff, J.T., and *Joseph A.   Odin (co-corresponding Authors). Maternal exposure to environmental stressors during pregnancy increased hepatic fibrosis and immune modulation in adult male offspring in a mouse model. *J. Immunotoxicol.* 8:258 (2011).

86.     Blum, J., Hoffman, C., and **J.T. Zelikoff**. Inhaled cadmium oxide nanoparticles alters reproductive outcomes and fetal growth. Toxicol. Sci. 126 (2): 478-486 (2012).

87.     Willis, D., Popovich, M.A., Gany, F., and **J.T. Zelikoff**. Toxicology of smokeless tobacco: implications for immune, reproductive, and cardiovascular systems. *J. Toxicol. Environ. Health* B. Critical Reviews. 15(5):317-331 (2012).

88.     Rajamani, K., Doherty-Lyons, D., Bolden, C., Willis, D., Hoffman, C., **Zelikoff, J.T.,** Chen, L.C., and Gu, H., Prenatal and Early-Life Exposure to High-Level Diesel Exhaust Particles Leads to Increased Locomotor Activity and Repetitive

Behaviors in Mice. *Autism Res.* 6(4): 248-257 (2013).

89.   Ng, S.P., Silverstone, A.E., Lai, Z.W., Harkema, J.R., and **J.T. Zelikoff**. Prenatal exposure to cigarette smoke suppresses anti-tumor cytotoxic T-lymphocyte (CTL) activity via changes in T-regulatory cells. *J. Toxicol. Environ. Health.* 76(19):1096-1100 (2013).

90.   Amrock, S.M., Gordon, T., Zelikoff, J.T., and Weitzman, M. Hookah use among adolescents in the United States: Results of a national survey. *Nicotine Tobacco Res.* 16(2):231-237 (2014).

91.   Vaughan J., Garrett B., Prophete C., Horton L., Sisco M., Soukup J.M., Zelikoff J. Ghio A., Peltier R., Chen L.C., and Cohen M.D. A Novel System to Generate WTC Dust Particles for Inhalation Exposures. *J. of Exp. Sci. and Environ. Epidemiol. 24(1):105-112  (2014).*

92.   Blum J.L., Rosenblum L.K., Grunig G., Beasley M.B., Xiong J.Q., and **J.T. Zelikoff**. Short-term inhalation of cadmium oxide nanoparticles alters pulmonary dynamics associated with lung injury, inflammation, and repair in a mouse model *Inhal. Toxicol. 26(1):48-58* (2014).

93.    Willis D.N., Popovech M.A., Gany F., Hoffman C., Blum J.L. and **J.T. Zelikoff**. Toxicity of gutkha, a smokeless tobacco product, gone global: Is there more to the toxicity than nicotine? *Int. J. Environ. Res. Public Health.* 11(1):919-933. (2014).

94.   Yochum C., Doherty-Lyon S., Hoffman C., Hossain, M.M., **Zelikoff J.T.** and J.R. Richardson. Prenatal cigarette smoke exposure causes hyperactivity and hyper-aggressive behaviors: relevance to maternal smoking and ADHD. (Zelikoff and Richardson are co-senior authors). *Exper. Neurol.* 254:145-152 (2014).

95.    Orisakwe O.E., Blum J.L., Sujak S., and **Zelikoff, J.T**.Metal Pollution in Nigeria: A biomonitoring update. *J. Health & Pollution.* 4:40-52 (2014).

96.   Zhou S, Rosenthal DG, Sherman S, **Zelikoff J.T.,** Gordon T, Weitzman M. Physical, behavioral, and cognitive effects of prenatal tobacco and postnatal secondhand smoke exposure. *Curr Probl Pediatr Adolesc Health Care.* 2014; 44(8):219-241.

97.   Amrock SM, Gordon T, **Zelikoff JT**, Weitzman M. Hookah use among adolescents in the United States: results of a national survey. *Nicotine Tob Res.* 2014. 16(2):231-237.

98.   Lauterstein D., Hoshino R, Watkins BX, Weitzman M, Zelikoff J.T. The changing face of tobacco use among US youth. Curr Drug Abuse Rev. 7(1):29-43 (2014) PMID 25323124.

99.   Cohen, MD, Vaughan, JM; Garrett, B, Prophete, C, Horton, L, Sisco M, Kodavanti UP, Ward, WO, Peltier RE; **Zelikoff, JT**, Chen LC. Acute high-level exposure to WTC particles alters expression of genes associated with oxidative stress and immune function in the lung. *J Immunotoxicol.* 12(2):140-153 (2015).

100.  Blum JL, Edwards JR, Prozialeck WC, Xiong JQ, **Zelikoff JT.** Inhalation of cadmium oxide nanoparticles during pregnancy produces nephrotoxicity in both mother and offspring. *J. Toxicol. Env. Health.* Pt. A. 2015:78(12):711-724.DOI: 10.1080/15287394.2015.1026622 (2015).

101.  O'Neill BO, Dauterstein[a], D, Patel JC, **Zelikoff JT\***, Rice ME. Striatal dopamine release regulation by the cholinergic properties of the smokeless tobacco, gutkha. *ACS chemical neuroscience.* 2015:6(6):832-837.DOI: 10.1021/cn500283b \*Co-corresponding author. (2015).

102.  Cohen, Mitchell D; Vaughan, Joshua M; Garrett, Brittany; Prophete, Colette; Horton, L.; Sisco, Maureen; Ghio, Andrew; **Zelikoff, Judith;** Lung-Chi, Chen. Impact of acute exposure to WTC dust on ciliated and goblet cells in lungs of rats. *Inhal. Toxicol.* 27(7):354-361.DOI: 10.3109/08958378.2015.1054531 (2015).

103.  Yao Y., Chen T., Shen SS., Niu Y., DesMarais TL., Saunders E., Fan Z., Lioy P., KluzT., Chen LC., Wu Z., Costa M., **Zelikoff J.** Malignant human cell transformation of Marcellus Shale gas drilling for flow back water. *Toxicol. Appl. Pharmacol.* 1;296:85. (2015)

104.  Lauterstein, De., Tijerina PB., Corbett K., Oksuz A., Shen SS., Gordon T., Klein C., **Zelikoff JT.** Frontal cortex transcriptome analysis of mice exposed to electronic cigarettes during early life stages. *Int. J. Envron. Res. Public Health.* (2016) pii: E417. doi: 10.3390/ijerph13040417. PMID: 27077873.

105.  Gany F., Bari S., Prasad L., Leng J., Lee T., Thurston G.D., Gordon T., Acharya S., Rexford B., **J.T. Zelikoff.**   Perception and reality of particulate matter (PM) exposure on New York City taxi drivers. J. Expos. Sci. Environ. Epidemiol. (In press, 2016, *Epub ahead of print; doi: 10.1038/jes.2016.23.).*

106.  Kumar S., Smith-Norowitz TA., Kohlhoff S., Apfalter P., Roblin P., Kutlin A., Harkema J., Ng SP., Doherty-Lyons S., **Zelikoff JT (co-corresponding author),** Hammerschlag MR\*. Exposure to cigarette smoke and *Chlamydia penumoniae* infection in mide: Effect on infectious burden, systemic dissemination and cytokine responses: A pilot study. *J. Immunotoxicol.* 13(1):77-83 (2016).

107.  Iain P., Sexton K., Prytherch Z., Blum J., **Zelikoff J.T\*.** (co-corresponding author), BeruBe K.A\*., An *in vitro* versus in vivo toxicogenomics investigation of pre-natal exposures to tobacco smoke. Appl. *In Vitro Toxicol.* (In press, 2017).

108.  Blum J.L., Chen L-C., **Zelikoff J.T\*** (corresponding author). Exposure to ambient particulate matter during specific gestational periods produces adverse obstetic consequences in mice. Environ. Health Perspect. *Environ Health Perspect*; DOI:10.1289/EHP1029.

109.  Gany F., Mukherjea A., Surani Z., Modayll M., Aghi M., Ulpe R., **Zelikoff J.,** Leng J., Parascandola M., Gupta P., South Asian alternative tobacco products: culture, epidemiology and policy. *J. Immigrant Minority Health.* (Jan. 2017).

110. Klocke C., Allen JL., Sobolewski M., Mayer-Proschel M., Blum JL., Lauterstein D., Zelikoff JT., Cory-Slechta. Neuropathological consequences of gestational exposure to concentrated ambient fine and ultrafine particles in the mouse. *Toxicol. Sci. Apr 1:556(2):492-508.(2017)*

111. Zelikoff, Judith T., Parmalee N., Corbett K., Gordon T., Klein C B., Aschner m. Microglia Activation and Gene Expression Alteration of Neurotrophins in the Hippocampus Following Early Life Exposure to E-cigarette Aerosols in a Murine Model. <u>Toxicol Sci.</u> 2017 Nov 17. doi: 10.1093/toxsci/kfx257. [Epub ahead of print]

112. Church JS, Tijerina PB, Emerson FJ, Coburn MA, Blum, JL, Zelikoff JT, Schwartzer JJ. *Perinatal exposure to concentrated ambient particulates results in autism-like behavioral deficits in adult mice. Neurotoxicology.* Nov 13. pii: S0161-813X(17)30211-5. doi: 10.1016/j.neuro.2017.10.007. [Epub ahead of print].

113. Duffy-Whritenour, J.E., S. Kennedy, and **J.T. Zelikoff**. Involvement of the neuroimmune axis in noncoplanar polychlorinated biphenyl-induced immunotoxicity. (In preparation). (*J. Immunotoxicol).*

114. Blum, J.L., Doherty-Lyon, D., Hoffman, C., Conklin, D., Young, D. and **J.T. Zelikoff**. High fat diet exacerbates the dyslipidemic effects of prenatal exposure to cadmium nanoparticles in the adult offspring. In preparation. (*Toxicol. Sci.).*

### ***Commentaries/Letters to the Editor/Profiles:***

1. **Zelikoff, J.T.**, S. Garte and S. Belman. Response to publication "Differential phosphorylation events associated with phorbol ester effects on acceleration versus inhibition of cell growth." *Cancer Res.* 47: 389-390 (1987).

2. **Zelikoff, J.T**. Commentary on "Ecotoxicity Testing." *Toxicology and Ecotoxicology News* 1: 123-124 (1995).

3. Penn, A. and **J.T. Zelikoff.** "Profile of the Department of Environmental Medicine, New York University Medical Center." *Toxicology and Ecotoxicology News* 3: 114:116 (1996).

4. Bayne, C. and **J.T. Zelikoff,.** Meeting review on "Modulators of Immune Responses-A PhylogeneticeApproach." *Immunology Today* 20: 12-18 (1996).

5. **Zelikoff, J.T**. "Fish immunotoxicology: A new scientific discipline". *Toxicology and Ecotoxicology News.* 5: 130-132 (1996).

### ***Book Chapters & Reports (1988 – Present,*** *in ascending order)***:***

1. Rossman, T.G., **J.T. Zelikoff**, S. Agarwal and T.J. Kneip. 1988. Genetic toxicology of metal compounds: An examination of appropriate cellular models. In: *Carcinogenic and Mutagenic Metal Compounds* 2. (E. Merian, et al., Eds), Gordon and Breach Science Publishers, NY. pp. 195-206.

2. **Zelikoff, J.T.** and Enane, N. 1991. Assays used to assess the activation state of rainbow trout peritoneal macrophages. In: *Techniques in Fish Immunology-2* (J.S. Stolen, et al., Eds.), SOS Publications, NJ. pp. 107-124.

3. **Zelikoff, J.T**. 1993. Immunological alterations as indicators of environmental metal exposure. In: *Modulators of Fish Immune Response: Models for Environmental Toxicology/Biomarkers, Immunostimulators*-Vol. 1 (J.S. Stolen, T. Fletcher, **J.T. Zelikoff**, S.L. Kaattari, D.P. Anderson, and L.E. Twerdok, Eds.), SOS Publications, NJ. pp. 101-110.

4.      **Zelikoff, J.T**. and D. Bowser. 1994. Care and short-term laboratory maintenance of rainbow trout in laboratories with limited aquatic facilities. In: *Techniques in Fish Immunology*-3 (J.S. Stolen, et al. Eds.), SOS Publications, NJ. pp. 13-14.

5.      **Zelikoff, J.T**. 1994. Fish immunotoxicology. In: *Immunotoxicology and Immunopharmacology* (J. Dean, M. Luster, A. Munson, I. Kimber Eds), Raven Press, NY. pp. 386-403.

6.      **Zelikoff, J. T**. and M. D. Cohen 1995. Immunotoxicity of inorganic metal compounds. In: *Immunotoxicology*. (R. Smialowicz, and M. Holsapple, Eds.), CRC Press, Boca Raton, FL. pp. 125-146.

7.      **Zelikoff, J.T.**, W. Wang, N. Islam, L.E., Twerdok, M. Curry, J. Beaman, and E. Flescher. 1996. Assays of reactive oxygen intermediates and antioxidant enzymes in medaka *(Oryzias latipes*): Potential biomarkers for predicting the effects of environmental pollution.  In: *Techniques in Aquatic Toxicology*.  (G. Ostrander Ed.), CRC Press, FL.  pp. 178-206.

8.      **Zelikoff, J.T**. W. Wang, N. Islam, E. Flescher, and L.E. Twerdok. 1996. Heavy metal-induced changes in antioxidant enzymes and oxyradical production by fish phagocytes: Application as biomarkers for predicting the immunotoxic effects of metal-polluted aquatic environments. In: *Modulators of Immune Responses-A Phylogenetic Approach* - Vol. 2 (J. Stolen, **J.T. Zelikoff**, L.E. Twerdok, D. Anderson, C. Bayne, C. Secombes, T. Fletcher, Eds.), SOS Publications, NJ.  pp. 135-148.

9.      Twerdok, L.E., J.R. Beaman, M.W. Curry, and **J.T. Zelikoff**.  1996. Health status determination and monitoring in an aquatic model *(Oryzias latipes*) used in immunotoxicological testing. In: *Modulators of Immune Responses -  A Phylogenetic Approach*-Vol. 2  (J. Stolen, **J.T. Zelikoff**, L.E. Twerdok, D. Anderson, C. Bayne, C. Secombes, T. Fletcher, Eds.), SOS Publications, NJ. pp. 210-215.

10.     Benson, J. and **J.T. Zelikoff**. 1996. Respiratory toxicology of metals. In: *Toxicology of Metals*. (L.W. Chang, Ed.), CRC Press, FL. pp. 929-938.

11.     **Zelikoff, J.T**. and R. 1996. Smialowicz. Metal-induced alterations in innate immunity. In: *Toxicology of Metals.*  (L.W. Chang, Ed.), CRC Press, FL. pp. 811-826.

12.     **Zelikoff, J.T**., W. Wang, N. Islam and L.E. Twerdok. 1997. Immune responses of fish as biomarkers to predict the health effects of aquatic pollution: Application of laboratory assays for field studies. In: *Ecotoxicology: Responses, Biomarkers and Risk Assessment* (J.T. Zelikoff, J. Schepers, J. Lynch, Eds.), SOS Publications, Fair Haven, NJ. pp. 218-235.

13.     **Zelikoff, J.T.**  and M.D. Cohen.  1997. Metal Immunotoxicology. In: *Handbook of Human Toxicology*, (E.J. Massaro, Ed.), CRC Press, Boca Raton, FL. pp. 811-852.

14.     Thomas, P.T. and **J.T. Zelikoff.** 1999. Air pollutants: Modulators of pulmonary host resistance against infection. In: *Air Pollutants and Effects on Health*. (S.L. Hogate, H.S. Koren, J.M. Samet, R.L. Maynard, Eds.), Academic Press, London. pp. 420-450.

15.     **Zelikoff, J.T**., C. Nadziejko, K. Fang, T. Gordon, C. Premdass, and M.D. Cohen. 1999. Short-term, low-dose inhalation of ambient particulate matter exacerbates ongoing pneumococcal infections in *Streptococcus pneumoniae*-infected rats. *Proceedings of Third Colloquium on Particulate Air Pollution and Human Health*. 8-94-8-104.

16.     **Zelikoff, J.T**. Woodsmoke, kerosene emissions, and diesel exhaust emissions. In: *Pulmonary Immunotoxicology* (M.D. Cohen, **J.T. Zelikoff**, R.B. Schlesinger, Eds.), Klewar Publ., MA. pp. 369-387 (2000).

17.     Schlesinger, R.B., LC. Chen, and **J.T. Zelikoff.** 2000. Sulfur and nitrogen oxides. In: *Pulmonary Immunotoxicology* (M.D. Cohen, **J.T. Zelikoff**, R.B. Schlesinger, Eds.), Klewar Publ., MA. pp. 337-353.

18.     **Zelikoff, J.T**., E. Carlson, E., Y. Li, A. Raymond, and J.R. Beaman. 2002. Immune system biomarkers in fish for predicting the effects of environmental pollution. In: *Proceedings of the Fourth Princess Chulabhorn International Science Congress*.

*Chemicals in the 21st Century/Chemicals for Sustainable Development.* (Chulabhorn Research Institute, Ed.), Trinity Publishing Co., Ltd., Bangkok, THAILAND, pp. 34-56.

**19.**      Duffy, J., and J.T. **Zelikoff.** 2005. Approaches and models for the assessment of chemical-induced immunotoxicity in fish. In: *Investigative Immunotoxicology.* (H. Tryphonas, M. Fournier, B.R. Blakley, J.E. Smits, P. Brousseau, Eds.),Taylor and Francis, NY. pp. 49-63.

**20.  Zelikoff, J.T.**  2005. Trace metals and the immune system. In: *Encyclopedic Reference of Immunotoxicology.* (H.W. Vorh). Springer-Verlag, Germany  pp. 340-345.

**21.**      Carlson, E. and **J.T. Zelikoff.** 2008. Fish immunology.  In: *Toxicology of Fishes* (D. Hinton and R. Di Giulio, Eds.), CRC Press. pp. 340-352.

**22.**      Ramanathan VM., Agrawal M., Akimoto H., Aufhammer S., (and 34 others), Zelikoff JT. UNEP: Atmospheric Brown Cloud: A Regional Assessment Report with Focus on Asia. Published in Bangkok by United Nations Environmental Program (2008).

**23**.      Ng, SP., K. Yoshido, and **J.T. Zelikoff**. *2010.* Host resistance tumor challenge assays. In: *Techniques in Immunotoxicology (R. Dietert, Ed.) Informa Press.*

**24**.      **Zelikoff, J.T**. 2010. Other environmental health issues: Inhaled woodsmoke. In: *Encyclopedia of Environmental Health.* J. Nriagu (Ed.). Elsevier, UK. Pages 310-330.

**25.**      Mudipalli, A. and **Zelikoff, J.T.** (Eds). Essential and non-essential metals: carcinogenesis, prevention and therapeutics. Springer, UK. 2018.

**26.**      Ng, S.P**., Zelikoff J.T.** Tumor challenges in immunotoxicity testing. Vol. 599. Humana Press, Springer Science.  Immunotoxicity Testing: Methods and Protocols, Methods in Molecular Biology. (2018)

**27.**      **Zelikoff, J.T.**, and M.D. Cohen. Pulmonary Immunology. In: *Comprehensive Toxicology.* (C. McQueen, Ed.). Elsevier, UK. 2018.


## INVITED NATIONAL AND INTERNATIONAL LECTURES/PRESENTATIONS (Present – 2000, *in descending order*):

**August 2018: International Society of Exposure Science (ISES); International Society for Environmental Exposure (ISEE).** *Contamination of the Ramapough Nation: A toxic legacy.* **Environmental contamination and Indigenous populations symposia.** Ontario, Canada.

**February 2018: Louisiana State University.** Electronic cigarettes and pregnancy: Lessons learned from mice. Baton Rouge, LA

**January 2018: Mt. Holyoke College.** What's safer for the unborn child: electronic cigarettes or air pollution? MA.

**December 2017: Texas A & M.** Prenatal exposure to ambient particulate matter impacts cardiovascular development. TX.

**December 2017: International Conference on Environmental Impacts.** Air pollution and pregnancy. Deradun, India

**November 2017: International Conference on "Impact of Environment on Women's Health**: **Amity University Uttar Pradesh**. Maternal exposure to particulate air pollution during pregnancy and Impacts on fetal health: What are we learning from animal studies? Lucknow, India.

**November 2017**: **American Public Health Assoc. (APHA) Annual Meeting**. Identifying Environmental concerns, environmental exposures and health concerns in the Ramapough Lenape Tribe. Atlanta, GA.

**October 2017: International Society of Exposure Science.** A community in toxic crisis: Ramapough Native Americans. Durham, NC.

**April 2017: Queensborough College.** Neurocognitive effects of E-cigarettes. Queens, NY.

**July 2016: NIOSH seminar.** Reproductive implications of Nanomaterials. WV

**July 2016: EPA seminar.** Ambient particulate matter and cardiotoxicity. Chapel Hill, NC.

**June 2016: Workshop on Nanomaterials and the fetal-placental unit.** Prenatal Nephrotoxicity and Maternal Nanomaterial Inhalation. Boston, MA.

**May 2016:  NIH Tobacco Research.** Toxicological assessment of smokeless tobacco products: A systematic ranking system. Bethesda, MD

**April 2016: AHA, ATrac Meeting.** Toxicity ranking of alternative tobacco products. Louisville, KY.

**March 2016: Society of Toxicology: Course in Medical Education.** Effects of fracking on reproductive and developmental health. New Orleans, LA

**March 2016: Society of Toxicology: Symposia on Fracking and Health.** Effects of fracking on reproductive and developmental health. New Orleans, LA

**February 2016: American Association for Advancement of Science: Symposia on Alternative Tobacco Products and Health.** Early life exposure to alternative tobacco products as a major risk factor of later life chronic disease. Washington, DC

**October 2015: 7th International Symposia on Nanotechnology and Occupational and Environmental Health.** Reproductive and developmental toxicity of gold nanoparticles in a mouse model of pulmonary exposure. Limpopo Province, South Africa.

**May 2015: Amer. Assoc. Immunol.** Maternal inhalation of ambient particulate matter causes alterations in immune profiles and anti-tumor mechanisms in juvenile murine offspring. New Orleans, LA.

**April 2015: Wayne State University,** *CURES Seminar Series at Wayne State University's Institute of Environmental Health Sciences.* Maternal exposure to particulate air pollution during pregnancy impacts fetal development and neonatal growth in a mouse model.

**March 2015**: **Society of Toxicology**. Symposia on: New and Emerging Tobacco Products—Biomarkers of Exposure and Injury (Chair). Reproductive/Developmental effects of exposure to new and emerging tobacco products and to nicotine delivery devices in a mouse model. San Diego, CA.

**Dec. 2014: University of Illinois –** Maternal exposure to ambient particulate matter during particular gestational windows produce developmental and reproductive consequences in a mouse model. Urbane, IL.

**July 2014: Oregon State University –** Early life nanoparticle exposure brings early and later life health consequences.  Corvallis, OR.

**March 2014: Society of Toxicology –** Tobacco products and prenatal exposures. Phoenix, Arizona.

**February 2014:** *West African Society of Toxicology* – Air pollution in developing nations. Lagos, Nigeria.

**January 2014:** *Ernst Strungmann (ES) Forum, (Rapporteur)- Heavy metals and infectious disease.* Frankfurt Germany.

**November 2013: American Chemical Council.** Risk Assessment and Communication, Working Group. Washington, DC.

**October 2013: First International Conference on Waterpipe Tobacco Research.** Working Discussion Group Leader: Abu Dhabi.

**October 2013:** *NIH-sponsored Workshop in South Asian Diversity Populations and Health Effects.* Sloan Kettering Cancer Center. Working Group member on smokeless tobacco. NY, NY.

**June 2013**: *FDA, Center for Tobacco Control*. Public health impacts of fetal exposures to tobacco & environmental toxicants: From early life to adult disease and policy needs. MD

**March 2013**: *Society of Toxicology, Committee on Diversity Initiatives* – Exposure to smoked and smokeless tobacco *in utero*: Fetal injury and life long consequences. San Antonio, TX

**February 2013**: *Nigeria University* – Smokeless tobacco: A global look at the problem, Port Harcourt, NIGERIA

**February 2013**: *FDA: Center for Medical Devices* – Fetal basis of adult disease: early life exposure to environmental and occupational toxicants. Silver Spring, MD.

<u>October 2012</u>: *Memorial Sloan Kettering* – Arsenic contamination in Bangledesh. New York, NY

<u>May 2012</u>: *Memorial Sloan Kettering* – Toxicology of Smokeless tobacco. NY, NY.

**April 2012**: *University of Connecticut* – Tobacco products *in utero* are associated with later life disease outcomes. Storrs, CT.

**March 2012**: *Biomass Symposium* – Toxicological implications for domestic burning. Feb. 2012: **NYU Medical Center, Dept. of Psychiatry** - Chemical stressors *in utero* and later life disease outcomes. New York, NY.

**Jan 2012**: *British American Tobacco* – *In vitro* translational studies and the toxicology of smoking. Southampton, UK.

**Dec. 2011**: FDA – *The reproductive effects of cadmium nanoparticles*. Reston, VA.

**Dec. 2011**: NYU Dept. of Bioethics – Cigarette smoking & smokeless tobacco: Is there really a good choice? New York

**Oct. 2011**: NorCal SOT – **Fetal basis of adult disease – the role of maternal smoking**. Menlo Park, CA.

**Sept. 2011**: *European Aerosol Conference – Plenary Lecture*: The toxicology of biomass combustion emissions. Satellite Workshop on Biomass Combustion, Manchester, England.

**March 2011**: *NYU Ethics Forum* - Exposure to Cigarette Smoke *in Utero*: Fetal injury and Life Long Consequences**.** New York

**March 2011**: *NYU Medical Center, Dept. of Obstetrics and Gynecology Grand Rounds* – Early life insult by tobacco smoke and later life disease susceptibilities. March 15, 2011

**March 2011**: *Society of Toxicology, Committee for Diversity Interests* – Cigarette exposure *in utero*: You are what you breathe. Washington, DC. March, 2011.

**Nov. 2010**: *Texas A & M University* – Early life exposure to cigarette smoke suppresses anti-tumor immune defenses of the prenatally exposed offspring in a mouse model" College Station, TX.

**May 2010**: *Workshop on Emissions and Health Impacts of Biomass Fuels* – Health effects of woodsmoke: A toxicological model for mechanisms and policy needs. Penn State, State College, PA.

**March 2010**: *Environmental and Occupational Health Sciences Institute, Rutgers University* - Fetal exposure to cigarette smoke mediates anti-tumor immune mechanisms in adult murine offspring. New Brunswick, NJ. March, 2010.

**March 2010**: *Society of Toxicology, Committee for Diversity Interests* – Exposure to cigarette smoke in utero: Fetal injury and life-long consequences. Salt Lake City, UT.

**Nov. 2009**: *United Nations Environmental Programme* – Toxicological assessment of the atmospheric brown cloud. Incheon, Korea.

**Sept. 2009**: *7th Congress of Toxicology in Developing Countries* – Fetal insult and later onset diseases. Sun City, South Africa.

**August 2009**: *Japanese Society of Immunotoxicology* – Prenatal exposure to cigarette smoke increases tumor susceptibility of juvenile mice via changes in anti-tumor immune mechanisms. Asahikawa, Japan.

**May 2009**: *Asia-Pacific Forum on Andrology*, Hormonal changes accompanying cigarette smoke induced preterm births in a mouse model. Nanjing China.

**Dec. 2008**: *St. Johns University* – Mechanistic insights into offspring cancer risk associated with maternal smoking. Queens, NY.

**August 2008**: *U.S. EPA, National Center for Environmental Assessment* - Gender-related effects on offspring tumor risk and response to prenatal cigarette smoke exposure may be related to testosterone: a toxicological model. Washington, DC.

**June 2008**: *Institute for Science and Health (IFSH)* – Early exposure to cigarette smoke may serve as an indicator of chronic diseases in the offspring later in life. Cardiff, Wales.

**March 2008**: *Society of Toxicology* –Prenatal exposure to tobacco smoke induces asthma-related responses  in non-sensitized female offspring later in life. Seattle, Washington.

**March 2008**: *Society of Toxicology* – Prenatal exposure to cigarette smoke: Are our children paying the price? Seattle, Washington. March 2008.

**August 2007**: *United Nations Environmental Program (UNEP)* – Toxicology of the Atmospheric Brown Cloud (ABC). Seoul, Korea.

**March 2007**: *University of Louisville (KY)* – Increased cancer risk: A possible birth defect associated with maternal smoking. Louisville, KY.

**March 2007**: *Institute for Science and Health (IFSH)* – Prenatal cigarette smoke exposure and offspring asthma. Louisville, KY.

**Feb. 2007**: *International Conference on Environment: Survival and Sustainability* - Sustaining a healthy fetal environment: A little told threat of increased cancer and asthma risk for the juvenile offspring exposed prenatally to cigarette Smoke. Near East University, Nicosia-Northern Cyprus.

**Feb. 2007**: *International Conference on Environment: Survival and Sustainability* - Contamination of aquatic environments with polychlorinated biphenyls (PCBs) or benzo(a)pyrene (B[a]P) can adversely impact the immune health and sustainability of inhabiting Fish.  Near East University, Nicosia-Northern Cyprus.

**Dec. 2006**: *Philip Morris External Review Symposia* – Effects of prenatal exposure to cigarette smoke on tumor development and immune surveillance mechanisms in the developing offspring: A toxicological model. Landsdowne, VA. Dec. 2006.

**May 2006**: *MidAtlantic Chapter of Society of Toxicology (MASOT)* – Increased cancer risk in the offspring: A birth defect associated with maternal smoking. Scotch Plains, NJ.

**April 2006**: *University of Guelph* – Maternal smoking and cancer: Are the unborn children paying the price? Kempville, Ontario Canada.

**March 2006**: *Institute for Science and Health* – Prenatal exposure to mainstream cigarette smoke alters susceptibility of the offspring to asthma. Vienna, Austria.

**March 2006**: *Society of Toxicology* – Maternal smoking and cancer: Are the unborn children paying the price? San Diego, CA.

**October 2005**: *Chulabhorn Research Institute* – *Immunotoxicology: A new focus for Thai science.* Scientific Research Institute of Thailand. Bangkok, Thailand.

**May 2005**: *American Thorasic Society* - Immunotoxicological mechanisms of prenatally-exposed respiratory contaminants. Symposia on "Impact of prenatal and early infancy environmental exposures on neonatal and infant health". San Diego, CA..

**May 2005:** *California Society of Environmental Toxicology and Chemistry –* Mechanisms of Fish Immunotoxicity. Berkley, CA.

**April 2005:** *Life Science Research Organization (LSRO) –* Prenatal exposure to cigarette smoke increases tumor susceptibility in the offspring: A toxicological model. St. Louis, MO.

**March 2005 -** *Society of Toxicology –* Immunotoxicity of prenatal mainstream cigarette smoke exposure. Symposia on "Mechanisms Linking the Lung and Immune System". New Orleans, LA.

**Feb. 2005:** *Institute for Science and Health (IFSH) –* Effects of in utero cigarette smoke exposure on asthma development in the offspring. Washington, DC.

**Feb. 2005:** *Canadian Lung Association –* Health Effects of Woodburning. New Brunswick, Canada.

**Nov. 2004:** *Environmental Mercury Research Forum.* Metal toxicity in aquatic organisms. Energy & Environmental Research Center (U. of North Dakota). Grand Forks, ND.

**Oct. 2004:** *VIIth Annual Conference of Soil, Sediments and Water.* Immunological Alterations as Bioindicators of Environmental Health. Amherst, MA.

**Sept. 2004:** *Slovenian Society of Toxicology –* Immunological biomarkers. Lublijana, Slovenia.

**March 2004:** *Society of Toxicology –* Inhalation of concentrated ambient particulate matter and associated metals increases host susceptibility to pulmonary pneumonia. Baltimore, MD.

**Jan. 2004:** *University of Arizona –* Toxicological impact of inhaled wood smoke on pulmonary antimicrobial defense. Tucson, AZ.

**Jan. 2004:** *College of Staten Island –* Toxic insult and human health effects: Lessons learned from an aquatic species. Staten Island, NY.

**Dec. 2003: Sixth National Environmental Public Health Conference  (Center for Disease Control)** Woodsmoke: A closer look at public health concerns and mechanisms of toxicity. Atlanta, GA.

**Nov. 2003:** *Society of Environmental Toxicology and Chemistry -* Immunotoxicology and Risk Assessment. Austin, TX.

**Oct. 2003:** *Chulabhorn Research Institute –* Immunotoxicology Course Series (10d). Bangkok, Thailand.

**June 2003:** *International Symposium on Pharmaceutical Sciences -* Health Effects of Inhaled Particulates. University of Pharmaceutical Sciences. Ankara, Turkey.

**June 2003: United States Army Center for Environmental Health Research -** Immune Assays for Hazard Assessment and Species Extrapolation. Fort Detrick, MD.

**May 2003 -** *Pollutant Responses of Marine Organisms (PRIMO) -* Immunotoxicology in Fish. Tampa, FL.

**March 2003:** *Society of Toxicology* - Woodsmoke: Cozy Atmosphere or Public Menace? Salt Lake City, UT.

**Nov. 2002:** *Society of Toxicology and Chemistry -* Immune Biomarkers for Use in Ecological Risk Assessment.  Salt Lake City, UT.

**Oct. 2002:** *Padova University -* Lessons Learned About Human Health From Aquatic Species. Padova, Italy.

**Oct. 2002 -** *Slovenia Society of Toxicology -* Biomarkers for Ecotoxicology.  Ljubljana, Slovinia.

**Sept. 2002:** *University of Florida -* Effects and Mechanisms of Benzo(a)pyrene-induced Immunosuppression in Fish. Gainsville, FL.

**June 2002**: *Yale University, Dept. of Occupational and Environmental Medicine* - Lessons on Human Health and Toxic Impact Learned from our Aquatic Counterparts.

**Sept. 2001**: *Third International Meeting on Molecular Mechanisms of Metal Toxicity and Carcinogenicity* - Immunodysfunction: An underlying Mechanism of Metal Toxicity in Aquatic Organisms. Sardinia, Italy.

**July 2001**: *Pollutant Responses in Marine Organisms* - Immunotoxicology in fish - Applications and Mechanisms of Response. Plymouth, England.

**Oct. 2000**: *Conference on Women in Science* - Aging: Good or Bad News for the Immune Response. Rutgers University. New Brunswick, NJ.

**Oct. 2000**: *International Conference on Environmental and Occupational Lung Disease* - Woodsmoke Impairs Host Resistance Against Pulmonary Infections in an Animal Model. Lucknow, India.

**May 2000**: *EPA-Duluth* - Fish Immune Status: A Sensitive System for Assessing Toxicological Impact of Aquatic Environments. Duluth, MN.

**May 2000**: *University of Minnesota-Duluth* - Processes and Mechanisms of Woodsmoke-induced Immunosuppression. Duluth, MN.

**March 2000**: International Symposia on Medaka - Japanese Medaka: A Sensitive Teleost Model for Assessing the Immunotoxic Effects of Potential Endocrine-Disrupting Chemicals. Osako, Japan.

**Nov. 2000**: *The Fourth Princess Chulabhorn Science Congress*- Immune System Biomarkers for Predicting the Effects of Environmental Pollution. Bangkok, Thailand.

**EDITOR/EDITORIAL BOARD APPOINTMENTS**
**Editor and Co-Editor:**

Metal Toxicology, Co-Editor  (Springer Publ.) – (2016)
Pulmonary Immunotoxicology (Klewar Publ.) - (2000)
Immunotoxicology of Occupational and Environmental Metals. (Taylor and Francis) - (1998)
Ecotoxicology: Responses, Biomarkers and Risk Assessment. (SOS Publications) - (1997)
Modulators of Immune Responses: A Phylogenetic Approach  - Vol. 2 (SOS Publications)-(1996)
Modulators of Immune Responses  - Vol. 1 (SOS Publications) - (1994)
Toxicology and Ecotoxicology News (Taylor & Francis) - (1995-1998)
Book series on: Ecotoxicology (John Wiley & Sons) - (1995-1997)

**Associate Editor-**

*Open Journal of Immunology (2015-2018)*
*Journal of Developmental Origins of Health & Disease (2012-2013; Themed Editor)*
*Journal of Toxicology and Applied Pharmacology* – (2005-2014)
*Journal of Toxicology and Environmental Health* - Part A - (2001 - Present)
*Biomarkers: Exposure, Effects and Susceptibility* - (1995 – 2007)

**Editorial Advisory Board-**
*Envronmental Health Perspectives (2017-2020)*
*Open Journal of Toxicology (2015-present)*
*Inhalation Toxicology (2015-present)*
*Open Journal on Immunology* (2009-present)
*Journal of Immunotoxicology*  (2004 - 2016)

*Toxicol. Sci.* (2007-2016)
*Toxicology* (1997- 2016)
Environmental Health Perspectives (2009 – 2013; named a top reviewer for 2011)
*Environmental Bioindicators (2005- 2011)*
*Inhalation Toxicology* (2004 – 2008; 2013-2016)
*Fish and Shellfish Immunology* (1997 - 2008)
    *Toxicology Applied Pharmacology* (1996 - 2005)
    *Diseases of Aquatic Organisms* (1995 - 2006)
    *Aquatic Toxicology* (1998 - 2006)
    *Journal of Toxicology and Environmental Health* (1996 - 2001)
    *Fish Immunology Technical Communications- Vols. 2-5* (1994 - 1997)

**CHAIRED SESSIONS/MEETING ORGANIZER (1997 – present, descending order)**
<u>Outside University</u>
o    Organizer/Instructor of International Student & Faculty Workshop on "Fish Immunology" (Tasmania, Australia; February 1997)
o    Organizer/Instructor of Student & Faculty Mini-workshop on "Fish Immunology" (Christ Church, New Zealand; February 1997)
o    Chairperson at International Meeting on "Developmental and Comparative Immunology" (Williamsburg VA; July 1997)
o    Organizer of Student & Faculty International Workshop on "Fish Immunotoxicology Techniques" (American College, Madurai India; February 1999).
o    Organizer of Continuing Education Course on "Exposure Assessment: Methods and Applications" at Aquatic Toxicity Workshop Meeting (Edmonton, Canada; October 1999).
o    Chairperson of Symposium on "Profiling Immunotoxicology" at Aquatic Toxicity Workshop Meeting (Edmonton, Canada; October 1999).
o    International Conference on Environmental and Occupational Lung Disease (Lucknow, India; October, 2000)
o    Symposium Coordinator/Chairperson at Society of Toxicology (1993, 1994, 1996-1999; 2005-2009)
o    Continuing Education Coordinator/Chairperson at Society of Toxicology (1994, 1995, 2000, 2001)
o    Slovenian Society of Toxicology (Nova Gorcia, Slovenia; September 2004, 2005)
o    Aerosol Dynamics and Health: Strategies to Reduce Exposure & Harm. (Chairperson, Public Health Issues Involving Environmental & Tobacco Aerosols; Cardiff, Wales 2008)
o    SOT - Co-Chair, Symposia and Continuing Education Course, 2009, 2010, 2011, 2015, 2016, 2018, 2019
o    ISEE/ISES – co-Chair, Symposia on Environmental Contamination and Indigenous populations. (Ontario, Canada, 2018)

**<u>FEDERAL & STATE ADVISORY BOARDS/PANELS/REGULATORY AGENCIES (Contributions to Regulatory Guidelines)</u>**

**2018-2019: New York City Housing Authority, Advisory Board member for "Healthy Homes".**

**2017-2018: National Academy of Science, Engineering, Medicine –**
    **-Board on Earth Sciences & Resources; Board on Environmental Studies & Toxicology; Board on Health Sciences Policy:** Potential Human Health Effects of Surface Coal Mining Operations in Central Appalachia. 2017-2019.

**2015: European Respiratory Society and Environment and Health Committee for American Thoracic Society**. Position paper participant on "What constitutes an adverse health of air pollution?" Brussels, BE, March 2015.

**2013: American Chemistry Council's Center for Advancing Risk Assessment Science and Policy (ARASP) Workshop** - Informing Risk Assessment: Understanding and Communicating Uncertainty in Hazard Assessment. (2013)

**2011: Department of Defense**
    **-** Gulf War Illness Peer Review Panel (2011)

**2013: FDA, Tobacco Control Division, Advisory Consultant (**2013)

**2013-2006: NASA**
    **-** Lunar Dust Exposure Standard Review Panel (2013)
    -Lunar Science Institute, Moon Science Grant Review Panel (2008)
    - Lunar Dust Non-Advocate Review Panel (Chair, 2006-2008)

**2002-2012: National Academy of Science**
    - National Research Council (NRC): Committee on Low Level Lead in Ammunition (2011 – 2012)
    - National Research Council (NRC): Peer Review of NRC Report on Acute Exposure Guideline
    Levels (2010)
    - Institute of Medicine (IOM): Peer Review of IOM Report on Depleted Uranium final document
    (2008)
- National Research Council (NRC) - Committee on Toxicology/Subcommittee on Spacecraft Water
  Exposure Guidelines (2001 - 2008)
    - Institute of Medicine (IOM): Committee on Gulf War and Health - Part 3 (2002 – 2004)
    - Institute of Medicine (IOM):  Reviewer for Agent Orange final document (2003)

**2012-2010: National Toxicology Program, Science Advisory Board (2010-2012)**

**1996-2017: National Institute of Health (NIH) & National Institute of Environmental Health Science (NIEHS)**

*NIEHS, Member reviewer for Core Centers (2018)*

*-NIEHS, Study Section member (2015-2017)*

-NIEHS KO1, K99, R23 reviewer (2014, 2015)
-NIEHS K01, K99 Awards member (2013)
**-**NIEHS Immunotoxicology Center Program (2012, 2013)
-NIEHS Oceans Centers (2012)
**-**    NIEHS Just-in-time Grants (**Chair,** 2012)
**-**    NIH College of Scientific Reviewers  (2010 – 2013)
**-**    NIH Integrative  & Comparative Endocrinology (2011)

- NIEHS Time Sensitive Grant (**Chair;** 2010)
-NIEHS P30 (NIEHS Centers of Excellence), (2008, 2009)
- NIEHS Challenge Grants, (2009)
- NIEHS K01 grant applications, (2008)
- NIH Innate Immunity and Inflammation (III) Study Section Full Member, (2005 – 2007)
- NIEHS Program Project grants, *(2006)*
- NIEHS ALTX – 4 (Alcohol and Toxicology) Study Section Full Member, (1996 – 2000)

**2005: National Institute of Environmental Health Sciences (NIEHS) & U.S.EPA & NASA**
- Expert Panel on "Global Earth Observations: Application to Air Quality and Human Health" (2005)

**2005: National Institute of Allergy & Infectious Disease (NIAID) & Department of Defense (DOD)**
    - Expert Panel Workshop on Pulmonary Threat Agents (2005)

**2013-210: New Jersey Department of Environmental Protection**
- Human health Committee (2010 – 2013)
- Soil Standards Sub-committee (2010 – 2011)
- Aerosol Sub-committee (2011 – 2012)


**2011-2011: United Nations Environmental Program (UNEP) Steering Committee** (2006 – 2011)
- Atmospheric Brown Cloud Human Health Panel

**2004-2005: U.S. EPA Science Advisory Board & Review Panel**
- Metals Risk Assessment Framework Review Panel, (**Co-Chair** of Human Health Breakout Group, 2004 – 2005)
-                Nanoparticle Review Panel (2005)

**APPOINTMENTS/ELECTED OFFICES**
<u>**Society of Toxicology (SOT)**</u>

*Nominating Committee (2018-2020)*
*Committee for Diversity Initiatives* (2014-2015, member; 2015-2016, Co-chair; 2015-2016; Chair, 2016--2017)
*Board of Councilors* (2011 – 2014**; Secretary-elect**, 2011-2012; **Secretary**, 2012-2014)
Nominating Committee (2007 - 2009)
Congressional Representative (2004 – 2005)
Education Committee (2002 – 2005; **Chair**, 2004 – 2005)
        Education Sub-Committee for Minority Initiatives (2001 - 2004; **Chair**, 2003-2004)
        Continuing Education Committee (1998 - 2001; **Chair,** 1999 - 2000)
        Program Committee (1995-1998)

<u>**Inhalation & Respiratory Specialty Section**</u>
        Councilor (2017-2019)

<u>**Ethical and Legal Specialty Section**</u>

President (2017-2018)
VP-elect (2016)

**Immunotoxicology Specialty Section**
President (1999-2000)
Vice-President (1998-1999)
Secretary/Treasurer (1995-1997)
Program Committee (1993-1999)
Awards Committee (1993, 1998, 2000)
Education Committee (Chair, 1992-1996; 2004-2009)
Nominating Committee (1998 - 2001, Chair, 1999-2000)
Councilor (2000-2001)

**Metals Specialty Section**
President (2003-2004)
Vice President (2002-2003)
Awards Committee (**Chair,** 2001 - 2004)
Program Committee (**Chair**, 2001 - 2004)
Nominating Committee (2001 – 2004, **Chair**, 2001-2003)

**MidAtlantic (Chapter) Society of Toxicology (MASOT)**
Nominating Committee (2009 [**Chair**], 2010, 2011)
Past president, Councilor (2009-2010)
President (2008-2009)
Vice President (2007-2008)
Vice President-elect (2006-2007)
Councilor (2001 - 2004)
Program Committee (2000 – Present; Chair 2006-2007)

**NYU Langone School of Medicine**
**Faculty Council Representative** (2010-2019; Vice President 2011-2012, 2014-2015);
Benefits and Tenure Sub-committee (2015-2016)
Academic Affairs Sub-committee (Chair, 2012-Present)
Basic Science Sub-committee (co-Chair, 2017-2019)
**IACUC Review Board (2009-2011; 2017-2019)**
**Grievance Committee (2017-2020)**
**NYU Senate (alternate; 2018-2021)**

**Department of Environmental Medicine**
Promotion & Tenure Committee (2008-2014; **Chair**, 2010-2012)
Search Committee (2010-2013)
Biological Safety Committee- (**Chair**, 1990-1999)
Graduate Steering Committee (1999- 2014; Interim **Co-chair** 2001-2002)
Toxicology Masters' Program (Director, 2002 – 2008; **Co-director**, 2008-2011)

**GRANT REVIEWER *Ad hoc* (Federal [Non-NIH]/State/Private):**
*Federal*
Scandanavian Research Program (2013, 2016)
NASA, Moon dust program (2008)
Canadian Centers for Research (2000 – 2004)
DOD  (*Ad hoc,* 1999 - present)

EPA (*Ad hoc,* 2002 - present)
Natural Sciences and Engineering Research Council of Canada (*Ad hoc,* 2002 – present)

*State/Private*
Center for Indoor Air Research
Environmental and Occupational Science Health Inst. (Rutgers U.)
IFS Research Grants for Developing Nations
Johns Hopkins Pilot Projects
Michigan Sea Grant
New Jersey Sea Grant
New York Sea Grant
Philip Morris Foundation

**ADJUNCT APPOINTMENTS, CONSULTING, ADVISORY BOARDS**
o      **Weill Cornell Medical School** (NY, NY) – External Advisory Board for NIH Diversity Grant (2013-2015)
o      **Chulabhorn Research Institute & University** (Bangkok, Thailand) **-** Adjunct Professor (2003-present)
o      **Cornell University, Inst. for Comparative and Environmental Toxicology** (Ithaca, NY) - Adjunct Professor (1996-2005)
o      **American Lung Association** - Criteria Document on Woodsmoke (2001)
o      **Fish and Wildlife Services** - Status of the Hudson River (2000)
o      **International Life Sciences Institute** - Research strategy on age-related differences in susceptibility (1998)
o      **Stratus Consulting Inc. -** Assessment of PCB-contaminated sites (1997 - 2000)
**U.S. EPA** - Criteria document on the immunotoxicity of endocrine disruptors (1997)

**MENTORING ON A GLOBAL LEVEL** (6)
•      Juliet Igbo (Doctoral student co-mentor – U. of Lagos, Nigeria – 2015-2019)
•      Anishka Lewis (Masters student- Jamaica – 2014)
•      LeighAnn Koekemoer (Masters student – South Africa-2014)
•      Dr. Orish Orisakwe – University of Port Harcourt, Nigeria – 2013-present)
•      Dr. Hari Jott Dosih (Nepal Health Research Council – Kathmandu, Nepal- 2014-present)
•      Dr. Chanthana Tangjarukij (Chulabhorn Research Institute – Bangkok, Thailand-2012-present)

**STUDENT & JUNIOR FACULTY MENTORING**
**Research Advisor:**
*College and High School* (15)
•      Aaron Asiedu-Wiafe (2017-2018; Monroe-Woodbury High School, Monroe, NY)
•      Aastha Parikh (2016-2017; Monroe-Woodbury High School, Monroe, NY)
•      Daniel Smith (2013-2014; Fairlawn High School, Fairlawn, NJ)
•      Alejandro Jorge (2012; Ramapo College, NJ)
•      Eric Bloom (2011-2012; Highland Mills High School [Highland Mills, NY])
•      Sujay Avencar (2009-2011; Suffern High School [Suffern, NY])
•      Sam Openheim (2009-2011; Suffern High School [Suffern, NY])
•      Monica Feldman (2007-2009; Spring Valley High School [Spring Valley, NY])

- George Markt (2005-2009; Ramapo High School [Ramapo, NY])
- Payal Roy (2006 – 2007; New York University [NY, NY])
- Rebecca Kurtzman (2005 – 2007; Spring Valley High School [Spring Valley, NY])
- Erica Stone (2006, Ramapo College [Mahwah, NJ])
- Elizabeth Nadziejko (2000; Washingtonville High School [Washingtonville, NY[)
- Kevin Hazard (1999 – 2000; Spring Valley High School [Spring Valley, NY])
- Songeeta Pachachuria (1997-2000; Spring Valley High School, [Spring Valley, NY])
-

**Post-Baccalaureate (2)**
- *Parnavi Desai* (2015-present; NYU, Biology)
- *Tomas Dunne* (2014-2015; Penn State)

**_Masters_ (30)**
- Arianna Schwartzer (2017-2019; NYU Environ. Health Sci)
- Kathryn Fetce (2016-2018; NYU Environmental Health Sciences)
- Nicholas Lawrence (2016-2018; NYU Environmental Health Sciences)
- Alexander Lucca (2017-2018; NYU Biology)
- Annie J.Thaikkatil (2016-2017; NYU Biology)
- Leena Babiker (2017-2018; NYU Biology)
- Patricia Costa (2014-2016; NYU Environ. Health Sci
- Maria Putilina (2013-2014-NYU, Biology)
- Kirtan Kaur (2013-2015)
- Sarah Attreed (2013-2015)
- Sabina Sutjec (2013-2014-NYU, Biology)
- Kaitlyn Koenig (2012-2014)
- Heather Larkin (2012-2013-NYU, Biology))
- Dana Lauterstein (2011-2013) – 2 SOT student awards (2013)
- Yi-Chuh Chen (2010-2011 Incomplete-NYU Biology)
- Ya-Chien Yu (2010-2011-IncompleteNYU Biology)
- Yuan-Chun Hsiao (2010-2011-Incomplete NYU Biology)
- Lauren Rosenblum (2009-2011-NYU Biology)
- Sandra Perella (2008-2010)
- Kotaro Hoshido (2007-2009-NYU Biology)
- Jacqueline Grabowski (2006-2008)
- Elizabeth Vanza (2004 – 2006) – *SOT student award (2006)*
- Elizabeth Berg (2003 - 2005)
- Shannon Doherty (2002 - 2005)
- Colette Prophete (1998 - 2001)
- Jessica Duffy (1999 - 2001)
- Migali Jorge (1998 - 2000)
- Cheryl Premdass (1998 - 2000)
- Andrea Raymond (1997 - 2000) – *1 SOT award*
- Thomas McManus (1994 – 1996, Co-advisor)

### *Doctorate* (9)
- Pamela Tijerna (2013-present) – *SOT CDI award (2014); SOT (1st place Hispanic Organization of Toxicology, 2015); SOT(Mary Amdur Inhalation Fellowship, 2015)*
- Dana Lauterstein (2013-present)- SOT (Safety Assessment Specialty Section, 2015)
- Juliett Igbo (2015-2016), Co-Advisor (U. of Lagos, Nigeria)
- Sheung Pui Ng (2004 - 2010) – *9 SOT student awards including Novartis Achievement Award (2008-2010)*
- Jessica Duffy (2001 – 2007) – *2 SOT awards (2004); 3 SETAC awards (2004, 2005, 2006)*
- Chanthana Settachan (Co-Advisor; 2003 – 2009; Chulabhorn Research Institute, Bangkok Thailand)
- Erik Carlson (1999- 2003) – *1 SOT award (2000)*
- Ninah Enane (Co-Advisor, 1995 - 1999)
- Peter Atkins (Co-Advisor, 1992 - 1996)

### *Post-doctoral Trainees* (2) & Mentoring Committees
- Jason Blum (2009 – 2012) – *1 SOT post-doc award*
- Daniel Willis (2011 – 2013)- NSF/FDA post-doctoral fellowship (Zelikoff, PI)-2013

### *Junior Faculty Mentoring Committee* (2)
- Jason Blum (2012 – Present)
- Kevin Cromar (2012-Present)

### Doctoral Thesis Committee (12):
- Kirtan Kaur (2016-2018, Chair)
- Carolyn Klocke (2015-2017) – University of Rochester (External Examiner)
- Mary Francis (2015-2016) - Rutgers University (External Examiner)
- Eric Saunders (2012-2015)
- Joshua Vaughn (2012 – 2015)
- AJ Cuevas (2007 – 2012)
- Jessica Lyon (2007 - 2012)
- Judy Blatt Nichols (Chair, 2007 – 2011)
- Patricia Gillespie (2006 - 2010)
- Elizabeth Vanza (Chair, 2004 – 2009)
- Ann Zulkosky (2005 – 2007; SUNY Stony Brook)
- Samantha DeLeon (Chair, 1999 – 2003)

### COMMUNITY OUTREACH, EDUCATION & ENGAGEMENT INITIATIVES:
- *Director, Community Outreach & Education Program, NYU, Dept. of Environ. Med.* (2005- present)
- *Director, NIEHS Center of Excellence, Community Outreach & Engagement Program, NYU, Dept. of Env. Med. (2005 – present)*
- *Director, NIEHS Superfund Community Outreach and Education Core, NYU, Dept. of Environ. Med.* (2005- 2010)

- **Co-director**, NIEHS Superfund Translation Core, *NYU, Dept. of Environ. Med.* (2005- 2011)
  - **Community Partners:**
    - *Ironbound Community Corporation (ICC): Newark, NJ (2015-present)*
    - *Ramapough Lenape Tribal Nation: Ringwood, NJ/Mahwah, NJ/Hillburn, NY (2013-present)*
    - *City of Garfield, NJ (2012-present)*
    - *Susquehanna, PA: Fracking communities (2015-2016)*
    - Flint, Michigan via Water Defense

**<u>Translation/Communication of toxicology to non-toxicologists & underserved minorities</u>**

- Community groups in PA and NY: Environmental and Health Implications of Hydraulic Fracturing (2013-2014).
- Ramapo Indians: Living on a Superfund Site (2014-present)
- NY Presbyterian Lang Program for Underserved Youth (2010 - Present)
- *Harlem Children Society Mentoring Program - Bronx, NY* (2010-Present)
- Y-2 Kids (NY State 4th – 12th grade, Career day representative, 2008 - Present)
- *Center for Talented Youth, New York University Department of Environmental Medicine & Johns Hopkins Center for Talented Youth (2005 – Present)*
- *Environmental Commission of Ramsey (2001 – 2007; Vice-Chair; 2004-2006)* - Ramsey, New Jersey. Woodburning: A Cozy Atmosphere or a Public Menace? (2003)
- *Senior Citizen Advisory Board of Ramsey* (2003 - 2005)
- *Ramsey High School (Presenter on toxicology and the environment 2005-2006)*
- *Youth Guidance Commission of Ramsey* (1999 - 2001)
- *Rotary Club*, Goshen, New York. Woodburning: A Cozy Atmosphere or a Public Menace? (2003)
- *Upper Saddle River Community Center*, Upper Saddle River, New Jersey. The Hazards of Woodburning (1997)

**<u>Non-Academic Related Outreach Committees:</u>**

- 2011- 2014 – *Board of Ethics*, Community Hospice of Bergen County (NJ)
- 2009- 2014 – *Fundraising Committee*, Community Hospice of Bergen County (NJ)
- 2006-2013 – President, Condominium Association
- 2013-2016 – Vice-President, Condominium Association
- 2018 – South Bronx Asthma Coalition

# Exhibit B

## MATERIALS AND DATA CONSIDERED

### Literature

Abraham, J.L., and D.D. McEuen. "Inorganic Particulates Associated with Pulmonary Alveolar Proteinosis: SEM and X-Ray Microanalysis Results." *Appl. Pathol.* 4 (1986): 138-146.

Abubaker, Kalid, Rodney B. Luwor, et al. "Inhibition of the JAK2/STAT3 pathway in ovariancancer results in the loss of cancer stem cell-like characteristics and a reduced tumor burden." *BMC Cancer* No. 14 (2014): 317.

Abubaker, Kalid, Rodney B. Luwor, et al. "Targeted disruption of the JAK2/STAT3 pathwayin combination with systemic administration of paclitaxel inhibits the priming of ovarian cancer stem cells leading to a reduced tumor burden." *Frontiers in Oncology* No. 4(75) (2014).

Acheson, E D, M J Gardner, E C Pippard, and L P Grime. "Mortality of Two Groups of Women Who Manufactured Gas Masks from Chrysotile and Crocidolite Asbestos: A 40-Year Follow-Up." *British Journal of Industrial Medicine*, No. 39 (1982): 344–48.

Acencio, Milena M. P., Evaldo Marchi, Lisete R. Teixeira, Bruna Rocha Silva, Juliana Sanchez Silva, Carlos Sergio Rocha Silva, Vanessa Adelia Alvarenga, Leila Antonangelo, Francisco Suso Vargas, and Vera Luiza Capelozzi. "Talc Particles and Pleural Mesothelium Interface Modulate Apoptosis and Inflammation." *Pathology* 46, no. S2 (2014): S76.

Akhtar, Mohd Javed, Maqusood Ahamed, M.A. Majeed Khan, Salman A. Alrokayan, Iqbal Ahmad, and Sudhir Kumar. "Cytotoxicity and Apoptosis Induction by Nanoscale Talc Particles from Two Different Geographical Regions in Human Lung Epithelial Cells." *Environmental Toxicology* 29 (2014): 394–406. https://doi.org/10.1002/tox.21766.

Akhtar, Mohd Javed, Sudhir Kumar, et al. "The primary role of iron-mediated lipid peroxidation in the differential cytotoxicity caused by two varieties of talc nanoparticles on A549 cells and lipid peroxidation inhibitory effect exerted by ascorbic acid." *Toxicology in Vitro* No. 24 (2010): 1139–1147

Allaire, Guy S., Zachary D. Goodman, Kamal G. Ishak and Lionel Rabin. "Talc in Liver Tissue of Intravenous Drug Abusers with Chronic Hepatitis." *Am J Clin Pathol* 92 (1989): 583-588.

American Thoracic Society. "Health Effects of Tremolite." *Medical Section of the American Lung Association* (1991).

Arellano-Orden, Elena, Auxiliadora Romero-Falcon, Jose Martin Juan, Manuel Ocana Jurado, Francisco Rodriguez-Panadero, and Ana Montes-Worboys. "Small Particle-Size Talc Is Associated with Poor Outcome and Increased Inflammation in Thoracoscopic Pleurodesis." *Respiration* 86 (2013): 201–9. https://doi.org/10.1159/000342042.

"ATSDR - Toxicological Profile: Asbestos." Accessed August 16, 2018. https://www.atsdr.cdc.gov/toxprofiles/tp.asp?id=30&tid=4.

Aust, Ann, James C. Ball, Autumn A. Hu, JoAnn S. Lighty, Kevin R. Smith, et al. "Particle Characteristics Responsible for Effects on Human Lung Epithelial Cells." *HEI* 110 (December 2002).

Aust, Ann E., Philip M. Cook, and Ronald F. Dodson. "Morphological and Chemical Mechanisms of Elongated Mineral Particle Toxicities." *Journal of Toxicology and Environmental Health, Part B* 14, (2011): 40-75.

Baan, Robert, Kurt Straif, Yann Grosse, Béatrice Secretan, Fatiha El Ghissassi, and Vincent Cogliano. "Carcinogenicity of Carbon Black, Titanium Dioxide, and Talc." *The Lancet Oncology* 7, No. 4 (April 2006): 295–96.

Baandrup, Louise, Mette T. Faber, Jane Christensen, Allan Jensen, Klaus K. Andersen, Søren Friis, and Susanne K. Kjaer. "Nonsteroidal Anti-Inflammatory Drugs and Risk of Ovarian Cancer: Systematic Review and Meta-Analysis of Observational Studies." *Acta Obstet Gynecol Scand* 92, No. 3 (March 2013): 245–55.

Balkwill, Fran, and Alberto Mantovani. "Inflammation and Cancer: Back to Virchow?" *The Lancet* 357, No. 9255 (February 2001): 539–45.

Basuli, D., L. Tesfay, Z. Deng, B. Paul, Y. Yamamoto, G. Ning, W. Xian, F. McKeon, M. Lynch, C.P. Crum, et al. "Iron Addiction: A Novel Therapeutic Target in Ovarian Cancer." *Oncogene* 36, (2017): 4089-99.

Beck, Barbara D., Henry A. Feldman, Joseph D. Brain et al. "The Pulmonary Toxicity of Talc and Granite Dust as Estimated from an in Vivo Hamster Bioassay." *Toxicology and Applied Pharmacology*, 87 (1987): 222-234.

Begg, Melissa D., and Dana March. "Cause and Association: Missing the Forest for the Trees." *American Journal of Public Health* 108, No. 5 (May 2018): 620.

Belotte, Jimmy, Nicole M. Fletcher, Awoniyi O. Awonuga, Mitchell Alexis, Husam M. Abu-Soud, Ghassan M. Saed, Michael P. Diamond, and Mohammed G. Saed. "The Role of Oxidative Stress in the Development of Cisplatin Resistance in Epithelial Ovarian Cancer." *Reproductive Sciences* 21, no. 4 (2014): 503–8. https://doi.org/10.1177/1933719113503403.

Berge, Wera, Kenneth Mundt, Hung Luu, and Paolo Boffetta. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention*, 2017, 1.

Berry, G., M.L. Newhouse and J.C. Wagner. "Mortality from All Cancers of Asbestos Factory Workers in East London 1933-80." *Occup Environ Med* 57, No. 11 (November 1, 2000): 782–85.

Bertolotti, Marinella, Daniela Ferrante, Dario Mirabelli, Mario Botta, Marinella Nonnato, Annalisa Todesco, Benedetto Terracini, and Corrado Magnani. "[Mortality in the cohort of the asbestos cement workers in the Eternit plant in Casale Monferrato (Italy)]." *Epidemiologia E Prevenzione* 32, no. 4–5 (October 2008): 218–28.

Blejer, Hector P., and Robert Arlon. Talc: A Possible Occupational and Environmental Carcinogen." *Journal of Occupational Medicine* 15, No. 2 (February 1973): 92-97.

Blount, A M. "Amphibole Content of Cosmetic and Pharmaceutical Talcs." *Environmental Health Perspectives* 94 (August 1991): 225–30.

Bluemel, Piza, and Zischka-Konorsa, W. "Animal experimental investigations of tissue reactions to starch and talcum powder after intraperitoneal application." *Wiener klinische Wochenschrift* 74, no. 1 (January 1962).

Blumenkrantz, M. J., N. Gallagher, R. A. Bashore, and H. Tenckhoff. "Retrograde Menstruation in Women Undergoing Chronic Peritoneal Dialysis." *Obstetrics and Gynecology* 57, no. 5 (May 1981): 667–70.

Bogatu, Bettina, Bodo Contag, et al. "Adsorption of Lipoproteins onto Mineral Dust Surfaces: A Possible Factor in the Pathogenesis of Particle-induced Pulmonary Fibrosis?" *Z. Naturforsch* 60c, (2005): 792-798.

Boorman, G. A., and J. C. Seely. "The Lack of an Ovarian Effect of Lifetime Talc Exposure in F344/N Rats and B6C3F1 Mice." *Regulatory Toxicology and Pharmacology: RTP* 21,

no. 2 (April 1995): 242–43. https://doi.org/10.1006/rtph.1995.1035.

Booth, M, V Beral, and P Smith. "Risk Factors for Ovarian Cancer: A Case-Control Study." *British Journal of Cancer* 60, No. 4 (October 1989): 592–98. https://doi.org/10.1038/bjc.1989.320.

British Thoratic Association "A Survey of the Long-Term Effects of Talc and Kaolin Pleurodesis." *British Journal of Diseases of the Chest* 73 (1979): 285–88. https://doi.org/10.1016/0007-0971(79)90054-8.

Bunderson-Schelvan, Melisa, Jean C. Pfau, Robert Crouch, and Andrij Holian. "Nonpulmonary Outcomes of Asbestos Exposure." *Journal of Toxicology and Environmental Health, Part B* 14, No. 1–4 (May 2, 2011): 122–52.

Buz'Zard, Amber R., and Benjamin H. S. Lau. "Pycnogenol® Reduces Talc-Induced Neoplastic Transformation in Human Ovarian Cell Cultures." *Phytother. Res.* 21, No. 6 (June 2007): 579–86.

Camargo, M. Constanza, Leslie T. Stayner, Kurt Straif, Margarita Reina, Umaima Al-Alem, Paul A. Demers, and Philip J. Landrigan. "Occupational Exposure to Asbestos and Ovarian Cancer: A Meta-Analysis." *Environ Health Perspect* 119, No. 9 (September 2011): 1211–17.

Carr, C.J. "Talc: Consumer Uses and Health Perspectives" 21 (1995): 211–15.

Chan, J.K., Munro, E.G., Cheung, M.K., Husain, A., Teng, N.N., Berek, J.S., Osann, K. Association of lymphadenectomy and survival in stage I ovarian cancer patients. Obstet Gynecol.   2007.   Jan; 109(1):12-9.

Chan, J.K., Munro, E.G., Cheung, M.K., Husain, A., Teng, N.N., Berek, J.S., Osann, K. Association of lymphadenectomy and survival in stage I ovarian cancer patients.   Obstet Gynecol.   2007.   Jan; 109(1):12-9.

Chang, Che-Jui, Yu-Kang Tu, Pau-Chung Chen, and Hsiao-Yu Yang. "Occupational Exposure to Talc Increases the Risk of Lung Cancer: A Meta-Analysis of Occupational Cohort Studies." *Canadian Respiratory Journal* 2017 (2017): 1–12.

Chang, Stella, and Harvey A. Risch. "Perineal Talc Exposure and Risk of Ovarian Carcinoma." *Cancer* 79, No. 12 (June 15, 1997): 2396–2401.

Chen, L-M, et al. "Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum: Epidemiology and Risk Factors - UpToDate," 2018. https://www.uptodate.com/contents/epithelial-carcinoma-of-the-ovary-fallopian-tube-and -peritoneum-epidemiology-and-risk-factors?search=Epithelial%20carcinoma%20of%20t he%20ovary,%20fallopian%20tube,%20and%20peritoneum:%20Epidemiology%20and %20risk%20factors&source=search_result&selectedTitle=1~150&usage_type=default&d isplay_rank=1.

Chen, Yong, Pao-Chen Wu, Jing-He Lang, Wen-Jun Ge, Patricia Hartge and Louise A. Brinton. "Risk Factors for Epithelial Ovarian Cancer in Beijing, China." *International Journal of Epidemiology* 21, No. 1 (1992): 23-29.

Chow, M.T., Moller, A., Smyth, M.J.   Inflammation and immune surveillance in cancer. Seminars in Cancer Biology.   2012.   22:23-32.

Churg, Andrew and Martha L. Warnock. "Analysis of the Cores of Ferruginous (Asbestos) Bodies from the General Population." *Laboratory Investigation* 40, No. 5 (1979): 622-26.

Clin, B., F. Morlais, B. Dubois, A.-V. Guizard, N. Desoubeaux, M.-F. Marquign, C. Raffaellis, C. Paris, F. Galateau-Salle, G. Launoy and M. Letourneux. "Occupational Asbestos Exposure and Digestive Cancers – A Cohort Study." *Alimentary Pharmacology &*

*Therapeutics* 30, (2009): 364-74.

Coggiola, Maurizio, Davide Bosio, Enrico Pira, Pier Giorgio Piolatto, Carlo La Vecchia, Eva Negri, Marco Michelazzi, and Alessandro Bacaloni. "An Update of a Mortality Study of Talc Miners and Millers in Italy." *American Journal of Industrial Medicine* 44, No. 1 (July 2003): 63–69.

Committee on Practice Bulletins–Gynecology, Committee on Genetics, Society of Gynecologic Oncology. "Practice Bulletin No 182: Hereditary Breast and Ovarian Cancer Syndrome." *Obstetrics and Gynecology* 130, no. 3 (2017): e110–26. https://doi.org/10.1097/AOG.0000000000002296.

Cook, Linda S., Mary L. Kamb, and Noel S. Weiss. "Perineal Powder Exposure and the Risk of Ovarian Cancer." *Am J Epidemiol* 145, No. 5 (March 1, 1997): 459–65.

Coussens, L.M., and Werb, Z. (2002). Inflammation and cancer. *Nature* 420, 860-867.

Cox, Mary Jude, Julia A. Woods, Steven Newman, Richard F. Edlich. "Toxic Effects of Surgical Glove Powders on the Eye." *Journal of Long-Term Effects of Medical Implants* 6, Nos. 3 and 4 (1996): 219-226.

Cralley, L.J., M.M. Key, D.H. Groth, W.S. Lainhart and R.M. Ligo. "Fibrous and Mineral Content of Cosmetic Talcum Products." *American Industrial Hygiene Association Journal* (July-August 1968): 350-354.

Cramer, D. W. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics and Gynecology* 94, no. 1 (July 1999): 160–61.

Cramer, Daniel W., William R. Welch, Ross S. Berkowitz, John J. Godleski. "Presence of Talc in Pelvic Lymph Nodes of a Woman With Ovarian Cancer and Long-Term Genital Exposure to Cosmetic Talc." *Obstetrics & Gynecology* 110, (2007): 498-501.

Cramer, Daniel W, and Olivera J Finn. "Epidemiologic Perspective on Immune-Surveillance in Cancer." *Curr Opin Immunol* 23, No. 2 (April 2011): 265–71.

Cramer, Daniel W., Rebecca F. Liberman, Linda Titus-Ernstoff, William R. Welch, E. Robert Greenberg, John A. Baron, and Bernard L. Harlow. "Genital Talc Exposure and Risk of Ovarian Cancer." *Int. J. Cancer* 81, No. 3 (May 5, 1999): 351–56.

Cramer, Daniel W., Linda Titus-Ernstoff, John R. McKolanis, William R. Welch, Allison F. Vitonis, Ross S. Berkowitz, and Olivera J. Finn. "Conditions Associated with Antibodies Against the Tumor-Associated Antigen MUC1 and Their Relationship to Risk for Ovarian Cancer." *Cancer Epidemiology Biomarkers & Prevention* 14, no. 5 (May 1, 2005): 1125–31. https://doi.org/10.1158/1055-9965.EPI-05-0035.

Cramer, Daniel W., Allison F. Vitonis, Kathryn L. Terry, William R. Welch, and Linda J. Titus. "The Association Between Talc Use and Ovarian Cancer: A Retrospective Case–Control Study in Two US States." *Epidemiology* 27, No. 3 (May 2016): 334–46.

Cramer, Daniel W., William R. Welch, Robert E. Scully, and Carol A. Wojciechowski. "Ovarian Cancer and Talc. A Case-Control Study." *Cancer* 50, No. 2 (July 15, 1982): 372–76.

Crusz, Shanthini M., Frances R. Balkwill. "Inflammation and cancer: advances and new agents." *Nat. Rev. Clin. Oncol.* 12 (2015):584-596.

Cubillos-Ruiz, Juan R., Pedra C. Silberman, et al. "ER Stress Sensor XBP1 Controls Anti-tumor Immunity by Disrupting Dendritic Cell Homeostasis." *Cell* 161, (June 2015): 1527–1538.

Davies, R., J.W. Skidmore, D.M. Griffiths and C.B. Moncrieff. "Cytotoxicity of Talc for Macrophages in Vitro." *Fd. Chem. Tox.* 21, No. 2 (1983): 201-207.

De Boer, C. H. "Transport Of Particulate Matter Through The Human Female Genital Tract." *J. Reprod. Fert.* 28, (1972): 295-297.

De Mattia G, Bravi MC, Laurenti O, De Luca O, Palmeri A, Sabatucci A, Mendico G, Ghiselli A. Impairment of cell and plasma redox state in subjects professionally exposed to chromium. Am J Ind Med. 2004; 46(2):120–125.

Denkhaus, E., K. Salnikow "Nickel essentiality, toxicity, and carcinogenicity." *Oncology/Hematology* No. 42 (2002): 35–56.

DeSesso, John M. "Exponent Talc Defense Presentation Toxic Talc?" January 18, 2018.

Di Cristo, Luisana, Dania Movia, Massimiliano G. Bianchi, Manfredi Allegri, Bashir M. Mohamed, Alan P. Bell, Caroline Moore, et al. "Proinflammatory Effects of Pyrogenic and Precipitated Amorphous Silica Nanoparticles in Innate Immunity Cells." *Toxicological Sciences* 150, No. 1 (March 2016): 40–53.

Dion, Chantal, Guy Perrault, Mounia Rhazi. Institut de recherche Robert-Sauve en sante et en securite du travail (IRSST). "Synthesis of Knowledge on Tremolite in Talc." *Chemical Substances and Biological Agents: Studies and Research Projects* Report R-755, (2012): 1-98.

Dixon, Suzanne C., Christina M. Nagle, Nicolas Wentzensen, Britton Trabert, Alicia Beeghly-Fadiel, Joellen M. Schildkraut, Kirsten B. Moysich, et al. "Use of Common Analgesic Medications and Ovarian Cancer Survival: Results from a Pooled Analysis in the Ovarian Cancer Association Consortium." *British Journal of Cancer* 116, no. 9 (April 25, 2017): 1223–28. https://doi.org/10.1038/bjc.2017.68.

Dodson, Ronald F., Michael O'Sullivan, Carolyn J. Corn, and Samuel P. Hammar. "Quantitative Comparison of Asbestos and Talc Bodies in an Individual with Mixed Exposure." *American Journal of Industrial Medicine* 27, No. 2 (February 1995): 207–15.

Dreher, R., H.U. Keller, M.W. Hess, B. Roos and H. Cottier. "Early Appearance and Mitotic Activity of Multinucleated Giant Cells in Mice after Combined Injection of Talc and Prednisolone Acetate." *International Academy of Pathology* 38, No. 2 (1978): 149-156.

Driscoll, K. "Effects of Particle Exposure and Particle-Elicited Inflammatory Cells on Mutation in Rat Alveolar Epithelial Cells." *Carcinogenesis* 18, No. 2 (February 1, 1997): 423–30.

Duda-Chodak, Aleksandra, Urszula Blaszczyk. "The Impact of Nickel on Human Health." *J. Elementol.* No. 13(4) (2008): 685-696.

Edelstam, G. A. B., A. C. E. Sjosten, H. Ellis. "Retrograde Migration of Starch in the Genital Tract of Rabbits." *Inflammation* Vol. 21, No. 5 (1997): 489-499.

Egilman, David "The Production of Corporate Research to Manufacture Doubt About the Health

Egli, G. E., and M. Newton. "The Transport of Carbon Particles in the Human Female Reproductive Tract." *Fertility and Sterility* 12 (April 1961): 151–55.

Elder, A., Gelein, R., Silva, V., Feikert, T., Opanashuk, L., Carter, J., Potter, R., Maynard, A., Ito, Y., Finkelstein, J., Oberdorster, G.   Translocation of inhaled ultrafine manganese oxide particles to the central nervous system. Environ Health Perspect. 2006. 114:1172-1178.

Hazards of Products: An Overview of the Exponent BakeliteVR Simulation Study." *NEW SOLUTIONS: A Journal of Environmental and Occupational Health Policy* Vol. 28(2) (2018): 179–201.

Endo-Capron, S., A. Renier, X. Janson, L. Kheuang, and M.C. Jaurand. "In Vitro Response of Rat Pleural Mesothelial Cells to Talc Samples in Genotoxicity Assays (Sister Chromatid Exchanges and DNA Repair)." *Toxicology in Vitro* 7, No. 1 (January 1993): 7–14.

Eng, Kevin H., J. Brian Szender, John Lewis Etter, Jasmine Kaur, Samantha Poblete, Ruea-Yea Huang, Qianqian Zhu, et al. "Paternal Lineage Early Onset Hereditary Ovarian Cancers:

A Familial Ovarian Cancer Registry Study." *PLoS Genetics* 14, no. 2 (February 2018): e1007194. https://doi.org/10.1371/journal.pgen.1007194.

Enticknap, J.B. and W.J. Smither. "Peritoneal Tumours in Asbestosis." *British Journal of Industrial Medicine* 21 (1964): 20-31.

EPA. "Drinking Water Standard for Arsenic." (January 2001).

EPA. "Health Assessment Document for Talc." (March 1992).

European Center for Ecotoxicology and Toxicology of Chemicals. "Evaluation of Systemic Health Effects Following Dermal Exposure to Chemicals." Technical Report No. 119 ISSN-0773-8072-119 (March 2013).

Fang, Zhijia, Min Zhao, et al. "Genotoxicity of Tri- and Hexavalent Chromium Compounds In Vivo and Their Modes of Action on DNA Damage In Vitro." *PLOS One.* Vol. 9 Issue 8. *(*August 2014).

Fasching, Peter A., Simon Gayther, Leigh Pearce, Joellen M. Schildkraut, Ellen Goode, Falk Thiel, Georgia Chenevix-Trench, et al. "Role of Genetic Polymorphisms and Ovarian Cancer Susceptibility." *Molecular Oncology* 3, no. 2 (April 2009): 171–81. https://doi.org/10.1016/j.molonc.2009.01.008.

Fathalla, M. F. "Incessant Ovulation – A Factor in Ovarian Neoplasia." *The Lancet* (July 1971): 163.

FDA. "Ltr to Samuel S. Epstein, M.D., RE: Docket Numbers 94P-0420 and FDA-2008-P-0309-0001 /CP," April 1, 2017.

FDA. "Talc." https://www.fda.gov/Cosmetics/ProductsIngredients/Ingredients/ucm293184.htm

Federal Register 37, "Subpart G-Occupational Health and Environmental Control." No. 202 (October 18, 1972): 22139-144.

Federal Register 40 CFR Part 763, "Part III – Environmental Protection Agency: Asbestos-Containing Materials in Schools; Final Rule and Notice." Vol. 52, No. 210 (October 30, 1987): 41826-41906.

Fernandes, José Veríssimo, Ricardo Ney Oliveira Cobucci, Carlos André Nunes Jatobá, Thales Allyrio Araújo de Medeiros Fernandes, Judson Welber Veríssimo de Azevedo, and Josélio Maria Galvão de Araújo. "The Role of the Mediators of Inflammation in Cancer Development." *Pathology & Oncology Research* 21, no. 3 (July 2015): 527–34. https://doi.org/10.1007/s12253-015-9913-z.

Ferrante, Daniela, Marinella Bertolotti, Annalisa Todesco, Dario Mirabelli, Benedetto Terracini, and Corrado Magnani. "Cancer Mortality and Incidence of Mesothelioma in a Cohort of Wives of Asbestos Workers in Casale Monferrato, Italy." *Environmental Health Perspectives* 115, No. 10 (October 2007).

Ferrer, Jaume, Juan F. Montes, Maria A. Villarino, Richard W. Light, and José Garcìa-Valero. "Influence of Particle Size on Extrapleural Talc Dissemination After Talc Slurry Pleurodesis." *Chest* 122, No. 3 (September 2002): 1018–27.

Finley, Brent L., Jennifer S. Pierce. "Evaluation of tremolite asbestos exposures associated with the use of commercial products." *Critical Reviews in Toxicology.* No. 42(2) (2012): 119–146

Finnish Institute of Occupational Health. *Asbestos, Asbestosis, and Cancer, Helsinki Criteria for Diagnosis and Attribution 2014.* (June 2014).

Fiume, Monice M., Ivan Boyer, Wilma F. Bergfeld et al. "Safety Assessment of Talc as Used in Cosmetics." *International Journal of Toxicology* Vol. 34, No. 1 (2015): 66-129.

Fletcher, Nicole, Jimmy Belotte, et al. "Specific point mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian cancer." *Free Radical Biology and*

*Medicine*. 102 (2017) 122–132.

Fletcher, Nicole M., Zhongliang Jiang, Rouba Ali-Fehmi, Nancy K. Levin, Jimmy Belotte, Michael A. Tainsky, Michael P. Diamond, Husam M. Abu-Soud, and Ghassan M. Saed. "Myeloperoxidase and Free Iron Levels: Potential Biomarkers for Early Detection and Prognosis of Ovarian Cancer." *Cancer Biomarkers* 10 (2012 2011): 267–75. https://doi.org/10.3233/CBM-2012-0255.

Fleming, Jean S., Clare R. Beaugié, Izhak Haviv, Georgia Chenevix-Trench, and Olivia L. Tan. "Incessant Ovulation, Inflammation and Epithelial Ovarian Carcinogenesis: Revisiting Old Hypotheses." *Molecular and Cellular Endocrinology* 247, No. 1–2 (March 2006): 4–21.

Fletcher, Nicole, Ira Memaj, and Ghassan M Saed. "Talcum Powder Enhances Oxidative Stress in Ovarian Cancer Cells." *Reproductive Sciences* 25, Supplement 1 (March 2018): 214A-215A.

Forman, Henry Jay and Martine Torres. "Reactive Oxygen Species and Cell Signaling Respiratory Burst in Macrophage Signaling." *Am J Respir Crit Care Med.* Vol 166. (2002) pp S4–S8.

Frank, Czul, Lascano Jorge. "An uncommon hazard: Pulmonary talcosis as a result of recurrent aspiration of baby powder." *Respiratory Medicine CME* 4, (2011): 109-111.

Freedman, Ralph S, Michael Deavers, Jinsong Liu, and Ena Wang. "Peritoneal Inflammation – A Microenvironment for Epithelial Ovarian Cancer (EOC)." *Journal of Translational Medicine* 2, no. 23 (2004). https://doi.org/10.1186/1479-5876-2-23.

Friebel, Tara M., Susan M. Domchek, and Timothy R. Rebbeck. "Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: Systematic Review and Meta-Analysis." *Journal of the National Cancer Institute* 106, no. 6 (June 2014): dju091. https://doi.org/10.1093/jnci/dju091.

Friedrichs, Karl Heinz. "Electron Microscopic Analyses of Dust From the Lungs and the Lymph Nodes of Talc-Mine Employees." *American Industrial Hygiene Association Journal* 48, No. 7 (July 1987): 626–33.

Galea, Sandro and Roger Vaughan. "Moving Beyond the Cause of Constraint: A Public Health of Consequence." *American Journal of Public Health* 108, No. 5 (May 2018): 602-03.

Gamble, John F., William Fllner and Michal J. Dimeo. "An Epidemiologic Sutdy of a Group of Talc Workers." *American Review of Respiratory Diesease.* Vol. 119 (1979): 741-753.

Gardner, M.J., P.D. Winter, B. Pannett, and C.A. Powell. "Follow Up Study of Workers Manufacturing Chrysotile Asbestos Cement Products." *British Journal of Industrial Medicine* 43, (1986): 726-32.

Gates, M. A., B. A. Rosner, J. L. Hecht, and S. S. Tworoger. "Risk Factors for Epithelial Ovarian Cancer by Histologic Subtype." *Am J Epidemiol* 171, No. 1 (2010): 45–53.

Gates, M. A., S. S. Tworoger, K. L. Terry, L. Titus-Ernstoff, B. Rosner, I. De Vivo, D. W. Cramer, and S. E. Hankinson. "Talc Use, Variants of the GSTM1, GSTT1, and NAT2 Genes, and Risk of Epithelial Ovarian Cancer." *Cancer Epidemiol Biomarkers Prev.* 17, No. 9 (September 2008): 2436–44.

Gavalas, Nikos G, Alexandra Karadimou, et al. "Immune Response in Ovarian Cancer: How Is the Immune System Involved in Prognosis and Therapy: Potential for Treatment Utilization. *Clinical and Developmental Immunology*. Vol. 2010. Article ID 791603.

Genofre, Eduardo H., Francisco S. Vargas, Milena M.P. Acencio, Leila Antonangelo, Lisete R. Teixeira, and Evaldo Marchi. "Talc Pleurodesis: Evidence of Systemic Inflammatory

Response to Small Size Talc Particles." *Respiratory Medicine* 103, No. 1 (2009): 91–97.

Germani, D., S. Belli, C. Bruno, M. Grignoli, M. Nesti, R. Pirastu, and P. Comba. "Cohort Mortality Study of Women Compensated for Asbestosis in Italy." *Am. J. InD. Med.* 36, No. 1 (1999): 129–34.

Gertig, Dorota M., David J. Hunter, Daniel W. Cramer, Graham A. Colditz, Frank E. Speizer, Walter C. Willett, and Susan E. Hankinson. "Prospective Study of Talc Use and Ovarian Cancer." *J Natl Cancer Inst* 92, No. 3 (2000): 249–52.

Getze, George. "Asbestos Blamed for Increase in Ovary Cancer." *The Philadelphia Inquirer* (March 28, 1968).

Ghio, Andrew J. and Victor Roggli. "Letter to the Editor: Talc Should Not Be Used for Pleurodesis in Patients with Nonmalignant Pleural Effusions." *American Journal of Respiratory Critical Care Medicine* (2001): 1741.

Ghio, Andrew J., Joleen M. Soukup, Lisa A. Dailey, Judy H. Richards, Jennifer L. Turi, Elizabeth N. Pavlisko, and Victor L. Roggli. "Disruption of Iron Homeostasis in Mesothelial Cells after Talc Pleurodesis." *Am J Respir Cell Mol Biol* 46, No. 1 (January 2012): 80–86.

Ghio, Andrew J., Joleen M. Soukup, Lisa A. Dailey, Judy Richards, Zhongping Deng, Jerrold L. Abraham." Gadolinium exposure disrupts iron homeostasis in cultured cells." *J Biol Inorg Chem.* No. 16 (2011): 567–575.

Gilbert, Christopher, Benjamin R. Furman, et al. "Description of Particle Size, Distribution, and Behavior of Talc Preparations Commercially Available Within the United States." *J Bronchol Intervent Pulmonol.* Vol. 25, No. 1. (January 2018).

"Global Ban on the Mining and Use of Asbestos." *World Federation of Public Associations*. (2005).

Godard, Beatrice, William D. Foulkes, Diane Provencher, Jean-Sebastien Brunet, Patricia N. Tonin, Anne-Marie Mes-Masson, Steven A. Narod, and Parviz Ghadirian. "Risk Factors for Familial and Sporadic Ovarian Cancer among French Canadians: A Case-Control Study." *Am J Obstet Gynecol* 179, No. 2 (August 1998): 403–10.

Gondal, Mohammed A., Mohamed A. Dastageer, Akhtar A. Naqvi, Anvar A. Isab, Yasin W. Maganda. "Detection of toxic metals (lead and chromium) in talcum powder using laser induced breakdown spectroscopy." *Applied Optics* Vol. 51, No. 30 (October 2012): 7395-7401.

Gonzalez, N.L., K.M. O'Brien, A.A. D'Aloisio, D.P. Sandler, and C.R. Weinberg. "Douching, Talc Use, and Risk of Ovarian Cancer:" *Epidemiology* 27, No. 6 (November 2016): 797–802.

Gordon, Ronald E., Sean Fitzgerald, and James Millette. "Asbestos in Commercial Cosmetic Talcum Powder as a Cause of Mesothelioma in Women." *International Journal of Occupational and Environmental Health* 20, No. 4 (October 2014): 318–32.

Graham, and Jenkins. "Value of Modified Starch as a Substitute for Talc." *Lancet (London, England)* 1, no. 6708 (March 22, 1952): 590–91.

Graham, John, and Ruth Graham. "Ovarian Cancer and Asbestos." *Environmental Research* 1, No. 2 (October 1967): 115–28.

Green, Adèle, David Purdie, Christopher Bain, Victor Siskind, Peter Russell, Michael Quinn, and Bruce Ward. "Tubal Sterilisation, Hysterectomy and Decreased Risk of Ovarian Cancer." *Int. J. Cancer* 71, No. 6 (June 11, 1997): 948–51.

Grivennikov, Sergei I., Florian R. Greten, and Michael Karin. "Immunity, Inflammation, and

Cancer." *Cell* 140, no. 6 (March 19, 2010): 883–99. https://doi.org/10.1016/j.cell.2010.01.025.

Gross, Alan J., and Paul H. Berg. "A Meta-Analytical Approach Examining the Potential Relationship Between Talc Exposure and Ovarian Cancer." *Journal of Exposure Analysis and Environmental Epidemiology* 5, No. 2 (1995): 181-195.

Halme, J., M. G. Hammond, J. F. Hulka, S. G. Raj, and L. M. Talbert. "Retrograde Menstruation in Healthy Women and in Patients with Endometriosis." *Obstetrics and Gynecology* 64, no. 2 (August 1984): 151–54.

Hammar, S.P., R.F. Dodson. "Asbestos: Risk Assessment, Epidemiology, and Health Effects, Second Edition." 2nd Edition, Ch. 28 (2017): 927-930; 976.

Hamilton, John A., Geraldine McCarthy and Genevieve Whitty. "Primary research Inflammatory microcrystals induce murine macrophage survival and DNA synthesis." *Arthritis Res No. 3* (2001): 242–246.

Hamilton, T.C., H. Fox, C.H. Buckley, W.J. Henderson', W J, and K Griffiths. "Effects of Talc on the Rat Ovary." *Br. J. Exp. Path.* 65, (1984): 101-106.

Hammar, S.P. and R.F. Dodson. *Asbestos: Risk Assessment, Epidemiology, and Health Effects.*

Harding, A.H., A. Darnton, J. Wegerdt, and D. McElvenny. "Mortality Among British Asbestos Workers Undergoing Regular Medical Examinations." *Occupational and Environmental Medicine* 66, (2009): 487-95.

Harlow, Bernard L., and Noel S. Weiss. "A Case-Control Study of Borderline Ovarian Tumors: The Influence of Perineal Exposure to Talc." *American Journal of Epidemiology* 130, No. 2 (August 1989): 390–94.

Harlow, Bernard L., Daniel W. Cramer, Debra A. Bell and William R. Welch. "Perineal Exposure to Talc and Ovarian Cancer Risk." *Obstet Gynecol* 80, No. 1 (July 1992): 19-26.

Hartge, Patricia, Robert Hoover, Linda P. Lesher, and Larry McGowan. "Talc and Ovarian Cancer." *JAMA* 250, No. 14 (October 14, 1983): 1844.

Heidland, A., Klassen A., Rutkowski, P., Bahner, U.   The contribution of Rudolf Virchow to the concept of inflammation: what is still of importance? Journal of nephrology. 2006; 29(Suppl 10): S102-109.

Hein, Misty J., Leslie T. Stayner, Everett Lehman, John M. Dement. "Follow-Up Study of Chrysotile Textile Workers: Cohort Mortality and Exposure-Response." *Occupational and Environmental Medicine* 64, (2007): 616-25.

Henderson, W.J., C.A.F. Joslin, A.C. Turnbull. "Talc and Carcinoma of the Ovary and Cervix." *The Journal of Obstetrics and Gynaecology of the British Commonwealth* Vol. 78 (March 1971): 266-272.

Henderson, W.J., A.V. Maskell, K Griffiths. "Contamination of Surgical Gloves." *British Medical Journal*, (February 1978): 363.

Henderson, W.J., T.C. Hamilton, M.S. Baylis, C.G. Pierrepoint, K. Griffiths. "The Demonstration of the Migration of Talc from the Vagina and Posterior Uterus to the Ovary in the Rat." *Environmental Research* 40 (1986): 247-250.

Heller, Debra S., Ronald E. Gordon, and Norman Katz. "Correlation of Asbestos Fiber Burdens in Fallopian Tubes and Ovarian Tissue." *Am J Obstet Gynecol* 181, No. 2 (August 1999): 346–47.

Heller, Debra S., Ronald E. Gordon, Carolyn Westhoff, and Susan Gerber. "Asbestos Exposure and Ovarian Fiber Burden." *American Journal of Industrial Medicine* 29, No. 5 (May

1996): 435–39.

Heller, D. S., C. Westhoff, R. E. Gordon, and N. Katz. "The Relationship between Perineal Cosmetic Talc Usage and Ovarian Talc Particle Burden." *American Journal of Obstetrics and Gynecology* 174, no. 5 (May 1996): 1507–10.

Hernán, Miguel A. "The C-Word: Scientific Euphemisms Do Not Improve Causal Inference From Observational Data." *Am J Public Health* 108, No. 5 (May 2018): 616–19.

Hildick-Smith, Gavin Y. "The Biology of Talc." *British Journal of Industrial Medicine* 33, (1976): 217-229.

Hill, Austin Bradford. "The Environment and Disease: Association or Causation?" *Proceedings of the Royal Society of Medicine* 58, no. 5 (May 1965): 295–300.

Hillegass, Jedd M., Arti Shukla, Maximilian B. MacPherson, Jeffrey P. Bond, Chad Steele, and Brooke T. Mossman. "Utilization of Gene Profiling and Proteomics to Determine Mineral Pathogenicity in a Human Mesothelial Cell Line (LP9/TERT-1)." *Journal of Toxicology and Environmental Health. Part A* 73, no. 5 (January 2010): 423–36. Hoffeld, J. Terrell. "Inhibition of Lymphocyte Proliferation and Antibody Production in Vitro by Silica, Talc, Bentonite Or Corynebacterium Parvum: Involvement of Peroxidative Processes." *Eur. J. Immunol* 13, No. 5 (1983): 364–69.

Hollinger, Mannfred A. "Pulmonary toxicity of inhaled and intravenous talc." *Elsevier: Toxicology Letters* 52 (1990): 121-127.

Holschneider, Christine H., and Jonathan S. Berek. "Ovarian Cancer: Epidemiology, Biology, and Prognostic Factors." *Semin. Surg. Oncol.* 19, No. 1 (July 2000): 3–10.

Honda, Yasushi, Colleen Beall, Elizabeth Delzell, Kent Oestenstad, Ilene Brill and Robert Matthews. "Mortality among Workers at a Talc Mining and Milling Facility." *The Annals of Occupational Hygiene* 46, No. 7 (October 2002): 575-85.

Houghton, S. C., K. W. Reeves, S. E. Hankinson, L. Crawford, D. Lane, J. Wactawski-Wende, C. A. Thomson, J. K. Ockene, and S. R. Sturgeon. "Perineal Powder Use and Risk of Ovarian Cancer." *JNCI J Natl Cancer Inst* 106, No. 9 (September 10, 2014).

Huncharek, Michael, J.F. Geschwind and Bruce Kupelnick. "Perineal Application of Cosmetic Talc and Risk of Invasive Epithelial Ovarian Cancer: A Meta-Analysis of 11,933 Subjects from Sixteen Observational Studies." *Anticancer Research* 25, (2003): 1955-1960.

Huncharek, Michael, and Joshua Muscat. "Perineal Talc Use and Ovarian Cancer Risk: A Case Study of Scientific Standards in Environmental Epidemiology." *European Journal of Cancer Prevention* 20, No. 6 (November 2011): 501–7.

Huncharek, Michael, Joshua Muscat, Adedayo Onitilo, and Bruce Kupelnick. "Use of Cosmetic Talc on Contraceptive Diaphragms and Risk of Ovarian Cancer: A Meta-Analysis of Nine Observational Studies." *European Journal of Cancer Prevention* 16, No. 5 (October 2007): 422–29.

Hunn, Jessica, Gustavo C. Rodriguez. "Ovarian Cancer: Etiology, Risk Factors, and Epidemiology" *Clinical Obstetrics and Gynecology* Vol. 55, No. 1: 3-23.

"Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8, no. 19 (2009): 3107–11.

Institute of Medicine (US) Committee on Asbestos: Selected Health Effects. *Asbestos: Selected Cancers*. The National Academies Collection: Reports Funded by National Institutes of Health. Washington (DC): National Academies Press (US), 2006. http://www.ncbi.nlm.nih.gov/books/NBK20332/.

International Agency for Research on Cancer (IARC), "Some Inorganic and Organometallic Compounds", IARC Monograph No. 2 (1973).

International Agency for Research on Cancer (IARC), "IARC Monographs On The Evaluation Of Carcinogenic Risk Of Chemicals To Man: Cadmium, Nickel, Some Epoxides, Miscellaneous Industrial Chemicals and General Considerations on Volatile Anaesthetics." IARC Monograph Vol. 11 (1976): 1-282.

International Agency for Research on Cancer (IARC), "Asbestos", IARC Monograph No. 14 (1977).

International Agency for Research on Cancer (IARC), "IARC Monographs On The Evaluation Of The Carcinogenic Risks To Humans: Chemicals and Industrial Processes Associated with Cancer in Humans." IARC Monographs, Volumes 1 to 20 Supplement 1 (1979).

International Agency for Research on Cancer (IARC), "IARC Monographs On The Evaluation Of The Carcinogenic Risks To Humans: Chemicals, Industrial Processes and Industries Associated With Cancer in Humans." IARC Monographs, Volumes 1 to 29 Supplement 4 (1982).

International Agency for Research on Cancer (IARC), "Carbon Black, Titanium Dioxide, and Talc." IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, v. 93. Lyon, France : Geneva: International Agency for Research on Cancer ; Distributed by WHO Press, 2010.

International Agency for Research on Cancer (IARC), "Overall Evaluation of Carcinogenicity: An Updating of IARC Monographs Volumes 1 to 42 Supplement 7 (1987).

International Agency for Research on Cancer (IARC), "Silica and Some Silicates", IARC Monograph No. 42 (1987).

International Agency for Research on Cancer (IARC), "Mechanisms of Fibre Carcinogenesis", IARC Scientific Publications No. 140 (1996).

International Agency for Research on Cancer (IARC), "Silica, Some Silicates, Coal Dust and Para-Aramid Fibrils", IARC Monograph No. 68 (1997).

International Agency for Research on Cancer (IARC), "A review of human carcinogens-Part C: metals, arsenic, dusts and fibres." *The Lancet* 10 (2009): 453-454.

International Agency for Research on Cancer (IARC), "Carbon Black, Titanium Dioxide, and Talc", IARC Monographs No. 93., (2010).

International Agency for Research on Cancer (IARC), "Arsenic, Metals, Fibres, and Dusts," IARC Monograph No. 100C (2012).

International Agency for Research on Cancer (IARC), "Table 2.8. Epidemiologic studies of asbestos exposure and ovarian cancer." 1-3.

International Labour Organization (ILO), "Resolution concerning asbestos, 2006." *ILO Resolution* (June 2006): 1-2.

Ingersoll, Molly A., Andrew M. Platt, Stephane Potteaux, Gwendalyn J. Randolph. "Monocyte trafficking in acute and chronic inflammation." *Trends Immunol.* 32, No. 10 (October 2011): 470-477.

Iturralde, Mario, Pieter Ferdinand Venter. "Hysterosalpingo-Radionuclide Scintigraphy (HERS)." *Seminars in Nuclear Medicine* Vol. XI, No. 4 (October 1981): 301-314.

Jammal, Millena Prata, Agrimaldo Martins-Filho, et al., "Cytokines and Prognostic Factors in Epithelial Ovarian Cancer." *Clinical Medicine Insights: Oncology* 10 (2016): 71-76.

Jampol, Lee M., Tomoichi Setogawa, Krishna Rao V. Rednam, Mark O.M Tso. "Talc Retinopathy in Primates." *Archives of Opthalmology* 99, (July 1981): 1273-80.

Jarad, N Al, M Macey, S Uthayakumar, A C Newland, and R M Rudd. "Lymphocyte Subsets in Subjects Exposed to Asbestos: Changes in Circulating Natural Killer Cells." *British Journal of Industrial Medicine* 49, (1992): 811-814.

Jasuja, Sonia, Brooks T. Kuhn, Michael Schivo, Jason Y. Adams. "Cosmetic Talc-Related Pulmonary Granulomatosis." *Journal of Investigative Medicine High Impact Case Reports* Vol. 1, No. 4 (2017): 1-4.

Jervis, Sarah, Honglin Song, Andrew Lee, Ed Dicks, Jonathan Tyrer, Patricia Harrington, Douglas F. Easton, Ian J. Jacobs, Paul P. D. Pharoah, and Antonis C. Antoniou. "Ovarian Cancer Familial Relative Risks by Tumour Subtypes and by Known Ovarian Cancer Genetic Susceptibility Variants." *Journal of Medical Genetics* 51, no. 2 (February 2014): 108–13. https://doi.org/10.1136/jmedgenet-2013-102015.

Jia, D, Y Nagaoka, S Orsulic, and M Katsumata. "Inflammation Is a Key Contributor to Ovarian Cancer Cell Seeding." *Scientific Reports* 8, no. 12394 (August 17, 2018). https://doi.org/10.1038/s41598-018-30261-8.

Jiang, Zhongliang, Nicole M. Fletcher, Rouba Ali-Fehmi, Michael P. Diamond, Husam M. Abu-Soud, Adnan R. Munkarah, and Ghassan M. Saed. "Modulation of Redox Signaling Promotes Apoptosis in Epithelial Ovarian Cancer Cells." *Gynecologic Oncology* 122, no. 2 (August 2011): 418–23. https://doi.org/10.1016/j.ygyno.2011.04.051.

Jing, Jiongjie, Xiaolong Jiang, Jianwei Chen, Xiaolei Yao et al. "Notch signaling pathway promotes the development of ovine ovarian follicular granulosa cells." *Animal Reproduction Science* 181 (2017): 69-78.

Jing, Xuquan, Feng Li, Xue Meng, Zhitong Liu, Jinming Yu, Bo Liu. "Ovarian metastasis from lung adenocarcinoma with ALK-positive rearrangement detected by next generation sequencing: A case report and literatures review." *Cancer Biology & Therapy* Vol. 18, No. 5 (2017): 279-284.

Jo, Hwanju, Young Nam Jang and Jung Hyun Jo. "A Low Temperature Detoxification Method for Treatment of Chrysotile-Containing Waste Roofing Slate." *Minerals* 7, No. 144 (2017).

Jones, Richard E., and Kristin H. Lopez. "Human Reproductive Biology - 4th Edition Chapter 9 - Gamete Transport and Fertilization." In *Human Reproductive Biology*, Third., 159–73. San Diego: Academic Press, 2006. https://doi.org/10.1016/B978-0-12-382184-3.00009-X.

Jordan, Susan J., Adèle C. Green, David C. Whiteman, and Penelope M. Webb. "Risk Factors for Benign Serous and Mucinous Epithelial Ovarian Tumors:" *Obstetrics & Gynecology* 109, No. 3 (March 2007): 647–54.

Jurinski, Joseph B., and J. Donald Rimstidt. "Biodurability of Talc." *American Mineralogist* 86, No. 4 (April 2001): 392–99.

Kane, AB, P Boffetta, R Saracci, and JD Wilbourn. "Mechanisms of Fibre Carcinogenesis." IARC, 1996.

Kang, N., D. Griffin, and H. Ellis. "The Pathological Effects of Glove and Condom Dusting Powders." *Journal of Applied Toxicology* 12, No. 6 (December 1992): 443–49.

Karageorgi, S., M. A. Gates, S. E. Hankinson, and I. De Vivo. "Perineal Use of Talcum Powder and Endometrial Cancer Risk." *Cancer Epidemiology Biomarkers & Prevention* 19, No. 5 (May 2010): 1269–75.

Kauff, Noah D., Nandita Mitra, Mark E. Robson, Karen E. Hurley, Shaokun Chuai, Deborah Goldfrank, Eve Wadsworth, et al. "Risk of Ovarian Cancer in BRCA1 and BRCA2

Mutation-Negative Hereditary Breast Cancer Families." *Journal of the National Cancer Institute* 97, no. 18 (September 21, 2005): 1382–84. https://doi.org/10.1093/jnci/dji281.

Keal, E E. "Asbestosis and Abdominal Neoplasms." *The Lancet* (December 3, 1960): 1211-16.

Kerger, Brent D., Robert C. James and David A. Galbraith. "Tumors that Mimic Asbestos-Related Mesothelioma: Time to Consider a Genetics-Based Tumor Registry." *Frontiers in Genetics* 5, No. 151 (May 30, 2014): 1-14.

Keskın, Nadi, Yasemin Aktan Teksen, Esra Gürlek Ongun, Yusuf Özay, and Halil Saygılı. "Does Long-Term Talc Exposure Have a Carcinogenic Effect on the Female Genital System of Rats? An Experimental Pilot Study." *Archives of Gynecology and Obstetrics* 280, No. 6 (December 2009): 925–31.

Khan, Mohd Imran, Amogh A. Sahasrabuddhe, Govil Patil, Mohd Javed Akhtar, Mohd Ashquin, and Iqbal Ahmad. "Nano-Talc Stabilizes TNF- $\alpha$ m-RNA in Human Macrophages." *Journal of Biomedical Nanotechnology* 7, No. 1 (January 2011): 112–13.

Kim, Brian, Francis M. Giardiello. "Chemoprevention in familial adenomatous polyposis." *Best Pract Res Clin Gastroenterol* Vol. 25, No. 0 (August 2011): 607-622.

Kiraly, Orsolya, Guanyu Gong, Werner Olipitz, Sureshkumar Muthupalani, and Bevin P. Engelward. "Inflammation-Induced Cell Proliferation Potentiates DNA Damage-Induced Mutations In Vivo." *PLoS Genetics*, February 3, 2015. https://doi.org/10.1371/journal.pgen.1004901.

Kissler, Stefan, Ernst Siebzehnruebl, Joachim Kohl, Anja Mueller, Nadja Hamscho, Regine Gaetje, Andre Ahr, Achim Rody, and Manfred Kaufmann. "Uterine Contractility and Directed Sperm Transport Assessed by Hysterosalpingoscintigraphy (HSSG) and Intrauterine Pressure (IUP) Measurement." *Acta Obstetricia Et Gynecologica Scandinavica* 83, no. 4 (April 2004): 369–74.

Kleinfeld, M., J. Messite, Olive Kooyman, Mahfouz H. Zaki. "Mortality Among Talc Miners and Millers in New York State." *Archives of Environmental Health: An International Journal* Vol. 14, No. 5 (1967): 663-667.

Kleinfeld, M., J. Messite, M. H. Zaki. "Mortality Experiences Among Talc Workers: A Follow-up Study." *Journal of Occupational Medicine* Vol. 16, No. 5 (May 1974): 345-349.

Kreyling, W.G., Semmler-Behnke, M.S., Moller, W.   Ultrafine particle-lung interaction: Does size matter? Journal of Aerosol Medicine. 2006. 19(1).

Kunz, G., D. Beil, H. Deininger, A. Einspanier, G. Mall, and G. Leyendecker. "The Uterine Peristaltic Pump. Normal and Impeded Sperm Transport within the Female Genital Tract." *Advances in Experimental Medicine and Biology* 424 (1997): 267–77.

Kurta, M. L., K. B. Moysich, J. L. Weissfeld, A. O. Youk, C. H. Bunker, R. P. Edwards, F. Modugno, R. B. Ness, and B. Diergaarde. "Use of Fertility Drugs and Risk of Ovarian Cancer: Results from a US-Based Case-Control Study." *Cancer Epidemiology Biomarkers & Prevention* 21, No. 8 (August 2012): 1282–92.

La Vecchia, Carlo. "Ovarian Cancer: Epidemiology and Risk Factors." *European Journal of Cancer Prevention* 26, No. 1 (January 2017): 55–62.

Landen, Charles N., Michael J. Birrer, and Anil K. Sood. "Early Events in the Pathogenesis of Epithelial Ovarian Cancer." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 26, no. 6 (February 20, 2008): 995–1005.

Lane, D., Matte, I., Rancourt, C., Piche, A.   Prognostic significance of IL-6 and IL-8 ascites levels in ovarian cancer patients.   BMC Cancer.   2011. 11:210.

Lane, Denis, Veronique Robert et al. "Malignant ascites protect against TRAIL-induced apoptosis by activating the PI3K/Akt pathway in human ovarian carcinoma cells." *Int. J. Cancer 121* (2007): 1227-1237.

Langseth, H, S E Hankinson, J Siemiatycki, and E Weiderpass. "Perineal Use of Talc and Risk of Ovarian Cancer." *Journal of Epidemiology & Community Health* 62, No. 4 (April 2008): 358–60.

Langseth, H., B.V. Johansen, J.M. Nesland, and K. Kjaerheim. "Asbestos Fibers in Ovarian Tissue from Norwegian Pulp and Paper Workers." *International Journal of Gynecological Cancer* 17, No. 1 (January 2007): 44–49.

Langseth, Hilde, and Kristina Kjærheim. "Ovarian Cancer and Occupational Exposure Among Pulp and Paper Employees in Norway." *Scandinavian Journal of Work, Environment & Health* 30, No. 5 (October 2004): 356–61.

Lee, Jennifer S., Esther M. John, Valerie McGuire, Anna Felberg, Kimberly L. Ostrow, Richard A. DiCioccio, Frederick P. Li, Alexander Miron, Dee W. West, and Alice S. Whittemore. "Breast and Ovarian Cancer in Relatives of Cancer Patients, with and without BRCA Mutations." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 15, no. 2 (February 2006): 359–63. https://doi.org/10.1158/1055-9965.EPI-05-0687.

Lee, Richard, and Drew Van Orden. "Asbestos in Commercial Cosmetic Talcum Powder as a Cause of Mesothelioma in Women." *International Journal of Occupational and Environmental Health* 21, No. 4 (October 2, 2015): 337–41.

Lee, Sang Hee, and Roy J. Richards. "Montserrat Volcanic Ash Induces Lymph Node Granuloma and Delayed Lung Inflammation." *Toxicology* 195, No. 2–3 (February 2004): 155–65.

Li, Jing, Xuedan Jiao, Zhongfu Yuan, Haifeng Qiu, Ruixia Guo. "C-reactive protein and risk of ovarian cancer A systematic review and meta-analysis." *Medicine* Vol. 96, No. 34 (2017): 1-7.

Li, Yong-Jian, Kai Yao, Min-Xun Lu, Wen-Biao Zhang, Cong Xiao, Chong-Qi Tu. "Prognostic value of the C-reactive protein to albumin ratio: a novel inflammation-based prognostic indication in osteosarcoma." *OncoTargets and Therapy* 10 (2017): 5255-5261.

Liou, Geou-Yarh, and Peter Storz. "Reactive Oxygen Species in Cancer." *Free Radical Research* 44, no. 5 (May 2010): 476–96.

Lison, D., Boeck, M.D., Kirsch-Volders, M.   Update on the genotoxicity and carcinogenicity of cobalt compounds.   Occup Environ Med 2001.   Oct; 58(10):619-25.

Liu, D. T., and A. Hitchcock. "Endometriosis: Its Association with Retrograde Menstruation, Dysmenorrhoea and Tubal Pathology." *British Journal of Obstetrics and Gynaecology* 93, no. 8 (August 1986): 859–62.

Lengyel, Ernst. "Ovarian Cancer Development and Metastasis." *The American Journal of Pathology* Vol. 177, No. 3 (September 2010): 1053-1064.

Lockey, James E. "Nonasbestos Fibrous Minerals." *Clinics in Chest Medicine* Vol. 2, No. 2 (May 1981): 203-218.

Longo, D.L. and R.C. Young. Aug 1979 – "Cosmetic Talc and Ovarian Cancer." *The Lancet* (August 18, 1979): 349-351.

Longo, D.L. and R.C. Young. Nov 1979 – "Cosmetic Talc and Ovarian Cancer." *The Lancet* (November 10, 1979): 1011-1012.

Longo, William E., Mark W. Rigler, and William B. Egeland. "Below the Waist Application of Johnson & Johnson Baby Powder." Materials Analytical Service, LLC, September 2017.

Longo, William E., and Mark W. Rigler. "The Analysis of Johnson & Johnson's Historical Baby Powder & Shower to Shower Products from the 1960's to the Early 1990's for Amphibole Asbestos," November 14, 2018.

Loomis, D., J.M. Dement, S.H. Wolf, and D.B. Richardson. "Lung Cancer Mortality and Fibre Exposures Among North Carolina Asbestos Textile Workers." *Occupational and Environmental Medicine* 66, (2009): 535-542.

Lopez-Galindo, A, C. Viseras, and P. Cerezo. "Compositional, Technical and Safety Specifications of Clays to Be Used as Pharmaceutical and Cosmetic Products." *Applied Clay Science* 36, No. 1–3 (April 2007): 51–63.

Lord, G.H. "The Biological Effects of Talc in the Experimental Animal: A Literature Review." *Food and Cosmetics Toxicology* 16, No. 1 (February 1978): 51–57.

Low, L.C.K., J. Lang, and W.D. Alexander. "Excretion of Carbimazole and Propylthiouracil in Breast Milk." *The Lancet* 314, No. 8150 (November 10, 1979): 1011.

Lu, Hsiao-Mei, Shuwei Li, Mary H. Black et al. "Association of Breast and Ovarian Cancers With Predisposition Genes Identified by Large-Scale Sequencing." *JAMA Oncology* (August 16, 2018): E1-E8.

Maccio, A., and Madeddu, C. (2012). Inflammation and ovarian cancer. *Cytokine 58*, 133-147.

Magnani, C, D Ferrante, F Barone-Adesi, M Bertolotti, A Todesco, D Mirabelli, and B Terracini. "Cancer Risk after Cessation of Asbestos Exposure: A Cohort Study of Italian Asbestos Cement Workers." *Occupational and Environmental Medicine* 65, No. 3 (2007): 164–70.

Mahmood, Samiya. "A Comparative Situation Analysis on Pre-Cancerous Lesions among Slum and Brothel Dwelling Women and Average Housewives Who Fall within the Reproductive Age Group and Living in Bangladesh." *Gynecology & Obstetrics* 07, No. 09 (2017).

Mäki-Nevala, Satu, Virinder Kaur Sarhadi, Aija Knuuttila, Ilari Scheinin, Pekka Ellonen, Sonja Lagström, Mikko Rönty, et al. "Driver Gene and Novel Mutations in Asbestos-Exposed Lung   Adenocarcinoma and Malignant Mesothelioma Detected   by Exome Sequencing." *Lung* 194, no. 1 (February 2016): 125–35. https://doi.org/10.1007/s00408-015-9814-7.

Mamo, Carlo and Giuseppe Costa. "Mortality Experience in an Historical Cohort of Chrysotile Asbestos Textile Workers." (2004).

Marconi, A., U. Verdel. "Asbestos content of talcs from Italian mines and fibre concentration in various commercial talcum powders used in Italy." *Health Related Effects of Phyllosilicates* Vol. G 21 (1990): 107-115.

Mariani-Costantini, Renato, Frank S. Jannotta, and Frank B. Johnson. "Systemic Visceral Talc Granulomatosis Associated with Miliary Tuberculosis in a Drug Addict." *American Journal of Clinical Pathology* 78, No. 5 (November 1982): 785–89.

Mariani, F., Sena, P., Roncucci, L.   Inflammatory pathways in the early steps of colorectal cancer development.  World J Gastroenterol.  2014.  August 7; 20(29):9716-9731.

Mattenklott, M. "Asbest in Talkumpudern und Speckstein – heutige Situation." *Gefahrstoffe – Reinhaltung der Luft* Vol. 67, No. 7/8 (2007): 287-292.

McCarthy, Edward F., Noel A. Genco, Ernest H. Reade Jr. "Talc." 7th Edition (2006): 1-16.

McCluggage, W. G., D.C. Allen. "Ovarian granulomas: a report of 32 cases." *J Clin Pathol* 50, (1997): 324-327.

McDonald, J.C., J.M. Harris, and G. Berry. "Sixty Years on: the Price of Assembling Military Gas Masks in 1940." *Occupational and Environmental Medicine* 63, (2006): 852-55.

McLemore, Monica R., Christine Miaskowski, Bradley E. Aouizerat, Lee-may Chen, and Marylin J. Dodd. "Epidemiological and Genetic Factors Associated with Ovarian Cancer." *Cancer* Nursing 32, No. 4 (2009): 281-88.

Medford, A. R. L., M. N. Sheppard et al., "An unusual cause of difficult asthma: talc granulomatous disease." *Grand Rounds* Vol. 5 (2005): 1-5.

Medford, A. R. L. "Consider Talc Too in Poorly Controlled Asthma and Unexplained Bronchiolitis." *Chest* Vol. 143, No. 1 (January 2013): 278-279.

Melaiu, Ombretta, Federica Gemignani, and Stefano Landi. "The Genetic Susceptibility in the Development of Malignant Pleural Mesothelioma." *Journal of Thoracic Disease* 10, no. Suppl 2 (January 2018): S246–52. https://doi.org/10.21037/jtd.2017.10.41.

Melin, A., P. Sparen, I. Persson, A. Bergqvist. "Endometriosis and the risk of cancer with special emphasis on ovarian cancer." *Human Reproduction* Vol. 21, No. 5 (2006): 1237-1242.

Meng, Qingsong, Weixue Sun, John Jiang, Nicole M. Fletcher, Michael P. Diamond, and Ghassan M. Saed. "Identification of Common Mechanisms between Endometriosis and Ovarian Cancer." *Journal of Assisted Reproduction and Genetics* 28 (2011): 917–23.

Merritt, Melissa A., Adèle C. Green, Christina M. Nagle, Penelope M. Webb, and Australian Cancer Study (Ovarian Cancer) and Australian Ovarian Cancer Study Group. "Talcum Powder, Chronic Pelvic Inflammation and NSAIDs in Relation to Risk of Epithelial Ovarian Cancer." *International Journal of Cancer* 122, No. 1 (January 2008): 170–76.

Michalowski, R. "Silica Granuloma at the Site of Circumcision for Phimosis: A Case Report." *Dermatologica* 166, (1983): 261-63.

Mills, Paul K., Deborah G. Riordan, Rosemary D. Cress, and Heather A. Young. "Perineal Talc Exposure and Epithelial Ovarian Cancer Risk in the Central Valley of California." *International Journal of Cancer* 112, No. 3 (November 10, 2004): 458–64. (Bates No. JNJ000018682)

Milne, R. L., and A. C. Antoniou. "Genetic Modifiers of Cancer Risk for BRCA1 and BRCA2 Mutation Carriers." *Annals of Oncology: Official Journal of the European Society for Medical Oncology* 22 Suppl 1 (January 2011): i11-17. https://doi.org/10.1093/annonc/mdq660.

Milne, Roger L., and Antonis C. Antoniou. "Modifiers of Breast and Ovarian Cancer Risks for BRCA1 and BRCA2 Mutation Carriers." *Endocrine-Related Cancer* 23, no. 10 (2016): T69-84. https://doi.org/10.1530/ERC-16-0277.

Møller, Peter, Pernille Høgh Danielsen, Kim Jantzen, Martin Roursgaard, and Steffen Loft. "Oxidatively Damaged DNA in Animals Exposed to Particles." *Critical Reviews in Toxicology* 43, No. 2 (February 2013): 96–118.

Moon, Min-Chaul, Jung Duck Park, Byung Soon Choi, So Young Park, Dong Won Kim, Yong Hyun Chung, Naomi Hisanaga, and Il Je Yu. "Risk Assessment of Baby Powder Exposure through Inhalation." *Toxicological Research* 27, No. 3 (September 2011): 137–41.

Moorman, P. G., R. T. Palmieri, L. Akushevich, A. Berchuck, and J. M. Schildkraut. "Ovarian Cancer Risk Factors in African-American and White Women." *American Journal of Epidemiology* 170, No. 5 (September 2009): 598–606.

Mori, T., K. Nagata, T. Matsuit, T. Ishida, H. Ohami, T. Asanot. "Superoxide anions in the

pathogenesis of talc-induced cerebral vasocontraction." *Neuropathology and Applied Neurobiology* 21, (1995): 278-385.

Mossman, Brooke T., Andrew Churg. "Mechanisms in the Pathogenesis of Asbestosis and Silicosis." *Am J Respir Crit Care Med* Vol. 157, (1998): 1666-1680.

Mostafa, S. A., C. B. Bargeron, R. W. Flower, N. B. Rosenshein, T. H. Parmley, and J. D. Woodruff. "Foreign Body Granulomas in Normal Ovaries." *Obstetrics and Gynecology* 66, no. 5 (November 1985): 701–2.

Murray, Peter J., Thomas A. Wynn. "Protective and pathogenic functions of macrophage subsets." *Nat Rev Immunol* Vol. 11, No. 11 (2011): 723-727.

Muscat, J. E., and M. S. Huncharek. "Causation and Disease: Biomedical Science in Toxic Tort Litigation." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 31, no. 12 (December 1989): 997–1002.

Muscat, Joshua E., and Michael S. Huncharek. "Perineal Talc Use and Ovarian Cancer: A Critical Review:" *European Journal of Cancer Prevention* 17, No. 2 (April 2008): 139–46.

Nadler, Diana L., and Igor G. Zurbenko. "Estimating Cancer Latency Times Using a Weibull Model," 2014, 8.

Nakane, Hideo. "Translocation of particles deposited in the respiratory system: a systematic review and statistical analysis." *Environ Health Prev Med*, 17 (2012): 263-274.

Narod, Steven A. "Talc and Ovarian Cancer." *Gynecologic Oncology* 141, no. 3 (2016): 410–12. https://doi.org/10.1016/j.ygyno.2016.04.011.

Nelson, Heather H., and Karl T. Kelsey. "The Molecular Epidemiology of Asbestos and Tobacco in Lung Cancer." *Oncogene* 21, no. 48 (October 21, 2002): 7284–88. https://doi.org/10.1038/sj.onc.1205804.

Ness, R. "Does Talc Exposure Cause Ovarian Cancer?" *International Journal of Gynecological Cancer* 25, Supplement 1 (May 2015): 51.

Ness, R. B., and C. Cottreau. "Possible Role of Ovarian Epithelial Inflammation in Ovarian Cancer." *Journal of the National Cancer Institute* 91, No. 17 (September 1, 1999): 1459–67.

Ness, Roberta B., Jeane Ann Grisso, Carrie Cottreau, Jennifer Klapper, Ron Vergona, James E. Wheeler, Mark Morgan, and James J. Schlesselman. "Factors Related to Inflammation of the Ovarian Epithelium and Risk of Ovarian Cancer." *Epidemiology* 11, No. 2 (March 2000): 111–17.

Newhouse, M.L. and K.R. Sullivan. "A Mortality Study of Workers Manufacturing Friction Materials: 1941-86." *British Journal of Industrial Medicine* 46, (1989): 176-79.

Newhouse, Muriel L., G. Berry, J.C. Wagner and Mary E. Turok. "A Study of the Mortality of Female Asbestos Workers." *Brit. J. Industr. Med.* 29, (1972): 134-41.

Nickens, Kristen P., Steven R. Patierno, Susan Ceryak. "Chromium genotoxicity: a double-edged sword." *Chem Biol Interact* Vol. 188, No. 5 (November 2010): 276-288.

Nicolini, Andrea, Paola Ferrari, Giuseppe Rossi, Angelo Carpi. "Tumour growth and immune evasion as targets for a new strategy in advanced cancer." *Endocrine-Related Cancer* Vol. 25, No. 11 (2018): 577-604.

NIOSH "Workplace Exposure to Asbestos: Review and Recommendations." DHHS Publication No. 81-103 (April 1980): 1-47.

NIOSH Pocket Guide to Chemical Hazards. (September 2007). Appendix C.

NIOSH – CDC – Current Intelligence Bulletin 62 Revised Edition "Asbestos Fibers and Other

Elongate Mineral Particles: State of the Science and Roadmap for Research." April 2011.

NIOSH. "CDC – Occupational Cancer – Carcinogen List – NIOSH Safety and Health Topic." (2012)

NIOSH "Fiber Exposure during Use of Baby Powders, Report No. IWS-36-6.," July 1972. (JNJ000231304)

NIOSH CURRENT INTELLIGENCE BULLETIN Revised Edition "Asbestos Fibers and Other Elongated Mineral Particles: State of the Science and Roadmap for Research," January 2009.

Nolan, Robert P. and Arthur M. Langer. *Chapter 9: Limitations of the Stanton Hypothesis*. (1993).

Norman, R. J., M. Brannstrom. "Cytokines in the Ovary: Pathophysiology and Potential for Pharmacological Intervention." *Pharmacol Ther.* Vol. 69, No. 3 (1996): 219-236.

NTP "Asbestos." (CAS No. 1332-21-4)." *Report on Carcinogens, Thirteenth Edition.* (2014).

NTP "Toxicology and Carcinogenesis Studies of Talc." (CAS No. 14807-96-6) In F344/N Rats and B6C3F Mice (Inhalation Studies)."

Oberdörster, Günter, Eva Oberdörster, and Jan Oberdörster. "Nanotoxicology: An Emerging Discipline Evolving from Studies of Ultrafine Particles." *Environmental Health Perspectives* 113, no. 7 (July 2005): 823–39. https://doi.org/10.1289/ehp.7339.

Occupational Safety and Health Administration (OSHA) – Department of Labor "Occupational Exposure to Asbestos, Tremolite, Anthophyllite and Actinolite." *Federal Register – Rules and Regulations* Vol. 57, No. 110 (June 8, 1992): 24310-24331.

Occupational Safety and Health Administration (OSHA) – Department of Labor "OSHA Fact Sheet Asbestos" (2014): 1-2.

Okada, Futoshi. "Beyond Foreign-Body-Induced Carcinogenesis: Impact of Reactive Oxygen Species Derived from Inflammatory Cells in Tumorigenic Conversion and Tumor Progression." *International Journal of Cancer* 121, No. 11 (December 2007): 2364–72.

Omenka, Sunday Samuel, Adebola Abosede Adeyi. "Heavy metal content of selected personal care products (PCPs) available in Ibadan, Nigeria and their toxic effects." *Toxicology Reports 3* (2016): 628-635.

Oury, Tim D., Thomas A. Sporn, and Victor L. Roggli. (2014) *Pathology of Asbestos-Associated Diseases*. New York: Springer.

Øvrevik, J., Marit Lag, Per Schwarze, and Magne Refsnes. "p38 and Src-ERK1/2 Pathways Regulate Crystalline Silica-Induced Chemokine Release in Pulmonary Epithelial Cells." *Toxicological Sciences* 81, No. 2 (July 14, 2004): 480–90.

Øvrevik, Johan, Magne Refsnes, Marit Låg, Jørn A. Holme, and Per E. Schwarze. "Activation of Proinflammatory Responses in Cells of the Airway Mucosa by Particulate Matter: Oxidant- and Non-Oxidant-Mediated Triggering Mechanisms." *Biomolecules* 5, No. 3 (July 2, 2015): 1399–1440.

Pace, E., Siena, L., Ferraro, M., Profita, M., Mondello, P., Chiappara, G., Montalbano, A.M., Giarratano, A., Bonsignore, G., Gjomarkaj, M.   Role of prostaglandin E2 in the invasiveness, growth and protection of cancer cells in malignant pleuritis.   European Journal of Cancer. 2006.   42(14):2382-2389.

Paoletti, L., Caiazza, S., Donelli, G., Pocchiari. "Evaluation by Electron Microscopy Techniques of Asbestos Contamination in Industrial, Cosmetic, and Pharmaceutical Talcs." *Regulatory Toxicology and Pharmacology* 4. (December 9, 1983): 222-235.

Parmley, Tim H., and J. Donald Woodruff. "The Ovarian Mesothelioma." *American Journal of*

*Obstetrics and Gynecology* 120, No. 2 (September 15, 1974): 234–41.

Patierno, Steven R., Sugiyama, Masayasu, Basilion, James P., Costa, Max. "Preferential DNA-Protein Cross-Linking by NiCI2 in Magnesium-insoluble Regions of Fractionated Chinese Hamster Ovary Cell Chromatin." Cancer Research 45 (November 1985): 5787-5794.

Pelling, D., and J.G. Evans. "Long-Term Peritoneal Tissue Response in Rats to Mould-Release Agents and Lubricant Powder Used on Surgeons' Gloves." *Food and Chemical Toxicology* 24, No. 5 (May 1986): 425–30.

Penninkilampi, Ross, Guy D. Eslick. "Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis." *Epidemiology* Vol. 29, No. 1 (January 2018): 41-49.

Peshkin, B., and et al. "Genetic Counseling and Testing for Hereditary Breast and Ovarian Cancer - UpToDate," 2018. https://www.uptodate.com/contents/genetic-counseling-and-testing-for-hereditary-breast-and-ovarian-cancer?search=Genetic%20counseling%20and%20testing%20for%20heredit ary%20breast%20and%20ovarian%20cancer&source=search_result&selectedTitle=1~15 0&usage_type=default&display_rank=1.

Peshkin, B., and et al. "Overview of Hereditary Breast and Ovarian Cancer Syndromes - UpToDate," 2018. https://www.uptodate.com/contents/overview-of-hereditary-breast-and-ovarian-cancer-sy ndromes?search=Overview%20of%20hereditary%20breast%20and%20ovarian%20cance r%20syndromes&source=search_result&selectedTitle=1~150&usage_type=default&disp lay_rank=1.

Peshkin, B., and et al. "Prevalence of BRCA1 and BRCA2 Mutations and Associated Cancer Risks - UpToDate," 2018. https://www.uptodate.com/contents/prevalence-of-brca1-and-brca2-mutations-and-associ ated-cancer-risks?search=prevalence-of-brca1-and-brca2-mu%E2%80%A6search_result %26selectedTitle%3D1~73%26usage_type%3Ddefault%26display_rank%3D1&source= search_result&selectedTitle=2~150&usage_type=default&display_rank=2.

Peters, Annette, Veronesi, Bellina, Calderón-Garciudueñas, Lilian, Gehr, Peter, Chi Chen, Lung, Geiser, Marianne, Reed, William, Rothen-Rutishauser, Barbara, Schürch, Samuel, Schulz, Holger. "Translocation and Potential Neurological Effects of Fine and Ultrafine Particles a Critical Update." *Particle and Fibre Toxicology* (September 8, 2006).

Pierce, Jennifer S., Riordan, Alexander S., Miller, Eric W., Gaffney, Shannon H., Hollins, Dana M. "Evaluation of the Presence of Asbestos in Cosmetic talcum Products, Inhalation Toxicology." 29:10, (2017) 443-456.

Phillips, J C, and P J Young. "Studies on the Absorption and Disposition of H-Labelled Talc in the Rat, Mouse, Guinea-Pig and Rabbit." *Food and Chemical Toxicology* 16, (1978): 161–63.

Pickrell, John A., Morris B. Snipes, Janet M. Benson, Ray L. Hanson, Robert K. Jones, Robert L. Carpenter, James J. Thompson, Charles H. Hobbs, and Sandra C. Brown. "Talc Deposition and Effects after 20 Days of Repeated Inhalation Exposure of Rats and Mice to Talc." *Environmental Research* 49, No. 2 (August 1989): 233–45.

Pinto, Mauricio P., Carlos Balmaceda, Maria L. Bravo, Sumie Kato, Alejandra Villarroel, Gareth I. Owen, Juan Carlos Roa, et al. "Patient Inflammatory Status and CD4+/CD8+ Intraepithelial Tumor Lymphocyte Infiltration are Predictors of Outcomes in High-Grade Serous Ovarian Cancer." *Gynecologic Oncology* (2018).

Pira, E, C Pelucchi, L Buffoni, A Palmas, M Turbiglio, E Negri, P G Piolatto, and C La Vecchia. "Cancer Mortality in a Cohort of Asbestos Textile Workers." *British Journal of Cancer* 92, No. 3 (February 2005): 580–86.

Pira, E, C Pelucchi, P G Piolatto, E Negri, G Discalzi and C La Vecchia. "First and Subsequent Asbestos Exposures in Relation to Mesothelioma and Lung Cancer Mortality." *British Journal of Cancer* 97, No. 9 (2007): 1300-1304.

Pira, Enrico, Canzio Romano, Francesco S. Violante, Andrea Farioli, Giovanna Spatari, Carlo La Vecchia, and Paolo Boffetta. "Updated Mortality Study of a Cohort of Asbestos Textile Workers." *Cancer Medicine* 5, No. 9 (September 2016): 2623–28.

Pizzo, Alfonsa, Salmeri, Francesca M., Ardita, Francesca V., Sofo, Vincenza, Tripepi, Maria, Marsico, Silvano. "Behaviour of Cytokine Levels in Serum and Peritoneal Fluid of Women with Endometriosis." *Gynecol Obstet Invest.* (2002) 54:82–87.

Pogribny, Igor P., Rusyn, Ivan. "Environmental Toxicants, Epigenetics, and Cancer." *Adv Exp Med Biol.* (2013) 754: 215–232.

Pogribny, Igor P., Rusyn, Ivan. "Role of Epigenetic Aberrations in the Development and Progression of Human Hepatocellular Carcinoma." *Cancer Lett.* (January 28, 2014) 342(2): 223–230.

Poole, Elizabeth M., Lee, I-Min, Ridker, Paul M., Buring, Julie E., Hankinson, Susan E., Tworoger, Shelley S. "A Prospective Study of Circulating C-Reactive Protein, Interleukin-6, and Tumor Necrosis Factor α Receptor 2 Levels and Risk of Ovarian Cancer." American Journal of Epidemiology. Vol. 178, No. 8. (May 2, 2013).

Pooley, F.D., Rowlands, N. "Chemical and Physical Properties of British Talc Powders." *Department of Mineral Exploitation.* (1975)

Pott, F., and K.H. Friedrichs. "Tumors in Rats After the Intraperitoneal Administration of Fibrous Dusts (Translation)." *Naturwissenchaften* 59, No. 7 (1972).

*Product: *2017 TLVs and BEIs: ACGIH*. Accessed August 16, 2018.

Pukkala, Eero, Jan Ivar Martinsen, Elsebeth Lynge, Holmfridur Kolbrun Gunnarsdottir, Pär Sparén, Laufey Tryggvadottir, Elisabete Weiderpass, and Kristina Kjaerheim. "Occupation and Cancer – Follow-up of 15 Million People in Five Nordic Countries." *Acta Oncologica* 48, No. 5 (2009): 646–790.

Purdie, David, Adèle Green, Christopher Bain, Victor Siskind, Bruce Ward, Neville Hacker, Michael Quinn, Gordon Wright, Peter Russell, and Beatrice Susil. "Reproductive and Other Factors and Risk of Epithelial Ovarian Cancer: An Australian Case-Control Study." *International Journal of Cancer* 62, No. 6 (September 15, 1995): 678–84.

Radic, I., I. Vucak, Jasminka Milosevic, Ana Marusic, S. Vukicevic and M. Marusic. "Immunosuppression Induced by Talc Granulomatosis in the Rat." *Clinical & Experimental Immunology* 73, (1988): 316-321.

Rai, Alex J. and Raja M. Flores. "Association of Malignant Mesothelioma and Asbestos Related Conditions with Ovarian Cancer: Shared Biomarkers and a Possible Etiological Link?" *Clinical Chemistry and Laboratory Medicine* 49, No. 1 (2011): 5-7.

Rakoff-Nahoum, Seth. "Why Cancer and Inflammation?" *Yale Journal of Biology and Medicine.* 79 (2006): 123-130.

Ramanakumar, Agnihotram V., Marie-Élise Parent, Benoit Latreille, and Jack Siemiatycki. "Risk of Lung Cancer Following Exposure to Carbon Black, Titanium Dioxide and Talc: Results from Two Case–Control Studies in Montreal." *International Journal of Cancer* 122, No. 1 (2008): 183–89.

Rauh-Hain, J. Alejandro, Growdon, Whitfield B., Rodriquez, Noah, Goodman, A.K., Boruta, David M., II., Schorge, John O., Horowitz, Carmen, Marcela G. del. "Carcinosarcoma of the Ovary: A Case-Control Study." *Gynecologic Oncology.* (2011): 447-481.

Rauh-Hain, Jose A., MD, Krivak, Thomas, C., MD, Carmen, Marcela G. del, MD, MPH, Olawaiye, Alexander B., MD. "Ovarian Cancer Screening and Early Detection in the General Population." Reviews in Obstetrics & Gynecology. Vol. 4, No. 1 (2011) 15-21.

"Reference Manual on Scientific Evidence" Third Edition (2011).

Reid, A., N. de Klerk, and A. W. Musk. "Does Exposure to Asbestos Cause Ovarian Cancer? A Systematic Literature Review and Meta-Analysis." *Cancer Epidemiology Biomarkers & Prevention* 20, No. 7 (July 2011): 1287–95.

Reid, A., A. Segal, J. S. Heyworth, N. H. de Klerk, and A. W. Musk. "Gynecologic and Breast Cancers in Women After Exposure to Blue Asbestos at Wittenoom." *Cancer Epidemiology Biomarkers & Prevention* 18, No. 1 (January 2009): 140–47.

Reid, A., J. Heyworth, N. de Klerk, and A. W. Musk. "The Mortality of Women Exposed Environmentally and Domestically to Blue Asbestos at Wittenoom, Western Australia." *Occupational and Environmental Medicine* 65, no. 11 (November 2008): 743–49. https://doi.org/10.1136/oem.2007.035782.

Reid, Alison, Peter Franklin, Nola Olsen, Jan Sleith, Latha Samuel, Patrick Aboagye-Sarfo, Nicholas de Klerk, and A.W. (Bill) Musk. "All-Cause Mortality and Cancer Incidence Among Adults Exposed to Blue Asbestos During Childhood." *American Journal of Industrial Medicine* 56, (2013): 133-45.

Reid, Alison, Jane Heyworth, Nicholas H. de Klerk, and Bill Musk. "Cancer Incidence Among Women and Girls Environmentally and Occupationally Exposed to Blue Asbestos at Wittenoom, Western Australia." *International Journal of Cancer* 122, (2008): 2337-44.

Reid, Brett M., Jennifer B. Permuth, and Thomas A. Sellers. "Epidemiology of Ovarian Cancer: A Review." *Cancer Biology & Medicine* 14, no. 1 (February 2017): 9–32. https://doi.org/10.20892/j.issn.2095-3941.2016.0084.

Report on Carcinogens (ROC), Fourteenth Edition. "Asbestos." National Toxicology Program, *Department of Health and Human Services* (2016): 1-3.

Reuter, Simone, et al. "Oxidative Stress, Inflammation, and Cancer: How Are They Linked?" *Free Radic Biol Med*. (2010 December 1); 49(11): 1603–1616.

Ring, Kari L., Christine Garcia, Martha H. Thomas, and Susan C. Modesitt. "Current and Future Role of Genetic Screening in Gynecologic Malignancies." *American Journal of Obstetrics and Gynecology* 217, no. 5 (2017): 512–21. https://doi.org/10.1016/j.ajog.2017.04.011.

Risch, Harvey A. "Hormonal Etiology of Epithelial Ovarian Cancer, With a Hypothesis Concerning the Role of Androgens and Progesterone." *Journal of the National Cancer Institute*, Vol. 90, No. 23. (December 2, 1998).

Roberts, G. B. S. "Granuloma of the Fallopian Tube Due to Surgical Glove Talc Silicious Granuloma." *British Journal of Surgery* 34, No. 136 (April 1947): 417–23.

Roberts, William Clifford. "Pulmonary Talc Granulomas, Pulmonary Fibrosis, and Pulmonary Hypertension Resulting from Intravenous Injection of Talc-Containing Drugs Intended for Oral Use." *Baylor University Medical Center Proceedings* 15, No. 3 (July 2002): 260–61.

Robinson, B. W. S. "Asbestos and Cancer: Human Natural Killer Cell Activity is Suppressed by Asbestos Fibers but Can Be Restored by Recombinant Lnterleukin-2." *American Review*

*of Respiratory Disease* 139, No. 4 (April 1989): 897–901.

Roggli, V L, P C Pratt, and A R Brody. "Asbestos Content of Lung Tissue in Asbestos Associated Diseases: A Study of 110 Cases." *British Journal of Industrial Medicine* 43, No. 1 (January 1986): 18–28.

Roggli, Victor L., and Philip C. Pratt. "Numbers of Asbestos Bodies on Iron-Stained Tissue Sections in Relation to Asbestos Body Counts in Lung Tissue Digests." *Human Pathology* 14, No. 4 (April 1983): 355–61.

Rohl, Arthur N. "Asbestos in Talc." *Environmental Health Perspectives* 9, (December 1974): 129-132.

Rohl, A.N., A.M. Langer, J. Selikoff, A. Tordini, R. Klimentidis, D.R. Bowes, and D.L. Skinner. "Consumer Talcums and Powders: Mineral and Chemical Characerization." *Journal of Toxicology and Environmental Health* 2, (1976): 255-284.

Rosenblatt, Karin A., Wayne A. Mathews, Janet R. Daling, Lynda F. Voigt, and Kathleen Malone. "Characteristics of Women Who Use Perineal Powders." *Obstetrics & Gynecology* 92, No. 5 (November 1998): 753-6.

Rosenblatt, Karin A., Moyses Szklo, and Neil B. Rosenshein. "Mineral Fiber Exposure and the Development of Ovarian Cancer." *Gynecologic Oncology* 45, No. 1 (April 1992): 20–25.

Rosenblatt, Karin A., Noel S. Weiss, Kara L. Cushing-Haugen, Kristine G. Wicklund, and Mary Anne Rossing. "Genital Powder Exposure and the Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control* 22, No. 5 (May 2011): 737–42.

Rösler, Joachim A., Hans-Joachim Woitowitz, Heinz-Joachim Lange, Rotraud H. Woitowitz, Kurt Ulm, Klaus Rödelsperger. "Mortality Rates in a Female Cohort Following Asbestos Exposure in Germany." *JOM* 36, No. 8 (August 1994): 889-93.

Ross, M. "Geology, Asbestos, and Health." *Environmental Health Perspectives* 9 (December 1974): 123–24.

Rossi, V.F., et al. "Acute Inflammatory Response Secondary to Intrapleural Administration of Two Types of Talc." European Respiratory Journal, Volume 35, Number 2; (2010) 369-401.

Rubino G.F., G. Scansetti, G. Piolatto, and G. Gay. "Mortality and Morbidity Among Talc Miners and Millers in Italy" (1979). 357-63.

Rubino G.F., Giovanni Scansetti, Giorgio Piolatto, and Canzio A. Romano. "Mortality Study of Talc Miners and Millers." *J Occup Med* 18, No. 3 (March 1976): 186-93.

Saad, Antonio F., et al. "Microenvironment and Pathogenesis of Epithelial Ovarian Cancer." Horm Cancer. (2010 December); 1(6): 277–290.

Saed, Ghassan M., Ph.D. "LB-044 - Talcum Powder Enhances Cancer Antigen 125 Levels in Ovarian Cancer Cells and in Normal Ovarian Epithelial Cells." (March 10, 2018).

Saed, Ghassan M., et al. "Novel Expression of CD11b in Epithelial Ovarian Cancer: Potential Therapeutic Target." Gynecologic Oncology, 148 (2018): 567-575.

Saed, Ghassan M., Michael P. Diamond, and Nicole M. Fletcher. "Updates of the Role of Oxidative Stress in the Pathogenesis of Ovarian Cancer." *Gynecologic Oncology* 145, No. 3 (June 2017): 595–602.

Saed, Ghassan M., Robert T. Morris, and Nicole M. Fletcher. *Chapter 4: New Insights of into the Pathogenesis of Ovarian Cancer: Oxidative Stress.* (October 24, 2018).

Saed, Ghassan M., Rouba Ali-Fehmi, Zhong L. Jiang, Nicole M. Fletcher, Michael P. Diamond, Husam M. Abu-Soud, and Adnan R. Munkarah. "Myeloperoxidase Serves as a Redox Switch That Regulates Apoptosis in Epithelial Ovarian Cancer." *Gynecologic Oncology*

116, no. 2 (February 2010): 276–81. https://doi.org/10.1016/j.ygyno.2009.11.004.

Saed, Ghassan M., and Robert T. Morris, and Nicole M. Fletcher. *New Insights into the Pathogenesis of Ovarian Cancer: Oxidative Stress*, 2018.

"Safety Assessment of Talc as Used in Cosmetics." Cosmetic Ingredient Review (December 18, 2012).

Savant, Sudha S., Shruthi Sriramkumar and Heather M. O'Hagan. "The Role of Inflammation and Inflammatory Mediators in the Development, Progression, Metastasis and Chemoresistance of Epithelial Ovarian Cancer." *Cancers* 10, No. 251 (2018).

Schildkraut, J. M., S. E. Abbott, A. J. Alberg, E. V. Bandera, J. S. Barnholtz-Sloan, M. L. Bondy, M. L. Cote, et al. "Association Between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES)." *Cancer Epidemiology Biomarkers & Prevention* 25, No. 10 (October 2016): 1411–17.

Seelig, M.G., M.D., et al. "The Talcum Powder Problem in Surgery and its Solution." (1943) 950-954.

Selevan, Sherry G. John M. Dement, Joseph K. Wagoner, and John R. Froines. "Mortality Patterns among Miners and Millers of Non-Asbestiform Talc: Preliminary Report." *Journal of Environmental Pathology and Toxicology* 2, (1979): 273-84.

Selikoff, Irving J., Jacob Churg, and E. Cuyler Hammond. "Asbestos Exposure and Neoplasia." *JAMA* 188, No. 1 (April 6, 1964): 22-26.

Sharma, Anjali, Satnam Singh, Sanjeev Kumar. "Ovarian Cancer Detection: Cause, Symptoms and Techniques" *International Journal of Core Engineering & Management* 2, No. 4 (July 2015): 34-42.

Shim, Ilseob, Hyun-mi Kim, Sangyoung Yang, Min Choi, Gyun-baek Seo, Byung-Woo Lee, Byung-Il Yoon, Pilje Kim, and Kyunghee Choi. "Inhalation of Talc Induces Infiltration of Macrophages and Upregulation of Manganese Superoxide Dismutase in Rats." *International Journal of Toxicology* 34, No. 6 (November 2015): 491–99.

Shinto, Hiroyuki, Tomonori Fukasawa, Kosuke Yoshisue, Mikihito Tezuka, and Mayumi Orita. "Cell Membrane Disruption Induced by Amorphous Silica Nanoparticles in Erythrocytes, Lymphocytes, Malignant Melanocytes, and Macrophages." *Advanced Powder Technology* 25, No. 6 (November 2014): 1872–81.

Shukla, A., MacPherson, M.B., Hillegass, J., Ramos-Nino, M.E., Alexeeva, V., Vacek, P.M., Bond, J.P., Pass, H.I., Steele, C., Mossman, B.T. Alterations in gene expression in human mesothelial cells correlate with mineral pathogenicity. *Am J Respir Cell Mol Biol.* (2009). 41:114-123.

Shushan, Asher, Ora Paltiel, Jose Iscovich, Uri Elchalal, Tamar Peretz and Joseph G. Schenker. "Human Menopausal Gonadotropin and the Risk of Epithelial Ovarian Cancer." *Fertility and Sterility* 65, No. 1 (January 1996): 13-18.

Sigel, Astrid, Sigel, Helmut, Sigel, Roland K.O. "Interrelations Between Essential Metal Ions and Human Diseases" *Metal Ions in Life Sciences* 13. Vol. 13 (2013).

Sjosten, A. C. E., H. Ellis, G. A. B. Edelstam. "Retrograde migration of glove powder in the human female genital tract." *Human Reproduction* Vol. 19, No. 4 (February 2004): 991-995.

Song, Zhiwang, et al. "Expression of IL-1α and IL-6 is Associated with Progression and Prognosis of Human Cervical Cancer." Med Sci Monit, (2016) 22: 4475-4481.

Soong, Thing Rinda, Brooke E. Howitt, Alexander Miron, Neil S. Horowitz, Frank Campbell, Colleen M. Feltmate, Michael G. Muto, et al. "Evidence for Lineage Continuity between

Early Serous Proliferations (ESPs) in the Fallopian Tube and Disseminated High-Grade Serous Carcinomas." *The Journal of Pathology*, July 25, 2018. https://doi.org/10.1002/path.5145.

Sparrow, S.A., and L.A. Hallam. "Talc Granulomas." *British Medical Journal* 303, (July 6, 1991): 58.

Stanton, Mearl F., Maxwell Layard, Andrew Tegeris, Eliza Miller, Margaret May, Elizabeth Morgan and Alroy Smith. "Relation of Particle Dimension to Carcinogenicity in Amphibole Asbestoses and Other Fibrous Minerals." *Journal of the National Cancer Institute* 67, No. 5 (November 1981): 965-75.

Stanton, Mearl F. Maxwell Tegeris, Andrew Tegeris, Eliza Miller, Margaret May, and Elizabeth Kent. "Carcinogenicity of Fibrous Glass: Pleural Response in the Rat in Relation to Fiber Dimension." *Journal of the National Cancer Institute* 58, No. 3 (March 1977): 587-603.

Steffen, Joan, Triet Tran, Ella Fassler, and David S. Egilman. "Presence of Asbestos in Consumer Talc Products: Evaluating a 'Zero Tolerance' Policy" Powerpoint Presentation.

Steiling, W., J. F. Almeida, H. Assaf Vandecasteele, S. Gilpin, T. Kawamoto, L. O'Keeffe, G. Pappa, K. Rettinger, H. Rothe, and A. M. Bowden. "Principles for the Safety Evaluation of Cosmetic Powders." *Toxicology Letters*, August 17, 2018. https://doi.org/10.1016/j.toxlet.2018.08.011.

Steiling, W., M. Bascompta, P. Carthew, G. Catalano, N. Corea, A. D'Haese, P. Jackson, et al. "Principle Considerations for the Risk Assessment of Sprayed Consumer Products." *Toxicology Letters* 227, no. 1 (May 16, 2014): 41–49. https://doi.org/10.1016/j.toxlet.2014.03.005.

Stenback F., V.-M. Wasenius, and J. Rowland. "Alveolar and Interstitial Changes in Silicate-Associated Lung Tumors in Syrian Hamsters." *Cancer Research Monographs* 2 Chapter 21. (1986) 199-213.

Stewart, Louise M., Katrina Spilsbury, Susan Jordan, Colin Stewart, C. D'Arcy J. Holman, Aime Powell, Joanne Reekie, and Paul Cohen. "Risk of High-Grade Serous Ovarian Cancer Associated with Pelvic Inflammatory Disease, Parity and Breast Cancer." *Cancer Epidemiology* 55 (August 2018): 110–16. https://doi.org/10.1016/j.canep.2018.05.011.

Straif, Kurt, Lamia Benbrahim-Tallaa, Robert Baan, Yann Grosse, Béatrice Secretan, Fatiha El Ghissassi, Véronique Bouvard, et al. "A Review of Human Carcinogens—Part C: Metals, Arsenic, Dusts, and Fibres." *The Lancet Oncology* 10, No. 5 (May 2009): 453–54.

Straif, Kurt. "Update of the Scientific Evidence on Asbestos and Cancer." presented at the International Conference on Environmental and Occupational Determinants of Cancer: Interventions for Primary Prevention, Asturias (Avilés, Gijón), Spain, March 17, 2011.

Sueblinvong, Thanasak and Michael E. Carney. "Ovarian Cancer: Risks" *Hawai'I Medical Journal* 68, (March 2009): 40-46.

Szeszenia-Debrowska, Neonila, Urszula Wilczynska, Wieslaw Szymczak and Alicja Strzelecka. "Mortality Study of Workers Compensated for Asbestosis in Poland, 1970-1997." *International Journal of Occupational Medicine and Environmental Health* 15, No. 3 (2002): 267-78.

Tarchi, Marzia, Daniela Orsi, Pietro Comba, Marco de Santis, Roberta Pirastu, Giuseppe Battista, and Mauro Valiani. "Cohort Mortality Study of Rock Salt Workers in Italy." *American Journal of Industrial Medicine* 25, No. 2 (February 1994): 251–56.

Tee, Nicolin, Yingdong Zhu, Gysell M. Mortimer, Darren J. Martin and Rodney F. Minchin.

"Fluoromica Nanoparticle Cytotoxicity in Macrophages Decreases with Size and Extent Of Uptake." *International Journal of Nanomedicine* 10, (March 26, 2015), 2363-75.

Terry, K. L., S. Karageorgi, Y. B. Shvetsov, M. A. Merritt, G. Lurie, P. J. Thompson, M. E. Carney, et al. "Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859 Controls." *Cancer Prevention Research* 6, No. 8 (August 2013): 811–21.

Thomas, Terry L., and Patricia A. Stewart. "Mortality from Lung Cancer and Respiratory Disease Among Pottery Workers Exposed to Silica and Talc." *American Journal of Epidemiology* 125, No. 1 (January 1987): 35–43.

Todoric, Jelena, et al. "Targeting Inflammation in Cancer Prevention and Therapy." Cancer Prev Res (Phila) (12): (2016 December): 9895–905.

Tossavainen, A., A. Karjalainen, and P.J. Karhunen. "Retention of Asbestos Fibers in the Human Body." *Environmental Health Perspectives* 102, Supplement 5 (October 1994): 253-55.

Trabert, Britton, et al. "Aspirin, Nonaspirin Nonsteroidal Anti-inflammatory Drug, and Acetaminophen Use and Risk of Invasive Epithelial Ovarian Cancer: A Pooled Analysis in the Ovarian Cancer Association Consortium." *JNCI, Oxford University Press* (2014).

Trabert, Britton, Ligia Pinto, Patricia Hartge, Troy Kemp, Amanda Black, Mark E. Sherman, Louise A. Brinton, et al. "Pre-Diagnostic Serum Levels of Inflammation Markers and Risk of Ovarian Cancer in the Prostate, Lung, Colorectal and Ovarian Cancer (PLCO) Screening Trial." *Gynecologic Oncology* 135, No. 2 (November 2014): 297–304.

Trabert, Britton, Elizabeth M Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L Anderson, Theodore M Brasky, et al. "Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium." *JNCI: Journal of the National Cancer Institute*, May 31, 2018. https://doi.org/10.1093/jnci/djy100.

Tzonou, Anastasia, Argy Polychronopoulou, Chung-cheng Hsieh, Apostolos Rebelakos, Anna Karakatsani, and Dimitrios Trichopolous. "Hair Dyes, Analgesics, Tranquilizers and Perineal Talc Application as Risk Factors for Ovarian Cancer." *International Journal of Cancer* 55, (1993): 408-410.

US EPA. "Health Assessment Document for Talc. | National Technical Reports Library - NTIS." -600/8-91/217, 1992. https://ntrl.ntis.gov/NTRL/dashboard/searchResults/titleDetail/PB92239524.xhtml.

US EPA National Center for Environmental Assessment. "Arsenic, inorganic; CASRN 7440-38-2." (1995).

Vanderhyden, Barbara C, Tanya J Shaw, and Jean-François Ethier. "Animal Models of Ovarian Cancer." *Reproductive Biology and Endocrinology : RB&E* 1 (October 7, 2003): 67. https://doi.org/10.1186/1477-7827-1-67.

Van Dyke, Knox, Shaily Patel, and Val Vallyathan. "Lucigenin Chemiluminescence Assay as an Adjunctive Tool for Assessment of Various Stages of Inflammation: A Study of Quiescent Inflammatory Cells." *Journal of Biosciences* 28, No. 1 (February 2003): 115–19.

Van Gosen, Bradley S. "Using the Geologic Setting of Talc Deposits as an Indicator of Amphibole Asbestos Conent." *Environmental Geology.* (2004): 45:920-939.

Van Huisstede, A. et al. "Talcosis due to abundant use of cosmetic talcum powder." *European Respiratory Review* Vol. 19, No. 116 (2010): 165-168.

Vasama-Neuvonen, Eero Pukkala, Harri Paakkulainen, Perttie Mutanen, Elisabeth Weiderpass, Paolo Boffetta, et al. "Ovarian Cancer and Occupational Exposures in Finland."

*American Journal of Industrial Medicine* 36, (1999): 83-89.

Venkatesan, Priya. "Possible X Chromosome-Linked Transmission of Ovarian Cancer." *The Lancet. Oncology* 19, no. 4 (April 2018): e185. https://doi.org/10.1016/S1470-2045(18)30183-9.

Venter, P. F., M. Iturralde. "Migration of a Particulate Radioactive Tracer from the Vagina to the Peritoneal Cavity and Ovaries." *SA Medical Journal* (1979): 917-919.

Verdoodt, Freija, Christian Dehlendorff, Søren Friis, and Susanne K. Kjaer. "Non-Aspirin NSAID Use and Ovarian Cancer Mortality." *Gynecologic Oncology* 150, no. 2 (2018): 331–37. https://doi.org/10.1016/j.ygyno.2018.06.018.

Virta, RL. "The Phase Relationship of Talc and Amphiboles in a Fibrous Talc Sample." IH; Report of Investigations, 1985. https://www.cdc.gov/niosh/nioshtic-2/10004328.html.

Virta, Robert L. "Talc and Pyrophyllite." *U.S. Geological Survey Minerals Yearbook* (1999).

Wagner, J.C., G. Berry, T.J. Cooke, R.J. Hill, F.D. Pooley, and J.W. Skidmore. "Animal Experiments with Talc." (1977). (JNJ 000020991-98).

Wang, Xiaorong, Sihao Lin, Ignatius Yu, Hong Qiu, Yajia Lan, and Eiji Yano. "Cause-Specific Mortality in a Chinese Chrysotile Textile Worker Cohort." *Cancer Science* 104, No. 2 (February 2013): 245–49.

Wehner, A.P. "Biological Effects of Cosmetic Talc." *Food and Chemical Toxicology* 32, No. 12 (1994): 1173-84.

Wehner, A.P., G.M. Zwicker, W.C. Cannon, C.R. Watson, and W.W. Carlton. "Inhalation of Talc Baby Powder by Hamsters." *Food and Cosmetics Toxicology* 15, No. 2 (January 1977): 121–29.

Wehner, A.P., A.S. Hall, R.E. Weller, E.A. Lespel, and R.E. Schirmer. "Do Particles Translocate from the Vagina to the Oviducts and Beyond?" *Food and Chemical Toxicology* 23, No. 3 (1985): 367-72.

Wehner, A.P., R.E. Weller, and E.A. Lepel. "On Talc Translocation from the Vagina to the Oviducts and Beyond." *Food and Chemical Toxicology* 24, No. 4 (1986): 329-38.

Wells, I. P., P. A. Dubbins, W. F. Whimster. "Pulmonary disease caused by the inhalation of cosmetic talcum powder." *British Journal of Radiology* 52 (1979): 586-588

Wendel, Jillian R. Hufgard, Xiyin Wang, and Shannon M. Hawkins. "The Endometriotic Tumor Microenvironment in Ovarian Cancer." *Cancers* 10, No. 261 (2018).

Werebe, Eduardo Campos, et al. "Systemic Distribution of Talc After Intrapleural Administration in Rats" Laboratory and Animal Investigations, CHEST 115 (January 1999): 190-193.

Werner, I. "Presence of Asbestos in Talc Samples." *Atemschutzinform* 21, no. 5 (1982).

Wessling-Resnick, Marianne. "Iron Homeostasis and the Inflammatory Response." Annu Rev Nutr. (2010 August 21): 30: 105–122.

Whittemore, Alice S, Marion L. Wu, Ralph S. Paffenbarger, Jr., Dorien L Sarles, James B Kampert, and Stella Grosser, et al. "Personal and Environmental Characteristics Related to Epithelial Ovarian Cancer." *American Journal of Epidemiology* 128, No. 6 (1988): 1228-40.

Whysner, John, and Melissa Mohan. "Perineal Application of Talc and Cornstarch Powders: Evaluation of Ovarian Cancer Risk." *American Journal of Obstetrics and Gynecology* 182, No. 3 (March 2000): 720–24.

Wiegand, HJ; Ottenwalder, H; Bolt, HM. (1985) Fast uptake kinetics in vitro of 51Cr(VI) by red blood cells of man and rat. Arch Toxicol 57:31-34.

Wignall, B.K., and A.J. Fox. "Mortality of Female Gas Mask Assemblers." *British Journal of Industrial Medicine* 39, No. 1 (February 1, 1982): 34–38.

Wilczynksa, Urszula, Wieslaw Szymczak, and Neonila Szeszenia. "Mortality from Malignant Neoplasms Among Workers of an Asbestos Processing Plant in Poland: Results of Prolonged Observation." *International Journal of Occupational Medicine and Environmental Health* 18, No. 4 (2005): 313-26.

Wild, P., K. Leodolter, M. Refregier, H. Schmidt, T. Zidek, G. Haidinger. "A Cohort Mortality and Nested Case-Control Study of French and Austrian Talc Workers." *Occupational and Environmental Medicine* 59, No. 2 (February 2002): 98–105.

Wild, P. "Lung Cancer Risk and Talc Not Containing Asbestiform Fibres: A Review of the Epidemiological Evidence." *Occupational and Environmental Medicine* 63, No. 1 (January 2006): 4–9.

Wong, C., Ronald E. Hempling, M. Steven Piver, Nachimuthu Natarajan, and Curtis J. Mettlin. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics & Gynecology* 93, No. 3 (March 1999): 372–76.

Woodruff, J. D. "The Pathogenesis of Ovarian Neoplasia." *The Johns Hopkins Medical Journal* 144, no. 4 (April 1979): 117–20.

World Bank, Operations Policy and Country Services, May 2009: https://siteresources.worldbank.org/EXTPOPS/Resources/AsbestosGuidanceNoteFinal.pdf

Worley, Michael J., Jr., et al. "Endometriosis-Associated Ovarian Cancer: A Review of Pathogenis." *Int. J. Mol. Sci.* 14, (2013): 5367-5379.

Wright, H.R., J.C. Wheeler et al. "Potential toxicity of retrograde uterine passage of particulate matter." *Journal of Long-Term Effects of Medical Implants* Vol. 6, Nos. 3-4 (1996): 199-206.

Wu, A.H., C.L. Pearce, C.-C. Tseng, and M.C. Pike. "African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates." *Cancer Epidemiology Biomarkers & Prevention* 24, No. 7 (July 2015): 1094–1100.

Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, Claire Templeman, and Malcolm C. Pike. "Markers of Inflammation and Risk of Ovarian Cancer in Los Angeles County." *International Journal of Cancer* 124, No. 6 (March 15, 2009): 1409–15.

Wu, Ruijin, et al. "Macrophage Contributions to Ovarian Function." *Human Reproduction Update*, Vol.10, No.2 (2004): pp. 119-133.

Yafei, Zhu, et al. "Correlation Between Macrophage Infiltration and Prognosis of Ovarian Cancer-A Preliminary Study." *Biomedical Research*, 27 (2): (2016) 305-312.

Yilmaz, Ercan, et al. "Immunhistochemical Analysis of Nuclear Factor Kappa Beta Expression in Etiopathogenesis of Ovarian Tumors." *Acta Cir Bras*; 33(7) (2018) 641-650.

Zazenski, R., W. H. Ashton, D. Briggs, M. Chudkowski, J. W. Kelse, L. MacEachern, E. F. McCarthy, M. A. Nordhauser, M. T. Roddy, and N. M. Teetsel. "Talc: Occurrence, Characterization, and Consumer Applications." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 218–29.

Zervomanoklakis, I, H.W. Ott, D Hadziomerovic, V. Mattle, B.E. Seeber, I. Virgolini, D. Heute, S. Kissler, G. Leyendecker, and L. Wildt. "Physiology of Upward Transport in the Human Female Genital Tract." *Annals of New York Acadamy of Sciences* 1101, no. 1 (2007): 1–20. https://doi.org/10.1196/annals.1389.032.

**Produced Documents**

000526 _ 17 (MA90013-0005)
IMERSY 210810
IMERSY 238270
IMERSY 238457
IMERSY 499486
IMERYS 030347
IMERYS 031791
IMERYS 051370
IMERYS 051436
IMERYS 051442
IMERYS 060644
IMERYS 088907
IMERYS 120564
IMERYS 130504
IMERYS 137677
IMERYS 170006
IMERYS 210707
IMERYS 210758
IMERYS 211157
IMERYS 238132
IMERYS 238468
IMERYS 238478
IMERYS 342524
IMERYS 442232-33
IMERYS 477879
IMERYS 500801
IMERYS045182
IMERYS045184
IMERYS051370
IMERYS053387
IMERYS053387
IMERYS189001
IMERYS189001
IMERYS210136
IMERYS210700
IMERYS210701
IMERYS210724
IMERYS210788-210799

IMERYS210794
IMERYS210801-210803
IMERYS210810-210812
IMERYS210824
IMERYS211157
IMERYS214720
IMERYS219720
IMERYS219720
IMERYS241866
IMERYS248877
IMERYS255101
IMERYS255224
IMERYS255384
IMERYS255394
IMERYS255395
IMERYS279884
IMERYS279968
IMERYS281335
IMERYS281776
IMERYS286445
IMERYS304036
IMERYS304036
IMERYS324700
IMERYS340454
IMERYS340798
IMERYS342524
IMERYS346016
IMERYS469478
IMERYS477879
IMERYS501956
IMERYS-A_0015621
IMERYS-A_0015663
IMERYS-MDL-AB_0005560
J&J-0007797 (JNJMX68_000012854)
J&J-0007801 (JNJMX68_000012858)
JNJ 000000704
JNJ 000001918
JNJ 000037468
JNJ 000046293
JNJ 000062176
JNJ 000063608

JNJ 000063951
JNJ 000087928
JNJ 000088570
JNJ 000089413
JNJ 000131754
JNJ 000223449
JNJ 000229914
JNJ 000231304
JNJ 000233691
JNJ 000234805
JNJ 000237076
JNJ 000237379
JNJ 000238011
JNJ 000239723
JNJ 000239730
JNJ 000246437
JNJ 000252742
JNJ 000269848
JNJ 000281921
JNJ 000286900
JNJ 000319762
JNJ 000347962
JNJ 000375383
JNJ 000383662
JNJ 000383914
JNJ 000390346
JNJ 000460665
JNJ 000488188
JNJ 000488318
JNJ000063608
JNJ000065666
JNJ000085374
JNJ000086280
JNJ000131758
JNJ000222851
JNJ000232897
JNJ000232996
JNJ000237076
JNJ000238826,
JNJ000239723
JNJ000239730

JNJ000245002
JNJ000246437
JNJ000246844
JNJ000248023
JNJ000251888
JNJ000260807
JNJ000261010
JNJ000269904
JNJ000281919
JNJ000281921
JNJ000285351
JNJ000291914
JNJ000291916
JNJ000314406
JNJ000314680
JNJ000346572
JNJ000346747
JNJ000347962
JNJ000347962
JNJ000347962
JNJ000378044
JNJ000521616
JNJ000629320
JNJ000886067
JNJAZ55_000005957
JNJAZ55_000008177
JNJAZ55_00004644
JNJI4T5_000004521
JNJNL61_00000266
JNJMX68_000003729 (Exhibit J&J-185)
JNJMX68_000004296
JNJMX68_000012745
JNJMX68_000013019
JNJMX68_000022920
JNJNL61_000001341
JNJNL61_000005343
JNJNL61_000006591
JNJNL61_000006591
JNJNL61_000006591
JNJNL61_000006792

JNJNL61_000023234

JNJNL61_000024449
JNJNL61_000024650
JNJNL61_000024657
JNJNL61_000025152
JNJNL61_000027053
JNJNL61_000032036
JNJNL61_000033574
JNJNL61_000043243
JNJNL61_000043244
JNJNL61_000043245
JNJNL61_000043246
JNJNL61_000043271
JNJNL61_000043272
JNJNL61_000064161
JNJNL61_000064162
JNJNL61_000079334
JNJNL61_000090039

JNJS71R_000000139

JNJS71R_000001978
JNJS71R_000002199
JNJS71R_000007083
JNJS71R_000009825
JNJS71R_000011316
JNJTALC000384809
JNJTALC000864509
JNJTALC000878141
JOJO-MA2330

**Depositions**

Deposition of Alice M. Blount Dated 4.13.2018
Deposition and Exhibits of Laura M. Plunkett Dated 1.11.2017-1.13.2017
Deposition of Dr. Thomas Dydek Dated 8.21.18
Deposition and Exhibits of John Hopkins Dated 8.16.18-8.17.18
Deposition and Exhibits of Julie Pier Dated 9.12.18-9.13-18
Deposition and Exhibits of Pat Downey Dated 8.7.18-8.8.18
Deposition of Robert Glenn Dated 10.18.18

Deposition and Exhibits of Donald Hicks Dated 6.28.18-6.29.8

**Reports**

Expert Report of Michael M. Crowley, PhD
Expert Report of William E. Long, PhD and Mark W. Rigler PhD.   Analysis of J&J Baby
     Powder & Valiant Shower to Shower Talc Products for Amphibole (Tremolite) Asbestos
     Expert Report.   August 2, 2017.
Expert Report of William E. Long, PhD, Mark W. Rigler, PhD and William B. Egeland, M.S.,
     P.G.   Below the Waist Application of J&J Baby Powder Expert Report.   September,
     2017.
Expert Report of William E. Longo, PhD and Mark W. Rigler PhD.   TEM Analysis of
     Historical 1978 Johnson's Baby Powder Sample for Amphibole Asbestos .   February 16,
     2018.
Expert Report of William E. Longo, PhD and Mark W. Rigler, PhD. November. 14, 2018.
Expert Report (Brower v. J&J) of Dr. Thomas Dydek
Expert Report (Brower v. J&J) of Dr. Laura Plunkett
Supplmental Expert Report (Brower v. J&J) of Dr. Laura Plunkett

Exhibit 25

# Migration of a Particulate Radioactive Tracer from the Vagina to the Peritoneal Cavity and Ovaries

P. F. VENTER,   M. ITURRALDE

## SUMMARY

In this report we describe a radionuclide procedure designed to evaluate the migration of a particulate radioactive tracer from the vagina to the peritoneal cavity and ovaries, as well as the determination of the patency of the pathways between these two extremes of the female reproductive system.

$^{99m}$Tc-labelled human albumin microspheres ($^{99m}$Tc-HAM) were deposited in the posterior fornices of 24 patients a day before they were to undergo different gynaecological operations. During this period sequential images were obtained and after the operation radioactivity levels in the removed organs and tissues were counted with a scintillation detector.

In 14 out of 21 cases, the ovaries and fallopian tubes were counted separately from the uterus. Nine were positive (radioactivity levels were sufficiently high in the tubes and ovaries) and 5 were negative (no substantial radioactivity levels could be detected in either the tubes or the ovaries). The 5 negative results all occurred in patients with proved tubal damage as a result of previous infection.

All the results were either true positive or true negative, providing evidence of migration, or obstruction, of $^{99m}$Tc-HAM from the vagina through the uterus and tubes to the peritoneal cavity and ovaries.

*S. Afr. med. J.*, **55**, 917 (1979).

In the female, the peritoneal cavity is linked with the outside via the fallopian tubes, the uterus and the vagina, and there is evidence of migration of different substances in either direction. For example, malignant cells from ovarian carcinoma can be demonstrated in the posterior fornix of the vagina.[1] After menstruation the gonococcus can penetrate the cervix and gain access through the uterus and tubes to the peritoneal cavity and ovaries.[2] For pregnancy to occur, spermatozoa have to move up the uterus and the ova down the tube. Retrograde menstruation is also a well-known phenomenon. After insufflation, air and gases pass easily from the vagina into the peritoneal cavity up to the diaphragm. Radio-opaque contrast media are introduced with great ease through the uterus and

tubes into the peritoneal cavity, and tubal patency is easily demonstrated during peritoneoscopy by injection of a dye through the cervix and into the tubes.[3]

Does this also hold for inert chemical substances? Will a chemical substance deposited in the vagina later appear in the peritoneal cavity? Such migration could well explain the aetiological role of chemical substances in certain gynaecological diseases. It has already been suggested that talcum powder is one of these potentially dangerous inert chemical products. Electron micrographic slides of removed human ovaries have shown asbestos particles resting on them, and there is evidence that these particles originated from talc used to dust condoms.[4]

To demonstrate the upward migration of chemical substances we made use of radionuclide imaging and counting techniques.

## MATERIAL AND METHODS

The subjects of this study were 24 adult women, both Blacks and Whites, from the Academic Hospitals of the University of the Orange Free State in Bloemfontein. All had been admitted to hospital for elective gynaecological surgical operations (Table I). The radionuclide procedure was explained and the necessary consent obtained

### TABLE I. SURGICAL INDICATION AND OPERATIVE PROCEDURE

| Number of patients | Surgical indication | Operative procedure |
|---|---|---|
| 4 | Sterilization | Fimbriectomy |
| 7 | Ca. breast stage III | Bilateral salpingo-oöphorectomy |
| 1 | Ca. breast stage III | Hysterectomy and bilateral salpingo-oöphorectomy |
| 2 | Postmenopausal bleeding | Dilatation and curettage |
| 2 | Postmenopausal bleeding | Hysterectomy and bilateral salpingo-oöphorectomy |
| 3 | Menorrhagia | Dilatation and curettage |
| 4 | Menorrhagia | Hysterectomy and bilateral salpingo-oöphorectomy |
| 1 | Pelvic infection | Hysterectomy and bilateral salpingo-oöphorectomy |

### Procedure

The patient was placed in the supine position with the buttocks slightly elevated. The cervix and posterior fornix were exposed with a Cusco vaginal speculum and between 10 and 15 mCi of $^{99m}$Tc-labelled human albumin microspheres (HAM) in a volume of less than 3 ml was

Department of Obstetrics and Gynaecology, University of the Orange Free State and Academic Hospitals, Bloemfontein
P. F. VENTER, M.MED. (O. & G.), F.R.C.O.G., *Professor*

Department of Nuclear Medicine, University of the Orange Free State and Academic Hospitals, Bloemfontein
M. ITURRALDE, M.D., D.M., *Professor and Head*

Date received: 22 November 1978.
Reprint requests to: Professor M. Iturralde, Dept of Nuclear Medicine, University of the Orange Free State, PO Box 339 (M. 27), Bloemfontein, 9300 RSA.

Case 3:16-md-02738-MAS-RLS  Document 10065-5  Filed 06/21/19  Page 611 of 828 PageID: 87580

deposited in the posterior fornix. The patient was kept in this position for about 2 hours. The vulva was covered with a sanitary towel, and the legs were pressed together to prevent the radionuclide solution streaming from the vagina and thus lowering count levels.

In a few cases images were obtained, 4 and 24 hours after deposition of the radioactive tracer, with a Nuclear Chicago Pho/Gamma III scintillation camera (Figs 1 and 2). In most cases a count was performed on removed surgical specimens as a whole or separately on the uterus

and adnexae, for 1 000 seconds in a 12,7-cm well scintillation detector. In one case a piece of the anterior peritoneum, fluid from the pouch of Douglas and blood were also included in the count, to determine the possibility of reabsorption into the bloodstream from the vaginal mucosa.

Radiation exposure to the patients was low owing to the short half-life of $^{99m}$Tc (6 hours), and in most cases it was almost negligible since the target organs had been surgically removed.



Fig. 1. Scintiphotographs showing positive $^{99m}$Tc-HAM migration: A — from the vagina to the uterus (4 hours after deposition); B — in both tubes (6 hours after deposition); C — reaching the peritoneal cavity and ovaries 24 hours after deposition (markers in the anterior superior iliac spines).



Fig. 2. Scintiphotographs showing negative $^{99m}$Tc-HAM migration: A — in the left tube (4 hours after deposition); the right tube is patent; B — in both tubes; 24 hours after deposition radioactivity remains in the uterus (markers in the anterior superior iliac spines).

Case 3:16-md-02738-MAS-RLS  Document 10065-5  Filed 06/21/19  Page 612 of 828 PageID: 87581

## RESULTS

A total of 24 patients were examined. Because radio-nuclide material streamed away from the vagina in 3 patients, these cases were considered technically defective and were not included in the final analysis.

Of the remaining 21 cases 16 were positive, that is sufficiently high radioactivity levels were obtained as evidence of migration of the radioactive tracer to the uterus or the tubes and ovaries. The results were negative in 5 cases; in 2 of them the radioactive microspheres did not pass from the vagina to the uterus and in the other 3 there was no migration to the adnexae or fimbria. In the latter, it was impossible to determine radioactivity levels in the uterus because the latter was not removed.

### TABLE II. SUMMARY OF RESULTS

| Patient | Tissue examined | Radioactivity present (+) or absent (−) |
|---|---|---|
| 1 | Organ imaging fimbria | Uterus, adnexa, fimbria + |
| 2 | Organ imaging | Uterus and adnexa + |
| 3 | Organ imaging fimbria | Uterus, adnexa, fimbria + |
| 4 | Organ imaging adnexa | Uterus +, adnexa + |
| 5 | Uterus and adnexa | Uterus +, adnexa − |
| 6 | Endometrium | Endometrium − |
| 7 | Organ imaging endometrium | Uterus and endometrium + |
| 8 | Organ imaging endometrium | Uterus and endometrium − |
| 9 | Endometrium | Endometrium + |
| 10 | Uterus and adnexa | Uterus and adnexa + |
| 11 | Adnexa | Adnexa + |
| 12 | Uterus and adnexa | Uterus and adnexa + |
| 13 | Uterus and adnexa | Uterus, adnexa + |
| 14 | Endometrium | Endometrium + |
| 15 | Uterus and adnexa | Uterus +, adnexa − |
| 16 | Adnexa | Adnexa + |
| 17 | Adnexa | Adnexa + |
| 18 | Fimbria | Fimbria − |
| 19 | Uterus and adnexa | Uterus and adnexa + |
| 20 | Adnexa | Adnexa − |
| 21 | Adnexa | Adnexa − |

In 14 out of 21 cases it was possible to measure radio-activity levels in the adnexa separately from the uterus. Nine of these showed marked radioactivity in the tubes and ovaries, while in 5 the radioactivity levels were not much higher than the background. In all 5 of these patients, severe tubal occlusion due to previous infection was confirmed by study of the removed specimens (Table II).

In 1 case, radioactivity levels in blood were not much higher than in the background, which indicated that radio-active tracer had not reached the adnexa through the blood supply owing to local reabsorption in the vaginal mucosa.

## DISCUSSION

Evidence is available for migration of different substances in either direction within the female reproductive system between the peritoneal cavity and ovaries via the tubes, uterus and vagina, and the outside. Various living organisms actively follow this pathway in both directions. Gases, fluids, dyes and contrast media can easily be introduced from the vagina into the peritoneal cavity. If transit can take place so easily, it is probably the same for many chemical substances used for hygienic, cosmetic or medicinal purposes, many of which may have potential carcinogenic or irritating properties.

To prove this would be of great practical value, because migration of certain chemical substances could play an important aetiological role in gynaecological diseases and especially in carcinoma of the ovary.

We found the use of a particulate radioactive agent such as $^{99m}$Tc-HAM with a size range of 30 - 50 $\mu$m to be a suitable and safe means of imaging and evaluating tubal patency and demonstrating the possibility of transit of particles from the vagina to the peritoneal cavity and ovaries.

Results obtained by this technique correlated with findings in the surgically removed specimens, thus demonstrating the accuracy of this radionuclide procedure.

REFERENCES

1. Graham, R. and Graham, R. C. (1967): Brit. J. Obstet. Gynaec., 74, 371.
2. Schwarz, R. H. in Monet, G. R. G., ed. (1974): Diseases in Obstetrics and Gynaecology, pp. 381 - 395. London: Harper & Row.
3. Jordan, J. A. (1974): Clinics Obstet. Gynaec., 1, 395.
4. News and Comment (1978): S. Afr. med. J., 54, 14.

Exhibit 26

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) |
| *THIS DOCUMENT RELATES TO ALL CASES* | |

**RULE 26 EXPERT REPORT OF**
**JACK SIEMIATYCKI MSc, PhD**

Date:   November 16, 2018

_____
Jack Siemiatycki MSc, PhD

**EXPERT REPORT OF JACK SIEMIATYCKI MSc, PhD**

**On**

**TALCUM POWDER USE AND OVARIAN CANCER**

Jack Siemiatycki, MSc, PhD, FCAHS

106 Columbia Avenue

Westmount, Quebec, Canada

November 16, 2018

# TABLE OF CONTENTS

1.  **My mandate**.................................................................................................................. 1

2.  **My credentials, expertise and experience** ............................................................. 1

3.  **Overview of my methodology** ................................................................................... 4

4.  **The science of epidemiology** ..................................................................................... 5

    *4.1    Some basic measures and notions used in epidemiology* .......................................... 6
    *4.2    Bradford Hill "guidelines"* ....................................................................................... 18

5.  **Epidemiologic evidence regarding talc and ovarian cancer** ............................. 23

    *5.1    IARC review and evaluation of talcum powder products* ........................................ 23
    *5.2    Information consulted for the present review* .......................................................... 25
    *5.3    My methodology for this review* .............................................................................. 26
    
    5.3.1    Selecting studies for review ................................................................................ 26

    5.3.2    What were women exposed to in body powders? ................................................ 29

    5.3.3    Routes of exposure ............................................................................................. 31

    5.3.4    Questionnaire items on use of talc powders ....................................................... 32

    5.3.5    Metrics of exposure ............................................................................................ 33

6.  **My meta-analyses regarding talcum powder products and ovarian cancer: data included and results** ................................................................................................................. 33

    *6.1    Features of the studies* ........................................................................................... 33
    *6.2    Association between binary variable talc powdering and all types of ovarian cancer combined – data and results* ................................................................................................................. 34

    6.2.1    Individual studies and results on binary exposure variable ................................ 34

    6.2.2    Strategy for Main analysis and sensitivity analyses ........................................... 35

    6.2.3    Results of meta-analyses on binary exposure variable for all ovarian cancers.... 38

    6.2.4    Other contemporaneous meta-analyses on binary exposure variable for all ovarian cancers 39

    *6.3    Dose-response – cumulative exposure, duration and frequency* .............................. 42
    *6.4    Subtypes of ovarian cancer - in particular, serous invasive tumors* ........................ 45
    *6.5    Conclusion from meta-analyses and dose-response considerations* ......................... 47

7.  **Misconceptions and possible biases** ...................................................................... 47

    *7.1    Some prominent misconceptions in reviewing the evidence* ................................... 48
    *7.2    Alternative explanations - Biases and errors* ......................................................... 53

    7.2.1    Bias due to non-response or non-participation ................................................... 53

    7.2.2    Recall or reporting bias ...................................................................................... 54

    7.2.3    Non-differential (or random) error in recall or reporting of exposure to powders ....55

    7.2.4    Short follow-up periods for disease ascertainment............................................. 57

7.2.5   Diagnostic error ................................................................................................ 57

7.2.6   Initiation of powdering as a result of ovarian cancer .................................. 58

7.2.7   Confounding .................................................................................................... 59

7.2.8   Publication bias .............................................................................................. 60

7.2.9   Summary comments regarding biases and errors ......................................... 61

**8.      Bradford Hill guidelines applied to talc and ovarian cancer** ....................... **61**

**9.      Contrast with IARC Monograph and other reviews** ...................................... **67**

**10.      Conclusion** ........................................................................................................ **69**

**11.      Tables** ............................................................................................................... **70**

**12.      Figures** ............................................................................................................. **90**

**13.      Appendix A** ...................................................................................................... **94**

**14.      Appendix B** .................................................................................................... **103**

**15.      Appendix C** .................................................................................................... **107**

**16.      References** ...................................................................................................... **109**

**Bibliography Part A: Documents available in the Public Domain** ....................... **110**

**Bibliography – Part B: Documents not available in the Public Domain** ............... **127**

**17.      Curriculum Vitae – Jack Siemiatycki** ........................................................... **141**

## 1.    My mandate

I have been retained to assess the epidemiologic evidence regarding the **general causation** between perineal (or genital) use of talcum powder products and risk of ovarian cancer. The question is: "Can application of talcum powder products in the perineal region cause ovarian cancer?"

All of my opinions in this report are stated to a reasonable degree of scientific certainty.

## 2.    My credentials, expertise and experience

I am a tenured Professor of epidemiology at the University of Montreal and an Adjunct Professor of epidemiology at McGill University in Montreal. I have received prestigious national research awards in Canada, such as National Health Scientist Salary Award, Medical Research Council Distinguished Scientist Award, Canada Research Chair in Environment and Cancer and, currently, I hold the Guzzo-Cancer Research Society Chair in Environment and Cancer. I am an elected fellow of the Canadian Academy of Health Sciences. I was awarded a lifetime achievement award by the Canadian Society for Epidemiology and Biostatistics, the premier professional organisation in our discipline.

Trained in statistics and in epidemiology, I have devoted most of my research career to investigating links between environmental, occupational and lifestyle factors and various types of cancer. My research has been both substantive – namely, looking at particular factors and their possible relationship to particular cancers - and methodological – namely, exploring how to evaluate and enhance the validity of epidemiologic research through various prisms: study design, data collection methods and statistical analysis. Of my approximately 250 research publications, about one quarter would be considered to have methodological focus.

I have held various leadership positions, including the elected presidency of the Canadian Society for Epidemiology and Biostatistics, and elected membership on the Board of the American College of Epidemiology.   I have been invited to serve on over 160 Boards, Scientific Councils and Expert Panels for a host of governments, universities or research agencies. Examples include: Board of Directors of the Canadian National Cancer Institute, member of expert panel tasked with recommending priorities for action under the

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

Canadian Environmental Protection Act, member of external peer review panel of the Epidemiology branch of the US National Cancer Institute (NCI), member of two different expert advisory bodies to research projects at the NCI, consulted by President Clinton's Cancer panel, member of external peer review panel for the Helmholtz German national medical research agency, Chair of the Scientific Council of the largest prospective study of causes of cancer being conducted in France, and others of that nature.

I have been associate editor of the American Journal of Epidemiology and the International Journal of Environmental Health. In addition, I have served as reviewer for about 20 journals. I have served as a chair and as a member of grant review panels for major Canadian scientific funding agencies.

My research programme has been well funded by Canadian funding agencies for over 35 years. I have conducted research and published on the carcinogenicity of a large number of agents in the occupational environment (e.g. asbestos, silica, welding fumes) and in the general environment (e.g. smoke from wood stoves, urban air pollution) and lifestyle factors (e.g. smoking, alcohol, use of cell phones).

I have taught and supervised epidemiology students and many of my former trainees are now faculty members in universities around the world.

I have had a long association with the International Agency for Research on Cancer (IARC). IARC is the premier institution in the world for cancer epidemiology and for environment and cancer research. It has several mandates, including the organisation and compilation of standardised high quality data on cancer incidence around the world, the conduct of original research, and the evaluation of the carcinogenicity of different agents with which humans come into contact. The latter is achieved through a process that involves identifying chemical or physical agents for evaluation, convening specially selected international expert panels that are mandated to review all pertinent evidence on the topic and write a thorough review culminating in an evaluation of whether the agent(s) are human carcinogens. Since the inception of this program in 1971, there have been about 120 meetings held and approximately 1100 agents have been evaluated.

A particular point of pride for me is that over the years, research results from my team have been cited as part of the information base on 69 of the 1100 agents that have been evaluated, probably making my team the most cited epidemiology team in the history of the IARC Monograph program.

My association with IARC began when I did a post-doctoral fellowship there in 1977-79. Over the intervening years I have collaborated with scientists at IARC on various research projects. I was a member of the 18-member Scientific Council of IARC from 2006 to 2010 including two years as elected Chairman of the Council. The Scientific Council oversees all of the scientific activities at IARC; its members are named by the member states of IARC. I have been invited to sit on IARC Monograph international expert panels for 5 of the 60 panels convened in the past 25 years. One of the IARC Monograph panels of which I was a member was tasked with evaluating: "Carbon black, titanium dioxide and non-asbestiform talc." Out of the 16 invited experts who participated in the meeting as members of the Working Group, I was selected to chair the meeting.

Subsequent to the IARC meeting and the report of the meeting, a small subgroup of members of the IARC Working Group, of which I was a member, conducted and published a meta-analysis of the results of the studies that had been available to the IARC Working Group (Langseth, 2008)

Although I have not personally produced original data collection studies on the topic, I am well qualified to review the epidemiologic evidence. I have participated in two published reviews of the issue. The methodologic expertise and analytical skills required to critically review and evaluate such evidence is generic to the vast area of environmental epidemiology of cancer. I am routinely asked by journals and grant agencies to provide expert opinions on topics for which I have not produced original data collection studies, but that are within the purview of my expertise. The invitation by IARC to chair the meeting at which talc was evaluated is testimony to the fact that my competence and expertise in this matter are internationally recognized by peers. I do not claim expertise in various adjoining domains that inform this issue, including physiology, pathology, clinical oncology, experimental toxicology, geology and mineral chemistry. However, I do have the

expertise and skill to assimilate information that is provided by experts in these areas. I have previously submitted a report on my review of the evidence regarding talcum powder products and ovarian cancer in October 2016.

I have previously served as an expert witness for plaintiffs in one U.S. court case, and that was a talc litigation in Los Angeles in 2017. (Eva Echeverria, BC628228, Johnson and Johnson Talcum Powder Cases, CA JCCP No. 4872), and I testified that the genital use of talcum powder products can cause ovarian cancer.

I have served as an expert witness in two Canadian court cases, neither having to do with talc or hygiene powders or ovarian cancer. One case dealt with a class action lawsuit on behalf of a town in Canada adjoining a Canadian military base where there had allegedly been a spill of trichloroethylene that seeped into the water table of the town. The residents claimed that the contamination had caused cases of cancer. I was an expert for the defence, the Canadian government, and I testified in 2012. (Province of Quebec Superior Court file 200-06-000038-037).

The other case was a class action on behalf of Quebec residents who contracted cancer and had been smokers, claiming that the tobacco companies were responsible for their diseases. I was an expert for the plaintiffs and I testified in 2014. (Province of Quebec Superior Court file 500-06-000076-980).

In my work as an expert for legal cases, my time is billed at the rate of $450 per hour for research, report preparation, communications with counsel, participation in depositions, and testimony in court.

## 3.    Overview of my methodology

The basis of my opinions derive from my education, training, experience, research and what is accepted within the community of leading scientists practicing in the field of epidemiology. My opinions are based on my review of the relevant materials, published in the scientific literature and/or produced in this case; including internal company documents, as well as relevant depositions, reports and testimony in the talcum powder product litigation. To reach my conclusions, I have employed the same scientific

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

methodology and rigor that I use in my research, in my publications and in the consulting and advising that I carry out on behalf of governments, public health agencies and research institutes. This includes a review of the relevant published literature, expert judgment to assess the quality and meaning of the various studies that were reviewed, and syntheses of the available evidence and any other pertinent medical and scientific evidence of which I am aware. The methods I used to derive and present my opinions are those used in general in the assessment of causal relations in medicine and public health, and more specifically in epidemiology. The methods are based on the experience and insight I have accumulated over 40 years of research, consulting, reviewing and student supervision, from discussions and interactions with leading epidemiologists, service on multiple IARC panels, and from reading evolving ideas in the scientific literature, including such seminal works as Bradford Hill's (Hill 1965) writings on assessing causality.

My opinions may be further supplemented and refined, subject to results that may come from further medical and scientific study and research and the continued review of additional information and discovery materials produced in this litigation.

## 4.     The science of epidemiology

This section is designed to provide a non-specialist reader with information and definitions about epidemiology and biostatistics that are needed to understand the basis of my evaluation on talcum powder products and ovarian cancer. I do not present in this section the actual data and evidence regarding talcum powder products and ovarian cancer.

Epidemiology is the science of occurrence of diseases in human populations. It is concerned with the patterns of disease occurrence and also with identifying the factors that influence disease occurrence. These two sets of concerns are sometimes referred to respectively as descriptive epidemiology and analytic epidemiology. The first addresses such issues as the incidence of the disease in different geographic areas, in different time periods, or at different ages and sexes. The second addresses more focused questions on the specific environmental and/or lifestyle and/or genetic factors that might influence the incidence of disease.

The word "epidemiology" has the same etymologic roots as the word "epidemic", which signifies that, initially, epidemiology grew out of the study of epidemics. Such epidemics were often of a microbial origin (e.g. viruses, bacteria, parasites). But increasingly in the 19th and especially in the 20th century, it became clear that the etiology (i.e. causation) of chronic diseases such as cancer could also be elucidated by studying their patterns of occurrence.

While there were many studies carried out in the early to mid-20th century that we would now qualify as epidemiological in nature, the discipline of epidemiology and its methods started to become formalized in the 1950's and 1960's. There are now departments of epidemiology in most large universities that have health science research and teaching activities and there are many national and international societies of epidemiology.

Epidemiology is characterized by its mainly observational and non-experimental approaches. It is a discipline that is not primarily based in the laboratory; rather it is based in society. That is the source of its strength, and its weakness. Because it deals with people in the reality of their lives, it is the most pertinent approach to understanding the links between people's lifestyles and environments and their health and disease. However, because it is based in society, it by necessity confronts the extreme complexity of human lifestyles, environments and diseases. And because we cannot experiment with people's lives, we cannot control the conditions in which people are exposed. The methods of epidemiologic research are complex and differ from study to study. Statistical methods play an important role in trying to tease out the role of different variables and in determining whether the observed results may be attributable to chance, to bias or to real effects of putative risk factors.  It is usually necessary to assemble evidence from several data-collection studies on a given topic before being able to draw inferences about causality.

### 4.1   *Some basic measures and notions used in epidemiology*

In this section I will review a number of concepts that need to be understood in order to properly understand my review of the evidence regarding talc powder and ovarian cancer. It is intended for readers who may not be expert in epidemiology. In this section I will not necessarily tie the concepts and definitions to the talc-ovarian cancer issue; that part will

be left for later. For now, I am simply introducing the non-epidemiologist reader to terminology and concepts with which she/he may not be very familiar.

**Prevalence of disease**. The prevalence of a disease refers to the proportion of a population who are living with the disease at any given point in time.

**Incidence of disease**. The incidence of a disease refers to the proportion of a population who are newly diagnosed with the disease during a certain period of time. The bridge between incidence rate and prevalence rate is the average duration of the disease, or how long people live with it before they are cured or pass away. In fact, while incidence and prevalence are foundational concepts in epidemiology, it is only incidence that figures prominently in the evaluation of carcinogenicity of talc.

**Risk of disease**. The risk of disease is a term that can refer to incidence or prevalence. The meaning should be clear from the context in which it is used. For studies of cancer, it almost always refers to incidence of disease. This is the way I will use the term in this report.

**"Cause" of disease.**  A cause of a disease is any agent or characteristic (environmental, lifestyle or genetic) that increases the probability of getting the disease or it may simply advance or hasten the onset of the disease. It may act alone or it may act in concert with other factors over a lifetime to cause the disease.  It may act immediately (e.g., cyanide as a cause of poisoning; lack of seat belt use as a cause of car accident mortality) or it may take many years for the effect to become manifest (e.g., lack of physical activity as a cause of obesity).  There may be many different causes for the same disease. (See explanation of Multifactorial Etiology below.)

**Risk factor.**  As defined in the Dictionary of Epidemiology (Last 2001), a risk factor is an aspect of personal behavior or life-style, an environmental exposure, or an inborn or inherited characteristic, that, on the basis of epidemiologic evidence, is known to be associated with a health-related condition. The term *risk factor* is used rather loosely and depending on the context it can refer to a factor that directly causes a disease or a factor that is a strong marker for the proximal cause of the disease. As it is often used, I will

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

___

mainly use the term "risk factor" as a synonym for the noun "cause" of the disease.  (eg. "Smoking is a risk factor for lung cancer.")

**Association**.  As defined in the Dictionary of Epidemiology (Last 2001), association refers to the degree of statistical dependence between two or more events or variables. Events are said to be associated when they occur more frequently together than one would expect by chance. Association does not necessarily imply a causal relationship.

**Risk among unexposed ($R_u$)** refers to the risk of disease among persons who are not (or were not) exposed to the agent under investigation. In this case, it would refer to the risk of getting ovarian cancer among women who *have never* used talc in the perineal region.

**Risk among exposed ($R_e$)** refers to the risk of disease among persons who are (or were) exposed to the agent under investigation. In this case, it would refer to the risk of getting ovarian cancer among women who *have* used talc in the perineal region.

**Relative Risk:** $RR = R_e/R_u$ = Risk among exposed/Risk among unexposed

When RR > 1.0, it indicates that exposure to the agent increases the risk of developing the disease.  When RR < 1.0, it indicates that exposure to the agent prevents the disease.

When RR = 1.0, it indicates that the exposure to the agent has no bearing on the risk of getting the disease.

**95% Confidence interval (95% CI).** This refers to the precision of an estimate of a parameter. When we estimate the 95% CI for the RR, we are approximately saying that we are 95% certain that the true parameter underlying the study is within these limits.  (The true interpretation is more subtle.)

**Statistical significance of an association**: Statistical significance is a measure of the departure of a set of data from some null hypothesis. Most commonly in epidemiology, the null hypothesis would state that there is no association between a factor and a disease. The null hypothesis can be operationalized in different ways, such as that the RR = 1.0, or that there is no trend between the degree of exposure and the RR. Once a study is conducted, the results can be compared with the expected results based on the null hypothesis, and the discrepancy from the null hypothesis is measurable with probabilities.  This is done

___

Report on talcum powder use and ovarian cancer                          Jack Siemiatycki

either by computing a p-value or a confidence interval. If the p-value is very small or the confidence interval does not include the null value, then we say that an observed association between the putative risk factor and the disease is unlikely to be due to chance alone.

It is important to note that while statistical significance is a tool for assessing whether an observed association is attributable to chance alone, it is not a very effective tool for establishing the absence of an association. That is, the absence of statistical significance is not tantamount to proof of the absence of an association. The absence of statistical significance can be due to the true absence of an association, but it can also be due to the study not having sufficient statistical power or to bias or confounding in the research methods. Furthermore, it should be noted that the conventional dichotomization of results as "statistically significant" or not, based on a particular cutpoint on the p-value scale (eg. p = 0.05), is a gross simplification. The compatibility of the data with the null hypothesis of no association is in truth on a continuous scale and the dichotomization is arbitrary and potentially misleading, especially when the observed p-value is close to the arbitrary cutpoint.

In practice, epidemiologists have been moving away from using and reporting p-values and statistical significance, as it has become clear that the main contribution of an individual study is to provide an estimate of the relative risk and its range of plausible values, embodied in a confidence interval.

**Cohort studies and case-control studies:**  Epidemiologic research projects can take many different forms. The two most common types of analytic epidemiologic studies are cohort studies and case-control studies. (Rothman, Greenland, & Lash 2008)

In a cohort study, it is typical to enrol a large number of subjects, determine which ones are or have been exposed to the factor of interest (e.g., talc) and follow them for some period of time to evaluate whether those who were exposed subsequently experienced different disease rates from those who were not exposed.

In a case-control study, by contrast, we start with people who have the disease under study (e.g. ovarian cancer) and a set of controls who do not have the disease, and we collect data

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

to determine whether the cases and the controls had different histories of exposure to the factor under study (e.g. talc).

It may be said that a cohort study proceeds from the cause to the effect, whereas a case-control study starts from the effect and backtracks to the cause. There are many variants on these basic designs. These descriptions of these types of study are somewhat simplified.

It is sometimes claimed that a prospective cohort design produces more valid and reliable RR estimates than a case-control study. But this is incorrect as a generalization. The validity and reliability are not determined by the overall architecture of the study, but rather by the specifics of the study, including how the study subjects were assembled, the nature of the variables under study (exposure, disease, confounders), exactly how the information was collected, the statistical power, and so on. There may be many reasons why a particular case-control study is more valid than a particular cohort study.

**Relative Risk (RR) and Odds Ratio (OR).**  The cohort study design leads naturally to the estimation of risk of disease among exposed, and risk of disease among unexposed, and then to the ratio of those two, which is the RR.  In case-control studies, because of the way the study samples are selected, it is impossible to estimate the risk of disease or the ratio of the two risks, $R_e/R_u$.  However, under certain conditions which are well met in studies of cancer, it is possible to estimate an approximation of the RR.  This is called the odds ratio, referred to as OR.  In the rest of this report, I will consider evidence obtained from both cohort studies and case-control studies, and I will refer to the findings of these studies as RRs, even if technically speaking, the results from case-control studies are ORs.

**Bias, confounding, effect modification.**  The aim in an epidemiologic investigation of a putative risk factor is to derive an accurate estimate of the RR between exposure to the agent and the disease at issue. Because the investigator does not control the conditions in which people live and are exposed to different agents and their willingness to participate in research, there are many potential sources of distortion in epidemiologic research. While there are many sources of distortion, they can be bundled into a few large families of sources of distortion.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

**Bias** refers to a systematic distortion in study findings, resulting from the way the study was designed or the way the data are collected.  Specific examples of types of bias will be discussed below as they pertain to talc and ovarian cancer.

**Confounding** is sometimes considered to be a type of bias, and sometimes it is considered a type of distortion on its own. This is merely a semantic distinction. Confounding refers to the situation where the association under study between factor F and disease D is distorted because there is a third factor X which happens to be correlated with F and which is a cause of disease D. For instance if we want to study the association between occupational exposure to talc in mines (factor F) and lung cancer (disease D), we need to be mindful of whether cigarette smoking (factor X) is more common in talc miners than in the rest of the population. Confounding differs from other types of bias in that it depends on relationships among different variables in the population, rather than characteristics of the study design and data collection.

**Effect modification** refers to the phenomenon whereby a given factor has a different effect in one sub-population than in another. If we study the association between that factor and the disease in the entire population without distinguishing the two sub-populations, we might end up with an estimate of the association that does not convey accurately the association in either sub-population. For instance, if it were the case that a certain genetic characteristic G increases the risk of pre-menopausal ovarian cancer but has no impact on post-menopausal ovarian cancer, then a study of the association between G and ovarian cancer that does not discriminate by menopausal status, would find an RR result somewhere between the null value among post-menopausal women and the true RR value among pre-menopausal women. Depending on the proportions of pre- and post-menopausal women in the sample, the overall RR might be so close to the null, that we might erroneously conclude that there is no association at all. In this example, it might actually be quite simple to detect the effect modification, since age is always recorded and menopausal status is usually recorded and investigators are sensitized to the possible effect modification of female cancers by hormonal status. Other potential effect modifiers may not be so easily available and they might not be on the radar screens of investigators. Effect modification can in some unusual circumstances completely wipe out a true causal

16 November 2018                                                                                          11

Report on talcum powder use and ovarian cancer                            Jack Siemiatycki

association (as when the agent causes cancer in some people but prevents cancer in others!). But generally, if there is a causal effect of the agent in one stratum of the population and no association in another stratum, and if we fail to stratify the population according to the effect modifier, it will have the effect of producing an overall RR that is lower than it truly is in the sensitive stratum and higher than it truly is in the insensitive stratum.

Effect modification is closely related to and sometimes synonymous with interaction or synergism.

**Publication bias** refers to the tendency for some evidence never to "see the light of day". Namely, when results are "negative" or "null", it may be that investigators never bother to submit them for publication, or alternatively that editors refuse to publish them. This happens, most likely, when the hypothesis under study is not particularly topical or controversial, and when the study is small.

In this section I have briefly outlined some potential sources of distortion of a typical epidemiologic study. I have done this in a high-level generic way. Below, after presenting results of my review of pertinent literature on powders and ovarian cancer I will return to commenting on the possible impact of such distortions in this body of literature.

### Exposure variable and exposure metric

An **exposure variable** can be almost anything that can influence the occurrence or outcome of disease. The term is used for such disparate entities as external components of what we eat, drink, breathe, hear or see and microbiological organisms, chemicals or forms of radiation.

Depending on the nature of the variable, information on an exposure variable can often be ascertained from epidemiologic study participants by questioning them. This is the case for variables like cigarette smoking or use of talc powders. For some variables, like exposure to a virus or to specific air pollutants or occupational chemicals, it is usually necessary to invoke more intensive data collection methods to ascertain exposure.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

An **exposure metric** signifies a way of defining a variable for statistical analysis.  The simplest metric is a binary variable: exposed or unexposed. For most exposure variables, like exposure to talc powder, there can be a very wide range of degree of exposure. And it is pertinent to create more nuanced exposure metrics that take into account the degree of exposure that different people have experienced, metrics such as duration of exposure, intensity or frequency of exposure and even cumulative measures of exposure over long periods of time.

**Measurement error**. Whenever we are measuring a variable in an epidemiologic study, be it smoking, or weight, or socio-economic status, or blood pressure, or any other variable, it is virtually inevitable that there will be some degree of error in the measurement. There are ways of collecting data that make them more or less likely to involve error, but it is almost impossible to ensure that variables are measured with perfect validity and precision. Even such a variable as the diagnosis of ovarian cancer is subject to differences of opinion among pathologists and oncologists and the presence or absence and the histologic type of tumour is not a guaranteed 100% perfect diagnosis. The ascertainment of the lifetime history of talc exposure by means of an interview with a woman in middle age or later in life is certainly susceptible to the caprices of memory and the way the questions are formulated may influence the validity of respondents' reports of lifetime exposure patterns. It is likely that habits that were performed regularly are more reliably recalled than activities that were sporadic or that only occurred many decades earlier. Similar issues arise for all other variables collected in such studies. We refer to measurement error as random (or non-differential) if the degree of measurement error does not differ between cases and controls in case-control studies or between exposed and unexposed in cohort studies. As a general rule of thumb, it can be asserted that random (or non-differential) measurement error has a predictable distorting effect on the RR. Namely, while there are some rather obscure exceptions, non-differential measurement error tends to attenuate the RR towards the null value of 1.0, and the more measurement error, the greater the attenuation. A full explanation for why this is so is quite technical and can be found in advanced epidemiology textbooks, such as Rothman, Greenland and Lash 2008. A very simple explanation is that the presence of measurement error in assigning exposed vs

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

unexposed status leads to dilution of both the exposed group and the unexposed group. That is, the ostensible exposed group (i.e. the folks who will be labelled as exposed based on the study data collection) will contain some folks who are truly unexposed and the ostensible unexposed group will contain some folks who are truly exposed. If there really is a difference in risk between the true exposed group and the true unexposed group, this difference will be watered down by the inadvertent inclusion in each group of folks who are really in the opposite group. An analogy is the cross-contamination of two cans of paint. Suppose we have a can of pure white paint and a can of pure red paint. Suppose we have a way of quantifying the difference in color tone between the two paints. Then suppose we take some spoonfuls from the red can and pour them into the white can, and likewise take a few spoonfuls of the white paint and pour them into the red can. Now the color contrast between the two cans has been attenuated. The color contrast in this example is like the relative risk in an epidemiological study which has been attenuated because the exposed and unexposed groups have been cross-contaminated.

**Dose-response**. It is important not only to assess whether there is an association between a variable and a disease when the variable is defined in a binary (exposed vs unexposed) way, but also when the variable is defined in a quantitative or semi-quantitative way. When we analyse the risk as a function of the degree or duration or intensity of exposure, we refer to this as a dose-response (or exposure-response) analysis. The example of the smoking and lung cancer is instructive about the value of different metrics, though it cannot be assumed that all risk factors act the same way. Studies using the binary metric for smoking (smoker/non-smoker) have been very consistent and persuasive in demonstrating an association between smoking and lung cancer. Further, when data are collected and analysed regarding the degree of smoking, it becomes clear that there is a monotonic dose-response relationship. That is, the more smoking, the higher the risk. And the quantitative metric that manifests the strongest association with lung cancer is the cumulative amount smoked over the lifetime. This is perfectly logical. Since the cumulative exposure metric embodies information on duration and on intensity, it can hardly be less predictive of risk than either of the dimensions alone.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

We cannot assume that there is a universal form of a dose-response relationship for every true causal relationship. Most commonly, in toxicology and epidemiology, the relationship between exposure and risk is monotonic; that is, as one increases, so does the other. This can include linear relationships (i.e. where a straight line on a graph describes the relationship) or exponential or many other curvilinear forms. It is also possible that there may be a threshold effect (the risk only becomes apparent after a certain level of effective exposure) or some other non-standard relationship.

Both the qualitative metrics (ever/never) and quantitative metrics (a lot of use compared with a little use) are valid and useful metrics.

**<u>Sample size</u>** refers to the number of participants in the study. As a generalization, large studies produce more statistically stable and precise estimates than small studies. In fact the stability of estimates or precision of estimates is not a simple function of the number of participants, or subjects, in a study. The precision of estimates depends, among other things, on the type of epidemiologic design.

In a case-control study the main determinants are the numbers of cases and controls and the prevalence of exposure in the two groups; in a cohort study the main determinants are the numbers of participants, prevalence of exposure, and the incidence of the disease of interest over the period of follow-up in the exposed and unexposed groups.

There is sometimes confusion about the notion of sample size when we compare cohort studies with case-control studies. The operational aspect of an epidemiologic study of cancer that most influences the precision of an estimate of RR is not the total number of participants; rather, it is the smaller number between the number of exposed cases of disease and the number of unexposed cases. In a typical prospective cohort study, one might need to enroll 100,000 participants in order to end up with a certain number of cases (say, 500 cases) of the disease of interest (e.g. ovarian cancer). In a case-control design we might only need to enroll around 500 cases and 1500 controls to achieve the same statistical power as would be achieved by a cohort study of 100,000. The formal justification for this assertion is quite mathematical, and has to do with the fact that a sample of a population can give very accurate estimates of the characteristics of an entire

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

population. Thus, the simple comparison of 100,000 participants in a cohort study and 2,000 participants in a case-control study is in no way a valid marker for the relative statistical power of the two hypothetical studies.  There are admittedly other advantages and disadvantages of the cohort vs the case-control design, and reviewers should consider the various aspects before deciding on the relative weight to give to the results of the different studies. But it is definitely not appropriate to merely compare the numbers of participants as an indicator of study validity.

While precision is based on multiple factors and different ones in case-control and cohort studies, there is a parameter which embodies the different factors quite well, and which is common to both case-control and cohort studies, namely, the number of exposed cases. For this reason, in laying out the various study results below, in addition to the relative risk estimates and their confidence intervals, I will show the numbers of exposed cases.

While it may affect the precision of estimates of RR, the size of the study does not in itself systematically affect the estimates of RR. That is, it is not the case that small studies produce systematically exaggerated RR estimates or systematically low RR estimates. However small studies can produce more wildly divergent RR estimates than large ones, in either direction, towards the null or away from the null.

**<u>Meta-analysis and pooled analysis:</u>** There are two distinct ways that evidence from multiple studies can be combined to derive a new overall statistical summary or synthesis of those studies, a meta-analysis and a pooled analysis.  A meta-analysis uses the published results from each study and averages those results using some optimal weighting procedures.  In order to implement a meta-analysis it is necessary to find all relevant studies on a topic that have published results in a fairly standardized way.  The statistical algorithms typically used to average the results from different studies also provide statistics that evaluate how heterogeneous are the results from the different studies. The interpretation of such heterogeneity statistics is not straightforward. If the results from different studies are homogeneous, it adds to the confidence in the meta-estimate. If they are heterogeneous, it may indicate that the association is really different in different populations, or that there are some methodological characteristics of the different studies

16 November 2018                                                                               16

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

that have influenced the results in different ways. Unless a significant methodological flaw can be identified that has caused the heterogeneity, the best overall estimate remains the meta-estimate.

A pooled analysis is one in which the investigator gets access not only to the published results from different studies, but rather to the individual data of every person in the studies. The latter is harder to achieve because it requires high buy-in and input from the investigators of the original studies; a meta-analysis is much easier to organise. Because a pooled analysis allows for standardization in the definition of variables and statistical models, it can be a more powerful means of summarizing data than the original studies themselves.

**Multifactorial etiology of disease**.  Chronic diseases such as cancer are multifactorial in two distinct ways.  On the one hand, each case of disease results from the unfortunate conjuncture of a combination of factors (these might include for example, genetic predisposition, diet, environmental pollutant, occupational exposure, medical intervention, viral infection, lifestyle habits, etc.) which combine over a lifetime to initiate and promote development of the disease. In this sense, each of the factors that are part of the combination for that person was a necessary contributor to the disease process, although it was not sufficient on its own to provoke the disease. Despite the fact that none of the factors were sufficient to produce the disease on their own, each of the contributory factors may be considered to be a cause of the disease.  The disease would not have arisen if any of the contributory factors had been absent.  This is one meaning of the multifactorial etiology of disease.

The second meaning is that the combination of factors that induce cancer in one person may not be the same as the combination that induces cancer in another person. Indeed, at the population level, there may be many combinations of causal factors for the same disease. Some factors may be common to different combinations. For example, it may be that in one case of lung cancer, the combination of factors included genetics, exposure to air pollution, exposure to radon in the home, and smoking; while in another person, the

16 November 2018                                                                                           17

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

combination of factors included genetics, insufficient dietary consumption of anti-oxidants like carotene, exposure to asbestos, and smoking.

**Some characteristics of carcinogens and epidemiologic research on cancer:** The following characteristics of most known carcinogens provide a framework for some of the thinking behind the design and interpretation of epidemiologic studies of cancer.

- There is typically a long induction period between exposure to a carcinogen and appearance of the disease.  Thus, if a study has not allowed for a sufficient passage of time between the exposure and the disease, the result may report that there is no risk, where in fact there is a risk, but insufficient time has elapsed to make the risk visible.

- There is variability in the carcinogenic potency of different carcinogenic agents; some induce much greater relative risks than others.

- For any given carcinogen, the degree of risk due to exposure generally increases as the exposure level increases, but the shape of the dose-response curve may differ from one carcinogen to another.

- Most known human carcinogens were first discovered as such either by means of astute observation of a clinician noticing a cluster of cases among people who shared a common characteristic (such as working in a particular workplace) or by means of epidemiological research. In most cases, there was no known mechanism to explain the association at the time. Where the mechanisms have been elucidated, they were usually discovered subsequent to the epidemiologic demonstration of a causal relationship. (Siemiatycki 2014)

## *4.2   Bradford Hill "guidelines"*

Because of the complexities of epidemiologic research, there has been some concern with how epidemiologic evidence should be used to draw causal inferences. Various authors have written about the types of information that might be considered in assessing whether a body of evidence demonstrates a causal relationship. A set of guidelines, developed in the context of the Surgeon-General's Report on Smoking and Health (1964) and authored by

Report on talcum powder use and ovarian cancer                              Jack Siemiatycki

Bradford Hill in 1965, has achieved a wide consensus in the epidemiologic community as a pedagogical guide.  Hill himself referred to these guidelines as "aspects" or "features" or "characteristics" of an association, and warned against treating them as "hard-and-fast rules of evidence that must be obeyed". (Hill, 1965) He deliberately avoided referring to them as "criteria."

Since Hill wrote those thoughts at the beginning of the era of modern epidemiology, without the benefit of decades of practical experience in the way those thoughts were taken up, and how they applied to issues other than smoking and cancer, it is understandable that the practice of evaluation of causality has evolved. A first observation, often overlooked, is that Hill took as a starting point for his writings that chance had been considered as an explanation for the smoking-cancer association and determined to be unlikely. In the historic context of 1964-1965 and the debates around smoking and cancer, this was a reasonable assumption to make, but for any other putative associations, this must be considered. Over the years, respected authors have paraphrased and updated these aspects in various ways, and this will undoubtedly continue. For instance, leading textbooks of epidemiology as well as the Reference Guide on Epidemiology of the Manual on Scientific Evidence (2011) all have different formulations of Hill's guidelines.

In the light of 50 years of practical experience after these guidelines were written, and based on my practical experience of evaluating causality in many forums and on many topics, I would paraphrase (and modernize) Hill's guidelines as follows:

<u>Strength of the association:</u> This can be measured by different parameters, but for cancer studies it is usually measured by the magnitude of the relative risk or odds ratio.

<u>Statistical significance of the association:</u> While this guideline was not explicitly listed by Hill, it is nonetheless in practice an implicit and distinct consideration in assessing causality.  If the estimated RR is quite high, indicating a strong association, but is based on a very small study with low precision, this might be solely due to statistical variability. (For instance, when we flip a balanced coin 10 times, we do not always end up with 5 heads and 5 tails. Sometimes, by chance, we may end up with 6 heads and 4 tails. Does this prove that the coin was not balanced?) Evaluating the role of statistical chance as a possible

16 November 2018                                                                                            19

Report on talcum powder use and ovarian cancer                        Jack Siemiatycki

explanation of the observed association is important. As explained above, the absence of statistical significance is not strong evidence of an absence of a real relationship.

Dose-response relation: If the relative risk increases when the exposure increases, it enhances the likelihood that the observed association is really causal. There are some counter-examples however where the effect is only observed after a threshold of exposure has been crossed. There are various ways to assess whether there is a dose-response relation. Hill pointed out that the main challenge is to establish reliable and measurable quantification of exposure. In studies of lifestyle habits like use of talcum powder products, the most common way is to estimate the RR in increasing categories of exposure metrics such as duration (years) of usage, or intensity of usage (frequency per day or per week or per month), or cumulative amount of usage (a combination of duration and frequency).

Absence of bias: There are many forms of bias that can infiltrate an epidemiologic study. It enhances the likelihood of a true causal association if we can confidently exclude all the plausible sources of bias explanations for the observed findings. This guideline can also be considered as a component of a guideline to consider other possible explanations for the association.

Temporality: It is clear that the exposure should precede the outcome (i.e. the disease). To ascertain whether the cancer was a result of the exposure or the exposure occurred after the cancer onset seems like a simple thing, but sometimes it can be difficult to ascertain with certainty.

Cessation of exposure: It would add to the credibility of the association if it had been demonstrated that subjects who cease exposure to the agent experience reduced risks of disease compared with those who continue to be exposed. In practice this is an extremely difficult characteristic to demonstrate, partly because of the difficulty or even ethical impossibility of changing people's habits for scientific experimentation purposes. But occasionally there may be a "natural experiment" wherein large numbers of people cease their exposure and the effects can subsequently be measured in an epidemiologic fashion.

Specificity of the association: It was believed that individual risk factors have specific pathological effects, and Hill posited that if we observe that a given agent is associated with

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

many different pathologies, it increases the likelihood that these are somehow spurious observations, resting on some type of bias in the studies of that agent. In reality, this Hill characteristic has fallen out of usage in the intervening years with the demonstration that some agents can indeed provoke multiple different pathologies. Examples include cigarette smoking, ionizing radiation and asbestos fibers.

Consistency of findings between studies (or replication of findings): Because epidemiologic research is susceptible to errors from random variability and from different kinds of study biases, before accepting the apparent association as a generalized phenomenon, it is important to see that similar results are replicated in different studies. When these different studies also encompass different study populations in different communities, it enhances the generalizability of the inferences. Generally speaking, the observation of consistent results in different studies adds to the credibility of an inference that there really is a causal relationship.

Coherence with other types of evidence: In the case of tobacco and cancer, it was seen that the historic trend in lung cancer mortality rates in the US and UK followed quite closely the national trends in consumption of tobacco, with a 20 year lag. This was interpreted by Hill as corroboration of the results observed in case-control and cohort studies. Epidemiologic evidence of coherence could conceivably take many forms, and the opportunity to assess coherence is something that is specific to the factor under investigation. Assessment of coherence with historic mortality trends would only be possible in the case of a factor whose exposure in the population changed quite dramatically over time in a way that can be documented, and for which the attributable fraction of the disease due to that factor is very high. This was the "perfect storm" of circumstances that allowed for an assessment of the tobacco-lung cancer association by means of time trend correlations.

Analogy: Hill reasoned that if a factor is somehow similar to another factor that has already been shown to be a risk factor for the disease, then it increases the plausibility of a similar impact due to that putative factor. This is such a vague guideline, with no clear implementation suggestions, that it is not often referred to and rarely implemented.

<u>Biologic plausibility:</u> This guideline can encompass many dimensions of information, including physiology (can the agent or its metabolites reach the organ?), animal carcinogenesis (does the agent produce tumours in experimental animals?), cell studies that reveal mechanistic data, and other biologic information on the toxicology of the agent.

<u>Implementing Hill's guidelines:</u> As Hill himself insisted, sophisticated users of these guidelines do not use them as a formal checklist. He summarized his views as follows:

> « What I do not believe … is that we can usefully lay down some hard-and-fast rules of evidence that must be obeyed before we accept cause and effect. None of my nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a *sine qua non*. What they can do, with greater or less strength, is to help us to make up our minds on the fundamental question - is there any other way of explaining the set of facts before us, is there any other answer equally, or more, likely than cause and effect? »

The authors of the Reference Guide on Epidemiology of the Manual on Scientific Evidence (2011) clearly stated that Hill's guidelines are not formal criteria, but rather are more in the nature of a memory aid to help us review the evidence about any given causal association. They stated it this way: "There is no formula or algorithm that can be used to assess whether a causal inference is appropriate based on these guidelines."

I have served on many panels to review evidence of causality on one topic or another, including on several IARC Monograph panels that reviewed evidence of carcinogenicity. The IARC process, like the others I have participated in, does not use the Hill guidelines in any rigid formal way. The ideas embodied in Hill's guidelines permeate our thinking about how to evaluate causality, but the operationalization of these guidelines is specific to the problem and to the expert making these determinations. Thus any suggestion that Hill's "aspects" or "features" or "characteristics" of an association should be used as a formal checklist of criteria is simplistic and wrong. To do so would contradict the opinions of experienced epidemiologists, the Manual on Scientific Evidence, and Bradford Hill himself.

In this section, I have laid out and explained the Bradford Hill guidelines in a generic way. Below, in section 8, I will consider how these apply in the context of the talcum powder – ovarian cancer issue.

## 5.    Epidemiologic evidence regarding talc and ovarian cancer

Following some reports in the early 1980's that raised questions about a possible link between use of cosmetic talc powder by women and the risk of ovarian cancer, there were several epidemiologic studies on the topic. By the early 2000's the issue was garnering some attention in the scientific community. The International Agency for Research on Cancer, the premier agency for evaluation of carcinogens, decided to conduct a review of the issue in 2006. Following that review, there have been further studies conducted on the topic.

In the context of a legal action, my mandate is to review all relevant scientific evidence available to date, in order to provide the court with my opinion regarding the link between talc powder exposure and ovarian cancer. The methodology I employed is the same one I have used in my career as an internationally recognized researcher.

### *5.1   IARC review and evaluation of talcum powder products*

As mentioned above in Section 2, the International Agency for Research on Cancer (IARC) is the premier institution in the world for cancer epidemiology and for environment and cancer research. One of its mandates is the evaluation of the carcinogenicity of different agents with which humans come into contact, and this mandate is carried out by the Monograph Programme of IARC. This is achieved through a process that involves identifying chemical or physical agents for evaluation, convening specially selected international expert panels that are mandated to review all pertinent evidence on the topic and write a thorough review culminating in an evaluation of whether the agent(s) are human carcinogens.

In February 2006, there was such an IARC Monograph meeting to evaluate some agents, including talc. The IARC Working Group comprised 16 highly respected and recognized scientists from around the world; I was asked to Chair the Working Group. We reviewed all

Report on talcum powder use and ovarian cancer                              Jack Siemiatycki

the evidence that was available up to that point in time. This certainly included epidemiologic evidence, but it also included evidence from experimental toxicology, physiology, molecular biology and other domains. The IARC Monograph programme has a formal system for classifying agents. The Working Group must classify an agent into one of the following categories:

1       Carcinogen

2A      Probable carcinogen

2B      Possible carcinogen

3       Not classifiable

4       Not carcinogen

After reviewing the evidence, the panel concluded that talc was a "possible carcinogen", based primarily on evidence regarding the association between dusting powders and ovarian cancer. Here is the definition of this category from the IARC Monograph:

"Group 2B: The agent is possibly carcinogenic to humans.

This category is used for agents for which there is *limited evidence of carcinogenicity* in humans and less than *sufficient evidence of carcinogenicity* in experimental animals."

This 2B categorization was based on the panel's decision that there was "limited evidence of carcinogenicity in humans", which is in turn defined by IARC as follows:

"Limited evidence of carcinogenicity in humans: A positive association has been observed between exposure to the agent and cancer for which a causal interpretation is considered by the Working Group to be credible, but chance, bias or confounding could not be ruled out with reasonable confidence."

Subsequent to the completion of the IARC Monograph on talc, a subgroup of the epidemiologists who were on the IARC Working Group, including myself, reviewed the evidence again, but with a view to producing a meta-analysis of the results from the most informative studies conducted to that time. This resulted in the paper by Langseth et al. (2008). This paper was not an IARC publication.

16 November 2018                                                              24

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

## 5.2   Information consulted for the present review

In preparation for formulating my current opinions on this topic I assessed, researched, reviewed and consulted a large number of documents, including, but not limited to: all original epidemiological studies published on this topic, all meta-analyses and opinion pieces, experimental toxicology, molecular biology, mechanistic studies, and the IARC Monograph on talc which reviewed all informative studies that had been published before 2006. I was given access to and also reviewed the various expert reports and depositions that have been submitted in various talc cases, either on behalf of the Plaintiff or Defendant, and various internal company documents obtained in discovery.

I systematically reviewed the lists of references of all relevant studies referenced in the IARC report as well as in various meta-analyses and in all recent articles on the topic to identify yet more relevant publications on talc and cancer.

Because some studies have been published in multiple papers and because some papers have included reports on multiple studies, there is not a one-to-one relationship between studies and published papers.

Additionally, I considered evidence regarding the toxicology of talc by reviewing the toxicology evaluation conducted by the IARC Working Group, the summary of talc's putative toxicology referenced in various scientific publications, and the expert reports of various scientific/medical experts in this case.

The central focus of my review is on the epidemiologic evidence.

A complete listing of the documents I consulted, as well as references cited explicitly in this report, is provided in the Bibliography. The Bibliography is in two Parts; Part A comprises all the publications and reports that can be found in publicly available scientific literature. Part B comprises company documents or documents from reports or testimonies of experts.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

## 5.3   My methodology for this review

**Table 1** lists the steps I undertook to accomplish my mandate.

### 5.3.1   Selecting studies for review

To aid in the present assessment of whether or not there is a causal relationship between talcum powder exposure and ovarian cancer, I carried out an up-to-date review of the scientific literature, primarily the epidemiologic literature, concerning the association between use of talc powder and risk of ovarian cancer.  This involved meta-analyses to estimate the effect of having ever used perineal powdering, and an assessment of evidence regarding dose-response.

The first task was to find the relevant publications and to set out the distinct pieces of epidemiologic evidence, namely the results of different studies. Based on a number of reviews on the topic of talc and ovarian cancer, including the IARC report, I systematically went through the reference lists to identify all publications that seemed to contain results on the topic. I further conducted a Pubmed search and this did not produce any new informative publications that had not already been identified.  In preparation of the meta-analysis, I eliminated from consideration papers that were outside the bounds of what a meta-analysis should contain (i.e. eliminate review articles, commentaries, meta-analyses, and articles that do not really pertain to the issue of perineal talc and ovarian cancer). From the 40 publications that remained, namely those that contained original results on the association between powdering and ovarian cancer, I extracted all results showing RRs between talc powdering and ovarian cancer, and I had these results put into a Filemaker database. This was a value-free exercise. I made no judgement at that stage about relevance or quality of the study or the published results. It was only an attempt to lay out in one "place" the whole of the evidence and to prepare for subsequent analyses. There were over 730 results in this database. On average each publication contained about 18 different RR results of various aspects of talc powder exposure and various types of ovarian cancer. Some contained fewer and some contained many more. (For instance, one study publication contained 180 results, with varying types of ovarian cancer and varying definitions of exposure to powdering.)

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

In deciding which results to include in a meta-analysis I had to respect the following principles:

- The results have to pertain to the issue of risk of ovarian cancer in relation to use of talc-based powders.

- Where there are sufficient numbers of results to support meta-analyses, there can be meta-analyses for different types of ovarian cancer, and for different routes of exposure to talc-powders.

- In each meta-analysis, each study should only provide one result, so as to avoid double-counting evidence.

- The decision about inclusion of a study should in no way be influenced by whether or not a particular study demonstrated high risks or low risks.

While these seem like simple principles to respect, there were complicating features of the scientific literature:

- Some studies were reported in multiple publications, sometimes the same study subjects were analysed and reported in different ways and sometimes different subsets of the study population were included in different publications. Sometimes the authors fail to clearly enunciate how the data used in one of their papers overlaps with data used in another of their papers from the same study.

- Different studies used different questions about powder use in their questionnaires, and sometimes the same study reported results by different ways of asking about or defining exposure.

- A given study may have presented one result or many results, each addressing a different definition of the talc exposure variable and different way of grouping the ovarian cancer cases.

- Different studies dealt differently with the histologic sub-types of ovarian cancer, sometimes grouping them all, or sometimes separating them, or sometimes reporting both grouped and separate results for different sub-types.

- Different studies used different metrics for analysing powder exposure and estimating its corresponding RR.

- Different studies dealt differently with the challenge of adjusting powder-related risks for possible confounding by other factors.

Decisions had to be made regarding which types of exposure to consider, which types of ovarian cancer to consider, which metrics of exposure to consider and which studies and publications to consider. It is necessary to be rigorous in making such decisions ahead of time, rather than "cherry-picking" results from different studies that appear to support one theory or another.

**Appendix Table A1** provides a list of those 40 publicly available publications that have included some original results that might pertain to the association between powdering and ovarian cancer. **Appendix Table A1** shows which publications were included and which papers were excluded from my meta-analyses. For each of the 14 excluded papers, the table also shows the reason. Some papers were excluded because the results did not pertain to ovarian cancer and powdering in the perineal region. Some papers were excluded because the results presented therein were subsumed by a subsequent publication by the same research team or as part of a pooled analysis of multiple studies. Notwithstanding my intention to identify all unique studies and to extract a best "bottom line" result from each study, the nature of the studies and how they were analysed and reported led to many judgement calls. It must be acknowledged that there can be differences of opinion among equally competent and equally well-motivated scientists in how to choose among the different publications and the different results within publications.

Fortuitously, and unbeknownst to me at the time, two other sets of investigators (Berge et al 2018; Penninkilampi et al 2018) carried out separate meta-analyses on this topic at about the same time as I was carrying out mine, and this gives an opportunity to do some cross-comparison of different reviews and meta-analyses. I will comment on these after presenting the results of my meta-analyses.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

### 5.3.2   What were women exposed to in body powders?

Talc has been the main ingredient of body powders used by women over the past century. "Talc particles are normally plate-like. When viewed under the microscope in bulk samples or on air filters, they may appear to be fibers ... Talc may also form as true mineral fibers that are asbestiform; asbestiform describes the pattern of growth of a mineral that is referred to as a 'habit'. Asbestiform talc fibers are very long and thin."(IARC 2010)  The structure of platy talc is characterized by a hexagonal sheet arrangement of silicon-oxygen tetrahedral groups in a common plane which creates a double-sheeted structure.  These sheets are easily separated which accounts for the "silky" or "smooth" feel of talcum powder products (IARC, 2010).  As a mined mineral, the precise chemical and physical characteristics of talc are in part determined by the particular geological formations from which it is extracted. The local conditions can also produce "impurities" in the extracted talc including asbestos, quartz and various metals. It is claimed that cosmetic talcum powder products normally contain >98% talc (Zazenski *et al.*, 1995) but the purity may have been lower in the past. (IARC 2010) When I refer to talc or talcum powder products in this report, I am referring to commercially available talcum powder products and all constituent elements contained in those products.

Asbestos is a commercial term that comprises six minerals that occur in the asbestiform habit: actinolite, anthophyllite, chrysotile, grunerite, riebeckite and tremolite. Similarly to talc, these six minerals can occur in a non-asbestiform habit. Some types of asbestos are found in the same geological formations as talc.(IARC 2010)

By the 1970's it was reported that asbestos fibers were found in commercial talcum powder (Cralley 1968; Rohl 1976), though there was some doubt expressed regarding the quantification of the exposure and the ability to discriminate between asbestiform and non-asbestiform talc.  (Krause 1977; IARC 2010) The talc industry was constrained to remove asbestos from talcum powder products. Representatives of the industry have claimed that talcum powders were free of asbestos fibers since the 1980's (Hopkins 2018; Pier 2018), but this assertion has increasingly come under doubt as number of labs have

16 November 2018                                                                               29

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

reported finding asbestos fibers in talcum powder products. (Blount 1991; Paoletti 1984; Gordon 2014; Longo et al 2017; Longo et al 2018; Blount deposition 2018; Pier deposition 2018)  These various studies that have reported finding asbestos in historic talcum powder samples have been challenged by other reports that failed to find meaningful amounts of asbestos in historic talcum powder samples. (CIR 2013; Anderson 2017)  These various findings and opinions are somewhat complicated by the fact that both talc and asbestos have varied chemical and physical characteristics and various methods can be used to measure them.

What is clear is that asbestos, and all forms thereof, has been evaluated to be carcinogenic. It has long been recognized that inhalation of asbestos carries with it a risk of lung cancer and of mesothelioma, a cancer of the lining of the lungs, as well as larynx cancer. What has only recently been recognized is that women who are exposed to asbestos experience an excess risk of ovarian cancer. (Straif 2009; IARC 2012) This conclusion was based on five studies; a subsequent meta-analysis reported that the RR of ovarian cancer among asbestos-exposed women was a highly statistically significant 1.77 (1.37-2.28).(Camargo 2011)  The route of exposure that generates risk of ovarian cancer among women exposed to asbestos is not clear, but inhalation and migration of asbestos particles to the ovaries has been proposed as a credible biologically plausible mechanism. (Miserocchi 2008)

Among the metals detected in talcum powder products are some which are recognized carcinogens, namely nickel and chromium. It is not known how widespread was the "contamination" of talcum powder products by these metals and how high were the concentrations in the entire commercial production of talcum powder products of the past several decades, and how these exposures measure up to exposures that may cause cancer. However, evidence that asbestos and some other known carcinogens have been detected in some commercial cosmetic talcum powder products and credible mechanisms that such particles can translocate to the ovaries is an important consideration in deriving an opinion on biological plausibility, and I will consider it below in my section on biological plausibility of a causal link between talcum powder products and ovarian cancer.

Alternative formulations of baby powder include cornstarch formulations, which have become available in the past 30 years. It was possible for women to purchase and use cornstarch products or talcum powder products. Most epidemiological studies have not tried to ascertain whether the women in their studies used talc-based or cornstarch-based formulations and many women may have been unaware of the composition of the powders they used at different times.  It is impossible to ascertain with certainty from most of the publications whether the reported epidemiologic results pertain to talc-based powders or cornstarch-based powders or both. Those studies that did report results for cornstarch had few women self-reporting use of cornstarch and the risk estimates were rather imprecise and unstable. For those studies that did report separately the findings for talc-based and cornstarch-based formulations, I used the results for talc-based powders. For those that did not make such distinction, I used the results combining all types of powders as reported. If it turns out that there is an increased risk associated with talc but not with cornstarch, the inability to discriminate the two in statistical analyses would have the effect of diluting the estimates of risk due to talc. That is, the RR estimates would be attenuated.

### 5.3.3    Routes of exposure

 Some studies reported results based on particular ways of using the powders, such as on feet or perineal use or use after bathing or use on sanitary napkins or use on diaphragms or use by male partners, and so on.  And many studies just reported results for all routes of perineal exposure combined. For my Main analyses, I aimed to use the reported results pertaining to all types of perineal use combined. Where the results were reported for individual routes of exposure rather than all perineal use combined, I identified the one that came closest to powdering in the perineal area from all routes.

The number of studies providing results pertaining to any of those specific routes of exposure was much less than the number providing evidence for all routes combined and insufficient to provide reliable meta-analysis results for route-specific estimates of RR. Among the route-specific reports, the one that had most often reported RR results was exposure from dusting of sanitary napkins. I will conduct a separate meta-analysis regarding the risk of ovarian cancer in relation to use of powder on sanitary napkins.

Report on talcum powder use and ovarian cancer                         Jack Siemiatycki

### 5.3.4   Questionnaire items on use of talc powders

In the case of exposure to cosmetic talc powder, the most common and realistic way of ascertaining exposure has been to question women. But there are many ways this can be done, and indeed many types of questionnaires have been used. A very simple format that has been used is to ask a question such as "have you ever used powders in your genital area?" But, the validity of the response would be enhanced if the question is framed in a more specific manner, so long as the respondent can be expected to know the answer to the more specific question. One possibility would be: "have you ever used powders that contained talc on your genital area more than once a week for at least 6 months of your life? This would include powdering your genital area directly or powdering your underwear or powdering your diaphragm or powdering your sanitary napkin." There are scores of ways such questions can be asked, and there has been variability in the methods of questioning among the different studies of powder use and ovarian cancer.  In most studies, the questionnaire question about Ever Use was actually about Ever Regular Use, not Ever Occasional Use.

Among women who used powders, there can be an enormous range of usage from a few occasions in a lifetime to profuse daily usage. Among the many dimensions of talcum powder exposure that might influence the risk of cancer are the following: manner in which the talc was applied, age at which exposure began; if it ended, age at which it ended and years since it ended, frequency of use per day, week or per month, multiple applications including to genitals, undergarments, sanitary napkins, etc., and whether and how that varied at different ages. Some studies have used a single simple question, while others have used scores of questions to get at the lifetime history and many facets of powder use.

While I believe there are quality differences between the different studies in the way talc powder data have been collected, I have refrained from imposing my judgement about the quality of the questionnaire data on the selection of studies to include in meta-analyses.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

---

### 5.3.5   Metrics of exposure

I used the reported results for the binary metric Ever Regular Use vs Never Regular Use, given the limitations of the available data, and using the investigators' decisions about how best to measure this. While this may seem like a simple tactic to implement, some studies were reported in such a way that in fact I had to make "judgement calls" about which of the reported results came closest to the desired metric.

For "dose-response" assessment, I used three pertinent metrics of exposure: duration (years), intensity/frequency (uses per day, week or per month), and cumulative number of applications, measured sometimes in absolute numbers or sometimes in quantiles. Of the three, the most meaningful is the cumulative number of applications.

### 6.    My meta-analyses regarding talcum powder products and ovarian cancer: data included and results

### *6.1    Features of the studies*

Following the exclusions indicated in Appendix Table A1, **Appendix Table A2** shows the studies that ended up being included in one or more of my meta-analyses, and brief descriptions of administrative and contextual features of each study. **Appendix Table A3** shows, for the same studies, some information about the talcum powder exposure variable and the covariates used by the authors in their control for confounding.

Appendix Table A2 shows that most studies were conducted in the USA. All but three were case-control studies and of the case-control studies, all but four used some type of population control series. Most studies had fieldwork data collection in the 1970's and 1980's; only a few studies started data collection after 2000. Table 3 shows for each study what exposure variable I was able to use to approach the notion of Ever exposed regularly to talc powder in the perineal region. Different studies had different questions in the questionnaire and different studies reported different variables. The questionnaires usually elicited lifetime use that was more than very sporadic, with terms like "regular" use. Only the Gonzalez 2016 study failed to ask about lifetime exposure before the interview; they asked about usage only in the preceding 12 months.  The Gates 2010 study

---

16 November 2018                                                                    33

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

asked about use of talc up to 1982 but not afterwards. Some studies asked separately about different routes of exposure and then rolled them together in statistical analyses, while some rolled all routes of exposure together in their questioning. The term that I show in Appendix Table A3 is the term that the authors reported in their publication of results; it is sometimes rather cryptic. Appendix Table A3 also shows which variables that the authors reported having used as adjustment variables. Sometimes these are variables that were explicitly included in final statistical models, and sometimes these were dealt with in a more indirect way such as a staged analysis in which a screening is conducted using a change-in-estimate procedure.

All meta-analyses were conducted using the well-known package Comprehensive Meta-Analysis Version 3. (Borenstein, M., Hedges, L., Higgins, J., & Rothstein, H.  Biostat, Englewood, NJ 2013;  https://www.meta-analysis.com/index.php?cart=BFZW2135997

## 6.2    Association between binary variable talc powdering and all types of ovarian cancer combined – data and results

### 6.2.1   Individual studies and results on binary exposure variable

**Table 2** shows RR results, as well as the corresponding 95% confidence intervals, for each informative study included in the Main meta-analysis or in any sensitivity analyses. (I will explain this distinction below.) As I explained in Section 4.1, the single number which reflects quite well the statistical strength of a study, be it case-control or cohort, is the number of exposed cases, and I have included this parameter in Table 2.  Table 2 shows the RR reported in each study by Ever (regular) use of powder in the perineal region (all routes of perineal exposure including direct powdering on genital area, on sanitary napkins, on underwear and on diaphragms). The table shows results for all types of ovarian cancer combined.

Before conducting any meta-analyses, we can peruse the results in Table 2 to observe certain patterns.

Of the 33 RR results shown in Table 2, two are below 1.0, one equals 1.0, and 30 are greater than 1.0. On the null hypothesis that there is no true association between powdering with

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

talc and ovarian cancer, we would expect as many of the RR estimates to be above 1.0 as to be below 1.0. The observed distribution (2 below and 30 above) is clearly and strongly in defiance of the null hypothesis. Further if we rank the RR estimates from lowest to highest, the median value, the one in the middle, would be 1.34.

This informal analysis does not take into account that the 33 estimates in Table 2 are not strictly independent of each other. There are various ways to carve out independent sets of results from this list of results in Table 2, and the meta-analyses will be designed to do that. But no matter how the studies are configured, it will be found that one or two of the RR estimates are below 1.0 and somewhere between 20 and 26 are above 1.0. Such an imbalance cannot be due to chance.

### 6.2.2   Strategy for Main analysis and sensitivity analyses

An investigator typically has in mind a strategy for analysing and presenting the results. There may be some judgement or assumptions involved in deciding on the strategy. The investigator may wish to see how the results would be affected if other judgements or assumptions were made. In other words, how robust are the results to alternative judgements and assumptions. Such alternative analyses are referred to as *sensitivity analyses*.

There were several dilemmas in selection of studies and results to include in the meta-analysis. I made decisions in each case that I believe provides the best basis for a meta-analysis. But in deference to other possible decisions that might have been made, I conducted some sensitivity analyses as well. I list what the dilemmas were and which options were selected for Main analyses and for sensitivity analyses.

*a. Terry 2013 and Wu 2015.*  The Terry 2013 paper brought together data from 8 different research teams. Some of those teams had previously published their results on talc and ovarian cancer and some had not. Normally, a pooled analysis would take precedence over the individual component studies. In this case, however, there were complicating factors. The Los Angeles component study of Terry 2013 (Wu, Pike and colleagues) was conducted in stages and the Terry 2013 pooled analysis only had access to the early stage. Subsequently, Wu and colleagues carried on with their data collection, and published a

16 November 2018                                                                              35

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

more complete set of results from their study in Wu 2015. The Terry 2013 paper contained 208 exposed cases from the Los Angeles study, whereas the Wu 2015 paper contained 701 exposed cases. In the entire Terry 2013 paper there were 2600 exposed cases. Ideally, we would wish to exclude from the 2600 exposed cases in the Terry 2013 paper, the 208 exposed cases that came from the early Los Angeles data. But that information was not available. Thus there is an 8% overlap between the exposed cases in the Terry 2013 paper and those in the Wu 2015 paper.

I adopted the following strategy. For the Main analysis, I included both Terry 2013 and Wu 2015. The 8% overlap of exposed cases is unfortunate but I believe its impact would be trivial, and in any case we will have some empirical evidence of its impact from a sensitivity analysis.

I conducted sensitivity analyses using a different strategy. The Terry 2013 paper contained a table in which the individual results of the 8 component studies were reported. I used the results as reported there for 6 of the 8 component studies, for which the Terry paper contained the latest results. For the Los Angeles study I used the result reported in Wu 2015 which was much more complete than the L.A. study result in Terry 2013. The eighth study was the study of Cramer that was one of the components of Terry 2013 but that was also reported subsequently in Cramer 2016. It is not clear whether the Cramer 2016 paper contains more up to date data than the corresponding component in Terry 2013, but it possibly does.

To summarize, the Main analysis contained pooled result from Terry 2013 and the result from Wu 2015. There were sensitivity analyses that dropped the pooled result from Terry 2013, but included the (apparent) latest published result for each of the 8 components.

*b. Nurses Health Study*. This cohort study was initiated in 1976 and was not a study of talcum powder products and ovarian cancer . The study involved a wide-ranging annual questionnaire which inquired about many health related issues.  In 1982 there was a very succinct question about use of body powders. The cohort has been followed-up to ascertain the occurrence of cancers (or other diseases). There was a publication that contained results on talc and ovarian cancer from this study in 2000 (Gertig 2000); later, after more

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

years of follow-up there were two further papers presenting results on talc and ovarian cancer (Gates 2008 and Gates 2010). Clearly the Gertig result did not belong in my meta-analysis, since it was subsumed by subsequent analyses, but the choice between the Gates 2008 and Gates 2010 was not so obvious. Gates 2008 was based on a nested analysis of a subset of the cohort that probably entailed better control for confounding. Gates 2010 was based on the entire cohort and thus on a much larger sample size. The two RR estimates from the Gates papers are quite different from one another (RR=1.24 in Gates 2008 and RR=1.06 in Gates 2010). It is not clear whether the difference in results is due to the different design and analytic procedures used in the two papers. The authors did not comment on the inconsistent results.

My Main analysis included Gates 2010 but not Gates 2008. Some sensitivity analyses contained Gates 2008, but not Gates 2010.

It should be noted that whereas I did not use the Gertig paper results in the meta-analysis of Ever / Never Use of talcum powder products, I did use some dose-response results from Gertig because subsequent publications from the Nurses' Health Study did not present such results.

*c. Schildkraut (2016).*  This was a case-control study of ovarian cancer among African American women. The fieldwork and interviewing was carried out from 2010 to 2015. The authors speculated that publicity surrounding two class action lawsuits on talc and ovarian cancer in 2014 may have subsequently induced bias in the validity of reporting of talc exposure. Consequently, in their analysis and report, they presented two sets of results, one for all women in the study, and another for those interviewed before 2014. It is impossible for me to evaluate the validity of the speculation, as it was for the authors. Consequently I will use the results from the entire sample and those from the pre-2014 sample.  I refer to the entire Schildkraut study result as Schildkraut A and the pre-publicity result as Schildkraut B.

The Main analysis contained Schildkraut A. Some sensitivity analyses contained Schildkraut B.

*d. Shushan (1996).* This ovarian cancer case-control study, conducted in Israel, reported results on talc and ovarian cancer, but the report was quite cryptic regarding the data collection and the talc exposure variable.

The Main analysis excluded Shushan 1996. Some sensitivity analyses included Shushan 1996.

### 6.2.3   Results of meta-analyses on binary exposure variable for all ovarian cancers

Figure 1 shows the printout from the Comprehensive Meta-analysis (CMA) package for the Main meta-analysis for the association between ever regular use of talc powder in the genital area and all types of ovarian cancer combined. 21 RR results were used in the Main meta-analysis, but the Terry 2013 study represents 8 different study teams and 10 distinct studies. In the forest plot, I have ordered the studies in increasing magnitude of the RR estimate. It can be seen that only one study produced an RR estimate to the left of the null value of 1.0, while 19 studies produced an RR estimate to the right of the null value of 1.0.

The meta-estimate of RR is 1.28 with a 95% confidence limit from 1.19 to 1.38. The p-value is too small to register in 2 digits. This is a very highly statistically significant result. The probability of this result being attributable to chance is vanishingly small.

The 21 RR estimates in this Main meta-analysis had a fairly low p-value for heterogeneity, 0.07, but it was not statistically significant. This means that there was considerable variation in RR results across the studies, but this might have been due to chance. That there is significant variation in RR estimates is not surprising. The different studies were conducted among different populations, using different methodologies. It would be surprising if there was no variation.  It is nevertheless true that in the current state of knowledge the best estimate of RR is the meta-estimate of 1.28.

Table 3 shows the results of the Main meta-analysis again and contrasts it with the results of seven sensitivity analyses that embody alternative plausible strategies for selecting studies and selecting results within studies. These alternative strategies had almost no effect. The meta-estimates of RR varied in a narrow range from 1.26 to 1.30. Even the lowest of these would lead to the conclusion that there is a highly significant association.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

It can be affirmed, quite confidently, that the apparent overall elevated risk for women who had ever used such powders is not an artefact of chance variation. This conclusion is not new. It has been stated by the authors of previous meta-analyses. However, I believe this conclusion is based on the most current and reliable data now available.

From a statistical point of view, each of the studies listed in Table 2, except for one or two outliers, shows a 95% confidence interval that overlaps substantially with the confidence interval of the meta-RR estimate (1.19 – 1.38).  Further, the majority of the study-specific confidence intervals (including 2 of the 3 cohort studies) include the overall meta RR of 1.28. This shows that there are few if any studies that are not compatible with the overall RR estimate.

### 6.2.4   Other contemporaneous meta-analyses on binary exposure variable for all ovarian cancers

I started to conduct my meta-analyses in 2015 and revised it in 2018. Towards the end of my analyses, I discovered that two other teams of researchers were carrying out meta-analyses on the same topic at almost the same time. The simultaneous and independent conduct of these three meta-analyses provides a unique opportunity to cross-validate the methodologies and results. (I knew nothing about the two others and I assume they did not know either about mine or the other meta-analysis.) It is sometimes portrayed that meta-analysis is a fairly automated procedure which should produce identical results irrespective of who carries it out. This is far from true.

Even before the statistical part of the meta-analysis is conducted, the author of a meta-analysis has to assemble all of the relevant data. That usually consists of two steps: identifying all informative studies on the topic and identifying the relevant result from each study to include in the meta-analysis. There are many ways to do these steps, and it is not surprising that different, equally competent, investigators may make different decisions about how to identify the studies and how to identify the most relevant results. This is particularly true in the area of observational epidemiology research, as opposed to clinical trials research.  Research designs and methods of conduct and reporting are much more standardized in clinical trials research than they are in observational epidemiology. In the

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

area of research on talc and ovarian cancer (which is observational) there are many opportunities for judgement of the author of the meta-analysis to come into play, and in section 5.3.1 I have listed some of the decisions that I made, in the way I managed the selection of studies.

The two other meta-analyses were conducted by Berge et al (2018) and by Penninkilampi et al (2018). They conducted rather different search procedures than I did. Since I had already participated in the IARC review and the Langseth 2008 paper, I already had a head start on collecting the relevant scientific literature. **Appendix B** shows a 3-way comparison of the studies that were included in the meta-analyses by the three authors, and the data from each study that were judged to be most relevant by each author.

As a generalization, it can be seen that the three synchronous meta-analyses identified more or less the same studies and that in general they extracted the same result from each study; but this was not always the case. For my own meta-analysis, I was comforted to note that there was no study that was identified by one of the other meta-analyses that I had missed in my search of the literature (Appendix Table A1).

One of the main points of discordance in procedure was how the three analyses dealt with the Terry 2013 study. Namely, in my Main analysis I used the result of the pooled Ever/Never RR that was quoted by the Terry study, and dropped from consideration the various component studies of the Terry analysis. By contrast, the two others (Berge and Penninkilampi) adopted the strategy of using the results of the individual component studies rather than the overall pooled result. Berge 2018 used the results of the individual component studies as reported by Terry 2013, for most component studies, but for two component studies they used results that were reported in publications that gave results with additional cases. Penninkilampi 2018 also used individual component study results rather than the Terry 2013 pooled result. There are trade-offs between these different approaches. I prefer to use the Terry 2013 pooled result for two reasons. First, a pooled analysis with a standard set of covariates and a standard statistical model is considered superior to a meta-analysis of the components study results. Second, each publication tends to show a variety of results, and the author of the meta-analysis has to choose a

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

"best" one to represent the "bottom line" from each study. In the Terry pooled analysis, it was the investigators of the original studies, who were also co-authors of the pooled analysis, who chose which would be the "best" result to represent the study, and this in my opinion is more reliable than outside authors making that decision.

**Table 4** shows the meta-RR results from each of the three meta-analyses. Notwithstanding the differences in choices and strategies of the three meta-analyses, the meta-RR results are quite similar, ranging from 1.22 (1.13 – 1.30) in the Berge analysis, to 1.28 (1.19 – 1.38) in my analysis, to 1.31 (1.24-1.39) in the Penninkilampi analysis. These three sets of results are really quite close to each other.

The methodology I used is sound and reliable and consistent with the high standards of my discipline. The strategy and decisions I made in relation to the studies selected and the data abstracted from each informative study is consistent with that methodology I use in my professional practice, and that has earned me recognitions and honors throughout the world.

The results shown in Table 4, are in the same "ballpark" as the meta-analysis previously conducted by Langseth 2008 and they are based on a larger pool of accumulated publications. This indicates that recent evidence is consistent with older evidence and reinforces the consistency of the evidence.

### 6.2.5   Meta-analysis on powdering of sanitary napkins

Tables 2-4 pertain to RRs for the combination of all routes of exposure to the perineum, including direct dusting and dusting on sanitary napkins, diaphragms, underwear, and condoms. When such an exposure variable was not provided in the paper, I used the one that came closest, with priority to dusting on the body directly. Most studies did not report RR results for every route of exposure separately. For the studies that did so, the numbers exposed were much lower than for all routes combined and there was limited statistical power in those analyses. Of the different routes, the dusting on sanitary napkins was generally the most commonly reported route apart from direct dusting. Consequently I assembled the data pertaining to dusting on sanitary napkins and conducted a meta-analysis of those results.

16 November 2018                                                                        41

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

**Table 5** shows both the individual studies that had results on sanitary napkin dusting and the meta-analysis result for those studies. The meta-RR was 1.08 (95%CI 0.89 - 1.31), heterogeneity p=0.09. Given the overlap between the confidence intervals between this meta-RR estimate for sanitary napkin powdering and the meta-RR for powdering the perineal area via any route (1.28; 95%CI 1.19 - 1.38), it cannot be affirmed that the result for sanitary napkins is statistically significantly lower than the meta-RR results in Table 3 for all routes of exposure; but the tendency is in that direction.

Berge 2018 and Penninkilampi 2018 also meta-analysed the data on use of powder on sanitary napkins. By contrast with my results, Berge 2018 reported an RR of 1.00 (95% CI 0.84-1.16) and Penninkilampi 2018 reported an RR of 1.15 (95% CI 0.94-1.41). Since their publications do not make it clear which studies and which results were used in these analyses, I cannot see easily what explains the discordance among the three meta-analyses for sanitary napkins powdering. In any case, it certainly appears that the RR was lower for application to sanitary napkins than it was for general perineal application. The interpretation of this finding is not self-evident.  The different routes of exposure may entail very different frequency of exposure. For instance, whereas use of powders on sanitary napkins might involve exposure on only a few days per month, regular use on the perineal region often involves daily or near daily application. I am unaware of any evidence that would address the question of whether regular use on sanitary napkins leads to greater or lesser delivery of talc particles to the portal to the ovary than does regular powdering on the perineal region.

In any case, irrespective of the evidence regarding sanitary napkin exposure, the results in Tables 2 and 3 clearly show an association between exposure to talc in the perineal region and risk of ovarian cancer.

### 6.3   Dose-response – cumulative exposure, duration and frequency

An important part of the evaluation of causality is to determine whether the results display any kind of dose-response pattern. Tables 6 to 8 show results for various quantitative metrics of exposure.

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

*Trends by cumulative exposure:* **Table 6** shows results from five publications that presented results based on a cumulative amount metric. Four of the studies were based on counts of numbers of powderings, while the Cook 1997 result was based on counts of the number of days on which powdering occurred. As can be seen by perusing the column of numbers of exposed cases, the Terry 2013 results dwarf the others in terms of the statistical information they contain. The Schildkraut study, with about one-tenth as many subjects as the Terry study, nevertheless has as many subjects as the other three studies combined. The relative statistical power of the different studies is also manifested in the width of the confidence intervals.

The evaluation of the statistical significance of a trend is not a methodologically straightforward endeavour. Of particular concern is the question of whether or not the test for trend among subjects in different "dose" categories should include or exclude the unexposed category.  My view is that it depends on whether or not the study results for Ever/Never exposure are part of the buffet of results presented by the authors. Namely, if the only result presented is a dose-response analysis, then it is appropriate to include the unexposed category as part of the study results. If the Ever/Never result is presented and then a dose-response analysis is conducted, it is preferable to maintain statistical independence of the two analyses by excluding the baseline unexposed category from the dose-response analyses. I will interpret the data from these studies in light of this interpretation of trend tests.

The three smallest studies in Table 6 show no evidence of a dose-response pattern. However, the estimates are so imprecise, as evidenced by the very wide confidence intervals, that they are virtually uninformative regarding the presence or the absence of dose-response.

When looking at the Terry 2013 results, which assemble data from eight teams and 10 studies, the confidence limits are much tighter and the estimates of RR much more precise. The p-value for trend (excluding the unexposed group) is 0.17. Nevertheless, with a reference value of RR=1.0 among unexposed, and with point estimates of RR in four quartiles of cumulative exposure of 1.14, 1.23. 1.22, and 1.32, these results are certainly

compatible with the presence of an underlying dose-response relationship. Note that the absence of statistical significance of the trend among the four exposed subsets is not equivalent to the demonstration of an absence of dose-response.  Similarly, the Schildkraut 2016 study results, while based on only two lifetime cumulative "dose" categories with point estimates of 1.16 and 1.67, are also compatible with a dose-response pattern.

*Trends by duration of exposure:* **Table 7** shows the results of those studies that presented RRs by duration of use. The Terry 2013 pooled analysis did not report results by duration of use; however, some of its constituent studies did so and are included here. The numbers in each of the duration categories in each of these studies is quite small, and consequently the RR estimates are very imprecise, with wide confidence intervals. The categorisation of duration differed quite a bit among the studies and it is not easy to compare results between studies. There is no indication of a dose-response relationship in these results. Though, the wide confidence intervals make it impossible to affirm that there is evidence against dose-response. Further, the largest study showing results by duration of use, Wu 2015, did find a significant increase in risk with increasing duration.

*Trends by intensity of exposure:* **Table 8** shows results of those studies that reported by intensity (i.e. frequency) of usage. This ignores duration of usage. Like the results in Table 7, the results in individual studies are based on rather small numbers and they entail imprecise estimates of RR. Also like Table 7, the pattern of results is equivocal. There is no clear evidence for or against an underlying dose-response.

The Berge 2018 paper also looked at dose-response. They only looked at trends by duration of usage and frequency of usage, analogous to my Tables 7 and 8. However they actually fitted continuous variable models and found that there were significant trends in risk by duration and by frequency of exposure. They did not examine trends by cumulative exposure, and in particular they did not use the results from the Terry 2013 pooled analysis, which in my view is the most informative evidence available on dose-response.

Penninkilampi 2018 looked at risk according to long duration of usage and found no trend. They also looked at cumulative exposure with total number of applications, and they reported a slightly higher RR for women with greater than 3600 applications (RR=1.42)

compared with women who had fewer than 3600 applications (RR=1.32). I cannot determine from the paper which studies were included in this analysis and in particular whether the pooled Terry 2013 dataset was included. While the Terry 2013 and Penninkilampi 2018 papers both contained some results on dose-response, they are not included in Tables 6-8 because they are not original data collection studies; like mine, their's is a review of other studies which are contained in Tables 6-8.As indicated above, all other things being equal, the best metric of the three quantitative ones is the cumulative exposure metric, and that is the one that happens to provide the most statistically reliable data. Thus, the evidence from Table 6 overrides the weaker evidence from Tables 7 and 8. The evidence from the Terry 2013 paper is the most important piece of evidence we have on dose-response.  The evidence from the Terry 2013 paper is compatible with the presence of a dose-response relationship between use of powder and ovarian cancer.

### 6.4   Subtypes of ovarian cancer - in particular, serous invasive tumors

Most studies that provide results on RR between talc powder and ovarian cancer provide results for all types of ovarian cancer combined.  Less than half of the published studies have also provided results of the associations between talc powder exposure and various subtypes of ovarian cancer.

To the extent that talc exposure might have different effects on different subtypes of ovarian cancer, there would be a clear advantage to segregating the evidence by type of ovarian cancer and evaluating the evidence for each subtype. The serous-invasive subgroup comprises over half of all cases, and the rest are split among several other histology-behaviour subgroups (mucinous, endometroid, clear cell, others, and these can be further subdivided by invasive or borderline).  Those latter subgroups entail very small numbers each and barely provide enough data, in most studies, to produce informative risk estimates. In those studies, where results were presented by histologic-behaviour subgroups, it is my judgement that there is no strong consistent pattern indicating that one subtype has higher risk than another. Of course, there is variability in point estimates of RR, but on the one hand the variability in RR estimates between ovarian cancer subtypes within studies is not greater than would be expected from chance variability (mostly, the

Report on talcum powder use and ovarian cancer                                   Jack Siemiatycki

confidence limits overlap considerably), and on the other hand, from study to study, it is not always the same subtype that seems to have the highest or lowest relative risks.

In the largest assembly of cases subdivided by histologic subtype, the Terry 2013 pooled analysis, the results by subtype were as follows:

- Serous: n=1197; RR=1.24(1.13-1.35)

- mucinous: n=94; RR=1.06 (0.82-1.36)

- endometroid: n=304; RR=1.20 (1.03-1.40)

- clear cell: n=187; RR=1.26 (1.04-1.52).

Other than serous invasive tumors, there is no other subtype for which there are sufficient numbers of studies and sufficiently precise estimates of RR in each study to provide reliable estimates of the overall RR. While the results for endometroid and clear cell tumors show risks that are closely aligned with those for serous tumors, the result for mucinous tumors are so imprecise, because of the very small numbers of such tumors, that the estimated RR of 1.06 is very unreliable.

Consequently, and because there were multiple studies apart from Terry 2013 that presented results for serous tumors, I decided to conduct a meta-analysis for serous/invasive ovarian cancers, but not for other subgroups. The meta-analysis on serous invasive tumors will indirectly inform us also about the relative risks for other types of ovarian cancer. Namely, if the RR for serous invasive tumors is similar to that for all ovarian tumors, it will imply that the risks for other types (the complement of serous invasive tumors) will not be very different from the overall RR. If the RR for serous invasive tumors is much greater than that for all ovarian tumors, it will imply that the risks for other types (the complement of serous invasive tumors) are lower than the overall RR. Similarly, if the RR for serous invasive tumors is much lower than that for all ovarian tumors, it will

16 November 2018                                                                                  46

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

imply that the risks for other types (the complement of serous invasive tumors) are higher than that for all ovarian cancer.

Table 9 shows all the studies that reported results concerning the link between talc exposure and serous/invasive tumors. There were 8 informative studies, including Terry 2013, which carried by far the most statistical weight. The meta-RR estimate for serous/invasive tumours was 1.25 (1.1.15- 1.36).  This is very similar to meta-RR for all ovarian tumors, albeit based on a smaller number of informative studies. Thus there is no persuasive evidence in these studies, taken as a whole that the effect of talc differs by histologic subtype of epithelial ovarian cancer. That is, with such a tiny difference in RRs between that for all ovarian cancers combined and that for serous invasive ovarian cancers, it can be safely inferred that the RR for other types of ovarian cancer (the complement of serous invasive) would not be far from the overall RR of 1.28.

### 6.5   Conclusion from meta-analyses and dose-response considerations

**My opinion, based on up-to-date data and meta-analyses, is that the RR between ever perineal use of talcum powder products and ovarian cancer (all types combined) is 1.28 (95%CI 1.19-1.38). This result is highly statistically significant.**

We can rule out random variability as a possible explanation for the apparent excess risks.

Further, the examination of results according to the "amount" of exposure, and notably the cumulative exposure variable used by Terry 2013, shows that the higher the exposure, the higher the risk.

Such a pattern of findings can have only two possible explanations: it must be the result of some sort of bias or confounder that operated in multiple studies or it must be the result of a real causal association.

## 7.   Misconceptions and possible biases

In reaching my opinions, I have objectively looked at the data and scientific literature and considered the points of view of others who do not share the conclusions I have reached. There are generally two sources of disagreement: misconceptions of epidemiologic or

statistical concepts which I address below in Section 7.1 and professional judgement of the likelihood of errors and biases in the various epidemiological studies, which I address in Section 7.2.

### 7.1   Some prominent misconceptions in reviewing the evidence

Table 10 lists some prominent misconceptions, and I will address them here.

*Misconception: "Cohort studies are more valid and informative than case-control studies."*

As can be seen in Table 2, the case-control studies tended to produce higher RR estimates than the cohort studies. It has sometimes been claimed that cohort studies are more valid than case-control studies. There is no theoretical or practical reason why such a blanket assertion should be universally true. There are many factors that influence the validity of a particular result in a particular study and it cannot be reduced to any simplistic assertion that cohort studies are more valid than case-control studies, or vice versa. In the next section, I will go through a number of potential sources of distortion of results from epidemiologic studies, and I showed that some of them might occur in cohort studies, some in case-control studies, and some in both.  Some of these distortions very likely occurred in some or all of these studies that provide data on talc and ovarian cancer. On balance, I believe the results of each of these case-control studies concerning female use of powders and ovarian cancer are credible, and perhaps more so (for reasons given in section 7.2), than the analogous results of each of these cohort studies.

*Misconception: "Hospital-based case-control studies are more valid and informative than population-based case-control studies."*

In a case-control study, the design objective is to define a study base, or a population base, in which the cases might occur, and to identify representative samples of cases and of controls in that study base. The purpose of a control group is to provide an estimate of the prevalence of exposure to the factor under study in the base population that gave rise to the cases. In many instances, the best source of controls for case-control studies is a population list of some sort. But sometimes using a population list is not feasible or

desirable, and an alternative can be to select controls from among hospital patients with conditions other than ovarian cancer. This was done in some of the ovarian cancer case-control studies.

The most common generalization made by epidemiologists is that population-based case-control studies are more valid than hospital-based case-control studies. In fact, neither this nor the opposite statement that I articulated as a Misconception, is universally correct. Validity of a case-control study depends on the specific design features and circumstances of the study.

It is possible that some types of hospital controls have patterns of usage of powders that are different from those of women in the general population, either because the powders are actually causally associated with the diseases that those women have or because their disease or condition that led them to be hospitalised induces some women to take up the use of such powders. If such a mechanism was present in a hospital-based case-control study, it would likely lead to an artificially attenuated RR, not an artificially inflated RR.

*Misconception: "Counting the number of statistically significant results is a valid way of assessing consistency of results among multiple studies."*

This misconception betrays a lack of understanding of statistical significance. As can be seen in Table 2, several of the individual studies listed in my meta-analysis did not find a statistically significant increase in RR. This has been cited by some as evidence that there is no real causal link.

In fact, meta-analysis is a method that was developed precisely because counting significant results is an invalid way of synthesising knowledge. Namely, a result from a single study may fail to achieve statistical significance either because there is no risk in that study, or because the statistical power of the study was limited. Meta-analysis was developed in order to combine evidence from multiple studies that may be under-powered on their own, but when combined show an effect that might be statistically significant. The meta-analysis cannot conjure a statistically significant meta-RR if the individual study RRs do not systematically lean in the direction of an excess risk, and they do so in the area of talc and ovarian cancer to a degree that cannot be explained by random fluctuation.

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

---

*Misconception: "You cannot prove causality with an RR less than 2.0."*

There is nothing in epidemiologic theory or practice that justifies such a statement. Indeed, this assertion about an RR $\geq$ 2.0 threshold does not exist in epidemiology. There are many well-established causal relations where the RR is less than 2.0. Table 11 lists a number of such examples. In clinical medicine also, it is very common to strive to find therapies that reduce the risk of death from some disease by as little as 10%, and several such discoveries are well documented and have been integrated in medical practice, even though the change in risk is small.

*Misconception: "If a product has been used for a long time it must be safe."*

It has been argued that since talc powder has been used for many decades by millions of women (and men and children), it has stood the test of time and should be considered safe. This is a specious argument.

Most agents in our environment or in our lifestyle which are now considered dangerous were used for decades or centuries without falling under a cloud of suspicion. These include such factors as cigarette smoking (many cancers and cardiovascular disease), asbestos (lung cancer), sunlight (skin cancer), ingesting very hot liquids (esophageal cancer), and many others.

*Misconception: "Government agencies provide the most reliable and authoritative statements regarding the lack of carcinogenicity of talc."*

Various national and international agencies have websites which list carcinogens. Examples are: National Cancer Institute (NCI), National Toxicology Program Report on Carcinogens (NTP-RoC), International Agency for Research on Cancer (IARC). It can be argued that these agencies, which undoubtedly have scientific credibility, would not put on their websites information that is out of date or invalid. However, that claim is false.

IARC has a rigorous evaluation process which is considered quite authoritative throughout the world, including in the U.S. But the evaluation is carried out at a certain point in time. The last time talc was evaluated by IARC was in 2006. Based on the evidence available then, the panel rated talc as a "possible" carcinogen. Additional evidence has been accumulated

---

and come to light since then, but there has not been a new evaluation by IARC. (There are potentially thousands of agents to evaluate, and IARC has resources to only evaluate a few each year. Thus they cannot keep re-evaluating the same ones as soon as new evidence is published.)

NTP-RoC is a congressionally-mandated program whereby the agency is obligated to periodically publish lists of known and suspected carcinogens. Unlike IARC, it appears that the people who make the decisions are internal RoC scientists, rather than external experts, with advice from outside experts. Also unlike IARC, the biennial reports only contain listings of those agents that have been deemed to be definite or likely carcinogens, so there does not seem to be a statutory listing of all agents that have been considered. From the minutes of a meeting of the Board of Scientific Counsellors of NTP held in 2000, it appears that the issue was deferred. I am not aware that the RoC has conducted a subsequent review of talc; although, when renominated in 2004, NTP deferred to IARC.

NCI provides a website for doctors where they indicate for each type of cancer, what are the known risk factors. Based upon my understanding, they do not carry out a rigorous evaluation along the lines of the IARC evaluations or even the NTP evaluations. It is a rather superficial process compared with the IARC process and it depends on the existing knowledge of the committee members which in a short time opines about possible associations between each of the scores of cancer types and scores of potential risk factors. This is not to argue that the members of these committees are less expert than the members of the IARC committees, but the NCI committee members have a short time (apart from their main jobs) to review hundreds of possible factor-cancer associations, whereas the IARC committee members have weeks to review just a few.

Scientists and public health agencies regularly consult the IARC evaluations and those of the NTP. The NCI website for doctors is not considered an up-to-date and cutting edge source of information. This is, of course, no reflection on the gravitas of the NCI as a whole, which has much more invested in its original research mission than in its website for doctors.

Report on talcum powder use and ovarian cancer                                Jack Siemiatycki

There are other organizations which may put some information about causes of cancer on their websites.  Importantly, I have not seen any agency or organization, including the FDA, that conducted a rigorous evaluation of the epidemiologic and non-epidemiologic studies like we did at IARC in 2006.


*Misconception:* "*A biological mechanism must be proven before we can establish causality*"

There are innumerable examples in medical history of discoveries of risk factors or treatments that did not require knowledge of the mechanisms of pathogenesis in order to determine causality.  I have compiled a few such examples from medical history and show them in **Appendix C**.

Very often, the initial suggestion was met with scepticism from the vantage point of biologic plausibility. In fact, very seldom have the essential features of biologic plausibility been worked out by the time the epidemiology has convincingly demonstrated that the association is causal. This can be asserted for the early discoveries such as the cancer causing effects of certain chemicals in dye production facilities, certain metals in various heavy industry facilities, certain emissions of combustion of fossil fuels, ionising radiation, and even cigarette smoking. In most of these examples, it was decades after the epidemiologic evidence became convincing that credible mechanistic theories were proven; though, for some, the biologic mechanisms remain unknown.

Indeed in the guidelines of the IARC Monographs, it is stated that if there is "sufficient" evidence of a risk of cancer from epidemiologic studies, then irrespective of the evidence from animal experimentation and other biologic evidence, the agent in question should be considered a Group 1 carcinogenic agent. My point here is that the demonstration of a proven biologic mechanism is not a prerequisite for demonstrating that an agent is a human carcinogen. Reliable empirical epidemiologic evidence of an association is a sufficient basis for demonstrating causality; the presence of a credible biologic mechanism enhances the degree of proof, though that often lags decades behind the general recognition of causality, as exemplified by the examples in Appendix C.

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

It is not my opinion that we should ignore or set aside consideration of biologic plausibility. As Hill (1965) indicated in outlining the thought process for establishing causality, biologic plausibility is one of the dimensions to be considered. But, he also cautioned that, "this is a feature I am convinced we cannot demand". Thus, as I have done in other contexts in regard to other putative carcinogens, I am able to draw causal inferences about talc irrespective of whether a causal mechanism has been proven.

*Misconception: "Bradford Hill criteria comprise a checklist of necessary conditions"*

As I explained in section 4.2, the "aspects" that Hill listed are not "criteria" and they are not necessary. This point has been made and is widely accepted by epidemiologists. The list of "aspects" in Hill's original paper have been rephrased and reworked in many textbooks and by most agencies that refer to them. They provide a framework and not a checklist.

## 7.2    *Alternative explanations - Biases and errors*

Before inferring that the strong statistical evidence that use of powder in the perineal area by women is associated with ovarian cancer may represent a causal relationship, I considered alternative explanations for these observations. In this section I will consider a number of potential sources of distortion of the risk estimates, under various rubrics. Some of the potential sources of distortion are unique to cohort studies, some are unique to case-control studies, and some can affect both types.

### 7.2.1   Bias due to non-response or non-participation

This is a potential source of bias in case-control studies.

Among all potential cases and controls who meet the study's eligibility criteria, some participate and some don't. The most common reasons for non-participation are: refusal; inability of the researchers to contact the person because they moved or are too sick or died or are otherwise unavailable; if access to the subject is via the treating physician or medical staff, there could be obstacles at that level. If the factor under study, hygiene powder use, is correlated with the likelihood of participation and if the participation rate is low, this could lead to biased estimates of RR. Such bias could artificially inflate or deflate the RR depending on how the various variables are related to each other. If response rates

are low, say below 70%, and differential both by case-control status and by exposed – non-exposed status, this could lead to biased RR estimates. For such a bias to explain the outcomes seen, it would require quite strong associations between likelihood of participation and powder use, and quite strong differences in such associations between cases and controls.  In my opinion, it is very unlikely in the context of these studies that response rate differentials would be great enough to induce such large bias.

### 7.2.2   Recall or reporting bias

This is a potential source of bias in case-control studies.

Because the exposure history is collected retrospectively, it is subject to both non-differential recall errors (see below), and to recall or reporting bias between cases and controls. Cases and controls may have different motivation and proclivities to recall and report use of powders. If it were true that cases had a greater tendency to over-report powdering history or if controls had a greater tendency to under-report powdering, then this would lead to an artefactual exaggeration of the RR.

There are a few possible causes of such differential reporting. First, it might be hypothesized that there is a general tendency for cases in case-control studies to acknowledge behaviours or exposures with much greater frequency than controls just because they are more invested in the research than are controls. They may wrack their brains during the interview to find instances of the queried behaviour or exposure that controls don't pay much attention to during the interview, because the controls just "want to get the interview over with". If this were the case, we would systematically see elevated RRs from case-control studies for all manner of variables in all kinds of studies. But in my experience, this does not occur. (I have conducted many case-control studies, each study eliciting information on many lifestyle factors and exposures. It has not been the case that cases systematically report more exposures than controls.)  Furthermore, and more pointedly, if such a phenomenon were operative in these case-control studies of ovarian cancer, we would see elevated RRs when women were questioned about the use of powders on other parts of their bodies than the perineal area. In fact, several studies did ask such questions. In the Terry 2013 analyses, based on very large numbers of women, the

overall RR for ever use of hygiene powder on non-genital areas of the body was 0.98 (0.89-1.07), in stark contrast to the analogous result for genital use of 1.24 (1.16-1.33). In other words, when questioned about powdering in non-genital areas, controls were as likely to say "yes" as cases. Clearly there was no tendency for cases to indiscriminately report exposures more frequently than controls.

A second possible reason for such a situation to arise is if there was widespread knowledge about powdering being under suspicion for ovarian cancer. In such a situation women who have heard about this might internalize the notion that powdering may have caused their cancer, and they might ruminate with such intensity on the notion that they might imagine that they had used powders at some point in the past. But for most of the period of data collection in these studies, there was very little public discussion of a possible linkage between powdering and ovarian cancer and I doubt if more than a handful of the thousands of women interviewed in these studies would have heard of such a hypothesis before being interviewed.

In my opinion recall bias is not likely to have produced the kinds of RRs we see in these studies.

### 7.2.3   Non-differential (or random) error in recall or reporting of exposure to powders

This is a potential source of bias that would affect both case-control and cohort studies, but not exactly in the same ways.

Reporting past history of activities and exposures is always subject to some degree of error; it can result from ambiguity or misunderstanding of the questions, failures of memory, or inattention. And this is certainly true for history of powdering. If such error is non-differential (i.e. equally present for cases and controls in the case-control context) it has an effect on RR estimates that is rather predictable. Namely, as I explained above, it has the effect of artifactually decreasing the RR. The degree of attenuation is roughly proportional to the degree of error or misclassification. If there really is a causal association between powdering and ovarian cancer, then we can be rather certain that the true RR is higher than what we can see in the various studies that have reported RRs.

Case 3:16-md-02738-MAS-RLS   Document 10065-5   Filed 06/21/19   Page 673 of 828 PageID:
87642
Report on talcum powder use and ovarian cancer                              Jack Siemiatycki

Furthermore, we might make some reasonable inferences about the impact of reporting error on dose-response trends as well as on the overall RR. It is reasonable to surmise that the amount of reporting error is quite a bit higher for the details of past usage (duration of usage, intensity and frequency of past usage) than it is for the simple fact of usage. That is, there is less error in a woman's report of whether or not she ever used powders on a regular basis than in her report of the details of the usage, even if powdering behaviour may be a relatively stable habit. The consequence of this is that the RR based on ever/never usage (Table 2) is less subject to artefactual attenuation than the RRs based on categorizing the duration or intensity or cumulative amount of usage (Tables 6-8). This is a possible explanation of why there has been a much clearer signal of elevated RR for ever/never usage than there has been for dose-response.

There is likely to be more measurement error of exposure to powders in cohort studies than in case-control studies, for several reasons. First, because the cohort study questionnaires attempted to broach topics that could be relevant to many types of cancer and indeed many diseases, the questions posed in the cohort study questionnaires about talc powder use tended to be much briefer and probably less effective at eliciting valid information than the questionnaires used in case-control studies of ovarian cancer.  For instance, the cohort studies did not elicit information on timing or duration of past usage, and one of the cohort studies did not even attempt to elicit information about use of talcum powder products over 12 months before the interview.  Second, whereas a case-control design involves a woman looking backwards over her life from the time of incident cancer onset and thereby addressing the entire relevant period of potential exposure, the woman in a cohort study reports on her past usage as of a certain point in her life, but there may be 10-20 years subsequent in which her habits could have changed, and of which the cohort study has no knowledge. The women in the cohort studies were "locked into" their exposure category at baseline of the cohort study. If there were women who in fact started using powders after the baseline, they would be incorrectly labelled as non-users. And, if there were indeed a risk associated with use of talc powders, the risk estimate would be diluted by the incorrect inclusion of users among non-users.  Accordingly, the longer such subjects are followed, the more likely such misclassification is to occur.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

The age at which information is collected is a relevant consideration. In most case-control studies, the mean age of the study subjects was between 50 and 60. In the NHS cohort study the mean age at baseline questionnaire was around 40 and in the WHI it was over 60. In each study, women were asked about their past history of powder usage. Clearly the WHI women had a further stretch of time to consider than the women of the NHS and even of the case-control studies.

A particular form of measurement error may well have occurred in the Gonzalez 2016 study and produced even more attenuation of RR estimates. Namely, in their brief questionnaire on talc exposure, the question was formulated to ask women about their use of powders in the 12 months preceding the interview. While exposure to talc over the past 12 months may be correlated with exposure over the entire etiologically relevant period, which might go back decades in the life of the woman, the correlation is probably weak, and this is another source of measurement error.

### 7.2.4   Short follow-up periods for disease ascertainment

This is a potential source of bias that would affect cohort studies.

In a cohort study, if the period of follow-up after baseline is relatively short; and if the latency period between exposure and cancer is long, the excess risk may not be detectable because cases that would occur after long latency have not had time to occur. If this did occur, it would lead to an artificially low RR estimate.

This could have been an issue in the initial publication from the NHS, the Gertig 2000 paper. As of the Gates 2008 and Gates 2010 analyses of the NHS, the follow-up period was probably long enough and this bias should have abated. For the WHI study it was likely an issue in the Houghton 2014 paper, and it would remain so until there is much longer follow-up. It would also be an issue in the Gonzalez 2016 paper from the Sister Study, which had only 6 years of follow-up after exposure was ascertained.

### 7.2.5   Diagnostic error

This is a potential source of bias that would affect both case-control and cohort studies, but not exactly in the same ways.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

The diagnosis of cancer is never error-free. And details of histology and staging are even more error-prone. Further, there are trends in diagnostic criteria and methods over time, as well as in the terminology and classifications used. So what we observe in these various studies of ovarian cancer represents imperfect estimates of true biologic/pathologic status. The impact of such "errors" is mainly the same as exposure measurement error, namely it would tend to artificially reduce RR estimates. Since most case-control studies start from hospital-based cancer diagnoses as the point of entry, they usually have reasonably valid diagnostic information.

In general, cohort studies tend to be more vulnerable to this source of error and bias, because disease diagnosis information is often obtained from sub-optimal sources, such as the information provided by the study subject or her family, or information obtained from death certificates. In the three cohort studies included in the meta-analysis, there were high quality verifications of diagnostic information that had been provided by the women or their families. But such verification may not be as reliable as information coming straight from hospital pathology or oncology services. I expect that this was not a major issue here, but to the extent that it did operate, it too would have led to some additional attenuation of RR estimates, as I explained above.

### 7.2.6   Initiation of powdering as a result of ovarian cancer

This is a potential source of bias that would affect case-control studies.

It has been speculated that women with early symptoms of ovarian cancer might take up the use of powders to help with relief of their symptoms. If so they might report that they used powders before their cancer was diagnosed and this could artificially inflate the RRs. While the women are usually questioned about the period before their cancer was diagnosed, there could be some "telescoping" so that women who start dusting after diagnosis respond in the affirmative to the questionnaire.

In the same vein, it has been speculated that treatment for ovarian cancer might produce side effects that could be relieved by powdering. And again, it might be posited that women ignore the instruction to refer the exposure question to the time before the onset of the cancer.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

If the early symptoms of ovarian cancer provoke some women to start dusting the perineum to relieve some of the discomfort, or if the treatment provokes women to start dusting, this would lead to an artefactual excess RR.

I have not found any empirical evidence to support this hypothesis.

In the few datasets I have seen which describe the age distribution of initiation of powdering, there were very few patients who started in the year or two before diagnosis of the cancer. I am inclined to believe that it is virtually a non-issue, and that if it operated at all, it would only have operated on a handful of the thousands of women who were part of the various case-control studies.

### 7.2.7   Confounding

This is a potential source of bias that would affect both case-control and cohort studies.

If women who use powders are also more likely to be exposed to other risk factors for ovarian cancer, then it might distort the relationship between powdering and OC. The direction and the degree of distortion (bias) that would be induced depends on two components, a) the true association between the confounder and ovarian cancer, and b) the association between the confounder and dusting behaviour. Thus, depending on the direction of these two component associations, the confounding can result in artificially decreased or increased RRs. Typically, the degree of confounding is much lower than the strength of the association between the confounder and ovarian cancer. In order for a confounder to induce an artificial RR of 1.25 for dusting, it would have to have an RR much greater than 1.25 with ovarian cancer and a fairly strong correlation with dusting behaviour. Given that the main studies have controlled for the main risk factors, I consider it unlikely that this operates. Table 1 shows the covariates that were controlled for in each study, and while there is some variability between studies in the list of covariates, the main known potential confounders (age, BMI or weight, parity) have been controlled for in almost all studies. It should be noted that while smoking is a well-established risk factor for many types of cancer, it is not a risk factor for ovarian cancer; thus, there is no need to control for smoking status in studies of ovarian cancer.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

A thorough and reliable investigation of potential confounders was conducted by Cramer (2016); in the large database of New England-based studies, they explored the potential confounding effect of a host of personal characteristics including demographic, reproductive, hormonal, comorbidities, activities, and exposures. None of the covariates that they explored had any meaningful confounding effect on the association between talc and ovarian cancer.

### 7.2.8   Publication bias

This is a potential source of bias that would affect case-control and cohort studies.

This refers to the tendency for some evidence never to "see the light of day". Namely, when results are "negative" or "null", it may be that investigators never bother to submit them for publication, or alternatively, that editors refuse to publish them. This happens, most likely, when the hypothesis under study is not particularly topical or controversial, and when the study is small. In the talc-ovarian cancer literature this would have been more likely in the pre-2000 era when there was much less scientific interest in the hypothesis linking talc to ovarian cancer. As a sensitivity analysis, I conducted a meta-analysis on the subset of studies in Table 2 that had at least 20 exposed cases. That is, I eliminated the studies from that stratum of the universe of studies that were most susceptible to publication bias.  The resulting meta-RR was almost identical to those shown in Table 4.  Because this has been a somewhat controversial topic in epidemiologic circles over the past 20 years, I doubt if there were large important studies with null findings on talc-ovarian cancer that went unpublished.

In their meta-analyses, Berge 2018 and Pennikilampi 2018 both showed funnel plots of the results. These are meant to detect so-called publication bias. Both of those analyses concluded that there was no publication bias.

In summary, I consider that the observed association between talc and ovarian cancer is not an artefact due to publication bias.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

### 7.2.9    Summary comments regarding biases and errors

While the results of epidemiologic studies strongly supports the hypothesis of an association between perineal use of powders and risk of ovarian cancer, we must be wary of potential sources of error and bias that can distort an association before concluding that this association is causal. I have therefore gone through the plausible sources and types of error and bias that could potentially explain the positive association seen across the relevant studies to ascertain how likely it is that each such type was actually operative and, if so, what the nature of the impact may have been. These evaluations are based on my professional opinion as an epidemiologist having conducted, reviewed, and evaluated many hundreds if not thousands of epidemiologic studies.

Of the various types of error listed, some could artificially inflate the RR estimates and some could artificially decrease the RR estimates. Some are likely to have occurred and some are unlikely to have occurred. The one that certainly occurred and that has a non-trivial attenuating effect on RRs is random exposure misclassification (section 7.2.3). As explained above, if there is a true association, then the true RR is almost certainly greater than the estimates seen in these studies and in the resulting meta-analyses. Other types of error and bias that are highly likely to have occurred are the two that are specific to cohort studies. Namely, the Nurses' Health Study papers (Gates 2008 and Gates 2010) almost certainly suffered from an attenuated RR estimate because of the compromised reference category of "unexposed" while the Women's Health Initiative paper (Houghton 2014) and the Sister Study paper (Gonzalez 2016) almost certainly suffered from a too short follow-up period (section 7.2.4).  In my opinion, the occurrence and the possible impact of other listed types of bias and error are more speculative, and less likely.

Consequently, in my opinion, the observed association between talcum powder products and ovarian cancer is unlikely to be explained by any methodological problems with the studies.

## 8.    Bradford Hill guidelines applied to talc and ovarian cancer

The Reference Guide on Epidemiology of the Manual on Scientific Evidence (2011) states: "There is no formula or algorithm that can be used to assess whether a causal inference is

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

appropriate based on these guidelines." These guidelines are simply aspects that might be considered in assessing causality. I will give my assessment of how the evidence regarding talcum powder products and ovarian cancer fit into those aspects. I will use the version listed in the Reference Manual on Scientific Evidence. While there is no objective basis or scientific precedent or "scientific jurisprudence" for quantification or weighting of the various "aspects", to help the reader to understand the relevance that I attached to each "aspect" in my evaluation, I will provide an informal ranking of the importance that I attach to each aspect, in the specific context of the assessment of causality of evidence regarding talcum powder products and ovarian cancer. I will list the aspects in descending order of importance that I attach to them.

My opinions are briefly summarized in **Table 12**.

### *Highly important aspects in my weighting*

There is a set of B-H aspects that are utterly inter-related and cannot be disassociated one from the other. In combination, they represent the most important aspect to consider in evaluation of causality of talcum powder for ovarian cancer. These include strength of association, dose-response, consideration of biases, and consistency of findings.

<u>Strength of the association</u>. This can embody both the magnitude of the RR and its statistical significance. The meta-RR estimate is 1.28. That means that the best estimate from the epidemiologic literature is that women who regularly used talcum powder products in the genital area had 28% higher risk of ovarian cancer than women who did not use such powders. As I illustrate in Table 11 with a few examples, this RR is in line with many well-recognized risk factors for cancer and other diseases. For example, it is well accepted now that people living in an urban neighborhood in which the air is highly polluted with particulate matter have between 5% and 10% excess risk of lung cancer compared with people living in a less polluted urban neighborhood. Also, it is well accepted now that workers exposed to a solvent called trichloroethylene have about a 40% higher risk of kidney cancer compared with workers not exposed to trichloroethylene. Thus, the 28% increase of ovarian cancer for women who used talcum powders is in line with many recognized risk factors. This increased risk as manifested by the meta-RR is highly

Report on talcum powder use and ovarian cancer                                      Jack Siemiatycki

statistically significant.  (Note that the statistical significance of individual studies is irrelevant to the consideration of causality; it is the totality of evidence embodied in the meta-analysis that counts.) Such a high and significant meta-RR could not have occurred by chance. This is a very important factor in how I view the evidence of causality, and it supports causality.

Dose-response relationship.  If the relative risk increases when the exposure increases, it enhances the likelihood that the observed association is really causal. In studies of lifestyle habits like use of talcum powder products, the most common way is to estimate the RR in increasing categories of exposure metrics such as duration (years) of usage, or intensity of usage (frequency per day or per week or per month), or cumulative amount of usage (a combination of duration and frequency). The most sensitive of these metrics is the cumulative amount. I evaluated the published studies reported on risks according to the different metrics. By far, the most important set of results on dose-response is that from the Terry 2013 pooled analysis of 10 studies using the cumulative exposure metric. And, the next most important from a statistical weight point of view is that from Schildkraut 2016. In both of those studies, there is a clear indication of increasing risk with increasing cumulative exposure.  Since the statistical power to detect a trend is less than the power to detect an overall risk, it is not surprising that the p-value for trend does not attain the conventional 0.05 level, but it remains true that these studies support a dose-response. This is an important consideration in my assessment of causality, and the evidence on dose-response that our IARC committee had available in 2006 was much less persuasive than the evidence available now.

Consideration of alternative explanations - absence of bias. There are many potential sources of bias in observational research, including in epidemiology. It is important to consider the presence of bias in each study performed or reviewed in an evaluation of causality.  The possibility of bias is so multifaceted that it is impossible to reliably assign an explicit score to the likelihood of bias in a study or in a body of studies. It is also important to understand that identifying a potential source of bias is not tantamount to identifying the presence of bias. In section 7.2, I have reviewed the potential role of several types of biases and errors

Report on talcum powder use and ovarian cancer                                      Jack Siemiatycki

that can bedevil such research. I concluded there that none of those factors would cause the apparent associations.

Consistency of findings between studies (or replication of findings).  Because epidemiologic research is susceptible to errors from random variability and from different kinds of study biases, before accepting the apparent association as a generalized phenomenon, it is important to see that similar results are replicated in different studies. When these different studies also encompass different study populations in different communities, it enhances the generalizability of the inferences. Generally speaking, the observation of consistent results in different studies adds to the credibility of an inference that there really is a causal relationship. In my review of the published epidemiological studies and meta-analysis, I am impressed by the consistently elevated risk across studies. Almost all of the 30 or so studies have produced an RR greater than the null (neutral) value of 1.0. If there really were no association between talcum powder use and ovarian cancer, we would expect to see as many RRs lower than 1.0 as higher than 1.0. The pattern we see is like flipping a coin 30 times and getting a heads 28 or 29 times. The individual study RRs are not all necessarily statistically significant, but that is irrelevant because most individual studies did not have sufficient statistical power to detect RR in the range of 1.2-1.4. It is the statistical significance of the meta-RR, representing the combined evidence that has the requisite power, and that excess RR is highly statistically significant. I place great weight upon this evidence of causality and, here, believe it to be amongst the most important findings.

***Moderately important aspects in my weighting***

Temporal relationship.  Exposure should be seen to have preceded disease. It is almost a logical truism. This is the only aspect that Bradford Hill considered to be necessary. In all of the studies I reviewed, the information elicited about talc exposure concerned the time period before cancer onset. Since it is so obviously important, the reader may wonder why I place lesser weight on this aspect. It is simply because the presence of this condition of temporality is so obvious in these studies.

Biological plausibility (coherence with existing knowledge).  It is both conventional and natural to consider whether any putative association is biologically plausible. The notion of

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

biological plausibility is multi-facetted. In the case of talcum powder products and ovarian cancer, it can include such issues as: how such powders have been used, female anatomy and physiology, toxico-kinetics and toxicology of talc, in vitro and in vivo mechanisms of carcinogenesis, and others.

The first thing to note about this aspect that Bradford Hill listed is that it is called "biological plausibility", not "biological proof". That is, there was never any implication that a determination of causality should rest on a demonstrated proven biological mechanism. Hill was always reserved about this aspect, stating that it was not an essential prerequisite to establishing causality. As I have mentioned above, it has been common in the history of medicine and epidemiology for the elaboration of a validated biological mechanism to come much later than the discovery and demonstration of a causal association. Appendix C gives a handful of such examples but there are scores more.

Insofar as the issue of talcum powder products and ovarian cancer is concerned, there is evidence to support a few biologically plausible mechanisms.  First of all, there are two possible routes that talcum powder products can take to reach the ovaries. There is published evidence that talcum powder products (and its constituents and contaminants) that are applied to the vaginal area can migrate from there to the fallopian tubes and ovaries (Venter 1979; Henderson 1986; Heller 1996) or to pelvic lymph nodes. (Cramer 2007)  In addition, as has been hypothesisized and partially demonstrated in the discussion of asbestos and ovarian cancer, such particles might reach the ovaries via inhalation and translocation. (Miserocchi 2008; IARC 2012) Once the particles reach the ovaries, carcinogenesis can be triggered by the inflammation engendered by the particles. (Ness 1999; Ness 2000) There is considerable evidence that inflammation is an important mechanism for carcinogenesis (Coussens and Werb 2002; Grivennikov 2010). Alternative plausible mechanisms of carcinogenicity include talc induced oxidative stress (Buz'Zard 2007; Saed 2017; Fletcher 2018), and genotoxicity (Shukla 2009).

The evidence that commercial cosmetic talcum powder products have been shown to contain asbestos, fibrous talc, and heavy metals (Blount 1991; Paoletti 1984; Longo et al 2017, Crowley report 2018) provides a reasonable basis for hypothesizing that these

Report on talcum powder use and ovarian cancer                          Jack Siemiatycki

chemicals may contribute to the carcinogenicity of the talcum powder products. Asbestos is a well-known carcinogen, as are chromium and nickel compounds. It is plausible that any of these, in contact with the ovaries, can be carcinogenic.

The fact that there are credible biologically plausible mechanisms by which talcum powder products can reach the upper genital tract causing an inflammatory response, along with the presence of asbestos fibres and other carcinogens is an important consideration in support of my opinion that the genital use of talcum powder products can cause ovarian cancer.

***Aspects of lesser importance in my weighting***

<u>Cessation of exposure.</u>  It is rare that there is valid evidence available to assess the impact of cessation of exposure in an observational study. In the studies on talcum powder and ovarian cancer, there is no evidence one way or the other concerning the effect of cessation of exposure. This aspect is not applicable and I place almost no weight on it.

<u>Specificity of the association.</u>  This aspect is premised on the notion that an agent-disease association is more likely to reflect a causal association if the agent is not also associated with other diseases. In the 1960's, this seemed like a reasonable argument. In light of evidence from the past 60 years, this argument is no longer made and this aspect has fallen out of usage with the demonstration that some agents can indeed provoke multiple different pathologies. Examples include cigarette smoking, ionizing radiation and asbestos fibers.

So, I do not place much stock in this aspect. However, if I did, I would have to say that genital exposure to talc is associated with ovarian cancer and no other morbidity, which supports the 'specificity' of the relationship."

<u>Analogy</u>

Hill argued that if the agent is similar to another agent that has been shown to be a cause of the disease, then the agent under investigation is more likely to be a cause. The fact that exposure to asbestos fibers can cause cancers in lung, larynx mesothelial tissue and ovaries (IARC 2012) can indicate that, by analogy, talc, which is similar in some respects, might be

able to induce carcinogenesis. Thus, there is an argument for an analogy between talc and asbestos. While this aspect supports causality in Hill's framework, I consider it much less important an aspect than the ones listed above.

Coherence with other types of knowledge: Coherence with other knowledge can encompass a multitude of possibilities.  This aspect is both vague and very open-ended, with no real operational instruction on how to use it. Hill gave an example in his paper, but the example was only applicable to tobacco and lung cancer. This is an aspect that, if it can be demonstrated, can enhance the likelihood of causality, but its absence cannot detract from causality. I don't consider it to have much weight in this context.


## 9.    Contrast with IARC Monograph and other reviews

The 2006 IARC Monograph meeting, which I chaired, found that a causal relationship was "possible" between perineal talc powder exposure and ovarian cancer.  I concurred with that evaluation.

It is now my professional opinion, based on the totality of the evidence that, to a reasonable degree of scientific certainty, the causal relationship between perineal talc powder exposure and ovarian cancer is "probable. "

What has changed in the years since the IARC review?

The RR estimates in Table 2 are remarkably consistent in showing a highly statistically significant excess risk. The number of published study results and scientific literature addressing the epidemiology, toxicology, molecular biology, and mechanistic studies has increased since 2006, and the evidence of excess risk has been consistently demonstrated across the past three decades.

The various possible biases that are on the table remain substantially similar to the ones that were considered by the IARC panel. At the time, we were not convinced that the apparent excess risk could be explained by those potential biases or confounding.  As stated above, my review of the relevant studies and potential biases has led me to conclude that bias does not explain the consistent increased risks seen across the credible studies.

Report on talcum powder use and ovarian cancer                           Jack Siemiatycki

There is important new information with regard to the issue of dose-response. Contrary to the impression that the IARC panel had of a total absence of dose-response, and even a possible trend in the opposite direction, the results of three recent publications, Terry 2013 and Schildkraut 2016, using cumulative exposure metrics, and Wu 2015 using duration of exposure, all demonstrate a clear compatibility with a dose-response relationship. The recent meta-analysis of Berge 2018 supports the presence of dose-response in both duration and frequency of use. The most convincing of these is the Terry 2013 pooled analysis, which assembled a larger dataset than all other attempts to assess dose-response combined. Clearly, earlier reviews could not have integrated the results from these recent studies.

It is my opinion, based upon the above the data, there is evidence of a dose-response relationship. Penninkilampi 2018 has recently expressed a similar opinion.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

## 10.    Conclusion

The totality of evidence demonstrates that perineal or genital use of talcum powder products is associated with ovarian cancer. Based on contemporary data, my estimated RR between ever perineal use of talc powder products and ovarian cancer (all types combined) is 1.28 (95%CI 1.19-1.38).  The body of epidemiologic evidence is remarkably consistent in demonstrating an excess risk. The evidence summarized in Table 6 is compatible with the presence of a dose-response relationship between cumulative exposure to talcum powder products and ovarian cancer. There are various potential sources of bias in these studies, some of which could have inflated the true RR estimate and some of which would have deflated the true RR estimate. Apart from random measurement error, which is inevitable in such studies and which tends to deflate the RR estimates, there is no certainty that the other potential biases were in fact operative and to what degree. It is my opinion, however, that neither bias nor confounding explains the consistent positive association seen across studies.  Additionally, there are biologically plausible mechanisms by which talcum powder products can cause ovarian cancer.

Based on the totality of the evidence, it is my opinion, to a reasonable degree of scientific certainty, that the perineal use of talcum powder products can cause ovarian cancer. Given the seriousness of ovarian cancer and its associated morbidity, this causal risk represents an important public health issue.

Report on talcum powder use and ovarian cancer                              Jack Siemiatycki

**11.  Tables**

Report on talcum powder use and ovarian cancer                                                    Jack Siemiatycki

Table 1. Steps in my evaluation of general causation between talcum powder product use and ovarian cancer

1.      Identify all epidemiology study papers that present results on talc and Ovarian Cancer.

2.      Extract all RR results from every paper into a database.

3.      Determine which of the papers and results present truly independent relevant results.

4.      Extract from each study the RR for Ever/Never use of talc in the genital area in relation to OC risk.

5.      Conduct a Meta-analysis.

6.      Examine the evidence about a possible dose-response relationship.

7.      Consider issues of bias, confounding and other sources of error in the various studies.

8.      Consider relevant opinion pieces, review articles, and agency reports.

9.      Consider opinions from experts regarding possible biological mechanisms.

10.     Consider all relevant aspects of association to infer causation.

11.     Write report.

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

Table 2. Relative risk estimates between ever regular use of talcum powders products[1] in the perineal area and ovarian cancer[2], from various studies used in the Main Meta-analysis or in one or more of seven sensitivity analyses

| Author | Included in Main meta-analysis | All tumours | | | |
| | | Number exposed cases | RR[3] | 95% CI[4] | |
| --- | --- | --- | --- | --- | --- |
| Booth 1989 | ☐ | 141 | 1.29 | 0.92 | 1.80 |
| Chen, 1992 | ☐ | 7 | 3.9 | 0.91 | 10.6 |
| Cook 1997 | ☐ | 159 | 1.5 | 1.1 | 2.0 |
| Cramer 1982 | ☐ | 60 | 1.55 | 0.98 | 2.47 |
| Cramer 2016 | | 642 | 1.33 | 1.16 | 1.52 |
| Gates 2008 | | 57 | 1.24 | 0.83 | 1.83 |
| Gates 2010 | ☐ | 231[5] | 1.06 | 0.89 | 1.28 |
| Godard 1998 | ☐ | 18 | 2.49 | 0.94 | 6.58 |
| Gonzalez 2016 | ☐ | 17 | 0.73 | 0.44 | 1.2 |
| Harlow 1989 | ☐ | 49 | 1.1 | 0.7 | 2.1 |
| Harlow 1992 | ☐ | 114 | 1.5 | 1.0 | 2.1 |
| Hartge 1983 | ☐ | 7 | 2.5 | 0.7 | 10.0 |

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

| Author | Included in Main meta-analysis | All tumours | | | |
| --- | --- | --- | --- | --- | --- |
| | | Number exposed cases | RR[3] | 95% CI[4] | |
| Houghton 2014 | ☐ | 181 | 1.12 | 0.92 | 1.36 |
| Mills 2004 | ☐ | 106 | 1.37 | 1.02 | 1.85 |
| Ness 2000 | ☐ | 161 | 1.5 | 1.1 | 2.0 |
| Purdie 1995 | ☐ | 467 | 1.27 | 1.04 | 1.54 |
| Rosenblatt 1992 | ☐ | 22 | 1.7 | 0.7 | 3.9 |
| Schildkraut 2016 A[5] | ☐ | 248 | 1.44 | 1.11 | 1.86 |
| Schildkraut 2016 B[5] | | 128 | 1.19 | 0.87 | 1.63 |
| Shushan 1996 | | 21 | 1.97 | 1.06 | 3.66 |
| Terry 2013 | ☐ | 2600 | 1.24 | 1.15 | 1.33 |
| Terry-AUS 2013 | | 705 | 1.13 | 0.92 | 1.38 |
| Terry-DOV 2013 | | 272 | 1.13 | 0.93 | 1.36 |
| Terry-HAW 2013 | | 74 | 0.99 | 0.70 | 1.41 |
| Terry-HOP 2013 | | 194 | 1.34 | 1.07 | 1.67 |
| Terry-NCO 2013 | | 195 | 1.37 | 1.05 | 1.80 |
| Terry-NEC 2013 | | 755 | 1.28 | 1.12 | 1.47 |
| Terry-SON 2013 | | 197 | 1.35 | 1.03 | 1.76 |

Report on talcum powder use and ovarian cancer                                Jack Siemiatycki

| Author | Included in Main meta-analysis | All tumours | | | |
| --- | --- | --- | --- | --- | --- |
| | | Number exposed cases | RR[3] | 95% CI[4] | |
| Terry-USC 2013 | | 208 | 1.36 | 1.06 | 1.74 |
| Tzonou 1993 | ☐ | 6 | 1.05 | 0.28 | 3.98 |
| Whittemore 1988 | ☐ | 67 | 1.36 | 0.91 | 2.04 |
| Wong 1999 | ☐ | 157 | 1.0 | 0.8 | 1.3 |
| Wu 2015 | ☐ | 701 | 1.46 | 1.27 | 1.69 |

1. In all of these studies the exposure was defined as ever use of powder in the perineal area. In most studies it was further explicitly indicated that the use was regular.

2. In this table we report the result for all types of ovarian cancer combined. With the exception of the Harlow 1989 study that was restricted to borderline tumours, we have assumed that all studies included both borderline and invasive tumours, although this was not always clear in the publications.

3. RR or OR.

4. The confidence intervals are the ones reported by the authors of the respective studies. However in its implementation procedures, the Comprehensive Meta-analysis package recomputes them to be symmetric around the point estimate, on a log scale. Consequently, in the printout of the forest plot of meta-analyses, the printed confidence interval is not always identical to the one shown in this table.

5. Estimated based on Table 1 of Gates 2010.

6. The Schildkraut 2016 case-control study presented two sets of results that both have some legitimacy for the present purpose. Schildkraut 2016A shows the results for all subjects who were interviewed in the study from 2010-2015. Schildkraut2016B shows the results for those subjects who were interviewed before 2014, and who, according to the authors, were not susceptible to having been tainted by publicity from a class action suit.

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

Table 3. Main meta-analysis and sensitivity analyses conducted on the association between ever regular use of talcum powder products in the perineal area and ovarian cancer (all types combined).

| Studies in meta-analysis | N* | RR-estimate | | | | Heterogeneity | |
|---|---|---|---|---|---|---|---|
| | | Meta-RR | 95% CI | | p-value | $I^2$ | p-value |
| *Main Meta-Analysis - list in Figure 1 Forest plot* | 21 | 1.28 | 1.19 | 1.38 | 0.00 | 32.9 | 0.07 |
| *Sensitivity analyses* | | | | | | | |
| Substitute Gates 2008 for Gates 2010 | 21 | 1.30 | 1.21 | 1.40 | 0.00 | 22.9 | 0.16 |
| Substitute Schildkraut B for Schildkraut A | 21 | 1.27 | 1.17 | 1.37 | 0.00 | 30.8 | 0.08 |
| Add Shushan | 22 | 1.29 | 1.19 | 1.39 | 0.00 | 33.8 | 0.06 |
| Substitute List A** for Terry | 27 | 1.27 | 1.19 | 1.35 | 0.00 | 26.2 | 0.10 |
| Substitute List A for Terry and Gates 2008 for Gates 2010 | 27 | 1.29 | 1.21 | 1.37 | 0.00 | 16.6 | 0.22 |
| Substitute List A for Terry and Schildkraut B for Schildkraut A | 27 | 1.26 | 1.18 | 1.34 | 0.00 | 24.5 | 0.12 |
| Substitute List A for Terry and add Shushan | 28 | 1.28 | 1.20 | 1.36 | 0.00 | 27.4 | 0.09 |

*N:          Number of RRs that went into the meta-analysis. This is not synonymous with the number of studies because some RRs (e.g. Terry 2013, Cramer 2016) embody multiple studies.

16 November 2018                                                                              75

**List A studies:    Cramer 2016; Wu 2015; Terry-Aus 2013; Terry-DOV 2013; Terry-Haw 2013; Terry-HOP 2013; Terry-NCO 2013; Terry SON 2013

Table 4. Comparison of results of three contemporaneous and independent meta-analyses of the association between ever regular use of talcum powder products in the perineal area and ovarian cancer.

| Meta-analysis author | N* | Meta-RR | 95% CI | Heterogeneity p-value |
|---|---|---|---|---|
| Siemiatycki 2018 | 21 | 1.28 | 1.19-1.38 | 0.07 |
| Berge 2018 | 27 | 1.22 | 1.13-1.30 | 0.02 |
| Penninkilompi 2018 | 26 | 1.35 | 1.24-1.39 | 0.31 |

\*   Number of published RR estimates that went into the meta-analysis. This does not necessarily correspond to the number of studies, since, for example, the Terry 2013 pooled estimate used in the Siemiatycki meta-analysis embodied 10 studies.

Report on talcum powder use and ovarian cancer                                        Jack Siemiatycki

Table 5. Relative risk estimates between ever regular use of talcum powder products on sanitary napkins and ovarian cancer, and results of meta-analysis.

| Author | Number exposed cases | RR[1] | 95% CI[2] | |
|---|---|---|---|---|
| Chang 1997 | 51 | 1.26 | 0.81 | 1.96 |
| Cook 1997 | 38 | 0.9 | 0.5 | 1.5 |
| Cramer 1999 | 20 | 1.45 | 0.68 | 3.09 |
| Gertig 2000 | 32 | 0.89 | 0.61 | 1.28 |
| Harlow 1989 | 8 | 2.6 | 0.9 | 22.4[2] |
| Harlow 1992 | 9 | 1.1 | 0.4 | 2.8 |
| Houghton 2014 | 93 | 0.95 | 0.76 | 1.20 |
| Ness 2000 | 77 | 1.6 | 1.1 | 2.3 |
| Rosenblatt 1992 | 21 | 4.8 | 1.3 | 17.8 |
| Rosenblatt 2011 | 55 | 0.82 | 0.58 | 1.16 |
| Whittemore 1988 | 5 | 0.62 | 0.21 | 1.80 |
| Wong 1999 | 13 | 0.9 | 0.4 | 2.0 |
| **Meta-analysis** | | **1.08** | **0.89** | **1.31** |
| | | | **p-value for heterogeneity = 0.09** | |

1.    RR or OR.
2.    The confidence intervals are the ones reported by the authors of the respective studies. However in its implementation procedures, the Comprehensive Meta-analysis package recomputes them to be symmetric around the point estimate, on a log scale. Consequently, in the printout of the forest plot of meta-analyses, the printed confidence interval is not always identical to the one shown in this table.

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

Table 6. Relative risk estimates between subgroups defined by cumulative exposure measures[1] and ovarian cancer[2], from various studies.

| Author | Cumulative applications[3] | Number exposed cases | RR[4] | 95% C.I. | |
|---|---|---|---|---|---|
| Cook 1997[4] | < 2000 | 20 | 1.8 | 0.9 | 3.5 |
| | 2001-5000 | 24 | 1.6 | 0.9 | 2.9 |
| | 5001-10000 | 21 | 1.2 | 0.6 | 2.4 |
| | >10000 | 28 | 1.8 | 0.9 | 3.4 |
| Harlow 1992 | <1000 | 18 | 1.3 | 0.7 | 2.7 |
| | 1000-10000 | 54 | 1.5 | 0.9 | 2.4 |
| | >10000 | 42 | 1.8 | 1.0 | 3.0 |
| Mills 2004 | Quartile 1 | 18 | 1.0 | 0.6 | 1.8 |
| | Quartile 2 | 28 | 1.8 | 1.1 | 3.0 |
| | Quartile 3 | 34 | 1.7 | 1.1 | 2.7 |
| | Quartile 4 | 20 | 1.1 | 0.6 | 1.8 |
| | 10000+ | 18 | 0.87 | 0.48 | 1.57 |
| Schildkraut 2016 | ≤3600 | 92 | 1.16 | 0.83 | 1.63 |
| | >3600 | 152 | 1.67 | 1.23 | 2.26 |
| Terry 2013[5] | Quartile 1 | 534 | 1.14 | 1.00 | 1.31 |
| | Quartile 2 | 541 | 1.23 | 1.08 | 1.41 |
| | Quartile 3 | 542 | 1.22 | 1.07 | 1.40 |
| | Quartile 4 | 586 | 1.32 | 1.16 | 1.52 |

1.  These were all studies that collected information on perineal use of hygiene powders in such a way as to allow construction of a cumulative measure. All of these were case control studies.

2.  In this table we report the result for all types of ovarian cancer combined, as reported by the authors.

3.  For the Cook study the metric was the number of days on which the woman had ever applied the powder. For the other studies the metric is based on an estimate of the total number of applications.

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

4.      RR or OR.

5.      This study was based on a pooling of studies from 8 teams. Two of the teams (Cramer 2016 and Rosenblatt 2011) published separate analyses of risk by cumulative number of applications. But these are not shown here because they are rendered redundant by the Terry 2013 pooled results.

Report on talcum powder use and ovarian cancer                                      Jack Siemiatycki

Table 7. Relative risk estimates between subgroups defined by duration of use[1] and ovarian cancer[2], from various studies.

| Author | Duration of use | Number exposed cases | RR[4] | 95% C.I. | |
|---|---|---|---|---|---|
| Chang 1997 | <30 | 60 | 1.7 | 1.1 | 2.6 |
|  | 30-40 | 71 | 1.4 | 1.0 | 2.2 |
|  | >40 | 41 | 0.9 | 0.5 | 1.4 |
| Cramer 1999 | <20 years | 55 | 1.9 | 1.2 | 3.0 |
|  | 20-30 years | 32 | 1.3 | 0.8 | 2.3 |
|  | >30 years | 59 | 1.4 | 0.9 | 2.3 |
| Cramer 2016 | < 8 years of use | 133 | 1.31 | 1.03 | 1.68 |
|  | 8-19 years of use | 126 | 1.31 | 1.02 | 1.68 |
|  | 20-35 years of use | 147 | 1.35 | 1.07 | 1.70 |
|  | >35 years of use | 129 | 1.33 | 1.03 | 1.71 |
| Harlow 1992 | <10 years | 14 | 1.2 | 0.5 | 2.6 |
|  | 10-29 years | 49 | 1.6 | 1.0 | 2.7 |
|  | > 30 years | 51 | 1.6 | 1.0 | 2.7 |
| Houghton 2014 | <9 years | 135 | 1.09 | 0.88 | 1.36 |
|  | 10+ years | 97 | 1.02 | 0.80 | 1.30 |
| Ness 2000 | <1 year | 17 | 2.0 | 1.0 | 4.0 |
|  | 1-4 years | 76 | 1.6 | 1.1 | 2.3 |
|  | 5-9 years | 40 | 1.1 | 0.8 | 1.9 |
|  | >10 years | 233 | 1.2 | 1.0 | 1.5 |
| Mills 2004 | <3 years | 18 | 1.0 | 0.6 | 1.8 |
|  | 4-12 years | 32 | 1.9 | 1.2 | 3.0 |
|  | 13-30 years | 29 | 1.5 | 0.9 | 2.3 |
|  | >30 years | 21 | 1.2 | 0.7 | 2.1 |

Report on talcum powder use and ovarian cancer                                              Jack Siemiatycki

| Author | Duration of use | Number exposed cases | RR[4] | 95% C.I. | |
|---|---|---|---|---|---|
| Rosenblatt 2011 | 1-9 years | 33 | 1.39 | 0.85 | 2.28 |
| | 10-19 years | 29 | 1.46 | 0.87 | 2.45 |
| | 20-34 years | 30 | 1.28 | 0.78 | 2.10 |
| | 35+ years | 19 | 0.91 | 0.51 | 1.62 |
| Schildkraut 2016 | ≤20 years | 101 | 1.33 | 0.95 | 1.86 |
| | >20 years | 144 | 1.52 | 1.11 | 2.07 |
| Whittemore 1988 | 1-9 years | 34 | 1.6 | 1.0 | 2.6 |
| | 10+ | 50 | 1.1 | 0.7 | 1.7 |
| Wong 1999 | 1-9 years | 39 | 0.9 | 0.6 | 1.5 |
| | 10-19 years | 49 | 1.4 | 0.9 | 2.2 |
| | >20 years | 101 | 0.9 | 0.6 | 1.2 |
| Wu 2015 | Per 5 years of exposure | 1273 | 1.14 | 1.09 | 1.20 |

1. These were all studies that collected information on perineal use of hygiene powders in such a way as to allow construction of a measure of duration.

2. In this table we report the result for all types of ovarian cancer combined, as reported by the authors.

3. Years of case ascertainment or follow-up: For case-control studies this indicates the years in which cases were ascertained and data collected; for cohort studies it indicates the years of enrolment and follow-up.

4. RR or OR.

Report on talcum powder use and ovarian cancer                                              Jack Siemiatycki

Table 8. Relative risk estimates between subgroups defined by measures of frequency of use[1] and ovarian cancer[2], from various studies.

| Author | Frequency of use | Number exposed cases | RR[4] | 95% C.I. | |
|---|---|---|---|---|---|
| Booth 1989 | Rarely | 6 | 0.9 | 0.3 | 2.4 |
| | Monthly | 7 | 0.7 | 0.3 | 1.8 |
| | Weekly | 57 | 2.0 | 1.3 | 3.4 |
| | Daily | 71 | 1.3 | 0.8 | 1.9 |
| Chang 1997 | <10 per month | 76 | 1.8 | 1.2 | 2.7 |
| | 10-25 per month | 54 | 1.1 | 0.7 | 1.7 |
| | Per 10 applications per month | | 0.9 | 0.7 | 1.1 |
| Cramer 1999 | <30 per month | 64 | 2.2 | 1.4 | 3.6 |
| | 30-39 per month | 59 | 1.7 | 0.8 | 1.8 |
| | ≥40 per month | 23 | 1.7 | 0.8 | 3.1 |
| Cramer 2016 | 1-7 days per month | 220 | 1.17 | 0.96 | 1.44 |
| | 8-29 days per month | 110 | 1.37 | 1.05 | 1.78 |
| | >30 days per month | 205 | 1.46 | 1.20 | 1.78 |
| Gates 2008 | <1 per week | 18 | 0.98 | 0.54 | 1.79 |
| | 1-6 per week | 22 | 1.01 | 0.57 | 1.79 |
| | Daily | 35 | 1.44 | 0.88 | 2.37 |
| Harlow 1992 | <5 per month | 32 | 1.5 | 0.8 | 2.7 |
| | 5-29 per month | 24 | 1.2 | 0.6 | 2.2 |
| | ≥30 per month | 58 | 1.8 | 1.1 | 3.0 |

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

| Author | Frequency of use | Number exposed cases | RR[4] | 95% C.I. | |
|--------|------------------|----------------------|-------|----------|---|
| Mills 2004 | <1 per week | 34 | 1.3 | 0.9 | 2.1 |
| | 1-3 per week | 31 | 1.6 | 0.7 | 1.8 |
| | 4-7 per week | 41 | 1.7 | 1.1 | 2.6 |
| Schildkraut 2016 | <Daily | 88 | 1.12 | 0.80 | 1.58 |
| | Daily | 158 | 1.71 | 1.26 | 2.33 |
| Whittemore 1988 | 1-20 per month | 41 | 1.3 | 0.8 | 2.0 |
| | >20 per month | 44 | 1.5 | 0.9 | 2.2 |

1.   These were all studies that collected information on perineal use of hygiene powders in such a way as to allow construction of a measure of frequency of use.

2.   In this table we report the result for all types of ovarian cancer combined, as reported by the authors.

3.   Years of case ascertainment or follow-up: For case-control studies this indicates the years in which cases were ascertained and data collected; for cohort studies it indicates the years of enrolment and follow-up.

4.   RR or OR

Table 9. Relative risk estimates between ever regular use of talcum powder products[1] in the perineal area and invasive serous ovarian cancer, from various studies.

| Author | Number exposed cases | RR[2] | 95% CI[3] | |
|---|---|---|---|---|
| Cook 1997 | 71 | 1.7 | 1.1 | 2.5 |
| Gates 2010 | 131[4] | 1.06 | 0.84 | 1.35 |
| Harlow 1992 | 60 | 1.4 | 0.9 | 2.2 |
| Houghton 2014 | 105 | 1.13 | 0.84 | 1.51 |
| Mills 2004 | 42 | 1.77 | 1.12 | 2.81 |
| Schildkraut 2016 | 165 | 1.38 | 1.03 | 1.85 |
| Terry 2013 | 1197 | 1.24 | 1.13 | 1.35 |
| Wong 1999 | 136 | 1.2 | 0.7 | 2.1 |
| **Meta-analysis** | | **1.25** | **1.15** | **1.36** |

p-value for heterogeneity 0.06

1. In all of these studies the exposure was defined as ever use of powder in the perineal area. In most studies it was further explicitly indicated that the use was regular.
2. RR or OR.
3. The confidence intervals are the ones reported by the authors of the respective studies. However in its implementation procedures, the Comprehensive Meta-analysis package recomputes them to be symmetric around the point estimate, on a log scale. Consequently, in the printout of the forest plot of meta-analyses, the printed confidence interval is not always identical to the one shown in this table.
4. Estimated based on Table 1 of Gates 2010.

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

Table 10. Some major misconceptions in reviewing evidence on talc and ovarian cancer

1.    Cohort studies are more valid and informative than case-control studies.

2.    Hospital-based case-control studies are more valid and informative than the population-based case-control studies.

3.    Counting the number of "statistically significant" results is a valid way of assessing the consistency of results among multiple studies.

4.    If a product has been used for a long time, it must be safe

5.    You cannot prove causality with an RR less than 2.0.

6.    Government agencies provide a reliable up-to-date source of scientific information.

7.    A biological mechanism must be proven before we can establish causality

8.    Bradford-Hill "aspects" represent a recipe list of necessary ingredients.

Report on talcum powder use and ovarian cancer                                          Jack Siemiatycki

Table 11. Selected examples of some of the recognized causal associations that have RR less than 2.0

| Agent | Disease | Approximate RR |
|---|---|---|
| Urban air pollution | Lung cancer | 1.09[1] |
| Trichloroethylene | Kidney cancer | 1.32[2] |
| Diesel engine emissions | Lung cancer | 1.42[3] |
| Benzene | Leukemia | 1.72[4] |
| Domestic radon gas | Lung cancer | 1.29[5] |
| Second hand cigarette smoke | Lung cancer | 1.64 |
| Intermittent intense sun exposure | Melanoma of the skin | 1.61[6] |
| Estrogen-progestin menopausal therapy | Breast cancer | 1.59[7] |

[1] Hamra GB, Guha N, Cohen A, et al (2014). Outdoor Particulate Matter Exposure and Lung Cancer: A Systematic Review and Meta-Analysis, *Environ Health Perspect* 122:906-911.

[2] Karami S, Lan Q, Rothman N, et al (2012). Occupational trichloroethylene exposure and kidney cancer risk: a meta-analysis. *Occupational and Environmental Medicine* 69:858-867.

[3] Mahjub H, Sadri G (2006). Meta-analysis of case-referent studies of specific environmental or occupational pollutants on lung cancer. *Indian Journal of Cancer* 43(4):169-173.

[4] Khalade A, Jaakkola MS, Pukkala E, Jaakkola JJ (2010). Exposure to benzene at work and the risk of leukemia: a systematic review and meta-analysis. *Environmental Health* 9(31):1-8.

[5] Zhang Z-L, Sun J, Dong J-Y, et al (2012). Residential Radon and Lung Cancer Risk: An Updated Meta-analysis of Case-control Studies. *Asian Pac J Cancer Prev* 13:2459-2465.

[6] Gandini S, Sera F, Cattaruzza MS, et al (2004). Meta-analysis of risk factors for cutaneous melanoma: II. Sun exposure. *European Journal of Cancer* 41:45-60.

[7] Kim S, Ko Y, Lee HJ, Lim J (2018). Menopausal hormone therapy and the risk of breast cancer by histological type and race: a meta-analysis of randomized controlled trials and cohort studies. *Breast Cancer Research and Treatment* 170(3):667-675.

16 November 2018                                                                          87

Report on talcum powder use and ovarian cancer                                              Jack Siemiatycki

| | | |
|---|---|---|
| Cigarette smoking | Cardiovascular disease | 1.6[8] |
| Physically inactive (compared with physically active) [9] | Hypertension | 1.19 |
| | Diabetes | 1.12 |
| Low fruit and vegetable diet | Cardiovascular disease | 1.09[10] |

[8]  Doll R, Peto R, Boreham J, Sutherland I (2004). Mortality in relation to smoking: 50 years' observations on British male doctors, *British Medical Journal*, 328(7455):1519.

[9] Carnethon MR, Gidding SS, Nehgme R, Sidney S, Jacobs, Jr DR, Liu K (2003). Cardiorespiratory Fitness in Young Adulthood and the Development of Cardiovascular Disease Risk Factors. *JAMA*, 290(23):3092–3100

[10] Aune D, Giovannucci E, Boffetta P, Fadnes L, Keum N, Norat T, Greenwood D, Riboli E, Vatten L, Tonstad S (2017). Fruit and vegetable intake and the risk of cardiovascular disease, total cancer and all-cause mortality – a systematic review and dose-response meta-analysis of prospective studies, International Journal of Epidemiology 43(3):1029-1056. (This RR estimate is computed from the reciprocal of the High fruit and vegetable variable that was reported by the authors. That is, 1/0.92).

16 November 2018

Table 12. Bradford Hill aspects in relation to perineal talc exposure and ovarian cancer

| Aspect | Brief comment | Weight in evaluating causality |
|---|---|---|
| Strength of the association | There are stronger associations and there are weaker associations | High |
| Dose response relationship | Reasonably clear increase in risk with increasing exposure | High |
| Consideration of alternative explanations – absence of bias | Yes considered, and none is compelling | High |
| Replication of the findings | Very strong, almost all studies support association | High |
| Temporal relationship | Exposure preceded disease in all studies | Moderate |
| Biological plausibility | There are plausible mechanisms | Moderate |
| Cessation of exposure | Not applicable. | Less |
| Specificity of the association | Yes, talc is not associated with a multitude of diseases | Less |
| Coherence with other knowledge | Could be similar to asbestos carcinogenicity | Less |
| Analogy | | Less |

Jack Siemiatycki

## 12.   Figures

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

---

Figure 1. Meta-analysis of relative risk of ovarian cancer (all types combined) among women who regularly used talc powder in the perineal area, based on all informative studies, studies ordered by magnitude of RR.

| Model | Study name | Risk ratio | Lower limit | Upper limit | p-Value | Relative risk and 95% CI | Weight (Random) Relative weight |
|---|---|---|---|---|---|---|---|
| | Gonzalez 2016 | 0,73 | 0,44 | 1,21 | 0,22 | | 2,05 |
| | Wong 1999 | 1,00 | 0,78 | 1,27 | 1,00 | | 6,50 |
| | Tzonou 1993 | 1,05 | 0,28 | 3,96 | 0,94 | | 0,32 |
| | Gates 2010 | 1,06 | 0,88 | 1,27 | 0,53 | | 9,17 |
| | Harlow 1989 | 1,10 | 0,64 | 1,91 | 0,73 | | 1,74 |
| | Houghton 2014 | 1,12 | 0,92 | 1,36 | 0,26 | | 8,48 |
| | Terry 2013 | 1,24 | 1,15 | 1,33 | 0,00 | | 16,37 |
| | Purdie 1995 | 1,27 | 1,04 | 1,55 | 0,02 | | 8,43 |
| | Booth 1989 | 1,29 | 0,92 | 1,80 | 0,14 | | 4,05 |
| | Whittemore 1988 | 1,36 | 0,91 | 2,04 | 0,14 | | 3,00 |
| | Mills 2004 | 1,37 | 1,02 | 1,85 | 0,04 | | 4,87 |
| | Schildkraut 2016 A | 1,44 | 1,11 | 1,86 | 0,01 | | 5,98 |
| | Wu 2015 | 1,46 | 1,27 | 1,68 | 0,00 | | 11,46 |
| | Cook 1997 | 1,50 | 1,11 | 2,02 | 0,01 | | 4,84 |
| | Harlow 1992 | 1,50 | 1,04 | 2,17 | 0,03 | | 3,45 |
| | Ness 2000 | 1,50 | 1,11 | 2,02 | 0,01 | | 4,84 |
| | Cramer 1982 | 1,55 | 0,98 | 2,46 | 0,06 | | 2,37 |
| | Rosenblatt 1992 | 1,70 | 0,72 | 4,01 | 0,23 | | 0,75 |
| | Godard 1998 | 2,49 | 0,94 | 6,59 | 0,07 | | 0,59 |
| | Hartge 1983 | 2,50 | 0,66 | 9,45 | 0,18 | | 0,32 |
| | Chen, 1992 | 3,90 | 1,14 | 13,31 | 0,03 | | 0,38 |
| Random | | 1,28 | 1,19 | 1,38 | 0,00 | | |



| Model | Number Studies | Point estimate | Lower limit | Upper limit | Z-value | P-value | Q-value | df (Q) | P-value | I-squared | Tau Squared | Standard Error | Variance | Tau |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Effect size and 95% interval | | | Test of null (2-Tail) | | Heterogeneity | | | | Tau-squared | | | |
| Fixed | 21 | 1,264 | 1,204 | 1,327 | 9,474 | 0,000 | 29,813 | 20 | 0,073 | 32,916 | 0,008 | 0,008 | 0,000 | 0,088 |
| Random effects | 21 | 1,280 | 1,186 | 1,381 | 6,364 | 0,000 | | | | | | | | |

---

Report on talcum powder use and ovarian cancer                                   Jack Siemiatycki

Figure 2. Meta-analysis of relative risk of ovarian cancer (all types combined) among women who regularly used talcum powder products on sanitary napkins, based on all informative studies.



| Model | Study name | Statistics for each study | | | | Odds ratio and 95% CI | Weight (Random) |
|---|---|---|---|---|---|---|---|
| | | Odds ratio | Lower limit | Upper limit | p-Value | | Relative weight |
| | Chang 1997 | 1,26 | 0,81 | 1,96 | 0,31 | | 11,14 |
| | Cook 1997 | 0,90 | 0,52 | 1,56 | 0,71 | | 8,47 |
| | Cramer 1999 | 1,45 | 0,68 | 3,09 | 0,34 | | 5,26 |
| | Gertig 2000 | 0,89 | 0,61 | 1,29 | 0,54 | | 13,44 |
| | Harlow 1989 | 2,60 | 0,53 | 12,74 | 0,24 | | 1,41 |
| | Harlow 1992 | 1,10 | 0,42 | 2,91 | 0,85 | | 3,45 |
| | Houghton 2014 | 0,95 | 0,76 | 1,19 | 0,66 | | 19,32 |
| | Ness 2000 | 1,60 | 1,11 | 2,31 | 0,01 | | 13,50 |
| | Rosenblatt 1992 | 4,80 | 1,30 | 17,76 | 0,02 | | 2,03 |
| | Rosenblatt 2011 | 0,82 | 0,58 | 1,16 | 0,26 | | 14,32 |
| | Whittemore 1988 | 0,62 | 0,21 | 1,82 | 0,38 | | 2,90 |
| | Wong 1999 | 0,90 | 0,40 | 2,01 | 0,80 | | 4,76 |
| Random | | 1,08 | 0,89 | 1,31 | 0,45 | | |

| Model | | Effect size and 95% interval | | | Test of null (2-Tail) | | Heterogeneity | | | | Tau-squared | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Model | Number Studies | Point estimate | Lower limit | Upper limit | Z-value | P-value | Q-value | df (Q) | P-value | I-squared | Tau Squared | Standard Error | Variance | Tau |
| Fixed | 12 | 1,041 | 0,911 | 1,189 | 0,591 | 0,554 | 17,614 | 11 | 0,091 | 37,551 | 0,037 | 0,045 | 0,002 | 0,193 |
| Random effects | 12 | 1,078 | 0,888 | 1,309 | 0,763 | 0,445 | | | | | | | | |

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

Figure 3. Meta-analysis of relative risk of invasive serous ovarian cancer among women who regularly used talcum powder products in the perineal area, based on all informative studies

| Model | Study name | Statistics for each study | | | | Relative risk and 95% CI | Weight (Random) |
|---|---|---|---|---|---|---|---|
| | | Risk ratio | Lower limit | Upper limit | p-Value | | Relative weight |
| | Cook 1997 | 1,70 | 1,13 | 2,56 | 0,01 | | 4,13 |
| | Gates 2010 | 1,06 | 0,84 | 1,34 | 0,63 | | 11,79 |
| | Harlow 1992 | 1,40 | 0,90 | 2,19 | 0,14 | | 3,49 |
| | Houghton 2014 | 1,13 | 0,84 | 1,52 | 0,41 | | 7,90 |
| | Mills 2004 | 1,77 | 1,12 | 2,80 | 0,01 | | 3,30 |
| | Schildkraut 2016 | 1,38 | 1,03 | 1,85 | 0,03 | | 7,92 |
| | Terry 2013 | 1,24 | 1,13 | 1,36 | 0,00 | | 59,13 |
| | Wong 1999 | 1,20 | 0,69 | 2,08 | 0,52 | | 2,33 |
| Random | | 1,25 | 1,15 | 1,36 | 0,00 | | |

| Model | Number Studies | Effect size and 95% interval | | | Test of null (2-Tail) | | Heterogeneity | | | | Tau-squared | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Model | Number Studies | Point estimate | Lower limit | Upper limit | Z-value | P-value | Q-value | df (Q) | P-value | I-squared | Tau Squared | Standard Error | Variance | Tau |
| Fixed | 8 | 1,250 | 1,161 | 1,345 | 5,963 | 0,000 | 7,401 | 7 | 0,388 | 5,422 | 0,001 | 0,011 | 0,000 | 0,033 |
| Random effects | 8 | 1,254 | 1,152 | 1,364 | 5,249 | 0,000 | | | | | | | | |

Report on talcum powder use and ovarian cancer                                              Jack Siemiatycki

## 13. Appendix A

Appendix Table A1. Papers that contain some results on the association between exposure to perineal talc and ovarian cancer, and whether the paper was included in my meta-analyses of the binary Ever/Never exposed variable

| Author | Included/excluded | Reasons for exclusion |
|---|---|---|
| Booth 1989 | Core Inclusion | |
| Chang 1997 | Core Inclusion | |
| Chen 1992 | Core Inclusion | |
| Cook 1997 | Core Inclusion | |
| Cramer 1982 | Core Inclusion | |
| Cramer 1995 | Excluded | Included in Terry 2013 and in Cramer 2016 |
| Cramer 1999 | Excluded | Included in Terry 2013 and in Cramer 2016 |
| Cramer 2005 | Excluded | Included in Terry 2013 and in Cramer 2016 |
| Cramer 2016 | Excluded when Terry 2013 is included | Considerable overlap between this and the Terry 2013 NEC component |
| Eltabbakh 1998 | Excluded | Cases were peritoneal cancer and controls were ovarian cancer |
| Gates 2008[2·] | Included in one sensitivity analysis | Overlap with Gates 2010 |

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

| Author | Included/excluded | Reasons for exclusion |
|---|---|---|
| Gates 2010[2] | Included in all analyses except one sensitivity analysis | This may be a more complete analysis than Gates 2008, but the degree of overlap is unclear. |
| Gertig 2000 | Excluded | Subsumed in Gates 2008 and Gates 2010 |
| Godard 1998 | Core inclusion | |
| Gonzalez 2016 | Core inclusion | |
| Green 1997 | Excluded | This appears to be an analysis of a subset of the subjects in Purdie 1995 |
| Hankinson 1993 | Excluded | Numerical results were not presented. |
| Harlow 1989 | Core inclusion | |
| Harlow 1992 | Core inclusion | |
| Hartge 1983 | Core inclusion | |
| Houghton 2014 | Core inclusion | |
| Jordan 2007 | Excluded | Benign tumours only |
| Kurta 2012 | Excluded | Included in Terry 2013 |
| Langseth 2004 | Excluded | Not based on perineal application of cosmetic powder. |
| Lo-Ciganic 2012 | Excluded | Same study as Kurta 2012 and included in Terry 2013. |
| Merrit 2008 | Excluded | Included in Terry 2013 |

16 November 2018

Report on talcum powder use and ovarian cancer

Jack Siemiatycki

| Author | Included/excluded | Reasons for exclusion |
|---|---|---|
| Mills 2004 | Core inclusion | |
| Moorman 2009 | Excluded | Included in Terry 2013 |
| Pike 2004 | Excluded | Included in Terry 2013 |
| Purdie 1995 | Core inclusion | |
| Ness 2000 | Core inclusion | |
| Rosenblatt 1992 | Core inclusion | |
| Rosenblatt 2011 | Core inclusion | |
| Schildkraut 2016 | Core inclusion | |
| Shushan 1996 | Included in sensitivity analysis | Unclear on how they obtained data on talc exposure or what the route of exposure was |
| Terry 2013 | Included in Main analysis, but replaced by component studies in sensitivity analyses | |
| Tzonou 1983 | Core inclusion | |
| Whittemore 1988 | Core inclusion | |
| Wong 1999 | Core inclusion | |
| Wu 2015 | Core inclusion | |

16 November 2018

Report on talcum powder use and ovarian cancer                                      Jack Siemiatycki

Appendix Table A2. Some administrative and contextual information on the studies used in the following tables

| Author | Study location | Years of case ascertainment/ follow-up[1] | Type of study |
|--------|----------------|-------------------------------------------|---------------|
| Booth 1989 | London, Oxford UK | 1978-1983 | Case-control; Hospital controls |
| Chen 1992 | Beijing Cancer Registry | 1984-1986 | Case-control; Population controls |
| Cook 1997 | Washington State | 1986-1988 | Case-control; Population controls |
| Cramer 1982 | Boston | 1978-1981 | Case-control; Population controls |
| Cramer 2016 | New England | 1992-2008 | Case-control; Population controls |
| Gates 2008[2,] | USA – NHS study | 1976-2004 | Case-control nested in Cohort (US nurses) |
| Gates 2010[2] | USA – pooled 2 cohorts of nurses NHS and NHSII | 1976-2004 1989-2005 | Cohort (US Nurses) |
| Godard 1998 | Montreal, Canada | 1995-1996 | Case-control; Population controls |
| Gonzalez 2016 | Puerto Rico and 11 States USA | 2003-2014 | Cohort |
| Harlow 1989 | Washington State | 1980-1985 | Case-control; Population controls |
| Harlow 1992 | Boston | 1984-1987 | Case-control; Population controls |

Report on talcum powder use and ovarian cancer                                      Jack Siemiatycki

| Author | Study location | Years of case ascertainment/ follow-up[1] | Type of study |
|---|---|---|---|
| Hartge 1983 | Washington, DC | 1974-77 | Case-control; Population controls |
| Houghton 2014 | USA | 1993-2012 | Cohort (WHI) |
| Mills 2004 | California | 2000-2001 | Case-control; Population controls |
| Ness 2000 | Pennsylvania, New Jersey, Delaware | 1994-1998 | Case-control; Population controls |
| Purdie 1995 | Australia | 1990-1993 | Case-control; Population controls |
| Rosenblatt 1992 | Baltimore | 1981-1985 | Case-control; Hospital controls |
| Schildkraut 2016 | USA | 2010-2015 | Case-control; Population controls |
| Shushan 1996 | Israel | 1990-1993 | Case-control Population controls |
| Terry 2013 | Pooled 8 studies: USA & Australia | 1984-2008 | Case-control; Population controls |
| Terry-AUS 2013 | Australia | 2002-2006 | Case-control Population controls |
| Terry – DOV[3] 2013 | Washington State | 2002-2009 | Case-control Population controls |
| Terry – HAW 2013 | Hawaii | 1993-2008 | Case-control Population controls |

Report on talcum powder use and ovarian cancer                                          Jack Siemiatycki

| Author | Study location | Years of case ascertainment/ follow-up[1] | Type of study |
|---|---|---|---|
| Terry – HOP 2013 | Pennsylvania, Ohio, Western NY State | 2003-2008 | Case-control Population controls |
| Terry – NCO 2013 | North Carolina | 1999-2008 | Case-control Population controls |
| Terry – NEC 2013 | Massachusetts, New Hampshire | 1992-2006 | Case-control Population controls |
| Terry – SON 2013 | Southern Ontario | 1989-1992 | Case-control Population controls |
| Terry – USC 2013 | Los Angeles County | 1992-1998 | Case-control Population controls |
| Tzonou 1983 | Athens | 1989-1991 | Case-control; Controls – hospital visitors |
| Whittemore 1988 | San Francisco | 1983-1985 | Case-control; Hospital & population controls |
| Wong 1999 | Buffalo | 1982-1992 | Case-control; Hospital controls |
| Wu 2015 | Los Angeles County | 1992-2008 | Case-control; Population controls |

1. Years of case ascertainment or follow-up: For case-control studies this indicates the years in which cases were ascertained and data collected; for cohort studies it indicates the years of enrolment and follow-up.
2. The Gates 2008 and Gates 2010 papers are both derived from the U.S. Nurses Cohort. The latter represent results for all cases diagnosed up to 2006 and analysed in the cohort framework. The former represents results for a sub-set of cases that were selected for a nested c-c analysis. The number of exposed cases was not given in the Gates 2010 paper.
3. Terry – DOV 2013: the information in Terry 2013 is updated information included in Rosenblatt 2011.

Report on talcum powder use and ovarian cancer                                        Jack Siemiatycki

Appendix Table A3. Covariates used in the analyses and exposure variables in the studies used in the following tables.

| Author | Exposure variable selected | Covariates used in analysis |
|---|---|---|
| Booth 1989 | At least monthly use | Since the authors did not present results for "ever" exposed, I calculated the OR from crude numbers in their tables. Therefore the OR presented is a crude one. However, results presented in Table 7 adjusted for age and social class |
| Chen 1992 | Dusting perineum or lower abdomen > 3 months | Education |
| Cook 1997 | Lifetime perineal application | Age |
| Cramer 1982 | Any use as dusting powder and/or on sanitary napkins | Parity; menopausal status |
| Cramer 2016 | Any talc use | Age; study center (MA, NH); BMI; primary relative with breast or ovarian cancer; parity; OC use; tubal ligation |
| Gates 2008[1-] | Regular genital talc use (1 per week or more) | Age; $OC^2$ use; parity; BMI; post-menopausal hormone use |
| Gates 2010[1] | Regular genital talc use (1 per week or more) | Age; BMI; physical activity; smoking; family history of breast or ovarian ca; OC use; tubal ligation; hysterectomy; age menopause; estrogen use |
| Godard 1998 | Ever use of talc on perineum | Age; reproductive factors; OC use; tubal ligation; alcohol use; breast and abdominal surgery |
| Gonzalez 2016 | Talc use in the past 12 months | Race; body mass index; parity; duration of oral contraceptive use; baseline menopause status; and patency |

16 November 2018                                                                          100

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

| Author | Exposure variable selected | Covariates used in analysis |
|---|---|---|
| Harlow 1989 | Any genital talc use | Age; county; parity; OC use |
| Harlow 1992 | Any genital talc use | Age; county; parity; marital status; education; religion; weight; use of sanitary napkins; douching |
| Hartge 1983 | Any genital talc use | Race; age; gravidity |
| Houghton 2014 | Combined use: longest duration of use among the applications to genitals, sanitary napkins and diaphragms | Age; race; OC use; HRT[3] use; family history of ovarian ca; age at last birth; BMI; smoking; tubal ligation; parity |
| Mills 2004 | Ever use of talcum powder in genital area | Age; race/ethnicity; OC use; breast-feeding |
| Ness 2000 | Genital rectal talc use | Age; parity; family history of ovarian ca; |
| Purdie 1995 | Ever used talc in perineal region | Age; parity; duration of OC use; education; BMI; smoking; family history of ovarian ca |
| Rosenblatt 1992 | Ever use of bath talc | Number of live births |
| Schildkraut 2016 | Regular use of talc, cornstarch, baby or deodorising powder – at least once a month for 6 months | Age at diagnosis/interview; study site; education; tubal ligation; parity; BMI duration of<br><br>OC use first degree family history of breast or ovarian cancer; and interview year |
| Shushan 1996 | Talc use – never, seldom, moderate, a lot | Crude OR |

16 November 2018

Report on talcum powder use and ovarian cancer                                Jack Siemiatycki

| Author | Exposure variable selected | Covariates used in analysis |
|---|---|---|
| Terry 2013 – all components of the pooled analysis | Genital powder use | Age; OC use; parity; BMI; tubal ligation; ethnicity; race; tubal ligation; hysterectomy; breastfeeding |
| Tzonou 1983 | Ever use of talc in perineal region | Age; years of schooling; weight before onset of the disease; age at menarche; menopausal status and age at menopause; parity and age at first birth; tobacco smoking; coffee drinking; consumption of alcoholic beverages; hair dyeing; use of analgesics and tranquilizers/hypnotics |
| Whittemore 1988 | Talcum powder used on any two of perineum, sanitary pads and diaphragm | Age; race; hospital; parity |
| Wong 1999 | Ever use of talc on genital region or thighs | Age; income; education; geographic location; OC use; smoking; family history of ovarian ca; age at menarche; menopausal status; tubal ligation or hysterectomy |
| Wu 2015 | Genital talc use >1 year | Age; race/ethnicity; interviewer; reproductive variables; sociodemographic variables; medical history; hormonal variables; BMI. |

1.   The Gates 2008 and Gates 2010 papers are both derived from the U.S. Nurses Cohort. The latter represent results for all cases diagnosed up to 2006 and analysed in the cohort framework. The former represents results for a sub-set of cases that were selected for a nested c-c analysis. The number of exposed cases was not given in the Gates 2010 paper.

2.   OC: oral contraceptive

3.   HRT: hormone replacement therapy

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

## 14.   Appendix B

Comparison of studies used and results extracted from articles referenced in three different meta-analyses.*

| Penninkilampi 2018 Study / RR(95%CI) | Berge 2018 Study / RR(95%CI) | Siemiatycki 2018 Study / RR(95%CI) |
|---|---|---|
| Booth 1989 1.30 (0.94-1.80) | ***Booth 1989*** ***1.29 (0.92 - 1.80)*** | ***Booth 1989*** ***1.29 (0.92 - 1.80)*** |
| Chang 1997 1.42 (1.08 – 1.86) | Chang 1997 1.35 (1.03 – 1.76) | |
| Chen, 1992 3.90 (1.43 – 10.60) | ***Chen, 1992*** ***3.90 (0.91 - 10.60)*** | ***Chen, 1992*** ***3.90 (0.91 - 10.60)*** |
| ***Cook 1997*** ***1.50 (1.11 – 2.02)*** | ***Cook 1997*** ***1.50 (1.10 - 2.00)*** | ***Cook 1997*** ***1.50 (1.10 - 2.00)*** |
| Cramer 1982 1.60 (1.21 – 2.12) | ***Cramer 1982*** ***1.92 (1.27 - 2.89)*** | ***Cramer 1982*** ***1.92 (1.27 - 2.89)*** |
| Cramer 2016 1.42 (1.03 – 1.95 | Cramer 2016 1.32 (1.14 - 1.50) | Cramer 2016 1.33 (1.16 – 1.52) |
| | | Gates 2008 1.24 (0.83 - 1.83) |
| | ***Gates 2010*** ***1.06 (0.89 - 1.28)*** | ***Gates 2010*** ***1.06 (0.89 - 1.28)*** |
| Gertig 2000 1.09 (0.86 – 1.38) | | |

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

| Penninkilampi 2018 | Berge 2018 | Siemiatycki 2018 |
| Study / RR(95%CI) | Study / RR(95%CI) | Study / RR(95%CI) |
| --- | --- | --- |
| *Godard 1998* <br> *2.49 (0.94 - 6.58)* | *Godard 1998* <br> *2.49 (0.94 - 6.58)* | *Godard 1998* <br> *2.49 (0.94 - 6.58)* |
| *Gonzalez 2016* <br> *0.73 (0.44 - 1.20)* | *Gonzalez 2016* <br> *0.73 (0.44 - 1.20)* | *Gonzalez 2016* <br> *0.73 (0.44 - 1.20)* |
| | Goodman 2008 <br> 0.99 (0.7 - 1.41) | |
| Green 1997 <br> 1.30 (1.06 – 1.60) | | |
| Harlow 1989 <br> 1.10 (0.58 – 2.10) | *Harlow 1989* <br> *1.10 (0.70 - 2.10)* | *Harlow 1989* <br> *1.10 (0.70 – 2.10)* |
| | *Harlow 1992* <br> *1.50 (1.00 - 2.10)* | *Harlow 1992* <br> *1.50 (1.00 - 2.10)* |
| *Hartge 1983* <br> *2.50 (0.66 – 9.45)* | *Hartge 1983* <br> *2.50 (0.70 - 10.00)* | Hartge 1983 <br> 0.70 (0.40 - 1.10) |
| *Houghton 2014* <br> *1.12 (0.92 – 1.36)* | Houghton 2014 <br> 1.06 (0.87 - 1.28) | *Houghton 2014* <br> *1.12 (0.92 – 1.36)* |
| Kurta 2012 <br> 1.40 (1.16 – 1.69) | | |
| | Lo-Ciganic 2012 <br> 1.34 (1.07 - 1.66) | |

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

| Penninkilampi 2018 Study / RR(95%CI) | Berge 2018 Study / RR(95%CI) | Siemiatycki 2018 Study / RR(95%CI) |
|---|---|---|
| Merritt 2008 1.17 (1.01 – 1.36) | Merritt 2008 1.13 (0.92 - 1.38) | |
| *Mills 2004 1.37 (1.02 - 1.85)* | *Mills 2004 1.37 (1.02 - 1.85)* | *Mills 2004 1.37 (1.02 - 1.85)* |
| | Moorman 2009 1.37 (1.05 - 1.8) | |
| *Ness 2000 1.50 (1.10 - 2.02)* | *Ness 2000 1.50 (1.10 - 2.00)* | *Ness 2000 1.50 (1.10 - 2.00)* |
| *Purdie 1995 1.27 (1.04 - 1.54)* | *Purdie 1995 1.27 (1.04 - 1.54)* | *Purdie 1995 1.27 (1.04 - 1.54)* |
| Rosenblatt 1992 1.70 (0.72 – 4.01) | *Rosenblatt 1992 1.70 (0.70 - 3.90)* | *Rosenblatt 1992 1.70 (0.70 - 3.90)* |
| Rosenblatt 2011 1.27 (0.97 – 1.66) | Rosenblatt 2011 1.13 (0.93 - 1.36) | |
| *Schildkraut 2016 1.44 (1.11 - 1.86)* | *Schildkraut 2016 1.44 (1.11 - 1.86)* | *Schildkraut 2016 A 1.44 (1.11 - 1.86)* |
| | | Schildkraut 2016 B 1.19 (0.87 - 1.63) |
| Shushan 1996 2.00 (1.11 – 3.60) | | Shushan 1996 1.97 (1.06 – 3.66) |

16 November 2018                                                                          105

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

| Penninkilampi 2018<br>Study / RR(95%CI) | Berge 2018<br>Study / RR(95%CI) | Siemiatycki 2018<br>Study / RR(95%CI) |
|---|---|---|
| | | Terry 2013<br>1.24 (1.15 - 1.33) |
| *Tzonou 1993*<br>*1.05 (0.28 - 3.96)* | *Tzonou 1993*<br>*1.05 (0.28 - 3.98)* | *Tzonou 1993*<br>*1.05 (0.28 - 3.98)* |
| Whittemore 1988<br>1.40 (0.98 – 2.00) | *Whittemore 1988*<br>*1.36 (0.91 - 2.04)* | *Whittemore 1988*<br>*1.36 (0.91 - 2.04)* |
| Wong 1999<br>0.92 (0.24 – 3.57) | *Wong 1999*<br>*1.00 (0.80 - 1.30)* | *Wong 1999*<br>*1.00 (0.80 - 1.30)* |
| Wu 2015<br>1.32 (1.14 – 1.52) | *Wu 2015*<br>*1.46 (1.27 - 1.69)* | *Wu 2015*<br>*1.46 (1.27 - 1.69)* |

- * When two or three of the meta-analyses extracted the identical results from the source paper, it is indicated with italic characters.

16 November 2018

## 15.  Appendix C

Examples of historic discoveries made on the basis of empirical observation of an association, without the existence of a validated biological mechanism of action.

- Jenner (18th century) discovered that smallpox could be prevented by "vaccinating" people. This was based on observation of the effect of exposure to cowpox. He had no idea about viruses or the biology of smallpox. He only knew that the "association" he observed between vaccination and the prevention of smallpox was so strong as to convince him it was causal. Millions of lives were saved as a result.

- Snow (19th century) discovered that cholera was caused by something in the water supply. He did not know what the pathogen was or how it produced the disease, but he showed with sufficient epidemiologic proof that drinking water from a polluted source produced much higher rates than drinking water from a clean source. Despite the ignorance of biological mechanisms, the public health authorities acted on his findings and thereby greatly reduced the incidence of cholera.

- Rheumatic fever and rheumatic heart disease were quite common causes of disease and death, striking relatively young people. For many decades it was recognized that there was an association between infection with the streptococcus bacterium and rheumatic heart disease, but it was not understood how the bacterium could have such an effect. The lack of understanding of the biological mechanisms did not get in the way of prevention of rheumatic heart disease by preventing and treating streptococcus infection.

- In the 1930's and 1940's, it was noticed that communities with high natural levels of fluoride in the water had much lower levels of dental caries than communities with low fluoride levels. Additional observational research confirmed the clear causal relationship and this led to extensive use of fluoride in various ways to reduce dental disease. But, all this occurred

Report on talcum powder use and ovarian cancer                                                       Jack Siemiatycki

before the mechanisms by which fluoride acted on teeth were understood. And, indeed the mechanisms are still not fully understood.

- In the late 1940's and early 1950's, evidence was accumulating that cigarette smokers had higher rates of lung cancer than non-smokers. This "association" was ridiculed at the time, among other reasons, because there was no proven biological mechanism. Attempts to replicate smoking-related lung cancer incidence in laboratory animals were largely unsuccessful. Nor was there a deep understanding of the cellular processes that allow the inhalation of cigarette smoke to culminate in a tumor. Scores of studies later and many decades later, the outlines of a credible biological mechanism began to emerge. The absence of a proven biological mechanism did not hinder the US Surgeon General and other national bodies from concluding that there was a causal link as early as the 1960's.

- Many chemicals have been found to be carcinogenic as a result of epidemiologic studies among workers. Examples of these are asbestos, silica, nickel compounds, chromium compounds, benzene, and others. Some of these discoveries go back to the first half of the 20th century, and, for most of them, many decades passed between the time they were recognized as carcinogens, on the basis of epidemiologic associations, and the elaboration of credible mechanisms of how they induce cancer. (Siemiatycki 2015)  Most known carcinogens were first discovered empirically by medical doctors or epidemiologists, usually as part of large data collection activities or just plain astute observation on the part of medical doctors.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

**16.   References**

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

**Bibliography Part A: Documents available in the Public Domain**

Anderson E, P Sheehan, R Kalmes, J Griffin (2017). Assessment of health risk from historical use of cosmetic talcum powder, *Risk Analysis* 37(5):918-929.

Aune D, Giovannucci E, Boffetta P, Fadnes L, Keum N, Norat T, Greenwood D, Riboli E, Vatten L, Tonstad S (2017). Fruit and vegetable intake and the risk of cardiovascular disease, total cancer and all-cause mortality – a systematic review and dose-response meta-analysis of prospective studies, *International Journal of Epidemiology* 43(3):1029-1056.

Begg, March (2018). Cause and association: missing the forest for the trees. *American Journal of Public Health (AJPH)* Vol 108, No.5.

Berge, Mundt, Luu and Boffetta (2017, published 2018). Genital use of talc and risk of ovarian cancer: a meta-analysis. *The European Journal of Cancer Prevention* 27(3): 248-257.

Booth, M., V. Beral and P. Smith (1989). Risk factors for ovarian cancer: a case-control study. *British Journal of Cancer* 60(4): 592-598.

Blount A. (1991). Amphibole content of cosmetic and pharmaceutical talcs, *Environmental Health Perspectives*, 94:225-230.

Boffetta, Hayes, Satori, et al. (2016) Mouthwash use and cancer of the head and neck: a pooled analysis from the International Head and Neck Cancer Epidemiology Consortium. *The European Journal of Cancer Prevention 25(4): 344-8.*

Boorman G, J Seely (1995). The lack of ovarian effect of lifetime talc exposure in F344/N rats and B6C3F1 mice, *Regulatory Toxicology and Pharmacology* 21:242-243.

Booth, M., V. Beral and P. Smith (1989). Risk factors for ovarian cancer: a case-control study. *British Journal of Cancer* 60(4): 592-598.

Bunderson-Schelvan M, J Pfau, R Crouch, A Holian (2011). Nonpulmonary outcomes of asbestos exposure, *Journal of Toxicology and Environmental Health, Part B* 14:122-152.

Buz'Zard, Lau (2007). Pycnogenol reduces talc-induced neoplastic transformation in human ovarian cell cultures. *Phytotherapy Research  Journal* 21(6):579-86.

Camargo M, L Stayner, K Straif, M Reina, U Al-Alem, P Demers, P Landrigan (2011). Occupational exposure to asbestos and ovarian cancer: a meta-analysis, Environ Health Perspect 119:1211–1217.Carnethon MR, Gidding SS, Nehgme R, Sidney S, Jacobs, Jr DR, Liu K (2003). Cardiorespiratory Fitness in Young Adulthood and the Development of Cardiovascular Disease Risk Factors. *JAMA*, 290(23):3092–3100.

Carr CJ (1995). Talc: Consumer Uses and Health Perspectives, *Regulatory Toxicology and Pharmacology* 21:211-215.

Cerhan, J., Z. Fredericksen, A. Wang, T. Habermann, N. Kay, W. Macon, J. Cunningham, T. Shanafelt, S. Answell, T. Call, T. Witzig, S. Slager, M. Liebow (2011). Design and validity of a clinic-based case-control study on the molecular epidemiology of lymphoma. *International Journal of Molecular Epidemiology and Genetics* 2(2): 95-113.

Chang, S. and H. A. Risch (1997). Perineal talc exposure and risk of ovarian carcinoma. *Cancer* 79(12): 2396-2401.

Chen, Y., P. C. Wu, J. H. Lang, W. J. Ge, P. Hartge and L. A. Brinton (1992). Risk factors for epithelial ovarian cancer in Beijing, China. *International Journal of Epidemiology* 21(1): 23-29.

CIR (2013). *Safety Assessment of Talc as Used in Cosmetics*. Washington, D.C., CIR (Cosmetic Ingredient Review).

Cook, L. S., M. L. Kamb and N. S. Weiss (1997). Perineal powder exposure and the risk of ovarian cancer. *American Journal of Epidemiology* 145(5): 459-465.

Coussens, L. M. and Z. Werb (2002). Inflammation and cancer. *Nature* 420(6917): 860-867.

Cralley L, M Key, D Groth, W Lainhart, R Ligo. (1968). Fibrous and mineral content of cosmetic talcum products, *American Industrial Hygiene Association Journal*, 29(4):350-354.

Cramer, D. W. (2015). Opinion on the Relationship between Ovarian Cancer and Cosmetic Talc Powder Use: Causality and Relevance to the Case of Michael Blaes OBO Shawn Blaes. Civil Action Number 4:14-cv-00213. Unpublished report.

Cramer, D. W., R. F. Liberman, L. Titus-Ernstoff, W. R. Welch, E. R. Greenberg, J. A. Baron and B. L. Harlow (1999). Genital talc exposure and risk of ovarian cancer. *International Journal of Cancer* 81(3): 351-356.

Cramer, D. W., L. Titus-Ernstoff, J. R. McKolanis, W. R. Welch, A. F. Vitonis, R. S. Berkowitz and O. J. Finn (2005). Conditions Associated with Antibodies Against the Tumor-Associated Antigen MUC1 and Their Relationship to Risk for Ovarian Cancer. *Cancer Epidemiology, Biomarkers & Prevention* 14(5): 1125-1131.

Cramer, D. W., A. F. Vitonis, K. L. Terry, W. R. Welch and L. J. Titus (2016). The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States. *Epidemiology* 27(3): 334-346.

Cramer, D. W., W. R. Welch, R. S. Berkowitz and J. J. Godleski (2007). Presence of talc in pelvic lymph nodes of a woman with ovarian cancer and long-term genital exposure to cosmetic talc. *Obstetrics & Gynecology* 110(2 Part 2): 498-501.

Cramer, D. W., W. R. Welch, R. E. Scully and C. A. Wojciechowski (1982). Ovarian cancer and talc: a case-control study. *Cancer* 50(2): 372-376.

Cramer, D. W. and H. Xu (1995). Epidemiologic evidence for uterine growth factors in the pathogenesis of ovarian cancer. *Annals of Epidemiology* 5(4): 310-314.

Current Intelligence Bulletin 62  (Rev/ 4/2011)- Asbestos fibers and other elongate mineral particles: state of the science and roadmap for research. *National Institute for Occupational Safety and Health (NIOSH)* DHHS (NIOSH) Publication No. 2011-159

Dement, Shuler, Zumwalde (1972). "Fiber exposure during use of baby powders" *National Institute for Occupational Safety and Health*, IWS 36-6: 1-13.

Doll R, Peto R, Boreham J, Sutherland I (2004). Mortality in relation to smoking: 50 years' observations on British male doctors, *British Medical Journal*, 328(7455):1519.

Egli G, M. Newton (1961). The transport of carbon particles in the human female reproductive tract, *Fertility and Sterility* 12(April):151-55.

Eltabbakh, G. H., M. S. Piver, N. Natarajan and C. J. Mettlin (1998). Epidemiologic differences between women with extraovarian primary peritoneal carcinoma and women with epithelial ovarian cancer. *Obstetrics & Gynecology* 91(2): 254-259.

Fedak K, A. Bernal, Z Capshaw, S Gross (2015). Applying the Bradford Hill criteria in the 21st Century: How data integration has changed causal inference in molecular epidemiology, *Emerging Themes in Epidemiology* 12(14) https://doi.org/10.1186/s12982-015-0037-14

Federal Judicial Center and National Research Council of the National Academies (2011). *Reference Manual on Scientific Evidence, Third Edition*. Washington, D.C., The National Academies Press.

Federal Register (2016). Banned Devices; Powdered Surgeon's Gloves; Patient Examination Gloves, and Absorbable Powder for Lubricating a Surgeon Glove – powdered gloves. *Food and Drug Administration 81FR 91722*.

Fletcher N, J Belotte, M Saed, I Memaj, M Diamond, R Morris, G Saed (2016). Specific point mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian cancer, *Free Radical Biology and Medicine*, 102:122-132.

Fletcher N, I Memaj, G Saed (2018). Talcum powder enhances oxidative stress in ovarian cancer cells – Abstract, Reproductive Sciences, 25(Supp. 1):214A.

Fletcher N, G. Saed (2018). Talcum powder enhances cancer antigen 125 levels in ovarian cancer cells – Abstract, Society for Reproductive Investigation 65th Annual Scientific Meeting, LB-044.

Fiume, M., I. Boyer, W. Bergfeld, D. Belsito, R. Hill, C. Klaassen, D. Liebler, J. Marks, Jr., R. Shank. T. Slaga, P. Synder, F.A. Andersen (2015). Safety Assessment of Talc as Used in Cosmetics. *International Journal of Toxicology* 34(Supplement I): 66S-129S.

Folkins A, E Jarboe, J Hecht, M Muto and C Crum (2018). "Chapter 24 – Assessing pelvic epithelial cancer risk and intercepting early malignancy." In *Diagnostic Gynecologic*

*and Obstetric Pathology (Third Edition)*, 844-64. Philadelphia: Content Repository Only! https://doi.org/10.1016/B978-0-323-44732-4.00024-8.

Gandini S, Sera F, Cattaruzza MS, et al (2004). Meta-analysis of risk factors for cutaneous melanoma: II. Sun exposure. *European Journal of Cancer* 41:45-60.

Gates, M. A., B. A. Rosner, J. L. Hecht and S. S. Tworoger (2010). Risk factors for epithelial ovarian cancer by histologic subtype. *American Journal of Epidemiology* 171(1): 45-53.

Gates, M. A., S. S. Tworoger, K. L. Terry, I. De Vivo, D. J. Hunter, S. E. Hankinson and D. W. Cramer (2009). Breast cancer susceptibility alleles and ovarian cancer risk in 2 study populations. *International Journal of Cancer* 124(3): 729-733.

Gates, M. A., S. S. Tworoger, K. L. Terry, L. Titus-Ernstoff, B. Rosner, I. De Vivo, D. W. Cramer and S. E. Hankinson (2008). Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer. *Cancer Epidemiology, Biomarkers & Prevention* 17(9): 2436-2444.

Gertig, D. M., D. J. Hunter, D. W. Cramer, G. A. Colditz, F. E. Speizer, W. C. Willett and S. E. Hankinson (2000). Prospective study of talc use and ovarian cancer. *Journal of the National Cancer Institute* 92(3): 249-252.

Gloyne S (1935). Two cases of squamous carcinoma of the lung occurring in asbestosis, *Tubercle* (17)1: 5-10.

Godard, B., W. D. Foulkes, D. Provencher, J. S. Brunet, P. N. Tonin, A. M. Mes-Masson, S. A. Narod and P. Ghadirian (1998). Risk factors for familial and sporadic ovarian cancer among French Canadians: a case-control study. *American Journal of Obstetrics & Gynecology* 179(2): 403-410.

Gonzalez, N. L., K. M. O'Brien, A. A. D'Aloisio, D. P. Sandler and C. R. Weinberg (2016). Douching, Talc Use, and Risk of Ovarian Cancer. *Epidemiology* 20: 20.

Goodman, M. T., G. Lurie, P. J. Thompson, K. E. McDuffie and M. E. Carney (2008). Association of two common single-nucleotide polymorphisms in the CYP19A1 locus and ovarian cancer risk. *Endocrine-Related Cancer* 15(4): 1055-1060.

Gordon R, S Fitzgerald, and J Millette (2014). Asbestos in commercial cosmetic talcum powder as a cause of mesothelioma in women, *International Journal of Occupational and Environmental Health*, 20(4): 318-332.

Green, A., D. Purdie, C. Bain, V. Siskind, P. Russell, M. Quinn and B. Ward (1997). Tubal sterilisation, hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group. *International Journal of Cancer* 71(6): 948-951.

Grivennikov, S. I., F. R. Greten and M. Karin (2010). Immunity, inflammation, and cancer. *Cell* 140(6): 883-899.

Gross, A. J. and P. H. Berg (1995). A meta-analytical approach examining the potential relationship between talc exposure and ovarian cancer. *Journal of Exposure Analysis & Environmental Epidemiology* 5(2): 181-195.

Hamilton T, H Fox H, C Buckley CH, W Henderson, K Griffiths. Effects of talc on the rat ovary. British journal of experimental pathology. 1984;65(1):101-6Hamra GB, Guha N, Cohen A, et al (2014). Outdoor Particulate Matter Exposure and Lung Cancer: A Systematic Review and Meta-Analysis, *Environ Health Perspect* 122:906-911.

Hankinson, S. E., D. J. Hunter, G. A. Colditz, W. C. Willett, M. J. Stampfer, B. Rosner, C. H. Hennekens and F. E. Speizer (1993). Tubal ligation, hysterectomy, and risk of ovarian cancer. A prospective study. *JAMA* 270(23): 2813-2818.

Harlow, B. L., D. W. Cramer, D. A. Bell and W. R. Welch (1992). Perineal exposure to talc and ovarian cancer risk. *Obstetrics & Gynecology* 80(1): 19-26.

Harlow, B. L. and N. S. Weiss (1989). A case-control study of borderline ovarian tumors: the influence of perineal exposure to talc. *American Journal of Epidemiology* 130(2): 390-394.

Harper A, G Saed (2018). Talc induces a pro-oxidant state in normal and ovarian cancer cells through gene point mutations in key redox enzymes - Abstract, *Society of Gynecologic Oncology*, *in press*.

Hartge, P., R. Hoover, L. P. Lesher and L. McGowan (1983). Talc and ovarian cancer. *JAMA* 250(14): 1844.

Heath, David. (2016) "Philip Morris uses chemical industry consultants to perpetuate 'light cigarette' myth" – https://www.publicintegrity.org/2016/05/04/19618/philip-morris-uses-chemical-industry-consultants-perpetuate-light-cigarette-myth

Heller, D. S., C. Westhoff, R. E. Gordon and N. Katz (1996). The relationship between perineal cosmetic talc usage and ovarian talc particle burden. *American Journal of Obstetrics & Gynecology* 174(5): 1507-1510.

Hernan (2018).  The C-Word: scientific euphemisms do not improve causal inference from observational data. *The American Journal of Public Health* (AJPH) Vol 108, No.5: 616-619

Henderson, W. J., T. C. Hamilton and K. Griffiths (1979). Talc in normal and malignant ovarian tissue. *Lancet* 1(8114): 499.

Henderson, W. J., C. A. Joslin, A. C. Turnbull and K. Griffiths (1971). Talc and carcinoma of the ovary and cervix. *Journal of Obstetrics & Gynaecology British Commonwealth* 78(3): 266-272.

Henderson, W.J., T.C. Hamilton, M.S. Baylis, C.G. Pierrepoint, K. Griffiths (1986). The demonstration of the migration of talc from the vagina and posterior uterus to the ovary in the rat, *Environmental Research* 40:247-250.

Hill, A. B. (1965). The environment and disease: association or causation? *Proceedings of the Royal Society of Medicine* 58: 295-300.

Houghton, S. C., K. W. Reeves, S. E. Hankinson, L. Crawford, D. Lane, J. Wactawski-Wende, C. A. Thomson, J. K. Ockene and S. R. Sturgeon (2014). Perineal powder use and risk of ovarian cancer. *Journal of the National Cancer Institute* 106(9).

Huncharek, M., J. F. Geschwind and B. Kupelnick (2003). Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen observational studies. *Anticancer Research* 23(2C): 1955-1960.

Huncharek, M. and J. Muscat (2011). Perineal talc use and ovarian cancer risk: a case study of scientific standards in environmental epidemiology. *European Journal of Cancer Prevention* 20(6): 501-507.

Huncharek, M., J. Muscat, A. Onitilo and B. Kupelnick (2007). Use of cosmetic talc on contraceptive diaphragms and risk of ovarian cancer: a meta-analysis of nine observational studies. *European Journal of Cancer Prevention* 16(5): 422-429.

IARC Monograph 1-42 (1972-1987) - Evaluation of the Carcinogenic risk of chemicals to humans. *International Agency for Research on Cancer/World Health Organization*, WHO Press.

IARC (1996). *Mechanisms of mineral fibre carcinogenesis. Publication No, 140*. Kane AB, Boffeta P, Saracci R, Wilbourn JD, *IARC Scientific*

IARC (2010). *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 93. Carbon black, titanium dioxide, and talc*. Lyon, IARC (International Agency for Research on Cancer).

IARC (2011). *IARC Monographs on Design and validity of a clinic base control-study on the molecular epidemiology of lymphoma, Vol. 93*. James R. Cerhan, Zachary S. Fredericksen, Alice H Wang, Thomas M. Habermann, Neil E. Kay, William R. Macon, Julie M. Cunningham, Tait D. Shanfelt, Stephen M. Answell, Thimothy G. Call, Thomas E. Witzig, Susan L. Slager, Mark Liebow, IARC (International Agency for Research on Cancer).

IARC - Monograph Vol. 100C (2012)- Arsenic, Metals Fibres, and Dusts: A review of human carcinogens. Lyon, *International Agency for Research on Cancer/World Health Organization.*

Ioannidis J (2005). Why most published research findings are false, *PLos Med*, 2(8):e124.

Ioannidis J (2015). Exposure-wide epidemiology: revisiting Bradford Hill, *Statistics in Medicine*

Jordan, S. J., A. C. Green, D. C. Whiteman, P. M. Webb and Australian Ovarian Cancer Study Group (2007). Risk factors for benign serous and mucinous epithelial ovarian tumors. *Obstetrics & Gynecology* 109(3): 647-654.

Karami S, Lan Q, Rothman N, et al (2012). Occupational trichloroethylene exposure and kidney cancer risk: a meta-analysis. Occupational and Environmental Medicine 69:858-867.

Kasper CS, Chandler PJ, Jr. Possible morbidity in women from talc on condoms. JAMA. 1995;273(11):846-7.

Khalade A, Jaakkola MS, Pukkala E, Jaakkola JJ (2010). Exposure to benzene at work and the risk of leukemia: a systematic review and meta-analysis. Environmental Health 9(31):1-8.

Kim S, Ko Y, Lee HJ, Lim J (2018). Menopausal hormone therapy and the risk of breast cancer by histological type and race: a meta-analysis of randomized controlled trials and cohort studies. Breast Cancer Research and Treatment 170(3):667-675.

Krause J (1977). Mineralogical characterization of cosmetic talc products, Journal of Toxicology and Environmental Health 2(5):1223-1226.Kurta, M. L., K. B. Moysich, J. L. Weissfeld, A. O. Youk, C. H. Bunker, R. P. Edwards, F. Modugno, R. B. Ness and B. Diergaarde (2012). Use of fertility drugs and risk of ovarian cancer: results from a U.S.-based case-control study. *Cancer Epidemiology, Biomarkers & Prevention* 21(8): 1282-1292.

Langseth, H., S. E. Hankinson, J. Siemiatycki and E. Weiderpass (2008). Perineal use of talc and risk of ovarian cancer. *Journal of Epidemiology & Community Health* 62(4): 358-360.

Langseth, H. and K. Kjaerheim (2004). Ovarian cancer and occupational exposure among pulp and paper employees in Norway. *Scandinavian Journal of Work, Environment & Health* 30(5): 356-361.

Last, J. M. (2001). *A Dictionary of Epidemiology, Fourth Edition*. Oxford, Oxford University Press.

Levin."Baby powder battles: Johnson & Johnson internal documents reveal asbestos worries" - https://www.fairwarning.org/2018/01/talc-documents-reveal/print

Licaj, Jacobsen, Selmer et al. (2017. Smoking and risk of ovarian cancer by histological subtypes: an analysis among 300,000 Norwegian women. *British Journal of Cancer* 116(2): 270-276

Lo-Ciganic, W. H., J. C. Zgibor, C. H. Bunker, K. B. Moysich, R. P. Edwards and R. B. Ness (2012). Aspirin, nonaspirin nonsteroidal anti-inflammatory drugs, or acetaminophen and risk of ovarian cancer. *Epidemiology* 23(2): 311-319.

Lockey J (1981). Nonasbestos fibrous minerals, *Clinics in Chest Medicine* 2(2):203-218.

Lundin, Dossus, Clendenen, Krogh, Grankvist, Wulff, Sieri, Arlsan, Lenner, Berrino, Hallmans, Zeleniuch-Jacquotte, Toniolo, Lukanova (2009). C-reactive protein and ovarian cancer: a prospective study nested in three cohorts (Sweden, USA, Italy). Caner Causes & Control: CCC 20(7):1151-1159.

Lunet, N., and A. Azevedo (2009). Letter to the Editor: On the comparability of population-based and hospital-based case-control studies. *Gaceta Sanitaria* 23(6): 564-567.

Mahjub H, Sadri G (2006). Meta-analysis of case-referent studies of specific environmental or occupational pollutants on lung cancer. *Indian Journal of Cancer* 43(4):169-173.

Mallen, Townsend, Tworoger (2018). Risk factors for ovarian carcinoma. *Hematology/Oncology Clinics of North America*. 32(6):891-902.

Masi, A. (1965). Potential uses and limitations of hospital data in epidemiologic research. *American Journal of Public Health* 55(5): 658-667.

Mattenklott (2007). Asbestos in talc powders and soapstone – the present state . *Staub, Reinhaltung der Luft Journal* 67(7):287-292.

Mayer D, C Kasper, P Chandler (1995). To the Editor: Talc and Condoms and reply, JAMA 274(16):1269.

Merritt, M. A., A. C. Green, C. M. Nagle, P. M. Webb, Australian Cancer Study (Ovarian Cancer) and Australian Ovarian Cancer Study Group (2008). Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. *International Journal of Cancer* 122(1): 170-176.

Mills, P. K., D. G. Riordan, R. D. Cress and H. A. Young (2004). Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. *International Journal of Cancer* 112(3): 458-464.

Miserocchi G, G Sancini, F Mantegazza, G Chiappino (2008). Translocation pathways for inhaled asbestos fibers, *Environmental Health* 7:4 doi: 10.1186/1476-069X-7-4.

Moller P, P Danielsen, K Jantsen, M Roursgaard & S Loft (2013). Oxidatively damaged DNA in animals exposed to particles, Critical Reviews in Toxicology, 43:2, 96-118.

Moller, Jacobsen et al (2010). Role of oxidative damage in toxicity of particulates, Free Radical Researchm 44:1, 1-46.

Moon M, J Park, B Choi, S Park, D Kim, Y Chung, N Hisanaga, I Yu (2011). Risk assessment of baby powder exposure through inhalation. *Official Journal of Korean Society of Toxicology,* 27(3): 137-147.

Moorman, P. G., R. T. Palmieri, L. Akushevich, A. Berchuck and J. M. Schildkraut (2009). Ovarian cancer risk factors in African-American and white women. *American Journal of Epidemiology* 170(5): 598-606.

Muscat J.E., Huncharek M (2008). Perineal Talc Use and Ovarian Cancer: A Critical Review. *European J Cancer Prevention* 17:139-146.

Narod S (2016). Talc and ovarian cancer. *Gynecologic Oncology* 141(3):410-12. https//doi.org/10.1016/j.ygyno.2016.04.011.

Ness, R. B. and C. Cottreau (1999). Possible role of ovarian epithelial inflammation in ovarian cancer. *Journal of the National Cancer Institute* 91(17): 1459-1467.

Ness, R. B., J. A. Grisso, C. Cottreau, J. Klapper, R. Vergona, J. E. Wheeler, M. Morgan and J. J. Schlesselman (2000). Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. *Epidemiology* 11(2): 111-117.

Ness, Roberta  (2015)– Does talc exposure cause ovarian cancer?:IGCS-0015 Ovarian Cancer. *International Journal of Gynecological Cancer: Official Journal of the International Gynecological Cancer Society*, 25 Suppl. 1:51

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

Neupane, B., S. Walter, P. Krueger, M. Loeb (2010). Community controls were preferred to hospital controls in a case-control study where the cases are derived from the hospital. *Journal of Clinical Epidemiology* 63(8): 926-931.

Paoletti, Caiazza, et al (1984). Evaluation by electron microscopy techniques of asbestos contamination in industrial, cosmetic, and pharmaceutical talcs. *Regulatory Toxicology and Pharmacology* 4(3):222-35.

Park, Schildkraut, et al. (2018) Benign gynecologic conditions are associated with ovarian cancer risk in African-American women: a case-control study. *Cancer Causes & Control* Vol. 29, Issue 11, pp 1081-1091.

Peeples, Lynne (2014) "Hidden source of industry influence threatens toxic chemical regulations" – https://huffingtonpost.com/2014/09/18/industry-toxic-chemicals-funding-conflicts-of-interest_n_5837968.html

Pennikilampi R, G Eslick (2018). Perineal talc use and ovarian cancer: a systematic review and meta-analysis, *Epidemology*, 29:41-49.

Petitti, D. B. (2000). *Meta-Analysis, Decision Analysis, and Cost-Effectiveness Analysis*. New York, Oxford University Press.

Pike, M. C., C. L. Pearce, R. Peters, W. Cozen, P. Wan and A. H. Wu (2004). Hormonal factors and the risk of invasive ovarian cancer: a population-based case-control study. *Fertility & Sterility* 82(1): 186-195.

Purdie, D., A. Green, C. Bain, V. Siskind, B. Ward, N. Hacker, M. Quinn, G. Wright, P. Russell and B. Susil (1995). Reproductive and other factors and risk of epithelial ovarian cancer: an Australian case-control study. Survey of Women's Health Study Group. *International Journal of Cancer* 62(6): 678-684.

Reid, Permuth, Sellers (2017). *Epidemiology of ovarian cancer: a review. Cancer Biology and Medicine* 14(1): 9-32.

VL Roggli, PC Pratt (1983). Numbers of asbestos bodies on iron-stained tissue sections in relation to asbestos body counts in lung tissue digest. *Human Pathology Journal* 14(4): 355-61.

16 November 2018                                                                              121

VL Roggli, PC Pratt. AR Brody(1986). Asbestos content of lung tissue in asbestos associated diseases: a study of 110 cases. *British Journal of Industrial Medicine* 43(1): 18-28.

Rohl A (1974). Asbestos in Talc, *Environmental Health Perspectives*, 9:129-132.

Rohl A, A. Langer, J. Selikoff, A. Tordini, R. Klimentidis (1976). Consumer talcums and powders: mineral and chemical characterization. *Journal of Toxicology and Environmental Health* 2(2):255-84.

Rosenblatt, K. A., W. A. Mathews, J. R. Daling, L. F. Voigt and K. Malone (1998). Characteristics of women who use perineal powders. *Obstetrics & Gynecology* 92(5): 753-756.

Rosenblatt, K. A., M. Szklo and N. B. Rosenshein (1992). Mineral fiber exposure and the development of ovarian cancer. *Gynecologic Oncology* 45(1): 20-25.

Rosenblatt, K. A., N. S. Weiss, K. L. Cushing-Haugen, K. G. Wicklund and M. A. Rossing (2011). Genital powder exposure and the risk of epithelial ovarian cancer. *Cancer Causes & Control* 22(5): 737-742.

Ross, Malcom (1974)Geology, asbestos and health. *The National Institute of Environmental Health Sciences* 9:123-124

Rothan, Pastides, Samet (2000). Interpretation of epidemiologic studies on Talc and Ovarian Cancer.

Rothman, K. J. and S. Greenland (1998). *Modern Epidemiology, Second Edition*. Philadelphia, Lippincott-Raven Publishers.

Rothman, K., Greenland, S., & Lash, TL. (2008). *Modern Epidemiology, 3rd Edition*. Philadelphia, PA: Lippincott Williams & Wilkins.

Ruano-Ravina, A., M. Perez-Rios, J. Barros-Dios (2008). Population-based versus hospital-based controls: are they comparable? *Gaceta Sanitaria* 22(6): 609-613.

Saed G, R Morris, N Fletcher (2018). *New insights into the pathogenesis of ovarian cancer-oxidative stress, Ovarian Cancer – From Pathogenesis to Treatment*, Ch. 4, 83-110, IntechOpen.

Saed G, M Diamond, N Fletcher (2017). Updates of the role of oxidative stress in the pathogenesis of ovarian cancer, *Gynecologic Oncology*, 145:595-602.

Schildkraut, J. M., S. E. Abbott, A. J. Alberg, E. V. Bandera, J. S. Barnholtz-Sloan, M. L. Bondy, M. L. Cote, E. Funkhouser, L. C. Peres, E. S. Peters, A. G. Schwartz, P. Terry, S. Crankshaw, F. Camacho, F. Wang and P. G. Moorman (2016). Association between Body Powder Use and Ovarian Cancer: the African American Cancer Epidemiology Study (AACES). *Cancer Epidemiology, Biomarkers & Prevention* 12: 12.

Shukla A, M MacPherson, J Hillegass, M Ramos-Nino, V Alexeeva, P Vacek, J Bond, H Pass, C Steele, B Mossman (2009). Alterations in gene expression in human mesothelial cells correlated with mineral pathogenicity, *American Journal of Respiratory Cell and Molecular Biology*, 41:114-123.

Shushan, A., O. Paltiel, J. Iscovich, U. Elchalal, T. Peretz and J. G. Schenker (1996). Human menopausal gonadotropin and the risk of epithelial ovarian cancer. *Fertility & Sterility* 65(1): 13-18.

Siemiatycki J. Historical overview of occupational cancer research and control.  In Occupational Cancers. Eds S Anttila, P Boffetta, K Straif. Springer Press: 1-20, 2014.

Sjosten A, H Ellis, G Edelstam (2004). Retrograde migration of glove powder in the human female genital tract, *Human Reproduction* 19(4):991-995.

Smith, Guyton, Gibbons, et al. (2016). Key characteristics of carcinogens as a basis for organizing data on mechanisms of carcinogenesis. *Environmental Health Perspectives* 124(6):713-21

Steiling W, Almeida JF, Assaf Vandecasteele H, Gilpin S, Kawamoto T, O'Keeffe L, Pappa G, Rettinger K, Rothe H, Bowden AM (2018) Principles for the safety evaluation of cosmetic powders, *Toxicology Letters*, 297, 8-18.

Straif K, Benbrahim-Tallaa L, Baan R, Grosse Y, Secretan B, El Ghissassi F, Bouvard V,Guha N, Freeman C, Galichet L, Cogliano V; WHO International Agency for Research on Cancer Monograph Working Group (2009). A review of human carcinogens - Part C: metals, arsenic, dusts and fibres, Lanet Oncology 10(5):453-454. Suzuki Y, N

Kohyama (1991). Translocation of inhaled asbestos fibers from the lung to other tissue, *American Journal of Industrial Medicine* 19(6):701-704.

Terry, K. L., S. Karageorgi, Y. B. Shvetsov, M. A. Merritt, G. Lurie, P. J. Thompson, M. E. Carney, R. P. Weber, L. Akushevich, W. H. Lo-Ciganic, K. Cushing-Haugen, W. Sieh, K. Moysich, J. A. Doherty, C. M. Nagle, A. Berchuck, C. L. Pearce, M. Pike, R. B. Ness, P. M. Webb, M. A. Rossing, J. Schildkraut, H. Risch and M. T. Goodman (2013). Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859 Controls. *Cancer Prevention Research* 6(8): 811-821.

Trabert G, E Poole, E White, K Visvanathan, H Adami, G Anderson, T Brasky et al. (2018). Analgesic use and ovarian cancer risk: an analysis in the Ovarian Cancer Cohort Consortium, Journal of the National Cancer Institute 111(2) https://doi.org/10.1093/jnci/djy100.

Tung, Goodman, Wu, et al. (2005) Reproductive factors and epithelial ovarian cancer risk by histologic type: a multi-ethnic case-control study. *American Journal of Epidemiology* 161(4):321-9.

Tung, Wilkes, Wu, et al. (2003). Effect of anovulation factors on pre-and postmenopausal ovarian cancer risk: revisiting the incessant ovulation hypothesis. *American Journal of Epidemiology* 158(7): 629-38

Tzonou, A., A. Polychronopoulou, C. C. Hsieh, A. Rebelakos, A. Karakatsani and D. Trichopoulos (1993). Hair Dyes, Analgesics, Tranquilizers and Perineal Talc Application as Risk Factors for Ovarian Cancer. *International Journal of Cancer* 55(3): 408-410.

U.S. Department of Health, E., and Welfare, (1964). *Smoking and Health: Report of the Advisory Committee to the Surgeon General of the Public Health Service*. Washington, D.C., U.S. Department of Health, Education, and Welfare.

Van Gosen B, H Lowers, S Sutley, and C. Gent (2004). Using the geologic setting of talc deposits as an indicator of amphibole asbestos content, *Environmental Geology*, 45 (7):920-939.

Venter, P. F. and M. Iturralde (1979). Migration of a particulate radioactive tracer from the vagina to the peritoneal cavity and ovaries. *South African Medical Journal* 55(23): 917-919.

Virta, Robert L. (1985). The phrase relationship of talc and amphiboles in a fibrous talc sample. *Vol. 8923* of the  *U.S. Dept. of the Interior, Bureau of Mines– Science.*

Weed, D. L. (2000). Epidemiologic evidence and causal inference. *Hematological & Oncological Clinics of North America* 14(4): 797-807, viii.

Wehner A, A Hall, R Weller, E Lepel, R Schirmer (1985). Do particles translocate from the vagina to the oviducts and beyond? *Fd Chem. Toxic.* 23(3) :367-372.

Werner I (1982). Presence of asbestos in talc samples, *Atemschutzinformationen*, 21:5-7.

Wentzensen, N. and S. Wacholder (2014). Talc use and ovarian cancer: epidemiology between a rock and a hard place. *Journal of the National Cancer Institute* 106(9).

Whittemore, A. S., M. L. Wu, R. S. Paffenbarger, Jr., D. L. Sarles, J. B. Kampert, S. Grosser, D. L. Jung, S. Ballon and M. Hendrickson (1988). Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. *American Journal of Epidemiology* 128(6): 1228-1240.

Whysner, J. and M. Mohan (2000). Perineal application of talc and cornstarch powders: evaluation of ovarian cancer risk. *American Journal of Obstetrics & Gynecology* 182(3): 720-724.

Wong, C., R. E. Hempling, M. S. Piver, N. Natarajan and C. J. Mettlin (1999). Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study. *Obstetrics & Gynecology* 93(3): 372-376.

Wu, A. H., C. L. Pearce, et al. (2009). Markers of inflammation and risk of ovarian cancer in Los Angeles County. *International Journal of Cancer* 124(6): 1409-1415.

Wu AH, CL Pearce, CC Tseng, MC Pike (2015). African-Americans and Hispanics remain at lower risk of ovarian cancer than non-hispanic whites after considering nongenetic

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

risk factors and oophorectomy rates, *Cancer Epidemiol Biomarkers Prev* 24(7):1094-1100.

Wu S, W Zhu, P Thompson, Y Hannun (2018) Evaluating intrinsic and non-intrinsic cancer risk factors, *Nature Communications* 9(1):3490.

Zazenski R, W Ashton, D Briggs, M Chudkowski, J Kelse, L MacEachern, E McCarthy, M Nordhauser, M Roddy, N Teetsel, A Wells, S Gettings (1995). Talc: Occurrence, characterization and consumer applications, *Regulatory Toxicology and Pharmacology* 21:218-229.

Zhang Z-L, Sun J, Dong J-Y, et al (2012). Residential Radon and Lung Cancer Risk: An Updated Meta-analysis of Case-control Studies. *Asian Pac J Cancer Prev* 13:2459-2465.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

**Bibliography – Part B: Documents not available in the Public Domain**

IMERYS044612

IMERYS049952-56

IMERYS051371-72

IMERYS051442

IMERYS089960

IMERYS091279-80

IMERYS111220

IMERYS126092-97

IMERYS138505-11

IMERYS179122-23

IMERYS210136-37

IMERYS219720-22

IMERYS239864

IMERYS2419940-04

IMERYS242050

IMERYS274896

IMERYS284935-37

IMERYS288001-04

IMERYS288590-91

IMERYS303801

IMERYS322241-42

IMERYS342524-25

IMERYS422289-90

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

IMERYS442232-33

IMERYS500801

IMERYS-A_0001304-09

IMERYS-A_0011817

IMERYS-A_0011964-65

IMERYS-A_0021921-29

IMERYS-A_0024367

IMERYS-MDL-AB_0005560-86

JNJ000000119-22

JNJ000000523-36

JNJ000000636-38

JNJ000000697

JNJ000000704

JNJ000000935-36

JNJ000003914-15

JNJ000003969-72

JNJ000003987-95

JNJ000004113-24

JNJ000004152-56

JNJ000004183

JNJ000004225-30

JNJ000004518-21

JNJ000004541-42

JNJ000004545-46

JNJ000004641-42

JNJ000004712-16

JNJ000006201-02

JNJ000008945-9277

JNJ000010808

JNJ000011704-08

JNJ000013664-65

JNJ000015750-52

JNJ000015753-54

JNJ000015770-72

JNJ000016645-46

JNJ000020397

JNJ00002073337

JNJ000021035

JNJ000021093-94

JNJ000022040-42

JNJ000023355-56

JNJ000024462-63

JNJ000024495-500

JNJ000024568

JNJ000251888-90

JNJ000261010-27

JNJ000029640-41

JNJ000035173-231

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

JNJ000036440-42

JNJ000040596-97

JNJ000058760-64

JNJ000065616-19

JNJ000075792-94

JNJ000085127~~39~~

JNJ000085448~~60~~

JNJ000087166-230

JNJ000092918-20

JNJ000093405

JNJ000093406-97

JNJ000175138

JNJ000221838-49

JNJ000223499

JNJ000224655-93

JNJ000238435-39

JNJ000239388

JNJ000232996-3002

JNJ000246437

JNJ000248615-16

JNJ000251888-90

JNJ000257999

JNJ000261010-27

JNJ000260833-35

JNJ000278435-39

JNJ000290508-28

JNJ000298951-52

JNJ000326106-25

JNJ000342731-34

JNJ000346841

JNJ000348778-80

JNJ000367403-56

JNJ000368573

JNJ000375563

JNJ000375919

JNJ000376096

JNJ000381975-76

JNJ000383680-82

JNJ000383898

JNJ000384724-28

JNJ000384731-37

JNJ000384773

JNJ000385452

JNJ000388419

JNJ000389973-74

JNJ000391191

JNJ000391530

JNJ000394463-JNJ000394467

JNJ000404446-47

JNJ000404486-88

JNJ000405501-53

JNJ000411712-15

JNJ000418480

JNJ000457407-10

JNJ000637879-81

JNJ000526231-6676

J&J-0007797

JNJAZ55_000000904-948

JNJAZ55_000003357

JNJAZ55_000005743-48

JNJAZ55_000005957-66

JMJAZ55_00006089-091

JANJAZ55_000008177-78

JNJAZ55_000008893-8902

JNJAZ55_000012423-30

JNJAZ55_000015127-286

JNJMX68_000003728-29

JNJMX68_000004646-47

JNJMX68_000004996-5044

JNJMX68_000006792

JNJMX68_000008982-9004

JNJMX68_000011720-25

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

JNJMX68_000012858

JNJMX68_000012745-49

JNJMX68_000013019-20

JNJMX68_000013464-66

JNJMX68_000017401-43

JNJMX68_000019698-99

JNJN000294462

JNJNL61_000000134-36

JNJNL61_000002666-73

JNJNL61_000006431-32

JNJNL61_000008084-89

JNJNL61_000014431-37

JNJNL61_000020359

JNJNL61_000029410-36

JNJNL61_000052427

JNJNL61_000061857

JNJNL61_000063473

JNJNL61_000064366-67

JNJNL61_000079334-35

JNJTALC000716827-45

LUZ000250

LUZ000566-67

LUZ001017-22

LUZ001298-1303

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

LUZ001326-27

LUZ001441-44

LUZ001719-20

LUZ001873-76

LUZ002733-51

LUZ003202-03

LUZ003204

LUZ003264-67

LUZ004656-65

LUZ005090-91

LUZ005109-10

LUZ005118

LUZ006056

LUZ006507-09

LUZ010145-48

LUZ011817

LUZ011963

LUZ011964-65

LUZ012006-18

LUZ012031-32

LUZ012732-33

LUZ012863-64

LUZ012865-66

LUZ013053-55

LUZ013093

LUZ013094-95

LUZ013367-87

LUZ015111-12

LUZ015663

LUZ020182-86

LUZ021921-29

LUZ022044-50

LUZ022207-08

LUZ023843-35

MBS-CRE Production of Documents 000240-41

PCPC0017629

PCPC0052415

WCD000254-55

After your doctor or health care provider prescribes your ORTHO Diaphragm, 1998. (JANSSEN000056-65)

Agenda:  NTP Board of Scientific Counselors Report on Carcinogens (RoC) Subcommittee Meeting

Annie Yessian Report - Echeverria

*Berg v. Johnson & Johnson*, Final Jury Instructions

*Berg v. Johnson & Johnson*, Judgment

*Berg v. Johnson & Johnson*, Verdict Form October 4, 2013

California State Cosmetics Program from the California Dept of Public Health - Occupational health Branch - Chemicals known or suspected to cause cancer or reproductive toxicity (P-31)

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

California Safe Cosmetics Act 2005

*Carl v. J&J; Balderrama v. J&J* - Defendants Johnson & Johnson, Johnson & Johnson Consumer Inc., and Imerys Talc America, Inc's joint memorandum of law in support of their motion to exclude plaintiffs' experts' general causation opinions

Cancer Prevention Coalition – November 17, 1994 Citizen's Petition to FDA seeking carcinogenic labelling on all cosmetic talc products

Cancer Prevention Coalition – May 13, 2008 Citizen's Petition to FDA seeking a cancer warning on cosmetic talc products

Cesario, S - Powerpoint "Feminine hygiene product use and the risk of ovarian cancer"

Committee on the State of the Science in Ovarian Cancer Research; Board on Health Care Services; Institute of Medicine; National Academies of Sciences, Engineering, and Medicine.  Ovarian Cancers: Evolving Paradigms in Research and Care

Cesario, Sandra. PTT-Feminine hygiene product use and the risk of ovarian cancer (*Unpublished*).

Crowley M. (November 12, 2018) Rule 26 report of Michael M. Crowley, PhD regarding the fragrance chemical constituents in Johnson & Johnson Talcum Powder Products

Daniel Cramer Report - Echeverria

Daniel Cramer Supplemental Report - Echeverria

David Steinberg, expert report

David Steinberg, FRAPS Exhibit 14: Statement of Michael M. Landa, J.D.

David Steinberg, CV

David Steinberg publications list

David Steinberg signed verification Di Saia, P. J. (2015). Letter to Kathleen A. Frazier. Unpublished letter.

Defense Expert Reports from Blaes Case: DeSesso; Hoel; Di Saia; Muscat; Hopkins

Deposition Exhibit of John Hopkins – 28 (November 5, 2018)

16 November 2018                                                                                  136

Deposition Exhibit of Julie Pier – 47 (September 13, 2018)

Deposition Transcript of Alice Blount, *Ingham v. Johnson & Johnson, et al.* (April 13, 2018)

Deposition Transcript & Exhibits - Julie Pier, MDL No. 2738 (September 12 – 13, 2018)

Deposition transcript, 10/19/2012 - John Hopkins

Deposition Transcript & Exhibits - John Hopkins, MDL No. 2738 (Aug. 16 – 17, 2018, Oct. 17, 2018, Nov. 5, 2018)

Deposition Transcript & Exhibits - Joshua Muscat, MDL No. 2738 (Sept. 25, 2018)

Deposition Transcript & Exhibits - Linda Loretz, MDL No. 2738 (July 17, 2018, Oct. 1 – 2, 2018)

Deposition Transcript & Exhibits - Robert Glenn, MDL No. 2738 (Oct. 18, 2018)

D. L. Longo, R. C. Young. Cosmetic talc and ovarian cancer (1979)

D. L. Longo, R. C. Young. Letter to the Editor:  Cosmetic talc and ovarian cancer (1979)

Educational Report of Thomas Dydek

Excerpts from S. Sharma Deposition

Expert Report of Laura M. Plunkett, PhD, DABT – Oct. 5, 2016

Expert Report of Jack Siemiatycki, MSc, PhD – Oct. 4, 2016

Fair warning TalcDoc 5 - Exhibit 113 (JNJNL91_000022019)

Fair warning TalcDoc 15

FDA Authority Over Cosmetics April 6, 2015

FDA Response to Citizen's Petition re: Docket Numbers 94P-0420 and FDA-2008-P-0309-00001/CP

Federal Register – 81 FR 91722 – Banned Devices – Powdered Gloves

*Fox v. Johnson & Johnson*, Trial Transcript

Godleski, J. J. (2015). Letter to R. Allen Smith, Jr. Unpublished letter.

Report on talcum powder use and ovarian cancer                              Jack Siemiatycki

John J. Godleski, M.D. - Expert Report from Blaes Case

John Godleski Report - Echeverria

John Godleski Supplemental Report - Echeverria

Hopkins, J. (2015). Letter to Gene M. Williams. Unpublished letter.

Johnson's Baby Powder - website, product description

Kemp Hearing Transcript - Douglas Weed

Longo, Rigler, Egeland. MAS Project 14-1852: Below the Waist Application of Johnson & Johnson Baby Powder, September 2017

Longo, Rigler - Analysis of Johnson & Johnson Baby Powder & Valiant Shower to Shower talc products for amphibole (tremolite) asbestos, August 2017

Longo, Rigler - Analysis Report MAS Project #14-1683 Johnson's Baby Powder Sample Set, April 2017

Longo, Rigler - TEM Analysis of historical 1978 Johnson's Baby Powder Sample for amphibole asbestos, February 2018

Longo, Rigler – Expert Report In re: Talcum Power Prod. Liab. Litig., MDL No. 2738 (November 14, 2018).

"Making it up as he goes along: Paolo Boffetta, Italian Epidemiologist, distorts power line health risks" - https://microwavenews.com/news-center/boffetta-post-truth.

Material Safety Data Sheet from Luzenac America, Inc.; Version 45.0, updated 6/18/08 (Group 1)

Material Safety Data Sheet from Luzenac America, Inc. (Group 3)

Material Safety Data Sheet from Luzenac America, Inc.; Version 2.0, updated 2/26/09 (Group CAN)

Material Safety Data Sheet from Luzenac America, Inc. (Group 1)

MBS Invoices – December 2007, April 2012, May 2013, July 2013, December 20013, January 2015, March 2015

MSDS Sheet, Version 2.0

Muscat, J. E. (2015). Report on the Relationship between Hygienic Use of Talc and the Risk of Ovarian Cancer. Unpublished report.

NPR Article Johnson & Johnson Pledges to Purge Controversial Chemicals April 16, 2015

Ness, R. B. (2015). Report on the question of whether genital talc use causes ovarian cancer. Unpublished report.

Ness, R. Expert Report - Jacqueline Fox

Ness, R. Commentary "A plaintiff's witness in the baby powder case"

NTP "The Report on Carcinogens Tenth Edition - Factsheet"

Omiecinski, C. J. (2015). Opinion on the Relationship Between Chronic Perineal/Genital Exposures to Cosmetic Talc and Ovarian Cancers: Mechanistic Aspects and Biological Plausibility Unpublished report.

Osann, K. (2016). Report on Perineal Talc Exposure and Risk of Ovarian Cancer. Unpublished report.

Personal Care Products Council Letter – July 21, 2009 to FDA re: Comments to FDA Citizen's Petition to the Commissioner of the Food and Drug Administration Seeking a Cancer Warning on Talc Products

Photographs of Johnson's Baby Powder

Photographs of Shower to Shower

Riham Sheble, Shabina Khatri. DOHA News - Johnson's baby powder of Qatar shelvees after US cancer lawsuit verdict

Roe. Controversy: Cosmetic tlac and ovarian cancer (1979)

Rosenthal, G. J. (2015). Opinion on Relationships Between the Toxicology of Cosmetic Talc and the Pathogenesis of Ovarian Cancer. Unpublished report.

Rosenthal, G - Expert Report from Blaes Case: "Opinion on Relationships Between the Toxicology of Cosmetic Talc and the Pathogenesis of Ovarian Cancer"

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

Rothman, Pastides, Samet. (2000) Interpretation of epidemiologic studies on talc and ovarian cancer

*Slemp v. Johnson & Johnson, et al.*, Trial Transcript

Summary Minutes of the NTP Board of Scientific Counselors Report on Carcinogens (RoC) Subcommittee Meeting

Talc Removed from 12th RoC- The Rose Sheet October 24, 2005

WHMIS Classification for Talc, non fibrous - CNESST; CAS Number:  14807-96-6

Weed, Douglas. A Report Regarding General Causation and an Evaluation of the Reliability and Validity of the Plaintiffs' Experts' Reports Designated for the Plaintiff, Lori Oules (Feb. 1, 2017)

16 November 2018

Report on talcum powder use and ovarian cancer                          Jack Siemiatycki

---

**17.   Curriculum Vitae – Jack Siemiatycki**

---

# CURRICULUM VITAE

## Jack Siemiatycki

**TABLE OF CONTENTS**

STATISTICAL SUMMARY OF SELECTED ACCOMPLISHMENTS ...............................................................2
GENERAL INFORMATION....................................................................................................................3
EDUCATION.........................................................................................................................................3
CURRENT ACADEMIC APPOINTMENTS................................................................................................3
PREVIOUS ACADEMIC APPOINTMENTS AND WORK EXPERIENCE.......................................................3
SIGNIFICANT INTERNAL ADMINISTRATIVE APPOINTMENTS................................................................3
SIGNIFICANT INSTITUTIONAL COMMITTEES.......................................................................................4
CURRENT MAJOR EXTERNAL BOARDS, SCIENTIFIC COMMITTEES (INVITED)...................................4
PAST MAJOR EXTERNAL BOARDS, SCIENTIFIC COMMITTEES, CONSULTATIONS (INVITED) .........4
OTHER SIGNIFICANT EXTERNAL CONSULTATIONS (INVITED)..............................................................6
HONOURS ...........................................................................................................................................9
GRANT REVIEW, JOURNAL REVIEW AND PERSONNEL REVIEW ...........................................................9
    Associate Editor..............................................................................................................................9
    Contributing Editor..........................................................................................................................9
    Chairman of grant review panels.....................................................................................................9
    Member of grant review panels........................................................................................................9
    External referee for tenure or promotion of personnel in other institutions ...................................9
THESES ...............................................................................................................................................10
ARTICLES PUBLISHED PEER REVIEW ................................................................................................10
BOOK CHAPTERS (invited) AND IARC MONOGRAPHS.........................................................................23
PUBLICATIONS WITHOUT PEER REVIEW, OTHER SCIENTIFIC REPORTS ............................................24
BOOK...................................................................................................................................................27
ARTISTIC WORKS................................................................................................................................27
SCIENTIFIC PRESENTATIONS - INVITED .............................................................................................27
SCIENTIFIC PRESENTATIONS - OFFERED AND ACCEPTED ..................................................................35
GRANTS AND CONTRACTS RECEIVED ................................................................................................46

Curriculum Vitae                                                              Jack Siemiatycki

## STATISTICAL SUMMARY OF SELECTED ACCOMPLISHMENTS

| | |
|---|---:|
| Publications in peer-reviewed journals | 245 |
| Book chapters, IARC Monographs | 20 |
| Other publications, reports | 42 |
| Book (authored) | 1 |
| | |
| Invited presentations | 173 |
| Conference presentations, posters, abstracts : offered and accepted | 181 |
| | |
| Grants received as P.I. (number) | 36 |
| Grants received as P.I. ($) | $15.4M |
| Grants received as co-investigator (number) | 59 |
| Grants received as co-investigator ($) | $27.9M |
| | |
| | |
| | |
| H-factor (google scholar) | 64 |
| | |
| Instances of participation on expert panels, committees, boards of directors, at invitation of governments or public health agencies or research agencies or universities | 126 |
| | |
| Grant review panels or referee for external institution or journal editorial boards | 65 |
| | |
| Honours | several |

Curriculum Vitae                                                                Jack Siemiatycki

## GENERAL INFORMATION

**Work address**

Université de Montréal

Research Center of CHUM

850 rue St Denis, Montréal, QC, Canada H2W 1V1

Tel:     (514) 890-8166

Fax:     (514) 412-7106

E-mail: j.siemiatycki@uMontréal.ca

## EDUCATION

1967    B.Sc. (mathematics); McGill University
1970    M.Sc. (mathematical statistics); McGill University
1976    Ph.D. (epidemiology and medical statistics); McGill University
1977    Post-doctoral (cancer epidemiology); International Agency for Research on Cancer, Lyon

## CURRENT ACADEMIC APPOINTMENTS

Professor, Department of Social and Preventive Medicine, Université de Montréal (since 2001)

Cancer Research Society-Guzzo Research Chair in Environment and Cancer, Université de Montréal (since November 2007)

Adjunct Professor, Department of Epidemiology, Biostatistics and Occupational Health, McGill University. (since 1979)

Fellow, Canadian Academy of Health Sciences (since 2008)

## PREVIOUS ACADEMIC APPOINTMENTS AND WORK EXPERIENCE

| | |
|---|---|
| 1967-71 | Research Fellow; Department of Epidemiology and Health, McGill University. |
| 1970-72 | Research Director; Pointe St. Charles Community Clinic, Montréal. |
| 1978 | Consultant; International Agency for Research on Cancer, Lyon. |
| 1978-2001 | Assistant, then Associate (1979), then full Professor (1983): Epidemiology Research Center, Institut Armand-Frappier, Laval, Québec. |
| 1982-1986 | Associate member, McGill Cancer Center, McGill University. |
| 1996-1997 | Visiting Scientist. International Agency for Research on Cancer, Lyon. |
| 2001-2015 | Canada Research Chair (Tier 1), Université de Montréal (resigned 2011). |
| 2003-2009 | Affiliate Scientist. McLaughlin Centre for Pop'n Health Risk Assessment, Univ of Ottawa. |

## SIGNIFICANT INTERNAL ADMINISTRATIVE APPOINTMENTS

| | |
|---|---|
| 1982-86 | Director, Équipe associée de l'Institut de Recherche en Santé et Sécurité du Travail sur les cancers professionnels (affiliated research team of the Quebec Institute for Occupational Health and Safety on Occupational Cancer). |
| 1988-91 | Director, Epidemiology Research Center, Institut Armand-Frappier. |
| 1990-98 | Director, Équipe prioritaire de recherche en épidémiologie environnementale du FRSQ. (Priority research team in environmental epidemiology) |
| 1998-2001 | Member, Governing Council (Conseil d'administration). Institut national de la recherche scientifique, Université du Québec. |
| 2000-2007 | Coordinator. Program of Research in Environmental Epidemiology of Cancer (PREECAN), a national program funded by the National Cancer Institute of Canada. |
| 2002-2005 | Associate Director for Population Health Sciences, Research Center of the University of Montréal Hospital Center. |

2006-2007    Director, Epidemiology program, PhD public health, Université de Montréal.
2006-2014    Director, Axe risques à la santé (Health Risks Division). Centre de recherche du Centre hospitalier de l'Université de Montréal.

## SIGNIFICANT INSTITUTIONAL COMMITTEES

1979-80     Member of faculty committee to negotiate a collective agreement with the Institut Armand-Frappier administration.
1982-92     Member, Research Council. Institut Armand-Frappier.
1998-2001   Member, Institutional advisory council. Institut Armand-Frappier. Institut national de la recherche scientifique
2002-2006   Comité de direction. Centre de recherche du CHUM
2002-2017   Member, Various committees of the Dept Med Soc et Preventive, including Promotions, and Recruitment.
2006-2009   Member, Various committees established to set up a new School of Public Health at l'Université de Montréal
2006-2014   Comité Scientifique de la Recherche du CHUM.

## CURRENT MAJOR EXTERNAL BOARDS, SCIENTIFIC COMMITTEES (INVITED)

1.   Chair of Scientific Advisory Committee of CONSTANCES, a large prospective cohort established in France, under aegis of INSERM, Ministère de la Santé, and other agencies. Since 2011.
2.   Member of Comité national d'épidémiologie en cancérologie. Ministère de la Santé et des Services sociaux, Quebec. Since 2014.
3.   Member, Advisory committee to Directors of Cartagene, a Quebec population cohort.

## PAST MAJOR EXTERNAL BOARDS, SCIENTIFIC COMMITTEES, CONSULTATIONS (INVITED)

1.   Expert consultative committee to Commission de la santé et sécurité du travail du Québec on the epidemiologic function of the CSST. 1979-80.
2.   President of Organizing Committee of Annual Congress of Quebec Public Health Association, Montréal. 1982.
3.   Consultative committee of International Agency for Research on Cancer on feasibility of SEARCH programme. 1982.
4.   Canadian representative. International Joint Commission (U.S. and Canada) Committee on the Assessment of Human Health Effects of Great Lakes Water Quality. 1982-89.
5.   Task Force on Chemicals in the Environment and Human Reproduction Effects in New Brunswick. 1983-85.
6.   Chairman and organizer of international workshop sponsored by International Agency for Research on Cancer, Lyon, on use of job exposure information in cancer case-control studies. 1984.
7.   Quebec Government Consultative Committee on Alachlor. 1985-86.
8.   Chairman and organizer of the International Joint Commission Workshop on the Role of Epidemiology in Assessing the Effects of Great Lakes Water Quality on Human Health, Scarborough, March 1988. 1986-88.
9.   Priority Substances Advisory Panel. Panel established under terms of Canadian Environmental Protection Act by Health and Welfare Canada. 1988.
10.  Working Group on Electromagnetic Fields under auspices of Health Effects Institute. 1991.
11.  Consultative Committee on Environment-related Cancer Surveillance, LCDC, Health and Welfare Canada. 1993-1996.
12.  Consultative Committee on an Investigation of Lung Cancer and Environmental Tobacco Smoke, Environmental Health Directorate, Health Canada. 1994-1995.
13.  Working Group on Evaluation of Carcinogenicity of Carbon Black, Printing Trades and Various Substances. Monograph Programme. International Agency for Res. on Cancer, Lyon, 1995.

14. Working Group on Human Cancer Risks associated with Chrysotile Asbestos. World Health Organization (IPCS) Geneva, June 1995.

15. Secretariat on Evaluation of Chemopreventive Effect of Aspirin and Other NSAIDS for Cancer. International Agency for Res. on Cancer, Lyon, Apr. 1997.

16. Chair. Symposium on Health Risks of Water Disinfection By-products. Convened by Health Canada. Ottawa. May 1997.

17. Working Group. Meeting on Species-specificity in response to carcinogens. Monograph Programme. International Agency for Res. on Cancer, Lyon, Nov. 1997.

18. Board of Directors. Canadian Society for Epidemiology and Biostatistics. 1997-1999.

19. Working Group. Evaluation of Carcinogenicity of Various Industrial Substances. Monograph Programme. International Agency for Res. on Cancer, Lyon, Feb. 1998.

20. Canadian Coalition on Cancer Surveillance. 1997-2002.

21. External site review panel. U.S. National Cancer Institute Epidemiology Branch. June 1999.

22. Organizing Committee for Medical Research Council Workshop on Privacy of Health Data. 1999-2000.

23. Organizing Committee, EPI2001. Joint North American Congress of Canadian Society for Epidemiology and Biostatistics, Society for Epidemiologic Research, American Public Health Association (Epid) and American College of Epidemiology, Toronto, 14 – 16 June 2001. 1999-2001.

24. Coordinator of national initiative of the public health community to provide guidance on the structures and functioning of the new Canadian Institutes of Health Research. 1999-2000.

25. Organizing Committee. World Congress of the International Epidemiological Association, Montréal, 18-22 August 2002. 2001-2002.

26. President. Canadian Society for Epidemiology and Biostatistics. 2001-2003. Member of Board. 1997-1999.

27. Working Group. Evaluation of Carcinogenicity of Various Substances. Monograph Programme. International Agency for Res. on Cancer, Lyon, 2003.

28. Jury of Consensus Conference on risks and benefits of vaccination for hepatitis B. For Minister of Health of France. Organized by INSERM and ANAES. Paris 2003.

29. Public Advisory Panel. Vinyl Council of Canada. 1998-2004.

30. Advisory Panel. U.S. National Cancer Institute Brain Tumor Study. 1998-2003.

31. Scientific Advisory Committee. Boeing/UAW Workers' Health Studies. 1999-2005.

32. Institute Advisory Board. Canadian Institutes for Health Research – Institute of Circulatory and Respiratory Health. 2001-2005.

33. National Occupational Research Agenda (NORA). Joint consultative committee for US National Cancer Institute and US National Institute for Occupational Safety and Health. 2002-2005.

34. Canadian Cancer Surveillance Alliance. Consultative committee of Health Canada, Canadian Cancer Society, Provincial Cancer Registries, Statistics Canada. 2002-2003.

35. Co-president. Organizing Committee of Joint SER-CSEB Congress, Toronto 27-30 June 2005. (2004-2005).

36. Chair. Monograph Program Meeting. International Agency for Research on Cancer (WHO), France. February 2006.

37. Advisory Committee on Research Ethics and Databanks. Quebec Health Research Council (FRSQ). 2003-2011.

38. Board of Directors. American College of Epidemiology. 2003-2006.

39. Board of Directors. National Cancer Institute of Canada. 2003-2007.

40. Member Scientific Council International Agency for Research on Cancer (WHO). Lyon, France 2005-2009.

41. Elected Chair. Scientific Council International Agency for Research on Cancer (WHO). Lyon, France 2008-2009.

42. Scientific Advisory Council Canadian Partnership Against Cancer 2007-2009.

43. Advisory Committee. Occupational Cancer Research Centre of Ontario. Since 2009.

44. Working Group on Cancer Prevention, CPAC, 2007-2010.

45.     Subgroup Chair and Working Group Member. Evaluation of Carcinogenicity of Non-Ionizing Radiation, Radiofrequency Electromagnetic Fields. Monograph Programme. International Agency for Research on Cancer, Lyon May 2011.

46.     Member of Scientific Advisory Board of Bordeaux cancer research center SIRIC-BRIO, Bordeaux France. Since 2013.

47.     Member of external review panel. Helmholtz Center Munich Research Institute. Germany. July 2011.

48.     Conseil Scientifique de l'Institut de Recherche en Santé Publique (IReSP). Under aegis of INSERM and Ministère de la Santé, France. 2004-2009.

49.     Adviser and expert witness for legal team conducting a major class action lawsuit against the Canadian tobacco industry. 2007-2014.

## OTHER SIGNIFICANT EXTERNAL CONSULTATIONS (INVITED)

1.     Consultation with Quebec Ministry of Justice regarding compensation for homeowners who were advised to use formaldehyde-base home insulation - 1983.

2.     Invited participant. Workshop convened by the Science Council of Canada on the future of Epidemiology in Canada, Ottawa - 1985.

3.     Consultation with Government of Alberta regarding the evaluation of a report alleging significant health impact in the environment of a sour-gas plant - 1985.

4.     Consultation with Quebec Ministry of Environment regarding health effects of residency near an abandoned toxic waste site in LaSalle, Quebec - 1987.

5.     Invited participant. Workshop convened by Canadian Public Health Association, Environment Canada and Health and Welfare Canada on Environmental Impact Assessment, Ottawa - 1987.

6.     Invited participant. Annual workshops convened by Health Protection Branch of Health and Welfare Canada to discuss the role of Canada in the SEARCH programme of the International Agency for Research on Cancer, Ottawa - 1987-1989.

7.     Consultation with Quebec Cree Band Council regarding a research proposal to study developmental effects of consuming fish with high mercury levels - 1989.

8.     Invited participant. Workshop convened by Ontario Industrial Disease Standards Panel on the use of epidemiologic data in workers' compensation, Toronto - December 1989.

9.     Invited participant. Workshop convened by National Academy of Sciences (U.S.) on Carcinogenicity of Complex Mixtures, Tucson, Arizona - Jan 1990.

10.    Invited participant. Workshop convened by Laboratory Centers for Disease Control, Health and Welfare Canada on Multiple Chemical Sensitivities, Ottawa - May 1990

11.    Member of expert advisory panel to the pan-Canadian case-control study of electromagnetic fields and childhood leukemia. Sponsored by Canadian Electrical Assoc, EPRI (U.S.A.), Health and Welfare Canada. 1990-1996.

12.    Organizer of Workshop to Plan a Pan-North American Case-control Study of Lung Cancer. Sponsored by Health and Welfare Canada. Toronto. March 1991.

13.    Invited participant. Workshop convened by Environmental Health Directorate of Health and Welfare Canada, on Environmental Epidemiology in Canada. Ottawa. March 1992

14.    Invited participant. Workshop convened by Harvard Center for Risk Analysis on implementing a new type of risk assessment. Maryland. April 1992.

15.    Member of Technical Advisory Panel for epidemiology studies of foundry workers - CIIT. Research Triangle Park, N.C. Feb. 1993

16.    Consultant to Health Effects Institute - Asbestos Research, on Options for Characterizing Worker Activities in Buildings, Boston. Feb. 1993.

17.    Advisory panel to Laboratory Centers for Disease Control, Health and Welfare Canada, on Environmental Epidemiology under the Green Plan. March 1993.

18.    Member of External Advisory Committee. Champlain Adirondack Biosphere Environmental Health Sciences Center, University of Vermont. 1993.

19.    Consultant to Michigan Cancer Foundation on a variety of epidemiologic studies. 1993-1996.

20. Invited to address President Clinton's Panel on Cancer regarding priorities in cancer research. Bethesda, MD. April 1994.

21. Invited participant. Science and Technology Review Consultation. Government of Canada. Montréal. September 1994.

22. Invited participant. Strategic planning workshop to reduce Environmental Tobacco Smoking exposure. Laboratory Centre for Disease Control. Health Canada. Oct 1995.

23. Invited participant. Meeting to establish new priorities for funding. National Health Research and Development Programme of Canada. Montréal. Feb 1996.

24. Chair Scientific Advisory Committee for the Dalhousie University study of health effects of environmental and occupational pollution in the area of the Sydney, Nova Scotia steel industry. 1996.

25. Member of two Ministerial missions of the Quebec and Canadian governments to France to discuss with French experts the risks associated with low level exposure to chrysotile asbestos. Paris. Oct 1996.

26. Chair. Meeting of collaborators of European network of studies on lung cancer and smoking.

27. International Agency for Res. on Cancer, Lyon. June 1997.

28. Member of Canadian scientific delegation to United Kingdom to discuss with British experts the risk associated with low level exposure to chrysotile asbestos. London, Sept. 1997.

29. Symposium chair. Workshop to discuss methods of predicting numbers of cases of mesothelioma to be expected in various countries. Paris. Dec. 1997.

30. Invited participant and subgroup reporter. Peer Review on Hazard Assessment and Dose-Response Characterization for the Carcinogenicity of Formaldehyde by the Route of Inhalation. Health Canada and U.S. EPA. Ottawa. March 1998.

31. Co-chair. Workshop to explore the feasibility of an international collaborative study on use of cellular phones and risk of cancer. International Agency for Research on Cancer. Lyon. Feb 1999.

32. Panellist. Consensus Meeting for a Proposed Integrated National Health Surveillance Network. Health Canada. 1999.

33. Invited participant. Medical Research Council Summit Meeting on the new Canadian Institutes of Health Research. Toronto. June, 1999.

34. Invited participant. Planning group for an Institute of Population Health Research in CIHR. Jul-Dec 1999.

35. Invited speaker. Workshop for a Canadian Institute for Genetics Research. May 2000.

36. Invited participant. Workshop to explore the use of prospective cohorts to investigate gene-environment interactions in cancer etiology. National Cancer Institute. Rockville, MD. May 2000.

37. Invited participant. Founding meeting of Canadian Association for Workplace Safety and Health. Montréal. Jan 2001.

38. Invited participant. Workshop to advise Canadian Foundation for Innovation on its role in supporting population health research in Canada. Toronto, Feb 2001.

39. Invited participant. Consultative committee to advise Cancer Care Ontario on priorities in environmental cancer. April 2001.

40. Invited participant. Workshop on national priorities in cancer research. Institute for Cancer Research. CIHR. Toronto. May 2001.

41. Invited participant. Delphi process to advise Canadian Institutes of Health Research on priorities in cancer research. October-December 2001.

42. Invited participant. Delphi process to advise Cancer Care Ontario on priorities in cancer prevention. November-April 2002.

43. Session Chair. NIOSH workshop "Applying New Biotechnologies to the Study of Occupational Cancer", Washington, D.C. May 2002.

44. Member of Advisory Panel. U.S. National Cancer Inst. Study of a Cohort of Chinese Workers Exposed to Benzene. 2002- .

45. Invited participant. Delphi process to advise Cancer Care Ontario on priorities in cancer prevention. November-April 2002.

46. Session Chair. NIOSH workshop "Applying New Biotechnologies to the Study of Occupational Cancer", Washington, D.C. May 2002.

47.   Organizer and Session Chair. International Epidemiological Association Meeting. Occupation and Health. Montréal. August, 2002.

48.   Co-Organizer and Session Chair. Epidemiological Association Meeting. Asbestos and mesothelioma. Montréal. August, 2002.

49.   Session Chair. Epidemiological Association Meeting. Environment and Health. Montréal Aug, 2002.

50.   Invited participant. CIHR National Forum to devise a National Research Programme for Environmental Health. Ottawa. Sept 2002.

51.   Invited participant. CIHR national forum on privacy of health data. Ottawa, November, 2002.

52.   Member. Environmental and Occupational Carcinogens Advisory Group. Canadian Cancer Society. 2002 - 2004.

53.   Participant. Meeting to discuss the establishment of a prospective childhood cohort in Canada. CIHR-IPPH. March 2004.

54.   Member of working group on national cohort project. National Cancer Research Initiative. January-June 2004.

55.   Member of advisory group on development of IDEES, Université de Montréal. January-June 2004.

56.   Member, ad-hoc group to explore the feasibility of a Canadian cohort on cancer and chronic disease. 2004-2008.

57.   Invited participant. Workshop to discuss the enhancement of population health research in Canada. CIHR-IPPH. June 2004.

58.   Invited participant. Workshop on occupational cancer surveillance. Occupational Cancer Research & Surveillance Project (Cancer Care Ontario and the Ontario Workplace Safety & Insurance Board). February 2005.

59.   Invited participant. Workshop on long-term large-scale cohorts. CIHR, December 2005.

60.   Member. Advisory Scientific Committee. IBM – University of Alabama project on health of IBM manufacturing plant workers. 2006 - 2008.

61.   Advisor and meeting participant. Ontario Workplace Safety and Insurance Board. Recommendations on how to develop occupational cancer research in Ontario. Toronto, 2005.

62.   Invited participant. Workshop to estimate the burden of occupational cancer in the United Kingdom. UK Health and Safety Executive. Manchester. June 2006.

63.   Advisory Committee to British Energy Networks Association. Workshop on the Future Needs of Electro-magnetic Fields Occupational Studies in the Electric Utility Industry. Edinburgh. September 2006.

64.   Advisory Committee. IARC Monograph Programme Planning of Special Volume 100. Lyon. September 2006.

65.   Grant Review Panel. IVRSP. Paris. September 2006.

66.   Advisory Committee to CCRA and ICR (CIHR) on the nature of a national cohort platform. Toronto, September 2006.

67.   Invited participant. Comité d'éthique de la recherche de la faculté de médecine (CERFM) : Discussion d'un projet soumis pour la création d'une banque de données et de matériaux biologiques (Research Ethics Committee of the Faculty of Medicine: Review of a submitted project to create a bank of data and biologic samples). Université de Montréal. March 2007.

68.   Invited participant. Workshop to Design and Implement the Ontario Cohort Consortium Research Platform. Toronto. June 2007.

69.   Invited participant. Canadian Cancer Research Agencies. Strategic Planning Consultation in Montréal. May 2009.

70.   Invited participant. IARC-NORA workshop to identify gaps of knowledge on occupational carcinogens, Lyon. June 2009.

71.   Consultant. State of the science workshop: evaluation of epidemiological data consistency for application in regulatory risk assessment. US EPA and Johns Hopkins School of Public Health. Baltimore. September 2010.

72.   Consultant. World Health Organisation. Re-evaluation of Risk Assessments related to DDT exposure. Geneva. November 2010.

73.  Invited participant. WHO workshop to develop international guidelines for control of environmental carcinogens. Asturias. March 2011.
74.  Session Chair. Discovering occupational carcinogens. Congress of Epidemiology. Montréal June 2011.
75.  Invited co-organiser. Symposium of Environment and Cancer. Canadian Cancer Research Conference. Toronto. November 2011.
76.  Invited organiser and Chair. Symposium on Cellphones and Cancer. American Association for Cancer Research. Chicago, April 2012.
77.  Member Scientific Program Committee for the 2013 Canadian Cancer Research Conference, Toronto. November 2013.
78.  Member of Advisory Committee to National Cancer Institute (U.S.) study on carcinogenicity of diesel emissions. 2017.

**HONOURS**

1.  Biographee in various Who's Who in America versions. Since 1982
2.  Perron-Desrosiers Prize. Granted by the Governing Council of the Institut Armand-Frappier. 1985.
3.  Invited to give the annual Elizabeth Stern Memorial Lecture in U.C.L.A. School of Public Health. 1985.
4.  National Health Scholar. National Health Research and Development Programme of Canada. 1988-1998.
5.  Visiting Scientist Award. International Agency for Research on Cancer, Lyon. 1996-97.
6.  Prix d'excellence. Institut national de la recherche scientifique. Université du Québec. 1999.
7.  Distinguished Scientist Award. Medical Research Council, Canada. 1999-2004.
8.  Canada Research Chair in Environmental Epidemiology and Population Health. 2001-2015.
9.  Distinguished Scientist Lecturer. US National Cancer Institute. Division of Cancer Epidemiology and Genetics. 2006.
10. Cancer Research Society–Guzzo Chair in Environment and Cancer. Since 2007.
11. Fellow Canadian Academy of Health Sciences. Since 2008.
12. Geoffrey R Howe Distinguished Contributions Award, Canadian Society for Epidemiology & Biostatistics. 2011.
13. Ranked top Canadian public health researcher in terms of research productivity by Jarvey et al. 2012.

**GRANT REVIEW, JOURNAL REVIEW AND PERSONNEL REVIEW**

Associate Editor
American Journal of Epidemiology (1989-1998)
International Journal of Environmental Health (1991- )
Contributing Editor
Journal of Public Health Policy (1982-87)
American Journal of Industrial Medicine (1996- )
The Open Epidemiology Journal (2007- )
Chairman of grant review panels
National Health Research and Development Programme. Canada. (1990-94)
National Cancer Institute of Canada (1994-1995)
Member of grant review panels
40 times
External referee for tenure or promotion of personnel in other institutions
15 times

## THESES

1.  Siemiatycki J. "Space-time clustering: finding the distribution of a correlation-type statistic". M.Sc. thesis, McGill University, 1971.

2.  Siemiatycki J. "Evaluation of strategies for household health surveys". Ph.D. thesis, McGill University, 1976.

## ARTICLES PUBLISHED PEER REVIEW

1.  Thurlbeck WM, Horowitz I, Siemiatycki J, Dunnill MS, Maisel JC, Pratt P, et al. Intra- and inter-observer variations in the assessment of emphysema. Archives of Environmental Health. 1969;18:646-59.

2.  Becklake MR, Fournier-Massey G, McDonald JC, Siemiatycki J, Rossiter CE. Lung function in relation to chest radiographic changes in Quebec asbestos workers. Bulletin de Physio-Pathologie Respiratoire. 1970;6:637-59.

3.  McDonald JC, McDonald AD, Gibbs GW, Siemiatycki J, Rossiter CE. Mortality in the chrysotile asbestos mines and mills of Quebec. Archives of Environmental Health. 1971;22:677-86.

4.  Siemiatycki J, McDonald AD. Neural tube defects in Quebec: a search for evidence of `clustering' in time and place. British Journal of Preventive and Social Medicine. 1972;26:10-4.

5.  Siemiatycki J. Mantel's space-time clustering statistic: computing higher monents and a comparison of various data transforms. Journal of Statistical Computation & Simulation. 1978;7:13-31.

6.  Siemiatycki J. A comparison of mail, telephone, and home interview strategies for household health surveys. American Journal of Public Health. 1979;69(3):238-45.

7.  Siemiatycki J, Brubaker G, Geser A. Space-time clustering of Burkitt's lymphoma in east Africa: analysis of recent data and a new look at old data. International Journal of Cancer. 1980;25:197-203.

8.  Siemiatycki J, Richardson L. Statut socio-économique et utilisation des services de santé à Montréal. L'Actualité Economique. 1980(Avril-Juin):194-210.

9.  Siemiatycki J, Richardson L, Pless IB. Equality in medical care under national health insurance in Montréal. New England Journal of Medicine. 1980;303:10-5.

10. Colle E, Siemiatycki J, West R, Belmonte MM, Crepeau MP, Poirier R, et al. Incidence of juvenile onset diabetes in Montréal - demonstration of ethnic differences and socio-economic class differences. Journal of Chronic Diseases. 1981;34(12):611-6.

11. Siemiatycki J, Day NE, Fabry J, Cooper JA. Discovering carcinogens in the occupational environment: a novel epidemiologic approach. Journal of the National Cancer Institute. 1981;66(2):217-25.

12. Siemiatycki J, Thomas DC. Biological models and statistical interactions: an example from multistage carcinogenesis. International Journal of Epidemiology. 1981;10(4):383-7.

13. Siemiatycki JA, Richardson LJ. Le défi prioritaire en santé communautaire : Élargir notre vision pour atteindre nos véritables objectifs. L'Union Médicale du Canada. 1981;110:1008-12.

14. Pampalon R, Siemiatycki J, Blanchet M. Pollution environnementale par l'amiante et santé publique au Québec [Environmental asbestos pollution and public health in Quebec]. L'Union Medicale du Canada. 1982;111(5):475-82, 87-89.

15. Siemiatycki J, Gérin M, Richardson L, Hubert J, Kemper H. Preliminary report of an exposure-based, case-control monitoring system for discovering occupational carcinogens. Teratogenesis, Carcinogenesis, and Mutagenesis. 1982;2:169-77.

16. *Baumgarten M, Siemiatycki J, Gibbs GW. Validity of work histories obtained by interview for epidemiologic purposes. American Journal of Epidemiology. 1983;118(4):583-91.

17. Hours M, Fabry J, Siemiatycki J, Francois R. Diabète insulino-dépendant juvénile. Étude descriptive dans le département du Rhône. Revue d'épidémiologie et de santé publique. 1984;32:107-12.

18. Siemiatycki J, Campbell S. Nonresponse bias and early versus all responders in mail and telephone surveys. American Journal of Epidemiology. 1984;120(2):291-301.

19.    Siemiatycki J, Campbell S, Richardson L, Aubert D. Quality of response in different population groups in mail and telephone surveys. American Journal of Epidemiology. 1984;120(2):302-14.

20.    *Dewar RAD, Siemiatycki J. A program for point and interval calculation of odds ratios and attributable risks from unmatched case-control data. International Journal of Bio-Medical Computing. 1985;16:183-90.

21.    Gérin M, Siemiatycki J, Kemper H, Bégin D. Obtaining occupational exposure histories in epidemiologic case-control studies. Journal of Occupational Medicine. 1985;27(6):420-6.

22.    Siemiatycki J. Long-term funding for epidemiologic research. Journal of Chronic Diseases. 1985;38(3):211-2.

23.    Thomas DC, Siemiatycki J, Dewar R, Robins J, Goldberg M, Armstrong BG. The problem of multiple inference in studies designed to generate hypotheses. American Journal of Epidemiology. 1985;122(6):1080-95.

24.    Gérin M, Siemiatycki J, Bégin D, Kemper H, Lakhani R, Nadon L, et al. Dépistage épidémiologique des facteurs cancérogènes de l'environnement de travail montréalais: un premier bilan. Travail et Santé. 1986;2(3):S42-S6.

25.    *Goldberg MS, Siemiatycki J, Gérin M. Inter-rater agreement in assessing occupational exposure in a case-control study. British Journal of Industrial Medicine. 1986;43:667-76.

26.    Siemiatycki J, Colle E, Aubert D, Campbell S, Belmonte MM. The distribution of type I (insulin-dependent) diabetes mellitus by age, sex, secular trend, seasonality, time clusters, and space-time clusters: evidence from Montréal, 1971-1983. American Journal of Epidemiology. 1986;124(4):545-60.

27.    Siemiatycki J, Richardson L, Gérin M, Goldberg M, Dewar R, Désy M, et al. Associations between several sites of cancer and nine organic dusts: results from an hypothesis-generating case-control study in Montréal, 1979-1983. American Journal of Epidemiology. 1986;123(2):235-49.

28.    Thomas DC, Goldberg M, Dewar R, Siemiatycki J. Statistical methods for relating several exposure factors to several diseases in case-heterogeneity studies. Statistics in Medicine. 1986;5:49-60.

29.    *Guay D, Siemiatycki J. Historic cohort study in Montréal's fur industry. American Journal of Industrial Medicine. 1987;12:181-93.

30.    Siemiatycki J, Dewar R, Nadon L, Gérin M, Richardson L, Wacholder S. Associations between several sites of cancer and twelve petroleum-derived liquids. Results from a case-referent study in Montréal. Scandinavian Journal of Work, Environment and Health. 1987;13:493-504.

31.    Siemiatycki J, Wacholder S, Richardson L, Dewar R, Gérin M. Discovering carcinogens in the occupational environment: methods of data collection and analysis of a large case-referent monitoring system. Scandinavian Journal of Work, Environment and Health. 1987;13:486-92.

32.    Diabetes Epidemiology Research International Group. Geographic patterns of childhood insulin-dependent diabetes mellitus. Diabetes. 1988;37:1113-9.

33.    Siemiatycki J. Epidemiologic approaches to evaluation of carcinogens. In: Living in a Chemical World. Annals of the New York Academy of Sciences. 1988;534:395-9.

34.    Siemiatycki J, Colle E, Campbell S, Dewar R, Aubert D, Belmonte MM. Incidence of IDDM in Montréal by ethnic group and by social class and comparisons with ethnic groups living elsewhere. Diabetes. 1988;37(8):1096-102.

35.    Siemiatycki J, Gérin M, Stewart P, Nadon L, Dewar R, Richardson L. Associations between several sites of cancer and ten types of exhaust and combustion products. Results from a case-referent study in Montréal. Scandinavian Journal of Work, Environment and Health. 1988;14:79-90.

36.    Siemiatycki J, Wacholder S, Dewar R, Cardis E, Greenwood C, Richardson L. Degree of confounding bias related to smoking, ethnic group, and socioecomomic status in estimates of the associations between occupation and cancer. Journal of Occupational Medicine. 1988;30(8):617-25.

37.    Siemiatycki J, Wacholder S, Dewar R, Wald L, Bégin D, Richardson L, et al. Smoking and degree of occupational exposure: are internal analyses in cohort studies likely to be confounded by smoking status? American Journal of Industrial Medicine. 1988;13:59-69.

38. Gérin M, Siemiatycki J, Nadon L, Dewar R, Krewski D. Cancer risks due to occupational exposure to formaldehyde: results of a multi-site case-control study in Montréal. International Journal of Cancer. 1989;44:53-8.

39. Siemiatycki J. Friendly control bias. Journal of Clinical Epidemiology. 1989;42(7):687-8.

40. Siemiatycki J, Colle E, Campbell S, Dewar RAD, Belmonte MM. Case-control study of IDDM. Diabetes Care. 1989;12(3):209-16.

41. Siemiatycki J, Dewar R, Lakhani R, Nadon L, Richardson L, Gerin M. Cancer risks associated with 10 inorganic dusts: results from a case-control study in Montréal. American Journal of Industrial Medicine. 1989;16(5):547-67.

42. Siemiatycki J, Dewar R, Richardson L. Costs and statistical power associated with five methods of collecting occupation exposure information for population-based case-control studies. American Journal of Epidemiology. 1989;130(6):1236-46.

43. Diabetes Epidemiology Research International Group. Secular trends in incidence of childhood IDDM in 10 countries. Diabetes. 1990;39:858-64.

44. Hours M, Siemiatycki J, Fabry J, Francois R. [Time clustering and temporospatial regrouping study of cases of juvenile diabetes in the district of Rhône (1960-1980)]. Revue d'épidémiologie et de santé publique. 1990;38(4):287-95.

45. Terracini B, Siemiatycki J, Richardson L. Cancer incidence and risk factors among Montréal residents of Italian origin. International Journal of Epidemiology. 1990;19(3):491-7.

46. *Dewar R, Siemiatycki J, Gérin M. Loss of statistical power associated with the use of a job-exposure matrix in occupational case-control studies. Applied Occupational & Environmental Hygiene. 1991;6:508-15.

47. Gérin M, Siemiatycki J. The occupational questionnaire in retrospective epidemiologic studies: recent approaches in community-based studies. Applied Occupational & Environmental Hygiene. 1991;6(6):495-501.

48. Payment P, Franco E, Richardson L, Siemiatycki J. Gastrointestinal health effects associated with the consumption of drinking water produced by point-of-use domestic reverse-osmosis filtration units. Applied and Environmental Microbiology. 1991;57(4):945-8.

49. Payment P, Richardson L, Siemiatycki J, Dewar R, Edwardes M, Franco E. A randomized trial to evaluate the risk of gastrointestinal disease due to consumption of drinking water meeting current microbiological standards. American Journal of Public Health. 1991;81(6):703-8.

50. Bégin D, Gérin M, de Guire L, Siemiatycki J, Adib G. Étude sur la validité des matrices emploi-exposition multisectorielles en hygiène industrielle. Revue de médecine du travail. 1992;XIX:74-9.

51. Soskolne CL, Jhangri GS, Siemiatycki J, Lakhani R, Dewar R, Burch JD, et al. Occupational exposure to sulfuric acid in southern Ontario, Canada, in association with laryngeal cancer. Scandinavian Journal of Work, Environment and Health. 1992;18(4):225-32.

52. Ursin G, Aragaki CC, Paganini-Hill A, Siemiatycki J, Thompson WD, Haile RW. Oral contraceptives and premenopausal bilateral breast cancer: a case-control study. Epidemiology. 1992;3(5):414-9.

53. Payment P, Franco E, Siemiatycki J. Absence of relationship between health effects due to tap water consumption and drinking water quality parameters. Water Science & Technology. 1993;27(3/4):137-43.

54. Siemiatycki J. Problems and priorities in epidemiologic research on human health effects related to wiring code and electric and magnetic fields. Environmental Health Perspectives. 1993;101(Suppl. 4):135-41.

55. Case BW, Dufresne A, Fraser R, Siemiatycki J, Perrault G, Takahashi K. Decoding occupational history from total lung particulate analysis: Concordance between physico-chemical analysis and occupational histories. Annals of Occupational Hygiene. 1994;38(Supplement 1):469-82.

56. Korner-Bitensky N, Wood-Dauphinee S, Siemiatycki J, Shapiro S, Becker R. Health-related information postdischarge: telephone versus face-to-face interviewing. Archives of Physical Medicine and Rehabilitation. 1994;75(12):1287-96.

57.   Siemiatycki J, Dewar R, Krewski D, Desy M, Richardson L, Franco E. Are the apparent effects of cigarette smoking on lung and bladder cancers due to uncontrolled confounding by occupational exposures? Epidemiology. 1994;5(1):57-65.

58.   Siemiatycki J, Dewar R, Nadon L, Gérin M. Occupational risk factors for bladder cancer: results from a case-control study in Montréal, Quebec, Canada. American Journal of Epidemiology. 1994;140(12):1061-80.

59.   Takahashi K, Case BW, Dufresne A, Fraser R, Higashi T, Siemiatycki J. Relation between lung asbestos fibre burden and exposure indices based on job history. Occupational & Environmental Medicine. 1994;51(7):461-9.

60.   Case BW, Dufresne A, Richardson L, Siemiatycki J, Takahashi K. Lung-retained dose following occupational exposure to silica. Applied Occupational & Environmental Hygiene. 1995;10(12):1031-6.

61.   Nadon L, Siemiatycki J, Dewar R, Krewski D, Gerin M. Cancer risk due to occupational exposure to polycyclic aromatic hydrocarbons. American Journal of Industrial Medicine. 1995;28(3):303-24.

62.   Siemiatycki J. Future etiologic research in occupational cancer. Environmental Health Perspectives. 1995;103 (Suppl 8):209-15.

63.   Siemiatycki J, Krewski D, Franco E, Kaiserman M. Associations between cigarette smoking and each of 21 types of cancer: a multi-site case-control study. International Journal of Epidemiology. 1995;24(3):504-14.

64.   Upfal M, Divine G, Siemiatycki J. Design issues in studies of radon and lung cancer: implications of the joint effect of smoking and radon. Environmental Health Perspectives. 1995;103(1):58-63.

65.   Ursin G, Paganini-Hill A, Siemiatycki J, Thompson WD, Haile RW. Early adult body weight, body mass index, and premenopausal bilateral breast cancer: data from a case-control study. Breast Cancer Research and Treatment. 1995;33(1):75-82.

66.   Aronson KJ, Siemiatycki J, Dewar R, Gerin M. Occupational risk factors for prostate cancer: results from a case-control study in Montréal, Quebec, Canada. American Journal of Epidemiology. 1996;143(4):363-73.

67.   *Fritschi L, Siemiatycki J. Melanoma and occupation: results of a case-control study. Occupational & Environmental Medicine. 1996;53(3):168-73.

68.   *Fritschi L, Siemiatycki J. Lymphoma, myeloma and occupation: results of a case-control study. International Journal of Cancer. 1996;67(4):498-503.

69.   *Fritschi L, Siemiatycki J, Richardson L. Self-assessed versus expert-assessed occupational exposures. American Journal of Epidemiology. 1996;144(5):521-7.

70.   Haile RW, Witte JS, Ursin G, Siemiatycki J, Bertolli J, Thompson WD, et al. A case-control study of reproductive variables, alcohol, and smoking in premenopausal bilateral breast cancer. Breast Cancer Research and Treatment. 1996;37(1):49-56.

71.   *Parent ME, Siemiatycki J, Renaud G. Case-control study of exposure to carbon black in the occupational setting and risk of lung cancer. American Journal of Industrial Medicine. 1996;30(3):285-92.

72.   Siemiatycki J. Exposure assessment in community-based studies of occupational cancer. Occupational Hygiene. 1996;3:41-58.

73.   *Parent ME, Siemiatycki J, Menzies R, *Fritschi L, Colle E. Bacille Calmette-Guerin vaccination and incidence of IDDM in Montréal, Canada. Diabetes Care. 1997;20(5):767-72.

74.   Payment P, Siemiatycki J, Richardson L, Renaud G, Franco E, Prévost M. A prospective epidemiological study of gastrointestinal health effects due to the consumption of drinking water. International Journal of Environmental Health Research. 1997;7:5-31.

75.   Siemiatycki J, *Fritschi L, Nadon L, Gerin M. Reliability of an expert rating procedure for retrospective assessment of occupational exposures in community-based case-control studies. American Journal of Industrial Medicine. 1997;31(3):280-6.

76.   Witte JS, Ursin G, Siemiatycki J, Thompson WD, Paganinihill A, Haile RW. Diet and premenopausal bilateral breast cancer - a case-control study. Breast Cancer Research and Treatment. 1997;42(3):243-51.

77.    Boffetta P, Burdorf A, Goldberg M, Merler E, Siemiatycki J. Towards the coordination of European research on the carcinogenic effects of asbestos. Scandinavian Journal of Work, Environment and Health. 1998;24(4):312-7.

78.    *Camus M, Siemiatycki J, Meek B. Nonoccupational exposure to chrysotile asbestos and the risk of lung cancer. New England Journal of Medicine. 1998;338(22):1565-71.

79.    Gerin M, Siemiatycki J, Desy M, Krewski D. Associations between several sites of cancer and occupational exposure to benzene, toluene, xylene, and styrene - results of a case-control study in Montréal. American Journal of Industrial Medicine. 1998;34(2):144-56.

80.    Hu SW, Hertz-Picciotto I, Siemiatycki J. When to be skeptical of negative studies: pitpalls in evaluating occupational risks using population-based case-control studies. Canadian Journal of Public Health Revue Canadienne de Sante Publique. 1998;90(2):138-42.

81.    *Parent ME, Siemiatycki J, Fritschi L. Occupational exposures and gastric cancer. Epidemiology. 1998;9(1):48-55.

82.    Siemiatycki J, Boffetta P. Invited commentary - is it possible to investigate the quantitative relation between asbestos and mesothelioma in a community-based study? American Journal of Epidemiology. 1998;148(2):143-7.

83.    Stewart PA, Stewart WF, Siemiatycki J, Heineman EF, Dosemeci M. Questionnaires for collecting detailed occupational information for community-based case control studies. American Industrial Hygiene Association Journal. 1998;59(1):39-44.

84.    Goldberg MS, Siemiatycki J, Dewar R, Desy M, Riberdy H. Risks of developing cancer relative to living near a municipal solid waste landfill site in Montréal, Quebec, Canada. Archives of Environmental Health. 1999;54(4):291-6.

85.    *Dumas S, Parent ME, Siemiatycki J, Brisson J. Rectal cancer and occupational risk factors: A hypothesis-generating, exposure-based case-control study. International Journal of Cancer. 2000;87(6):874-9.

86.    Parent ME, Hua Y, Siemiatycki J. Occupational risk factors for renal cell carcinoma in Montréal. American Journal of Industrial Medicine. 2000;38(6):609-18.

87.    Parent ME, Siemiatycki J, Fritschi L. Workplace exposures and oesophageal cancer. Occupational & Environmental Medicine. 2000;57(5):325-34.

88.    Pohlabeln H, Boffetta P, Ahrens W, Merletti F, Agudo A, Benhamou E, ….Siemiatycki J, et al. Occupational risks for lung cancer among nonsmokers. Epidemiology. 2000;11(5):532-8.

89.    Weston TL, Aronson KJ, Siemiatycki J, Howe GR, Nadon L. Cancer mortality among males in relation to exposures assessed through a job-exposure matrix. International Journal of Occupational and Environmental Health. 2000;6(3):194-202.

90.    Boffetta P, Gaborieau V, Nadon L, Parent MF, Weiderpass E, Siemiatycki J. Exposure to titanium dioxide and risk of lung cancer in a population-based study from Montréal. Scandinavian Journal of Work, Environment and Health. 2001;27(4):227-32.

91.    Goldberg MS, Parent ME, Siemiatycki J, Desy M, Nadon L, Richardson L, et al. A case-control study of the relationship between the risk of colon cancer in men and exposures to occupational agents. American Journal of Industrial Medicine. 2001;39(6):531-46.

92.    Parent ME, Siemiatycki J. Occupation and prostate cancer. Epidemiologic Reviews. 2001;23(1):138-43.

93.    *Sharpe CR, Siemiatycki J. Joint effects of smoking and body mass index on prostate cancer risk. Epidemiology. 2001;12(5):546-51.

94.    *Sharpe CR, Siemiatycki J. Case-control study of alcohol consumption and prostate cancer risk in Montréal, Canada. Cancer Causes and Control. 2001;12(7):589-98.

95.    *Sharpe CR, Siemiatycki J, Parent MB. Activities and exposures during leisure and prostate cancer risk. Cancer Epidemiology, Biomarkers and Prevention. 2001;10(8):855-60.

96.    Siemiatycki J. Should Canadian health care professionals support the call for a worldwide ban on asbestos? Canadian Medical Association Journal. 2001;164(4):495-7.

97.  Camus M, Siemiatycki J, Case BW, Désy M, Richardson L, Campbell S. Risk of mesothelioma among women living near chrysotile mines versus US EPA asbestos risk model: preliminary findings. Annals of Occupational Hygiene. 2002;46(Suppl 1):95-8.

98.  Case BW, Camus M, Richardson L, Parent M, Désy M, Siemiatycki J. Preliminary findings for pleural mesothelioma among women in the Québec chrysotile mining regions. Annals of Occupational Hygiene. 2002;46(Suppl 1):128-31.

99.  Leffondré K, Abrahamowicz M, Siemiatycki J, *Rachet B. Modeling smoking history: a comparison of different approaches. American Journal of Epidemiology. 2002;156(9):813-23.

100. *Sharpe CR, Siemiatycki J. Consumption of non-alcoholic beverages and prostate cancer risk. European Journal of Cancer Prevention. 2002;11(5):497-501.

101. *Sharpe CR, Siemiatycki J, *Rachet B. Effects of alcohol consumption on the risk of colorectal cancer among men by anatomical subsite (Canada). Cancer Causes and Control. 2002;13(5):483-91.

102. *Sharpe CR, Siemiatycki JA, *Rachet BP. The effects of smoking on the risk of colorectal cancer. Diseases of the Colon and Rectum. 2002;45(8):1041-50.

103. Siemiatycki J. Commentary: Epidemiology on the side of the angels. International Journal of Epidemiology. 2002;31(5):1027-9.

104. Fritschi L, Nadon L, Benke G, Lakhani R, Latreille B, Parent ME,  …Siemiatycki J. Validation of expert assessment of occupational exposures. American Journal of Industrial Medicine. 2003;43(5):519-22.

105. Krewski D, Burnett RT, Goldberg MS, Abrahamowicz M, Siemiatycki J, Jerrett M, et al. Rejoinder: Reanalysis of the Harvard Six Cities Study and American Cancer Society study of particulate air pollution and mortality. Journal of Toxicology & Environmental Health Part A. 2003;66(16-19):1715-22.

106. Krewski D, Burnett RT, Goldberg MS, Hoover BK, Siemiatycki J, Jerrett M, et al. Overview of the reanalysis of the Harvard Six Cities Study and American Cancer Society Study of particulate air pollution and mortality. Journal of Toxicology & Environmental Health Part A. 2003;66(16-19):1507-51.

107. Leffondré K, Abrahamowicz M, Siemiatycki J. Evaluation of Cox's model and logistic regression for matched case-control data with time-dependent covariates: a simulation study. Statistics in Medicine. 2003;22(24):3781-94.

108. Leffondré K, Abrahamowicz M, Siemiatycki J, Rachet B. Re: Modeling smoking history: a comparison of different approaches. American Journal of Epidemiology. 2003;158(4):393-4.

109. Rachet B, Abrahamowicz M, Sasco AJ, Siemiatycki J. Estimating the distribution of lag in the effect of short-term exposures and interventions: adaptation of a non-parametric regression spline model. Statistics in Medicine. 2003;22(14):2335-63.

110. Siemiatycki J, Krewski D, Shi Y, Goldberg MS, Nadon L, Lakhani R. Controlling for potential confounding by occupational exposures. Journal of Toxicology & Environmental Health Part A. 2003;66(16-19):1591-603.

111. Rachet B, Siemiatycki J, Abrahamowicz M, Leffondré K. A flexible modeling approach to estimating the component effects of smoking behavior on lung cancer. Journal of Clinical Epidemiology. 2004;57(10):1076-85.

112. Siemiatycki J, Richardson L, Straif K, Latreille B, Lakhani R, Campbell S, et al. Listing occupational carcinogens; see errata: 113 (2); A 89. Environmental Health Perspectives. 2004;112(15):1447-59.

113. Toraason M, Albertini R, Bayard S, Bigbee W, Blair A, Boffetta P, … Siemiatycki J, et al. Applying new biotechnologies to the study of occupational cancer - A workshop summary. Environmental Health Perspectives. 2004;112(4):413-6.

114. Krewski D, Burnett RT, Goldberg MS, Hoover K, Siemiatycki J, Abrahamowicz M, White WH. Validation of the Harvard Six Cities Study of particulate air pollution and mortality. N Engl J Med. 2004;350(2):198-9.

115. Infante-Rivard C, Siemiatycki J, Lakhani R, Nadon L. Maternal exposure to occupational solvents and childhood leukemia. Environmental Health Perspectives. 2005;113(6):787-92.

116.   Krewski D, Burnett RT, Goldberg M, Hoover K, Siemiatycki J, Abrahamowicz M, et al. Reanalysis of the Harvard Six Cities Study, part II: sensitivity analysis. Inhalation Toxicology. 2005;17(7-8):343-53.

117.   Krewski D, Burnett RT, Goldberg M, Hoover K, Siemiatycki J, Abrahamowicz M, et al. Reanalysis of the Harvard Six Cities Study, part I: validation and replication. Inhalation Toxicology. 2005;17(7-8):335-42.

118.   *Rousseau MC, Parent ME, Siemiatycki J. Comparison of self-reported height and weight by cancer type among men from Montréal, Canada. European Journal of Cancer Prevention. 2005;14(5):431-8.

119.   *Rousseau MC, Straif K, Siemiatycki J. IARC carcinogen update. Environmental Health Perspectives. 2005;113(9):A580-A1.

120.   Siemiatycki J. Synthesizing the lifetime history of smoking. Cancer Epidemiology, Biomarkers and Prevention. 2005;14(10):2294-5.

121.   Siemiatycki J. Opportunités et défis en épidémiologie environnementale. Bulletin d'Information en Santé environnementale. 2005;16(5):3.

122.   Straif K, Cardis E, Boffeta P, Rousseau MC, Siemiatycki J. ELF MFs: Straif et al. respond. Environmental Health Perspectives. 2005;113(11):A727.

123.   Baan R, Straif K, Grosse Y, Secretan W, El Ghissassi F, Cogliano V, WHO IARC Monograph Working Group. Carcinogenicity of carbon black, titanium dioxide, and talc. Lancet Oncology. 2006;7(4):295-6.

124.   *Benedetti A, Parent ME, Siemiatycki J. Consumption of alcoholic beverages and risk of lung cancer: results from two case-control studies in Montréal, Canada. Cancer Causes and Control. 2006;17(4):469-80.

125.   Leffondré K, Abrahamowicz M, Xiao Y, Siemiatycki J. Modelling smoking history using a comprehensive smoking index: application to lung cancer. Statistics in Medicine. 2006;25(24):4132-46.

126.   *Ramanakumar AV, Parent ME, Menzies D, Siemiatycki J. Risk of lung cancer following nonmalignant respiratory conditions: evidence from two case-control studies in Montréal, Canada. Lung Cancer. 2006;53(1):5-12.

127.   *Rousseau MC, Parent ME, Pollak MN, Siemiatycki J. Diabetes mellitus and cancer risk in a population-based case-control study among men from Montréal, Canada. International Journal of Cancer. 2006;118(8):2105-9.

128.   Cardis E, Richardson L, Deltour I, Armstrong B, Feychting M, Johansen C, … Siemiatycki J, et al. The INTERPHONE study: design, epidemiological methods, and description of the study population. European Journal of Epidemiology. 2007;22(9):647-64.

129.   Parent ME, Rousseau MC, Boffetta P, Cohen A, Siemiatycki J. Exposure to diesel and gasoline engine emissions and the risk of lung cancer. American Journal of Epidemiology. 2007;165(1):53-62.

130.   *Ramanakumar AV, Parent ME, Siemiatycki J. Risk of lung cancer from residential heating and cooking fuels in Montréal, Canada. American Journal of Epidemiology. 2007;165(6):634-42.

131.   Rousseau MC, Parent ME, Nadon L, Latreille B, Siemiatycki J. Occupational exposure to lead compounds and risk of cancer among men: a population-based case-control study. American Journal of Epidemiology. 2007;166(9):1005-14.

132.   Siemiatycki J. Investigating cancer risks related to asbestos and other occupational carcinogens. Occupational & Environmental Medicine. 2007;64(8):500-1.

133.   Langseth H, Hankinson SE, Siemiatycki J, Weiderpass E. Perineal use of talc and risk of ovarian cancer. Journal of Epidemiology and Community Health. 2008;62(4):358-60.

134.   *Pintos J, Parent ME, Rousseau MC, Case BW, Siemiatycki J. Occupational exposure to asbestos and man-made vitreous fibers, and risk of lung cancer: Evidence from two case-control studies in Montréal, Canada. Journal of Occupational and Environmental Medicine. 2008;50(11):1273-81.

135.   *Ramanakumar AV, Nadon L, Siemiatycki J. Exposures in painting related occupations and risk of selected cancers: Results from a case-control study in Montréal. American Journal of Industrial Medicine. 2008;51(6):419-27.

136.   *Ramanakumar AV, Parent ME, Latreille B, Siemiatycki J. Risk of lung cancer following exposure to carbon black, titanium dioxide and talc: results from two case-control studies in Montréal. International Journal of Cancer. 2008;122(1):183-9.

137.   Rousseau MC, Parent M-É, Nadon L, Latreille B, Siemiatycki J. Re: Occupational exposure to lead compounds and risk of cancer among men: a population-based case-control study. American Journal of Epidemiology. 2008;168(10):1217-8.

138.   *Benedetti A, Parent ME, Siemiatycki J. Lifetime consumption of alcoholic beverages and risk of 13 types of cancer in men: Results from a case-control study in Montréal. Cancer Detection and Prevention. 2009;32(5-6):352-62.

139.   Koushik A, Parent ME, Siemiatycki J. Characteristics of menstruation and pregnancy and the risk of lung cancer in women. International Journal of Cancer. 2009;125(10):2428-33.

140.   Parent ME, Désy M, Siemiatycki J. Does exposure to agricultural chemicals increase the risk of prostate cancer among farmers? Mcgill Journal of Medicine. 2009;12(1):70-7.

141.   Pintos J, Parent ME, Case BW, Rousseau MC, Siemiatycki J. Risk of mesothelioma and occupational exposure to asbestos and man-made vitreous fibers: evidence from two case-control studies in Montréal, Canada. Journal of Occupational and Environmental Medicine. 2009;51(10):1177-84.

142.   Straif K, Benbrahim-Tallaa L, Baan R, Grosse Y, Secretan B, El Ghissassi F, WHO IARC Monograph Working Group. A review of human carcinogens--part C: metals, arsenic, dusts, and fibres. Lancet Oncology. 2009;10(5):453-4.

143.   Vrijheid M, Armstrong BK, Bedard D, Brown J, Deltour I, Iavarone I, … Richardson L, … Siemiatycki J, et al.  Recall bias in the assessment of exposure to mobile phones. Journal of Exposure Science & Environmental Epidemiology. 2009;19(4):369-81.

144.   Vrijheid M, Richardson L, Armstrong BK, Auvinen A, Berg G, Carroll M, … Siemiatycki J, et al. Quantifying the impact of selection bias caused by nonparticipation in a case-control study of mobile phone use. Annals of Epidemiology. 2009;19(1):33-41.

145.   *Beveridge R, Pintos J, Parent ME, Asselin J, Siemiatycki J. Lung cancer risk associated with occupational exposure to nickel, chromium VI, and cadmium in two population-based case-control studies in Montréal. American Journal of Industrial Medicine. 2010;53(5):476-85.

146.   El-Zein M, Parent ME, Ka K, Siemiatycki J, St-Pierre Y, Rousseau MC. History of asthma or eczema and cancer risk among men: a population-based case-control study in Montréal, Quebec, Canada. Annals of Allergy, Asthma, and Immunology. 2010;104(5):378-84.

147.   Leffondre K, Wynant W, Cao ZR, Abrahamowicz M, Heinze G, Siemiatycki J. A weighted Cox model for modelling time-dependent exposures in the analysis of case-control studies. Statistics in Medicine. 2010;29(7-8 Special Issue SI):839-50.

148.   *Momoli F, Abrahamowicz M, Parent ME, Krewski D, Siemiatycki J. Analysis of multiple exposures: an empirical comparison of results from conventional and semi-bayes modeling strategies. Epidemiology. 2010;21(1):144-51.

149.   The INTERPHONE Study Group. Brain tumour risk in relation to mobile telephone use: results of the INTERPHONE international case-control study. International Journal of Epidemiology. 2010;39(3):675-94.

150.   *Vida S, Pintos J, Parent ME, Lavoué J, Siemiatycki J. Occupational exposure to silica and lung cancer: pooled analysis of two case-control studies in Montréal, Canada. Cancer Epidemiology, Biomarkers and Prevention. 2010;19(6):1602-11.

151.   Ward EM, Schulte PA, Straif K, Hopf NB, Caldwell JC, Carreon T, … Siemiatyccki J, et al.  Research recommendations for selected IARC-classified agents. Environmental Health Perspectives. 2010;118(10):1355-62.

152.   Baan R, Grosse Y, Lauby-Secretan B, El Ghissassi F, Bouvard V, Benbrahim-Tallaa L, IARC Monoraph Working Group. Carcinogenicity of radiofrequency electromagnetic fields. Lancet Oncology. 2011;12(7):624-6.

153. Nkosi TM, Parent ME, Siemiatycki J, Pintos J, Rousseau MC. Comparison of indicators of material circumstances in the context of an epidemiological study. BMC Medical Research Methodology. 2011;11:108.

154. Olsson AC, Gustavsson P, Kromhout H, Peters S, Vermeulen R, Bruske I, … Siemiatycki J, Pintos J, et al. Exposure to diesel motor exhaust and lung cancer risk in a pooled analysis from case-control studies in Europe and Canada. American Journal of Respiratory and Critical Care Medicine. 2011;183(7):941-8.

155. Olsson AC, Vermeulen R, Kromhout H, Peters S, Gustavsson P, Bruske I, Siemiatycki J, Pesch B, Bruning T. Rejoinder to Commentary on Exposure to diesel motor exhaust and lung cancer by Bunn and Hesterberg. American Journal of Respiratory and Critical Care Medicine. 2011;184: 2010-2011.

156. Parent ME, Rousseau MC, El-Zein M, Latreille B, Desy M, Siemiatycki J. Occupational and recreational physical activity during adult life and the risk of cancer among men. Cancer Epidemiology. 2011;35(2):151-9.

157. *Ramanakumar AV, Parent ME, Richardson L, Siemiatycki J. Exposures in painting-related occupations and risk of lung cancer among men: results from two case-control studies in Montréal. Occupational & Environmental Medicine. 2011;68(1):44-51.

158. Soskolne CL, Jhangri GS, Scott HM, Brenner DR, Siemiatycki J, Lakhani R, et al. A population-based case-control study of occupational exposure to acids and the risk of lung cancer: evidence for specificity of association. International Journal of Occupational and Environmental Health. 2011;17(1):1-8.

159. *Christensen KY, Naidu A, Parent ME, Pintos J, Abrahamowicz M, Siemiatycki J, et al. The risk of lung cancer related to dietary intake of flavonoids. Nutrition & Cancer-An International Journal. 2012;64(7):964-74.

160. Labreche F, Case BW, Ostiguy G, Chalaoui J, Camus M, Siemiatycki J. Pleural mesothelioma surveillance: validity of cases from a tumour registry. Canadian Respiratory Journal. 2012;19(2):103-7.

161. Lavoué J, Pintos J, Van Tongeren M, Kincl L, Richardson L, Kauppinen T, … Siemiatycki J. Comparison of exposure estimates in the Finnish job-exposure matrix FINJEM with a JEM derived from expert assessments performed in Montréal. Occupational & Environmental Medicine. 2012;69(7):465-71.

162. Nadalin V, Kreiger N, Parent ME, Salmoni A, Sass-Kortsak A, Siemiatycki J, et al. Prostate cancer and occupational whole-body vibration exposure. Annals of Occupational Hygiene. 2012;56(8):968-74.

163. Nkosi TM, Parent ME, Siemiatycki J, Rousseau MC. Socioeconomic position and lung cancer risk: how important is the modeling of smoking? Epidemiology. 2012;23(3):377-85.

164. Olsson A, Vermeulen R, Kromhout H, Peters S, Gustavsson P, Bruske I, Siemiatycki J, et al. The impact of selection bias due to increasing response rates among population controls in occupational case-control studies: response. American Journal of Respiratory and Critical Care Medicine. 2012;185(1):106-7.

165. Parent ME, El-Zein M, Rousseau MC, Pintos J, Siemiatycki J. Night work and the risk of cancer among men. American Journal of Epidemiology. 2012;176(9):751-9.

166. Parent ME, El-Zein M, Rousseau MC, Pintos J, Siemiatycki J. Parent et al. Respond to "shift work and cancer". American Journal of Epidemiology. 2012;176(9):764-5.

167. Pesch B, Kendzia B, Gustavsson P, Jockel KH, Johnen G, Pohlabeln H, … Siemiatycki J, et al. Cigarette smoking and lung cancer-relative risk estimates for the major histological types from a pooled analysis of case-control studies. International Journal of Cancer. 2012;131(5):1210-9.

168. Peters S, Kromhout H, Olsson AC, Wichmann HE, Bruske I, Consonni D, … Siemiatycki J, et al. Occupational exposure to organic dust increases lung cancer risk in the general population. Thorax. 2012;67(2):111-6.

169. Pintos J, Parent ME, Richardson L, Siemiatycki J. Occupational exposure to diesel engine emissions and risk of lung cancer: evidence from two case-control studies in Montréal, Canada. Occupational & Environmental Medicine. 2012;69(11):787-92.

170. *Vallières E, Pintos J, Lavoué J, Parent ME, Rachet B, Siemiatycki J. Exposure to welding fumes increases lung cancer risk among light smokers but not among heavy smokers: evidence from two case-control studies in Montréal. Cancer Medicine. 2012;1(1):47-58.

171. *Al-Zoughool M, Pintos J, Richardson L, Parent ME, Ghadirian P, Krewski D. Exposure to environmental tobacco smoke (ETS) and risk of lung cancer in Montréal: a case-control. Environmental Health. 2013;12(112):1-8.

172. Behrens T, Kendzia B, Treppmann T, Olsson A, Jockel KH, Gustavsson P, … Siemiatycki J, et al.  Lung cancer risk among bakers, pastry cooks and confectionary makers: the SYNERGY study. Occupational & Environmental Medicine. 2013;70(11):810-4.

173. *Christensen KY, *Vizcaya D, Richardson H, Lavoué J, Aronson K, Siemiatycki J. Risk of selected cancers due to occupational exposure to chlorinated solvents in a case-control study in Montréal. Journal of Occupational and Environmental Medicine. 2013;55(2):198-208.

174. El-Zein M, Parent ME, Nicolau B, Koushik A, Siemiatycki J, Rousseau MC. Body mass index, lifetime smoking intensity and lung cancer risk. International Journal of Cancer. 2013;133(7):1721-31.

175. Kendzia B, Behrens T, Jockel KH, Siemiatycki J, Kromhout H, Vermeulen R, et al. Welding and lung cancer in a pooled analysis of case-control studies. American Journal of Epidemiology. 2013;178(10):1513-25.

176. *Lacourt A, Cardis E, Pintos J, Richardson L, Kincl L, Benke G, et al. INTEROCC case-control study: lack of association between glioma tumors and occupational exposure to selected combustion products, dusts and other chemical agents - art. no. 340. BMC Public Health. 2013;13(340):12.

177. *Mahboubi A, Koushik A, Siemiatycki J, Lavoué J, Rousseau MC. Assessment of the effect of occupational exposure to formaldehyde on the risk of lung cancer in two Canadian population-based case-control studies. Scandinavian Journal of Work, Environment and Health. 2013;39(4):401-10.

178. Olsson AC, Xu YW, Schuz J, Vlaanderen J, Kromhout H, Vermeulen R, … Siemiatycki J, Richardson L, et al. Lung cancer risk among hairdressers: a pooled analysis of case-control studies conducted between 1985 and 2010. American Journal of Epidemiology. 2013;178(9):1355-65.

179. Turner MC, Krewski D, Armstrong BK, Chetrit A, Giles GG, Hours M, … Siemiatycki J, et al.  Allergy and brain tumors in the INTERPHONE study: pooled results from Australia, Canada, France, Israel, and New Zealand. Cancer Causes and Control. 2013;24(5):949-60.

180. van Tongeren M, Kincl L, Richardson L, Benke G, Figuerola J, Kauppinen T, … Lavoué J, ... The INTEROCC Study Group. Assessing occupational exposure to chemicals in an international epidemiological study of brain tumours. Annals of Occupational Hygiene. 2013;57(5):610-26.

181. *Vizcaya D, *Christensen KY, Lavoué J, Siemiatycki J. Risk of lung cancer associated with six types of chlorinated solvents: results from two case-control studies in Montréal, Canada. Occupational & Environmental Medicine. 2013;70(2):81-5.

182. *Wynant W, Siemiatycki J, Parent ME, Rousseau MC. Occupational exposure to lead and lung cancer: results from two case-control studies in Montréal, Canada. Occupational & Environmental Medicine. 2013;70(3):164-70.

183. Parent ME, El-Zein M, Rousseau MC, Pintos J, Siemiatycki J. Re: "night work and the risk of cancer among men" reply. American Journal of Epidemiology. 2013;177(10):1166-7.

184. El-Zein M, Parent ME, Siemiatycki J, Rousseau MC. History of allergic diseases and lung cancer risk. Annals of Allergy, Asthma, and Immunology. 2014;112(3):230-6.

185. McLean D, Fleming S, Turner MC, Kincl L, Richardson L, Benke G, … Siemiatycki J, et al. Occupational solvent exposure and risk of meningioma: results from the INTEROCC multicentre case-control study. Occupational & Environmental Medicine. 2014;71(4):253-8.

186. Siemiatycki J, Karp I, Sylvestre MP, Pintos J. Estimating the proportion of cases of lung cancer legally attributable to smoking: a novel approach for class actions against the tobacco industry. American Journal of Public Health. 2014;104(8):e60-e6.

187. Turner MC, Benke G, Bowman JD, Figuerola J, Fleming S, Hours M, … Richardson L, … Siemiatycki J, et al. Occupational exposure to extremely low-frequency magnetic fields and brain tumor risks in the INTEROCC study. Cancer Epidemiology, Biomarkers and Prevention. 2014;23(9):1863-72.

188. *Vida S, Richardson L, Cardis E, Krewski D, McBride M, Parent ME, … Siemiatycki J. Brain tumours and cigarette smoking: analysis of the INTERPHONE Canada case-control study. Environmental Health. 2014;13:55.

189. Vlaanderen J, Portengen L, Schuz J, Olsson A, Pesch B, Kendzia B, … Siemiatycki J, et al. Effect modification of the association of cumulative exposure and cancer risk by intensity of exposure and time since exposure cessation: a flexible method applied to cigarette smoking and lung cancer in the SYNERGY study. American Journal of Epidemiology. 2014;179(3):290-8.

190. Denholm R, Schuz J, Straif K, Stucker I, Jockel KH, Brenner DR, … Siemiatycki J, et al. Is previous respiratory disease a risk factor for lung cancer? American Journal of Respiratory and Critical Care Medicine. 2014;190(5):549-59.

191. Vila J,  Bowman JD, Kincl L, Conover DL, van Tongeren M, Figuerola J, Richardson L, Cardis E and INTEROCC Study Group. Development of a source-based approach to assessing occupational exposure to electromagnetic fields in the INTEROCC study [abstract]. Occupational & Environmental Medicine. 2014;71 (Suppl 1): A35-A36.

192. Bigert C, Gustavsson P, Straif K, Pesch B, Bruning T, Kendzia B, … Siemiatycki J, et al. Lung cancer risk among cooks when accounting for tobacco smoking: a pooled analysis of case-control studies from Europe, Canada, New Zealand, and China. Journal of Occupational and Environmental Medicine. 2015;57(2):202-9.

193. *Vallières E, Pintos J, Parent ME, Siemiatycki J. Occupational exposure to wood dust and risk of lung cancer in two population-based case-control studies in Montréal, Canada. Environmental Health. 2015;14(1):1-9.

194. *Christensen K Y, Lavoué J, Rousseau M-C, Siemiatycki J. Lack of a protective effect of cotton dust on risk of lung cancer: evidence from two population-based case-control studies. BMC Cancer. 2015;15: 212.

195. Consonni D, De Matteis S, Pesatori AC, Bertazzi PA, Olsson AC, Kromhout H, … Siemiatycki J, et al. Lung cancer risk among bricklayers in a pooled analysis of case-control studies. International Journal of Cancer. 2015;136(2):360-71.

196. Pearce NE, Blair A, Vineis P, Ahrens W, Andersen A, Anto JM, … Siemiatycki J, et al. IARC Monographs: 40 Years of Evaluating Carcinogenic Hazards to Humans. Environ Health Perspect 2015;(6):507-14.

197. Pesch B, Kendzia B, Hauptmann K, Van Gelder R, Stamm R, … Siemiatycki J, Lavoué J, Jöckel KH, Brüning T. Airborne exposure to inhalable hexavalent chromium in welders and other occupations: Estimates from the German MEGA database. International journal of hygiene and environmental health. 2015;218(5):500-06.

198. Taeger D, Pesch B, Kendzia B, Behrens T, … Siemiatycki J, et al. Lung Cancer among Coal Miners, Ore Miners and Quarrymen - Smoking-adjusted Risk Estimates from the Synergy Pooled Analysis of Case-Control Studies. Scandinavian Journal of Work, Environment and Health. 2015;July.

199. *Lacourt A, Lavoué J, Pintos J, Siemiatycki J. Lung cancer risk in the construction industry: results from two case-control studies in Montréal. BMC Public Health. 2015;15:941. doi: 10.1186/s12889-015-2237-9.

200. *Liu A, Abrahamowicz M, Siemiatycki J. Conditions for confounding of interactions. Pharmacoepidemiology & Drug Safety. 2015;25(3):287-296.

201. Bigert C, Gustavsson P, Straif K, Taeger D, Pesch B, Kendzia B, … Siemiatycki J, Lavoué J, et al. Lung cancer risk among firefighters when accounting for tobacco smoking – preliminary results from a pooled analysis of case-control studies from Europe, Canada, New Zealand and China. Journal of Occupational and Environmental Medicine. Sep 2016, 73 (Suppl 1) A128; DOI: 10.1136/oemed-2016-103951.350

202. Vila J, Bowman JD, Richardson L, Kincl L, Conover DL, McLean D, Mann S, Vecchia P, van Tongeren M, Cardis E and INTEROCC Study Group. A Source-based Measurement Database for Occupational Exposure Assessment of Electromagnetic Fields in the INTEROCC Study: A Literature Review Approach. Annals of Occupational Hygiene. 2016;60(2):184-204. doi:10.1093/annhyg/mev076

203. * Kirkham TL, Siemiatycki J, Labreche F, Lavoué J. Impact of aggregating exposure information from cases and controls when building a population-based job-exposure matrix from past expert evaluations. Occupational & Environmental Medicine. 2016;73(7):474-481. doi:10.1136/oemed-2014-102690

204. Karp I, Sylvestre MP, Abrahamowicz M, Leffondre K, Siemiatycki J. Bridging the etiologic and prognostic outlooks in individualized assessment of absolute risk of an illness: application in lung cancer. European Journal of Epidemiology. 2016;1-9. doi 10.1007/s10654-016-0180-4.

205. *Carrier M, Apparicio P, Kestens Y, Séguin A-M, Pham H, Crouse D, Siemiatycki J. Application of a global environmental equity index in Montréal: diagnostic and further implications. Annals of the American Association of Geographers. 2016;106(6),1268-1285.

206. Behrens T, Gross I, Siemiatycki J, Conway D.I, Olsson A, Stücker I, et al. Occupational prestige, social mobility and the association with lung cancer in men. BMC Cancer. 2016;16:395. doi:  10.1186/s12885-016-2432-9

207. Vila J, Bowman JD,  Figuerola J, Moriña O, Kincl L, Richardson L, Cardis E, and the INTEROCC Study Group, on behalf of the CREAL. Development of a source-exposure matrix for occupational exposure assessment of electromagnetic fields in the INTEROCC study. Journal of Exposure Science and Environmental Epidemiology. 2016;Nov 9. doi:10.1038/jes.2016.60.

208. Turner M, Sadetzki S, Langer CE, Villegas R, … Parent ME, Richardson L, Siemiatycki J, et al. Investigation of bias related to differences between case and control interview dates in five INTERPHONE countries. Annals of Epidemiology. 2016;26:827-832.

209. *Pasquet R, Karp I, Siemiatycki J, Koushik A. The consumption of coffee and black tea and the risk of lung cancer. Annals of Epidemiology. 2016;26:757-763.e2.

210. Grell K, Frederiksen K, Schuz J, Cardis E, Armstrong B, Siemiatycki J,  et al. The Intracranial Distribution of Gliomas in Relation to Exposure From Mobile Phones: Analyses From the INTERPHONE Study. American Journal of Epidemiology. 2016;184:818-828.

211. Sadetzki S, Turner MC, Figuerola J, … Parent ML, Richardson L, Siemiatycki J, et al. Occupational exposure to metals and risk for meningioma: a multinational case-control study. Journal of Neuro-Oncology. 2016;130(3):505-515.

212. Bigert C, Gustavsson P, Straif K, Taeger D, ..., Siemiatycki J, et al. Lung Cancer Among Firefighters: Smoking-Adjusted Risk Estimates in a Pooled Analysis of Case-Control Studies. Journal of Occupational Environmental Medicine. 2016;58(11):1137-43.

213. Zeng F, Lerro C, Lavoué J, Huang H, Siemiatycki J, Zhao N, et al. Occupational exposure to pesticides and other biocides and risk of thyroid cancer. Occupational Environmental Medicine. 2017 Feb 15:oemed-2016.

214. Kendzia B, Pesch B, Koppisch D, Van Gelder R, Pitzke K, … Siemiatycki J, Lavoué J, et al. Modelling of occupational exposure to inhalable nickel compounds. Journal of Exposure Science and Environmental Epidemiology. 2017 Jul;27(4):427-433. doi: 10.1038/jes.2016.80.

215. Shareck M, Rousseau MC, Koushik A, Siemiatycki J, Parent ME. Inverse association between dietary intake of selected carotenoids and vitamin C and risk of lung cancer. Frontiers in Oncology. 2017Feb 27;7:23 doi: 10.3389/fonc.2017.00023.

216. Olsson AC, Vermeulen R, Schüz J, Kromhout H, Pesch B, … Siemiatycki J, Parent ME, et al. Exposure-Response Analyses of Asbestos and Lung Cancer Subtypes in a Pooled Analysis of Case-Control Studies. Epidemiology. 2017 Mar;28(2):288-299.

217. Oraby T, Sivaganesan S, Bowman JD, Kincl L, Richardson L, McBride M, Siemiatycki J, Cardis E, Krewski D. Berkson error adjustment and other exposure surrogates in occupational case-control studies, with application to the Canadian INTEROCC study. Journal of Exposure Science and Environmental Epidemiology, March 29 2017; doi: 10.1038/jes.2017.2. Advance online publication

218. Blanc-Lapierre A, Rousseau MC, Weiss D, El-Zein M, Siemiatycki J, Parent ME. Lifetime report of perceived stress at work and risk of cancer among men: a case-control study in Montréal, Canada. Preventive Medicine. 2017 Mar 31;96:28-35.

219. *Xu M, Richardson L, Campbell S, Pintos J, Siemiatycki J. Patterns and trends in quality of response rate reporting in case-control studies of cancer. Journal of Epidemiological Research; 2017 Mar 31;3(2):13.

220. *Ho V, Parent ME, Pintos J, Abrahamowicz M, … Gauvin L, Siemiatycki J, Koushik A. Physical activity and lung cancer risk in men and women. Cancer Causes and Control. 2017 Apr;28(4):309-318.

221. Fehringer G, Brenner DR, … Siemiatycki J, Koushik A, … Olsson A, Straif K, Hung RJ, et al. Alcohol and Lung Cancer Risk Among Never Smokers: A Pooled Analysis from the International Lung Cancer Consortium and the SYNERGY Study. International Journal of Cancer. 2017 May 1;140(9):1976-1984.

222. Koushik A, Grundy A, … Mes-Masson AM, Parent MP, Provencher D, Richardson L, Siemiatycki J. Hormonal and reproductive factors and the risk of ovarian cancer. Cancer Causes Control. May 2017;28(5):393-403.

223. Auger N, Siemiatycki J, Bilodeau-Bertrand M, Healy-Profitós J, Kosatsky T. Ambient Temperature and Risk of Preeclampsia: Biased association? Paediatric and Perinatal Epidemiology. 2017 May 2;31(4):251-384.

224. Turner M, ... Parent M-E, ... Richardson L, Siemiatycki J, et al. Interactions between occupational exposure to extremely low frequency magnetic fields and chemicals for brain tumor risk in the INTEROCC study. Occupational Environmental Medicine. 2017 June 9.

225. Ben Khedher S, Neri M, Papadopoulos A, Christiani DC, Diao N, … Koushik A, Siemiatycki J, et al. Menstrual and reproductive factors and lung cancer risk: a pooled analysis from the International Lung Cancer consortium. International Journal of Cancer. 2017 Jul 15;141(2):309-323. doi: 10.1002/ijc.30750.

226. Parent M-É, Turner M, Lavoué J,… Richardson L, Benke G,… Siemiatycki J, van Tongeren M, Cardis E. Lifetime occupational exposure to metals and welding fumes, and risk of glioma: a 7-country population-based case-control study. Environmental Health. 2017 Aug 25;16(1):90.

227. Benke G,Turner MC, Fleming S, Figuerola J,… Richardson L,… Parent ME, Sadetzki S, Siemiatycki J, et al. Occupational solvent exposure and risk of glioma in the INTEROCC study. British Journal of Cancer. 2017 Oct 10;117(8):1246-1254. doi: 10.1038/bjc.2017.285.

228. El Zoghbi M, Salameh P, Stücker I, Paris C, Pairon JC,… Siemiatycki J,… Lacourt A. Phenotypes of Lung Cancer and Statistical Interactions between Tobacco Smoking and Occupational Exposure to Asbestos and Crystalline Silica from a Large Case-only Study: The CaProMat Study. Lung Cancer. 2017;112(Oct):140-155.

229. Momoli F, Siemiatycki J, McBride M, Parent MÉ, Richardson L, Bédard D, et al. Probabilistic Multiple-Bias Modelling Applied to the Canadian Data From the Interphone Study of Mobile Phone Use and Risk of Glioma, Meningioma, Acoustic Neuroma, and Parotid Gland Tumors. American Journal of Epidemiology. 2017 October;186(7):885-893. doi.org/10.1093/aje/kwx157.

230. El Zoghbi M, Salameh P, Stücker I, Paris C, Pairon JC,… Siemiatycki J,… Lacourt A. Prevalence of occupational exposure to asbestos and crystalline silica according to phenotypes of lung cancer from the CaProMat study: A case-only study. American Journal of Industrial Medicine. 2018 January;61(1):85-99. 10.1002/ajim.22765.

231. Burstyn I, Gustafson P, Pintos J, Lavoué J, Siemiatycki J. Correction of odds ratios in case-control studies for exposure misclassification with partial knowledge of the degree of agreement among experts who assessed exposures. Occupational Environmental Medicine. 2018 Feb(2):155-159. doi: 10.1136/oemed-2017-104609.

232. McElvenny DM, ... Parent ME, ... Richardson L, Siemiatycki J, et al. The INTEROCC case-control study: risk of meningioma and occupational exposure to selected combustion products, dusts and other chemical agents. Occupational Environmental Medicine. 2017 December 13;75:12–22.

233. *Xu M, Siemiatycki J, Lavoué J, Pasquet R, Pintos J,  Rousseau M.C, Richardson L, Ho V. Occupational exposures to leaded and unleaded gasoline engine emissions and lung cancer risk.  Occupational and Environmental Medicine. 2018; 75(4):303-309.

234. Hovanec J, Siemiatycki J, Conway DI, Olsson A, Stücker I, Guida F, et al. (2018) Lung cancer and socioeconomic status in a pooled analysis of case-control studies. PLoS ONE. 2018 February 20. 13(2): e0192999. doi.org/10.1371/journal.pone.0192999.

235. Behrens T, Hovanec J, Siemiatycki J, et al. 1232 Lung cancer and occupational social status: the synergy study. Occupational Environmental Medicine. 2018;75(Suppl 2):A1–A650.

236. *Warden H, Richardson H, Richardson L, Siemiatycki J, Ho V. Associations between occupational exposure to benzene, toluene and xylene and risk of lung cancer in Montréal Occup Environ Med Published Online First: 15 May 2018. doi: 10.1136/oemed-2017-104987

237. *Rémen T, Richardson L, Pilorget C, Palmer G, Siemiatycki J, Lavoué J. Development of a coding and crosswalk tool for occupations and industries. Annals of Work Exposures and Health. June 15 2018. doi.org/10.1093/annweh/wxy052.

238. *Sauvé JF, Siemiatycki J,… Richardson L, Pintos J,…*Rémen T, *Pasquet R,… Lavoué J. Development of and selected performance characteristics of CANJEM, a general population job exposure matrix based on past expert assessments of exposure. Annals of Work Exposures and Health. 12 June 2018. doi.org/10.1093/annweh/wxy044.

239. *Xu M, Richardson L, Campbell S, Pintos J, Siemiatycki J. Response rates in case-control studies of cancer by era of fieldwork and by characteristics of study design. Annals of Epidemiology. 2018 June;28(6):385-391.

240. Wiernik E, Czernichow S,… Limosin F,… Zins M, Siemiatycki J, Goldberg M, et al. Cardiovascular risk goes up as your mood goes down: interaction of depression and socioeconomic status in determination of cardiovascular risk in the CONSTANCES cohort. International Journal of Cardiology. 2018 1 July; 262: 99-105.

241. Siemiatycki J & Lavoué J. Availability of a New Job-Exposure Matrix (CANJEM) for Epidemiologic and Occupational Medicine Purposes. J Occupational Environmental Medicine. 2018 July;60(7):e324-e328

242. Vila J, Turner M, Gracia-Lavedan E,… Richardson L,… Siemiatycki J, van Tongeren M, Cardis E. Occupational exposure to high-frequency electromagnetic fields and brain tumour risk in the INTEROCC study: An individualized assessment approach. Environment International. 2018 October;119:353-365. [Epub ahead of print]

243. Nicolau B, Arekunnath Madathil S, Castonguay G, Rousseau MC, Parent ME, & Siemiatycki J. Shared social mechanisms underlying the risk of nine cancers: A life course study. International Journal of Cancer. 2018 July 7.

244. *Lacourt A, Labrèche F, Goldberg M, Siemiatycki J, Lavoué J. Agreement in Occupational Exposures Between Men and Women Using Retrospective Assessments by Expert Coders. Annals of Work Exposure and Health. 2018 August 16.

245. Brenner DR, Fehringer G, Zhang ZF,… Siemiatycki J, Koushik A,…Straif K. Alcohol consumption and lung cancer risk: A pooled analysis from the International Lung Cancer Consortium and the SYNERGY study. Cancer Epidemiology. 2018. In press.

 

* First author was under supervision of J. Siemiatycki when this work was carried out.

 

## BOOK CHAPTERS (invited) AND IARC MONOGRAPHS

1. Siemiatycki, J, Gérin M, Hubert J. Exposure-based case control approach to discovering occupational carcinogens: preliminary findings. Banbury Report 9. Quantification of Occupational Cancer. Eds Peto R, Schneiderman M. Cold Spring Harbor, Cold Spring Harbor Laboratory: 471-483, 1981.

2. Siemiatycki, J. Discovering occupational carcinogens with epidemiologic data. In Chemical Mutagenesis, Human Population Monitoring, and Genetic Risk Assessment. eds. K. C. Bora, G. R. Douglas and E. R. Nestmann. New York, Elsevier Biomedical Press: 99-105, 1982.

3. Gerin M, Siemiatycki J, Richardson L, Pellerin J, Lakhani R, Dewar R. Nickel and cancer associations from a multicancer occupation exposure case-referent study: preliminary findings. In Nickel in the Human Environment. Eds F. W. Sunderman, Jr. Lyon, International Agency for Research on Cancer: 105-115., 1984.

4. Siemiatycki J. An epidemiologic approach to discovering occupational carcinogens by obtaining better information on occupational exposures. In: Recent Advances in Occupational Health. Ed. MJ Harrington, Churchill Livingstone Vol. 2, pp. 143-157, 1984.

5. Siemiatycki J. Discovering occupational carcinogens in population-based case-control studies: Review of findings from an exposure-based approach and a methodologic comparison of alternative data collection

Curriculum Vitae                                                                                          Jack Siemiatycki

strategies. In: Occupational Cancer Epidemiology, Ed. P Band, Springer-Verlag Press. Berlin. 25-38, 1990.

6.    Krewski, D, Siemiatycki J, Nadon L, Dewar R, and Gérin M. Cancer risks due to occupational exposure to polycyclic aromatic hydrocarbons: a preliminary report. In Genetic Toxicology of Complex Mixtures. Eds M.D. Waters, F.B. Daniel, J.Lewtas, M.M. Moore and S. Newnow. New York, Plenum Press: 343-352, 1990.

7.    Siemiatycki, J., M. Gérin, R. Dewar, R. Lakhani, D. Bégin and L. Richardson. Silica and cancer associations from a multicancer occupational exposure case-referent study. In Occupational Exposure to Silica and Cancer Risk. Eds L. Simonato, A. C. Fletcher, R. Saracci and T. L. Thomas. Lyon, International Agency for Research on Cancer: 29-42, 1990.

8.    IARC Working Group (21 co-authors) (1991). IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 52. Chlorinated drinking-water; chlorination by-products; some other halogenated compounds; cobalt and cobalt compounds. Lyon, IARC (International Agency for Research on Cancer).

9.    Siemiatycki, J.  Risk factors for cancer in the occupational environment and relevant epidemiological study methods. In Introduction to Environmental Epidemiology. Eds E. Talbott and G. Craun. Boca Raton, Lewis Publishers: 99-122, 1995.

10.   IARC Working Group (17 co-authors) (1996). IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 65. Printing processes and printing inks, carbon black and some nitro compounds. Lyon, IARC (International Agency for Research on Cancer).

11.   Siemiatycki J. Job-exposure matrices. In: Encyclopedia of Biostatistics, eds P Armitage and T Colton. Wiley, 1998.

12.   Siemiatycki J. Job-exposure matrices. In: Encyclopedia of Epidemiologic Methods, eds. MH Gail and J Benichou. Wiley, 2000.

13.   Siemiatycki J, Richardson L, Boffetta P. Occupation. In: Cancer Epidemiology and Prevention, 3rd Ed, eds. D Schottenfeld and J Fraumeni, Oxford University Press, 2006.

14.   IARC Monograph Working Group. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans Vol. 93 - Carbon black, titanium dioxide and non-asbestiform talc, IARC (International Agency for Research on Cancer), Lyon, 2009.

15.   Siemiatycki J. Les règles, les pratiques et les préjugés des comités d'éthique vont réduire notre capacité à prévenir les maladies et à sauver des vies in La malréglementation, Une éthique de la recherche est-elle possible et à quelles conditions? Sous la direction de Michèle S. Jean et Pierre Trudel. Les Presses de l'Université de Montréal 2010.

16.   IARC (2010). IARC Technical Publication No. 42: Identification of research needs to resolve the carcinogenicity of high-priority IARC carcinogens. http://monographs.iarc.fr/ENG/Publications/techrep42/index.php

17.   IARC Monograph Working Group. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans Vol. 100 – A review of human carcinogens, part C: metals, arsenic, dusts and fibres, IARC (International Agency for Research on Cancer), Lyon, 2012.

18.   IARC Monograph Working Group. IARC Monographs on Evaluation of Carcinogenic Risks to Humans Vol. 102 – Radio Frequency Fields 2011, IARC (International Agency for Research on Cancer), Lyon, 2013.

19.   Siemiatycki J. Occupational exposures, Chapter 2.6. In IARC World Cancer Report. Eds B Stewart, C Wild. Lyon 2013.

20.   Siemiatycki J. Historical overview of occupational cancer research and control.  In Occupational Cancers. Eds S Anttila, P Boffetta, K Straif. Springer Press: 1-20, 2014.

## PUBLICATIONS WITHOUT PEER REVIEW, OTHER SCIENTIFIC REPORTS

1.    Rossiter CE, Bristol LJ, Cartier PH, Gibbs GW, Gilson JC, Grainger TR, Siemiatycki J, Sluis-Cremer GK, McDonald JC. Dust exposure and radiographic appearances in Quebec asbestos workers. XVI International Congress on Occupational Health, Tokyo: 205-206, 1969.

2.    Siemiatycki J. Living conditions and health - with special reference to low income areas of Montréal. Report submitted to the Pointe St-Charles Community Clinic, 42 pp, 1972.

3.   Siemiatycki J. The distribution of disease. Canadian Dimension. 1975.

4.   Siemiatycki J, Richardson L. Les facteurs socio-économiques et l'utilisation des services de santé à Montréal: document de travail. Submitted to the Ministère des Affaires sociales, 1979.

5.   Siemiatycki J, Richardson L. Les corrélatifs sociaux de la morbidité tels qu'ils ressortent d'une enquête sur la santé menée à Montréal: rapport préliminaire. Submitted to the Ministère des Affaires sociales, 1979.

6.   Siemiatycki J. Les facteurs qui déterminent la consommation de médicaments obtenus par prescription et les facteurs associés aux affections chroniques: rapport préliminaire. Submitted to the Ministère des Affaires sociales, 1979.

7.   Groupe d'étude de la fonction épidémiologique. (Aubry F, Drouin L, Ducharme G, Fredette JM, Lance JM, Siemiatycki J.) La fonction épidémiologique à la Commission de Santé et Sécurité au travail. Submitted to the Direction des Programmes et Normes, Commission de Santé et Sécurité au Travail, Québec, 1980.

8.   Siemiatycki J. An exposure-based case-control method for discovering occupational carcinogens. Chronic Diseases in Canada, 1:21-24, 1980.

9.   Siemiatycki J, Richardson L. Les corrélatifs sociaux de la morbidité tels qu'ils ressortent d'une enquête sur la santé à Montréal. Submitted to the Ministère des Affaires Sociales, 1981.

10.  Siemiatycki J. La consommation de médicaments à Montréal selon les facteurs démographiques, économiques, et ethniques. Submitted to the Ministère des Affaires Sociales, 1981.

11.  Siemiatycki J. Mortality in the general population in asbestos mining areas. Proceedings of the World Symposium on Asbestos, Montréal, 337-348, 1982.

12.  Price P, Gerin M, Siemiatycki J. An annotated bibliography of sources of information on occupational exposures. pp.78, 1982.

13.  Gerin M, Siemiatycki J, Kemper H, Laroche L, Millet C. Translating job histories into histories of occupational exposure for epidemiologic purpose. Proceedings of the Medical Research Council Symposium on Job Exposure Matrices, Southampton, Scientific Report No 2, 78-82, 1983.

14.  Siemiatycki J, Gerin M, Nadon L, Goldberg M, Richardson L. L'exposition professionnelle au formaldéhyde et le risque de cancer. Submitted to the Institut de recherche en santé et sécurité du travail, 18 pp, 1983.

15.  Task Force on Chemicals in the Environment and Human Reproductive Problems in New Brunswick. Second Report. Submitted to the Department of Health of New Brunswick. 249 pp, January 1984.

16.  Siemiatycki J. Evaluation des estimations actuelles concernant l'exposition professionnelle aux cancérogènes chimiques. Submitted to the Commission de la santé et sécurité au travail du Québec, 87 pages. October 1984.

17.  Task Force on Chemicals in the Environment and Human Reproductive Problems in New Brunswick. Final Report submitted to the Department of Health of New Brunswick. 269 pp, March 1985.

18.  Siemiatycki J, Richardson L. Expanding the vision of public health: new ways to meet old objectives. Health Promotion 24(2):10-12, 1985.

19.  Task Force on Health Risks of Alachlor (A.J. Nantel, J.L. Benedetti, J.P. Farand, M. Pagé, J.C. Panisset, J. Siemiatycki, C. Viau). Report submitted to the Government of Quebec, 1986.

20.  Siemiatycki J. Determining which workplace exposures may be carcinogenic: report on a novel epidemiologic approach. At The Centre. Canadian Centre for Occupational Health and Safety. Vol. IX, no. 5, pp. 9-10, November 1986.

21.  Gerin M, Siemiatycki J. Assessment of exposure to multiple agents in the workplace. Proceedings of the Workshop on Methodology of Assessment of Occupational Exposures in the Context of Epidemiological Detection of Cancer Risks. Eds. D. Hemon, M. Goldberg, pp. 99-108, 1989.

22.  Siemiatycki J, Gerin M, Nadon L, Dewar R. Risk of cancer due to occupational exposure to formaldehyde in a wide range of occupations and industries. Final report. Submitted under contract no. 1674 to the Health Protection Branch, Health and Welfare Canada, 78 pages, May 1988.

23.  Siemiatycki J. Epidemiological evidence in evaluating carcinogenicity of occupational exposures. IARC Int. Tech. Report no. 88/002, IARC, Lyon, Dec, pp. 49-59, 1988.

24.  IARC Working Group. Report of an IARC Working Group to review the approaches and processes used to evaluate the carcinogenicity of mixtures and groups of chemicals. IARC Int. Tech. Report no. 88/002, IARC, Lyon, Dec. 1988.

25.  Siemiatycki J, Nadon L, Dewar R, Gerin M, Armstrong B, Richardson L. Risk of cancer due to occupational exposure to polynuclear aromatic hydrocarbons in a wide range of occupations and industries: Final report. Submitted under contract no. 1984 to the Health Protection Branch, Health and Welfare Canada, 162 pages, May 1989.

26.  Siemiatycki J, Lakhani R, Gerin M, Dewar R, Richardson L. Risk of cancer due to exposure to benzene, toluene, and xylene in a wide range of occupations and industries: Final report. Submitted under contract no. 2025 to the Health Protection Branch, Health and Welfare Canada, 235 pages, June 1989.

27.  Siemiatycki J, Franco E, Dewar R, Desy M. Risk of cancer due to cigarette smoking - results of a multi-site case-control study. Report submitted under contract no. 2069 to the Health Protection Branch, Health and Welfare Canada, 23 pages, March 1990.

28.  Siemiatycki J. Review of findings from a registry-like database designed to discover occupational carcinogens. Proceedings of the Workshop on Indicators of Environmental Health. Waterloo Institute for Risk Research and Health and Welfare Canada. 1990.

29.  Camus M, Siemiatycki J. Cancer risks associated with non-occupational exposure to chrysotile asbestos. Report submitted under contract no. 064SS.H4078-1-C339. 1991.

30.  Siemiatycki J. Toxic Waste Sites And Human Health: Feasibility of Epidemiologic Studies Using the Canadian Unified Toxic Waste Sites Database. Contract No. 3136. 1992.

31.  *Nadon L, Siemiatycki J, Richardson L. Dépistage épidémiologique de cancérogènes en milieu de travail et son implication sur la santé environnementale. Bulletin d'Information en Santé environnementale, Volume 4, number 3, May/June 1993.

32.  Gerin M, deGuire L, Siemiatycki J. Étude sur la validité des matrices emploi-exposition multisectorielles en hygiène industrielle. IRSST, Montréal, 1995.

33.  Goldberg M, Farant JP, Simon P, Siemiatycki J, Armstrong B, Drouin L. A health survey of persons living near the Miron Quarry Sanitary Landfill Site. Montréal, Phase 1 (NHRDP: 502-6605-4342). July 1996.

34.  Siemiatycki J, Camus M, Case BW. Non-occupational exposure to Quebec chrysotile asbestos and risk of cancer. Montréal, NHRDP Report No. 6605-3533-53. April 1996.

35.  Mills CJ, Bull R, Cantor KP, Reif J, Hrudey SE, Huston P and an Expert Working Group: Health risks of drinking water chlorination byproducts: report of an expert working group. Chronic Diseases in Canada. 1998.

36.  Krewski D, Burnett R, Goldberg M, Hoover K, Siemiatycki J, et al. Reanalysis of the Harvard Six-City Study and the American Cancer Society Study of Air Pollution and Mortality: Validation and Replication. Health Effects Institute, Cambridge MA, 2000.

37.  Krewski D, Burnett R, Goldberg M, Hoover K, Siemiatycki J, et al.  Reanalysis of the Harvard Six-City Study and the American Cancer Society Study of Air Pollution and Mortality: Sensitivity Analyses. Health Effects Institute, Cambridge MA, 2000.

38.  Payment J, Siemiatycki J, Richardson L, Renaud G, Franco E, Prevost M. An epidemiological study of gastrointestinal health effects of drinking water. American Water Works Assoc.103 pp. 2000.

39.  Raynault M-F, Dussault C, Bartlett G, Deschenes M, Fortin S, Giroux M, Godard B, Jean MS, Mes-Masson A-M, Siemiatycki J, Vachon M-H. Rapport final du groupe-conseil sur l'Encadrement des banques de données et des banques de matériel biologique à des fins de recherche en santé. Fonds de la recherche en santé du Québec (FRSQ), Montréal, Québec.  8 December 2006.

40.  Raynault M-F, Dussault C, Bartlett G, Deschenes M, Fortin S, Giroux M, Godard B, Jean MS, Mes-Masson A-M, Siemiatycki J, Vachon M-H. Sommaire du rapport final du groupe-conseil sur l'Encadrement des banques de données et des banques de matériel biologique à des fins de recherche en santé. Fonds de la recherche en santé du Québec (FRSQ), Montréal, Québec.  8 December 2006.

41.  Raynault M-F, Dussault C, Bartlett G, Deschenes M, Fortin S, Giroux M, Godard B, Jean MS, Mes-Masson A-M, Siemiatycki J, Vachon M-H. Reconnaître la valeur sociale de la recherche dans le respect

de la personne : Banques de données et banques de matériel biologique - Pour un nouveau cadre éthique et légal. Fonds de la recherche en santé du Québec (FRSQ), Montréal, Quebec. May 2007.

42.  Siemiatycki J. Estimating the amount of environmental health research being funded by national funding agencies in Canada. Report submitted under contract no. 4500156045 to Health Canada (Environmental and Occupational Toxicology & Environmental Health Sciences Bureau), 40 pages. August 2007.

## BOOK

1.  Siemiatycki J. Risk Factors for Cancer in the Workplace. CRC Press, Boca Raton, 1991, 310 pp.
    Chap 1. Siemiatycki J. Epidemiologic approaches to discovering occupational carcinogens
    Chap 2. Siemiatycki J, Richardson L. Case-control design and fieldwork methods.
    Chap 3. Siemiatycki J. Nadon L, Lakhani R, Begin D, Gerin M. Exposure assessment.
    Chap 4. Siemiatycki J. Statistical methods.
    Chap 5. Siemiatycki J, Gérin M, Dewar R, Nadon L, Lakhani R, Begin D, Richardson L. Associations between occupational circumstances and cancer
    Chap 6. Siemiatycki J. Interpretation of findings.

## ARTISTIC WORKS

1.  Siemiatycki J, Slodovnick A. The Hockey Card. Illustrated by Doris Barrette. Lobster Press, Montréal, 2002, 32 pp.
2.  Siemiatycki J, Slodovnick A. La carte de hockey. Illustrated by Doris Barrette. Translated by Christiane Duchesne. Lobster Press, Montréal, 2002, 32 pp.
3.  Siemiatycki J, Slodovnick A. The Baseball Card. Illustrated by Laura Watson. Lobster Press, Montréal, 2005, 32 pp.
4.  Siemiatycki J, Slodovnick A. La Estampa de béisbol. Illustrated by Laura Watson. Translated. Lobster Press, Montréal, 2005, 32 pp.

## SCIENTIFIC PRESENTATIONS - INVITED

1.  Siemiatycki J. Monitoring the occupational environment for carcinogens: a pilot study in Montréal. Working Environment and Health Seminar, McGill University, Department of Epidemiology, September 1978.
2.  Siemiatycki J, Richardson L. Le défi prioritaire en santé communautaire: la protection et l'amélioration de l'environnement. Association pour la santé publique du Québec, Montréal, Quebec, October 1979.
3.  Siemiatycki J. Occupational carcinogenesis. Séminaire départemental, Direction générale de la protection de la santé, Santé et Bien-être Social Canada, Ottawa, January 1981.
4.  Siemiatycki J. An overview of problems in identifying occupational carcinogens. Canadian Labour Congress Meeting on Occupational Cancer, Montréal, February 1981.
5.  Siemiatycki J. Feasibility of an exposure-based case-control approach to discovering occupational carcinogens: preliminary findings. Cold Springs Harbor Conference on Quantification of Occupational Cancer, Cold Springs Harbor, New York, March 1981.
6.  Siemiatycki J. Dépistage des facteurs cancérigènes dans les milieux professionnels montréalais. Séminaire départemental, Département de médecine du travail et d'hygiène du milieu, Université de Montréal, Montréal, Quebec,March 1981.
7.  Siemiatycki J. Surveillance program for occupationally related cancer. Société de Toxicologie du Canada, Montréal, Quebec, December 1981.
8.  Gérin, J, Siemiatycki J. Translating job histories into histories of occupational exposure in an interview-based case-control Study. Medical Research Council Symposium on Job-Exposure Matrices, Southampton, England, April 1982.
9.  Siemiatycki J. Rapporteur's report. Medical Research Council Symposium on Job-Exposure Matrices, Southampton, England, April 1982.
10. Siemiatycki J. Mortality in the general population in Quebec's asbestos mining areas. World Symposium on Asbestos, Montréal, May 1982.

11. Siemiatycki J. Occupational cancer epidemiology. McGill Department of Epidemiology seminar series, Montréal, Quebec, October 1982.

12. Siemiatycki J. Rapport d'une étude pilote qui vise à découvrir des agents cancérogènes de l'environnement professionnel. Institut Armand-Frappier, Laval, Quebec, October 1982.

13. Siemiatycki J, Richardson L, Gérin M. Discovering occupational carcinogens by an exposure-based case-control approach: feasibility and pilot study results. American Public Health Association Meeting, Montréal, Quebec, November 1982.

14. Siemiatycki J. Discovering occupational carcinogens by means of a novel exposure-based case-control approach. U.S. National Institute of Occupational Safety and Health seminar series. Cincinnati. November 1982.

15. Siemiatycki J. Dépistage des facteurs cancérigènes dans le milieu professionnel montréalais - rapport d'une étude pilote. Conférence-midi de l'Institut de recherche en santé et sécurité au travail, Montréal, Quebec, December 1982.

16. Siemiatycki J. Rapport d'une étude qui vise à découvrir des agents cancérigènes dans l'environnement professionnel. Conférence départementale, Université de Sherbrooke, Sherbrooke, Quebec, February 1983.

17. Siemiatycki J. Contribution of epidemiology to discovery of occupational carcinogens: case-control study in the Montréal area. Seminar Series, Lady Davis Institute, Jewish General Hospital, Montréal, March 1983.

18. Siemiatycki J. Hospital-based studies of environmental causes of cancer. Seminar series, McGill Cancer Centre and Montréal General Hospital, March 1983.

19. Siemiatycki J. Analyse préliminaire d'une enquête cas-témoins sur les expositions professionnelles et le cancer, INRS-Santé, Paris, France, April 1983.

20. Siemiatycki J. Découvrir les cancérigènes professionnels par des méthodes épidémiologiques. Congrès de l'ACFAS, Trois-Rivières, Quebec, May 1983.

21. Siemiatycki J. Surveillance of occupational cancer. University of Ottawa Special Course in Environmental Epidemiology, Ottawa, October 1983.

22. Gérin M, Richardson L, Siemiatycki J. Obtaining job exposure histories based on interview and expert assessment. Job Exposure Assessment Meeting. International Agency for Research on Cancer, Lyon, France, February 1984.

23. Siemiatycki J. Associations between bladder cancer and coffee and cigarette consumption: preliminary results of a case-control study. Environmental Risk Factors in Bladder Cancer Symposium, Lyon, February 1984.

24. Siemiatycki J. Preliminary results of an occupational cancer monitoring program. Kellogg Center Seminar Series. Montréal General Hospital, April 1984.

25. Siemiatycki J. Nickel, chromium and cancer: preliminary results from a case-control study. School of Occupational Health. McGill University, Montréal, April 1984.

26. Siemiatycki J. Les premiers résultats d'une stratégie épidémiologique visant à découvrir des produits cancérigènes dans l'environnement industriel. Micro-hebdo, Institut Armand-Frappier, May 1984.

27. Siemiatycki J. Cancer mortality in a general population highly exposed to asbestos. CAN-AM Chemical Congress. Montréal, June 1984.

28. Siemiatycki J. Some occupational and non-occupational risk factors for cancer: results from a multi-site case-control study in Montréal. Special seminar. Health Protection Branch of Health and Welfare Canada, January 1985.

29. Siemiatycki J. Premiers résultats d'un système de surveillance en épidémilogie visant à découvrir des agents cancérogènes dans le milieu industriel. Micro-Hebdo-Actualités, Institut Armand-Frappier, Laval, February 1985.

30. Siemiatycki J. Discovering environmental carcinogens. Elizabeth Stern Memorial Lecture. U.C.L.A. School of Public Health, Los Angeles, California, May 1985.

31. Siemiatycki J. Cancer surveillance. International Conference on Environmental and Occupational Significance of Industrial Carcinogens, Bologna, Italy, October 1985.

32.  Siemiatycki J. Overview of an epidemiologic case-control approach to discovering occupational carcinogens. Special seminar. Health Department of Torino and Epidemiology Department of University of Torino, Torino, Italy, October 1985.

33.  Siemiatycki J. Epidemiology of juvenile-onset diabetes in Montréal. Special lecture to Association of endocrinologists of Rhone-Alpes Region of France, Lyon, October 1985.

34.  Siemiatycki J. Cancer risks associated with exposure to organic dusts. Special seminar. International Agency for Research on Cancer, Lyon, October 1985.

35.  Siemiatycki J. Organic dusts and cancer. School of Occupational Health Seminar Series, McGill University, December 1985.

36.  Gérin, M, Siemiatycki J, Richardson L, Begin, D, Kemper, H, Lakhani, R, Nadon L. Associations entre cancer et exposition professionnelle à diverses substances. Résultats d'une étude épidémiologique à Montréal. Association pour l'hygiène industrielle au Québec, VIII Congrès, City of Québec, Quebec, May 1986.

37.  Siemiatycki J. Synthèse des résultats d'un système de surveillance épidémiologique des expositions professionnelles cancérogènes,  Université Laval, May 1986.

38.  Siemiatycki J. L'analyse des données appliquée à la santé et à la sécurité du travail. Symposium sur l'analyse de données, IRSST, Montréal, October 1986.

39.  Siemiatycki J. An overview of epidemiologic contributions to the discovery of occupational carcinogens. Society of Toxicology of Canada, Montréal. December 1986.

40.  Siemiatycki J, Wacholder, S, Dewar R, Begin, D, Richardson L, Rosenman, K, Gerin M. Smoking and degree of occupational exposure: are internal analyses likely to be confounded by smoking status? Symposium on Smoking in Occupational Cancer Studies. National Cancer Institute, Washington, December 1986.

41.  Siemiatycki J. Petroleum-derived liquids and cancer risk: findings from a case-control study. McGill University, Department of Epidemiology, April 1987.

42.  Siemiatycki J. Methods and findings from a case-control study of insulin-dependent diabetes mellitus in Montréal. Montréal Children's Hospital, May 1987.

43.  Colle, E, Siemiatycki J. Epidemiologic and immunologic evidence concerning the etiology of insulin-dependent diabetes.  Institut Armand-Frappier, May 1987.

44.  Siemiatycki J. The role of epidemiology in environmental impact assessment. Symposium on Health in Environmental Impact Assessment. Canadian Public Health Association and Environment Canada, Ottawa, May 1987.

45.  Siemiatycki J. Methods and results of a monitoring system for occupational carcinogens. Johns Hopkins University School of Public Health Seminar, Baltimore, Maryland, October 1987.

46.  Siemiatycki J. Cancer risks associated with petroleum-derived liquids and combustion products. National Cancer Institute, Occupational Studies Section, Bethesda, Maryland, October 1987.

47.  Gerin M, Siemiatycki J. Assessment of exposure to multiple agents in the workplace - experience from a population-based case-control study in Montréal. Workshop of European Economic Community on Methods of Assessment of Occupational Exposures for Epidemiologic Detection of Cancer Risks, Paris, February 1988.

48.  Siemiatycki J. Overview of epidemiologic tasks. International Joint Commission Workshop on the Role of Epidemiology in Assessing the Effects of Great Lakes Water Quality on Human Health. Toronto, March 1988.

49.  Siemiatycki J. Results of an exposure-based case-control study of occupational carcinogens. Ontario Cancer Treatment and Research Foundation, Toronto, April 1988.

50.  Siemiatycki J. Methodology of cancer case-control studies. Special Lecture Series in McGill Summer Program in Epidemiology, Montréal, May 1988.

51.  Siemiatycki J. Costs and benefits of various approaches to estimating occupational cancer risks in case-control studies. Symposium on Occupational Cancer Epidemiology. Vancouver, June 1988.

52.  Richardson L.R, Siemiatycki J, Dewar R. How well does a job exposure matrix reflect the exposure assessment of individually coded job histories? Workshop on job exposure matrices held at INSERM, Paris, October 1988.

Curriculum Vitae                                                                                                   Jack Siemiatycki

53.  Siemiatycki J. Methodologic issues in an exposure-based case-control study for discovering occupational carcinogens. Medical Research Council, Biostatistics Unit, Cambridge, England, December 1988.

54.  Siemiatycki J. A synthesis of findings from an occupational cancer case-control study. Invited seminar in Department of Epidemiology, School of Public Health, University of North Carolina. Chapel Hill, North Carolina, April 1989.

55.  Siemiatycki J. Methodologic problems in assessing exposure status for case-control studies. National Cancer Institute Seminar, Silver Spring, Maryland. April 1989.

56.  Siemiatycki J. Environmental causes of cancer. McGill Cancer Center Public Lecture Series, Montréal. May 1989.

57.  Siemiatycki J. Approches épidémiologiques dans l'investigation des facteurs cancérogènes. Summer course in community health, Université Laval, City of Québec, Quebec, June 1989.

58.  Krewski, D, Siemiatycki J, Nadon L, Dewar R, Gerin M. Cancer risks due to occupational exposure to PAH's. International Conference on Genetic Toxicology of Complex Mixtures, Washington, District of Columbia, September 1989.

59.  Siemiatycki J. Discovering environmental carcinogens by means of a case-control methodology. Dalhousie University, Faculty of Medicine seminar, December 1989.

60.  Siemiatycki J. Using epidemiologic evidence in compensation of industrial disease. Special workshop of Industrial Disease Standards Panel of Ontario, Toronto, December 1989.

61.  Siemiatycki J. Epidemiologic approaches to evaluating the carcinogenicity of complex mixtures. Workshop on carcinogenicity of Complex Mixtures. National Academy of Sciences of the U.S.A., Tucson, January 1990.

62.  Siemiatycki J. Review of findings from a registry-like database designed to discover occupational carcinogens. Workshop on Indicators of Environmental Health. Waterloo Institute for Risk Research and Health and Welfare Canada, Ottawa, March 1990.

63.  Siemiatycki J. Findings from an occupational cancer case-control study. Invited seminar in Department of Clinical Epidemiology, Royal Victoria Hospital. Montréal, March 1990.

64.  Siemiatycki J. Effect of exposure strategies on risk estimates and statistical power. International Workshop on Retrospective Exposure Assessment for Occupational Epidemiologic Studies, Leesburg, Virginia, March 1990.

65.  Siemiatycki J. Discovering environmental carcinogens: an epidemiologic perspective. Invited seminar in Department of Epidemiology, School of Public Health, University of North Carolina. Chapel Hill, North Carolina, March 1990.

66.  Siemiatycki J. Discovering environmental carcinogens: review of an epidemiologic surveillance project. Invited seminar in Occupational & Environmental Health Unit, University of Toronto, Toronto, April 1990.

67.  Siemiatycki J. Environnement et cancer: une perspective épidémiologique. 58th Association canadienne française pour l'avancement des sciences. Colloque santé et environnement, City of Québec, Quebec, April 1990.

68.  Payment P, Richardson L, Edwards M, Franco E, Siemiatycki J. Drinking water related illness: an epidemiological study. Second International Biennial Water Quality Symposium: Microbiological Aspects, Vina Del Mar, Chile, August 1990.

69.  Siemiatycki J. Occupational cancer. Seminar series of Laboratory Centre for Disease Control, Health and Welfare Canada, Ottawa, March 1991.

70.  Siemiatycki J. A decade of searching for occupational carcinogens: methods and results of a case-control study. Seminar series of the Division of Clinical Epidemiology, Montréal General Hospital, Montréal, March 1991.

71.  Siemiatycki J. Detecting occupational carcinogens using epidemiologic methods: results and their interpretation. McGill University, Department of Epidemiology and Biostatistics, Summer Lecture Series, Montréal, June 1991.

72.  Siemiatycki J. Overview of results of an occupational cancer monitoring study. School of Public Health, University of California at Berkeley, Berkeley, October 1991.

73. Siemiatycki J. Discussant of paper on Mortality of oil refinery and distribution workers. International Symposium on the Health Effects of Gasoline, Miami, November 1991.

74. Begin, D, Gerin M, De Guire L, Siemiatycki J, Adib G, Fournier C. Étude sur la validité des matrices emploi-exposition multisectorielles en hygiène industrielle. Scientific Committee on Computing in Occupational and Environmental Health, III International Workshop, Paris, November 1991.

75. Siemiatycki J. Cancer et travail : connaissances actuelles, approches antérieures et nouvelles. Colloque de l'Association des médecins du travail du Québec, Montréal. June 1992.

76. Siemiatycki J. Risques de cancers reliés aux expositions chimiques en milieu de travail: résultats d'une étude épidémiologique à Montréal. IRSST, Montréal, November 1992.

77. Siemiatycki J. Carcinogens in the occupational environment. Invited seminar in School of Public Health, University of North Carolina, Chapel Hill, North Carolina. December 1992.

78. Siemiatycki J. Discussant of invited seminar on risk assessment. School of Occupation Health, McGill University, March 1993.

79. Siemiatycki J. Are the effects of smoking on lung and bladder cancer confounded by occupational carcinogens? Invited seminar given at the Michigan Cancer Foundation, Detroit and at the University of Michigan, Ann Arbor, May 1993.

80. Siemiatycki J. Are the apparent effects of cigarette smoking on lung and bladder cancers due to uncontrolled confounding by occupational exposures?  McGill University, Department of Epidemiology and Biostatistics, Montréal, December, 1993.

81. Siemiatycki J. Occupational causes of cancer. President's Cancer Panel Meeting on Avoidable Causes of Cancer, Bethesda, April 1994.

82. Siemiatycki J. Retrospective exposure assessment in community-based studies. Conference on Retrospective assessment of occupational exposures in epidemiology, IARC, Lyon, April 1994.

83. Siemiatycki J. Are the apparent effects of cigarette smoking on lung and bladder cancers due to uncontrolled confounding by occupational exposures? Department of Human Oncology, University of Torino, Torino, Italy, April 1994.

84. Siemiatycki J. Risque de cancer dû au tabagisme. Département de médecine sociale et préventive, Université Laval, Québec, May 1994.

85. Siemiatycki J. Registry studies of bladder cancer. NCI Workshop on Occupational Exposures and Urogenital Cancers, Rockville, May 1994.

86. Siemiatycki J. Facteurs de risques environnementaux pour le cancer: une perspective épidémiologique. Atelier sur la recherche en cancer, Université du Québec à Rimouski, April 1995.

87. Camus M, Siemiatycki J. Non-occupational exposure to asbestos: how to assess dose and risk. McGill University, Department of Epidemiology and Biostatistics. Montréal, May 1995.

88. Siemiatycki J. Occupational carcinogens in Montréal. Seminar - International Agency for Research on Cancer, Lyon, France, June 1995.

89. Siemiatycki J. Occupational causes of cancer: findings from a large scale case-control study of occupational cancer. Department of Medical Informatics, Biometry and Epidemiology, University of Essen, Essen, Germany, July 1995.

90. Siemiatycki J. Assessing occupational exposures in community based epidemiological studies. Bremen Institute for Preventive and Social Medicine, Bremen, Germany, July 1995.

91. Case, B, Camus M, Richardson L, Siemiatycki J. Ascertainment of mesothelioma among Québec women from 1970 to 1990. Special Symposium on Mesothelioma, IRSST, Montréal, August 1995.

92. Siemiatycki, J. Une nouvelle approche épidémiologique pour le dépistage de cancérogènes en milieu de travail. Club de recherches cliniques du Québec, Bromont, Quebec, September 1995.

93. Siemiatycki J. Occupational causes of cancer: findings from a large scale case-control study of occupational cancer. Special seminar. School of Public Health, Univ. of Michigan, Ann Arbor, Michigan, June 1996.

94. Siemiatycki J. An empirical evaluation of the magnitude of confounding bias. Statistical Society of Canada, Waterloo, June 1996.

95.  Siemiatycki J. Occupational exposures and cancer risk: recent results and methodological insights from a population-based case-control study in Montréal. Department of Epidemiology & Biostatistics, McGill University. October, 1996.

96.  Siemiatycki J. Utilités et limites des études épidémiologiques dans l'évaluation des risques environnementaux. ACFAS, City of Québec, Quebec, May 1998.

97.  Siemiatycki J. International collaboration in cancer epidemiology. Society for Epidemiology Research, Chicago, June 1998.

98.  Siemiatycki J. Accuracy of the EPA risk assessment model for predicting the risk of lung cancer at environmental levels of asbestos exposure.  National Cancer Institute, Rockville, Maryland, March 1999.

99.  Siemiatycki J. Risk of lung cancer at environmental levels of asbestos exposure. University of Toronto, Toronto, September 1999.

100. Siemiatycki J. Estimating risks due to low level exposures. Society for Epidemiology Research, Seattle, June 2000.

101. Siemiatycki J. Debater on the proposition that research is a top priority in occupational cancer prevention. Preventive Oncology Seminar, Cancer Care Ontario, Toronto, April 2001.

102. Rachet B, Siemiatycki J, Abrahamowicz M, Leffondre K. Various aspects of smoking behavior on lung cancer risk: a flexible modeling approach. National Cancer Institute, Bethesda, May 2001.

103. Siemiatycki J. Challenges to epidemiology and challenges to Canadian epidemiologists. National Student Conference of Epidemiology, Toronto, June, 2001.

104. Siemiatycki J. President's address. Congress of Epidemiology, Toronto, June, 2001.

105. Siemiatycki J. Découvrir les cancérigènes dans l'environnement: bilan des activités de recherche passées et perspectives d'avenir. Département de médecine sociale et préventive, Université de Montréal, October 2001.

106. Siemiatycki J. Risque de cancer chez les femmes résidantes des villes des mines d'amiante québécoises: Évaluation du risque attribuable à des « faibles » niveaux d'expositions et validation de la méthode d'évaluation de risque (« risk assessment ») du E.P.A. Département de santé environnementale, Université de Montréal, October 2001.

107. Rachet B, Siemiatycki J, Leffondre K, Abrahamowicz M. Relations dose-réponse entre la fumée de cigarette et le cancer pulmonaire à partir d'une étude cas-témoins à Montréal : Estimations utilisant une modélisation flexible. Congrès INRS-Institut Armand-Frappier, Sainte-Adèle, Quebec, November 2001.

108. Siemiatycki J, Camus M, Case B, Desy M, Parent, M.-É. Risque de cancer chez les résidantes des villes de l'amiante au Québec: Évaluation du risque attribuable à des « faibles » niveaux d'expositions et validation de la méthode d'évaluation de risque de l'E.P.A. Symposium sur l'amiante d'Institut national de santé publique du Québec, Montréal, December 2001.

109. Laplante O, Parent M.-É, Siemiatycki J. Risque de mésothéliome et de cancer du poumon associé à l'exposition professionnelle aux fibres d'amiante, Montréal 1979-85. Symposium de l'Institut national de santé publique du Québec, Montréal, December 2001.

110. Siemiatycki J. Occupational causes of cancer: overview of the contribution of a study in Montréal, Research Day at Dept of Epidemiology and Community Medicine, University of Ottawa, April 2002.

111. Siemiatycki J. Biostatistical problems in epidemiologic case-control studies. Statistical Society of Canada, Hamilton, Ontario, May 2002.

112. Leffondre K, Abrahamowicz M, Siemiatycki J. Definition of risk sets for Cox's analysis of case-control data with time-varying exposures: A simulation study. Intended Society for Clinical Biostatistics (ISCB), Dijon, France, September 2002.

113. Siemiatycki J. Occupational causes of cancer. CCERN and Health Canada Research Workshop, Montebello, Quebec. October 2002.

114. Siemiatycki J. Occupational causes of cancer. Departmental seminar, McGill University, Montréal. November 2002.

115. Siemiatycki J. Facteurs environnementaux dans l'étiologie du cancer. Retraite annuelle du centre de recherche du CHUM, St-Sauveur, Quebec. November 2002.

116. Siemiatycki J. Environmental and occupational causes of cancer. Seminar. Cancer Care Ontario, Toronto, February 2003.

117. Siemiatycki J. The state of epidemiology in Canada. Plenary address. CSEB Student Congress, Halifax, Nova Scotia, June 2003.

118. Siemiatycki J. Occupational cancer epidemiology: the evolving big picture. Distinguished Scientist Lecture, Division of Cancer Epidemiology and Genetics, National Cancer Institute, Rockville MD, October 2003.

119. Siemiatycki J. Challenges in cancer epidemiology. Meeting of the Institute Advisory Board of Institute for Cancer Research, CIHR, Montréal, June 2004.

120. Siemiatycki J. Keynote address. Occupation and cancer. International Association of Cancer Registries, Beijing, September 2004.

121. Siemiatycki J. Which cancers are most important, what are the associated occupational situations and which confounders are involved? Burden of Cancer Epidemiologic Workshops, Health and Safety Executive. Manchester, UK, November 2004.

122. Siemiatycki J. Occupational causes of cancer. New Strategies for Recognizing and Preventing Occupational Disease, Canadian Center for Occupational Health and Safety, Toronto, March 2005.

123. Siemiatycki J. Occupational causes of cancer. The Respiratory Epidemiology & Clinical Research Unit, Montréal Chest Institute, Montréal, March 2005.

124. Siemiatycki J. Environnement et cancer : quels sont les risques? Les Belles Soirées public lecture series, Université de Montréal, Montréal, April 2005.

125. Siemiatycki J. An overview of environmental, occupational & lifestyle causes of lung cancer. Cancer Axis, McGill University Hospital Centre Research Institute, Montréal, June 2005.

126. Siemiatycki J. Les règles des comités d'éthique vont amputer notre capacité de prévenir des maladies et sauver des vies. Réunion de FRSQ sur les banques de données et des matières biologiques, Montréal, June 2005.

127. Siemiatycki J. Introductory comments. Joint Meeting of the Canadian Society for Epidemiology and Biostatistics and the Society for Epidemiologic Research, Toronto, June 2005.

128. Siemiatycki J. The burden of occupational cancer on workers and on society. Joint Meeting of the Canadian Society for Epidemiology and Biostatistics and the Society for Epidemiologic Research, Toronto, June 2005.

129. Siemiatycki J. Revue des expositions professionnelles associées au cancer (Review of occupational exposures associated with cancer): pre-conference training session. Environnement et santé. Congrès international de l'Association des Épidémiologistes de Langue Française (ADELF), City of Québec, Quebec, September 2005.

130. Siemiatycki J. Opening session. Environnement et santé. Congrès international de l'Association des Épidémiologistes de Langue Française (ADELF), City of Québec, Quebec, September 2005.

131. Siemiatycki J. Impact de l'environnement et du milieu de travail sur le cancer : connaissances récentes. 9es Journées annuelles de santé publique (JASP), City of Québec, Quebec, November 2005.

132. Siemiatycki J. La recherche épidémiologique sur le cancer. Canadian Cancer Society - 2005 Annual Conference, City of Québec, Quebec, November 2005.

133. Siemiatycki J. Occupational EMF exposure and risk of cancer – methodological considerations. Workshop on the Future Needs of Electro-magnetic Fields Occupational Studies in the Electric Utility Industry, Edinburgh, September 2006.

134. Siemiatycki J. What is known about the modifiable causes of cancer and why we will not learn much more: Reflections on the decline of epidemiology as a tool to elucidate disease etiology. Department of Epidemiology, Biostatistics & Occupational Health, McGill University, Montréal, October 2006.

135. Siemiatycki J. Keynote Speaker. Environmental causes of cancer. 28th Annual Meeting of the International Association of Cancer Registries, Goiania, Brazil, November 2006.

136. Parent M.-E, Rousseau M.-C, Siemiatycki J, Boffetta P, Cohen A. Using the workplace as a window to study the role of diesen and gasoline engine emissions in lung cancer developpement. Invited abstract submitted to the Eleventh International Congress of Toxicology, Montréal, Quebec, July 2007.

137. Siemiatycki J. Keynote Speaker. The future of occupational epidemiology? 19th International Conference on Epidemiology in Occupational Health (EPICOH 2007), Banff, October 2007. Occup. Environ. Med. 2007 Dec; 64:46.

138. Siemiatycki J. Relationship between environmental risks and health of seniors. Workshop on Seniors' Health and the environment. Health Canada, Ottawa, February 2008.

139. Siemiatycki J. Freedom of research - is it threatening or threatened? Conference of Institutional Review Boards of Quebec, (4e Journées d'étude des CER), City of Québec, Quebec, October 2008.

140. Siemiatycki J. Cancer and Environment – Annual University of Montréal Medical Faculty Assembly, Montréal, December 2008.

141. Siemiatycki J. Impact de l'environnement et du milieu de travail sur les risques de cancer : méthodologie de recherche et résultats. Conférence en santé publique, Université Laval, May 2009.

142. Siemiatycki J. CIHR and Epidemiologic Research. CSEB, Ottawa, May 2009.

143. Siemiatycki J. Mode de vie, milieu de vie: les causes modifiables du cancer. (Lifestyles and environment: modifiable causes of cancer). Keynote address. Conference nationale pour vaincre le cancer, Montréal April 2010.

144. Siemiatycki J. Montréal case-control studies on occupation and cancer. Presentation for II International Course on occupational cancer. Instituto Nacional de Cancerologia, Bogota, Colombia, August 2010.

145. Siemiatycki J. Modifiable causes of cancer and estimates of attributable fractions. Presentation for II International Course on occupational cancer, Instituto Nacional de Cancerologia, Bogota, Colombia, August 2010.

146. Siemiatycki J. Asbestos and cancer in Quebec: a presentation of studies in three populations. Presentation for II International Course on occupational cancer. Instituto Nacional de Cancerologia, Bogota, Colombia, August 2010.

147. Siemiatycki J. An overview of recognized environmental and lifestyle causes of cancer, and their contribution to the overall burden of cancer. International Congress of Pathophysiology, Montréal, September 2010.

148. Siemiatycki J. Les causes modifiables du cancer (Lifestyles and environment: modifiable causes of cancer). Conference annuelle de la Société du cancer du Canada, division Québec,  November 2010.

149. Siemiatiycki J. Alison McDonald's research on the impact of Medicare in Québec. Department of Epidemiology and Biostatistics, McGill University, Montréal, Quebec, May 2011.

150. Siemiatycki J. An overview of environmental causes of cancer. Special Symposium to honour Nobel Prize winner CRCHUM, Montréal, Quebec, June 2011.

151. Siemiatycki J. Review of IARC evaluation on cellphones and cancer. Congress of Epidemiology, Montréal, Quebec, June 2011.

152. Siemiatycki J. L'évidence concernant les risques de cancer liés à l'utilisation du téléphone cellulaire. Institut national de santé publique du Québec, October 2011.

153. Siemiatycki J. Do cellphones cause brain cancer? Canadian Cancer Research Conference, Toronto, November 2011.

154. Siemiatycki J. Do cellphones cause brain cancer? Canadian Center for Architecture. Public science lecture series, Montréal, Quebec, January 2012.

155. Siemiatycki J. Do cellphones cause brain cancer? McGill University Department of Epidemiology lecture series, Montréal, Quebec, March 2012.

156. Siemiatycki J. L'environnement et le risque de cancer. Table ronde. Conference annuelle de la Coalition Cancer, Montréal, Quebec, March 2012.

157. Siemiatycki J. An Overview of Modifiable Risk Factors for Cancer. CHUM Department of Medicine, Montréal, Quebec, March 2012.

158. Siemiatycki J. Do cell phones cause brain cancer? The epidemiologic evidence. Grand Rounds, St-Mary's Hospital, Montréal, Quebec, September 2012.

159. Siemiatycki J. The epidemiology of cell phones and brain cancer. Centre hospitalier universitaire Vaudois, Lausanne, Suisse, October 2012

160. Siemiatycki J. Occupational causes of cancer. Annual meeting of Occupational & Environmental Medical Association of Canada, Montréal, Quebec, September 2013.

161. Siemiatycki J. Fraction of lung cancer that is legally attributable to smoking: a novel parameter. ISPED, Bordeaux, France, November 2013.

Curriculum Vitae                                                                                         Jack Siemiatycki

162.  Siemiatycki J. Some challenges in environmental cancer research. Boston University School of Public Health, Boston, Massachusetts, February 2014.

163.  Siemiatycki J. Les causes modifiables du cancer: le cancer peut être évité. Symposium de La Fondation Sauve Ta Peau, Montréal, Quebec, September 2014.

164.  Siemiatycki J. Using epidemiologic research to combat the tobacco industry. BIPS, Bremen, Germany, September 2015.

165.  Siemiatycki J. Insights into the use of epidemiologic data in a class action lawsuit against the tobacco industry. CRCHUM division seminar, Montréal, Quebec, September 2015.

166.  Siemiatycki J. Development of a methodology to estimate legally attributable fraction of lung cancer attributable to cigarette smoking. McGill Univ Dept of Epidemiology, Montréal, Quebec, October 2015.

167.  Siemiatycki J. Using epidemiologic research to combat the tobacco industry. SIRIC-BRIO Cancer Centre. Bordeaux, France, November 2015.

168.  Siemiatycki J. Do cell phones cause brain cancer? The epidemiologic evidence. Dept of Medicine, CHUM, Montréal, Québec, November 2015.

169.  Siemiatycki J. Occupation and cancer. Conference for the 50th Anniversary of IARC, Lyon, June 2016.

170.  Siemiatycki J. Contribution of epidemiology to knowledge on occupational risk factors for cancer. 34e Congrès national de Médecine et Santé au Travail, Paris, France, June 2016.

171.  Siemiatycki J. The influence of JC McDonald on the evolution of epidemiology in Canada. Symposium in honour of JC McDonald. McGill Univ., Montréal, Quebec, May 2017.

172.  Siemiatycki J. A survey of knowledge on occupational causes of cancer. Keynote address. International Association of Cancer Registries, Utrecht, Netherlands, October 2017.

173.  Siemiatycki J. La preuve statistique au tribunal : recours collectif en situation d'incertitude. Café-statistique de la Société de statisticiens français de la région parisienne, Paris, France, May 2018.

## SCIENTIFIC PRESENTATIONS - OFFERED AND ACCEPTED

1.  Siemiatycki J. Comparison of mail, telephone and home interview methods for health surveys. International Epidemiologic Association Meeting. Puerto Rico. August 1977.

2.  Siemiatycki J, Day NE, Fabry J, Cooper, JA. Identification d'agents cancérigènes dans le milieu de travail: un nouveau système épidémiologique de monitoring. Deuxième conférence internationale sur la science des systèmes dans le domaine de la santé. Montréal, July 1980.

3.  Siemiatycki J, Richardson L, Pless B. Equality in Medical Care under National Health Insurance in Montréal. Deuxième conférence internationale sur la science des systèmes dans le domaine de la santé. Montréal, July 1980.

4.  Siemiatycki J. Discovering occupational carcinogens. International Symposium on Chemical Mutagenisis, Human Population Monitoring and Genetic Risk Assessment. Ottawa. October 1980.

5.  Siemiatycki J, Richardson L, Gerin M. Discovering occupational carcinogens by a substance-based case-control approach-fieldwork considerations. International Epidemiologic Association Meeting. Edinburgh. August 1981.

6.  Siemiatycki J, Colle E, West R, Belmonte M. Space-time clustering of juvenile-onset diabetes in Montréal. International Epidemiologic Association Meeting. Edinburgh. August 1981.

7.  Siemiatycki J, Gerin M, Richardson L. Discovering occupational carcinogens by an exposure-based case-control approach: exposure assessment aspects. Second International Symposium on Epidemiology in Occupational Health. Montréal, August 1982.

8.  Siemiatycki J, Gerin M, Lakhani R, Dewar R, Pellerin J, Richardson L. Nickel and ancer associations from a multicancer occupation exposure case-referent study. Symposium on Nickel in the Environment. Lyon, March 1983.

9.  Gerin M, Siemiatycki J. La traduction des histoires professionnelles en histoires d'expositions chimiques: un défi pour l'hygiéniste du travail. Congrès de l'Association pour l'hygiène industrielle du Québec. Quebec, May 1983.

10.  Siemiatycki J, Colle E, Campbell S, Belmonte M. Preliminary analysis of a case-control study of Type I diabetes mellitus. Baltimore, June 1985.

11. Siemiatycki J, Richardson L, Gerin M, Goldberg M, Dewar R. Associations between nine sites of cancer and nine organic dusts: results from a hypothesis-generating case-control study in Montréal. Society for Epidemiologic Research. Chapel Hill, North Carolina, June 1985.

12. Richardson L, Siemiatycki J, Gerin M, Goldberg, M, Dewar R, Desy M, Campbell S, Wacholder S. Associations between several sites of cancer and nine organic dusts: results from a case-control study. Fourth International Symposium on Epidemiology in Occupational Health. Como, Italy, September 1985.

13. Richardson L, Siemiatycki J. Case-control study methods: when to interview subjects and non-response bias. Fourth International Symposium on Epidemiology in Occupational Health. Como, Italy, September 1985.

14. Soskolne C, Jhangri G, Checkoway, Risch H, Siemiatycki J, et al.  Sulphuric acid exposure in laryngeal cancer: induction and latency estimates from a lagged exposure window analysis.  XII Scientific Meeting of the International Epidemiology Assoc. Los Angeles, August, 1990.

15. Payment P, Richardson L, Edwardes M, Franco E, Siemiatycki J. (1989). Gastrointestinal illness and drinking water: a prospective epidemiological study. 57th Conjoint Meeting on Infectious Diseases (CACMID), Montréal, 25-29 November 1989, Résumé C-30.

16. Payment P, Richardson L, Edwardes M, Franco E, Siemiatycki J. (1990). Drinking water related gastrointestinal illnesses. 1990 Annual Meeting of the American Society for Microbiology, Anaheim California, 13-17 May 1990.

17. Payment P, Richardson L, Edwardes M, Franco E, Siemiatycki J. (1990). A prospective epidemiological study of drinking water related gastrointestinal illnesses. International Association on water Pollution Research and Control, Health Related Water Microbiology Group, Tubingen, West Germany, 1-6 April 1990.

18. Case BA, Dufresne A, Siemiatycki J, Fraser R. Decoding occupational history from total lung particulate analysis. II: A comparative study. Brit. Occ. Hyg. Soc.; Seventh International Symposium on Inhaled Particles, Edinburgh, September 1991, S4.5.

19. Suarez-Almazor M, Soskolne C, Fung K, Jhangri G, Burch D, Howe G, Miller A, Siemiatycki J, Lakhani R, Dewar R. Choice of summary worklife exposure measures in the estimation of risk: an empirical assessment. Canadian Epidemiology Symposium. Edmonton. May. 1991.

20. Siemiatycki J, Nadon L, Dewar R. Cancer risks due to occupational exposure to polycyclic aromatic hydrocarbons. 8th International Symposium on Epidemiology in Occupational Health, Paris, France, September 1991.

21. Bourbonnais R, Siemiatycki J. Socioeconomic variables and cancer risk. Canadian Society for Epidemiology and Biostatistics. Edmonton, May 1991.

22. Gerin M, Begin D, Siemiatycki J, Dewar R. Study on the validity of the NOES job-exposure matrix using industrial hygiene measurements obtained in Montréal. Conference on Retrospective Assessment of Occupational Exposure. IARC Lyon. April 1994.

23. *Camus M, Siemiatycki J. Estimating past asbestos fiber levels in the general population of asbestos mining towns in Quebec. International Society Environmental Epidemiology, Research Triangle Park, N.C. Sept. 1994.

24. Goldberg MS, Dewar R, Siemiatycki J. Confounding and other design issues in cancer incidence studies of hazardous waste sites. Canadian Society for Epidemiology and Biostatistics. St-John's, Newfoundland, Aug 1995.

25. Goldberg MS, Dewar R, Siemiatycki J. Confounding and other design issues in cancer incidence studies of hazardous waste sites. International Society for Environmental Epideemiology. Noordwijkerhout, Netherlands, Aug, 1995.

26. Case BW, Camus M, Siemiatycki J. Trends in Pathologic Diagnosis of Malignant Mesothelioma among Quebec Women 1970-1990. Royal College of Medicine. Montréal. Sept. 1995.

27. Aronson KJ, Siemiatycki J. Dewar R, Gerin M. Occupational Risk Factors for Prostate Cancer. Canadian Society for Epidemiology and Biostatistics, St-John's, Newfoundland, Aug 1995.

28. *Camus M, Siemiatycki J. The Estimation of Past Asbestos Fiber Levels in Quebec Asbestos Mining Towns from 1900 to 1984. Canadian Society for Epidemiology & Biostatistics, St-John's, Newfoundland, Aug 1995.

29.     *Camus M, Siemiatycki J, Dewar R. Non-Occupational Asbestos Exposure and Risk of lung Cancer in the Female Population of Asbestos-Mining Towns: Implications for Risk Assessments. Canadian Society for Epidemiology and Biostatistics Meeting, St-John's, Newfoundland, Aug 1995.

30.     Payment P, Franco E, Siemiatycki J, Richardson L, Renaud G, Prevost M. Epidemiology studies of tap-water related gastrointestinal illnesses. Water Quality Technology Conference, New Orleans, Nov. 1995.

31.     *Fritschi L, Siemiatycki J. Self-assessed versus expert-assessed occupational exposures. Canadian Society for Epidemiology and Biostatistics Meeting, St Johns, Newfoundland, Aug 1995.

32.     Payment P, Siemiatycki J, Richardson L, Renaud G. Épidémiologie des maladies gastro-intestinales et respiratoires: incidence, fraction attribuable à l'eau et coûts pour la société. ACFAS, Montréal, May 1996.

33.     *Fritschi L, Parent M-É, Siemiatycki J. Gastric cancer and occupation. Australasian Epidemiological Association, Victoria, Australia. July 1996.

34.     *Camus M, Case BW, Siemiatycki J. Risk assessment for women living in chrysotile mining towns.1: Environmental exposure assessment. Fourth International Mesothelioma Conference, Philadelphia, May 1997.

35.     Case BW, Camus M, Siemiatycki J. Risk assessment for women living in chrysotile mining towns.2: Mesothelioma: observed vs. predicted. Fourth International Mesothelioma Conference, Philadelphia, May 1997.

36.     *Camus M, Siemiatycki J. Cancer risks due to non-occupational asbestos exposure. Can. Soc. for Epidemiol. & Biostat. London, Ontario, May 1997.

37.     Weston TL, Aronson KJ, Howe GR, Nadon L, Siemiatycki J. Cancer mortality risk in a cohort of working men. Canadian Society for Epidemiology and Biostatistics, London, Ontario, May 1997.

38.     *Parent M-É, Siemiatycki J, Menzies L, Fritschi L, Colle E. Can Bacille-Calmette Guérin vaccination prevent insulin-dependent diabetes mellitus (IDDM)? Canadian Society for Epidemiology and Biostatistics, London, Ontario, May 1997.

39.     Wolf, S, Siemiatycki J, Beyersmann, D, Jockel, K. H. A case-control study of lung cancer - performance of a job-exposure matrix for cadmium, chromium, nickel, and stainless steel dust. Internat. Epidemiol. Assoc. European Region Meeting. Munster, Germany, Sept. 1997.

40.     *Parent, M.E. Siemiatycki J. Exposition professionnelle aux émissions d'essence et de diesel, et cancer du poumon. ACFAS, Quebec, May 1998.

41.     *Parent M-É, Siemiatycki J, Boffetta P. Occupational exposure to gasoline and diesel engine emissions and lung cancer. Soc. Epid. Res, Chicago, June 1998.

42.     *Parent M-É, Siemiatycki J, Boffetta P, Cohen A. Occupational exposure to gasoline and diesel exhausts and lung cancer. Inter. Soc. Environ. Epid, Boston, August 1998.

43.     *Parent M-É, Siemiatycki J, Boffetta P, Cohen A. Gasoline and diesel engine emissions in the workplace and lung cancer. PREMUS-ISEOH '98, Helsinki, Finland, Sept. 1998.

44.     Leffondre K, Abrahamowicz M, Rachet B, Siemiatycki J. Modeling smoking history: A comparison of different approaches. Congress of Epidemiology, Toronto, June 2001.

45.     Fritschi L, Nadon L, Benke G, Lakhani R, Latreille B, Parent M-É, Siemiatycki J. Validation of expert assessment of occupational exposures X2001 – Occupational Exposure Assessment for Epidemiology and Practice, Gothenburg, Sweden, June 2001.

46.     Parent M-É, Siemiatycki J, Desy M. Case-control study of occupational exposures and risk of prostate cancer among farmers. Case-control study of occupational exposures and risk of prostate cancer among farmers, Toronto, June 2001.

47.     Siemiatycki J, Camus M, Parent M-É, Richardson L, Desy M, Case BW. Case-control study of pleural mesothelioma among women in Quebec chrysotile mining regions. Inhaled Particles IX (BOHS), Cambridge, United Kingdom, September 2001.

48.     Jockel K-H, Wolf S, Ahrens W, Jahn I, Pohlabeln H, Beyersmann D, Siemiatycki J. Cadmium as a human lung carcinogen. Jahrestagung der Deutschen Arbeitsgemeinschaft fur Epidemiologie (DAE) [Annual convention of the German epidemiology working group], Garmisch-Partenkirchen, Germany, September 2001.

49.    Leffondre K, Abrahamowicz M, Siemiatycki J. Comparison of Cox's model versus logistic regression for case-control data with time-varying exposure: a simulation study. Annual Meeting of the Statistical Society of Canada (SSC). Hamilton, Ontario. May 2002.

50.    Parent M-É, Siemiatycki J, Desy M. Association between Alcohol Consumption and Each of 23 Types of Cancer in Men. Soc. Epid. Res, Palm Desert, California, June 2002.

51.    Leffondre K, Abrahamowicz M, Siemiatycki J. Comparison of Cox's model versus logistic regression for case-control data with time-varying exposure: a simulation study. Society for Epidemiologic Research (SER), Palm Desert, California, June 2002.

52.    Rachet B, Parent M-É, Siemiatycki J. Welding Fumes and Lung Cancer: A Case-Control Study, Soc. Epidemiol. Res, Palm Desert, California, June 2002.

53.    Rachet B, Abrahamowicz M, Sasco A, Siemiatycki J. Flexible estimation of the distribution of lag in the effects of exposures and interventions. 34th Annual SER Meeting. Palm Desert, California. June 2002.

54.    Abrahamowicz M, Mackenzie T, Leffondre K, Du Berger R, Siemiatycki J. Joint modeling of time-dependent and non-linear effects of continuous predictors in survival analysis, with application to re-assess the impact of intensity of past smoking on the risks of lung cancer in ex-smokers. 17th International Workshop on Statistical Modeling, Chania, Greece, July 2002.

55.    Parent M-É, Siemiatycki J, Desy M. Exposure to chemical agents during leisure activities and risk of non-Hodgkin's lymphoma. Inter. Epidemiology Association, Montréal, August 2002.

56.    Leffondre K, Abrahamowicz M, Siemiatycki J. Comparison of Cox's model versus logistic regression for case-control data with time-varying exposure: a simulation study. International Epidemiological Association (IEA), World Congress of Epidemiology, Montréal, Québec, August 2002

57.    Rachet B, Siemiatycki J, Leffondre K, Abrahamowicz M. Exposure-response relationships between cigarette smoking and male lung cancer from a case-control study in Montréal: generalized additive model approach. International Epidemiology Association (IEA) XVI World Congress of Epidemiology. Montréal, Québec. August 2002.

58.    Parent M-É, Rousseau M-C, Siemiatycki J, Desy M. Body mass index and male cancer incidence at twelve different sites. Body mass index and male cancer incidence at twelve different sites. Halifax, Nova Scotia, June 2003.

59.    Desautels N, Siemiatycki J, Parent M.E. Association between lifetime consumption of coffee, tea, and soft drinks, and incidence of eleven types of cancer: a case-control study. CSEB 2003 Biennial Meeting. Halifax, Nova Scotia, June 2003.

60.    Parent M-É, Siemiatycki J, Desy M. Association between beta-carotene intake and risk of cancer at several sites. Society for Epidemiologic Research, Atlanta, Georgia, June 2003.

61.    Parent M-É, Siemiatycki J, Laplante O, Desy M. Risk of lung cancer and mesothelioma associated with occupational exposure to Asbestos: A population-based case-control study in Montréal, Canada. International Society for Environmental Epidemiology, Perth, Australia, September 2003.

62.    Parent M-É, Siemiatycki J, Laplante O, Désy M. Occupational exposure to asbestos and risk of lung cancer and mesothelioma: results from a population-based-case-control study in Montréal. CARWH Conference. Montréal, Québec, October 2003.

63.    Parent M-É, Siemiatycki J, Latreille B, Désy M. Lifetime Occupational Physical Activity and Prostate Cancer Risk. Society for Epidemiologic Research. Salt Lake City, Utah, June 2004.

64.    Parent M-É, Rousseau M.C, Siemiatycki J, Boffetta P, Cohen A. Contrasting evidence when using hospital or population controls: the example of the association between exposure to gasoline and diesel exhaust, and lung cancer. 16th conference of the International Society for Environmental Epidemiology (ISEE). New York City, August 2004.

65.    De Guire L, Lebel G, Gingras S, Levesque B, Camus M, Provencher S, Case B, Langlois A, Laplante O, Siemiatycki J, Lajoie P. Epidemiology of Asbestos-related diseases in Québec, Canada. EPICOH 2004. Melbourne, Australia, October 2004.

66.    Richardson H, Aronson K, Parent M-É, Siemiatycki J. Risk of cancer due to occupational exposure to six types of chlorinated hydrocarbons. EPICOH, Melbourne, Australia, October 2004.

Curriculum Vitae                                                                              Jack Siemiatycki

67. De Guire L, Lebel G, Gingras S, Levesque B, Camus M, Provencher S, Case B, Langlois A, Laplante O, Siemiatycki J, Lajoie P. Épidémiologie des maladies reliées à l'exposition à l'amiante au Québec. Board Meeting, Canadian Association of University Teachers. Ottawa, November 2004.

68. Rousseau M-C, Parent M-É, Siemiatycki J. Occupational exposure to lead and risk of cancer in a population-based case-control study from Montréal, Canada. Canadian Association for Research on Work and Health, Vancouver, May 2005.

69. Parent M-É, Rousseau M-C, Siemiatycki J, Desy, M. Using proxy respondents when assessing occupational circumstances in a case-control study of cancer: For better or for worse? Canadian Association for Research on Work and Health, Vancouver, May 2005.

70. *Momoli F, Siemiatycki J, Parent M-É, Abrahamowicz M. Semi-Bayes modeling in a study of lung cancer and multiple occupational chemicals: Comparison of results for five suspected lung carcinogens. Canadian Association for Research on Work and Health, Vancouver, May 2005.

71. *Momoli F, Siemiatycki J, Parent M-É, Abrahamowicz M. Semi-Bayes models: An empirical comparison of modeling approaches in a study of lung cancer and occupational chemicals. Joint Meeting of the Canadian Society for Epidemiology and Biostatistics and the Society for Epidemiologic Research, Toronto, June 2005.

72. Rousseau M-C, Camus M, Case B, Siemiatycki J. Incidence of pleural mesothelioma among women in Québec, 1970-1989: A comparison between asbestos mining and non-mining areas. Joint Meeting of the Canadian Society for Epidemiology and Biostatistics and the Society for Epidemiologic Research, Toronto, June 2005.

73. Leffondre K, Abrahamowicz M, Siemiatycki J. Modeling smoking history using an overall indicator of exposure. Joint Meeting of the Canadian Society for Epidemiology and Biostatistics and the Society for Epidemiologic Research, Toronto, June 2005.

74. Parent M-É, Siemiatycki J, Latreille B, Desy M. Is occupational physical activity associated with cancer risk among men? Joint Meeting of the Canadian Society for Epidemiology and Biostatistics and the Society for Epidemiologic Research, Toronto, June 2005.

75. *Ramanakumar AV, Parent M-É, Menzies R, Camus M, Siemiatycki J. Previous history of lung disease and risk of lung cancer in Montréal. Joint Meeting of the Canadian Society for Epidemiology and Biostatistics and the Society for Epidemiologic Research, Toronto, June 2005.

76. *Benedetti A, Parent M-É, Siemiatycki J. Alcohol consumption and lung cancer risk in two case-control studies in Montréal, Canada. Joint Meeting of the Canadian Society for Epidemiology and Biostatistics and the Society for Epidemiologic Research, Toronto, June 2005.

77. Leffondre K, Abrahamowicz M, Siemiatycki J. Modeling smoking history using an overall indicator of exposure. 26th Annual Conference of the International Society for Clinical Biostatistics (ISCB), Szeged, Hungary, August 2005.

78. Rousseau M.-C, Parent M-É, Siemiatycki J. Exposition professionnelle au plomb et risque de cancer : Étude de cas-témoin basée sur la population de Montréal, Qc. Environnement et santé : Congrès international de l'Association des épidémiologistes de langue française (ADELF), Québec, September 2005.

79. *Ramanakumar AV, Parent M-É, Siemiatycki J. Residential fuel exposures and risk factors for lung cancer: Evidence from two population-based case-control studies in Montréal. Spring Colloquium: Environmental Health Research Network (RRSE), Montréal, May 2006.

80. Sharek M, Rousseau M-C, Siemiatycki J, Parent M-É. Antioxydants et prévention du cancer du poumon : où en sommes-nous? Spring Colloquium: Environmental Health Research Network (RRSE), Montréal, May 2006.

81. Parent M-É, Shareck M, Désy M, Rousseau M-C, Siemiatycki J. Night Work and Risk of Prostate and Colon Cancers. Second North American Congress of Epidemiology, Seattle, June 2006.

82. Rousseau M-C, Parent M-É, Siemiatycki J. Exposure to lead compounds, occupation, and risk of cancer. Second North American Congress of Epidemiology, Seattle, June 2006.

83. *Ramanakumar AV, Parent M-É, Siemiatycki J. Risk of lung cancer from traditional heating and cooking fuels in Montréal. 2006 American Association for Cancer Research (AACR) International Conference on Frontiers in Cancer Prevention Research, Boston, November 2006.

84.    Shareck M, Rousseau M-C, Siemiatycki J, Parent M-E. Antioxydants et prévention du cancer du poumon: où en sommes-nous? Second Conference of the Association des étudiantes et étudiants en Santé Publique de l'Université de Montréal, Montréal, February 2007.

85.    *Liu A, Abrahamowicz M, Siemiatycki J. Selected Methodological Issues in Testing and Estimating Sex Interactions with Multi-dimensional Exposures: a Simulation Study. 3rd Annual GENESIS (Gender and Sex Determinants of Cardio-vascular Disease: From Bench to Beyond) Montréal Meeting, Montréal, March 8-9, 2007.

86.    *Ramanakumar AV, Parent M-É, Siemiatycki J. Exposure to painting-related occupations and risk of lung cancer: results from two case-control studies in Montréal. Oral presentation, Canadian Society for Epidemiology and Biostatistics, Calgary, May 2007.

87.    Parent M-É, Rousseau M-C, Pintos J, Nicolau B, Désy M, Siemiatycki J. Are men reporting a history of anxiety, depression or insomnia at increased risk of cancer? Annual Meeting of the Canadian Society for Epidemiology and Biostatistics, Calgary, May 2007.

88.    *Pintos J, Parent M-É, Rousseau M-C, Siemiatycki J. Risk of mesothelioma associated with occupational exposure to asbestos: Evidence from two case-control studies in Montréal, Canada. Annual Meeting of the Canadian Society for Epidemiology and Biostatistics, Calgary, May 2007.

89.    Shareck M, Rousseau M-C, Siemiatycki J, Parent M-É. Dietary antioxidants intake and risk of lung cancer: A population-based case-control study. Poster presentation, 2007 CSEB Student Conference, Calgary, Alberta, May 2007.

90.    Shareck M, Rousseau M-C, Siemiatycki J, Parent M-É. Dietary antioxidants intake and risk of lung cancer: a population-based case-control study. Poster presentation, Spring 2007 Conference of the Environmental Health Research Network (RRSE-FRSQ), Montréal, May, 2007.

91.    Parent M-É, Rousseau M-C, Pintos J, Nicolau B, Désy M, Siemiatycki J. Is there a link between stress at work and cancer risk? Annual Meeting of the Society for Epidemiologic Research, Boston, June 2007. American Journal of Epidemiology 2007;165(11)Suppl:S3.

92.    Nicolau B, Parent M-É, Rousseau M-C, Désy M Siemiatycki J. Childhood socioeconomic position in relation to cancer: evidence from a Canadian population based case-control study. Annual Meeting of the Society for Epidemiologic Research, Boston, June 2007. American Journal of Epidemiology 2007;165(11)Suppl:S77.

93.    *Pintos J, Parent M-É, Rousseau M-C, Siemiatycki J. Occupational Exposure to Asbestos and Man-Made Vitreous Fibers, and Risk of Lung Cancer: evidence from two case-control studies in Montréal, Canada. Annual Meeting of the Society for Epidemiologic Research, Boston, June 2007. American Journal of Epidemiology 2007; 165(11) Suppl: S102.

94.    Rousseau M-C, Parent M-É, Desy M, Siemiatycki J. History of allergic disease and risk of cancer. Annual Meeting of the Society for Epidemiologic Research, Boston, June 2007. American Journal of Epidemiology 2007;165(11)Suppl:S100.

95.    *Momoli F, Parent M-É, Abrahamowicz M, Nadon L, Lakhani, Latreille B, Krewski D, Siemiatycki J. Lung cancer risk from selected occupational chemicals. Annual Meeting of the Society for Epidemiologic Research, Boston, June 2007. American Journal of Epidemiology 2007; 165(11)Suppl:S102.

96.    *Momoli F, Parent M-É, Abrahamowicz M, Nadon L, Lakhani, Latreille B, Krewski D, Siemiatycki J. Lung cancer risk from selected occupational chemicals. Annual Meeting of the Society for Epidemiologic Research, Boston, June 2007. American Journal of Epidemiology 2007; 165(11) Suppl: S102.

97.    *Liu A, Abrahamowicz M, Siemiatycki J. Testing and estimating interactions with multi-dimensional exposures: A simulation study. 28th Annual Conference of the International Society for Clinical Biostatistics, Alexandroupolis, Greece, July-August 2007.

98.    Parent M-E, Rousseau M-C, Siemiatycki J, Goldberg M, Aprikian F, Saad F, Karakiewicz P. Main determinants of response rates in a large population-based case-control study of environmental, lifestyle and genetic factors, and prostate cancer in Montréal, Canada. Making Connections: A Canadian Cancer Research Conference, Toronto, November 15-17, 2007.

99.    *Liu A, Abrahamowicz M, Siemiatycki J. Testing and estimating interactions with multi-dimensional exposures: A simulation study. 10e Congrès annuel des étudiants, stagiaires et résidents du centre de recherche du CHUM. Montréal, December 18, 2007.

100. Shareck M, Rousseau M-C, Siemiatycki J, Parent M-É. Fruit and vegetables, and risk of lung cancer, by smoking intensity. Society for Epidemiologic Research, Chicago, June 2008.

101. Parent M-É, Siemiatycki J, Goldberg M, Désy M. Birth weight, obesity during childhood, adolescence and adulthood, and prostate cancer - Preliminary data from the PROTEuS study. Society for Epidemiologic Research, Chicago, June 2008. American Journal of Epidemiology 2008 ; 167 (Suppl.): S62

102. Leffondré K, Wynant W, Cao Z, Siemiatycki J. A comprehensive smoking index to model smoking history in cancer studies. Society for Epidemiologic Research, Chicago, June 2008.

103. *Beveridge R, Pintos J, Parent M-É, Asselin J, Siemiatycki J. Risk of lung cancer after occupational exposure to cadmium, chromium VI, and nickel. Society for Epidemiologic Research, Chicago, June 2008.

104. *Liu A, Abrahamowicz M, Siemiatycki J. Methodological challenges in testing and estimating interactions with multi-dimensional exposures. Society for Epidemiologic Research, Chicago, June 2008.

105. Leffondré K, Wynant W, Cao Z, Abrahamowicz M, Siemiatycki J. A weighted Cox model for case-control data with time-dependent exposures. 29th Annual Conference of the International Society for Clinical Biostatistics, Copenhagen, August 17-21, 2008.

106. Koushik A, Parent M-É, Siemiatycki J. Characteristics of menstruation and pregnancy and the risk of lung cancer in women. 6th Annual American Association for Cancer Research, Frontiers in Cancer Prevention Research Meeting, Philadelphia, November 16-19 - 2008

107. Olsson A.C., Gustavsson P, Kromhout H, Siemiatycki J, et al. Pooled Analyses on Diesel Motor Exhaust and Lung Cancer in Europe and Canada. Poster presentation. 29th ICOH International Congress on Occupational Health, Cape Town, South Africa, March 2009.

108. Shareck M, Rousseau M-C, Siemiatycki J, Parent M-É. Dietary Intake of Antioxidants and Risk of Four Histological Subtypes of Lung Cancer: a Population Based Case-Control Study. Oral presentation at the Canadian Society for Epidemiology and Biostatistics (CSEB) and Association of Public Health Epidemiologists in Ontario (APHEO) Joint Conference, Ottawa, Ont. May 2009

109. Nkosi MT, Rousseau M-C, Parent M-É, Siemiatycki J. Comparison of indicators of financial situation in the context of an epidemioological study. Poster presentation at the Canadian Society for Epidemiology and Biostatistics (CSEB) and Association of Public Health Epidemiologists in Ontario (APHEO) Joint Conference, Ottawa Ont, May 2009.

110. Nkosi MT, Rousseau M-C, Parent M-É, Siemiatycki J. Studying socio-economic status and lung cancer risk; How important Is the modelling of smoking? Poster presentation at the Canadian Society for Epidemiology and Biostatistics (CSEB) Student Conference, Ottawa Ont, May 2009.

111. Rousseau M-C Parent M-E, Nicolau B, Koushik A, Siemiatycki J. Body mass index and lung cancer risk in a population-based case-control study from Montréal, Canada. Poster presentation at the 42nd Annual Meeting of the Society for Epidemiological Research (SER) Meeting Anaheim Ca, June 23-26 2009.

112. *Pintos J, Parent M-E, Siemiatycki J. Occupational exposure to diesel engine emissions and risk of lung cancer; evidence from case-control study in Montréal. Oral presentation. 42nd Annual Meeting of the Society for Epidemiologic Research Meeting (SER), Anaheim, June 23-26 2009.

113. *Perron S, Jacques L, Siemiatycki J, Ducharme F. Home multifaceted environmental interventions to improve asthma control: A systematic review. 137th Annual Meeting of the American Public Health Association (APHA), November 7-11 2009, Philadelphia, PA.

114. *Wynant W, Siemiatycki J, Parent M-E, Rousseau M-C. Exposition professionnelle au plomb et risque de cancer du poumon. Présentation orale, Congrès Armand Frappier, Bromont (Qc), Novembre 2009.

115. Kâ K, El-Zein M, Parent M-É, Siemiatycki J, St-Pierre Y, Rousseau M-C. Antécédent médical d'asthme ou d'eczéma et risque de cancer: une étude cas-témoins à base populationnelle. Présentation orale, Congrès Armand Frappier, Bromont (Qc), Novembre 2009.

116. Soskolne CL, Jhangri GS, Scott HM, Brenner DR, Siemiatycki J, Lakhani RA, Gérin M, Dewar R, Miller AB, Risch H. A population based case-control study of occupational exposure to acids and the risk of lung cancer: evidence for specificity with laryngeal cancer. Poster presentation at INSIGHTS'09, School of Public Health, University of Alberta, Edmonton, Alberta, November 12 2009.

Curriculum Vitae                                                                    Jack Siemiatycki

117.  *Pintos J, Lavoué L, Van Tongeren M, Kauppinen T, Richardson L, Sleeuwenhoek A, Lakhani R, Cardis E, Siemiatycki J. Comparison of exposure estimates in FINJEM with expert-based assessments performed in Montréal. Part I: Exposure prevalence. Oral presentation. Epidemiology in Occupational Health (EPICOH), Taipei, April 2010.

118.  Lavoué J, Pintos J, Van Tongeren  M, Kauppinen T, Richardson L, Sleeuwenhoek A, Lakhani R,  Cardis E, Siemiatycki J. Comparison of exposure estimates in FINJEM with expert-based assessments performed in Montréal. Part II: Exposure levels. Oral presentation. Epidemiology in Occupational Health (EPICOH), Taipei, April 2010.

119.  *Christensen KY, Naidu A, Parent M-E, Pintos J, Siemiatycki J, Koushik A. The risk of lung cancer related to dietary intake of flavonoids. Annual Meeting of the Society for Epidemiologic Research (SER), Seattle, Washington, June 2010.

120.  *Wynant W, Siemiatycki J, Parent M-E, Rousseau M.C. Occupational exposure to lead compounds and lung cancer. SER, Seattle, June 2010.

121.  *Liu A, Abrahamowicz M,  Siemiatycki J. Methodological challenges in testing and estimating interactions with multi-dimensional exposures. Annual Meeting of the Society for Epidemiologic Research (SER), Seattle, June 2010.

122.  Rousseau M-C, Conus F, Parent M-É, Siemiatycki J. History of allergic diseases and risk of lung cancer. Poster présentation. Third North American Congress of Epidemiology, Montréal, June 2011. Am. J. Epidemiol. (2011) 173 (suppl 11):S29.

123.  Leffondré K, Wynant W, Cao Z, Siemiatycki J. A comprehensive smoking index to model smoking history in cancer studies. Poster présentation. Third North American Congress of Epidemiology, Montréal, June 2011. Am. J. Epidemiol. (2011) 173 (suppl 11):S29.

124.  *Liu A, Abrahamowicz M, Siemiatycki J. When Interaction Estimates in Logistic Regression are Confounded? Oral presentation. Third North American Congress of Epidemiology, Montréal, June 2011. Am. J. Epidemiol. (2011) 173 (suppl 11):S29.

125.  *Vallières É, Siemiatycki J, Lavoué J, Pintos J, Parent M-E. Risk of lung cancer after exposure to welding fumes in two population-based case-control studies. Poster presentation. Third North American Congress of Epidemiology, Montréal, June 2011. Am. J. Epidemiol. (2011) 173 (suppl 11):S29.

126.  *Mahboubi A, Koushik A Siemiatycki J, Lavoué J, Rousseau M-C. Occupational exposure to formaldehyde and risk of lung cancer. Poster presentation Third North American Congress of Epidemiology, Montréal, June 2011. Am. J. Epidemiol. (2011) 173 (suppl 11):762-S.

127.  *Mahboubi A, Abrahamowicz M, Siemiatycki J. Simulation study of multiple logistic regression estimates for multiple correlated exposures measured with errors. Poster presentation. Third North American Congress of Epidemiology, Montréal, June 2011. Am. J. Epidemiol. (2011) 173 (suppl 11):S29.

128.  *Al-Zoughool M, Pintos J, Richardson L, Parent M-É, Ghadirian P, Krewski D, Siemiatycki J. Exposure to environmental tobacco smoke and risk of lung cancer: evidence from a case-control study in Montréal, Canada. Poster presentation. Third North American Congress of Epidemiology, Montréal, Quebec, Canada, June 2011. Am. J. Epidemiol. (2011) 173 (suppl 11):S29.

129.  El-Zein M, Parent M-É, Nicolau B, Koushik A, Siemiatycki J, Rousseau M-C. Smoking, body mass index and lung cancer risk. Poster presentation. Third North American Congress of Epidemiology, Montréal, Quebec, Canada, June 2011. Am. J. Epidemiol. (2011) 173 (suppl 11):S29.

130.  Karp I, Abrahamowicz M, Leffondré K. Siemiatycki J. Development of a method for assessment of risk of lung cancer. Poster presentation. Third North American Congress of Epidemiology, Montréal, Quebec, June 2011. Am. J. Epidemiol. (2011) 173 (suppl 11):S29.

131.  Momoli F, Parent M-E, Siemiatycki J, Platt R, Richardson L, et al. A probabilistic multiple-bias model applied to a study of mobile phone use and risk of glioma. Third North American Congress of Epidemiology, Montréal, Quebec, June 2011. Am. J. Epidemiol. (2011) 173 (suppl 11):S29.

132.  Siemiatycki J, Richardson L, Kincl L, Schlaefer K, Cardis E. Oral presentation. INTEROCC Study: Social Class and The Risk of Glioma Brain Tumours. International Society for Environmental Epidemiology (ISEE), Barcelona, Spain, September 2011.

133. Siemiatycki J, Richardson L, Kincl L, Schlaefer K, Cardis E. Oral presentation. INTEROCC Study: Social Class and The Risk of Meningioma Brain Tumours. International Society for Environmental Epidemiology (ISEE), Barcelona, Spain, September 2011.

134. Kendzia B, Pesch B, Jöckel K.-H, Kromhout H, Straif K, Brüning T, on behalf of the SYNERGY Working Group. Lung cancer risks of welding in a pooled analysis of case-control studies. Oral presentation. 7th International Conference on Science of Exposure Assessment (X2012), Edinburg, Scotland, July 2012.

135. Olsson A.C, Vlaanderen J, Vermeulen R, Kromhout H, Pesch B, Straif Kurt on behalf of the SYNERGY study Group. Improved risk estimation through advanced exposure modelling in community-based studies: the example of occupational asbestos exposure in the SYNERGY project. Oral presentation. 7th International Conference on Science of Exposure Assessment (X2012), Edinburgh, Scotland, July 2012.

136. *Lacourt A, Lavoué J, Labrèche F, Siemiatycki J. Gender differences in occupational exposures assessed by experts in a community based-case control study of lung cancer. Oral presentation 7th International Conference on the Science of Exposure (X2012), Edinburgh, Scotland, July 2012.

137. *Pasquet R, Karp I, Siemiatyck J, Koushik A. Intake of black tea and coffee and the risk of lung cancer. E-poster. UICC World Cancer Congress, Montréal, Quebec, 27-30 August 2012.

138. *Vallières E, Siemiatycki J, Lavoué J, Pintos J, Parent M-E. Risk of three histological types of lung cancer after exposure to welding fumes. Poster presentation, UICC World Cancer Congress, Montréal, Quebec, 27-30 August 2012.

139. *Rivera M, *Vizcaya D, Pintos J, Abrahamowics M, Siemiatycki J. Association between exposure to engine emissions and lung cancer. 23rd International Conference on Epidemiology in Occupational Health (EPICOH), Utrecht, Netherlands, 18-21 June 2013.

140. *Vizcaya D, Lavoué J, Bégin D, Pintos J., Richardson L, *Rivera M, Siemiatycki J. Risk of eight types of cancer and cleaning-related exposures in a case-control study. 23rd International Conference on Epidemiology in Occupational Health (EPICOH), Utrecht, Netherlands, 18-21 June 2013.

141. *Vizcaya D, Lavoué J, Pintos J, Richardson L, Siemiatycki J. Lung cancer and cleaning-related exposures: results from two case-control studies. 23rd International Conference on Epidemiology in Occupational Health (EPICOH), Utrecht, Netherlands, 18-21 June 2013.

142. Turner M-C, Benke G, Bowman J, et al. Occupational exposure to extremely low frequency magnetic fields and brain tumour risks in the INTEROCC study. Environment and Health – Joint meeting of the International Society for Environmental Epidemiology (ISEE), the International Society for Exposure Sciences (ISES) and the International Society for Indoor Air Quality (ISIAQ), Basel, Switzerland, 19-23 August 2013.

143. Lavoué J, Labrèche F, Richardson L, Goldberg M, Parent M-E, Siemiatycki J. CANJEM: a general population job exposure matrix based on past expert assessments of exposure to over 250 agents. 24th International Conference on Epidemiology in Occupational Health (EPICOH), Chicago, Illinois, 24-27 June 2014. [abstract] Occupational & Environmental Medicine. 2014;71 (Suppl 1):A48.

144. *Ho V, Parent M-E, Pintos J, Abrahamowicz M, Gauvin L. Siemiatycki J, Koushik A. Lifetime occupational physical activity and lung cancer risk. 17ème Congrès des étudiants, stagiaires et résidents du CRCHUM, Montréal, Quebec, December 2014.

145. Turner M C, Sadetzki S, Eastman Langer C, Figuerola J, Armstrong BK, Chetrit A, Giles GG, Krewski D, Hours M, McBride /ML, Parent M-E, Richardson L, Siemiatycki J, Woodward A, Cardis E. Impact of case:control matching strategies on associations between cellular telephone use and glioma risk in the INTERPHONE study. International Society for Environmental Epidemiology (ISEE), Seattle, Washington, 25 August 2014.

146. *Dutczak H, Siemiatycki J, Koushik A. Exposure to stressful life events and lung cancer risk. 10ème Colloque Annuel de l'Association des Étudiantes et Étudiant en Santé Publique de l'Université de Montréal, Quebec, February 2015.

147. *Xu M, Richardson L, Campbell S, Siemiatycki J. Trends and Characteristics of Response Rates in Case-Control Studies of Cancer. 10ème Colloque Annuel de l'Association des Étudiantes et Étudiant en Santé Publique de l'Université de Montréal, Montréal, Quebec, February 2015.

148. *Pasquet R, Cardis E, Richardson L, Lavoué J, Siemiatycki J, Koushik A. L'association entre l'exposition occupationnelle aux métaux et le cancer du cerveau. 10ème Colloque Annuel de l'Association des Étudiantes et Étudiant en Santé Publique de l'Université de Montréal, Montréal, Quebec, February 2015.

149. *Dutczak H, Siemiatycki J, Koushik A. Stressful life events and lung cancer risk. Canadian Society for Epidemiology and Biosatistics (CSEB), Mississauga, Ontario, 1-4 June 2015.

150. *Pasquet R, Cardis E, Richardson L, Lavoué J, Siemiatycki J, Koushik A. The association between occupational exposure to metals and metalloids and brain cancer risk. Canadian Society for Epidemiology and Biosatistics (CSEB), Mississauga, Ontario, 1-4 June 2015.

151. *Xu M, Richardson L, Campbell S, Siemiatycki J. Trends and Characteristics of Response Rates in Case-Control Studies of Cancer. Canadian Society for Epidemiology and Biostatistics (CSEB), Mississauga, Ontario, 1-4 June 2015.

152. Behrens T, Groß I, Siemiatycki J, Conway D, Jöckel K-H, Olsson A, Kromhout H, Straif K, Schüz J, Hovanec J, Kendzia B, Pesch B, Brüning T. Niedriges berufliches Prestige, soziale Mobilität und Lungenkrebs – die SYNERGY-Studie. German Epidemiology Association (DGEpi), Potsdam, Germany, September 2015.

153. *Carrier M, Kestens Y, Siemiatycki J. Nuisances environnementales et risques pour la santé. AQTR, Montréal, Quebec, 15 September 2015.

154. *Sauvé JF, Siemiatycki J, Labrèche F, Lavoué J. Development of the CANJEM job exposure matrix: Bayesian modelling of occupational exposures assigned by experts to over 30000 jobs spanning 1920-2005. The International Society of Exposure Science (ISES), Henderson, Nevada, 18-22 October 2015.

155. Vila J, Bowman JD, Richardson L, Kincl L, Conover D, van Tongeren M, Mann S, Vecchia P, McLean D, Cardis E, on behalf of the INTEROCC Study Group. Assessing cumulative exposures to electromagnetic fields: From source-based measurements to individual lifetime exposure estimates. The International Society of Exposure Science (ISES) Henderson, Nevada, 18-22 October 2015.

156. *Karumanchi S, Hatsopoulou M, Richardson L, Siemiatycki J. Methodology for exposure assessment for UFPs in the Grand Montréal Region. Oral presentation. 11th Annual Symposium of the Student Association in Public Health at the Université de Montréal (AÉÉSPUM), Montréal, Quebec, 9 February 2016.

157. *Carrier M, Apparicio P, Kestens Y, Séguin AM, Pham H, Crouse D, Siemiatycki J. Application of a global environmental equity index in Montréal: diagnostic and further implications, AAG, San Francisco, California, 30 March 2016.

158. *Carrier M, Apparicio P, Kestens Y, Séguin A-M, Pham H, Crouse D, Siemiatycki J. Application d'un indice d'équité environnementale à Montréal: établissement d'un diagnostic pour cibler les secteurs et les groupes les plus vulnérables, ACFAS, Montréal, Quebec, 11 May 2016.

159. *Carrier M, Kestens Y, Crouse D, Siemiatycki J.  Lung cancer and exposure to Nitrogen Dioxide and Traffic in Montréal, World Conference on Transport Research, Shanghai, China, 10 July 2016.

160. *Xu M, Richardson L, Campbell S, Pintos J, Siemiatycki J. Patterns and trends in quality of response rate reporting in case-control studies of cancer. 18th Congress of Students, Interns and Residents of CRCHUM, Montréal, Quebec, 4 May 2016.

161. *Xu M, Richardson L, Campbell S, Pintos J, Siemiatycki J. Time trends and study design determinants of response rates in case-control studies of cancer. 18th Congress of Students, Interns and Residents of CRCHUM, Montréal, Quebec, 4 May 2016.

162. *Karumanchi S, Hatsopoulou M, Richardson L, Thierry B, Goldberg M, Siemiatycki J. Land use regression model of UFPs in the Grand Montréal Region. Oral presentation. Canadian Society for Epidemiology and Biostatistics, Winnipeg, Manitoba, 8-10 June 2016.

163. *Xu M, Richardson L, Campbell S, Pintos J, Siemiatycki J. Subject response rates in case-control studies of cancer: quality of reporting, time trends, and study design determinants. Epidemiology Congress of the Americas, Miami, Florida, 21-24 June 2016.

164. *Rémen T, Siemiatycki J, Lavoué J. Impact of inter-coder differences in occupation and industry classification coding on exposure estimates obtained via job-exposure matrix: example of gasoline engine

emissions in CANJEM. Oral presentation. 25th EPICOH - Epidemiology in Occupation Health Conference, Barcelona, Spain, 4-7 September 2016.

165.  *Sauvé JF, Lavoué J, Siemiatycki J, Parent ME. Evaluation of a hybrid expert approach for retrospective assessment of occupational exposures in a population-based study of prostate cancer in Montréal, Canada. Oral presentation. 25th EPICOH - Epidemiology in Occupation Health Conference, Barcelona, Spain, 4-7 September 2016.

166.  *Pasquet R, Cardis E, Richardson L, Lavoué J, Siemiatycki J, Koushik A. The association between occupational exposure to metals and metalloids and brain cancer risk. 25th EPICOH - Epidemiology in Occupation Health Conference, Barcelona, Spain, 4-7 September 2016.

167.  Russ D, Rémen T, Ho KY, Chow WH, Davis F, Hofmann J, Huang H, Purdue M, Schwartz K, Siemiatycki J, Zhang Y, Silverman D, Johnson C, Lavoué J, Friesen M. Recommendations for prioritizing expert review of free-text job descriptions that underwent computer-based coding using the SOCcer algorithm. 25th EPICOH - Epidemiology in Occupation Health Conference, Barcelona, Spain, 4-7 September 2016.

168.  *Sauvé JF, Labrèche F, Richardson L, Goldberg MS, Parent MÉ, Siemiatycki J, Lavoué J. Development of the CANJEM Canadian general-population job-exposure matrix from past expert evaluations. Oral presentation. Canadian Association for Research on Work and Health (CARWH) conference, Toronto, Ontario, October 2016.

169.  *Rémen T, Siemiatycki J, Lavoué J, Verner MA. Impact of inter-coder differences in occupation and industry classification coding on exposure estimates obtained via job-exposure matrix: example of gasoline engine emissions in CANJEM. Poster. International Society of Exposure Science (ISES) 2016 Annual Meeting, Utrecht, Netherlands, 9-13 October 2016.

170.  Grundy A, Ho V, Parent ME, Siemiatycki J, Koushik A. Lifetime recreational moderate-to vigorous physical activity and the risk of ovarian cancer by subtype. Poster presentation. 2016 American Institute for Cancer Research (AICR) Research Conference, North Bethesda, Maryland,14-16 November 2016.

171.  Grundy A, Ho V, Parent ME, Siemiatycki J, Koushik A. The impact of menopausal status on the association between moderate-to-vigorous physical activity among participants in the Prevention of OVArian Cancer in Quebec (PROVAQ) study. Oral Presentation. Canadian Society for Epidemiology and Biostatistics 2017 Biennal Conference, Banff, Alberta, 1 June 2017

172.  Bowman JD, Vila J, Richardson L, Kincl L, Cardis E on behalf of the INTEROCC Study Group. Occupational Exposures to Radio-frequency Electric Fields Assessed for the INTEROCC Study of Brain Cancer. Oral presentation.  American Industrial Hygiene Association conference, Seattle, Washington, 4-7 June 2017.

173.  *Karumanchi S, Siemiatycki J, Hatzopoulou M. Some challenges in measuring ultra-fine particles and developing a land use regression model. Oral presentation. Canadian Society for Epidemiology and Biostatistics (CSEB) 2017 Biennal Conference, Banff, Alberta, 30 May 2017.

174.  *Sauvé JF, Davies HW, Parent MÉ, Peters CE, Siemiatycki J, Sylvestre MP, Lavoué J. Development of quantitative estimates of wood dust exposure in a Canadian general population job-exposure matrix based on past expert assessments. 26th Conference on Epidemiology in Occupational Health (EPICOH 2017), Edinburgh, Scotland, August 2017.

175.  Ho V, Xu M, Pintos J, Lavoué J, Abrahamowicz M, Rousseau M.C, Richardson L, Siemiatycki J. Occupational exposures to leaded and unleaded gasoline engine emissions and lung cancer risk. Canadian Cancer Research Conference, Vancouver, British Columbia, 5-7 November 2017.

176.  Lequy E, Siemiatycki J, Leblond S, et al. Moss biomonitoring as an alternative to assess exposure to atmospheric metals in environmental epidemiology: the example of the bramm network and the gazel cohort. Poster. SEE Young 2018, Early Career Researchers Conference on Environmental Epidemiology – Together for a Healthy Environment, Freising, Germany, 19–20 March 2018. Occup Environ Med 2018;75:A27.

177.  Ho V, Parent MÉ, Lavoué J, Zhu Y, Siemiatycki J, Koushik A. Gender Differences in Occupational Physical Activity. Oral presentation. ISES-ISEE 2018 Joint Annual Meeting, Ottawa, Ontario. 26-30 August 2018.

178. *Xu M, Ho V, Siemiatycki J. Association between occupational exposure to textile fibre dusts and lung cancer in a population-based case-control study in Montréal: a preliminary analysis comparing results from three analytical methods. Oral presentation. ISES-ISEE 2018 Joint Annual Meeting, Ottawa, Ontario, 26-30 August 2018.

179. Zhu Y, Lavoué J, Parent MÉ, Siemiatcyki J, Koushik A, Ho V. Occupational Physical Activity and Lung Cancer Risk among Participants of the Alberta's Tomorrow Project. Poster. ISES-ISEE 2018 Joint Annual Meeting, Ottawa, Ontario, 26-30 August 2018.

180. *Karumanchi S, Siemiatycki J, Richardson L, Hatzopoulou M. Estimating exposure to Ultrafine Particles in the Greater Montreal Area among case-control study subjects: Comparison of classical land use regression model with a model based on Bayesian principles - Proposal. Poster. ISES-ISEE 2018 Joint Annual Meeting, Ottawa, Ontario, 26-30 August 2018.

181. van Tongeren M, Dirkx E, Lavoué J, Siemiatycki J, Ho V. Assessment of Occupational Exposure to Endocrine Disrupting Agents. Poster. ISES-ISEE 2018 Joint Annual Meeting, Ottawa, Ontario, 26-30 August 2018.

* First author was under supervision of J. Siemiatycki when this work was carried out

## GRANTS AND CONTRACTS RECEIVED

1. Comparison of three methods for conducting household health surveys; Nat. Health Res & Devel. Prog. (NHRDP); $27,000; 1974-76.

2. Pilot study of a case-control monitoring system for discovering occupational carcinogens; Conseil de la recherche en santé (CRSQ); $80,000; 1978-1980.

3. Établissement du jeune chercheur; CRSQ; $15,000; 1979-80.

4. Analyse de santé auprès de 1600 ménages montréalais; Ministère des affaires sociales (MAS); $12,708; 1980

5. Dépistage des facteurs cancérigènes de l'environnement professionnel montréalais: étude pilote; Commission des accidents du travail; $59,093 ; 1980-82.

6. Registry of patients with Juvenile Onset Diabetes in Québec; NHRDP; $35,478*; 1980-85; (P.I. Dr E. Colle).

7. Secondary analysis of a health survey in Montréal: methodologic issues and comparison of morbidity and health care utilization between social groups; NHRDP-H&W Can.; $15,000; 1981-82.

8. Exposure-based case-control approach to discovering occupational carcinogens; NHRDP-H&W Can.; $129,258; 1981-83.

9. An exposure-based case-control approach to discovering occupational carcinogens; NCIC; $131,842; 1981-83.

10. Variation in sex ratios of cancer between geographic areas; NCIC; $3,227; 1982-84.

11. Équipe associée en épidémiologie des cancers professionnels (Team grant); Institut de la recherche en santé et sécurité du travail (IRSST); $1 120,000; 1982-85.

12. Formaldehyde et cancer; IRSST; $9,500; 1983.

13. Retrospective cohort study in the Montréal fur industry; IRSST; $34,019; 1983-85.

14. Statistical analysis of a case-control study designed to discover occupational carcinogens; NHRDP-H&W Can.; $484,022; 1985-87.

15. Completion of chemical coding of exposures in a case-control study designed to discover occupational carcinogens; IRSST; $102,180; 1986.

16. Risks of cancer due to exposure to asbestos in a range of occupations; IRDA; $61,206; 1986-87.

17. Biological estimation of exposure: a tissue registry for the identification and quantification of occupational carcinogens; NCIC; $3,500*; 1986-87; (P.I. Dr B. Case)

18. Development of a proposal to study cancer risk and non-occupational exposure to asbestos; H&W Can.; $29,500; 1987-88.

19. Evaluation of cancer risk and occupational exposure to formaldehyde; H&W Can.; $30,000; 1987-88.

20. A genetic-epidemiologic study of breast cancer; NIH-NCI; $90,945(US)*; 1987-92; (P.I. Dr. R. Haile).

21.    Scholar award; NHRDP-H&W Can.; $298,689; 1987-93.

22.    An intervention trial to assess the risks of gastro-intestinal illness associated with consumption of treated tap water; NHRDP; $225,000*; 1987-89; (P.I. Dr P. Payment).

23.    Evaluation of cancer risk and occupational exposure to polycyclic aromatic hydrocarbons; H&W Can.; $29,500; 1988-89.

24.    Evaluation of cancer risk and occupational exposure to benzene, toluene and xylene; H&W Can, $40,000; 1988-89.

25.    Health risks due to chrysotile asbestos in the non-occupational environment: a workshop to evaluate a research protocol; H&W Can, $20,000; 1988-89.

26.    A population-based, case-control study of occupational exposure to sulphuric acid and the development of laryngeal cancer: an augmented secondary data analysis; NHRDP; $11,120*; 1988-89; (P.I. Dr. C. Soskolne).

27.    Mortality due to asbestos in the general environment of the Quebec mining areas; H&W Can.; $130,000; 1989-90.

28.    A case-control approach to discovering occupational carcinogens: an analysis of data; NHRDP; $55,508; 1989-90.

29.    Continued analysis of a large case control study of many types of cancer: occupational and non-occupational risk factors; NHRDP; $463,827 1988-1992

30.    Risk of cancer due to cigarette smoking - results of a multi-site case-control study; H&W Can.; $30,000; 1989-90.

31.    Étude sur la validité de matrice emploi-expositions multisectorielles; IRSST; $18,207*; 1990-1992; (P.I. Dr. M. Gérin).

32.    Équipe en épidémiologie environnementale (Team grant in environmental epidemiology) ; Fonds de recherche en santé du Québec; $526,297; 1990-1994.

33.    Leukemia in children due to parental occupational exposures; NHRDP; $108,000*; 1990-1994; (P.I. Dr Claire Infante-Rivard).

34.    Risk of cancer due to exposure to chlorinated solvents - results of a multi-site case-control study; H & W Can.; $30,000; 1991-92.

35.    Non-occupational exposure to Quebec chrysotile asbestos and risk of cancer retrospective assessment of exposure; H & W Can.; $60,000; 1991-92.

36.    Feasibility of epidemiologic methods to investigate health outcomes near waste sites; H & W Canada; $33,000; 1991-92

37.    A pilot study to evaluate the prevalence of hip arthritis in the Montréal urban setting, and an evaluation of methods of recruitment of a population aged 65+; Montréal General Hospital Clinical Epidemiology; $15,000*; 1991-92; (P.I. Dr. J. Esdaile).

38.    Non-occupational exposure to Quebec chrysotile asbestos and risk of cancer; mesothelioma ascertainment; NHRDP; $164,000; 1991-95.

39.    Multivariate Regression Analyses of Occupational Risk Factors for Several Types of Cancers; NHRDP; $128,827; 1992-96.

40.    Development of a Job-Exposure Matrix for Use in Epidemiologic Case-Control Studies of Occupational Risk Factors; NHRDP; $85,003; 1992-95.

41.    A prospective epidemiological study of gastrointestinal health effects due to consumption of drinking water. E.P.A. (US)/ NHRDP/ Nat. Water Res. Inst.; $300,000*; 1993-95. (P.I.: Dr. P. Payment)

42.    A population-based, case-control study of occupational exposure to acidifying agents and the development of lung cancer: an augmented, secondary data analysis. NHRDP; $72,220*; 1993-1995. (P.I. Dr. C. Soskolne).

43.    Scholar award; NHRDP-Health Canada; $126,990; 1993-95.

44.    Équipe en épidémiologie environnementale (Team grant in environmental epidemiology) ; Fonds de recherche en santé du Québec; $242,652; 1994-1998.

45.    Examen pathologique de cas présumés de mésothéliome recensés chez les femmes depuis 1970 dans des hôpitaux du québec. Health and Welfare Canada. $30,000. 1994.

46. Cohort Study of a Ten Percent Sample of the Canadian Labour Force. NHRDP; $12,000*; 1994-97. (P.I. Dr. K. Aronson)

47. A health survey of persons living near the Miron Quarry Sanitary Landfill site, Montréal: a pilot study. NHRDP; $88,931 ; 1994-95. (P.I. Dr. M. Goldberg)

48. Occurrence of pathogenic microorganisms in water from St Laurent hydrological basin. FRSQ/ NHRDP & St Laurent Vision 2000; 1995-97. (P.I. P Payment)

49. Case-control study of lung cancer and environmental tobacco smoke; Health Canada; $544,344; 1995-1997.

50. Case-control study of lung cancer and occupational exposures: NHRDP; $840,000.; 1995–1998.

51. Occupational exposure to solvents and risk of breast cancer; National Cancer Institute of Canada; $300,000*; 1995-1997. (P.I.: M Goldberg).

52. Scholar Award; NHRDP-Health Canada; $263,329, 1995-1998.

53. Reanalysis of US data relating general mortality to air pollution; Health Effects Institute; 1998-2000 (P.I. D Krewski)

54. A case-control study of occupational risk factors for lung cancer; Medical Research Council of Canada; $554,757, 1998-2001

55. Évaluation du risque de cancer du poumon et de mésothéliome associé à l'exposition à l'amiante chez les travailleurs de la région montréalaise; Ministère de la Santé et des Services sociaux; $12,000. 1998.

56. Feasibility of a case-control study of the association between cell phone use and brain, salivary gland cancer and acoustic neurinoma. International Agency for Research on Cancer; $12,000, 1998.

57. Inorganic particulate retained dose markers in lung cancer and mesothelioma. CIHR (P.I. Bruce Case) $66,096. 1999-2003

58. Distinguished Scientist Award, Medical Research Council of Canada; $330,000; 1999-2004.

59. Évaluation du risque de mésothéliome associé à l'exposition à l'amiante chez les femmes de la région minière; Ministère de la Santé et des Services sociaux; $27,500. 1999-2000.

60. Program of research in environmental epidemiology of cancer (a national program to enhance capacity to conduct research) PREECAN; National Cancer Inst of Canada; $1,000,000; 2000-2004.

61. Designing a national research agenda in environmental epidemiology of cancer. Medical Research Council of Canada Opportunities Program; $40,000; 2000-2001.

62. Multi-centric case-control study of cell phone use and cancer risk in Montréal. CIHR; $500,000; 2000-2004.

63. Trainee award for: Bernard Rachet, Post-doctoral fellow. PREECAN – NCIC; $46,750; 2001-2003.

64. Cardiogene: a consortium to explore the gene-environment paradigm of major cardiovascular disorders in human and animal models. Canadian Institutes of Health Research, (P.I. P. Hamet) $2,632,272; 2001-2007.

65. Canada Research Chair in Environmental Epidemiology. Federal CRC program. $1,400,000; 2001-2008.

66. Installation of CRC. Canadian Foundation for Innovation. $312,000; 2002-2004.

67. Occupational and lifestyle factors in the etiology of prostate cancer, and establishing a platform for studying susceptibility biomarkers (Part 1). Canadian Cancer Society, Prostate Cancer Research Initiative, National Cancer Institute of Canada, (P.I. M-É Parent) $947,360; 2002-2007.

68. Center for research on environmental etiology of cancer. For the application process. Centre Hospitalier de l'Université de Montréal (CHUM); $7,000; 2002-2003.

69. Traffic-related air pollution and socioeconomic gradients in the incidence of cancer. CIHR, (P.I. M Goldberg) $497,000; 2004-2007.

70. Development and validation of new statistical methods for modeling intermediate events in survival analysis. CIHR, (P.I. M Abrahamowicz) $68,250; 2004-2005.

71. New survival analytic methods for time-dependent exposures in case-control studies, with applications to cancer. CIHR (P.I. K Leffondré) $52,791; 2004-2007.

72. Trainee award for: Venkata Ramana Kumar, Post-doctoral fellow. PREECAN – NCIC; $66,000; 2004-2007.

73.  Environmental Cancer Research Team. Development grant for the preparation of the full team grant application. CIHR (P.I. J. Siemiatycki) $9,500; 2005-2006.

74.  Trainee award for: Franco Momoli, PhD student. PREECAN – NCIC; $25,600; 2005-2006.

75.  Occupational and selected non-occupational risk factors for lung cancer: Analysis of a case-control study in Montréal. CIHR (co-P.I.'s: J Siemiatycki & M-É Parent) $1,920,447; 1999.2011.

76.  Development and evaluation of a cost-effective approach for retrospective assessment of occupational exposures in population-based studies (pilot study). Canadian Cancer Etiology Research Network - NCIC (P.I. M-É Parent) $35,000; 2006-2007.

77.  Trainee award for: Aihua Liu, PhD student. PREECAN – NCIC; $12,600; 2006-2007.

78.  Prostate cancer and occupational whole body vibration. Ontario Workplace Insurance Board: Research Advisory Council; Solutions for Workplace Change (P.I. J Purdham); $140,480; 2006-2008.

79.  Guzzo-SRC Chair in Environment and Cancer. Cancer Research Society, $1,285,000; 2007-2020.

80.  INTEROCC: Occupational exposures and brain cancer. NIH (P.I. E Cardis: To support the analysis of the occupational component of an international case-control study involving 13 countries and coordinated at the International Agency for Research on Cancer of the WHO [France]); $1,626,757 US; 2008-2010.

81.  Development and validation of a lung cancer risk prediction model. NCIC (P.I. I Karp); $102,099; 2008-2010.

82.  Occupational and lifestyle factors in the etiology of prostate cancer, and establishing a platform for studying susceptibility biomarkers (Part 2). NCIC (P.I.: M-É Parent); $756,000; 2008-2011.

83.  Preparation and development of an epidemiological study of modifiable and genetic factors associated with ovarian cancer risk (pilot project). Ovarian Cancer Canada (P.I.: A Koushik); $28,330; 2008-2009.

84.  SYNERGY - Pooled analysis of case-control studies on the joint effects of occupational carcinogens in the development of lung cancer: Montréal component. German Statutory Accident Insurance (DGUV) (P.I.: A Koushik); $119,177; 2008-2010.

85.  The risk of lung cancer related to occupational and recreation physical activity and to dietary intake of flavonoids. Canadian Cancer Research Society. (P.I.: A Koushik); $208,317; 2009-2012.

86.  A case-control study of modifiable and genetic factors associated with the risk of ovarian cancer. Canadian Cancer Society Research Institute (P.I: A Koushik); $498,997; 2010- 2013.

87.  Occupational and selected nonoccupational risk factors for lung cancer: analysis of a case-control study in Montréal. CIHR (P.I: J Siemiatycki, M-É Parent); $850,620; 2011-2015.

88.  Quebec Research Program for Prostate Cancer Prevention. Cancer Research Society (P.I.: M-É. Parent, P Karakiewics) $4,728,203; 2011-2015.

89.  Extreme weather and maternal-child health: targeting future impacts of climate change. CIHR. (P.I.: N Auger) $85,333; 2015-2019.

90.  Development of an instrument for assessing occupational exposures in cancer case-control studies and its application to cancers of lung, brain, ovary. Cancer Research Society- Programme GRePEC (Groupe de recherche et de prévention en environnement-cancer). (P.I.: J Siemiatycki, M Pollak) $2,510,890; 2011-2018.

91.  Occupational physical activity and lung cancer. (P.I.: V Ho, A Koushik).CIHR. $75,000. 2017-2018.

92.  Analyses of existing Canadian cohorts and databases related to occupational physical activity and lung cancer risk. CIHR. (P.I.: V Ho, A Koushik) $74,989; 2017-2018.

93.  The role of lifestyle factors in ovarian cancer prognosis. Department of Defence – Ovarian Cancer Research Program. (P.I.: A Koushik) $216,458 USD (est. $293, 000 CAD); 2015-2017. Extended August 2018.

94.  Occupational Exposure to Endocrine Disrupting Chemicals and Colorectal Cancer risk. CIHR (P.I.: V Ho, J Siemiatycki) $252,450; 2018-2021.

95.  Occupational exposures of women: improvement of an existing job exposure matrix to provide gender-specific estimations of exposure. IRSST. (P.I.: V Ho) $491,484; 2018-2021.

Exhibit 27

# Hysterosalpingo-Radionuclide Scintigraphy (HERS)

Mario Iturralde and Pieter Ferdinand Venter

A radionuclide procedure, hysterosalpingo-radionuclide scintigraphy (HERS), was designed to evaluate the migration of a particulate radioactive tracer from the vagina to the peritoneal cavity and ovaries as well as to image and functionally outline the patency of the pathways between these two extremes of the female reproductive system. Technetium-99m human albumin microspheres ($^{99m}$Tc-HAM) were deposited in the posterior fornices of patients who were divided into two specific groups. Group I consisted of patients who were to undergo different elective gynecologic operations, in which besides obtaining sequential images, radioactivity levels were measured in the removed organs and tissues. Group II consisted of patients referred by the Infertility Clinic for evaluation of their reproductive system pathways patency. In this latter group, HERS was compared with contrast hysterosalpingography (HSG) and peritoneoscopy (PCP). The results obtained from measurements of radioactivity levels on the removed surgical specimens and comparison with other conventional gynecologic diagnostic procedures provide accurate evidence of the migration of $^{99m}$Tc-HAM from the vagina, through the uterus and tubes, to the peritoneal cavity and ovaries, and show that HERS is a simple noninvasive method for functionally imaging and assessing the patency of the female reproductive system pathways.

IN THE adult female, the peritoneal cavity communicates with the outside via the fallopian tubes, the uterus, and the vagina and there is evidence for the migration of different substances in either direction (Fig. 1). For example, malignant cells from ovarian carcinoma can be demonstrated in the posterior fornix of the vagina.[1] After menstruation, the gonococcus can penetrate the cervix and gain access through the uterus and tubes to the peritoneal cavity and ovaries.[2] Retrograde menstruation is also a well known phenomenon. For pregnancy to occur, spermatozoa have to move up the uterus as the ova moves down the tube. After insufflation, air and gases pass easily from the vagina into the peritoneal cavity up to the diaphragm. Radiopaque contrast media are introduced with great ease through the uterus and tubes into the peritoneal cavity, and tubal patency is easily demonstrated during peritoneoscopy by injection of a dye through the cervix and into the tubes.

If transit can take place so easily, it is probable that the same happens with chemical substances used for hygienic, cosmetic, or medicinal purposes, many of which may have potential carcinogenic or irritating properties (Table 1). Such migration could well explain the etiologic role of chemical substances in certain gynecologic diseases, and specially in carcinoma of the ovary.[3-5] A role for environmental factors and socioeconomical conditions in the origin of ovarian carcinoma has been inferred from its higher incidence in industrialized countries[6] (Table 2). The incidence of carcinoma of the ovaries in South African whites is substantially higher than in South African blacks.[5]

The products of industry upon which most attention has been focused are asbestos and talc. Whereas the carcinogenic properties of asbestos are undisputed,[7] there is still controversy over talc.[8] Although conclusive data are lacking, various facts indicate that talc could be a possible carcinogen, cocarcinogen, or promoter of malignant transformation, and should not be used as a dusting powder.[9] This is based on the fact that talc, a hydrous magnesium silicate [$Mg_6S_{18}O_{20}(OH)_4$] is chemically similar to asbestos, which is a calcium magnesium silicate [$Ca_2MG_4S_{18}O_{22}(OH)_2$]; besides, talc frequently contains microscopic fibers of asbestos as a contaminant.[10]

Access of talc to the peritoneal cavity is most likely through the vagina. Studies of the transport of particles in the human female reproductive tract have shown that nonmotile inert carbon particles deposited in the vagina can be recovered 30–35 min later in the fallopian tubes.[11]

Electron micrographic slides of removed human ovaries have shown asbestos particles resting on them, and there is evidence that these

From the Faculty of Medicine, University of the Orange Free State, Bloemfontein, Republic of South Africa.

Reprint requests should be addressed to Mario Iturralde, M.D., Department of Nuclear Medicine, University of Pretoria, H.F. Verwoerd Hospital, Private Bag X169, Pretoria 0001, Republic of South Africa.

© 1981 by Grune & Stratton, Inc.

0001–2998/81/1104–0008$02.00/0

Case 3:16-md-02738-MAS-RLS   Document 10065-5   Filed 06/21/19   Page 810 of 828 PageID: 87779



**Fig. 1.** Schematic representation of the female reproductive system pathways seen from in front.

particles originated from talc used to dust condoms.[12] In this circumstance, talc particles were probably thrusted by the penile pumping action during intercourse. Furthermore, Henderson et al. found talc particles deeply embedded in 75% of ovarian tumors studied.[13,14]

The potential harmful effects of talc on a highly differentiated tissue such as the ovary, with its interrelated cell types and cyclical changes of secretory activity, should certainly not be ignored.[15]

To demonstrate the upward migration of nonmotile, inert chemical substances we made use of radionuclide imaging and counting techniques.[16] During the course of the study, we came to recognize that the value of the images obtained outlining the female reproductive system pathways functionally reflected the dynamic state of this system and could be used as an additional and/or alternative diagnostic modality in clinical gynecologic practice in evaluating tubal patency. Diagnostic procedures where gases, fluids, dyes, and contrast medium

**Table 1. Possible Chemical Carcinogens Used in the Vagina for Cosmetic, Hygienic, and Medicinal Purposes\***

| 1 | Arsenicals |
|---|---|
| 2 | Hydroxiquinolines |
| 3 | Nitrofurantion |
| 4 | Ichthammol |
| 5 | Sulphonamides |
| 6 | Metronidazole |
| 7 | Nitrosamine† |
| 8 | Spermicides |
| 9 | Asbestos‡ |
| 10 | Talc |
| 11 | Gentian violet |

\*From Venter.[5]
†Possible formation by chemical reduction.
‡As a contaminant.

**Table 2. Incidence of Carcinoma of the Ovaries in Different Countries (per 100,000)\***

| Sweden | 21.0 |
|---|---|
| Norway | 16.5 |
| USA (whites) | 15.6 |
| England | 14.7 |
| Israel | 11.0 |
| USA (blacks) | 8.8 |
| USA (hispanics) | 5.9 |
| Africa | 4.6 |
| India | 3.2 |
| Japan | 3.1 |

\*From Kolstad and Beecham.[6]

are introduced through manual interventions under positive pressure from the uterine cervix into the peritoneum, are anatomically accurate and safe in the hands of those performing them regularly, but do not physiologically portray

**Table 3. Surgical Indication and Operative Procedure (Group I)—24 Patients**

| No. Patients | Surgical Indication | Operative Procedure |
|---|---|---|
| 4 | Sterilization | Fimbriectomy |
| 7 | Ca. breast stage III | Bilateral salpingo-oophorectomy |
| 1 | Ca. breast stage III | Hysterectomy and bilateral salpingo-oophorectomy |
| 2 | Postmenopausal bleeding | Dilatation and curettage |
| 2 | Postmenopausal bleeding | Hysterectomy and bilateral salpingo-oophorectomy |
| 3 | Menorrhagia | Dilatation and curettage |
| 4 | Menorrhagia | Hysterectomy and bilateral salpingo-oophorectomy |
| 1 | Pelvic infection | Hysterectomy and bilateral salpingo-oophorectomy |



Fig. 2.   Median sagittal section of female genitalia to show relationships in the position in which the study was carried out. AA, anterior abdominal wall; VA, vagina; CX, cervix; UT, uterus; FT, fallopian tube; FI, fimbria; OV, ovary.

fallopian tube patency. They are invasive procedures, uncomfortable for the patient, restricted under certain conditions, and not free of risks of hypersensitivity reactions inherent in any contrast medium.

### MATERIALS AND METHODS

Patients in this study were divided into two different groups. Group I consisted of 24 adult women, both blacks and whites, admitted to hospital for elective gynecologic operations (Table 3). Group II consisted of 29 young white



Fig. 4.   Exposed cervix seen from in front with arrows showing external cervical os and posterior fornix where $^{99m}$Tc-HAM is usually deposited during HERS.

adult women referred by the Infertility Clinic for evaluation of their tubal patency. The radionuclide procedure was explained and the necessary consent was obtained.

### Procedure

The patient was placed in the supine gynecologic examination position with the buttocks slightly elevated or in the Tredelenburg position. (Fig. 2). The cervix and posterior fornix were exposed with a Cusco vaginal speculum (Fig. 3) and 10 mCi (for patients of group I) and 2–3 mCi (for



Fig. 3.   Cervix exposed with a Cusco vaginal speculum and syringe in place for deposition of $^{99m}$Tc-HAM for HERS.

Case 3:16-md-02738-MAS-RLS   Document 10065-5   Filed 06/21/19   Page 812 of 828 PageID: 87781







Fig. 5.   Normal HERS showing activity in the vagina, narrow stretch corresponding to endocervix that communicates with small uterine activity, faint profile of tubes extending upwards, and "hot" spot over the fimbria and ovaries. (A) Two-hour Polaroid image; (B) same image on x-ray film and overlapped schematic outline of female reproductive system pathways; (C) HSG showing normal bilateral spillage (PCP was also normal).

patients of group II) of $^{99m}$Tc-HAM in a volume of less than 1 ml were deposited in the posterior fornix, or close to the cervical external os (Fig. 4). The plastic cover of the needle (37 mm) was kept in place so as not to accidentally hurt the exposed tissue. The radionuclide was quickly discharged and the vaginal speculum carefully withdrawn while trying not to let the radioactive fluid leak out from the vagina. The vulva was then covered with a sanitary towel and the legs pressed or crossed together. The patient was kept in this position for the next 3 hr.

In patients from group I, about 24 hr after deposition of

the radioactive tracer in the vagina, counts were performed on removed surgical specimens using a 12.7 cm well-scintillation detector. Where the uterus and adnexae were removed together, they were first counted as a whole and later separately. In the five patients that had D & Cs, only the endometrial scrapping was counted. In the case of fallopian tubes, each one was counted separately and the fimbria and ovaries separately from the isthmus. In two cases, a piece of the anterior peritoneum, fluid from the pouch of Douglas, peripheral blood, and lymphatic glands were also counted to determine the possibility of reabsorption of the radionuclide

Case 3:16-md-02738-MAS-RLS Document 10065-5 Filed 06/21/19 Page 813 of 828 PageID: 87782







Fig. 6. Normal HERS; bicornate uterus with tubes extending laterally. (A) Three-hour Polaroid image; (B) same image with overlapped schematic outline of female reproductive system; (C) normal free spillage on HSG (PCP reported patent tubes).

Case 3:16-md-02738-MAS-RLS  Document 10065-5  Filed 06/21/19  Page 814 of 828 PageID: 87783





Fig. 7. (A) Normal HERS 1, 2, and 24 hr after deposition of $^{99m}$Tc-HAM in posterior fornix of the vagina. (B) Patent tubes reported on HSG and PCP.

into the blood stream or lymphatic drainage from the vaginal mucosa.

If radioactivity levels measured on the removed surgical specimens were substantially higher than background levels, this constituted positive evidence of migration of the $^{99m}$Tc-HAM from the vagina to the uterus or the tubes and ovaries. However, if radioactivity levels measured were comparable to background levels, it was taken as evidence that no migration of $^{99m}$Tc-HAM had taken place and the cause for this possible obstruction was investigated.

Images were obtained 1, 2, 3, and 24 hr after deposition of the radioactive tracer on a large field of view gamma camera with a low-energy parallel all-purpose collimator, to a total of 400–500 K counts. The usual was an anterior view over the lower pelvic region, and in selected cases, images were also obtained shielding the high activity in the vagina in order to enhance the image of the uterus and tubes. Scintiphotos were recorded on Polaroid and x-ray film.

The normal pattern of the images obtained with this procedure would be a central elongated area of high activity over the vagina. Directly on top of this area would be a narrow stretch of activity corresponding to the endocervix,

which would communicate the vagina and intrauterine activity. The uterus appeared as a smaller area of varying size, position, and shape (in most cases it was triangular). The tubes would be seen extending laterally or upward in a diverging angle with a distal "hot" spot of high intensity corresponding to the fimbria and ovaries (Fig. 5). In some cases, activity in the region of the tubal isthmus could not be visualized, although there was high activity in their distal segment (Figs. 6 and 7). In most cases, activity progressed within the first hour simultaneously through both tubes, while in others, activity moved faster in one tube than in the other, showing increased activity on one side. (Fig. 8). Scans were interpreted as abnormal if there was no activity in one or both tubes and specially if the distal focal area of high activity in the fimbria did not show up (Figs. 9, 10, and 11). Anatomic variants were also detectable (Fig. 12).

All patients of group II also had contrast hysterosalpingography (HSG) and peritoneoscopy (PCP) done after HERS. Spillage of the contrast media into the peritoneal cavity during HSG or appearance of the dye in the fimbria during PCP was an evident sign of tubal patency. The pressure exerted to introduce these substances from the

Case 3:16-md-02738-MAS-RLS Document 10065-5 Filed 06/21/19 Page 815 of 828 PageID: 87784





**Fig. 8.    (A) Normal HERS. Asymmetrical pattern of flow seen in 1, 2, and 5 hr images. (B) Both tubes reported as patent on HSG and PCP.**

uterine cervix to the peritoneal cavity was also taken into consideration. Results of the three diagnostic procedures were later compared and clinically evaluated. (See Results below.)

Radiation exposure to patients of group I was low or in most cases negligible, since the target organs had been surgically removed. However, this was not the case for patients of group II who were sexually active and in potentially childbearing age.

We were concerned because the radioactivity reaching the fimbria and ovaries, which in this case were the target organs, decayed there physically, as there is no know mechanism for the biologic removal of the $^{99m}$Tc-HAM once they reach the critically radiosensitive gonads. For this reason, we reduced the dose of the deposited $^{99m}$Tc-HAM in the vagina to 2–3 mCi during the course of the study of patients from group II without sacrificing clinically informative value to the procedure.

Fortunately, most of the deposited radioactivity appears to be in the vagina and only a fraction of it migrates to the




**Fig. 9.   Patient with left side hydrosalpinx. (A) HSG shows a dilated and contorted left tube with a short and thin right tube. There was spillage in the left side with obstruction in the right side tube. (B) A 2-hr image of HERS shows the same pattern with no migration of $^{99m}$Tc-HAM in the right tube.**

uterus and tubes (Fig. 13). Furthermore, in most cases this migration occurs within the first 3 hr and no further imaging is needed at 24 hr, which makes it possible to still obtain good quality images while reducing the radiation dose to the patient to safer levels comparable to those of x-ray diagnostic procedures.[17]

## RESULTS

Because the radioactive material leaked out from the vagina in 3 patients, these patients were excluded from the final analysis of the 24 patients of group I (Table 4). In 16 of the

**Fig. 10.   HERS and HSG (A) show uterus displaced to the right with long contorted left tube and obstructed right tube. (B) HERS on the 2, 3, and 24 hr images show focal "droplets" of higher activity at site of prominent kinks of left tube.**





Fig. 11. (A) HSG shows right tube to be patent while the left tube is only seen in its proximal segment. (B) HERS shows the same pattern at 1 and 2 hr. Later, at 24 hr, activity can be seen migrating through left tube but not reaching the fimbria.



Fig. 12. Patient with didelphos as outlined on 1-hr image of HERS (A) and HSG (B).

Case 3:16-md-02738-MAS-RLS  Document 10065-5  Filed 06/21/19  Page 818 of 828 PageID: 87787







Fig. 13.   (A) HERS shows a normal pattern of migration on 2, 3, and 24-hr images. (B) Twenty-four-hour whole body scan shows activity exclusively in the area of interest. (C) Bilateral tubal patency reported on HSG and PCP.

| Table 4. Summary of Results (Group I) | |
|---|---|
| Positive migration | 16 |
| Negative migration | |
| No passage to uterus | 2 |
| No passage to adnexae | 3 |
| Technically defective | 3 |
| Total patients examined | 24 |

| Table 5. HERS Versus HSG and PCP (Group II) | |
|---|---|
| Agreement between HERS, HSG, and PCP | 21 |
| Disagreement between HERS/HSG and PCP | |
| HERS (−); HSG and PCP (+)* | 5 |
| HERS (+); HSG and PCP (−) | 1 |
| Technically defective | 2 |
| Total patients examined | 29 |

*Tubes patent (+); tubes not patent (−).

Case 3:16-md-02738-MAS-RLS Document 10065-5 Filed 06/21/19 Page 819 of 828 PageID: 87788

remaining 21 patients there was positive evidence of migration of the $^{99m}$Tc-HAM from the vagina to the uterus or the tubes and ovaries. The results were negative in 5 cases; in 2 of them the radioactive $^{99m}$Tc did not pass from the vagina to the uterus, and in the other 3 there was no migration to the adnexae or fimbria.

In 14 of 21 cases, it was possible to measure high radioactivity levels in the adnexae separately from the uterus. Nine of these showed marked radioactivity in the tubes and ovaries (most of it localized in the fimbria). In 5 cases, radioactivity levels in the tubes were not much higher than the background, and in these patients severe tubal occlusion due to previous infection was confirmed by pathologic study of the surgically removed specimens. In the two patients where pieces of the anterior peritoneum, peripheral blood, and lymphatic glands were counted, the radioactivity levels of the samples

were as low as that of the background. This showed that the $^{99m}$Tc-HAM had not reached the adnexae through the blood supply owing to local reabsorption or lymphatic drainage from the vaginal mucosa where they had been deposited.

When HERS was compared with the results of HSG and PCP in group II (Table 5), we found that in 21 patients there was complete accordance between the 3 diagnostic modalities, be it that the tubes were patent or occluded. In one case, HSG and PCP showed that the tubes were patent, while initially HERS showed no migration in one tube during the first 3 hr of observation, but this changed later at 24 hr, when radioactivity appeared in the distal end of that tube (Fig. 14). In 6 cases there was no agreement between HERS and HSG and PCP. In 5 of them, both HSG and PCP showed that the tubes were patent when the contrast media and the dye were introduced under extreme pressure (Figs.





Fig. 14. (A) HSG shows bilateral tubal patency. (B) Two hour and 3 hr images on HERS show migration on left tube only, which appears to be long and contorted. At 24 hr, radioactivity appears to have migrated through right tube as well.

ITURRALDE AND VENTER





Fig. 15.   (A) During HSG and PCP both tubes were reported to be patent, but only after introducing contrast media and dye, respectively, under extreme pressure. (B and C) HERS shows that up to 24 hr, there is no migration through the right tube, while the left tube appears long and kinked.




Fig. 16. (A) During HSG and PCP, both tubes were reported to be patent, but only after introducing contrast media and dye, respectively, under extreme pressure. (B) On the 24-hr image, HERS shows no migration of $^{99m}$Tc-HAM through the right tube.

15 and 16). In these 5 cases, HERS showed no evidence of migration in one or the other tube, reflecting in this way the physiologic state of the fallopian tubes. In only one case did HERS show patency in one tube, while HSG and PCP did not, this was in the case of a woman with a septum in her vagina and a double uterus where manipulations for HSG and PCP were difficult. Finally, in 2 cases the results were equivocal because at least 2 of the 3 diagnostic procedures were technically deficient and no clinical information of diagnostic value could be obtained.

## DISCUSSION

The results obtained from HERS in patients from group I clearly demonstrate the upward migration of a particulate radioactive tracer such as $^{99m}$Tc-HAM from the vagina through the uterus and tubes into the peritoneal cavity and ovaries. This evidence correlates with findings on the surgically removed specimens, proving the

accuracy of this radionuclide procedure. The real importance of this finding is that it supports previous evidence for the migration of inert, nonmotile chemical substances from the vagina to the peritoneum and ovaries,[11-14] and could help explain the role that some of these apparently innocent and frequently used substances play in the etiology of certain gynecologic diseases.[3,4,8,9]

The mechanism by which this migration takes place is not clearly defined, but it is assumed that it is a combination of muscular peristaltic movements, changes in peritoneal pressure, and ciliary motion (in the tubes) that drives particles from the vagina to the peritoneum and ovaries. The abundance of blood vessels interspersed with muscle bundles and active mucosal secretion form in the fimbria a kind of erectile tissue where most of the tubal activity tends to gravitate. There must also be a cyclical hormonal component regulating this process, and we

presume that migration is facilitated during the period of ovulation.

As far as the radionuclide imaging process is concerned, it was encouraging to find a close correlation of this procedure when compared with HSG and PCP. But most important of all is the fact that HERS functionally reflects the dynamic state of the female reproductive system pathways by showing particulate migration, which is not the case of the other anatomically dependant diagnostic modalities used to evaluate tubal patency. In this small series we found that in five cases, HSG and PCP were reported showing anatomical tubal patency only because both the contrast media and dye were injected under extreme pressures, opening tubes that under other circumstances would not be patent. HERS proved in these five patients (19% of the series) that there was no migration of $^{99m}$Tc-

HAM through the fallopian tubes, this being the probable cause for the infertility of these patients.

Even though HERS is a simple, safe, and accurate procedure, further studies will be necessary to establish its value as an additional and/or alternative study to other conventional procedures in evaluating tubal patency and its role as a functional radionuclide imaging modality in clinical gynecologic practice.

One indication for HERS would be to use it as a procedure to monitor the efficacy of sterilization procedures where the fallopian tubes are dissected or obstructed; or conversely to see if they are patent and open to transit after reconstructive surgery in patients that have been previously sterilized. In both cases the patient becomes her own control before and after the surgical procedure.

## REFERENCES

1. Greenfeld EF: Ovarian tumours. Clin Obstet Gynecol 18:61–86, 1975

2. Schwarz RH: Acute pelvic inflammation disease, in Monif GRG (ed): Diseases in Obstetrics and Gynaecology. London, Harper and Row, 1974, pp 381–395

3. Howe JR: A method of recognising carcinogens in the laboratory. Lab Prac 24:457–467, 1975

4. Lingeman CH: Etiology of cancer of the human ovary. A review. J Natl Cancer Inst 53:1603–1618, 1974

5. Venter PF: Epiteeltumore van die Ovarium. Doctoral thesis University of the Orange Free State, South Africa, 1979

6. Kolstad P, Beecham J: Epidemiology of ovarian neoplasia, in: Diagnosis and Treatment of Ovarian Neoplastic alterations. Amsterdam, Exerpta Medica, American Elsevier, 1975, pp 56–62

7. Wagner JC: Asbestos and cancer. Abbottempo Book 3:26–29, 1968

8. Henderson WJ, Hamilton TC, Griffiths K: Talc in normal and malignant ovarian tissue. Lancet 1:499, 1979

9. Longo DL, Young RC: Cosmetic talc and ovarian cancer. Lancet 2:349, 1979

10. Moorehead WR, Tjein OO: Talc in drugs. N Engl J Med 298:1365–1366, 1978

11. Egli GE, Newton M: The transport of carbon particles in the human female reproductive tract. Fertil Steril 12:151–155, 1961

12. Deutsch M: More on joggers ailments. N Engl J Med 298:405, 1978

13. Henderson WJ, Joslin CAF, Turnbull AC, et al: Talc and carcinoma of the ovary and cervix. J Obstet Gynaecol Br Commonw 78:266–272, 1971

14. Henderson WJ, Melville-Jones C, Wilson DW, et al: Oxygen incineration and electron microscope x-ray microanalysis of mineral particles in biological tissue. J Histochem Cytochem 26:1087–1093, 1978

15. Griffiths K, Chandler SA, Henderson WJ, et al: Ovarian cancer: Some new analytical approaches in carcinoma of the ovary. Postgrad Med J 49:69–72, 1973

16. Venter PF, Iturralde M: Migration of a particulate radioactive tracer from the vagina to the peritoneal cavity and ovaries. S Afr Med J 55:917–919, 1979

17. Johns HE, Cunningham JR: Patient exposure in diagnostic radiology, in Johns HE, Cunningham JR (eds): The Physics of Radiology. Springfield Ill, Charles C Thomas, 1969, pp 638–644

Exhibit 28

# The Transport of Carbon Particles in the
# Human Female Reproductive Tract

G. E. Egli, M.D., and Michael Newton, M.D.

$\mathrm{T}$HE METHOD by which spermatozoa reach the oviduct remains an important problem in mammalian reproduction. Since spermatozoa possess motility, it has been widely assumed to be the most important factor. However, work in cows suggests that it may not be the chief means of transport. Thus, Vandemark and Moeller recovered spermatozoa from the oviduct 2½ min. after mating. This is far sooner than could be expected on the basis of the inherent motility and sense of direction of spermatozoa.

Work in animals indicates that muscular contractions of the reproductive tract may aid in the transport of spermatozoa and that the oxytocic hormone may play a part in this process. Vandemark and Hays[11] noted that a crescendo of uterine contractions took place before and during copulation in the cow. Furthermore, stimulation of the cow's genitalia produced a rise in intramammary pressure.[7] Normally such a change is brought about by the release of oxytocin from the posterior pituitary gland during the letdown or ejection reflex as the calf or milking machine is applied to the teat.[5] Finally, in-vitro studies by Vandemark and Hays[12] demonstrated that when oxytocin was added to the solution perfusing the isolated cow's uterus, the rate of transport of spermatozoa was increased.

Evidence that the same process occurs in humans is scanty. Because of the difficulty of using spermatozoa, inert particles have occasionally been employed experimentally. Amersbach placed a cap containing a suspension of carbon particles over the cervix. Following coitus he was able to recover

From the Department of Obstetrics and Gynecology, University of Mississippi School of Medicine, Jackson, Miss.

This study was supported in part by Grant S–59–14 from the Committee for Research in Problems of Sex, National Research Council.

particles from the cervical canal. Trapl had a patient insert carmine particles into the vagina immediately after intercourse. Twenty-four hr. later at laparotomy he found numerous particles in the uterine tubes. Furthermore, it has been suggested that there may be a sucking effect as a result of uterine contractions occurring at orgasm that pulls semen through the cervix into the uterus.[8] There is also some evidence that oxytocin is released at the time of orgasm in humans.[4, 9] However, the time relationships and precise mechanisms of transport of inert particles or spermatozoa have not been elucidated in humans. The paucity of information in this regard has been pointed out by Hartman in his excellent review article.

If human spermatozoa move at a rate of 3 mm./min.,[3] it should take a spermatozoon, moving on a direct course, at least 45 min., in the average woman, to travel from the cervix to the junction of the middle and outer thirds of the tube, where fertilization occurs. If the action of the uterine or other muscles of the reproductive tract is important in humans, then not only spermatozoa but also inert particles should reach the tube much sooner than this. The present study was designed to determine whether, under reasonably controlled conditions, carbon particles could be transported quickly from the vagina to the tubes.

## METHODS

It seemed desirable to set up, as far as possible, conditions that were optimal for rapid transport. Thus, patients were selected who required an elective abdominal hysterectomy that could be scheduled at or near the day of ovulation. They had to be of reproductive age, to have proved fertility, and to have relatively normal reproductive organs. A suspension of carbon particles in Dextran was made up so that the particles were similar in size to spermatozoa and that the solution was of the consistency of seminal fluid. This was done by mixing 30% Dextran with 4% bone black. In addition, it was decided to use intramuscular oxytocin to aid in the transport of the particles, because of the experimental evidence indicating its possible importance.

Three women fulfilling the above criteria were studied. In each instance the procedure was as follows: Soon after general anesthesia had been induced, the patient was placed in the lithotomy position with her head tilted downward at an angle of 15° from the horizontal. A speculum was introduced into the vagina, and 3–4 ml. of sterile carbon particles–Dextran suspension were deposited in the posterior fornix. At the same time 1 ml.

(10 U.) of oxytocin was given intramuscularly. The speculum was removed, and the patient was immediately returned to the supine flat position. Her abdomen was promptly opened, and before the uterus was manipulated, a suture was placed tightly around the tubes about 1 cm. lateral to the uterus. The tubes were excised and taken to the laboratory, where they were flushed with saline from the infundibular portion downward. The solution was collected on clean slides and examined under the microscope for carbon particles.

## RESULTS

The first patient was 32 yr. of age, gravida 6, para 6, and was at the fourteenth day of her cycle, which was usually about 28 days in length. Twenty-eight min. after the carbon-particle suspension had been deposited in the posterior fornix, the tubes were ligated and then excised. Many carbon particles were found in the washings from both tubes. On microscopic examination the endometrium was described as being early progestational.

The second patient was 30 yr. of age, gravida 6, para 6, and was at the twelfth day of her cycle, which was usually about 28 days in length. Thirty-four min. after the carbon-particle suspension had been deposited in the posterior fornix, the tubes were ligated and then excised. Carbon particles were recovered from both tubes. On microscopic examination the endometrium was described as being estrogenic.

The third patient was 41 yr. of age, gravida 8, para 7, aborta 1, and was at the thirteenth day of her cycle, which was usually about 28 days in length. She was a diabetic and had aborted three mo. previously. Twenty min. after the carbon-particle suspension had been deposited in the posterior fornix, the tubes were ligated and then excised. No carbon particles were found in the washings from either tube. On microscopic examination the endometrium was described as being early progestational.

## DISCUSSION

This study indicates that in two cases, under the conditions outlined, inert carbon particles, placed in the posterior fornix of the vagina, were found 28 and 34 min. later in both tubes. How they reached the tubes is a difficult question to answer. Certainly they did not proceed by their own movements. It is reasonable to suppose that some sort of movement of the uterus and/or tubes contributed to the transport of the particles.

Movements of the reproductive organs and particularly the uterus could be due to inherent motility, general body movements, the effect of anes-

Fertility & Sterility

thesia, or the influence of the injected oxytocin. The uterus undoubtedly possesses inherent motility. Conceivably this could be sufficient to aid the transport of particles into the tubes, although it might well have been decreased by the anesthesia used. Bodily movements were held to a minimum. The patients were on their backs at all times, and so virtually no opportunity for the suspension to enter the uterus or tubes by gravity was afforded. Manipulation consisted only of removing the speculum, returning the patient to the supine position, opening the abdomen, and ligating the tubes. The effect of anesthesia would be, in general, to reduce uterine motility: However, spasm of the cervix or uterotubal opening could have been relaxed by the anesthesia. The theory that oxytocin does contribute to the transport of particles is most attractive, but at the present time we have no proof of it. Further in-vivo and in-vitro experiments are being done in pursuit of a solution to this problem.

The fact that in one case transport of carbon particles to the tubes was not demonstrated is not surprising. One of several factors may have contributed to this. Possibly the hormonal conditions present in the uterus were not optimal.[2] The patient's recent abortion may have been important. Finally, it is conceivable that insufficient time was allowed for transport.

## SUMMARY AND CONCLUSIONS

Carbon particles, suspended in 30% Dextran, were placed in the vagina in three anesthetized women who were about to undergo elective abdominal hysterectomy at about the time of ovulation. At the same time oxytocin was injected intramuscularly. In two of the three women carbon particles were recovered from the tubes 28 and 34 min. later.

These data, together with other work in animals and humans, support the belief that the motility of spermatozoa is not the chief factor in sperm transport. Contractions of the muscle of the uterus or other reproductive organs may be very important, and it is possible that oxytocin may play a part in this process.

*The University of Mississippi Medical Center*
*Jackson, Miss.*

## REFERENCES

1. AMERSBACH, R. Sterility and frigidity. *München. med. Wchnschr.* 77:225, 1930.
2. BICKERS, W. Sperm migration and uterine contractions. *Fertil. & Steril.* 11:286, 1960.
3. BROWN, R. L. Rate of transport of spermia in human uterus and tubes. *Am. J. Obst. & Gynec.* 47:407, 1944.

4. CAMPBELL, B., and PETERSEN, W. E. Milk "let-down" and the orgasm in the human female. *Human Biol.* 25:165, 1954.

5. ELY, F., and PETERSEN, W. E. Factors involved in the ejection of milk. *J. Dairy Sc.* 24:211, 1941.

6. HARTMAN, C. G. How do sperms get into the uterus? *Fertil. & Steril.* 8:403, 1957.

7. HAYS, R. L., and VANDEMARK, N. L. Effect of stimulation of the reproductive organs of the cow on the release of an oxytocin-like substance. *Endocrinology* 52:634, 1953.

8. KINSEY, A. C., POMEROY, W. B., MARTIN, C. E., and GEBHARD, P. H. *Sexual Behavior in the Human Female.* Philadelphia, Saunders, 1953, p. 633.

9. PICKLES, V. R. Blood flow estimations as indices of mammary activity. *J. Obst. & Gynaec. Brit. Emp.* 60:301, 1953.

10. TRAPL, J. New views on the transport of ova and sperm in the female reproductive tract. *Zentralbl. Gynäk.* 67:547, 1943.

11. VANDEMARK, N. L., and HAYS, R. L. Uterine motility responses to mating. *Am. J. Physiol.* 170:518, 1952.

12. VANDEMARK, N. L., and HAYS, R. L. Sperm transport in the perfused genital tract of the cow. *Am. J. Physiol.* 183:510, 1955.

13. VANDEMARK, N. L., and MOELLER, A. N. Speed of spermatozoan transport in reproductive tract of estrous cow. *Am. J. Physiol.* 165:674, 1951.