Exhibit 31

Published OnlineFirst May 12, 2016; DOI: 10.1158/1055-9965.EPI-15-1281

Research Article

Cancer Epidemiology, Biomarkers & Prevention

# Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES)

Joellen M. Schildkraut[1], Sarah E. Abbott[1], Anthony J. Alberg[2], Elisa V. Bandera[3], Jill S. Barnholtz Sloan[4], Melissa L. Bondy[5], Michele L. Cote[6], Ellen Funkhouser[7], Lauren C. Peres[1], Edward S. Peters[8], Ann G. Schwartz[6], Paul Terry[9], Sydnee Crankshaw[10], Fabian Camacho[1], Frances Wang[10], and Patricia G. Moorman[10,11]

## Abstract

**Background:** Epidemiologic studies indicate increased ovarian cancer risk among women who use genital powder, but this has not been thoroughly investigated in African American (AA) women, a group with a high prevalence of use. We evaluate the relationship between use of genital powder and nongenital powder in invasive epithelial ovarian cancer (EOC).

**Methods:** Subjects are 584 cases and 745 controls enrolled in the African American Cancer Epidemiology Study (AACES), an ongoing, population based case control study of EOC in AA women in 11 geographic locations in the United States. AA controls were frequency matched to cases on residence and age. Logistic regression was used to calculate ORs and 95% confidence intervals (CI) for associations between genital and nongenital powder exposure and EOC risk, controlling for potential confounders.

**Results:** Powder use was common (62.8% of cases and 52.9% of controls). Genital powder was associated with an increased risk of EOC (OR 1.44; 95% CI, 1.11 1.86) and a dose response relationship was found for duration of use and number of lifetime applications ($P < 0.05$). Nongenital use was also associated with EOC risk, particularly among non serous EOC cases (OR 2.28; 95% CI, 1.39 3.74). An association between powder use and upper respiratory conditions suggests an enhanced inflammatory response may explain the association between body powder and EOC.

**Conclusions:** In a study of AA women, body powder use was significantly associated with EOC risk.

**Impact:** The results support that body powder is a modifiable risk factor for EOC among AA women. *Cancer Epidemiol Biomarkers Prev; 25(10); 1411 7. ©2016 AACR.*

See related commentary by Trabert, p. 1369

## Introduction

Genital powder use may be a modifiable risk factor for epithelial ovarian cancer (EOC), the most deadly of all gynecologic cancers (1). In 2010, the International Agency for Research on Cancer (IARC) classified perineal (genital) use of nonasbestos containing, talc based body powder as "possibly" carcinogenic to humans (2). Although particles of asbestos have been found in older body powder formulations, particularly prior to 1976 (3), more recent body powder formulations no longer contain asbestos (4, 5). However, the relationship between genital powder use and ovarian cancer appears to persist (6). It has been proposed that talc containing powders may promote cancer development through local inflammation, increased rates of cell division and DNA repair, increased oxidative stress, and increased cytokine levels (7).

A recent pooled analysis of eight population based case control studies demonstrated an elevated OR of 1.24 for the association between genital powder use and EOC (6). Some (7 15) but not all (6, 8, 16) previously published studies of talc and ovarian cancer reported a dose response relationship with genital powder use for frequency, duration, or number of applications. In addition, some studies reported a stronger association among the most common serous histologic subtype (4, 10, 14, 16, 17) although the pooled analysis did not confirm this finding (6). Only one prospective study (17) found a significant association with ever genital talc use and invasive serous EOC (RR 1.40; 95% CI, 1.02 1.91), although no overall association with EOC was found. The Women's Health Initiative (WHI; ref. 18) did not detect an association with

[1]Department of Public Health Sciences, University of Virginia, Charlottesville, Virginia. [2]Hollings Cancer Center and Department of Public Health Sciences, Medical University of South Carolina, Charleston, South Carolina. [3]Population Science Division, Rutgers Cancer Institute of New Jersey, New Brunswick, New Jersey. [4]Case Comprehensive Cancer Center, Case Western Reserve University School of Medicine, Cleveland, Ohio. [5]Cancer Prevention and Population Sciences Program, Baylor College of Medicine, Houston, Texas. [6]Department of Oncology and the Karmanos Cancer Institute Population Studies and Disparities Research Program, Wayne State University, Detroit, Michigan. [7]Division of Preventive Medicine, University of Alabama at Birmingham, Birmingham, Alabama. [8]Epidemiology Program, Louisiana State University Health Sciences Center School of Public Health, New Orleans, Louisiana. [9]Department of Medicine, University of Tennessee Medical Center Knoxville, Knoxville, Tennessee. [10]Duke Cancer Institute, Duke University Medical Center, Durham, North Carolina. [11]Department of Community and Family Medicine, Duke University Medical Center, Durham, North Carolina.

**Corresponding Author:** Joellen M. Schildkraut, University of Virginia, PO Box 800765, 560 Ray C. Hunt Drive, Charlottesville, VA 22903. Phone: 434 924 8569; Fax: 434 924 8437; E mail: jms2yf@virginia.edu

doi: 10.1158/1055 9965.EPI 15 1281

©2016 American Association for Cancer Research.

Downloaded from cebp.aacrjournals.org on January 13, 2017. © 2016 American Association for Cancer Research.

Published OnlineFirst May 12, 2016; DOI: 10.1158/1055-9965.EPI-15-1281

Schildkraut et al.

genital talc use and EOC. Neither prospective study found evidence of a dose response relationship.

