# Exhibit 10

# FILED UNDER SEAL

# Exhibit 11

# FILED UNDER SEAL

# Exhibit 12

# FILED UNDER SEAL

# Exhibit 13

# FILED UNDER SEAL

# Exhibit 14

# FILED UNDER SEAL

# Exhibit 15

# FILED UNDER SEAL

# Exhibit 16

# FILED UNDER SEAL