# Exhibit 34

# FILED UNDER SEAL

Exhibit 35

FILED UNDER SEAL

# Exhibit 36

# FILED UNDER SEAL

# Exhibit 37

# FILED UNDER SEAL

# Exhibit 38

# FILED UNDER SEAL

# Exhibit 39

# FILED UNDER SEAL

# Exhibit 40

# FILED UNDER SEAL

# Exhibit 41

# FILED UNDER SEAL

# Exhibit 42

# FILED UNDER SEAL