Exhibit 46

FILED UNDER SEAL

Exhibit 47

FILED UNDER SEAL

# Exhibit 48

# FILED UNDER SEAL

# Exhibit 49

# FILED UNDER SEAL

# Exhibit 50

# FILED UNDER SEAL

# Exhibit 51

# FILED UNDER SEAL

# Exhibit 52

# FILED UNDER SEAL

# Exhibit 53

# FILED UNDER SEAL

# Exhibit 54

# (FILED UNDER SEAL)

# Exhibit 55
# (FILED UNDER SEAL)

# Exhibit 56
# (FILED UNDER SEAL)

# Exhibit 57
# (FILED UNDER SEAL)

# Exhibit 58

# (FILED UNDER SEAL)

# Exhibit 59

# (FILED UNDER SEAL)

# Exhibit 60

# (FILED UNDER SEAL)

# Exhibit 61

# (FILED UNDER SEAL)

# Exhibit 62
# (FILED UNDER SEAL)

# Exhibit 63

# (FILED UNDER SEAL)

# Exhibit 64

# (FILED UNDER SEAL)

# Exhibit 65

# (FILED UNDER SEAL)

# Exhibit 66

# (FILED UNDER SEAL)