Previous studies of genital powder use have included mostly white women. However, two studies reported analyses stratified by race and both found an increased EOC risk among African American (AA) women who used genital talc (14, 15). One study reported a nonsignificant association between one or more years of talc use and risk of ovarian cancer, OR 1.56, [95% confidence interval (CI), 0.80 3.04] among a small sample of 128 AA EOC cases and 143 AA controls, who were shown to have higher prevalence of talc use compared with whites (14). A second study reported an imprecise but significant association with genital talc use with an OR of 5.08 (95% CI, 1.32 19.6) among a very small sample of 16 cases and 17 controls (15). In this article, we present analyses of the relationship between both genital powder and nongenital powder exposure from the African American Cancer Epidemiology Study (AACES), an ongoing, multicenter case control study of invasive EOC in AA women.

## Materials and Methods

### Study population

AACES is an ongoing, population based, case control study of invasive EOC in AA women in 11 locations (Alabama, Georgia, Illinois, Louisiana, Michigan, New Jersey, North Carolina, Ohio, South Carolina, Tennessee, and Texas). Institutional review board approval was obtained from all participating institutions. Methods have been described in detail elsewhere (19). Briefly, cases include AA women 20 to 79 years of age with newly diagnosed EOC. With a goal of enrolling an equal number of cases and controls, controls were AA women identified through random digit dialing, with at least one intact ovary and no history of ovarian cancer, and frequency matched to cases on region of residence and 5 year age categories. Participants complete a baseline telephone interview, which includes detailed questions on demographic characteristics; reproductive, gynecologic, and medical history; hormone therapy (HT) and oral contraceptive (OC) use; cancer family history and lifestyle characteristics including smoking, alcohol consumption, and physical activity. In an effort to obtain information from as many women as possible, a short version of the questionnaire is offered to those who would otherwise refuse to participate in the study. Accrual began in December 2010 and as of August 31, 2015, 593 cases and 750 controls were enrolled. Eligibility for this analysis was restricted to participants for whom data on body powder use and all covariates were available, resulting in a final sample size of 584 cases and 745 controls; of these, 49 cases and 16 controls completed the short questionnaire.

### Exposure to body powder and talc

In the baseline interview, participants were asked whether they had ever regularly used talc, cornstarch, baby, or deodorizing powders. Participants were considered "regular users" if they reported using any of these powders at least one time per month for at least 6 months, and "never users" if they did not. Regular users were asked about their frequency and duration of use, age at first use, and whether they applied powders to genital areas (including on underwear or sanitary napkins, or on birth control devices like diaphragms) and/or nongenital areas. Participants were categorized according to their type of application as nongenital use only, genital use only, or genital and nongenital use. Lifetime number of applications was calculated by multiplying the number of body powder applications per month by the number of months used. Occupational exposure to talc (yes, no) was available only for subjects completing the long baseline survey.

### Statistical analysis

The prevalence of demographic characteristics was calculated and $t$ tests and $\chi^2$ tests were performed to compare distributions between cases and controls. Because of the relatively small number of women who reported having only used genital powder (43 cases and 44 controls), we merged this exposure category with those who reported use of both nongenital and genital powder, creating an exposure category of "any" genital powder use. Unconditional multivariable logistic regression was performed to calculate ORs and 95% CIs for the associations between body powder exposure ("only" nongenital use, and "any" genital use) and risk of EOC. Body powder exposure was further examined by frequency of use (less than 30 times per month, daily), duration of use categorized as less than the median or the median and greater among the controls (<20 years, $\geq$20 years), and lifetime number of applications categorized as less than the median or the median and greater among controls (<3,600, $\geq$3,600 lifetime applications). Trend tests for frequency, duration, and lifetime applications of powder use by route of exposure were conducted separately in two subsamples: only nongenital users plus never users and any genital users plus never users. For each subsample, each of the above variables was entered into a logistic regression as multiple indicator variables representing three levels and two degrees of freedom (i.e., for frequency of use: no exposure, less than daily, daily), adjusting for confounders. Trends were evaluated by statistical tests for the association between frequency/duration/lifetime applications with EOC risk, using Wald tests to simultaneously test the equality of parameter estimates with zero. Because experimental data suggest a relationship between inhaled inert particles and asthma (20), a logistic regression analysis was conducted to determine the association between body powder use and upper respiratory conditions (yes/no), controlling for EOC case/control status.

Covariates included reference age in years (age at diagnosis for cases and age at baseline interview for controls); study site [Alabama, Louisiana, New Jersey, North Carolina, Ohio, South Carolina, Texas, Michigan and Illinois (combined because of sample size and regional similarities), Georgia and Tennessee (combined because of sample size)]; education ($\leq$high school, some after high school training, college or graduate degree); parity (0, 1, 2, 3+); duration of oral contraceptives (never, <60 months, $\geq$60 months); history of tubal ligation (yes/no); family history of breast or ovarian cancer in a first degree relative (yes/no); smoking (ever/never); and body mass index (BMI < 25, 25 29.9, $\geq$30 kg/m$^2$). Two class action lawsuits were filed in 2014 (21) concerning possible carcinogenic effects of body powder, which may have influenced recall of use. Therefore, year of interview 2014 or later (yes/no) was included as a covariate in the logistic regression models. To assess potential reporting bias, we also examined whether there were differences in prevalence of reported powder use by interview year (before 2014, 2014 and later) for cases and controls as well as whether interview year was an effect modifier of the relationship between powder use and EOC risk.

Downloaded from cebp.aacrjournals.org on January 13, 2017. © 2016 American Association for Cancer Research.

Analyses by the histologic subtype versus all controls were also conducted and heterogeneity of risk estimates was tested by seemingly unrelated regression (22). Because of the missing data for histology, 48 cases were omitted from these analyses. Through stratified analyses, we also assessed possible effect modification of the association with powder use and ever use of HT among postmenopausal women using logistic regression. Experimental data show that the inflammatory response is enhanced in the presence of estrogen and progesterone and we therefore tested for interaction of the association with body powder use by menopausal status (20). Logistic regression and trend analyses were performed using SAS version 9.4 (SAS Institute).

## Results

Descriptive statistics for cases and controls are presented in Table 1. Cases were older than controls and had lower educational achievement. Although this study was designed to match controls to cases by 5-year age group, the difference in the age at diagnosis/age at interview may, in part, be because the study is actively enrolling subjects. However, age ranges of cases (20–79 years) and controls (20–79 years) overlap. Significant differences in the distributions of well-established risk factors, including a shorter duration of oral contraceptive use, and lower prevalence of tubal ligation in cases as compared with controls, were as expected. As expected, parity was lower among cases compared with controls, but the difference was not significant. In addition, cases were more likely to report a family history of breast or ovarian cancer. No significant difference in the median years of use of body powder or occupational exposure of talc in cases compared with controls was observed.

Table 2 shows the results of logistic regression models examining the relationship between any use of body powder (either "only" nongenital powder or "any" genital powder) as well as the use of body powder by type of application: "only" nongenital powder use or "any" genital powder use. Adjusting for potential confounders, we observed a significant positive association between any powder use and EOC (OR = 1.39; 95% CI, 1.10–1.76). The OR for the association with "any" genital powder use was 1.44 (95% CI, 1.11–1.86). An OR of 1.31 (95% CI, 0.95–1.79) for the measure of association between "only" nongenital powder use and EOC was only slightly lower in magnitude compared with the association when "any" genital use was reported, but not statistically different from one another (P = 0.56). In 2014 and later, we observed an increase in any powder use of 12% and 6% of cases and controls, respectively. Although increased, these exposure prevalences were not significantly different from those interviewed before 2014 (P = 0.30). For those interviewed in 2014 or later, we observed an OR for "any" genital powder use of 2.91 (95% CI, 1.70–4.97) compared with 1.19 (95% CI, 0.87–1.63) before 2014. We observed a weaker OR of 1.26 (95% CI, 0.69–2.32) for 2014 and later compared with 1.40 (95% CI, 0.96–2.03) before 2014 for those who reported "only" nongenital use. A test for effect modification by year of interview was statistically significant (P = 0.005).

The ORs for the association between daily use of powder for either "only" nongenital powder use (OR = 1.53; 95% CI, 1.00–2.35) or "any" genital powder use (OR = 1.71; 95% CI, 1.26–2.33) with EOC were larger in magnitude than ORs for less than daily use compared with never use but the test for trend was significant for only "any" genital powder use (Table 2). There is a moderately stronger association for ≥20 years of "any" genital powder use (OR = 1.51; 95% CI, 1.11–2.06) compared with <20 years of use (OR = 1.33; 95% CI, 0.95–1.86; $P_{trend}$ = 0.02). No dose–response with years of use was detected for "only" nongenital powder use. The ORs for the number of lifetime applications

**Table 1.** Characteristics of ovarian cancer cases and controls in the African American Cancer Epidemiology Study (AACES)

| | Cases (n = 584) n (%) | Controls (n = 745) n (%) | P |
|---|---|---|---|
| Age (years) | | | <0.01 |
| <40 | 31 (5.3) | 80 (10.7) | |
| 40–59 | 299 (51.21) | 398 (53.4) | |
| 60+ | 254 (43.5) | 267 (35.8) | |
| Range (years) | 20–79 | 20–79 | |
| Education | | | 0.02 |
| High school or less | 262 (44.9) | 278 (37.3) | |
| Some after high school training | 145 (24.8) | 210 (28.2) | |
| College or graduate degree | 177 (30.3) | 257 (34.5) | |
| Body mass index (kg/m$^2$) | | | 0.09 |
| <24.9 (under and normal weight) | 86 (14.7) | 140 (18.8) | |
| 25–29.9 (overweight) | 148 (25.3) | 197 (26.4) | |
| >30 (obese) | 350 (59.9) | 408 (54.8) | |
| Parity (# of live births) | | | 0.06 |
| 0 | 105 (18.0) | 96 (12.9) | |
| 1 | 113 (19.4) | 141 (18.9) | |
| 2 | 136 (23.3) | 198 (26.6) | |
| 3+ | 230 (39.4) | 311 (41.6) | |
| Tubal ligation | | | 0.02 |
| Yes | 201 (34.4) | 302 (40.5) | |
| No | 383 (65.6) | 443 (59.5) | |
| Oral contraceptive use | | | <0.01 |
| Never | 180 (30.8) | 155 (20.8) | |
| <60 months | 230 (39.4) | 334 (44.8) | |
| >60 months | 174 (29.8) | 256 (34.4) | |
| First degree family history of breast or ovarian cancer | | | <0.01 |
| Yes | 149 (25.5) | 132 (17.7) | |
| No | 435 (74.5) | 613 (82.3) | |
| Menopausal status | | | 0.31 |
| Premenopausal | 158 (27.2) | 221 (29.7) | |
| Postmenopausal | 423 (72.8) | 522 (70.3) | |
| Hormone therapy | | | 0.10 |
| Ever use | 118 (20.3) | 125 (16.8) | |
| Never use | 463 (79.7) | 618 (83.2) | |
| Smoking | | | 0.48 |
| Ever | 257 (44.0) | 313 (42.0) | |
| Never | 327 (56.0) | 432 (58.0) | |
| Hysterectomy[a] | | | 0.43 |
| Yes | 141 (24.1) | 166 (22.3) | |
| No | 443 (75.9) | 579 (77.7) | |
| Body powder use (median years)[b] | 20 | 20 | 0.48 |
| Occupational talc exposure[c] | | | 0.16 |
| Yes | 58 (10.8) | 62 (8.5) | |
| No | 477 (89.2) | 667 (91.5) | |
| Histologic subtype[d] | | | |
| Serous | 393 (73.2) | | |
| Mucinous | 24 (4.5) | | |
| Endometrioid | 72 (13.4) | | |
| Clear cell | 13 (2.4) | | |
| Other | 35 (6.5) | | |

[a]Defined as hysterectomy 2 years prior to diagnosis for cases and 2 years prior to interview for controls.
[b]Among body powder ever users only.
[c]Data not available for participants who completed the short questionnaire (49 cases and 16 controls).
[d]Data missing on histologic subtype for 47 cases.

Downloaded from cebp.aacrjournals.org on January 13, 2017. © 2016 American Association for Cancer Research.

Case 3:16-md-02738-MAS-RLS   Document 10065-8   Filed 06/21/19   Page 5 of 8 PageID: 87871
Published OnlineFirst May 12, 2016; DOI: 10.1158/1055-9965.EPI-15-1281

Schildkraut et al.

Table 2. Adjusted ORs for the associations between mode, frequency, and duration of body powder use and ovarian cancer in the AACES

| Exposure | Cases (n = 584) n (%) | Controls (n = 745) n (%) | OR[a] (95% CI) |
|---|---|---|---|
| Body powder use | | | |
| Never use | 217 (37.2) | 351 (47.1) | 1.00 (Referent) |
| Ever use | 367 (62.8) | 394 (52.9) | 1.39 (1.10 1.76) |
| Body powder use by location | | | |
| Never use | 217 (37.2) | 351 (47.1) | 1.00 (Referent) |
| Only nongenital use | 119 (20.4) | 140 (18.8) | 1.31 (0.95 1.79) |
| Any genital use | 248 (42.5) | 254 (34.1) | 1.44 (1.11 1.86) |
| Interview date <2014 | (n = 351) | (n = 571) | |
| Never use | 147 (41.9) | 286 (48.4) | 1.00 (Referent) |
| Only nongenital use | 76 (21.7) | 104 (17.6) | 1.40 (0.96 2.03) |
| Any genital use | 128 (36.5) | 201 (34.0) | 1.19 (0.87 1.63) |
| Interview date >2014 | (n = 233) | (n = 154) | |
| Never use | 70 (30.0) | 65 (42.2) | 1.00 (Referent) |
| Only nongenital use | 43 (18.4) | 36 (23.3) | 1.26 (0.69 2.32) |
| Any genital use | 120 (51.5) | 53 (34.4) | 2.91 (1.70 4.97) |
| Frequency of use | | | |
| Never use | 217 (37.3) | 351 (47.2) | 1.00 (Referent) |
| Only nongenital use | | | |
| Less than daily | 61 (10.5) | 82 (11.0) | 1.15 (0.78 1.71) |
| Daily | 58 (10.0) | 58 (7.8) | 1.53 (1.00 2.35) |
| $P_{trend}$ | | | 0.09 |
| Any genital use | | | |
| Less than daily | 88 (15.1) | 119 (16.0) | 1.12 (0.80 1.58) |
| Daily | 158 (27.2) | 134 (18.0) | 1.71 (1.26 2.33) |
| $P_{trend}$ | | | <0.01 |
| Duration of use | | | |
| Never use | 217 (37.4) | 351 (47.4) | 1.00 (Referent) |
| Only nongenital use | | | |
| <20 years | 59 (10.2) | 68 (9.2) | 1.37 (0.91 2.07) |
| >20 years | 60 (10.3) | 70 (9.5) | 1.28 (0.85 1.93) |
| $P_{trend}$ | | | 0.13 |
| Any genital use | | | |
| <20 years | 101 (17.4) | 118 (15.9) | 1.33 (0.95 1.86) |
| >20 years | 144 (24.8) | 134 (18.1) | 1.52 (1.11 2.07) |
| $P_{trend}$ | | | 0.02 |
| Lifetime body powder applications | | | |
| Never use | 217 (37.4) | 351 (47.4) | 1.00 (Referent) |
| Only nongenital use | | | |
| Below median (<3,600 applications) | 60 (10.3) | 72 (9.7) | 1.35 (0.90 2.03) |
| Above median (>3,600 applications) | 59 (10.2) | 66 (8.9) | 1.30 (0.86 1.97) |
| $P_{trend}$ | | | 0.14 |
| Any genital use | | | |
| Below median (<3,600 applications) | 92 (15.9) | 119 (16.1) | 1.16 (0.83 1.63) |
| Above median (>3,600 applications) | 152 (26.2) | 133 (17.9) | 1.67 (1.23 2.26) |
| $P_{trend}$ | | | <0.01 |

[a]Adjusted for age at diagnosis/interview, study site, education, tubal ligation, parity, BMI, duration of OC use, first degree family history of breast or ovarian cancer, and interview year.

of body powder at or above and below the median support a dose response with "any" genital powder use ($P_{trend}$ < 0.01) but not for nongenital powder use ($P_{trend}$ 0.14).

A report of any occupational talc exposure, for those completing the long baseline questionnaire, was found to be positively, but not statistically significantly, associated with EOC (OR 1.31; 95% CI, 0.88 1.93; data not shown). Table 3 shows an OR of 1.38 (95% CI, 1.03 1.85) for the association in serous cases with "any" genital powder use. Among serous cases, the OR for "only" nongenital powder use was lower in magnitude and not significant (OR 1.10; 95% CI, 0.76 1.58). Compared with serous cases, larger and statistically significant ORs are found for the associations with type of powder application in nonserous EOC cases; ORs were 1.63 (95% CI, 1.04 2.55) and 2.28 (95% CI, 1.39 3.74), for "any" genital powder use and "only" nongenital powder use, respectively (Table 3). A comparison of adjusted odds ratios between serous and non serous histologic subtypes and powder use, detected a difference in "only" nongenital powder use ($P$ 0.008), but did not detect significant differences in association for "any" genital powder use ($P$ 0.50).

The stratified results by menopausal status (Table 4) suggest differences in the association for exposure to "only" nongenital powder use among premenopausal where no association is seen for "only" nongenital powder use, whereas the association with the risk of EOC and "any" genital use is elevated. Among postmenopausal women, we observed positive associations of similar magnitude for both the association between EOC and "only" nongenital powder use (OR 1.49; 95% CI, 1.04 2.15) and "any" genital powder use (OR 1.41; CI, 1.03 1.92). However, tests of interaction indicate no evidence for interaction by menopausal status for either route of exposure. Among menopausal women, analyses stratified by HT use suggest a stronger association among users compared with nonusers of HT for both routes of applications, although we detected a borderline, nonsignificant interaction for the associations with "any" genital body powder by HT use ($P$ 0.06). The test for interaction for nongenital body powder by HT use was not significant ($P$ 0.76).

To further consider the underlying mechanism for the relationship between use of body powder and the risk of EOC, we calculated the association between both "only" nongenital powder use and "any" genital powder use and having an upper respiratory condition. Controlling for case control status, age at diagnosis/interview, study site, education, smoking, and BMI, we found ORs of 1.35 (95% CI, 0.89 2.05) and 1.45 (95% CI, 1.03 2.05) for "only" nongenital and "any" genital powder use, respectively, in relation to a reported respiratory condition, respectively (data not shown). A nonsignificant, but elevated OR of 1.26 (95% CI, 0.77 2.06) was observed with occupational exposure to talc and respiratory conditions (data not shown).

Table 3. Adjusted ORs for the associations between talc use and serous/nonserous EOC

| Histologic subtype[a] | Cases n (%) | Controls n (%) | OR[b] (95% CI) |
|---|---|---|---|
| Serous (n = 392) | | | |
| Never use | 156 (39.8) | 351 (47.1) | 1.00 (Referent) |
| Only nongenital use | 71 (18.1) | 140 (18.8) | 1.10 (0.76 1.58) |
| Any genital use | 165 (42.1) | 254 (34.1) | 1.38 (1.03 1.85) |
| Nonserous (n = 144) | | | |
| Never use | 44 (30.6) | 351 (47.1) | 1.00 (Referent) |
| Only nongenital use | 42 (29.2) | 140 (18.8) | 2.28 (1.39 3.74) |
| Any genital use | 58 (40.3) | 254 (34.1) | 1.63 (1.04 2.55) |

[a]Test for interaction for association with powder use by serous and non serous histologic subtype and route of body powder exposure was $P = 0.008$ for "only" nongenital powder use and $P = 0.50$ for "any" genital powder use.
[b]Adjusted for age at diagnosis/interview, study site, education, tubal ligation, parity, BMI, duration of OC use, first degree family history of breast or ovarian cancer, and interview year.

Downloaded from cebp.aacrjournals.org on January 13, 2017. © 2016 American Association for Cancer Research.

Published OnlineFirst May 12, 2016; DOI: 10.1158/1055-9965.EPI-15-1281

**Table 4.** Adjusted ORs for the association between EOC risk and body powder by menopausal status and HT use

| | Premenopause | | | Postmenopause | | |
|---|---|---|---|---|---|---|
| | Cases ($n = 158$) | Controls ($n = 221$) | | Cases ($n = 423$) | Controls ($n = 522$) | |
| Exposure | n (%) | n (%) | OR[a] (95% CI) | n (%) | n (%) | OR[a] (95% CI) |
| Body powder use[b] | | | | | | |
| Never use | 59 (37.3) | 103 (46.6) | 1.00 (Referent) | 157 (37.1) | 247 (47.3) | 1.00 (Referent) |
| Only nongenital use | 22 (13.9) | 42 (19.0) | 0.90 (0.44–1.84) | 97 (22.9) | 98 (18.8) | 1.49 (1.04–2.15) |
| Any genital use | 77 (48.7) | 76 (48.7) | 1.50 (0.87–2.57) | 169 (40.0) | 177 (33.9) | 1.41 (1.03–1.92) |
| HT ever/never use[c,d,e] | | | | | | |
| HT ever use | | | | | | |
| Never use | | | | 34 (32.1) | 55 (48.7) | 1.00 (Referent) |
| Only nongenital use | | | | 23 (21.7) | 23 (20.4) | 1.74 (0.77–3.92) |
| Any genital use | | | | 49 (46.2) | 35 (31.0) | 2.68 (1.33–5.40) |
| HT never use | | | | | | |
| Never use | | | | 122 (38.9) | 191 (46.9) | 1.00 (Referent) |
| Only nongenital use | | | | 73 (23.3) | 75 (18.4) | 1.51 (0.99–2.29) |
| Any genital use | | | | 119 (37.9) | 141 (34.6) | 1.24 (0.87–1.79) |

[a]Adjusted for age at diagnosis/interview, study site, education, tubal ligation, parity, BMI, duration of OC use, first degree family history of breast or ovarian cancer, and interview year.
[b]Test for interaction between menopausal status and route of body powder exposure was nonsignificant for only non genital use ($P = 0.21$) and any genital use ($P = 0.85$) compared with never use.
[c]Restricted to postmenopausal women.
[d]Test for interaction between HT use and only nongenital use was nonsignificant ($P = 0.76$).
[e]Test for interaction between HT use and any genital use was nonsignificant ($P = 0.06$).

## Discussion

In the largest EOC case-control study in AA women to date, we observed a positive association between regular use of powder and EOC regardless of the route of application. Users of genital powder were shown to have greater than a 40% increased risk of EOC compared with an increased risk of more than 30% among those who used only nongenital powder. The OR for the association with genital powder use in the current study is consistent with the association reported in AA women by Wu and colleagues (14). Of note, a high proportion of EOC cases (63%) and controls (53%) reported any use of body powder. A dose-response trend was evident for median years of use or greater as well as median number or greater of lifetime applications of "any" genital powder but not for use of "only" nongenital powder. Our results support that the association with "any" genital powder use is similar in premenopausal and postmenopausal women, whereas there appears to be an association with use of "only" nongenital powder use among postmenopausal but not premenopausal women. Associations were found among nonserous EOC cases and among postmenopausal users of HT exposed to either genital or non genital powder.

Most previous case-control studies have not found an association between nongenital powder use and ovarian cancer, including a large pooled analysis by Terry and colleagues who reported an adjusted OR of 0.98 (95% CI, 0.89–1.07; refs. 6, 16). No prospective studies have evaluated nongenital powder use, nor has any study examined these associations by histologic subtype (17, 18). In the current study, the overall association with nongenital use and EOC was similar to that for genital powder use though it did not reach statistical significance possibly due to small numbers and random variation. However, we also did not find a dose-response relationship with frequency, duration, or lifetime applications of "only" nongenital powder use. Furthermore, we did not detect a significant association with use of "only" nongenital powder among serous cases, whereas the OR for the association with use of "only" nongenital powder showed over a 2-fold signif-

icant increased risk for nonserous EOC. In fact, we found a statistically significant difference between associations by subtype for "only" nongenital use. Given the inconsistency with previous published findings, it is also reasonable that under reporting genital powder use, such as abdominal powder use that reaches the genital area, may have led to a spurious result. Another possible explanation for our finding may be that there is a higher inflammatory response in AAs compared with whites (23–25). Our results also suggest that the route of powder exposure may have different effects by histologic subtype. As most high grade serous EOC, but not nonserous subtypes, arise in the fallopian tubes (26), it is possible that direct exposure through the genital tract specifically affects this disease subtype. The association with any genital powder use and nonserous cases may be due to the overlap between genital and nongenital powder use (83% of cases and 83% of controls). We were unable to examine associations with "only" genital powder users due to sample size considerations. In contrast, nongenital powder use may be related to inhalation of the exposure through the lungs. Several large pooled analyses have demonstrated risk factor associations with inflammatory associated exposures, such as smoking (27), endometriosis (28), and obesity (29) with nonserous histologic subtypes of ovarian cancer but not high grade serous EOC, providing a plausible theoretical basis for differences we found in associations by histologic subtype.

Akin to talc powders, titanium dioxide ($TiO_2$) is another inert particle that induces an inflammatory response upon inhalation and has been considered to be "possibly carcinogenic to humans" by IARC (2). Experimental evidence of enhanced inflammation due to exposure to inert environmental particulates of $TiO_2$ showed inhibition of phagocytic activity of alveolar macrophages in pregnancy, and was found to be associated with increased asthma risk in the offspring of BALB/c mice exposed to $TiO_2$. In this study, elevated estrogen levels during pregnancy were found to contribute to the resulting asthma risk (20). Our findings also support that enhanced airway inflammation is due to exposure to inert particles.

Downloaded from cebp.aacrjournals.org on January 13, 2017. © 2016 American Association for Cancer Research.

Published OnlineFirst May 12, 2016; DOI: 10.1158/1055-9965.EPI-15-1281

Schildkraut et al.

Consistent with a recent study (15) where an association with powder use and asthma was reported, the relationship between body powder use and respiratory conditions likely reflects an enhanced inflammatory response due to powder use, suggesting a mechanism by which EOC risk is increased. Therefore, lung inhalation of powder could be a biologically plausible mechanism for the association between nongenital body powder use and increased EOC risk, particularly in nonserous EOC cases.

To further explore whether estrogen influences the inflammatory response, we performed stratified analyses by menopausal status. We did not see a difference in the association with premenopausal compared with postmenopausal use of "any" genital powder use, which is not consistent with a recent report (15) where an association with premenopausal use but not postmenopausal use was found. However, consistent with this report, we found a stronger association between "any" genital powder use and EOC among postmenopausal women who reported HT use compared with nonusers. This finding is also consistent with experimental data showing that in the presence of estrogen and/or estrogen and progesterone, the ability of macrophages to clear inert particulates is altered, enhancing the inflammatory response leading to the development of asthma in mouse offspring (20). It has also been proposed that chronic inflammation, resulting from exposure to body powder, whether through inhalation or through a transvaginal route, may exert a suppressive effect on adaptive immunity, leading to increased risk of EOC (30). These findings suggest that AA women may be particularly susceptible to exposure to body powder due to having higher endogenous estrogen levels compared with white women (31, 32). Because of the limited sample size, we were not able to evaluate associations with the timing or duration of HT use or the concurrent effects of both HT and powder use. Tests for interaction of the associations in the stratified analyses by HT use were not significant and our findings should be considered exploratory.

The results of the current study showed that genital powder use was associated with ovarian cancer risk in AA women and are consistent with localized chronic inflammation in the ovary due to particulates that travel through a direct transvaginal route. The dose response observed for duration of genital powder use provides further evidence for the relationship between genital powder and overall EOC risk. Our data suggest that the increased risk due to use of genital powder applies to both serous and nonserous histologic subtypes of EOC. Use of "only" nongenital powder was not found to be associated with the serous subtype, but our data suggest a relationship with nonserous EOC. The association with serous EOC is consistent with several previous studies (4, 6, 14 17). Only the pooled analysis found associations with the endometrioid and clear cell subtypes (6). The association with any occupational talc exposure and EOC (OR 1.31; data not shown), though not statistically significant, is also consistent with the results for "only" nongenital powder use and suggest other routes of exposure, aside transvaginal, may effect EOC risk.

A recent publication of data from the WHI, which did not find an association with genital talc use and ovarian cancer (18), was accompanied by an editorial that emphasized the challenges in assessing the exposure to talc due to the reliance on self report (33). This limitation in the measurement of the exposure variables in the current study needs to be considered when interpreting our results. The possibility of differential misclassification exists in a case control study such as AACES, especially due to heightened awareness of the exposure as a result of two recent class action lawsuits (21). Because of such publicity, we adjusted for date of interview in the analysis. However, there is still a possibility that recall bias may have caused some inflation of the ORs. Although our findings suggest that the publicity of the class action lawsuits may have resulted in increased reporting of body powder use, our data do not support that recall bias alone before 2014 versus 2014 or later would account for the associations with body powder use and EOC. It is possible that the lawsuits sharpened memories of body powder use and improved the accuracy of reported use for both cases and controls interviewed in 2014 or later. As the association with nongenital body powder use is not consistent with the published literature, the possibility of misclassification of exposure, residual confounding, or a chance finding cannot be ruled out as an explanation for the associations with nongenital powder use.

In summary, we found that the application of genital powder is associated with serous and nonserous EOC in AA women, a novel observation in this population that is consistent with some large studies in whites. Our data are consistent with the notion that localized chronic inflammation in the ovary caused by exposure to genital powder contributes to the development of EOC. Although associations with nongenital powder use and EOC have not been previously reported, we cannot rule out the possibility that this relationship may be specific to AA women. The high prevalence of exposure to both genital and nongenital body powder among AA women compared with the mostly white subjects (41%), as in the large pooled analysis (6), underscores the importance of the study's findings. The results of the current study suggest that the use of body powder is an especially important modifiable risk factor for EOC in AA women.

### Disclosure of Potential Conflicts of Interest

No potential conflicts of interest were disclosed.

### Authors' Contributions

Conception and design: J.M. Schildkraut, A.G. Schwartz, P. Terry, P.G. Moorman
Development of methodology: J.M. Schildkraut, P. Terry, F. Camacho, F. Wang, P.G. Moorman
Acquisition of data (provided animals, acquired and managed patients, provided facilities, etc.): J.M. Schildkraut, A.J. Alberg, E.V. Bandera, J.S. Barnholtz-Sloan, M.L. Bondy, M.L. Cote, E. Funkhouser, E.S. Peters, A.G. Schwartz, P. Terry, S. Crankshaw, F. Camacho, P.G. Moorman
Analysis and interpretation of data (e.g., statistical analysis, biostatistics, computational analysis): J.M. Schildkraut, S.E. Abbott, M.L. Bondy, M.L. Cote, L.C. Peres, E.S. Peters, A.G. Schwartz, F. Camacho, F. Wang, P.G. Moorman
Writing, review, and/or revision of the manuscript: J.M. Schildkraut, S.E. Abbott, A.J. Alberg, E.V. Bandera, J.S. Barnholtz-Sloan, M.L. Bondy, M.L. Cote, E. Funkhouser, L.C. Peres, A.G. Schwartz, P. Terry, F. Camacho, P.G. Moorman
Administrative, technical, or material support (i.e., reporting or organizing data, constructing databases): P. Terry, S. Crankshaw, F. Camacho, P.G. Moorman
Study supervision: J.M. Schildkraut, S. Crankshaw, P.G. Moorman

### Acknowledgments

The authors thank the AACES interviewers, Christine Bard, LaTonda Briggs, Whitney Franz (North Carolina), and Robin Gold (Detroit). The authors also thank the individuals responsible for facilitating case ascertainment across the ten sites including: Jennifer Burczyk-Brown (Alabama); Rana Bayakly, Vicki Bennett and Judy Andrews (Georgia); the Louisiana Tumor Registry; Lisa Paddock, Natalia Herman, and Manisha Narang (New Jersey); Diana Slone,

Downloaded from cebp.aacrjournals.org on January 13, 2017. © 2016 American Association for Cancer Research.

Published OnlineFirst May 12, 2016; DOI: 10.1158/1055-9965.EPI-15-1281

Body Powder Use and Ovarian Cancer in African Americans

Yingli Wolinsky, Steven Waggoner, Anne Heugel, Nancy Fusco, Kelly Ferguson, Peter Rose, Deb Strater, Taryn Ferber, Donna White, Lynn Borzi, Eric Jenison, Nairmeen Haller, Debbie Thomas, Vivian von Gruenigen, Michele McCarroll, Joyce Neading, John Geisler, Stephanie Smiddy, David Cohn, Michele Vaughan, Luis Vaccarello, Elayna Freese, James Pavelka, Pam Plummer, William Nahhas, Ellen Cato, John Moroney, Mark Wysong, Tonia Combs, Marci Bowling, Brandon Fletcher, (Ohio); Susan Bolick, Donna Acosta, Catherine Flanagan (South Carolina); Martin Whiteside (Tennessee) and Georgina Armstrong and the Texas Registry, Cancer Epidemiology and Surveillance Branch, Department of State Health Services.

## Grant Support

This work was supported by the NCI (grant number R01CA142081; to J.M. Schildkraut, A.J. Alberg, E.V. Bandera, J. Barnholtz-Sloan, M.L. Bondy, M.L. Cote, E. Funkhouser, E.S. Peters, A.G. Schwartz, P. Terry, and P.G. Moorman). Additional support was provided by the Metropolitan Detroit Cancer Surveillance System with funding from the NCI, NIH, and the Department of Health and Human Services (contract number HHSN261201000028C), and the Epidemiology Research Core, supported in part by the NCI Center (grant number P30CA22453; to A.G. Schwartz and M.L. Cote) to the Karmanos Cancer Institute, Wayne State University School of Medicine.

The costs of publication of this article were defrayed in part by the payment of page charges. This article must therefore be hereby marked *advertisement* in accordance with 18 U.S.C. Section 1734 solely to indicate this fact.

Received December 14, 2015; revised May 2, 2016; accepted May 4, 2016; published OnlineFirst May 12, 2016.

## References

1. American Cancer Society. Cancer facts & figures 2015; 2015.
2. World Health Organization, International Agency for Research on Cancer. IARC monographs on the evaluation of carcinogenic risks to humans; 2010. p. 1–413.
3. Heller DS, Gordon RE, Westhoff C, Gerber S. Asbestos exposure and ovarian fiber burden. Am J Ind Med 1996;29:435–9.
4. Merritt MA, Green AC, Nagle CM, Webb PM. Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. Int J Cancer 2008;122:170–6.
5. Rohl AN, Langer AM, Selikoff IJ, Tordini A, Klimentidis R, Bowes DR, et al. Consumer talcums and powders: mineral and chemical characterization. J Toxicol Environ Health 2009;2:255–84.
6. Terry KL, Karageorgi S, Shvetsov YB, Merritt MA, Lurie G, Thompson PJ, et al. Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls. Cancer Prev Res 2013;6:811–21.
7. Ness RB, Grisso JA, Cottreau C, Klapper J, Vergona R, Wheeler J, et al. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. Epidemiology 2000;11:111–7.
8. Booth M, Beral V, Smith P. Risk factors for ovarian cancer: a case-control study. Br J Cancer 1989;60:592–8.
9. Chang S, Risch HA. Perineal talc exposure and risk of ovarian carcinoma. Cancer 1997;79:2396–401.
10. Cook RC, Fradet G, English JC, Soos J, Müller NL, Connolly TP, et al. Recurrence of intravenous talc granulomatosis following single lung transplantation. Can Respir J 1998;5:511–4.
11. Mills PK, Riordan DG, Cress RD, Young HA. Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. Int J Cancer 2004;112:458–64.
12. Whittemore AS, Wu ML, Paffenbarger RS, Sarles DL, Kampert JB, Grosser S, et al. Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. Am J Epidemiol 1988;128:1228–40.
13. Wong C. Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study. Obstet Gynecol 1999;93:372–6.
14. Wu AH, Pearce CL, Tseng C-C, Templeman C, Pike MC. Markers of inflammation and risk of ovarian cancer in Los Angeles County. Int J Cancer 2009;124:1409–15.
15. Cramer DW, Vitonis AF, Terry KL, Welch WR, Titus LJ. The association between talc use and ovarian cancer: a retrospective case-control study in two US states. Epidemiology 2016;27:334–46.
16. Cramer DW, Liberman RF, Titus-Ernstoff L, Welch WR, Greenberg ER, Baron JA, et al. Genital talc exposure and risk of ovarian cancer. Int J Cancer 1999;81:351–6.
17. Gertig DM, Hunter DJ, Cramer DW, Colditz GA, Speizer FE, Willett WC, et al. Prospective study of talc use and ovarian cancer. J Natl Cancer Inst 2000;92:249–52.
18. Houghton SC, Reeves KW, Hankinson SE, Crawford L, Lane D, Wactawski-Wende J, et al. Perineal powder use and risk of ovarian cancer. J Natl Cancer Inst 2014;106:dju208.
19. Schildkraut JM, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, Cote ML, et al. A multi-center population-based case–control study of ovarian cancer in African-American women: the African American Cancer Epidemiology Study (AACES). BMC Cancer 2014;14:688.
20. Zhang Y, Mikhaylova L, Kobzik L, Fedulov A V. Estrogen-mediated impairment of macrophageal uptake of environmental TiO2 particles to explain inflammatory effect of TiO2 on airways during pregnancy. J Immunotoxicol 2015;12:81–91.
21. Drugwatch. Talcum powder lawsuits [Internet]; 2015 [cited 2015 Nov 11]. Available from: http://www.drugwatch.com/talcum-powder/lawsuits/
22. Hosmer D, Lerneshow S. Applied logistic regression. 2nd ed. New York, NY: John Wiley & Sons, Inc; 2000.
23. Khera A, McGuire DK, Murphy SA, Stanek HG, Das SR, Vongpatanasin W, et al. Race and gender differences in C-reactive protein levels. J Am Coll Cardiol 2005;46:464–9.
24. Albert MA, Glynn RJ, Buring J, Ridker PM. C-reactive protein levels among women of various ethnic groups living in the United States (from the Women's Health Study). Am J Cardiol 2004;93:1238–42.
25. Paalani M, Lee JW, Haddad E, Tonstad S. Determinants of inflammatory markers in a bi-ethnic population. Ethn Dis 2011;21:142–9.
26. Bowtell DD, Böhm S, Ahmed AA, Aspuria P-J, Bast RC, Beral V, et al. Rethinking ovarian cancer II: reducing mortality from high-grade serous ovarian cancer. Nat Rev Cancer 2015;15:668–79.
27. Faber MT, Kjær SK, Dehlendorff C, Chang-Claude J, Andersen KK, Høgdall E, et al. Cigarette smoking and risk of ovarian cancer: a pooled analysis of 21 case-control studies. Cancer Causes Control 2013;24:989–1004.
28. Pearce CL, Templeman C, Rossing MA, Lee A, Near AM, Webb PM, et al. Association between endometriosis and risk of histological subtypes of ovarian cancer: a pooled analysis of case-control studies. Lancet Oncol 2012;13:385–94.
29. Olsen CM, Nagle CM, Whiteman DC, Ness R, Pearce CL, Pike MC, et al. Obesity and risk of ovarian cancer subtypes: evidence from the Ovarian Cancer Association Consortium. Endocr Relat Cancer 2013;20:251–62.
30. Cramer DW, Finn OJ. Epidemiologic perspective on immune-surveillance in cancer. Curr Opin Immunol 2011;23:265–71.
31. Pinheiro SP. Racial differences in premenopausal endogenous hormones. Cancer Epidemiol Biomarkers Prev 2005;14:2147–53.
32. Setiawan VW, Haiman CA, Stanczyk FZ, Le Marchand L, Henderson BE. Racial/ethnic differences in postmenopausal endogenous hormones: the multiethnic cohort study. Cancer Epidemiol Biomarkers Prev 2006;15:1849–55.
33. Wentzensen N, Wacholder S. Talc use and ovarian cancer: epidemiology between a rock and a hard place. J Natl Cancer Inst 2014;106:dju260.

Downloaded from cebp.aacrjournals.org on January 13, 2017. © 2016 American Association for Cancer Research.