# Exhibit 90

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200  FAX (770) 866-3259



# The Analysis of Johnson & Johnson's Historical Product Containers and Imerys' Historical Railroad Car Samples from the 1960's to the Early 2000's for Amphibole Asbestos

## 2nd Supplemental Report



Anthophyllite Bundle 1967

**William E. Longo, Ph.D.**

**Mark W. Rigler, Ph.D.**

**Materials Analytical Services, LLC**
**3945 Lakefield Court**
**Suwanee, GA 30024**

**February 1, 2019**

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



**The Analysis of Johnson & Johnson's Historical Product Containers and Imerys' Historical Railroad Car Samples from the 1960's to the Early 2000's for Amphibole Asbestos**

## Supplemental Report

This supplemental report contains the following new information obtained by MAS:

1. In the previous reports, Lee Poye STS samples 20180061-31F (STS 065) and 20180061-31G (STS 065) was assumed to be two samples from the same J&J container STS 065. This assumption was based on that both samples had the same J&J container I.D. of STS 065. Recently we examined container photographs of STS 065 and discovered that the J&J I.D. STS 065 was for two containers in a single package. The 31F sample is for a white STS "Regular" container and for sample 31G, "peach color" STS container that has a "SPICE" label at the top of the container. This new information changed the total number of containers/samples analyzed from 71 to 72 and the total positive samples from 49 to 50. This report was corrected to reflect this information.
2. Correct typographical errors and editing for clarification.
3. This 2nd Supplement Report does not contain any new analytical data.

## Overview

### Historical J&J Containers

This 2nd supplemental report describes the procedures and methodology used by both MAS and J[3] Resources Inc. to analyze 72 separate historical containers and samples of Johnson & Johnson's (J&J) Baby Powder (JBP), Shower to Shower (STS) and Imerys' railroad car cosmetic talcum powder for the possible presence of amphibole asbestos. The J&J and Imerys' containers and samples analyzed for this report were all supplied by both J&J and Imerys from their historical inventory.

The 72 J&J and Imerys-supplied historical cosmetic talcum powder containers/samples analyzed for this report, were chosen from the 1960's, 1970's, 1980's, 1990's and early 2000's.

The 72 product sample set consisted of 57 JBP (with Asian)/STS containers, and 15 historical Imerys' samples that were described as "railroad car" samples. The source of the talcum powder for these historical JBP/STS and Imerys containers/samples came from both the Italian

Page **2** of **56**

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



(1960's, JBP/STS and Vermont (1960's, 1970's, 1980's, 1990's, early 2000) talc mines. Included in this report are seven Asian Historical JBP samples that MAS analyzed from possibly only the 1980's. The source of the talc that J&J used for these historical Asian samples was from the Dongyang talc mine in Korea.

Of the 57 Historical JBP/STS containers reported here, 34 were JBP (with Asian) and 23 were STS.

**Historical Imerys Samples**

The additional 15 historical Imerys-supplied railroad car samples incorporated into this supplemental report were chosen from 1989, the 1990's and the early 2000's.

The addition of 15 Imerys' samples brings the total number of both historical containers (JBP/STS) and historical samples (Imerys) that MAS has now analyzed for the MDL to 72. This is in addition to the 35 JBP/STS containers (March 11, 2018 Supplemental Report) that were supplied by both plaintiffs' counsel and MAS.

This now would bring the total number of J&J/Imerys cosmetic talcum powder samples analyzed by MAS to 107.

**J³ and MAS' Analysis of Historical STS Samples**

Of the 57 historical JBP/STS talcum powder containers that were analyzed and reported here, 41 JBP (with Asian)/STS containers were analyzed by MAS and 16 STS containers (MAS verified by ATEM & PLM) were previously analyzed by Lee Poye of J³ Resources Inc., located in Houston, Texas.

For the Lee Poye ATEM analysis, initially MAS was unable to verify the results of two J³ ATEM STS sample analyses (20180061-63D and 20180061-10D). Both of these samples were reported to contain one asbestos anthophyllite structure in each. These two STS samples were not reported in our November 11, 2018 Supplemental Report since we could not verify if they were either positive or negative for amphibole asbestos.

Since the November 11, 2018 report, MAS has received the 16 STS samples (16 containers) from Lee Poye and has analyzed all of these samples by the PLM/Blount method. The two STS samples (20180061-63D and 20180061-10D) that MAS could not verify by ATEM, were positive for regulated amphibole by the Blount/PLM method.

The two STS containers positive for amphibole asbestos are now included into this supplemental report. Our November 11, 2018 expert report provided analysis of 55 historical J&J product containers, and with the addition of these two now verified (Lee Poye STS product

Page **3** of **56**

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



containers 20180061-63D and 20180061-10D), this 2nd supplemental report is now providing the analytical results for 57 historical JBP/STS containers.

Also, when MAS analyzed five $J^3$ ATEM non-detect STS samples by the Blount/PLM method, four of these five $J^3$ ATEM non-detects were found to be positive for amphibole asbestos by the Blount/PLM method. The one remaining ATEM non-detect $J^3$ STS sample (20180061-02D), was also found to be a non-detect for asbestos by the PLM/Blount method.

As described in our November 11, 2018 report, MAS sent a number of the historical J&J samples to $J^3$ Resources for both PLM and XRD analysis using the ISO 22262-1 and ISO 22262-3 protocols. For this supplemental report, 19 additional historical J&J samples (18 containers) (M69042, M69248 and M68233) were sent to Lee Poye for XRD analysis using the ISO 22262-3 method.

**Cosmetic Talc Analytical Methods**

The three principle analytical methods used by both $J^3$ and MAS for the analysis of the 57 J&J cosmetic talc containers were X-ray diffraction (XRD), polarized light microscopy (PLM) and analytical transmission electron microscopy (ATEM). For the 15 individual historical Imerys' railroad car samples, were only analyzed by the PLM (ISO & Blount) and ATEM methods. The Imerys' railroad car samples were not analyzed by XRD. The reasons for this will be discussed later in this report.

The three analytical methods used in this report all have strengths and weaknesses where it is expected, that amount of amphibole asbestos content would be at or below 0.1 wt. %.

**XRD**

For cosmetic talc the XRD has the advantage of analyzing very large samples as compared to either PLM or ATEM. The disadvantages are 1) poor analytical sensitivity for bulk cosmetic talc samples when the potential amphibole asbestos concentration is typically below 0.1 to 0.3 weight % (wt.%), and 2) XRD cannot determine the crystalline habit (fibrous vs. non-fibrous) of amphibole minerals. However, for the majority these samples, XRD (ISO 22263-3) was used so that a comparison of the results to both PLM and ATEM analysis could be made in this report.

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



### PLM

The PLM method is primarily used today for the analysis of asbestos-added products where the asbestos-content of these products are typically over 1 % by weight.[1,2,3]

The strengths of the method are that it can positively identify the different regulated asbestos mineral types and provide a qualitative estimate of the weight percent of asbestos. The primary weaknesses of the method are 1) analytical sensitivity issues for samples that may contain less than 0.1 wt. % of asbestos such as cosmetic talcs and 2) because asbestos fiber and bundle structure resolution in the PLM method is dependent on the wave length of light, asbestos particles must be at least 0.5 μm in the smallest dimension to be visible. Interesting enough, Dr. Walter McCrone stated: "*I have never seen rolled talc plates as fibers*" page 44, 3rd paragraph. For these analysis the ISO 22262-1 PLM method was used.

### ATEM

It is well recognized that the use of an analytical transmission electron microscope (ATEM) is the only analytical method with the appropriate sensitivity for the analysis of trace mineral concentrations that can be much less than 0.01 wt. %.

ATEM Strengths are: 1) it can positively identify potential fibrous chrysotile and amphibole asbestos structures by energy dispersive X-ray analysis (EDXA) for mineral fiber chemistry and crystalline structure information by selective area electron diffraction (SAED) and 2) The ATEM provides good morphology information that can, in most cases, distinguish between single fibers and bundles of regulated asbestos fibers.

The primary weakness for ATEM analyses of amphibole asbestos in cosmetic talcs is the sample preparation where overloading issues with the talc particles affects the analytical sensitivity of typical ATEM sample preparation procedures. Increasing analytical sensitivity usually involves the examination of hundreds of TEM grid openings and requires significant hours of TEM instrumentation time. Also, the ATEM is typically biased against detecting very large asbestos bundles that are routinely found by PLM.

---

[1] ISO 22262-1: 2012E Air Quality Bulk Materials Part 1: Sampling and Qualitative Determination of Asbestos in Commercial Buk Samples.
[2] The Asbestos Particle Atlas, Dr. Walter C. McCrone, Director McCrone Research Institute, Ann Arbor Science, 1980.
[3] EPA/600/R-93/116.

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



## Heavy Liquid Separation: PLM and ATEM Method

The concern over analytical sensitivity for amphibole asbestos in cosmetic grade talc was first published in the peer-reviewed literature by A. M. Blount.[4,5] It was estimated by Dr. Blount that for every 1,000 amphibole particles present there would be approximately 1,000,000 talc particles. To overcome this problem the author described the use of a heavy liquid density separation method that reduced the number of talc particles as compared to the potential presence of amphibole asbestos thereby increasing analytical sensitivity for the PLM analysis of the talc samples.

In addition to increasing the analytical sensitivity of the PLM analysis for cosmetic grade talc using the heavy liquid separation method as published by Blount, the heavy liquid separation method can also be used to substantially increase the analytical sensitivity of the ATEM analysis of cosmetic talc samples as described in the ISO 22262-2 bulk materials method.[6]

Reducing the amount of talc increases the sensitivity of the ATEM analysis and it also increases the amphibole sensitivity by the ATEM method. It would also increase the efficiency of the analyst by eliminating the need to examine hundreds of TEM grid openings to achieve reasonable analytical sensitivity.

References for the use of heavy liquid density separation of cosmetic talc during the sample preparation stage was described first by Dr. Fred Pooley in 1971, the Colorado School of Mines Research Institute in 1973 and by Windsor Minerals, Inc., Dartmouth College in 1974.[7, 8,9]

[4] A.M. Blount "Amphibole Content of Cosmetic and Pharmaceutical Talcs", Environ. Health Perspectives, Vol. 94, 1991, pp. 225-230.

[5] Process Mineralogy IX: The Minerals, Metals and Materials Society, 1990, A.M. Blount "Detection and Quantification of Asbestos and Other Trace Minerals in Powdered Industrial-Mineral Samples", pp. 557-570.

[6] ISO 22262-2: 2014E Air Quality-Bulk Materials Part 2: Quantitative Determination of Asbestos by Gravimetric and Microscopical Methods.

[7] March, 1974: to Windsor Minerals, Inc., Windsor, Vermont from R.C. Reynolds, Jr., Department of Earth Sciences, Dartmouth College, Hanover, New Hampshire: "Analysis of Talc Products and Ores for Asbestiform Amphiboles".

[8] Research and Engineering Center, August 11, 1971 Memo to File. FDA Meeting-Asbestos in Cosmetic Talc, August 3, 1971-Washington, D.C.

[9] Colorado School of Mines Research Institute "A Procedure to Examine Talc for the Presence of Chrysotile and Tremolite-Actionlite Fibers".

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



**Over All Summary of Results**

**J&J and Imerys**

The 57 JBP/STS containers (including the 7 historical Asian JBP containers) and the 15 individual Imerys' railroad car samples gives a total of 72 historical containers/samples that were incorporated into this supplemental report.

A summary of these results are as follows;

1. The analysis of 34 historical JBP (with Asian) containers found that 24 were positive or 71 % positive.
2. The analysis of 23 historical STS containers found that 18 were positive or 78 % positive.
3. The analysis of 15 individual Imerys' railroad car samples found that 8 were positive or 53 % positive.

Excluding the seven JBP Asian historical containers would then give a total of 65 JBP/STS & Imerys' containers/railroad car samples analyzed; 44 were positive (68 %) for amphibole asbestos.

A summary of the results excluding the Asian JBP containers:

1. 27 historical JBP container analyses; 18 were positive or 67 % positive.
2. 23 historical STS container analyses; 18 were positive or 78 % positive.
3. 15 individual Imerys' railroad car samples; 8 were positive or 53 % positive.

**XRD**

All 50 JBP/STS (Italian and Vermont talc mine source) talcum powder samples analyzed by XRD were found to be negative or non-detect by this method.  Of the seven Asian JBP containers analyzed, two were positive and one sample was inconclusive.  The 15 Imerys' railroad car samples were not analyzed XRD.

**PLM**

When 56 of the JBP/STS containers and Imerys samples were analyzed by MAS using PLM (ISO 22262-1) method (no heavy liquid density separation), 18 of the samples were positive for regulated amphibole asbestos or 32 % positive.

Page **7** of **56**

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200 FAX (770) 866-3259



The Blount/PLM heavy density method found that out of the 72 JBP/STS and Imerys' containers/samples analyzed, 41 or 57 %, were positive for regulated amphibole asbestos.

For the ISO PLM method the amount of asbestos found for the positive samples were all <0.1 %. The Blount PLM method the amount of asbestos found ranged from <0.1 % to 0.7 %.

### ATEM

The ISO 22262-2 ATEM (MAS and Lee Poye verified) analysis showed that in 70 JBP (With Asian)/STS and Imerys' railroad car talcum powder samples, 42 or 60 %, contained detectable amounts of amphibole asbestos fibers and bundles (tremolite solid solution series and or anthophyllite solid solution series). Neither chrysotile nor anthophyllite without iron was detected in any of the ATEM samples.

By ATEM, the amphibole asbestos concentration for the 42 positive JBP/STS and Imerys talcum powder samples ranged from between 4,370 fibers-bundles/gram to 268,000 fibers-bundles/gram of talcum powder.

All of analysis (PLM, Blount/PLM and ATEM), 50 (69 %) of the 72 container/samples were positive for regulated amphibole asbestos.

Two different regulated amphibole asbestos types were found. These were the tremolite asbestos solid solution series amphiboles which includes tremolite, winchite, richterite, and actinolite (only tremolite was detected by ATEM) and the anthophyllite asbestos solid solution series that includes anthophyllite, iron-rich anthophyllite, ferro-anthophyllite, cummingtonite and grunerite. Only iron-rich anthophyllite solid solution series asbestos structures were detected.

As expected, no anthophyllite asbestos (without iron) or chrysotile fibers/bundles were found in any of the 42 positive J&J talcum powder samples we analyzed by ATEM. A more detailed explanation for the lack of anthophyllite (without) iron or chrysotile fiber findings can be found in the Discussion and Conclusion Section of this report.

### Fibrous Talc MAS Analysis

In addition to tremolite series and anthophyllite series amphibole asbestos, 42 of the 57 JBP (with Asian)/STS and Imerys' talcum powder samples analyzed by ATEM were observed to contain fibrous talc. A semi-quantitative calculation for the amount fibrous talc for each of the positive ATEM samples was also done. The concentration for each of the fiber talc positive ATEM samples ranged from 290,000 talc fibers per gram to 1,020,000 talc fibers per gram of product.

Page **8** of **56**

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200  FAX (770) 866-3259



The 16 $J^3$ ATEM container analysis did not provide enough information to perform a semi-quantitative fibrous talc calculation, and therefore, was reported as not applicable (NA).

The ISO 22262-1 PLM method found that for the 56 Italian, Vermont and China sourced talc containers/samples analyzed by MAS, 55 (98 %) contained fibrous talc. The Blount/PLM method showed that of 72 analyzed, 20 (28 %) contained fibrous talc.

## Materials and Methods

### Sample Log-In Procedure

The JBP/STS and Imerys' talcum powder samples that were analyzed by MAS for this report were provided by both Johnson & Johnson and Imerys from their historical sample depository. The J&J historical samples were received by MAS in four separate sets and logged into MAS' sample tracking system and assigned to MAS project numbers as follows; **M68233**, two samples received at MAS on February 9, 2018. **M68503**, 75 samples received at MAS on March 29, 2018. **M69042**, 10 samples received at MAS on July 17, 2018 and **M69248**, seven Asian samples received at MAS on August 21, 2018. The Imerys historical samples were received by MAS in two separate sets and logged into MAS' sample tracking system and were assigned MAS project numbers as follows; **M69751**, 43 samples received at MAS on 12/7/2018 and **M69757**, 37 samples were received at MAS on 12/10/2018.

### ISO-22262-1 and 3 PLM/XRD ($J^3$ Resources)

On June 1, 2018, 75 J&J sample splits from M68503 and four spiked samples (tremolite and anthophyllite asbestos) were sent to Lee Poye for PLM and XRD analysis by ISO 22262-1 and 3.

On November 28, 2018, 10 sample splits from M69042, seven sample splits from M69248 (Asian JBP Containers), and four spiked samples (tremolite and anthophyllite asbestos) were sent to Lee Poye for XRD analysis by ISO 22262-3. The results were provided to MAS from $J^3$ in a December 12, 2018 report and the data was added to this supplemental report.

On December 12, 2018, two sample splits from project M68233 were sent to Lee Poye for XRD analysis.

The results were provided to MAS from $J^3$ in a December 20, 2018 report and the data was added to this supplemental report.

### Muffle Furnace

Approximately 1 to 2 grams (Sartorius Research Balance) of the 72 talcum powder samples was removed from each of the JBP/STS containers and Imerys samples and placed in a 15 ml glass

Page **9** of **56**

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200 FAX (770) 866-3259



scintillation vials. The scintillation vials were then placed in a Fisher Scientific Iso-temp muffle furnace Model #650 at 400°F for a minimum of 4 hours to remove any organic material.

## ISO-22262-1 PLM (MAS)

Approximately 60 to 100 milligrams each of the 56 talcum powder samples were analyzed by the ISO 22262-1 PLM method. Three mounts of the talcum powder sample are placed on two glass slides, a drop of the 1.605 refractive index fluid was placed onto each of the three talcum powder mounts, stirred with the point of a scalpel blade, and then covered with an 18 x 18 mm glass cover slip. The entire area of the three coverslip mounts were examined (972 mm²). Positive identification of amphibole asbestos was done by morphology, refractive indices, elongation, angle of extinction, and birefringence. For positive samples, a visual estimation of the quantity of asbestos observed was based on eye calibration through review of lab generated weight percent standards. Visual calibration was augmented by the use of area percent charts.

## PLM/Blount Method

Approximately 60 to 100 mg (Sartorius Research Balance) from each of the 72 JBP/STS and Imerys' muffled talcum powder sample aliquots were placed into individual labeled Eppendorf micro-centrifuge tubes (MCT) (Premium 1.5mL MCT Graduated Tubes Cat. No. 05-408-12).

## Density Separation

Approximately 1.2 ml of Heavy Liquid (Lithium heteropolytungstates solution, GeoLiquids, Inc., Cat. No. LST010 with a stated density 2.85 g/cc diluted with distilled water to a density of 2.810 (determined by a VWR Hydrometer model number 34620-1109) was added to the MCT containing the 100 mg of the JBP/STS and Imerys' talcum powder samples and mixed with a disposable mixing rod for 10 to 20 seconds. The combined talc and LST heavy liquid (density 2.810 grams/cc) samples were placed into a vacuum desiccator (JEOL EMDSC-U10A) to remove air bubbles for 3 minutes at a pressure of approximately 8 Torr prior to centrifugation.

The MCT sample tubes were then placed in an Eppendorf micro-centrifuge (Model No. 5415D) set at 7,000 RPM for a total of 10 minutes at room temperature. After removal of the MCT tubes from the centrifuge, the talc/heavy liquid was pipetted off from the top of the centrifuge tube, distilled water was added, mixed and the sample was re-centrifuged as described above. This step was repeated two more times. After the third centrifugation/heavy liquid removal step, the heavy particles were removed from the bottom of the centrifuge tube with a pipette with several drops of water containing the heavy particles then transferred to a glass

Page **10** of **56**

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



microscope slide and allowed to dry.  The heavy particle residue on the glass slide was then analyzed by the ISO 22262-01 PLM method.

## ATEM-ISO 22262-2 TEM Sample Preparation

### Density Separation

Approximately 20 to 60 mg (Sartorius Research Balance) from the muffled talc sample aliquot was placed into a labeled Eppendorf micro-centrifuge tube (MCT) (Premium 1.5mL MCT Graduated Tubes Cat. No. 05-408-12).  Approximately 1.2 ml of Heavy Liquid (Lithium heteropolytungstates solution, GeoLiquids, Inc., Cat. No. LST010 density 2.85 g/cc) was added to the MCT containing the talc samples prepped and mixed with a disposable mixing rod for approximately 10 to 20 seconds. The combined talc and LST heavy liquid samples were then placed into a vacuum desiccator (JEOL EMDSC-U10A) to remove air bubbles for 15 minutes at a vacuum pressure of approximately 8 Torr prior to centrifugation.

The MCT sample tubes were then placed in an Eppendorf micro-centrifuge (Model No. 5415D) set at 9,000 RPM for total of 90 minutes at room temperature.  After removal of the MCT tubes from the centrifuge, they were flash frozen in liquid nitrogen and the MCT tip was immediately removed with a pre-cleaned 6 inch steel cleaver into a clean 45 mL flat bottom disposable centrifuge tube. Figure 1 shows the cut area on the MCT tip.

**Figure 1:**

**Cut Line for Removal of MCT Tip**



Red line is showing cut area on MCT tip

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



Deionized water was added to the centrifuge tube to bring the volume to approximately 45 ml. The 45 ml centrifuge tube was capped and inverted by hand 5 times to distribute the collected material in the bottom of the MCT tip. The 45 ml mixture was then immediately and continuously filtered onto a 25 mm Polycarbonate filter (PC) with a 22μm pore size. After the mixture was filtered, the excess heavy liquid was washed through the filter with the addition of approximately 100 ml of deionized water. The prepared PC filter was placed in a new disposable plastic 47mm petri dish and allowed to dry at ambient room temperature in a HEPA hood for a minimum of 2 hours. The processed PC filter samples were directly prepared onto TEM 100 μm size grids (2 for analysis and 1 for archive) using either the standard TEM filter preparation protocol for MCE filters or for the PC filters.[10, 11, 12, 13, 14, 13, 14]

### ATEM Amphibole Analysis Procedure

JEOL 1200EX ATEMs equipped with either a Noran or an Advanced Analysis Technologies (light element) energy dispersive x-ray analyzer (EDXA) were employed for this analysis. ATEM samples were analyzed at a screen magnification of 20,000X. Amphibole fibers or bundles with substantially parallel sides and an aspect ratio of 5:1 or greater, and at least 0.5μm in length were counted as regulated asbestos fibers and bundles per standard TEM counting rules as described by ASTM D5755, ASTM D5756, ISO 10312, ISO 13794, AHERA (TEM section only) and D7712-11.[10,11,12,13,14,15]

Positive identification of amphibole asbestos requires EDXA for mineral chemistry confirmation and selected area electron diffraction (SAED) for each amphibole type. At times, amphibole bundles may have a diameter that is too thick to acquire a SAED pattern, then, only the mineral chemistry can be used. For anthophyllite series asbestos, two separate angle SAED were acquired.

---

[10] D5755-09 "Standard Test Method for Microvacuum Sampling and Indirect Analysis of Dust by Transmission Electron Microscopy for Asbestos Structure Loading.

[11] D5756-02 "Standard Test Method for Microvacuum Sampling and Indirect Analysis of Dust Loading by Transmission Electron Microscopy for Asbestos Mass Surface.

[12] ISO 10312 1995-05-01, "Ambient Air Determination of Asbestos Fibers-Direct-Transfer Transmission Electron Microscopy Method.

[13] ISO 13794 1999 07-15, "Ambient Air-Determination of Asbestos Fibres-Indirect-Transfer Transmission Electron Microscopy Method.

[14] U.S. Environmental Protection Agency (USEPA) 1987. Asbestos Hazard Emergency Response Act, 40 CFR Part 763, Appendix A to Subpart E, USEPA, Washington D.C.

[15] D7712-11 "Standard Terminology for Sampling and Analysis of Asbestos."

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200 FAX (770) 866-3259



### Counting Rules

100 grid openings were analyzed for each of the JBP/STS and Imerys talcum powder samples. The 100 grid opening counts were split evenly between two grids.

All amphibole fibers/bundles that meet the above-stated size criteria were recorded on the MAS TEM structure count bench sheets for each sample. Length and width of each amphibole fiber/bundle was recorded and identified. Every amphibole structure identified and counted by the analyst required observation of an EDXA spectra matching the mineral chemistry for that particular amphibole and a SAED amphibole pattern. EDXA spectra and SAED patterns are recorded/saved for every asbestos amphibole structure found in the samples. Photomicrographs were taken of the amphibole fibers/bundles found from each of the samples that were positive for amphibole asbestos.

Results were reported as either amphibole asbestos fibers/bundles (structures) per gram of talc or in weight percent. Analytical sensitivity/detection limits were reported as structures per gram. The weight percent analytical sensitivity/detection limit was not provided in the November 11, 2018, since the procedure for calculating the detection limit is to use a theoretical mathematical calculation of one arbitrary minimal fiber dimension. Instead of an arbitrary fiber dimension, a more accurate represented fiber size would be too use an average size for all the of detected amphibole fibers structures analyzed by ATEM in these samples. The average amphibole asbestos structure size was 12.1 $\mu m$ x 1.1 $\mu m$, with an aspect ratio of 11:1. For this report, the more accurate weight detection limit was added to the data sets.

### Fibrous Talc Estimation

A number of the JBP (with Asian)/STS and Imerys talcum powder samples were found to contain fibrous talc during both types of the PLM analysis as well as the ATEM analysis. A full quantitative analysis of the number of fibrous (asbestiform) talc particles was not done at this time. For the ATEM, a semi-quantitative estimate of the number of fibrous talc particles present in four random grid openings and observed throughout the 100 grid openings was scored as follows:

1) Abundant : (>11 fibrous talc particles)
2) Common:    (4 to 10 fibrous talc particles)
3) Trace:     (1 to 3 fibrous talc particles)

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200 FAX (770) 866-3259



This estimation was based on the talc fibers/bundles having at least a 5:1 aspect ratio or greater, at least 0.5μm in length and substantially parallel sides. One representative talc fiber or bundle was recorded (EDXA, SAED and photographed) for each of the samples that contained fibrous talc. Also, the finding of fibrous talc on random grid openings provided an overall estimate of how many talc fibers were on 100 grid openings analyzed for each of the samples.

For both PLM methods a visual estimation was made of the identified talc fibers and was reported as either trace or moderate (common).

### Process Laboratory Blanks

For each set of samples that were prepared by the heavy liquid method, one process laboratory blank was prepared with each set of samples. These process blank MCE filters were prepared in the same exact manner as the talc samples (heavy liquid, filtration on MCE/PC filters, etc.) but without any talc material. For the TEM analysis, 100 grid openings were analyzed for each of the process blanks per sample set.

## Results

### J³ RESOURCES INC. ANALYSIS

### XRD ISO 22262-3 Method

### J³ Analysis

Lee Poye of J³ Resources analyzed 57 JBP/STS containers by the ISO 22262-3 XRD method. Of the 57 JBP/STS containers analyzed, 54 were non-detects, two were positive, and one was inconclusive by the XRD method.

For 50 JBP/STS containers where the source of the talc was either the Italian or Vermont mines, all were non-detects by XRD. The other seven were Asian historical JBP containers (the source of the talc was from the Korea mine) had two positive and one inconclusive and the other four samples were non-detects. The 15 Imerys railroad car samples were not analyzed by XRD.

A summary of all the XRD results are shown in Tables 7 & 8 to this report.

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



### PLM ISO 22262-1 Method

### J³ Analysis

Using the ISO 22262-1 PLM method, J³ Resources found that out of 38 samples analyzed, all were negative or non-detects.  A summary of the J³ results are also shown in Table 8 in this report.

### ATEM of Historical J&J Vermont Talc Shower to Shower Talcum Powder

On July 18, 2018 Lee Poye of J³ Resources, Inc. issued a report (to Joe Satterley of the Kazan Law Firm) of his analysis of 16 historical J&J Vermont talc Shower to Shower talcum powder samples that were split by J&J from their historical Shower to Shower (STS) containers that ranged in date from 1978 to 1986.[16]

Of the 16 STS containers  analyzed by Lee Poye using the ISO 22262-2 heavy liquid TEM method, 11 of the 16 samples (69%) were positive for anthophyllite asbestos (solid solution series) and five samples were below the detection limit of the method.  A summary of the 11 positive results are shown in Table 1.

### Table 1

### J³ TEM Results for Positive Vermont Talc Shower to Shower Samples

| Laboratory Control Number | J&J Sample Identification Number | STS Container Year | Mass Fraction Percent Wt. | Anthophyllite Asbestos (f/b) Concentration per g |
|---|---|---|---|---|
| 20180070-07D | 2014.001.0397 | 1978 | $7.3 \times 10^{-4}$ | 82,370 |
| 20180061-37D | STS001 | 1982 | $3.0 \times 10^{-5}$ | 9,257 |
| 20180061-38D | STS002 | 1980 | $3.0 \times 10^{-3}$ | 53,416 |
| 20180061-45D | STS009 | 1982 | $1.9 \times 10^{-3}$ | 9,000 |
| 20180061-52D | STS016 | 1980 - 1981 | $4.0 \times 10^{-3}$ | 70,126 |
| 20180061-63D | STS027 | 1980 | $3.5 \times 10^{-5}$ | 7,419 |
| 20180061-65D | STS029 | 1980 - 1981 | $9.2 \times 10^{-3}$ | 95,321 |
| 20180061-10D | STS044 | 1980 - 1981 | $2.6 \times 10^{-5}$ | 12,209 |
| 20180061-15D | STS049 | 1978 | $1.3 \times 10^{-3}$ | 60,507 |
| 20180061-31F | STS065 | 1986 | $2.9 \times 10^{-3}$ | 21,964 |
| 20180061-31G | STS065 | 1986 | $5.2 \times 10^{-4}$ | 29,715 |

---

[16] J3 Report for the Analysis of Shower to Shower Talc Samples, July 18, 2018.

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



The above results were reported by J³ as a mass fraction or weight percent. The calculations to the corresponding anthophyllite fiber/bundle concentrations per gram was done by MAS using the information provided on the J³ TEM count sheets.

### Verification of Lee Poye's STS Results

Lee Poye arrived at MAS on the morning of October 31, 2018 with one TEM grid box that contained the prepared TEM grids for J³ project number JHI898969 for the J&J Vermont Talc STS samples. This information was confirmed by Lee Poye, that the TEM grids he brought to MAS was for the historical STS samples that he had previously analyzed.

In turn, MAS provided Mr. Poye with MAS TEM grid boxes for the 10 historical JBP talcum powder samples (MAS M69042). The MAS verification of the J³ analysis was only for the 11 positive TEM sample analysis, the five sample results that were below the detection limit were not verified by MAS, and those results were accepted as true by MAS.

MAS was able to verify nine of the 11 ATEM positive historical STS talcum powder samples reported by J³. The nine positive MAS verified STS ATEM samples, two non-verified STS positive ATEM samples, and the five samples that were below the ATEM detection limit, were included in this overall report and are identified in summary Tables 3 and 4.

A full report of the MAS verification analysis, verified count sheets, asbestos structure photo-micrographs, EDXA and SAED data is provided with this report.[17]

The overall summary of the results for the three analytical methods used for the 57 JBP/STS containers and 15 Imerys' historical railroad car samples analyzed for this report are summarized in Tables 2, 3, 4, 5, 6, 7, 8 and 9. These summary tables have been organized by decade from the 1960's (Table 2), 1970's (Table 3), 1980's (Table 4), 1990's (Table 5) early 2000's, (Table 6), Asian (Table 7, XRD only), XRD and PLM (Table 8), and Fibrous (Table 9).

### ISO-22262-1 Analysis

The ISO 22262-1 PLM analysis showed that out of the 72 JBP (with Asian)/STS containers and 15 Imerys' railroad car samples analyzed by MAS and J³, 18 containers (25%) had detectable amounts of regulated amphibole asbestos, the rest were either non-detects or contained actinolite/tremolite cleavage fragments that had an aspect ratio of < 3:1.

Results for all 18 positive samples were found to contain <0.1 % asbestos. Also, for these positive ISO PLM samples, both regulated actinolite/tremolite and or anthophyllite asbestos were found.

---

[17] Verification of Lee Poye's TEM Analysis of J&J's Historical Vermont Talc-Containing Shower to Shower Talcum Powder Samples, November 5, 2018.

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



A summary of the MAS & J[3] ISO 22262-1 PLM analysis results are shown in Tables 2, 3, 4, 5 and 6 in this report.

### Comparison of the J[3] ISO PLM to MAS ISO PLM Analysis for the Same Sample Set

Both MAS and J[3] analyzed the same 22 J&J/STS talc samples by the ISO22262-1 PLM method. Where all 22 of the J[3] ISO PLM results were found to be negative, MAS found that 8 of the 21 were positive. A summary of this data is shown in Table 8.

### PLM/Blount Method

The Blount/PLM method showed that out of the 72 historical JBP (with Asian)/STS containers and Imerys' railroad car samples analyzed by MAS, 41 (57%) had detectable amounts of regulated amphibole asbestos and the rest were either non-detects or contained only tremolite/actinolite cleavage fragments that had an aspect ratio that was less than 3:1.

These 72 historical containers/samples analysis by the Blount/PLM also includes the 16 Lee Poye historical STS containers that were sent to MAS from J[3] on Nov 14, 2018 and received at MAS on Nov 16, 2018.

Results for 41 positive samples were reported as an estimated weight percent range of from < 0.1% to 0.7 %. Also, for these positive Blount/PLM samples, both regulated actinolite/tremolite and or anthophyllite asbestos was detected.

The summary of the MAS Blount/PLM results are shown in Tables 2, 3, 4, 5, and 6 in this report.

### ATEM ISO 22262-2 Method

The ISO 22262-2 ATEM heavy liquid separation method showed that out of the 70 historical JBP/STS containers and Imerys' railroad cars samples, 42 (60 %) contained regulated asbestos fibers and bundles. Two types of asbestos amphiboles were detected in these samples, they were either the tremolite asbestos solid solution series and or the anthophyllite solid solution series asbestos. Only the iron-rich anthophyllite asbestos was detected in the ATEM.

The amphibole asbestos structures per gram of talc ranged from below our analytical sensitivity/detection limit of approximately 3,000 - 9,400 fibers/bundles per gram to an amphibole asbestos concentration that ranged from 4,400 - 268,000 fibers-bundles/gram of talc. Also, for the positive ATEM samples the results were also expressed as a weight percent.

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



Tables 2 through 6 also provide the summary of ATEM findings for each of the 42 positive ATEM samples that were detected and the identification of the asbestos type for each of the measured amphibole asbestos fiber or bundles. This data includes length and width of the asbestos structure, individual fiber/bundle aspect ratios, and the average aspect ratio for each sample set.

All MAS and ISO PLM, Blount/PLM, ATEM analytical data, and photo-micrographs can be found in notebooks provided with this report that are labeled Historical 1960's, 1970's, 1980's, 1990's Early 2000's and JBP (with Asian)/STS and Imerys' Analysis.

Each of these notebooks contain ISO PLM and Blount bench sheets and optical photo-micrographs for each sample. ATEM count sheets, EDXA spectra, SAED micrographs, and ATEM photo-micrographs for each of the regulated amphibole asbestos structures analyzed are included.

All the $J^3$ XRD and ISO PLM analyses are summarized in Tables 7 & 8. Also provided in Table 8 is a comparison of the $J^3$ ISO-PLM to the MAS ISO-PLM for the same sample analyses.


### Fibrous Talc JBP (with Asian)/STS Containers and Imerys Railroad Car Samples

The MAS ISO 22262-1 PLM analysis showed that fibrous talc was found in 56 of 57 total samples (55 of 55 JBP (with Asian)/STS and Imerys analyzed by this method and of the 72 samples analyzed by the Blount/PLM method, 28 of the samples were positive for fibrous talc.

The MAS ISO 22262-1 and Blount PLM samples had concentrations of fibrous talc that ranged from trace to common (moderate) amounts.

For the MAS ISO 22262-2 ATEM analysis (no $J^3$ ATEM results), 42 of the 56 containers/samples (74%) analyzed contained trace amounts of fibrous talc. The estimated amount of fibrous talc per gram ranged from 290,000 talc fibers to 1,020,000 talc fibers per gram of cosmetic talcum powder.

No attempt was made to determine the amount of talc in 16 $J^3$ STS sample analysis ATEM bench sheets since it was unclear to us regarding the $J^3$ data collecting parameters and the amount of fibrous talc detected in the samples. This data is summarized in Table 9.

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200 FAX (770) 866-3259



### Process Blanks

All of the process blanks that were run with each set of talcum powder samples were found to be negative for any asbestos fiber types. The ATEM bench sheets and summary are provide in a separate document supplied with this report.

## Discussion

### XRD ISO 22262-3

All of the historical JBP/STS containers, where the source of the talc was either Italian or Vermont were found to be negative or non-detect by XRD. For the seven (7) Asian samples, two (2) of the samples were positive by the XRD analysis and one sample was inconclusive. The source of the talc that J&J used in these Asian products was from the Korean Dongyang talc mine in Korea. This talc mine has been characterized in the past as an asbestiform tremolite asbestos talc mine. The documentation concerning the Dongyang mine Korea talc deposit and J&J's use of the talc from that has been produced to J&J in the *Leavitt* deposition.

The results show that the XRD method for either the Italian or Vermont cosmetic talc samples was inadequate to detect any tremolite or anthophyllite amphiboles at the concentrations found by the other analytical methods used (ISO PLM, Blount PLM and ATEM).

For the Asian historical J&J cosmetic talc samples, two of the seven were positive for amphibole asbestos. When these same samples were analyzed by the ISO-PLM, Blount/PLM and ATEM methods, six of seven samples were found to be positive for tremolite asbestos.

Based on these results there seems to be little value, even as a screening tool, to use XRD for cosmetic talcum powder samples when the source of talc is either from the Italian or Vermont mines. However, if the source of talc is from the Dongyang mine in Korea, there may be some limited value to use XRD as a preliminary screening tool for a tremolitic type talc mine.

Since all 42 Vermont-sourced cosmetic talc samples were found to be negative for amphibole asbestos, there was no useful reason to analyze these additional 15 Imerys railroad car samples by XRD since the source of these Imerys cosmetic talc samples is from the same Vermont talc mines.

### MAS PLM-ISO 22262-1 Method

The ISO PLM analysis performed by MAS detected 18 positives out of 56 samples that were analyzed. Many of the samples analyzed contained tremolite/actinolite cleavage fragments that had a typical aspect ratio of less than 3:1. No anthophyllite cleavage fragments were detected in any of the samples. For the positive samples, both regulated tremolite/actinolite and anthophyllite asbestos was detected at an estimated concentration of <0.1 weight percent.

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200 FAX (770) 866-3259



All of the asbestos structures identified were large bundles that were typically greater than 50 microns long and 10 to 20 microns wide. No individual asbestos bundles were detected in any of these samples with widths less than 5 to 10 microns. However, individual fibers contained in these large bundles could be resolved with dispersive staining. The estimated average aspect ratio of the individual asbestos fibers in the bundles was greater than 20:1.

Lee Poye of J[3] Resources analyzed 22 historical JBP/STS by the ISO PLM that were provided by MAS, and their 16 historical Vermont STS samples by this method. All 38 ISO PLM analysis were reported as non-detects.

When the same 21 historical JBP/STS samples were analyzed by MAS, 8 of the samples were found to be positive.

These differing results between the two labs will require further investigation to understand the reason for these differences.

### Blount/PLM Method

The Blount /PLM method heavy liquid separation method was able to increase the analytical sensitivity of the PLM analysis as compared to the ISO PLM method without heavy liquid separation. Of the 72 historical JBP (with Asian)/STS containers/samples analyzed by this method, 41 (57 %) were positive for regulated amphibole asbestos. For the positive samples, both regulated actinolite/tremolite and or anthophyllite asbestos were detected at a weight percent concentration for range of between <0.1% to 0.7 %. The estimated average aspect ratio of the individual asbestos fibers in the bundles was greater than 20:1.

When Dr. Blount published her heavy liquid separation PLM results in 1989/1990, one of the samples (sample I) was analyzed for tremolite asbestos. This sample was later determined to be a container of Johnson's Baby Powder.[3, 4] The source talc used by J&J, for their JBP product at that time (1989-1990), would have been from Vermont.

Our use of Blount PLM method, in particular for the Vermont sourced cosmetic talc samples, shows that Alice Blount was right and that her method increases the sensitivity of the PLM analysis for the detection of amphibole asbestos.

Dr. Blount published the use of the heavy liquid separation method in 1989/1990, however this was not a new technology for the analysis of cosmetic talc by PLM. Historical documents produced by J&J in this litigation shows that J&J was aware of the heavy liquid separation ("preconcentrating") of talc for the detection of asbestos in the early 1970s.[8] In 1973, a two

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



part heavy liquid separations method report, for both chrysotile and tremolite-actinolite fibers, was done by the Colorado School of Mines on behalf of Johnson & Johnson.[7]

For this report, the Colorado School of Mines stated in their Summary and Conclusion section that the heavy liquid concentrates are examined by optical microscopy (PLM), and that "the procedure is capable of detecting fibers present at a level of approximately 10 ppm or less".[8] A 10 ppm (parts per million) detection limit calculates to a weight percent of 0.001 % which is consistent with our Blount PLM analysis of <0.1 % for positive samples.

In March of 1974, R.C. Reynolds Jr. wrote a report for Windsor Minerals Inc. entitled "Analysis of Talc Products and Ores for Asbestiform Amphiboles".[9] This method also used heavy liquid separation and PLM analysis. The purpose of the study was to "develop methods for measuring the concentration of asbestiform amphiboles in fine-grained talc products and talc ores". The report concluded that using this method detected 170 ppm (0.017 weight percent) of actinolite in a talc product and 2,300 ppm (0.23 weight percent) of actinolite in the talc ore.

Even though Johnson & Johnson was aware from as early as 1973 that the heavy liquid separation PLM method increased the sensitivity for the detection asbestos in talc, they never incorporated this method for the routine analysis of their talc sources. Even when Dr. Blount published her heavy liquid separation PLM method in 1990, J&J still did not incorporate this more sensitive PLM method for the detection of asbestos in their cosmetic talc products.

It is clear from our data that the use of the Blount/PLM heavy liquid separation method increases the analytical sensitivity for the analysis of cosmetic talc samples like the JBP/STS products as compared to the ISO PLM method. Since some of the ISO 22262-1 PLMs were positive for the same samples that were non-detects by the Blount method, it's recommended that both PLM methods should be used to evaluating cosmetic talc samples for asbestos.

### J[3] Resources, Inc.

Our ATEM results for the historical JBP/STS samples are in agreement with the J[3] Resources, Inc. ATEM for the STS samples that they analyzed. For the nine J[3] samples that we verified form their TEM grids, J[3] also reported nine positive TEM samples and all contained regulated amphibole asbestos fibers/bundles. This correlates to 100 % agreement between the two labs for those nine samples.

For the 49 asbestos fibers and or bundles reported by J[3] in the 9 nine ATEM samples we examined, we verified 48 as regulated asbestos structures. This shows a 98 % validation rate

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



between the labs. Additional analysis may in fact increase the overall verification percentage. Also, 90 % of the regulated anthophyllite asbestos structures were bundles.

The two J[3] ATEM samples (20180061-65D and 20180061-10D) that MAS did not verify, were verified to contained amphibole asbestos by the Blount PLM method. Even though we did not verify these two J[3] samples by ATEM, we did find that these two J&J containers/samples were positive for regulated amphibole asbestos. For this reason, STS samples 20180061-65D and 20180061-10D were added to the overall list of positive 1980s historical J&J STS Vermont sourced talc containers.

### ATEM-ISO 22262-2 Method

The ISO 22262-2 heavy liquid talc preparation method for the direct ATEM analysis of approximately 20 to 60 mg of talc on a 25 mm PC filter did not cause any significant overloading of the TEM grids with talc particles. The overall TEM grid particle loading was estimated at approximately 15 to 20 %. This consisted of talc particles and/or fibers as well as detectible amphibole asbestos. The ATEM results showed that out of the 70 JBP/STS and Imerys samples analyzed by ATEM, both the MAS and Lee Poye's analyses, 42 were positive for either the tremolite solid solution series (tremolite, winchite, richterite and actinolite) in this case only tremolite was detected, and or the anthophyllite sold solution series (anthophyllite, iron-rich anthophyllite and cummingtonite) asbestos. Each of the tremolite or anthophyllite asbestos solid solution series amphibole mineral types are regulated asbestos.[18]  Only iron-rich anthophyllite sold solution series asbestos structures was detected.

If the same weight of talc (approximately 20 to 60 mg) had been directly filtered onto a 25 mm PC filter, the TEM sample preparations would have been too severely overloaded with talc particles to be analyzed.

The heavy liquid density ATEM sample preparations demonstrated the utility of the ISO 22262-2 talc method by increasing the analytical sensitivity of the typical ATEM bulk talc analysis for the potential detection of amphibole asbestos.  For these analyses the analytical ATEM achieved sensitivity/detection limits ranging from approximately 3,000 - 9,400 fibers-bundles/gram of talc.  It also increased the analyst's efficiency without talc particle overloading issues.

This TEM talc loading problem vs. analytical sensitivity issued was been solved by the use of the heavy liquid density procedure, and should be the standard protocol for TEM cosmetic talc analysis.

---

[18] Current Intelligence Bulletin 62: "Asbestos Fibers and Other Elongated Mineral Particles". State of the Science and Roadmap for Research" Revised Edition. NIOSH CIB62-Asbestos.

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



As compared to either the XRD or the two PLM methods, the ATEM provides the most sensitive method for the detection of regulated amphibole asbestos in cosmetic talc.

## Numerical Structure Count vs. Weight Percent

Our ATEM analysis showed that the asbestos fiber/bundle concentration, in the 41 positive samples ranged from approximately 4,400 to 268,000 fibers-bundles per gram of talcum powder.  These positive results were also reported in weight percent that is based on a mathematical calculation.  Also the analytical sensitivity or detection limit for the weight percent used here was based on the average size of all amphibole asbestos structures detected (187) in the 41 positive ATEM samples.  This average size was determined to be 12.1 μm x 1.1 μm, with an aspect ratio of 11:1.

However, just reporting ATEM weight percent data does not provide any useful information for determining potential airborne exposure to asbestos structures of the bulk talc material being tested.  The Introduction to the ISO 10312 Ambient Air TEM Method states the reasoning for this:

*"Because the best available medical evidence indicates that the numerical fibre concentration and the fibre sizes are the relevant parameters for evaluation of the inhalation hazards, a fibre counting technique is the only logical approach".*

Also, reporting the analytical sensitivity in weight by the ATEM method is very misleading since it is based on the theoretical mathematical calculation of one minimal fiber size which can give a computed analytical sensitivity in the millionths of a percent range.  The misleading part of this is that in order to find that one small fiber during the ATEM analysis, you must have a real numerical fiber-bundle concentration per gram of talc for the analysis to possibly find that one fiber, otherwise this ATEM theoretical analytical sensitivity expressed in weight percent is meaningless.

An example of this problem can be found with the 2010 FDA report of the testing of cosmetic talcs that is published on their website.  In that report, FDA states a TEM average limit of detection of 0.0000021 % wt. or 2.1 x 10 [6,19] However, when the ATEM analytical sensitivity was calculated from actual AMA TEM bench sheets, the numerical fiber concentration needed to find that one fiber was 13,500,000 fibers per/gram of talc.[20]  A one fiber analytical sensitivity of that magnitude would have caused all of the ATEM analyses reported here to be non-detects.

---

[19] www.FDA.gov.
[20] AMA Analytical Services, Inc. Report of Cosmetic Grade Talc, 2010.

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200  FAX (770) 866-3259



## Crystalline Habit and Asbestiform Definitions

Each of the analytical protocols referenced in this report (PLM and TEM) all have a definition for asbestiform that is some variation of the following statement:

*Asbestiform: specific type of mineral fibrosity in which the fibers and fibrils possess high tensile strength and flexibility.*[13]

This definition of asbestiform in these protocols is only a general geological definition that might be used in the field to evaluate a particular commercial asbestos mine site, because the more fibrous, the greater economic value of the mine.

If this wasn't meant to be a general geological definition, then the methods would have incorporated into the counting protocols the procedures necessary for the determination or measurement of either the tensile strength or flexibility of the microscopic asbestos fibers and bundles. Of course, the methods do not measure flexibility or strength since that type of measurement is impossible by either PLM or ATEM. None of these methods even define what high tensile strength is, or how many measurements constitute a population. Interesting enough, as compared to the commercial forms of asbestos (chrysotile, amosite and crocidolite), both tremolite and anthophyllite asbestos have low tensile strength and poor flexibility and yet are regulated asbestos fibers.[21]

Also, the vast majority of the fibrous amphibole asbestos structures reported here were bundles (as defined by parallel fibers in an asbestos structure that are closer than one fiber diameter to each other.

It is unreasonable to think that breaking up a non-fibrous asbestos can form multiple individual fibers all in close proximity and parallel to each other and that meets the definition of a bundle. That is why fibrous mineral bundles have been recognized in the published literature as asbestiform for many years.

In Blount's publication, she states the following:

*"In addition, the tendency to bring down a disproportional number of larger particles has the true asbestiform amphiboles one generally sees some particles showing bundles of fibrils which removes any doubt about the nature of the amphibole".*[5]

---

[21] "Asbestos in Ontario, Ontario Department of Mines and Northern Affairs." Industrial Mineral Report 36, 1971.

WWW.MASTEST.COM

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200 FAX (770) 866-3259



Dr. Wiley in her 1999 ASTM International publication stated that the finding of bundles shows that the structure should be considered asbestiform.[22]

The total amount of regulated asbestos structures counted in the 42 positive ATEM samples was 187 bundles and fibers. Asbestos bundles, as compared to fibers, was approximately 96 % of the regulated asbestos structures counted in the ATEM positive samples.

By definition, these asbestos bundles are all classified as asbestiform. Nevertheless, all fibers and bundles reported by the ATEM method are regulated asbestos structures regardless of the geological definition for asbestiform.

For the single tremolite or anthophyllite fibers reported here, they all have been verified as to have formed in a fibrous crystalline habit since they are both fibrous and crystalline as well as meet the health based counting rules for regulated asbestos. [23]

**Aspect Ratio**

Another aspect that must be considered is the milling process that is required to produce cosmetic grade talc and how it effects the overall asbestos size distribution and aspect ratios. This milling effects the asbestos size distribution in talcs was first discussed by Rohl, et al. in 1976.[24] In their publication the authors discuss how the talc milling process will break large fibers into a new size distribution in the submicroscopic range.

The average aspect ratio of the regulated asbestos tremolite and anthophyllite fibers and bundles measure by our ATEM analysis was approximately 11:1. This average aspect ratio was consistent with Campbell data for milled tremolite and anthophyllite asbestos. Our measured average aspect ratios were also consistent with Blount's data for tremolite asbestos reported in sample I (identified as JBP).[4, 25]

For just the tremolite asbestos structure aspect ratios reported here, are also consistent with the NIST tremolite asbestos standard, Blount's tremolite asbestos findings for the off the shelf cosmetic talc container she tested, Campbell's milled tremolite asbestos and Langer & Nolan's

[22] A.G. Wylie "The Habit of Asbestiform Amphiboles: Implications for the Analysis of Bulk Samples", ASTM Advances in Environmental Measurements Methods for Asbestos, STP 1342, Jan. 2000.

[23] Manual of Mineralogy, Twenty-First Edition, Revised, Cornelis Klein and Cornelis S. Hurlbert, Jr., John Wiley and Sons, 1999.

[24] Rohl, et al., "Consumer Talcum and Powders: Mineral and Chemical Characterization", Journal of Toxicology and Environmental Health, 2: pp. 255-284, 1976.

[25] Bureau of Mines Information Circular/Dept. of the Interior, Campbell, W.J., Blake, R.L., Brown, L.I., Cather, E.E. and Sjoberg, J.J.: United States Department of the Interior, "Selected Silicate Minerals and Their Asbestiform Varieties" IC 8751 1977.

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



published tremolite asbestos aspect ratio of 10.9 to 1. In the Blount publication, it was reported that the average aspect for non-asbestiform tremolite (cleavage fragments) was approximately 2:1.

Asbestiform tremolite/anthophyllite aspect ratio summary is as follows:

1. MDL ATEM analysis:  :  11:1
2. Blount                      :   9:1
3. Campbell                :   9:1
4. Langer                     :  11:1
5. J&J 3/11/2018        :  10:1
6. NIST 1875 Tre. Std.  :  10:1

All of these independent laboratory tremolite asbestos aspect ratio data shows that the tremolite and anthophyllite structures detected by our ATEM analysis shows that they are in fact asbestiform.

As anticipated and discussed below, neither chrysotile nor non-iron containing anthophyllite asbestos was found in any of the samples that were analyzed by ISO 22262-02 ATEM analysis.

**So Called Background Asbestos**

Of the 42 positive ATEM amphibole asbestos samples analyzed by MAS, nine of the JBP/STS talcum powder samples had only one amphibole asbestos fiber or bundle detected in 100 grid openings which represents the analytical sensitivity/limit of detection for this analysis.

Because tremolite/anthophyllite are non-commercial accessory amphibole minerals and are associated with talc, which is known to contain varying amounts of amphibole asbestos such as tremolite or anthophyllite, any positive findings are scientifically valid due to the amphibole minerals present in the talc.

There are no known commercial asbestos-containing products that used tremolite as an added ingredient, and only one specialty product ever used anthophyllite asbestos (corrosive resistant polymer chemical piping used at some chemical processing plants).

Further, there are no commercial amphibole tremolite/anthophyllite mines in North America, and tremolite and anthophyllite asbestos is not routinely analyzed at trace levels by typical commercial TEM laboratories. For these reasons it can be stated that:  1) there are no background air levels of tremolite/anthophyllite that could have interfered with or contaminated our JBP/STS and Imerys talcum sample analysis, and 2) for each set of JBP/STS

Page **26** of **56**

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200    FAX (770) 866-3259



and Imerys talcum samples that were prepared and analyzed at this laboratory a process laboratory blank was prepared simultaneously to determine if there was any possible cross-contamination. [26,27]

When these process laboratory blanks were analyzed by ATEM, no asbestos, including either tremolite, chrysotile or anthophyllite asbestos structures were found. Therefore, it can be stated that there was no cross-contamination during sample preparation of the JBP/STS talcum powder samples. Also, it is not our expectation that tremolite/anthophyllite asbestos would become a part of these homogenized talc products at a level identified as a matter of contamination prior to our custody of the samples. To do so would be practically impossible.

Also, these historical 72 JBP/STS containers and Imerys railroad samples came from their respective archived facilities. It is reasonable that the talcum powder in either the J&J containers or the Imerys railroad car samples were authentic and original to the specified date of manufacture (J&J containers) or time of product processing (Imerys). That is the talcum powder contained in these historical J&J container samples we analyzed, was the original talcum powder that was put into the container by J&J.

### Non-Detects

For the 70 JBP (with Asian)/STS and Imerys talcum powder samples analyzed, ATEM results for 28 JBP/STS and Imerys talcum powder samples were less than the limit of detection of approximately 3,000 to 9,400 amphibole fibers/bundles per gram of talc. This result cannot be characterized to mean the samples do not contain amphibole asbestos. Rather, it can only be said that if there is any amphibole asbestos present, the number of fiber and bundles per gram of talc are at less than the detection limit for the ISO 22262-2 heavy liquid separation ATEM analysis used by this laboratory.

### Chrysotile and Anthophyllite

As anticipated, neither chrysotile nor non-iron containing anthophyllite asbestos was found in any of the 70 samples that were analyzed by the ISO 22262-02 ATEM analysis. However, iron-rich anthophyllite was detected by ATEM because of its increased density.

---

[26] R.F. Dodson, M.F. O'Sullivan, D.R. Brooks and J.R. Bruce, "Asbestos Content of Omentum and Mesentery in Non-occupationally Exposed Individuals", Toxicology and Industrial Health, 2001: 17: pp. 138-143.

[27] R.J. Lee, D.R. Van Orden, "Airborne Asbestos in Buildings", Regulatory Toxicology and Pharmacology, 50 (2008) pp. 217-225.

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200  FAX (770) 866-3259



As with the ATEM method used here, the Blount PLM also uses heavy liquid separation in the sample preparation methodology.

The following is an explanation for the ATEM and Blount PLM chrysotile and anthophyllite results.

## ATEM Chrysotile Separation

The ATEM heavy liquid method is specific for the asbestos tremolite solid solution series and the iron-rich anthophyllite solid solution series.  The reason for this is that the heavy liquid solutions used for ATEM talc separation process had a density of 2.85 $g/cm^3$. Therefore, any minerals with a similar density or lower would not be separated by this method such as chrysotile, which has a density of between 2.5 to 2.6 $g/cm^3$. [28] The density for chrysotile is 0.020 $g/cm^3$ to 0.025 $g/cm^3$ less than the heavy liquid density used for the ATEM method and therefore, chrysotile asbestos would likely not be separated during JBP/STS and Imerys talcum sample preparation process.

As with the chrysotile non-detects reported here and in well over a hundred cosmetic talc analyses performed by MAS, the ATEM heavy liquid method has never detected chrysotile asbestos in the talcum powder, nor would we expect to have a positive result for chrysotile.

## ATEM Anthophyllite Solid Solution Series Separation

The density of anthophyllite ranges from 2.85 to 3.20 $g/cm^3$.  This range of densities is primarily due to the addition of iron (Fe) into the chemical structure.  For example, anthophyllite is part of a solid solution series (anthophyllite, iron-rich anthophyllite, ferro-anthophyllite, cummingtonite and grunerite) with a chemical formula of $Mg_7Si_8O_{22}(OH)_2$ to approximately $Fe_7Mg_5Si_8O_{22}(OH)_2$. Without Fe being present, the density of anthophyllite would be at the lower end of the density gradient of 2.85 $g/cm^3$. Again, since anthophyllite is a solid solution series, the amount of iron atoms that can be substituted into the molecular formula of anthophyllite depends on the iron content of the surrounding rocks. This iron atom substituted could be 0, 1, 2 or higher which accounts for the range of anthophyllite densities described here.

With a low to non-iron anthophyllite density of approximately 2.85 to 2.86 or 2.87 $g/cm^3$, which is the same or very close as the heavy liquid used for the ATEM analysis, one would not expect much separation of this type of either low-iron or non-iron containing anthophyllite from the

---

[28] Manual of Mineralogy, Twenty-First Edition, Revised, Cornelis Klein and Cornelis S. Hurlbert, Jr., John Wiley and Sons, 1999.

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



talcum powders using the ISO 22262-2 ATEM method and typically would not be detected by our analysis if present.

As expected, all of the anthophyllite series asbestos structures detected in these talcum powder samples by ATEM were iron-rich; no low iron or non-iron anthophyllite was detected in any of the ATEM samples. For the Vermont talc sourced samples, only three samples contained detectable amounts tremolite series asbestos fibers/bundles. However, this does not mean actinolite/tremolite is not present in significant concentrations in the Vermont talc mines. The ISO 22262-2 and Blount/PLM analysis detected regulated actinolite/tremolite asbestos in 30 of the JBP/STS containers and Imerys railroad car samples. These results is further verification of the utility of using both PLM (with and without heavy liquid separation) and ATEM for analyzing cosmetic talc samples.

**Blount PLM Separation**

As described above, the ATEM detected only iron-rich anthophyllite asbestos primarily in the Vermont-sourced talcum powder samples which is consistent with the Blount PLM results. Comparing the type of asbestos detected (tremolite and anthophyllite) between the Blount PLM and ATEM analysis where the same sample is positive by both methods, the asbestos types found (either anthophyllite and or actinolite/tremolite) can be different between the two as already discussed in this report.

For example, the analysis for the historical JBP/STS and Imerys samples, showed a number of samples where the only type of asbestos detected by ATEM was the iron-rich anthophyllite, while the Blount PLM not only detected the anthophyllite but also detected actinolite/tremolite. This amphibole asbestos detection difference between the two methods may at times be a function of the different heavy liquid densities used for the Blount/PLM and ATEM protocols.

The Blount PLM protocol specifies a heavy liquid density of 2.810 g/cm$^3$ as compared to the 1SO 22262-2 ATEM method that uses a heavy liquid density of 2.85 cm$^3$. This difference of 0.04 g/cm$^3$ is lower than the density of a low to non-iron anthophyllite. This lower density liquid used in the Blount PLM method would likely be more efficient in separating out the tremolite than the higher density liquid used by the ATEM method. Quite simply, the actinolite/tremolite structures would sink faster in the lower density liquid used by the Blount/PLM method. Also, the lower density liquid would be more efficient in separating out the low to non-iron anthophyllite asbestos.

This difference in the heavy liquid density between the two methods maybe explain why the number of positive Blount/PLMs for amphibole asbestos and the corresponding ATEM amphibole asbestos analysis were non-detect.

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200  FAX (770) 866-3259



This density difference coupled with the ATEM's bias to the large amphibole asbestos bundles detected by the PLM method shows how important it is to use both of these methods when analyzing cosmetic talc samples.

These overall results are both consistent with and validates our earlier March 11, 2018 Supplemental JBP/STS Report and subsequent analysis of plaintiffs' personal JBP/STS containers.

However, for our testimony, we will only be relying on this report and any future supplemental reports involving the analysis of historical JBP/STS and Imerys containers and samples except for the earlier two JBP samples used in both our Below the Waist and Baby powdering studies.

These results are also consistent with MVA's analysis of talc ore samples from both the Italian and Vermont talc mines where originally the samples were collected by or on behalf of defendant experts.[29, 30]

Also, our analytical results are consistent with the historical analysis of both Johnson & Johnson's product samples as well as the analysis of talc ore from both the Italian and Vermont mines that have been performed in the past.[31,32,33,34,35,36,37,38,39,40]

In addition to the above references, we are also relying on the current MAS Johnson & Johnson reliance document list that contains 102 references.[41]

[29] D.R. Veblen and C.W. Burnham, "New Biopyriboles Chester, Vermont: I. Descriptive Mineraology", American Mineralogist, 63: 1000-1009, 1978.

[30] R.L. Virta, "The Phase Relationship of Talc and Amphiboles in a Fibrous Talc Sample, Bureau of Mines Report of Investigations 8923, United States Department of the Interior, 1985.

[31] November 26, 1990 McCrone Environmental Services Report to Michael J. Keener from Kent Sprague concerning Samples CWM 90-28, 9-29 and 90-30

[32] New Reageant Systems-Plant Trial at Windsor Minerals, Inc.

[33] March, 1974 Memo to: Windsor Minerals, Inc., Windsor, Vermont From R.C. Reynolds, Jr. Department of Earth Sciences, Dartmouth College, New Hampshire

[34] Forensic Analytical: Quantitative Analysis Report, Asbestos in Bulk Material.

[35] May 15, 1984 MSHIA visit to Cyprus Industrial Minerals Company, South Plainfield Mill.

[36] Nov. 19, 1975 McCrone Assoc., Inc. Letter to Mr. Vernon Zeitz from Gene Grieger concerning talc orr sample analysis.

[37] Env. Consultant Report to Johnson & Johnson, April 1, 1977

[38] EMV Consultant Report to Johnson & Johnson, April 1, 1977

[39] Jan. 30, 1987 to J.A. Molnar and R.N. Miller from Joseph Schmidt Talc Analysis.

[40] March 14, 1988 to Mathew A. Nunes from Al Dickey, R.J. Lee Group Ref: Talc Samples 879-57 Talc L.

[41] Johnson & Johnson Reliance and Reviewed Documents (95).

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



The ATEM and ISO PLM analysis also showed that the majority of the JBP/STS talcum powder samples contained fibrous (asbestiform) talc as compared to the platy talc that is present in all of JBP/STS and Imerys talcum powder samples. It has been reported by others that fibrous talc is a geological metamorphic transformation of anthophyllite to fibrous talc.[42,43]

## Conclusion

All Italian or Vermont talc sourced samples that were analyzed by XRD for asbestos were found to be negative or non-detect. These results show that the XRD method is not a useful tool at all for analyzing cosmetic talc samples (Italian or Vermont sourced talc) for the presence of asbestos amphiboles. Both the ISO and Blount PLM methods have better analytical sensitivities than XRD for these types of samples. It would be highly recommended that the Stimuli Group drop any consideration of using the XRD for their rewrite of USP 40 method.[44]

The use of the ISO 22262-1 PLM analysis was not as sensitive as the Blount PLM method, but both methods have their strengths and weakness. On one hand the Blount PLM method has higher sensitivity, but is limited by the type of anthophyllite asbestos it can detect. The ISO PLM has lower sensitivity, but can detect the entire anthophyllite solid solution series. Also, these two PLM methods can detect the very large bundles that are typically missed by the ATEM analysis. There are few examples where the sample was positive by PLM and negative by ATEM.

It is recommend then that both the ISO PLM and the Blount method should be used as a screening tool for cosmetic talc analysis. Negative samples should then be required to be analyzed by the heavy liquid density ATEM method, which is still the best tool for these types of analysis.

Our ATEM analysis showed that the Italian and Vermont talc mines have a very distinct asbestos type profile from each other when analyzed by this method. The historical samples from the Italian mine contained primarily regulated tremolite asbestos fibers/bundles while the Vermont mine contained primarily anthophyllite asbestos. However, for the MDL samples that contained Vermont sourced talc, the PLM results show that only six positive samples contained anthophyllite only, the rest of the positive PLM samples, for the two methods, had detectable amounts of regulated actinolite/tremolite asbestos. These results show that anthophyllite asbestos maybe more prevalent in Vermont talc when analyzed by ATEM, but significant concentrations of actinolite/tremolite asbestos is also present as shown in the PLM analysis.

---

[42] MVA Report: MVA11730 "Investigation of Italian Talc Samples for Asbestos", August 1, 2018.

[43] MVA Report: MVA12588 "Investigation of Talc Samples for Asbestos" April 23, 2018.

[44] Stimuli to the Revision Process-Modernization of Asbestos Testing in USP Talc.

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



It is clear from these results that the three talc mines (Italian, Vermont and Korean) J&J used to manufacture their historical talcum powder products all contain asbestiform/regulated amphibole asbestos structures.

These overall results are both consistent and validates our earlier March 11, 2018 Supplemental JBP/STS Report and subsequent analysis of plaintiffs' personal JBP containers.

The most sensitive analytical method was ATEM with the ISO 22262-02 heavy liquid separation. It detected 42 positive samples out of the 70 JBP/STS and Imerys' talcum powder samples with a range in concentration of from approximately 4,400 fibers-bundles/gram to 268,000 fibers-bundles/gram of talc. Both tremolite series and anthophyllite series regulated asbestos were found in these samples.

There was a total of 50 positive containers (ATEM and PLM combined) out of the 72 tested that gave an overall 69 % positive result for the historical JBP/STS containers and Imerys' railroad car samples that were tested for this report.

These results are also consistent with our past analysis of Johnson & Johnson cosmetic talc samples that contained tremolite and anthophyllite regulated asbestos fibers, and with MVA's analysis of both the Italian and Vermont talc mine ore samples.

Based on the results of our analysis, it is our opinion that individuals who used Johnson & Johnson talcum powder products (Johnson's Baby Powder and Shower to Shower) in the past would have, more likely than not, been exposed to significant airborne levels of both regulated amphibole asbestos and fibrous (asbestiform) talc.

William E. Longo, Ph.D.
President

Mark W. Rigley, Ph.D.
Chief Science Officer and Senior Consultant

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200  FAX (770) 866-3259



## Table 2

## Summary of Results for Johnson & Johnson's
## 1960's Historical JBP & STS Samples

| MAS Sample Number | Client Sample ID | Year of Mnfr. | Amphibole Asbestos Structures/g | Amphibole Asbestos wt. % | Analytical Sensitivity Structures/g | ISO PLM wt. % | Blount PLM wt. % |
|---|---|---|---|---|---|---|---|
| M68503-010 **JBP** | 2018-0060-04 **JBP** 167 | 1960 | 31,400 | 0.00056 | 8,500 | NAD | <0.1 Trem/Act |
| M68503-009 **JBP** | 2018-0060-03 **JBP** 166 | 1962 | 17,700 | 0.0000057 | 8,800 | NAD | <0.1 Trem/Act |
| M68503-024 **JBP** | 2018-0060-76 **JBP** 119 | 1963 | <8,972 | <0.0000268 | 9,000 | NAD | NAD |
| M68503-004 **JBP** | 2018-0056-25 **JBP** 232 | 1964 | <2,990 | <0.0000268 | 3,000 | <0.1 Trem/Act | NAD |
| M68503-014 **JBP** | 2018-0060-20 **JBP** 183 | 1965 | 17,300 | 0.000044 | 8,700 | NAD | NAD |
| M68503-011 **JBP** | 2018-0060-06 **JBP** 169 | 1966 | <6,072 | <0.0000268 | 6,100 | NAD | NAD |
| M68503-027 **STS** | 2018-0061-09 **STS** 043 | 1966 | <2,998 | <0.0000268 | 3,000 | NAD | NAD |
| M68503-019 **JBP** | 2018-0060-44 **JBP** 087 | 1967 | 8,930 | 0.000045 | 8,900 | NAD | NAD |
| M69042-003 **JBP** | 20180056-31 **JBP** 238 | 1967 | 18,000 | 0.0000033 | 9,000 | NAD | NAD |
| M69042-005 **JBP** | 20180060-25 **JBP** 188 | 1967 | <8,740 | <0.0000268 | 8,700 | NAD | NAD |
| M69042-006 **JBP** | 20180060-49 **JBP** 092 | 1967 | <5,932 | <0.0000268 | 5,900 | NAD | NAD |
| M69042-007 **JBP** | 20180060-50 **JBP** 093 | 1967 | <5,930 | <0.0000268 | 5,900 | NAD | NAD |
| M68503-038 **JBP** | 2018-0061-40 **STS** 004 | 1968 | <3,045 | <0.0000268 | 3,050 | NAD | NAD |
| M68503-026 **STS** | 2018-0061-08 **STS** 042 | 1969 | 268,000 | 0.0064 | 8,650 | <0.1 Trem/Act | <0.1 Trem/Act |

WWW.MASTEST.COM

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



## M68503-010

| Str. # | Length (µm) | Width (µm) | Aspect Ratio | Structure Type | Asbestos Type |
|--------|-------------|------------|--------------|----------------|---------------|
| -1 | 7.0 | 0.7 | 10.0 | Bundle | Tremolite |
| -2 | 12.0 | 0.9 | 13.3 | Bundle | Tremolite |
| -3 | 20.0 | 3.5 | 5.7 | Bundle | Tremolite |
| -4 | 3.7 | 0.5 | 7.4 | Bundle | Tremolite |

**Average Aspect Ratio: 9.1**

## M68503-009

| Str. # | Length (µm) | Width (µm) | Aspect Ratio | Structure Type | Asbestos Type |
|--------|-------------|------------|--------------|----------------|---------------|
| -1 | 3.8 | 0.72 | 5.3 | Bundle | Tremolite |
| -2 | 3.5 | 0.42 | 8.3 | Bundle | Tremolite |

**Average Aspect Ratio: 6.8**

## M68503-014

| Str. # | Length (µm) | Width (µm) | Aspect Ratio | Structure Type | Asbestos Type |
|--------|-------------|------------|--------------|----------------|---------------|
| -1 | 8.6 | 1.3 | 6.6 | Bundle | Tremolite |
| -2 | 7.9 | 0.84 | 9.4 | Bundle | Tremolite |

**Average Aspect Ratio: 8.0**

## M68503-019

| Str. # | Length (µm) | Width (µm) | Aspect Ratio | Structure Type | Asbestos Type |
|--------|-------------|------------|--------------|----------------|---------------|
| -1 | 20.0 | 1.0 | 20.0 | Bundle | Anthophyllite |

**Average Aspect Ratio: 20.0**

## M69042-003

| Str. # | Length (µm) | Width (µm) | Aspect Ratio | Structure Type | Asbestos Type |
|--------|-------------|------------|--------------|----------------|---------------|
| -1 | 4.52 | 0.44 | 10.3 | Bundle | Tremolite |
| -2 | 3.4 | 0.42 | 8.1 | Bundle | Anthophyllite |

**Average Aspect Ratio: 9.2**

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



## M68503-026

| Str. # | Length (µm) | Width (µm) | Aspect Ratio | Structure Type | Asbestos Type |
|--------|-------------|------------|--------------|----------------|---------------|
| -1 | 7.1 | 0.4 | 17.8 | Bundle | Tremolite |
| -2 | 10.6 | 1.8 | 5.9 | Bundle | Tremolite |
| -3 | 3.1 | 0.23 | 13.5 | Fiber | Tremolite |
| -4 | 7.6 | 0.8 | 9.5 | Bundle | Tremolite |
| -5 | 3.2 | 0.5 | 6.4 | Bundle | Tremolite |
| -6 | 7.3 | 1.2 | 6.1 | Bundle | Tremolite |
| -7 | 7.3 | 0.7 | 10.4 | Bundle | Tremolite |
| -8 | 9.8 | 1.8 | 5.4 | Bundle | Tremolite |
| -9 | 4.3 | 0.8 | 5.4 | Bundle | Tremolite |
| -10 | 7.0 | 0.8 | 8.8 | Bundle | Tremolite |
| -11 | 7.4 | 1.1 | 6.7 | Bundle | Tremolite |
| -12 | 13.3 | 0.7 | 19.0 | Bundle | Tremolite |
| 13 | 3.7 | 0.45 | 8.2 | Bundle | Tremolite |
| -14 | 3.4 | 0.6 | 5.7 | Bundle | Tremolite |
| -15 | 3.2 | 0.23 | 13.9 | Bundle | Tremolite |
| -16 | 30.8 | 4.0 | 7.7 | Bundle | Tremolite |
| -17 | 2.8 | 0.5 | 5.6 | Bundle | Tremolite |
| -18 | 7.9 | 0.92 | 8.6 | Bundle | Tremolite |
| -19 | 7.5 | 0.8 | 9.4 | Bundle | Tremolite |
| -20 | 3.9 | 0.6 | 6.5 | Bundle | Tremolite |
| -21 | 4.1 | 0.6 | 6.8 | Bundle | Tremolite |
| -22 | 3.0 | 0.46 | 6.5 | Bundle | Tremolite |
| -23 | 24.4 | 3.0 | 8.1 | Bundle | Tremolite |
| -24 | 6.5 | 1.1 | 5.9 | Bundle | Tremolite |
| -25 | 8.6 | 0.92 | 9.3 | Bundle | Tremolite |
| -26 | 27.6 | 3.7 | 7.5 | Bundle | Tremolite |
| -27 | 18.4 | 2.3 | 8.0 | Bundle | Tremolite |
| -28 | 75.9 | 4.6 | 16.5 | Bundle | Tremolite |
| -29 | 9.2 | 1.4 | 6.6 | Bundle | Tremolite |
| -30 | 4.6 | 0.7 | 6.6 | Bundle | Tremolite |
| -31 | 6.9 | 1.0 | 6.9 | Bundle | Tremolite |

**Average Aspect Ratio: 8.7**

WWW.MASTEST.COM

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



## Table 3
## Summary of Results for Johnson & Johnson's
## 1970's Historical JBP & STS Samples

| MAS/J³ Sample Number | Client Sample ID | Year of Mnfr. | Amphibole Asbestos Structures/g | Amphibole Asbestos wt. % | Analytical Sensitivity Structures/g | ISO PLM wt. % | Blount PLM wt. % |
|---|---|---|---|---|---|---|---|
| M68503-005 JBP | 2018-0056-30 JBP 237 | 1970 | <8,778 | <0.0000268 | 8,780 | NAD | NAD |
| M69042-009 JBP | 20180060-68 JBP 111 | 1970 | <6,371 | <0.0000268 | 6,370 | <0.1 Trem/Act | NAD |
| M68503-029 JBP | 2018-0061-17 STS 051 | 1971 | <8,417 | <0.0000268 | 8,400 | NAD | NAD |
| M68503-021 JBP | 2018-0060-54 JBP 097 | 1972 | <5,918 | <0.0000268 | 5,920 | NAD | NAD |
| M68503-023 JBP | 2018-0060-64 JBP107 | 1973 | 8,760 | 0.000017 | 8,730 | <0.1 Anth | <0.1 Anth |
| M68503-028 STS | 2018-0061-12 STS 046 | 1974 | 17,500 | 0.000098 | 5,800 | NAD | <0.1 Anth |
| 02D STS | 20180061-02D STS 1611A | 1975 | <9,400 | <0.0000268 | 9,400 | P³-NAD | NAD |
| M69042-001 JBP | 20180056-02D JBP 209 | 1975 | 22,400 | 0.000232 | 4,470 | <0.1 Trem/Act <0.1 Anth | <0.1 Trem/Act |
| M68503-046 STS | 2018-0061-57 STS 021 | 1975 | <5,863 | <0.0000268 | 5,900 | NAD | NAD |
| M68503-042 STS | 2018-0061-49 STS 013 | 1976 | 23,600 | 0.0024 | 5,890 | <0.1 Trem/Act <0.1 Anth | <0.1 Trem/Act |
| M68233-001 JBP | 2018-0015-01A1 JBP 084 | 1978 | 7,240 | 0.00001 | 7,240 | <0.1 Trem/Act | <0.1 Trem/Act |
| M68233-002 JBP | 2018-0015-01A2 JBP 084 | 1978 | 22,130 | 0.00023 | 7,400 | <0.1 Trem/Act | <0.1 Trem/Act |
| M68503-057 JBP | 2018-0070-10 2014.001.0612JBP | 1977 | 8,360 | 0.000038 | 8,360 | <0.1 Trem/Act <0.1 Anth | NAD |
| M68503-020 JBP | 2018-0060-53 JBP 096 | 1978 | 34,800 | 0.000053 | 8,690 | <0.1 Trem/Act <0.1 Anth | <0.1 Trem/Act |
| M69042-002 JBP | 20180056-06 JBP 213 | 1978 | 63,800 | 0.00048 | 9,120 | <0.1 Trem/Act <0.1 Anth | <0.1 Trem/Act <0.1 Anth |
| M69042-004 JBP | 20180056-34 JBP 241 | 1978 | 18,000 | 0.000012 | 6,020 | <0.1 Trem/Act <0.1 Anth | <0.1Trem/Act <0.1 Anth |
| M69042-008 JBP | 20180060-67 JBP 110 | 1978 | 18,100 | 0.00086 | 6,020 | <0.1 Anth | <0.1 Anth |
| 07D STS | 20180070-07D 2014.001.0397 | 1978 | 82,000 | 0.00073 | 9,100 | J³-NAD | 0.2 Trem/Act 0.5 Anth |
| 15D STS | 20180061-15D STS 049 | 1978 | 61,000 | 0.0013 | 8,700 | J³-NAD | 0.3 Trem/Act |
| 50D STS | 20180061-50D STS 1605A | 1978 | <9,300 | <0.0000268 | 9,300 | J-³NAD | <0.1 Anth |
| M68503-059 JBP | 2018-0070-16 JBP 2014.001.1363 | 1979 | 17,100 | 0.00024 | 8,560 | <0.1 Trem/Act <0.1 Anth | <0.1 Trem/Act <0.1 Anth |

NAD: No asbestos detected    J³NAD: Samples analyzed by Lee Poye

Page 36 of 56

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



### M68503-023

| Str. # | Length (µm) | Width (µm) | Aspect Ratio | Structure Type | Asbestos Type |
|--------|-------------|------------|--------------|----------------|----------------|
| -1 | 12.0 | 0.8 | 15.0 | Bundle | Anthophyllite |

**Average Aspect Ratio: 10.7**

### M68503-028

| Str. # | Length (µm) | Width (µm) | Aspect Ratio | Structure Type | Asbestos Type |
|--------|-------------|------------|--------------|----------------|----------------|
| -1 | 18.8 | 1.8 | 10.4 | Bundle | Anthophyllite |
| -2 | 5.7 | 0.4 | 14.3 | Bundle | Anthophyllite |
| -3 | 6.0 | 0.9 | 6.7 | Bundle | Anthophyllite |

**Average Aspect Ratio: 10.5**

### M69042-001

| Str. # | Length (µm) | Width (µm) | Aspect Ratio | Structure Type | Asbestos Type |
|--------|-------------|------------|--------------|----------------|----------------|
| -1 | 14.4 | 0.4 | 36.0 | Fiber | Anthophyllite |
| -2 | 2.3 | 0.4 | 5.8 | Fiber | Anthophyllite |
| -3 | 15.7 | 2.0 | 7.9 | Bundle | Anthophyllite |
| -4 | 10.0 | 0.2 | 50 | Fiber | Anthophyllite |
| -5 | 22.5 | 2.5 | 9 | Bundle | Anthophyllite |

**Average Aspect Ratio: 21.7**

### M68503-042

| Str. # | Length (µm) | Width (µm) | Aspect Ratio | Structure Type | Asbestos Type |
|--------|-------------|------------|--------------|----------------|----------------|
| -1 | 19.0 | 2.0 | 9.5 | Bundle | Anthophyllite |
| -2 | 29.0 | 2.0 | 14.5 | Bundle | Anthophyllite |
| -3 | 6.7 | 0.8 | 8.4 | Bundle | Anthophyllite |
| -4 | 40.0 | 6.0 | 6.7 | Bundle | Anthophyllite |

**Average Aspect Ratio: 9.8**

### M68233-001

| Str. # | Length (µm) | Width (µm) | Aspect Ratio | Structure Type | Asbestos Type |
|--------|-------------|------------|--------------|----------------|----------------|
| -1 | 6.8 | 0.9 | 7.6 | Fiber | Anthophyllite |

**Average Aspect Ratio: 7.6**

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200  FAX (770) 866-3259



## M68233-002

| Str. # | Length (μm) | Width (μm) | Aspect Ratio | Structure Type | Asbestos Type |
|--------|-------------|------------|--------------|----------------|---------------|
| -1 | 27.7 | 0.7 | 36.7 | Bundle | Anthophyllite |
| -2 | 16.4 | 2.6 | 6.3 | Bundle | Anthophyllite |
| -3 | 7.6 | 0.5 | 15.2 | Fiber | Anthophyllite |

**Average Aspect Ratio: 19.4**

## M68503-057

| Str. # | Length (μm) | Width (μm) | Aspect Ratio | Structure Type | Asbestos Type |
|--------|-------------|------------|--------------|----------------|---------------|
| -1 | 8.0 | 1.5 | 5.3 | Bundle | Tremolite |

**Average Aspect Ratio: 5.3**

## M68503-020

| Str. # | Length (μm) | Width (μm) | Aspect Ratio | Structure Type | Asbestos Type |
|--------|-------------|------------|--------------|----------------|---------------|
| -1 | 8.5 | 0.42 | 20.2 | Bundle | Anthophyllite |
| -2 | 2.7 | 0.44 | 6.1 | Bundle | Tremolite |
| -3 | 4.62 | 0.62 | 7.5 | Bundle | Anthophyllite |
| -4 | 21.1 | 0.98 | 21.5 | Bundle | Anthophyllite |

**Average Aspect Ratio: 13.8**

## M69042-002

| Str. # | Length (μm) | Width (μm) | Aspect Ratio | Structure Type | Asbestos Type |
|--------|-------------|------------|--------------|----------------|---------------|
| -1 | 35.4 | 1.8 | 19.7 | Bundle | Anthophyllite |
| -2 | 12.4 | 1.1 | 11.3 | Bundle | Anthophyllite |
| -3 | 6.4 | 1.1 | 5.8 | Bundle | Anthophyllite |
| -4 | 6.0 | 0.7 | 8.6 | Bundle | Anthophyllite |
| -5 | 34.5 | 1.1 | 31.4 | Bundle | Anthophyllite |
| -6 | 11.5 | 1.2 | 9.6 | Bundle | Anthophyllite |
| -7 | 11.5 | 1.0 | 11.5 | Bundle | Anthophyllite |

**Average Aspect Ratio: 14.0**

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200 FAX (770) 866-3259



## M69042-004

| Str. # | Length (µm) | Width (µm) | Aspect Ratio | Structure Type | Asbestos Type |
|--------|-------------|------------|--------------|----------------|---------------|
| -1 | 13.4 | 0.4 | 33.5 | Fiber | Anthophyllite |
| -2 | 4.2 | 0.38 | 11.1 | Bundle | Anthophyllite |
| -3 | 13.4 | 0.63 | 21.3 | Bundle | Anthophyllite |

**Average Aspect Ratio: 21.9**

## M69042-008

| Str. # | Length (µm) | Width (µm) | Aspect Ratio | Structure Type | Asbestos Type |
|--------|-------------|------------|--------------|----------------|---------------|
| -1 | 3.9 | 0.5 | 7.8 | Bundle | Anthophyllite |
| -2 | 7.8 | 1.5 | 5.2 | Bundle | Anthophyllite |
| -3 | 5.3 | 0.5 | 10.6 | Bundle | Anthophyllite |

**Average Aspect Ratio: 7.9**

WWW.MASTEST.COM

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



## 07D

| Str. # | Length (µm) | Width (µm) | Aspect Ratio | Structure Type | Asbestos Type |
|---|---|---|---|---|---|
| -1 | 3.5 | 0.25 | 14 | Fiber | Anthophyllite |
| -2 | 6.0 | 0.4 | 15 | Bundle | Anthophyllite |
| -3 | 7.5 | 0.2 | 37.5 | Bundle | Anthophyllite |
| -4 | 11.0 | 0.6 | 18.3 | Bundle | Anthophyllite |
| -5 | 4.0 | 0.25 | 16 | Bundle | Anthophyllite |
| -6 | 14.0 | 1.1 | 12.7 | Bundle | Anthophyllite |
| -7 | 8.5 | 0.4 | 21.3 | Bundle | Anthophyllite |
| -8 | 9.0 | 0.7 | 12.9 | Bundle | Anthophyllite |

**Average Aspect Ratio: 18.5**

## 15D

| Str. # | Length (µm) | Width (µm) | Aspect Ratio | Structure Type | Asbestos Type |
|---|---|---|---|---|---|
| -1 | 6.6 | 0.7 | 9.4 | Bundle | Anthophyllite |
| -2 | 5.2 | 0.22 | 23.6 | Bundle | Anthophyllite |
| -3 | 20.3 | 0.92 | 22.1 | Bundle | Anthophyllite |
| -4 | 27.0 | 1.5 | 18 | Bundle | Anthophyllite |
| -5 | 5.9 | 0.22 | 26.8 | Fiber | Anthophyllite |

**Average Aspect Ratio: 20.0**

## M68503-059

| Str. # | Length (µm) | Width (µm) | Aspect Ratio | Structure Type | Asbestos Type |
|---|---|---|---|---|---|
| -1 | 12.0 | 0.4 | 30.0 | Bundle | Anthophyllite |
| -2 | 17.0 | 2.5 | 6.8 | Bundle | Anthophyllite |

**Average Aspect Ratio: 18.4**

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200  FAX (770) 866-3259



## Table 4

## Summary of Results for Johnson & Johnson's
## 1980's Historical JBP & STS Samples

| MAS/J³ Sample Number | Client Sample ID | Year of Mnfr. | Amphibole Asbestos Structures/g | Amphibole Asbestos wt. % | Analytical Sensitivity Structures/g | ISO PLM wt. % | Blount PLM wt. % |
|---|---|---|---|---|---|---|---|
| 10D **STS** | 20180061-10D **STS** 044 | 1980 | N/A | N/A | N/A | J³-NAD | 0.2 Tre/Act <0.1 Anth |
| 38D **STS** | 20180061-38D **STS** 002 | 1980 | 53,000 | 0.003 | 7,600 | J³-NAD | 0.2 Tre/Act 0.2 Anth |
| 63D **STS** | 20180061-63D **STS** 027D | 1980-1981 | N/A | N/A | N/A | J³-NAD | 0.2 Tre/Act 0.2 Anth |
| 52D **STS** | 20180061-52D **STS** 016 | 1981 | 70,000 | 0.004 | 7,800 | J³-NAD | 0.2 Tre/Act 0.5 Anth |
| 65D **STS** | 20180061-65D **STS** 029 | 1981 | 95,000 | 0.0092 | 7,300 | J³-NAD | 0.2 Tre/Act 0.2 Anth |
| 37D **STS** | 20180061-37D **STS** 001 | 1982 | 9,300 | 0.00005 | 9,300 | J³-NAD | <0.1 Tre/Act <0.1 Anth |
| 45D **STS** | 20180061-45D **STS** 009 | 1982 | 9,000 | 0.0019 | 9,000 | J³-NAD | <0.1 Tre/Act |
| 51D **STS** | 20180061-51D **STS** 1606A | 1982 | <9,400 | N/A | 9,400 | J³-NAD | <0.1 Tre/Act |
| 66D **STS** | 20180061-66D **STS** 1610A | 1982 | <9,400 | N/A | 9,400 | J³-NAD | 0.1 Tre/Act |
| 21D **STS** | 20180061-21D **STS** 1614A | 1983 | <8,300 | N/A | 8,300 | J³-NAD | <0.1 Tre/Act <0.1 Anth |
| M68503-001 **JBP** | 2018-0051-34 **JBP** 294 | 1984 | 18,700 | 0.000036 | 6,240 | <0.1Tre/Act | <0.1 Tre/Act |
| M69042-010 **JBP** | 2018-0070-86 2014.001.5102 **JBP** | 1985 | 12,500 | 0.000035 | 6,200 | <0.1Tre/Act | <0.1 Anth |
| 31F **STS** | 20180061-31F **STS** 065 | 1986 | 22,000 | 0.0029 | 7,300 | J³-NAD | 0.3 Tre/Act < 0.1 Anth |
| 31G **STS** | 20180061-31G **STS** 065 | 1986 | 30,000 | 0.00052 | 7,500 | J³-NAD | 0.7 Tre/Act |
| M69751-037 **Imerys** | 20180314-03 **Imerys** | 1989 | 59,000 | 0.000089 | 4500 | <0.1 Tre/Act | <0.1 Tre/Act <0.1 Anth |

NAD: no asbestos detected.  J-³NAD: Samples analyzed by Lee Poye.

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



## 38D

| Str. # | Length (µm) | Width (µm) | Aspect Ratio | Structure Type | Asbestos Type |
|--------|-------------|------------|--------------|----------------|---------------|
| -1 | 3.2 | 0.6 | 5.3 | Bundle | Anthophyllite |
| -2 | 3.6 | 0.7 | 5.1 | Bundle | Anthophyllite |
| -3 | 18.9 | 1.5 | 12.6 | Bundle | Anthophyllite |
| -4 | 6.0 | 0.9 | 6.7 | Bundle | Anthophyllite |
| -5 | 6.2 | 1.1 | 5.6 | Bundle | Anthophyllite |
| -6 | 3.5 | 0.4 | 8.9 | Fiber | Anthophyllite |
| -7 | 6.0 | 0.3 | 20.0 | Bundle | Anthophyllite |
| -8 | 3.1 | 0.25 | 12.4 | Bundle | Anthophyllite |

**Average Aspect Ratio: 9.6**

## 52D

| Str. # | Length (µm) | Width (µm) | Aspect Ratio | Structure Type | Asbestos Type |
|--------|-------------|------------|--------------|----------------|---------------|
| -1 | 46.5 | 1.5 | 31 | Bundle | Anthophyllite |
| -2 | 29.2 | 1.5 | 19.5 | Bundle | Anthophyllite |
| -3 | 10.0 | 0.5 | 20 | Bundle | Anthophyllite |
| -4 | 22.5 | 1.3 | 17.3 | Bundle | Anthophyllite |
| -5 | 11.7 | 1.0 | 11.7 | Bundle | Anthophyllite |
| -6 | 9.5 | 1.0 | N/A | Bundle | Talc |
| -7 | 31.0 | 1.0 | 31 | Bundle | Anthophyllite |
| -8 | 9.0 | 0.25 | 36 | Fiber | Anthophyllite |
| -9 | 3.8 | 0.3 | 12.7 | Bundle | Anthophyllite |

**Average Aspect Ratio: 22.4**

WWW.MASTEST.COM

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200 FAX (770) 866-3259



## 65D

| Str. # | Length (μm) | Width (μm) | Aspect Ratio | Structure Type | Asbestos Type |
|--------|-------------|------------|--------------|----------------|---------------|
| -1 | 18.0 | 1.5 | 12 | Bundle | Anthophyllite |
| -2 | 14.3 | 1.5 | 9.5 | Bundle | Anthophyllite |
| -3 | 20.2 | 1.3 | 15.5 | Bundle | Anthophyllite |
| -4 | 11.2 | 0.7 | 16 | Bundle | Anthophyllite |
| -5 | 6.8 | 0.7 | 9.7 | Bundle | Anthophyllite |
| -6 | 13.3 | 0.7 | 19 | Bundle | Anthophyllite |
| -7 | 22.3 | 1.5 | 14.9 | Bundle | Anthophyllite |
| -8 | 17.0 | 0.22 | 77.3 | Fiber | Anthophyllite |
| -9 | 28.0 | 2.5 | 11.2 | Bundle | Anthophyllite |
| -10 | 9.5 | 1.3 | 7.3 | Bundle | Anthophyllite |
| -11 | 12.0 | 0.8 | 15 | Bundle | Anthophyllite |
| -12 | 10.2 | 0.4 | 25.5 | Bundle | Anthophyllite |
| -13 | 23.0 | 3.5 | 6.6 | Bundle | Anthophyllite |

**Average Aspect Ratio: 18.4**

## 37D

| Str. # | Length (μm) | Width (μm) | Aspect Ratio | Structure Type | Asbestos Type |
|--------|-------------|------------|--------------|----------------|---------------|
| -1 | 15.8 | 2.6 | 6.1 | Bundle | Anthophyllite |

**Average Aspect Ratio: 6.1**

## 45D

| Str. # | Length (μm) | Width (μm) | Aspect Ratio | Structure Type | Asbestos Type |
|--------|-------------|------------|--------------|----------------|---------------|
| -1 | 17.5 | 2.2 | 8.0 | Bundle | Anthophyllite |

**Average Aspect Ratio: 8.0**

WWW.MASTEST.COM

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200  FAX (770) 866-3259



## M68503-001

| Str. # | Length (μm) | Width (μm) | Aspect Ratio | Structure Type | Asbestos Type |
|--------|-------------|------------|--------------|----------------|---------------|
| -1 | 9.89 | 0.46 | 21.5 | Bundle | Anthophyllite |
| -2 | 3.2 | 0.59 | 5.4 | Bundle | Tremolite |
| -3 | 10.4 | 1.38 | 7.5 | Bundle | Tremolite |

**Average Aspect Ratio: 11.5**

## M69042-010

| Str. # | Length (μm) | Width (μm) | Aspect Ratio | Structure Type | Asbestos Type |
|--------|-------------|------------|--------------|----------------|---------------|
| -1 | 9.2 | 1.5 | 6.1 | Bundle | Anthophyllite |
| -2 | 8.9 | 0.42 | 21.2 | Bundle | Anthophyllite |

**Average Aspect Ratio: 11.5**

## 31F

| Str. # | Length (μm) | Width (μm) | Aspect Ratio | Structure Type | Asbestos Type |
|--------|-------------|------------|--------------|----------------|---------------|
| -1 | 21.6 | 1.3 | 16.6 | Bundle | Anthophyllite |

**Average Aspect Ratio: 16.6**

## 31G

| Str. # | Length (μm) | Width (μm) | Aspect Ratio | Structure Type | Asbestos Type |
|--------|-------------|------------|--------------|----------------|---------------|
| -1 | 30.1 | 0.7 | 43 | Bundle | Anthophyllite |
| -2 | 13.5 | 0.7 | 19.3 | Bundle | Anthophyllite |
| -3 | 7.0 | 0.7 | 10 | Bundle | Anthophyllite |
| -4 | 22.5 | 1.5 | 15 | Bundle | Anthophyllite |

**Average Aspect Ratio: 21.8**

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



## Table 5
## Summary of Results for Johnson & Johnson's
## 1990's Historical JBP & Imerys Samples

| MAS/J[3] Sample Number | Client Sample ID | Year of Mnfr. | Amphibole Asbestos Structures/g | Amphibole Asbestos wt. % | Analytical Sensitivity Structures/g | ISO PLM wt. % | Blount PLM wt. % |
|---|---|---|---|---|---|---|---|
| M69757-005 | 20180343-03A Imerys | 1990 | 27000 | 0.000010 | 4500 | <0.1 Tre/Act <0.1 Anth | <0.1 Tre/Act <0.1 Anth |
| M69757-007 | 20180358-01A Imerys | 1990 | 39000 | 0.00030 | 4300 | <0.1 Tre/Act | <0.1 Tre/Act <0.1 Anth |
| M69751-039 | 20180320-01A Imerys | 1991 | <4400 | <0.0000268 | 4400 | NAD | NAD |
| M69751-040 | 20180320-13A Imerys | 1991 | 13000 | 0.000015 | 4500 | NAD | <0.1 Tre/Act |
| M68503-016 JBP | 2018-0060-33 JBP 001 | 1994 | <9000 | <0.0000268 | 9000 | NAD | NAD |
| M69757-004 | 20180339-05A Imerys | 1994 | <4400 | <0.0000268 | <4400 | NAD | NAD |
| M69751-036 | 20180313-02A Imerys | 1995 | 4400 | 0.00000022 | 4400 | NAD | NAD |
| M68503-017 JBP | 2018-0060-38 JBP 006 | 1996 | <9000 | <0.0000268 | 9000 | NAD | NAD |
| M69757-006 | 20180344-04A Imerys | 1996 | <4400 | <0.0000268 | 4400 | NAD | NAD |
| M69751-002 | 20180315-021A Imerys | 1999 | <4400 | <0.0000268 | 4400 | NAD | NAD |

NAD: no asbestos detected.

WWW.MASTEST.COM

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200  FAX (770) 866-3259



## M69757-005

| Str. # | Length (µm) | Width (µm) | Aspect Ratio | Structure Type | Asbestos Type |
|--------|-------------|------------|--------------|----------------|---------------|
| -1 | 2.32 | 0.21 | 11.0 | Bundle | Anthophyllite |
| -2 | 6.1 | 0.42 | 14.5 | Bundle | Anthophyllite |
| -3 | 4.4 | 0.84 | 5.2 | Bundle | Anthophyllite |
| -4 | 2.72 | 0.42 | 6.5 | Bundle | Anthophyllite |
| -5 | 8.7 | 0.38 | 22.9 | Bundle | Anthophyllite |
| -6 | 4.82 | 0.76 | 6.3 | Bundle | Anthophyllite |

**Average Aspect Ratio: 11.1**

## M69757-007

| Str. # | Length (µm) | Width (µm) | Aspect Ratio | Structure Type | Asbestos Type |
|--------|-------------|------------|--------------|----------------|---------------|
| -1 | 5.6 | 1.1 | 5.1 | Bundle | Anthophyllite |
| -2 | 4.6 | 0.64 | 7.2 | Bundle | Anthophyllite |
| -3 | 9.9 | 0.36 | 27.5 | Fiber | Anthophyllite |
| -4 | 10.9 | 0.35 | 31.1 | Bundle | Anthophyllite |
| -5 | 11.7 | 1.4 | 8.4 | Bundle | Anthophyllite |
| -6 | 11.6 | 1.1 | 10.5 | Bundle | Actinolite |
| -7 | 11.8 | 1.6 | 7.4 | Bundle | Anthophyllite |
| -8 | 8 | 1.3 | 6.2 | Bundle | Anthophyllite |
| -9 | 49.4 | 2.1 | 23.5 | Bundle | Talc-Anth |

**Average Aspect Ratio: 11.1**

## M69751-040

| Str. # | Length (µm) | Width (µm) | Aspect Ratio | Structure Type | Asbestos Type |
|--------|-------------|------------|--------------|----------------|---------------|
| -1 | 7.4 | 0.62 | 11.9 | Bundle | Anthophyllite |
| -2 | 14.9 | 0.74 | 20.1 | Bundle | Anthophyllite |
| -3 | 6.72 | 0.62 | 10.8 | Bundle | Anthophyllite |

**Average Aspect Ratio: 11.1**

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



### M69751-036

| Str. # | Length (μm) | Width (μm) | Aspect Ratio | Structure Type | Asbestos Type |
|--------|-------------|------------|--------------|----------------|---------------|
| -1 | 6.3 | 0.18 | 35.0 | Bundle | Tremolite |

**Average Aspect Ratio: 35.0**

## Table 6
## Summary of Results for Johnson & Johnson's
## 2000's Historical Imerys Samples

| MAS/J[3] Sample Number | Client Sample ID | Year of Mnfr. | Amphibole Asbestos Structures /g | Amphibole Asbestos wt. % | Analytical Sensitivity Structures/g | ISO PLM wt. % | Blount PLM wt. % |
|---|---|---|---|---|---|---|---|
| M69751-001 | 2018-0315-01A | 2001-2002 | 4400 | 0.000017 | 4400 | NAD | NAD |
| M69751-006 | 2018-0316-020A | 2000 | 4600 | 0.0000024 | 4600 | NAD | <0.1 Tre/Act |
| M69751-007 | 2018-0316-021A | 2000 | 8700 | 0.000024 | 4300 | NAD | NAD |
| M69751-038 | 2018-0317-04A | 2000 | <4400 | <0.0000268 | 4400 | NAD | NAD |
| M69751-004 | 2018-0315-040A | 2001 | <4300 | <0.0000268 | 4300 | NAD | NAD |
| M69751-008 | 2018-0316-022A | 2003 | <4400 | <0.0000268 | 4400 | NAD | NAD |

NAD: no asbestos detected.

### M69751-001

| Str. # | Length (μm) | Width (μm) | Aspect Ratio | Structure Type | Asbestos Type |
|--------|-------------|------------|--------------|----------------|---------------|
| -1 | 10.5 | 1.2 | 8.8 | Bundle | Tremolite |

**Average Aspect Ratio: 8.8**

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200    FAX (770) 866-3259



**M69751-006**

| Str. # | Length (μm) | Width (μm) | Aspect Ratio | Structure Type | Asbestos Type |
|--------|-------------|------------|--------------|----------------|---------------|
| -1 | 8.2 | 0.5 | 16.4 | Bundle | Tremolite |

**Average Aspect Ratio: 35.0**

**M69751-007**

| Str. # | Length (μm) | Width (μm) | Aspect Ratio | Structure Type | Asbestos Type |
|--------|-------------|------------|--------------|----------------|---------------|
| -1 | 16.0 | 1 | 16.0 | Bundle | Tremolite |
| -2 | 7.6 | 0.9 | 8.4 | Bundle | Tremolite |

**Average Aspect Ratio: 12.2**

## Table 7
## Summary of J³ XRD & PLM Analysis
### Asian

| MAS Sample Number | Date of Manuf. | ISO XRD |
|-------------------|----------------|---------|
| M69248-001 | N/A | NAD |
| M69248-002 | 1979 | inconclusive |
| M69248-003 | 1980-1984 | positive |
| M69248-004 | N/A | NAD |
| M69248-005 | N/A | NAD |
| M69248-006 | 1982 | NAD |
| M69248-007 | N/A | positive |

NAD: no asbestos detected  N/A: dates of manufacture not provided by J&J

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200  FAX (770) 866-3259



## Table 8
## Summary of J³ XRD & PLM Analysis
### 1960's

| MAS Sample Number | Date of Manuf. | ISO XRD | J3 ISO PLM % | MAS ISO PLM % |
|---|---|---|---|---|
| M68503-010 | 1960 | NAD | NAD | NAD |
| M68503-009 | 1962 | NAD | NAD | NAD |
| M68508-024 | 1963 | NAD | NAD | NAD |
| M68503-004 | 1964 | NAD | NAD | <0.1 Trem/Act |
| M68503-014 | 1965 | NAD | NAD | NAD |
| M68503-011 | 1966 | NAD | NAD | NAD |
| M68503-027 | 1966 | NAD | NAD | NAD |
| M69042-007 | 1966-1967 | NAD | --- | NAD |
| M69042-003 | 1967 | NAD | --- | NAD |
| M69042-005 | 1967 | NAD | --- | NAD |
| M69042-006 | 1967 | NAD | --- | NAD |
| M68503-019 | 1967 | NAD | NAD | NAD |
| M68503-038 | 1968 | NAD | NAD | NAD |
| M68503-026 | 1969 | NAD | NAD | <0.1 Trem/Act |

NAD: no asbestos detected

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200 FAX (770) 866-3259



## Summary of J³ XRD & J³/ MAS PLM Analysis

### 1970's

| MAS Sample Number | Date of Manuf. | ISO XRD | J3 ISO PLM % | MAS ISO PLM % |
|---|---|---|---|---|
| M68503-005 | 1970 | NAD | NAD | NAD |
| M69042-009 | 1970 | NAD | ---* | <0.1 Trem/Act |
| M68503-029 | 1971 | NAD | NAD | NAD |
| M68503-021 | 1972 | NAD | NAD | NAD |
| M68503-023 | 1973 | NAD | NAD | <0.1 Anth. |
| M68503-028 | 1974 | NAD | NAD | NAD |
| 02D | 1975 | NAD | NAD | --- |
| M69042-001 | 1975 | NAD | --- | <0.1 Trem/Ac <0.1 Anth |
| M68503-046 | 1975 | NAD | NAD | NAD |
| M68503-042 | 1976 | NAD | NAD | <0.1 Trem/Act <0.1 Anth |
| M68233-001 | 1978 | NAD | --- | <0.1 Trem/Act |
| M68233-002 | 1978 | NAD | --- | <0.1 Trem/Act |
| M68503-057 | 1978 | NAD | NAD | <0.1 Trem/Act <0.1 Anth |
| M68503-020 | 1978 | NAD | NAD | <0.1 Anth |
| M69042-002 | 1978 | NAD | --- | <0.1 Trem/Act <0.1 Anth |
| M69042-004 | 1978 | NAD | --- | <0.1 Trem/Act <0.1 Anth |
| M69042-008 | 1978 | NAD | --- | <0.1 Anth |
| 07D | 1978 | NAD | NAD | -- |
| 15D | 1978 | NAD | NAD | -- |
| 50D | 1978 | NAD | NAD | -- |
| M68503-059 | 1979 | NAD | NAD | <0.1 Trem/Act <0.1 Anth |

**NAD: no asbestos detected   *: not analyzed**

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200 FAX (770) 866-3259



## Summary of J³ XRD & PLM Analysis

### 1980's

| MAS/P³ Sample Number | Date of Manuf. | ISO XRD | J3 ISO PLM | MAS ISO PLM |
|---|---|---|---|---|
| 10D | 1980 | NAD | NAD | --* |
| 38D | 1980 | NAD | NAD | -- |
| 63D | 1980-1981 | NAD | NAD | -- |
| 52D | 1981 | NAD | NAD | -- |
| 65D | 1981 | NAD | NAD | -- |
| 37D | 1982 | NAD | NAD | -- |
| 45D | 1982 | NAD | NAD | -- |
| 51D | 1982 | NAD | NAD | -- |
| 66D | 1982 | NAD | NAD | -- |
| 21D | 1983 | NAD | NAD | -- |
| M68503-001 | 1984 | NAD | NAD | <0.1% Trem/Act |
| M69042-010 | 1985 | NAD | --- | <0.1% Trem/Act |
| 31F | 1986 | NAD | NAD | -- |
| 31G | 1986 | NAD | NAD | -- |

NAD: no asbestos detected, *: not analyzed

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



## Summary of J³ XRD Analysis

### 1990's

| MAS Sample Number | Date of Manuf. | ISO XRD |
|---|---|---|
| M69757-005 | 1990 | N/A |
| M69757-007 | 1990 | N/A |
| M69751-039 | 1991 | N/A |
| M69751-040 | 1991 | N/A |
| M68503-016 | 1994 | NAD |
| M69757-004 | 1994 | N/A |
| M69751-036 | 1995 | N/A |
| M68503-017 | 1996 | NAD |
| M69757-006 | 1996 | N/A |
| M69751-002 | 1999 | N/A |

**NAD: no asbestos detected    N/A: Sample not analyzed**

## Summary of J³ XRD Analysis

### Early 2000's

| MAS Sample Number | Date of Manuf. | ISO XRD |
|---|---|---|
| M69751-005 | 2000 | N/A |
| M69751-007 | 2000 | N/A |
| M69751-039 | 2000 | N/A |
| M69751-040 | 2000 | N/A |
| M69751-004 | 2001 | N/A |
| M69751-036 | 2001 | N/A |

**N/A: not analyzed**

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



## Table 9

## Occurrence of Fibrous Talc in Historical J&J Cosmetic Talcum Powders

### 1960's

| Sample # | Date of Manufacture | TEM Analysis F.T | Talc Fibers per gram | ISO22262-1 PLM Analysis |
|---|---|---|---|---|
| M68503-010 | 1960 | Trace | 852,000 | Trace |
| M68503-009 | 1962 | Trace | 882,000 | Trace |
| M68503-024 | 1963 | Trace | 896,000 | Trace |
| M68503-004 | 1964 | Trace | 298,000 | Trace |
| M68503-014 | 1965 | Trace | 864,000 | Trace |
| M68503-027 | 1966 | Trace | 290,000 | Trace |
| M68503-011 | 1967 | NSD | N/A | Trace |
| M68503-019 | 1967 | Trace | 892,000 | Trace |
| M69042-003 | 1967 | Trace | 890,000 | Moderate |
| M69042-005 | 1967 | Trace | 873,000 | Moderate |
| M69042-006 | 1967 | NSD | N/A | Moderate |
| M69042-007 | 1967 | NSD | N/A | Moderate |
| M68503-038 | 1968 | Trace | 304,000 | Trace |
| M68503-026 | 1969 | Trace | 864,000 | Trace |

**N/A: Not applicable, fibrous talc calculations not possible**

WWW.MASTEST.COM

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



## 1970's

| Sample # | Date of Manufacture | TEM Analysis F.T | Talc Fibers per gram | ISO22262-1 PLM Analysis |
|---|---|---|---|---|
| M68503-005 | 1970 | Trace | 877,000 | Trace |
| M69042-009 | 1970 | Trace | 637,000 | Moderate |
| M68503-029 | 1971 | Trace | 1,020,000 | Trace |
| M68503-021 | 1972 | NSD | N/A | Trace |
| M68503-023 | 1973 | Trace | 876,000 | Trace |
| M68503-028 | 1974 | NSD | N/A | Trace |
| 02D | 1975 | 1 Fiber* | N/A | N/A |
| M69042-001 | 1975 | NSD | N/A | N/A |
| M68503-046 | 1975 | NSD | N/A | Trace |
| M68503-042 | 1976 | NSD | N/A | Trace |
| M68233-001 | 1978 | NSD | N/A | Trace |
| M68233-002 | 1978 | Trace | 735,00 | Trace |
| M68503-057 | 1977 | NSD | N/A | Trace |
| M68503-020 | 1978 | Trace | 868,000 | Trace |
| M69042-002 | 1978 | Trace | 890,000 | Moderate |
| M69042-004 | 1978 | Trace | 603,000 | Moderate |
| M69042-008 | 1978 | NSD | N/A | Moderate |
| 07D | 1978 | 1 Fiber | N/A | NSD |
| 15D | 1978 | None reported | N/A | NSD |
| 50D | 1978 | 3 Fibers | N/A | NSD |
| M68503-059 | 1979 | Trace | 855,000 | Trace |

**\*No criteria provide by P³ for fibrous talc estimation.  N/A: Not applicable, fibrous talc calculations not possible**

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



## 1980's

| Sample # | Date of Manufacture | TEM Analysis F.T | Talc Fibers per gram | ISO22262-1 PLM Analysis |
|---|---|---|---|---|
| 38D | 1980 | None Reported | N/A | N/A |
| 52D | 1981 | None Reported | N/A | N/A |
| 65D | 1981 | None Reported | N/A | N/A |
| 37D | 1982 | 2 Fibers* | N/A | N/A |
| 45D | 1982 | 3 Fibers | N/A | N/A |
| 51D | 1982 | None Reported | N/A | N/A |
| 66D | 1982 | None Reported | N/A | N/A |
| 21D | 1983 | 1 Fiber | N/A | N/A |
| M68503-001 | 1984 | Trace | 624,000 | Trace |
| M69042-010 | 1985 | Trace | 624,000 | Moderate |
| 31F | 1986 | 1 Fiber | N/A | N/A |
| 31G | 1986 | 2 Fibers | N/A | N/A |
| M69751-037 | 1989 | Trace | 548,000 | Moderate |

*No criteria provide by $P^3$ for fibrous talc estimation.   N/A: Not applicable, fibrous talc calculations not possible

## 1990's

| Sample # | Date of Manufacture | TEM Analysis F.T | Talc Fibers Per gram | ISO22262-1 PLM Analysis |
|---|---|---|---|---|
| M69757-005 | 1990 | Trace | 434,000 | Moderate |
| M69757-007 | 1990 | Trace | 478,000 | Moderate |
| M69751-039 | 1991 | Trace | 497,000 | Moderate |
| M69751-040 | 1991 | Trace | 451,000 | Moderate |
| M68503-016 | 1994 | Trace | 898,000 | Trace |
| M69757-004 | 1994 | Trace | 403,000 | Trace |
| M69751-036 | 1995 | Trace | 438,000 | Moderate |
| M68503-017 | 1996 | Trace | 895,000 | Trace |
| M69757-006 | 1996 | Trace | 439,000 | Moderate |
| M69751-002 | 1999 | NSD | N/A | Moderate |

N/A: Not applicable, fibrous talc calculations not possible

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200 FAX (770) 866-3259



## Early 2000's

| Sample # | Date of Manufacture | TEM Analysis F.T | Talc Fibers Per gram | ISO22262-1 PLM Analysis |
|---|---|---|---|---|
| M69751-001 | 2000 | Trace | 471,000 | Moderate |
| M69751-006 | 2000 | Trace | 439,000 | Trace |
| M69751-007 | 2000 | Trace | 458,000 | Trace |
| M69571-038 | 2000 | Trace | 437,000 | Moderate |
| M69751-004 | 2001 | Trace | 434,000 | Moderate |
| M69751-008 | 2003 | NSD | N/A | Trace |

**N/A: Not applicable, fibrous talc calculations not possible**

## Asian

| Sample # | Date of Manufacture | TEM Analysis F.T | Talc Fibers per gram | ISO22262-1 PLM Analysis |
|---|---|---|---|---|
| M69248-001 | Unknown* | Trace | 577,000 | Trace |
| M69248-002 | 1979 | Trace | 582,000 | Trace |
| M69248-003 | 1980-1984 | Trace | 930,000 | Trace |
| M69248-004 | unknown | Trace | 860,000 | Trace |
| M69248-005 | unknown | Trace | 870,000 | Trace |
| M69248-006 | 1982 | NSD | N/A | Trace |
| M69248-007 | unknown | NSD | N/A | Trace |

**\*J&J did not provide date of manufacture. N/A: Not applicable, fibrous talc calculations not possible**

# Exhibit 91

Melinda Darby Dyar, Ph.D.

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE: JOHNSON &            )
JOHNSON TALCUM POWDER  )
PRODUCTS MARKETING      )
SALES PRACTICES AND     )   MDL 16-2738
PRODUCT LIABILITY       )   (FLW)(LHG)
LITIGATION              )
_____ )
THIS DOCUMENT           )
PERTAINS TO ALL CASES   )

TUESDAY, APRIL 2, 2019

– – –

Videotaped deposition of Melinda Darby
Dyar, Ph.D., held at the offices of SKADDEN,
ARPS, MEAGHER & FLOM, LLP, Four Times Square,
New York, New York, commencing at 9:03 a.m.,
on the above date, before Carrie A. Campbell,
Registered Diplomate Reporter and Certified
Realtime Reporter.

– – –

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Melinda Darby Dyar, Ph.D.

## Page 2

```
 1      A P P E A R A N C E S :
 2
 3   BEASLEY ALLEN LAW FIRM
     BY:  LEIGH O'DELL
 4      leigh.odell@BeasleyAllen.com
     218 Commerce Street
 5   Montgomery, Alabama 36104
     (334) 269-2343
 6
 7   MOTLEY RICE LLC
     BY:  NATHAN D. FINCH
 8      nfinch@motleyrice.com
     401 9th Street NW., Suite 1001
 9   Washington, DC  20004
     (202) 232-5507
10
11   COHEN PLACITELLA ROTH PC
     BY:  DENNIS M. GEIER
12      dgeier@cprlaw.com
     127 Maple Avenue
13   Red Bank, New Jersey  07701
     (732) 747-9003
14   Counsel for Plaintiffs
15
     ORRICK, HERRINGTON & SUTCLIFFE LLP
16   BY:  ALEX V. CHACHKES
        achachkes@orrick.com
17   51 West 52nd Street
     New York, New York 10019
18   (212) 506-3742
19
     DRINKER BIDDLE & REATH LLP
20   BY:  SUSAN M. SHARKO
        Susan.Sharko@dbr.com
21      JACK N. FROST, JR.
        jack.frost@dbr.com
22   600 Campus Drive
     Florham Park, New Jersey 07932-1047
23   (973) 549-7000
     Counsel for Defendant Johnson &
24   Johnson
25
```

## Page 3

```
 1   SEYFARTH SHAW LLP
     BY:  THOMAS T. LOCKE
 2      tlocke@seyfarth.com
     975 F Street, N.W.
 3   Washington, DC 20004
     (202) 463-2400
 4   Counsel for Defendant Personal Care
     Products Council
 5
 6   TUCKER ELLIS LLP
     BY:  SANDRA WUNDERLICH
 7      sandra.wunderlich@tuckerellis.com
     100 South Fourth Street, Suite 600
 8   St. Louis, Missouri 63102
     (314) 571-4965
 9   Counsel for PTI Union, LLC and PTI
     Royston, LLC
10
11
12   ALSO PRESENT:
     LIZZY HARRISON, Motley Rice
13
14   V I D E O G R A P H E R :
     HENRY MARTE,
15   Golkow Litigation Services
16        – – –
17
18
19
20
21
22
23
24
25
```

## Page 4

```
 1               INDEX
 2                         PAGE
 3   APPEARANCES................................  2
 4   EXAMINATIONS
 5     BY MR. FINCH.............................  9
 6     BY MR. CHACHKES.........................357
 7     BY MR. FINCH............................363
 8
 9             EXHIBITS
10   No.     Description              Page
11   Dyar     Notice of Oral and Videotaped  14
     Exhibit 1   Deposition of M. Darby Dyar,
12            PhD, and Duces Tecum
13   Dyar     Expert Report of M. Darby      22
     Exhibit 2   Dyar, PhD, for General
14            Causation Daubert Hearing
15   Dyar     Electronic Document Production  25
     Exhibit 3
16
17   Dyar     ISO 22262-1, Air quality -     60
     Exhibit 4   Bulk materials
18   Dyar     ISO 22262-2, Air quality -     60
     Exhibit 5   Bulk materials
19
20   Dyar     ISO 13794, Ambient air -       60
     Exhibit 6   Determination of asbestos
21            fibres - Indirect-transfer
              transmission electron
              microscopy method
22
23   Dyar     Methodology for the            60
     Exhibit 7   Measurement of Airborne
24            Asbestos by Electron
              Microscopy, George Yamate, et
25            al.
```

## Page 5

```
 1   Dyar     The Analysis of Johnson &      88
     Exhibit 8   Johnson's Historical Product
 2            Containers and Imerys'
              Historical Railroad Car
 3            Samples from the 1960s to the
              Early 2000s for Amphibole
 4            Asbestos, Second Supplemental
              Report, Longo and Rigler
 5
 6   Dyar     Manual of Mineralogy, Klein    92
     Exhibit 9   and Hurlbut
 7   Dyar     Amphibole Content of Cosmetic  100
     Exhibit 10   and Pharmaceutical Talcs, AM
 8            Blount
 9   Dyar     Defining Asbestos:             139
     Exhibit 11   Differences between the Built
10            and Natural Environments,
              Gunther
11
12   Dyar     ResearchGate printout of       143
     Exhibit 12   Tremolite and Mesothelioma
13   Dyar     Mineralogy and Optical         147
     Exhibit 13   Mineralogy, Dyar, et al.
14
15   Dyar     Page 182 from "Chemical        148
     Exhibit 14   Analysis of Minerals"
16   Dyar     Case report of                 152
     Exhibit 15   Erionite-Associated Malignant
17            Pleural Mesothelioma in
              Mexico, Oczypok, et al.
18
19   Dyar     Interoffice Correspondence,    172
     Exhibit 16   March 25, 1992,
20            IMERYS 219720 - IMERYS 219722
21   Dyar     May 23, 2002 Technical Report  172
     Exhibit 17   of Julie Pier,
22            IMERYS 422289 - IMERYS 422290
23   Dyar     Walter McCrone Associates,     223
     Exhibit 18   Inc., November 5, 1975,
24            JNJL61_000079334 -
              JNJL61_000079335
25
```

                          2 (Pages 2 to 5)

Melinda Darby Dyar, Ph.D.

Page 6

1  Dyar      Walter McCrone Associates 1   223
   Exhibit 19  July 1975 letter,
2             JNJMX68_000012745 -
              JNJMX68_000012749
3
   Dyar      May 24, 1975 Walter McCrone   223
4  Exhibit 20  letter from RN Miller,
              JNJTACL000387254
5
   Dyar      Diffraction Verifications,   236
6  Exhibit 21  M68233-001, M68233-002
7  Dyar      MAS, LLC PLM Analysis,       279
   Exhibit 22  M69680-015BL
8
   Dyar      The Asbestiform and          329
9  Exhibit 23  Nonasbestiform Mineral Growth
              Habit and Their Relationship
10            to Cancer Studies, A Pictorial
              Presentation, April 2003
11
   Dyar      Mineral Commodity Profiles - 333
12 Exhibit 24  Asbestos, USGS
13 Dyar      Asbestos, A Mineral of       343
   Exhibit 25  Unparalleled Properties,
14            Badollet
15 Dyar      J&J Consumer Companies       350
   Exhibit 26  Worldwide Specification,
16            TM7024,
              JNJNL61_000005032 -
17            JNJNL61_000005040
18
19         (Exhibits attached to the deposition.)
20
21
22
23
24
25

Page 7

1           MS. O'DELL:  I just have an
2  objection before the deposition
3  starts.
4           Yesterday at 5:50 we received a
5  production of new materials,
6  approximately 140 pages of new data
7  that we had not been provided
8  previously.  We've not had an
9  opportunity to review and analyze that
10 data, and based on the late
11 production, we will move to keep this
12 deposition open and continue it after
13 we've had an opportunity to do so.
14          MR. CHACHKES:  And obviously we
15 disagree.  And you'll have the
16 opportunity to ask the witness about
17 those documents, and you'll find
18 there's no reason to keep anything
19 open.
20          MS. O'DELL:  We'll see.
21          MR. FINCH:  We'll see.
22          MS. O'DELL:  We'll reserve the
23 right to take that to Judge Pisano if
24 we can't reach an agreement.
25          VIDEOGRAPHER:  Okay.  We are

Page 8

1  now on the record.  My name is Henry
2  Marte.  I'm a videographer with Golkow
3  Litigation Services.
4           Today's date is April 2, 2019,
5  and the time is 9:03 a.m.
6           This videotaped deposition is
7  being held at 4 Times Square,
8  New York, New York, in the Matter of
9  Talcum Powder Litigation.
10          The deponent today is
11 Dr. Melinda Darby Dyar.
12          Will all appearances please
13 introduce themselves for the record.
14          MR. FINCH:  Yes.  Nate Finch
15 for various ovarian cancer victim
16 plaintiffs.
17          MR. GEIER:  Dennis Geier for
18 the plaintiffs.
19          MS. HARRISON:  Lizzy Harrison,
20 Motley Rice.
21          MS. O'DELL:  Leigh O'Dell on
22 behalf of the plaintiff steering
23 committee.
24          MR. LOCKE:  Sorry.
25          MR. CHACHKES:  Yeah.  Alex

Page 9

1  Chachkes on behalf of J&J, Orrick
2  Herrington.
3           MR. FROST:  Jack Frost, Drinker
4  Biddle and Reath, on behalf of Johnson
5  & Johnson.
6           MS. SHARKO:  Susan Sharko,
7  Drinker Biddle, same.
8           MS. WUNDERLICH:  Sandra
9  Wunderlich, Tucker Ellis, on behalf of
10 PTI Royston and PTI Union.
11          MR. LOCKE:  Tom Locke for the
12 Personal Care Products Council.
13          VIDEOGRAPHER:  Okay.  Will the
14 court reporter please administer the
15 oath to the witness.
16
17         MELINDA DARBY DYAR, Ph.D.,
18 of lawful age, having been first duly sworn
19 to tell the truth, the whole truth and
20 nothing but the truth, deposes and says on
21 behalf of the Plaintiffs, as follows:
22
23         DIRECT EXAMINATION
   QUESTIONS BY MR. FINCH:
24
25     Q.    Good morning, Ms. Darby Dyar.

3 (Pages 6 to 9)

Melinda Darby Dyar, Ph.D.

Page 10

```
1              My name is Nate Finch.  I
2    introduced myself off the record to you.  As
3    I said before, I represent various ovarian
4    cancer victim plaintiffs.
5              Have you ever had your
6    deposition taken before?
7         A.   No.
8         Q.   Have you ever testified in a
9    courtroom before?
10        A.   No.
11        Q.   Have you ever done what's
12   called a mock deposition, where someone
13   videotapes you and asks you questions as if
14   you were being deposed or testifying in
15   court?
16             MR. CHACHKES:  So I'm going to
17        object on work product grounds.
18             You can answer to the extent
19        it's not anything you've done with
20        counsel in this case.
21             THE WITNESS:  Correct, it's not
22        anything I've ever done with counsel
23        in this case.
24   QUESTIONS BY MR. FINCH:
25        Q.   So never done it your entire
```

Page 11

```
1    life, or you've done it in this case?
2             MR. CHACHKES:  So the objection
3        was don't talk about what we did in
4        this case, but you're welcome to talk
5        about other stuff.
6             THE WITNESS:  No, I've never
7        done it ever before.
8    QUESTIONS BY MR. FINCH:
9         Q.   So am I correct that you have
10   never been recognized by a court as an expert
11   in anything?  Is that correct?
12        A.   That is correct.
13        Q.   What is Palouse Minerals, LLC?
14        A.   It is an LLC entity that I
15   created for the purposes of -- on the basis
16   of the recommendation of my personal lawyer.
17        Q.   Created for the purposes of
18   what, receiving funds that you earn as an
19   expert witness?
20             Is that one of the reasons you
21   created it?
22        A.   I do considerable consulting
23   for NASA, and I decided it would be useful to
24   have an entity that I could consolidate my
25   non-Mount Holyoke and non-planetary science
```

Page 12

```
1    income into.
2         Q.   How long has Palouse Minerals
3    been in existence?
4         A.   A couple months.
5         Q.   In what state was it formed?
6    What's the --
7         A.   Massachusetts.
8         Q.   So it's a Massachusetts LLC?
9         A.   Yes.
10        Q.   And what's the business address
11   for it?
12        A.   161 Chestnut Street in Amherst,
13   Mass.
14        Q.   Is that the same as your office
15   address?
16        A.   Yes, it is.
17        Q.   Is it --
18        A.   To which office are you
19   referring?
20        Q.   Or which office does it
21   correspond to?
22        A.   It corresponds to my home
23   office.
24        Q.   So it's your home address as
25   well?
```

Page 13

```
1         A.   Correct.
2         Q.   Are you the -- the sole member
3    of Palouse Minerals, LLC, meaning the sole
4    person that has an ownership stake in it?
5         A.   Yes.
6         Q.   There are no other -- are there
7    any other limited partners that receive an
8    income distribution or other distribution for
9    Palouse Minerals?
10        A.   No.
11        Q.   Does it have any employees?
12        A.   Other than me, no.
13        Q.   When were you first contacted
14   by someone -- let me back up.
15             Who are you working for in
16   connection with this case in which your
17   deposition is being taken today?
18        A.   I'm not exactly sure what you
19   mean.
20             Do you mean who do I send the
21   bills to?
22        Q.   Well, you're being compensated
23   for your time, I assume, correct?
24        A.   Correct.
25        Q.   All right.  And you send the
```

4  (Pages 10 to 13)

Melinda Darby Dyar, Ph.D.

Page 14

1    bills to Tucker Ellis. That's a law firm; is
2    that correct?
3        A.    I believe so.
4        Q.    And do you have an
5    understanding as to what party in this
6    litigation you are serving as an expert
7    witness for?
8        A.    Yes.
9        Q.    All right. Who are you working
10   for?
11       A.    So the checks come from Orrick,
12   and Orrick is hired by Johnson & Johnson.
13       Q.    Are you working for any other
14   party to this litigation, other than
15   Johnson & Johnson or Johnson & Johnson
16   Consumer, Inc., or any other Johnson &
17   Johnson subsidiary?
18       A.    No.
19       Q.    So you're not being compensated
20   or doing any work with a company called
21   Imerys, for example?
22       A.    No.
23       MR. FINCH: Lizzy, can I have
24   the notice of deposition?
25       (Dyar Exhibit 1 marked for

Page 15

1    identification.)
2    QUESTIONS BY MR. FINCH:
3        Q.    Ma'am, I've put what's been
4    marked as Darby Dyar Exhibit 1 in front of
5    you.
6        Have you ever seen this or
7    discussed it, the subject matters of what it
8    is, with anyone?
9        A.    Yes and yes.
10       Q.    And what is your understanding
11   of what this is?
12       A.    It's a notice that I'm going to
13   testify today, and these are the documents
14   that are related to the case.
15       Q.    Okay. When were you first
16   contacted by someone on behalf of Johnson &
17   Johnson to do work for it in connection with
18   these cases?
19       A.    I don't remember exactly, but
20   sometime last fall after school started.
21       Q.    Okay. And am I correct that
22   your time is billed out at $500 an hour?
23       A.    That is correct.
24       Q.    And has anyone else from
25   Palouse Minerals done work in connection with

Page 16

1    this expert engagement other than you?
2        A.    No.
3        Q.    The reason I ask that question,
4    on the invoices that were produced yesterday
5    evening, there are a couple of instances
6    where there's redactions and the person
7    was -- the person or entity was redacted, and
8    that led me to believe there might have been
9    someone else other than you who worked on the
10   report.
11       MR. CHACHKES: Objection.
12       THE WITNESS: No one else but
13   me worked on the report.
14   QUESTIONS BY MR. FINCH:
15       Q.    Okay. What were you asked to
16   do by Johnson & Johnson or its lawyers?
17       A.    I was asked to review the
18   methodology used by Drs. Longo and Rigler in
19   a series of reports.
20       Q.    Anything else?
21       A.    I was asked to write a report
22   giving my review.
23       Q.    What methodology did you follow
24   in analyzing Dr. Longo and Rigler's reports?
25       A.    Well, I've been a reviewer of

Page 17

1    scientific documents for almost 40 years, and
2    so I used the same methodology I'd use for
3    reviewing a scientific paper or a proposal or
4    any kind of report that comes across my
5    research interests.
6        So I first read the report
7    carefully, every word. Then I looked at all
8    of the math and all the numbers and analyzed
9    the numbers. Then I sought out all of the
10   references that were cited in those reports
11   and tried to read all of them. And then I
12   looked at the report many times and tried to
13   see if the information in the report
14   justified the conclusions.
15       Q.    Did you test any talc that was
16   the source of Johnson's baby powder OR SHOWER
17   TO SHOWER® yourself?
18       A.    No.
19       Q.    Did you test any talc that was
20   mined either in Italy or Vermont or China for
21   the purposes of analyzing whether or not it
22   contained asbestos or asbestos fibers?
23       A.    No.
24       Q.    Did you review any internal
25   documents of Johnson & Johnson that indicated

5 (Pages 14 to 17)

Melinda Darby Dyar, Ph.D.

Page 18

1 the results of its testing of either its baby
2 powder or SHOWER TO SHOWER® products or the
3 ore from the Vermont mine or other sources of
4 talc?
5     A.   No.
6     Q.   Did you review any testimony
7 from any of Johnson & Johnson's corporate
8 witnesses related to the source of -- let me
9 just ask it this way.
10          Did you review any testimony of
11 anyone other than Dr. Longo and Dr. Rigler?
12     A.   Yes, I reviewed reports only by
13 Krekeler, Cook and Campion.
14     Q.   And you reviewed their reports,
15 but you haven't commented on any of those
16 reports; is that correct?
17     A.   There was no need to comment on
18 those reports because they did not have --
19 they did not bear on my evaluation of the
20 methodology of Longo and Rigler.
21     Q.   Okay.
22     A.   But I read them just in case.
23     Q.   All right.  Am I correct that
24 you don't have an opinion one way or another
25 as to whether or not there is asbestos in

Page 19

1 Vermont talc that was a source for Johnson's
2 baby powder?
3     A.   Can you restate that question?
4     Q.   I didn't see anywhere in your
5 report an affirmative opinion as to whether
6 or not there is or is not asbestiform
7 materials, asbestos fibers, in the talc from
8 either Vermont or Italy or China that was the
9 source of Johnson's baby powder.
10          MR. LOCKE:  Objection.
11          THE WITNESS:  No, my job in
12     this matter was to review the
13     methodology of Drs. Longo and Rigler.
14 QUESTIONS BY MR. FINCH:
15     Q.   Did you review the testimony
16 of -- do you know Ann Wylie, by any chance?
17     A.   I believe I've met Ann Wylie
18 once, maybe, but I couldn't pick her out of a
19 crowd.
20     Q.   Did you review her testimony
21 that was taken in connection with these cases
22 as part of your work here?
23     A.   No.
24     Q.   You have written papers with
25 Matthew Sanchez, correct?

Page 20

1     A.   My name appears on publications
2 in which the author list includes Matt, yes.
3     Q.   Have you reviewed any of
4 Mr. Sanchez's testimony in connection with
5 any Johnson & Johnson talc litigation?
6     A.   No.
7     Q.   You have published multiple
8 papers and also a book with a gentleman by
9 the name of Mickey Gunther, correct?
10     A.   That's correct.
11     Q.   Have you ever reviewed any of
12 Dr. Gunther's testimony in asbestos
13 litigation on behalf of any of the parties
14 that he's worked for?
15     A.   No.
16     Q.   Did you review any deposition
17 or trial testimony of any Johnson & Johnson
18 witness in connection with your work in this
19 case?
20          And by that I would include
21 Dr. John Hopkins or any of the other
22 employees or former employees of Johnson &
23 Johnson.
24     A.   No.
25     Q.   Did you review any summaries of

Page 21

1 any deposition or trial testimony of anyone
2 other than possibly Dr. Longo and Dr. Rigler?
3     A.   No.
4     Q.   When you were first contacted
5 to work on behalf of Johnson & Johnson, who
6 did you -- how did -- how were you first
7 contacted?
8          Who contacted you?
9     A.   I -- to the best of my memory,
10 I was sitting in my Mount Holyoke office, and
11 I got a phone call from a lawyer in
12 Cleveland.
13     Q.   This was a lawyer for the
14 Tucker Ellis firm?
15     A.   I'm not sure where he works.
16     Q.   What was the name of the
17 lawyer?
18     A.   Chris Caryl, Caryl.  I'm not
19 sure how you pronounce his name.
20     Q.   And in that conversation, what
21 did he ask you to do?
22     A.   He asked me if I had ever done
23 any expert witness work and if that would
24 interest me, and he told me a little bit
25 about the case.  I don't remember exactly

Melinda Darby Dyar, Ph.D.

Page 22

1  what he said, but he asked me if I'd be
2  interested, and I said I would think about
3  it.
4      Q.    And obviously you eventually
5  said yes, correct?
6      A.    Correct.
7      Q.    And you ultimately put together
8  an expert witness report that contains your
9  opinions and conclusions in this case; is
10  that correct?
11      A.    Yes.
12          MR. FINCH:  Lizzy, can I have
13      the report?
14          (Dyar Exhibit 2 marked for
15      identification.)
16  QUESTIONS BY MR. FINCH:
17      Q.    Ma'am, I've marked as Darby
18  Dyar Deposition Exhibit 2 a document entitled
19  "Expert Report of M. Darby Dyar, Ph.D., for
20  General Causation, Daubert Hearing."
21          Can you take a look at this
22  document and tell me what it is?
23      A.    This is my report.
24      Q.    And it has a copy of your CV
25  attached to the back of it as Exhibit B?

Page 23

1  Exhibit A, excuse me.
2      A.    Yes.
3      Q.    Did you, as part of your work
4  in this case, ask to see the same samples
5  that Dr. Longo in his laboratory analyzed,
6  have those sent to you so you could analyze
7  them yourself?
8      A.    No.
9      Q.    Why not?
10      A.    My job here was to review the
11  methodology employed by Drs. Longo and
12  Rigler.  It was not to do testing.
13      Q.    Did you review any testimony of
14  Dr. Longo other than his deposition taken in
15  this case in February of this year?
16      A.    No.
17      Q.    Did you review any of Mark
18  Rigler's testimony other than his deposition
19  taken in connection with these cases in
20  February of this year?
21      A.    No.
22      Q.    So am I correct that you have
23  never reviewed testimony of Dr. Longo where
24  he describes his methodology generally that
25  his lab follows for analyzing substances to

Page 24

1  determine whether they have asbestos in them?
2      A.    Other than the depositions
3  taken this year, no.
4      Q.    And the depositions that were
5  taken this year was a one-day deposition
6  taken February 5th or 6th of 2019?
7      A.    I believe that's correct.
8      Q.    Were you aware that Dr. Longo
9  has testified dozens of times about -- in
10  courtrooms with judges, both federal and
11  state present, about the methodology he
12  follows to analyze the presence of asbestos
13  fibers in materials?
14      A.    That's what he says in his --
15  in the beginning of his most recent
16  deposition, yes.
17      Q.    And you didn't ask to review
18  any of that testimony where he describes what
19  he does or how his lab works in detail?
20      A.    The current deposition makes it
21  clear that his methodology has remained
22  constant, and so it wasn't necessary to
23  review previous methodologies.
24      Q.    What is your understanding of
25  what an expert witness report like Exhibit 2

Page 25

1  is for?
2      A.    It is to present the opinion of
3  an expert witness on matters that they are
4  asked to evaluate.
5      Q.    Do you have the understanding
6  that it is supposed to set forth your
7  opinions and the bases for your opinions on
8  various topics?
9      A.    Yes.
10          MR. FINCH:  Let's mark as
11      Exhibit 3 -- and I don't have a hard
12      copy with me because I just got it by
13      e-mail last night -- the production
14      materials that were sent to us at
15      5:50 p.m.
16          And could I switch to the iPad?
17          VIDEOGRAPHER:  No problem.
18          MR. FINCH:  And we'll send this
19      to the court reporter electronically.
20          (Dyar Exhibit 3 marked for
21      identification.)
22          MR. CHACHKES:  We have paper
23      copies here.
24          MR. FINCH:  If you've got a
25      paper copy you can hand to me, that

7 (Pages 22 to 25)

Melinda Darby Dyar, Ph.D.

Page 26

1    would probably speed up the process a
2    little bit.
3         MR. CHACHKES:  We could
4    actually have it -- so if we want one
5    for the witness as well -- so we've
6    got one copy.  We can take a break
7    and --
8         MR. FINCH:  I don't want to
9    take a break.
10        MR. CHACHKES:  Okay.
11        MR. FINCH:  I'll come back to
12   it.  But I'm going to ask a few
13   questions now, and then if you can, at
14   a break --
15   QUESTIONS BY MR. FINCH:
16        Q.   Okay.  Ma'am, can you see the
17   screen here that I'm flipping?
18        A.   No.
19        Q.   There's a screen in front of
20   you.
21        A.   That's way too small.
22        Q.   Okay.
23        A.   I can certainly use the paper
24   copy.
25        MR. CHACHKES:  So I've got the

Page 27

1    paper copy.
2         MR. FINCH:  All right.  Counsel
3    for Johnson & Johnson kindly provided
4    the witness with his copy.
5    QUESTIONS BY MR. FINCH:
6         Q.   But suffice it to say, did you
7    have the understanding that some additional
8    material was provided to us yesterday in
9    connection with the subpoena you got?
10        A.   Yes.
11        Q.   Okay.  What is your
12   understanding of what was provided to us?
13        A.   I believe it was copies of my
14   bills and a copy of my updated CV.
15        Q.   Okay.  And also contained
16   some --
17        A.   Oh, and -- okay, go ahead.
18        Q.   I've got your bills.  I've got
19   your updated CV.
20             What is the material, say, the
21   last hundred pages, hundred-plus pages, of
22   the document?
23        A.   Those would be my spreadsheets.
24        Q.   Okay.  Are those the
25   spreadsheets that underlie the conclusions

Page 28

1    and calculations that you've made and set
2    forth in the report, Exhibit 2?
3         A.   Yes, they are.
4         Q.   So basically if I want to check
5    your math, I look at the spreadsheets, right?
6         A.   Correct.
7         Q.   Okay.  So you said you were
8    first contacted sometime last fall by a
9    lawyer named Christopher Caryl from the
10   Tucker Ellis law firm about doing expert
11   witness work for Johnson & Johnson; is that
12   correct?
13        A.   That is correct.
14        Q.   And I have on the screen here,
15   which you probably can flip to, a series of
16   invoices beginning in November of 2018 which
17   reflects work done in October, all the way
18   through a March 4th invoice which reflects
19   work done in February of 2019.
20             Do you see those invoices?
21        A.   I do see them, yes.
22        Q.   Okay.  My document isn't page
23   numbered, but on the screen there is a
24   contract signed by you on behalf of your
25   company and Johnson & Johnson.

Page 29

1             Do you see that?
2         A.   Yes.
3         Q.   Okay.  You started working on
4    this project before the contract was signed.
5             Why is that?
6         A.   Because I -- before this
7    contract was signed, because I -- it took me
8    a while to get the legal paperwork for
9    Palouse Minerals organized and approved by
10   Massachusetts.
11        Q.   Okay.  So you had to set up the
12   LLC.  You started doing work, you set up the
13   LLC, and once that was set up, you had
14   Johnson & Johnson's attorneys enter into a
15   contract with you on behalf of LLC, correct?
16        A.   Correct.
17        Q.   Okay.  The first invoice I have
18   here reflects work done in October, and it
19   has an entry for 19 hours and 18 hours, both
20   billed at $500 an hour, for a total of
21   18,500.
22             Do you see that?
23        A.   Yes.
24        Q.   Okay.  What is the 19 hours and
25   what is the 18 hours?

8 (Pages 26 to 29)

Melinda Darby Dyar, Ph.D.

Page 30

1          MR. CHACHKES:  Objection.
2          Are you asking what's been
3     redacted?
4          MR. FINCH:  Well, I'm asking
5     if -- is the redaction basically a
6     description of the work, or is the
7     redaction the name of a person?
8          MR. CHACHKES:  So you can --
9     I'm going to object on work product
10    grounds.
11         You can answer on a general
12    high level.
13         THE WITNESS:  Can you restate
14    that question, please?
15    QUESTIONS BY MR. FINCH:
16    Q.    Yeah.
17         There's a breakdown between 19
18    and 18 hours.  Is all the work in all these
19    invoices performed by you?
20    A.    Absolutely, yes.
21    Q.    Okay.  So there's nobody else
22    that's done any work on this expert witness
23    report or your analysis of Dr. Longo and
24    Dr. Rigler's reports, correct?
25    A.    No.

Page 31

1     Q.    Did you confer with anyone in
2     connection with your review of Dr. Longo's --
3     and rather than saying Longo and Rigler again
4     and again and again, I'm just going to say
5     Longo.
6          Did you confer with anyone in
7     connection with your review of Dr. Longo's
8     reports or your writing of your report?
9          MR. CHACHKES:  Objection.
10         THE WITNESS:  Yes.
11    QUESTIONS BY MR. FINCH:
12    Q.    Who did you confer with?
13    A.    Counsel.
14    Q.    That would be lawyers for
15    Johnson & Johnson?
16    A.    Yes.
17    Q.    Did you share drafts with them
18    of your report?
19    A.    Yes.
20    Q.    Did they provide comments on
21    the drafting?
22    A.    Yes.
23    Q.    Did you consider their
24    suggestions in writing your report?
25         MR. CHACHKES:  So I'm going to

Page 32

1     object on work product grounds.  The
2     communications with Professor Dyar are
3     going to be privileged, so I'm going
4     to ask the witness not to respond to
5     this line of questioning.
6          MR. FINCH:  So noted.
7     QUESTIONS BY MR. FINCH:
8     Q.    Did any lawyers for Johnson &
9     Johnson suggest areas of inquiry for you as
10    part of your analysis of Dr. Longo's work?
11         MR. CHACHKES:  So same
12    objection.
13         Please don't respond.
14    QUESTIONS BY MR. FINCH:
15    Q.    Did any lawyers for Johnson &
16    Johnson provide you with any of the pictures
17    that appear in your report?
18    A.    Some of the images in my report
19    come from the Longo, Rigler reports.  So to
20    the extent that I received the Longo and
21    Rigler reports from counsel, then, yes, some
22    of the images came from there.
23    Q.    Did you review all of the, for
24    lack of a better word, backup material for
25    all of the Longo and Rigler reports?

Page 33

1     A.    I looked at every single page.
2     Q.    Did you look at every single
3     photograph or photomicrograph on every single
4     page of Dr. Rigler and Dr. Longo's backup
5     materials to their reports?
6     A.    Yes.
7     Q.    Did you confer with anyone else
8     on either your analysis of Dr. Longo and
9     Rigler's work or your report, other than
10    Johnson & Johnson's lawyers?
11    A.    Yes.
12    Q.    Who did you confer with?
13    A.    Dr. Mickey Gunther.
14    Q.    Who else?
15    A.    No one else.
16    Q.    Did Dr. Gunther provide any
17    written comments or suggestions to you in
18    your work analysis -- your work in this case?
19         MR. CHACHKES:  So again, I'm
20    going to object on work product
21    grounds.  Dr. Gunther is a consultant
22    for J&J, so I'm going to ask the
23    witness not to respond to this line.
24         MR. FINCH:  Well, we disagree
25    with that, but we'll take it up at the

9 (Pages 30 to 33)

Melinda Darby Dyar, Ph.D.

Page 34

1     appropriate time.
2     QUESTIONS BY MR. FINCH:
3         Q.    Did you review Dr. Campion's
4     report and publications in connection with
5     your work in this case?
6         A.    I did look at them, yes.
7         Q.    Did you come to any conclusions
8     about them?
9             MR. CHACHKES:  So I'm going to
10            object to this on work product
11            grounds.  To the extent there were any
12            communications, it was not with
13            respect to this report.
14    QUESTIONS BY MR. FINCH:
15        Q.    You don't intend to testify
16    about any conclusions related to
17    Dr. Campion's report?
18        A.    My purpose here was to review
19    only the Longo and Rigler reports.
20        Q.    In November of 2018, you sent
21    an invoice for 37 hours of work -- for work
22    done in October of 2018.
23            What were you reviewing or
24    doing during that 37 hours given that
25    Dr. Longo didn't issue his first report in

Page 35

1     the MDL until the middle of November?
2         A.    I was reviewing prior
3     documents, prior reports, of Dr. Longo.
4         Q.    You mean his reports done in
5     connection with state court asbestos
6     litigation from 2018, earlier in 2018 and
7     partially in 2017?
8         A.    Let's have a look at the list
9     of documents that I included in my report.
10        Q.    You're looking at Exhibit
11    Number 3 -- 2, Exhibit Number 2.
12        A.    So the first document was
13    produced in March -- on March 11, 2018.
14        Q.    Uh-huh.
15        A.    Another document was produced
16    on September 6th of 2018, and another one was
17    produced in September of 2017.  So those
18    documents were available to me immediately.
19    And then when the October 2018 document
20    became available, it was given to me.
21        Q.    So your November invoice was
22    for $18,500; December, 30,000; January,
23    25,500; February invoice for January work,
24    35,000; and then your March invoice for
25    February work was 63,000.  Is that correct?

Page 36

1         A.    That's correct.
2         Q.    Okay.  So in total you've
3     billed over $150,000 to this project so far,
4     at least as of the end of February 2019?
5         A.    I haven't done the math, but
6     that seems about right.
7         Q.    How much time have you spent in
8     March of 2019 working on this project?
9         A.    I don't really know, but not
10    much.  I wouldn't like to speculate without
11    checking my records.
12        Q.    More than 20 hours?
13        A.    Yes.
14        Q.    More than 50 hours?
15        A.    Probably no.
16        Q.    How about in April?
17            I know it's only the 2nd day of
18    April, but did you spend any time yesterday?
19        A.    Yes.
20        Q.    What did you do yesterday as
21    part of your work for Johnson & Johnson in
22    this case?
23            MR. CHACHKES:  So again, I'm
24            going to object on work product
25            grounds, but you can answer on a very

Page 37

1     high level.
2             THE WITNESS:  I prepared for
3     this deposition.
4     QUESTIONS BY MR. FINCH:
5         Q.    And what did you do to prepare
6     for this deposition?
7             MR. CHACHKES:  Again, I'm going
8             to object on work product grounds and
9             maybe counsel the witness not to
10            answer.
11            If you have any specific
12            questions that don't threaten the work
13            product protections, then you can ask
14            those.
15            MR. FINCH:  I'll leave the
16            question as it is.
17            MR. CHACHKES:  Okay.  So please
18            don't answer.
19    QUESTIONS BY MR. FINCH:
20        Q.    On the invoices where it says
21    "redacted" in several places, can you tell me
22    generally what kind of information was
23    redacted?
24            Is it information relating to
25    what you were doing, or is it information

10 (Pages 34 to 37)

Melinda Darby Dyar, Ph.D.

Page 38

 1 like Social Security numbers or something
 2 like that?
 3      A.   It's information related to
 4 what I was doing.
 5      Q.   Okay.  So it describes the
 6 tasks that you were performing in connection
 7 with your expert witness work in this case?
 8      A.   Correct.
 9           MR. FINCH:  All right.  We
10 would make a request for an unredacted
11 version of the invoices.
12           MR. CHACHKES:  We'll take it
13 under advisement.
14           MS. SHARKO:  Any requests,
15 please put in writing.
16           MR. FINCH:  Okay.  This is
17 writing, since someone's writing it
18 down, but we will do it in a letter.
19           MS. SHARKO:  Okay.  And keep in
20 mind that we will then reciprocate.
21 QUESTIONS BY MR. FINCH:
22      Q.   Let's just get some terms on
23 the record.
24           What does EDS, EDXA stand for?
25      A.   Energy-dispersive spectrometry,

Page 39

 1 or spectroscopy, depending on how you define
 2 it, and then other people call it
 3 energy-dispersive X-ray analysis.  They're
 4 general terms for the same thing.
 5      Q.   And am I correct that that is a
 6 test for elemental chemistry?
 7      A.   It's a qualitative test for
 8 elemental chemistry.
 9      Q.   Qualitative,
10 q-u-a-l-i-t-a-t-a-v-e {sic}?
11      A.   Correct.
12      Q.   And that is an analysis
13 performed by a transmission electron
14 microscope, correct?
15      A.   Yes.
16      Q.   Explain what is SAED.
17      A.   SAED refers to a kind of
18 electron diffraction done on a TEM in which
19 the electrons are passed through the sample
20 and they are diffracted, resulting in a
21 pattern.
22      Q.   And am I correct that when a
23 sample is analyzed under SAED, the material
24 is placed, for lack of a better word, on the
25 plate of the transmission electron

Page 40

 1 microscope, and it is possible for the
 2 analyst to rotate it in various dimensions
 3 and directions?
 4      A.   Yes, that is correct, and as
 5 described in the quotation on page 31 of my
 6 report.
 7      Q.   And so -- which quotation are
 8 you referring to?
 9      A.   The quotation from ISO 2262-1
10 {sic} on page 65 which describes the process
11 by which you align a sample for an SAED
12 pattern.
13      Q.   Okay.  And am I correct that
14 that is something that the analyst, when
15 looking at the substance or the structure
16 through the TEM, is rotating the material in
17 realtime and deciding when to make an image
18 of that?
19      A.   Correct.
20      Q.   And is it correct that an
21 analyst, in reviewing the structure or
22 substance in realtime, can decide to take an
23 image of the selected area of diffraction
24 pattern whenever, in his or her judgment, he
25 finds something worth capturing?

Page 41

 1           MR. CHACHKES:  Objection.
 2           THE WITNESS:  That would be a
 3 standard operating procedure, yes.
 4 QUESTIONS BY MR. FINCH:
 5      Q.   So a standard operating
 6 procedure would be the analyst takes the
 7 substance or material and has the ability to
 8 rotate it in three dimensions and analyze the
 9 crystal structure of the material under the
10 TEM, correct?
11      A.   It's not a full three
12 dimensions, but it's basically a plane that
13 has the ability to be tilted by a small
14 number of degrees in various directions.
15      Q.   Okay.  And in the process of
16 doing that, the analyst can spend as much or
17 as little time as it takes him or her to look
18 at the structure or material in the various
19 dimensions and take a picture, for lack of a
20 better word, of the diffraction pattern at
21 whatever points in time he or she thinks are
22 important, correct?
23      A.   Correct.
24      Q.   And it's -- it is in some sense
25 the judgment of the analysts at what point in

11 (Pages 38 to 41)

Melinda Darby Dyar, Ph.D.

Page 42

1    time he or she takes the picture of the
2    selected area of diffraction pattern,
3    correct?
4        A.    Yes.
5        Q.    You have degrees in geology and
6    art history; is that correct?
7        A.    Correct.
8        Q.    You have a Ph.D. in geology?
9        A.    My Ph.D. is actually in
10   geochemistry.
11       Q.    In geochemistry.
12             And how did you first get
13   interested in geology?
14       A.    I don't actually recall.  I
15   think when I was 2 years old, my mother
16   reports that I picked up rocks instead of
17   Easter eggs on an egg hunt.  That was the
18   first indication that maybe geology was in my
19   future.
20       Q.    You graduated with a bachelor's
21   of art in geology and art history from
22   Wellesley College, correct?
23       A.    As it says in my résumé, when
24   I -- at the time I graduated, my BA was in
25   geology, and I finished the course

Page 43

1    requirements for the art history degree while
2    I was enrolled at MIT subsequent to my
3    graduation from Wellesley.
4        Q.    And you got your Ph.D. in
5    geochemistry from MIT, correct?
6        A.    Correct.
7        Q.    You're not an epidemiologist,
8    correct?
9        A.    No.
10       Q.    You're not a medical doctor?
11       A.    No.
12       Q.    You don't hold yourself out as
13   an expert on the biological activity of
14   substances in the human body; is that
15   correct?
16       A.    No.
17       Q.    You're not a cell biologist?
18       A.    I work with a microbiologist
19   and I have written papers on microbiology,
20   but I don't consider myself a cell biologist,
21   no.
22       Q.    Do you hold yourself out as an
23   expert in analyzing whether or not and how
24   fibers and structures can cause genetic
25   errors which lead to cancer or other

Page 44

1    diseases?
2        A.    No.
3        Q.    You're not a toxicologist?
4        A.    No.
5        Q.    Have you ever performed an
6    animal study in the sense of either having an
7    animal ingest or inhale or otherwise come
8    into contact with a substance to determine
9    whether that substance has hazardous effects?
10       A.    No.
11       Q.    I take it you do not have an
12   expert opinion as to whether any of the
13   materials found in Johnson & Johnson's talc
14   or Johnson & Johnson's baby powder are
15   carcinogenic?
16       A.    I have no opinion on that.
17       Q.    You have no expert opinion
18   regarding whether any amphiboles found in
19   talc from New York, the Gouverneur talc mine,
20   are carcinogenic; is that correct?
21            MR. LOCKE:  Objection.
22            THE WITNESS:  I have no opinion
23   on that.
24   QUESTIONS BY MR. FINCH:
25       Q.    Do you have any opinion about

Page 45

1    whether the amphiboles found in Libby
2    vermiculite are carcinogenic?
3        A.    I have no opinion on that.
4        Q.    You have no expert opinion on
5    that?
6        A.    No.
7        Q.    Are you familiar with the fact
8    that there has been an epidemic of
9    mesothelioma in and around Libby, Montana?
10            MR. FROST:  Objection.
11            MR. LOCKE:  Objection.
12            THE WITNESS:  Vaguely.
13   QUESTIONS BY MR. FINCH:
14       Q.    How did you come to that
15   understanding?
16            MR. FROST:  Objection.
17            THE WITNESS:  I read it in a
18   newspaper maybe?
19   QUESTIONS BY MR. FINCH:
20       Q.    When was the first time you met
21   Mickey Gunther?
22       A.    In the summer of 1996, I met
23   Mickey at a teaching mineralogy workshop at
24   Smith College.
25       Q.    Were you on the faculty of that

12  (Pages 42 to 45)

Melinda Darby Dyar, Ph.D.

Page 46

1    workshop, or was he on the faculty of that
2    workshop? How did you come in contact?
3        A.    I was driving a van on the
4    field trip, and Mickey got in and sat next to
5    me.
6        Q.    And since that time, you have
7    collaborated on both a textbook and about,
8    what, 30 papers, something like that?
9        A.    I don't keep count of the
10   papers, but they're all as listed in my CV.
11       Q.    Could you identify for me your
12   peer-review publications which address the
13   subject of how to determine if a material is
14   asbestos in the environment?
15           MR. CHACHKES:  Objection.
16           THE WITNESS:  I would have to
17       spend some time going through the list
18       to see if there are any that satisfy
19       those criteria.  I don't recall.
20   QUESTIONS BY MR. FINCH:
21       Q.    Can you think of any off the
22   top of your head right now?
23       A.    No.
24       Q.    Have you ever published a
25   peer-review publication regarding how to

Page 47

1    determine if there is asbestos in a product?
2        A.    Not that I recall.
3        Q.    Have you published any
4    peer-review articles regarding the use of --
5    I'm just going to use the shorthand term --
6    EDS, EDXA, to identify asbestos in materials?
7        A.    Not that I recall.
8        Q.    Have you ever authored a
9    peer-review publication concerning the use of
10   selected area diffraction -- selected area
11   electron diffraction, SAED, to identify
12   asbestos in materials?
13       A.    Not that I recall.
14       Q.    Have you ever published a
15   peer-review paper regarding the use of
16   polarized light microscopy, PLM, to
17   distinguish between asbestos in talc in
18   materials?
19       A.    Not that I recall.
20       Q.    Have you ever been asked by the
21   United States Environmental Protection Agency
22   to draft standards relating to the
23   identification of asbestos in a material?
24       A.    No.
25       Q.    Have you or laboratories -- let

Page 48

1    me back up.
2        Q.    Have you ever been in charge of
3    a laboratory where the laboratory regularly
4    tested materials to determine if they
5    contained asbestos?
6        A.    No.
7        Q.    Have you analyzed over 300
8    samples of material -- 300,000 samples of
9    materials over the course of your career to
10   detect whether or not asbestos was present in
11   them?
12       A.    No.
13       Q.    Have you ever been recognized
14   by a court as an expert witness on the
15   subject of examining material to determine
16   whether it contained asbestos?
17       A.    No.
18       Q.    Have you ever served as an
19   expert consultant for the City of New York,
20   the State of New York, the State of Utah or
21   any other governmental entity on the subject
22   of examining material to determine whether it
23   contained asbestos?
24       A.    No.
25       Q.    Have you ever been the primary

Page 49

1    author of an American Society Testing and
2    Materials method for the analysis of asbestos
3    fibers and bundles in settled dust?
4        A.    No.
5        Q.    Have you ever been the primary
6    author of any ASTM memorandum?
7        A.    No.
8        Q.    You cite to several different
9    ISO memorandums relating to the
10   identification of asbestos in either bulk
11   samples or in the air or in talc, correct?
12       A.    Correct.
13       Q.    Have you ever been the author
14   or a contributor to an ISO memorandum
15   relating to the identification of asbestos in
16   bulk samples?
17       A.    No.
18       Q.    Have you ever been the author
19   or contributor to an ISO memorandum relating
20   to the identification of asbestos in the air?
21       A.    No.
22       Q.    Have you ever been the author
23   or contributor to an ISO memorandum relating
24   to the identification of asbestos in talc?
25       A.    No.

13 (Pages 46 to 49)

Melinda Darby Dyar, Ph.D.

Page 50

1     Q.    Have you ever tested a sample
2  of talc to determine whether or not it
3  contained asbestos?
4     A.    No.
5     Q.    Have you ever published
6  anything in any peer-reviewed journal about
7  testing talc to determine if it contains
8  asbestos?
9     A.    No.
10    Q.    What -- and I'm going to
11  butcher this word repeatedly because it's
12  just one of those words I just cannot say.
13  But what microscopy-based spectroscopic
14  methods have you used over the course of your
15  career?
16    A.    Oh, Mössbauer spectroscopy,
17  electron spectroscopy of various kinds, TEM,
18  SEM, electron probe microanalysis, X-ray
19  diffraction, X-ray fluorescence,
20  proton-induced gamma emission, laser-induced
21  breakdown spectroscopy, Raman spectroscopy.
22        Those are some of them.
23    Q.    Do you oversee a lab currently
24  that has electron microscopes?
25    A.    No.  The lab that contains an

Page 51

1  SEM and TEM at Mount Holyoke is overseen by
2  the director of the science center.
3     Q.    Do you have access to that lab?
4     A.    Yes.
5     Q.    Can you list the various types
6  of electron microscopes you have used to
7  analyze materials over the years?
8     A.    You want to clarify what you
9  mean by "type"?
10    Q.    Well, the manufacturer, the
11  model.
12    A.    No, I don't pay attention to
13  that.  I'd have to go back and look at the
14  papers.
15    Q.    Are you aware that the National
16  Bureau of Standards publishes asbestos
17  standards?
18    A.    Yes.
19    Q.    Have you analyzed the National
20  Bureau of Standards asbes -- standard
21  asbestos samples in any laboratory where
22  you've worked?
23    A.    I can't recall.  I've analyzed
24  hundreds of thousands of samples in my
25  career, so it's difficult to recall if one or

Page 52

1  two of them were -- happen to be those
2  standards.  I don't recall.
3     Q.    How many -- what is the primary
4  laboratory that you've worked with over the
5  past ten years?
6        Is it the Mount Holyoke?
7     A.    My research takes place at many
8  different institutions.  I work with the
9  synchrotron at the Advanced Photo Source,
10  Photon Source, in Chicago.  I work with
11  scientists at Los Alamos National Laboratory,
12  and I work with scientists at the University
13  of Massachusetts in Amherst where I am on the
14  graduate faculty.
15        My own laboratory at Mount
16  Holyoke also includes many different kinds of
17  spectrometers.
18    Q.    And your own laboratory at
19  Mount Holyoke has a SEM and a TEM now?
20    A.    No.  As I stated, Mount Holyoke
21  has an analytical facility for TEM and SEM,
22  which is under the direction of the director
23  of science center.
24    Q.    And the science center is
25  affiliated with what entity?

Page 53

1     A.    All of the science departments
2  at the college.
3     Q.    Okay.  Do you know what NVLAP
4  NIST accredited means?
5     A.    I know what NIST stands for.
6     Q.    Do you know if any of the
7  laboratories you've worked in are NVLAP NIST
8  accredited?
9     A.    So academic institutions are
10  accredited by completely differently
11  organizations than the ones that are used for
12  business entities.
13        And, yes, Mount Holyoke does
14  have an accreditation.
15    Q.    Have you ever calibrated an
16  electron microscope for electron diffraction?
17    A.    Probably 30 years ago, yes.
18    Q.    You haven't done it in the past
19  30 years?
20    A.    Our equipment is already kept
21  well-calibrated.  We have a full-time
22  laboratory manager who takes care of the EMs.
23    Q.    Have any of the labs that you
24  have worked with or for been in the NVLAP
25  NIST program for the identification of

14  (Pages 50 to 53)

Melinda Darby Dyar, Ph.D.

Page 54

1    asbestos?
2         A.    I have no knowledge of that.
3         Q.    How much time do you spend on a
4    daily basis analyzing materials to determine
5    whether or not they contain asbestos fibers?
6         A.    Zero.
7         Q.    How much time do you spend on a
8    weekly basis analyzing materials to determine
9    whether or not they contain asbestos?
10        A.    Zero.
11        Q.    How much time do you spend on a
12   yearly basis analyzing materials to determine
13   whether or not they contain asbestos?
14        A.    Zero.
15        Q.    What are the steps for
16   identifying and assessing whether a sample of
17   a material contains asbestos?
18        A.    Well, let's go back to my
19   report where that's articulated quite
20   clearly.
21             So, for example, my report
22   talks about the Yamate -- the Yamate document
23   from the EPA, it talks about the ISO 22262
24   document, and it also talks about PLM methods
25   explained and described in the Su documents.

Page 55

1    So there are many different ways of answering
2    that question.
3         Q.    Okay.  Do you find the
4    methodology set forth in ISO 22262-1 and
5    22262-2 to be reliable standards that
6    a scientist should follow for analyzing
7    whether or not a sample of material contains
8    asbestos?
9         A.    It would depend on -- the
10   answer to that question would depend on the
11   level of asbestos.
12             So you want to be more
13   specific?
14        Q.    Any level.
15        A.    Want to -- would you please
16   restate the question?
17        Q.    Yes.
18             Do you --
19             MR. FINCH:  Could you read back
20        the question, madam court reporter?
21             No?  Okay.  I'll see if I
22        can...
23   QUESTIONS BY MR. FINCH:
24        Q.    Do you find the methodology set
25   forth in ISO standards 22262-1 and 22262-2 to

Page 56

1    be reliable standards that a scientist should
2    follow for analyzing whether or not a sample
3    of a material contains asbestos?
4         A.    I would say that in the case of
5    determination of bulk asbestos, the methods
6    in those documents are robust.
7         Q.    What about for determining
8    whether or not there is asbestos in talc?
9         A.    So those -- so Document 1, for
10   example, which you mentioned, explicitly says
11   it's for measurements of bulk samples, and
12   Document Number 3, which is the one relating
13   to X-ray diffraction, explicitly says that
14   XRD has some limitations.  And so ISO
15   document 22262-2 is the only one that is
16   really relevant to looking at small amounts
17   of asbestos.
18        Q.    Okay.  Do you regard the
19   standard set forth in ISO 22262-2 to be
20   reliable for a scientific -- a scientist to
21   follow to analyze whether or not there are
22   small amounts of asbestos in talc?
23        A.    You know, my goal in this
24   report was to evaluate whether the
25   methodology of Drs. Longo and Rigler was

Page 57

1    valid.  It was not to evaluate whether the
2    government documents on this topic are
3    appropriate.  So I have not thought about
4    that.
5         Q.    Okay.  So you don't -- you
6    don't criticize the standards in -- or the
7    methodology set forth in ISO 22262-2; is that
8    correct?
9         A.    It's a government document.  I
10   haven't been asked to think about criticizing
11   it, and so I haven't thought about it.
12             MR. CHACHKES:  And we've been
13        going about an hour.  If you reach a
14        natural pausing point, we'll take
15        maybe a little break.
16             MR. FINCH:  Okay.  Let me go
17        about another five minutes.
18             MR. CHACHKES:  Sure.
19   QUESTIONS BY MR. FINCH:
20        Q.    When was the last sample that
21   you analyzed that contained asbestos?
22        A.    What do you mean by "analyzed"?
23        Q.    Analyzed using any of the tools
24   that a scientist could use to determine
25   whether a substance or material contains

15  (Pages 54 to 57)

Melinda Darby Dyar, Ph.D.

Page 58

1    asbestos, either a PLM or TEM or any other
2    way.
3         A.   I have in the past year
4    undertaken Mössbauer spectroscopy on asbestos
5    samples to determine their ferrous ratios,
6    but that is unrelated to the question of
7    determining whether asbestos is present or
8    not because I already knew that SAED samples
9    were asbestos.
10        Q.   Okay.  Do you recall when is
11   the last time you analyzed a sample where you
12   didn't know whether or not asbestos was
13   present to determine if, in fact, it
14   contained asbestos?
15        A.   Never.
16        Q.   Never done that?
17        A.   No.
18        Q.   You have -- I think I counted
19   this up right; maybe I missed one.
20             You have three publications
21   that deal with materials found in the
22   vermiculite from Libby, Montana; is that
23   right?
24        A.   I contributed Mössbauer
25   analyses to three papers, yes.  I did not

Page 59

1    have anything to do with writing the papers.
2         Q.   Okay.  Your name appears on
3    those papers, right?
4         A.   Correct.  Because as is
5    appropriate in science, I contributed data to
6    the endeavor and, therefore, was included as
7    a coauthor.
8         Q.   And Mickey Gunther is the lead
9    author on several -- on those papers, or is
10   at least an author on each of those papers?
11        A.   I don't know.  I'd have to
12   look, but I would presume so.
13        Q.   So am I correct that you did
14   not analyze any of the material that came
15   from the vermiculite from Libby, Montana, to
16   determine whether or not it had asbestos in
17   it?
18        A.   Correct.  I only analyzed
19   things to determine the redux ratios.
20        Q.   Okay.  You mentioned something
21   called the Mössbauer spectrum?
22        A.   Correct.
23        Q.   All right.  Could you describe
24   what that is?
25        A.   A Mössbauer spectrometer is

Page 60

1    used to evaluate how much oxygen was
2    available at the time a mineral crystalized,
3    so in particular it's used to measure the
4    valent state of iron, whether it is oxidized
5    iron, which would be ferric iron, or reduced
6    iron, which would be ferrous iron.  That is
7    one of my specialties.
8         Q.   So one of your specialties is
9    using the Mössbauer analysis to determine,
10   for lack of a better word, the iron content
11   of something that might have asbestos in it?
12        A.   One of my specialties is to use
13   Mössbauer spectroscopy to determine the iron
14   redux ratio of minerals among the 5,500 known
15   minerals.  That's one of the specialties,
16   yes.
17             MR. FINCH:  All right.  This is
18   a good time to take a break.
19             VIDEOGRAPHER:  The time is
20   10:05 a.m.  Going off the record.
21        (Off the record at 10:05 a.m.)
22             VIDEOGRAPHER:  We are back on
23   the record.  The time is 10:21 a.m.
24        (Dyar Exhibits 4, 5, 6 and 7
25   marked for identification.

Page 61

1    QUESTIONS BY MR. FINCH:
2         Q.   We're back on the record after
3    a short break.
4              Do you prefer to be called
5    Dr. Darby Dyar or Ms. Darby Dyar?
6         A.   How about Professor Dyar.
7         Q.   Okay.  Professor Dyar.
8              I've marked and put in front of
9    both you and your lawyer copies of Darby Dyar
10   Exhibit 4, 5, 6 and 7.
11        A.   Yes.
12        Q.   And can you tell me what each
13   of those is?
14        A.   So these documents are the air
15   quality testing International standard ISO
16   22262-1 and 2, and ISO 13794, as well as the
17   Yamate report from the EPA dated July 1984.
18        Q.   Okay.
19             What is the International
20   Standard Organization?
21        A.   I don't actually know.
22        Q.   When is the first time you
23   reviewed or saw ISO 22262-1?  This is Dyar 4.
24        A.   When I saw it referenced in
25   Dr. Longo's report.

16  (Pages 58 to 61)

Melinda Darby Dyar, Ph.D.

Page 62

1    Q.    Okay.  So you had never
2  previously had occasion in your career to
3  rely on the International standard for
4  sampling and qualitative determination of
5  asbestos in commercial bulk materials; is
6  that correct?
7    A.    In my research I use and have
8  used these techniques for almost 40 years,
9  but I have not yet brought them to bear on
10  the study of asbestos as an impurity in
11  talcum powder.
12    Q.    Okay.  So you never had the --
13  prior to your engagement by Johnson & Johnson
14  in this case, you never reviewed the
15  methodology set forth in ISO 22262-1; is that
16  correct?
17    MR. LOCKE:  Objection.
18    THE WITNESS:  Can you state the
19  question again?
20  QUESTIONS BY MR. FINCH:
21    Q.    Yeah.
22    Prior to being retained by
23  Johnson & Johnson as a potential expert in
24  these ovarian cancer cases, you never had
25  occasion to review ISO 22262-1 and the

Page 63

1  methodology that it lays out for
2  determination of asbestos in commercial bulk
3  materials; is that correct?
4    MR. LOCKE:  Objection.
5    THE WITNESS:  I have never
6  reviewed this specific document, but I
7  have reviewed countless times the use
8  of polarized light microscopy in the
9  detection and analysis of minerals.
10  It's something I routinely teach and
11  it's something that I routinely use in
12  my research, but, again, not for the
13  purpose of detection of asbestos
14  specifically.
15  QUESTIONS BY MR. FINCH:
16    Q.    Am I correct -- well, let me
17  just ask it.
18    Have you ever reviewed ISO
19  Standard 22262-2 prior to your retention by
20  Johnson & Johnson in these cases?
21    A.    No.  There was no need.
22    MR. FINCH:  Move to strike that
23  "there was no need."
24  QUESTIONS BY MR. FINCH:
25    Q.    Would you agree with me that

Page 64

1  ISO 22262-1 and ISO 22262-2 lay out the
2  methodology -- a methodology for a scientist
3  to follow in order to determine whether or
4  not for ISO 22262-1, whether or not there's
5  asbestos in commercial bulk materials, and
6  ISO 22262-2, whether there is asbestos in
7  talc?
8    A.    These two documents do describe
9  protocols for analyzing asbestos, yes.
10    Q.    And if an analyst follows those
11  protocols, would you criticize him or her for
12  doing so?
13    A.    So if we go back to my report,
14  we'll see numerous places where I talk about
15  the proper use of these tools for the
16  analysis of asbestos in amphibole.
17    Q.    But you're not criticizing the
18  methodology set forth in ISO 22262-1 or
19  22262-2; is that correct?
20    A.    Do you want to be more specific
21  by what you mean about methodology?
22    Q.    Yeah.
23    The steps that they -- the
24  ISO -- let's say, ISO 222 -- you agree that
25  ISO 22262-1 and ISO 22262-2 lay out the steps

Page 65

1  that a scientist should follow and the tools
2  that the scientist should use to determine
3  whether or not there is asbestos in either a
4  bulk commercial material or in talc?
5    A.    I would say that they lay out
6  some of these steps that should be used, and
7  if done correctly, they would be useful.  But
8  in my report, I talk about the possible
9  downside of many of these methods.
10    So, for example, polarized
11  light microscopy, if done correctly, can be
12  useful in identifying minerals, but for the
13  possible -- and for the analysis of possible
14  impurities of -- in talcum powder, there are
15  many minerals that would have the same PLM
16  characteristics, so the results might well be
17  inconclusive.
18    Q.    Am I correct that ISO 22262-2
19  lays out a methodology and different tools
20  for a scientist to use to determine whether
21  or not there is asbestos in talc?  Correct?
22    A.    So 22262, as it states --
23    Q.    Dash 2.
24    A.    Dash 2 -- talks about the use
25  of gravimetry and microscopic methods, and it

17 (Pages 62 to 65)

Melinda Darby Dyar, Ph.D.

Page 66

1    is designed to be used for quantitative
2    analysis of materials that are described on
3    the first page of that document's narrative.
4         Q.    Which includes talc, correct?
5         A.    Yes, mineral products such as
6    wollastonite, dolomite, calcite, talc or
7    vermiculite.
8         Q.    And ISO 22262-2, in some
9    instances, refers back to ISO 22262-1 for how
10   to use the tools or analyze the data that one
11   obtains from using the tools to determine
12   whether what you were analyzing is asbestos
13   or not, correct?
14        A.    Yes, these documents reference
15   one another and also other preexisting
16   documents.
17        Q.    Okay.  Are you familiar with
18   what I've marked as Dyar 6, ISO -- before I
19   get to Dyar 6, am I correct that the first
20   time you reviewed ISO 22262-1 or 22262-2 was
21   in connection with your work as a paid expert
22   work by Johnson & Johnson?
23        A.    Yes.  As a research scientist,
24   I have no need of anyone to tell me what --
25   how to use these tools in my own research

Page 67

1    because I've been trained to use these tools
2    over the course of my 40-year career, so
3    there was no need to consult a standard of
4    this sort.
5         Q.    Have you ever reviewed or seen
6    ISO 13794 prior to your engagement by
7    Johnson & Johnson in these cases?
8         A.    No, because I had no need for
9    instruction in how to use a TEM or how to do
10   point counting.  I already know how to do
11   that in my research as affirmed by my
12   peer-reviewed publications.
13        Q.    Are you familiar with Dyar
14   Exhibit 7?
15        A.    Yes.
16        Q.    What is Dyar Exhibit 7?
17        A.    Dyar Exhibit 7 is a methodology
18   from George Yamate, written as an EPA report
19   in 1984.
20        Q.    And what is the title of this
21   document?
22        A.    The title of this document is
23   "Methodology for the Measurement of Airborne
24   Asbestos By Electron Microscopy."
25        Q.    And this was a contracted

Page 68

1    report for the Environmental Protection
2    Agency?
3         A.    That's my understanding, yes.
4         Q.    Were you aware that Mr. Yamate
5    at one point worked for Bill Longo?
6              MR. CHACHKES:  Objection.
7              THE WITNESS:  I have no
8         knowledge of that.
9    QUESTIONS BY MR. FINCH:
10        Q.    When is the first time that you
11   reviewed -- or can we just agree that we're
12   going to call Dyar 7 the Yamate report?
13        A.    Sure.
14        Q.    When's the first time you
15   reviewed the Yamate report?
16        A.    For this particular case.
17        Q.    You never reviewed it before
18   this?
19        A.    No, it wasn't necessary because
20   I already know how to do electron microscopy,
21   as evidenced by my many peer-reviewed
22   publications that use the technique.
23        Q.    And would you agree with me
24   that this Yamate report, Dyar 7, lays out
25   three different methodologies called level 1

Page 69

1    analysis, level 2 analysis and level 3
2    analysis for determining whether or not there
3    is asbestos in some kind of substance?
4         A.    Yes, that's what it says.
5         Q.    Do you have any opinion about
6    whether or not following these protocol would
7    be a reliable thing for a scientist to do in
8    analyzing whether there's asbestos in a
9    substance?
10        A.    I have an opinion on the fact
11   that Dr. Longo did not follow this guideline.
12   He did not do any of the level 3 protocols
13   expressed in this, including reporting two
14   different zone axis SAED patterns.
15        Q.    Am I correct you have not
16   reviewed any Johnson & Johnson internal
17   documents relating to testing it did of
18   either Johnson's baby powder or talc?
19        A.    Correct, because my goal in
20   this investigation was to evaluate the
21   methodology of Drs. Longo and Rigler.
22        Q.    My colleague, Mr. Geier,
23   pointed out that in the prior question I
24   asked you whether or not you have an opinion
25   about whether or not following the Yamate

18  (Pages 66 to 69)

Melinda Darby Dyar, Ph.D.

Page 70

1    protocol would be a reliable thing for a
2    scientist to do in analyzing whether there's
3    asbestos in a substance.
4              And your answer was, "I have an
5    opinion on the fact that Dr. Longo did not
6    follow this guideline.  He did not do any of
7    the level 3 protocols expressed in this,
8    including reporting two different zone axes
9    SAED patterns."
10             My question is a little bit
11   different.  My question is, if a scientist
12   follows the Yamate level 3 protocol for the
13   number of samples or percentage of samples it
14   says to apply that protocol to, would you
15   have any criticism of the protocol itself as
16   a way for detecting asbestos in talc -- in
17   talc or any other substance?
18        A.    Yes, I would have criticisms
19   because SAED only identifies which mineral
20   species it is.  It does not say anything
21   about the morphology of the particle.
22        Q.    Would you agree with me that
23   there are different tests to determine
24   whether or not there is asbestos in a sample
25   or substance?

Page 71

1         A.    Certainly there are different
2    tests that determine the presence of
3    asbestos.
4         Q.    Okay.  One of them you
5    mentioned was SAED.
6              That's to determine the
7    crystalline structure, correct?
8              MR. CHACHKES:  Objection.
9              THE WITNESS:  SAED can be used
10   to determine the mineral species that
11   is present in the sample.  It's used
12   in a very wide variety of
13   applications.  It cannot prove that
14   something is asbestos.
15   QUESTIONS BY MR. FINCH:
16        Q.    It cannot prove by itself that
17   something's asbestos, correct?
18        A.    Correct.
19        Q.    When used in conjunction with
20   other tools such as PLM or TEM, EDS, EDXA,
21   isn't it true that you can come to a
22   conclusion whether or not a given material is
23   asbestos?
24             MR. FROST:  Objection.  Form.
25             THE WITNESS:  So SAED is used

Page 72

1    to identify the mineral species that
2    is present.  EDS is used to identify
3    the chemical composition of what is
4    present.  Neither of those techniques
5    can tell you anything about the
6    morphology of the particle that is
7    present and, therefore, they are
8    not -- those two techniques together
9    could not tell you if asbestos was
10   present.
11   QUESTIONS BY MR. FINCH:
12        Q.    What technique could -- isn't
13   it true that the morphology of the particle
14   is examining under a microscope and
15   determining things like the shape and size
16   and aspect ratio?
17        A.    True.
18             So if SAED, in two different
19   zone axis determinations, were combined with
20   EDS analyses done properly, as -- as
21   expressed in my report, along with a survey
22   of the population of particle morphologies
23   present was undertaken, if all of those
24   things were true, then it would be possible
25   to identify something as asbestos.

Page 73

1         Q.    A survey of population of a
2    particle, what techniques would you use to do
3    that?
4         A.    So in my report, if we go to
5    page -- let's see.  It's the section
6    beginning on page 52.  So it talks here about
7    the possibility of using a population of
8    particles and analyzing their size to
9    determine whether something is asbestos.
10             That's -- the word "population"
11   is also used in the R-93 document that I
12   reviewed, and populations are also referred
13   to in the ISO documents, although I can't,
14   without further time, tell you exactly which
15   one.
16             So in these -- in many of these
17   documents, they do refer to populations of
18   morphologies rather than individual ones.
19        Q.    Are you aware that Mickey
20   Gunther has served as an expert witness for
21   multiple defendants in asbestos litigation
22   over the years?
23             MR. FROST:  Objection.  Form.
24             THE WITNESS:  I'm aware that
25   Mickey has what he calls his lawyer

19 (Pages 70 to 73)

Melinda Darby Dyar, Ph.D.

Page 74

1          work, yes.
2     QUESTIONS BY MR. FINCH:
3          Q.   He's testified at the request
4     of W.R. Grace, for example, in cases
5     involving its asbestos-containing
6     vermiculite?
7              MR. CHACHKES:  Objection.
8              MR. FROST:  Objection.  Form.
9              THE WITNESS:  I'm not aware of
10        exactly what Mickey does in his lawyer
11        work.
12    QUESTIONS BY MR. FINCH:
13         Q.   Are you aware that he always
14    works for defendants in asbestos litigation
15    and has never worked for a victim in asbestos
16    litigation?
17             MR. CHACHKES:  Objection.
18             MR. FROST:  Objection.
19             THE WITNESS:  I am not aware of
20        what Mickey does in his lawyer work.
21    QUESTIONS BY MR. FINCH:
22         Q.   Have you ever asked him what he
23    does in his lawyer work, as you call it?
24         A.   No.
25         Q.   When you submit a paper to a

Page 75

1     peer-review journal, isn't it correct that
2     oftentimes the authors are asked if they have
3     any potential conflicts of interest that may
4     bias or affect their views of the material in
5     which they publish?
6          A.   That's something that's started
7     happening in the last few years, yes.
8          Q.   And why -- in your
9     understanding, why has that started happening
10    in the past few years?
11             MR. LOCKE:  Objection.
12             THE WITNESS:  I never thought
13        about it.
14    QUESTIONS BY MR. FINCH:
15         Q.   Do you think it has anything to
16    do with the fact that the readers of the
17    paper are entitled to know whether the
18    authors of the paper have any financial
19    interest in the subject matter on which they
20    are writing about?
21         A.   I've never thought about it.  I
22    don't know.
23         Q.   Do you think it's important to
24    know whether or not a scientist has a
25    financial interest in the work that he or she

Page 76

1     is doing to assess the credibility of that
2     work?
3          A.   I don't really have an opinion
4     on that.  I've never thought about it, to be
5     honest.
6          Q.   So it was not important to you
7     in your collaborations with Mickey Gunther to
8     ever ask him whether or not he has only and
9     exclusively worked at the request of asbestos
10    defendants in asbestos litigation?
11             MR. FROST:  Objection.
12    QUESTIONS BY MR. FINCH:
13         Q.   It never crossed your mind to
14    ask him that question?
15             MR. CHACHKES:  Objection.
16             THE WITNESS:  It never crossed
17        my mind to ask him that question.
18    QUESTIONS BY MR. FINCH:
19         Q.   I asked if you reviewed any
20    internal Johnson & Johnson documents relating
21    to the testing of the talc from its mines or
22    in its finished products, and I believe your
23    answer was, no, you never reviewed any of
24    those documents; is that correct?
25         A.   No, sir.

Page 77

1          Q.   Have you ever reviewed any
2     documents relating to anyone else's testing
3     of the talc in Johnson & Johnson's mines or
4     the finished product, other than Longo and
5     Rigler?
6          A.   No, although I did recall over
7     the break that I reviewed some additional
8     reports of Drs. Longo and Rigler that didn't
9     have any numbers on them.  So I reviewed them
10    briefly and then set them aside, so those are
11    cited in my report.
12             But in terms of your current
13        question, no other reports.
14         Q.   Okay.  So the only people who
15    have tested Johnson & Johnson baby powder or
16    samples of talc from the mines where the talc
17    came from for the baby powder, the only
18    people that you reviewed the work of are
19    Longo and Rigler; is that correct?
20             MR. FROST:  Objection.
21             THE WITNESS:  I was hired to
22        review the methodology of Longo and
23        Rigler, so that's what I did, yes.
24    QUESTIONS BY MR. FINCH:
25         Q.   Did you think it was at all

20  (Pages 74 to 77)

Melinda Darby Dyar, Ph.D.

Page 78

1    important in analyzing the work of Longo and
2    Rigler to compare their results and
3    conclusions to what other scientists may have
4    found when they've analyzed the same
5    material -- or material from the same places?
6            MR. FROST: Objection.
7            THE WITNESS: No, it was not
8        important because I am very familiar
9        with the methodology that they use.
10       And there was really no need to look
11       and see what other people's work said
12       because that had nothing to do with my
13       review of the methodology.
14   QUESTIONS BY MR. FINCH:
15       Q.   What is your definition of
16   asbestos?
17       A.   My definition of asbestos is
18   given in my report.  If we can turn to
19   page -- let's see, page 10.  Asbestos is
20   defined as one of six particular minerals
21   exhibiting the characteristics of an
22   asbestiform habit, meaning that they can be
23   separated into flexible fibers with high
24   tensile strength.
25           And, of course, those six

Page 79

1    minerals are the ones given in the table and
2    in other places in the report, anthophyllite,
3    chrysotile, grunerite, tremolite, actinolite
4    and riebeckite.
5        Q.   What is -- in your view qualify
6    a fiber as having the morphology that is
7    consistent with an asbestos fiber?
8        A.   So again, my definition of a
9    fiber is given in the numerous literature
10   citations on page 10 and 11, which
11   consistently define fibers as being strong
12   and flexible and having high tensile
13   strength, including those in the ISO 22262,
14   which define asbestiform in an identical way
15   as a specific type of mineral fibrosity in
16   which the fibers and fibrils possess high
17   tensile strength and flexibility.
18       Q.   Is it possible to measure the
19   tensile strength of a fiber that's 10 microns
20   long?
21       A.   It is possible to constrain it
22   with a probe, yes.
23       Q.   How would you do that?
24       A.   You would poke the fiber and
25   see if it could bend.

Page 80

1        Q.   Have you ever done that?
2        A.   I have certainly looked at the
3    tensile strength of mineral fibers.  Not with
4    a TEM, however.
5        Q.   How would you measure the
6    flexibility -- is there any -- is there any
7    peer-reviewed literature that you would rely
8    on or that you could cite me to that
9    describes how you would measure the tensile
10   strength of a fiber that is 10 microns long
11   or less?
12       A.   I did not consider that because
13   that was not a method that was used by
14   Drs. Longo and Rigler.  Given sufficient time
15   to research that topic, I'd be happy to give
16   you an answer.
17       Q.   As you sit here today, you
18   can't think of any literature that lays out a
19   methodology to test the tensile strength of a
20   fiber that is 10 microns or less?
21           MR. FROST: Objection.
22           THE WITNESS: I would have to
23       do background research to answer that
24       question.
25

Page 81

1    QUESTIONS BY MR. FINCH:
2        Q.   Have you ever mentioned -- ever
3    measured the tensile strength of asbestos?
4        A.   Not personally, no.
5        Q.   What is the unit of measurement
6    that that -- that one would use to measure
7    the tensile strength of asbestos?
8        A.   I don't know, and I did not
9    consider that because a measurement of
10   tensile strength was not part of the
11   methodology of Drs. Longo and Rigler and,
12   therefore, it wasn't considered by me in
13   preparing this report.
14       Q.   Do you know what a pascal joule
15   is?
16       A.   Yes.
17       Q.   What is it?
18       A.   It's a unit of force.
19       Q.   It's a unit of force that is
20   one way to measure -- it's a measurement that
21   you can calculate or determine the tensile
22   strength of a material, correct?
23       A.   I'd have to research that to
24   make sure I -- I agree with you.  I have no
25   knowledge of the exact methodology for

Melinda Darby Dyar, Ph.D.

Page 82

1    measuring tensile strength but could easily
2    understand that with a brief survey of the
3    literature.
4         Q.    Pounds per square inch is
5    another way to measure tensile strength?
6         A.    Certainly.
7         Q.    What dimensions does a particle
8    need to have in order for it to be
9    potentially characterized as an asbestos
10   fiber?
11        MR. FROST:  Objection.
12        THE WITNESS:  So the answer to
13   that question refers -- or depends on
14   which guidelines you're looking at.
15   QUESTIONS BY MR. FINCH:
16        Q.    In your view.  In your opinion.
17        A.    I have no personal opinion in
18   this matter.  I just know what the different
19   documents can tell you.
20        Q.    So you have no opinion as to
21   what aspect ratio must be present in order
22   for something to be characterized as having
23   morphology that is consistent with asbestos?
24        MR. LOCKE:  Objection.
25        Misstates testimony.

Page 83

1         MR. FROST:  Objection.
2         MR. CHACHKES:  Objection.
3         THE WITNESS:  My assessment of
4    the literature suggests that aspect
5    ratio is best understood in the
6    context of a population, and the
7    papers by Ann Wylie and others that I
8    reference in my report talk about
9    amphibole populations.
10        And so my personal opinion is
11   that analysis of populations is the
12   optimal way to understand asbestos,
13   but that is -- that is the preliminary
14   opinion, and I'd want to think about
15   it and do some research on it.
16        My personal opinion did not
17   come up in this particular report.
18   QUESTIONS BY MR. FINCH:
19        Q.    In order for a structure to
20   meet your definition of asbestos, what does
21   the EDS or EDXA chemical signature have to
22   be?
23        MR. FROST:  Objection.
24        THE WITNESS:  You said EDS and
25   EDXA chemical signature have to be?

Page 84

1    QUESTIONS BY MR. FINCH:
2         Q.    Yes.
3         A.    So as I said in my report, EDS
4    and EDXA do not let -- do not have sufficient
5    quantitative accuracy to allow discrimination
6    between potentially asbestiform and
7    non-asbestiform mineral species, many of
8    which have very similar compositions, as
9    given in Table 1 in my report.
10        Q.    Do you agree with me that
11   information from an EDS, EDXA chemical
12   signature can be useful to determine whether
13   or not a given structure is asbestos or not
14   if used in connection with other tools?
15        MR. FROST:  Objection.
16        THE WITNESS:  I believe that
17   EDS can be used to determine the
18   presence or absence of specific
19   elements, but it cannot be used to
20   make quantitative judgments on the
21   ratios of the concentrations of those
22   elements.
23        That's not only my opinion but
24   the opinion of Newbury and Ritchie and
25   the National Institute of Standards

Page 85

1    and Technology and numerous other
2    scientists.
3    QUESTIONS BY MR. FINCH:
4         Q.    Do you agree that SAED is a
5    useful tool to determine whether or not a
6    particle or structure has a crystalline
7    structure that when used in conjunction with
8    other tools allows you to determine whether
9    or not it's asbestos or not?
10        A.    SAED is a tool that allows you
11   to determine what the crystal structure of
12   the particle is.  You would need other
13   information to determine whether the particle
14   was asbestos.
15        Q.    How would you measure the
16   flexibility of an asbestos fiber that is
17   10 microns or less in length?
18        MR. FROST:  Objection.  Asked
19   and answered.
20        MR. FINCH:  No, I asked about
21   tensile strength.
22        THE WITNESS:  So I would
23   imagine that you would use a probe,
24   but I would have to do some more
25   research.  And I can certainly do

22 (Pages 82 to 85)

Melinda Darby Dyar, Ph.D.

Page 86

1       that, but not -- I don't have an
2    opinion on that at the present time.
3    QUESTIONS BY MR. FINCH:
4       Q.   You've never used a probe to
5    determine the flexibility of an asbestos
6    fiber under a microscope?
7       A.   No, that has never been
8    necessary in my research. I've analyzed many
9    amphiboles and certainly many minerals that
10   are asbestos, but it was apparent
11   microscopically that those phases were
12   asbestos -- or they were identified to me as
13   such, so that I had no need to verify them by
14   testing their flexibility.
15      Q.   And so am I correct that ISO
16   22262-1 and ISO 22262-2 don't set forth any
17   steps or methodologies that a scientist or
18   analyst should follow to determine either the
19   tensile strength or the flexibility of a
20   fiber that is being analyzed under either of
21   those protocols?
22      A.   You know, I'd have to go back
23   and re-read them with that question in mind.
24   I would be happy to take the time to do that.
25   I don't recall.

Page 87

1       Q.   You don't know whether they do
2    or not as you sit here today?
3       A.   I don't recall.
4       Q.   What is your understanding of
5    what mines Johnson & Johnson got its talc
6    from?
7          MR. FROST: Objection.
8          THE WITNESS: All I know is
9       that they came from China -- hang on,
10      let me find my figure -- and Vermont
11      and another place, which I don't
12      recall.
13   QUESTIONS BY MR. FINCH:
14      Q.   Do you have the chronology as
15   to when Johnson & Johnson got its talc from
16   Vermont versus when it got its talc from
17   China versus when it got its talc from Italy?
18      A.   Yes, I believe those data are
19   noted in my spreadsheet, and I believe that
20   the data themselves are in the Longo and
21   Rigler reports. I can't recall exactly where
22   they came from.
23      Q.   Do you have an understanding of
24   how many different mines Johnson & Johnson
25   got talc from that went into baby powder from

Page 88

1    Vermont?
2       A.   No. None.
3       Q.   So you don't have any
4    understanding as to whether the talc in
5    Vermont came from the Hammondsville mine, the
6    Hamm mine, the Rainbow mine or the Argonaut
7    mine?
8          MR. FROST: Objection.
9          THE WITNESS: Or anywhere else,
10      no.
11         (Dyar Exhibit 8 marked for
12      identification.)
13   QUESTIONS BY MR. FINCH:
14      Q.   Let's mark this as Exhibit 8.
15      This is Dr. Longo's second
16   supplemental report, which is dated
17   February 1, 2019.
18         Professor Dyar, Darby Dyar,
19   have you seen -- you've obviously reviewed
20   Dr. Longo's report in the backup materials
21   dated January 16th, correct?
22      A.   Yes, I've typed all these
23   numbers into a spreadsheet.
24      Q.   Okay. And did you also review
25   the February 1st report which contained a

Page 89

1    couple of corrections to his earlier report?
2       A.   I believe so, yes.
3       Q.   Okay. I'm going to use -- I'm
4    not going to mark the entire 2,000-page
5    January report as an exhibit to save trees.
6    I think we all know that's the report that
7    you were looking at when you wrote your
8    expert witness report, correct?
9       A.   One of the reports, yes.
10      Q.   On page 8 of Dr. Longo's
11   report, which we've marked as Darby Dyar 8 --
12   let me know when you're there.
13      A.   I'm there.
14      Q.   Under ATEM, four pages down --
15   four paragraphs down, Drs. Longo and Rigler
16   state, "Two different regulated amphibole
17   asbestos types were found. These were the
18   tremolite asbestos solid solution series
19   amphiboles, which includes tremolite,
20   winchite, richterite and actinolite, and the
21   anthophyllite asbestos solid solution series
22   that includes anthophyllite, iron-rich
23   anthophyllite, ferro-anthophyllite,
24   cummingtonite and grunerite."
25      Do you see that?

23 (Pages 86 to 89)

Melinda Darby Dyar, Ph.D.

Page 90

1    A.   I see that that's what the
2  report says, yes.
3    Q.   Okay.  What is the
4  anthophyllite asbestos solid solution series?
5    A.   So if you return to my
6  document, Table 1 has a handy table with
7  those mineral formulas in it.
8      So if you look at the formula
9  of anthophyllite, which is $Mg7(Si8O22)(OH)2$,
10  you see it's a solid solution with some other
11  amphiboles in this list that include iron,
12  such as grunerite.
13    Q.   And what does that mean?
14    A.   It means that there can be a
15  continuous range of chemical substitution
16  between those two end numbers.
17    Q.   And do you know whether all the
18  materials in the anthophyllite asbestos solid
19  solution series are treated as regulated
20  asbestos or not?
21      MR. FROST:  Objection.  Form.
22      THE WITNESS:  I know that the
23    six stated regulated amphibole
24    asbestos species are the ones given in
25    my report.

Page 91

1  QUESTIONS BY MR. FINCH:
2    Q.   My question was a little
3  different.
4      Do you know if the -- all of
5  the materials in the anthophyllite asbestos
6  solid solution series are treated as
7  regulated asbestos?
8      MR. FROST:  Objection.
9      MR. CHACHKES:  Objection.
10      THE WITNESS:  I'm telling you
11    that what I know is that the regulated
12    asbestos species are the ones given in
13    my report.
14  QUESTIONS BY MR. FINCH:
15    Q.   One of which is anthophyllite,
16  correct?
17    A.   Yes, as IARC 2012 identifies
18  them, the five amphibole minerals:
19  actinolite, amosite, anthophyllite,
20  crocidolite and tremolite.
21    Q.   Okay.  My question is a little
22  bit different.
23      The anthophyllite asbestos
24  solid solution series includes anthophyllite,
25  iron-rich anthophyllite, ferro-anthophyllite,

Page 92

1  cummingtonite and grunerite, correct?
2    A.   I'd have to look up -- look
3  that up.  I'm sure that the amphibole
4  chemistries are so complicated -- as you will
5  recall from my report, there are some 80-odd
6  amphibole species with solid solutions
7  intermixed among them.
8      So, yes, these species are all
9  related, but so are many other amphibole
10  species as well.
11    Q.   Are you familiar with Klein and
12  Hurlbut's Manual of Mineralogy?
13    A.   Yes.
14    Q.   What is that?
15    A.   It's a very old mineralogy
16  textbook.
17      (Dyar Exhibit 9 marked for
18    identification.)
19  QUESTIONS BY MR. FINCH:
20    Q.   Let's mark this as Exhibit 9.
21      On page 489 of Exhibit 9, there
22  is a diagram there.
23      MR. FINCH:  And can I have the
24    Elmo --
25      VIDEOGRAPHER:  Sure.

Page 93

1      MR. FINCH:  -- so people who
2  are not privy to the document can see
3  what I'm talking about?
4      THE WITNESS:  So what year was
5  this particular edition of Hurlbut and
6  Klein published?
7      MR. FINCH:  Sometime in the
8  1980s, I believe, but --
9      THE WITNESS:  So this would not
10  include the revision of amphibole
11  nomenclature that was approved by the
12  International Mineralogical Society,
13  or association, I don't know, sometime
14  in the '80s by Hawthorne, et al., in
15  which the amphibole nomenclature was
16  extensively rewritten.  So this
17  definition in these documents are
18  significantly out of date.
19  QUESTIONS BY MR. FINCH:
20    Q.   Okay.  My question is:  Do you
21  know whether or not cummingtonite,
22  ferro-anthophyllite, iron-rich anthophyllite
23  and grunerite are treated as regulated
24  asbestos by the United States EPA, OSHA or
25  any other governmental organization?

24 (Pages 90 to 93)

Melinda Darby Dyar, Ph.D.

Page 94

1          MR. CHACHKES:  Objection.
2          MR. FROST:  Objection.
3          THE WITNESS:  I am only aware
4    of these six amphibole species given
5    in my report to be regulated asbestos
6    minerals.
7    QUESTIONS BY MR. FINCH:
8          Q.   Do you agree that iron-rich
9    anthophyllite is found in the anthophyllite
10   asbestos solid solution series?
11         A.   If indeed that is still the
12   name of the mineral species -- I'm inferring
13   what you mean by that -- I would say that
14   possibly it would be part of the solid
15   solution series.
16         Q.   Am I correct that cummingtonite
17   and anthophyllite have the same chemical
18   structure?
19         A.   All amphiboles have the same
20   chemical structure in many ways.  There are
21   slight deviations depending on the
22   composition.
23         Q.   All right.
24         A.   So just as all the other end
25   amphibole minerals in the amphibole group

Page 95

1    have the same structure, yes, they have the
2    same structure.
3          Q.   Okay.  Looking at Table 1 on
4    page 9 of your report, am I correct that
5    anthophyllite and cummingtonite have the
6    exact same chemical makeup in terms of the
7    chemical formula?
8          A.   That is correct.
9          Q.   All right.  Do you know whether
10   cummingtonite is treated as regulated
11   asbestos by any governmental or international
12   organization?
13         MR. CHACHKES:  Objection.
14         THE WITNESS:  I am aware only
15   of the six regulated amphibole -- or
16   six regulated asbestos -- potential
17   asbestiform minerals that are given in
18   my report.
19   QUESTIONS BY MR. FINCH:
20         Q.   So is the answer to my
21   question, no, you don't know one way or the
22   other whether cummingtonite is treated as a
23   subset of anthophyllite for regulatory
24   purposes?
25         MR. LOCKE:  Objection.

Page 96

1          MR. CHACHKES:  Objection.
2          MR. FROST:  Objection.
3          THE WITNESS:  My goal in
4    reviewing this report was to examine
5    the methodology.  My goal was not to
6    opine on amphibole regulations.
7    QUESTIONS BY MR. FINCH:
8          Q.   I take it you have no opinion
9    as to whether cummingtonite can cause
10   mesothelioma or ovarian cancer if it's
11   inhaled?
12         MR. FROST:  Objection.
13         THE WITNESS:  I have no
14   opinion.
15   QUESTIONS BY MR. FINCH:
16         Q.   Would you agree with me that --
17   let me back up.
18         Do you know what accessory
19   minerals were found in talc from the Vermont
20   mines from which Johnson & Johnson obtained
21   the talc for its baby powder?
22         MR. FROST:  Objection to form.
23         THE WITNESS:  No, I have no
24   idea.
25

Page 97

1    QUESTIONS BY MR. FINCH:
2          Q.   Do you know what accessory
3    minerals are typically found in talc mines?
4          MR. FROST:  Objection.  Form.
5          THE WITNESS:  No, I have no
6    idea.  I am familiar in the general
7    sense with the rock types, metamorphic
8    rock types, in which talc occurs.  I
9    know it's a low-grade metamorphic
10   mineral, but that's -- I know nothing
11   specifically about Vermont.
12   QUESTIONS BY MR. FINCH:
13         Q.   Can talc be contaminated with
14   asbestos?
15         MR. FROST:  Objection to form.
16         THE WITNESS:  I have no opinion
17   on that.  I'd have to research that
18   question.
19   QUESTIONS BY MR. FINCH:
20         Q.   From what parts of the world
21   has talc been found to be contaminated with
22   asbestos?
23         MR. FROST:  Objection.
24         THE WITNESS:  Based on the
25   information in my report and the

25  (Pages 94 to 97)

Melinda Darby Dyar, Ph.D.

Page 98

1    samples tested by Drs. Longo and
2    Rigler, there is no evidence to
3    suggest that any samples tested by
4    Drs. Longo and Rigler are contaminated
5    with asbestos.
6    QUESTIONS BY MR. FINCH:
7        Q.    That's not my question.
8            From what parts of the world
9    has talc been found to be contaminated with
10   asbestos, as discussed in either the
11   peer-reviewed literature or in publications
12   by entities such as IARC?
13           MR. LOCKE:  Objection.
14           MR. FROST:  Objection.
15           THE WITNESS:  I have no
16       knowledge of that because I was not
17       asked to review talc paragenesis.  I
18       was asked to review methodology only.
19   QUESTIONS BY MR. FINCH:
20       Q.    You mentioned IARC in response
21   to one of my questions a few minutes ago.
22           What is that?
23       A.    It's yet another international
24   standard report.  I'd have to take a look at
25   that report to give you a more specific

Page 99

1    answer.
2        Q.    Do you understand that IARC is
3    the International Agency for Research on
4    Cancer?
5        A.    I had no idea that's what it
6    stood for.  I don't recall that from when I
7    reviewed the report.
8        Q.    Were you aware that IARC
9    concluded that talc contaminated with
10   asbestiform fibers can cause mesothelioma and
11   other asbestos-related cancers?
12           MR. FROST:  Objection to form.
13           THE WITNESS:  I'm not aware of
14       that.  If it was in the report, I
15       don't recall it.  I was specifically
16       reading the report for relevance to my
17       methodology inquiries.
18   QUESTIONS BY MR. FINCH:
19       Q.    Do you agree or disagree that
20   asbestos was mined in Vermont?
21       A.    Assuming that the information
22   that was given to me was correct, then I
23   think some of the talcum powder samples that
24   I studied were mined in Vermont, but I have
25   no knowledge of whether asbestos was found or

Page 100

1    mined in Vermont.
2        Q.    Do you have -- do you agree or
3    disagree that talc mines in Vermont have been
4    found to contain asbestos?
5            MR. FROST:  Objection.
6            MR. LOCKE:  Objection.
7            THE WITNESS:  Based on my
8        reading of the data in Drs. Longo and
9        Rigler's reports, there is no evidence
10       to suggest that there is any asbestos
11       in any of the talcum powder samples
12       they studied, some of which I
13       understand are from Vermont.
14   QUESTIONS BY MR. FINCH:
15       Q.    Do you agree or disagree that
16   talc mines in Vermont owned by Johnson &
17   Johnson or its subsidiary, Windsor Minerals,
18   have been tested and found to contain trace
19   amounts of asbestos?
20           MR. CHACHKES:  Objection.
21           THE WITNESS:  I have no
22       knowledge of that.  Please support
23       your supposition.
24           (Dyar Exhibit 10 marked for
25       identification.)

Page 101

1    QUESTIONS BY MR. FINCH:
2        Q.    Professor Darby Dyar, have --
3    you've seen this publication before, correct?
4        A.    I have seen this paper, yes.  I
5    believe I cited it, 1991, yes.
6        Q.    When did you first review this
7    publication?
8        A.    For the purposes of assessing
9    the so-called Blount method cited by
10   Dr. Longo.
11       Q.    All right.  The title of the
12   paper is "Amphibole Content of Cosmetic and
13   Pharmaceutical Talcs"?
14       A.    That is correct.  That is the
15   title.
16       Q.    And this was published in a
17   peer-reviewed journal and describes a
18   methodology for preparing talc in order to
19   analyze whether or not there's asbestos
20   fibers or asbestos bundles in it, correct?
21       A.    Its goal is to determine the
22   number of amphibole particles in a sample,
23   yes.
24       Q.    And the author analyzes various
25   samples of talc under PLM, correct?

26 (Pages 98 to 101)

Melinda Darby Dyar, Ph.D.

Page 102

1         A.    So give me a few minutes, and
2    I'll take a look at this paper and refresh my
3    memory so I can answer your question.
4         So in this case, these samples
5    are being analyzed on a microscope slide,
6    which implies that in fact he is using
7    polarized light microscopy, yes, although in
8    point of fact he doesn't state that.
9         Q.    You mean that it's Alice
10   Blount.  She --
11        A.    Well, she does not state that.
12   Sorry, Alice.
13        Q.    Are you aware of the origin of
14   the samples that Professor Blount was
15   testing?
16        A.    It says five deposits in
17   Montana, three in Vermont, and one each in
18   North Carolina and Alabama.
19        Q.    And also finished products,
20   correct?
21        A.    That's what it says here:  In
22   addition, four talcs from outside the US but
23   available on the US market were included in
24   this study.
25        Q.    Have you reviewed Dr. Blount's

Page 103

1    deposition taken in connection with ovarian
2    cancer litigation?
3         A.    No.
4         Q.    Have you reviewed Dr. Blount's
5    correspondence with Johnson & Johnson where
6    she tells Johnson & Johnson she identified
7    asbestos fibers in baby powder?
8         MR. FROST:  Objection.
9         THE WITNESS:  No, I have not
10   reviewed such a document.
11   QUESTIONS BY MR. FINCH:
12        Q.    Dr. Longo -- let me see if you
13   agree with this description of generally the
14   various steps that Dr. Longo and his lab
15   followed to analyze the samples of talc he
16   obtained from Johnson & Johnson or Imerys.
17        First of all, he got samples of
18   talc from either Johnson & Johnson or Imerys.
19        Do you have that understanding?
20        MR. CHACHKES:  Objection.
21        THE WITNESS:  I honestly don't
22   recall where he said he got them.  I
23   recall seeing a chain-of-custody
24   paperwork.  I wasn't paying attention
25   to where he got the samples from.

Page 104

1    QUESTIONS BY MR. FINCH:
2         Q.    Okay.  You don't offer any
3    criticisms of either the chain of custody or
4    the conclusion that what he was, in fact,
5    analyzing was talc that came from either
6    Johnson & Johnson finished products or the
7    mines from which Johnson & Johnson finished
8    products were made?
9         MR. FROST:  Objection.
10        THE WITNESS:  I would say that
11   it is unclear to me whether the
12   samples he got were from eBay, whether
13   they had been opened, whether they had
14   been contaminated, so it's unclear to
15   me exactly what he was testing.
16        I know what he asserts in his
17   report, but I -- it's unclear to you
18   that he was testing unopened, pure,
19   pristine talc as marketed.
20   QUESTIONS BY MR. FINCH:
21        Q.    Were you aware that there was a
22   procedure in this MDL for samples to be split
23   between Johnson & Johnson and Dr. Longo from
24   historical museum samples that Johnson &
25   Johnson had maintained?

Page 105

1         MR. FROST:  Objection.
2         THE WITNESS:  Yes, certainly
3    one of the documents is called
4    historical samples, so I'm aware that
5    the samples came from the museum and,
6    therefore, are unknown sources in
7    terms of being opened or being pure.
8    QUESTIONS BY MR. FINCH:
9         Q.    But you don't criticize or take
10   issue with Dr. Longo's conclusions that what,
11   in fact, he is testing is talc that came from
12   Johnson & Johnson finished products or
13   Johnson & Johnson mines, correct?
14        MR. CHACHKES:  Objection.
15        MR. FROST:  Objection.
16        THE WITNESS:  I do indeed have
17   problems with that statement because
18   you don't know if those samples,
19   having been stored in a museum or in
20   someone's cupboard, were opened and
21   exposed to contamination.  So I don't
22   know that.
23   QUESTIONS BY MR. FINCH:
24        Q.    Well, you certainly didn't
25   comment upon it in your report, correct?

27 (Pages 102 to 105)

Melinda Darby Dyar, Ph.D.

Page 106

1      A.    It wasn't relevant to my
2  question of whether the methodology that he
3  used to analyze the samples was appropriate
4  or not.
5      Q.    All right.  So he got the
6  samples from Johnson & Johnson in this
7  litigation, the samples that are analyzed in
8  his February 1, 2019 report.  And then for
9  many of the samples, he used what is called
10 the Blount preparation method, correct?
11     A.    That is correct.
12     Q.    All right.  I read through your
13 report, and I didn't see any criticisms
14 related to the way in which he applied the
15 Blount preparation method to prepare the
16 samples for analysis; is that correct?
17         MR. LOCKE:  Objection.
18         THE WITNESS:  Correct, there is
19     nothing in my report that criticizes
20     his use of the Blount method.
21 QUESTIONS BY MR. FINCH:
22     Q.    Do you agree that use of the
23 Blount method to prepare a talc sample in
24 order to analyze whether or not it's
25 contaminated with asbestos is a reasonable

Page 107

1  and reliable thing for a scientist to do in
2  testing talc for the presence of asbestos?
3      A.    I actually would say I do not
4  agree with that.  In fact, I do not agree
5  with the results in the Blount paper.
6         For example, Figure 1 in
7  Blount's paper which -- or Figure 2, which
8  purports to give the specific gravities of
9  talc and amphibole, is just simply wrong.
10 Those ranges are far wider and far more
11 overlapping than she is apparently
12 knowledgeable of.
13         So in my mind, the simple fact
14 that the densities of these minerals overlap
15 each other a great degree renders the Blount
16 method to be difficult to use, at best.
17     Q.    But you didn't, in your report,
18 criticize Dr. Longo's use of the Blount
19 method; is that correct?
20     A.    In my written report I did not
21 state that criticism, no.
22     Q.    Okay.  And am I correct that
23 ISO 22262-2 describes a gravimetric --
24     A.    Gravimetric, yes.
25     Q.    -- method to separate materials

Page 108

1  and talc out for purposes of analyzing
2  whether or not they contain asbestos?
3      A.    It certainly contains something
4  that indicate -- tells how to separate out
5  things with different densities, and it talks
6  specifically about asbestos.
7         And I note that the refractive
8  index, or the density, of the liquid that
9  they say to use is different than the one
10 used in the Blount paper.  One is 1 point --
11 I don't remember, and they're different.
12         So Dr. Longo did not follow
13 what's in the ISO report.  He followed what's
14 in the Blount report.
15     Q.    He reviewed what's in the
16 Blount peer-reviewed paper, correct?
17     A.    He used the 1.610, I believe,
18 density method.
19     Q.    Were you aware that the Blount
20 paper was cited in the IARC publication you
21 were referring to earlier relating to talc
22 with asbestiform fibers?
23         MR. FROST:  Objection.
24         THE WITNESS:  I don't recall
25     that.

Page 109

1  QUESTIONS BY MR. FINCH:
2      Q.    Do you agree with me that IARC
3  generally only cites to reputable papers in
4  its work?
5         MR. FROST:  Objection.
6         MR. CHACHKES:  Objection.
7         THE WITNESS:  I have no
8     independent knowledge of IARC, so I
9     can't really answer that question.
10 QUESTIONS BY MR. FINCH:
11     Q.    Nonetheless, the Blount
12 methodology as described in her paper was
13 published in a peer-reviewed journal,
14 correct?
15     A.    I've never encountered this
16 journal before, but I'm assuming that if it's
17 called a journal, it is indeed peer reviewed.
18 But I'd have to corroborate that.  I don't
19 know anything about this journal.  It's not a
20 highly ranked journal.
21     Q.    What systematic study have you
22 done to determine whether Environmental
23 Health Perspectives is ranked highly or not
24 ranked highly?
25         MR. CHACHKES:  Objection.

28  (Pages 106 to 109)

Melinda Darby Dyar, Ph.D.

Page 110

1    THE WITNESS:  It would be a
2  simple matter to log on to the Web of
3  Science and determine the rating of
4  that journal, but I have not done
5  that.  I'm not in the habit of
6  establishing the ratings on all the
7  papers that I read.
8    I am very familiar with the
9  premier journals in the subject of
10 mineralogy, and that's not one of
11 them.
12 QUESTIONS BY MR. FINCH:
13   Q.    Would you agree with me there
14 are many different disciplines of science
15 that bear on the question of what is
16 asbestos?
17   MR. FROST:  Objection.  Vague.
18   MR. CHACHKES:  Objection.
19   THE WITNESS:  No, I wouldn't
20 agree with that.
21   I would say that the definition
22 of asbestos is fairly straightforward,
23 as given in my report, and it is
24 firmly grounded in both mineralogy and
25 the other fields that are cited.

Page 111

1  QUESTIONS BY MR. FINCH:
2    Q.    At the end of page 230 in her
3  paper, Dr. Blount writes that "In addition,
4  the tendency to bring down a disproportionate
5  number of larger particles has the advantage
6  that with true asbestiform amphiboles one
7  generally sees some particles showing bundles
8  of fibrils, which removes any doubt about the
9  nature of the amphibole."
10   Do you see that?
11   A.   I see that the paper says that,
12 yes.
13   Q.   Do you agree that if you find
14 bundles of fibrils that are amphibole in
15 nature, it makes it more likely than not that
16 what you're looking at is asbestiform
17 amphibole?
18   A.   No, I do not agree with that
19 statement.
20   Q.   Why not?
21   A.   First of all, you'd need to
22 define "bundle."  And to my knowledge, the
23 way asbestos is deformed -- defined does not
24 include the term "bundle," as stated in the
25 definition I've given previously in this

Page 112

1  deposition.
2    MR. CHACHKES:  By the way,
3  we've been going about an hour.  Maybe
4  at some point take a break.
5  QUESTIONS BY MR. FINCH:
6    Q.    Do you agree or disagree that
7  the most common asbestos mineral found as a
8  contaminant of talc is tremolite asbestos?
9    MR. FROST:  Objection.  Form.
10   THE WITNESS:  No, I do not
11 agree with that.  I have no knowledge
12 of that.  In fact, based on the Longo,
13 Rigler reports, I have no evidence
14 that suggests that any asbestos
15 minerals are found in talc.
16 QUESTIONS BY MR. FINCH:
17   Q.    Do you have an opinion one way
18 or another as to whether talc can be
19 contaminated with anthophyllite asbestos or
20 tremolite asbestos when it is mined out of
21 the ground?
22   MR. LOCKE:  Objection.
23   THE WITNESS:  I know nothing
24 about mining practices.  I'm not a
25 mining geologist, so I have no opinion

Page 113

1  on that.
2  QUESTIONS BY MR. FINCH:
3    Q.    You have no opinion about
4  whether or not the -- you haven't reviewed
5  all of the data that exists in the world as
6  to testing done on Johnson's baby powder or
7  the talc that went into Johnson's baby powder
8  to determine whether or not it contained
9  asbestos, correct?
10   MR. LOCKE:  Objection.
11   MR. CHACHKES:  Objection.
12   THE WITNESS:  My role here was
13 to evaluate the methodology used by
14 Drs. Longo and Rigler, so such an
15 assertion would be far, far outside of
16 what I researched and was asked to do.
17 QUESTIONS BY MR. FINCH:
18   Q.    Okay.  You are a geologist by
19 training, correct?
20   A.   Correct.
21   Q.    As a matter of geology, do you
22 agree with me that talc can be contaminated
23 with accessory minerals, minerals that are
24 not talc?
25   A.   Of course.

29 (Pages 110 to 113)

Melinda Darby Dyar, Ph.D.

Page 114

1    Q.    You agree with me --
2    A.    Metamorphic rocks that contain
3 talc often have other minerals in them, yes.
4    Q.    You agree that talc can be
5 contaminated with anthophyllite asbestos?
6         MR. FROST:  Objection.
7         THE WITNESS:  I have no
8    specific knowledge of the assemblages
9    that are stable with talc.  I only
10    know that it's a low-grade metamorphic
11    mineral, but I know nothing about the
12    other phases that are present.  I'm
13    not a metamorphic geologist.
14 QUESTIONS BY MR. FINCH:
15    Q.    So you don't know one way or
16 another whether or not talc can be
17 contaminated with anthophyllite asbestos; is
18 that fair?
19         MR. LOCKE:  Objection.
20         THE WITNESS:  I have no
21    knowledge of the natural paragenesis
22    of talc, beyond the fact that it's a
23    low-grade metamorphic mineral.
24 QUESTIONS BY MR. FINCH:
25    Q.    Do you agree or disagree with

Page 115

1 the fact that talc can be contaminated with
2 anthophyllite asbestos or tremolite asbestos?
3         MR. CHACHKES:  Objection.
4         THE WITNESS:  I disagree with
5    that.  I don't know that that's a
6    fact, and I have not researched that
7    personally, so I have no opinion on
8    it.  But I do not certainly consider
9    it a fact.
10 QUESTIONS BY MR. FINCH:
11    Q.    What tools would you use to
12 test a sample of talc to determine if it
13 contains asbestos?
14    A.    Again, I was not asked to rule
15 on that, but if I were to do testing, I would
16 probably follow some combination of the Su
17 protocols and those articulated in the Yamate
18 document, which was exhibit whatever.
19    Q.    What are the tools that you
20 would use?
21    I'm not asking about the
22 protocols you would follow.  What tools?
23    A.    I would ideally use multiple
24 zone axis determinations combined with EDS to
25 rule out or confirm the presence of calcium,

Page 116

1 which determines in part whether it's
2 monoclinic or orthorhombic.  And I would also
3 use polarized light microscopy on multiple
4 grains to determine the -- in part the
5 chemistry of the particle.  And then I would
6 sample populations of particles to determine
7 them in an ideal sense.
8         But this would be only
9    something I would do in the laboratory, in
10    the sort of -- in a careful study with my
11    students.
12    Q.    Okay.  So you would -- you
13 mentioned you would use multiple zone axis
14 analysis.
15         You're talking about SAED,
16 correct?
17    A.    Correct.
18    Q.    So you would use -- one tool
19 you would use is an electron microscope,
20 correct?
21    A.    Uh-huh.  Yes.
22    Q.    Then you would do EDS, EDXA, to
23 determine the chemistry, the elemental
24 chemistry, of a material, correct?
25    A.    I would use it to determine

Page 117

1 whether or not calcium was present, yes.
2    Q.    All right.  And that is, again,
3 using a transmission electron microscope,
4 correct?
5    A.    Or an SEM, yes.
6    Q.    And does it matter in which
7 order that you would do steps 1 and 2,
8 meaning would you first -- does it matter
9 whether you first analyze it using EDS, EDXA,
10 or whether you first analyze it using SAED?
11    A.    I would think it would not --
12 it certainly doesn't matter.
13    Q.    The third step, you said, would
14 be to analyze it using a polarized light
15 microscope, correct?
16    A.    Yes.
17    Q.    Does it matter in which order
18 you would analyze it using a polarized light
19 microscope?
20         Meaning would you do SAED or an
21 EDS before or after the PLM, or does it not
22 matter?
23    A.    Well, you presumably wouldn't
24 be able to do it on the same particle because
25 the PLM is usually done on a microscope slide

Melinda Darby Dyar, Ph.D.

Page 118

1   and the TEM is done on a grid.  So order is
2   kind of irrelevant since it's different
3   particles.
4        Q.    Different particles from the
5   same sample?
6        A.    Yes.
7        Q.    Then presumably you would have
8   photomicrographs of the particle that you're
9   examining from the electron microscope,
10  either images via TEM or SEM, correct?
11       A.    In this hypothetical situation,
12  yes.
13       Q.    I mean, this hypothetical
14  situation is I'm asking you to analyze a
15  sample of talc to determine whether it has
16  asbestos in it.  You would take pictures with
17  your electron microscope that are called
18  photomicrographs to determine what the
19  structure looked like visually, correct?
20       MR. LOCKE:  Objection.
21       THE WITNESS:  Well, in point of
22  fact, you could also take
23  photomicrographs with a polarized
24  light microscope.
25

Page 119

1   QUESTIONS BY MR. FINCH:
2        Q.    And --
3        A.    If the particles are big
4   enough.
5        Q.    Right.
6        And in those photomicrographs,
7   either using TEM or PLM, you have a picture
8   of the structure that you're analyzing,
9   correct?
10       A.    You have a two-dimensional
11  image of a particle viewed from one angle,
12  yes.
13       Q.    And is it left to -- is there
14  any written protocol or peer-reviewed
15  literature that tells an analyst or scientist
16  what it is to photograph or when to take the
17  photomicrograph of the particle, either by
18  PLM or TEM or SEM?
19       MR. FROST:  Objection.
20       THE WITNESS:  Well, for
21  example, if you look in the Su paper
22  that I've cited here, it talks pretty
23  specifically about exactly how you
24  would rotate the grain and examine it
25  from different perspectives.  So,

Page 120

1   yeah, there are written protocols
2   about that.
3        And, of course, basic polarized
4   light microscope use is written up
5   in -- ubiquitously in textbooks,
6   including the outdated one that you
7   gave me a section of.
8        MR. CHACHKES:  So I asked for a
9   break about ten minutes ago.  Are we
10  getting near a point where we can
11  break?
12       MR. FINCH:  Yeah.  Two more
13  questions.
14       MR. CHACHKES:  Okay.
15  QUESTIONS BY MR. FINCH:
16       Q.    So you mentioned the tools that
17  you would use would be to take your sample
18  and, using an electron microscope, perform
19  SAED and EDS, EDXA, on it; then use a
20  polarized light microscope to analyze a
21  different particle in the same sample.
22  Correct?
23       MR. FROST:  Objection.
24  Misstates testimony.
25       MR. CHACHKES:  Objection.

Page 121

1        THE WITNESS:  By definition, if
2   you look at something on a polarized
3   light microscope, generally speaking
4   you're looking at something on a glass
5   slide, not a TEM grid, yes.
6        So if you're going to do
7   multiple analyses of that sort, you
8   would be using different particles
9   from the same sample.
10  QUESTIONS BY MR. FINCH:
11       Q.    And then you would have
12  populations of -- an analysis of populations
13  of particles?
14       A.    If you analyzed enough samples
15  as is recommended in many of these protocols,
16  you would have -- you could have --
17  potentially have a population, yes.
18       MR. FINCH:  Okay.  This is a
19  good stopping point.
20       VIDEOGRAPHER:  Okay.  Stand by,
21  please.  Remove your microphones.  The
22  time is 11:31 a.m.  Off the record.
23       (Off the record at 11:31 a.m.)
24       VIDEOGRAPHER:  Okay.  We are
25  back on the record.  The time is

31 (Pages 118 to 121)

Melinda Darby Dyar, Ph.D.

Page 122

1          11:47 a.m.
2     QUESTIONS BY MR. FINCH:
3          Q.    Have you ever done any
4     consulting work for Johnson & Johnson prior
5     to your engagement in this case?
6          A.    No.
7          Q.    Have you ever done any
8     consulting work for Imerys, Imerys Talc
9     America, Imerys NA or any of their affiliated
10    companies prior to your engagement by Johnson
11    & Johnson in this case?
12         A.    No.
13         Q.    Have you ever done any
14    consulting work for Colgate-Palmolive?
15         A.    No.
16         Q.    Have you ever done any
17    consulting work for W.R. Grace?
18         A.    No.
19         Q.    Have you ever done any
20    consulting work for the RJ Lee Group?
21         A.    No.
22         Q.    Have you ever done any
23    consulting work for Scotts fertilizer
24    company?
25         A.    No.

Page 123

1          Q.    Have you ever done any
2     consulting work for BNSF Railway?
3          A.    No.
4          Q.    Have you ever been engaged to
5     test vermiculite or to determine whether or
6     not it contains asbestos?
7          A.    No.
8          Q.    Have you ever been hired by any
9     entity to test a vermiculite-finished product
10    to determine if it contains asbestos?
11         A.    No.
12         Q.    Have you ever been hired by any
13    governmental entity to test any substance to
14    determine whether it contains asbestos?
15         A.    No.
16         Q.    Have you ever been retained by
17    any company that either mined talc or sold
18    talc-containing finished products to analyze
19    whether or not it contains asbestos?
20         A.    No.
21         Q.    All right.  On page 1 of your
22    report, you're talking about EDS mineral
23    chemistry, correct, at the bottom of the
24    page?
25         A.    Yes.

Page 124

1          Q.    In the -- I believe I might
2     have asked you this before, but I'm not sure
3     I remember the answer to it.
4          Have you ever tested a NIST
5     reference sample of asbestos using EDS, EDXA
6     to determine what the EDS spectra looks like
7     for tremolite or anthophyllite?
8          A.    No, but that wouldn't be
9     necessary.  EDS is a fairly basic technique.
10    You could even synthesize the spectrum of
11    those minerals and determine what they looked
12    like, so it wouldn't be necessary to do it
13    myself personally.
14         Q.    Would you agree with me that
15    the transmission electron microscope, when it
16    analyzes a reference samples of asbestos
17    using EDS or EDXA, will -- is capable to
18    print out an EDS spectra from that microscope
19    that shows what the chemical makeup of the
20    reference sample of asbestos is?
21         A.    Certainly an EDS spectrum can
22    show you the presence or absence of
23    particular elements, and it can give you a
24    rough sense of how much of each is present.
25         Q.    In the third bullet point you

Page 125

1     state, at the bottom of the page, "They,"
2     referring to Longo and Rigler, "deliberately
3     choose not to generate quantitative numbers
4     that would more accurately determine the
5     chemical compositions, which is the very
6     purpose of an EDS analysis of an unknown
7     mineral."
8          Do you see that?
9          A.    Yes.  I wrote that.
10         Q.    What generally accepted
11    standards require the printout of
12    quantitative data similar to Figure 7 in your
13    report in order for a scientist or analyst to
14    analyze the chemical structure of a mineral
15    to determine whether it's consistent with
16    asbestos or not?
17         A.    That was a big mouthful.  Let
18    me review that sentence.
19         So as articulated by Newbury
20    and Ritchie in their report about EDS
21    spectroscopy and doing it accurately, it is
22    important to do the calculations based on the
23    peak areas with the appropriate corrections
24    in order to get even semi-quantitative data
25    out of an EDS spectrum.

32 (Pages 122 to 125)

Melinda Darby Dyar, Ph.D.

Page 126

```
 1      Q.    Does anything in ISO 22262-1 or
 2  22262-2 or Yamate require the quantitative
 3  data like that shown in Figure 7 be generated
 4  in order for an analyst to analyze the
 5  chemical structure of a particle that could
 6  be asbestos?
 7      A.    I don't recall.  I'd have to go
 8  back and review them.  But I'm guessing that
 9  because 22262 is about microscopic methods
10  and 222-1 {sic} is about polarizing light
11  microscopy, that neither one of them has much
12  to say about EDS.  I honestly don't recall
13  which of those ISO documents talks about EDS.
14      Q.    Isn't it true that ISO 22262-1
15  has an extensive discussion of analysis by
16  TEM, quantitative analysis by TEM, of --
17  qualitative analysis by TEM of EDXA spectra?
18      A.    As I said, I did not recall
19  that, but I have it in my hand now and I'll
20  be happy to take a look.
21      Q.    Page 33.
22      A.    Yes, I see it talks about --
23           MR. FINCH:  Can I have the
24  Elmo?
25           THE WITNESS:  -- qualitative
```

Page 127

```
 1  analysis by TEM, yes.
 2  QUESTIONS BY MR. FINCH:
 3      Q.    All right.  Can you point me to
 4  any ISO standard or anywhere in Yamate where
 5  it says that it's necessary for an analyst to
 6  have quantitative data like that shown in
 7  Figure 7 in your report in order to analyze
 8  the chemical structure of an asbestos
 9  mineral?
10      A.    So the definition of asbestos
11  requires that a mineral be one of the
12  specific six regulated mineral species.  And
13  in order to determine if a mineral is among
14  the six regulated mineral species, it is
15  necessary to know the chemical composition
16  and the crystal structure, as I describe in
17  my report.
18           Therefore, it follows that it
19  would be useful to know the chemical
20  composition in order to confirm whether one
21  of the six regulated mineral species is
22  present.  And as articulated here, the TEM
23  analysis is only qualitative.
24      Q.    And am I correct that in
25  Yamate, for example, it states, "Energy-
```

Page 128

```
 1  dispersive X-ray analysis as used in asbestos
 2  analysis is semi-quantitative at best"?
 3           Do you see that?
 4      A.    That is correct, but --
 5      Q.    Do you agree with that?
 6      A.    But let me point out that in
 7  his deposition, Dr. Longo says very
 8  specifically that it's quantitative, and that
 9  is exactly what I'm disagreeing with.
10      Q.    Are you aware of any ISO
11  standard or EPA publication that requires the
12  printout of quantitative data like you have
13  in Figure 7 in your report in order to
14  analyze the X-ray spectra of an asbestos --
15  or potentially asbestos chemical?
16      A.    I am aware that analysis of ISO
17  standards and under EPA requirements require
18  that the mineral species be identified.  And
19  in order to identify the mineral species, it
20  is necessary to have a quantitative -- as
21  quantitative as possible chemical analysis.
22      Q.    Isn't it true that ISO 22262-1
23  says nowhere that you have to have a
24  quantitative analysis, or the quantitative
25  printouts like you have in Figure 7 in your
```

Page 129

```
 1  report, in order to do a valid analysis of
 2  the chemical spectra of an asbestos particle?
 3      A.    It is true that ISO 22262-1
 4  indicates that the asbestos is defined as one
 5  of specific mineral species.  And so in order
 6  to determine if something is among a specific
 7  mineral species, you would have to know the
 8  chemical composition.
 9      Q.    But it doesn't require you to
10  have quantitative data in the level of detail
11  that you show in Exhibit 7 to determine the
12  chemical structure of the mineral, correct?
13      A.    It would be the chemical
14  composition of a mineral.
15      Q.    The chemical composition of the
16  mineral?
17      A.    It requires that you know the
18  chemical composition well enough to identify
19  the sample as one of the six regulated
20  mineral species.
21      Q.    And do you have any view one
22  way or another whether the analysts in
23  Dr. Longo's lab, or Dr. Longo himself, is
24  sufficiently familiar with the chemical
25  composition of the six regulated types of
```

Golkow Litigation Services - 877.370.DEPS

Melinda Darby Dyar, Ph.D.

Page 130

1  asbestos that they can determine based on
2  looking at a semi-quantitative EDXA spectra
3  whether or not the material they're looking
4  at has a chemical signature consistent with
5  asbestos?
6      A.   I would say absolutely not,
7  they do not have -- because it's impossible
8  to look at -- no matter how many thousands of
9  EDS spectra you've looked at, it is
10  impossible to look at an EDS spectrum and,
11  without analyzing it, obtain quantitative
12  data as Dr. Longo purports to do.
13      Q.   Okay.  In ISO 22262-1 -- do you
14  have that?
15      A.   Got it.
16      Q.   You can do EDS, EDXA, by SEM or
17  TEM, correct?
18      A.   Depends on the instrument, yes.
19      Q.   All right.  Would you turn to
20  Annex F.
21      A.   Yes.
22      Q.   All right.  Would you agree
23  with me that pages 58, 59, 60, 61, 62 all
24  show EDS, EDXA spectra for samples of
25  tremolite, anthophyllite and the other

Page 131

1  asbestos varieties?
2      A.   That is what this document
3  claims to show, yes.
4      Q.   And you agree with me that
5  nowhere in these printouts of what the
6  chemical signature is using EDS, EDXA, does
7  it have quantitative data like that shown in
8  Figure 7 in your report?
9      A.   It is correct that those are
10  not given; however, in the case of these
11  reference standards, these have been
12  independently analyzed for chemistry and,
13  therefore, the chemistry is already known.
14  And there is no need to determine the
15  chemistry by this semi-quantitative EDXA
16  analytical method, which is why it probably
17  isn't shown here.
18      Q.   Isn't it the case that what
19  this ISO 22262-1 is all about is determining
20  when you've got a bulk material where you
21  don't know whether it has asbestos or not in
22  it, to do an EDS or EDXA to compare the data
23  you get from the bulk material to the
24  standard EDS, EDXA spectrum contained in
25  Annex F?

Page 132

1      A.   No, sir.  It says on --
2          MR. LOCKE:  Objection.
3          THE WITNESS:  -- page 1 of this
4  document that this document is
5  appropriate for the analysis of -- the
6  quantitative -- qualitative analysis
7  identification of asbestos in specific
8  types of manufactured
9  asbestos-containing products and
10  commercial minerals.
11          So I would say that these
12  patterns have been developed for use
13  in situations where you already know
14  that what is present is asbestos, and
15  you're trying to determine which of
16  the six asbestos minerals is present,
17  which is clearly not the case in the
18  study of talc.
19  QUESTIONS BY MR. FINCH:
20      Q.   Would you agree with me, or do
21  you know, whether or not insulation can be
22  asbestos-containing or non-asbestos-
23  containing?
24          MR. CHACHKES:  Objection.
25          THE WITNESS:  I don't know

Page 133

1  anything about that.
2  QUESTIONS BY MR. FINCH:
3      Q.   Okay.  Would you agree with me,
4  or do you know, whether ISO 22262 can be used
5  to test insulation, where you don't know
6  whether it has asbestos in it or not, to
7  determine whether or not the bulk material
8  that you're looking at contains asbestos?
9      A.   I believe it says
10  asbestos-containing insulation.
11          And it goes on to talk about --
12  in the introduction about asbestos-containing
13  insulation.  For example, "A large proportion
14  of the chrysotile product produced was used
15  in asbestos cement products.  Materials
16  containing high proportions of chrysotile
17  asbestos were used in buildings and in
18  industry."
19          So that's what it says here.
20      Q.   Isn't it true that in the scope
21  on page 1 of the document, this part of ISO
22  22262 specifies methods for sampling bulk
23  materials and identification of asbestos in
24  commercial bulk materials?
25          It doesn't say anything about

34 (Pages 130 to 133)

Melinda Darby Dyar, Ph.D.

Page 134

1    asbestos-containing bulk materials, correct?
2        A.   It indeed says it specifies
3    methods for sampling bulk materials and
4    identification of asbestos in commercial bulk
5    asbestos.  That's what it says here, yes.
6        Q.   All right.  Do you have the
7    understanding one way or another that this is
8    the methodology a scientist should follow if
9    he has a bulk material of insulation that he
10   doesn't know whether it has asbestos in it or
11   not, to follow this methodology to determine
12   whether there's asbestos in the material or
13   not?
14       A.   To which methodology are you
15   referring?  The entire document?
16       Q.   ISO -- yes.
17       A.   This document and the extended
18   versions 2 and 3 are intended for that
19   purpose.  That's what it says they're
20   intended for.
21       Q.   Okay.  Would you agree with me
22   that Annex F has the X-ray spectra for
23   tremolite on page 61?
24       A.   It does include spectra of
25   samples of these minerals, yes.  Certainly

Page 135

1    these are not necessarily representative of
2    all possible examples of these minerals, but
3    they are individual standard reference
4    materials of these particular individuals
5    {sic}.
6        Q.   Are you aware whether tremolite
7    was ever used as part of any -- an
8    asbestos-containing product, intentionally
9    designed to be part of an asbestos-containing
10   product?
11       MR. FROST:  Objection.
12       THE WITNESS:  I have no
13   knowledge of that.
14   QUESTIONS BY MR. FINCH:
15       Q.   Do you recognize the Yamate
16   method as a method to analyze -- to determine
17   whether or not there is or is not asbestos in
18   either a bulk sample or in the air?
19       A.   The Yamate method is, strictly
20   speaking, a method for measurement of
21   airborne asbestos.
22       Q.   And is it part of the method to
23   determine whether or not -- whether asbestos
24   is there or not?
25       A.   So let's take a look at level 3

Page 136

1    analysis where it specifically focuses on the
2    example of asbestos.  I believe it's level 3.
3    Let me see if I can find that.
4        Sorry, what was your question?
5        Q.   My question is, isn't the
6    entire Yamate protocol something that is used
7    to determine whether or not asbestos is in a
8    material or not?
9        A.   Well, the title of the document
10   is "Methodology for Measurement of Airborne
11   Asbestos By Electron Microscopy."
12       So the level 3 as specified in
13   this document details the use of quantitative
14   SAED analysis from two different zone axis
15   orientations, et cetera, et cetera.
16       Q.   Right.
17       But before you get to
18   quantitative level 3 analysis, you do level 2
19   analysis, correct?
20       A.   That's correct.
21       Q.   And level 2 analysis, you're
22   trying to determine whether or not there is
23   asbestos in the material or not, correct?
24   May have asbestos in it, may not?
25       A.   At -- at significant -- at

Page 137

1    significant levels, yes.
2        Q.   And it doesn't require the
3    analyst, in looking at an EDS, EDXA spectrum,
4    to have the quantitative data like that shown
5    in Figure 7 in your report to determine the
6    chemical composition of the material he or
7    she is analyzing, correct?
8        A.   Well, in point of fact, level 2
9    is level 1 plus chemical analysis.  And it
10   says that -- in level 2 you're talking about
11   a process of elimination used to categorize
12   amphibole fibers, identify the ambiguous
13   fibers in concern or validate level of
14   chrysotile fibers.  So it all builds.
15       What was your question?
16       Q.   My question is, is there
17   anything in the Yamate document that requires
18   an analyst to have quantitative data like
19   Figure 7 in your report for the EDS, EDXA
20   analysis he or she performs on a material to
21   determine whether its chemical composition is
22   consistent with asbestos?
23       A.   Well, I guess maybe read the
24   question again here.
25       The Yamate document is about

35 (Pages 134 to 137)

Melinda Darby Dyar, Ph.D.

Page 138

1    confirming whether it's one of the specific
2    asbestos mineral species.  And so to the
3    extent that it is necessary to have chemical
4    analysis to determine whether something is
5    one of the species, then, yes, it does imply
6    that you need to have quantitative EDS data.
7        Q.    Where?  Where?  Point me to
8    where it says you have to have quantitative
9    EDS data.
10       A.    It says that you need to
11   identify a specific -- whether a specific
12   asbestiform or potentially asbestiform
13   mineral species is present.  And to me, that
14   implies that you need to know what the
15   chemistry is because otherwise you couldn't
16   tell.
17       Q.    And isn't it correct that at
18   page 39 of the document it states,
19   "Energy-dispersive X-ray analysis, as used in
20   asbestos analysis, is semi-quantitative at
21   best"?
22       A.    Absolutely, yes.
23       Q.    And it says nowhere in here
24   that you have to have quantitative EDS or ED
25   X-ray analysis.

Page 139

1        Can you point to me anywhere in
2    this document where it says must have a
3    quantitative data like that shown in
4    Exhibit 7 {sic} in your report?
5        A.    So I would say that nowhere in
6    this document does it says that you must have
7    a quantitative printout, but certainly that
8    information is necessary to determine whether
9    something is a particular composition.
10       So again, referring back to my
11   report, the goal of Drs. Longo and Rigler is
12   to confirm the presence of one of the six
13   regulated asbestiform -- potentially
14   asbestiform minerals and whether or not they
15   are present in the talcum powder.  And the
16   EDS data that are presented in there do not
17   come anywhere close to determining that.
18       MR. FINCH:  Can I have the
19   Gunther paper?
20       (Dyar Exhibit 11 marked for
21   identification.)
22   QUESTIONS BY MR. FINCH:
23       Q.    This is a paper by Mickey
24   Gunther that you cite in your report?
25       A.    Yes, I use the figures in my

Page 140

1    report.
2        Q.    Published in the peer-reviewed
3    literature?
4        A.    Not a commonly cited journal,
5    but, yes.
6        Q.    In this journal, he reports EDS
7    data from various materials in Figures 5, 6,
8    8?
9        A.    Yes.
10       Q.    And in the EDS data he reports,
11   for example, in Figure 6, three SEM
12   photographs with associated EDS data of
13   amphiboles found in soils in Washington, DC,
14   southern Illinois, western Montana.  Based on
15   EDS data, particles A and B would be
16   tremolite, actinolite, and C would be
17   anthophyllite, grunerite.
18       Do you see that?
19       A.    He just says based on EDS data;
20   he doesn't say based on the EDS data shown.
21   So my inference from this figure caption
22   would be that he calculated the mineral
23   compositions and drew those conclusions.
24       Now, he does not say that he's
25   basing his conclusions about composition on

Page 141

1    the basis of these images alone.
2        Q.    Does it say anywhere in the
3    paper that he calculated the quantitative EDS
4    measurement?
5        A.    He doesn't need to.  It is --
6    it is extraordinarily rare for someone to
7    acquire an EDS pattern and not calculate the
8    composition.  So you would only need to
9    mention that if you didn't calculate the
10   composition.
11       Q.    Does it say anywhere in this
12   paper that you -- that he calculated -- he
13   did some kind of quantitative analysis --
14   first of all, let's get very clear.
15       Nothing in this peer-reviewed
16   paper has the kind of quantitative data
17   relating to an EDS spectrum like that shown
18   in Figure 7 in your report, correct?
19       MR. CHACHKES:  Objection.
20       THE WITNESS:  I would want to
21   make sure there isn't some supplement
22   that gives those numbers, but
23   certainly in these five pages of this
24   document he doesn't give the
25   quantitative numbers.  However, he

36 (Pages 138 to 141)

Melinda Darby Dyar, Ph.D.

Page 142

1    does state that based on EDS data,
2    these particles would be assigned
3    these compositions.
4         So again, the norm when doing
5    analysis with EDS is that you
6    calculate the compositions.  It would
7    be extraordinary that he would have to
8    go out of his way to not print them
9    out, which is, in fact, what
10   Drs. Longo and Rigler do.  They must
11   have disabled the default command to
12   output compositions.
13   QUESTIONS BY MR. FINCH:
14       Q.   You say the norm.
15            You haven't pointed me to a
16   single document, either ISO standard, Yamate
17   standard, peer-reviewed literature, that says
18   that you have to print out the quantitative
19   EDS, EDXA graph -- graphics like in Figure 7,
20   have you, ma'am?
21            MR. LOCKE:  Objection.
22            THE WITNESS:  So in my report,
23       I cite the Newbury and Ritchie paper
24       which goes in excruciating detail of
25       how the appropriate -- of the

Page 143

1    appropriate methodology for using EDS.
2    And they talk in that at length about
3    the different methods for making
4    calculations that determine
5    quantitative or semi-quantitative data
6    from an EDS spectrum.
7         So again, Newbury and Ritchie
8    is a good example of what is the
9    convention in this field, which is to
10   always acquire the EDS spectrum and
11   then print out the compositions that
12   are calculated by the instrument.
13   QUESTIONS BY MR. FINCH:
14       Q.   Well, Dr. Gunther did not print
15   out the calculations in his 2010 paper,
16   correct?
17            MR. FROST:  Objection.
18            THE WITNESS:  He refers to the
19       SEM data, but he does not explicitly
20       include them, probably for reasons of
21       space.  That printout would be pretty
22       tiny in a publication of this sort.
23            MR. FINCH:  Can I have the
24       Roggli paper?
25            (Dyar Exhibit 12 marked for

Page 144

1        identification.)
2    QUESTIONS BY MR. FINCH:
3        Q.   Professor Dyar, do you have an
4    article entitled "Tremolite Mesothelioma" by
5    Victor Roggli and other scientists at Duke
6    University published in the peer-reviewed
7    literature in 2002?
8        A.   Yes, sir.
9        Q.   All right.  In...
10       A.   I immediately note that the
11   authors of this paper are medical personnel
12   involved with pathology, and there is no
13   indication that any of them is a
14   mineralogist.
15       Q.   And they are publishing in the
16   peer-reviewed literature about various types
17   of asbestos fibers found in human tissue,
18   correct?
19       A.   Well, I'd have to have some
20   time to speed-read this paper, but the title
21   is called "Tremolite Mesothelioma," so I'd
22   have to assume that that's what the paper is
23   about.
24       Q.   And in Figure 1 -- actually, on
25   page 448, in the second column the authors

Page 145

1    write, "The elemental composition of
2    individual mineral fibers was detected by
3    means of energy-dispersive X-ray analysis,
4    EDXA."
5         Do you see that?
6        A.   I'm looking.
7        Q.   About halfway down, first
8    column -- I mean, the second column.
9        A.   Yes.  So that to me implies
10   that they output the compositions.
11       Q.   In the paper they publish "the
12   energy-dispersive X-ray spectra for
13   tremolite, actinolite, anthophyllite and
14   chrysotile.  Characteristic elemental
15   composition for each fiber type is shown.
16   The gold piece is due to sputter coating of
17   the sample to reduce charging artifacts."
18            Do you see that?
19       A.   I see that.  And it is my
20   opinion, based on being an associate editor
21   of the American Mineralogist for 20 years,
22   that no self-respecting mineralogical journal
23   would publish a figure like this.  This is
24   insufficient for any kind of chemical
25   analysis.

37 (Pages 142 to 145)

Melinda Darby Dyar, Ph.D.

Page 146

1    Q.    So these doctors are doing
2  chemical analysis of the asbestos fibers they
3  found in human tissue, and they're printing
4  out the EDXA results in Figure 1.  And they
5  do not include the quantitative data like you
6  show in Figure 7 in your report, correct?
7            MR. FROST: Objection. Form.
8            THE WITNESS:  Well, I'd have to
9        look and make sure there isn't a
10       supplement to this particular article,
11       and I'd need a little more time to
12       inspect it.
13           For example, I'd like to know
14       how did they -- how did they identify
15       the samples as asbestos in the first
16       place.  I don't see any other evidence
17       of any other kinds of analytical
18       techniques done in here.
19           I'd need to look at this much
20       more carefully, but it is certainly my
21       opinion that you couldn't use EDXA to
22       identify these -- distinguish between
23       these particular minerals.
24           So I -- these people may be
25       well-respected pathologists, but this

Page 147

1        particular figure and these
2        conclusions would never be published
3        in a journal that was peer-reviewed by
4        mineralogists.
5  QUESTIONS BY MR. FINCH:
6    Q.    Are you familiar with a book
7  entitled "Mineralogy and Optical Mineralogy"
8  written by Melinda Darby Dyar and Mickey
9  Gunther?
10   A.    Indeed I am.
11           While we are here, let me draw
12       your attention to page 607, where it gives
13  the revised amphibole nomenclature, which was
14  published in 1997 and 2004.  So this is the
15  appropriate amphibole nomenclature to be
16  using.
17           MR. FINCH:  Move to strike as
18       nonresponsive to any question pending.
19           (Dyar Exhibit 13 marked for
20       identification.)
21  QUESTIONS BY MR. FINCH:
22   Q.    Do you recognize this as the
23  cover page, table of contents, preface and
24  Chapter 19 from your 2008 book?
25   A.    Yes.

Page 148

1    Q.    Am I correct that on pages 526,
2  527, 528, and in 529, 530, which is Figures
3  1912 to 1919, all contain EDS spectra for
4  different minerals?
5    A.    526. Yes.  They're simulated
6  patterns, yes.
7    Q.    And am I correct that none of
8  these figures have the quantitative data like
9  Figure 7 in your report shown in the -- in
10  the pages of your textbook?
11   A.    They don't include the
12  compositions because they are simulated
13  patterns, and simulated patterns are created
14  by inputting a composition.  So there is no
15  need to output the composition because these
16  are simulated patterns that are created using
17  an input -- a specifically input composition.
18           MR. FINCH:  Can I have the
19       other excerpt from that book?
20           (Dyar Exhibit 14 marked for
21       identification.)
22  QUESTIONS BY MR. FINCH:
23   Q.    This is Exhibit 14, which is
24  another page of that book, page 182.
25           What does Figure 9.17 show?

Page 149

1    A.    It shows the EDS output of an
2  Idaho star garnet from an SEM.
3    Q.    Does it include the
4  quantitative data that is shown in Figure 7
5  in your report?
6    A.    No, and it wouldn't have been
7  appropriate to include that.
8           First of all, the print would
9  be too small, and second of all, the point
10  here is to just show what an EDS spectrum
11  looks like.  It's not our intent here in this
12  particular chapter to show -- or in this
13  particular figure to show anything
14  quantitative, so it wouldn't have been
15  appropriate to include the chemistry.
16           So in other words, we're not
17  trying to identify what mineral this is.  We
18  already know that it's an Idaho star garnet,
19  so we don't need to output the chemistry to
20  show anything about its chemical composition.
21           In fact, it's highly likely
22  that we have an independent and much more
23  accurate chemical composition from electron
24  microprobe, and we just didn't feel it was
25  necessary or appropriate to include it here.

38 (Pages 146 to 149)

Melinda Darby Dyar, Ph.D.

Page 150

1     Q.    On page 531 of Exhibit 13?
2     A.    Uh-huh.
3     Q.    Here you're not looking at a
4  simulated material, correct?
5        You're looking at an
6  approximately 5-micron-wide particle mounted
7  on a fiber similar to the example shown in
8  Figure 1920, images modified from Gunther's
9  2007 paper, correct?
10    A.    Correct.
11    Q.    So then you are -- in the
12  part C, higher magnification SEM image of the
13  same particle with analysis points for the
14  SEM beam indicated by 1 and 2.  That's an EDS
15  spectrum there, correct?
16    A.    Wait a minute.  I'm not -- I'm
17  not following you.  Where are you?
18    Q.    Yeah.  The bottom,
19  Figure 19.21.
20    A.    Oh, sorry.  I'm on the wrong
21  page.
22        Yep.
23    Q.    On this basis, the particle
24  could be either a pyroxene or an amphibole;
25  however, the refractive indices shows this

Page 151

1  particle is an amphibole.  Choosing a species
2  name between tremolite and actinolite would
3  be difficult.
4        And the EDS of the grain there
5  shows the chemical signature of an amphibole,
6  correct?
7     A.    No, I think you're misreading
8  that.  It basically says on the basis of the
9  EDS spectrum, it could be either a pyroxene
10  or an amphibole.
11        This is exactly the same point
12  I make in the figure -- let's see -- in
13  Figure 4 of my report where it says that on
14  the basis of an EDS spectrum, these minerals
15  are indistinguishable.
16        So then he goes on to say that
17  because of the refractive index data, in
18  other words, the optimal microscopy, the PLM,
19  it is possible to constrain the identify --
20  the identity of this mineral to be an
21  amphibole.  But that's all you can tell.
22    Q.    But you don't print out the
23  quantitative data like that shown in Figure 7
24  of your report in this section of your
25  textbook where you're using an EDS spectrum

Page 152

1  to characterize the chemical composition of a
2  mineral, correct?
3     A.    Again, it would not be
4  appropriate to include that in this
5  particular context.  This is a textbook, not
6  a research -- not a research thing.  And the
7  point of this figure is to show how difficult
8  it is to distinguish purely from
9  visual examination.  In other words, he's
10  saying you really need more information.
11        And as I said in my report, the
12  way to get more information would be to
13  output the quantitative chemical data that
14  the TEM and the SEM are easily able to
15  provide.
16        So this is not an appropriate
17  place to include chemical data.
18        MR. FINCH:  Can I have the 2016
19    Gunther paper and the IC 420 document?
20        (Dyar Exhibit 15 marked for
21    identification.)
22  QUESTIONS BY MR. FINCH:
23    Q.    Here's Exhibit 15.
24        Do you have Exhibit 15 in front
25  of you, ma'am?

Page 153

1     A.    I do.
2     Q.    This is -- one of the coauthors
3  of this paper is your coauthor, Mickey
4  Gunther?
5     A.    I see that.
6     Q.    Another is Dr. Roggli, whose
7  paper we looked at a few minutes ago?
8     A.    Yes.
9     Q.    This is a case report of
10  "Erionite-Associated Malignant Pleural
11  Mesothelioma in Mexico," published in the
12  peer-reviewed journal International Journal
13  of Clinical and Experimental Pathology?
14    A.    I see that.
15    Q.    And you have two geologists
16  publishing this paper along with Dr. Roggli,
17  and the lead author's name I'm not going to
18  try to pronounce because I'll butcher it.
19  But there's about eight authors, and two of
20  them are geologists, correct?
21    A.    I see that, yes.
22    Q.    And two of them are geologists
23  that you have published with yourself,
24  correct?
25    A.    Yes.

39 (Pages 150 to 153)

Melinda Darby Dyar, Ph.D.

Page 154

1    Q.    And what they're doing is they
2  are analyzing fibers found in the tissue of a
3  human being to determine the nature of the
4  particles in their mesothelioma, correct?
5         MR. LOCKE:  Objection.
6         THE WITNESS:  I need a little
7    more time to look at this paper before
8    I could tell you exactly what they
9    were doing.
10  QUESTIONS BY MR. FINCH:
11    Q.    Well, do you recognize Figure 3
12  and Figure 6 and Figure 4 as all containing
13  EDXA or EDS spectrum of materials that
14  they're analyzing?
15    A.    I see that those figures do
16  contain EDS spectra, yes.
17    Q.    All right.  So in Figure 3 on
18  page 5727 -- and this is a scientific paper
19  where they're reporting on finding erionite
20  fibers in someone's mesothelioma.
21         That's at least the title of
22  the paper, correct?
23         MR. LOCKE:  Objection.
24         THE WITNESS:  The title of the
25    paper is "Erionite-Associated

Page 155

1    Malignant Pleural Mesothelioma in
2    Mexico."  That's the title.
3  QUESTIONS BY MR. FINCH:
4    Q.    All right.  Figure 3, part B,
5  is the data that they choose to report in
6  this peer-reviewed paper, "Energy-Dispersive
7  Spectrum from an Erionite Fiber Showing Peaks
8  for Aluminum and Silicone."
9         "There's a suggestion of
10  smaller peaks for sodium and iron.  Platinum
11  peaks are from sputter contained in the
12  sample for imaging purposes."
13         Do you see that?
14    A.    I see that it says that, yes.
15    Q.    All right.  And so what that is
16  is an EDS or EDXA spectrum of a reference
17  sample of erionite, correct?
18    A.    I don't see where it says that.
19    Q.    Well, would you agree with me
20  that the authors call it an EDS spectrum from
21  an erionite fiber?  That's what they call it
22  in the paper?
23    A.    That's what it says right here
24  in the caption to Figure 3.
25    Q.    And they don't print out the

Page 156

1  quantitative data that you say is required
2  for a scientific analysis like that shown in
3  Figure 7 in your report, correct?
4    A.    In fact, in my report there are
5  no independent constraints on where the
6  particles are coming from.
7         In this report, it appears to
8  me that the particles are coming from a
9  repairman who was raised on a farm in the
10  Mexico volcanic belt, presumably near a
11  source of erionite.  So I'd have to spend
12  more time with this paper.
13         But it appears to me that they
14  already knew that this was erionite, and they
15  were simply confirming that the EDS spectra
16  were consistent with that.  And in that case,
17  it's not necessary to print out the chemical
18  composition.
19         In the case of the particles
20  being studied by Drs. Longo and Rigler, we
21  have no such knowledge.  We have no idea and
22  no independent constraints on what mineral it
23  could be or what the composition could be.
24  And, therefore, it is their obligation to
25  produce as much quantitative information as

Page 157

1  possible.
2         So again, I would need some
3  further study to address specific questions
4  about this paper, but my understanding is
5  that they're simply showing that the SEM
6  images and the EDS analyses are consistent
7  with their existing supposition that this is
8  erionite.
9    Q.    And their existing supposition
10  that this is erionite is based on testing
11  that people have done of the soil in Mexico
12  where they found erionite fibers, right?
13    A.    I don't --
14         MR. FROST:  Objection.  Form.
15         THE WITNESS:  I don't know that
16    for a fact.  I'd have to take much
17    more time to review this paper.
18  QUESTIONS BY MR. FINCH:
19    Q.    All right.  So Figure 6 has a
20  EDX spectra of Mexican soil with erionite,
21  correct?
22    A.    That's what it says here.
23    Q.    And again, there's no
24  quantitative data printed out in Figure 6 C,
25  correct?

40 (Pages 154 to 157)

Melinda Darby Dyar, Ph.D.

Page 158

1      A.    Again --
2      Q.    Of the type -- of the type that
3  is shown in Exhibit 7 {sic} in your report,
4  Figure 7 in your report?
5      A.    There are no chemical analyses
6  printed out here because it would not be
7  appropriate.  They already know it's erionite
8  based on, it looks like, independent studies.
9      Q.    Okay.  They already know it's
10 erionite based on independent studies.
11         How do you know that Dr. Longo
12 and Dr. Rigler don't already know that there
13 is tremolite and anthophyllite asbestos in
14 the Vermont talc based on independent studies
15 that other analysts have done?
16         MR. FROST:  Objection to form.
17         MR. LOCKE:  Objection.
18         MR. CHACHKES:  Objection.
19         THE WITNESS:  There is no
20 evidence in Drs. Longo and Rigler's
21 reports, plural, that they have any
22 data that confirm that any of the
23 particles they studied are asbestos.
24         Perhaps that's a good place to
25 break for lunch.

Page 159

1         MR. CHACHKES:  It is lunchtime.
2  It's kind of 12 what?  12:40?
3         MR. FINCH:  Let me have two
4  follow-up questions based on that.
5  QUESTIONS BY MR. FINCH:
6      Q.    You haven't reviewed anybody's
7  testing of talc from the Windsor mines in
8  Vermont, have you, ma'am?
9         MR. FROST:  Objection.
10         MR. CHACHKES:  Objection.
11 QUESTIONS BY MR. FINCH:
12     Q.    Other than Longo and Rigler?
13     A.    I was asked --
14         MR. CHACHKES:  Objection.
15         THE WITNESS:  -- to review the
16 methodology of Drs. Longo and Rigler,
17 and that's what I did.
18 QUESTIONS BY MR. FINCH:
19     Q.    You don't know what Johnson &
20 Johnson documents they have reviewed, they'd
21 given the same kind of information about the
22 potential for tremolite asbestos and
23 anthophyllite asbestos to be in those mines
24 that the authors of the 2016 paper that's
25 Exhibit 15 have about the erionite in Mexico,

Page 160

1  do you?
2         MR. CHACHKES:  Objection.
3         MR. FROST:  Objection.
4         THE WITNESS:  As I said at the
5  outset of this question period, I
6  looked at all the references cited by
7  Drs. Longo and Rigler and read the
8  ones that were available to me.  So I
9  do not recall them alluding to any
10 such testing reports.
11 QUESTIONS BY MR. FINCH:
12     Q.    And if they had, they have that
13 as a source of their basis for knowledge, you
14 don't know about it, right?
15         MR. CHACHKES:  Objection.
16         THE WITNESS:  I can't read the
17 minds of Drs. Longo and Rigler, no.
18 QUESTIONS BY MR. FINCH:
19     Q.    You can read the trial
20 testimony and the discussion of the Johnson &
21 Johnson tests and documents of Dr. Longo in
22 multiple ovarian cancer and asbestos cases,
23 and you haven't done that, correct?
24         MR. CHACHKES:  Objection.
25         MR. FROST:  Objection.

Page 161

1         THE WITNESS:  I have not done
2  that because it would not be relevant
3  to my task, which was to evaluate
4  their methodology.
5         MR. FINCH:  All right.  This is
6  a good time to break for lunch.
7         VIDEOGRAPHER:  Okay.  Please
8  remove your microphones.  The time is
9  12:37 p.m.  Off the record.
10 (Off the record at 12:37 p.m.)
11         VIDEOGRAPHER:  Okay.  We are
12 back on the record.  The time is
13 1:22 p.m.
14 QUESTIONS BY MR. FINCH:
15     Q.    Good afternoon, Ms. Darby Dyar.
16 We are back on the record after a lunch
17 break.
18         Did you review any documents
19 over the lunch break?
20     A.    No.
21     Q.    You were talking about, in
22 connection with the erionite paper that I
23 just showed you, the scientists who wrote
24 that paper had information that erionite was
25 a possible mineral in the soil in Mexico,

41 (Pages 158 to 161)

Melinda Darby Dyar, Ph.D.

Page 162

1    correct?
2         Do you recall that discussion?
3         A.   Let me pull the paper out and
4    take a look at it.
5         So, yes, what I said was it
6    appears that this is a report based on
7    results from a vehicle repairman who was
8    raised on a farm in the Mexican volcanic belt
9    region.
10        Q.   And what information did the
11   scientists have that led them to suspect that
12   erionite might be in that region of the
13   world?
14        MR. FROST: Objection.
15        THE WITNESS: You know, this
16   paper is seven pages long. I'd happy
17   to take the time to read it. But I
18   would need time, to answer that
19   question, to read this paper.
20   QUESTIONS BY MR. FINCH:
21        Q.   You said before you read the
22   paper that the -- Dr. Gunther and the other
23   scientists who wrote it had some information
24   that erionite was a possible contaminant in
25   the soil in Mexico.

Page 163

1         And I'm just wondering how you
2    came to that conclusion when I just showed
3    you the paper before lunch.
4         MR. CHACHKES: Objection.
5         THE WITNESS: Well, I looked at
6    that line that I just read, the
7    person had epithelial malignant
8    pleural mesothelioma in a vehicle
9    repairman. So -- and it says who was
10   raised on a farm in the Mexican
11   volcanic belt region. So I -- that's
12   where I'm getting that conclusion.
13        But as I said before, I'd have
14   to read the paper to have -- to have
15   any ability to answer your question in
16   an accurate way.
17   QUESTIONS BY MR. FINCH:
18        Q.   Okay. Would you agree that
19   talc mines can have differing amounts of
20   accessory minerals in the ore, in the talc
21   ore, in the mine?
22        MR. CHACHKES: Objection.
23        THE WITNESS: I honestly don't
24   know anything about talc mines. I do
25   know that rocks that contain talc can

Page 164

1    have a wide variety of mineral
2    assemblages, but I don't know anything
3    about mines specifically.
4    QUESTIONS BY MR. FINCH:
5         Q.   Okay. Rocks that contain talc
6    can have differing amounts of accessory
7    minerals in the ore that the talc is mined
8    from, correct?
9         MR. CHACHKES: Objection.
10        MR. FROST: Objection.
11        THE WITNESS: Again, I only
12   know in general terms where -- how
13   talc is formed geologically. I know
14   nothing about talc mines, so I can't
15   answer any questions relating to talc
16   occurrences in mines.
17   QUESTIONS BY MR. FINCH:
18        Q.   Well, would you expect that the
19   owners of the Johnson & Johnson mines in
20   Vermont would have documented their
21   understanding as to what material they were
22   mining out of the ground over the course of
23   the 35 years that the mines were operating?
24        MR. FROST: Objection.
25        THE WITNESS: As I said, I

Page 165

1    don't know anything about mine
2    protocols or documentation. I have no
3    knowledge of that, and I'd have to
4    read up on it and research it to give
5    you a good answer.
6    QUESTIONS BY MR. FINCH:
7         Q.   Okay. You said you reviewed
8    some of Dr. Longo's state court reports, in
9    addition to his three reports in the MDL,
10   correct?
11        A.   Yes. I skimmed them to look
12   for more analytical data, and having found
13   none, I didn't consider them further.
14        Q.   Okay. Did you see that in
15   those reports, or in the disclosures that
16   went with those reports, he had listed
17   certain documents with Johnson & Johnson or
18   Imerys Bates numbers on them that formed part
19   of the basis of his knowledge in the state
20   court cases?
21        A.   No, because as I just said, I
22   only skimmed those documents to look for data
23   that were relevant to my investigation, which
24   was to evaluate the methodology used by them
25   in the Longo and Rigler reports cited in my

42 (Pages 162 to 165)

Melinda Darby Dyar, Ph.D.

Page 166

```
 1    report.
 2        Q.   Okay.  So to the extent that
 3    Dr. Longo, in various state court reports or
 4    in disclosures that you've been provided
 5    with, lists out Bates labels of Johnson &
 6    Johnson documents or Imerys documents, you
 7    didn't bother to review those; is that
 8    correct?
 9        MR. FROST:  Objection.
10        THE WITNESS:  As I said, those
11    documents were reviewed by me only
12    with the goal of looking for further
13    analytical data.
14        But my goal in this undertaking
15    is to evaluate methodology, and so I
16    did not deem that that was relevant
17    and, therefore, did not pursue the
18    additional references in those
19    reports.
20    QUESTIONS BY MR. FINCH:
21        Q.   Is it your opinion that the
22    entire universe of minerals that exists on
23    the planet Earth can be found in the Vermont
24    talc mines from which Johnson & Johnson
25    obtained ore for baby powder?
```

Page 167

```
 1        MR. LOCKE:  Objection.
 2        THE WITNESS:  I have no
 3    knowledge of anything having to do
 4    with the geology of -- of the Vermont
 5    talc mines.  So I would presume that
 6    because they are rocks, they contain
 7    minerals, but I know nothing about
 8    either the geology or the mineralogy
 9    of the Vermont talc mines.
10    QUESTIONS BY MR. FINCH:
11        Q.   Your textbook was -- with
12    Dr. Gunther was written for students, is that
13    correct, graduate-level students?
14        A.   Actually it was written for
15    undergraduate-level students, but we've sold
16    a lot of copies of the book to people that
17    don't do either of those things.  We presume;
18    we don't really know.
19        Q.   And the purpose of the book was
20    in part to teach them how to analyze minerals
21    to determine what they are?
22        A.   Yes, that's part of a standard
23    mineralogy curriculum.
24        Q.   Would you agree with me that if
25    you are a geologist who was -- or any
```

Page 168

```
 1    scientist who was retained to analyze
 2    materials that come from a specific mine in a
 3    specific part of the world, one reasonable
 4    thing to do would be to read information
 5    about that geographic mine or that geographic
 6    source of the materials so that they have
 7    some understanding of what other researchers
 8    have found when they have investigated that
 9    particular mine?
10        MR. CHACHKES:  Objection.
11        THE WITNESS:  That's a really
12    nebulous, hypothetical question.  I
13    was not hired to do that; I was hired
14    to review methodology.  So I don't
15    have an opinion on that question
16    because I haven't even thought about
17    it.
18    QUESTIONS BY MR. FINCH:
19        Q.   Have you ever been -- you have
20    been hired, have you not, to analyze rocks
21    and minerals found in outer space, on Mars or
22    the moon, for example, to try to determine
23    what they are, right?
24        A.   I am funded by both NASA and
25    the National Science Foundation to study
```

Page 169

```
 1    mineralogy of objects from all over the solar
 2    system, yes.
 3        Q.   And as part of your background
 4    work in -- let's say you're given a grant to
 5    study minerals found on the moon.
 6        As part of your work, isn't it
 7    correct that you go and review the literature
 8    that exists about what other scientists have
 9    found in that environment that gives you some
10    background understanding of what you might be
11    looking for?
12        MR. FROST:  Objection.
13        THE WITNESS:  It depends on
14    what I was -- what I was engaged to do
15    or what I proposed to do.  If I
16    proposed to do a certain kind of
17    analysis, yes, I would want to know
18    who else had done analyses on that
19    same material.
20        But in this particular case
21    here, I wasn't hired to do any
22    testing, so I have no opinion on -- no
23    interest in knowing what the rest of
24    the literature says because I'm only
25    evaluating methodology.
```

43 (Pages 166 to 169)

Melinda Darby Dyar, Ph.D.

Page 170

1    QUESTIONS BY MR. FINCH:
2        Q.   Dr. Longo was hired to test
3    specific products and specific ores where the
4    source of that material was ultimately talc
5    mines in Vermont, Italy or China, correct?
6        MR. CHACHKES:  Objection.
7        THE WITNESS:  All I know is
8    that the materials that are in this --
9    that I reviewed in preparation of this
10   report came from Asia, Vermont, and I
11   don't remember where else.
12   QUESTIONS BY MR. FINCH:
13       Q.   Italy?
14       A.   Italy.
15       Q.   And would you agree with me
16   that it would be a reasonable thing for a
17   scientist to do, who had been tasked with the
18   job of analyzing the minerals in a product
19   where the source of the primary ingredient of
20   the product was a mine in a particular part
21   of the world, to read studies that the people
22   who owned the mine had done on the nature of
23   the minerals that they were taking out of the
24   ground?
25       MR. LOCKE:  Objection.

Page 171

1        THE WITNESS:  No, I explicitly
2    do not agree.
3        The only thing that's relevant
4    is the methodology and the data that
5    were produced in the reports and
6    whether or not the methodology is
7    good, which it, of course, is not.
8        So where the minerals came from
9    is of no concern to whether -- to what
10   the methods were that were used to
11   analyze it.  Those two things have
12   nothing to do with each other.
13   QUESTIONS BY MR. FINCH:
14       Q.   Would you agree with me that if
15   you're doing a bulk analysis of a sample to
16   determine whether or not it has asbestos in
17   it or not, information about the manufacturer
18   of that sample would be important information
19   for Dr. Longo or any scientist to know before
20   testing the material to determine whether and
21   to what extent it had asbestos in it?
22       MR. FROST:  Objection.
23       THE WITNESS:  No, I do not
24   agree.  And in fact, I can't even
25   understand why you would want to know

Page 172

1    that.
2        What you want to know is what's
3    in the material based on the
4    analytical methods that you're using,
5    and that has nothing to do with where
6    the material came.
7        In fact, knowing where the
8    material came from might bias a
9    judgment, whereas unbiased judgment,
10   which is what we want in science,
11   would probably be most useful.
12       (Dyar Exhibits 16 and 17 marked
13   for identification.)
14   QUESTIONS BY MR. FINCH:
15       Q.   Let's mark this as Exhibit 16
16   and 17.
17       Okay.  I'm putting Exhibit 16
18   and 17 in front of you and ask if you've ever
19   seen them before.
20       A.   No, Exhibit 16, and no on
21   Exhibit 17.
22       Q.   All right.  Turn to page 2 of
23   Exhibit 16.
24       Did you have the understanding
25   that in 1989 Johnson & Johnson sold the mines

Page 173

1    that it -- in Vermont that it got its talc
2    from to a company called Cyprus?
3        MR. FROST:  Objection.
4        THE WITNESS:  I have no
5    knowledge of that.
6    QUESTIONS BY MR. FINCH:
7        Q.   And then ultimately, through a
8    series of other transactions, ended up -- the
9    mines are owned by Imerys?
10       A.   I have no knowledge of that.
11       Q.   On page 2 of Exhibit 16, the
12   Cyprus employees who are writing this
13   document write that "the other serious
14   mineralogical contaminant in the talc ores of
15   Vermont is the fibrous variety of the
16   amphibole minerals, tremolite and actinolite,
17   hydrous calcium, iron magnesium silicates,
18   which have been classified as asbestiform
19   minerals by OSHA and EPA.  OSHA was suspected
20   to declassify nonfibrous, blocky tremolite on
21   February 29th but not -- has not as yet
22   announced their decision.  As a result, all
23   tremolite, the fibrous varieties of all
24   amphiboles and chrysotile asbestos in talc
25   ores, are a source of great concern to all

44 (Pages 170 to 173)

Melinda Darby Dyar, Ph.D.

Page 174

1    talc producers and especially to the
2    marketers of cosmetic products. Cyprus
3    claims that there are no fibers in their
4    cosmetic talc products, and they work
5    rigorously to ensure this. However, a recent
6    paper published by Rutgers University worker
7    Alice Blount suggests the presence of fiber
8    in several cosmetic talcs, some of which
9    might have been from Cyprus West Windsor,
10   which is a source of great concern to Cyprus
11   management and potentially to their principal
12   customer, Johnson & Johnson. Talc de Luzenac
13   personnel are well aware of the situation,
14   and Phillipe Moreau is currently quietly
15   working to identify the reality and the
16   magnitude of the problem.
17        "Vermont talcs are derived from
18   altered serpentine, a natural host for
19   asbestiform minerals. There is certainly
20   visible tremolite and actinolite in specific
21   zones of Vermont deposits. Fibrous tremolite
22   was identified by the writer in exposures and
23   cores at the East Argonaut and Black Bear
24   mine. Cyprus staff report tremolite from the
25   Hammondsville and Clifton deposits."

Page 175

1         MR. CHACHKES: Past. You
2    missed --
3         MR. FINCH: Past tremolite from
4    the Hammondsville and Clifton
5    deposits.
6    QUESTIONS BY MR. FINCH:
7         Q.   Do you see that?
8         A.   I see that that's what the
9    document says, yes.
10        Q.   Okay. And you have no
11   knowledge one way or another to suggest that
12   the authors of this memorandum are wrong in
13   their conclusions, correct?
14        MR. CHACHKES: Objection.
15        MR. LOCKE: Objection.
16        THE WITNESS: I do not have
17   enough information about this document
18   to render an opinion.
19        I see that it's an interoffice
20   correspondence. It talks about mines
21   in Vermont, but Vermont's a big state.
22   These deposits are presumably aerially
23   very large. I don't know if these
24   deposits were used for talc.
25        So there's just not enough

Page 176

1    information in this document for me to
2    be able to say anything.
3    QUESTIONS BY MR. FINCH:
4         Q.   Okay. So you certainly can't
5    opine that this information contained in
6    Exhibit 16 is incorrect, can you, ma'am?
7         MR. FROST: Objection.
8         MR. CHACHKES: Objection.
9         THE WITNESS: Indeed, I can't
10   opine if it's correct either. I have
11   no opinion.
12   QUESTIONS BY MR. FINCH:
13        Q.   Okay.
14        A.   Because there is insufficient
15   context and information about this document.
16        For example, it says tremolite,
17   but there's no indication of really what kind
18   of tremolite it is. It confuses the
19   definition of fibers.
20        I would say there are a lot of
21   issues with this document that I would want
22   to know more about, so I can't really comment
23   about this document.
24        Q.   Okay. Exhibit 17, do you have
25   that document?

Page 177

1         A.   I do.
2         Q.   This is analysis of fibrous
3    material from Argonaut waste rock?
4         A.   Yes, I see that.
5         Q.   Dated May 23, 2002?
6         A.   Yes. That's what it says.
7         Q.   Do you know who Julie Pier is?
8         A.   No.
9         Q.   You don't know that she's a
10   scientist for Luzenac America at the time
11   this memorandum was written?
12        MR. FROST: Objection.
13        THE WITNESS: I've never heard
14   of either Julie Pier or Luzenac.
15   QUESTIONS BY MR. FINCH:
16        Q.   All right. On the second page
17   there is an SEM image and an EDS chemical
18   analysis of waste rock from the Argonaut
19   mine.
20        Do you see that?
21        A.   Yes.
22        Q.   All right. Do you agree with
23   me that the pictograph at the top, the
24   material looks like fibrous material and not
25   fragments?

45 (Pages 174 to 177)

Melinda Darby Dyar, Ph.D.

Page 178

1     A.    It's almost impossible to judge
2   that from a two-dimensional image, so I don't
3   really have any opinion on that.  I don't
4   have an opinion.
5         I'd like to be able to measure
6   the population and do an analysis on it that
7   way to render an opinion.
8     Q.    Would you agree with me that
9   a scientist using a scanning electron
10  microscope can, by moving the plates around,
11  look at the structure that he or she is
12  viewing in three dimensions and make a
13  determination whether morphologically and
14  visually it looks more like a fiber or a
15  bundle of fibers or a cleavage fragment?
16        MR. FROST: Objection.
17        THE WITNESS:  No, I do not
18  agree with that statement.  In fact,
19  the amount of tilt on the stage is
20  very small.  There's no way you can
21  get a three-dimensional view of
22  something.
23        Only with a special kind of
24  polarizing light microscope can you
25  actually do a three-dimensional

Page 180

1     Q.    This is science being done for
2   commercial purposes, correct?
3         MR. FROST:  Objection.
4         THE WITNESS:  As I've stated, I
5   have no idea what Luzenac is.
6   QUESTIONS BY MR. FINCH:
7     Q.    This was science being done not
8   for courtroom purposes?
9     A.    I have no idea what the purpose
10  of this document is.  I don't know anything
11  about the context.  And it appears that there
12  is additional information that is not
13  included in the two pages that I've been
14  given, so it's hard to comment on this.  I
15  can't even tell if this is the entire memo.
16    Q.    Can you opine one way or
17  another about whether tremolite exists in
18  Vermont talc mines?
19        MR. CHACHKES:  Objection.
20        THE WITNESS:  No, I cannot.  I
21  saw no evidence in any of the
22  Dr. Longo and Rigler reports that I
23  examined that supported a conclusion
24  of asbestos being present, and that's
25  the only data that I'm familiar with.

Page 179

1   assessment in that manner.
2   QUESTIONS BY MR. FINCH:
3     Q.    Do you see also that there's an
4   EDS chemical analysis below it?
5     A.    I do.
6     Q.    And the -- Dr. Pier concludes,
7   based on that, that the chemical analysis of
8   the material is consistent with tremolite?
9         MR. CHACHKES:  Objection.
10        THE WITNESS:  I see that that's
11  what this document concludes, yes.
12  QUESTIONS BY MR. FINCH:
13    Q.    And the SEM, EDS analysis on
14  the second page of Exhibit 17 contains a
15  conclusion that the chemical composition of
16  the material is consistent with tremolite,
17  correct?
18    A.    It says, "The chemical analysis
19  of the material above is consistent with
20  tremolite." Yes, that's what it says.
21    Q.    And it doesn't have any of the
22  quantitative data found at the bottom of
23  Figure 7 in your report, correct?
24    A.    That's correct.  It looks to me
25  like another example of bad science.

Page 181

1   Those are the only data I'm familiar
2   with.
3   QUESTIONS BY MR. FINCH:
4     Q.    Can anthophyllite have varying
5   amounts of iron?
6     A.    Yes.
7     Q.    We haven't talked about another
8   way to analyze the chemical composition of
9   materials, X-ray diffraction or XRD.
10        Are you familiar with that?
11    A.    Certainly.  There's a chapter
12  if my book, and I teach that routinely.
13    Q.    Would you agree with me that
14  what X-ray diffraction does, it allows you
15  to -- well, you tell me what X-ray
16  diffraction does, XRD.
17    A.    X-ray diffraction is a superset
18  of what we've been talking about, SAED.  It
19  uses diffraction of atoms in layers in a
20  mineral structure to indicate diagnostic
21  properties such as the spacing between the
22  atoms in the structure.
23    Q.    Is X-ray diffraction a
24  sensitive-enough tool to find asbestos
25  contamination in material if it's less than

46 (Pages 178 to 181)

Melinda Darby Dyar, Ph.D.

Page 182

1  0.1 percent by weight of the material?
2       MR. FROST:  Objection.
3       THE WITNESS:  So I believe if
4  you look at the ISO 22262-1, it
5  explains that in fact it is difficult
6  to measure abundances of small
7  materials at those levels with X-ray
8  diffraction.
9  QUESTIONS BY MR. FINCH:
10      Q.    Would X-ray diffraction allow
11 you to determine whether or not there is
12 fibrous talc in a sample of talc that you
13 were testing?
14      A.    Absolutely not.
15      MR. LOCKE:  Objection.
16      THE WITNESS:  Because X-ray
17 diffraction uses the arrangement of
18 atoms in the crystal structure, which
19 at best only tells you which mineral
20 species it is.  But X-ray diffraction
21 cannot determine anything about the
22 morphology of particular particles.
23 QUESTIONS BY MR. FINCH:
24      Q.    Would you agree that talc can
25 be fibrous?

Page 183

1       A.    I have no knowledge of that
2  because I haven't studied that.
3       Q.    But whether talc is -- can be
4  fibrous or not, you wouldn't -- X-ray
5  diffraction would not be able to tell you
6  whether there was fibrous talc in a sample of
7  talc, correct?
8       A.    Correct.  X-ray diffraction
9  cannot determine the morphology of a
10 particle.  Only confirm the crystal
11 structure.
12      Q.    You just used the word
13 "morphology" in a sentence.
14      Can you define how you used
15 morphology in that sentence?
16      A.    I meant the shape, aspect
17 ratio.  It's a...
18      Q.    So morphology can mean shape
19 and aspect ratio?
20      A.    Well, I was saying as -- for
21 example, as evidenced by aspect ratio, is
22 what I meant to say.
23      Q.    Okay.  As evidenced by aspect
24 ratio?
25      A.    Correct.

Page 184

1       Q.    And aspect ratio just is the
2  ratio of length to width; is that correct?
3       A.    That's correct.
4       But it's possible to have
5  morphologies that have nothing to do with
6  dimensions.
7       Q.    How so?
8       A.    For example, minerals form
9  as -- in rose shapes with petals, so that's a
10 specific morphology.
11      Q.    Would you agree with me that
12 minerals can form in bundles?
13      A.    Bundles is not a term we
14 generally use to identify minerals.  For
15 example, I don't believe we even discuss the
16 term "bundle" in the chapter of our book
17 where we talk about the physical
18 characteristics of minerals.
19      On the other hand, in my report
20 I show a photograph of a -- of a -- excuse
21 me, of a bundle, so indeed I'm aware that
22 some minerals can form as bundles.
23      Q.    Do you agree with me that
24 asbestos fibers can form as bundles?
25      A.    Well, given that there's a

Page 185

1  picture of a -- here we go.  It's
2  Figure 23 B.  It's an image of a tremolite
3  bundle of asbestiform particles from a paper
4  by Harper, et al.
5       So, yes, given that this image
6  exists, and to the extent that Harper asserts
7  that they can form as bundles, then, yes,
8  indeed, tremolite can form as an asbestiform
9  bundle.
10      Q.    And can anthophyllite form as
11 an asbestiform bundle?
12      A.    I have personally not seen
13 either an image or a -- with my own eyes, an
14 anthophyllite bundle, so I really can't
15 answer that question either way.
16      Q.    So morphology refers to the
17 shape as measured by aspect ratio and --
18      A.    As measured, for example, by --
19      Q.    As measured, for example, by
20 the aspect ratio and the nature in which the
21 material can be found, whether it's
22 rose-petal-shaped or a bundle or a fragment
23 or something else, right?
24      A.    Correct.
25      Q.    And those are -- the way you

47 (Pages 182 to 185)

Melinda Darby Dyar, Ph.D.

Page 186

1    would analyze that in a laboratory is you
2    would take a photomicrograph of it using
3    either a PLM or a electron microscope,
4    scanning or transmission, and take
5    measurements of the structure that you're
6    observing to determine what its aspect ratio
7    is, how thick it is, how long it is, and what
8    it looks like visually, like exhibit --
9    excuse me, Figure 23 C that you referred me
10   to before.
11         MR. CHACHKES:  Objection.
12   QUESTIONS BY MR. FINCH:
13       Q.    Correct?
14       A.    I referred you to 23 B before.
15       Q.    Excuse me, 23 B as in boy.
16       A.    So I got to look at your
17   question.
18         It -- actually, can you restate
19   the question as a question?
20       Q.    Sure.
21         Morphology, I'm trying to get
22   the universe of the stuff that goes into the
23   analysis of morphology.
24         It is the shape as, for
25   example, measured by aspect ratio, the size,

Page 187

1    the appearance, and the form in which it is
2    found, as exampled by either a bundle or a
3    rose petal shape.
4         Are those all the aspects of
5    morphology as it relates to asbestos
6    minerals?
7         MR. FROST:  Objection.
8         THE WITNESS:  The only aspect
9    of morphology that applies -- that is
10   relevant to this identification of
11   asbestiform minerals is whether or not
12   the population of shapes expressed as
13   width versus length or aspect ratio
14   belongs to the population of
15   asbestiform or non-asbestiform
16   minerals.  That is the only aspect of
17   morphology that's relevant to this
18   particular inquiry.
19   QUESTIONS BY MR. FINCH:
20       Q.    Okay.  And that population of
21   shapes, that is a statistical analysis you do
22   if you have enough structures to analyze for
23   purposes of aspect ratio, correct?
24       A.    Correct.  You cannot make a
25   firm diagnosis on the basis of an individual

Page 188

1    image or individual crystal.
2         Q.    Okay.  So if you have an
3    individual image that is 10 microns long, you
4    can't make a conclusive diagnosis or
5    determination as to whether or not based on
6    morphology it is asbestiform or
7    non-asbestiform, correct?
8         MR. FROST:  Objection.
9         THE WITNESS:  You cannot
10   determine anything from an individual
11   image.  You need a population to be
12   able to make a determination.
13   QUESTIONS BY MR. FINCH:
14       Q.    Okay.  And how many fibers
15   consist of a population or images,
16   structures?
17       A.    Statistically, that's a
18   difficult answer -- that's a difficult
19   question to answer.  It would depend on the
20   context and the problem at hand.
21       Q.    Is there any generally accepted
22   standard that you could point me to that says
23   in order to do a statistical analysis of a
24   population you need a minimum of X structures
25   or fibers to analyze?

Page 189

1       A.    I would want to go back and
2    look at some of the papers that I cited where
3    we talk about looking at populations.  For
4    example, the R-93 document talks about
5    populations.  One of these ISO documents
6    talks about populations.  But I do not recall
7    specifically any of them having a number of
8    samples that you'd have to analyze.
9         We talk about this in my
10   statistics book.  The number of samples that
11   you need for any given scenario is extremely
12   variable.
13       Q.    So sitting here right now,
14   which is my one chance to take your
15   deposition before the Daubert hearing, you
16   don't know of any generally accepted or
17   relied upon standard which has a minimum
18   number of fibers or structures you need to
19   analyze in order to analyze the aspect ratios
20   to determine whether it's asbestiform or
21   non-asbestiform?
22         MR. FROST:  Objection.
23         MR. LOCKE:  Objection.
24         THE WITNESS:  I would say you
25   need enough fibers to create a

48 (Pages 186 to 189)

Melinda Darby Dyar, Ph.D.

Page 190

1      distribution with an acceptable
2   standard deviation on the mean.
3   QUESTIONS BY MR. FINCH:
4       Q.   Is 100 fibers or structures
5   sufficient to do that?
6       A.   I think that's -- that's
7   subjective and it depends -- you know, it
8   depends on the particular profile of the
9   population.  And it also depends on the
10  confidence with which you want to be able to
11  state your opinions or your conclusions.
12      Q.   All right.  At page 18,
13  footnote 34.
14      A.   Page 18 of my report?
15      Q.   Yes, page 18, footnote 34.
16      A.   Uh-huh.
17      Q.   You say, "The EDS results in
18  the Longo, Rigler MDL reports labeled as
19  tremolite may very well be consistent with
20  minerals other than diopside."
21          Do you know if diopside has
22  ever been found in any of the mines in
23  Vermont that Johnson & Johnson obtained talc
24  from?
25      A.   No, I don't know anything about

Page 191

1   the mineral assemblages present anywhere in
2   Vermont.
3       Q.   You go on to say, "Dr. Longo
4   and Rigler might have never produced their
5   quantitative data and, accordingly, this
6   analysis cannot be completed, drop footnote
7   34.
8          "For example, these may include
9   at least monticellite, bredigite, merwinite
10  and rondorfite, which are other minerals that
11  contain only silicone, magnesium and
12  calcium."
13      A.   That's what I say.
14      Q.   All right.  Do you know if --
15  where in the world monticellite is found?
16      A.   Actually, monticellite is found
17  in New York.  I've collected it in the
18  Adirondacks just across the river from
19  Vermont.
20      Q.   Do you know if it's ever been
21  found in any of the mines in Vermont that
22  Johnson & Johnson obtained its talc from?
23          MR. CHACHKES:  Objection.
24          THE WITNESS:  I know nothing
25  about the mineralogy of the Vermont

Page 192

1   talc mines.
2   QUESTIONS BY MR. FINCH:
3       Q.   Do you know where in the world
4   bredigite is found?
5       A.   No.
6       Q.   Merwinite?
7       A.   No.
8       Q.   Rondorfite?
9       A.   No.
10      Q.   You don't know if any of those
11  minerals were ever found in any analysis
12  anyone's ever done of talc from Vermont used
13  by Johnson & Johnson, correct?
14      A.   I believe I've made it clear
15  that I know nothing about the mineralogy of
16  any of the rocks in Vermont.
17      Q.   Or that would go for Italy and
18  China as well?  You know nothing about the
19  mineralogy of the talc mines Johnson &
20  Johnson sourced its talc from Italy or China?
21      A.   That's correct.
22          May I add that although those
23  minerals are very rare, I continue in my
24  footnote to say many more common minerals
25  would be included in this list if iron and

Page 193

1   sodium were allowed.
2          So I specifically created this
3   example to be simple, but, in fact, in nature
4   there would be many, many minerals that would
5   be easily confused with tremolite on the
6   basis of an EDS analysis.
7       Q.   All right.  We were talking
8   about morphology a little while ago.
9          That's one way -- one analysis
10  that a scientist does to determine whether or
11  not material he or she is analyzing is
12  asbestos or not, right?  It's one of the
13  pieces of the puzzle?
14      A.   So, indeed, the criterion to be
15  lengthwise separable into flexible fibers
16  with high tensile strength and flexibility is
17  the definition of asbestos, then, yes, the
18  assessment of whether something is that sort
19  of fiber is relevant, yes.
20      Q.   And one of the analyses that
21  goes into that is analysis of aspect ratios,
22  correct?
23      A.   Aspect ratios are one way of
24  making that assessment, yes.
25      Q.   Okay.  And another analysis

49 (Pages 190 to 193)

Melinda Darby Dyar, Ph.D.

Page 194

1    that a scientist can and should do to
2    determine whether or not the material he is
3    analyzing is asbestos or not is an analysis
4    of its chemical composition, correct?
5         A.    So the definition of asbestos
6    includes chemical composition, crystal
7    structure and lengthwise separable into
8    flexible fibers with high tensile strength.
9              So to the extent that chemical
10   composition is part of identifying a specific
11   mineral species, then, yes, it's relevant.
12        Q.    Amosite is one of the
13   well-accepted amphibole minerals that can be
14   asbestiform?
15        A.    That is one of the six minerals
16   that's listed in the many lists in this
17   document, yes.
18        Q.    Do you know whether amosite can
19   split both horizontally as well as
20   longitudinally?
21            MR. FROST:  Objection.
22            THE WITNESS:  I have no
23        explicit knowledge of amosite.  There
24        was no mention of amosite in the Longo
25        and Rigler documents that I was asked

Page 195

1         to review, and, therefore, I have no
2         opinion on that because I have not
3         investigated that question.
4    QUESTIONS BY MR. FINCH:
5         Q.    The way one determines the
6    chemical composition of a fiber or structure
7    that one expects to potentially be asbestos
8    is using EDS, EDXA, correct?
9         A.    So as I explained in my report,
10   EDS and EDXA are the only analytical --
11   geo-analytical techniques that are high
12   enough in resolution to be able to say
13   anything about the chemical composition of a
14   very tiny particle.
15        Q.    And that is a qualitative
16   analysis that is semi-quantitative at best,
17   correct?
18        A.    Correct.
19        Q.    A third step that a scientist
20   should undertake to determine whether or not
21   a particle or structure that he or she is
22   analyzing is asbestos is to analyze its
23   crystalline structure, correct?
24        A.    Using a technique such as SAED,
25   yes.

Page 196

1         Q.    And SAED is performed with
2    either a transmission electron microscope or
3    a SEM microscope?
4         A.    Generally, yes.
5         Q.    And the analyst has the
6    structure or bundle on the grid, or on
7    multiple grids, and is able to rotate it and
8    look at the SAED -- look at the crystalline
9    structure by SAED from different angles or
10   viewpoints, correct?
11        A.    Sort of.
12        Q.    What's a goniometer?
13        A.    So a goniometer is something
14   that allows you to swivel something in
15   three-dimensional space.  But on a TEM, the
16   space constraints are such that you can only
17   swivel it a very small amount.
18        Q.    Does polarized light microscopy
19   allow you to determine whether or not a
20   structure or a fiber is asbestos or not?
21        A.    PLM allows you to determine the
22   refractive index of a material, and it allows
23   you to say something about the dimensions of
24   an individual particle.  But it tells you
25   nothing about the population distribution

Page 197

1    and, therefore, couldn't tell you anything
2    about whether or not it was asbestiform or
3    non-asbestiform.
4         Q.    But if you have a sample of
5    material and you combine all four different
6    analysis - morphology, the chemical
7    composition analysis using EDS, EDXA, the
8    crystal structure analysis using SAED, and a
9    polarized light microscope analysis of the
10   material, the same -- the sample - would that
11   give you a high level of confidence that what
12   you were looking at was asbestos if it was
13   consistent with the regulated asbestos
14   materials as measured by morphology, chemical
15   composition, crystal structure and refractive
16   index?
17            MR. CHACHKES:  Objection.
18            THE WITNESS:  Well, that's
19        quite a mouthful of a sentence.
20            Boy.  If done correctly.  But,
21        of course, the methodology used in the
22        Longo, Rigler report was not done
23        correctly.
24            For example, you say SAED.
25        Well, a single SAED analysis is not

50 (Pages 194 to 197)

Melinda Darby Dyar, Ph.D.

Page 198

1  enough to identify a mineral.  So if
2  you only had one SAED, then you
3  couldn't identify asbestos, et cetera,
4  et cetera.
5      If you only had one measurement
6  of the dimensions of the particle, you
7  wouldn't know anything about the
8  population from which it was drawn
9  and, therefore, you could not
10  determine if it came -- if it was
11  asbestos.
12      So that's a general --
13  generalized question that is
14  impossible to answer.  But I can
15  certainly say that with the individual
16  measurements -- or with the methods
17  used in the -- used by Drs. Longo and
18  Rigler, no, you cannot determine if
19  something is asbestos.
20      Moreover, I will also say that
21  each of those techniques perhaps
22  identifies maybe 250 to 500 different
23  possible minerals -- I'm just making
24  those numbers up -- and they're the
25  same 250 to 500 minerals because they

Page 199

1  all have very similar compositions,
2  crystal structures, et cetera, et
3  cetera.
4      So this methodology is
5  fundamentally flawed.
6  QUESTIONS BY MR. FINCH:
7      Q.   Are you saying the -- let me
8  focus on the SAED.
9      What's the basis for your
10  statement in your report at page 29 and 40
11  that --
12      A.   You mean 29 and 30?
13      Q.   29 and 40.  You say it in two
14  different places.
15      A.   Oh.
16      Q.   You cite to Yamate for the
17  proposition that SAED requires at least two
18  zone axes in order to make a determination of
19  the crystalline structure.
20      A.   Yes, that's correct.
21      Q.   What's the basis for that
22  statement?
23      A.   One SAED pattern only tells you
24  two dimensions of what is a three-dimensional
25  crystal structure lattice.  As it happens,

Page 200

1  having only two dimensions is not diagnostic,
2  which is the point of the data I present in
3  this report to show that there are many, many
4  minerals that satisfy the D spacing criteria
5  that Dr. Longo uses.
6      Q.   All right.  The D spacing is
7  the space -- the distance between the atoms,
8  correct?
9      A.   Distance between layers of
10  atoms, yes.
11      Q.   And the zone axis measurement
12  is the measurement of the angles?
13      A.   The zone axis measurement just
14  refers to the way the crystal was positioned
15  at the time the X-ray pattern was collected
16  relative to the crystal structure itself.
17      Q.   And you -- and you say that the
18  Yamate 3 methodology for confirming the
19  presence of asbestos in talc requires two
20  SAED zone axis determination and an EDS
21  analysis, correct?
22      A.   That's what the Yamate
23  statement says.  And if you'd like, we can
24  take a look at that together.
25      Q.   Well, we'll get to there in a

Page 201

1  minute.
2      Other than Yamate, 1984, can
3  you point me to any generally recognized
4  standard or peer-reviewed literature that
5  says that you have to have two SAED zone axis
6  determinations for every particle that one is
7  analyzing using SAED?
8      A.   So I would imagine that every
9  mineralogy book ever written about
10  crystallography explains that minerals are
11  three-dimensional structures, and it's always
12  necessary to know all three directions in
13  order to identify a mineral.
14      Books that come to mind include
15  probably the Hurlbut and Klein textbook that
16  you already have, Bloss' optical
17  crystallography book, certainly my book.
18      And many other sources would
19  tell you that just because a mineral has one
20  particular dimension, which is basically what
21  Dr. Longo provides in the diffraction
22  verification document, no conclusions can be
23  drawn regarding identification.
24      Q.   With respect to asbestos
25  specifically, can you identify anything

51 (Pages 198 to 201)

Melinda Darby Dyar, Ph.D.

Page 202

```
 1    besides Yamate that states that you need two
 2    SAED zone axis determinations in order to --
 3    and an EDS analysis in order to make a
 4    determination that a material is asbestos?
 5          MR. FROST:  Objection.
 6          THE WITNESS:  I'm sure I could
 7       find some citations.  It's such a
 8       common, obvious thing that I don't
 9       think anyone would write a
10       peer-reviewed paper to even say that.
11    QUESTIONS BY MR. FINCH:
12       Q.    You haven't listed anything
13    other than Yamate in your report; is that
14    correct?
15       A.    To support this particular
16    point, no, because it's common knowledge
17    among crystallographers.
18       Q.    All right.  You have Yamate.  I
19    think it's Exhibit --
20       A.    7.
21       Q.    7.
22             You were quoting from page 44?
23       A.    Uh-huh.
24       Q.    "The protocol states that the
25    identification requires two SAED zone axis
```

Page 203

```
 1    determinations and an EDS analysis."
 2             You're referring to the -- I'm
 3    on page 41.  You're referring to the Yamate
 4    protocol, right?
 5       A.    Oh, wait a minute.  Are we
 6    talking about my report now?
 7       Q.    I'm looking at your report,
 8    page 41, and it says, "The protocol,"
 9    referring to Yamate, "states that
10    identification requires two SAED zone axis
11    determinations."
12       A.    Yes, that's what it says.
13       Q.    Okay.  And where does it say
14    that in Yamate?
15       A.    Oh, let's take a look here.
16             On page 44 it says, "The level
17    3 analytical procedure consists of locating
18    the selected fibers," blah-blah-blah,
19    "obtaining and according two zone axis SAED
20    patterns from each selected fiber, and
21    obtaining, recording and photographing
22    representative EDS spectra from the subject
23    fiber."
24       Q.    Okay.  Does the Yamate criteria
25    require that SAED analysis from two different
```

Page 204

```
 1    near exact zone orientations be done for
 2    every structure that one is looking at?
 3       A.    That's what it says.
 4       Q.    Could you turn to the next
 5    page?
 6       A.    It says "from each selected
 7    fiber."
 8       Q.    Turn to the next page in
 9    Yamate.
10       A.    (Witness complies.)
11       Q.    Under point 5 it says, "It is
12    recommended that approximately 20 percent, at
13    least 10 percent of the fibers examined in
14    level 2 analysis, be selected for level 3
15    SAD -- SAED analysis.  Fibers which would be
16    classified as amphiboles are ambiguous in
17    level 2 analysis should be more often
18    included for level 3 analysis as compared to
19    those fibers which could readily be
20    identified as not asbestos."
21             Do you see that?
22       A.    I see that.
23             So let's take this back to
24    what's actually in the Longo, Rigler reports.
25             So in point of fact, there are
```

Page 205

```
 1    no individual fibers for which two SAED
 2    patterns are given.  And in fact, only after
 3    the fact were any diffraction verification
 4    documents given, and I don't believe that
 5    they represent even 20 percent of the
 6    particles identified by Drs. Longo and
 7    Rigler.  So their methodology is flawed on
 8    many counts relating to this.
 9       Q.    Isn't it true that the SAED
10    diffraction verification documents that Longo
11    and Rigler provided consist of more than
12    10 percent of the total number of structures
13    they analyzed?
14       A.    I believe they only looked at
15    six out of the 70-odd samples that they
16    studied, so six out of 70-odd is not quite
17    10 percent.  I don't have the exact numbers
18    in my head.
19       Q.    ISO 22262-1 is a publication
20    that you at least cite to and rely on in your
21    discussion of Dr. Rigler and Dr. Longo's
22    work, correct?
23             MR. FROST:  Objection.
24             THE WITNESS:  I certainly point
25       out where their methodology is
```

Melinda Darby Dyar, Ph.D.

Page 206

1    consistent and inconsistent with
2    what's in this report, yes.
3    QUESTIONS BY MR. FINCH:
4        Q.    Could you turn to page 64 of
5    what's been marked as Exhibit 4, ISO 22262-1?
6        A.    Section F 3?
7        Q.    Yes.
8            What is it talking about in
9    section F 3?
10       A.    Electron diffraction.
11       Q.    Is that another name for SAED?
12       A.    In this context, yes.
13       Q.    Okay.  One, two, three, four,
14   five paragraphs down --
15       A.    Uh-huh.
16       Q.    -- ISO 22262-1 states, "ED,"
17   referring to electron diffraction patterns,
18   "can be particularly useful for
19   differentiating fibrous talc from
20   anthophyllite asbestos, both of which have
21   similar EDXA spectra."
22           First of all, do you agree that
23   fibrous talc and anthophyllite asbestos have
24   similar EDXA spectra?
25       A.    I agree that talc and

Page 207

1    anthophyllite have similar EDS spectra
2    because, of course, that's all you can say
3    about those methods.  They only look at
4    chemistry.  So all I can say is that
5    chemically, talc and anthophyllite can be
6    quite similar.
7        Q.    Then going on to, "Electron
8    diffraction of talc produces a pseudo
9    hexagonal pattern that does not change as the
10   fiber is tilted using the goniometer.
11   Anthophyllite asbestos, on the other hand,
12   produces assorted spots appearing and
13   disappearing along layer lines as the fiber
14   is tilted using the goniometer."
15           That refers to the analyst
16   looking at the sample in the transmission
17   electron microscope and tilting it, correct?
18       A.    That's what it refers to, yes.
19       Q.    All right.  The next two
20   sentences deal with chrysotile, so I'm going
21   to skip those.
22           "Analysis of laboratory samples
23   seldom requires zone axis measurements.
24   However, if a zone axis ED analysis is to be
25   attempted on the fiber, the sample should be

Page 208

1    amounted in the appropriate holder" --
2        MR. CHACHKES:  Mounted.
3    QUESTIONS BY MR. FINCH:
4        Q.    -- "mounted in the appropriate
5    holder."
6            And then it goes on to describe
7    the complete rotation of the specimen grid
8    and the tilting of the grid about a single
9    axis.
10           Do you see that?
11       A.    Yes.
12       Q.    And it instructs the analyst to
13   tilt the fiber until an ED pattern appears,
14   which is a symmetrical, two-dimensional --
15   which is a symmet -- two words, a, space,
16   symmetrical, two-dimensional array of spots.
17   The recognition of zone axis alignment
18   conditions require some experience on the
19   part of the operator.
20           Do you agree with that?
21       A.    Yes.  Although we teach
22   students to do that.
23       Q.    And you agree with me that
24   what's going on here is the analyst is
25   tilting the structure around in realtime,

Page 209

1    looking at it through the transmission
2    electron microscope to look -- to see whether
3    or not when he or she adjusts the goniometer
4    that the -- whether or not the hexagonal
5    pattern changes or not?
6        A.    Sort of.
7            What's going on is that you're
8    trying to tilt the sample so that rows of
9    atoms in the sample are perpendicular to the
10   beam of electrons.  That's what you're doing.
11           And that satisfies the
12   diffraction condition and, therefore, gives a
13   pattern of spots.
14       Q.    All right.  On page 65 --
15       A.    Uh-huh.
16       Q.    -- the standard states, "If the
17   results obtained from one ED pattern do not
18   resolve any ambiguity in the identification
19   of a fiber, a second ED pattern obtained at a
20   different orientation of the fiber can be
21   examined, and the observed tilt angle between
22   the two orientations can be compared with the
23   theoretical angle calculated from the
24   suspected crystal structure."
25           Do you see that?

53 (Pages 206 to 209)

Melinda Darby Dyar, Ph.D.

Page 210

1      A.    Actually, I don't see where
2   that is, but --
3      Q.    Page 65.
4      A.    Yeah, I'm looking at it.
5      Q.    Bottom paragraph.
6      A.    Oh, at the bottom.  Yes.  Okay.
7      Q.    All right.
8      A.    Where it's talking about using
9   a computer program to do this, yes.
10     Q.    What it says is, "If the
11  results obtained from one ED pattern do not
12  resolve any ambiguity in the identification
13  of a fiber, a second ED pattern obtained at a
14  different orientation of the fiber can be
15  examined."
16            Would you agree with me that
17  "can" does not say "shall" or "must"?
18     A.    I agree with you that it says
19  "can," but I believe you're proving the point
20  I made in my report, which is that crystal
21  structures are inherently three-dimensional,
22  and you cannot identify a specific mineral
23  species on the basis of only one orientation.
24     Q.    But how do you -- what's --
25  what is the basis for your conclusion that

Page 211

1   the analysts that were looking at the
2   crystalline structure in realtime using SEM
3   in Dr. Longo's lab were not turning the
4   goniometer to look at it from multiple
5   perspectives?
6            Do you have any basis for
7   concluding that they weren't doing that?
8      A.    My basis for concluding that is
9   that they only include one image for each
10  crystal.  Therefore, there is no evidence in
11  any of their reports that they did multiple
12  zone axis measurements.
13     Q.    So what you're saying is
14  because there's not more than one image, that
15  means that they didn't look at it from two
16  different angles, as ISO 22262-1 discusses at
17  page 64?
18     A.    Precisely.  And that is the
19  point I make in my report, that they do not
20  look at more than one zone axis on any
21  individual crystal.
22     Q.    Well, you're just assuming
23  that, aren't you?  They just -- they didn't
24  take a picture of a different zone axis.
25            But wouldn't you agree with me

Page 212

1   that ISO 22262-1 at page 64 says that at
2   least when you're examining anthophyllite
3   asbestos versus talc, it becomes apparent by
4   tilting the goniometer which is which because
5   the image does not change if it's talc, if
6   the fiber is tilted?
7            MR. LOCKE:  Objection.
8            THE WITNESS:  So let's
9   decompose that question a little bit.
10            First of all, it is true that
11  at specific orientations the
12  diffraction patterns of talc and
13  anthophyllite can look quite similar.
14            It is also true that if you
15  tilt the stage, you may not see the
16  same pattern of spots for talc and
17  anthophyllite.
18            But it all goes back to the
19  point I make in my report, which is
20  that if you only have one of these
21  patterns, it doesn't matter how hard
22  you work to get it, one pattern is not
23  enough to identify a three-dimensional
24  structure, because one pattern can
25  only physically tell you about two

Page 213

1   dimensions.
2            MR. CHACHKES:  And by the way,
3   we've been going a little over an
4   hour, if you reach a natural breaking
5   point.
6            MR. FINCH:  Yeah, this is a
7   good breaking point.
8            MR. CHACHKES:  Thank you.
9            VIDEOGRAPHER:  Okay.  The time
10  is 2:24 p.m.  Off the record.
11           (Off the record at 2:24 p.m.)
12           VIDEOGRAPHER:  Okay.  We are
13  back on the record.  The time is
14  2:46 p.m.
15  QUESTIONS BY MR. FINCH:
16     Q.    Good afternoon, Professor Darby
17  Dyar.  We're back on the record after a short
18  break.
19            On page 32 of your expert
20  witness report, you write that "The SAED
21  patterns are labeled with mineral species
22  names using only visual inspections based on
23  operator experience, methodology for which
24  the Longo, Rigler MDL report cite no support.
25  This practice may be able to distinguish

Melinda Darby Dyar, Ph.D.

Page 214

1    among species for materials that are already
2    known to contain asbestos, but it may fail in
3    the applications where the spectrum of
4    possible mineralogy is broad."
5         That's what you write, correct?
6    A.   That's what I write.
7    Q.   What is the basis for your
8    statement that the spectrum of possible
9    mineralogy is broad in the talc mines in
10   Vermont, in Italy, from which Johnson &
11   Johnson obtained its talc?
12        MR. CHACHKES:  Objection.
13        THE WITNESS:  So because I know
14        nothing about the mineralogy in those
15        localities, all I can say is this
16        general statement, which is that
17        looking at an SAED pattern, which is
18        what Longo and Rigler and their
19        associates admittedly do in their
20        deposition, makes it difficult to
21        distinguish mineral species in
22        applications where the spectrum of
23        possible mineralogy is broad.
24   QUESTIONS BY MR. FINCH:
25   Q.   What about in the -- in the

Page 215

1    spectrum where the possible mineralogy is not
2    broad, as in the case of a Vermont talc mine
3    where a handful of accessory minerals have
4    been identified and that's it?
5         MR. CHACHKES:  Objection.
6         MR. LOCKE:  Objection.
7         THE WITNESS:  Well, I don't
8         know anything about the mineralogy of
9         Vermont talc mines, and so I can't say
10        that there's any independent
11        constraints because I don't know that
12        that is the case.
13   QUESTIONS BY MR. FINCH:
14   Q.   Okay.  So you do say that "This
15   practice, i.e., analyzing SAED patterns based
16   on operator experience, may be able to
17   distinguish among species for materials that
18   are already known to contain asbestos."
19        So presumably you agree that if
20   the operators already know based on some
21   source that asbestos is among the possible
22   materials in the mix of the sample they're
23   looking for, using SAED to label mineral
24   species with names using visual inspection
25   may be able to distinguish among the

Page 216

1    different species, correct?
2         MR. CHACHKES:  Objection.
3         THE WITNESS:  I do use the word
4         "may," and I would say that if you
5         handed me a clump of asbestos and
6         asked me to determine which of the six
7         mineral species it was, I might be
8         able to do -- to use SAED to identify
9         which of the six it was, which is why
10        I deliberately used the word "may"
11        fail.
12   QUESTIONS BY MR. FINCH:
13   Q.   Am I correct that you have no
14   basis for your conclusion that the spectrum
15   of possible mineralogy in the Vermont source
16   talc used by Johnson & Johnson -- strike
17   that.
18        Am I correct that you have no
19   basis for your statement in your report that
20   the spectrum of possible mineralogy is broad
21   when it comes to the sources of talc used by
22   Johnson & Johnson?
23        MR. CHACHKES:  Objection.
24        THE WITNESS:  I stand by my
25        statement because, for example, there

Page 217

1    are more than a hundred amphibole
2    minerals.  It would be very difficult
3    to distinguish them by SAED.
4         And as far as I'm aware, I know
5    nothing about the mineralogy of talc
6    mines from which these particular
7    samples that Drs. Longo and Rigler
8    tested.  So to me, the spectrum of
9    possible mineralogy is quite broad.
10   QUESTIONS BY MR. FINCH:
11   Q.   Of those hundred amphibole
12   minerals, how many of them have the same
13   chemical signature as anthophyllite or
14   tremolite and an SAED diffraction pattern
15   that is consistent with asbestos and
16   morphology that has structures which have
17   aspect ratios on average greater than 7 to 1
18   and that on PLM are determined to be
19   consistent with asbestos?
20        How many of the hundred
21   amphibole minerals you just talked about meet
22   all those criteria?
23        MR. CHACHKES:  Objection.
24        THE WITNESS:  Wow, that's
25        another omnibus question, so let's

Melinda Darby Dyar, Ph.D.

Page 218

1    break that down a little bit.
2         So chemically, any of the
3    amphibole minerals that are either
4    magnesium, iron and calcium-bearing or
5    just magnesium and iron-bearing would
6    all be indistinguishable by EDS.
7         If you had one SAED pattern,
8    which most of the data in the
9    diffraction verification document of
10   Dr. Longo's have, they only show one
11   particular orientation that is common
12   to, as we noted in my document,
13   25 percent of all minerals in the
14   database from our book.
15        So let's see. What else did
16   you ask?
17        Let's see. And then
18   morphology, "has structures which have
19   aspect ratios" -- so we haven't even
20   really talked about counting criteria,
21   which is really what you're -- what
22   you're specifying here, 7 to 1. I'm
23   not sure where that number is coming
24   from.
25        And then when you say "on PLM

Page 219

1    are determined to be consistent with
2    asbestos," again, on PLM you can tell
3    something about morphology because you
4    can measure the dimensions of the
5    grain, and if you use an array of
6    refracted index oils, you can tell
7    something about composition with PLM.
8         So those are answers to your
9    individual question, and I think it's
10   too vague to try to give a straight
11   answer to your original question as
12   posed.
13   QUESTIONS BY MR. FINCH:
14        Q.   So sitting here today, you
15   can't give me a number as to how many of the
16   hundred amphiboles that exist would meet all
17   those criteria?
18        MR. LOCKE: Objection.
19        MR. FROST: Objection.
20        THE WITNESS: I would say, for
21   example, that all of the 100 amphibole
22   minerals would meet the SAED one zone
23   axis angles -- or values that are in
24   the diffraction verification documents
25   because they're all amphiboles.

Page 220

1         MR. FINCH: Objection. Move to
2    strike.
3    QUESTIONS BY MR. FINCH:
4         Q.   My question was: How many,
5    sitting here today, can you tell me would
6    meet all four of the criteria that I just
7    laid out?
8         MR. LOCKE: Objection.
9         MR. CHACHKES: Objection.
10        THE WITNESS: So your criteria
11   were simply just names of techniques.
12   They weren't specific about the names
13   and techniques.
14        So if you want to tell me what
15   it is about SAED and what it is about
16   PLM and what it is about morphology,
17   et cetera, et cetera, for each of
18   those, then I could probably answer
19   your question. I'd be happy to.
20   QUESTIONS BY MR. FINCH:
21        Q.   Do you know as you sit here
22   today how many different minerals have been
23   identified in Vermont-sourced talc or
24   Italian-sourced talc that went into Johnson's
25   baby powder?

Page 221

1         A.   I have no knowledge of the
2    mineralogy of those deposits or, in fact, any
3    talc deposits.
4         Q.   So it could be three minerals,
5    it could be five minerals, it could be ten
6    minerals; you have no knowledge, correct?
7         MR. CHACHKES: Objection.
8         MR. LOCKE: Objection.
9         THE WITNESS: Correct. I
10   believe we've established that I don't
11   know anything about the mineralogy of
12   Vermont or any other talc deposits,
13   aside from the fact that they contain
14   talc.
15   QUESTIONS BY MR. FINCH:
16        Q.   Have you ever heard of McCrone
17   Laboratories or Walter McCrone Associates?
18        A.   Yes.
19        Q.   Do you regard them as a
20   well-respected laboratory for the purposes of
21   analyzing materials to determine whether or
22   not they contain asbestos or other
23   contaminants?
24        A.   I don't know anything about
25   that aspect of what they do. I'm only

56 (Pages 218 to 221)

Melinda Darby Dyar, Ph.D.

Page 222

1    familiar with the fact that they teach
2    classes in optical microscopy.
3        Q.    And they teach classes in how
4    to use a microscope to identify materials,
5    correct?
6        A.    They teach classes in how to do
7    fundamental measurements on a microscope,
8    yes.
9        Q.    Have you ever attended a class
10   taught by Walter McCrone and Associates or
11   McCrone?
12       A.    I teach my own classes on
13   optical microscopy, so, no, I have no need
14   and, therefore, have never attended a class
15   taught by McCrone or anyone having to do with
16   McCrone.
17       Q.    Have you ever heard any
18   significant criticisms of their laboratories
19   in your field?
20       A.    McCrone is not an academic
21   laboratory.  It's not something that research
22   scientists do.  Optical microscopy is
23   generally in the toolkit of mineralogy
24   researchers, and so there would no need to
25   use any laboratory.  And, therefore, I barely

Page 223

1    know of McCrone.
2        Q.    Oh, so you haven't -- as you
3    sit here today, there's not any criticisms
4    you have or you can think of of McCrone
5    Associates?
6        A.    I don't have enough information
7    to have an opinion.
8            (Dyar Exhibits 18, 19 and 20
9    marked for identification.)
10   QUESTIONS BY MR. FINCH:
11       Q.    All right.  I've marked what's
12   been Exhibits 20 --
13       MR. CHACHKES:  18.
14   QUESTIONS BY MR. FINCH:
15       Q.    -- 18 and 19.
16       MR. CHACHKES:  Yeah.
17   QUESTIONS BY MR. FINCH:
18       Q.    Yeah.  20 is a May 24, 1976
19   document; is that right?
20       A.    Oh, wait.  20 you want to go to
21   first?
22       Q.    Yes.
23       A.    Yes, it says May 24th.
24       Q.    Okay.  And 19, which one is 19?
25       A.    19 is July 1, 1975.

Page 224

1        Q.    And 18 is?
2        A.    November 5th.
3        Q.    All right.  I want to do them
4    20 -- I'm going to do them in reverse
5    chronological order, going backward in time,
6    so starting with Exhibit 20.
7            Do you have that?
8        A.    I do.
9        Q.    This is a May 24, 1976 letter
10   to Walter McCrone Associates from Roger
11   Miller, who was the president of Windsor
12   Minerals.
13           Do you see that?
14       A.    That's what it looks like, yes.
15       Q.    Do you have any understanding
16   of who Roger Miller is or what Windsor
17   Minerals is?
18       A.    Never heard of him.
19       Q.    All right.  If I were to
20   represent to you that Windsor Minerals was a
21   Johnson & Johnson subsidiary that owned the
22   mines from which it mined talc for cosmetic
23   talc, do you have anything to dispute that
24   statement?
25       MR. CHACHKES:  Objection.

Page 225

1        THE WITNESS:  I can neither
2    affirm nor dispute that statement.
3    QUESTIONS BY MR. FINCH:
4        Q.    All right.  Exhibit 20 states
5    that "The samples which are relevant to the
6    production and sale of cosmetic talc in the
7    US and Canadian markets are those bearing the
8    letters HC as part of their prefix.  The
9    dates included in the identifier are the
10   dates on which the material was processed."
11           Do you see that?
12       A.    You read that correctly, yes.
13       Q.    Okay.  So this is the president
14   of Windsor Minerals writing to the people at
15   McCrone Associates what the terminology in
16   the letter means, what HC means, correct?
17       A.    That's what it appears.  The
18   letter's not signed.
19       Q.    Back in the 1970s, wasn't it a
20   common practice when people wrote letters
21   that there be a carbon copy and sometimes
22   the -- there wasn't -- the Xerox machine was
23   not as ubiquitous as it is now, and you
24   wouldn't always have the signed copy in the
25   file?

57 (Pages 222 to 225)

Melinda Darby Dyar, Ph.D.

Page 226

1    MR. CHACHKES:  Objection.
2    THE WITNESS:  It's perfectly
3    easy to sign a carbon copy.
4    QUESTIONS BY MR. FINCH:
5    Q.    Be that as it may, Windsor
6    Minerals -- you see this is -- this is a
7    document produced from the files of Johnson &
8    Johnson at the bottom?
9    MR. FROST:  Objection.
10   QUESTIONS BY MR. FINCH:
11   Q.    J&J talc?
12   A.    I have -- I have no knowledge
13   of that, other than your assertion and this
14   cryptic notation which looks like it was
15   added after the fact.
16   Q.    Turning now to Exhibit 18, and
17   keep Exhibit 20 handy.
18   "This letter will supplement
19   our report of 1 July 1975 on a series of talc
20   ore samples which we have analyzed for you.
21   Table 1 shows the actual fiber counts and the
22   approximate equivalent concentration in parts
23   per million of amphibole particles which we
24   found in these samples.  Some of them seem
25   rather high.  Most of these come in bundles

Page 227

1    of one, two or three fibers, anything from
2    two to five amphiboles in a bundle."
3    And it's reporting on the
4    results from McCrone to the Windsor Mineral
5    Company, correct?
6    A.    Apparently.
7    Q.    All right.  And on Table 1 on
8    the second page of the document, the back
9    page, there's a column labeled "Fibers of
10   Asbestos"?
11   A.    That's what it says.
12   Q.    And then it -- by
13   cross-referencing the tabs, you can take the
14   sample numbers and if it's -- see whether
15   it's HC or GI or WI?
16   A.    Yes, I see that.
17   Q.    All right.  Does this document
18   suggest to you that McCrone and Associates
19   identified fibers of asbestos in samples of
20   ore from a Vermont mine owned by the Windsor
21   Mineral Company which were used in the
22   production of cosmetic talc, HC?
23   MR. FROST:  Objection.
24   THE WITNESS:  I have no
25   knowledge of the connection between

Page 228

1    these two documents.
2    For example, after this
3    testing, were these samples actually
4    used?  I can't tell.
5    It says "amphibole."  Which
6    amphibole?  Is it one of the regulated
7    amphibole minerals?
8    QUESTIONS BY MR. FINCH:
9    Q.    It says "fibers of asbestos,"
10   correct?
11   A.    It does say "fibers of
12   asbestos."  I would ask, how are they
13   defining that?
14   This was 1975, and there's no
15   explicit explanation here, so I would wonder
16   how they defined that.
17   So there's many murky things
18   about this document that make me feel like
19   it's being taken out of context.
20   Q.    And if you were going to
21   analyze this document as a scientist, isn't
22   it correct that you would want to see the
23   photomicrographs that McCrone and Associates
24   took and their analyses, both chemical
25   analyses and any other analyses, they

Page 229

1    provided on the documents?
2    MR. CHACHKES:  Objection.
3    THE WITNESS:  Well, I would ask
4    why, as a scientist, I would want to
5    analyze something like this.  I would
6    much prefer to analyze a formal
7    report.
8    QUESTIONS BY MR. FINCH:
9    Q.    If there were a formal report
10   that once upon a time went along with this
11   and contained photomicrographs -- you okay,
12   ma'am? -- or count -- or count sheets or
13   diffraction patterns, would that be
14   information that you would want to consider
15   to analyze whether or not this letter report
16   from McCrone is accurate and reliable?
17   MR. CHACHKES:  Objection.
18   THE WITNESS:  I don't know.
19   We're going far outside the scope of
20   my remit here, which is to evaluate
21   methodology.  But I would say, again,
22   there's no context here.  There's
23   no -- I have no way of knowing whether
24   the samples in this report are ones
25   that were ever even involved in a mine

58 (Pages 226 to 229)

Melinda Darby Dyar, Ph.D.

Page 230

1    or even used in commercial production.
2    There's not enough information here to
3    make a judgment.
4         And if they weren't used, then
5    there wouldn't be any -- need to be
6    any more information.
7    QUESTIONS BY MR. FINCH:
8         Q.   But in order to understand the
9    context, you agree with me that it would be
10   useful to have the backup data that underlies
11   this report?
12        MR. CHACHKES:  Objection.
13        THE WITNESS:  I'm still not
14   understanding why I would want to be
15   examining this report.  I'm supposed
16   to be evaluating methodology here, and
17   you're asking me to evaluate a random
18   report with no context about which I
19   know nothing.
20        There's nothing in here to
21   indicate that the samples they're
22   talking about were ever -- ever even
23   had anything to do with talc that was
24   actually produced from Vermont mines
25   or anywhere else.

Page 231

1    QUESTIONS BY MR. FINCH:
2         Q.   I want you to assume that these
3    documents are contemporaneous reports of
4    McCrone analyses of talc from the very mines
5    that Johnson & Johnson used to source its
6    baby powder in the 1970s, and that in
7    Exhibits 18 and 19 McCrone states that they
8    found fibers of asbestos, in the case of
9    Exhibit 18, and Exhibit 19, confirmed
10   asbestos visual on page 2, in multiple
11   samples of talc ore from the Vermont mines
12   that were used to source cosmetic talcum
13   products.
14        A.   So --
15        MR. CHACHKES:  So -- go ahead.
16   QUESTIONS BY MR. FINCH:
17        Q.   So based on that set of
18   assumptions, Doctor, do you have any basis to
19   say that this is not evidence that one of the
20   minerals that can potentially be found in
21   talc from Vermont is amphibole asbestos?
22        MR. CHACHKES:  So objection.
23   You don't have to take those
24   assumptions.
25        You shouldn't be

Page 232

1    misrepresenting the documents.
2         So with that note --
3         THE WITNESS:  I choose not to
4    answer.
5    QUESTIONS BY MR. FINCH:
6         Q.   You have not, as part of your
7    work in this case, asked Johnson & Johnson
8    for all of the testing results that have ever
9    been done on either the talc ore or the baby
10   powder product itself, correct?
11        A.   So my role here was to evaluate
12   methodology used by Longo and Rigler.  It was
13   not to evaluate testing protocols used by
14   Johnson & Johnson.
15        I have no opinion of -- no
16   knowledge of those and no opinion on those.
17        Q.   Are you familiar with the
18   testing protocol J41 -- J4-1?
19        A.   I don't believe so.
20        Q.   It's the testing protocol that
21   the talc manufacturers voluntarily put into
22   place in the mid-'70s for the analysis of
23   asbestos in talc.
24        Are you familiar with that?
25        MR. LOCKE:  Objection.

Page 233

1         MR. CHACHKES:  Objection.
2         THE WITNESS:  No.
3    QUESTIONS BY MR. FINCH:
4         Q.   If I were to tell you that it
5    is a combination of XRD and optical
6    microscopy, is the J4 method, would you agree
7    with me that those two methodologies would
8    not be able to detect asbestos fibers in talc
9    at a concentration below 0.1 percent?
10        MR. CHACHKES:  Objection.
11        MR. LOCKE:  Objection.
12        THE WITNESS:  Oh, I would need
13   a lot more information than your
14   random statement that it meets XRD and
15   optical microscopy.  I'd need to
16   examine that document to be able to
17   render an opinion.
18   QUESTIONS BY MR. FINCH:
19        Q.   You're not -- I think you just
20   said two questions ago you're not giving any
21   opinions that Johnson & Johnson's historical
22   methodologies for testing its talc for the
23   presence of asbestos are accurate or
24   reliable; is that correct?
25        MR. CHACHKES:  Objection.

59 (Pages 230 to 233)

Melinda Darby Dyar, Ph.D.

Page 234

1    THE WITNESS:  I'm not giving
2  any opinion, period, on testing
3  procedures from Johnson & Johnson
4  because I have no knowledge of them
5  and, therefore, cannot comment in any
6  way.
7  QUESTIONS BY MR. FINCH:
8    Q.    All right.  On page 33 of your
9  report, you reference a term "unspecified
10  constant."
11    Do you see that?
12    A.    Yes.
13    MR. CHACHKES:  I'm sorry, on
14  page 33?
15    MR. FINCH:  Page 33 of her
16  report.
17    THE WITNESS:  Yep, it's right
18  here.
19    MR. CHACHKES:  Okay.  Thanks.
20  QUESTIONS BY MR. FINCH:
21    Q.    How do you calculate the camera
22  constant for doing SAED?
23    A.    So the camera constant is
24  calibrated for each individual apparatus
25  using a reference standard, and it allows you

Page 235

1  to relate the spacial distances in an image
2  to actual physical distances.  And it varies
3  by instrument, and it is explicitly not
4  provided.  Even though the definition of
5  camera constant is given on each page in the
6  diffraction verification document, the actual
7  value for their instrument or instruments is
8  not given.
9    Q.    Could you turn to page 37?
10    A.    (Witness complies.)
11    Q.    What does camera K refer to?
12    A.    I have no idea.
13    Q.    You don't think that refers to
14  camera constant?
15    A.    I was not going to guess.
16    Q.    If that, in fact, does -- are
17  you familiar with the scientific --
18    A.    I am, but in point of fact,
19  it's expressed, you'll notice, in units of
20  pixel per angstrom.  And the images in these
21  documents, which are many times scanned, no
22  longer have any pixels.
23    So even if that is the camera
24  constant, this number is completely useless
25  because there are no pixels in any of these

Page 236

1  images.
2    Q.    Isn't it true --
3    MR. FINCH:  Mark this as the
4  next exhibit.  It's Exhibit 21.
5    (Dyar Exhibit 21 marked for
6  identification.)
7  QUESTIONS BY MR. FINCH:
8    Q.    In the diffraction verification
9  documents --
10    A.    Uh-huh.
11    Q.    -- in every one there is a
12  field called camera K, camera K, camera K?
13    A.    And in every one it's given in
14  units of pixel per angstrom, which is a
15  useless unit.
16    So I stand by my statement that
17  the constant is unspecified in terms that are
18  useful enough to allow someone else to
19  interpret the images, which was the point of
20  my statement there.
21    Q.    Okay.  So you're saying that --
22  did you understand camera K to be a reference
23  to camera constant or not?
24    A.    I did not know.  There was not
25  enough information.  That is not defined

Page 237

1  anywhere in any of the documents I saw.
2    And even if it had been, I have
3  no way of using that information because
4  there's no pixels in any of the images.
5    Q.    The pixels in the images are
6  the SAED images that you've shown some
7  examples of, for example, on page 28 of your
8  report; is that right?
9    A.    Certainly.
10    Q.    And your -- my understanding is
11  it's your complaint that because the images
12  are not sufficiently clear, you can't verify
13  the camera constant in the diffraction
14  verification worksheets?
15    A.    Yes.  Using something that's
16  expressed in pixels per angstrom implies that
17  in order to use it, you would need to be able
18  to count pixels, and that is impossible in
19  these images.
20    Q.    Was it impossible for the
21  operator at the time he or she was analyzing
22  the particle in realtime using the
23  microscope?
24    A.    Presumably the personnel at the
25  Longo, Rigler company are familiar with the

60 (Pages 234 to 237)

Melinda Darby Dyar, Ph.D.

Page 238

1    camera constants for their apparati, yes.
2         And in fact, they used said
3    camera constants to determine these values
4    that are at the bottom of each of these
5    pages. But I cannot go backwards.
6         Q.    So you can't reverse-engineer
7    it, in other words, and that's your
8    criticism?
9         A.    Correct. These documents do
10   not provide a camera constant in any useful
11   units, thereby making it impossible to
12   corroborate their measurements.
13        Q.    Okay. But in fact they did
14   have a camera constant. You just -- your
15   criticism is that the pixels are just
16   sufficiently clear for you to recalculate
17   their camera constant for each of the
18   diffraction patterns that they were providing
19   data for; is that correct?
20        MR. CHACHKES:  Objection.
21        MR. LOCKE:  Objection.
22        THE WITNESS:  The point of my
23   statement on page 33 is "lacking
24        knowledge of that constant, D spacings
25        cannot be easily verified for the

Page 239

1    patterns in their reports."
2         And the most important part of
3    that sentence is that there is not
4    enough information here or in any of
5    these diffraction verification
6    documents for me to confirm the D
7    spacing values that they list.
8    QUESTIONS BY MR. FINCH:
9         Q.    But you would agree with me
10   that on the face of each of the documents
11   there is a notation that has camera K, which
12   a scientist could conclude or should conclude
13   means camera constant for that particular
14   data set, correct?
15        MR. LOCKE:  Objection.
16        MR. CHACHKES:  Objection.
17        THE WITNESS:  That's completely
18   conjectural. I have no reason to
19   expect that. K is not the first
20   letter of the word "constant."
21        So lacking any information to
22   tell me that that's what it was, and
23   lacking any way to use that value
24   because of the way it's expressed in
25   units, I feel that Drs. Longo and

Page 240

1         Rigler failed to demonstrate that
2    their D spacings are reproducible or
3    verifiable independently.
4    QUESTIONS BY MR. FINCH:
5         Q.    Do you agree that the
6    anthophyllite solid solution series includes
7    cummingtonite?
8         A.    So I don't believe that that
9    vocabulary is consistent with the current
10   terminology for amphiboles.
11        If you look on page 607 of my
12   book, you can see that there are about seven
13   minerals which are in the same subgroup of
14   amphibole minerals. And one could say that
15   there might potentially be solid solution
16   amongst all seven of those primary minerals,
17   each of which has from four to seven related
18   species and many subspecies.
19        So it's a little restrictive to
20   say that those belong to a single solid
21   solution series. It's not really the
22   appropriate term to use for the variation of
23   chemistry in amphibole minerals.
24        Q.    On page 35 you state, last
25   paragraph, "A more comprehensive analysis

Page 241

1    using the American mineralogists crystal
2    structure database shows that more than 1,000
3    crystal structures have at least one D
4    spacing in the range above."
5         How many of those 1,000 crystal
6    structures have been found in the Vermont
7    talc mines or the Italian talc mines used by
8    Johnson & Johnson?
9         A.    I have no idea, because I know
10   nothing about the mineralogy of talc mines in
11   Vermont or anywhere else.
12        Q.    On page 37, section F, you
13   identify indefensible or unfeasible D
14   spacings in the Longo and Rigler diffraction
15   verification documents.
16        It looks to me like you
17   identify two samples where either the
18   measurement itself is bad or they cannot be
19   anthophyllite or both; is that correct?
20        A.    That's correct.
21        Q.    Out of how many different
22   samples?
23        A.    I'd have to look at the
24   diffraction verification documents. I don't
25   recall exactly how many samples they did. I

61 (Pages 238 to 241)

Melinda Darby Dyar, Ph.D.

Page 242

```
 1      know it was six samples.
 2          Q.   But it was how many different
 3      particles identified?
 4          A.   I honestly don't recall.  We
 5      can certainly look it up.
 6          Q.   Would you agree that it's over
 7      180?
 8          A.   I honestly don't recall, but
 9      I'd be happy to look it up if you --
10          Q.   Okay.  Go ahead and look it up.
11          A.   Well, let's get out those
12      diffraction verification documents.
13              MR. CHACHKES:  I'm not
14      trying --
15              THE WITNESS:  Are they not --
16              MR. FROST:  They're 5,000
17      pages.
18              THE WITNESS:  No, no, he's just
19          talking about the diffraction
20          verification documents.  These are the
21          only places where there are any HKL
22          measurements.
23      QUESTIONS BY MR. FINCH:
24          Q.   Do you have your materials that
25      you reviewed of Dr. Longo's with you?
```

Page 243

```
 1              MR. CHACHKES:  We may.  At some
 2          point maybe after the break I could
 3          check.
 4              MR. FINCH:  All right.  We'll
 5          check that after the break.
 6              THE WITNESS:  There are
 7          certainly less than 200.
 8      QUESTIONS BY MR. FINCH:
 9          Q.   Okay.  But 180, we can -- I
10      mean, it's a number we could look up, but --
11          A.   I know for a fact it's only six
12      different samples.  In one case there are
13      four different crystals -- or particles, and
14      I don't recall for the other five samples how
15      many particles they looked at.
16              In some senses it doesn't
17      matter how many particles they looked at,
18      because there is in -- no evidence in any of
19      those diffraction verification documents that
20      they looked at two different zone axes.  So
21      my conclusions here about the vast number of
22      samples that they can represent stand.
23          Q.   And your opinion that in order
24      to test a material for asbestos using EPA
25      methodology you have to have a confirmation
```

Page 244

```
 1      on at least two zone axes is relying on
 2      Yamate 3 methodology, correct?
 3              MR. CHACHKES:  Objection.
 4              THE WITNESS:  It's supported by
 5          the Yamate 3 -- or the Yamate
 6          recommendation, but it's common sense
 7          to anyone who knows anything about
 8          crystallography.
 9              And I can explain it as saying
10          that minerals are three-dimensional
11          structures, and so if you only look at
12          it from one angle, you would know
13          nothing about the third dimension and,
14          therefore, your identification is
15          nonunique.
16      QUESTIONS BY MR. FINCH:
17          Q.   But if the analyst is tilting
18      the goniometer to look at the structure while
19      he's examining it under the electron
20      microscope, isn't it true that he is making a
21      determination in realtime as to whether or
22      not the crystalline structure is or is not
23      consistent with asbestos?
24          A.   According to Dr. Longo's and
25      Rigler's depositions, that's what they're
```

Page 245

```
 1      doing.  They're looking at the screen and
 2      making a decision.  They're not actually
 3      using zone axes.  That is what his deposition
 4      states.
 5              I give that -- citations to
 6      that as footnotes in here, 53, 54 and 55.
 7          Q.   Okay.  Let's go to page 24 of
 8      the report.
 9          A.   Uh-huh.
10          Q.   All right.  You have on page --
11      pages 24 through 26 an analysis of the six
12      different analysts in -- working with or for
13      Dr. Longo as to the percentages -- on
14      page 25, the percentages that identify
15      tremolite versus anthophyllite.
16              On page 26, you've got a graph
17      of mineral species identification from
18      Vermont, and then at the bottom of page 26
19      you have a time chart that shows tremolite
20      versus anthophyllite over time.
21              That's Figures 8, 9 and 10 in
22      your report.
23          A.   Yes, and these data were simply
24      taken from the information in Dr. Longo's
25      reports.
```

62 (Pages 242 to 245)

Melinda Darby Dyar, Ph.D.

Page 246

1    Q.   Okay.
2    A.   As seen in the spreadsheets
3  with which we have provided you.
4    Q.   Right, the backup data that you
5  gave us last night.
6         Let me ask you this --
7         MR. CHACHKES:  Just to be
8  clear, that's Longo's data.  You know
9  that, right?
10         MR. FINCH:  I understand that.
11         MR. CHACHKES:  Okay.
12         MR. FINCH:  It's her analysis
13  of Longo's data.
14         MR. CHACHKES:  No, it's Longo's
15  data.
16         THE WITNESS:  Yes.  There's no
17  analysis involved here.  This is just
18  a graphical representation of the data
19  that are given by Dr. Longo.
20         MR. FINCH:  Okay.  All right.
21         THE WITNESS:  That does not
22  involve analysis.
23  QUESTIONS BY MR. FINCH:
24    Q.   You say that "data in the
25  Longo, Rigler MAS reports indicates that

Page 247

1  samples mined from Vermont appear to have
2  75 percent anthophyllite and 25 percent
3  tremolite."
4         What's the basis of that
5  statement?
6    A.   The data that are in the
7  spreadsheet that you were provided with.
8  Calculations are shown there.
9    Q.   In Figure 10, there are reports
10  done in 2017 -- first of all, what are the --
11  what are the dates on the bottom row of
12  Figure 10?
13    A.   So those are months.
14    Q.   Yes.
15    A.   And they refer to the stated
16  date of analyses that are given on the third
17  page of the TEM reports in all of Dr. Longo's
18  reports.
19    Q.   Would you agree with me that
20  the percentage of tremolite versus the
21  percentage of anthophyllite found in the
22  samples analyzed could depend on the source
23  mine from which it came?
24    A.   Possibly, yes.  But in
25  deposition, Dr. Longo stated that all of the

Page 248

1  samples in these reports were assigned at
2  random, and therefore, given his assertion,
3  it seems highly unlikely that this
4  distribution over time would be seen.
5    Q.   Well, if the material that he
6  had to test through the end of 2017 consisted
7  of three bottles of Vermont-sourced talc and
8  the rest from other parts of the world,
9  either Italy or China, and the analysis done
10  in 2018 where the samples -- the majority of
11  which came from Vermont-sourced talc,
12  wouldn't you expect to see -- or isn't it
13  possible you could have a difference in the
14  percentage of tremolite versus the percentage
15  of anthophyllite just based on the source
16  mine from which the material came?
17         MR. LOCKE:  Objection.
18         MR. CHACHKES:  Objection.
19         THE WITNESS:  If, in fact,
20  Dr. Longo had stated something to that
21  effect in his deposition, that might
22  be a possible conclusion.
23         But the fact is that Dr. Longo
24  says that these samples were assigned
25  at random and, therefore, I have no

Page 249

1  reason to expect or suspect that any
2  particular mine was sourced and
3  provided the analyses at random in
4  this particular time frame.
5  QUESTIONS BY MR. FINCH:
6    Q.   Isn't it true that in MDL
7  reports he lists out the -- do you know when
8  Dr. Longo received the MDL samples?
9    A.   I'm sure that's buried in the
10  chain of custody documents, but I didn't pay
11  much attention to those because when he
12  received them was not relevant to my mandate
13  of assessing the methodology used.
14    Q.   If five analysts are provided
15  with a total of 32 samples, 29 from an
16  Italian mine, 3 from a Vermont mine, and
17  they're randomly distributed in 2017, isn't
18  it the case that you could have a
19  distribution pattern very similar to
20  Figure 10 if those analysts were provided
21  with many, many more samples from Vermont in
22  2018, and it was randomly distributed along
23  the five -- the same five people?  That is
24  one explanation for this time dichotomy you
25  show in Figure 10, correct?

63 (Pages 246 to 249)

Melinda Darby Dyar, Ph.D.

Page 250

1    MR. FROST: Objection.
2    THE WITNESS: Boy, that's a lot
3  of hypotheticals there.
4         I'd have to sit down and look
5  at the math and review my data, which
6  are not -- which were provided to you
7  but not included in this report, that
8  suggests that there's a 75 percent to
9  25 percent of anthophyllite to
10  tremolite.
11        So, for example, in your case,
12  you're saying that in 2017 perhaps
13  those samples were all from Vermont.
14  Yet if they were from Vermont, then we
15  should have seen a lot more
16  anthophyllite, 75 percent more to be
17  precise.
18        So I'm not sure where you're
19  going with that question.
20  QUESTIONS BY MR. FINCH:
21    Q.   No, you've got it backwards.
22        If virtually all the samples in
23  2017 up through March of 2018 came --
24    A.   Are tremolite.
25    Q.   -- from sources other than

Page 251

1  Vermont --
2    A.   Ah.
3    Q.   -- you would expect to see a
4  lot more tremolite than anthophyllite,
5  correct?
6    MR. LOCKE: Objection.
7    THE WITNESS: That's not true,
8  because I actually don't know what the
9  percentage of anthophyllite to
10  tremolite is in the other mines. I
11  only have -- happen to know it for
12  Vermont.
13  QUESTIONS BY MR. FINCH:
14    Q.   If, in fact, it's 100 percent
15  tremolite and zero percent anthophyllite in
16  the other mines, wouldn't the graphic
17  Figure 10 look exactly the same?
18        You'd see a lot more tremolite
19  in the samples that Dr. Longo was able to
20  test prior to March of 2017 where the mines
21  were predominantly Italy, sources
22  predominantly Italy, versus the MDL samples
23  where the source was predominantly Vermont?
24    MR. FROST: Objection.
25    THE WITNESS: It seems to me

Page 252

1  that you're bending your assertions to
2  match the graph. And I'd rather know
3  the facts on what the distributions of
4  species are in these other deposits,
5  which I don't, in order to support or
6  negate your hypothesis.
7  QUESTIONS BY MR. FINCH:
8    Q.   Okay. Isn't it true that you
9  don't know the distribution of tremolite
10  versus anthophyllite in the samples from
11  outside of Vermont that Dr. Longo's
12  laboratory tested? Correct?
13    MR. CHACHKES: Objection.
14    THE WITNESS: That is correct.
15  All I know is that Dr. Longo stated
16  that the selection and assignment of
17  samples in this study was random.
18  And, therefore, I have no reason to
19  believe your conjecture that there was
20  a bias in geographical assignment of
21  these samples over time, because
22  Dr. Longo himself said that there was
23  not. He said that they were assigned
24  at random.
25

Page 253

1  QUESTIONS BY MR. FINCH:
2    Q.   He said they were assigned at
3  random. He was not asked what percentage of
4  the -- isn't it fair to conclude that it was
5  random for the samples that he had at the
6  time they were being tested, and he didn't go
7  back and randomly assign all the samples to
8  his analysts after he got all the MDL
9  samples?
10    MR. CHACHKES: Objection.
11    THE WITNESS: You know, there's
12  not enough information to be able to
13  answer that question.
14        I did not compile the
15  information on when specific samples
16  were obtained, so I can't either
17  support or negate your assertion
18  without reconsidering the data in the
19  report.
20  QUESTIONS BY MR. FINCH:
21    Q.   All right. Would you agree
22  with me that Mehrdad Motamedi and Anthony
23  Keaton had very consistent findings of
24  tremolite versus anthophyllite for the 179
25  particles that Motamedi examined and Keaton's

64 (Pages 250 to 253)

Melinda Darby Dyar, Ph.D.

Page 254

1  289 particles?
2      A.   Actually, no, I would say it's
3  kind of odd that Keaton identified a fair
4  number of ferro-anthophyllites and Motamedi
5  did not.
6      Q.   Do you know the source of the
7  talc for each of the six analysts -- each of
8  the five analysts identified in Figure 8?
9  How many -- how many Vermont-sourced talc did
10  Jayme Callan analyze versus other places; how
11  many Motamedi did; how many Keaton did?
12      A.   Well, that information is in
13  Figure 8.
14      Q.   How is it in Figure 8?  It just
15  says what the --
16      A.   It says where it came from,
17  either Vermont or other.
18      Q.   That's in Figure 9.
19      A.   I'm sorry, Figure 9.
20      Q.   What about 8?
21      A.   No, I didn't happen to figure
22  out a way to color code Figure 8 to indicate
23  where the samples came from.  I could have
24  done that, I suppose, but it didn't even
25  occur to me to do that.

Page 255

1          I'm looking at methodology and
2  I'm trying to assess whether the analysts who
3  did this work were consistent and, therefore,
4  I made graphical representations of the data
5  in their own reports, but, no, I did not make
6  yet another graphical representation that
7  would have included both the minerals
8  identified and the locations from which they
9  came.
10      Q.   Would you agree with me that
11  the breakdown as between tremolite and
12  anthophyllite could vary among analysts if
13  one of the analysts was reviewing more
14  Italian-sourced talc and the other analyst
15  was reviewing more Vermont-sourced talc?
16      A.   I don't have enough information
17  to know anything about the ratio of those in
18  the other mines.  So I can't address that
19  question.
20          In point of fact, in the
21  information that I have gave you, you will
22  see that I did not know the mine locations
23  for many, many samples, but I did happen to
24  know the mine location for Vermont for
25  several, so that's how I was able to come up

Page 256

1  with that 75/25 value for Vermont.
2          MR. FINCH:  This is probably a
3  good place to take another break.
4          MR. CHACHKES:  Okay.
5          VIDEOGRAPHER:  The time is
6  3:35 p.m.  Off the record.
7      (Off the record at 3:35 p.m.)
8          VIDEOGRAPHER:  Okay.  All
9  right.  We are now back on the record.
10  The time is 3:54 p.m.
11  QUESTIONS BY MR. FINCH:
12      Q.   We're back on the record after
13  a short break.
14          Ms. Darby Dyar, do you have
15  Exhibit 19 in your pile still?
16      A.   Yes.  Somewhere.  Yes.
17      Q.   Do you consider yourself to be
18  an expert in using electron microscopy and
19  selected area diffraction to determine the
20  extent of amphiboles or serpentine
21  contamination in samples of talc?
22      A.   So, first of all, no one would
23  use SAED to determine the extent of
24  amphiboles or serpentine contamination
25  because you can only do one at a time.  So

Page 257

1  that's sort of a strange question.
2          Do I consider myself to be an
3  expert in using electron microscopy and SAED
4  to identify minerals?  Yes.
5      Q.   Okay.  Exhibit 19 is a report
6  from McCrone Associates where they say,
7  "We've examined two groups of samples using
8  electron microscopy and selected area
9  diffraction to determine the extent of
10  amphiboles or serpentine contamination in
11  these two groups of samples."
12          And then they describe these as
13  talc samples from your orebody, being the
14  Windsor Mineral company's orebody.
15          "The second grade consisted of
16  seven samples which were sent to us
17  subsequently to be analyzed separately."
18          And then it has their general
19  conclusions on pages 2, 3, 4 of the report.
20      Q.   Do you see that?
21          MR. CHACHKES:  Objection.
22          THE WITNESS:  It will take me a
23  while to read through these five
24  pages, but I certainly see the pages.
25

65 (Pages 254 to 257)

Melinda Darby Dyar, Ph.D.

Page 258

1    QUESTIONS BY MR. FINCH:
2        Q.    You were asked by Johnson &
3    Johnson to evaluate the methodology that
4    Dr. Longo and Rigler followed to analyze
5    samples of talc to determine whether there's
6    asbestos in them or not, correct?
7            That was your charge here?
8        A.    I was asked to evaluate the
9    methodology -- methodology -- methodology of
10   Drs. Longo and Rigler, yes, that is why we're
11   all here.
12       Q.    If you were asked by Johnson &
13   Johnson to analyze both the methodology and
14   the conclusions of Walter McCrone Associates
15   in this July 1975 report, what information or
16   data or materials would you want to see?
17           MR. CHACHKES:  Objection.
18           THE WITNESS:  That's kind of a
19       strange hypothetical.  Because that's
20       not enough information in here for me
21       to even evaluate what their
22       methodology was.
23   QUESTIONS BY MR. FINCH:
24       Q.    Well, they state that they used
25   electron microscopes and selected area

Page 259

1    diffraction to determine the extent of
2    amphiboles or serpentine contamination of two
3    groups of talc samples.
4            So they describe, at least
5    generally, the tools and methodology they are
6    using in their July 1975 report, correct?
7            MR. CHACHKES:  Objection.
8            THE WITNESS:  I don't know.  I
9        would have to look at this more
10       carefully than just this brief
11       inspection, but, for example, if they
12       used SAED, did they do two different
13       zone axes?  I don't know.  Perhaps if
14       I read -- had the time to sit down and
15       read this, I might find that out.
16           But all they say is electron
17       microscopy.  I don't know what that
18       means.  Does that mean SAED using an
19       electron microscope, or does that mean
20       they did something else other than
21       SAED?  Unclear.
22   QUESTIONS BY MR. FINCH:
23       Q.    Okay.  What information would
24   you want to see in order to evaluate what
25   they did and whether -- or whether or not you

Page 260

1    agreed with their conclusions?
2        A.    So in my report I referred to
3    in -- particularly the Yamate document which
4    we've already discussed on this day that says
5    two zone axis measurements and an EDS pattern
6    are usually enough to identify an asbestos
7    mineral.
8            But there's no information in
9    the very brief, out-of-context document about
10   samples that I don't know where they came
11   from or whether these were actually used as
12   ore for anything having to do with talcum
13   powder.  I don't know.
14       Q.    All right.  Would you -- one of
15   the things, I assume, that you would want to
16   look at would be the EDS, EDXA printouts of
17   their electron microscopes if they used EDS,
18   EDXA to analyze the chemical composition of
19   the structures they were looking at.
20           Is that one item of data you
21   would want to see to evaluate their
22   methodology in coming to this report for
23   Windsor Mineral?
24           MR. CHACHKES:  Objection.
25           THE WITNESS:  So, again, this

Page 261

1        is kind of an extreme hypothetical.  I
2        return to the Yamate paper which says
3        that to identify asbestos you need two
4        SAED patterns and some EDS
5        information.
6    QUESTIONS BY MR. FINCH:
7        Q.    Okay.  So we'd want to see SAED
8    patterns, which are taken at least two
9    different zone axes, correct?
10       A.    Correct.
11       Q.    You'd want to see EDS
12   information, correct?
13       A.    That's what I just said, yes.
14       Q.    Would you want to see
15   photomicrographs of the structures they were
16   examining under the microscope to see what
17   you could learn about their morphology or
18   aspect ratio?
19           MR. CHACHKES:  Objection.
20           THE WITNESS:  All of that
21       depends on what the goal of the
22       testing is.
23           This testing says they found
24       amphiboles, but it doesn't -- but
25       there's no information here that would

66 (Pages 258 to 261)

Melinda Darby Dyar, Ph.D.

Page 262

1  suggest that they are asbestiform
2  amphiboles.
3          And in fact, you'd think that
4  if it's such a rare thing that they
5  would actually note if it was
6  asbestiform, and it's not noted as
7  such in here.
8  QUESTIONS BY MR. FINCH:
9      Q.   Doesn't it say in Table 1 and
10  Table 2 confirmed asbestos visual and then
11  description of sample content of sediment,
12  asbestos?
13      A.   It gives the word "visual,"
14  which does not instill in me a lot of
15  confidence that it's actually either.  Visual
16  of what?  Visual of the SAED pattern?  Visual
17  of the image they were looking at down the
18  electron microscope.
19          There's -- one wonders if
20  there's more to this document and what the
21  context is, and whether these samples were
22  even used in talcum powder.  Can't tell any
23  of that from here.
24          I don't know what the word
25  "low" means, for example.

Page 263

1      Q.   Well, would you want to see
2  their count sheets, for example?
3          MR. CHACHKES:  Objection.
4  QUESTIONS BY MR. FINCH:
5      Q.   To evaluate their methodology
6  and conclusions?
7          MR. CHACHKES:  Objection.
8          THE WITNESS:  I find this
9  question kind of too hypothetical.  If
10  they existed, I would want all the
11  information that they had available.
12  But in particular, I would want the
13  SAED zone axis information and the EDS
14  quantitative information to the extent
15  that that was available in 1975.
16  QUESTIONS BY MR. FINCH:
17      Q.   I want you to assume that you
18  are provided with a hundred samples of talc
19  by Johnson & Johnson and asked to evaluate it
20  for the purpose of determining whether or not
21  it contains asbestiform asbestos fibers.
22          What methodology would you use,
23  what would you do step by step to analyze
24  each particular talc sample?
25          MR. FROST:  Objection.

Page 264

1          THE WITNESS:  I'm not exactly
2  sure how this question is appropriate
3  to my mandate, which was to evaluate
4  the methodology used by someone else.
5          I have not yet been asked to
6  devise my own methodology, and so it's
7  hard for me to make a definitive
8  statement of that.
9          In my report I say that
10  Drs. Longo and Rigler should have
11  followed the Yamate recommendation of
12  two zone axes and an EDS pattern, and
13  I also say that the Su method, which
14  uses PLM, is useful in identifying
15  asbestos.
16          So if I were going to design my
17  own protocol, in vague terms, it would
18  be some combination of those, but
19  that's all I could say without further
20  study.
21  QUESTIONS BY MR. FINCH:
22      Q.   Am I correct that you have
23  never designed a protocol for testing talc
24  to determine whether or not it has asbestos
25  fibers in it?

Page 265

1      A.   I've designed many, many
2  analytical protocols for a wide range of
3  instrumentation, but it is correct to say
4  that I have never devised a protocol for
5  analyzing asbestos in anything.
6      Q.   Okay.  And is it correct to say
7  that you have never in your professional work
8  relied on the published protocol that are out
9  there for analyzing the presence of asbestos
10  in anything?
11      A.   In my research, I have
12  consistently relied on these tools for the
13  identification of a wide range of minerals.
14          What was your question?
15          But I have never had the need
16  in my professional work to rely on any
17  published protocol for analyzing the presence
18  of asbestos.
19      Q.   Okay.  Do you draw a
20  distinction in your mind between the tools
21  that a scientist uses to determine the nature
22  of a mineral and the protocol that a
23  scientist follows to determine the nature of
24  a mineral?
25      A.   Well, the tools are just the

67 (Pages 262 to 265)

Melinda Darby Dyar, Ph.D.

Page 266

1  pencils of a -- of a mineralogist, if you
2  will, and the protocol is that you're trained
3  to use the pencils.
4          So I don't really understand
5  the question.
6      Q.   Okay.  Well, the tools -- would
7  you agree with me that one tool that is
8  useful to determine whether or not there is
9  asbestos in a mineral is a polarized light
10  microscope?
11      A.   Yes.
12      Q.   Would you agree with me that
13  another tool that is useful to determine
14  whether or not there is asbestos in a mineral
15  is a transmission electron microscope?
16      A.   Yes.
17      Q.   Would you agree with me that
18  another tool that is useful to determine
19  whether or not there's asbestos in a mineral
20  is a scanning electron microscope?
21      A.   Yes.
22      Q.   Do you view SAED as a tool or a
23  protocol?
24      A.   I view it as a technique.
25      Q.   Okay.  Do you agree that SAED

Page 267

1  is a useful technique for determining the
2  presence of asbestos in a mineral?
3      A.   No, because as with all the
4  previous questions, some of these techniques
5  only tell you which mineral species is
6  present.
7          So in order to determine
8  whether something is asbestos, of course,
9  part of the answer is understanding the
10  chemistry, part of the answer is
11  understanding the crystal chemistry, and part
12  of the answer is evaluating mineralogy --
13  sorry, morphology.
14          So each of these techniques
15  that we've just discussed here treat a
16  different aspect of the definition of
17  asbestos that's given in my report.
18      Q.   Okay.  And I didn't ask you
19  whether or not SAED is sufficient by
20  itself -- is technique that's sufficient by
21  itself for determining the presence of
22  asbestos in a mineral.
23          I'm asking whether using the
24  technique of SAED is a useful technique for
25  determining the presence of asbestos in a

Page 268

1  mineral if it is used in conjunction with
2  other techniques?
3      A.   Asbestos in a mineral?  I'm not
4  sure what you mean by that.
5      Q.   Asbestos in talc.
6      A.   No, strictly speaking I'm going
7  to reverse my previous answer.
8          SAED can't tell you whether
9  asbestos is present because SAED cannot tell
10  you the -- anything about the morphology of
11  the particle.  SAED can only tell you what
12  the crystal structure is.
13      Q.   Again, my question is not
14  whether SAED by itself can tell you
15  definitively whether a particle is asbestos
16  or not.
17          My question is:  Is SAED a
18  useful technique that a scientist should
19  follow if they're analyzing a sample of talc
20  and they want to determine whether or not
21  there is asbestos in it or not?
22      A.   SAED is useful for answering
23  that question, yes.
24      Q.   Is EDS, EDXA useful for
25  answering the question and analyzing a sample

Page 269

1  of talc to determine whether or not there's
2  asbestos in it?
3      A.   Again, let's be absolutely
4  clear here.  EDS only tells you something
5  about the composition, but knowing something
6  about the composition may, in fact, inform
7  the question of whether or not there is one
8  of the six regulated asbestos mineral species
9  present, yes.
10      Q.   In order for a scientist to
11  conclude that there is asbestos present in
12  talc, is it your view that he or she should
13  test the sample using EDXA with two zone
14  axes -- excuse me, using EDXA, full stop,
15  SAED with two zone axes, PLM and doing a
16  statistical test on the aspect ratios if
17  there's enough fibers to look at to analyze
18  that?
19      A.   If it's -- if it's all done
20  properly, yes.
21      Q.   Okay.  So the four techniques
22  to determine whether or not talc contains
23  asbestos are EDXA, SAED, PLM, and some kind
24  of statistical test on the aspect ratios to
25  determine whether it's asbestiform or

Melinda Darby Dyar, Ph.D.

Page 270

1    non-asbestiform; is that correct?
2        A.    It doesn't necessarily have to
3    be the aspect ratios, but some kind of
4    statistical test on the measurements of the
5    particle sizes -- size dimensions, yes.
6        Q.    Any other technique that you
7    regard as necessary to determine whether or
8    not talc contains asbestos?
9              MR. FROST:  Objection.  Form.
10             THE WITNESS:  I think that
11   combination of techniques, if done
12   properly, which Drs. Longo and Rigler
13   don't seem to know how to do, would be
14   sufficient to identify impurities that
15   occur in talc as being one of the six
16   regulated asbestos mineral species,
17   yes.
18             But only if they're done
19   properly.  And, of course, my report
20   details the many problems with the way
21   they were done by Drs. Longo and
22   Rigler.
23   QUESTIONS BY MR. FINCH:
24       Q.    Does PLM allow you to
25   positively identify asbestos fibers?

Page 271

1        A.    If done correctly, it may.
2              So here's the problem,
3    polarized light microscopy relies on two
4    different kinds of information:  One
5    information is about the dimension of the
6    particle and if the particle is bigger than
7    about 2.5 microns, it can be seen with PLM.
8    So that's one thing.
9              And then the other thing is PLM
10   relies on refractive index, and generally
11   speaking you look at it in two directions.
12   So assuming that the particle was big enough
13   to see and assuming that the correct series
14   of refractive index measurements were made as
15   represented by Su who says use 10 to 20
16   different refractive index oils and look at
17   many different grains, if all of that was
18   done properly, then, yes, PLM can potentially
19   be used to identify asbestos minerals.
20             So, again, it's if done
21   properly.  And, of course, as I said, if the
22   dimensions of the grain are such that they
23   can be seen under polarized light -- under
24   PLM.
25       Q.    All right.  On page 46 you said

Page 272

1    that there's ten instances where the Longo,
2    Rigler reports identifications of
3    asbestos by the Blount PLM method that are
4    well above the sensitivity limits ISO PLM.
5              What do you mean by that?
6        A.    So those are given in the table
7    at the top of page 47.
8              So in other words, there's an
9    inconsistency here because the Blount PLM
10   test, which is supposedly more sensitive than
11   the ISO PLM test, registers no asbestos.  So
12   it's quite an inconsistency here that the
13   other technique is finding unusual and
14   unreproducible amounts.
15       Q.    You're talking about the table
16   at the top of 47?
17       A.    Correct.
18             Where I'm contrasting the
19   Longo, Rigler PLM results with the ones from
20   J3.
21       Q.    Okay.  Do you know how much
22   time the analysts at J3 spent to analyze each
23   sample under PLM versus how much time the
24   analysts in Longo's labs spent to analyze the
25   samples using PLM?

Page 273

1        A.    I have no information on that.
2    I don't believe that's stated anywhere in the
3    reports.
4        Q.    Do you have an understanding of
5    what is the typical time an analyst would
6    spend to identify by PLM asbestos in an
7    asbestos-containing bulk material where you
8    believe it's likely to be there?
9        A.    So in other words, if you
10   handed me a sample of salt, told me it was
11   salt, and then asked me to identify it under
12   a polarized light microscope, how long would
13   it take me?  Not very long.
14       Q.    10 to 15 minutes?
15       A.    Maybe.
16       Q.    Do you have any understanding
17   as to how much material Dr. Longo's lab
18   analyzed using the Blount PLM method as
19   compared to J3 Resources as reflected in the
20   table at the top of page 47?
21       A.    I don't recall that
22   information.  I don't recall if it was in the
23   report.  I wasn't paying attention to how
24   much material was there because it's really
25   irrelevant.  In PLM you're looking at a very

69 (Pages 270 to 273)

Melinda Darby Dyar, Ph.D.

Page 274

1    small area, and so how much material he had
2    to start out with is completely irrelevant.
3    It's what ended up on the slide and being
4    inspected by PLM that would be relevant.
5         Q.   In your Longo, Rigler, Blount
6    PLM weight percentage, what's the denominator
7    that you're using for that?
8         Is that the material after it's
9    been spun out using the Blount method or is
10   that before?
11        A.   Those are just the results in
12   the report. I don't recall. Those are your
13   numbers. I just tabulated them and put them
14   in my report. I don't recall.
15        Q.   Do you know what an
16   aberrational corrective lens is for a
17   polarized light microscope?
18        A.   Yes.
19        Q.   Can you explain that?
20        A.   There's different kinds of
21   aberration corrections. It's basically a
22   piece of glass with optical properties that
23   change the appearance of the image that you
24   see under the microscope.
25        Q.   Could the fact that one

Page 275

1    laboratory used an aberrational corrective
2    lens versus a standard lens affect the
3    ability to detect asbestos in a sample of
4    talc?
5         A.    Well, it would depend on what
6    kind of aberrational microscope it was, and
7    it would also depend on how the analysis was
8    done.
9         So not necessarily, I guess,
10   would be my answer to that.
11        Q.   But it could?
12        A.   It could or it could not,
13   depending on exactly which kind of correction
14   lens you were using.
15        If you're talking about the
16   lens using {sic} in dispersion staining,
17   that's not necessarily a more accurate method
18   than using a succession of refractive index
19   oils.
20        Q.   Could the amount of time spent
21   looking through the sample to determine
22   whether or not there was any asbestos
23   detected affect the results of one laboratory
24   versus another?
25        By that mean I mean if one

Page 276

1    laboratory spent 15 minutes looking at each
2    sample by PLM to determine if they found
3    anything that was indicative of an asbestos
4    fiber and the other laboratory spent two
5    hours per sample, could the time spent affect
6    what is found?
7         A.   You know, as a scientist, I
8    don't think in terms of how long a task
9    takes. I think in terms of trying to get the
10   right answer.
11        So as a scientist, it didn't
12   even occur to me to look at these reports and
13   ask how long something took. I assumed that
14   they took enough time to get the answers that
15   they did.
16        Q.   Would you agree with me just
17   generally, if you're looking for minute
18   amounts of material in a substance, the more
19   time you spend looking for it, if it's there,
20   the higher likelihood that you are to find it
21   than as compared to the less time you spend
22   looking for it?
23        A.   So if you hide a needle in a
24   haystack and you search for ten minutes,
25   you're probably not going to find the needle,

Page 277

1    and if you searched for two days, you might
2    not find the needle. So it kind of depends
3    on the abundance of the impurity that you're
4    looking for.
5         Q.   But do you think --
6         A.   In that case, the difference
7    between two days and ten minutes is not
8    significant.
9         Q.   Have you ever done any analysis
10   to determine whether the difference between
11   two hours of looking at talc with a PLM will
12   make a material difference as compared to
13   looking at it for 15 minutes on a per-sample
14   basis?
15        A.   You know, I teach optical
16   mineralogy, or have taught frequently. Some
17   students can identify a mineral really fast;
18   some students take a long time. Both of them
19   will get to the right answer eventually.
20        So as I said, as a scientist, I
21   never think in terms of the time it takes. I
22   just think about how good the -- about what
23   is necessary to obtain the result needed.
24   Time is not a thing that's usually relevant
25   to me.

70 (Pages 274 to 277)

Melinda Darby Dyar, Ph.D.

Page 278

1    Q.    Am I correct that you did not
2  make any analysis of the time the analysts
3  spent with PLM on the samples in the J3 lab
4  versus the Longo lab?
5    A.    That's correct, and the reason
6  would be that I do not consider time to be
7  relevant to how good their methodology was.
8    Q.    All right.  On page 49 you
9  have -- an example of confusing PLM image
10  is given in Figure 21.
11    A.    Correct.
12    Q.    Am I correct that Figure 21 is
13  a printout of an image that's in the backup
14  materials to Dr. Longo's report?
15    A.    It is one of his dispersion
16  staining images, yes.
17    Q.    Okay.  You say, "The view at
18  left is pink because it is a dispersion
19  staining image, which is a special way a
20  plate is inserted in the microscope where
21  the colors more intense and more diagnostic."
22    A.    In layman's terms, yes, that's
23  what I say.
24    Q.    Why do you conclude that it's a
25  dispersion staining image?

Page 279

1    A.    Because the background color is
2  pink, and the action of the dispersion lens
3  is usually to increase the colors that are
4  viewed.
5    Q.    Do you know what an elongation
6  image is?
7    A.    Yes.
8    Q.    What is an elongation image?
9    A.    An elongation image is when you
10  use -- you rotate the microscope to get
11  the -- the image to coincide with the maximum
12  extent of reflective index.
13    Q.    And can an elongation image be
14  done without dispersion staining?
15    A.    Yes.
16    Q.    And it typically is done
17  without dispersion staining, correct?
18    A.    Correct.
19    MR. FINCH:  Can I have the next
20  document?
21    (Dyar Exhibit 22 marked for
22  identification.)
23  QUESTIONS BY MR. FINCH:
24    Q.    What are we up to?  22.
25    So this is Figure 21 out of

Page 280

1  your report; is that correct?
2    A.    I'd have to look, but -- well,
3  actually, I don't think this is Figure 12.
4    Are we looking at the first
5  one?
6    This is not Image 21.
7    Q.    Page 49 of your report.
8    Look at page 49 of your report.
9    A.    Oh, yes -- oh, right, but not
10  this.  Okay.  Yes.
11    Q.    Okay.  Page 49 of your report
12  has -- in the bottom it has a sample number?
13    A.    Yep.
14    Q.    Okay.  And what is the sample
15  number?
16    A.    Well, it's too small for me to
17  read.
18    Q.    Okay.  I can read it.  It says,
19  "M69680-015BL-003, anthophyllite elongation
20  at 400 times."
21    A.    Okay.  Thank you.
22    Q.    All right.  Section 13 is --
23  let's go through it page by page.
24    First of all, it lists the
25  project split number M69680-015BL, correct?

Page 281

1    A.    Correct.
2    Q.    Analyzed by Paul Hess on
3  12/11/2018?
4    A.    That information isn't here,
5  but...
6    Q.    This should be -- do you have
7  the first page of the -- keep going
8  backwards.
9    A.    Ah.  This, yes.  Okay.  Got it.
10    Q.    All right.  So sample
11  M69680-015BL is the sample -- M69680-015BL,
12  that's the sample -- it's from the same
13  sample that you're looking at in Figure 21 in
14  your expert witness report.
15    Right, ma'am?
16    A.    If that's what the label says,
17  then, yes.
18    Q.    Okay.  So the first page of
19  Exhibit 22 -- is that 22, ma'am?
20    A.    Yes.
21    Q.    It says Section 13.
22    The second is a page entitled
23  "PLM Analysis" that has the sample listed,
24  correct?
25    A.    Here?

Melinda Darby Dyar, Ph.D.

Page 282

1    Q.    Yes.
2    A.    Yeah.
3    Q.    What is the third page of
4  Exhibit --
5    A.    It's an image.
6    Q.    It's an image with a dispersion
7  staining, correct?
8        MR. CHACHKES:  Just to make
9  sure we're on the -- literally the
10  same page, are you looking at the red
11  page or the gold, black page?
12        MR. FINCH:  I'm looking at the
13  gold and black page.  Yeah, so you're
14  not on the same page.
15        THE WITNESS:  Yep.  Yep.
16        MR. FINCH:  I'm looking at the
17  gold and black page.  This is --
18        MR. CHACHKES:  Not that page.
19        MR. FINCH:  This page.
20        MR. CHACHKES:  You're counting
21  from different numbers.
22        THE WITNESS:  Oh, got it.
23  Okay.
24  QUESTIONS BY MR. FINCH:
25    Q.    This is M69680-015BL-001.

Page 283

1  That's dispersion staining, correct?
2    A.    Well, when you put -- you can
3  use different wave plates to change the
4  color.  Often dispersion staining images are
5  pink.  It's also possible to have that color
6  from a different kind of wave plate.  So I'm
7  not -- I don't think that these -- in some
8  cases they were specifically labeled as such.
9  I don't happen to recall what this one was
10  labeled as.
11    Q.    Well, you said in your report
12  that sample M69680-015BL-003 is a dispersion
13  staining image, correct?
14        You say that at page 49.  "The
15  view of the left is pink because it is a
16  dispersion staining image," right?
17    A.    I do see that, but the same
18  thing could be true with the wave plate.  So
19  it doesn't really matter whether it's a
20  dispersion staining image or a -- just a
21  normal wave plate image.
22    Q.    This is --
23    A.    You interpret them differently.
24    Q.    This is an elongation image?
25    A.    That's what you're telling me,

Page 284

1  yes.
2    Q.    That's what it says right on
3  the document, right?
4        MR. CHACHKES:  Now what page
5  are we on?
6        MR. FINCH:  I'm on the page
7  that is identical to the page that's
8  Figure 21 in her expert witness
9  report.
10        THE WITNESS:  That's what it
11  says, elongation, yes.
12        MR. CHACHKES:  No, you're
13  looking at your report.  I'm saying
14  which -- what page are you looking at
15  in that Section 13?
16        MR. FINCH:  Well, 1, 2, 3, 4,
17  5, 6, 7, 8, 9, 10, 11, 12, 13.
18        13th page of Section 13 --
19        MR. CHACHKES:  Okay.
20        MR. FINCH:  -- of Exhibit 22.
21        THE WITNESS:  Ah, this lovely
22  grain, yes.
23        MR. FINCH:  If you look on the
24  Elmo, I've got it.
25        THE WITNESS:  Yeah, that's

Page 285

1  right.  I have it in my report.  I
2  know what it looks like.
3        Here, I'll just look at it on
4  Alex.
5  QUESTIONS BY MR. FINCH:
6    Q.    And so that is an anthophyllite
7  elongation image, correct?
8    A.    There is no way that's what
9  that is.
10    Q.    And there is -- there's no
11  indication that this is an image taken with
12  dispersion staining, correct, on the picture
13  that's large enough to seen?
14    A.    No, so I might have miswritten
15  that it's a dispersion staining image, but
16  that doesn't change the fact that that is not
17  anthophyllite.
18    Q.    So you were incorrect when you
19  said this was a dispersion staining image; is
20  that true?
21        MR. LOCKE:  Objection.
22        THE WITNESS:  I honestly don't
23  recall.
24        The focus of analyzing this
25  particular image has nothing to do

72 (Pages 282 to 285)

Melinda Darby Dyar, Ph.D.

Page 286

1    with whether it's a dispersion image
2    or not.  It has to do with the
3    ridiculousness of there happening to
4    be an amphibole grain that happens to
5    be exactly the same length as a talc
6    particle and happens to line up
7    exactly along the edge of the talc
8    particle.  That's the point of
9    including this figure in the document.
10       So whether or not it's a
11   dispersion staining image is real
12   pretty irrelevant.
13   QUESTIONS BY MR. FINCH:
14       Q.    Now, isn't it true that in the
15   previous two images they take a look at the
16   same material from two different rotations?
17   One of it --
18       A.    Yes.
19       Q.    And wouldn't it be the case
20   that if it were a talc particle curled up on
21   edge, it would look different in the
22   M69680-015BL-003?
23       A.    Well, these two images were not
24   taken with the same wave plate.  Regardless
25   of whether it was dispersion or not, they're

Page 287

1    not taken -- obviously the colors are
2    different, so they weren't taken under the
3    same conditions, so the colors would be
4    different.
5        Q.    What I'm asking you is, if it
6    were in fact talc rolled up as opposed to
7    anthophyllite, wouldn't it be the case it
8    would appear differently between the image
9    I'm showing you on the Elmo now and the
10   rotated image that's one page behind it?
11       A.    Only if the same wave plate was
12   used in both images.
13       Q.    And you don't know whether
14   that's true or not, do you?
15       A.    One of them says "perpendicular
16   dispersion" and the other one says
17   "elongation," and I don't recall from the
18   report specifically which ones of these is
19   which.  I mean -- but clearly they're not
20   under the same conditions.  Because when you
21   put a wave plate under a microscope, the
22   colors intensify as seen in the pink
23   background, and this image clearly does not
24   have any kind of wave plate.
25       Q.    Which is the "this" you're

Page 288

1    referring to?  The page in front of the
2    elongation image?  Page 12?
3        A.    Yeah, it says it's a dispersion
4    staining image, so I guess we have to accept
5    that that's what -- that is what they say it
6    is.
7             But the other one is not --
8    clearly not the same wave plate, so one would
9    conclude that it was a different accessory.
10       Q.    "The other one."  What's the
11   other one you're referring to?
12       A.    The ones with the pink
13   background.
14            Because accessories are used in
15   polarizing light microscopes to intensify the
16   colors and change them, and so sometimes the
17   background color is diagnostic of the use of
18   a wave plate.
19       Q.    So you're saying it's your
20   opinion that the images on pages 11, 12 --
21   excuse me, 10, 11, 12 and 13 of Exhibit 22
22   are different structures?
23       A.    Well, they're obviously
24   different grains.
25            Well, that's not true.  In one

Page 289

1    case it's the same grain rotated in two
2    directions.  Let's see, where is that one?
3            I'm lost in page space.  These
4    aren't numbered, so I don't know which ones
5    you're referring to.
6        Q.    Well, let's -- we established
7    that the elongation image is the 13th page of
8    Exhibit 22, right?
9        A.    Okay.  This is page 13, yes.
10       Q.    All right.  The page before
11   that is the same sample, anthophyllite
12   perpendicular dispersion, correct?
13       A.    Yes.
14       Q.    And then they rotate the
15   sample, and it is the same sample,
16   anthophyllite parallel dispersion?
17       A.    Well, that's the way it's
18   labeled, yes.
19       Q.    So if it were in fact the same
20   sample they've turned two different ways,
21   would you agree with me that that can't be
22   talc rolled up on its side?
23       A.    No.
24       Q.    Why not?
25       A.    Because the optical properties

73 (Pages 286 to 289)

Melinda Darby Dyar, Ph.D.

Page 290

1    of talc, when you look down on the sheets,
2    are different than the optical properties of
3    talc when you look perpendicular to the
4    sheets.
5        Q.   What's a cross-polar?
6        A.   A cross-polar is a piece of
7    glass that is manufactured in such a way that
8    light vibrating in one direction -- only one
9    direction gets -- passes through, like a
10   polarizing pair of sunglasses.
11       Q.   On page 48 and 49 of your
12   report, you state that the Su 2003 paper
13   requires looking at 10 to 20 grains?
14       A.   I believe I quote from the Su
15   document in here somewhere, yes.
16       Q.   It says, "After 10 to 20 fibers
17   are examined in this way, 10 to 20 fibers
18   were examined in the extinction position."
19            What's the difference between
20   the extinction position and the original
21   position?
22       A.   So extinction is when the
23   microscope stage is rotated so the grain
24   becomes dark.
25            It's on page 47, is where the

Page 291

1    quote is from Su.
2        Q.   Uh-huh.
3        A.   And it says pretty clearly,
4    "After 10 to 20 fibers are examined in this
5    way, the fiber with the longest is" -- the
6    longest must be refractive index -- "is
7    assumed to exhibit the refractive index
8    closest to N alpha."
9            But again, there's -- I don't
10   recall any information in either of these
11   reports that says that they used -- they
12   examined 10 to 20 fibers.
13       Q.   Are there any PLM analyses that
14   Dr. Longo's lab performed that you would
15   agree do show asbestos fibers?
16       A.   No.
17       Q.   Not a single one?
18       A.   No, because let's recall that
19   polarized light microscopy can tell you
20   something about the composition, if properly
21   done, and something about the morphology.
22   And all of the images that I examined contain
23   what I consider to be cleavage fragments, not
24   fibers.
25       Q.   Okay.  How did you make the

Page 292

1    determination that the images that you
2    examined contained cleavage fragments and not
3    fibers?
4        A.   Because in my career I've
5    looked at hundreds of thousands of cleavage
6    fragments of minerals under a microscope, and
7    I know what they look like.
8            The -- and I can consistently
9    identify a cleavage fragment based on having
10   looked at hundreds of thousands of cleavage
11   fragments in my career.
12       Q.   So your opinion that what
13   Dr. Longo's analysts are calling bundles of
14   asbestos fibers are in fact cleavage
15   fragments is based on your looking at
16   hundreds of thousands of cleavage fragments
17   under a microscope throughout your career.
18            That's what it's based on,
19   right?
20       A.   That, and the research that I
21   did, some of the images that are included in
22   my report such as -- oh, let's see.  They're
23   on the morphology section.
24            So, for example, the paper by
25   Campbell, et al., 1977, gives examples of

Page 293

1    asbestiform versus non-asbestiform particles.
2            The paper by Gunther in 2010
3    gives examples of asbestiform and
4    non-asbestiform particles.
5            The paper by Harper in 2010
6    gives examples of what asbestiform and
7    non-asbestiform particles look like.
8            The paper by Pierce in 2017
9    gives examples of what cleavage fragments
10   look like.
11            So I would say that I rely on
12   my background of identifying cleavage
13   fragments, along with careful review of the
14   peer-reviewed literature for what constitutes
15   a cleavage fragment, to make my judgment
16   about what is in these samples.
17            MR. FINCH:  Lizzy, can I have
18   the pictures?  You know, the redacted
19   pictures?
20   QUESTIONS BY MR. FINCH:
21       Q.   So am I correct that you can
22   tell by looking at a photomicrograph whether
23   something is a bundle or a cleavage
24   fragment --
25            MR. CHACHKES:  Objection.

74 (Pages 290 to 293)

Melinda Darby Dyar, Ph.D.

Page 294

1    QUESTIONS BY MR. FINCH:
2        Q.    -- based on your expertise and
3    your judgment?
4        A.    That's not what I said.
5            I said I have identified
6    hundreds of thousands of cleavage fragments
7    in my career.  I have very little experience
8    looking at amphibole bundles in thin section,
9    which is why I referred to the literature to
10   find what those images look like.
11       Q.    So you have very little
12   experience of identifying amphibole bundles,
13   correct?
14           MR. LOCKE:  Objection.
15           MR. CHACHKES:  Objection.
16           THE WITNESS:  That's what I
17   said.
18   QUESTIONS BY MR. FINCH:
19       Q.    You have very little experience
20   in looking for asbestos fibers under a
21   polarized light microscope, correct?
22       A.    I have looked at asbestos
23   fibers under a polarized light microscope in
24   the course of teaching for many years.
25       Q.    How many times?

Page 295

1        A.    Oh, we covered the amphibole
2    minerals in mineralogy as a routine thing.  I
3    think I've taught mineralogy 20 times, so
4    that would be 20 weeks of my life spent
5    teaching what kind of -- what amphiboles look
6    like.
7        Q.    How about time spent analyzing
8    structures to determine whether or not they
9    are asbestiform asbestos bundles versus
10   something else?
11           How much time have you spent on
12   a regular basis as part of your academic
13   career doing that?
14       A.    Well, let's go back to my
15   report for a minute and remember that the key
16   methodology for distinguishing between
17   asbestiform and non-asbestiform minerals is
18   by careful analysis of the populations based
19   on the dimensions of the particles.
20           So that is -- that
21   identification is not something that we would
22   do in mineralogy.
23       Q.    You're talking about the
24   statistical analysis --
25       A.    Correct.

Page 296

1        Q.    -- of the particles?
2            Okay.  But you just told me
3    that you had very little experience in
4    reviewing images of asbestiform asbestos
5    bundles under a polarized light microscope or
6    any other kind of light -- any other kind of
7    microscope; is that correct?
8            MR. CHACHKES:  Objection.
9            THE WITNESS:  Boy, I don't
10   think of it as reviewing images.  I've
11   looked down a microscope plenty of
12   times at asbestos.
13           In my experience, most of the
14   asbestos I've looked at has not been
15   bundles.
16   QUESTIONS BY MR. FINCH:
17       Q.    And my question is:  How many
18   times have you looked down a microscope at
19   asbestos fibers?
20           Is it more than a hundred?
21       A.    Well, now you're changing the
22   question.  Before it was about bundles, and
23   now it's about fibers.
24           How many times have I looked at
25   asbestos under a microscope --

Page 297

1        Q.    Yes.
2        A.    -- when I knew it was asbestos
3    from independent means, and I had a
4    macroscopic hand sample, and I myself had
5    prepared the thin section for my class?
6    Literally hundreds.
7        Q.    How about when you're
8    attempting to determine what it is, whether
9    it's asbestos or not?
10       A.    I think we've already
11   established that I was not asked to do
12   testing in this case, so I have not
13   looked at any -- any of the talc samples,
14   period.
15       Q.    No, my question is:  Ever in
16   your career, have you attempted to identify
17   asbestos fibers in a substance where you
18   didn't know what it was?
19       A.    No.
20           But that's pretty similar to
21   the way Drs. Longo and Rigler treat their
22   analyses as well, because they presume that
23   everything they look at that's a particle is
24   either a bundle or a frag -- sorry, a bundle
25   or a fiber.  There's no case in their notes

75 (Pages 294 to 297)

Melinda Darby Dyar, Ph.D.

Page 298

```
 1    where they -- well, it might be a few, where
 2    they say something is a cleavage fragment.
 3    But they seem to only identify things as one
 4    or the other.
 5              MR. FINCH:  I'll object and
 6        move to strike everything after the
 7        word "no."
 8    QUESTIONS BY MR. FINCH:
 9        Q.    All right.  Let's -- well,
10    actually, there's a few more technical things
11    before we get to this, so...
12              On page 50 and 51 of your
13    report, you fault Dr. Rigler and Longo for
14    not using point counting to estimate the
15    concentration of asbestos by PLM, correct?
16        A.    Correct.  I found no
17    information in their report to indicate they
18    use point counting.
19        Q.    Okay.  And you're relying on
20    ISO 22262-1 for your conclusion that point
21    counting is a methodology they should have
22    followed to estimate asbestos by weight?
23        A.    No, I'm relying on the quote
24    from ISO 2262 {sic} to say that the accuracy
25    of a point count is dependent on the number
```

Page 300

```
 1              It's possible that that quote
 2    comes from a different ISO document.  I'd
 3    want to look that up.
 4        Q.    Is it possible that it comes
 5    from ISO 22262-2?
 6        A.    Yeah, let's take a look.
 7        Q.    ISO 22262-2, page 23.
 8        A.    Interestingly, there are no
 9    page numbers in this document.
10        Q.    You have Dyar 5?
11        A.    Yeah.
12              MR. CHACHKES:  I think the page
13        numbers were cut off on our copies.
14              MR. FINCH:  Oh.
15    QUESTIONS BY MR. FINCH:
16        Q.    It's Section 14.2.3.4.
17        A.    Got it.  Ah, yes, this is where
18    the point counting is.
19              Okay.  Now we are all literally
20    on the same page.
21        Q.    Okay.  Now, the reference that
22    you have in your report on page 50 and 51 is
23    incorrect, and it should be to ISO 22262-2?
24        A.    Right.  So the 1 should be a 2.
25        Q.    At page 23?
```

Page 299

```
 1    of grains counted.  That is the context in
 2    which that statement is made.
 3        Q.    Okay.  You're referring to --
 4    your citation is to ISO 22262-1, page 29,
 5    right?
 6        A.    No, page 50 to 51 where I say,
 7    "It is well-recognized that the accuracy of a
 8    point count depends on the number of grains
 9    counted.  This is acknowledged in ISO
10    22262-2, which says," et cetera, et cetera.
11        Q.    All right.  Let's get ISO
12    22262-1.
13        A.    So that should be on page 29,
14    that quote.
15        Q.    We're on page 29 of ISO
16    22262-1, is that quote.
17        A.    That's what it says.  It looks
18    like there might be an error in that.
19        Q.    Isn't the quote that you're
20    talking about found on page 23?
21        A.    Yeah, that might have been a
22    typo.  Although I don't see it on page 23.
23        Q.    Let's see.
24        A.    Let's see if we can find it
25    here.  Point counting.
```

Page 301

```
 1        A.    In the footnote, yes.
 2        Q.    Right.  Okay.
 3              Do you agree with me that talc
 4    particles and any accessory minerals found in
 5    talc can have different sizes?
 6        A.    Certainly.
 7        Q.    Can they have different
 8    thicknesses?
 9        A.    Certainly.
10        Q.    Can they have different
11    densities?
12        A.    What do you mean, "can they
13    have different densities?"
14        Q.    Can the talc particles and the
15    accessory minerals have different densities?
16        A.    Certainly.
17        Q.    Can different accessory
18    minerals have different densities?
19        A.    They may.
20        Q.    Can talc particles have
21    different thicknesses from other talc
22    particles?
23        A.    Yes.  Or they could be the
24    same.
25              When you make a grain mount,
```

76 (Pages 298 to 301)

Melinda Darby Dyar, Ph.D.

Page 302

1    you have no guarantees of what thicknesses of
2    anything are.
3        Q.    And would you agree that the
4    point counting methodology that ISO 22262
5    refers to -- refers you back to ISO 22262-1
6    to describe how to do point counting?
7        A.    I don't see that right here.
8        You want to tell me where it
9    says that?
10       Q.    I misspoke. I'm sorry.
11       Section 14.2-3-4 is where it
12   talks about "the statistical reliability of a
13   point count for determination of asbestos
14   depends on the number of asbestos points, not
15   on the total nonempty points examined."
16       That's the quote you have --
17       A.    That's the quote.
18       Q.    -- in your report?
19       A.    Yes.
20       Q.    Okay. And the determination of
21   amphibole in talc is found on page 29 of ISO
22   22262-2, correct?
23       MR. CHACHKES: So we don't have
24   page numbers.
25       MR. FINCH: Page -- it's 16.3.

Page 303

1        16.3.
2        THE WITNESS: Yep.
3    QUESTIONS BY MR. FINCH:
4        Q.    Okay. This talks --
5        A.    That describes a centrifuge
6    procedure, yes.
7        Q.    And then it refers you back.
8    It says, "Quantify any asbestiform amphibole
9    in the centrifugate by the point counting
10   procedure specified in 14.2.3," right?
11       A.    Of this document, yes.
12       Q.    Yes. Of ISO 22262-2.
13       A.    Which is the minimum of 20
14   asbestos points or the equivalent of 13,000
15   nonempty points. That's what it's referring
16   to, yes.
17       Q.    Right.
18       But if you go to the beginning
19   of Section 14.2.3, that's the section that
20   refers you back to point counting by PLM or
21   SEM that's found on page 20 of the exhibit.
22   It's the beginning of 14.2.3.
23       A.    Yes.
24       Q.    All right. What it states is,
25   "Conventional point counting determines the

Page 304

1    relative projected areas occupied by
2    different particle species on a microscope
3    slide. The integrated relative volumes of
4    different particle species can be calculated
5    from a conventional point count, but only if
6    the particles are all of the same thickness.
7    If the densities of the various particle
8    species are known, the relative weights of
9    the different particle species can be
10   calculated. However, conventional point
11   counting does not produce correct results
12   when applied to the determination of the
13   proportion of asbestos in a mixture of
14   particles with a wide range of different
15   thicknesses and different densities."
16       Did I read that correctly?
17       A.    You did.
18       So I think the point here is
19   twofold. There's not -- there's very little
20   information in the Longo and Rigler reports
21   about the PLM procedures used. And in fact,
22   in most cases when we do this in the
23   laboratory, we sieve the samples so the
24   particles are all the same size.
25       So one normal, logical

Page 305

1    assumption would be that they sieve their
2    particles before they did the PLM analysis.
3    It doesn't say that they did not; it doesn't
4    say that they did. There's not just enough
5    information to know if that's what they did.
6        Q.    Isn't it true that
7    Section 14.2.3 that I just read you said that
8    point counting is not accurate if the -- to
9    determine the proportion of asbestos in a
10   mixture of particles with a wide range of
11   different thicknesses and different
12   densities?
13       A.    That is indeed what the
14   document says. And what I'm telling you is
15   that it's also possible that the data in the
16   Longo, Rigler reports were all from a sieved
17   sample which were, in fact, the same grain
18   size, in which case you would be able to
19   extract useful information out of it.
20       But the germane point here is
21   what's in my report, and that is that the
22   Longo and Rigler analysts didn't do any of
23   this. They just used visual estimates rather
24   than point counting. And they say in their
25   deposition that they used -- compare visual

Melinda Darby Dyar, Ph.D.

Page 306

1    comparisons against unspecified and
2    unregulated weight percent standards.
3            But the results of those are
4    really un -- different from the ones from TEM
5    and, therefore, I consider them to be
6    unreliable.
7            MR. CHACHKES:  Incidentally,
8        we've been going over a little over an
9        hour, if you reach a wrapping-up
10       point.
11           MR. FINCH:  Two more questions,
12       and then we'll stop for a break.
13           MR. CHACHKES:  Always two.
14   QUESTIONS BY MR. FINCH:
15       Q.    But you have no information
16   about whether or not they had sieved the
17   samples so that all the particles were of the
18   same thickness and the same density before
19   analyzing them, correct?
20       A.    Correct.
21       Q.    And ISO 22262-2,
22   Section 14.2.3, says that point counting does
23   not produce correct results when the asbestos
24   is in a mixture of particles with a wide
25   range of different thicknesses and different

Page 307

1    densities, correct?
2        A.    But, sir, your point is moot
3    because the point I make in my report is that
4    they didn't even use point counting.  So
5    regardless of whether they sieved the samples
6    or not, they didn't do point counting, so
7    it's unclear to me why this is even relevant.
8        Q.    Isn't one reasonable
9    interpretation of ISO 22262-2 is that you're
10   not supposed to do point counting if you're
11   analyzing asbestos found in a material with a
12   wide range of different thicknesses and
13   different densities?
14       A.    No, because it would be
15   entirely possible to sieve the samples to
16   make sure they were all the same grain size.
17       Q.    Does it say anywhere in ISO
18   22262-2 to sieve all the samples so that
19   they're the same particle and grain size?
20       A.    It doesn't need to say that.
21   It says that if they are a different grain
22   size, you won't get good results.  So that
23   implies that if you wanted to get good
24   results, you would sieve the samples, which
25   is the standard protocol.

Page 308

1            Point counting is not just used
2    in the asbestos industry.  Point counting is
3    a time-honored geologic technique that's been
4    used for probably a hundred years.
5            MR. FINCH:  Let's take a break.
6            VIDEOGRAPHER:  All right.  The
7        time is 4:58 p.m.  Off the record.
8        (Off the record at 4:58 p.m.)
9            VIDEOGRAPHER:  Okay.  We are
10       back on the record.  The time is
11       5:32 p.m.
12   QUESTIONS BY MR. FINCH:
13       Q.    Good afternoon, Professor Darby
14   Dyar.
15           At page 53 of your report --
16   this is Exhibit 2 to your deposition, your
17   expert witness report.
18       A.    Sorry, what page is that again?
19       Q.    53.
20       A.    I'm there.
21       Q.    All right.  On page -- at
22   Figure 23 A, images of non-asbestiform
23   particles from Gunther 2010.
24           Do you see that?
25       A.    Yes.

Page 309

1        Q.    Those are images taken from the
2    paper that you and I looked at earlier today,
3    Mickey Gunther's 2010 paper entitled
4    "Defining Asbestos Differences Between the
5    Built and Natural Environments"?
6        A.    Mickey's written a lot of
7    papers, but if that's what I say, then that's
8    the one I reference, yes.
9        Q.    Well, you referred to Gunther
10   2010.  I'm just --
11       A.    Well, hang on.  Let's take a
12   look here.
13           Yes.  So between -- yep, that's
14   it.  Yep.
15       Q.    Okay.
16       A.    Do you want me to pull that
17   out?
18       Q.    No.  No.  No.
19       A.    That is indeed where those
20   images came from.
21       Q.    Those images came from what we
22   have marked to our deposition as exhibit --
23   your Deposition Exhibit 11, correct?
24       A.    Yeah.  Might turn the page, I'm
25   sure.  Yeah, they're in there.

78 (Pages 306 to 309)

Melinda Darby Dyar, Ph.D.

Page 310

1      Q.    Okay.  Were you aware at the
2   time that Mr. Gunther wrote this paper that
3   he was serving as an expert witness for the
4   RT Vanderbilt talc company and issuing expert
5   reports that called the materials that were
6   found in Gouverneur talc, Gouverneur,
7   New York, talc, non-asbestiform cleavage
8   fragments as opposed to asbestos --
9   asbestiform fibers?
10         MR. CHACHKES:  Objection.
11         THE WITNESS:  No, I was not
12   aware of any of that.
13   QUESTIONS BY MR. FINCH:
14      Q.    Are you aware that there has
15   been an epidemic of mesothelioma from
16   employees of the Gouverneur talc mine in and
17   around the -- who were employed by the
18   Gouverneur talc mine by RT Vanderbilt?
19         MR. LOCKE:  Objection.
20         THE WITNESS:  No, I'm not aware
21   of that.
22         MR. FROST:  Objection.
23   QUESTIONS BY MR. FINCH:
24      Q.    Are you aware that the EPA
25   Region 9 has criticized Dr. Gunther and

Page 311

1   Mr. Lee's analysis of the distinction between
2   asbestiform and non-asbestiform?
3         MR. FROST:  Objection.
4         MR. CHACHKES:  Objection.
5         THE WITNESS:  No, I'm not aware
6   of that.
7         And I will also point out that
8   in my report I give examples of
9   non-asbestiform particles from other
10   sources such as Campbell 1977 and --
11   and Pierce 2017.
12   QUESTIONS BY MR. FINCH:
13      Q.    All right.  Were you aware that
14   Pierce's paper was -- are you aware that
15   Ms. Pierce is an employee --
16         MR. FINCH:  Is it Exponent or
17   ChemRisk?
18         MR. CHACHKES:  Are you aware?
19         MR. FINCH:  I am, but I'm
20   50-some years old, and remembering
21   everything off the top of my head
22   isn't as easy as it used to be.
23   QUESTIONS BY MR. FINCH:
24      Q.    Are you aware of the nature of
25   the entity that employs Ms. Pierce and what

Page 312

1   its mission statement is?
2         MR. CHACHKES:  Objection.
3   Form.
4         THE WITNESS:  No, I have no
5   knowledge of that.
6   QUESTIONS BY MR. FINCH:
7      Q.    You've never heard of Exponent
8   or ChemRisk before?
9      A.    No.
10      Q.    Are you familiar with the
11   terminology "doubt science" or "distraction
12   science"?
13         MR. CHACHKES:  Objection.
14         THE WITNESS:  Never heard that
15   term.
16   QUESTIONS BY MR. FINCH:
17      Q.    On page 53 of your report you
18   say, "Bundles occur as separable groups of
19   parallel fibers with splayed ends and matted
20   masses as seen in Figure 23 B," as in
21   basketball, right?
22      A.    Yes.
23      Q.    Do you agree with me that
24   bundles do not have to have splayed ends?
25      A.    All I know is that in ISO

Page 313

1   22262-1, bundles are described as structures
2   composed of parallel, smaller diameter fibers
3   attached along these -- along their lengths.
4         I think the point is that
5   Drs. Longo and Rigler don't define what a
6   bundle is either, so it's unclear what
7   they -- what they mean when they make those
8   assignments.
9      Q.    All right.  In page 5 of ISO
10   22262-1, Section 2.29?
11      A.    Yeah, I think I stole one of
12   yours.
13         Section 2 point what?
14      Q.    29, 2.29 in the definitions.
15      A.    Uh-huh.
16      Q.    It says -- it has a definition
17   of fiber bundle, correct?
18      A.    Which is exactly the definition
19   I gave, I believe, yes.
20      Q.    Well, in your report you say
21   "bundles occur as separable groups of
22   parallel fibers with splayed ends and matted
23   masses."
24         And my question to you was:  Do
25   you agree that fiber bundles do not always

Melinda Darby Dyar, Ph.D.

Page 314

1    exhibit splayed ends?
2        A.    You know, I've not been called
3    upon to make that judgment call, so I can't
4    say.
5        Q.    Will you agree with me that in
6    the definition of fiber bundle on page 5,
7    Section 2.29 of ISO 22262-1, it states, "A
8    fiber bundle may exhibit diverging fibers at
9    one or both ends"?
10       A.    Yes, it does say -- it does say
11   that, yes.
12       Q.    Okay.  And you would agree with
13   me that "may" does not mean "always"?
14       A.    Correct.
15           But I did not say that bundles
16   are defined as.  I just said that's how they
17   occur.  Very important distinction.
18       Q.    And you would agree with me --
19   would you agree with me that you can have a
20   bundle of asbestos fibers without splayed
21   ends at either end of the bundle?
22           MR. LOCKE:  Objection.  Asked
23   and answered.
24           THE WITNESS:  The definition in
25   ISO 22262 makes a note that says that.

Page 315

1    QUESTIONS BY MR. FINCH:
2        Q.    It makes a note that it may
3    have splayed ends.  It also may not have
4    splayed ends, too, correct?
5        A.    That's correct.
6        Q.    All right.  And in
7    Section 7.2.3.7.1 of the same document,
8    page 22?
9        A.    7.2.3 -- yeah, got it.
10       Q.    It has a description of
11   morphology for -- "morphology that is
12   characteristic of asbestos is as follows,"
13   and then it has a description of the
14   morphology characteristics in laboratory
15   samples for PLM identification of the fiber
16   type.
17           Do you see that?
18       A.    I do see that here.
19       Q.    Okay.  It says, "A, the
20   presence of fiber aspect ratios in the range
21   of 20 to 1 or higher for fibers longer than
22   5 microns."
23           Do you see that?
24       A.    Yes.
25           Be careful, you're diverting

Page 316

1    from counting criteria into characteristics
2    for fibers and bundles.
3        Q.    The section is entitled
4    "Morphology," correct?
5        A.    Yes.
6        Q.    And it lists A, B and C,
7    correct?
8        A.    Yes, but it says "generally
9    recognized."  It doesn't say "always
10   recognized."
11       Q.    And would you agree with me
12   that it doesn't say that all of these
13   characteristics have to be present in order
14   for it to be morphology consistent with
15   asbestos?
16       A.    It doesn't say that -- it's not
17   clear.  The document itself is not clear.
18       Q.    Are you aware of any -- other
19   than the statistical testing using the aspect
20   ratio we'll get to it in a minute, are you
21   aware of any objective way to determine
22   whether or not a structure you're looking at
23   is a bundle or a cleavage fragment in terms
24   of something you can measure using a tool or
25   a technique of --

Page 317

1        A.    So before I answer that
2    question, I'd like to back up to your last
3    question and point out that there's a note
4    at the end of this section which says, "This is
5    intended as guidance for analysts, and it is
6    not intended to override the definition of
7    asbestos as presented in 2.9."
8            So let's make sure we make a
9    note of the fact that these morphology
10   comments here are intended as guidance and
11   not as overriding other considerations
12   elsewhere in the document.
13           All right.  Now --
14       Q.    And it also refers to national
15   regulation.  It's not intended to override
16   any national regulation, correct?
17       A.    That's what it says.
18           Now, if we can go back to your
19   question.
20       Q.    So my question is:  Other than
21   the statistical test of aspect ratios on a
22   population basis, is there any quantitative,
23   objective way that you know of to identify
24   the morphology of a bundle as being a bundle
25   of asbestos fibers versus a cleavage

80 (Pages 314 to 317)

Melinda Darby Dyar, Ph.D.

Page 318

1  fragment?
2       MR. FROST:  Objection to form.
3       THE WITNESS:  Let's see.
4  "Other than."
5       So we've established that
6  statistical tests of particle
7  dimensions on populations are the best
8  and only way to determine whether
9  something is asbestiform and
10  non-asbestiform.
11       From an individual particle and
12  a two-dimensional image, it is
13  impossible to make those kinds of
14  judgments.
15  QUESTIONS BY MR. FINCH:
16       Q.   Would you agree with me that
17  Section 7.2.3.7.1 says, "In light microscope,
18  the asbestiform habit is generally recognized
19  by the following characteristics," and it
20  lists characteristics that do not discuss the
21  statistical testing of a population of -- on
22  an aspect ratio basis?
23       A.   My interpretation of this
24  document is verbatim what it says, which is
25  this is intended for guidance.  It's not

Page 319

1  intended to be, as it says, a way to
2  discriminate between non-asbestiform and
3  asbestiform amphibole populations in a
4  rigorous way.
5       Q.   Okay.  On page 23, in the same
6  section, in the text below number 5 --
7       A.   Uh-huh.
8       Q.   -- it has a discussion in the
9  second paragraph that begins "In general."
10       Do you see that?
11       A.   Yes.
12       Q.   Okay.  ISO 22262-1 states, "In
13  general, for this part of ISO 22262, the
14  presence of either the asbestiform or the
15  non-asbestiform analogs of tremolite and
16  actinolite, anthophyllite or richterite,
17  winchite, can usually be specified.  If the
18  majority of the amphibole fibers longer than
19  5 microns have aspect ratios equal to or
20  lower than 5 to 1, and if the fibers do not
21  exhibit any of the characteristics in C" --
22       Which is referring back to
23  page 22, correct?
24       A.   Yes.
25       Q.   -- "it can be concluded that

Page 320

1  the amphibole is probably non-asbestiform,
2  with a degree of certainty increasing with
3  decreasing maximum aspect ratio.  If any
4  amphibole fibers longer than 5 microns with
5  aspect ratios in the range of 20 to 1 or
6  higher are observed, then it can be concluded
7  that amphibole asbestos is probably present,
8  with a degree of certainty increasing with
9  increasing aspect ratio."
10       Did I read that correctly?
11       A.   You read it correctly.
12       Q.   And it says, if any amphibole
13  fibers longer than 5 microns with an aspect
14  ratio in the range of 20 or {sic} 1 or higher
15  are observed, then it can be concluded that
16  amphibole asbestos is probably present.
17  Right?
18       A.   That's what it says.
19       Q.   So that means -- "any" means
20  more than 1, correct?
21       If you've got any amphibole
22  fibers longer than 5 microns in the range of
23  20 to 1 or higher, ISO
24  22262-1, Section 7.2.3.7.1, says that it can
25  be concluded that amphibole asbestos is

Page 321

1  probably present, with a degree of certainty
2  increasing with increasing aspect ratio?
3       A.   Let us, again, point out that
4  immediately following the paragraph you wrote
5  {sic} it says, "This is intended for guidance
6  for an analyst," first of all.
7       And second of all, let's go
8  back and look at the populations in this
9  particular situation.  And in fact, it says
10  that the average aspect ratio of all
11  particles looked at by Longo and Rigler is
12  13.34.
13       So under their own
14  definition -- or under the definition in this
15  document, none of the particles identified by
16  Drs. Longo and Rigler would be considered to
17  be asbestiform.  So you're arguing my own
18  point.
19       Q.   Average doesn't mean -- the
20  average -- you said Longo and Rigler found
21  that the average aspect ratio was 13 point
22  something, correct?
23       A.   Correct.
24       Q.   Average is not the same as the
25  longest, correct?

81 (Pages 318 to 321)

Melinda Darby Dyar, Ph.D.

Page 322

1      A.    That's correct.  But it is also
2  the case that population distribution of
3  non-asbestiform and asbestiform amphiboles
4  would all have some samples since it's an
5  asymptotic distribution potentially in the 20
6  to 1 range.
7      Q.    Does -- isn't it true that
8  Dr. Longo and Dr. Rigler did find amphibole
9  fibers that were longer than 5 microns which
10  had an aspect ratio of 20 to 1 or higher?
11      A.    I don't know.  Very few of
12  them, based on the information in the plot
13  and figure of 28 C, a very, very small
14  percentage of the Longo and Rigler samples
15  have aspect ratios that are greater than 20
16  to 1.
17      Q.    Okay.  And doesn't it say if
18  any amphibole fibers longer -- any meaning
19  any, not average -- any amphibole fibers
20  longer than 5 microns with aspect ratios in
21  the range of 20 to 1 or higher are observed,
22  then it can be concluded that amphibole
23  asbestos is probably present?
24            That's what ISO 22262-1 says,
25  does it not?

Page 323

1      A.    That is what it says, but below
2  that it also says "this is intended only as
3  guidance."
4            And then it mentions
5  populations, which is, of course, the more
6  appropriate analysis, which is what I've done
7  in the report.
8      Q.    Okay.  And in your report when
9  you're analyzing the populations, am I
10  correct that you say that -- you fault
11  Dr. Longo and Rigler for only analyzing the
12  average aspect ratio for particles longer
13  than 5 microns, correct?
14            MR. CHACHKES:  Objection.
15            THE WITNESS:  Yes, that's what
16  I say.
17  QUESTIONS BY MR. FINCH:
18      Q.    All right.  And --
19      A.    Well, in point of fact what I
20  say is that they only counted particles with
21  aspect ratios greater than 5 to 1, which
22  improperly biases their results toward
23  finding an asbestiform particle population,
24  although it was unsuccessful.  Because even
25  with that limitation, their mean aspect ratio

Page 324

1  of particles was still 13, which is well
2  below 20 to 1.
3      Q.    Where does it say that the
4  average aspect -- in ISO 22262-1 does it say
5  in Section C, Section 72371, that the average
6  aspect ratio has to be in the range of 20 to
7  1 or higher?
8      A.    It says, "This is intended as
9  guidance for the analyst to discriminate
10  between non-asbestiform and asbestiform
11  amphibole populations."
12            So to me it is implied that
13  these measurements would be made on multiple
14  samples in order to accumulate enough data to
15  understand the population represented.
16      Q.    And in analyzing the aspect
17  ratios, am I not correct that in
18  Section 7.2.3.7.1 of ISO 22262-1 they are
19  talking about the aspect ratios for fibers
20  longer than 5 microns?  Correct?
21      A.    It just gives a guidance that,
22  yes, if any amphibole fibers longer than
23  5 microns -- that's what it says there.
24      Q.    And if any amphibole fiber with
25  longer than 5 microns has an aspect ratio of

Page 325

1  20 to 1 or higher, then it could be concluded
2  that amphibole asbestos is probably present.
3            And this is in a guidance
4  document for analysts to discriminate between
5  non-asbestiform and asbestiform amphibole
6  populations?
7      A.    I think we can agree to
8  disagree here.  The term "probably" is used
9  in this sentence, and then it's followed by a
10  note that says that this is intended as
11  guidance to discriminate between populations.
12            So I believe that the pop --
13  the use of populations is the absolute
14  paramount, most useful method for
15  discriminating morphologies.
16            And let's bring it back to the
17  Longo and Rigler report, too.  So in the
18  Longo and Rigler report they use TEM to
19  visually distinguish these things, so they
20  are -- their conclusions are not using aspect
21  ratios in any way.
22      Q.    Doesn't Dr. Longo have analysis
23  of aspect ratio of the structures he analyzes
24  that you recreate at --
25      A.    He presents that information in

82 (Pages 322 to 325)

Melinda Darby Dyar, Ph.D.

Page 326

1    his tables, but I believe that in his
2    deposition he indicated that the terminology
3    that's associated with the images is made at
4    the time of acquisition, before there's any
5    analysis -- before any analysis has been
6    undertaken.
7         Q.    Isn't it true -- you say in
8    footnote 94, "Although the longer Rigler MDL
9    reports utilize PLM for evaluating optical
10   properties, the reports do not give aspect
11   ratios for studied particles either in the
12   photomicrographs themselves or in any of the
13   tables."
14        A.    For the PLM data, I believe
15   that is correct.
16        Q.    All right.  We just looked at
17   exhibit -- I think it's Exhibit 22, which was
18   Section 13.
19        A.    It's in here somewhere.  Here
20   we go.
21        Q.    And am I correct that in
22   multiple places in the PLM images in
23   Exhibit 22 there are measurements of the
24   length of the structure in microns, and in
25   the tables there are -- there are -- there is

Page 327

1    data in the count sheets for each structure
2    as to its length and width which would enable
3    you to calculate an aspect ratio?
4         A.    What did I exactly say in my
5    report?
6               I was looking for tables that
7    counted aspect ratios, and there is no aspect
8    ratio in this particular document.
9         Q.    Right.
10              But the data from which one
11   could calculate aspect ratios is available in
12   every count sheet, correct?
13        A.    But that's not what I said.
14              What I said in my report was,
15   the reports do not give aspect ratios for
16   studied particles.
17        Q.    The reports give you all the
18   data you need to calculate the aspect ratios
19   for every single particle studied, correct?
20              MR. CHACHKES:  Objection.
21              THE WITNESS:  I would have to
22        review the data again to make sure
23        that those are all there.  I don't
24        recall.
25

Page 328

1    QUESTIONS BY MR. FINCH:
2         Q.    An aspect ratio is simply
3    dividing the length by the width, right?
4         A.    That's correct.
5               But I would point out that many
6    of the images like this one do not include
7    measurements.
8         Q.    But the count sheets do that
9    back up the images, correct?
10        A.    When they are provided.
11        Q.    Did --
12        A.    It's unclear to my -- I'd have
13   to go back and look.  It's unclear to me
14   whether both -- whether all the PLM
15   measurements, including those done by Lepoy
16   {phonetic} and those done by Longo and
17   Rigler, included such count sheets.
18        Q.    Okay.  You say that --
19        A.    But in any case, it's
20   irrelevant because the population mean of all
21   of these particles is not high enough to be
22   consistent with the presence of a population
23   of asbestiform minerals.
24        Q.    All right.  The population mean
25   that Drs. Longo and Rigler calculated was an

Page 329

1    aspect ratio of 13.34, right?
2         A.    By my calculations, yes.
3         Q.    And what publication do you
4    rely upon for your conclusion that it is a
5    requirement under the international standards
6    for analyzing asbestos that the aspect -- the
7    average aspect ratio must be higher than 20
8    to 1?
9               MR. CHACHKES:  Objection.
10              THE WITNESS:  I don't rely for
11        my conclusion on the requirement that
12        the aspect ratio be higher than 20 to
13        1.  I'm just pointing out, apropos of
14        the discussion we just had about ISO
15        22262-1, that it happens to mention
16        aspect ratios of greater than 20 to 1.
17              And I'm pointing out that as it
18        happens, the aspect ratio of all the
19        particles' population measured by
20        Longo and Rigler is significantly
21        lower than that.  That's all I'm
22        saying.
23              (Dyar Exhibit 23 marked for
24        identification.)
25

83 (Pages 326 to 329)

Melinda Darby Dyar, Ph.D.

Page 330

1  QUESTIONS BY MR. FINCH:
2      Q.    All right.  Let's mark this as
3  Exhibit 23.  This is Exhibit Number 23, I
4  hope.
5          Have you ever seen this
6  document before?
7      A.    Nope.
8      Q.    Do you recognize Richard Lee as
9  the president of the organization that Matt
10 Sanchez works for?
11     A.    I assume so.  I assume that's
12 what RJ Lee stands for.
13     Q.    And Ann Wylie is the scientist
14 we talked about before.  You rely on
15 Dr. Wylie's publications in part for your
16 opinions in this case?
17     A.    Certainly I cited some of Ann's
18 publications, yes.
19     Q.    This is a non-peer-reviewed
20 publication that they put together describing
21 what is asbestos.
22         Do you see that?
23     A.    I can see that it's from a
24 non-peer-reviewed source, yes.
25     Q.    All right.  And on pages 6 and

Page 331

1  7 --
2          Does your copy have pages at
3  the bottom?
4      A.    Yes, it does.
5      Q.    -- they have pictorial images
6  of asbestos, asbestiform and non-asbestiform
7  materials, correct?
8      A.    Yes.
9      Q.    And have you analyzed each of
10 the structures identified by Dr. Longo's
11 analysts and pictographs taken by Dr. Longo's
12 analysts to determine whether or not they
13 look more like the middle box under
14 asbestiform than any of the materials -- any
15 of the pictures of non-asbestiform on page 7?
16     A.    So the point is that it's very
17 difficult to distinguish images on the basis
18 of one TEM image which is only
19 two-dimensional.  You really need multiple
20 measurements of the dimensions of a particle,
21 on multiple particles, in order to make an
22 assertive and a definitive decision.
23     Q.    And one way to do that is to
24 analyze the aspect ratio of particles that
25 are 5 microns long or longer to determine

Page 332

1  both the mean aspect ratio and the outlier
2  aspect ratios, correct?
3          MR. CHACHKES:  Objection.
4          THE WITNESS:  As an analyst,
5  once you have the thing in the TEM,
6  you'd like to collect as much data as
7  possible.  And, yes, a way as
8  described in my report to determine
9  the population of aspect ratios
10 represented in your sample is to make
11 multiple measurements, yes.
12 QUESTIONS BY MR. FINCH:
13     Q.    I believe you said that you
14 have met Ann Wylie but you couldn't pick her
15 out of a crowd; is that correct?
16     A.    Correct.
17     Q.    Have you communicated with her
18 in any way about your work in this case?
19     A.    No.
20     Q.    Have you submitted -- well, let
21 me ask you this:  Is your expert report in
22 this case, Exhibit 2, been peer-reviewed?
23     A.    No.
24     Q.    Do you intend to submit it to
25 any peer-reviewed journal?

Page 333

1      A.    It would not be appropriate.
2      Q.    Why not?
3      A.    Because it's simply an analysis
4  of reports.  It's nothing worthy of a
5  peer-review journal.  It's not -- it's not
6  appropriate.
7          Peer-reviewed journals are for
8  fundamental research, which this is merely a
9  report that critiques something else.  Just
10 as I would not ever submit my review of a
11 paper as a peer-review article.
12         MR. FINCH:  Can I have the next
13 document?
14         (Dyar Exhibit 24 marked for
15 identification.)
16 QUESTIONS BY MR. FINCH:
17     Q.    Let's mark this as 24.
18         Do you rely on US Geological
19 Survey's Mineral Commodity profiles for
20 anything, any aspect of your work?
21     A.    No.
22     Q.    Do you agree that the US
23 Geological Survey is a reputable source if
24 one is looking to identify what the US
25 Geological Service considers asbestos to be?

84 (Pages 330 to 333)

Melinda Darby Dyar, Ph.D.

Page 334

1           MR. CHACHKES:  Objection.
2           THE WITNESS:  I haven't
3       researched that, so I don't actually
4       have a good answer for that.
5   QUESTIONS BY MR. FINCH:
6       Q.    You cited to a publication by
7   Wylie and Virta in your expert witness
8   report, correct?
9       A.    That's correct.
10      Q.    And were you aware that's the
11  same Virta who wrote the USGS Mineral
12  Commodity profile "Asbestos" in 2005, by
13  Robert L. Virta?
14      A.    Apparently that's the case.
15      Q.    And do you agree with me that
16  the US Geological Survey Mineral Commodity
17  profile for asbestos is the United States
18  government's definition of what constitutes
19  asbestos from the perspective of the geology
20  scientists that work for the USGS?
21          MR. CHACHKES:  Objection.
22          THE WITNESS:  You know, you've
23      just given me a 56-page document, and
24      we have a very short time left.  I'd
25      be happy to use it to evaluate this

Page 335

1       document, but I can't answer your
2       question without actually reading this
3       document.
4   QUESTIONS BY MR. FINCH:
5       Q.    Does tensile strength have
6   anything to do with determining whether what
7   you see under a microscope is a cleavement
8   fragment -- a cleavage fragment or an
9   asbestos bundle?
10      A.    So I believe we established
11  earlier that the definition of a fiber
12  includes the qualifier that it has to be
13  flexible and have high tensile strength, and
14  that's the definition which is ubiquitous
15  across many different sources.
16      Q.    Is there any peer-reviewed
17  publication that you know of that tells you
18  how to measure tensile strength in an
19  asbestos fiber or bundle which is 20 microns
20  long or less?
21      A.    Well, let's recall that my role
22  here is to assess the methodology used by
23  Drs. Longo and Rigler, not the methodology
24  that they didn't use.
25          So I have no opinion on that

Page 336

1   because I didn't research that particular
2   area.
3       Q.    Would you agree with me that
4   ISO 22262-1, ISO 22262-2 and the Yamate
5   document on which you rely don't have any
6   techniques or methodologies for measuring
7   tensile strength in order to characterize
8   something as asbestos or not?
9       A.    All of those documents define
10  fibers as having high tensile strength, and
11  they give guidelines for different analytical
12  tools that can be used to characterize
13  different characteristics of particles, but
14  they don't give -- they're not intended to be
15  exclusive.
16          So, no, I'm not aware that
17  those documents include information on how to
18  do that.  Perhaps there's an ISO 66, whatever
19  it is, 4, that will pursue that.
20      Q.    Turn to Table 11 of exhibit --
21  whatever this next one is.
22      A.    In what?
23      Q.    24, the Virta US Geological
24  Survey.
25      A.    I'm sorry, page what?

Page 337

1       Q.    Page 14, Table 11.
2       A.    Uh-huh.
3       Q.    Properties of asbestos fibers.
4           Do you see that?
5       A.    I see.
6       Q.    All right.  There is -- it
7   lists essential composition, crystal system.
8           Do you see that?
9       A.    Uh-huh.
10      Q.    Is that a yes?
11      A.    I do see that.
12      Q.    Okay.
13      A.    The list.
14      Q.    And then there's a -- there is
15  a discussion -- there is a description of
16  flexibility at the bottom, right?
17      A.    Yes.
18      Q.    There's also a discussion or
19  description of tensile strength about
20  two-thirds of the way down the chart, right?
21      A.    There are measurements -- or
22  there are numbers reported there, yes.
23      Q.    All right.  Would you agree
24  with me that tremolite asbestos is described
25  as having poor flexibility as compared to

85 (Pages 334 to 337)

Melinda Darby Dyar, Ph.D.

Page 338

1    crocidolite, chrysotile or amosite?
2         A.    Let's see here.  I have no idea
3    without reading the paper what this means.
4    You're taking this table and asking me to
5    interpret it completely out of context.
6              Just because something has poor
7    flexibility doesn't mean that it's not
8    flexible, and the definition is that it has
9    to be flexible.
10             In fact, the numbers indicated
11   here for tensile strength indicate that these
12   things are flexible.
13        Q.    Well, isn't it true that the
14   tensile strength is measured in thousand
15   pascals?
16        A.    It is reported in thousand
17   pascals, according to this chart.
18        Q.    Right.
19             And, for example, tremolite and
20   anthophyllite -- let's start with
21   anthophyllite.  That's 27,000 pascals or
22   less, right?
23        A.    That's what it says here.
24        Q.    And that is -- and then
25   actinolite is 6,000 pascals or less, correct?

Page 340

1    and flexibility was not done by Drs. Longo
2    and Rigler, and this document makes it clear
3    that it is possible.
4              So another method --
5    methodological flaw of this Longo and Rigler
6    report, which you've nicely given me the data
7    for, is that in fact it is possible to
8    measure tensile strength for these particles,
9    and Drs. Longo and Rigler did not do so.
10        Q.    Do you know if the tensile
11   strength measured in this document is from
12   microscopic particles or particles that are
13   large enough to see by the naked eye?
14        A.    Again, I've only looked at this
15   document for a total of three minutes.  I
16   have not had adequate time to either read
17   what the explanation says or to go back and
18   look at the references to determine the
19   particle sizes, so I can't answer that
20   question.
21        Q.    Can you point to a source that
22   you would consider reliable for what is the
23   minimum threshold for tensile strength to
24   characterize a given structure as asbestos or
25   not?

Page 339

1              MR. CHACHKES:  Objection.
2              THE WITNESS:  That's what it
3    says here.
4    QUESTIONS BY MR. FINCH:
5         Q.    And tremolite is 6800 to
6    55,000, correct?
7         A.    That's what it says here.
8         Q.    Would you agree with me that
9    the low range for tensile strength for
10   tremolite asbestos is two orders of magnitude
11   less than the tensile strength for the low
12   end of crocidolite?
13        A.    According to these numbers,
14   yes, but I have -- would have to have more
15   time to review this document to determine
16   where those numbers came from and how
17   reliable they are.
18             It looks like some of those
19   come from studies that were done in the
20   1950s, and I would question the reliability
21   of those.
22             So that would be my response to
23   this.
24             And I would also go back and
25   say that quantification of tensile strength

Page 341

1         A.    I believe I've already stated
2    in this deposition that I am not familiar
3    with the analytical techniques used to
4    measure tensile strength or flexibility
5    because I was -- they were not among the
6    methods used by Drs. Longo and Rigler, and my
7    job here was to assess the methodology.
8              So this whole issue is not
9    relevant to that particular documents --
10   those particular documents except as to say
11   they didn't measure this.  So...
12        Q.    Do you have any understanding
13   one way or another as to whether OSHA, the
14   Occupational Safety and Health
15   Administration, and MSHA, the Mine Safety and
16   Health Administration, regulate fibrous talc
17   as asbestos?
18             MR. FROST:  Objection.
19             MR. CHACHKES:  Objection.
20             THE WITNESS:  I know nothing
21   about that.
22   QUESTIONS BY MR. FINCH:
23        Q.    Do you know whether or not IARC
24   considers fibrous talc to be an asbestiform
25   mineral?

86  (Pages 338 to 341)

Melinda Darby Dyar, Ph.D.

Page 342

1    MR. FROST:  Objection.
2    MR. CHACHKES:  Objection.
3    THE WITNESS:  I don't recall
4  seeing that in the IARC documents I
5  read, but my focus in these documents
6  was to assess methodology.  It
7  wasn't -- it wasn't to consider talc
8  itself.
9  QUESTIONS BY MR. FINCH:
10   Q.   I notice you don't have any
11  criticism of Dr. Longo and Rigler's
12  conclusions of the particles they find that
13  are fibrous talc; is that correct?
14   A.   I didn't consider them.  I
15  considered only the question of methodology
16  as it relates to the presence or absence of
17  asbestiform minerals.
18   Q.   So the methodology they
19  followed to determine the presence or absence
20  of fibrous talc was not a subject of your
21  work or analysis in this report in this case,
22  correct?
23   MR. CHACHKES:  Objection.
24   THE WITNESS:  Talc is not a
25  regulated asbestos mineral and,

Page 343

1  therefore, I did not consider the
2  information in the report relating to
3  it.
4    MR. FINCH:  Time.  Stop.  Off
5  the record.
6    VIDEOGRAPHER:  Off the record?
7    MR. FINCH:  Off the record.  I
8  want to go off the record.
9    VIDEOGRAPHER:  The time is
10  6:13 p.m.  Off the record.
11   (Off the record at 6:14 p.m.)
12   VIDEOGRAPHER:  The time is
13  6:22 p.m.  Back on record.
14   (Dyar Exhibit 25 marked for
15  identification.)
16  QUESTIONS BY MR. FINCH:
17   Q.   Good evening, Professor Darby
18  Dyar.  We're back on the record after a short
19  break.
20   I'm going to put what's been
21  marked as Exhibit 25 in front of you.
22   I believe you agreed with me
23  earlier today that tensile strength can be
24  measured in pounds per square inch?
25   A.   So when we were looking at the

Page 344

1  USGS report, we saw that those were the units
2  that were used, yes.
3    Q.   Well, the units that were used
4  were pascal joules in the USGS report.
5    What I also ask you:  Isn't it
6  true that pounds per square inch can be a
7  measurement of tensile strength if you're
8  stretching a material as opposed to squishing
9  a material?
10   MR. FROST:  Objection.
11   THE WITNESS:  Not as far as I
12  know.
13  QUESTIONS BY MR. FINCH:
14   Q.   This is the document from a
15  textbook.  This is the article by Badollet
16  cited by the Virta article, "Asbestos:  A
17  Mineral of Unparalleled Properties," that
18  describes the physical properties of
19  asbestos.
20   Do you see that?
21   A.   Yes.
22   Q.   And it's got the tensile
23  strength of the various -- of the six
24  different regulated varieties of asbestos
25  measured in pounds per square inch.

Page 345

1    Do you see that on page 237 at
2  the -- at the second --
3    A.   Well, the first thing I see is
4  that this paper was written 67 years ago,
5  which would make me doubt the accuracy of
6  these measurements, with all due respect to
7  this individual.
8    Q.   Would you --
9    A.   But I'll take a look at
10  page 237.
11   Q.   Yeah.
12   A.   That's --
13   Q.   Tensile strength.  They have a
14  measurement in pounds per square inch of the
15  tensile strength of chrysotile, amosite,
16  anthophyllite, crocidolite, tremolite and
17  actinolite.
18   A.   That's a very weird
19  measurement, but that's what they give here,
20  yes.
21   Q.   Okay.  And then on Table 7 at
22  page 241, am I correct that they compare the
23  tensile strength of various varieties of
24  asbestos to other types of material?
25   A.   You know, this is a pretty long

87 (Pages 342 to 345)

Melinda Darby Dyar, Ph.D.

Page 346

1  document, and I've only had it in my hand for
2  two minutes.  If you give me a while, I could
3  read this.
4          There is a table that says
5  comparison of tensile strengths, but --
6      Q.    Comparison of tensile strengths
7  of various materials.  Table 7, type of
8  material for cotton fiber, the tensile
9  strength is 73,000 to 89,000 pounds per
10  square inch.
11          Do you see that?
12      A.    I see this table, but again, I
13  would doubt these measurements given that
14  they are 67 years old.
15      Q.    Okay.  Do you agree with me
16  that tremolite asbestos has a substantially
17  lower tensile strength than wrought iron,
18  ingot iron, carbon steel, piano steel wire,
19  cotton fiber?
20      A.    I agree that that's what this
21  67-year-old document says, but again, I would
22  question this source and ask for more modern
23  measurements.
24      Q.    Do you have any more modern
25  measurements of the relationship between the

Page 347

1  tensile strength of tremolite asbestos as
2  compared to something like wrought iron?
3      A.    Again, let's return to the
4  point that my goal was to review the
5  methodology in this report.  And since
6  Drs. Longo and Rigler did not consider the
7  topic of flexibility or tensile strength in
8  their report, then I've not studied this and,
9  therefore, cannot render an opinion on this.
10      Q.    On page 243, Figure 35, what
11  does that say that is?
12      A.    Electron micrograph, amosite
13  asbestos times 15200.
14      Q.    And can you put this on the
15  videotape?  Just --
16          VIDEOGRAPHER:  So if you put it
17  on the Elmo, it's going to record it.
18          MR. FINCH:  Oh, it's getting
19  recorded.  Okay.  I thought that was
20  the case, but...
21  QUESTIONS BY MR. FINCH:
22      Q.    So the authors of this are
23  calling this amosite asbestos?
24          MR. FROST:  Objection.
25          THE WITNESS:  That's what the

Page 348

1  label says in the paper, yes, but I --
2  again, I have called into question a
3  document that's 67 years old.  It's
4  probably more.  It was probably
5  written 68 years ago.
6  QUESTIONS BY MR. FINCH:
7      Q.    67 years ago the United States
8  was able to develop a hydrogen bomb, correct?
9          MR. FROST:  Objection.
10          THE WITNESS:  That's correct.
11  QUESTIONS BY MR. FINCH:
12      Q.    Just because technology is old
13  doesn't mean it's -- just because science is
14  old doesn't mean it's outmoded, correct?
15          MR. FROST:  Objection.
16          THE WITNESS:  I don't -- I'm
17  not going to render an opinion on
18  that.
19  QUESTIONS BY MR. FINCH:
20      Q.    Well, you study rocks found on
21  the moon and Mars, right?
22      A.    As part of my research, yes.
23      Q.    When is the last time anybody
24  put a man on the surface of the moon?
25      A.    50 years ago.

Page 349

1      Q.    Over 50 years ago?
2      A.    Uh-huh.
3      Q.    You -- am I correct that your
4  annual salary as a professor is approximately
5  $125,000 a year?
6      A.    Salaries at Mount Holyoke
7  College are not publicly available, so I
8  don't know where you got that information,
9  and I'm not comfortable indicating my salary.
10      Q.    Okay.  How does your
11  compensation that you've been paid by Johnson
12  & Johnson for this report compare to your
13  annual salary from your full-time job as a
14  professor?
15      A.    At the present time, it's hard
16  to say.  I have not been doing this very
17  long, so it's hard to say.
18          And I would also note that I am
19  also employed as a senior scientist at the
20  Planetary Science Institute in Tucson,
21  Arizona, and I receive a considerable
22  proportion of my salary from that
23  organization as well.
24      Q.    How does the -- in percentage
25  terms, how does the compensation that you've

88 (Pages 346 to 349)

Melinda Darby Dyar, Ph.D.

Page 350

1  been paid by Johnson & Johnson in the past
2  four months compare to your total
3  compensation from other sources on an annual
4  basis?
5       MR. CHACHKES:  Objection.
6       THE WITNESS:  It's certainly
7  less than my total compensation from
8  other sources.
9  QUESTIONS BY MR. FINCH:
10      Q.   Is it 50 percent of your total
11 compensation from other sources?
12      A.   I actually don't know.
13      My income varies with the
14 number of research grants I have and the
15 number of hours I charge to them, and so it's
16 hard to give a precise answer to that
17 question.
18      Q.   Have you ever been given a
19 research grant by the United States
20 government to study whether or not there is
21 asbestos in any material?
22      A.   No.  Not that I recall.
23      (Dyar Exhibit 26 marked for
24 identification.)
25

Page 351

1  QUESTIONS BY MR. FINCH:
2       Q.   Last exhibit, I believe,
3  Exhibit 26.
4       Doctor, Professor Darby Dyar,
5  Exhibit 26 is Johnson & Johnson Consumer
6  Companies Worldwide Specification describing
7  the methodology for the analysis of powdered
8  talc for asbestiform minerals by transmission
9  electron microscopy.
10      Have you ever seen this
11 document before?
12      A.   No, sir.
13      Q.   Under TEM analysis, you agree
14 with me that what they're talking about here
15 is analyzing talc for asbestiform minerals,
16 right, by TEM?
17      MR. CHACHKES:  Objection.
18      THE WITNESS:  In the 30 seconds
19 since I was handed this document, I
20 have hardly had time to even read the
21 title.  But the title says, "Analysis
22 of Powdered Talc for Asbestiform
23 Minerals by Transmission Electron
24 Microscopy."
25

Page 352

1  QUESTIONS BY MR. FINCH:
2       Q.   Under Section 13.0, TEM
3  analysis.
4       Do you see that?
5       A.   I see that section, yes.
6       Q.   Do you agree with Johnson &
7  Johnson's definition of fiber?
8       MR. CHACHKES:  Objection.
9       THE WITNESS:  I have defined
10 fiber in my report with a very
11 specific definition which has lots of
12 agreement in -- both in my literature
13 and in government documents.
14 QUESTIONS BY MR. FINCH:
15      Q.   My question was:  Do you agree
16 with Johnson & Johnson's definition of
17 asbestos fiber as found in Exhibit Number 27
18 {sic}?
19      MR. CHACHKES:  Objection.
20 QUESTIONS BY MR. FINCH:
21      Q.   26.  Or 26, I think.
22      A.   So this is not the same
23 definition that I use, but on the other hand,
24 I have not had time to read this document.  I
25 don't know what the context of this document

Page 353

1  is.
2       I know nothing about this
3  document and would certainly need more time
4  than the remaining ten minutes to render an
5  opinion on this particular document.
6       Q.   Okay.  Suffice it to say you
7  have not compared the methodology followed by
8  Drs. Longo and Rigler to determine whether or
9  not there is asbestiform minerals in talc
10 with the procedure set forth in Johnson &
11 Johnson's TEM 7024 standard?
12      MR. CHACHKES:  Objection.
13      THE WITNESS:  I believe that we
14 have established that I have no
15 information and have not reviewed
16 documents relating to anything having
17 to do with Johnson & Johnson testing
18 procedures because that was not my
19 mandate.
20      My mandate was to evaluate the
21 methodology used by Drs. Longo and
22 Rigler.
23 QUESTIONS BY MR. FINCH:
24      Q.   Did you bring any books or
25 materials with you today?

89 (Pages 350 to 353)

Melinda Darby Dyar, Ph.D.

Page 354

1      A.   Me personally, no.
2      Q.   Did the lawyer for Johnson &
3  Johnson bring books or materials that you
4  have relied upon as part of your work in this
5  case that are -- some of which might be
6  sitting on the floor behind you today?
7      A.   I know that he brought copies
8  of my two books.
9      Q.   Okay.  Can we just get the
10  two -- your two books, just so I can see --
11  have a picture of them on the record?
12      MR. CHACHKES:  Technically
13  they're mine, I purchased them, but I
14  can hand them out.  Just a second.
15      MR. FINCH:  It's an interesting
16  copyright law question as to who has
17  the ultimate ownership --
18      THE WITNESS:  Yeah, you can buy
19  your own so I can get the royalties.
20      MR. CHACHKES:  Yeah, this is --
21  just for the record, this is -- I
22  purchased this off of Amazon used, so
23  it's -- it might be marked.  I don't
24  know.
25

Page 355

1  QUESTIONS BY MR. FINCH:
2      Q.   Okay.  Mineralogy and Optical
3  Mineralogy.  This is the book that you wrote
4  with Dr. Gunther in 2008 that I showed you an
5  excerpt of.
6      VIDEOGRAPHER:  You want to put
7  it on the Elmo?
8      MR. FINCH:  Sure.
9      THE WITNESS:  Correct.  It
10  actually took us a decade to write
11  this book, but it was published in
12  2008.
13  QUESTIONS BY MR. FINCH:
14      Q.   Okay.  And what's the other
15  book that you're an author of that you
16  brought with you?
17      MR. CHACHKES:  Counsel brought.
18      THE WITNESS:  Geostatistics
19  Explained, which is listed on my CV
20  and referenced in the report.
21  QUESTIONS BY MR. FINCH:
22      Q.   This is the -- one of the
23  references that you rely upon for your
24  statistical analysis set forth in the
25  discussion of the population, correct?

Page 356

1      A.   I don't actually rely on it.  I
2  cite it because I happen to be familiar with
3  it.  But the statistical tests in the report
4  are commonplace and can be found in any
5  introductory statistics textbook.
6      Q.   Did you bring anything else
7  with you to the deposition today?
8      A.   No.
9      Q.   Anything else related -- I
10  mean, obviously you brought yourself.  I
11  assume you brought a cell phone or something.
12      But did you bring anything that
13  you reviewed or relied upon as part of your
14  work in this case to the deposition today?
15      A.   Other than the documents that I
16  already referred to?
17      Q.   Yes.
18      A.   No.
19      Q.   You're almost done.
20      The question pending was:  Did
21  you bring anything that you reviewed or
22  relied upon as part of your work in this case
23  to the deposition today.
24      And you asked me, "Other than
25  the documents I already referred to?" and my

Page 357

1  qualification was "yes."
2      Other than the documents that
3  you've already referred to, did you bring
4  anything else with you today?
5      A.   No.
6      Q.   All right.  Are there any
7  materials you rely on that are not either
8  cited in your expert report or included in
9  your reliance list that is attached to the
10  back of your expert witness report?
11      A.   No.
12      MR. FINCH:  All right.  That's
13  all the questions I have at this time.
14      MR. CHACHKES:  I have a few
15  questions.  We don't have to take a
16  break.
17      CROSS-EXAMINATION
18  QUESTIONS BY MR. CHACHKES:
19      Q.   Mr. Finch keeps referring to
20  you as Ms. Darby Dyar.
21      Do you have a graduate degree?
22      A.   I do.  I have a graduate degree
23  from MIT.  And my last name is Dyar.  Darby
24  is my middle name.
25      Q.   Professor Dyar, why are you

90 (Pages 354 to 357)

Melinda Darby Dyar, Ph.D.

Page 358

1    qualified to critique the Longo and Rigler
2    expert report?
3         A.    So my qualifications for
4    reviewing this report are outlined in this
5    particular -- in my report, but among them I
6    have a Ph.D. from MIT.  I spent a year as a
7    post doc at Cal Tech.  I have been in
8    academia for nearly 40 years and have taught
9    mineralogy at least 20 times.
10        I've written more than 250
11   papers that were published in peer-reviewed
12   scientific literature.  I've reviewed
13   hundreds of scientific documents in keeping
14   with the standards of my profession.  And
15   I've worked on dozens of papers involving
16   amphibole mineralogy and serpentine
17   mineralogy.
18        Q.    And have you received any
19   awards in the field of geology and
20   mineralogy?
21        A.    I have.  I've been honored to
22   become a fellow of the Mineralogical Society
23   of America, the Geochemical Society, and the
24   Geological Society of America.
25        I have also received national

Page 359

1    and international awards in recognition of my
2    research excellence, including the Shoemaker
3    award from NASA, the Gilbert award from the
4    geological society, the Holly medal from the
5    Mineralogical Society of Canada, and the
6    Helmholtz award from the German space agency,
7    among others.
8         Q.    Can you talk about your
9    experience with analyzing minerals with PLM?
10        A.    So I first started using PLM as
11   an undergraduate in 1978, which is 41 years
12   ago, and I've used PLM every year since then.
13   I've taught courses in the use of a
14   polarizing light microscope.
15        It's a routine tool used by me
16   whenever I look at a rock for the first time.
17   I drag out the PLM and take a look at the
18   sample.
19        Q.    Can you talk to -- about your
20   experience with analyzing minerals using
21   visual inspection with a TEM?
22        A.    So, much of my research in the
23   past two decades has involved the field of
24   biomineralization, which is the interaction
25   of microbes in minerals.  And in that

Page 360

1    research, it is necessary to use a TEM to
2    make visual examination of the interactions
3    between the microbes and the minerals.
4         So I'm intimately familiar with
5    these analyses myself and have supervised
6    many undergraduate and graduates' theses that
7    use TEM.
8         Q.    And could you talk about your
9    experience with analyzing minerals using
10   SAED?
11        A.    So in most cases when we
12   analyze something, when we take an image of
13   something with a TEM, we almost always do
14   SAED if it's possible to get a good pattern.
15        And so SAED patterns also
16   figure in my biomineralization research
17   prominently as well as in my teaching.  I
18   should say that TEM and X-ray diffraction in
19   various forms are part of a typical topics
20   covered in a mineralogy course, and certainly
21   I would have covered them in my 20 mineralogy
22   courses.
23        Q.    And can you talk about your
24   experience with analyzing minerals using EDS?
25        A.    So EDS is the poor stepsister

Page 361

1    of the more accurate gold standard for
2    mineral analysis, which is electron probe
3    microanalysis.  The two techniques use
4    exactly the same fundamental underlying
5    phenomena, they just have different
6    detectors, which is why EDS is not very
7    sensitive.  Electron probe microanalysis is
8    extremely sensitive.
9         So, in fact, when I was a
10   graduate student, I was involved in a lot of
11   analytical technique development for
12   electron-based measurements of chemistry, and
13   these have evolved into these two different
14   tools.
15        So I was involved not just at
16   the ground floor of these methods, but there
17   are now things that I use routinely in my
18   research, in particular electron probe
19   microanalysis, because it is much more
20   accurate than EDS.
21        Q.    And to what degree do you
22   routinely use these tools and techniques that
23   have been mentioned with reference to your
24   published papers?
25        A.    So I strive to have 100 percent

91 (Pages 358 to 361)

Melinda Darby Dyar, Ph.D.

Page 362

1   of the research I do culminate in the
2   publication of a paper in a peer-reviewed
3   journal.  So all of these techniques are used
4   prominently in my 250 and counting
5   scientific, peer-reviewed papers.
6        Q.    Tell us some of the
7   qualifications you have to critique
8   methodologies for detecting asbestos, in
9   particular.
10       A.    So there's nothing special
11  about asbestos.  It's a mineral.  Amphibole
12  is amphibole, and the distinction between the
13  many different varieties and species in the
14  amphibole group are very minor.  So there's
15  nothing particularly special about analyzing
16  these materials.  They're just minerals.
17       Q.    Do you have experience
18  analyzing amphiboles?
19       A.    I think I've written at least
20  20 or 30 papers about amphiboles using many,
21  many different analytical techniques.
22       Q.    What, if anything, is there
23  about asbestiform amphiboles that make them
24  more or less of a challenge in terms of
25  microscopy techniques that we've been talking

Page 363

1   about today?
2        A.    Nothing in particular.  The
3   only challenge would be that sometimes the
4   particle sizes are too small to be resolved
5   with a polarizing light microscope, and you
6   might need to use other techniques in those
7   situations.
8             MR. CHACHKES:  No further
9   questions.
10            REDIRECT EXAMINATION
11  QUESTIONS BY MR. FINCH:
12       Q.    251 peer-reviewed papers; is
13  that what you said, Doctor?
14       A.    You know, that number changes
15  almost daily.  I don't actually know what it
16  is right now.
17       Q.    All right.  Ballpark 300, plus
18  or minus?
19       A.    Oh, it's definitely not 300.
20  I'm not that fast.
21       Q.    Okay.  And I apologize for
22  calling you Professor Darby Dyar.  I will --
23  I thought your name was Darby Dyar, so I
24  apologize for that, ma'am.
25       A.    Thank you.

Page 364

1        Q.    Professor Dyar, of your 250 --
2   you would agree with me 250-plus
3   peer-reviewed papers, right?
4        A.    Correct.
5        Q.    Not a one of them are addressed
6   to the subject of how to identify asbestos in
7   talcum powder, correct?
8        A.    Correct.
9        Q.    Not a one of them is on the
10  subject of how to identify asbestos in bulk
11  materials, correct?
12       A.    Literally that is correct, but
13  let's remember that I use the techniques that
14  are used to identify asbestos in talc
15  routinely, and those are figured -- are
16  featured prominently in many of my papers.
17       Q.    You've never published a
18  peer-reviewed paper where the subject of
19  paper is how to identify asbestos in any
20  substance, correct?
21       A.    Correct.
22       Q.    How much time do you spend in a
23  laboratory on an annual basis analyzing
24  materials to determine if they do or do not
25  contain asbestiform asbestos minerals?

Page 365

1        A.    Very little, but I probably
2   spend 3,000 hours a year in a laboratory
3   using all of the same techniques that are
4   used to identify asbestos in talc.
5        Q.    Very little.  Is that less than
6   ten hours?
7        A.    Probably.
8             MR. FINCH:  No more questions.
9             MR. CHACHKES:  That's it.
10            VIDEOGRAPHER:  Okay.  Stand by,
11  please.  One second.  Remove your
12  microphones.
13            The time is 6:45 p.m.  This
14  completes today's deposition.
15            Off the record.
16  (Deposition concluded at 6:45 p.m.)
17  - - - - - - -
18
19
20
21
22
23
24
25

Melinda Darby Dyar, Ph.D.

| | Page 366 |
|---|---|

CERTIFICATE

1
2
3      I, CARRIE A. CAMPBELL, Registered
Diplomate Reporter, Certified Realtime
4    Reporter and Certified Shorthand Reporter, do
hereby certify that prior to the commencement
5    of the examination, M. Darby Dyar, Ph.D. was
duly sworn by me to testify to the truth, the
6    whole truth and nothing but the truth.
7        I DO FURTHER CERTIFY that the
foregoing is a verbatim transcript of the
8    testimony as taken stenographically by and
before me at the time, place and on the date
9    hereinbefore set forth, to the best of my
ability.
10
11      I DO FURTHER CERTIFY that I am
neither a relative nor employee nor attorney
12   nor counsel of any of the parties to this
action, and that I am neither a relative nor
13   employee of such attorney or counsel, and
that I am not financially interested in the
14   action.
15
16
17   _____
CARRIE A. CAMPBELL,
18   NCRA Registered Diplomate Reporter
Certified Realtime Reporter
19   Notary Public
20   Dated:  April 3, 2019
21
22
23
24
25

| | Page 368 |
|---|---|

ACKNOWLEDGMENT OF DEPONENT

1
2
3
4        I,_____, do
hereby certify that I have read the foregoing
5    pages and that the same is a correct
transcription of the answers given by me to
6    the questions therein propounded, except for
the corrections or changes in form or
7    substance, if any, noted in the attached
Errata Sheet.
8
9
10
11
12
_____
13   M. Darby Dyar, Ph.D.          DATE
14
15   Subscribed and sworn to before me this
16   _____ day of _____, 20 _____.
17   My commission expires: _____
18
19   Notary Public
20
21
22
23
24
25

| | Page 367 |
|---|---|

1        INSTRUCTIONS TO WITNESS
2
3        Please read your deposition over
4    carefully and make any necessary corrections.
5    You should state the reason in the
6    appropriate space on the errata sheet for any
7    corrections that are made.
8        After doing so, please sign the
9    errata sheet and date it.  You are signing
10   same subject to the changes you have noted on
11   the errata sheet, which will be attached to
12   your deposition.
13        It is imperative that you return
14   the original errata sheet to the deposing
15   attorney within thirty (30) days of receipt
16   of the deposition transcript by you.  If you
17   fail to do so, the deposition transcript may
18   be deemed to be accurate and may be used in
19   court.
20
21
22
23
24
25

| | Page 369 |
|---|---|

1           - - - - - - -
2              ERRATA
3           - - - - - - -
3    PAGE  LINE  CHANGE/REASON
4    ____  ____  _____
5    ____  ____  _____
6    ____  ____  _____
7    ____  ____  _____
8    ____  ____  _____
9    ____  ____  _____
10   ____  ____  _____
11   ____  ____  _____
12   ____  ____  _____
13   ____  ____  _____
14   ____  ____  _____
15   ____  ____  _____
16   ____  ____  _____
17   ____  ____  _____
18   ____  ____  _____
19   ____  ____  _____
20   ____  ____  _____
21   ____  ____  _____
22   ____  ____  _____
23   ____  ____  _____
24   ____  ____  _____
25   ____  ____  _____

93 (Pages 366 to 369)

Melinda Darby Dyar, Ph.D.

Page 370

```
 1          - - - - - - -
              LAWYER'S NOTES
 2          - - - - - - -
 3    PAGE  LINE
 4    ____  ____  _____
 5    ____  ____  _____
 6    ____  ____  _____
 7    ____  ____  _____
 8    ____  ____  _____
 9    ____  ____  _____
10    ____  ____  _____
11    ____  ____  _____
12    ____  ____  _____
13    ____  ____  _____
14    ____  ____  _____
15    ____  ____  _____
16    ____  ____  _____
17    ____  ____  _____
18    ____  ____  _____
19    ____  ____  _____
20    ____  ____  _____
21    ____  ____  _____
22    ____  ____  _____
23    ____  ____  _____
24    ____  ____  _____
25
```

Golkow Litigation Services - 877.370.DEPS

Melinda Darby Dyar, Ph.D.

Page 371

**A**

**a.m** 1:15 8:5
  60:20,21,23
  121:22,23
  122:1
**aberration**
  274:21
**aberrational**
  274:16 275:1,6
**ability** 41:7,13
  163:15 275:3
  366:9
**able** 117:24
  152:14 176:2
  178:5 183:5
  188:12 190:10
  195:12 196:7
  213:25 215:16
  215:25 216:8
  233:8,16
  237:17 251:19
  253:12 255:25
  305:18 348:8
**absence** 84:18
  124:22 342:16
  342:19
**absolute** 325:13
**absolutely** 30:20
  130:6 138:22
  182:14 269:3
**abundance**
  277:3
**abundances**
  182:6
**academia** 358:8
**academic** 53:9
  222:20 295:12
**accept** 288:4
**acceptable**
  190:1
**accepted** 125:10
  188:21 189:16
**access** 51:3
**accessories**
  288:14
**accessory** 96:18

97:2 113:23
  163:20 164:6
  215:3 288:9
  301:4,15,17
**accreditation**
  53:14
**accredited** 53:4
  53:8,10
**accumulate**
  324:14
**accuracy** 84:5
  298:24 299:7
  345:5
**accurate** 149:23
  163:16 229:16
  233:23 275:17
  305:8 361:1,20
  367:18
**accurately**
  125:4,21
**achachkes@o...**
  2:16
**acknowledged**
  299:9
**ACKNOWLE...**
  368:1
**acquire** 141:7
  143:10
**acquisition**
  326:4
**actinolite** 79:3
  89:20 91:19
  140:16 145:13
  151:2 173:16
  174:20 319:16
  338:25 345:17
**action** 279:2
  366:12,13
**activity** 43:13
**actual** 226:21
  235:2,6
**add** 192:22
**added** 226:15
**addition** 102:22
  111:3 165:9
**additional** 27:7
  77:7 166:18

180:12
**address** 12:10
  12:15,24 46:12
  157:3 255:18
**addressed** 364:5
**adequate** 340:16
**Adirondacks**
  191:18
**adjusts** 209:3
**administer** 9:14
**Administration**
  341:15,16
**admittedly**
  214:19
**Advanced** 52:9
**advantage** 111:5
**advisement**
  38:13
**aerially** 175:22
**affect** 75:4 275:2
  275:23 276:5
**affiliated** 52:25
  122:9
**affirm** 225:2
**affirmative** 19:5
**affirmed** 67:11
**afternoon**
  161:15 213:16
  308:13
**age** 9:18
**agency** 47:21
  68:2 99:3
  359:6
**ago** 53:17 98:21
  120:9 153:7
  193:8 233:20
  345:4 348:5,7
  348:25 349:1
  359:12
**agree** 63:25
  64:24 68:11,23
  70:22 81:24
  84:10 85:4
  94:8 96:16
  99:19 100:2,15
  103:13 106:22
  107:4,4 109:2

110:13,20
  111:13,18
  112:6,11
  113:22 114:1,4
  114:25 124:14
  128:5 130:22
  131:4 132:20
  133:3 134:21
  155:19 163:18
  167:24 170:15
  171:2,14,24
  177:22 178:8
  178:18 181:13
  182:24 184:11
  184:23 206:22
  206:25 208:20
  208:23 210:16
  210:18 211:25
  215:19 230:9
  233:6 239:9
  240:5 242:6
  247:19 253:21
  255:10 266:7
  266:12,17,25
  276:16 289:21
  291:15 301:3
  302:3 312:23
  313:25 314:5
  314:12,18,19
  316:11 318:16
  325:7 333:22
  334:15 336:3
  337:23 339:8
  346:15,20
  351:13 352:6
  352:15 364:2
**agreed** 260:1
  343:22
**agreement** 7:24
  352:12
**Ah** 251:2 281:9
  284:21 300:17
**ahead** 27:17
  231:15 242:10
**air** 4:16,18,19
  49:11,20 61:14
  135:18

**airborne** 4:23
  67:23 135:21
  136:10
**al** 4:24 5:13,17
  93:14 185:4
  292:25
**Alabama** 2:5
  102:18
**Alamos** 52:11
**Alex** 2:16 8:25
  285:4
**Alice** 102:9,12
  174:7
**align** 40:11
**alignment**
  208:17
**ALLEN** 2:3
**allow** 84:5
  182:10 196:19
  236:18 270:24
**allowed** 193:1
**allows** 85:8,10
  181:14 196:14
  196:21,22
  234:25
**alluding** 160:9
**alpha** 291:8
**altered** 174:18
**Aluminum**
  155:8
**Amazon** 354:22
**Ambient** 4:19
**ambiguity**
  209:18 210:12
**ambiguous**
  137:12 204:16
**America** 122:9
  177:10 358:23
  358:24
**American** 49:1
  145:21 241:1
**Amherst** 12:12
  52:13
**amosite** 91:19
  194:12,18,23
  194:24 338:1
  345:15 347:12

Melinda Darby Dyar, Ph.D.

347:23
**amount** 178:19
196:17 275:20
**amounted** 208:1
**amounts** 56:16
56:22 100:19
163:19 164:6
181:5 272:14
276:18
**amphibole** 5:3,7
64:16 83:9
89:16 90:23
91:18 92:3,6,9
93:10,15 94:4
94:25,25 95:15
96:6 101:12,22
107:9 111:9,14
111:17 137:12
147:13,15
150:24 151:1,5
151:10,21
173:16 194:13
217:1,11,21
218:3 219:21
226:23 228:5,6
228:7 231:21
240:14,23
286:4 294:8,12
295:1 302:21
303:8 319:3,18
320:1,4,7,12
320:16,21,25
322:8,18,19,22
324:11,22,24
325:2,5 358:16
362:11,12,14
**amphiboles**
44:18 45:1
86:9 89:19
90:11 94:19
111:6 140:13
173:24 204:16
219:16,25
227:2 240:10
256:20,24
257:10 259:2
261:24 262:2

295:5 322:3
362:18,20,23
**analogs** 319:15
**analyses** 58:25
72:20 121:7
157:6 158:5
169:18 193:20
228:24,25,25
231:4 247:16
249:3 291:13
297:22 360:5
**analysis** 5:1,15
6:7 30:23
32:10 33:8,18
39:3,12 49:2
60:9 63:9
64:16 65:13
66:2 69:1,1,2
83:11 106:16
116:14 121:12
125:6 126:15
126:16,17
127:1,23 128:1
128:2,16,21,24
129:1 132:5,6
136:1,14,18,19
136:21 137:9
137:20 138:4
138:19,20,25
141:13 142:5
145:3,25 146:2
150:13 156:2
169:17 171:15
177:2,18 178:6
179:4,7,13,18
186:23 187:21
188:23 191:6
192:11 193:6,9
193:21,25
194:3 195:16
197:6,7,8,9,25
200:21 202:3
203:1,25
204:14,15,17
204:18 207:22
207:24 232:22
240:25 245:11

246:12,17,22
248:9 275:7
277:9 278:2
281:23 295:18
295:24 305:2
311:1 323:6
325:22 326:5,5
333:3 342:21
351:7,13,21
352:3 355:24
361:2
**analyst** 40:2,14
40:21 41:6,16
64:10 86:18
119:15 125:13
126:4 127:5
137:3,18 196:5
207:15 208:12
208:24 244:17
255:14 273:5
321:6 324:9
332:4
**analysts** 41:25
129:22 158:15
211:1 245:12
249:14,20
253:8 254:7,8
255:2,12,13
272:22,24
278:2 292:13
305:22 317:5
325:4 331:11
331:12
**analytical** 52:21
131:16 146:17
165:12 166:13
172:4 195:10
203:17 265:2
336:11 341:3
361:11 362:21
**analyze** 7:9 23:6
24:12 41:8
51:7 56:21
59:14 66:10
101:19 103:15
106:3,24 117:9
117:10,14,18

118:14 120:20
123:18 125:14
126:4 127:7
128:14 135:16
167:20 168:1
168:20 171:11
181:8 186:1
187:22 188:25
189:8,19,19
195:22 228:21
229:5,6,15
254:10 258:4
258:13 260:18
263:23 269:17
272:22,24
331:24 360:12
**analyzed** 17:8
23:5 39:23
48:7 51:19,23
57:21,22,23
58:11 59:18
78:4 86:8,20
102:5 106:7
121:14 131:12
205:13 226:20
247:22 257:17
273:18 281:2
331:9
**analyzes** 101:24
124:16 325:23
**analyzing** 16:24
17:21 23:25
43:23 54:4,8
54:12 55:6
56:2 64:9
66:12 69:8
70:2 73:8 78:1
104:5 108:1
119:8 130:11
137:7 154:2,14
170:18 193:11
194:3 195:22
201:7 215:15
221:21 237:21
265:5,9,17
268:19,25
285:24 295:7

306:19 307:11
323:9,11
324:16 329:6
351:15 359:9
359:20 360:9
360:24 362:15
362:18 364:23
**angle** 119:11
209:21,23
244:12
**angles** 196:9
200:12 211:16
219:23
**angstrom**
235:20 236:14
237:16
**animal** 44:6,7
**Ann** 19:16,17
83:7 330:13
332:14
**Ann's** 330:17
**Annex** 130:20
131:25 134:22
**announced**
173:22
**annual** 349:4,13
350:3 364:23
**answer** 10:18
30:11 36:25
37:10,18 55:10
70:4 76:23
80:16,23 82:12
95:20 99:1
102:3 109:9
124:3 162:18
163:15 164:15
165:5 185:15
188:18,19
198:14 219:11
220:18 232:4
253:13 267:9
267:10,12
268:7 275:10
276:10 277:19
317:1 334:4
335:1 340:19
350:16

Melinda Darby Dyar, Ph.D.

**answered** 85:19 314:23
**answering** 55:1 268:22,25
**answers** 219:8 276:14 368:5
**Anthony** 253:22
**anthophyllite** 79:2 89:21,22 89:23 90:4,9 90:18 91:5,15 91:19,23,24,25 93:22 94:9,9 94:17 95:5,23 112:19 114:5 114:17 115:2 124:7 130:25 140:17 145:13 158:13 159:23 181:4 185:10 185:14 206:20 206:23 207:1,5 207:11 212:2 212:13,17 217:13 240:6 241:19 245:15 245:20 247:2 247:21 248:15 250:9,16 251:4 251:9,15 252:10 253:24 255:12 280:19 285:6,17 287:7 289:11,16 319:16 338:20 338:21 345:16
**anybody** 348:23
**anybody's** 159:6
**anyone's** 192:12
**apologize** 363:21,24
**apparati** 238:1
**apparatus** 234:24
**apparent** 86:10 212:3
**apparently**

107:11 227:6 334:14
**appear** 32:17 247:1 287:8
**appearance** 187:1 274:23
**appearances** 4:3 8:12
**appearing** 207:12
**appears** 20:1 59:2 156:7,13 162:6 180:11 208:13 225:17
**applications** 71:13 214:3,22
**applied** 106:14 304:12
**applies** 187:9
**apply** 70:14
**appropriate** 34:1 57:3 59:5 106:3 125:23 132:5 142:25 143:1 147:15 149:7,15,25 152:4,16 158:7 208:1,4 240:22 264:2 323:6 333:1,6 367:6
**approved** 29:9 93:11
**approximate** 226:22
**approximately** 7:6 150:6 204:12 349:4
**April** 1:8 6:10 8:4 36:16,18 366:19
**apropos** 329:13
**area** 40:23 42:2 47:10,10 256:19 257:8 258:25 274:1 336:2
**areas** 32:9

125:23 304:1
**Argonaut** 88:6 174:23 177:3 177:18
**arguing** 321:17
**Arizona** 349:21
**ARPS** 1:14
**arrangement** 182:17
**array** 208:16 219:5
**art** 42:6,21,21 43:1
**article** 144:4 146:10 333:11 344:15,16
**articles** 47:4
**articulated** 54:19 115:17 125:19 127:22
**artifacts** 145:17
**asbes** 51:20
**asbestiform** 6:8 19:6 78:22 79:14 84:6 95:17 99:10 108:22 111:6 111:16 138:12 138:12 139:13 139:14 173:18 174:19 185:3,8 185:11 187:11 187:15 188:6 189:20 194:14 197:2 262:1,6 263:21 269:25 293:1,3,6 295:9,17 296:4 303:8 310:9 311:2 318:9,18 319:3,14 321:17 322:3 323:23 324:10 325:5 328:23 331:6,14 341:24 342:17 351:8,15,22

353:9 362:23 364:25
**asbestos** 4:20,23 5:4,9 6:12,13 17:22,22 18:25 19:7 20:12 24:1,12 35:5 46:14 47:1,6 47:12,17,23 48:5,10,16,23 49:2,10,15,20 49:24 50:3,8 51:16,21 54:1 54:5,9,13,17 55:8,11 56:3,5 56:8,17,22 57:21 58:1,4,7 58:9,12,14 59:16 60:11 62:5,10 63:2 63:13 64:5,6,9 64:16 65:3,21 66:12 67:24 69:3,8 70:3,16 70:24 71:3,14 71:17,23 72:9 72:25 73:9,21 74:14,15 76:9 76:10 78:16,17 78:19 79:7 81:3,7 82:9,23 83:12,20 84:13 85:9,14,16 86:5,10,12 89:17,18,21 90:4,18,20,24 91:5,7,12,23 93:24 94:5,10 95:11,16 97:14 97:22 98:5,10 99:20,25 100:4 100:10,19 101:19,20 103:7 106:25 107:2 108:2,6 110:16,22 111:23 112:7,8

112:14,19,20 113:9 114:5,17 115:2,2,13 118:16 123:6 123:10,14,19 124:5,16,20 125:16 126:6 127:8,10 128:1 128:14,15 129:2,4 130:1 130:5 131:1,21 132:7,14,16 133:6,8,15,17 133:23 134:4,5 134:10,12 135:17,21,23 136:2,7,11,23 136:24 137:22 138:2,20 144:17 146:2 146:15 158:13 158:23 159:22 159:23 160:22 171:16,21 173:24 180:24 181:24 184:24 187:5 193:12 193:17 194:3,5 195:7,22 196:20 197:12 197:13 198:3 198:11,19 200:19 201:24 202:4 204:20 206:20,23 207:11 212:3 214:2 215:18 215:21 216:5 217:15,19 219:2 221:22 227:10,19 228:9,12 231:8 231:10,21 232:23 233:8 233:23 243:24 244:23 258:6 260:6 261:3

Melinda Darby Dyar, Ph.D.

Page 374

262:10,12
263:21 264:15
264:24 265:5,9
265:18 266:9
266:14,19
267:2,8,17,22
267:25 268:3,5
268:9,15,21
269:2,8,11,23
270:8,16,25
271:19 272:3
272:11 273:6
275:3,22 276:3
291:15 292:14
294:20,22
295:9 296:4,12
296:14,19,25
297:2,9,17
298:15,22
302:13,14
303:14 304:13
305:9 306:23
307:11 308:2
309:4 310:8
314:20 315:12
316:15 317:7
317:25 320:7
320:16,25
322:23 325:2
329:6 330:21
331:6 333:25
334:12,17,19
335:9,19 336:8
337:3,24
339:10 340:24
341:17 342:25
344:16,19,24
345:24 346:16
347:1,13,23
350:21 352:17
362:8,11 364:6
364:10,14,19
364:25 365:4
**asbestos-cont...**
74:5 132:9,22
133:10,12
134:1 135:8,9

273:7
**asbestos-related**
99:11
**Asia** 170:10
**aside** 77:10
221:13
**asked** 16:15,17
16:21 21:22
22:1 25:4
47:20 57:10
69:24 74:22
75:2 76:19
85:18,20 98:17
98:18 113:16
115:14 120:8
124:2 159:13
194:25 216:6
232:7 253:3
258:2,8,12
263:19 264:5
273:11 297:11
314:22 356:24
**asking** 30:2,4
115:21 118:14
230:17 267:23
287:5 338:4
**asks** 10:13
**aspect** 72:16
82:21 83:4
183:16,19,21
183:23 184:1
185:17,20
186:6,25 187:8
187:13,16,23
189:19 193:21
193:23 217:17
218:19 221:25
261:18 267:16
269:16,24
270:3 315:20
316:19 317:21
318:22 319:19
320:3,5,9,13
320:22 321:2
321:10,21
322:10,15,20
323:12,21,25

324:4,6,16,19
324:25 325:20
325:23 326:10
327:3,7,7,11
327:15,18
328:2 329:1,6
329:7,12,16,18
331:24 332:1,2
332:9 333:20
**aspects** 187:4
**assemblages**
114:8 164:2
191:1
**assertion** 113:15
226:13 248:2
253:17
**assertions** 252:1
**assertive** 331:22
**asserts** 104:16
185:6
**assess** 76:1
255:2 335:22
341:7 342:6
**assessing** 54:16
101:8 249:13
**assessment** 83:3
179:1 193:18
193:24
**assign** 253:7
**assigned** 142:2
248:1,24
252:23 253:2
**assignment**
252:16,20
**assignments**
313:8
**associate** 145:20
**associated**
140:12 326:3
**associates** 5:22
6:1 214:19
221:17 222:10
223:5 224:10
225:15 227:18
228:23 257:6
258:14
**association**

93:13
**assorted** 207:12
**assume** 13:23
144:22 231:2
260:15 263:17
330:11,11
356:11
**assumed** 276:13
291:7
**assuming** 99:21
109:16 211:22
271:12,13
**assumption**
305:1
**assumptions**
231:18,24
**ASTM** 49:6
**asymptotic**
322:5
**ATEM** 89:14
**atoms** 181:19,22
182:18 200:7
200:10 209:9
**attached** 6:19
22:25 313:3
357:9 367:11
368:7
**attempted**
207:25 297:16
**attempting**
297:8
**attended** 222:9
222:14
**attention** 51:12
103:24 147:12
249:11 273:23
**attorney** 366:11
366:12 367:15
**attorneys** 29:14
**author** 20:2 49:1
49:6,13,18,22
59:9,10 101:24
355:15
**author's** 153:17
**authored** 47:8
**authors** 75:2,18
144:11,25

153:19 155:20
159:24 175:12
347:22
**available** 35:18
35:20 60:2
102:23 160:8
263:11,15
327:11 349:7
**Avenue** 2:12
**average** 217:17
321:10,19,20
321:21,24
322:19 323:12
324:4,5 329:7
**award** 359:3,3,6
**awards** 358:19
359:1
**aware** 24:8
51:15 68:4
73:19,24 74:9
74:13,19 94:3
95:14 99:8,13
102:13 104:21
105:4 108:19
128:10,16
135:6 174:13
184:21 217:4
310:1,12,14,20
310:24 311:5
311:13,14,18
311:24 316:18
316:21 334:10
336:16
**axes** 70:8 199:18
243:20 244:1
245:3 259:13
261:9 264:12
269:14,15
**axis** 69:14 72:19
115:24 116:13
136:14 200:11
200:13,20
201:5 202:2,25
203:10,19
207:23,24
208:9,17
211:12,20,24

Melinda Darby Dyar, Ph.D.

219:23 260:5 263:13

**B**

**B** 22:25 140:15 155:4 185:2 186:14,15 312:20 316:6
**BA** 42:24
**baby** 17:16 18:1 19:2,9 44:14 69:18 77:15,17 87:25 96:21 103:7 113:6,7 166:25 220:25 231:6 232:9
**bachelor's** 42:20
**back** 13:14 22:25 26:11 48:1 51:13 54:18 55:19 60:22 61:2 64:13 66:9 86:22 96:17 121:25 126:8 139:10 161:12 161:16 189:1 204:23 212:18 213:13,17 225:19 227:8 253:7 256:9,12 295:14 302:5 303:7,20 308:10 317:2 317:18 319:22 321:8 325:16 328:9,13 339:24 340:17 343:13,18 357:10
**background** 80:23 169:3,10 279:1 287:23 288:13,17 293:12
**backup** 32:24 33:4 88:20

230:10 246:4 278:13
**backward** 224:5
**backwards** 238:5 250:21 281:8
**bad** 179:25 241:18
**Badollet** 6:14 344:15
**Ballpark** 363:17
**Bank** 2:13
**barely** 222:25
**based** 7:10 97:24 100:7 112:12 125:22 130:1 140:14 140:19,20 142:1 145:20 157:10 158:8 158:10,14 159:4 162:6 172:3 179:7 188:5 213:22 215:15,20 231:17 248:15 292:9,15,18 294:2 295:18 322:12
**bases** 25:7
**basic** 120:3 124:9
**basically** 28:4 30:5 41:12 151:8 201:20 274:21
**basing** 140:25
**basis** 11:15 54:4 54:8,12 141:1 150:23 151:8 151:14 160:13 165:19 187:25 193:6 199:9,21 210:23,25 211:6,8 214:7 216:14,19 231:18 247:4

277:14 295:12 317:22 318:22 331:17 350:4 364:23
**basketball** 312:21
**Bates** 165:18 166:5
**beam** 150:14 209:10
**bear** 18:19 62:9 110:15 174:23
**bearing** 225:7
**BEASLEY** 2:3
**beginning** 24:15 28:16 73:6 303:18,22
**begins** 319:9
**behalf** 8:22 9:1 9:4,9,21 15:16 20:13 21:5 28:24 29:15
**believe** 14:3 16:8 19:17 24:7 27:13 76:22 84:16 87:18,19 89:2 93:8 101:5 108:17 124:1 133:9 136:2 182:3 184:15 192:14 205:4 205:14 210:19 221:10 232:19 240:8 252:19 273:2,8 290:14 313:19 325:12 326:1,14 332:13 335:10 341:1 343:22 351:2 353:13
**belong** 240:20
**belongs** 187:14
**belt** 156:10 162:8 163:11
**bend** 79:25
**bending** 252:1

**best** 21:9 83:5 107:16 128:2 138:21 182:19 195:16 318:7 366:9
**better** 32:24 39:24 41:20 60:10
**beyond** 114:22
**bias** 75:4 172:8 252:20
**biases** 323:22
**Biddle** 2:19 9:4 9:7
**big** 119:3 125:17 175:21 271:12
**bigger** 271:6
**Bill** 68:5
**billed** 15:22 29:20 36:3
**bills** 13:21 14:1 27:14,18
**biological** 43:13
**biologist** 43:17 43:20
**biomineraliza...** 359:24 360:16
**bit** 21:24 26:2 70:10 91:22 212:9 218:1
**black** 174:23 282:11,13,17
**blah-blah-blah** 203:18
**blocky** 173:20
**Bloss'** 201:16
**Blount** 5:8 101:9 102:10,14 106:10,15,20 106:23 107:5 107:15,18 108:10,14,16 108:19 109:11 111:3 174:7 272:3,9 273:18 274:5,9
**Blount's** 102:25

103:4 107:7
**BNSF** 123:2
**body** 43:14
**bomb** 348:8
**book** 20:8 147:6 147:24 148:19 148:24 167:16 167:19 181:12 184:16 189:10 201:9,17,17 218:14 240:12 355:3,11,15
**books** 201:14 353:24 354:3,8 354:10
**bother** 166:7
**bottles** 248:7
**bottom** 123:23 125:1 150:18 179:22 210:5,6 226:8 238:4 245:18 247:11 280:12 331:3 337:16
**box** 331:13
**boy** 186:15 197:20 250:2 296:9
**break** 26:6,9,14 57:15 60:18 61:3 77:7 112:4 120:9,11 158:25 161:6 161:17,19 213:18 218:1 243:2,5 256:3 256:13 306:12 308:5 343:19 357:16
**breakdown** 30:17 50:21 255:11
**breaking** 213:4 213:7
**bredigite** 191:9 192:4
**brief** 82:2

259:10 260:9
**briefly** 77:10
**bring** 111:4
325:16 353:24
354:3 356:6,12
356:21 357:3
**broad** 214:4,9
214:23 215:2
216:20 217:9
**brought** 62:9
354:7 355:16
355:17 356:10
356:11
**buildings**
133:17
**builds** 137:14
**Built** 5:9 309:5
**bulk** 4:17,18
49:10,16 56:5
56:11 62:5
63:2 64:5 65:4
131:20,23
133:7,22,24
134:1,3,4,9
135:18 171:15
273:7 364:10
**bullet** 124:25
**bundle** 111:22
111:24 178:15
184:16,21
185:3,9,11,14
185:22 187:2
196:6 227:2
293:23 297:24
297:24 313:6
313:17 314:6,8
314:20,21
316:23 317:24
317:24 335:9
335:19
**bundles** 49:3
101:20 111:7
111:14 184:12
184:13,22,24
185:7 226:25
292:13 294:8
294:12 295:9

296:5,15,22
312:18,24
313:1,21,25
314:15 316:2
**Bureau** 51:16,20
**buried** 249:9
**business** 12:10
53:12
**butcher** 50:11
153:18
**buy** 354:18

---

**C**

**C** 2:1 140:16
150:12 157:24
186:9 316:6
319:21 322:13
324:5
**Cal** 358:7
**calcite** 66:6
**calcium** 115:25
117:1 173:17
191:12
**calcium-beari...**
218:4
**calculate** 81:21
141:7,9 142:6
234:21 327:3
327:11,18
**calculated**
140:22 141:3
141:12 143:12
209:23 304:4
304:10 328:25
**calculations**
28:1 125:22
143:4,15 247:8
329:2
**calibrated** 53:15
234:24
**call** 21:11 39:2
68:12 74:23
155:20,21
314:3
**Callan** 254:10
**called** 10:12
14:20 59:21

61:4 68:25
105:3 106:9
109:17 118:17
144:21 173:2
236:12 310:5
314:2 348:2
**calling** 292:13
347:23 363:22
**calls** 73:25
**camera** 234:21
234:23 235:5
235:11,14,23
236:12,12,12
236:22,23
237:13 238:1,3
238:10,14,17
239:11,13
**Campbell** 1:16
292:25 311:10
366:3,17
**Campion** 18:13
**Campion's** 34:3
34:17
**Campus** 2:22
**Canada** 359:5
**Canadian** 225:7
**cancer** 6:10 8:15
10:4 43:25
62:24 96:10
99:4 103:2
160:22
**cancers** 99:11
**capable** 124:17
**caption** 140:21
155:24
**capturing** 40:25
**Car** 5:2
**carbon** 225:21
226:3 346:18
**carcinogenic**
44:15,20 45:2
**care** 3:4 9:12
53:22
**career** 48:9
50:15 51:25
62:2 67:2
292:4,11,17

294:7 295:13
297:16
**careful** 116:10
293:13 295:18
315:25
**carefully** 17:7
146:20 259:10
367:4
**Carolina** 102:18
**Carrie** 1:16
366:3,17
**Caryl** 21:18,18
28:9
**case** 5:16 10:20
10:23 11:1,4
13:16 15:14
18:22 20:19
21:25 22:9
23:4,15 33:18
34:5 36:22
38:7 56:4
62:14 68:16
102:4 122:5,11
131:10,18
132:17 153:9
156:16,19
169:20 215:2
215:12 231:8
232:7 243:12
249:18 250:11
277:6 286:19
287:7 289:1
297:12,25
305:18 322:2
328:19 330:16
332:18,22
334:14 342:21
347:20 354:5
356:14,22
**cases** 1:7 15:18
19:21 23:19
62:24 63:20
67:7 74:4
160:22 165:20
283:8 304:22
360:11
**categorize**

137:11
**Causation** 4:14
22:20
**cause** 43:24 96:9
99:10
**cell** 43:17,20
356:11
**cement** 133:15
**center** 51:2
52:23,24
**centrifugate**
303:9
**centrifuge** 303:5
**certain** 165:17
169:16
**certainly** 26:23
71:1 80:2 82:6
85:25 86:9
105:2,24 108:3
115:8 117:12
124:21 134:25
139:7 141:23
146:20 174:19
176:4 181:11
198:15 201:17
205:24 237:9
242:5 243:7
257:24 301:6,9
301:16 330:17
350:6 353:3
360:20
**certainty** 320:2
320:8 321:1
**CERTIFICA...**
366:1
**Certified** 1:17
366:3,4,18
**certify** 366:4,7
366:10 368:4
**cetera** 136:15,15
198:3,4 199:2
199:3 220:17
220:17 299:10
299:10
**Chachkes** 2:16
4:6 7:14 8:25
9:1 10:16 11:2

Melinda Darby Dyar, Ph.D.

16:11 25:22
26:3,10,25
30:1,8 31:9,25
32:11 33:19
34:9 36:23
37:7,17 38:12
41:1 46:15
57:12,18 68:6
71:8 74:7,17
76:15 83:2
91:9 94:1
95:13 96:1
100:20 103:20
105:14 109:6
109:25 110:18
112:2 113:11
115:3 120:8,14
120:25 132:24
141:19 158:18
159:1,10,14
160:2,15,24
163:4,22 164:9
168:10 170:6
175:1,14 176:8
179:9 180:19
186:11 191:23
197:17 208:2
213:2,8 214:12
215:5 216:2,23
217:23 220:9
221:7 223:13
223:16 224:25
226:1 229:2,17
230:12 231:15
231:22 233:1
233:10,25
234:13,19
238:20 239:16
242:13 243:1
244:3 246:7,11
246:14 248:18
252:13 253:10
256:4 257:21
258:17 259:7
260:24 261:19
263:3,7 282:8
282:18,20

284:4,12,19
293:25 294:15
296:8 300:12
302:23 306:7
306:13 310:10
311:4,18 312:2
312:13 323:14
327:20 329:9
332:3 334:1,21
339:1 341:19
342:2,23 350:5
351:17 352:8
352:19 353:12
354:12,20
355:17 357:14
357:18 363:8
365:9
**chain** 104:3
249:10
**chain-of-custo...**
103:23
**challenge**
362:24 363:3
**chance** 19:16
189:14
**change** 207:9
212:5 274:23
283:3 285:16
288:16
**CHANGE/RE...**
369:3
**changes** 209:5
363:14 367:10
368:6
**changing** 296:21
**chapter** 147:24
149:12 181:11
184:16
**characteristic**
145:14 315:12
**characteristics**
65:16 78:21
184:18 315:14
316:1,13
318:19,20
319:21 336:13
**characterize**

152:1 336:7,12
340:24
**characterized**
82:9,22
**charge** 48:2
258:7 350:15
**charging** 145:17
**chart** 245:19
337:20 338:17
**check** 28:4
243:3,5
**checking** 36:11
**checks** 14:11
**chemical** 5:14
72:3 83:21,25
84:11 90:15
94:17,20 95:6
95:7 124:19
125:5,14 126:5
127:8,15,19
128:15,21
129:2,8,12,13
129:15,18,24
130:4 131:6
137:6,9,21
138:3 145:24
146:2 149:20
149:23 151:5
152:1,13,17
156:17 158:5
177:17 179:4,7
179:15,18
181:8 194:4,6
194:9 195:6,13
197:6,14
217:13 228:24
260:18
**chemically**
207:5 218:2
**chemistries** 92:4
**chemistry** 39:6
39:8 116:5,23
116:24 123:23
131:12,13,15
138:15 149:15
149:19 207:4
240:23 267:10

267:11 361:12
**ChemRisk**
311:17 312:8
**Chestnut** 12:12
**Chicago** 52:10
**China** 17:20
19:8 87:9,17
170:5 192:18
192:20 248:9
**choose** 125:3
155:5 232:3
**Choosing** 151:1
**Chris** 21:18
**Christopher**
28:9
**chronological**
224:5
**chronology**
87:14
**chrysotile** 79:3
133:14,16
137:14 145:14
173:24 207:20
338:1 345:15
**citation** 299:4
**citations** 79:10
202:7 245:5
**cite** 49:8 80:8
139:24 142:23
199:16 205:20
213:24 356:2
**cited** 17:10
77:11 101:5,9
108:20 110:25
119:22 140:4
160:6 165:25
189:2 330:17
334:6 344:16
357:8
**cites** 109:3
**City** 48:19
**claims** 131:3
174:3
**clarify** 51:8
**class** 222:9,14
297:5
**classes** 222:2,3,6

222:12
**classified** 173:18
204:16
**clear** 24:21
141:14 192:14
237:12 238:16
246:8 269:4
316:17,17
340:2
**clearly** 54:20
132:17 287:19
287:23 288:8
291:3
**cleavage** 178:15
291:23 292:2,5
292:9,10,14,16
293:9,12,15,23
294:6 298:2
310:7 316:23
317:25 335:8
**cleavement**
335:7
**Cleveland** 21:12
**Clifton** 174:25
175:4
**Clinical** 153:13
**close** 139:17
**closest** 291:8
**clump** 216:5
**coating** 145:16
**coauthor** 59:7
153:3
**coauthors** 153:2
**code** 254:22
**COHEN** 2:11
**coincide** 279:11
**Colgate-Palm...**
122:14
**collaborated**
46:7
**collaborations**
76:7
**colleague** 69:22
**collect** 332:6
**collected** 191:17
200:15
**college** 42:22

Melinda Darby Dyar, Ph.D.

45:24 53:2
349:7
color 254:22
279:1 283:4,5
288:17
colors 278:21
279:3 287:1,3
287:22 288:16
column 144:25
145:8,8 227:9
combination
115:16 233:5
264:18 270:11
combine 197:5
combined 72:19
115:24
come 14:11
26:11 32:19
34:7 44:7
45:14 46:2
71:21 83:17
139:17 168:2
201:14 226:25
255:25 339:19
comes 17:4
216:21 300:2,4
comfortable
349:9
coming 156:6,8
218:23 260:22
command
142:11
commencement
366:4
commencing
1:15
comment 18:17
105:25 176:22
180:14 234:5
commented
18:15
comments 31:20
33:17 317:10
Commerce 2:4
commercial
62:5 63:2 64:5
65:4 132:10

133:24 134:4
180:2 230:1
commission
368:17
committee 8:23
Commodity
6:11 333:19
334:12,16
common 112:7
192:24 202:8
202:16 218:11
225:20 244:6
commonly
140:4
commonplace
356:4
communicated
332:17
communicatio...
32:2 34:12
companies 6:15
122:10 351:6
company 14:20
28:25 122:24
123:17 173:2
227:5,21
237:25 310:4
company's
257:14
compare 78:2
131:22 305:25
345:22 349:12
350:2
compared
204:18 209:22
273:19 276:21
277:12 337:25
347:2 353:7
comparison
346:5,6
comparisons
306:1
compensated
13:22 14:19
compensation
349:11,25
350:3,7,11

compile 253:14
complaint
237:11
complete 208:7
completed 191:6
completely
53:10 235:24
239:17 274:2
338:5
completes
365:14
complicated
92:4
complies 204:10
235:10
composed 313:2
composition
72:3 94:22
127:15,20
129:8,14,15,18
129:25 137:6
137:21 139:9
140:25 141:8
141:10 145:1
145:15 148:14
148:15,17
149:20,23
152:1 156:18
156:23 179:15
181:8 194:4,6
194:10 195:6
195:13 197:7
197:15 219:7
260:18 269:5,6
291:20 337:7
compositions
84:8 125:5
140:23 142:3,6
142:12 143:11
145:10 148:12
199:1
comprehensive
240:25
computer 210:9
concentration
226:22 233:9
298:15

concentrations
84:21 272:2
concern 137:13
171:9 173:25
174:10
concerning 47:9
conclude 239:12
239:12 253:4
269:11 278:24
288:9
concluded 99:9
319:25 320:6
320:15,25
322:22 325:1
365:16
concludes 179:6
179:11
concluding
211:7,8
conclusion
71:22 104:4
163:2,12
179:15 180:23
210:25 216:14
248:22 298:20
329:4,11
conclusions
17:14 22:9
27:25 34:7,16
78:3 105:10
140:23,25
147:2 175:13
190:11 201:22
243:21 257:19
258:14 260:1
263:6 325:20
342:12
conclusive 188:4
condition
209:12
conditions
208:18 287:3
287:20
confer 31:1,6,12
33:7,12
confidence
190:10 197:11

262:15
confirm 115:25
127:20 139:12
158:22 183:10
239:6
confirmation
243:25
confirmed 231:9
262:10
confirming
138:1 156:15
200:18
conflicts 75:3
confused 193:5
confuses 176:18
confusing 278:9
conjectural
239:18
conjecture
252:19
conjunction
71:19 85:7
268:1
connection
13:16 15:17,25
19:21 20:4,18
23:19 27:9
31:2,7 34:4
35:5 38:6
66:21 84:14
103:1 161:22
227:25
consider 31:23
43:20 80:12
81:9 115:8
165:13 229:14
256:17 257:2
278:6 291:23
306:5 340:22
342:7,14 343:1
347:6
considerable
11:22 349:21
considerations
317:11
considered
81:12 321:16

Melinda Darby Dyar, Ph.D.

342:15
**considers**
   333:25 341:24
**consist** 188:15
   205:11
**consisted** 248:6
   257:15
**consistent** 79:7
   82:23 125:15
   130:4 137:22
   156:16 157:6
   179:8,16,19
   190:19 197:13
   206:1 217:15
   217:19 219:1
   240:9 244:23
   253:23 255:3
   316:14 328:22
**consistently**
   79:11 265:12
   292:8
**consists** 203:17
**consolidate**
   11:24
**constant** 24:22
   234:10,22,23
   235:5,14,24
   236:17,23
   237:13 238:10
   238:14,17,24
   239:13,20
**constants** 238:1
   238:3
**constitutes**
   293:14 334:18
**constrain** 79:21
   151:19
**constraints**
   156:5,22
   196:16 215:11
**consult** 67:3
**consultant**
   33:21 48:19
**consulting** 11:22
   122:4,8,14,17
   122:20,23
   123:2

**Consumer** 6:15
   14:16 351:5
**contact** 44:8
   46:2
**contacted** 13:13
   15:16 21:4,7,8
   28:8
**contain** 54:5,9
   54:13 100:4,18
   108:2 114:2
   148:3 154:16
   163:25 164:5
   167:6 191:11
   214:2 215:18
   221:13,22
   291:22 364:25
**contained** 17:22
   27:15 48:5,16
   48:23 50:3
   57:21 58:14
   88:25 113:8
   131:24 155:11
   176:5 229:11
   292:2
**Containers** 5:2
**containing**
   132:23 133:16
   154:12
**contains** 22:8
   50:7,25 54:17
   55:7 56:3
   57:25 108:3
   115:13 123:6
   123:10,14,19
   133:8 179:14
   263:21 269:22
   270:8
**contaminant**
   112:8 162:24
   173:14
**contaminants**
   221:23
**contaminated**
   97:13,21 98:4
   98:9 99:9
   104:14 106:25
   112:19 113:22

114:5,17 115:1
**contamination**
   105:21 181:25
   256:21,24
   257:10 259:2
**contemporane...**
   231:3
**content** 5:7
   60:10 101:12
   262:11
**contents** 147:23
**context** 83:6
   152:5 176:15
   180:11 188:20
   206:12 228:19
   229:22 230:9
   230:18 262:21
   299:1 338:5
   352:25
**continue** 7:12
   192:23
**continuous**
   90:15
**contract** 28:24
   29:4,7,15
**contracted**
   67:25
**contrasting**
   272:18
**contributed**
   58:24 59:5
**contributor**
   49:14,19,23
**convention**
   143:9
**conventional**
   303:25 304:5
   304:10
**conversation**
   21:20
**Cook** 18:13
**copies** 25:23
   27:13 61:9
   167:16 300:13
   354:7
**copy** 22:24
   25:12,25 26:6

26:24 27:1,4
   27:14 225:21
   225:24 226:3
   331:2
**copyright**
   354:16
**cores** 174:23
**corporate** 18:7
**correct** 10:21
   11:9,11,12
   13:1,23,24
   14:2 15:21,23
   18:16,23 19:25
   20:9,10 22:5,6
   22:10 23:22
   24:7 28:6,12
   28:13 29:15,16
   30:24 35:25
   36:1 38:8 39:5
   39:11,14,22
   40:4,13,19,20
   41:10,22,23
   42:3,6,7,22
   43:5,6,8,15
   44:20 49:11,12
   57:8 59:4,13
   59:18,22 62:6
   62:16 63:3,16
   64:19 65:18,21
   66:4,13,19
   69:15,19 71:7
   71:17,18 75:1
   76:24 77:19
   81:22 86:15
   88:21 89:8
   91:16 92:1
   94:16 95:4,8
   99:22 101:3,14
   101:20,25
   102:20 105:13
   105:25 106:10
   106:11,16,18
   107:19,22
   108:16 109:14
   113:9,19,20
   116:16,17,20
   116:24 117:4

117:15 118:10
   118:19 119:9
   120:22 123:23
   127:24 128:4
   129:12 130:17
   131:9 134:1
   136:19,20,23
   137:7 138:17
   141:18 143:16
   144:18 146:6
   148:1,7 150:4
   150:9,10,15
   151:6 152:2
   153:20,24
   154:4,22
   155:17 156:3
   157:21,25
   160:23 162:1
   164:8 165:10
   166:8 167:13
   169:7 170:5
   175:13 176:10
   179:17,23,24
   180:2 183:7,8
   183:25 184:2,3
   185:24 186:13
   187:23,24
   188:7 192:13
   192:21 193:22
   194:4 195:8,17
   195:18,23
   196:10 199:20
   200:8,21
   202:14 205:22
   207:17 214:5
   216:1,13,18
   221:6,9 222:5
   225:16 227:5
   228:10,22
   232:10 233:24
   238:9,19
   239:14 241:19
   241:20 244:2
   249:25 251:5
   252:12,14
   258:6 259:6
   261:9,10,12

Melinda Darby Dyar, Ph.D.

Page 380

264:22 265:3,6
270:1 271:13
272:17 278:1,5
278:11,12
279:17,18
280:1,25 281:1
281:24 282:7
283:1,13 285:7
285:12 289:12
293:21 294:13
294:21 295:25
296:7 298:15
298:16 302:22
304:11 306:19
306:20,23
307:1 309:23
313:17 314:14
315:4,5 316:4
316:7 317:16
319:23 320:20
321:22,23,25
322:1 323:10
323:13 324:17
324:20 326:15
326:21 327:12
327:19 328:4,9
331:7 332:2,15
332:16 334:8,9
338:25 339:6
342:13,22
345:22 348:8
348:10,14
349:3 355:9,25
364:4,7,8,11
364:12,20,21
368:5
**correction**
275:13
**corrections** 89:1
125:23 274:21
367:4,7 368:6
**corrective**
274:16 275:1
**correctly** 65:7
65:11 197:20
197:23 225:12
271:1 304:16

320:10,11
**correspond**
12:21
**correspondence**
5:18 103:5
175:20
**corresponds**
12:22
**corroborate**
109:18 238:12
**cosmetic** 5:7
101:12 174:2,4
174:8 224:22
225:6 227:22
231:12
**cotton** 346:8,19
**Council** 3:4 9:12
**counsel** 2:14,23
3:4,9 10:20,22
27:2 31:13
32:21 37:9
355:17 366:11
366:12
**count** 46:9
229:12,12
237:18 263:2
298:25 299:8
302:13 304:5
327:1,12 328:8
328:17
**counted** 58:18
299:1,9 323:20
327:7
**counting** 67:10
218:20 282:20
298:14,18,21
299:25 300:18
302:4,6 303:9
303:20,25
304:11 305:8
305:24 306:22
307:4,6,10
308:1,2 316:1
362:4
**countless** 63:7
**counts** 205:8
226:21

**couple** 12:4 16:5
89:1
**course** 42:25
48:9 50:14
67:2 78:25
113:25 120:3
164:22 171:7
197:21 207:2
267:8 270:19
271:21 294:24
323:5 360:20
**courses** 359:13
360:22
**court** 1:1 9:14
10:15 11:10
25:19 35:5
48:14 55:20
165:8,20 166:3
367:19
**courtroom** 10:9
180:8
**courtrooms**
24:10
**cover** 147:23
**covered** 295:1
360:20,21
**create** 189:25
**created** 11:15,17
11:21 148:13
148:16 193:2
**credibility** 76:1
**criteria** 46:19
200:4 203:24
217:22 218:20
219:17 220:6
220:10 316:1
**criterion** 193:14
**criticism** 70:15
107:21 238:8
238:15 342:11
**criticisms** 70:18
104:3 106:13
222:18 223:3
**criticize** 57:6
64:11 105:9
107:18
**criticized**

310:25
**criticizes** 106:19
**criticizing** 57:10
64:17
**critique** 358:1
362:7
**critiques** 333:9
**crocidolite**
91:20 338:1
339:12 345:16
**CROSS-EXA...**
357:17
**cross-polar**
290:5,6
**cross-referenc...**
227:13
**crossed** 76:13,16
**crowd** 19:19
332:15
**cryptic** 226:14
**crystal** 41:9
85:11 127:16
182:18 183:10
188:1 194:6
197:8,15 199:2
199:25 200:14
200:16 209:24
210:20 211:10
211:21 241:1,3
241:5 267:11
268:12 337:7
**crystalized** 60:2
**crystalline** 71:7
85:6 195:23
196:8 199:19
211:2 244:22
**crystallograp...**
202:17
**crystallography**
201:10,17
244:8
**crystals** 243:13
**culminate** 362:1
**cummingtonite**
89:24 92:1
93:21 94:16
95:5,10,22

96:9 240:7
**cupboard**
105:20
**curled** 286:20
**current** 24:20
77:12 240:9
**currently** 50:23
174:14
**curriculum**
167:23
**custody** 104:3
249:10
**customer**
174:12
**cut** 300:13
**CV** 22:24 27:14
27:19 46:10
355:19
**Cyprus** 173:2,12
174:2,9,10,24

---

**D**

**D** 2:7 3:14 200:4
200:6 238:24
239:6 240:2
241:3,13
**daily** 54:4
363:15
**Darby** 1:12 4:11
4:13 8:11 9:17
9:25 15:4
22:17,19 61:5
61:5,9 88:18
89:11 101:2
147:8 161:15
213:16 256:14
308:13 343:17
351:4 357:20
357:23 363:22
363:23 366:5
368:12
**dark** 290:24
**Dash** 65:23,24
**data** 7:6,10 59:5
66:10 87:18,20
100:8 113:5
125:12,24

Melinda Darby Dyar, Ph.D.

Page 381

126:3 127:6
128:12 129:10
130:12 131:7
131:22 137:4
137:18 138:6,9
139:3,16 140:7
140:10,12,15
140:19,20
141:16 142:1
143:5,19 146:5
148:8 149:4
151:17,23
152:13,17
155:5 156:1
157:24 158:22
165:12,22
166:13 171:4
179:22 180:25
181:1 191:5
200:2 218:8
230:10 238:19
239:14 245:23
246:4,8,13,15
246:18,24
247:6 250:5
253:18 255:4
258:16 260:20
305:15 324:14
326:14 327:1
327:10,18,22
332:6 340:6
**database** 218:14
241:2
**date** 1:16 8:4
93:18 247:16
366:8 367:9
368:12
**dated** 61:17
88:16,21 177:5
366:19
**dates** 225:9,10
247:11
**Daubert** 4:14
22:20 189:15
**day** 36:17 260:4
368:16
**days** 277:1,7

367:15
**DC** 2:9 3:3
140:13
**de** 174:12
**deal** 58:21
207:20
**decade** 355:10
**decades** 359:23
**December** 35:22
**decide** 40:22
**decided** 11:23
**deciding** 40:17
**decision** 173:22
245:2 331:22
**declassify**
173:20
**decompose**
212:9
**decreasing**
320:3
**deem** 166:16
**deemed** 367:18
**default** 142:11
**Defendant** 2:23
3:4
**defendants**
73:21 74:14
76:10
**define** 39:1
79:11,14
111:22 183:14
313:5 336:9
**defined** 78:20
111:23 129:4
228:16 236:25
314:16 352:9
**defining** 5:9
228:13 309:4
**definitely**
363:19
**definition** 78:15
78:17 79:8
83:20 93:17
110:21 111:25
121:1 127:10
176:19 193:17
194:5 235:4

267:16 313:16
313:18 314:6
314:24 317:6
321:14,14
334:18 335:11
335:14 338:8
352:7,11,16,23
**definitions**
313:14
**definitive** 264:7
331:22
**definitively**
268:15
**deformed**
111:23
**degree** 43:1
107:15 320:2,8
321:1 357:21
357:22 361:21
**degrees** 41:14
42:5
**deliberately**
125:2 216:10
**demonstrate**
240:1
**Dennis** 2:11
8:17
**denominator**
274:6
**densities** 107:14
108:5 301:11
301:13,15,18
304:7,15
305:12 307:1
307:13
**density** 108:8,18
306:18
**departments**
53:1
**depend** 55:9,10
188:19 247:22
275:5,7
**dependent**
298:25
**depending** 39:1
94:21 275:13
**depends** 82:13

130:18 169:13
190:7,8,9
261:21 277:2
299:8 302:14
**deponent** 8:10
368:1
**deposed** 10:14
**deposes** 9:20
**deposing** 367:14
**deposition** 1:12
4:11 6:19 7:2
7:12 8:6 10:6
10:12 13:17
14:24 20:16
21:1 22:18
23:14,18 24:5
24:16,20 37:3
37:6 103:1
112:1 128:7
189:15 214:20
245:3 247:25
248:21 305:25
308:16 309:22
309:23 326:2
341:2 356:7,14
356:23 365:14
365:16 367:3
367:12,16,17
**depositions** 24:2
24:4 244:25
**deposits** 102:16
174:21,25
175:5,22,24
221:2,3,12
252:4
**deps@golkow...**
1:23
**derived** 174:17
**describe** 59:23
64:8 127:16
208:6 257:12
259:4 302:6
**described** 40:5
54:25 66:2
109:12 313:1
332:8 337:24
**describes** 23:24

24:18 38:5
40:10 80:9
101:17 107:23
303:5 344:18
**describing**
330:20 351:6
**description** 4:10
30:6 103:13
262:11 315:10
315:13 337:15
337:19
**design** 264:16
**designed** 66:1
135:9 264:23
265:1
**detail** 24:19
129:10 142:24
**details** 136:13
270:20
**detect** 48:10
233:8 275:3
**detected** 145:2
275:23
**detecting** 70:16
362:8
**detection** 63:9
63:13
**detectors** 361:6
**determination**
4:20 56:5 62:4
63:2 178:13
188:5,12
199:18 200:20
202:4 244:21
292:1 302:13
302:20 304:12
**determinations**
72:19 115:24
201:6 202:2
203:1,11
**determine** 24:1
44:8 46:13
47:1 48:4,15
48:22 50:2,7
54:4,8,12
57:24 58:5,13
59:16,19 60:9

Melinda Darby Dyar, Ph.D.

60:13 64:3
65:2,20 66:11
70:23 71:2,6
71:10 73:9
81:21 84:12,17
85:5,8,11,13
86:5,18 101:21
109:22 110:3
113:8 115:12
116:4,6,23,25
118:15,18
123:5,10,14
124:6,11 125:4
125:15 127:13
129:6,11 130:1
131:14 132:15
133:7 134:11
135:16,23
136:7,22 137:5
137:21 138:4
139:8 143:4
154:3 167:21
168:22 171:16
171:20 182:11
182:21 183:9
186:6 188:10
189:20 193:10
194:2 195:20
196:19,21
198:10,18
216:6 221:21
238:3 256:19
256:23 257:9
258:5 259:1
264:24 265:21
265:23 266:8
266:13,18
267:7 268:20
269:1,22,25
270:7 275:21
276:2 277:10
295:8 297:8
305:9 316:21
318:8 331:12
331:25 332:8
339:15 340:18
342:19 353:8

364:24
**determined**
217:18 219:1
**determines**
116:1 195:5
303:25
**determining**
56:7 58:7 69:2
72:15 131:19
139:17 263:20
267:1,21,25
335:6
**develop** 348:8
**developed**
132:12
**development**
361:11
**deviation** 190:2
**deviations** 94:21
**devise** 264:6
**devised** 265:4
**dgeier@cprla...**
2:12
**diagnosis**
187:25 188:4
**diagnostic**
181:20 200:1
278:21 288:17
**diagram** 92:22
**diameter** 313:2
**dichotomy**
249:24
**difference**
248:13 277:6
277:10,12
290:19
**Differences** 5:9
309:4
**different** 49:8
52:8,16 55:1
65:19 68:25
69:14 70:8,11
70:23 71:1
72:18 82:18
87:24 89:16
91:3,22 108:5
108:9,11

110:14 118:2,4
119:25 120:21
121:8 136:14
143:3 148:4
196:9 197:5
198:22 199:14
203:25 209:20
210:14 211:16
211:24 216:1
220:22 241:21
242:2 243:12
243:13,20
245:12 259:12
261:9 267:16
271:4,16,17
274:20 282:21
283:3,6 286:16
286:21 287:2,4
288:9,22,24
289:20 290:2
300:2 301:5,7
301:10,13,15
301:17,18,21
304:2,4,9,14
304:15 305:11
305:11 306:4
306:25,25
307:12,13,21
335:15 336:11
336:13 344:24
361:5,13
362:13,21
**differentiating**
206:19
**differently**
53:10 283:23
287:8
**differing** 163:19
164:6
**difficult** 51:25
107:16 151:3
152:7 182:5
188:18,18
214:20 217:2
331:17
**diffracted** 39:20
**diffraction** 6:5

39:18 40:23
41:20 42:2
47:10,11 50:19
53:16 56:13
181:9,14,16,17
181:19,23
182:8,10,17,20
183:5,8 201:21
205:3,10
206:10,17
207:8 209:12
212:12 217:14
218:9 219:24
229:13 235:6
236:8 237:13
238:18 239:5
241:14,24
242:12,19
243:19 256:19
257:9 259:1
360:18
**dimension**
201:20 244:13
271:5
**dimensions** 40:2
41:8,12,19
82:7 178:12
184:6 196:23
198:6 199:24
200:1 213:1
219:4 270:5
271:22 295:19
318:7 331:20
**diopside** 190:20
190:21
**Diplomate** 1:17
366:3,17
**DIRECT** 9:23
**direction** 52:22
290:8,9
**directions** 40:3
41:14 201:12
271:11 289:2
**director** 51:2
52:22
**disabled** 142:11
**disagree** 7:15

33:24 99:19
100:3,15 112:6
114:25 115:4
325:8
**disagreeing**
128:9
**disappearing**
207:13
**disciplines**
110:14
**disclosures**
165:15 166:4
**discriminate**
319:2 324:9
325:4,11
**discriminating**
325:15
**discrimination**
84:5
**discuss** 184:15
318:20
**discussed** 15:7
98:10 260:4
267:15
**discusses** 211:16
**discussion**
126:15 160:20
162:2 205:21
319:8 329:14
337:15,18
355:25
**diseases** 44:1
**dispersion**
275:16 278:15
278:18,25
279:2,14,17
282:6 283:1,4
283:12,16,20
285:12,15,19
286:1,11,25
287:16 288:3
289:12,16
**dispersive** 128:1
**disproportion...**
111:4
**dispute** 224:23
225:2

Melinda Darby Dyar, Ph.D.

Page 383

distance 200:7,9
distances 235:1
  235:2
distinction
  265:20 311:1
  314:17 362:12
distinguish
  47:17 146:22
  152:8 213:25
  214:21 215:17
  215:25 217:3
  325:19 331:17
distinguishing
  295:16
distraction
  312:11
distributed
  249:17,22
distribution
  13:8,8 190:1
  196:25 248:4
  249:19 252:9
  322:2,5
distributions
  252:3
DISTRICT 1:1
  1:1
diverging 314:8
diverting 315:25
dividing 328:3
doc 358:7
doctor 43:10
  231:18 351:4
  363:13
doctors 146:1
document 1:6
  4:15 22:18,22
  27:22 28:22
  35:12,15,19
  54:22,24 56:9
  56:12,15 57:9
  63:6 67:21,22
  73:11 90:6
  93:2 103:10
  115:18 131:2
  132:4,4 133:21
  134:15,17

136:9,13
137:17,25
138:18 139:2,6
141:24 142:16
152:19 173:13
175:9,17 176:1
176:15,21,23
176:25 179:11
180:10 189:4
194:17 201:22
218:9,12
223:19 226:7
227:8,17
228:18,21
233:16 235:6
260:3,9 262:20
279:20 284:3
286:9 290:15
300:2,9 303:11
305:14 315:7
316:17 317:12
318:24 321:15
325:4 327:8
330:6 333:13
334:23 335:1,3
336:5 339:15
340:2,11,15
344:14 346:1
346:21 348:3
351:11,19
352:24,25
353:3,5
document's 66:3
documentation
  165:2
documented
  164:20
documents 7:17
  15:13 17:1,25
  35:3,9,18
  54:25 56:6
  57:2 61:14
  64:8 66:14,16
  69:17 73:13,17
  76:20,24 77:2
  82:19 93:17
  105:3 126:13

159:20 160:21
161:18 165:17
165:22 166:6,6
166:11 189:5
194:25 205:4
205:10 219:24
228:1 229:1
231:3 232:1
235:21 236:9
237:1 238:9
239:6,10
241:15,24
242:12,20
243:19 249:10
336:9,17 341:9
341:10 342:4,5
352:13 353:16
356:15,25
357:2 358:13
doing 14:20
  28:10 29:12
  34:24 37:25
  38:4 41:16
  64:12 76:1
  125:21 142:4
  146:1 154:1,9
  171:15 209:10
  211:7 234:22
  245:1 269:15
  295:13 349:16
  367:8
dolomite 66:6
doubt 111:8
  312:11 345:5
  346:13
downside 65:9
dozens 24:9
  358:15
Dr 8:11 16:24
  18:11,11 20:12
  20:21 21:2,2
  23:5,14,23
  24:8 30:23,24
  31:2,7 32:10
  33:4,4,8,13,16
  33:21 34:3,17
  34:25 35:3

61:5,25 69:11
70:5 88:15,20
89:10 101:10
102:25 103:4
103:12,14
104:23 105:10
107:18 108:12
111:3 128:7
129:23,23
130:12 143:14
153:6,16
158:11,12
160:21 162:22
165:8 166:3
167:12 170:2
171:19 179:6
180:22 191:3
200:5 201:21
205:21,21
211:3 218:10
242:25 244:24
245:13,24
246:19 247:17
247:25 248:20
248:23 249:8
251:19 252:11
252:15,22
258:4 273:17
278:14 291:14
292:13 298:13
310:25 322:8,8
323:11 325:22
330:15 331:10
331:11 342:11
355:4
draft 47:22
drafting 31:21
drafts 31:17
drag 359:17
draw 147:11
  265:19
drawn 198:8
  201:23
drew 140:23
Drinker 2:19
  9:3,7
Drive 2:22

driving 46:3
drop 191:6
Drs 16:18 19:13
  23:11 56:25
  69:21 77:8
  80:14 81:1
  89:15 98:1,4
  100:8 113:14
  139:11 142:10
  156:20 158:20
  159:16 160:7
  160:17 198:17
  205:6 217:7
  239:25 258:10
  264:10 270:12
  270:21 297:21
  313:5 321:16
  328:25 335:23
  340:1,9 341:6
  347:6 353:8,21
Duces 4:12
due 145:16
  345:6
Duke 144:5
duly 9:18 366:5
dust 49:3
Dyar 1:13 4:11
  4:11,13,13,15
  4:16,18,19,22
  5:1,5,7,9,11,13
  5:13,14,16,18
  5:20,22 6:1,3,5
  6:7,8,11,13,15
  8:11 9:17,25
  14:25 15:4
  22:14,18,19
  25:20 32:2
  60:24 61:5,5,6
  61:7,9,23
  66:18,19 67:13
  67:16,17 68:12
  68:24 88:11,18
  88:18 89:11
  92:17 100:24
  101:2 139:20
  143:25 144:3
  147:8,19

Melinda Darby Dyar, Ph.D.

148:20 152:20
161:15 172:12
213:17 223:8
236:5 256:14
279:21 300:10
308:14 329:23
333:14 343:14
343:18 350:23
351:4 357:20
357:23,25
363:22,23
364:1 366:5
368:12

**E**

**E** 2:1,1 3:14,14
**e-mail** 25:13
**earlier** 35:6 89:1
108:21 309:2
335:11 343:23
**Early** 5:3
**earn** 11:18
**Earth** 166:23
**easily** 82:1
152:14 193:5
238:25
**East** 174:23
**Easter** 42:17
**easy** 226:3
311:22
**eBay** 104:12
**ED** 138:24
206:16 207:24
208:13 209:17
209:19 210:11
210:13
**edge** 286:7,21
**edition** 93:5
**editor** 145:20
**EDS** 38:24 47:6
71:20 72:2,20
83:21,24 84:3
84:11,17
115:24 116:22
117:9,21
120:19 123:22
124:5,6,9,17

124:18,21
125:6,20,25
126:12,13
130:9,10,16,24
131:6,22,24
137:3,19 138:6
138:9,24
139:16 140:6
140:10,12,15
140:19,20
141:3,7,17
142:1,5,19
143:1,6,10
148:3 149:1,10
150:14 151:4,9
151:14,25
154:13,16
155:16,20
156:15 157:6
177:17 179:4
179:13 190:17
193:6 195:8,10
197:7 200:20
202:3 203:1,22
207:1 218:6
260:5,16,17
261:4,11
263:13 264:12
268:24 269:4
360:24,25
361:6,20
**EDX** 157:20
**EDXA** 38:24
47:6 71:20
83:21,25 84:4
84:11 116:22
117:9 120:19
124:5,17
126:17 130:2
130:16,24
131:6,15,22,24
137:3,19
142:19 145:4
146:4,21
154:13 155:16
195:8,10 197:7
206:21,24

260:16,18
268:24 269:13
269:14,23
**effect** 248:21
**effects** 44:9
**egg** 42:17
**eggs** 42:17
**eight** 153:19
**either** 17:20
18:1 19:8 33:8
44:6 49:10
58:1 65:3
69:18 86:18,20
98:10 103:18
104:3,5 118:10
119:7,17
123:17 135:18
142:16 150:24
151:9 167:8,17
176:10 177:14
185:13,15
186:3 187:2
196:2 218:3
232:9 241:17
248:9 253:16
254:17 262:15
291:10 297:24
313:6 314:21
319:14 326:11
340:16 357:7
**electron** 4:21,23
39:13,18,25
47:11 50:17,18
50:24 51:6
53:16,16 67:24
68:20 116:19
117:3 118:9,17
120:18 124:15
136:11 149:23
178:9 186:3
196:2 206:10
206:17 207:7
207:17 209:2
244:19 256:18
257:3,8 258:25
259:16,19
260:17 262:18

266:15,20
347:12 351:9
351:23 361:2,7
361:18
**electron-based**
361:12
**Electronic** 4:15
**electronically**
25:19
**electrons** 39:19
209:10
**elemental** 39:6,8
116:23 145:1
145:14
**elements** 84:19
84:22 124:23
**elimination**
137:11
**Ellis** 3:6 9:9
14:1 21:14
28:10
**Elmo** 92:24
126:24 284:24
287:9 347:17
355:7
**elongation**
279:5,8,9,13
280:19 283:24
284:11 285:7
287:17 288:2
289:7
**else's** 77:2
**emission** 50:20
**employed** 23:11
310:17 349:19
**employee**
311:15 366:11
366:12
**employees** 13:11
20:22,22
173:12 310:16
**employs** 311:25
**EMs** 53:22
**enable** 327:2
**encountered**
109:15
**endeavor** 59:6

**ended** 173:8
274:3
**ends** 312:19,24
313:22 314:1,9
314:21 315:3,4
**Energy-** 127:25
**energy-disper...**
38:25 39:3
138:19 145:3
145:12 155:6
**engaged** 123:4
169:14
**engagement**
16:1 62:13
67:6 122:5,10
**enrolled** 43:2
**ensure** 174:5
**enter** 29:14
**entire** 10:25
89:4 134:15
136:6 166:22
180:15
**entirely** 307:15
**entities** 53:12
98:12
**entitled** 22:18
75:17 144:4
147:7 281:22
309:3 316:3
**entity** 11:14,24
16:7 48:21
52:25 123:9,13
311:25
**entry** 29:19
**environment**
46:14 169:9
**Environmental**
47:21 68:1
109:22
**Environments**
5:10 309:5
**EPA** 54:23
61:17 67:18
93:24 128:11
128:17 173:19
243:24 310:24
**epidemic** 45:8

Melinda Darby Dyar, Ph.D.

310:15
**epidemiologist**
43:7
**epithelial** 163:7
**equal** 319:19
**equipment**
53:20
**equivalent**
226:22 303:14
**erionite** 154:19
155:7,17,21
156:11,14
157:8,10,12,20
158:7,10
159:25 161:22
161:24 162:12
162:24
**Erionite-Asso...**
5:16 153:10
154:25
**errata** 367:6,9
367:11,14
368:7 369:1
**error** 299:18
**errors** 43:25
**especially** 174:1
**essential** 337:7
**established**
221:10 289:6
297:11 318:5
335:10 353:14
**establishing**
110:6
**estimate** 298:14
298:22
**estimates**
305:23
**et** 4:24 5:13,17
93:14 136:15
136:15 185:4
198:3,4 199:2
199:2 220:17
220:17 292:25
299:10,10
**evaluate** 25:4
56:24 57:1
60:1 69:20

113:13 161:3
165:24 166:15
229:20 230:17
232:11,13
258:3,8,21
259:24 260:21
263:5,19 264:3
334:25 353:20
**evaluating**
169:25 230:16
267:12 326:9
**evaluation**
18:19
**evening** 16:5
343:17
**eventually** 22:4
277:19
**evidence** 98:2
100:9 112:13
146:16 158:20
180:21 211:10
231:19 243:18
**evidenced** 68:21
183:21,23
**evolved** 361:13
**exact** 81:25 95:6
204:1 205:17
**exactly** 13:18
15:19 21:25
73:14 74:10
87:21 104:15
119:23 128:9
151:11 154:8
241:25 251:17
264:1 275:13
286:5,7 313:18
327:4 361:4
**examination**
9:23 152:9
360:2 363:10
366:5
**EXAMINATI...**
4:4
**examine** 96:4
119:24 233:16
**examined**
180:23 204:13

209:21 210:15
253:25 257:7
290:17,18
291:4,12,22
292:2 302:15
**examining**
48:15,22 72:14
118:9 212:2
230:15 244:19
261:16
**example** 14:21
54:21 56:10
65:10 74:4
107:6 119:21
127:25 133:13
136:2 140:11
143:8 146:13
150:7 168:22
176:16 179:25
183:21 184:8
184:15 185:18
185:19 186:25
189:4 191:8
193:3 197:24
216:25 219:21
228:2 237:7
250:11 259:11
262:25 263:2
278:9 292:24
338:19
**exampled** 187:2
**examples** 135:2
237:7 292:25
293:3,6,9
311:8
**excellence** 359:2
**excerpt** 148:19
355:5
**exclusive** 336:15
**exclusively** 76:9
**excruciating**
142:24
**excuse** 23:1
184:20 186:9
186:15 269:14
288:21
**exhibit** 4:11,13

4:15,17,18,20
4:23 5:1,6,7,9
5:12,13,15,16
5:19,21,23 6:1
6:4,6,7,9,12,13
6:15 14:25
15:4 22:14,18
22:25 23:1
24:25 25:11,20
28:2 35:10,11
61:10 67:14,16
67:17 88:11,14
89:5 92:17,20
92:21 100:24
115:18 129:11
139:4,20
143:25 147:19
148:20,23
150:1 152:20
152:23,24
158:3 159:25
172:15,17,20
172:21,23
173:11 176:6
176:24 179:14
186:8 202:19
206:5 224:6
225:4 226:16
226:17 231:9,9
236:4,4,5
256:15 257:5
279:21 281:19
282:4 284:20
288:21 289:8
291:7 303:21
308:16 309:22
309:23 314:1,8
319:21 326:17
326:17,23
329:23 330:3,3
332:22 333:14
336:20 343:14
343:21 350:23
351:2,3,5
352:17
**exhibiting** 78:21
**Exhibits** 4:9

6:19 60:24
172:12 223:8
223:12 231:7
**exist** 219:16
**existed** 263:10
**existence** 12:3
**existing** 157:7,9
**exists** 113:5
166:22 169:8
180:17 185:6
**expect** 164:18
239:19 248:12
249:1 251:3
**expects** 195:7
**experience**
208:18 213:23
215:16 294:7
294:12,19
296:3,13 359:9
359:20 360:9
360:24 362:17
**Experimental**
153:13
**expert** 4:13
11:10,19 14:6
16:1 21:23
22:8,19 24:25
25:3 28:10
30:22 38:7
43:13,23 44:12
44:17 45:4
48:14,19 62:23
66:21 73:20
89:8 213:19
256:18 257:3
281:14 284:8
308:17 310:3,4
332:21 334:7
357:8,10 358:2
**expertise** 294:2
**expires** 368:17
**explain** 39:16
244:9 274:19
**explained** 54:25
195:9 355:19
**explains** 182:5
201:10

Melinda Darby Dyar, Ph.D.

**explanation**
228:15 249:24
340:17
**explicit** 194:23
228:15
**explicitly** 56:10
56:13 143:19
171:1 235:3
**Exponent**
311:16 312:7
**exposed** 105:21
**exposures**
174:22
**expressed** 69:13
70:7 72:21
187:12 235:19
237:16 239:24
**extended** 134:17
**extensive** 126:15
**extensively**
93:16
**extent** 10:18
32:20 34:11
138:3 166:2
171:21 185:6
194:9 256:20
256:23 257:9
259:1 263:14
279:12
**extinction**
290:18,20,22
**extract** 305:19
**extraordinarily**
141:6
**extraordinary**
142:7
**extreme** 261:1
**extremely**
189:11 361:8
**eye** 340:13
**eyes** 185:13

**F**

**F** 3:2 130:20
131:25 134:22
206:6,9 241:12
**face** 239:10

**facility** 52:21
**fact** 45:7 58:13
69:10 70:5
75:16 102:6,8
104:4 105:11
107:4,13
112:12 114:22
115:1,6,9
118:22 137:8
142:9 149:21
156:4 157:16
171:24 172:7
178:18 182:5
193:3 204:25
205:2,3 221:2
221:13 222:1
226:15 235:16
235:18 238:2
238:13 243:11
248:19,23
251:14 255:20
262:3 269:6
274:25 285:16
287:6 289:19
292:14 304:21
305:17 317:9
321:9 323:19
338:10 340:7
361:9
**facts** 252:3
**faculty** 45:25
46:1 52:14
**fail** 214:2 216:11
367:17
**failed** 240:1
**fair** 114:18
253:4 254:3
**fairly** 110:22
124:9
**fall** 15:20 28:8
**familiar** 45:7
66:17 67:13
78:8 92:11
97:6 110:8
129:24 147:6
180:25 181:1
181:10 222:1

232:17,24
235:17 237:25
312:10 341:2
356:2 360:4
**far** 36:3 107:10
107:10 113:15
113:15 217:4
229:19 344:11
**farm** 156:9
162:8 163:10
**fast** 277:17
363:20
**fault** 298:13
323:10
**fax** 1:23
**featured** 364:16
**February** 23:15
23:20 24:6
28:19 35:23,25
36:4 88:17,25
106:8 173:21
**federal** 24:10
**feel** 149:24
228:18 239:25
**fellow** 358:22
**ferric** 60:5
**ferro-anthoph...**
89:23 91:25
93:22
**ferro-anthoph...**
254:4
**ferrous** 58:5
60:6
**fertilizer** 122:23
**fiber** 79:6,7,9,19
79:24 80:10,20
82:10 85:16
86:6,20 145:15
150:7 155:7,21
174:7 178:14
193:19 195:6
196:20 203:20
203:23 204:7
207:10,13,25
208:13 209:19
209:20 210:13
210:14 212:6

226:21 276:4
291:5 297:25
313:17,25
314:6,8 315:15
315:20 324:24
335:11,19
346:8,19 352:7
352:10,17
**fibers** 17:22
19:7 24:13
43:24 49:3
54:5 78:23
79:11,16 80:3
99:10 101:20
103:7 108:22
137:12,13,14
144:17 145:2
146:2 154:2,20
157:12 174:3
176:19 178:15
184:24 188:14
188:25 189:18
189:25 190:4
193:15 194:8
203:18 204:13
204:15,19
205:1 227:1,9
227:19 228:9
228:11 231:8
233:8 263:21
264:25 269:17
270:25 290:16
290:17 291:4
291:12,15,24
292:3,14
294:20,23
296:19,23
297:17 310:9
312:19 313:2
313:22 314:8
314:20 315:21
316:2 317:25
319:18,20
320:4,13,22
322:9,18,19
324:19,22
336:10 337:3

**fibres** 4:20
**fibrils** 79:16
111:8,14
**fibrosity** 79:15
**fibrous** 173:15
173:23 174:21
177:2,24
182:12,25
183:4,6 206:19
206:23 341:16
341:24 342:13
342:20
**field** 46:4 143:9
222:19 236:12
358:19 359:23
**fields** 110:25
**figure** 87:10
107:6,7 125:12
126:3 127:7
128:13,25
131:8 137:5,19
140:11,21
141:18 142:19
144:24 145:23
146:4,6 147:1
148:9,25 149:4
149:13 150:8
150:19 151:12
151:13,23
152:7 154:11
154:12,12,17
155:4,24 156:3
157:19,24
158:4 179:23
185:2 186:9
247:9,12
249:20,25
251:17 254:8
254:13,14,18
254:19,21,22
278:10,12
279:25 280:3
281:13 284:8
286:9 308:22
312:20 322:13
347:10 360:16
**figured** 364:15

Melinda Darby Dyar, Ph.D.

**figures** 139:25 140:7 148:2,8 154:15 245:21

**file** 225:25

**files** 226:7

**financial** 75:18 75:25

**financially** 366:13

**Finch** 2:7 4:5,7 7:21 8:14,14 9:24 10:1,24 11:8 14:23 15:2 16:14 19:14 22:12,16 25:10,18,24 26:8,11,15 27:2,5 30:4,15 31:11 32:6,7 32:14 33:24 34:2,14 37:4 37:15,19 38:9 38:16,21 41:4 44:24 45:13,19 46:20 55:19,23 57:16,19 60:17 61:1 62:20 63:15,22,24 68:9 71:15 72:11 74:2,12 74:21 75:14 76:12,18 77:24 78:14 81:1 82:15 83:18 84:1 85:3,20 86:3 87:13 88:13 91:1,14 92:19,23 93:1 93:7,19 94:7 95:19 96:7,15 97:1,12,19 98:6,19 99:18 100:14 101:1 103:11 104:1 104:20 105:8 105:23 106:21 109:1,10

110:12 111:1 112:5,16 113:2 113:17 114:14 114:24 115:10 119:1 120:12 120:15 121:10 121:18 122:2 126:23 127:2 132:19 133:2 135:14 139:18 139:22 142:13 143:13,23 144:2 147:5,17 147:21 148:18 148:22 152:18 152:22 154:10 155:3 157:18 159:3,5,11,18 160:11,18 161:5,14 162:20 163:17 164:4,17 165:6 166:20 167:10 168:18 170:1 170:12 171:13 172:14 173:6 175:3,6 176:3 176:12 177:15 179:2,12 180:6 181:3 182:9,23 186:12 187:19 188:13 190:3 192:2 195:4 199:6 202:11 206:3 208:3 213:6,15 214:24 215:13 216:12 217:10 219:13 220:1,3 220:20 221:15 223:10,14,17 225:3 226:4,10 228:8 229:8 230:7 231:1,16 232:5 233:3,18 234:7,15,20 236:3,7 239:8

240:4 242:23 243:4,8 244:16 246:10,12,20 246:23 249:5 250:20 251:13 252:7 253:1,20 256:2,11 258:1 258:23 259:22 261:6 262:8 263:4,16 264:21 270:23 279:19,23 282:12,16,19 282:24 284:6 284:16,20,23 285:5 286:13 293:17,20 294:1,18 296:16 298:5,8 300:14,15 302:25 303:3 306:11,14 308:5,12 310:13,23 311:12,16,19 311:23 312:6 312:16 315:1 318:15 323:17 328:1 330:1 332:12 333:12 333:16 334:5 335:4 339:4 341:22 342:9 343:4,7,16 344:13 347:18 347:21 348:6 348:11,19 350:9 351:1 352:1,14,20 353:23 354:15 355:1,8,13,21 357:12,19 363:11 365:8

**find** 7:17 55:3 55:24 87:10 111:13 136:3 181:24 202:7

259:15 263:8 276:20,25 277:2 294:10 299:24 322:8 342:12

**finding** 154:19 272:13 323:23

**findings** 253:23

**finds** 40:25

**finished** 42:25 76:22 77:4 102:19 104:6,7 105:12 123:18

**firm** 2:3 14:1 21:14 28:10 187:25

**firmly** 110:24

**first** 9:18 13:13 15:15 17:6 21:4,6 28:8 29:17 34:25 35:12 42:12,18 45:20 61:22 66:3,19 68:10 68:14 101:6 103:17 111:21 117:8,9,10 141:14 145:7 146:15 149:8 206:22 212:10 223:21 239:19 247:10 256:22 280:4,24 281:7 281:18 321:6 345:3 359:10 359:16

**five** 57:17 91:18 102:16 141:23 206:14 221:5 227:2 243:14 249:14,23,23 254:8 257:23

**flaw** 340:5

**flawed** 199:5 205:7

**flexibility** 79:17 80:6 85:16

86:5,14,19 193:16 337:16 337:25 338:7 340:1 341:4 347:7

**flexible** 78:23 79:12 193:15 194:8 335:13 338:8,9,12

**flip** 28:15

**flipping** 26:17

**FLOM** 1:14

**floor** 354:6 361:16

**Florham** 2:22

**fluorescence** 50:19

**FLW** 1:5

**focus** 199:8 285:24 342:5

**focuses** 136:1

**follow** 16:23 55:6 56:2,21 64:3 65:1 69:11 70:6 86:18 108:12 115:16,22 134:8,11 268:19

**follow-up** 159:4

**followed** 103:15 108:13 258:4 264:11 298:22 325:9 342:19 353:7

**following** 69:6 69:25 150:17 318:19 321:4

**follows** 9:21 23:25 24:12 64:10 70:12 127:18 265:23 315:12

**footnote** 190:13 190:15 191:6 192:24 301:1 326:8

Melinda Darby Dyar, Ph.D.

**footnotes** 245:6
**force** 81:18,19
**foregoing** 366:7
  368:4
**form** 71:24
  73:23 74:8
  90:21 96:22
  97:4,15 99:12
  112:9 146:7
  157:14 158:16
  184:8,12,22,24
  185:7,8,10
  187:1 270:9
  312:3 318:2
  368:6
**formal** 229:6,9
**formed** 12:5
  164:13 165:18
**former** 20:22
**forms** 360:19
**formula** 90:8
  95:7
**formulas** 90:7
**forth** 25:6 28:2
  55:4,25 56:19
  57:7 62:15
  64:18 86:16
  353:10 355:24
  366:9
**found** 44:13,18
  45:1 58:21
  78:4 89:17
  94:9 96:19
  97:3,21 98:9
  99:25 100:4,18
  112:7,15
  140:13 144:17
  146:3 154:2
  157:12 165:12
  166:23 168:8
  168:21 169:5,9
  179:22 185:21
  187:2 190:22
  191:15,16,21
  192:4,11
  226:24 231:8
  231:20 241:6

247:21 261:23
276:2,6 298:16
299:20 301:4
302:21 303:21
307:11 310:6
321:20 348:20
352:17 356:4
**Foundation**
  168:25
**four** 1:14 89:14
  89:15 102:22
  197:5 206:13
  220:6 240:17
  243:13 269:21
  350:2
**Fourth** 3:7
**frag** 297:24
**fragment**
  178:15 185:22
  292:9 293:15
  293:24 298:2
  316:23 318:1
  335:8,8
**fragments**
  177:25 291:23
  292:2,6,11,15
  292:16 293:9
  293:13 294:6
  310:8
**frame** 249:4
**frequently**
  277:16
**front** 15:4 26:19
  61:8 152:24
  172:18 288:1
  343:21
**Frost** 2:21 9:3,3
  45:10,16 71:24
  73:23 74:8,18
  76:11 77:20
  78:6 80:21
  82:11 83:1,23
  84:15 85:18
  87:7 88:8
  90:21 91:8
  94:2 96:2,12
  96:22 97:4,15

97:23 98:14
99:12 100:5
103:8 104:9
105:1,15
108:23 109:5
110:17 112:9
114:6 119:19
120:23 135:11
143:17 146:7
157:14 158:16
159:9 160:3,25
162:14 164:10
164:24 166:9
169:12 171:22
173:3 176:7
177:12 178:16
180:3 182:2
187:7 188:8
189:22 194:21
202:5 205:23
219:19 226:9
227:23 242:16
250:1 251:24
263:25 270:9
310:22 311:3
318:2 341:18
342:1 344:10
347:24 348:9
348:15
**full** 41:11
  269:14
**full-time** 53:21
  349:13
**fundamental**
  222:7 333:8
  361:4
**fundamentally**
  199:5
**funded** 168:24
**funds** 11:18
**further** 73:14
  157:3 165:13
  166:12 264:19
  363:8 366:7,10
**future** 42:19

——————————
**G**

**G** 3:14
**gamma** 50:20
**garnet** 149:2,18
**Geier** 2:11 8:17
  8:17 69:22
**general** 4:13
  22:20 30:11
  39:4 97:6
  164:12 198:12
  214:16 257:18
  319:9,13
**generalized**
  198:13
**generally** 23:24
  37:22 103:13
  109:3 111:7
  121:3 125:10
  184:14 188:21
  189:16 196:4
  201:3 222:23
  259:5 271:10
  276:17 316:8
  318:18
**generate** 125:3
**generated** 126:3
**genetic** 43:24
**gentleman** 20:8
**geo-analytical**
  195:11
**Geochemical**
  358:23
**geochemistry**
  42:10,11 43:5
**geographic**
  168:5,5
**geographical**
  252:20
**geologic** 308:3
**geological**
  333:18,23,25
  334:16 336:23
  358:24 359:4
**geologically**
  164:13
**geologist** 112:25
  113:18 114:13
  167:25

**geologists**
  153:15,20,22
**geology** 42:5,8
  42:13,18,21,25
  113:21 167:4,8
  334:19 358:19
**George** 4:24
  67:18
**Geostatistics**
  355:18
**German** 359:6
**germane** 305:20
**getting** 120:10
  163:12 347:18
**GI** 227:15
**Gilbert** 359:3
**give** 80:15 98:25
  102:1 107:8
  124:23 141:24
  165:4 197:11
  219:10,15
  245:5 311:8
  326:10 327:15
  327:17 336:11
  336:14 345:19
  346:2 350:16
**given** 34:24
  35:20 71:22
  78:18 79:1,9
  80:14 84:9,13
  90:24 91:12
  94:4 95:17
  99:22 110:23
  111:25 131:10
  159:21 169:4
  180:14 184:25
  185:5 189:11
  205:2,4 235:5
  235:8 236:13
  246:19 247:16
  248:2 267:17
  272:6 278:10
  334:23 340:6
  340:24 346:13
  350:18 368:5
**gives** 141:22
  147:12 169:9

Melinda Darby Dyar, Ph.D.

209:12 262:13
292:25 293:3,6
293:9 324:21
giving 16:22
233:20 234:1
glass 121:4
274:22 290:7
go 27:17 51:13
54:18 57:16
64:13 73:4
86:22 126:7
142:8 169:7
185:1 189:1
191:3 192:17
223:20 231:15
238:5 242:10
245:7 253:6
280:23 295:14
303:18 317:18
321:7 326:20
328:13 339:24
340:17 343:8
goal 56:23 69:19
96:3,5 101:21
139:11 166:12
166:14 261:21
347:4
goes 133:11
142:24 151:16
186:22 193:21
208:6 212:18
going 10:16
15:12 26:12
30:9 31:4,25
32:3,3 33:20
33:22 34:9
36:24 37:7
46:17 47:5
50:10 57:13
60:20 68:12
89:3,4 112:3
121:6 153:17
207:7,20
208:24 209:7
213:3 224:4,5
228:20 229:19
235:15 250:19

264:16 268:6
276:25 281:7
306:8 343:20
347:17 348:17
gold 145:16
282:11,13,17
361:1
Golkow 1:22
3:15 8:2
goniometer
196:12,13
207:10,14
209:3 211:4
212:4 244:18
good 9:25 60:18
121:19 143:8
158:24 161:6
161:15 165:5
171:7 213:7,16
256:3 277:22
278:7 307:22
307:23 308:13
334:4 343:17
360:14
Gouverneur
44:19 310:6,6
310:16,18
government
57:2,9 350:20
352:13
government's
334:18
governmental
48:21 93:25
95:11 123:13
Grace 74:4
122:17
grade 257:15
graduate 52:14
357:21,22
361:10
graduate-level
167:13
graduated 42:20
42:24
graduates'
360:6

graduation 43:3
grain 119:24
151:4 219:5
271:22 284:22
286:4 289:1
290:23 301:25
305:17 307:16
307:19,21
grains 116:4
271:17 288:24
290:13 299:1,8
grant 169:4
350:19
grants 350:14
graph 142:19
245:16 252:2
graphic 251:16
graphical
246:18 255:4,6
graphics 142:19
gravimetric
107:23,24
gravimetry
65:25
gravities 107:8
great 107:15
173:25 174:10
greater 217:17
322:15 323:21
329:16
grid 118:1 121:5
196:6 208:7,8
grids 196:7
ground 112:21
164:22 170:24
361:16
grounded
110:24
grounds 10:17
30:10 32:1
33:21 34:11
36:25 37:8
group 94:25
122:20 362:14
groups 257:7,11
259:3 312:18
313:21

Growth 6:9
grunerite 79:3
89:24 90:12
92:1 93:23
140:17
guarantees
302:1
guess 137:23
235:15 275:9
288:4
guessing 126:8
guidance 317:5
317:10 318:25
321:5 323:3
324:9,21 325:3
325:11
guideline 69:11
70:6
guidelines 82:14
336:11
Gunther 5:10
20:9 33:13,16
33:21 45:21
59:8 73:20
76:7 139:19,24
143:14 147:9
152:19 153:4
162:22 167:12
293:2 308:23
309:9 310:2,25
355:4
Gunther's 20:12
150:8 309:3

——————
**H**
——————
H 3:14
habit 6:9 78:22
110:5 318:18
halfway 145:7
Hamm 88:6
Hammondsville
88:5 174:25
175:4
hand 25:25
126:19 184:19
188:20 207:11
297:4 346:1

352:23 354:14
handed 216:5
273:10 351:19
handful 215:3
handy 90:6
226:17
hang 87:9
309:11
happen 52:1
251:11 254:21
255:23 283:9
356:2
happening 75:7
75:9 286:3
happens 199:25
286:4,6 329:15
329:18
happy 80:15
86:24 126:20
162:16 220:19
242:9 334:25
hard 25:11
180:14 212:21
264:7 349:15
349:17 350:16
Harper 185:4,6
293:5
Harrison 3:12
8:19,19
Hawthorne
93:14
haystack 276:24
hazardous 44:9
HC 225:8,16
227:15,22
head 46:22
205:18 311:21
Health 109:23
341:14,16
heard 177:13
221:16 222:17
224:18 312:7
312:14
hearing 4:14
22:20 189:15
held 1:13 8:7
Helmholtz

Melinda Darby Dyar, Ph.D.

359:6
**Henry** 3:14 8:1
**hereinbefore** 366:9
**Herrington** 2:15 9:2
**Hess** 281:2
**hexagonal** 207:9 209:4
**hide** 276:23
**high** 30:12 37:1 78:23 79:12,16 133:16 193:16 194:8 195:11 197:11 226:25 328:21 335:13 336:10
**higher** 150:12 276:20 315:21 320:6,14,23 322:10,21 324:7 325:1 329:7,12
**highly** 109:20,23 109:24 149:21 248:3
**hired** 14:12 77:21 123:8,12 168:13,13,20 169:21 170:2
**historical** 5:1,2 104:24 105:4 233:21
**history** 42:6,21 43:1
**HKL** 242:21
**hold** 43:12,22
**holder** 208:1,5
**Holly** 359:4
**Holyoke** 11:25 21:10 51:1 52:6,16,19,20 53:13 349:6
**home** 12:22,24
**honest** 76:5
**honestly** 103:21 126:12 163:23

242:4,8 285:22
**honored** 358:21
**hope** 330:4
**Hopkins** 20:21
**horizontally** 194:19
**host** 174:18
**hour** 15:22 29:20 57:13 112:3 213:4 306:9
**hours** 29:19,19 29:24,25 30:18 34:21,24 36:12 36:14 276:5 277:11 350:15 365:2,6
**human** 43:14 144:17 146:3 154:3
**hundred** 27:21 217:1,11,20 219:16 263:18 296:20 308:4
**hundred-plus** 27:21
**hundreds** 51:24 292:5,10,16 294:6 297:6 358:13
**hunt** 42:17
**Hurlbut** 5:6 93:5 201:15
**Hurlbut's** 92:12
**hydrogen** 348:8
**hydrous** 173:17
**hypothesis** 252:6
**hypothetical** 118:11,13 168:12 258:19 261:1 263:9
**hypotheticals** 250:3

---

**I**

**i.e** 215:15

**IARC** 91:17 98:12,20 99:2 99:8 108:20 109:2,8 341:23 342:4
**IC** 152:19
**Idaho** 149:2,18
**idea** 96:24 97:6 99:5 156:21 180:5,9 235:12 241:9 338:2
**ideal** 116:7
**ideally** 115:23
**identical** 79:14 284:7
**identification** 15:1 22:15 25:21 47:23 49:10,15,20,24 53:25 60:25 88:12 92:18 100:25 132:7 133:23 134:4 139:21 144:1 147:20 148:21 152:21 172:13 187:10 201:23 202:25 203:10 209:18 210:12 223:9 236:6 244:14 245:17 265:13 279:22 295:21 315:15 329:24 333:15 343:15 350:24
**identified** 86:12 103:6 128:18 174:22 204:20 205:6 215:4 220:23 227:19 242:3 254:3,8 255:8 294:5 321:15 331:10
**identifier** 225:9
**identifies** 70:19 91:17 198:22
**identify** 46:11

47:6,11 72:1,2 72:25 128:19 129:18 137:12 138:11 146:14 146:22 149:17 151:19 174:15 184:14 198:1,3 201:13,25 210:22 212:23 216:8 222:4 241:13,17 245:14 257:4 260:6 261:3 270:14,25 271:19 272:2 273:6,11 277:17 292:9 297:16 298:3 317:23 333:24 364:6,10,14,19 365:4
**identifying** 54:16 65:12 194:10 264:14 293:12 294:12
**identity** 151:20
**Illinois** 140:14
**image** 40:17,23 119:11 150:12 177:17 178:2 185:2,5,13 188:1,3,11 211:9,14 212:5 235:1 262:17 274:23 278:9 278:13,19,25 279:6,8,9,11 279:13 280:6 282:5,6 283:13 283:16,20,21 283:24 285:7 285:11,15,19 285:25 286:1 286:11 287:8 287:10,23 288:2,4 289:7 318:12 331:18

360:12
**images** 32:18,22 118:10 141:1 150:8 157:6 188:15 235:20 236:1,19 237:4 237:5,6,11,19 278:16 283:4 286:15,23 287:12 288:20 291:22 292:1 292:21 294:10 296:4,10 308:22 309:1 309:20,21 326:3,22 328:6 328:9 331:5,17
**imagine** 85:23 201:8
**imaging** 155:12
**Imerys** 5:19,19 5:21,21 14:21 103:16,18 122:8,8,9 165:18 166:6 173:9
**Imerys'** 5:2
**immediately** 35:18 144:10 321:4
**imperative** 367:13
**implied** 324:12
**implies** 102:6 138:14 145:9 237:16 307:23
**imply** 138:5
**important** 41:22 75:23 76:6 78:1,8 125:22 171:18 239:2 314:17
**impossible** 130:7,10 178:1 198:14 237:18 237:20 238:11 318:13

Melinda Darby Dyar, Ph.D.

**improperly** 323:22

**impurities** 65:14 270:14

**impurity** 62:10 277:3

**inch** 82:4 343:24 344:6,25 345:14 346:10

**Incidentally** 306:7

**include** 20:20 90:11 93:10 111:24 134:24 143:20 146:5 148:11 149:3,7 149:15,25 152:4,17 191:8 201:14 211:9 328:6 336:17

**included** 35:9 59:6 102:23 180:13 192:25 204:18 225:9 250:7 255:7 292:21 328:17 357:8

**includes** 20:2 52:16 66:4 89:19,22 91:24 194:6 240:6 335:12

**including** 69:13 70:8 79:13 120:6 286:9 328:15 359:2

**income** 12:1 13:8 350:13

**inconclusive** 65:17

**inconsistency** 272:9,12

**inconsistent** 206:1

**incorrect** 176:6 285:18 300:23

**increase** 279:3

**increasing** 320:2 320:8,9 321:2 321:2

**indefensible** 241:13

**independent** 109:8 149:22 156:5,22 158:8 158:10,14 215:10 297:3

**independently** 131:12 240:3

**index** 4:1 108:8 151:17 196:22 197:16 219:6 271:10,14,16 275:18 279:12 291:6,7

**indicate** 108:4 181:20 230:21 254:22 298:17 338:11

**indicated** 17:25 150:14 326:2 338:10

**indicates** 129:4 246:25

**indicating** 349:9

**indication** 42:18 144:13 176:17 285:11

**indicative** 276:3

**indices** 150:25

**Indirect-trans...** 4:20

**indistinguisha...** 151:15 218:6

**individual** 73:18 135:3 145:2 187:25 188:1,3 188:10 196:24 198:15 205:1 211:21 219:9 234:24 318:11 345:7

**individuals** 135:4

**industry** 133:18 308:2

**inference** 140:21

**inferring** 94:12

**inform** 269:6

**information** 17:13 37:22,24 37:25 38:3 84:11 85:13 97:25 99:21 139:8 152:10 152:12 156:25 159:21 161:24 162:10,23 168:4 171:17 171:18 175:17 176:1,5,15 180:12 223:6 229:14 230:2,6 233:13 236:25 237:3 239:4,21 245:24 253:12 253:15 254:12 255:16,21 258:15,20 259:23 260:8 261:5,12,25 263:11,13,14 271:4,5 273:1 273:22 281:4 291:10 298:17 304:20 305:5 305:19 306:15 322:12 325:25 336:17 343:2 349:8 353:15

**ingest** 44:7

**ingot** 346:18

**ingredient** 170:19

**inhale** 44:7

**inhaled** 96:11

**inherently** 210:21

**input** 148:17,17

**inputting**

148:14

**inquiries** 99:17

**inquiry** 32:9 187:18

**inserted** 278:20

**inspect** 146:12

**inspected** 274:4

**inspection** 215:24 259:11 359:21

**inspections** 213:22

**instances** 16:5 66:9 272:1

**instill** 262:14

**Institute** 84:25 349:20

**institutions** 52:8 53:9

**instruction** 67:9

**INSTRUCTI...** 367:1

**instructs** 208:12

**instrument** 130:18 143:12 235:3,7

**instrumentation** 265:3

**instruments** 235:7

**insufficient** 145:24 176:14

**insulation** 132:21 133:5 133:10,13 134:9

**integrated** 304:3

**intend** 34:15 332:24

**intended** 134:18 134:20 317:5,6 317:10,15 318:25 319:1 321:5 323:2 324:8 325:10 336:14

**intense** 278:21

**intensify** 287:22 288:15

**intent** 149:11

**intentionally** 135:8

**interaction** 359:24

**interactions** 360:2

**interest** 21:24 75:3,19,25 169:23

**interested** 22:2 42:13 366:13

**interesting** 354:15

**Interestingly** 300:8

**interests** 17:5

**intermixed** 92:7

**internal** 17:24 69:16 76:20

**international** 61:15,19 62:3 93:12 95:11 98:23 99:3 153:12 329:5 359:1

**interoffice** 5:18 175:19

**interpret** 236:19 283:23 338:5

**interpretation** 307:9 318:23

**intimately** 360:4

**introduce** 8:13

**introduced** 10:2

**introduction** 133:12

**introductory** 356:5

**investigated** 168:8 195:3

**investigation** 69:20 165:23

**invoice** 28:18 29:17 34:21

Melinda Darby Dyar, Ph.D.

35:21,23,24
**invoices** 16:4
28:16,20 30:19
37:20 38:11
**involve** 246:22
**involved** 144:12
229:25 246:17
359:23 361:10
361:15
**involving** 74:5
358:15
**iPad** 25:16
**iron** 60:4,5,5,6,6
60:10,13 90:11
155:10 173:17
181:5 192:25
218:4 346:17
346:18 347:2
**iron-bearing**
218:5
**iron-rich** 89:22
91:25 93:22
94:8
**irrelevant** 118:2
273:25 274:2
286:12 328:20
**ISO** 4:16,18,19
40:9 49:9,14
49:19,23 54:23
55:4,25 56:14
56:19 57:7
61:15,16,23
62:15,25 63:18
64:1,1,4,6,18
64:24,24,25,25
65:18 66:8,9
66:18,20 67:6
73:13 79:13
86:15,16
107:23 108:13
126:1,13,14
127:4 128:10
128:16,22
129:3 130:13
131:19 133:4
133:21 134:16
142:16 182:4

189:5 205:19
206:5,16
211:16 212:1
272:4,11
298:20,24
299:4,9,11,15
300:2,5,7,23
302:4,5,21
303:12 306:21
307:9,17
312:25 313:9
314:7,25
319:12,13
320:23 322:24
324:4,18
329:14 336:4,4
336:18
**issue** 34:25
105:10 341:8
**issues** 176:21
**issuing** 310:4
**Italian** 241:7
249:16
**Italian-sourced**
220:24 255:14
**Italy** 17:20 19:8
87:17 170:5,13
170:14 192:17
192:20 214:10
248:9 251:21
251:22
**item** 260:20

_____

**J**

**J&J** 6:15 9:1
33:22 226:11
**J3** 272:20,22
273:19 278:3
**J4** 233:6
**J4-1** 232:18
**J41** 232:18
**Jack** 2:21 9:3
**jack.frost@db...**
2:21
**January** 35:22
35:23 88:21
89:5

**Jayme** 254:10
**Jersey** 1:1 2:13
2:22
**JNJL61_0000...**
5:23
**JNJL61_0000...**
5:24
**JNJMX68_00...**
6:2
**JNJMX68_00...**
6:2
**JNJNL61_000...**
6:16
**JNJNL61_000...**
6:17
**JNJTACL000...**
6:4
**job** 19:11 23:10
170:18 341:7
349:13
**John** 20:21
**Johnson** 1:3,3
2:23,24 5:1 9:4
9:5 14:12,12
14:15,15,15,15
14:16,17 15:16
15:17 16:16,16
17:25,25 18:7
20:5,5,17,17
20:22,23 21:5
21:5 27:3,3
28:11,11,25,25
29:14 31:15,15
32:8,9,15,16
33:10 36:21,21
44:13,14 62:13
62:13,23,23
63:20,20 66:22
66:22 67:7,7
69:16,16 76:20
76:20 77:3,15
77:15 87:5,5
87:15,15,24,24
96:20,20
100:16,17
103:5,5,6,6,16
103:16,18,18

104:6,6,7,7,23
104:23,24,25
105:12,12,13
105:13 106:6,6
122:4,4,10,11
159:19,20
160:20,21
164:19,19
165:17,17
166:5,6,24,24
172:25,25
174:12,12
190:23,23
191:22,22
192:13,13,19
192:20 214:10
214:11 216:16
216:16,22,22
224:21,21
226:7,8 231:5
231:5 232:7,7
232:14,14
233:21 234:3,3
241:8,8 258:2
258:3,12,13
263:19,19
349:11,12
350:1,1 351:5
351:5 352:6,16
353:10,17,17
354:2,3
**Johnson's** 5:1
17:16 18:7
19:1,9 29:14
33:10 44:13,14
69:18 77:3
113:6,7 220:24
233:21 352:7
352:16 353:11
**joule** 81:14
**joules** 344:4
**journal** 50:6
75:1 101:17
109:13,16,17
109:19,20
110:4 140:4,6
145:22 147:3

104:6,6,7,7,23
153:12,12
332:25 333:5
362:3
**journals** 110:9
333:7
**JR** 2:21
**judge** 7:23 178:1
**judges** 24:10
**judgment** 40:24
41:25 172:9,9
230:3 293:15
294:3 314:3
**judgments**
84:20 318:14
**Julie** 5:21 177:7
177:14
**July** 6:1 61:17
223:25 226:19
258:15 259:6
**justified** 17:14

_____

**K**

**K** 235:11 236:12
236:12,12,22
239:11,19
**Keaton** 253:23
254:3,11
**Keaton's** 253:25
**keep** 7:11,18
38:19 46:9
226:17 281:7
**keeping** 358:13
**keeps** 357:19
**kept** 53:20
**key** 295:15
**kind** 17:4 37:22
39:17 69:3
118:2 141:13
141:16 145:24
159:2,21
169:16 176:17
178:23 254:3
258:18 261:1
263:9 269:23
270:3 275:6,13
277:2 283:6
287:24 295:5

Melinda Darby Dyar, Ph.D.

296:6,6
kindly 27:3
kinds 50:17
52:16 146:17
271:4 274:20
318:13
Klein 5:5 92:11
93:6 201:15
knew 58:8
156:14 297:2
know 19:16 36:9
36:17 53:3,5,6
56:23 58:12
59:11 61:21
67:10 68:20
75:17,22,24
81:8,14 82:18
86:22 87:1,8
89:6,12 90:17
90:22 91:4,11
93:13,21 95:9
95:21 96:18
97:2,9,10
104:16 105:18
105:22 109:19
112:23 114:10
114:11,15
115:5 127:15
127:19 129:7
129:17 131:21
132:13,21,25
133:4,5 134:10
138:14 146:13
149:18 157:15
158:7,9,11,12
159:19 160:14
162:15 163:24
163:25 164:2
164:12,13
165:1 167:7,18
169:17 170:7
171:19,25
172:2 175:23
176:22 177:7,9
180:10 189:16
190:7,21,25
191:14,20,24

192:3,10,15,18
194:18 198:7
201:12 214:13
215:8,11,20
217:4 220:21
221:11,24
223:1 229:18
230:19 236:24
241:9 242:1
243:11 244:12
246:8 249:7
251:8,11 252:2
252:9,15
253:11 254:6
255:17,22,24
259:8,13,17
260:10,13
262:24 270:13
272:21 274:15
276:7 277:15
279:5 285:2
287:13 289:4
292:7 293:18
297:18 305:5
312:25 314:2
317:23 322:11
334:22 335:17
340:10 341:20
341:23 344:12
345:25 349:8
350:12 352:25
353:2 354:7,24
363:14,15
knowing 169:23
172:7 229:23
269:5
knowledge 54:2
68:8 81:25
98:16 99:25
100:22 109:8
111:22 112:11
114:8,21
135:13 156:21
160:13 165:3
165:19 167:3
173:5,10
175:11 183:1

194:23 202:16
221:1,6 226:12
227:25 232:16
234:4 238:24
312:5
knowledgeable
107:12
known 60:14
131:13 214:2
215:18 304:8
knows 244:7
Krekeler 18:13

———————
**L**
L 334:13
lab 23:25 24:19
50:23,25 51:3
103:14 129:23
211:3 273:17
278:3,4 291:14
label 215:23
281:16 348:1
labeled 190:18
213:21 227:9
283:8,10
289:18
labels 166:5
laboratories
47:25 53:7
221:17 222:18
laboratory 23:5
48:3,3 51:21
52:4,11,15,18
53:22 116:9
186:1 207:22
221:20 222:21
222:25 252:12
275:1,23 276:1
276:4 304:23
315:14 364:23
365:2
labs 53:23
272:24
lack 32:24 39:24
41:19 60:10
lacking 238:23
239:21,23

laid 220:7
large 133:13
175:23 285:13
340:13
larger 111:5
laser-induced
50:20
late 7:10
lattice 199:25
law 2:3 14:1
28:10 354:16
lawful 9:18
lawyer 11:16
21:11,13,17
28:9 61:9
73:25 74:10,20
74:23 354:2
LAWYER'S
370:1
lawyers 16:16
31:14 32:8,15
33:10
lay 64:1,25 65:5
layer 207:13
layers 181:19
200:9
layman's 278:22
lays 63:1 65:19
68:24 80:18
lead 43:25 59:8
153:17
learn 261:17
leave 37:15
led 16:8 162:11
Lee 122:20
330:8,12
Lee's 311:1
left 119:13
278:18 283:15
334:24
legal 29:8
Leigh 2:3 8:21
leigh.odell@B...
2:4
length 85:17
143:2 184:2
187:13 286:5

326:24 327:2
328:3
lengths 313:3
lengthwise
193:15 194:7
lens 274:16
275:2,2,14,16
279:2
Lepoy 328:15
let's 25:10 35:8
38:22 54:18
64:24 73:5
78:19 88:14
92:20 135:25
141:14 151:12
169:4 172:15
203:15 204:23
212:8 217:25
218:15,17
242:11 245:7
269:3 280:23
289:2,6 291:18
292:22 295:14
298:9 299:11
299:23,24
300:6 308:5
309:11 317:8
318:3 321:7
325:16 330:2
333:17 335:21
338:2,20 347:3
364:13
letter 6:1,4
38:18 224:9
225:16 226:18
229:15 239:20
letter's 225:18
letters 225:8,20
level 30:12 37:1
55:11,14 68:25
69:1,1,12 70:7
70:12 129:10
135:25 136:2
136:12,18,18
136:21 137:8,9
137:10,13
197:11 203:16

Melinda Darby Dyar, Ph.D.

204:14,14,17
204:18
**levels** 137:1
182:7
**LHG** 1:5
**LIABILITY** 1:5
**Libby** 45:1,9
58:22 59:15
**life** 11:1 295:4
**light** 47:16 63:8
65:11 102:7
116:3 117:14
117:18 118:24
120:4,20 121:3
126:10 178:24
196:18 197:9
266:9 271:3,23
273:12 274:17
288:15 290:8
291:19 294:21
294:23 296:5,6
318:17 359:14
363:5
**likelihood**
276:20
**limitation**
323:25
**limitations**
56:14
**limited** 13:7
**limits** 272:4
**line** 32:5 33:23
163:6 286:6
369:3 370:3
**lines** 207:13
**liquid** 108:8
**list** 20:2 35:8
46:17 51:5
90:11 192:25
239:7 337:13
357:9
**listed** 46:10
165:16 194:16
202:12 281:23
355:19
**lists** 166:5
194:16 249:7

280:24 316:6
318:20 337:7
**literally** 282:9
297:6 300:19
364:12
**literature** 79:9
80:7,18 82:3
83:4 98:11
119:15 140:3
142:17 144:7
144:16 169:7
169:24 201:4
293:14 294:9
352:12 358:12
**litigation** 1:5,22
3:15 8:3,9 14:6
14:14 20:5,13
35:6 73:21
74:14,16 76:10
103:2 106:7
**little** 21:24 26:2
41:17 57:15
70:10 91:2,21
146:11 154:6
193:8 212:9
213:3 218:1
240:19 294:7
294:11,19
296:3 304:19
306:8 365:1,5
**Lizzy** 3:12 8:19
14:23 22:12
293:17
**LLC** 2:7 3:9,9
6:7 11:13,14
12:8 13:3
29:12,13,15
**LLP** 1:14 2:15
2:19 3:1,6
**localities** 214:15
**locating** 203:17
**location** 255:24
**locations** 255:8
255:22
**Locke** 3:1 8:24
9:11,11 19:10
44:21 45:11

62:17 63:4
75:11 82:24
95:25 98:13
100:6 106:17
112:22 113:10
114:19 118:20
132:2 142:21
154:5,23
158:17 167:1
170:25 175:15
182:15 189:23
212:7 215:6
219:18 220:8
221:8 232:25
233:11 238:21
239:15 248:17
251:6 285:21
294:14 310:19
314:22
**log** 110:2
**logical** 304:25
**long** 12:2 79:20
80:10 162:16
186:7 188:3
273:12,13
276:8,13
277:18 331:25
335:20 345:25
349:17
**longer** 235:22
315:21 319:18
320:4,13,22
322:9,18,20
323:12 324:20
324:22,25
326:8 331:25
**longest** 291:5,6
321:25
**longitudinally**
194:20
**Longo** 5:4 16:18
16:24 18:11,20
19:13 21:2
23:5,11,14,23
24:8 30:23
31:3,5 32:19
32:20,25 33:8

34:19,25 35:3
56:25 68:5
69:11,21 70:5
77:4,8,19,22
78:1 80:14
81:11 87:20
89:15 98:1,4
100:8 101:10
103:12,14
104:23 108:12
112:12 113:14
125:2 128:7
129:23 130:12
139:11 142:10
156:20 158:11
158:20 159:12
159:16 160:7
160:17,21
165:25 166:3
170:2 171:19
180:22 190:18
191:3 194:24
197:22 198:17
200:5 201:21
204:24 205:6
205:10 213:24
214:18 217:7
232:12 237:25
239:25 241:14
245:13 246:19
246:25 247:25
248:20,23
249:8 251:19
252:15,22
258:4,10
264:10 270:12
270:21 272:1
272:19 274:5
278:4 297:21
298:13 304:20
305:16,22
313:5 321:11
321:16,20
322:8,14
323:11 325:17
325:18,22
328:16,25

329:20 335:23
340:1,5,9
341:6 342:11
347:6 353:8,21
358:1
**Longo's** 31:2,7
32:10 33:4
61:25 88:15,20
89:10 105:10
107:18 129:23
165:8 205:21
211:3 218:10
242:25 244:24
245:24 246:8
246:13,14
247:17 252:11
272:24 273:17
278:14 291:14
292:13 331:10
331:11
**look** 22:21 28:5
33:2 34:6 35:8
41:17 51:13
59:12 78:10
90:8 92:2,2
98:24 102:2
119:21 121:2
126:20 130:8
130:10 135:25
146:9,19 154:7
162:4 165:11
165:22 178:11
182:4 186:16
189:2 196:8,8
200:24 203:15
207:3 209:2
211:4,15,20
212:13 240:11
241:23 242:5,9
242:10 243:10
244:11,18
250:4 251:17
259:9 260:16
269:17 271:11
271:16 276:12
280:2,8 284:23
285:3 286:15

Melinda Darby Dyar, Ph.D.

286:21 290:1,3 292:7 293:7,10 294:10 295:5 297:23 300:3,6 309:12 321:8 328:13 331:13 340:18 345:9 359:16,17
**looked** 17:7,12 33:1 80:2 118:19 124:11 130:9 153:7 160:6 163:5 205:14 243:15 243:17,20 292:5,10 294:22 296:11 296:14,18,24 297:13 309:2 321:11 326:16 340:14
**looking** 35:10 40:15 56:16 82:14 89:7 95:3 111:16 121:4 130:2,3 133:8 137:3 145:6 150:3,5 166:12 169:11 189:3 197:12 203:7 204:2 207:16 209:1 210:4 211:1 214:17 215:23 245:1 255:1 260:19 262:17 273:25 275:21 276:1,17,19,22 277:4,11,13 280:4 281:13 282:10,12,16 284:13,14 290:13 292:15 293:22 294:8 294:20 316:22 327:6 333:24 343:25

**looks** 124:6 149:11 158:8 177:24 178:14 179:24 186:8 224:14 226:14 241:16 285:2 299:17 339:18
**Los** 52:11
**lost** 289:3
**lot** 167:16 176:20 233:13 250:2,15 251:4 251:18 262:14 309:6 361:10
**lots** 352:11
**Louis** 3:8
**lovely** 284:21
**low** 262:25 339:9,11
**low-grade** 97:9 114:10,23
**lower** 319:20 329:21 346:17
**lunch** 158:25 161:6,16,19 163:3
**lunchtime** 159:1
**Luzenac** 174:12 177:10,14 180:5

─────── **M** ───────
**M** 2:11,20 4:11 4:13 22:19 366:5 368:12
**M68233-001** 6:6
**M68233-002** 6:6
**M69680-015BL** 6:7 280:25 281:11,11
**M69680-015B...** 282:25
**M69680-015B...** 280:19 283:12 286:22
**ma'am** 15:3 22:17 26:16

142:20 152:25 159:8 176:6 229:12 281:15 281:19 363:24
**machine** 225:22
**macroscopic** 297:4
**madam** 55:20
**magnesium** 173:17 191:11 218:4,5
**magnification** 150:12
**magnitude** 174:16 339:10
**maintained** 104:25
**majority** 248:10 319:18
**makeup** 95:6 124:19
**making** 143:3 193:24 198:23 238:11 244:20 245:2
**malignant** 5:16 153:10 155:1 163:7
**man** 348:24
**management** 174:11
**manager** 53:22
**mandate** 249:12 264:3 353:19 353:20
**manner** 179:1
**Manual** 5:5 92:12
**manufactured** 132:8 290:7
**manufacturer** 51:10 171:17
**manufacturers** 232:21
**Maple** 2:12
**March** 5:19 28:18 35:13,13

35:24 36:8 250:23 251:20
**mark** 23:17 25:10 88:14 89:4 92:20 172:15 236:3 330:2 333:17
**marked** 14:25 15:4 22:14,17 25:20 60:25 61:8 66:18 88:11 89:11 92:17 100:24 139:20 143:25 147:19 148:20 152:20 172:12 206:5 223:9,11 236:5 279:21 309:22 329:23 333:14 343:14 343:21 350:23 354:23
**market** 102:23
**marketed** 104:19
**marketers** 174:2
**MARKETING** 1:4
**markets** 225:7
**Mars** 168:21 348:21
**Marte** 3:14 8:2
**MAS** 6:7 246:25
**Mass** 12:13
**Massachusetts** 12:7,8 29:10 52:13
**masses** 312:20 313:23
**match** 252:2
**material** 27:8,20 32:24 39:23 40:16 41:7,9 41:18 46:13 47:23 48:8,15 48:22 54:17 55:7 56:3

57:25 59:14 65:4 71:22 75:4 78:5,5 81:22 116:24 130:3 131:20 131:23 133:7 134:9,12 136:8 136:23 137:6 137:20 150:4 164:21 169:19 170:4 171:20 172:3,6,8 177:3,24,24 179:8,16,19 181:25 182:1 185:21 193:11 194:2 196:22 197:5,10 202:4 225:10 243:24 248:5,16 273:7 273:17,24 274:1,8 276:18 277:12 286:16 307:11 344:8,9 345:24 346:8 350:21
**materials** 4:17 4:18 7:5 19:7 24:13 25:14 33:5 44:13 47:6,12,18 48:4,9 49:2 51:7 54:4,8,12 58:21 62:5 63:3 64:5 66:2 88:20 90:18 91:5 107:25 133:15,23,24 134:1,3 135:4 140:7 154:13 168:2,6 170:8 181:9 182:7 197:14 214:1 215:17,22 221:21 222:4 242:24 258:16 278:14 310:5

Melinda Darby Dyar, Ph.D.

331:7,14 346:7
353:25 354:3
357:7 362:16
364:11,24
**math** 17:8 28:5
36:5 250:5
**Matt** 20:2 330:9
**matted** 312:19
313:22
**matter** 8:8 19:12
75:19 82:18
110:2 113:21
117:6,8,12,17
117:22 130:8
212:21 243:17
283:19
**matters** 15:7
25:3
**Matthew** 19:25
**maximum**
279:11 320:3
**McCrone** 5:22
6:1,3 221:16
221:17 222:10
222:11,15,16
222:20 223:1,4
224:10 225:15
227:4,18
228:23 229:16
231:4,7 257:6
258:14
**MDL** 1:4 35:1
104:22 165:9
190:18 213:24
249:6,8 251:22
253:8 326:8
**MEAGHER**
1:14
**mean** 13:19,20
35:4 51:9
57:22 64:21
90:13 94:13
102:9 118:13
145:8 183:18
190:2 199:12
243:10 259:18
259:19 268:4

272:5 275:25
275:25 287:19
301:12 313:7
314:13 321:19
323:25 328:20
328:24 332:1
338:7 348:13
348:14 356:10
**meaning** 13:3
78:22 117:8,20
322:18
**means** 53:4
90:14 145:3
211:15 225:16
225:16 239:13
259:18 262:25
297:3 320:19
320:19 338:3
**meant** 183:16,22
**measure** 60:3
79:18 80:5,9
81:6,20 82:5
85:15 178:5
182:6 219:4
316:24 335:18
340:8 341:4,11
**measured** 81:3
185:17,18,19
186:25 197:14
329:19 338:14
340:11 343:24
344:25
**measurement**
4:23 67:23
81:5,9,20
135:20 136:10
141:4 198:5
200:11,12,13
241:18 344:7
345:14,19
**measurements**
56:11 186:5
198:16 207:23
211:12 222:7
238:12 242:22
260:5 270:4
271:14 324:13

326:23 328:7
328:15 331:20
332:11 337:21
345:6 346:13
346:23,25
361:12
**measuring** 82:1
336:6
**medal** 359:4
**medical** 43:10
144:11
**meet** 83:20
217:21 219:16
219:22 220:6
**meets** 233:14
**Mehrdad**
253:22
**Melinda** 1:12
8:11 9:17
147:8
**member** 13:2
**memo** 180:15
**memorandum**
49:6,14,19,23
175:12 177:11
**memorandums**
49:9
**memory** 21:9
102:3
**mention** 141:9
194:24 329:15
**mentioned**
56:10 59:20
71:5 81:2
98:20 116:13
120:16 361:23
**mentions** 323:4
**merely** 333:8
**merwinite** 191:9
192:6
**mesothelioma**
5:12,17 45:9
96:10 99:10
144:4,21
153:11 154:4
154:20 155:1
163:8 310:15

**met** 19:17 45:20
45:22 332:14
**metamorphic**
97:7,9 114:2
114:10,13,23
**method** 4:21
49:2 80:13
101:9 106:10
106:15,20,23
107:16,19,25
108:18 131:16
135:16,16,19
135:20,22
233:6 264:13
272:3 273:18
274:9 275:17
325:14 340:4
**methodological**
340:5
**methodologies**
24:23 68:25
86:17 233:7,22
336:6 362:8
**methodology**
4:22 16:18,23
17:2 18:20
19:13 23:11,24
24:11,21 55:4
55:24 56:25
57:7 62:15
63:1 64:2,2,18
64:21 65:19
67:17,23 69:21
77:22 78:9,13
80:19 81:11,25
96:5 98:18
99:17 101:18
106:2 109:12
113:13 134:8
134:11,14
136:10 143:1
159:16 161:4
165:24 166:15
168:14 169:25
171:4,6 197:21
199:4 200:18
205:7,25

213:23 229:21
230:16 232:12
243:25 244:2
249:13 255:1
258:3,9,9,9,13
258:22 259:5
260:22 263:5
263:22 264:4,6
278:7 295:16
298:21 302:4
335:22,23
341:7 342:6,15
342:18 347:5
351:7 353:7,21
**methods** 50:14
54:24 56:5
65:9,25 126:9
133:22 134:3
143:3 171:10
172:4 198:16
207:3 341:6
361:16
**Mexican** 157:20
162:8 163:10
**Mexico** 5:17
153:11 155:2
156:10 157:11
159:25 161:25
162:25
**Mg7(Si8O22)(...**
90:9
**Mickey** 20:9
33:13 45:21,23
46:4 59:8
73:19,25 74:10
74:20 76:7
139:23 147:8
153:3 309:3
**Mickey's** 309:6
**microanalysis**
50:18 361:3,7
361:19
**microbes** 359:25
360:3
**microbiologist**
43:18
**microbiology**

Melinda Darby Dyar, Ph.D.

43:19
**micrograph**
347:12
**microns** 79:19
80:10,20 85:17
188:3 271:7
315:22 319:19
320:4,13,22
322:9,20
323:13 324:20
324:23,25
326:24 331:25
335:19
**microphones**
121:21 161:8
365:12
**microprobe**
149:24
**microscope**
39:14 40:1
53:16 72:14
86:6 102:5
116:19 117:3
117:15,19,25
118:9,17,24
120:4,18,20
121:3 124:15
124:18 178:10
178:24 186:3
196:2,3 197:9
207:17 209:2
222:4,7 237:23
244:20 259:19
261:16 262:18
266:10,15,20
273:12 274:17
274:24 275:6
278:20 279:10
287:21 290:23
292:6,17
294:21,23
296:5,7,11,18
296:25 304:2
318:17 335:7
359:14 363:5
**microscopes**
50:24 51:6

258:25 260:17
288:15
**microscopic**
65:25 126:9
340:12
**microscopically**
86:11
**microscopy** 4:21
4:24 47:16
63:8 65:11
67:24 68:20
102:7 116:3
126:11 136:11
151:18 196:18
222:2,13,22
233:6,15
256:18 257:3,8
259:17 271:3
291:19 351:9
351:24 362:25
**microscopy-b...**
50:13
**mid-'70s** 232:22
**middle** 35:1
331:13 357:24
**Miller** 6:4
224:11,16
**million** 226:23
**mind** 38:20
76:13,17 86:23
107:13 201:14
265:20
**minds** 160:17
**mine** 18:3 44:19
88:5,6,6,7
163:21 165:1
168:2,5,9
170:20,22
174:24 177:19
215:2 227:20
229:25 247:23
248:16 249:2
249:16,16
255:22,24
310:16,18
341:15 354:13
**mined** 17:20

99:20,24 100:1
112:20 123:17
164:7 224:22
247:1
**mineral** 6:9,11
6:13 60:2 66:5
70:19 71:10
72:1 79:15
80:3 84:7 90:7
94:12 97:10
112:7 114:11
114:23 123:22
125:7,14 127:9
127:11,12,13
127:14,21
128:18,19
129:5,7,12,14
129:16,20
138:2,13
140:22 145:2
149:17 151:20
152:2 156:22
161:25 164:1
181:20 182:19
191:1 194:11
198:1 201:13
201:19 210:22
213:21 214:21
215:23 216:7
227:4,21
245:17 257:14
260:7,23
265:22,24
266:9,14,19
267:2,5,22
268:1,3 269:8
270:16 277:17
333:19 334:11
334:16 341:25
342:25 344:17
361:2 362:11
**mineralogical**
93:12 145:22
173:14 358:22
359:5
**mineralogist**
144:14 145:21

266:1
**mineralogists**
147:4 241:1
**mineralogy** 5:5
5:13,13 45:23
92:12,15
110:10,24
147:7,7 167:8
167:23 169:1
191:25 192:15
192:19 201:9
214:4,9,14,23
215:1,8 216:15
216:20 217:5,9
221:2,11
222:23 241:10
267:12 277:16
295:2,3,22
355:2,3 358:9
358:16,17,20
360:20,21
**minerals** 5:15
11:13 12:2
13:3,9 15:25
29:9 60:14,15
63:9 65:12,15
78:20 79:1
86:9 91:18
94:6,25 95:17
96:19 97:3
100:17 107:14
112:15 113:23
113:23 114:3
124:11 132:10
132:16 134:25
135:2 139:14
146:23 148:4
151:14 163:20
164:7 166:22
167:7,20
168:21 169:5
170:18,23
171:8 173:16
173:19 174:19
184:8,12,14,18
184:22 187:6
187:11,16

190:20 191:10
192:11,23,24
193:4 194:13
194:15 198:23
198:25 200:4
201:10 215:3
217:2,12,21
218:3,13
219:22 220:22
221:4,5,6
224:12,17,20
225:14 226:6
228:7 231:20
240:13,14,16
240:23 244:10
255:7 257:4
265:13 271:19
292:6 295:2,17
301:4,15,18
328:23 342:17
351:8,15,23
353:9 359:9,20
359:25 360:3,9
360:24 362:16
364:25
**mines** 76:21
77:3,16 87:5
87:24 96:20
97:3 100:3,16
104:7 105:13
159:7,23
163:19,24
164:3,14,16,19
164:23 166:24
167:5,9 170:5
172:25 173:9
175:20 180:18
190:22 191:21
192:1,19 214:9
215:9 217:6
224:22 230:24
231:4,11 241:7
241:7,10
251:10,16,20
255:18
**minimum**
188:24 189:17

Melinda Darby Dyar, Ph.D.

**mining** 112:24 112:25 164:22
**minor** 362:14
**minus** 363:18
**minute** 150:16 201:1 203:5 276:17 295:15 316:20
**minutes** 57:17 98:21 102:1 120:9 153:7 273:14 276:1 276:24 277:7 277:13 340:15 346:2 353:4
**misreading** 151:7
**misrepresenting** 232:1
**missed** 58:19 175:2
**mission** 312:1
**Missouri** 3:8
**misspoke** 302:10
**Misstates** 82:25 120:24
**miswritten** 285:14
**MIT** 43:2,5 357:23 358:6
**mix** 215:22
**mixture** 304:13 305:10 306:24
**mock** 10:12
**model** 51:11
**modern** 346:22 346:24
**modified** 150:8
**monoclinic** 116:2
**Montana** 45:9 58:22 59:15 102:17 140:14
**Montgomery** 2:5
**months** 12:4

247:13 350:2
**monticellite** 191:9,15,16
**moon** 168:22 169:5 348:21 348:24
**moot** 307:2
**Moreau** 174:14
**morning** 9:25
**morphologica...** 178:13
**morphologies** 72:22 73:18 184:5 325:15
**morphology** 70:21 72:6,13 79:6 82:23 182:22 183:9 183:13,15,18 184:10 185:16 186:21,23 187:5,9,17 188:6 193:8 197:6,14 217:16 218:18 219:3 220:16 261:17 267:13 268:10 291:21 292:23 315:11 315:11,14 316:4,14 317:9 317:24
**Mössbauer** 50:16 58:4,24 59:21,25 60:9 60:13
**Motamedi** 253:22,25 254:4,11
**mother** 42:15
**Motley** 2:7 3:12 8:20
**mount** 21:10 51:1 52:6,15 52:19,20 53:13 301:25 349:6
**mounted** 150:6

208:2,4
**mouthful** 125:17 197:19
**move** 7:11 63:22 147:17 220:1 298:6
**moving** 178:10
**MSHA** 341:15
**multiple** 20:7 73:21 115:23 116:3,13 121:7 160:22 196:7 211:4,11 231:10 324:13 326:22 331:19 331:21 332:11
**murky** 228:17
**museum** 104:24 105:5,19

---
### N
**N** 2:1,21 291:8
**N.W** 3:2
**naked** 340:13
**name** 8:1 10:1 20:1,9 21:16 21:19 30:7 59:2 94:12 151:2 153:17 206:11 357:23 357:24 363:23
**named** 28:9
**names** 213:22 215:24 220:11 220:12
**narrative** 66:3
**NASA** 11:23 168:24 359:3
**Nate** 8:14 10:1
**NATHAN** 2:7
**national** 51:15 51:19 52:11 84:25 168:25 317:14,16 358:25
**natural** 5:10 57:14 114:21

174:18 213:4 309:5
**nature** 111:9,15 154:3 170:22 185:20 193:3 265:21,23 311:24
**NCRA** 366:17
**near** 120:10 156:10 204:1
**nearly** 358:8
**nebulous** 168:12
**necessarily** 135:1 270:2 275:9,17
**necessary** 24:22 68:19 86:8 124:9,12 127:5 127:15 128:20 138:3 139:8 149:25 156:17 201:12 270:7 277:23 360:1 367:4
**need** 18:17 63:21,23 66:24 67:3,8 78:10 82:8 85:12 86:13 111:21 131:14 138:6 138:10,14 141:5,8 146:11 146:19 148:15 149:19 152:10 154:6 157:2 162:18 188:11 188:24 189:11 189:18,25 202:1 222:13 222:24 230:5 233:12,15 237:17 261:3 265:15 307:20 327:18 331:19 353:3 363:6
**needed** 277:23
**needle** 276:23

276:25 277:2
**negate** 252:6 253:17
**neither** 72:4 126:11 225:1 366:11,12
**never** 10:25 11:6 11:10 23:23 58:15,16 62:1 62:12,14,24 63:5 68:17 74:15 75:12,21 76:4,13,16,23 86:4,7 109:15 147:2 177:13 191:4 222:14 224:18 264:23 265:4,7,15 277:21 312:7 312:14 364:17
**new** 1:1,15,15 2:13,17,17,22 7:5,6 8:8,8 44:19 48:19,20 191:17 310:7
**Newbury** 84:24 125:19 142:23 143:7
**newspaper** 45:18
**nfinch@motle...** 2:8
**nicely** 340:6
**night** 25:13 246:5
**NIST** 53:4,5,7 53:25 124:4
**nomenclature** 93:11,15 147:13,15
**non-asbestifor...** 84:7 187:15 188:7 189:21 197:3 270:1 293:1,4,7 295:17 308:22 310:7 311:2,9

Melinda Darby Dyar, Ph.D.

318:10 319:2
319:15 320:1
322:3 324:10
325:5 331:6,15
**non-asbestos-**
132:22
**non-Mount**
11:25
**non-peer-revi...**
330:19,24
**non-planetary**
11:25
**Nonasbestiform**
6:9
**nonempty**
302:15 303:15
**nonfibrous**
173:20
**nonresponsive**
147:18
**nonunique**
244:15
**Nope** 330:7
**norm** 142:4,14
**normal** 283:21
304:25
**North** 102:18
**Notary** 366:18
368:19
**notation** 226:14
239:11
**note** 108:7
144:10 232:2
262:5 314:25
315:2 317:3,9
325:10 349:18
**noted** 32:6 87:19
218:12 262:6
367:10 368:7
**notes** 297:25
370:1
**notice** 4:11
14:24 15:12
235:19 342:10
**November** 5:23
28:16 34:20
35:1,21 224:2

**number** 35:11
35:11 41:14
56:12 70:13
101:22 111:5
189:7,10,18
205:12 218:23
219:15 235:24
243:10,21
254:4 280:12
280:15,25
298:25 299:8
302:14 319:6
330:3 350:14
350:15 352:17
363:14
**numbered** 28:23
289:4
**numbers** 17:8,9
38:1 77:9
88:23 90:16
125:3 141:22
141:25 165:18
198:24 205:17
227:14 274:13
282:21 300:9
300:13 302:24
337:22 338:10
339:13,16
**numerous** 64:14
79:9 85:1
**NVLAP** 53:3,7
53:24
**NW** 2:8

———————
**O**

**O** 3:14
**O'Dell** 2:3 7:1
7:20,22 8:21
8:21
**oath** 9:15
**object** 10:17
30:9 32:1
33:20 34:10
36:24 37:8
298:5
**objection** 7:2
11:2 16:11

19:10 30:1
31:9 32:12
41:1 44:21
45:10,11,16
46:15 62:17
63:4 68:6 71:8
71:24 73:23
74:7,8,17,18
75:11 76:11,15
77:20 78:6
80:21 82:11,24
83:1,2,23
84:15 85:18
87:7 88:8
90:21 91:8,9
94:1,2 95:13
95:25 96:1,2
96:12,22 97:4
97:15,23 98:13
98:14 99:12
100:5,6,20
103:8,20 104:9
105:1,14,15
106:17 108:23
109:5,6,25
110:17,18
112:9,22
113:10,11
114:6,19 115:3
118:20 119:19
120:23,25
132:2,24
135:11 141:19
142:21 143:17
146:7 154:5,23
157:14 158:16
158:17,18
159:9,10,14
160:2,3,15,24
160:25 162:14
163:4,22 164:9
164:10,24
166:9 167:1
168:10 169:12
170:6,25
171:22 173:3
175:14,15

176:7,8 177:12
178:16 179:9
180:3,19 182:2
182:15 186:11
187:7 188:8
189:22,23
191:23 194:21
197:17 202:5
205:23 212:7
214:12 215:5,6
216:2,23
217:23 219:18
219:19 220:1,8
220:9 221:7,8
224:25 226:1,9
227:23 229:2
229:17 230:12
231:22 232:25
233:1,10,11,25
238:20,21
239:15,16
244:3 248:17
248:18 250:1
251:6,24
252:13 253:10
257:21 258:17
259:7 260:24
261:19 263:3,7
263:25 270:9
285:21 293:25
294:14,15
296:8 310:10
310:19,22
311:3,4 312:2
312:13 314:22
318:2 323:14
327:20 329:9
332:3 334:1,21
339:1 341:18
341:19 342:1,2
342:23 344:10
347:24 348:9
348:15 350:5
351:17 352:8
352:19 353:12
**objective** 316:21
317:23

**objects** 169:1
**obligation**
156:24
**observed** 209:21
320:6,15
322:21
**observing** 186:6
**obtain** 130:11
277:23
**obtained** 96:20
103:16 166:25
190:23 191:22
209:17,19
210:11,13
214:11 253:16
**obtaining**
203:19,21
**obtains** 66:11
**obvious** 202:8
**obviously** 7:14
22:4 88:19
287:1 288:23
356:10
**occasion** 62:2,25
**Occupational**
341:14
**occupied** 304:1
**occur** 254:25
270:15 276:12
312:18 313:21
314:17
**occurrences**
164:16
**occurs** 97:8
**October** 28:17
29:18 34:22
35:19
**Oczypok** 5:17
**odd** 254:3
**offer** 104:2
**office** 12:14,18
12:20,23 21:10
**offices** 1:13
**oftentimes** 75:2
**oh** 27:17 50:16
150:20 199:15
203:5,15 210:6

Melinda Darby Dyar, Ph.D.

Page 400

223:2,20
233:12 280:9,9
282:22 292:22
295:1 300:14
347:18 363:19
**oils** 219:6
271:16 275:19
**okay** 7:25 9:13
15:15,21 16:15
18:21 26:10,16
26:22 27:11,15
27:17,24 28:7
28:22 29:3,11
29:17,24 30:21
36:2 37:17
38:5,16,19
40:13 41:15
53:3 55:3,21
56:18 57:5,16
58:10 59:2,20
61:7,18 62:1
62:12 66:17
71:4 77:14
88:24 89:3
90:3 91:21
93:20 95:3
104:2 107:22
113:18 116:12
120:14 121:18
121:20,24
130:13 133:3
134:21 158:9
161:7,11
163:18 164:5
165:7,14 166:2
172:17 175:10
176:4,13,24
183:23 187:20
188:2,14
193:25 203:13
203:24 206:13
210:6 213:9,12
215:14 223:24
225:13 229:11
234:19 236:21
238:13 242:10
243:9 245:7

246:1,11,20
252:8 256:4,8
257:5 259:23
261:7 265:6,19
266:6,25
267:18 269:21
272:21 278:17
280:10,11,14
280:18,21
281:9,18
282:23 284:19
289:9 291:25
296:2 298:19
299:3 300:19
300:21 301:2
302:20 303:4
308:9 309:15
310:1 314:12
315:19 319:5
319:12 322:17
323:8 328:18
337:12 345:21
346:15 347:19
349:10 353:6
354:9 355:2,14
363:21 365:10
**old** 42:15 92:15
311:20 346:14
348:3,12,14
**omnibus** 217:25
**once** 19:18
29:13 229:10
332:5
**one-day** 24:5
**ones** 53:11 73:18
79:1 90:24
91:12 160:8
229:24 272:19
287:18 288:12
289:4 306:4
**open** 7:12,19
**opened** 104:13
105:7,20
**operating** 41:3,5
164:23
**operator** 208:19
213:23 215:16

237:21
**operators**
215:20
**opine** 96:6 176:5
176:10 180:16
**opinion** 18:24
19:5 25:2
44:12,16,17,22
44:25 45:3,4
69:5,10,24
70:5 76:3
82:16,17,20
83:10,14,16
84:23,24 86:2
96:8,14 97:16
112:17,25
113:3 115:7
145:20 146:21
166:21 168:15
169:22 175:18
176:11 178:3,4
178:7 195:2
223:7 232:15
232:16 233:17
234:2 243:23
288:20 292:12
335:25 347:9
348:17 353:5
**opinions** 22:9
25:7,7 190:11
233:21 330:16
**opportunity** 7:9
7:13,16
**opposed** 287:6
310:8 344:8
**optical** 5:13
147:7 201:16
222:2,13,22
233:5,15
274:22 277:15
289:25 290:2
326:9 355:2
**optimal** 83:12
151:18
**Oral** 4:11
**order** 64:3 82:8
82:21 83:19

101:18 106:24
117:7,17 118:1
125:13,24
126:4 127:7,13
127:20 128:13
128:19 129:1,5
188:23 189:19
199:18 201:13
202:2,3 224:5
230:8 237:17
243:23 252:5
259:24 267:7
269:10 316:13
324:14 331:21
336:7
**orders** 339:10
**ore** 18:3 163:20
163:21 164:7
166:25 226:20
227:20 231:11
232:9 260:12
**orebody** 257:13
257:14
**ores** 170:3
173:14,25
**organization**
61:20 93:25
95:12 330:9
349:23
**organizations**
53:11
**organized** 29:9
**orientation**
209:20 210:14
210:23 218:11
**orientations**
136:15 204:1
209:22 212:11
**origin** 102:13
**original** 219:11
290:20 367:14
**Orrick** 2:15 9:1
14:11,12
**orthorhombic**
116:2
**OSHA** 93:24
173:19,19

341:13
**out-of-context**
260:9
**outdated** 120:6
**outer** 168:21
**outlier** 332:1
**outlined** 358:4
**outmoded**
348:14
**output** 142:12
145:10 148:15
149:1,19
152:13
**outset** 160:5
**outside** 102:22
113:15 229:19
252:11
**ovarian** 8:15
10:3 62:24
96:10 103:1
160:22
**overlap** 107:14
**overlapping**
107:11
**override** 317:6
317:15
**overriding**
317:11
**oversee** 50:23
**overseen** 51:1
**owned** 100:16
170:22 173:9
224:21 227:20
**owners** 164:19
**ownership** 13:4
354:17
**oxidized** 60:4
**oxygen** 60:1

---
**P**
**P** 2:1,1 3:14
**p.m** 25:15 161:9
161:10,13
213:10,11,14
256:6,7,10
308:7,8,11
343:10,11,13

Melinda Darby Dyar, Ph.D.

Page 401

365:13,16
**page** 4:2,10 5:14
28:22 33:1,4
40:5,10 66:3
73:5,6 78:19
78:19 79:10
89:10 92:21
95:4 111:2
123:21,24
125:1 126:21
132:3 133:21
134:23 138:18
144:25 147:12
147:23 148:24
148:24 150:1
150:21 154:18
172:22 173:11
177:16 179:14
190:12,14,15
199:10 202:22
203:3,8,16
204:5,8 206:4
209:14 210:3
211:17 212:1
213:19 227:8,9
231:10 234:8
234:14,15
235:5,9 237:7
238:23 240:11
240:24 241:12
245:7,10,14,16
245:18 247:17
271:25 272:7
273:20 278:8
280:7,8,11,23
280:23 281:7
281:18,22
282:3,10,11,11
282:13,14,17
282:18,19
283:14 284:4,6
284:7,14,18
287:10 288:1,2
289:3,7,9,10
290:11,25
298:12 299:4,6
299:13,15,20

299:22 300:7,9
300:12,20,22
300:25 302:21
302:24,25
303:21 308:15
308:18,21
309:24 312:17
313:9 314:6
315:8 319:5,23
331:15 336:25
337:1 345:1,10
345:22 347:10
369:3 370:3
**pages** 7:6 27:21
27:21 89:14
130:23 141:23
148:1,10
162:16 180:13
238:5 242:17
245:11 257:19
257:24,24
288:20 330:25
331:2 368:5
**paid** 66:21
349:11 350:1
**pair** 290:10
**Palouse** 11:13
12:2 13:3,9
15:25 29:9
**paper** 17:3
25:22,25 26:23
27:1 47:15
74:25 75:17,18
101:4,12 102:2
107:5,7 108:10
108:16,20
109:12 111:3
111:11 119:21
139:19,23
141:3,12,16
142:23 143:15
143:24 144:11
144:20,22
145:11 150:9
152:19 153:3,7
153:16 154:7
154:18,22,25

155:6,22
156:12 157:4
157:17 159:24
161:22,24
162:3,16,19,22
163:3,14 174:6
185:3 202:10
261:2 290:12
292:24 293:2,5
293:8 309:2,3
310:2 311:14
333:11 338:3
345:4 348:1
362:2 364:18
364:19
**papers** 19:24
20:8 43:19
46:8,10 51:14
58:25 59:1,3,9
59:10 83:7
109:3 110:7
189:2 309:7
358:11,15
361:24 362:5
362:20 363:12
364:3,16
**paperwork** 29:8
103:24
**parageneses**
114:21
**paragenesis**
98:17
**paragraph**
210:5 240:25
319:9 321:4
**paragraphs**
89:15 206:14
**parallel** 289:16
312:19 313:2
313:22
**paramount**
325:14
**Park** 2:22
**part** 19:22 23:3
32:10 36:21
81:10 94:14
116:1,4 133:21

135:7,9,22
150:12 155:4
165:18 167:20
167:22 168:3
169:3,6 170:20
194:10 208:19
225:8 232:6
239:2 267:9,10
267:11 295:12
319:13 330:15
348:22 354:4
356:13,22
360:19
**partially** 35:7
**particle** 70:21
72:6,13,22
73:2 82:7 85:6
85:12,13 116:5
117:24 118:8
119:11,17
120:21 126:5
129:2 150:6,13
150:23 151:1
183:10 195:14
195:21 196:24
198:6 201:6
237:22 268:11
268:15 270:5
271:6,6,12
286:6,8,20
297:23 304:2,4
304:7,9 307:19
318:6,11
323:23 327:19
331:20 340:19
363:4
**particles** 73:8
101:22 111:5,7
116:6 118:3,4
119:3 121:8,13
140:15 142:2
154:4 156:6,8
156:19 158:23
182:22 185:3
205:6 226:23
242:3 243:13
243:15,17

253:25 254:1
293:1,4,7
295:19 296:1
301:4,14,20,22
304:6,14,24
305:2,10
306:17,24
308:23 311:9
321:11,15
323:12,20
324:1 326:11
327:16 328:21
331:21,24
336:13 340:8
340:12,12
342:12
**particles'**
329:19
**particular** 60:3
68:16 78:20
83:17 93:5
124:23 135:4
139:9 146:10
146:23 147:1
149:12,13
152:5 168:9
169:20 170:20
182:22 187:18
190:8 201:20
202:15 217:6
218:11 239:13
249:2,4 263:12
263:24 285:25
321:9 327:8
336:1 341:9,10
353:5 358:5
361:18 362:9
363:2
**particularly**
206:18 260:3
362:15
**parties** 20:13
366:11
**partners** 13:7
**parts** 97:20 98:8
226:22 248:8
**party** 14:5,14

Melinda Darby Dyar, Ph.D.

Page 402

pascal 81:14
344:4
pascals 338:15
338:17,21,25
passed 39:19
passes 290:9
pathologists
146:25
pathology
144:12 153:13
pattern 39:21
40:12,24 41:20
42:2 141:7
199:23 200:15
207:9 208:13
209:5,13,17,19
210:11,13
212:16,22,24
214:17 217:14
218:7 249:19
260:5 262:16
264:12 360:14
patterns 69:14
70:9 132:12
148:6,13,13,16
203:20 205:2
206:17 212:12
212:21 213:21
215:15 229:13
238:18 239:1
261:4,8 360:15
Paul 281:2
pausing 57:14
pay 51:12
249:10
paying 103:24
273:23
PC 2:11
peak 125:23
peaks 155:7,10
155:11
peer 109:17
peer-review
46:12,25 47:4
47:9,15 75:1
333:5,11
peer-reviewed

50:6 67:12
68:21 80:7
98:11 101:17
108:16 109:13
119:14 140:2
141:15 142:17
144:6,16 147:3
153:12 155:6
201:4 202:10
293:14 332:22
332:25 333:7
335:16 358:11
362:2,5 363:12
364:3,18
pencils 266:1,3
pending 147:18
356:20
people 39:2
77:14,18 93:1
146:24 157:11
167:16 170:21
225:14,20
249:23
people's 78:11
per-sample
277:13
percent 182:1
204:12,13
205:5,12,17
218:13 233:9
247:2,2 250:8
250:9,16
251:14,15
306:2 350:10
361:25
percentage
70:13 247:20
247:21 248:14
248:14 251:9
253:3 274:6
322:14 349:24
percentages
245:13,14
perfectly 226:2
perform 120:18
performed
30:19 39:13

44:5 196:1
291:14
performing 38:6
performs
137:20
period 160:5
234:2 297:14
perpendicular
209:9 287:15
289:12 290:3
person 13:4 16:6
16:7 30:7
163:7
personal 3:4
9:12 11:16
82:17 83:10,16
personally 81:4
115:7 124:13
185:12 354:1
personnel
144:11 174:13
237:24
perspective
334:19
perspectives
109:23 119:25
211:5
PERTAINS 1:7
petal 187:3
petals 184:9
ph 1:23
Ph.D 1:13 9:17
22:19 42:8,9
43:4 358:6
366:5 368:12
Pharmaceutical
5:7 101:13
phases 86:11
114:12
PhD 4:12,13
phenomena
361:5
Phillipe 174:14
phone 21:11
356:11
phonetic 328:16
Photo 52:9

photograph
33:3 119:16
184:20
photographing
203:21
photographs
140:12
photomicrogr...
33:3 119:17
186:2 293:22
photomicrogr...
118:8,18,23
119:6 228:23
229:11 261:15
326:12
Photon 52:10
physical 184:17
235:2 344:18
physically
212:25
piano 346:18
pick 19:18
332:14
picked 42:16
pictograph
177:23
pictographs
331:11
pictorial 6:10
331:5
picture 41:19
42:1 119:7
185:1 211:24
285:12 354:11
pictures 32:16
118:16 293:18
293:19 331:15
piece 145:16
274:22 290:6
pieces 193:13
Pier 5:21 177:7
177:14 179:6
Pierce 293:8
311:11,15,25
Pierce's 311:14
pile 256:15
pink 278:18

photograph
279:2 283:5,15
287:22 288:12
Pisano 7:23
pixel 235:20
236:14
pixels 235:22,25
237:4,5,16,18
238:15
place 52:7 87:11
146:16 152:17
158:24 232:22
256:3 366:8
placed 39:24
places 37:21
64:14 78:5
79:2 199:14
242:21 254:10
326:22
PLACITELLA
2:11
plaintiff 8:22
plaintiffs 2:14
8:16,18 9:21
10:4
plane 41:12
planet 166:23
Planetary
349:20
plate 39:25
278:20 283:6
283:18,21
286:24 287:11
287:21,24
288:8,18
plates 178:10
283:3
Platinum
155:10
please 8:12 9:14
30:14 32:13
37:17 38:15
55:15 100:22
121:21 161:7
365:11 367:3,8
plenty 296:11
pleural 5:17
153:10 155:1

Melinda Darby Dyar, Ph.D.

163:8
**PLM** 6:7 47:16
54:24 58:1
65:15 71:20
101:25 117:21
117:25 119:7
119:18 151:18
186:3 196:21
217:18 218:25
219:2,7 220:16
264:14 269:15
269:23 270:24
271:7,9,18,24
272:3,4,9,11
272:19,23,25
273:6,18,25
274:4,6 276:2
277:11 278:3,9
281:23 291:13
298:15 303:20
304:21 305:2
315:15 326:9
326:14,22
328:14 359:9
359:10,12,17
**plot** 322:12
**plural** 158:21
**plus** 137:9
363:17
**point** 41:25
57:14 67:10
68:5 102:8
108:10 112:4
118:21 120:10
121:19 124:25
127:3 128:6
137:8 138:7
139:1 149:9
151:11 152:7
188:22 200:2
201:3 202:16
204:11,25
205:24 210:19
211:19 212:19
213:5,7 235:18
236:19 238:22
243:2 255:20

286:8 298:14
298:18,20,25
299:8,25
300:18 302:4,6
302:13 303:9
303:20,25
304:5,10,18
305:8,20,24
306:10,22
307:2,3,4,6,10
308:1,2 311:7
313:4,13 317:3
321:3,18,21
323:19 328:5
331:16 340:21
347:4
**pointed** 69:23
142:15
**pointing** 329:13
329:17
**points** 41:21
150:13 302:14
302:15 303:14
303:15
**poke** 79:24
**polarized** 47:16
63:8 65:10
102:7 116:3
117:14,18
118:23 120:3
120:20 121:2
196:18 197:9
266:9 271:3,23
273:12 274:17
291:19 294:21
294:23 296:5
**polarizing**
126:10 178:24
288:15 290:10
359:14 363:5
**poor** 337:25
338:6 360:25
**pop** 325:12
**population**
72:22 73:1,7
73:10 83:6
121:17 178:6

187:12,14,20
188:11,15,24
190:9 196:25
198:8 317:22
318:21 322:2
323:23 324:15
328:20,22,24
329:19 332:9
355:25
**populations**
73:12,17 83:9
83:11 116:6
121:12,12
189:3,5,6
295:18 318:7
319:3 321:8
323:5,9 324:11
325:6,11,13
**posed** 219:12
**position** 290:18
290:20,21
**positioned**
200:14
**positively**
270:25
**possess** 79:16
**possibility** 73:7
**possible** 40:1
65:8,13,13
72:24 79:18,21
128:21 135:2
151:19 157:1
161:25 162:24
184:4 198:23
214:4,8,23
215:1,21
216:15,20
217:9 248:13
248:22 283:5
300:1,4 305:15
307:15 332:7
340:3,7 360:14
**possibly** 21:2
94:14 247:24
**post** 358:7
**potential** 62:23
75:3 95:16

159:22
**potentially** 82:9
84:6 121:17
128:15 138:12
139:13 174:11
195:7 231:20
240:15 271:18
322:5
**pounds** 82:4
343:24 344:6
344:25 345:14
346:9
**powder** 1:3 8:9
17:16 18:2
19:2,9 44:14
62:11 65:14
69:18 77:15,17
87:25 96:21
99:23 100:11
103:7 113:6,7
139:15 166:25
220:25 231:6
232:10 260:13
262:22 364:7
**powdered** 351:7
351:22
**practice** 213:25
215:15 225:20
**practices** 1:4
112:24
**precise** 250:17
350:16
**Precisely** 211:18
**predominantly**
251:21,22,23
**preexisting**
66:15
**preface** 147:23
**prefer** 61:4
229:6
**prefix** 225:8
**preliminary**
83:13
**premier** 110:9
**preparation**
106:10,15
170:9

**prepare** 37:5
106:15,23
**prepared** 37:2
297:5
**preparing** 81:13
101:18
**presence** 24:12
71:2 84:18
107:2 115:25
124:22 139:12
174:7 200:19
233:23 265:9
265:17 267:2
267:21,25
315:20 319:14
328:22 342:16
342:19
**present** 3:11
24:11 25:2
48:10 58:7,13
71:11 72:2,4,7
72:10,23 82:21
86:2 114:12
117:1 124:24
127:22 132:14
132:16 138:13
139:15 180:24
191:1 200:2
267:6 268:9
269:9,11
316:13 320:7
320:16 321:1
322:23 325:2
349:15
**Presentation**
6:10
**presented**
139:16 317:7
**presents** 325:25
**president**
224:11 225:13
330:9
**presumably**
117:23 118:7
156:10 175:22
215:19 237:24
**presume** 59:12

Melinda Darby Dyar, Ph.D.

167:5,17
297:22
**pretty** 119:22
143:21 286:12
291:3 297:20
345:25
**previous** 24:23
267:4 268:7
286:15
**previously** 7:8
62:2 111:25
**primary** 48:25
49:5 52:3
170:19 240:16
**principal** 174:11
**print** 124:18
142:8,18
143:11,14
149:8 151:22
155:25 156:17
**printed** 157:24
158:6
**printing** 146:3
**printout** 5:11
125:11 128:12
139:7 143:21
278:13
**printouts**
128:25 131:5
260:16
**prior** 35:2,3
62:13,22 63:19
67:6 69:23
122:4,10
251:20 366:4
**pristine** 104:19
**privileged** 32:3
**privy** 93:2
**probably** 26:1
28:15 36:15
53:17 115:16
131:16 143:20
172:11 201:15
220:18 256:2
276:25 308:4
320:1,7,16
321:1 322:23

325:2,8 348:4
348:4 365:1,7
**probe** 50:18
79:22 85:23
86:4 361:2,7
361:18
**problem** 25:17
174:16 188:20
271:2
**problems**
105:17 270:20
**procedure** 41:3
41:6 104:22
203:17 303:6
303:10 353:10
**procedures**
234:3 304:21
353:18
**process** 26:1
40:10 41:15
137:11
**processed**
225:10
**produce** 156:25
304:11 306:23
**produced** 16:4
35:13,15,17
133:14 171:5
191:4 226:7
230:24
**producers** 174:1
**produces** 207:8
207:12
**product** 1:5 5:1
10:17 30:9
32:1 33:20
34:10 36:24
37:8,13 47:1
77:4 123:9
133:14 135:8
135:10 170:18
170:20 232:10
**production** 4:15
7:5,11 25:13
225:6 227:22
230:1
**products** 1:4 3:4

9:12 18:2 66:5
76:22 102:19
104:6,8 105:12
123:18 132:9
133:15 170:3
174:2,4 231:13
**profession**
358:14
**professional**
265:7,16
**professor** 32:2
61:6,7 88:18
101:2 102:14
144:3 213:16
308:13 343:17
349:4,14 351:4
357:25 363:22
364:1
**profile** 190:8
334:12,17
**profiles** 6:11
333:19
**program** 53:25
210:9
**project** 29:4
36:3,8 280:25
**projected** 304:1
**prominently**
360:17 362:4
364:16
**pronounce**
21:19 153:18
**proper** 64:15
**properly** 72:20
269:20 270:12
270:19 271:18
271:21 291:20
**properties** 6:13
181:21 274:22
289:25 290:2
326:10 337:3
344:17,18
**proportion**
133:13 304:13
305:9 349:22
**proportions**
133:16

**proposal** 17:3
**proposed**
169:15,16
**proposition**
199:17
**propounded**
368:6
**Protection**
47:21 68:1
**protections**
37:13
**protocol** 69:6
70:1,12,14,15
119:14 136:6
202:24 203:4,8
232:18,20
264:17,23
265:4,8,17,22
266:2,23
307:25
**protocols** 64:9
64:11 69:12
70:7 86:21
115:17,22
120:1 121:15
165:2 232:13
265:2
**proton-induced**
50:20
**prove** 71:13,16
**provide** 31:20
32:16 33:16
152:15 238:10
**provided** 7:7
27:3,8,12
166:4 205:11
229:1 235:4
246:3 247:7
249:3,14,20
250:6 263:18
328:10
**provides** 201:21
**providing**
238:18
**proving** 210:19
**pseudo** 207:8
**PTI** 3:9,9 9:10

9:10
**Public** 366:18
368:19
**publication**
46:25 47:9
101:3,7 108:20
128:11 143:22
205:19 329:3
330:20 334:6
335:17 362:2
**publications**
20:1 34:4
46:12 58:20
67:12 68:22
98:11 330:15
330:18
**publicly** 349:7
**publish** 75:5
145:11,23
**published** 20:7
46:24 47:3,14
50:5 93:6
101:16 109:13
140:2 144:6
147:2,14
153:11,23
174:6 265:8,17
355:11 358:11
361:24 364:17
**publishes** 51:16
**publishing**
144:15 153:16
**pull** 162:3
309:16
**purchased**
354:13,22
**pure** 104:18
105:7
**purely** 152:8
**purports** 107:8
130:12
**purpose** 34:18
63:13 125:6
134:19 167:19
180:9 263:20
**purposes** 11:15
11:17 17:21

95:24 101:8
108:1 155:12
180:2,8 187:23
221:20
**pursue** 166:17
336:19
**put** 15:3 22:7
38:15 61:8
232:21 274:13
283:2 287:21
330:20 343:20
347:14,16
348:24 355:6
**putting** 172:17
**puzzle** 193:13
**pyroxene**
150:24 151:9

———————
**Q**
q-u-a-l-i-t-a-t-...
39:10
**qualification**
357:1
**qualifications**
358:3 362:7
**qualified** 358:1
**qualifier** 335:12
**qualify** 79:5
**qualitative** 39:7
39:9 62:4
126:17,25
127:23 132:6
195:15
**quality** 4:16,18
61:15
**quantification**
339:25
**Quantify** 303:8
**quantitative**
66:1 84:5,20
125:3,12 126:2
126:16 127:6
128:8,12,20,21
128:24,24
129:10 130:11
131:7 132:6
136:13,18

137:4,18 138:6
138:8,24 139:3
139:7 141:3,13
141:16,25
142:18 143:5
146:5 148:8
149:4,14
151:23 152:13
156:1,25
157:24 179:22
191:5 263:14
317:22
**question** 16:3
19:3 30:14
37:16 55:2,10
55:16,20 58:6
62:19 69:23
70:10,11 76:14
76:17 77:13
80:24 82:13
86:23 91:2,21
93:20 95:21
97:18 98:7
102:3 106:2
109:9 110:15
136:4,5 137:15
137:16,24
147:18 160:5
162:19 163:15
168:12,15
185:15 186:17
186:19,19
188:19 195:3
198:13 212:9
217:25 219:9
219:11 220:4
220:19 250:19
253:13 255:19
257:1 263:9
264:2 265:14
266:5 268:13
268:17,23,25
269:7 296:17
296:22 297:15
313:24 317:2,3
317:19,20
335:2 339:20

340:20 342:15
346:22 348:2
350:17 352:15
354:16 356:20
**questioning**
32:5
**questions** 9:24
10:13,24 11:8
15:2 16:14
19:14 22:16
26:13,15 27:5
30:15 31:11
32:7,14 34:2
34:14 37:4,12
37:19 38:21
41:4 44:24
45:13,19 46:20
55:23 57:19
61:1 62:20
63:15,24 68:9
71:15 72:11
74:2,12,21
75:14 76:12,18
77:24 78:14
81:1 82:15
83:18 84:1
85:3 86:3
87:13 88:13
91:1,14 92:19
93:19 94:7
95:19 96:7,15
97:1,12,19
98:6,19,21
99:18 100:14
101:1 103:11
104:1,20 105:8
105:23 106:21
109:1,10
110:12 111:1
112:5,16 113:2
113:17 114:14
114:24 115:10
115:25 121:10
122:2 127:2
132:19 133:2
135:14 139:22

142:13 143:13
144:2 147:5,21
148:22 152:22
154:10 155:3
157:3,18 159:4
159:5,11,18
160:11,18
161:14 162:20
163:17 164:4
164:15,17
165:6 166:20
167:10 168:18
170:1,12
171:13 172:14
173:6 175:6
176:3,12
177:15 179:2
179:12 180:6
181:3 182:9,23
186:12 187:19
188:13 190:3
192:2 195:4
199:6 202:11
206:3 208:3
213:15 214:24
215:13 216:12
217:10 219:13
220:3,20
221:15 223:10
223:14,17
225:3 226:4,10
228:8 229:8
230:7 231:1,16
232:5 233:3,18
233:20 234:7
234:20 236:7
239:8 240:4
242:23 243:8
244:16 246:23
249:5 250:20
251:13 252:7
253:1,20
256:11 258:1
258:23 259:22
261:6 262:8
263:4,16
264:21 267:4

270:23 279:23
282:24 285:5
286:13 293:20
294:1,18
296:16 298:8
300:15 303:3
306:11,14
308:12 310:13
310:23 311:12
311:23 312:6
312:16 315:1
318:15 323:17
328:1 330:1
332:12 333:16
334:5 335:4
339:4 341:22
342:9 343:16
344:13 347:21
348:6,11,19
350:9 351:1
352:1,14,20
353:23 355:1
355:13,21
357:13,15,18
363:9,11 365:8
368:6
**quietly** 174:14
**quite** 54:19
197:19 205:16
207:6 212:13
217:9 272:12
**quotation** 40:5,7
40:9
**quote** 290:14
291:1 298:23
299:14,16,19
300:1 302:16
302:17
**quoting** 202:22

———————
**R**
**R** 2:1 3:14,14
**R-93** 73:11
189:4
**Railroad** 5:2
**Railway** 123:2
**Rainbow** 88:6

Melinda Darby Dyar, Ph.D.

Page 406

raised 156:9
  162:8 163:10
Raman 50:21
random 230:17
  233:14 248:2
  248:25 249:3
  252:17,24
  253:3,5
randomly
  249:17,22
  253:7
range 90:15
  241:4 265:2,13
  304:14 305:10
  306:25 307:12
  315:20 320:5
  320:14,23
  322:6,21 324:6
  339:9
ranges 107:10
ranked 109:20
  109:23,24
rare 141:6
  192:23 262:4
rating 110:3
ratings 110:6
ratio 60:14
  72:16 82:21
  83:5 183:17,19
  183:21,24
  184:1,2 185:17
  185:20 186:6
  186:25 187:13
  187:23 255:17
  261:18 316:20
  318:22 320:3,9
  320:14,23
  321:2,10,21
  322:10 323:12
  323:25 324:6
  324:25 325:23
  327:3,8 328:2
  329:1,7,12,18
  331:24 332:1
ratios 58:5
  59:19 84:21
  189:19 193:21

193:23 217:17
218:19 269:16
269:24 270:3
315:20 317:21
319:19 320:5
322:15,20
323:21 324:17
324:19 325:21
326:11 327:7
327:11,15,18
329:16 332:2,9
re-read 86:23
reach 7:24 57:13
  213:4 306:9
read 17:6,11
  18:22 45:17
  55:19 106:12
  110:7 137:23
  160:7,16,19
  162:17,19,21
  163:6,14 165:4
  168:4 170:21
  225:12 257:23
  259:14,15
  280:17,18
  304:16 305:7
  320:10,11
  340:16 342:5
  346:3 351:20
  352:24 367:3
  368:4
readers 75:16
readily 204:19
reading 99:16
  100:8 335:2
  338:3
real 286:11
reality 174:15
really 36:9
  56:16 76:3
  78:10 109:9
  152:10 167:18
  168:11 176:17
  176:22 178:3
  185:14 218:20
  218:21 240:21
  266:4 273:24

277:17 283:19
306:4 331:19
realtime 1:18
  40:17,22
  208:25 211:2
  237:22 244:21
  366:3,18
reason 7:18 16:3
  239:18 249:1
  252:18 278:5
  367:5
reasonable
  106:25 168:3
  170:16 307:8
reasons 11:20
  143:20
Reath 2:19 9:4
recalculate
  238:16
recall 42:14
  46:19 47:2,7
  47:13,19 51:23
  51:25 52:2
  58:10 77:6
  86:25 87:3,12
  87:21 92:5
  99:6,15 103:22
  103:23 108:24
  126:7,12,18
  160:9 162:2
  189:6 241:25
  242:4,8 243:14
  273:21,22
  274:12,14
  283:9 285:23
  287:17 291:10
  291:18 327:24
  335:21 342:3
  350:22
receipt 367:15
receive 13:7
  349:21
received 7:4
  32:20 249:8,12
  358:18,25
receiving 11:18
reciprocate

38:20
recognition
  208:17 359:1
recognize
  135:15 147:22
  154:11 330:8
recognized
  11:10 48:13
  201:3 316:9,10
  318:18
recommendat...
  11:16 244:6
  264:11
recommended
  121:15 204:12
reconsidering
  253:18
record 8:1,13
  10:2 38:23
  60:20,21,23
  61:2 121:22,23
  121:25 161:9
  161:10,12,16
  213:10,11,13
  213:17 256:6,7
  256:9,12 308:7
  308:8,10 343:5
  343:6,7,8,10
  343:11,13,18
  347:17 354:11
  354:21 365:15
recorded 347:19
recording
  203:21
records 36:11
recreate 325:24
red 2:13 282:10
redacted 16:7
  30:3 37:21,23
  293:18
redaction 30:5,7
redactions 16:6
REDIRECT
  363:10
reduce 145:17
reduced 60:5
redux 59:19

60:14
refer 73:17
  235:11 247:15
reference 66:14
  83:8 124:5,16
  124:20 131:11
  135:3 155:16
  234:9,25
  236:22 300:21
  309:8 361:23
referenced
  61:24 355:20
references 17:10
  160:6 166:18
  340:18 355:23
referred 73:12
  186:9,14 260:2
  294:9 309:9
  356:16,25
  357:3
referring 12:19
  40:8 108:21
  125:2 134:15
  139:10 203:2,3
  203:9 206:17
  288:1,11 289:5
  299:3 303:15
  319:22 357:19
refers 39:17
  66:9 82:13
  143:18 185:16
  200:14 207:15
  207:18 235:13
  302:5,5 303:7
  303:20 317:14
reflected 273:19
reflective
  279:12
reflects 28:17,18
  29:18
refracted 219:6
refractive 108:7
  150:25 151:17
  196:22 197:15
  271:10,14,16
  275:18 291:6,7
refresh 102:2

Melinda Darby Dyar, Ph.D.

regard 56:18
221:19 270:7
regarding 44:18
46:25 47:4,15
201:23
regardless
286:24 307:5
region 162:9,12
163:11 310:25
Registered 1:17
366:3,17
registers 272:11
regular 295:12
regularly 48:3
regulate 341:16
regulated 89:16
90:19,23 91:7
91:11 93:23
94:5 95:10,15
95:16 127:12
127:14,21
129:19,25
139:13 197:13
228:6 269:8
270:16 342:25
344:24
regulation
317:15,16
regulations 96:6
regulatory
95:23
relate 235:1
related 15:14
18:8 34:16
38:3 92:9
106:14 240:17
356:9
relates 187:5
342:16
relating 37:24
47:22 49:9,15
49:19,23 56:12
69:17 76:20
77:2 108:21
141:17 164:15
205:8 343:2
353:16

relationship 6:9
346:25
relative 200:16
304:1,3,8
366:11,12
relevance 99:16
relevant 56:16
106:1 161:2
165:23 166:16
171:3 187:10
187:17 193:19
194:11 225:5
249:12 274:4
277:24 278:7
307:7 341:9
reliability
302:12 339:20
reliable 55:5
56:1,20 69:7
70:1 107:1
229:16 233:24
339:17 340:22
reliance 357:9
relied 189:17
265:8,12 354:4
356:13,22
relies 271:3,10
rely 62:3 80:7
205:20 265:16
293:11 329:4
329:10 330:14
333:18 336:5
355:23 356:1
357:7
relying 244:1
298:19,23
remained 24:21
remaining 353:4
remember
15:19 21:25
108:11 124:3
170:11 295:15
364:13
remembering
311:20
remit 229:20
remove 121:21

161:8 365:11
removes 111:8
render 175:18
178:7 233:17
347:9 348:17
353:4
renders 107:15
repairman
156:9 162:7
163:9
repeatedly
50:11
report 4:13 5:4
5:16,20 16:10
16:13,21 17:4
17:6,12,13
19:5 22:8,13
22:19,23 24:25
28:2 30:23
31:8,18,24
32:17,18 33:9
34:4,13,17,25
35:9 40:6
54:19,21 56:24
61:17,25 64:13
65:8 67:18
68:1,12,15,24
72:21 73:4
77:11 78:18
79:2 81:13
83:8,17 84:3,9
88:16,20,25
89:1,5,6,8,11
90:2,25 91:13
92:5 94:5 95:4
95:18 96:4
97:25 98:24,25
99:7,14,16
104:17 105:25
106:8,13,19
107:17,20
108:13,14
110:23 123:22
125:13,20
127:7,17
128:13 129:1
131:8 137:5,19

139:4,11,24
140:1 141:18
142:22 146:6
148:9 149:5
151:13,24
152:11 153:9
155:5 156:3,4
156:7 158:3,4
162:6 166:1
170:10 174:24
179:23 184:19
190:14 195:9
197:22 199:10
200:3 202:13
203:6,7 206:2
210:20 211:19
212:19 213:20
213:24 216:19
226:19 229:7,9
229:15,24
230:11,15,18
234:9,16 237:8
245:8,22 250:7
253:19 257:5
257:19 258:15
259:6 260:2,22
264:9 267:17
270:19 273:23
274:12,14
278:14 280:1,7
280:8,11
281:14 283:11
284:9,13 285:1
287:18 290:12
292:22 295:15
298:13,17
300:22 302:18
305:21 307:3
308:15,17
311:8 312:17
313:20 323:7,8
325:17,18
327:5,14 332:8
332:21 333:9
334:8 340:6
342:21 343:2
344:1,4 347:5

347:8 349:12
352:10 355:20
356:3 357:8,10
358:2,4,5
reported 337:22
338:16
reporter 1:17,18
9:14 25:19
55:20 366:3,4
366:4,17,18
reporting 69:13
70:8 154:19
227:3
reports 16:19,24
17:10 18:12,14
18:16,18 30:24
31:8 32:19,21
32:25 33:5
34:19 35:3,4
42:16 77:8,13
87:21 89:9
100:9 112:13
140:6,10
158:21 160:10
165:8,9,15,16
165:25 166:3
166:19 171:5
180:22 190:18
204:24 211:11
231:3 239:1
245:25 246:25
247:9,17,18
248:1 249:7
255:5 272:2
273:3 276:12
291:11 304:20
305:16 310:5
326:9,10
327:15,17
333:4
represent 10:3
205:5 224:20
243:22
representation
246:18 255:6
representations
255:4

Melinda Darby Dyar, Ph.D.

representative
135:1 203:22
represented
271:15 324:15
332:10
reproducible
240:2
reputable 109:3
333:23
request 38:10
74:3 76:9
requests 38:14
require 125:11
126:2 128:17
129:9 137:2
203:25 208:18
required 156:1
requirement
329:5,11
requirements
43:1 128:17
requires 127:11
128:11 129:17
137:17 199:17
200:19 202:25
203:10 207:23
290:13
research 17:5
52:7 62:7
63:12 66:23,25
67:11 80:15,23
81:23 83:15
85:25 86:8
97:17 99:3
152:6,6 165:4
222:21 265:11
292:20 333:8
336:1 348:22
350:14,19
359:2,22 360:1
360:16 361:18
362:1
researched
113:16 115:6
334:3
researchers
168:7 222:24

ResearchGate
5:11
reserve 7:22
resolution
195:12
resolve 209:18
210:12
resolved 363:4
Resources
273:19
respect 34:13
201:24 345:6
respond 32:4,13
33:23
response 98:20
339:22
rest 169:23
248:8
restate 19:3
30:13 55:16
186:18
restrictive
240:19
result 173:22
277:23
resulting 39:20
results 18:1
65:16 78:2
107:5 146:4
162:7 190:17
209:17 210:11
227:4 232:8
272:19 274:11
275:23 304:11
306:3,23
307:22,24
323:22
résumé 42:23
retained 62:22
123:16 168:1
retention 63:19
return 90:5
261:2 347:3
367:13
reverse 224:4
268:7
reverse-engin...

238:6
review 7:9 16:17
16:22 17:24
18:6,10 19:12
19:15,20 20:16
20:25 23:10,13
23:17 24:17,23
31:2,7 32:23
34:3,18 62:25
77:22 78:13
88:24 98:17,18
101:6 125:18
126:8 157:17
159:15 161:18
166:7 168:14
169:7 195:1
250:5 293:13
327:22 333:10
339:15 347:4
reviewed 18:12
18:14 20:3,11
23:23 61:23
62:14 63:6,7
63:18 66:20
67:5 68:11,15
68:17 69:16
73:12 76:19,23
77:1,7,9,18
88:19 99:7
102:25 103:4
103:10 108:15
109:17 113:4
159:6,20 165:7
166:11 170:9
242:25 353:15
356:13,21
358:12
reviewer 16:25
reviewing 17:3
34:23 35:2
40:21 96:4
255:13,15
296:4,10 358:4
revised 147:13
revision 93:10
rewritten 93:16
Rice 2:7 3:12

8:20
Richard 330:8
richterite 89:20
319:16
ridiculousness
286:3
riebeckite 79:4
right 7:23 13:25
14:9 18:23
27:2 28:5 36:6
38:9 46:22
58:19,23 59:3
59:23 60:17
94:23 95:9
101:11 106:5
106:12 117:2
119:5 123:21
127:3 130:19
130:22 134:6
136:16 144:9
154:17 155:4
155:15,23
157:12,19
160:14 161:5
168:23 172:22
177:16,22
185:23 189:13
190:12 191:14
193:7,12 200:6
202:18 203:4
207:19 209:14
210:7 223:11
223:19 224:3
224:19 225:4
227:7,17 234:8
234:17 237:8
243:4 245:10
246:4,9,20
253:21 256:9
260:14 271:25
276:10 277:19
278:8 280:9,22
281:10,15
283:16 284:2,3
285:1 289:8,10
292:19 298:9
299:5,11

300:24 301:2
302:7 303:10
303:17,24
308:6,21
311:13 312:21
313:9 315:6
317:13 320:17
323:18 326:16
327:9 328:3,24
329:1 330:2,25
337:6,16,20,23
338:18,22
348:21 351:16
357:6,12
363:16,17
364:3
Rigler 5:4 16:18
18:11,20 19:13
21:2 23:12
31:3 32:19,21
32:25 33:4
34:19 56:25
69:21 77:5,8
77:19,23 78:2
80:14 81:11
87:21 89:15
98:2,4 112:13
113:14 125:2
139:11 142:10
156:20 158:12
159:12,16
160:7,17
165:25 180:22
190:18 191:4
194:25 197:22
198:18 204:24
205:7,11,21
213:24 214:18
217:7 232:12
237:25 240:1
241:14 246:25
258:4,10
264:10 270:12
270:22 272:2
272:19 274:5
297:21 298:13
304:20 305:16

Melinda Darby Dyar, Ph.D.

305:22 313:5
321:11,16,20
322:8,14
323:11 325:17
325:18 326:8
328:17,25
329:20 335:23
340:2,5,9
341:6 347:6
353:8,22 358:1
**Rigler's** 16:24
23:18 30:24
33:9 100:9
158:20 244:25
342:11
**rigorous** 319:4
**rigorously** 174:5
**Ritchie** 84:24
125:20 142:23
143:7
**river** 191:18
**RJ** 122:20
330:12
**RN** 6:4
**Robert** 334:13
**robust** 56:6
**rock** 97:7,8
177:3,18
359:16
**rocks** 42:16
114:2 163:25
164:5 167:6
168:20 192:16
348:20
**Roger** 224:10,16
**Roggli** 143:24
144:5 153:6,16
**role** 113:12
232:11 335:21
**rolled** 287:6
289:22
**rondorfite**
191:10 192:8
**rose** 184:9 187:3
**rose-petal-sha...**
185:22
**rotate** 40:2 41:8

119:24 196:7
279:10 289:14
**rotated** 287:10
289:1 290:23
**rotating** 40:16
**rotation** 208:7
**rotations** 286:16
**ROTH** 2:11
**rough** 124:24
**routine** 295:2
359:15
**routinely** 63:10
63:11 181:12
361:17,22
364:15
**row** 247:11
**rows** 209:8
**royalties** 354:19
**Royston** 3:9
9:10
**RT** 310:4,18
**rule** 115:14,25
**Rutgers** 174:6

**S**

**S** 2:1
**SAD** 204:15
**SAED** 39:16,17
39:23 40:11
47:11 58:8
69:14 70:9,19
71:5,9,25
72:18 85:4,10
116:15 117:10
117:20 120:19
136:14 181:18
195:24 196:1,8
196:9 197:8,24
197:25 198:2
199:8,17,23
200:20 201:5,7
202:2,25
203:10,19,25
204:15 205:1,9
206:11 213:20
214:17 215:15
215:23 216:8

217:3,14 218:7
219:22 220:15
234:22 237:6
256:23 257:3
259:12,18,21
261:4,7 262:16
263:13 266:22
266:25 267:19
267:24 268:8,9
268:11,14,17
268:22 269:15
269:23 360:10
360:14,15
**Safety** 341:14,15
**Salaries** 349:6
**salary** 349:4,9
349:13,22
**sale** 225:6
**SALES** 1:4
**salt** 273:10,11
**sample** 39:19,23
40:11 50:1
54:16 55:7
56:2 57:20
58:11 70:24
71:11 101:22
106:23 115:12
116:6 118:5,15
120:17,21
121:9 124:5,20
129:19 135:18
145:17 155:12
155:17 171:15
171:18 182:12
183:6 197:4,10
207:16,25
209:8,9 215:22
227:14 262:11
263:24 268:19
268:25 269:13
272:23 273:10
275:3,21 276:2
276:5 280:12
280:14 281:10
281:11,12,13
281:23 283:12
289:11,15,15

289:20 297:4
305:17 332:10
359:18
**samples** 5:3 23:4
48:8,8 49:11
49:16 51:21,24
56:11 58:5,8
70:13,13 77:16
98:1,3 99:23
100:11 101:25
102:4,14
103:15,17,25
104:12,22,24
105:4,5,18
106:3,6,7,9,16
121:14 124:16
130:24 134:25
146:15 189:8
189:10 205:15
207:22 217:7
225:5 226:20
226:24 227:19
228:3 229:24
230:21 231:11
241:17,22,25
242:1 243:12
243:14,22
247:1,22 248:1
248:10,24
249:8,15,21
250:13,22
251:19,22
252:10,17,21
253:5,7,9,15
254:23 255:23
256:21 257:7
257:11,13,16
258:5 259:3
260:10 262:21
263:18 272:25
278:3 293:16
297:13 304:23
306:17 307:5
307:15,18,24
315:15 322:4
322:14 324:14
**sampling** 62:4

133:22 134:3
**Sanchez** 19:25
330:10
**Sanchez's** 20:4
**Sandra** 3:6 9:8
**sandra.wunde...**
3:7
**sat** 46:4
**satisfies** 209:11
**satisfy** 46:18
200:4
**save** 89:5
**saw** 61:23,24
180:21 237:1
344:1
**saying** 31:3
152:10 183:20
199:7 211:13
236:21 244:9
250:12 284:13
288:19 329:22
**says** 9:20 24:14
37:20 42:23
56:10,13 69:4
70:14 90:2
102:16,21
111:11 127:5
128:7,23 132:1
133:9,19 134:2
134:5,19
137:10 138:8
138:10,23
139:2,6 140:19
142:17 151:8
151:13 155:14
155:18,23
157:22 163:9
169:24 175:9
176:16 177:6
179:18,20
188:22 200:23
201:5 203:8,12
203:16 204:3,6
204:11 210:10
210:18 212:1
223:23 227:11
228:5,9 248:24

Melinda Darby Dyar, Ph.D.

254:15,16
260:4 261:2,23
271:15 280:18
281:16,21
284:2,11
287:15,16
288:3 290:16
291:3,11
299:10,17
302:9 303:8
305:14 306:22
307:21 313:16
314:25 315:19
316:8 317:4,17
318:17,24
319:1 320:12
320:18,24
321:5,9 322:24
323:1,2 324:8
324:23 325:10
338:23 339:3,7
340:17 346:4
346:21 348:1
351:21
**scanned** 235:21
**scanning** 178:9
186:4 266:20
**scenario** 189:11
**school** 15:20
**science** 11:25
51:2 52:23,24
53:1 59:5
110:3,14
168:25 172:10
179:25 180:1,7
312:11,12
348:13 349:20
**scientific** 17:1,3
56:20 154:18
156:2 235:17
358:12,13
362:5
**scientist** 55:6
56:1,20 57:24
64:2 65:1,2,20
66:23 69:7
70:2,11 75:24

86:17 107:1
119:15 125:13
134:8 168:1
170:17 171:19
177:10 178:9
193:10 194:1
195:19 228:21
229:4 239:12
265:21,23
268:18 269:10
276:7,11
277:20 330:13
349:19
**scientists** 52:11
52:12 78:3
85:2 144:5
161:23 162:11
162:23 169:8
222:22 334:20
**scope** 133:20
229:19
**Scotts** 122:23
**screen** 26:17,19
28:14,23 245:1
**search** 276:24
**searched** 277:1
**second** 5:4 88:15
144:25 145:8
149:9 177:16
179:14 209:19
210:13 227:8
257:15 281:22
319:9 321:7
345:2 354:14
365:11
**seconds** 351:18
**section** 73:5
120:7 151:24
206:6,9 241:12
280:22 281:21
284:15,18
292:23 294:8
297:5 300:16
302:11 303:19
303:19 305:7
306:22 313:10
313:13 314:7

315:7 316:3
317:4 318:17
319:6 320:24
324:5,5,18
326:18 352:2,5
**Security** 38:1
**sediment** 262:11
**see** 7:20,21
17:13 19:4
23:4 26:16
28:20,21 29:1
29:22 46:18
55:21 64:14
73:5 78:11,19
79:25 89:25
90:1,10 93:2
103:12 106:13
111:10,11
125:8 126:22
128:3 136:3
140:18 145:5
145:18,19
146:16 151:12
153:5,14,21
154:15 155:13
155:14,18
165:14 175:7,8
175:19 177:4
177:20 179:3
179:10 204:21
204:22 208:10
209:2,25 210:1
212:15 218:15
218:17 224:13
225:11 226:6
227:14,16
228:22 234:11
240:12 248:12
251:3,18
255:22 257:20
257:24 258:16
259:24 260:21
261:7,11,14,16
263:1 271:13
274:24 283:17
289:2 292:22
299:22,23,24

302:7 308:24
315:17,18,23
318:3 319:10
330:22,23
335:7 337:4,5
337:8,11 338:2
340:13 344:20
345:1,3 346:11
346:12 352:4,5
354:10
**seeing** 103:23
342:4
**seen** 15:6 67:5
88:19 101:3,4
172:19 185:12
246:2 248:4
250:15 271:7
271:23 285:13
287:22 312:20
330:5 351:10
**sees** 111:7
**seldom** 207:23
**selected** 40:23
42:2 47:10,10
203:18,20
204:6,14
256:19 257:8
258:25
**selection** 252:16
**self-respecting**
145:22
**SEM** 50:18 51:1
52:19,21 117:5
118:10 119:18
130:16 140:11
143:19 149:2
150:12,14
152:14 157:5
177:17 179:13
196:3 211:2
303:21
**semi-quantita...**
125:24 128:2
130:2 131:15
138:20 143:5
195:16
**send** 13:20,25

25:18
**senior** 349:19
**sense** 41:24 44:6
97:7 116:7
124:24 244:6
**senses** 243:16
**sensitive** 272:10
361:7,8
**sensitive-enou...**
181:24
**sensitivity** 272:4
**sent** 23:6 25:14
34:20 257:16
**sentence** 125:18
183:13,15
197:19 239:3
325:9
**sentences**
207:20
**separable**
193:15 194:7
312:18 313:21
**separate** 107:25
108:4
**separated** 78:23
**separately**
257:17
**September**
35:16,17
**series** 16:19
28:15 89:18,21
90:4,19 91:6
91:24 94:10,15
173:8 226:19
240:6,21
271:13
**serious** 173:13
**serpentine**
174:18 256:20
256:24 257:10
259:2 358:16
**served** 48:18
73:20
**Service** 333:25
**Services** 1:22
3:15 8:3
**serving** 14:6

310:3
set 25:6 28:1
  29:11,12,13
  55:4,24 56:19
  57:7 62:15
  64:18 77:10
  86:16 231:17
  239:14 353:10
  355:24 366:9
settled 49:3
seven 162:16
  240:12,16,17
  257:16
SEYFARTH 3:1
shape 72:15
  183:16,18
  185:17 186:24
  187:3
shapes 184:9
  187:12,21
share 31:17
Sharko 2:20 9:6
  9:6 38:14,19
SHAW 3:1
sheet 327:12
  367:6,9,11,14
  368:7
sheets 229:12
  263:2 290:1,4
  327:1 328:8,17
Shoemaker
  359:2
short 61:3
  213:17 256:13
  334:24 343:18
shorthand 47:5
  366:4
show 124:22
  129:11 130:24
  131:3 146:6
  148:25 149:10
  149:12,13,20
  152:7 184:20
  200:3 218:10
  249:25 291:15
showed 161:23
  163:2 355:4

SHOWER
  17:16,17 18:2
  18:2
showing 111:7
  155:7 157:5
  287:9
shown 126:3
  127:6 131:7,17
  137:4 139:3
  140:20 141:17
  145:15 148:9
  149:4 150:7
  151:23 156:2
  158:3 237:6
  247:8
shows 124:19
  149:1 150:25
  151:5 226:21
  241:2 245:19
sic 39:10 40:10
  126:10 135:5
  139:4 158:3
  275:16 298:24
  320:14 321:5
  352:18
side 289:22
sieve 304:23
  305:1 307:15
  307:18,24
sieved 305:16
  306:16 307:5
sign 226:3 367:8
signature 83:21
  83:25 84:12
  130:4 131:6
  151:5 217:13
signed 28:24
  29:4,7 225:18
  225:24
significant
  136:25 137:1
  222:18 277:8
significantly
  93:18 329:20
signing 367:9
silicates 173:17
silicone 155:8

191:11
similar 84:8
  125:12 150:7
  199:1 206:21
  206:24 207:1,6
  212:13 249:19
  297:20
simple 107:13
  110:2 193:3
simply 107:9
  156:15 157:5
  220:11 245:23
  328:2 333:3
simulated 148:5
  148:12,13,16
  150:4
single 33:1,2,3
  142:16 197:25
  208:8 240:20
  291:17 327:19
sir 76:25 132:1
  144:8 307:2
  351:12
sit 80:17 87:2
  220:21 223:3
  250:4 259:14
sitting 21:10
  189:13 219:14
  220:5 354:6
situation 118:11
  118:14 174:13
  321:9
situations
  132:13 363:7
six 78:20,25
  90:23 94:4
  95:15,16
  127:12,14,21
  129:19,25
  132:16 139:12
  194:15 205:15
  205:16 216:6,9
  242:1 243:11
  245:11 254:7
  269:8 270:15
  344:23
size 72:15 73:8

186:25 270:5
  304:24 305:18
  307:16,19,22
sizes 270:5
  301:5 340:19
  363:4
SKADDEN 1:13
skimmed 165:11
  165:22
skip 207:21
slide 102:5
  117:25 121:5
  274:3 304:3
slight 94:21
small 26:21
  41:13 56:16,22
  149:9 178:20
  182:6 196:17
  274:1 280:16
  322:13 363:4
smaller 155:10
  313:2
Smith 45:24
so-called 101:9
Social 38:1
society 49:1
  93:12 358:22
  358:23,24
  359:4,5
sodium 155:10
  193:1
soil 157:11,20
  161:25 162:25
soils 140:13
solar 169:1
sold 123:17
  167:15 172:25
sole 13:2,3
solid 89:18,21
  90:4,10,18
  91:6,24 92:6
  94:10,14 240:6
  240:15,20
solution 89:18
  89:21 90:4,10
  90:19 91:6,24
  94:10,15 240:6

240:15,21
solutions 92:6
someone's 38:17
  105:20 154:20
something's
  71:17
sorry 8:24
  102:12 136:4
  150:20 234:13
  254:19 267:13
  297:24 302:10
  308:18 336:25
sort 67:4 116:10
  121:7 143:22
  193:18 196:11
  209:6 257:1
sought 17:9
source 17:16
  18:8 19:1,9
  52:9,10 156:11
  160:13 168:6
  170:4,19
  173:25 174:10
  215:21 216:15
  231:5,12
  247:22 248:15
  251:23 254:6
  330:24 333:23
  340:21 346:22
sourced 192:20
  249:2
sources 18:3
  105:6 201:18
  216:21 250:25
  251:21 311:10
  335:15 350:3,8
  350:11
South 3:7
southern 140:14
space 143:21
  168:21 196:15
  196:16 200:7
  208:15 289:3
  359:6 367:6
spacial 235:1
spacing 181:21
  200:4,6 239:7

Melinda Darby Dyar, Ph.D.

Page 412

241:4
spacings 238:24
240:2 241:14
speaking 121:3
135:20 268:6
271:11
special 178:23
278:19 362:10
362:15
specialties 60:7
60:8,12,15
species 70:20
71:10 72:1
84:7 90:24
91:12 92:6,8
92:10 94:4,12
127:12,14,21
128:18,19
129:5,7,20
138:2,5,13
151:1 182:20
194:11 210:23
213:21 214:1
214:21 215:17
215:24 216:1,7
240:18 245:17
252:4 267:5
269:8 270:16
304:2,4,8,9
362:13
specific 37:11
55:13 63:6
64:20 79:15
84:18 98:25
107:8 114:8
127:12 129:5,6
132:7 138:1,11
138:11 157:3
168:2,3 170:3
170:3 174:20
184:10 194:10
210:22 212:11
220:12 253:15
352:11
specifically
63:14 97:11
99:15 108:6

119:23 128:8
136:1 148:17
164:3 189:7
193:2 201:25
283:8 287:18
Specification
6:15 351:6
specified 136:12
303:10 319:17
specifies 133:22
134:2
specifying
218:22
specimen 208:7
spectra 124:6,18
126:17 128:14
129:2 130:2,9
130:24 134:22
134:24 145:12
148:3 154:16
156:15 157:20
203:22 206:21
206:24 207:1
spectrometer
59:25
spectrometers
52:17
spectrometry
38:25
spectroscopic
50:13
spectroscopy
39:1 50:16,17
50:21,21 58:4
60:13 125:21
spectrum 59:21
124:10,21
125:25 130:10
131:24 137:3
141:17 143:6
143:10 149:10
150:15 151:9
151:14,25
154:13 155:7
155:16,20
214:3,8,22
215:1 216:14

216:20 217:8
speculate 36:10
speed 26:1
speed-read
144:20
spend 36:18
41:16 46:17
54:3,7,11
156:11 273:6
276:19,21
364:22 365:2
spent 36:7
272:22,24
275:20 276:1,4
276:5 278:3
295:4,7,11
358:6
splayed 312:19
312:24 313:22
314:1,20 315:3
315:4
split 104:22
194:19 280:25
spots 207:12
208:16 209:13
212:16
spreadsheet
87:19 88:23
247:7
spreadsheets
27:23,25 28:5
246:2
spun 274:9
sputter 145:16
155:11
square 1:14 8:7
82:4 343:24
344:6,25
345:14 346:10
squishing 344:8
St 3:8
stable 114:9
staff 174:24
stage 178:19
212:15 290:23
staining 275:16
278:16,19,25

279:14,17
282:7 283:1,4
283:13,16,20
285:12,15,19
286:11 288:4
stake 13:4
stand 38:24
121:20 216:24
236:16 243:22
365:10
standard 41:3,5
51:20 56:19
61:15,20 62:3
63:19 67:3
98:24 127:4
128:11 131:24
135:3 142:16
142:17 167:22
188:22 189:17
190:2 201:4
209:16 234:25
275:2 307:25
353:11 361:1
standards 47:22
51:16,17,20
52:2 55:5,25
56:1 57:6
84:25 125:11
128:17 131:11
306:2 329:5
358:14
stands 53:5
330:12
star 149:2,18
start 274:2
338:20
started 15:20
29:3,12 75:6,9
359:10
starting 224:6
starts 7:3
state 12:5 24:11
35:5 48:20,20
60:4 62:18
89:16 102:8,11
107:21 125:1
142:1 165:8,19

166:3 175:21
190:11 240:24
258:24 290:12
367:5
stated 52:20
90:23 111:24
180:4 247:15
247:25 248:20
252:15 273:2
341:1
statement
105:17 111:19
178:18 199:10
199:22 200:23
214:8,16
216:19,25
224:24 225:2
233:14 236:16
236:20 238:23
247:5 264:8
299:2 312:1
states 1:1 47:21
65:22 93:24
127:25 138:18
202:1,24 203:9
206:16 209:16
225:4 231:7
245:4 303:24
314:7 319:12
334:17 348:7
350:19
statistical
187:21 188:23
269:16,24
270:4 295:24
302:12 316:19
317:21 318:6
318:21 355:24
356:3
Statistically
188:17
statistics 189:10
356:5
steel 346:18,18
steering 8:22
stenographica...
366:8

Melinda Darby Dyar, Ph.D.

**step** 117:13
195:19 263:23
263:23
**steps** 54:15
64:23,25 65:6
86:17 103:14
117:7
**stepsister**
360:25
**stole** 313:11
**stood** 99:6
**stop** 269:14
306:12 343:4
**stopping** 121:19
**stored** 105:19
**straight** 219:10
**straightforward**
110:22
**strange** 257:1
258:19
**Street** 2:4,8,17
3:2,7 12:12
**strength** 78:24
79:13,17,19
80:3,10,19
81:3,7,10,22
82:1,5 85:21
86:19 193:16
194:8 335:5,13
335:18 336:7
336:10 337:19
338:11,14
339:9,11,25
340:8,11,23
341:4 343:23
344:7,23
345:13,15,23
346:9,17 347:1
347:7
**strengths** 346:5
346:6
**stretching** 344:8
**strictly** 135:19
268:6
**strike** 63:22
147:17 216:16
220:2 298:6

**strive** 361:25
**strong** 79:11
**structure** 40:15
40:21 41:9,18
71:7 83:19
84:13 85:6,7
85:11 94:18,20
95:1,2 118:19
119:8 125:14
126:5 127:8,16
129:12 178:11
181:20,22
182:18 183:11
186:5 194:7
195:6,21,23
196:6,9,20
197:8,15
199:19,25
200:16 204:2
208:25 209:24
211:2 212:24
241:2 244:18
244:22 268:12
316:22 326:24
327:1 340:24
**structures** 43:24
187:22 188:16
188:24 189:18
190:4 199:2
201:11 205:12
210:21 217:16
218:18 241:3,6
244:11 260:19
261:15 288:22
295:8 313:1
325:23 331:10
**student** 361:10
**students** 116:11
167:12,13,15
208:22 277:17
277:18
**studied** 99:24
100:12 156:20
158:23 183:2
205:16 326:11
327:16,19
347:8

**studies** 6:10
158:8,10,14
170:21 339:19
**study** 44:6 62:10
102:24 109:21
116:10 132:18
157:3 168:25
169:5 252:17
264:20 348:20
350:20
**stuff** 11:5
186:22
**Su** 54:25 115:16
119:21 264:13
271:15 290:12
290:14 291:1
**subgroup**
240:13
**subject** 15:7
46:13 48:15,21
75:19 110:9
203:22 342:20
364:6,10,18
367:10
**subjective** 190:7
**submit** 74:25
332:24 333:10
**submitted**
332:20
**subpoena** 27:9
**Subscribed**
368:15
**subsequent** 43:2
**subsequently**
257:17
**subset** 95:23
**subsidiary**
14:17 100:17
224:21
**subspecies**
240:18
**substance** 40:15
40:22 41:7
44:8,9 57:25
69:3,9 70:3,17
70:25 123:13
276:18 297:17

364:20 368:7
**substances**
23:25 43:14
**substantially**
346:16
**substitution**
90:15
**succession**
275:18
**suffice** 27:6
353:6
**sufficient** 80:14
84:4 190:5
267:19,20
270:14
**sufficiently**
129:24 237:12
238:16
**suggest** 32:9
98:3 100:10
175:11 227:18
262:1
**suggestion**
155:9
**suggestions**
31:24 33:17
**suggests** 83:4
112:14 174:7
250:8
**Suite** 2:8 3:7
**summaries**
20:25
**summer** 45:22
**sunglasses**
290:10
**superset** 181:17
**supervised**
360:5
**supplement**
141:21 146:10
226:18
**supplemental**
5:4 88:16
**support** 100:22
202:15 213:24
252:5 253:17
**supported**

180:23 244:4
**suppose** 254:24
**supposed** 25:6
230:15 307:10
**supposedly**
272:10
**supposition**
100:23 157:7,9
**sure** 13:18 21:15
21:19 57:18
68:13 81:24
92:3,25 124:2
141:21 146:9
186:20 202:6
218:23 249:9
250:18 264:2
268:4 282:9
307:16 309:25
317:8 327:22
355:8
**surface** 348:24
**survey** 72:21
73:1 82:2
333:23 334:16
336:24
**Survey's** 333:19
**Susan** 2:20 9:6
**Susan.Sharko...**
2:20
**suspect** 162:11
249:1
**suspected**
173:19 209:24
**SUTCLIFFE**
2:15
**switch** 25:16
**swivel** 196:14,17
**sworn** 9:18
366:5 368:15
**symmet** 208:15
**symmetrical**
208:14,16
**synchrotron**
52:9
**synthesize**
124:10
**system** 169:2

Melinda Darby Dyar, Ph.D.

337:7
**systematic**
109:21

**T**

T 3:1
**table** 79:1 84:9
90:6,6 95:3
147:23 226:21
227:7 262:9,10
272:6,15
273:20 336:20
337:1 338:4
345:21 346:4,7
346:12
**tables** 326:1,13
326:25 327:6
**tabs** 227:13
**tabulated**
274:13
**take** 7:23 22:21
26:6,9 33:25
38:12 40:22
41:19 44:11
57:14 60:18
86:24 96:8
98:24 102:2
105:9 112:4
118:16,22
119:16 120:17
126:20 135:25
157:16 162:4
162:17 186:2,4
189:14 200:24
203:15 204:23
211:24 227:13
231:23 256:3
257:22 273:13
277:18 286:15
300:6 308:5
309:11 345:9
357:15 359:17
360:12
**taken** 10:6 13:17
19:21 23:14,19
24:3,5,6 103:1
228:19 245:24

261:8 285:11
286:24 287:1,2
309:1 331:11
366:8
**takes** 41:6,17
42:1 52:7
53:22 276:9
277:21
**talc** 17:15,19
18:4 19:1,7
20:5 44:13,19
44:19 47:17
49:11,24 50:2
50:7 56:8,22
64:7 65:4,21
66:4,6 69:18
70:16,17 76:21
77:3,16,16
87:5,15,16,17
87:25 88:4
96:19,21 97:3
97:8,13,21
98:9,17 99:9
100:3,16
101:18,25
103:15,18
104:5,19
105:11 106:23
107:2,9 108:1
108:21 112:8
112:15,18
113:7,22,24
114:3,4,9,16
114:22 115:1
115:12 118:15
122:8 123:17
132:18 158:14
159:7 163:19
163:20,24,25
164:5,7,13,14
164:15 166:24
167:5,9 170:4
173:1,14,24
174:1,4,12
175:24 180:18
182:12,12,24
183:3,6,7

190:23 191:22
192:1,12,19,20
200:19 206:19
206:23,25
207:5,8 212:3
212:5,12,16
214:9,11 215:2
215:9 216:16
216:21 217:5
220:23,24
221:3,12,14
224:22,23
225:6 226:11
226:19 227:22
230:23 231:4
231:11,21
232:9,21,23
233:8,22 241:7
241:7,10 248:7
248:11 254:7,9
255:14,15
256:21 257:13
258:5 259:3
263:18,24
264:23 268:5
268:19 269:1
269:12,22
270:8,15 275:4
277:11 286:5,7
286:20 287:6
289:22 290:1,3
297:13 301:3,5
301:14,20,21
302:21 310:4,6
310:7,16,18
341:16,24
342:7,13,20,24
351:8,15,22
353:9 364:14
365:4
**talc-containing**
123:18
**talcs** 5:7 101:13
102:22 174:8
174:17
**talcum** 1:3 8:9
62:11 65:14

99:23 100:11
139:15 231:12
260:12 262:22
364:7
**talk** 11:3,4
64:14 65:8
83:8 133:11
143:2 184:17
189:3,9 359:8
359:19 360:8
360:23
**talked** 181:7
217:21 218:20
330:14
**talking** 93:3
116:15 123:22
137:10 161:21
181:18 193:7
203:6 206:8
210:8 230:22
242:19 272:15
275:15 295:23
299:20 324:19
351:14 362:25
**talks** 54:22,23
54:24 65:24
73:6 108:5
119:22 126:13
126:22 175:20
189:4,6 302:12
303:4
**task** 161:3 276:8
**tasked** 170:17
**tasks** 38:6
**taught** 222:10
222:15 277:16
295:3 358:8
359:13
**teach** 63:10
167:20 181:12
208:21 222:1,3
222:6,12
277:15
**teaching** 45:23
294:24 295:5
360:17
**Tech** 358:7

**technical** 5:20
298:10
**Technically**
354:12
**technique** 68:22
72:12 124:9
195:24 266:24
267:1,20,24,24
268:18 270:6
272:13 308:3
316:25 361:11
**techniques** 62:8
72:4,8 73:2
146:18 195:11
198:21 220:11
220:13 267:4
267:14 268:2
269:21 270:11
336:6 341:3
361:3,22 362:3
362:21,25
363:6 364:13
365:3
**technology** 85:1
348:12
**Tecum** 4:12
**tell** 9:19 22:22
37:21 61:12
66:24 72:5,9
73:14 82:19
138:16 151:21
154:8 180:15
181:15 183:5
197:1 201:19
212:25 219:2,6
220:5,14 228:4
233:4 239:22
262:22 267:5
268:8,9,11,14
291:19 293:22
302:8 362:6
**telling** 91:10
283:25 305:14
**tells** 103:6 108:4
119:15 182:19
196:24 199:23
269:4 335:17

Melinda Darby Dyar, Ph.D.

Page 415

| | | | | |
|---|---|---|---|---|
| **TEM** 39:18 | **terms** 38:22 | 233:22 234:2 | 58:18 75:15,23 | 340:23 |
| 40:16 41:10 | 39:4 77:12 | 261:22,23 | 77:25 80:18 | **tilt** 178:19 |
| 50:17 51:1 | 95:6 105:7 | 264:23 297:12 | 83:14 89:6 | 208:13 209:8 |
| 52:19,21 58:1 | 164:12 236:17 | 316:19 318:21 | 99:23 117:11 | 209:21 212:15 |
| 67:9 71:20 | 264:17 276:8,9 | 353:17 | 151:7 190:6 | **tilted** 41:13 |
| 80:4 118:1,10 | 277:21 278:22 | **tests** 70:23 71:2 | 202:9,19 219:9 | 207:10,14 |
| 119:7,18 121:5 | 316:23 349:25 | 160:21 318:6 | 223:4 233:19 | 212:6 |
| 126:16,16,17 | 362:24 | 356:3 | 235:13 262:3 | **tilting** 207:17 |
| 127:1,22 | **test** 17:15,19 | **text** 319:6 | 270:10 276:8,9 | 208:8,25 212:4 |
| 130:17 152:14 | 39:6,7 80:19 | **textbook** 46:7 | 277:5,21,22 | 244:17 |
| 196:15 247:17 | 115:12 123:5,9 | 92:16 148:10 | 280:3 283:7 | **time** 8:5 13:23 |
| 306:4 325:18 | 123:13 133:5 | 151:15 152:5 | 295:3 296:10 | 15:22 34:1 |
| 331:18 332:5 | 170:2 243:24 | 167:11 201:15 | 297:10 300:12 | 36:7,18 41:17 |
| 351:13,16 | 248:6 251:20 | 344:15 356:5 | 304:18 313:4 | 41:21 42:1,24 |
| 352:2 353:11 | 269:13,16,24 | **textbooks** 120:5 | 313:11 325:7 | 45:20 46:6,17 |
| 359:21 360:1,7 | 270:4 272:10 | **Thank** 213:8 | 326:17 352:21 | 54:3,7,11 |
| 360:13,18 | 272:11 317:21 | 280:21 363:25 | 362:19 | 58:11 60:2,18 |
| **ten** 52:5 120:9 | **tested** 48:4 50:1 | **Thanks** 234:19 | **thinks** 41:21 | 60:19,23 61:22 |
| 221:5 272:1 | 77:15 98:1,3 | **theoretical** | **third** 117:13 | 66:20 68:10,14 |
| 276:24 277:7 | 100:18 124:4 | 209:23 | 124:25 195:19 | 73:14 80:14 |
| 353:4 365:6 | 217:8 252:12 | **theses** 360:6 | 244:13 247:16 | 86:2,24 121:22 |
| **tendency** 111:4 | 253:6 | **they'd** 159:20 | 282:3 | 121:25 144:20 |
| **tensile** 78:24 | **testified** 10:8 | **thick** 186:7 | **thirty** 367:15 | 146:11 154:7 |
| 79:12,17,19 | 24:9 74:3 | **thickness** 304:6 | **THOMAS** 3:1 | 156:12 157:17 |
| 80:3,9,19 81:3 | **testify** 15:13 | 306:18 | **thought** 57:3,11 | 161:6,8,12 |
| 81:7,10,21 | 34:15 366:5 | **thicknesses** | 75:12,21 76:4 | 162:17,18 |
| 82:1,5 85:21 | **testifying** 10:14 | 301:8,21 302:1 | 168:16 347:19 | 177:10 200:15 |
| 86:19 193:16 | **testimony** 18:16 | 304:15 305:11 | 363:23 | 213:9,13 224:5 |
| 194:8 335:5,13 | 18:10 19:15,20 | 306:25 307:12 | **thousand** | 229:10 237:21 |
| 335:18 336:7 | 20:4,12,17 | **thin** 294:8 297:5 | 338:14,16 | 245:19,20 |
| 336:10 337:19 | 21:1 23:13,18 | **thing** 39:4 69:7 | **thousands** 51:24 | 248:4 249:4,24 |
| 338:11,14 | 23:23 24:18 | 70:1 107:1 | 130:8 292:5,10 | 252:21 253:6 |
| 339:9,11,25 | 82:25 120:24 | 152:6 168:4 | 292:16 294:6 | 256:5,10,25 |
| 340:8,10,23 | 160:20 366:8 | 170:16 171:3 | **threaten** 37:12 | 259:14 272:22 |
| 341:4 343:23 | **testing** 18:1 | 202:8 262:4 | **three** 41:8,11 | 272:23 273:5 |
| 344:7,22 | 23:12 49:1 | 271:8,9 277:24 | 58:20,25 68:25 | 275:20 276:5 |
| 345:13,15,23 | 50:7 61:15 | 283:18 295:2 | 102:17 140:11 | 276:14,19,21 |
| 346:5,6,8,17 | 69:17 76:21 | 332:5 345:3 | 165:9 178:12 | 277:18,21,24 |
| 347:1,7 | 77:2 86:14 | **things** 59:19 | 201:12 206:13 | 278:2,6 295:7 |
| **term** 47:5 | 102:15 104:15 | 72:15,24 108:5 | 221:4 227:1 | 295:11 308:7 |
| 111:24 184:13 | 104:18 105:11 | 152:8 167:17 | 248:7 340:15 | 308:10 310:2 |
| 184:16 234:9 | 107:2 113:6 | 171:11 228:17 | **three-dimensi...** | 326:4 334:24 |
| 240:22 312:15 | 115:15 157:10 | 260:15 298:3 | 178:21,25 | 339:15 340:16 |
| 325:8 | 159:7 160:10 | 298:10 325:19 | 196:15 199:24 | 343:4,9,12 |
| **terminology** | 169:22 171:20 | 338:12 361:17 | 201:11 210:21 | 348:23 349:15 |
| 225:15 240:10 | 182:13 228:3 | **think** 22:2 42:15 | 212:23 244:10 | 351:20 352:24 |
| 312:11 326:2 | 232:8,13,18,20 | 46:21 57:10 | **threshold** | 353:3 357:13 |

Melinda Darby Dyar, Ph.D.

359:16 364:22
365:13 366:8
**time-honored**
308:3
**times** 1:14 8:7
17:12 24:9
63:7 235:21
280:20 294:25
295:3 296:12
296:18,24
347:13 358:9
**tiny** 143:22
195:14
**tissue** 144:17
146:3 154:2
**title** 67:20,22
101:11,15
136:9 144:20
154:21,24
155:2 351:21
351:21
**tlocke@seyfar...**
3:2
**TM7024** 6:16
**today** 8:10 13:17
15:13 80:17
87:2 219:14
220:5,22 223:3
309:2 343:23
353:25 354:6
356:7,14,23
357:4 363:1
**today's** 8:4
365:14
**told** 21:24
273:10 296:2
**Tom** 9:11
**tool** 85:5,10
116:18 181:24
266:7,13,18,22
316:24 359:15
**toolkit** 222:23
**tools** 57:23
64:15 65:1,19
66:10,11,25
67:1 71:20
84:14 85:8

115:11,19,22
120:16 259:5
265:12,20,25
266:6 336:12
361:14,22
**top** 46:22 177:23
272:7,16
273:20 311:21
**topic** 57:2 80:15
347:7
**topics** 25:8
360:19
**total** 29:20 36:2
205:12 249:15
302:15 340:15
350:2,7,10
**toxicologist** 44:3
**trace** 100:18
**trained** 67:1
266:2
**training** 113:19
**transactions**
173:8
**transcript** 366:7
367:16,17
**transcription**
368:5
**transmission**
4:21 39:13,25
117:3 124:15
186:4 196:2
207:16 209:1
266:15 351:8
351:23
**treat** 267:15
297:21
**treated** 90:19
91:6 93:23
95:10,22
**trees** 89:5
**tremolite** 5:12
79:3 89:18,19
91:20 112:8,20
115:2 124:7
130:25 134:23
135:6 140:16
144:4,21

145:13 151:2
158:13 159:22
173:16,20,23
174:20,21,24
175:3 176:16
176:18 179:8
179:16,20
180:17 185:2,8
190:19 193:5
217:14 245:15
245:19 247:3
247:20 248:14
250:10,24
251:4,10,15,18
252:9 253:24
255:11 319:15
337:24 338:19
339:5,10
345:16 346:16
347:1
**trial** 20:17 21:1
160:19
**tried** 17:11,12
**trip** 46:4
**true** 71:21 72:13
72:17,24 111:6
126:14 128:22
129:3 133:20
205:9 212:10
212:14 236:2
244:20 249:6
251:7 252:8
283:18 285:20
286:14 287:14
288:25 305:6
322:7 326:7
338:13 344:6
**truth** 9:19,19,20
366:5,6,6
**try** 153:18
168:22 219:10
**trying** 132:15
136:22 149:17
186:21 209:8
242:14 255:2
276:9
**Tucker** 3:6 9:9

14:1 21:14
28:10
**Tucson** 349:20
**TUESDAY** 1:8
**turn** 78:18
130:19 172:22
204:4,8 206:4
235:9 309:24
336:20
**turned** 289:20
**turning** 211:3
226:16
**two** 52:1 64:8
69:13 70:8
72:8,18 89:16
90:16 120:12
136:14 153:15
153:19,22
159:3 171:11
180:13 199:13
199:17,24
200:1,19 201:5
202:1,25
203:10,19,25
205:1 206:13
207:19 208:15
209:22 211:15
212:25 227:1,2
228:1 233:7,20
241:17 243:20
244:1 257:7,11
259:2,12 260:5
261:3,8 264:12
269:13,15
271:3,11 276:4
277:1,7,11
286:15,16,23
289:1,20
306:11,13
339:10 346:2
354:8,10,10
359:23 361:3
361:13
**two-dimensio...**
119:10 178:2
208:14,16
318:12 331:19

**two-thirds**
337:20
**twofold** 304:19
**type** 51:9 79:15
145:15 158:2,2
315:16 346:7
**typed** 88:22
**types** 51:5 89:17
97:7,8 129:25
132:8 144:16
345:24
**typical** 273:5
360:19
**typically** 97:3
279:16
**typo** 299:22

———————
**U**
———————
**ubiquitous**
225:23 335:14
**ubiquitously**
120:5
**Uh-huh** 35:14
116:21 150:2
190:16 202:23
206:15 209:15
236:10 245:9
291:2 313:15
319:7 337:2,9
349:2
**ultimate** 354:17
**ultimately** 22:7
170:4 173:7
**un** 306:4
**unbiased** 172:9
**unclear** 104:11
104:14,17
259:21 307:7
313:6 328:12
328:13
**undergraduate**
359:11 360:6
**undergraduat...**
167:15
**underlie** 27:25
**underlies**
230:10

Melinda Darby Dyar, Ph.D.

underlying
361:4
understand 82:2
83:12 99:2
100:13 171:25
230:8 236:22
246:10 266:4
324:15
understanding
14:5 15:10
24:24 25:5
27:7,12 45:15
68:3 75:9 87:4
87:23 88:4
103:19 134:7
157:4 164:21
168:7 169:10
172:24 224:15
230:14 237:10
267:9,11 273:4
273:16 341:12
understood 83:5
undertake
195:20
undertaken
58:4 72:23
326:6
undertaking
166:14
unfeasible
241:13
Union 3:9 9:10
unit 81:5,18,19
236:15
United 1:1 47:21
93:24 334:17
348:7 350:19
units 235:19
236:14 238:11
239:25 344:1,3
universe 166:22
186:22
University
52:12 144:6
174:6
unknown 105:6
125:6

unopened
104:18
Unparalleled
6:13 344:17
unredacted
38:10
unregulated
306:2
unrelated 58:6
unreliable 306:6
unreproducible
272:14
unspecified
234:9 236:17
306:1
unsuccessful
323:24
unusual 272:13
updated 27:14
27:19
use 17:2 26:23
47:4,5,9,15
57:24 60:12
62:7 63:7,11
64:15 65:2,20
65:24 66:10,25
67:1,9 68:22
73:2 78:9 81:6
85:23 89:3
106:20,22
107:16,18
108:9 115:11
115:20,23
116:3,13,18,19
116:25 120:4
120:17,19
132:12 136:13
139:25 146:21
184:14 216:3,8
219:5 222:4,25
237:17 239:23
240:22 256:23
263:22 266:3
271:15 279:10
283:3 288:17
298:18 307:4
325:13,18

334:25 335:24
352:23 359:13
360:1,7 361:3
361:17,22
363:6 364:13
useful 11:23
65:7,12 84:12
85:5 127:19
172:11 206:18
230:10 236:18
238:10 264:14
266:8,13,18
267:1,24
268:18,22,24
305:19 325:14
useless 235:24
236:15
uses 181:19
182:17 200:5
264:14 265:21
USGS 6:12
334:11,20
344:1,4
usually 117:25
260:6 277:24
279:3 319:17
Utah 48:20
utilize 326:9

_____

**V**

V 2:16 3:14
vague 110:17
219:10 264:17
Vaguely 45:12
valent 60:4
valid 57:1 129:1
validate 137:13
value 235:7
239:23 256:1
values 219:23
238:3 239:7
van 46:3
Vanderbilt
310:4,18
variable 189:12
variation 240:22
varies 235:2

350:13
varieties 131:1
173:23 344:24
345:23 362:13
variety 71:12
164:1 173:15
various 8:15
10:3 25:8 40:2
41:14,18 50:17
51:5 101:24
103:14 140:7
144:16 166:3
304:7 344:23
345:23 346:7
360:19
vary 255:12
varying 181:4
vast 243:21
vehicle 162:7
163:8
verbatim 318:24
366:7
verifiable 240:3
verification
201:22 205:3
205:10 218:9
219:24 235:6
236:8 237:14
239:5 241:15
241:24 242:12
242:20 243:19
Verifications
6:5
verified 238:25
verify 86:13
237:12
vermiculite 45:2
58:22 59:15
66:7 74:6
123:5
vermiculite-fi...
123:9
Vermont 17:20
18:3 19:1,8
87:10,16 88:1
88:5 96:19
97:11 99:20,24

100:1,3,13,16
102:17 158:14
159:8 164:20
166:23 167:4,9
170:5,10 173:1
173:15 174:17
174:21 175:21
180:18 190:23
191:2,19,21,25
192:12,16
214:10 215:2,9
216:15 221:12
227:20 230:24
231:11,21
241:6,11
245:18 247:1
249:16,21
250:13,14
251:1,12,23
252:11 254:17
255:24 256:1
Vermont's
175:21
Vermont-sour...
220:23 248:7
248:11 254:9
255:15
version 38:11
versions 134:18
versus 87:16,17
187:13 212:3
245:15,20
247:20 248:14
251:22 252:10
253:24 254:10
272:23 275:2
275:24 278:4
293:1 295:9
317:25
vibrating 290:8
victim 8:15 10:4
74:15
Victor 144:5
videographer
7:25 8:2 9:13
25:17 60:19,22
92:25 121:20

Melinda Darby Dyar, Ph.D.

121:24 161:7
161:11 213:9
213:12 256:5,8
308:6,9 343:6
343:9,12
347:16 355:6
365:10
videotape
347:15
videotaped 1:12
4:11 8:6
videotapes
10:13
view 79:5 82:16
129:21 178:21
266:22,24
269:12 278:17
283:15
viewed 119:11
279:4
viewing 178:12
viewpoints
196:10
views 75:4
Virta 334:7,11
334:13 336:23
344:16
virtually 250:22
visible 174:20
visual 152:9
213:22 215:24
231:10 262:10
262:13,15,16
262:16 305:23
305:25 359:21
360:2
visually 118:19
178:14 186:8
325:19
vocabulary
240:9
volcanic 156:10
162:8 163:11
volumes 304:3
voluntarily
232:21

**W**

W.R 74:4
122:17
wait 150:16
203:5 223:20
Walter 5:22 6:1
6:3 221:17
222:10 224:10
258:14
want 26:4,8 28:4
51:8 55:12,15
64:20 83:14
141:20 169:17
171:25 172:2
172:10 176:21
189:1 190:10
220:14 223:20
224:3 228:22
229:4,14
230:14 231:2
258:16 259:24
260:15,21
261:7,11,14
263:1,10,12,17
268:20 300:3
302:8 309:16
343:8 355:6
wanted 307:23
Washington 2:9
3:3 140:13
wasn't 24:22
68:19 81:12
103:24 106:1
169:21 225:19
225:22 273:23
342:7,7
waste 177:3,18
wave 283:3,6,18
283:21 286:24
287:11,21,24
288:8,18
way 18:9,24
26:21 28:17
58:2 70:16
79:14 81:20
82:5 83:12

95:21 106:14
111:23 112:2
112:17 114:15
129:22 134:7
142:8 152:12
163:16 175:11
178:7,20
180:16 181:8
185:15,25
193:9,23 195:5
200:14 213:2
229:23 234:6
237:3 239:23
239:24 254:22
270:20 278:19
285:8 289:17
290:7,17 291:5
297:21 316:21
317:23 318:8
319:1,4 325:21
331:23 332:7
332:18 337:20
341:13
ways 55:1 94:20
289:20
we'll 7:20,21,22
25:18 33:25
38:12 57:14
64:14 200:25
243:4 306:12
316:20
we're 61:2 68:11
149:16 213:17
229:19 256:12
258:10 282:9
299:15 343:18
we've 7:8,13
26:5 57:12
89:11 112:3
167:15 181:18
213:3 221:10
257:7 260:4
267:15 297:10
306:8 318:5
362:25
Web 110:2
weekly 54:8

weeks 295:4
weight 182:1
274:6 298:22
306:2
weights 304:8
weird 345:18
welcome 11:4
well-accepted
194:13
well-calibrated
53:21
well-recognized
299:7
well-respected
146:25 221:20
Wellesley 42:22
43:3
went 87:25
113:7 165:16
220:24 229:10
weren't 211:7
220:12 230:4
287:2
West 2:17 174:9
western 140:14
When's 68:14
WI 227:15
wide 71:12
164:1 265:2,13
304:14 305:10
306:24 307:12
wider 107:10
width 184:2
187:13 327:2
328:3
winchite 89:20
319:17
Windsor 100:17
159:7 174:9
224:11,16,20
225:14 226:5
227:4,20
257:14 260:23
wire 346:18
witness 7:16
9:15 10:21
11:6,19 14:7

16:12 19:11
20:18 21:23
22:8 24:25
25:3 26:5 27:4
28:11 30:13,22
31:10 32:4
33:23 37:2,9
38:7 41:2
44:22 45:12,17
46:16 48:14
62:18 63:5
68:7 71:9,25
73:20,24 74:9
74:19 75:12
76:16 77:21
78:7 80:22
82:12 83:3,24
84:16 85:22
87:8 88:9 89:8
90:22 91:10
93:4,9 94:3
95:14 96:3,13
96:23 97:5,16
97:24 98:15
99:13 100:7,21
103:9,21
104:10 105:2
105:16 106:18
108:24 109:7
110:1,19
112:10,23
113:12 114:7
114:20 115:4
118:21 119:20
121:1 126:25
132:3,25
135:12 141:20
142:22 143:18
146:8 154:6,24
157:15 158:19
159:15 160:4
160:16 161:1
162:15 163:5
163:23 164:11
164:25 166:10
167:2 168:11
169:13 170:7

Melinda Darby Dyar, Ph.D.

171:1,23 173:4
175:16 176:9
177:13 178:17
179:10 180:4
180:20 182:3
182:16 187:8
188:9 189:24
191:24 194:22
197:18 202:6
204:10 205:24
212:8 213:20
214:13 215:7
216:3,24
217:24 219:20
220:10 221:9
225:1 226:2
227:24 229:3
229:18 230:13
232:3 233:2,12
234:1,17
235:10 238:22
239:17 242:15
242:18 243:6
244:4 246:16
246:21 248:19
250:2 251:7,25
252:14 253:11
257:22 258:18
259:8 260:25
261:20 263:8
264:1 270:10
281:14 282:15
282:22 284:8
284:10,21,25
285:22 294:16
296:9 303:2
308:17 310:3
310:11,20
311:5 312:4,14
314:24 318:3
323:15 327:21
329:10 332:4
334:2,7,22
339:2 341:20
342:3,24
344:11 347:25
348:10,16

350:6 351:18
352:9 353:13
354:18 355:9
355:18 357:10
367:1
**witnesses** 18:8
**wollastonite**
66:6
**wonder** 228:15
**wondering**
163:1
**wonders** 262:19
**word** 17:7 32:24
39:24 41:20
50:11 60:10
73:10 183:12
216:3,10
239:20 262:13
262:24 298:7
**words** 50:12
149:16 151:18
152:9 208:15
238:7 272:8
273:9
**work** 10:17
14:20 15:17,25
19:22 20:18
21:5,23 23:3
28:11,17,19
29:12,18 30:6
30:9,18,22
32:1,10 33:9
33:18,18,20
34:5,10,21,21
35:23,25 36:21
36:24 37:8,12
38:7 43:18
52:8,10,12
66:21,22 74:1
74:11,20,23
75:25 76:2
77:18 78:1,11
109:4 122:4,8
122:14,17,20
122:23 123:2
169:4,6 174:4
205:22 212:22

232:7 255:3
265:7,16
332:18 333:20
334:20 342:21
354:4 356:14
356:22
**worked** 16:9,13
20:14 51:22
52:4 53:7,24
68:5 74:15
76:9 358:15
**worker** 174:6
**working** 13:15
14:9,13 29:3
36:8 174:15
245:12
**works** 21:15
24:19 74:14
330:10
**worksheets**
237:14
**workshop** 45:23
46:1,2
**world** 97:20
98:8 113:5
162:13 168:3
170:21 191:15
192:3 248:8
**Worldwide** 6:15
351:6
**worth** 40:25
**worthy** 333:4
**wouldn't** 36:10
110:19 117:23
124:8,12 149:6
149:14 183:4
198:7 211:25
225:24 230:5
248:12 251:16
286:19 287:7
**Wow** 217:24
**wrapping-up**
306:9
**write** 16:21
145:1 173:13
202:9 213:20
214:5,6 355:10

**writer** 174:22
**writes** 111:3
**writing** 31:8,24
38:15,17,17
59:1 75:20
173:12 225:14
**written** 19:24
33:17 43:19
67:18 107:20
119:14 120:1,4
147:8 167:12
167:14 177:11
201:9 309:6
345:4 348:5
358:10 362:19
**wrong** 107:9
150:20 175:12
**wrote** 89:7
125:9 161:23
162:23 225:20
310:2 321:4
334:11 355:3
**wrought** 346:17
347:2
**Wunderlich** 3:6
9:8,9
**Wylie** 19:16,17
83:7 330:13
332:14 334:7
**Wylie's** 330:15

_____
**X**
**X** 188:24
**X-ray** 39:3
50:18,19 56:13
128:1,14
134:22 138:19
138:25 145:3
145:12 181:9
181:14,15,17
181:23 182:7
182:10,16,20
183:4,8 200:15
360:18
**Xerox** 225:22
**XRD** 56:14
181:9,16 233:5

233:14

_____
**Y**
_____
**Yamate** 4:24
54:22,22 61:17
67:18 68:4,12
68:15,24 69:25
70:12 115:17
126:2 127:4,25
135:15,19
136:6 137:17
137:25 142:16
199:16 200:18
200:22 201:2
202:1,13,18
203:3,9,14,24
204:9 244:2,5
244:5 260:3
261:2 264:11
336:4
**yeah** 8:25 30:16
62:21 64:22
120:1,12
150:18 210:4
213:6 223:16
223:18 282:2
282:13 284:25
288:3 299:21
300:6,11
309:24,25
313:11 315:9
345:11 354:18
354:20
**year** 23:15,20
24:3,5 58:3
93:4 349:5
358:6 359:12
365:2
**yearly** 54:12
**years** 17:1 42:15
51:7 52:5
53:17,19 62:8
73:22 75:7,10
145:21 164:23
294:24 308:4
311:20 345:4
346:14 348:3,5

Melinda Darby Dyar, Ph.D.

348:7,25 349:1
358:8 359:11
**yep** 150:22
234:17 280:13
282:15,15
303:2 309:13
309:14
**yesterday** 7:4
16:4 27:8
36:18,20
**York** 1:15,15
2:17,17 8:8,8
44:19 48:19,20
191:17 310:7

---

**Z**

**zero** 54:6,10,14
251:15
**zone** 69:14 70:8
72:19 115:24
116:13 136:14
199:18 200:11
200:13,20
201:5 202:2,25
203:10,19
204:1 207:23
207:24 208:17
211:12,20,24
219:22 243:20
244:1 245:3
259:13 260:5
261:9 263:13
264:12 269:13
269:15
**zones** 174:21

---

**0**

**0.1** 182:1 233:9
**07701** 2:13
**07932-1047** 2:22

---

**1**

**1** 4:11 6:1 14:25
15:4 56:9
68:25 84:9
88:17 90:6
95:3 106:8

107:6 108:10
117:7 123:21
132:3 133:21
137:9 144:24
146:4 150:14
217:17 218:22
223:25 226:19
226:21 227:7
262:9 284:16
300:24 315:21
319:20 320:5
320:14,20,23
322:6,10,16,21
323:21 324:2,7
325:1 329:8,13
329:16
**1,000** 241:2,5
**1.610** 108:17
**1:22** 161:13
**10** 5:7 78:19
79:10,19 80:10
80:20 85:17
100:24 188:3
204:13 205:12
205:17 245:21
247:9,12
249:20,25
251:17 271:15
273:14 284:17
288:21 290:13
290:16,17
291:4,12
**10:05** 60:20,21
**10:21** 60:23
**100** 3:7 5:7
190:4 219:21
251:14 361:25
**1001** 2:8
**10019** 2:17
**11** 5:9 35:13
79:10 139:20
284:17 288:20
288:21 309:23
336:20 337:1
**11:31** 121:22,23
**11:47** 122:1
**12** 5:12 143:25

159:2 280:3
284:17 288:2
288:20,21
**12/11/2018**
281:3
**12:37** 161:9,10
**12:40** 159:2
**125,000** 349:5
**127** 2:12
**13** 5:13 147:19
150:1 280:22
281:21 284:15
284:17,18
288:21 289:9
321:21 324:1
326:18
**13,000** 303:14
**13.0** 352:2
**13.34** 321:12
329:1
**13794** 4:19
61:16 67:6
**139** 5:9
**13th** 284:18
289:7
**14** 4:11 5:15
148:20,23
337:1
**14.2-3-4** 302:11
**14.2.3** 303:10,19
303:22 305:7
306:22
**14.2.3.4** 300:16
**140** 7:6
**143** 5:11
**147** 5:13
**148** 5:14
**15** 5:16 152:20
152:23,24
159:25 273:14
276:1 277:13
**150,000** 36:3
**152** 5:16
**15200** 347:13
**16** 5:19 172:12
172:15,17,20
172:23 173:11

176:6
**16-2738** 1:4
**16.3** 302:25
303:1
**161** 12:12
**16th** 88:21
**17** 5:21 172:12
172:16,18,21
176:24 179:14
**172** 5:18,20
**179** 253:24
**18** 5:23 29:19,25
30:18 190:12
190:14,15
223:8,13,15
224:1 226:16
231:7,9
**18,500** 29:21
35:22
**180** 242:7 243:9
**182** 5:14 148:24
**19** 6:1 29:19,24
30:17 147:24
223:8,15,24,24
223:25 231:7,9
256:15 257:5
**19.21** 150:19
**1912** 148:3
**1919** 148:3
**1920** 150:8
**1950s** 339:20
**1960s** 5:3
**1970s** 225:19
231:6
**1975** 5:23 6:1,3
223:25 226:19
228:14 258:15
259:6 263:15
**1976** 223:18
224:9
**1977** 292:25
311:10
**1978** 359:11
**1980s** 93:8
**1984** 61:17
67:19 201:2
**1989** 172:25

**1991** 101:5
**1992** 5:19
**1996** 45:22
**1997** 147:14
**1st** 88:25

---

**2**

**2** 1:8 4:3,13 8:4
22:14,18 24:25
28:2 35:11,11
42:15 61:16
65:23,24 69:1
107:7 117:7
134:18 136:18
136:21 137:8
137:10 150:14
172:22 173:11
204:14,17
231:10 257:19
262:10 284:16
300:24 308:16
313:13 332:22
**2,000-page** 89:4
**2.29** 313:10,14
314:7
**2.5** 271:7
**2.9** 317:7
**2:24** 213:10,11
**2:46** 213:14
**20** 6:4 36:12
145:21 204:12
205:5 223:8,12
223:18,20
224:4,6 225:4
226:17 271:15
290:13,16,17
291:4,12 295:3
295:4 303:13
303:21 315:21
320:5,14,23
322:5,10,15,21
324:2,6 325:1
329:7,12,16
335:19 358:9
360:21 362:20
368:16
**200** 243:7

Melinda Darby Dyar, Ph.D.

**20004** 2:9 3:3
**2000s** 5:3
**2002** 5:20 144:7
  177:5
**2003** 6:10
  290:12
**2004** 147:14
**2005** 334:12
**2007** 150:9
**2008** 147:24
  355:4,12
**2010** 143:15
  293:2,5 308:23
  309:3,10
**2012** 91:17
**2016** 152:18
  159:24
**2017** 35:7,17
  247:10 248:6
  249:17 250:12
  250:23 251:20
  293:8 311:11
**2018** 28:16
  34:20,22 35:6
  35:6,13,16,19
  248:10 249:22
  250:23
**2019** 1:8 8:4
  24:6 28:19
  36:4,8 88:17
  106:8 366:19
**202** 2:9 3:3
**21** 6:6 236:4,5
  278:10,12
  279:25 280:6
  281:13 284:8
**212** 2:18
**218** 2:4
**219720** 5:19
**219722** 5:19
**22** 4:13 6:7
  279:21,24
  281:19,19
  284:20 288:21
  289:8 315:8
  319:23 326:17
  326:23

**222** 64:24
**222-1** 126:10
**22262** 54:23
  65:22 79:13
  126:9 133:4,22
  302:4 314:25
  319:13
**22262-1** 4:16
  55:4,25 61:16
  61:23 62:15,25
  64:1,4,18,25
  66:9,20 86:16
  126:1,14
  128:22 129:3
  130:13 131:19
  182:4 205:19
  206:5,16
  211:16 212:1
  298:20 299:4
  299:12,16
  302:5 313:1,10
  314:7 319:12
  320:24 322:24
  324:4,18
  329:15 336:4
**22262-2** 4:18
  55:5,25 56:15
  56:19 57:7
  63:19 64:1,6
  64:19,25 65:18
  66:8,20 86:16
  107:23 126:2
  299:10 300:5,7
  300:23 302:22
  303:12 306:21
  307:9,18 336:4
**223** 5:22 6:1,3
**2262** 298:24
**2262-1** 40:9
**23** 5:20 6:9
  177:5 185:2
  186:9,14,15
  299:20,22
  300:7,25
  308:22 312:20
  319:5 329:23
  330:3,3

**230** 111:2
**232-5507** 2:9
**236** 6:5
**237** 345:1,10
**24** 6:3,12 223:18
  224:9 245:7,11
  333:14,17
  336:23
**241** 345:22
**243** 347:10
**24th** 223:23
**25** 4:15 5:19
  6:13 218:13
  245:14 247:2
  250:9 343:14
  343:21
**25,500** 35:23
**250** 198:22,25
  358:10 362:4
  364:1
**250-plus** 364:2
**251** 363:12
**26** 6:15 245:11
  245:16,18
  350:23 351:3,5
  352:21,21
**269-2343** 2:5
**27** 352:17
**27,000** 338:21
**279** 6:7
**28** 237:7 322:13
**289** 254:1
**29** 199:10,12,13
  249:15 299:4
  299:13,15
  302:21 313:14
**29th** 173:21
**2nd** 36:17

    **3**
**3** 4:15 25:11,20
  35:11 56:12
  69:1,12 70:7
  70:12 134:18
  135:25 136:2
  136:12,18
  154:11,17

155:4,24
200:18 203:17
204:14,18
206:6,9 244:2
244:5 249:16
257:19 284:16
366:19
**3,000** 365:2
**3:35** 256:6,7
**3:54** 256:10
**30** 46:8 53:17,19
  199:12 351:18
  362:20 367:15
**30,000** 35:22
**300** 48:7 363:17
  363:19
**300,000** 48:8
**31** 40:5
**314** 3:8
**32** 213:19
  249:15
**329** 6:8
**33** 126:21 234:8
  234:14,15
  238:23
**333** 6:11
**334** 2:5
**34** 190:13,15
  191:7
**343** 6:13
**35** 164:23
  240:24 347:10
**35,000** 35:24
**350** 6:15
**357** 4:6
**36104** 2:5
**363** 4:7
**37** 34:21,24
  235:9 241:12
**39** 138:18

    **4**
**4** 4:17 8:7 60:24
  61:10,23
  151:13 154:12
  206:5 257:19
  284:16 336:19

**4:58** 308:7,8
**40** 17:1 62:8
  199:10,13
  358:8
**40-year** 67:2
**400** 280:20
**401** 2:8
**41** 203:3,8
  359:11
**420** 152:19
**422289** 5:21
**422290** 5:21
**44** 202:22
  203:16
**448** 144:25
**46** 271:25
**463-2400** 3:3
**47** 272:7,16
  273:20 290:25
**48** 290:11
**489** 92:21
**49** 278:8 280:7,8
  280:11 283:14
  290:11
**4th** 28:18

    **5**
**5** 4:18 5:23
  60:24 61:10
  140:7 204:11
  284:17 300:10
  313:9 314:6
  315:22 319:6
  319:19,20
  320:4,13,22
  322:9,20
  323:13,21
  324:20,23,25
  331:25
**5-micron-wide**
  150:6
**5,000** 242:16
**5,500** 60:14
**5:32** 308:11
**5:50** 7:4 25:15
**50** 36:14 298:12
  299:6 300:22

Melinda Darby Dyar, Ph.D.

348:25 349:1 350:10
**50-some** 311:20
**500** 15:22 29:20 198:22,25
**506-3742** 2:18
**51** 2:17 298:12 299:6 300:22
**52** 73:6
**526** 148:1,5
**527** 148:2
**528** 148:2
**529** 148:2
**52nd** 2:17
**53** 245:6 308:15 308:19 312:17
**530** 148:2
**531** 150:1
**54** 245:6
**549-7000** 2:23
**55** 245:6
**55,000** 339:6
**56-page** 334:23
**571-4965** 3:8
**5727** 154:18
**58** 130:23
**59** 130:23
**5th** 24:6 224:2

**6**
**6** 4:20 60:24 61:10 66:18,19 140:7,11 154:12 157:19 157:24 284:17 330:25
**6,000** 338:25
**6:13** 343:10
**6:14** 343:11
**6:22** 343:13
**6:45** 365:13,16
**60** 4:16,18,19,22 130:23
**600** 2:22 3:7
**607** 147:12 240:11
**61** 130:23

134:23
**62** 130:23
**63,000** 35:25
**63102** 3:8
**64** 206:4 211:17 212:1
**65** 40:10 209:14 210:3
**66** 336:18
**67** 345:4 346:14 348:3,7
**67-year-old** 346:21
**68** 348:5
**6800** 339:5
**6th** 24:6 35:16

**7**
**7** 4:23 60:24 61:10 67:14,16 67:17 68:12,24 125:12 126:3 127:7 128:13 128:25 129:11 131:8 137:5,19 139:4 141:18 142:19 146:6 148:9 149:4 151:23 156:3 158:3,4 179:23 202:20,21 217:17 218:22 284:17 331:1 331:15 345:21 346:7
**7.2.3** 315:9
**7.2.3.7.1** 315:7 318:17 320:24 324:18
**70-odd** 205:15 205:16
**7024** 353:11
**72371** 324:5
**73,000** 346:9
**732** 2:13
**747-9003** 2:13
**75** 247:2 250:8

250:16
**75/25** 256:1

**8**
**8** 5:1 88:11,14 89:10,11 140:8 245:21 254:8 254:13,14,20 254:22 284:17
**80-odd** 92:5
**80s** 93:14
**877.370.3377** 1:23
**88** 5:1
**89,000** 346:9

**9**
**9** 4:5 5:6 92:17 92:20,21 95:4 245:21 254:18 254:19 284:17 310:25
**9.17** 148:25
**9:03** 1:15 8:5
**917.591.5672** 1:23
**92** 5:5
**94** 326:8
**973** 2:23
**975** 3:2
**9th** 2:8

Exhibit 92

# UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
## REGION IX

**Response to the November 2005 National Stone, Sand & Gravel Association
Report Prepared by the R.J. Lee Group, Inc
"Evaluation of EPA's Analytical Data from the El Dorado Hills Asbestos
Evaluation Project"**

**April 20, 2006**



Case 3:16-cnd-02788-WHO-RL-S Document 1067-11o Filed 06/01/18 Page 208 of 395 PageID:
Case 2:16-cv-00054-JRH-BKE Document 60-11 Filed 09/13/17 Page 4 of 95 PageID:
91015

**United States Environmental Protection Agency Region 9**
**Response to the November 2005 National Stone, Sand & Gravel Association report**
**prepared by the R.J. Lee Group, Inc:**
**"Evaluation of EPA's Analytical Data from the El Dorado Hills**
**Asbestos Evaluation Project"**

This document constitutes the United States Environmental Protection Agency Region 9 (EPA Region 9) response to the major findings and conclusions of the National Stone, Sand & Gravel Association report "Evaluation of EPA's Analytical Data from the El Dorado Hills Asbestos Evaluation Project" prepared by the R. J. Lee Group (R. J. Lee Report). A more detailed analysis will be completed after additional information is received from the R. J. Lee Group and the National Stone, Sand & Gravel Association,[1] and the United States Geological Survey (USGS).

The R. J. Lee Report draws conclusions that are contradicted by the El Dorado Hills data and by generally accepted scientific principles for measuring asbestos exposure.

<u>Overview</u>

The R. J. Lee Group review of the EPA data was contracted by the National Stone, Sand & Gravel Association. The El Dorado County Office of Education funded the three reviewers who wrote letters in support of the R. J. Lee Report and whose reviews are included in this response.

The EPA Region 9 El Dorado Hills Naturally Occurring Asbestos Exposure Assessment was designed to measure the exposures to asbestos fibers, if any, that resulted from sports and play activities that disturbed dust and soil. EPA Region 9 adhered to accepted EPA standards for sampling and analysis, including rigorous quality assurance/quality control, and to the standard methodologies of EPA exposure and risk assessment.

**The R. J. Lee Report Criticizes EPA Region 9 for Using Established Scientific and Public Health Protocols -** In assessing naturally occurring asbestos exposures in El Dorado Hills, EPA evaluated asbestos exposures using the PCME (phase contrast microscopy equivalent) asbestos fiber size classification. The PCME classification was used because human epidemiological studies, which form the basis of knowledge of asbestos health effects, measured asbestos fiber concentrations using phase contrast microscopy (PCM) analytical methods. PCME is the standard term for fibers counted by more modern analytical methods that are of equivalent size to those fibers that would be seen by PCM analysis, and includes fibers with a length to width aspect ratio of 3 to 1 or greater. EPA considered PCME fibers in our analysis of the El Dorado data to be consistent with the existing health databases and risk assessment

---

[1]On March 9, 2006, EPA Region 9 sent a letter to the R.J. Lee Group and the National Stone, Sand, & Gravel Association asking for additional information to support the findings and conclusions of the R.J. Lee Report.

procedures used by EPA, California EPA (Cal/EPA), the World Health Organization, and other federal agencies and international organizations. This approach was rejected by the R.J. Lee Group, which instead advocates use of asbestos fiber definitions which are not health based or supported by the majority of experts in the health community, and which would not allow comparison to the existing epidemiologic data on asbestos related cancers.

**The R. J. Lee Report Claims that EPA Region 9 Misapplied Fiber Counting Protocols** - The R. J. Lee Report claims that EPA Region 9 inflated the fiber counts in the El Dorado Hills air data by misapplying the International Standards Organization (ISO) method 10312 (the analytical method used by EPA to analyze the El Dorado air samples) and including PCME structures with a 3 to 1 length to width aspect ratio in our analysis. The R. J. Lee Report maintains that EPA should only have counted structures which met the general 5 to 1 aspect ratio fiber size definition described in the body of the ISO 10312 method. However, Annex C and Annex E of the ISO 10312 method specifically authorize the counting of PCME structures with a 3 to 1 aspect ratio. Another example of misleading information is the R.J. Lee Report's statistical evaluation and resulting conclusions regarding the concentrations of asbestos structures detected in the EPA air samples. All of the established EPA, National Institute of Occupational Safety and Health (NIOSH), and ISO analytical methods require the counting of asbestos bundles, recognizing the significance of bundles to proper characterization of asbestos fiber levels. The R.J. Lee Report did not include asbestos bundles in its analysis of the data, thereby undercounting the number of structures.

**The R. J. Lee Report Claims that EPA Region 9 Misidentified Amphibole Minerals -** The R. J. Lee Report concludes that EPA misidentified actinolite asbestos fibers in the El Dorado soil samples by using inappropriate extinction angle criteria. The R. J. Lee Group conclusion is contradicted by the National Institute of Standards and Technology (NIST) and the major analytical methods used for analysis of asbestos in soil and bulk samples. The R. J. Lee Report also cites an unpublished 1980 draft report to support its contention that structures found in the EPA air samples are not asbestos, and ignores a subsequent 1981 published report by the same author that actually supports the EPA approach.

**The R. J. Lee Report Applies a Geologic Definition rather than a Public Health Definition to Characterize Microscopic Structures** - The R. J. Lee Report relies heavily on the geologic distinction between asbestos fibers and cleavage fragments of the same dimensions, with the implication that exposure to cleavage fragments is benign and of little or no health significance. For the purposes of public health assessment and protection, EPA makes no distinction between fibers and cleavage fragments of comparable chemical composition, size, and shape. The EPA Region 9 approach, which is supported by most public health agencies and scientists, as well as the American Thoracic Society, is based on the following: (1) The epidemiologic and health studies underlying EPA and Cal/EPA cancer risk assessment methods were based on exposures to both cleavage fragments and fibers, and were unable to distinguish between the two, (2) The most recent panel of experts to review asbestos risk assessment methods, the 2003 Peer Consultation Panel convened by EPA, concluded that "it is prudent at

-2-

this time to conclude equivalent potency [of cleavage fragments and fibers] for cancer,"[2] (3) No well-designed animal or epidemiological studies have adequately tested the hypothesis that cleavage fragments with the same dimensions as a fiber are benign or that the human body makes any distinction, (4) Studies that purport to show that cleavage fragments are benign are questioned by many asbestos health experts, (5) There are no routine asbestos air analytical methods, including those used by EPA, NIOSH, the Mine Safety and Health Administration (MSHA), the American Society for Testing and Materials (ASTM), and ISO which differentiate between cleavage fragments and crystalline fibers on an individual fiber basis.

**The R. J. Lee Report's "Virtual" Review of EPA Region 9's Air Samples is Inconsistent with Established Laboratory Practices** - The R.J. Lee Group did not have access to EPA's actual air samples, nor did it collect any air samples of its own. Rather it reviewed limited pictures and spectra data of a small number of EPA's air samples and drew conclusions based on those representations. Such a virtual review is not consistent with the National Voluntary Laboratory Assurance Program (NVLAP) quality assurance procedures nor the verification methods of the National Institutes of Standards and Technology.

**Federal Courts Have Supported EPA** - Many of the assertions of the R. J. Lee Report are consistent with positions that the R.J. Lee Group took as an expert witness for W.R. Grace in the Libby, Montana litigation. In this litigation, the written opinions of the District and Appeals courts, while not specifically addressing the opinions of the R.J. Lee Group, rule in favor of EPA and expressly hold that EPA's experts and science are credible.[3]

<u>Background</u>

In October 2004, the EPA Region 9 Superfund site assessment program conducted an assessment of exposures to naturally occurring asbestos (NOA) in El Dorado Hills, California. Specifically, EPA Region 9 simulated the sports activities of children and adults at three schools and a community park and, using personal air monitors, measured asbestos levels in the breathing zones of participants. EPA Region 9 also collected samples of ambient air in the area of the sampling at the same time the simulations were conducted to serve as reference samples. The personal activity-based samples were then compared to the reference samples. The Asbestos Hazard Emergency Response Act (AHERA)[4] regulation Z-test for statistical

---

[2]USEPA (U.S. Environmental Protection Agency) (2003). Report on the Peer Consultation Workshop to Discuss a Proposed Protocol to Assess Asbestos-Related Risk, Final Report. Office of Solid Waste and Emergency Response, Washington D.C. Page viii.

[3] See U.S. v. W.R. Grace, 280 F Supp 2d 1149 (2003): U.S. v. W.R. Grace, 429 F. 3d 1224, 1245 (9th Cir. 2005) (Although debate regarding testing methodology and data analysis is "exceedingly complex", EPA did not ignore accepted scientific principles)

[4]The Asbestos Hazard Emergency Response Act (AHERA) was passed by Congress in 1986 to provide for the inspection and mitigation of asbestos in school buildings. Regulations implementing the Act were promulgated by EPA in 1987.

-3-

Case 3:16-cnd-02788-VC-SBLSR-Document10067-14-Filed-06/01/18/1-Page-211-of-395 PageID:
91018
Case 2:16-cv-00034-JRH-BKE Document 60-1 Filed 09/13/17 Page 7 of 27

significance was applied to determine whether there were any statistically significant differences between the personal exposure samples and the ambient reference samples. EPA Region 9 collected over 400 air samples and generated over 7000 data points. All of EPA Region 9's's analyses were conducted by accredited laboratories using recognized methods and procedures with strict quality assurance control, including blind performance samples to check analytical accuracy.

Amphibole asbestos, which many health scientists consider to be even more toxic than chrysotile asbestos, was found in almost all the reference and activity-based samples. Of the 29 different sets of activity-based scenario measurements, application of the Z-test determined that personal exposures from 24 scenarios were significantly elevated over the reference samples. Most importantly, the data showed that children and adults participating in sports activities in areas where asbestos occurs naturally in the surface soils, as it does in El Dorado Hills, can be exposed to asbestos fibers of health concern at up to 62 times the corresponding reference levels.

EPA Region 9 released the data from the assessment in May 2005 and held a public meeting in El Dorado Hills that was attended by more than 1000 members of the public. From the outset of the assessment, EPA Region 9 made clear to the community that EPA's only intent was to gather data on potential exposures. The community and the State and local regulatory agencies could then use the information to make decisions about the significance of those exposures and determine appropriate control measures. Both EPA Region 9 and the Agency for Toxic Substances and Disease Registry (ATSDR) have informed the community that exposure levels are a main determinant of the risk of developing asbestos-related cancers and non-cancer diseases, and that reducing the exposures reduces the risk. Consistent with its intent, EPA Region 9 has actively engaged the State and local regulatory agencies to improve naturally occurring asbestos mapping, monitoring, dust control, and regulation. El Dorado County has recently adopted more stringent dust control ordinances.

### Detailed Comments on the R. J. Lee Report

**R.J. Lee Finding #1: "Based on Mineralogy, Sixty-Three Percent (63%) of the Amphibole Particles Identified as Asbestos Fibers can not be Asbestos."**

The R. J. Lee Report argues that there is too much aluminum in 63% of EPA Region 9's identified fibers for the fibers to be asbestiform.[5] In addition, the remaining 37% (sometimes the Report uses 35%) are not asbestos fibers based on their particle dimensions.

**EPA Response**

**Aluminum -** Analysis of the EPA Region 9 El Dorado air samples was performed using the International Standards Organization (ISO) method 10312, a state-of-the-art

---

[5]Asbestiform: Having the form or structure of asbestos.

Case 3:16-cv-02788-WHO-JSI Document 10067-14-0 Filed 06/30/19 Page 212 of 395 PageID:
Case 2:16-cv-00034-JRH-BKE Document 60-11 Filed 08/18/17 Page 8 of 395 PageID:
91019

Transmission Electron Microscope (TEM)[6] method with energy dispersive spectroscopy (EDS)[7] that has strict counting rules and characterizes the dimensions and chemistry of every fiber identified by the microscopist. Identification of fiber type was performed according to the general guidelines of the International Mineralogical Association (IMA) (Leake, 1997)[8], the international standard for amphibole nomenclature. This same approach for asbestos classification is recommended in the "Research Method for Sampling and Analysis of Fibrous Amphibole in Vermiculite Attic Insulation", EPA 600/R-04/004, January 2004, and was one of the tools used by Meeker et al (2003)[9] to determine the composition and morphology of amphiboles from Libby, Montana.

The R. J. Lee Report claims that 63% of the amphibole fibers identified by the EPA laboratory[10] as actinolite asbestos have concentrations of total aluminum that are too high to form asbestos fibers. According to page 2 of the R. J. Lee Report, "Particles with more than 0.3 aluminum atoms pfu [per formula unit] or about 1.5 percent $Al_2O_3$ cannot form in the asbestos habit due to crystal lattice constraints." To support its argument, the R. J. Lee Report cites three references. However, on close examination, two of the three references do not agree with the upper threshold limit that the R.J. Lee Group puts on total aluminum content (Leake et al, 1997) (Deer, Howie and Zussman, 1997)[11]. The third reference (Verkouteren & Wylie, 2000)[12] draws its conclusions on examination of a

---

[6]Transmission Electron Microscopy (TEM) produces images of a sample by illuminating the sample with an electron beam in a vacuum, and detecting the electrons that are transmitted through the sample.

[7]Energy Dispersive Spectroscopy (EDS) uses measurement of the energy and intensity of X-rays generated when a selected area of a sample is irradiated with an electron beam to identify the mineralogical composition of a structure.

[8]B.E. Leake et al (1997). Nomenclature of Amphibole: Report of the Subcommittee on Amphiboles of the International Mineralogical Association, Commission on New Minerals and Mineral Names. American Mineralogist, Volume 82, pages 1019-1037.

[9]G.P. Meeker et al (2003). The Composition and Morphology of Amphiboles from the Rainy Creek Complex, Near Libby, Montana. American Mineralogist, Volume 88, pages 1955-1969.

[10]In this document, the terms "EPA laboratory" and "EPA Region 9 laboratory" refer to the private laboratories that conducted the analysis of the EPA soil and air samples under contract to EPA Region 9.

[11]W.A. Deer, R.A. Howie, and J. Zussman (1997). Rock-Forming Minerals: Double Chain Silicates, Vol 2, second edition, p 137 - 145.

[12]J.R. Verkouteren and A.G. Wylie (2000). The Tremolite-Actinolite-Ferro-Actinolite Aeries: Systematic Relationships Among Cell Parameters, Composition, Optical Properties, and

small set of fibrous actinolite asbestos samples which the authors partition into asbestos and fibrous "non-asbestos" byssolite using criteria which the IMA specifically recommends against, and which is inconsistent with all standard asbestos analytical methods. Perhaps most important is the fact that all three references agree that it is the IMA criteria which primarily govern the general classification of amphibole type, not the total aluminum content. These references therefore actually support the classification approach taken by the EPA laboratory.

The R.J. Lee Group did not have access to the EPA air samples to conduct their own analyses. Instead, the R.J. Lee Group looked at a limited number of photographs of the recorded EDS spectra. Interferences by other elements in the sample can affect the aluminum total in the spectra. This is especially important because the EPA samples were of air releases from soil, not processed asbestos material. Soils contain non-asbestos mineral and biological particles that can influence element totals in an EDS spectrum, most notably clay particles, which are high in aluminum. The laboratory used by EPA Region 9 identified aluminum-rich actinolite asbestos, by applying the IMA classification guidelines to its direct analysis of the actual sample.[13]

**Particle Dimension -** As previously stated, the R. J. Lee Report claims that 37% of the fibers counted by EPA in the El Dorado Hills air samples are not asbestos fibers based on their particle dimensions. The report claims that EPA Region 9 inflated the fiber counts by including asbestos structures which do not meet the definition of a fiber as described in ISO 10312. The general ISO 10312 method requires the counting of every asbestos structure with a length to width aspect ratio of 5:1 or greater. As directed by Region 9, the EPA laboratory counted structures with a 3:1 or greater aspect ratio. The R. J. Lee Report states that EPA erred in counting structures with aspect ratios less than 5:1. **Annex C and Annex E of the ISO method clearly authorize the counting of PCME structures with a 3:1 aspect ratio if the data are to be used for exposure or risk assessment purposes, the stated goal of the El Dorado Hills assessment. In fact, the ISO method contains numerous references to PCME fibers. PCME fibers are defined as fibers greater than 5 microns in length, and 0.25 to 3 microns in width with a 3:1 aspect ratio.[14] PCME fibers form the basis for EPA's IRIS toxicity database and the asbestos risk models of California EPA and other federal and international organizations.[15]**

_____

Habit, and Evidence of Discontinuities. American Mineralogist, 85, p. 1239 - 1254.

[13]Personal communication with John Harris, Lab/Cor, January 2006.

[14]World Health Organization (1986). Environmental Health Criteria 53, International Programme on Chemical Safety, Asbestos and Other Natural Mineral Fibres, section 2.3.2.2.

[15]The IRIS asbestos cancer inhalation unit risk, a measure of asbestos cancer potency, is based on the EPA 1986 Airborne Asbestos Health Assessment Update (EPA/600/8-84/003F; 1986). Cal/EPA used a similar approach and data sets to derive its cancer unit risk. Both the IRIS and the Cal/EPA cancer potency values rely on human epidemiological studies that were conducted using phase contrast microscopy (PCM) analytical methods (some were midget

Case 3:16-md-02738-MAS-RLS Document 10067-11 Filed 06/31/19 Page 214 of 895 PageID:
Case 2:16-cv-00034-JRH-BKE Document 60-1 Filed 09/15/17 Page 40 of 97
91021

The R.J. Lee Group also manipulates its statistical analysis of the El Dorado Hills air data by ignoring counts of asbestos fiber bundles in its evaluations. Bundles are two or more attached parallel asbestos fibers which can have a significant health impact when they are inhaled and separate into individual fibers. Bundles were counted in the historical epidemiological studies which form the basis of our knowledge of asbestos-related health effects and EPA's IRIS database. **All of the established EPA, NIOSH, and ISO analytical methods require the counting of asbestos bundles, recognizing the significance of bundles to proper characterization of asbestos fiber levels.**

The R. J. Lee Report further states that EPA's data inflated the asbestos fiber count by ignoring the Agency's own "definition" of asbestos. To support this claim, the R.J. Lee Report cites the glossary of "Method for Determination of Asbestos in Bulk Building Materials", EPA 600/R-93/116, 1993, which states, in part, "With the light microscope, the asbestiform habit is generally recognized by the following characteristics: Mean aspect ratios ranging from 20:1 to 100:1 or higher for fibers longer than 5 microns." The building material analytical method is designed to detect commercially processed asbestos in items like floor tiles, roofing felts, paper insulation, paints, and mastics, not naturally occurring asbestos on air filters or in soil samples. To present the 20:1 aspect ratio for commercial grade asbestos as a universal EPA policy, and to advocate its use as an appropriate standard for analyzing air samples of naturally occurring asbestos is inappropriate and contradictory to use of the PCME dimensional criteria as a tool for assessing exposure risk.

The R. J. Lee Report also states that the diffraction pattern analyses produced by the EPA laboratory for the El Dorado Hills air samples demonstrates that the particles identified by the laboratory are not asbestos.[16] The report cites a 1980 unpublished draft study by S.J. Ring to support its conclusion. The R. J. Lee Report does not mention a 1981 published article by the same author which revises the findings such that they no longer support the conclusion of the R. J. Lee Report and, in fact, support the data produced by

---

impinger data converted to PCM counts) that could not distinguish fibers that were 5 microns in length or less. PCM cannot distinguish between fibers and cleavage fragments. PCM is not as powerful as current Transmission Electron Microscope (TEM) methods (400X vs 20,000X as TEM can see the thinner/shorter fibers. However, since EPA's (and Cal/EPA 's) toxicity database relies on human health studies that used PCM, current EPA risk procedures use the more powerful TEM method but report the PCM equivalent (PCME) fibers and only use the PCME counted fibers in a risk assessment. This is because the IRIS asbestos file specifies that only PCME fiber counts be used with inhalation unit risk for risk calculation. See also the reference cited in footnote 11.

[16]Diffraction pattern analyses irradiates a sample with x-rays and then takes an x-ray photograph.

Case 3:16-md-02738-MAS-RLS Document 10067-11 Filed 06/31/19 Page 215 of 895 PageID:
Case 2:16-cv-00035-JRH-DKE Document 60-1 Filed 09/15/17 Page 21 of 27 PageID:
91022

EPA.[17]

### R.J. Lee Finding #2: "The Laboratory Procedures did not Comply With the NVLAP Quality Assurance Standard."

The R. J. Lee Report says that the false positive rate in our air samples was 35% when the acceptable limit in the National Voluntary Laboratory Accreditation Program (NVLAP) is 10%.

### EPA Response

The laboratories used by EPA Region 9 for analysis of the El Dorado Hills air and soil samples are accredited through the National Voluntary Laboratory Accreditation Program (NVLAP). NVLAP is administered by the National Institute of Standards and Technology, a non-regulatory agency within the U.S. Commerce Department. A large part of the accreditation process involves on-site audits performed by NVLAP-certified inspectors who review laboratory operational and quality assurance compliance parameters, including documentation proving compliance with NVLAP requirements for verification analyses. A laboratory must demonstrate that all analysts reporting data meet the false negative and false positive requirements set forth by NVLAP before an accreditation certificate is issued. To make a determination that a laboratory did not comply with NVLAP verification standards would require a very detailed examination of all laboratory generated raw data, project specific information, such as a site-specific EPA issued Quality Assurance Project Plan, laboratory instrument log books, and other data and information not supplied in an analytical report. Interviews with the laboratory manager, quality assurance manager, and involved analysts are also mandatory to make judgement on a laboratory's possible non-compliance. The R.J. Lee Report's conclusion that the EPA laboratory was not in compliance with NVLAP, based on a cursory review of count sheet and other limited data without the in-depth examination detailed above, is therefore invalid and cannot be used to question EPA's analytical results.

EPA chose NVLAP-accredited laboratories for the El Dorado Hills assessment as a minimum quality requirement. For supplemental quality assurance, the laboratories were subjected to on-site audits performed by EPA's Quality Assurance Technical Support group, and both laboratories were sent performance evaluation samples prior to analysis of the El Dorado samples. In addition, the laboratory conducting the air sample analysis was sent double blind performance evaluation samples during the sampling event. In all cases, the laboratories successfully identified the amounts and types of asbestos present on the blind samples within acceptable limits. Further, the El Dorado Hills air and soil data were validated by a third party in accordance with standard EPA quality assurance

---

[17]S.J. Ring (1981). Identification of Amphibole Fibers, Including Asbestos, Using Common Electron Diffraction Patterns. In Russell P.A. and Hutchings A.E. (Eds), Electron Microscopy and X-ray Applications to Environmental and Occupational Health Analysis, Vol. 2:175-198, Ann Arbor Science Publ., Inc.

procedures and were found to be acceptable for all uses.

**R. J. Lee Finding #3: "The Soil Samples do not Demonstrate the Presence of Amphibole Asbestiform Minerals."**

The R. J. Lee Report states that the actinolite asbestos fibers identified in the El Dorado Hills soil samples contain too much aluminum to be asbestiform and that the extinction angles of the fibers indicate that they are non-fibrous cleavage fragments. The R.J. Lee Group's analysis of 23 split soil samples from EPA's October 2004 sampling event found no asbestos in the samples.

**EPA Response**

**Aluminum** - The R. J. Lee Report states that the aluminum content of the fibers in the soil samples was too high to be asbestiform actinolite and that it was indicative of non-asbestiform actinolite and another amphibole, hornblende, which contains approximately 10-20% by weight $Al_2O_3$ (5.3-10.6% by weight aluminum). Both the laboratory performing EPA's El Dorado soil sample analysis and the laboratory which analyzed the EPA air samples noted significant quantities of hornblende in the samples, but did not count or report those particles as asbestos. Please see the EPA response to Finding #1 for a further discussion of the aluminum issue.

**Extinction Angles** - The extinction angle of a fiber evaluated by polarized light microscopy is one of many criteria used to identify mineralogical composition. The extinction angle for amphibole asbestos fibers is the difference in degrees between the long axis of the fiber and the angle at which the fiber optically disappears (the polarization direction where the light passing through it becomes "extinct") when the fiber is rotated under a polarized light microscope. The R.J. Lee Report states that amphibole asbestos fibers have a zero-degree extinction angle and that non-asbestos cleavage fragments have non-zero extinction angles. Therefore, because the EPA soil sample analysis reported extinction angles which, according to the R.J. Lee Group, averaged 12°, the report alleges EPA incorrectly identified cleavage fragments as asbestos fibers.

**The R.J. Lee Report's conclusion regarding extinction angles is contradicted by the National Institute of Standards and Technology (NIST) and the major analytical methods used for analysis of asbestos in soil and bulk samples.** NIST certifies and provides Standard Reference Materials (SRM) for laboratory instrument calibration and laboratory accuracy measurement. The NIST Tremolite/Actinolite SRM 1867A is a special set of three samples certified by NIST to be of ultra-high purity tremolite, actinolite, and anthophyllite asbestos and is considered the "gold standard" for asbestos analytical laboratories. The material is rigorously characterized and is accompanied by a six-page document that describes the properties of each sample. It is required that all analytical laboratories accredited by NIST/NVLAP have the material in their possession and that they use it to calibrate their operations and to test their analysts. The NIST SRM

-9-

1867A certificate which accompanies the samples of tremolite and actinolite states that the reference tremolite can have an extinction angle of up to $16.6 \pm 0.3^\circ$ and that the actinolite can have an extinction angle of up to $15.9 \pm 0.2^\circ$. When the EPA laboratory processed the NIST actinolite standard in the manner of the El Dorado Hills soil samples, the extinction angles of the fibers in the processed standard sample were consistent with allowed maximum extinction angles for tremolite/actinolite asbestos (~ $10^\circ$ to $20^\circ$) and the extinction angles of the fibers seen in the EPA soil samples.[18]

Further, the laboratory methods of EPA, NIOSH, and other agencies for analysis of asbestos in bulk material all state that tremolite-actinolite asbestos fibers may have zero (parallel) or *non-zero* (inclined or oblique) extinction angles. EPA Method 600/R-93/116[19], the standard method used by all NIST/NVLAP accredited laboratories to test building materials for the presence of asbestos, states in Table 2-2, Optical Properties of Asbestos Fibers, that tremolite-actinolite asbestos has extinction "parallel and oblique (up to $21^\circ$)." NIOSH Method 9002[20], the method used for analysis of the El Dorado Hills soil samples, states directly that actinolite and tremolite fibers exhibiting inclined extinction are to be considered asbestos. The method further states that "If anisotropic fibers are found (during PLM analysis), rotate the stage to determine the angle of extinction. Except for tremolite-actinolite asbestos which has oblique extinction at 10-20$^\circ$, the other forms of asbestos exhibit parallel extinction... Tremolite may show both parallel and oblique extinction."[21]

### R.J. Lee Finding #4: "The ISO 10312 Analytical Method can not Distinguish Between Asbestos Fibers and Non-Asbestos Cleavage Fragments."

The R.J. Lee Report states that the ISO 10312 method contains the disclaimer that "The method cannot discriminate between individual fibers of asbestos and non-asbestos analogues of the same amphibole material," and, therefore, EPA inflated the asbestos air concentrations by counting "cleavage fragments."

**EPA Response**

The ISO 10312 method cannot differentiate between fibers and cleavage fragments with

---

[18]M. Bailey (2006). Identification of Asbestiform Tremolite/Actinolite. Naturally Occurring Asbestos Workgroup Meeting Presentation.

[19]USEPA (U.S. Environmental Protection Agency) (1993). Method for the Determination of Asbestos if Bulk Building Materials. EPA Method 600/R-93/116.

[20]NIOSH (National Institute for Occupational Safety and Health) (1992). Asbestos (Bulk) by PLM.. Method 9002 (Issue 2).

[21]NIOSH (National Institute for Occupational Safety and Health) (1992). Asbestos (Bulk) by PLM.. Method 9002 (Issue 2). Qualitative Assessment, Item c, page 4.

-10-

the same dimensions and chemical composition. No routine analytical method has a protocol for distinguishing fibers from cleavage fragments on an individual particle basis. ==Additionally, from a health standpoint, there is no evidence that supports making the distinction.==

Cleavage fragment is a geologic term which refers to structures that form when non-fibrous forms of asbestos minerals split along crystallographic planes, as opposed to asbestos fibers which form from crystalline growth. The R.J. Lee Report maintains that there is a toxicological difference between asbestos structures which formed as fiber crystals and fibers which formed by cleavage plane separation. Page 3 of the R.J. Lee Report states that cleavage fragments are "not known to produce asbestos-like disease." **It is the position of EPA, the U.S. Centers for Disease Control and Prevention, Agency for Toxic Substances and Disease Registry (ATSDR) and National Institute for Occupational Safety and Health (NIOSH), and the American Thoracic Society, among others, that microscopic structures of amphibole and serpentine minerals that are asbestiform and meet the size definition of PCM fibers, should be counted as asbestos, regardless of the manner by which they were formed.** There are four reasons why the health agencies have taken this position: (1) The epidemiologic and health studies underlying EPA, and California EPA, cancer risk assessment methods were based on exposures to both cleavage fragments and fibers, but were unable to distinguish between the two, (2) The most recent panel of experts to review asbestos risk assessment methods, the 2003 Peer Consultation Panel convened by EPA, concluded that "it is prudent at this time to conclude equivalent potency [of cleavage fragments and fibers] for cancer,"[22] (3) No well-designed animal or human epidemiological studies have been conducted to date to test the hypothesis that cleavage fragments with the same dimensions of a fiber are benign, or that the human body makes any distinction, and studies that purport to show that cleavage fragments are benign are questioned by many asbestos health experts,[23] (4) There are no routine air analytical methods, including those used by EPA, NIOSH, the Mine Safety and Health Administration (MSHA), the American Society for Testing and Materials (ASTM), and the ISO which differentiate between cleavage fragments and crystalline fibers.

---

[22]USEPA (U.S. Environmental Protection Agency) (2003). Report on the Peer Consultation Workshop to Discuss a Proposed Protocol to Assess Asbestos-Related Risk, Final Report. Office of Solid Waste and Emergency Response, Washington D.C. Page viii.

[23]Both Addison (Addison J, Davies LST. 1990. Analysis of amphibole asbestos in chrysotile and other minerals. Ann Occ Hyg, Apr;34(2):159-75) and members of the U.S. EPA 2003 Peer Consultation panel raised concerns about interpretation of the Davis study (Davis JM, McIntosh C, Miller BG, Niven K. 1991. Variations in the carcinogenicity of tremolite dust samples of differing morphology. Ann NY Acad Sci, Dec;643:473-90 ), which attempted to compare the toxicity of asbestos fibers and cleavage fragments. These concerns reflected the lack of peer review, use of intra peritoneal injection instead of inhalation exposure, significance of mesotheliomas caused by structures reported as cleavage fragments, purity of the cleavage fragment samples and issues related to fiber dimensions.

In terms of epidemiological data and health outcomes, the cleavage fragment argument is without merit. For the purposes of public health assessment and protection, EPA makes no distinction between fibers and cleavage fragments of comparable chemical composition, size, and shape.

**There are no recognized analytical protocols, including those used by EPA, NIOSH, MSHA, ASTM, and ISO, which include criteria to differentiate between cleavage fragments and crystalline fibers.** All these methods require that structures which meet their definition of the specific counting rules for an asbestos fiber be counted. The requirements are based on the fact that, in the words of an expert from the United States Geological Survey, "At a microscopic level, distinguishing between these forms on single [asbestos] particles, can be extremely difficult to impossible."[24] As noted above, R.J. Lee made a very similar claim with regard to cleavage fragments as the expert witness for W.R. Grace in the Libby, Montana, Superfund cost recovery litigation. The EPA analytical experts who reviewed the R.J. Lee Group's testing methodology related to the Libby site found that the R.J. Lee laboratory could not demonstrate any reliable criteria with which to distinguish, at the microscopic level, asbestos cleavage fragments from asbestos fibers of the same size, shape, and composition. The Ninth Circuit Court of Appeals recognized the competing scientific arguments but found that EPA's position was consistent with the record of evidence and accepted scientific principles.[25]

**R.J. Lee Finding #5: "Applying the Latest Science and Definitional Techniques, the El Dorado Hills Study Shows no Significant Exposure to the Type of Amphibole Asbestos Fiber Connected To Health Risk."**

The R. J. Lee Report claims that the latest science for measuring the risk posed by asbestos is the Berman-Crump Asbestos Risk Assessment Protocol ("Berman-Crump") which proposes that amphibole asbestos fibers which are more than 10 microns long and less than 0.5 microns wide (protocol fibers) are the most toxic. Of the 2,386 fibers which the R. J. Lee Report states the EPA laboratory identified, the R.J. Lee Report concludes that only 7 fibers meet the "Berman-Crump" definition. Therefore, the R.J. Lee Group maintains that EPA has overstated the risk from exposure to asbestos fibers in El Dorado Hills.

**EPA Response**

The "Berman-Crump" protocol that the R.J. Lee Report references is in fact a draft EPA method. EPA had the method reviewed by a peer consultation panel in 2003. The panel made a number of important recommendations that must be addressed before the method can be used for EPA risk assessments. A number of important revisions have been made

---

[24]G.P. Meeker, USGS, (2002). Review of Expert Report of R.J. Lee.

[25]U.S. v. W.R. Grace, 429 F.3d at 1245.

-12-

to the draft method since 2003, but at this time the method has not been independently peer reviewed.  <mark>It will not be adopted by EPA as a risk assessment tool unless and until it passes rigorous internal and external peer review.</mark>

The expert peer panel has recommended that the fiber size for the draft EPA risk assessment method be adjusted to include fibers greater than 5 microns in length and up to 1.5 microns in width.[26]  The change is designed to account for lung deposition of fibers that results when fibers are inhaled through the mouth, and not filtered by the nasal passages.  The broadening of the fiber definition to include inhalation by "mouth breathers" is especially relevant to the El Dorado Hills data.  Our investigation measured personal asbestos exposures of individuals participating in sports activities, where physical exertion would likely increase breathing through the mouth.  **The PCME fibers counted in the EPA air samples are actually consistent with the latest science of EPA, as reflected in the recommendations of the peer consultation panel.**  In addition, the EPA peer consultation expert panel recommended that cleavage fragments be treated as any other asbestos fiber of the same morphology and chemical composition.[27]

EPA Region 9 focused on obtaining an accurate count of PCME structures, consistent with our risk assessment protocols and those of Cal/EPA and other health agencies.  The counting rules which EPA set for the laboratory were designed to stop counting when a statistically-significant number of PCME fibers were detected.  By concentrating on PCME structures, other fiber size classifications may not have been counted to statistical significance.  This may have resulted in under counts of other fiber sizes (e.g. the "Berman Crump" protocol fibers referred to in the R. J. Lee Report).  **EPA Region 9's study counted PCME structures so that the data could be directly compared to human health epidemiological studies.**  These epidemiological studies form the basis for risk assessment models currently used by EPA, Cal/EPA and other federal agencies and international organizations.

### R. J. Lee Report Peer Reviews

The R. J. Lee Report was reviewed by three individuals, although research of one of the individuals was extensively quoted in the report and therefore the independence of the reviewer is debatable.  The three reviewers generally agree with the conclusions of the R. J. Lee Report regarding aluminum content, fiber chemistry, cleavage fragments, and extinction angles.

Both the R. J. Lee Report and one of the reviewers support use of the original "Berman-

---

[26]USEPA (U.S. Environmental Protection Agency) (2003).  Report on the Peer Consultation Workshop to Discuss a Proposed Protocol to Assess Asbestos-Related Risk, Final Report.  Office of Solid Waste and Emergency Response, Washington D.C.  Page 5-5.

[27]Ibid, page 5-1.

-13-

Crump" protocol and calculate a "Berman-Crump" fiber air concentration of 0.0002 fibers/cubic centimeter, using the EPA fibers which they assert meet the "Berman-Crump" definition. The peer reviewer then compares that concentration with an ambient concentration of 0.0008 fibers/milliliter measured in New York City, and states that the "Berman-Crump" value in El Dorado Hills is extremely low. This comparison is flawed for at least two reasons. Significantly, the New York City numbers are based on fibers counted against a totally different size classification (essentially comparing apples to oranges), but **the reviewer also fails to recognize that a concentration of 0.0002 f/cc translates in the protocol to an increased cancer risk of 1 in 1,000 exposed individuals.** This number is disturbingly high and is outside the acceptable cancer risk ranges of EPA, Cal/EPA, and most other state and federal health agencies.

## Conclusions

EPA Region 9 has carefully reviewed the R. J. Lee Report and believes that it makes largely unsupported and incorrect conclusions about the EPA Region 9 El Dorado Hills Naturally Occurring Asbestos Exposure Assessment. EPA Region 9 has asked the United States Geological Survey (USGS) to conduct an independent study of the El Dorado County area to address several mineralogical questions raised by the R. J. Lee Report. The USGS study will use sophisticated analytical techniques (such as electron probe micro analysis) to more completely characterize the naturally occurring asbestos in terms of mineral identification and particle morphology.

All of the EPA Region 9 work in El Dorado Hills was, and continues to be, consistent with the EPA's standard operating and quality control procedures for asbestos work throughout the country.

-14-

Exhibit 93



**Friday,**

**February 29, 2008**

Part IV

# Department of Labor

**Mine Safety and Health Administration**

**30 CFR Parts 56, 57, and 71**
**Asbestos Exposure Limit; Final Rule**

**DEPARTMENT OF LABOR**

**Mine Safety and Health Administration**

**30 CFR Parts 56, 57, and 71**

**RIN 1219–AB24**

**Asbestos Exposure Limit**

**AGENCY:** Mine Safety and Health Administration, Labor.

**ACTION:** Final rule.

**SUMMARY:** The Mine Safety and Health Administration (MSHA) is revising its existing health standards for asbestos exposure at metal and nonmetal mines, surface coal mines, and surface areas of underground coal mines. This final rule reduces the permissible exposure limits for airborne asbestos fibers and makes clarifying changes to the existing standards. Exposure to asbestos has been associated with lung cancer, mesothelioma, and other cancers, as well as asbestosis and other nonmalignant respiratory diseases. This final rule will help improve health protection for miners who work in an environment where asbestos is present and lower the risk that miners will suffer material impairment of health or functional capacity over their working lifetime.

**DATES:** This final rule is effective April 29, 2008.

**FOR FURTHER INFORMATION CONTACT:** Patricia W. Silvey at *silvey.patricia@dol.gov* (E-mail), 202–693–9440 (Voice), or 202–693–9441 (Fax).

**SUPPLEMENTARY INFORMATION:** The outline of this preamble is as follows:

I. Summary
II. Background to the Final Rule
  A. Scope of Final Rule
  B. Mineralogy and Analytical Methods for Asbestos
  C. Summary of Asbestos Health Hazards
  D. Factors Affecting the Occurrence and Severity of Disease
  E. MSHA Asbestos Standards
  F. OSHA Asbestos Standards
III. Asbestos Exposures in Mines
  A. Where Asbestos Is Found at Mines
  B. Sampling Data and Exposure Calculations
  C. Summary of MSHA's Asbestos Air Sampling and Analysis Results
  D. Prevention of Asbestos Take-Home Contamination
IV. Application of OSHA'S Risk Assessment to Mining
  A. Summary of OSHA's Risk Assessment
  B. Risk Assessment for the Mining Industry
  C. Characterization of the Risk to Miners
V. Section-by-Section Analysis of Final Rule
  A. Sections 56/57.5001(b)(1) and 71.702(a): Definitions
  B. Sections 56/57.5001(b)(2) and 71.702(b): Permissible Exposure Limits (PELs)
  C. Sections 56/57.5001(b)(3) and 71.702(c): Measurement of Airborne Fiber Concentration
  D. Section 71.701(c) and (d): Sampling; General Requirements
VI. Regulatory Analyses
  A. Executive Order (E.O.) 12866
  B. Feasibility
  C. Alternatives Considered
  D. Regulatory Flexibility Analysis (RFA) and Small Business Regulatory Enforcement Fairness Act (SBREFA)
  E. Other Regulatory Considerations
VII. Copy of the OSHA Reference Method (ORM)
VIII. References Cited in the Preamble

## I. Summary

The final rule lowers MSHA's permissible exposure limits (PELs) for asbestos; incorporates the Occupational Safety and Health Administration (OSHA) Reference Method (29 CFR 1910.1001, Appendix A) for MSHA's analysis of mine air samples for asbestos; and makes several clarifying changes to MSHA's existing rule. MSHA is issuing this health standard limiting miners' exposure to asbestos under section 101(a)(6)(A) of the Federal Mine Safety and Health Act of 1977 (Mine Act). MSHA based this final rule on its experience, an assessment of the health risks of asbestos, OSHA's rulemaking history and enforcement experience with its asbestos standard and public comments and testimony on MSHA's asbestos proposed rule.

To protect the health of miners, this final rule lowers MSHA's 8-hour, time-weighted average (TWA), full-shift PEL from 2 fibers per cubic centimeter of air (f/cc) to 0.1 f/cc. The existing excursion limit for metal and nonmetal mines is 10 fibers per milliliter (f/mL) for 15 minutes and the existing excursion limit for coal mines is 10 f/cc for a total of 1 hour in each 8-hour day. This final rule lowers these existing excursion limits to 1 f/cc for 30 minutes. Together, these lower PELs significantly reduce the risk of material impairment for exposed miners. These final PELs are the same as proposed and the same as OSHA's asbestos exposure limits. Although OSHA stated in the preamble to its 1994 final rule (59 FR 40967) that there is a remaining significant risk of material impairment of health or functional capacity at the 0.1 f/cc limit, OSHA concluded that this concentration is "the practical lower limit of feasibility for measuring asbestos levels reliably." MSHA agrees with this conclusion.

To clarify the criteria for the analytical method that MSHA will use to analyze mine air samples for asbestos under this final rule, the rule includes a reference to Appendix A of OSHA's asbestos standard (29 CFR 1910.1001). Appendix A specifies basic elements of a phase contrast microscopy (PCM) method for analyzing airborne asbestos samples, which includes the same basic analytical elements as those specified in MSHA's existing standards.

Because the risk assessment used as the basis for MSHA's asbestos PELs relies on PCM-based methodology, MSHA will continue to use PCM as the primary methodology for analyzing air samples to determine compliance with the PELs. PCM provides a relatively quick and cost-effective analysis of asbestos samples. In addition, MSHA will continue to follow-up with its policy of using a transmission electron microscopy (TEM) analysis when PCM results indicate a potential overexposure.

MSHA, however, encourages the development of analytical methods specifically for asbestos in mine air samples. MSHA will consider using a method statistically equivalent to Appendix A, if it meets the OSHA Reference Method (ORM) equivalency criteria in OSHA's asbestos standard [29 CFR 1910.1001(d)(6)(iii)] and is recognized by a laboratory accreditation organization. For example, ASTM D7200–06, "Standard Practice for Sampling and Counting Airborne Fibers, Including Asbestos Fibers, in Mines and Quarries, by Phase Contrast Microscopy and Transmission Electron Microscopy," uses the same procedure as NIOSH 7400 to identify fibers. ASTM D7200–06 then has an additional procedure to discriminate potential asbestos fibers, which NIOSH 7400 does not. NIOSH is supporting an ASTM inter-laboratory study to determine whether this additional procedure can be performed accurately and consistently. This procedure was developed in part as a result of this rulemaking and has not been validated.

## II. Background to the Final Rule

### A. Scope of Final Rule

This final rule applies to all metal and nonmetal mines, surface coal mines, and surface areas of underground coal mines. It is substantively unchanged from the proposed rule and contains the same PELs and analytical method as in OSHA's asbestos standard. Some commenters supported additional changes to MSHA's definition of asbestos and its analytical method. Others recommended that MSHA propose additional requirements from the OSHA asbestos standard to prevent take-home contamination. Such changes were not contemplated in the proposed

rule and, therefore, are beyond the scope of this final rule.

## B. Mineralogy and Analytical Methods for Asbestos

Asbestos is a generic term used to describe the fibrous habits of specific naturally occurring, hydrated silicate minerals. Several federal agencies [1] have regulations that address six asbestos minerals: chrysotile, crocidolite, cummingtonite-grunerite asbestos (amosite), actinolite asbestos, anthophyllite asbestos, and tremolite asbestos. Other agencies address asbestos more generally.[2]

The terminology used to refer to how minerals form and how they are named is complex. Much of the existing health risk data for asbestos uses the commercial mineral terminology.[3] In the asbestiform habit, mineral crystals grow forming long, thread-like fibers. The U.S. Bureau of Mines defined *asbestiform minerals* to be ''a certain type of mineral fibrosity in which the fibers and fibrils possess high tensile strength and flexibility.'' [4] When light pressure is applied to an asbestiform fiber, it bends much like a wire, rather than breaks. In the nonasbestiform habit, mineral crystals do not grow in long thin fibers; they grow in a more massive habit. When pressure is applied, the nonasbestiform crystals fracture into prismatic particles, which are called cleavage fragments because they result from the particle's breaking or cleavage. Cleavage fragments may be formed when nonfibrous minerals are crushed, as may occur in mining and milling operations. Distinguishing between asbestiform fibers and cleavage fragments in certain size ranges can be difficult or impossible for some minerals.[5]

## C. Summary of Asbestos Health Hazards

Studies first identified health problems associated with occupational exposure to asbestos in the early 20th century among workers involved in the manufacturing or use of asbestos-containing products.[6] These studies identified the inhalation of asbestos as the cause of asbestosis, a slowly progressive disease that produces lung scarring and loss of lung elasticity. Studies also found that asbestos caused lung and several other types of cancer.[7] For example, mesotheliomas, rare cancers of the lining of the chest or abdominal cavities, are almost exclusively attributable to asbestos exposure. Once diagnosed, they are rapidly fatal. The damage following many years of workplace exposure to asbestos is generally cumulative and irreversible. Most asbestos-related diseases have long latency periods, typically not producing symptoms for 20 to 30 years following initial exposure. Studies also indicate adverse health effects in workers who have had relatively brief exposures to asbestos.[8]

Several studies have examined respiratory health and respiratory symptoms of asbestos-exposed workers.[9] Asbestos-induced pleurisy is the most common asbestos-related condition to occur during the 20-year period immediately following a worker's first exposure to asbestos.[10] Pleural plaques may develop within 10–20 years after an initial asbestos exposure [11] and slowly progress in size and amount of calcification, independent of any further exposure. Diffuse pleural thickening and pleural plaques are biologic markers reflecting previous asbestos exposure.[12] In addition, presence in lung tissue of asbestos fibers with a coating of iron and protein, called asbestos bodies, is one of the criteria that serve to support a pathologic diagnosis of asbestosis.[13] These nonmalignant respiratory conditions can be used to identify at-risk miners prior to their developing a more serious asbestos disease.

Because the hazardous effects from exposure to asbestos are well known, MSHA's discussion in this section will focus on the results of studies and literature reviews published since the publication of OSHA's risk assessment, and those involving miners. One such review by Tweedale (2002) stated,

Asbestos has become the leading cause of occupational related cancer death, and the second most fatal manufactured carcinogen (after tobacco). In the public's mind, asbestos has been a hazard since the 1960s and 1970s. However, the knowledge that the material was a mortal health hazard dates back at least a century, and its carcinogenic properties have been appreciated for more than 50 years.

Greenberg (2003) also published a recent review of the biological effects of asbestos and provided a historical perspective similar to that of Tweedale.

The three most commonly described adverse health effects associated with asbestos exposure are lung cancer, mesotheliomas, and pulmonary fibrosis (i.e., asbestosis). OSHA, in its 1986 asbestos rule, reviewed each of these diseases and provided details on the studies demonstrating the relationship between asbestos exposure and the clinical evidence of disease.[14] In 2001, the Agency for Toxic Substances and Disease Registry (ATSDR) published an updated *Toxicological Profile for Asbestos* that also included an extensive discussion of these three diseases. A search of peer-reviewed scientific literature yielded many new articles [15] that continue to demonstrate and support findings of asbestos-induced lung cancer, mesotheliomas, and asbestosis, consistent with the conclusions of OSHA and ATSDR. Thus, in the scientific community, there is compelling evidence of the adverse health effects of asbestos exposure.

## D. Factors Affecting the Occurrence and Severity of Disease

The toxicity of asbestos, and the subsequent occurrence of disease, is related to its concentration in the air and the duration of exposure. Other variables, such as the fiber's characteristics or the effectiveness of a person's lung clearance mechanisms, lung fiber burden, residence-time-weighted cumulative exposures, and susceptible populations are also relevant factors affecting disease severity.[16]

### 1. Fiber Concentration

Early airborne asbestos dust measurements had counted particles

---

[1] In addition to MSHA's and OSHA's existing worker protection standards, other federal statutory and regulatory requirements that apply only to the six commercial varieties of asbestos include the Asbestos Hazard Emergency Response Act (AHERA) [15 U.S.C. 2642(3)] and the Clean Air Act's National Emission Standards for Hazardous Air Pollutants (NESHAP) [40 CFR 61.141].

[2] Asbestos is listed as a hazardous air pollutant under the Clean Air Act [42 U.S.C. 7412(b)(1)]; as a hazardous substance under the Comprehensive Environmental Response, Compensation and Liability Act [40 CFR 302.4]; and in EPA's Integrated Risk Information System (IRIS), a collection of health assessment information regarding the toxicity of asbestos, *http://www.epa.gov/IRIS/subst/0371.htm.*

[3] Asbestos mineralogy was discussed more fully in the proposed rule (70 FR 43952–43953).

[4] U.S. Bureau of Mines (Campbell *et al.*), 1977.

[5] Meeker *et al.*, 2003.

[6] GETF Report, p. 38, 2003; OSHA (40 FR 47654), 1975.

[7] Doll, 1955; Reeves *et al.*, 1974; Becker *et al.*, 2001; Browne and Gee, 2000; Sali and Boffetta, 2000; IARC, 1987.

[8] Sullivan, 2007.

[9] Wang *et al.*, 2001; Delpierre *et al.*, 2002; Eagen *et al.*, 2002; Selden *et al.*, 2001.

[10] Rudd, 2002.

[11] Bolton *et al.*, 2002; OSHA, 1986.

[12] ATSDR, 2001; Manning *et al.*, 2002.

[13] ATSDR, 2001; Peacock *et al.*, 2000; Craighead *et al.*, 1982.

[14] Berry and Newhouse, 1983; Dement *et al.*, 1982; Finkelstein, 1983; Henderson and Enterline, 1979; Peto, 1980; Peto *et al.*, 1982; Seidman *et al.*, 1979; Seidman, 1984; Selikoff *et al.*, 1979; Weill *et al.*, 1979.

[15] Baron, 2001; Bolton *et al.*, 2002; Manning *et al.*, 2002; Nicholson, 2001; Osinubi *et al.*, 2000; Roach *et al.*, 2002.

[16] ICRP, 1966; EPA, 1986; West, 2000 and 2003; Manning *et al.*, 2002.

and reported the results as millions of particles per cubic foot of air (mppcf). Most recent studies express the concentration of asbestos as the number of fibers per cubic centimeter (f/cc). Some studies have also reported asbestos concentrations in the number of fibers per milliliter (f/mL), which is an equivalent concentration to f/cc. MSHA's existing PELs for asbestos are expressed in f/mL for metal and nonmetal mines and as f/cc for coal mines. To improve consistency and avoid confusion, MSHA expresses the concentration of asbestos fibers as f/cc in this final rule, for both coal and metal and nonmetal mines.

In the late 1960s, scientists correlated PCM-based fiber counting methods with the earlier types of dust measurements, which provided a means to estimate earlier workers' asbestos exposures and enabled researchers to develop a dose-response relationship with the occurrence of disease. The British Occupational Hygiene Society reported[17] that a worker exposed to 100 fiber-years per cubic centimeter (e.g., 50 years at 2 f/cc, 25 years at 4 f/cc, 10 years at 10 f/cc) would have a 1 percent risk of developing early signs of asbestosis. The correlation of exposure levels with the disease experience of populations of exposed workers provided a basis for setting an occupational exposure limit for asbestos measured by the concentration of the fibers in air.

OSHA (51 FR 22617) applied a conversion factor of 1.4 to convert mppcf, which includes all particles of respirable size, to f/cc, which includes only those particles greater than 5 μm in length with at least a 3:1 aspect ratio. More recently, Hodgson and Darnton (2000) recommended the use of a factor of 3. In reviewing the scientific literature, MSHA did not critically evaluate the impact of these and other conversion factors. MSHA notes this difference here for completeness. MSHA is relying on OSHA's risk assessment and, thus, is using OSHA's conversion factor.

### 2. Duration of Exposure

The duration of exposure (T) is reported in both epidemiological and toxicological studies, and is generally much shorter in animal studies (e.g., months versus years). In epidemiological studies involving toxic substances that do not have acute health effects, such as asbestos, duration of exposure is typically expressed in years.

### 3. Cumulative Exposure

When developing dose-response relationships for asbestos-induced health effects, researchers typically use the product of exposure concentration (C in f/cc) and exposure duration (T in years), expressed as fiber-years,[18] to indicate the level of exposure or dose. When summed over all periods of exposure, this measure is called cumulative exposure. Because of the difficulties in obtaining good quantitative exposure assessments, cumulative exposure expressed in fiber-years is often selected as the common metric for the levels of exposures reported in epidemiological studies.

Finkelstein[19] noted that this product of exposure concentration times duration of exposure ($C \times T$) assumes an equal weighting of each variable (C, T). Finkelstein stated further that exposure at a low concentration for a long period of time may be numerically equivalent to exposure at a high concentration for short periods of time; but, they may not be biologically equivalent. What this means is that, in some studies, either concentration or duration of exposure may be more important in predicting disease. For example, in the case of mesothelioma risk following asbestos exposure, Finkelstein[20] concluded that "* * * duration of exposure may dominate the exposure term * * *".

### 4. Fiber Characteristics

Baron (2001) reviewed techniques for the measurement of fibers and stated, "* * * fiber dose, fiber dimension, and fiber durability are the three primary factors in determining fiber toxicity * * *". Manning et al. (2002) also noted the important roles of bio-persistence (i.e., durability), physical properties, and chemical properties in defining the "toxicity, pathogenicity, and carcinogenicity" of asbestos. Roach et al. (2002) stated that—

Physical properties, such as length, diameter, length-to-width (aspect ratio), and texture, and chemical properties are believed to be determinants of fiber distribution [in the body] and disease severity.

Many other investigators[21] also have concluded that the dimensions of asbestos fibers are biologically important.

The NIOSH 7400 analytical method used by MSHA's contract laboratories specifies that analysts count those fibers that are greater than 5 micrometers

(microns, μm) in length with a length to diameter aspect ratio of at least 3:1. Several recent publications[22] support this aspect ratio, although larger aspect ratios such as 5:1 or 20:1 have been proposed.[23] There is some evidence that longer, thinner asbestos fibers (e.g., greater than 20 μm long and less than 1 μm in diameter) are more potent carcinogens than shorter fibers. Suzuki and Yuen (2002), however, concluded that "Short, thin asbestos fibers should be included in the list of fiber types contributing to the induction of human malignant mesotheliomas * * * ". More recently, Dodson et al. (2003) concluded that all lengths of asbestos fibers induce pathological responses and that researchers should exercise caution when excluding a population of inhaled asbestos fibers based on their length.

Researchers have found neither a reliable method for predicting the contribution of fiber length to the development of disease, nor evidence establishing the exact relationship between them. There is suggestive evidence that the dimensions of asbestos fibers may vary with different diseases. A continuum may exist in which shorter, wider fibers produce one disease, such as asbestosis, and longer, thinner fibers produce another, such as mesotheliomas.[24]

Some commenters suggested that MSHA consider additional fiber characteristics, such as durability, in evaluating risk. Some emphasized that not all fibers with the same dimensions will lead to the same disease endpoint. The science is inconclusive on the relationship between the various fiber characteristics and the disease endpoints.[25]

### E. MSHA Asbestos Standards

The early PELs for asbestos in mining dropped dramatically as more information on the health effects of asbestos exposure became evident 20 to 30 years (latency period) following its widespread use during the 1940s.

| Year | 8-hour TWA, Asbestos PEL |
|------|--------------------------|
| 1967 ....... | 5 mppcf (30 f/mL) |
| 1969 ....... | 2 mppcf (12 f/mL) |
| 1974 ....... | 5 f/mL for metal and nonmetal mines |
| 1976 ....... | 2 f/cc for surface areas of coal mines (41 FR 10223) |
| 1978 ....... | 2 f/mL for metal and nonmetal mines (43 FR 54064) |

---

[17] Lane et al., 1968; OSHA (40 FR 47654), 1975; NIOSH, 1980.

[18] ATSDR, 2001; Fischer et al., 2002; Liddell, 2001; Pohlabeln et al., 2002.

[19] Finkelstein, 1995; ATSDR, p. 42, 2001.

[20] Finkelstein, 1995

[21] ATSDR, 2001; ATSDR, 2003; Osinubi et al., 2000; Peacock et al., 2000; Langer et al., 1979.

[22] ATSDR, 2001; Osinubi et al., 2000.

[23] Wylie et al., 2002.

[24] ATSDR, pp. 39–41, 2001; ATSDR, 2003; Mossman, pp. 47–50, 2003; Kuempel et al., 2006.

[25] Hodgson and Darnton, 2000; Browne, 2001; Liddell, 2001; ATSDR, 2001.

On March 29, 2002 (67 FR 15134), MSHA published an advance notice of proposed rulemaking to obtain public comment on how best to protect miners from exposure to asbestos. MSHA published the proposed rule on July 29, 2005 (70 FR 43950) and held two public hearings in October 2005.

### F. OSHA's Asbestos Standards

Like MSHA's, OSHA's 8-hour TWA PEL for occupational exposure to asbestos dropped dramatically over the past several decades.

| Year | 8-hour TWA Asbestos PEL |
|------|--------------------------|
| 1971 ....... | 12 f/cc |
| 1971 ....... | 5 f/cc |
| 1972 ....... | 2 f/cc |
| 1983 ....... | 0.5 f/cc [26] |
| 1986 ....... | 0.2 f/cc [27] |
| 1994 ....... | 0.1 f/cc |

In addition, on September 14, 1988, OSHA promulgated an asbestos excursion limit of 1 f/cc over a sampling period of 30 minutes (53 FR 35610).

OSHA's 1986 standards had applied to occupational exposure to both asbestiform and nonasbestiform actinolite, tremolite, and anthophylite. On June 8, 1992, OSHA removed the nonasbestiform types of these minerals from the scope of its asbestos standards (57 FR 24310).

## III. Asbestos Exposures in Mines

### A. Where Asbestos Is Found at Mines

Asbestos exposure of miners can come from either naturally occurring asbestos in the ore or host rock or from asbestos contained in manufactured products.

#### 1. Metal and Nonmetal Mines

The National Institute for Occupational Safety and Health (NIOSH) and other research organizations and scientists have noted the occurrence of cancers and asbestosis among miners involved in the mining and milling of commodities that contain asbestos.[28] (See Table IV–3.) Although asbestos is no longer mined as a commodity in the United States, veins, pockets, or intrusions of asbestos-containing minerals have been found in other ores in specific geographic regions, primarily in metamorphic or igneous rock.[29] It is possible to find

asbestos in sedimentary rock. The U.S. Geological Survey (USGS) has reported weathering or abrasion of asbestos-bearing rock and soil, or air transportation, to carry asbestos to sedimentary deposits.[30] MSHA's experience is that miners may encounter asbestos during the mining of a number of mineral commodities,[31] such as talc, limestone and dolomite, vermiculite, wollastonite, banded ironstone and taconite, lizardite, and antigorite. Even if asbestos contamination is found in a specific mineral commodity, not all mines of that commodity will encounter asbestos and those that do may encounter it rarely. (See Table III–1.)

Mining activities, such as blasting, cutting, crushing, grinding, or simply disturbing the ore or surrounding rock may cause asbestos fibers to become airborne.[32] Milling may transform bulk ore containing asbestos into respirable fibers. Asbestos tends to deposit on workplace surfaces and accumulate during the milling process, which is often in enclosed buildings. The use of equipment and machinery or other activities in these locations may re-suspend the asbestos-containing dust from these surfaces into the air. For this reason, MSHA generally finds higher asbestos concentrations in mills than among mobile equipment operators or in ambient environments, such as pits.

Some mine operators are making an effort to avoid deposits that are likely to contain asbestos minerals. They use knowledge of the geology of the area, core or bulk sample analysis, and workplace examinations (of the pit) to avoid encountering asbestos deposits, thus preventing asbestos contamination of their process stream and final product.[33]

#### 2. Coal Mines

MSHA is aware of only one coal formation in the United States that contains naturally occurring asbestos; however, there is no coal mining in this formation.[34] The more likely exposure to asbestos in coal mining occurs at surface operations from introduced asbestos-containing materials (ACM).

#### 3. Asbestos-Containing Materials (ACM)

Asbestos is a component in some commercial products and may be found

as a contaminant in others. The USGS estimates that, during 2006, manufacturers in the United States used about 2,340 metric tons (5.2 million pounds) of asbestos, primarily in roofing products and coatings and compounds. In addition to domestic manufacturing, the United States continues to import products that contain asbestos, primarily cement products, such as flat cement panels, sheets, and tiles.[35]

Although manufacturers have removed the asbestos from many new products,[36] asbestos may still be found at mines. Asbestos-containing building materials (ACBM), such as Transite® board and reinforced cements, could present a hazard during maintenance, construction, remodeling, rehabilitation, or demolition projects. Asbestos in manufactured products, such as electrical insulation, joint and packing compounds, automotive clutch and brake linings,[37] and fireproof protective clothing and welding blankets, could present a hazard during activities at the mine site that may cause a release of fibers.[38] MSHA expects mine operators to determine whether ACM or ACBM are present on mine property by reading the labels or Material Safety Data Sheets (MSDS) required by the OSHA Hazard Communication Standard (29 CFR 1910.1200). The presence of asbestos at a mine indicates that there is a potential for exposure.

### B. Sampling Data and Exposure Calculations

To evaluate asbestos exposures in mines, MSHA collects personal exposure samples. MSHA samples a miner's entire work shift using a personal air-sampling pump and a filter-cassette assembly. This assembly is composed of a 50-mm static-reducing, electrically conductive, extension cowl and a 0.8 μm pore size, 25-mm diameter, mixed cellulose ester (MCE) filter. Following standard sampling procedures, MSHA also submits blank filters for analysis.

MSHA collects a sample over the entire time the miner works; 10- to 12-hour shifts are common. The time-weighted average (TWA) PELs in MSHA's standards, however, are based on an 8-hour workday. Regardless of the actual shift length, MSHA calculates a full-shift concentration as if the fibers had been collected over an 8-hour shift. For work schedules less than or greater than 8 hours, this technique allows MSHA to compare a miner's exposure

[26] U.S. Court of Appeals for the 5th Circuit invalidated this rule on March 7, 1984, in *Asbestos Information Association/North America v. OSHA* (727 F.2d 415, 1984).

[27] OSHA added specific provisions in the construction standard to cover unique hazards relating to asbestos abatement and demolition jobs.

[28] NIOSH WoRLD, 2003.

[29] MSHA (Bank), 1980; Ross, 1978.

[30] USGS, 1995.

[31] Roggli *et al.*, 2002; Selden *et al.*, 2001; Amandus *et al.*, Part I, 1987; Amandus *et al.*, Part III, 1987; Amandus and Wheeler, Part II, 1987; Meeker *et al.*, 2003.

[32] MSHA (Bank), 1980; Amandus *et al.*, Part I, 1987.

[33] GETF Report, pp. 17–18, 2003; Nolan *et al.*, 1999.

[34] Brownfield *et al.*, 1995.

[35] USGS (Virta), 2007.

[36] GETF Report, pp. 12 and 15, 2003.

[37] Lemen, 2003; Paustenbach *et al.*, 2003.

[38] EPA, 1986; EPA, 1993; EPA, October 2003.

directly to the 8-hour TWA PEL. MSHA calls this calculated equivalent, 8-hour TWA a ''shift-weighted average'' (SWA).

MSHA's existing sampling procedures specify using several, typically three, filter-cassette assemblies in a consecutive series to collect a full-shift sample. For results from both PCM and TEM analyses, MSHA calculates the SWA exposure levels for each miner sampled from the individual filters according to the following formulas.

SWA = (TWA$_1$t$_1$ + TWA$_2$t$_2$ + * * * + TWA$_n$t$_n$)/480 minutes

Where:

TWA$_n$ is the time-weighted average concentration for filter "n" calculated by dividing the number of fibers (f) collected on the filter by the volume of air (cc) drawn through the filter.

t$_n$ is the duration sampled in minutes for filter "n".

Some commenters criticized MSHA's sampling and analytical procedures. A few commenters believed that MSHA should develop specific test procedures for the sampling and analysis of bulk samples for the mining environment, as well as specific air sampling procedures. Some commenters suggested that respirable dust sampling using a cyclone might be a means to remove interfering dust from the sample. NIOSH recommended that thoracic samplers be evaluated in a mining environment. Cyclones and thoracic samplers are not included in MSHA's existing sampling and analytical protocols for asbestos and are not included in existing approved methods. Exposures determined using these devices have not been correlated with the risk assessment that forms the basis of the PELs in the final rule.

Some commenters supported MSHA's existing asbestos monitoring protocols with emphasis on full-shift monitoring for comparison to the PEL. Other commenters stated that MSHA's existing field sampling and analysis methods are adequate for most mines and quarries, particularly when no significant amount of asbestos is found.

Some commenters stated that MSHA should improve its inspection reports by including inspection field notes; sampling location, purpose, and procedure; as well as descriptions of the accuracy, meaning, and limitations of the analytical results. MSHA routinely provides the sampling and analytical results and, when requested, will provide the additional information.

*C. Summary of MSHA's Asbestos Air Sampling and Analysis Results*

To assess personal exposures and present the Agency's sampling data for January 1, 2000 through May 31, 2007, MSHA calculated an SWA exposure for each miner from the TWA results of individual filters. MSHA has compiled these data into a PowerPoint® slide, and has posted it, together with additional explanatory information, on MSHA's Asbestos Single Source Page at *http://www.msha.gov/asbestos/asbestos.htm*.

MSHA conducted asbestos sampling at 207 mines (206 non-asbestos metal and nonmetal mines and one coal mine) during the period January 1, 2000 through May 31, 2007. Some were sampled multiple times over the seven and one quarter years. MSHA found 29 mines with at least one miner exposed to an equivalent 8-hour TWA (SWA) fiber concentration exceeding 0.1 f/cc. Out of a total of 917 SWA personal full-shift fiber exposure sample results, 113 (12 percent) exceeded 0.1 f/cc using the existing PCM-based analytical screening method.

Further analysis of the 113 samples with TEM confirmed asbestos fiber exposures exceeding 0.1 f/cc in 23 of them. Using the existing TEM-based analytical method, 3 percent of the total number of SWA samples taken exceeded 0.1 asbestos f/cc. Five mines (two taconite, one wollastonite, one sand and gravel, and one olivine), out of the 29 mines potentially impacted by lowering the PEL, had at least one miner with an SWA asbestos fiber exposure exceeding 0.1 f/cc. Although MSHA has no evidence of asbestos exposure above the new PEL in coal mines, the Agency anticipates that some coal mines will encounter asbestos from asbestos containing materials (ACM) brought onto mine property. These operators may have to take corrective action. Table III–1 below summarizes MSHA's asbestos sampling results for the period January 2000 through May 2007.

TABLE III–1.—PERSONAL EXPOSURE SAMPLES AT MINES [1] BY COMMODITY

[1/2000–5/2007]

| Commodity | Number of mines sampled | Number (%) of mines with SWA samples >0.1 f/cc by PCM | Number of SWA samples | Number (%) of SWA samples >0.1 f/cc by PCM [2] | Number (%) of SWA samples >0.1 f/cc by TEM |
|---|---|---|---|---|---|
| Rock & quarry products [3] | 127 | 11 (9%) | 326 | 20 (6%) | 2 (1%) |
| Vermiculite | 4 | 3 (75%) | 149 | 13 (9%) | 0 |
| Wollastonite | 1 | 1 (100%) | 18 | 18 (100%) | 9 (50%) |
| Iron (taconite) | 15 | 5 (33%) | 254 | 43 (17%) | 11 (4%) |
| Talc | 12 | 1 (8%) | 38 | 2 (5%) | 0 |
| Alumina [4] | 1 | 0 | 1 | 0 | 0 |
| Feldspar | 7 | 0 | [5] 6 | 0 | 0 |
| Boron | 2 | 1 (50%) | 12 | 7 (58%) | 0 |
| Olivine | 2 | 2 (100%) | 9 | 3 (33%) | 1 (11%) |
| Other [6] | 36 | [7] 5 (14%) | 104 | 7 (6%) | 0 |
| TOTAL | 207 | [8] 29 (14%) | 917 | 113 (12%) | 23 (3%) |

[1] Excludes data from an asbestos mine and mill closed in 2003.
[2] MSHA uses TEM to identify asbestos on samples with results exceeding 0.1 f/cc.
[3] Including stone, and sand and gravel mines.
[4] 15-minute sample.
[5] Incomplete SWA at one mine.
[6] Coal, potash, gypsum, cement, perlite, clay, lime, mica, metal ore NOS, shale, pumice, trona, salt, gold, and copper.
[7] Coal, potash, gypsum, cement, and perlite. (Coal and potash exposures were due to fiber release episodes from commercially introduced asbestos).
[8] TEM confirmed airborne asbestos exposures exceeding 0.1 f/cc at five (2%) mines.

The USGS has published a series of maps showing historic asbestos prospects and natural asbestos occurrences in the United States. The USGS published a map covering the eastern states in 2005; the central states in 2006; and the Rocky Mountain states in 2007. These maps served as a guide for the investigation of possible naturally occurring asbestos within the vicinity of mining operations. MSHA found that stone mines and quarries are the predominate types of mining operations in the vicinity of naturally occurring asbestos locations identified on the maps. MSHA conducted fiber sampling at these mines to screen for potential asbestos exposures. The results of the sampling indicated a small degree of asbestos at some of these mining operations, but no widespread asbestos contamination. Although not included on the USGS maps, MSHA also surveyed two mines in El Dorado County, California. Sampling at one of the mines resulted in two personal asbestos exposures greater than 0.1 f/cc, confirmed by TEM analysis, and 2 to 5 percent naturally occurring asbestos in an associated bulk sample. Air sampling at the other mine had low PCM fiber results.

### D. Asbestos Take-Home Contamination

The final rule, like the proposal, does not address take-home contamination. In making this decision, MSHA considered its enforcement experience; comments and testimony on the proposal; as well as OSHA, NIOSH, and EPA publications and experience.[39] MSHA based its determination to address asbestos take-home contamination, without promulgating new regulatory provisions, on the following factors:

• There are no asbestos mines or mills currently operating in this country and different ore bodies of the same commodity, such as vermiculite mining, are not consistent in the presence, amount, or dispersion of asbestiform minerals. Based on MSHA's recent enforcement sampling, asbestos exposures in mining are low. (See Table III–1.)

• The measures taken to prevent take-home contamination are varied. Operators may choose the most effective method for eliminating this hazard based on the unique conditions in the mine, including the nature of the hazard. For example, in one situation providing disposable coveralls could minimize or prevent asbestos take-home contamination. Another situation may require on-site shower facilities coupled with clothing changes to provide the same protection.

• Existing standards (e.g., personal protection §§ 56/57.15006; sanitation §§ 56/57.20008, 56/57.20014, 71.400, 71.402; housekeeping §§ 56/57.16003, 56/57.20003, 77.208; appropriate actions §§ 56/57.18002, 56/57.20011, 77.1713; hazard communication 30 CFR 46, 47, and 48), together with lower PELs, provide sufficient enforcement authority to ensure that mine operators take adequate measures when necessary to prevent asbestos take-home contamination.

Commenters urged MSHA to expand the rulemaking to include specific requirements to prevent take-home contamination. NIOSH also encouraged MSHA to adopt measures included in its 1995 Report to Congress on their *Workers' Home Contamination Study Conducted under the Workers' Family Protection Act.* Other commenters, however, supported MSHA's decision and stated that take-home contamination requirements could not be justified at this time.

## IV. Application of OSHA's Risk Assessment to Mining

MSHA has determined that OSHA's 1986 asbestos risk assessment (51 FR 22644) is applicable to asbestos exposures in mining. In developing this final rule, MSHA also evaluated studies published since OSHA completed its 1986 risk assessment, and studies that specifically focused on asbestos exposures of miners. These additional studies corroborate OSHA's conclusions in its risk assessment.

### A. Summary of OSHA's Risk Assessment

#### 1. Cancer Mortality

In its 1986 risk assessment, OSHA estimated cancer mortality for workers exposed to asbestos at various cumulative exposures (i.e., combining exposure concentration and duration of exposure). MSHA has reproduced this data in Table IV–1. Table IV–1 shows that the estimated mortality from asbestos-related cancer decreases significantly by lowering exposure. This is true regardless of the type of cancer, e.g., lung, pleural or peritoneal mesotheliomas, or gastrointestinal. Although excess relative risk is linear in dose, the excess mortality rates in Table IV–1 are not.[40]

TABLE IV–1.—ESTIMATED ASBESTOS-RELATED CANCER MORTALITY PER 100,000 BY NUMBER OF YEARS EXPOSED AND EXPOSURE LEVEL

| Asbestos fiber concentration (f/cc) | Cancer mortality per 100,000 exposed | | | |
|---|---|---|---|---|
| | Lung | Mesothelioma | Gastro-intestinal | Total |
| **1-year exposure** | | | | |
| 0.1 | 7.2 | 6.9 | 0.7 | 14.8 |
| 0.2 | 14.4 | 13.8 | 1.4 | 29.6 |
| 0.5 | 36.1 | 34.6 | 3.6 | 74.3 |
| 2.0 | 144 | 138 | 14.4 | 296.4 |
| 4.0 | 288 | 275 | 28.8 | 591.8 |
| 5.0 | 360 | 344 | 36.0 | 740.0 |
| 10.0 | 715 | 684 | 71.5 | 1,470.5 |
| **20-year exposure** | | | | |
| 0.1 | 139 | 73 | 13.9 | 225.9 |
| 0.2 | 278 | 146 | 27.8 | 451.8 |
| 0.5 | 692 | 362 | 69.2 | 1,123.2 |
| 2.0 | 2,713 | 1,408 | 271.3 | 4,392.3 |
| 4.0 | 5,278 | 2,706 | 527.8 | 8,511.8 |

[39] NIOSH (Report to Congress) September 1995.     [40] Nicholson, p. 53, 1983.

**11290**   **Federal Register** / Vol. 73, No. 41 / Friday, February 29, 2008 / Rules and Regulations

TABLE IV–1.—ESTIMATED ASBESTOS-RELATED CANCER MORTALITY PER 100,000 BY NUMBER OF YEARS EXPOSED AND EXPOSURE LEVEL—Continued

| Asbestos fiber concentration (f/cc) | Cancer mortality per 100,000 exposed | | | |
| --- | --- | --- | --- | --- |
| | Lung | Mesothelioma | Gastro-intestinal | Total |
| 5.0 ................................................................ | 6,509 | 3,317 | 650.9 | 10,476.9 |
| 10.0 .............................................................. | 12,177 | 6,024 | 1,217.7 | 13,996.7 |
| **45-year exposure** | | | | |
| 0.1 ................................................................ | 231 | 82 | 23.1 | 336.1 |
| 0.2 ................................................................ | 460 | 164 | 46.0 | 670.0 |
| 0.5 ................................................................ | 1,143 | 407 | 114.3 | 1,664.3 |
| 2.0 ................................................................ | 4,416 | 1,554 | 441.6 | 6,411.6 |
| 4.0 ................................................................ | 8,441 | 2,924 | 844.1 | 12,209.1 |
| 5.0 ................................................................ | 10,318 | 3,547 | 1,031.8 | 14,896.8 |
| 10.0 .............................................................. | 18,515 | 6,141 | 1,851.5 | 26,507.5 |

Table IV–1 shows that, by lowering the PEL from 2 f/cc to 0.1 f/cc, the risk of cancer mortality drops 95 percent from an estimated 6,411 to 336 deaths (per 100,000 workers).

2. Asbestosis

Finkelstein (1982) studied a group of 201 men who worked in a factory in Ontario, Canada, that manufactured asbestos-cement pipe and rock-wool insulation. Finkelstein demonstrated that there was a relationship between cumulative asbestos exposure and confirmed asbestosis.

Berry and Lewinsohn (1979) studied a group of 379 men who worked in an asbestos textile factory in northern England. Berry and Lewinsohn (1979) defined two different cohorts: Men who were first employed before 1951, when asbestos fiber levels were estimated; and men first employed after 1950, when asbestos fiber levels were measured. They plotted cases of possible asbestosis to determine a dose response curve.

OSHA stated that "* * * the best estimates of asbestosis incidence are derived from the Finkelstein data * * *" (48 FR 51132). OSHA did not rely on the values for the slope as determined by Berry and Lewinsohn (1979). Based on Finkelstein's (1982) linear relationship for lifetime asbestosis incidence, OSHA calculated estimates of lifetime asbestosis incidence at five exposure levels of asbestos (i.e., 0.5, 1, 2, 5, and 10 f/cc) and published its estimate in tabular form (48 FR 51132). MSHA has reproduced OSHA's estimates in Table IV–2 below. OSHA stated (51 FR 22646) that "Reducing the exposure to 0.2 f/cc, a concentration not included in Table IV–2, would result in a lifetime incidence of asbestosis of 0.5%."

TABLE IV–2.—ESTIMATES OF LIFETIME ASBESTOSIS INCIDENCE [41]

| Exposure level, f/cc | Percent (%) Incidence | | |
| --- | --- | --- | --- |
| | Finkelstein | Berry and Lewinsohn (employed before 1951) | Berry and Lewinsohn (first employed after 1950) |
| 0.5 ................................................................ | 1.24 | 0.45 | 0.35 |
| 1 ................................................................... | 2.49 | 0.89 | 0.69 |
| 2 ................................................................... | 4.97 | 1.79 | 1.38 |
| 5 ................................................................... | 12.43 | 4.46 | *3.45 |
| 10 ................................................................. | 24.86 | 8.93 | 6.93 |
| Slope ........................................................... | 0.055 | 0.020 | 0.015 |
| $R^2$ ............................................................ | 0.975 | 0.901 | 0.994 |

*Note: 1.38 in original table was a typographical error. The text (48 FR 51132) and the regression formula indicate that 3.45 is the correct percent.

Similar to the cancer risk, Table IV–2 shows a significant reduction in the incidence of asbestosis by lowering asbestos exposures. MSHA calculated the incidence of asbestosis following 45 years of exposure to asbestos at a concentration of 0.1 f/cc, which OSHA had not included in Table IV–1, to be 0.25 percent or 250 cases per 100,000 workers. Thus, by lowering the 8-hour

TWA PEL from 2 f/cc to 0.1 f/cc, MSHA will reduce the lifetime asbestosis risk by 95 percent from an estimated 4,970 cases to 250 cases (per 100,000 workers).

B. Risk Assessment for the Mining Industry

OSHA stated in the preamble to its 1986 asbestos rule that it excluded

mining studies in its risk assessment because it believed that risks in the asbestos mining-milling operations are lower than other industrial operations due to differences in fiber size (51 FR 22637). MSHA reviewed the studies OSHA used to develop its risk assessment.[42] In addition, MSHA obtained and reviewed the latest available scientific studies on the health

[41] Finkelstein, 1982; Berry and Lewinsohn, 1979.

[42] Berry and Newhouse, 1983; Dement et al., 1982; Finkelstein, 1983; Henderson and Enterline, 1979; Peto, 1980; Peto et al., 1982; Seidman et al., 1979; Seidman, 1984; Selikoff et al., 1979; Weill et al., 1979.

effects of asbestos exposure. MSHA recognizes that there are uncertainties in any risk assessment. MSHA concluded, however, that these studies provide further support of the significant risk of adverse health effects following exposure to asbestos.

MSHA reviewed the mining studies described in OSHA's asbestos risk assessment, as well as other studies that involved the exposure of miners to asbestos. Most of these studies were conducted in Canada, although some have been conducted in Australia, India, Italy, South Africa, and the United States. Table IV–3 lists some of these mining studies, in chronological order, and gives the salient features of each study. These studies are in MSHA's rulemaking docket.

### TABLE IV.–3—SELECTED STUDIES INVOLVING MINERS EXPOSED TO ASBESTOS

| Author(s), year of publication | Study group, type of asbestos | Major finding(s) or conclusion(s) |
|---|---|---|
| Rossiter et al., 1972 | Canadian miners and millers, Chrysotile | Radiographic changes (opacities) related to age and exposure. |
| Becklake, 1979 | Canadian miners and millers, Chrysotile | Weak relationship between exposure and disease. |
| Gibbs and du Toit, 1979 | Canadian and South African miners, Chrysotile. | Need for workplace epidemiologic surveillance and environmental programs. |
| Irwig et al., 1979 | South African miners, Amosite and Crocidolite | Parenchymal radiographic abnormalities preventable by reduced exposure. |
| McDonald and Liddell, 1979 | Canadian miners and millers, Chrysotile | Lower risk of mesotheliomas and lung cancer from chrysotile than crocidolite. |
| Nicholson et al., 1979 | Canadian miners and millers, Chrysotile | Miners and millers: at lower risk of mesotheliomas, at risk of asbestosis (as factory workers and insulators), at risk of lung cancer (as factory workers). |
| Rubino et al., Ann NY Ac Sci 1979. | Italian miners, Chrysotile | Role of individual susceptibility in appearance and progression of asbestosis. |
| Rubino et al., Br J Ind Med 1979. | Italian miners, Chrysotile | Elevated risk of lung cancer. |
| Solomon et al., 1979 | South African miners, Amosite and Crocidolite | Sign of exposure to asbestos: thickened interlobar fissures. |
| McDonald et al., 1980 | Canadian miners and millers, Chrysotile | No statistically significant increases in SMRs. |
| McDonald et al., 1986 | U.S. miners, Tremolite. | A. Increased risk of mortality from respiratory cancer. |
| McDonald et al., 1986 | U.S. miners, Tremolite | B. Increased prevalence of small opacities by retirement age. |
| Cookson et al., 1986 | Australian miners and millers, Crocidolite | No threshold dose for development of radiographic abnormality. |
| Amandus et al., 1987 | U.S. miners and millers, Tremolite-Actinolite | Part I: Exposures below 1 f/cc after 1977, up to 100–200 × higher in 1960's and 1970's. |
| Amandus and Wheeler, 1987 | U.S. miners and millers, Tremolite-Actinolite | Part II: Increased mortality from nonmalignant respiratory disease and lung cancer. |
| Amandus et al., 1987 | U.S. miners and millers, Tremolite-Actinolite | Part III: Increased prevalence of radiographic abnormalities associated with past exposure. |
| Armstrong et al., 1988 | Australian miners and millers, Crocidolite | Increased mortality from mesotheliomas and lung cancer. |
| Enarson et al., 1988 | Canadian miners, Chrysotile | Increased cough, breathlessness, abnormal lung volume and capacity. |
| McDonald et al., 1988 | U.S. miners and millers, Tremolite | Low exposure and no statistically significant SMRs. |
| McDonald et al., 1993 | Canadian miners and millers, Chrysotile | Increased SMRs for lung cancer and mesotheliomas as cohort aged. |
| Dave et al., 1996 | Indian miners and millers, Chrysotile | Higher exposures in surface than underground mines; higher exposures in mills than mines; restrictive lung impairment and radiologic parenchymal changes more common in millers. |
| McDonald et al., 1997 | Canadian miners and millers, Chrysotile | Risk of mesotheliomas related to geography and mineralogy of region; mesotheliomas caused by amphiboles. |
| Nayebzadeh et al., 2001 | Canadian miners and millers, Chrysotile | Respiratory disease related to regional differences in fiber concentration and not dimension. |
| Ramanathan and Subramanian, 2001. | Indian miners and millers, Chrysotile and tremolite. | Increased risk of cancer, restrictive lung disease, radiologic changes, and breathing difficulties; more common in milling. |
| Bagatin et al., 2005 | Brazilian miners and millers, Chrysotile | Decreased risk of non-malignant abnormalities with improvements in workplace conditions. |
| Nayebzadeh et al., 2006 | Canadian miners and millers, Chrysotile, Tremolite, Amosite. | Possible use of lung fiber concentration, especially short tremolite fibers, to predict fibrosis grade. |
| Sullivan, 2007 | U.S. miners, millers, and processors, Tremolite. | Increased mortality from asbestosis, cancer of the pleura, and lung cancer that were dose-related. |

MSHA found that many of the observations presented in these mining studies (e.g., age of first exposure, latency, radiologic changes) are consistent with those from the studies OSHA relied on in its risk assessment, as well as studies of other asbestos-exposed factory and insulation workers.

MSHA concludes that exposure to asbestos, a known human carcinogen, results in similar disease endpoints regardless of the occupation that has been studied. Because there is evidence of asbestos-related disease among miners, MSHA is applying the OSHA risk assessment to the mining industry.

Some commenters stated that there is a differential health risk related to fiber type and that OSHA's risk assessment is not adequate or appropriate for the mining industry. The OSHA risk assessment addresses adverse health effects from exposure to six asbestos minerals. MSHA applies TEM analysis

to its PCM results to determine exposure to these same six asbestos minerals. Exposure of miners to these asbestos minerals, at the same concentrations and length of exposures as workers in other industries, can be expected to result in the same disease endpoints as quantified in OSHA's risk assessment. (See section II.C and II.D of this preamble and chapter III of the REA.)

Some commenters also expressed concern regarding the health risks of fibrous minerals that are not currently regulated under MSHA's existing standards and suggested that MSHA conduct a new risk assessment to include them. MSHA considered these comments and determined that a new risk assessment is not necessary for this final rule, since fibrous minerals that are not currently regulated under MSHA's existing standards are beyond the scope of this rulemaking.

Some commenters stressed the lack of asbestos-related disease among miners in studies conducted at gold, taconite, and talc operations where there was asbestos contamination in the ore. In developing this final rule, MSHA considered a number of environmental and epidemiological studies conducted at mining operations. These studies demonstrated adverse health effects among miners consistent with exposure to asbestos in other workers. Researchers have found excessive incidence of asbestos-related disease in miners at a vermiculite mining operation.[43] Studies of talc miners have shown excess lung cancer and non-malignant respiratory disease.[44] Researchers are now studying excessive mesotheliomas among iron miners in northeastern Minnesota to determine the source of the asbestos exposure.

Section VI of this preamble contains a summary of MSHA's findings from applying OSHA's quantitative assessment of risk to the mining industry. MSHA's *Regulatory Economic Analysis* (REA) contains a more in-depth discussion of the Agency's methodology and conclusions. MSHA placed the REA in the rulemaking docket and posted it on the Asbestos Single Source Page at *http://www.msha.gov/asbestos/asbestos.htm*. MSHA also placed OSHA's risk assessment in its rulemaking docket.

### C. Characterization of the Risk to Miners

After reviewing the evidence of adverse health effects associated with exposure to asbestos, MSHA evaluated that evidence to ascertain whether exposure levels currently existing in mines warrant regulatory action. The criteria for this evaluation are established by the Federal Mine Safety and Health Act of 1977 (Mine Act) and related court decisions.[45]

Section 101(a) of the Mine Act requires MSHA " * * * to develop, promulgate, and revise * * * improved mandatory health or safety standards for the protection of life and prevention of injuries in coal or other mines.'' Further, section 101(a)(6)(A) provides that—

The Secretary, in promulgating mandatory standards dealing with toxic materials or harmful physical agents under this subsection, shall set standards which most adequately assure on the basis of the best available evidence that no miner will suffer material impairment of health or functional capacity even if such miner has regular exposure to the hazards dealt with by such standard for the period of his working life.

Section 101(a)(6)(A) also requires that MSHA base its health and safety standards on "* * * the latest available scientific data in the field, the feasibility of the standards, and experience gained under this and other health and safety laws.'' As discussed in section VI.B, a 0.1 f/cc TWA PEL for asbestos is technologically and economically feasible.

Based on court interpretations of similar language under the Occupational Safety and Health Act, MSHA has addressed the following three questions:

(1) Do the health effects associated with asbestos exposure constitute a "material impairment'' to miner health or functional capacity? Miners exposed to asbestos are at risk of developing lung cancer, mesotheliomas, and other cancers, as well as asbestosis and other nonmalignant respiratory diseases.[46] These health effects constitute a "material impairment of health or functional capacity.''

(2) Are exposed miners at significant risk of incurring any of these material impairments? Based on OSHA's risk assessment, MSHA has determined that a significant health risk exists for miners exposed to asbestos at MSHA's existing 8-hour TWA PEL of 2 f/cc. Over a 45-year working life, exposure at this level can be expected to result in a 6.4 percent incidence of cancer (lung cancer, mesotheliomas, and gastrointestinal cancer) and a 5.0 percent incidence of asbestosis.

(3) Will this final rule substantially reduce such risks? By lowering the 8-hour TWA PEL to 0.1 f/cc, MSHA will reduce the risk of asbestos-related cancers from 6.4 percent to 0.34 percent and the risk of asbestosis from 5.0 percent to 0.25 percent. MSHA considers this reduction to be substantial.

### V. Section-by-Section Analysis of Final Rule

The final rule is substantively the same as the proposed rule. To make the standard easier to read, however, MSHA has divided the requirements in the final standards into three paragraphs: *Definitions, Permissible Exposure Limits (PELs), and Measurement of Airborne Fiber Concentration.* For §§ 56/57.5001(b), the metal and nonmetal asbestos standards, MSHA designated the paragraphs (b)(1), (b)(2), and (b)(3). For § 71.702, the coal asbestos standard, MSHA designated the paragraphs (a), (b), and (c).

### A. §§ 56/57.5001(b)(1) and 71.702(a): Definitions

The final rule, like the proposal, makes no substantive changes to the definition of asbestos in MSHA's existing standards. MSHA's existing definition of asbestos is consistent with the regulatory provisions of several Federal agencies including EPA, OSHA, and CPSC, among others. Asbestos is not a definitive mineral, but rather a generic name for a group of minerals with specific characteristics. MSHA's existing standards state that, "when crushed or processed, [asbestos] separates into flexible fibers made up of fibrils'' [§§ 56/57.5001(b)]; and "does not include nonfibrous or nonasbestiform minerals'' (§ 71.702). Although there are many asbestiform minerals,[47] the term asbestos in MSHA's existing standards and this final rule is limited to the following six: [48]

• Chrysotile (serpentine asbestos, white asbestos).
• Cummingtonite-grunerite asbestos (amosite, brown asbestos).
• Crocidolite (riebeckite asbestos, blue asbestos).
• Anthophylite asbestos (asbestiform anthophyllite).
• Tremolite asbestos (asbestiform tremolite).
• Actinolite asbestos (asbestiform actinolite).

Like the proposal, the final rule makes several clarifying changes to the existing regulatory language. They have no impact on the minerals that MSHA regulates as asbestos. This more precise

---

[43] Sullivan, 2007.
[44] NIOSH (HETA/MHETA), 1990; NIOSH (Technical Report), 1980.

[45] *Industrial Union Department, AFL–CIO* v. *American Petroleum Institute*, 448 U.S. 607, 100 S.Ct. 2844 (1980) ("Benzene case'')
[46] American Thoracic Society, 2004; Delpierre *et al.*, 2002.

[47] Leake *et al.*, 1997; Meeker *et al.*, 2003.
[48] ATSDR, p.136, 2001; NIOSH Pocket Guide, 2003.

language will facilitate mine operators' understanding of the scope of the standard. This final asbestos rule—

• Clarifies that *cummingtonite-grunerite asbestos* is the mineralogical term for *amosite*, a trade name for asbestos from a specific geographical region;

• Clarifies that MSHA's definition of *fiber* for analytical purposes includes the same dimensional criteria as in the existing standards, which are consistent with OSHA's asbestos standard; and

• Clarifies the asbestos standard by inserting uniform structure and language.

Some commenters suggested that MSHA should expand its definition of asbestos to include other asbestiform minerals, so long as MSHA's analytical method excluded the counting of cleavage fragments. Another commenter asked that MSHA not include nonasbestiform fibrous minerals and mineral cleavage fragments when MSHA performs microscopic analyses of samples. Others supported the inclusion and regulation of asbestiform amphiboles that have shown or are likely to show asbestos-like health effects.

Many commenters did not want MSHA to make changes to the fibers regulated as asbestos in the existing standards. Specifically, they did not want MSHA to address other asbestiform amphiboles found in mineral deposits because there is no evidence that these fibers pose the same health problems that asbestos does. Some said that it would be unreasonable and expensive to try to meet exposure limits for all these other asbestiform minerals. Other commenters stated that, whatever they are called, asbestiform minerals cause illness.

As stated throughout this rulemaking, the final rule makes no substantive changes to the definition of asbestos in MSHA's existing standards. Such changes were not contemplated in the proposed rule and, therefore, are beyond the scope of this final rule.

## B. Sections 56/57.5001(b)(2) and 71.702(b): Permissible Exposure Limits (PELs)

### 1. Sections 56/57.5001(b)(2)(i) and 71.702(b)(1): 8-Hour, Time-Weighted Average (TWA), Full-Shift Permissible Exposure Limit

The final rule adopts OSHA's 8-hour TWA PEL of 0.1 f/cc. No commenters objected to this aspect of the proposal.

Asbestos occurs naturally in many types of ore bodies and may be released from mine sites into the environment; but, MSHA's sampling results indicate that there is not widespread overexposure to asbestos in the mining industry at this time. MSHA's sampling data for 2000 through May 2007 show that 3 percent of MSHA's full-shift asbestos samples exceed OSHA's TWA PEL of 0.1 f/cc using a TEM-based analysis.

Commenters expressed concern about potential asbestos exposure of those living close to a mining operation. Although MSHA's reduction of its asbestos PELs may reduce environmental levels, other Federal, State, and local agencies have jurisdiction over environmental exposures.

### 2. Sections 56/57.5001(b)(2)(ii) and 71.702(b)(2): Excursion Limit

The final rule, like the proposal, adopts OSHA's excursion PEL of 1 f/cc as measured over 30 minutes. Some commenters were concerned that an excursion limit is not enforceable and, therefore, should be removed from the rule. Although MSHA may not always be present to take air samples to evaluate a miner's exposure during brief episodes of asbestos exposure, existing §§ 56/57.5002 and 71.701 require mine operators to conduct sampling to determine the need for, and effectiveness of, control measures when miners may be exposed to asbestos.

An excursion limit sets levels, not based on toxicological data, for peak episodes of exposure. As previously discussed, asbestos poses a long-term health risk to exposed workers. Although the final rule will substantially reduce the risk of asbestos-related deaths from a lifetime exposure, it does not completely eliminate this risk. The excursion limit will help reduce the long-term risk by addressing brief, episodic exposures. This type of episodic exposure can be foreseen and proactively controlled by the use of personal protective equipment (respirators and protective clothing) and by implementing engineering or work practice controls (glove boxes, tents, wet methods).

The final rule includes an excursion limit for asbestos to help maintain the average airborne concentration below the full-shift exposure limit. For example, for miners exposed to one 30-minute excursion per day at 1 f/cc, the

8-hour TWA airborne asbestos concentration would be 0.06 f/cc, which is less than the 0.1 f/cc 8-hour TWA PEL. For miners exposed to two 30-minute excursions per day at 1 f/cc, the 8-hour TWA airborne asbestos concentration would be 0.13 f/cc, which exceeds the 0.1 f/cc 8-hour TWA PEL.

One commenter urged MSHA to retain 15 minutes, rather than switch to 30 minutes, as the sampling period for enforcement of the excursion limit. As shown in Table V–1 below, the excursion limit of 1 f/cc for 30 minutes is the lowest concentration that MSHA can measure reliably for determining compliance with the excursion limit. MSHA recognizes that in some situations, such as low background dust levels, lower exposures could be measured by using a higher flow rate; but, the risk of overloading the filter with debris increases when using higher flow rates. MSHA can be confident that it is measuring the actual airborne concentrations of asbestos, within a standard sampling and analytical error (±25 percent), when the Agency uses the minimum loading suggested by the OSHA Reference Method (29 CFR 1910.1001, Appendix A).

As discussed in OSHA's 1986 asbestos final rule (51 FR 22686), the key factor in sampling precision is fiber loading. To determine whether the analytical method described in Appendix A of its asbestos standard could be used to analyze short-term samples, OSHA calculated the lowest reliable limit of quantification using the following formula:

$$C = [(f/[(n)(A_f)])(A_c)]/[(V)(1,000)]$$

Where:

$C$ = fiber concentration (in f/cc of air);
$f$ = the total fiber count;
$n$ = the number of microscope fields examined;
$A_f$ = the field area (0.00785 mm²) for a properly calibrated Walton-Beckett graticule;
$A_c$ = the effective area of the filter (in mm²); and
$V$ = the sample volume (liters).

Table V–1 was generated from the above equation. The table shows that 1 f/cc measured over 30 minutes can be reliably measured when pumps are used at the higher flow rates of 1.6 Lpm or more, using 25-mm filters. The table also shows that MSHA cannot reliably measure 1 f/cc with 15-minute air samples, even when they are collected at the higher pump flow rates.

TABLE V–1.—RELATIONSHIP OF SAMPLING METHOD TO MEASUREMENT OF ASBESTOS

| Sampling time and flow rate | Lowest level reliably measured using 25-mm filters |
|---|---|
| 15 min at 2.5 Lpm .................................................................................................. | 1.05 f/cc. |
| 15 min at 2.0 Lpm .................................................................................................. | 1.31 f/cc. |
| 15 min at 1.6 Lpm .................................................................................................. | 1.63 f/cc. |
| 15 min at 1.0 Lpm .................................................................................................. | 2.61 f/cc. |
| 15 min at 0.5 Lpm .................................................................................................. | 5.23 f/cc. |
| 30 min at 2.5 Lpm .................................................................................................. | 0.51 f/cc. |
| 30 min at 2.0 Lpm .................................................................................................. | 0.65 f/cc. |
| 30 min at 1.6 Lpm .................................................................................................. | 0.82 f/cc. |
| 30 min at 1.0 Lpm .................................................................................................. | 1.31 f/cc. |
| 30 min at 0.5 Lpm .................................................................................................. | 2.61 f/cc. |

After evaluating the comments, MSHA retains the proposed asbestos excursion limit of 1 f/cc over a period of 30 minutes in the final rule.

### C. Sections 56/57.5001(b)(3) and 71.702(c): Measurement of Airborne Fiber Concentrations

The final rule, like the proposed rule, requires an initial determination of fiber concentration using a PCM-based analytical method statistically equivalent to the OSHA Reference Method in OSHA's asbestos standard (29 CFR 1910.1001, Appendix A).

With respect to analytical methods, the final rule is substantively the same as MSHA's existing standards. PCM-based analytical methods were used in the development of past exposure assessments and risk estimates, and are relatively quick and cost-effective. OSHA used a PCM-based methodology as the defining basis of its asbestos risk assessment. PCM-based analytical methods remain the most practical way to evaluate asbestos exposures in mining. MSHA recognizes, however, that all analytical methods, including those used to identify and quantify the six asbestos minerals regulated by MSHA have limitations. Analysts have quantified the limits of detection, precision, and accuracy of these methods, termed "analytical error;" and MSHA includes this analytical error in evaluating asbestos exposures and enforcing the PELs. As discussed below, comments varied on MSHA's proposed sampling and analytical techniques. Most commenters supported a combination of PCM-based and TEM-based techniques for evaluating mine air samples.

#### 1. Background of Analytical Method for Asbestos

Historically, asbestos samples have been analyzed by mass (weighing), counting (microscopy), or a qualitative property (spectroscopy). When recommending an exposure standard for chrysotile asbestos, the British

Occupational Hygiene Society said [49] that the microscopic counting of particles greater than 5 μm in length would show a relationship with the prevalence of asbestosis similar to those studies based on the mass of respirable asbestos. Many studies have suggested that counting only fibers longer than 5 μm minimizes variations between microscopy techniques [50] and improves the precision of the results.[51] The scientific community accepted this length together with a minimum 3:1 length to diameter aspect ratio, as the counting criteria for asbestos fibers that provides an index of asbestos exposure, even though some believed that shorter fibers should be included due to their possible health effects.[52] Acceptance of PCM-based methodology has served as the basis of asbestos risk assessments.

In recommending an asbestos standard in 1972 and 1976, NIOSH suggested using the same size criteria that the British adopted. They also recommended reevaluating these criteria when more definitive information on the biologic response and precise epidemiologic data are developed. NIOSH applied a conversion factor to exposure data not obtained using a PCM-based analytical method, to estimate what the exposure data would have been using a PCM-based method. This conversion allowed NIOSH to use non-PCM-based exposure data, together with PCM-based exposure data, in determining a recommended permissible exposure level.

#### 2. MSHA's Analytical Methods for Enforcement of Its Asbestos PELs

Prior to 2001, OSHA analyzed MSHA's asbestos samples using OSHA ID–160, a PCM-based analytical method. Since 2001, MSHA has contracted with American Industrial Hygiene Association (AIHA) accredited

laboratories to analyze its asbestos samples using NIOSH's PCM-based analytical method, and to follow up with an analysis using NIOSH's TEM-based method when the PCM results indicate an exposure exceeding 0.1 f/cc. These commercial laboratories report analytical results as the fiber concentration (f/cc) for each filter analyzed.

Several factors complicate the evaluation of personal exposure levels in mining environments. For example, non-asbestos fibers and dust particles collected on the filter can obscure the asbestos fibers or overload the filter. Depending on the amount of visible dust in the air, MSHA's sampling procedures allow the setting of pump flow rates and consecutive sampling to minimize or eliminate mixed dust overload.

Commenters criticized MSHA's use of PCM-based methods to evaluate asbestos exposures. Several recommended that MSHA adopt a new ASTM method (ASTM D 7200–06), which references the characteristics of asbestiform fibers in EPA's bulk sample method.[53] Many recommended that MSHA not conduct air sampling unless prior bulk sampling had identified asbestos fibers. Some commenters recommended that the final rule include a TEM-based analytical method for the initial determination of compliance.

Bulk sampling presents limitations. The presence of asbestos in a bulk sample does not mean that it poses a hazard. The asbestos must become airborne and be respirable, or contaminate food or water, to pose a health hazard to miners. Analysis of bulk samples is usually performed using polarized light microscopy (PLM). A particle must be at least 0.5 μm in diameter to refract light and many asbestos fibers are too thin to refract light. Asbestos may be a small percentage of the parent material or not uniformly dispersed in the sample and,

---

[49] Lane et al., 1968.
[50] ACGIH–AIHA, 1975.
[51] Wylie, 2000.
[52] ACGIH–AIHA, 1975; NIOSH, 1972.

[53] ASTM, 2006; EPA, 1993.

therefore, may not be seen in the small portion of sample that is examined under the microscope. Another problem with identifying asbestos using PLM is that both the asbestiform and nonasbestiform varieties of a mineral show the same refractive index. Although a trained individual may be able to identify bulk asbestos by its appearance and physical properties, the identification can be difficult when the asbestos is dispersed in a dust sample or is present in low concentration in a rock.

Due to a lack of consensus in the regulatory and scientific communities, revisions to MSHA's use of PCM-based analytical methods were not included within the scope of this rulemaking. If PCM-based analysis reveals a potential overexposure, MSHA will perform a TEM-based analysis to confirm asbestos exposure levels. Further, MSHA will consider the use of alternative analytical methods for the measurement of airborne asbestos that meet the analytical equivalency criteria for OSHA's Reference Method once they are recognized by a laboratory accreditation organization. For example, NIOSH is supporting an ASTM inter-laboratory study to validate whether ASTM D7200–06, ''Standard Practice for Sampling and Counting Airborne Fibers, Including Asbestos Fibers, in Mines and Quarries, by Phase Contrast Microscopy and Transmission Electron Microscopy'' can meet the OSHA equivalency criteria and be accredited.

*a. Discussion of Microscope Properties.*

One issue commenters mentioned concerning PCM-based analytical methods is the limited resolution and magnification of light microscopes compared to electron microscopes. The resolution of the microscope is the smallest separation between two objects that will allow them to be distinctly visible. The higher the resolving power of a microscope, the smaller the distance can be between two particles and have them still appear as two distinct particles. Resolution is about 0.2 μm using PCM compared with 0.0002 μm using TEM. This means that an analyst who sees a single fiber using PCM may see a number of thinner fibers using TEM. Individual fibrils of chrysotile are about 0.05 μm in diameter while amphibole fibrils are about 0.1 μm in diameter. Using TEM, the analyst is able to see thinner fibers and, therefore, should be able to see more fibers than when using PCM.

Magnification is the ratio of the size that the object appears under the microscope to its actual size. A PCM-based analysis of air samples for asbestos typically uses a magnification of 400 to 450 times (×) the object's actual size. In contrast, a TEM-based analysis typically uses a magnification of 10,000×. As a result, an analyst using PCM sees a larger amount of the sample than one using TEM, although in less detail.

*b. Variability in Counting Asbestos Fibers Using PCM.*

Commenters generally supported MSHA's use of a PCM-based analytical method for the initial analysis of fiber samples for determining compliance. One of the commenters' major concerns focused on the variability of fiber counting procedures. MSHA understands that the PCM-based analytical methods yield considerable variability in counting fibers because it is dependent on a number of related variables, such as the optical performance of the microscope, the optical properties of the prepared sample, and the proportion of fine particles.[54]

OSHA recognized the variability of using a PCM-based analytical method in its rulemaking. The requirements listed at 29 CFR 1910.1001 Appendix A minimize the effect of the known variability by describing the essential steps of a generic sampling and analytical procedure. OSHA also established criteria to limit variability. Subsequently, other papers have addressed variability issues related to PCM counting techniques.[55]

Commenters suggested a number of techniques to reduce the variability in counting fibers on mine air samples. Some asked that MSHA consider respirable or thoracic sampling to minimize interference from large particles that can obscure asbestos fibers on the filter. Some supported a counting technique based on the typical characteristics of asbestos in air. Others recommended using a higher aspect ratio to increase the probability that the structures counted are fibers. Another commenter stated that several approaches have been tried to remove non-asbestos minerals from samples, such as low temperature ashing or dissolution, but these approaches are not useful for mining samples. Many commenters suggested the development of differential counting techniques that consider the fiber morphology and the distributions or populations of distinct fiber groups with characteristic dimensions to analyze mine air samples for fibers. Other commenters stated that particle characteristics could not be used reliably to differentiate fibers from cleavage fragments when examining relatively small numbers of fibers. Several commenters suggested the development of a new analytical method for asbestos in mine air samples.

Much of the variability in counting asbestos is attributed to the visual acuity of the analyst in observing and sizing fibers and in interpreting the counting rules.[56] Overall, commenters recognized that it takes far less time to develop expertise in counting fibers using PCM than in developing expertise using TEM. NIOSH has developed a 40-hour training course for analysts as an adequate prerequisite to conducting total fiber counts using PCM. To differentially count asbestos fibers, an analyst must have advanced knowledge of mineralogy and expertise in the microscopic techniques used. This knowledge and expertise can be gained only by years of experience counting fiber samples collected in a variety of environments.

The availability of analyst training courses, and the formation of accreditation bodies requiring laboratory quality assurance programs, helps minimize the variations in measurements between and within laboratories.[57] Accreditation bodies require laboratories to use standardized analytical methods. AIHA has the Asbestos Analyst Registry that specifies criteria for competence, education, and performance for analysts. In addition to these programs, MSHA's incorporation of OSHA's Appendix A helps minimize the subjectivity and increase consistency of measuring airborne asbestos concentrations by specifying core elements of an acceptable PCM-based analytical method.

### 3. MSHA's Incorporation of Appendix A of OSHA's Asbestos Standard

MSHA's existing standards include basic elements of PCM-based analytical methods. These same basic elements for asbestos exposure monitoring are included in the OSHA Reference Method in Appendix A of OSHA's asbestos standard. The evaluation or inclusion of methods that do not include these basic elements or that deviate from the criteria for counting fibers in MSHA's existing standards was not contemplated in the proposed rule and, therefore, is beyond the scope of this final rule.

OSHA's Appendix A, the OSHA Reference Method (ORM), specifies the elements of an acceptable analytical method for asbestos and the quality

---

[54] Rooker *et al.*, 1982.

[55] Pang, 2000; Harper and Bartolucci, 2003.

[56] Rooker *et al.*, 1982.

[57] Schlect and Shulman, 1995.

control procedures that laboratories performing the analysis must implement. To encourage innovation and technological advancement, the final rule allows for MSHA's acceptance of other analytical methods that are at least as effective in identifying potential asbestos overexposures as the OSHA Reference Method (29 CFR 1910.1001, Appendix A). MSHA considers the counting criteria for a fiber in the OSHA Reference Method to be statistically equivalent to that in MSHA's definition of a fiber.

For the purpose of this final rule, MSHA considers a method to be statistically equivalent to the ORM and at least as effective as MSHA's existing method if it meets the following criteria from 29 CFR 1910.1001(d)(6)(iii):

(A) Replicate exposure data used to establish equivalency are collected in side-by-side field and laboratory comparisons; and

(B) The comparison indicates that 90% of the samples collected in the range 0.5 to 2.0 times the permissible limit have an accuracy range of plus or minus 25 percent of the ORM results at a 95% confidence level as demonstrated by a statistically valid protocol; and

(C) The equivalent method is documented and the results of the comparison testing are maintained.

Although MSHA can calculate concentrations below 0.1 f/cc, neither NIOSH 7400 nor OSHA ID 160 sampling and analytical methods obtain statistically reliable, repeatable measurements within ± 25 percent of the mean with 95 percent confidence for concentrations lower than 0.1 f/cc. The preamble to OSHA's 1994 asbestos rule (59 FR 40967) states that 0.1 f/cc is "the practical lower limit of feasibility for measuring asbestos levels reliably."

Appendix A lists NIOSH 7400 and OSHA ID–160 as analytical methods that meet these equivalency criteria. MSHA will consider other analytical methods that afford an equivalent measurement alternative as they become available.

4. Epidemiological Studies and Health Risk Data Based on PCM Analytical Methods

A number of commenters pointed out that a PCM-based methodology counts more than asbestos. These commenters suggested that the lower risk seen in epidemiological studies relating PCM-based exposure estimates to adverse health outcomes in miners was due to the other material inherent in air samples taken in a mining environment. They speculated that non-asbestos dust particles had been counted and included in the estimated

concentrations, which would have overestimated asbestos exposures. MSHA acknowledges the possible overestimation of asbestos-related disease in applying OSHA's risk assessment to mining exposures based solely on PCM analytical results. For this reason, by policy, MSHA uses a subsequent TEM analysis to identify asbestos minerals and minimize this overestimation when determining asbestos exposures. MSHA has not found sufficient information to make a "differential risk" determination for the mining industry within OSHA's quantitative risk assessment, which MSHA uses as the basis for this final rule.

5. Discussion of Cleavage Fragments and Non-Asbestos Minerals

During this rulemaking, MSHA has received many comments regarding cleavage fragments. MSHA has not addressed cleavage fragments in this final rule. To do so would require a change in both the analytical method and the definition of asbestos, neither of which were contemplated in the proposed rule and are, therefore, beyond the scope of this final rule. The final rule retains MSHA's PCM-based analytical method. To minimize the impact of cleavage fragments on sampling results, however, MSHA will continue its policy of conducting a subsequent TEM-based analysis on samples with PCM results that exceed the PEL.

Many commenters expressed concern that standard phase contrast counting techniques are not specific in determining exposure to only the six Federal asbestos minerals and may misidentify cleavage fragments as asbestos fibers. PCM-based analytical methods do not distinguish between asbestos and any other fiber meeting the size and aspect ratio criteria. A number of commenters highlighted the seeming contradiction between MSHA's stated intent to exclude cleavage fragments from the standard and the Agency's selection of a PCM-based analytical method that may identify elongated amphibole cleavage fragments as asbestos fibers.

Commenters suggested several ways to eliminate cleavage fragments. For example, some suggested that MSHA use a revised PCM-based method with differential counting criteria that referenced OSHA's 29 CFR 1910.1001 Appendices B and C.[58] Others suggested

a proposed ASTM method, which was adopted in June 2006 (ASTM D 7200–06). Several recommended a fiber population analysis that examined samples for the characteristics of commercial asbestos listed in Appendix A of EPA's *Method for the Determination of Asbestos in Bulk Building Materials* (EPA, 1993).

MSHA acknowledges that PCM-based analytical methods for the quantitative analysis of asbestos samples have some limitations, especially if samples are collected in a mixed dust environment. PCM-based analysis, however, addresses the key problem of needing to make a relatively fast, cost-effective evaluation of miners' work environments so as to improve their health protection. Using a PCM-based analytical method maintains the usefulness of the analytical results relative to the historic health data.[59] When an exposure exceeds the full-shift or excursion PEL, MSHA uses a TEM-based method to confirm the presence of asbestos.

*D. § 71.701(c) and (d): Sampling; General Requirements (Controlling Asbestos Exposures in Coal Mines)*

This final rule retains the proposed revision to add a reference to § 71.702 in paragraphs (c) and (d) of § 71.701 to clarify MSHA's intent that coal mine operators control miners' exposures to asbestos. MSHA received no substantive comments on this proposed change.

## VI. Regulatory Analyses

*A. Executive Order (E.O.) 12866*

Executive Order (E.O.) 12866 (58 FR 51735) as amended by E.O. 13258 (Amending Executive Order 12866 on Regulatory Planning and Review (67 FR 9385)) requires regulatory agencies to assess both the costs and benefits of regulations. To comply with Executive Order 12866, MSHA has prepared a Regulatory Economic Analysis (REA) for this final rule. The REA contains supporting data and explanation for the summary materials presented in section VI of this preamble, including the covered mining industry, costs and benefits, feasibility, and small business impact. The REA is located on MSHA's Web site at *http://www.msha.gov/ regsinfo.htm.* A copy of the REA can be obtained from MSHA's Office of Standards, Regulations, and Variances.

Executive Order 12866 classifies a rule as a significant regulatory action

[58] Appendix B (non-mandatory) is a detailed procedure for asbestos sampling and analysis. OSHA removed Appendix C (mandatory), which specified qualitative and quantitative fit testing

procedures, when they promulgated their respiratory protection standard (29 CFR 1910.134). Given the context of the comment, MSHA thinks the commenter may have been referring to Appendix J, OSHA's PLM analytical method.

[59] Wylie *et al.*, 1985.

requiring review by the Office of Management and Budget if it has an annual effect on the economy of $100 million or more; creates a serious inconsistency or interferes with an action of another agency; materially alters the budgetary impact of entitlements or the rights of entitlement recipients; or raises novel legal or policy issues. MSHA has determined that the final rule would not have an annual effect of $100 million or more on the economy and, therefore, it is not an economically ''significant regulatory action'' pursuant to section 3(f) of E.O. 12866. MSHA, however, has concluded that the proposed rule is otherwise significant under Executive Order 12866 because it raises novel legal or policy issues.

1. Discussion of Benefits

This final rule will reduce diseases arising from exposure to asbestos, and the associated costs to employers, miners' families, and society at large. Exposure to asbestos can cause lung cancer; mesothelioma; gastrointestinal cancer; cancers of the larynx, pharynx, and kidneys; asbestosis; and other respiratory diseases. Reduced miners' exposures will reduce adverse health effects both in terms of the incidence of disease affecting quality of life, and deaths from both cancer and non-cancer disease. These asbestos-related diseases cause a material impairment of human health or functional capacity.

This benefit analysis quantifies the reduction in expected deaths to miners resulting from reduced exposure to airborne asbestos. The benefit is a result of reducing the 8-hour time-weighted average (TWA) permissible exposure limit (PEL) from 2 fibers per cubic centimeter (f/cc) to 0.1 f/cc. MSHA acknowledges that this change will not eliminate the risk of asbestos-related material impairment of health. (See Table IV–1.)

*a. Summary of Benefits.*

By lowering the PEL to 0.1 f/cc, MSHA estimates the prevention of one occupationally related cancer death caused by asbestos exposure over the 55-year period beginning 10 years after implementation of the final rule. MSHA estimates that there will be benefits resulting from lowering the excursion limit, but is unable to quantify these benefits. This analysis underestimates the total benefits of the rule by quantifying only the cancer deaths prevented. The benefits do not include the reduced incidence of asbestosis-related disabilities.

*b. Calculation of Premature Deaths Prevented.*

MSHA limits the quantified benefits to an estimation of the number of cancer cases prevented. MSHA expresses the results as ''deaths prevented'' because the cancers associated with asbestos exposure almost always result in premature death.

The benefits resulting from a reduction in the PEL depend on several factors including—
• Existing and projected exposure levels,
• Risk associated with each exposure level,
• Number of workers exposed at each exposure level, and
• Age of the miner at first exposure.

MSHA estimated the number of miners currently exposed and their levels of exposure from data on personal exposure sampling during regular and special inspections between January 2000 and May 2007. These data are available on MSHA's Web site at *http://www.msha.gov.* Section III of this preamble contains the characterization and assessment of exposures in mining.

Laboratory results indicate that exposure concentrations are unevenly distributed across mines and among miners within mines. MSHA uses four fiber concentration levels to estimate the risk to miners. The break points for these exposure levels are the existing and final exposure limits as follows: Less than 0.1 f/cc, 0.1 to less than 1 f/cc, 1 f/cc to less than 2 f/cc, and 2 f/cc or greater. Approximately 86 percent of MSHA's PCM-based fiber sampling results are below 0.1 f/cc. Approximately 97 percent of MSHA's TEM-based asbestos sampling results are below 0.1 f/cc. Based on MSHA's sampling data, concentrations ranged between 0.0 and 38.1 f/cc over these years. The highest concentration level in Table IV–1 is 10 f/cc. MSHA's calculations, therefore, use an upper exposure limit of 10 f/cc. Samples with exposure concentrations above 10 f/cc are included in this benefits analysis as 10 f/cc. MSHA's estimated benefits derive totally from the mines MSHA has sampled.

MSHA applied OSHA's linear, no-threshold, dose-response risk assessment model to MSHA's existing PEL and final PEL to estimate the expected number of asbestos-related deaths. The expected reduction of deaths resulting from lowering the PEL will be the difference between the expected deaths at 2 f/cc and 0.1 f/cc.[60] MSHA then applied these rates to the estimated number of miners exposed at

the corresponding concentration based on MSHA sampling data. The result is an estimate of miners' deaths resulting from cancer due to occupational exposure to asbestos under existing exposure conditions.

*c. Benefits of the 0.1 f/cc PEL.*

Deaths from lung cancer, mesotheliomas, gastrointestinal cancer, and asbestosis are the result of past exposures to much higher air concentrations of asbestos than those found in mines today. The risks of these diseases still exist, however, and these risks are significant for miners exposed to lower air concentrations of asbestos. Most diseases resulting from a more recent asbestos exposure may not become evident for another 20 to 30 years. When the results of TEM analysis are incorporated into the exposure data, MSHA estimated a reduction of one cancer death (per 314 miners exposed above 0.1 f/cc, or 5 per 1,000 exposed) over a 55-year period starting 10 years after implementation of the lower 8-hour TWA PEL. This represents a 12 percent reduction in the miners' asbestos-related deaths that would be expected if existing exposures were to continue. The rate at which the incidence of the cancers decreases depends on several factors including—
• Latency of onset of cancer,
• Attrition of the mining workforce,
• Changing rates of competing causes of death,
• Dynamics of other risk factors,
• Changes in life expectancy, and
• Advances in cancer treatments.

*d. Benefits of the 1 f/cc Excursion Limit.*

The intended effect of the excursion limit is to protect miners from the adverse health risks associated with brief fiber releases. MSHA believes that miners will be exposed to brief fiber releases even when airborne concentrations of asbestos do not exceed the PEL. For example, mechanics may be inadvertently exposed to airborne asbestos while working on older equipment that may have asbestos-containing parts. Miners may encounter brief fiber releases while drilling, dozing, blasting, or roof bolting in areas of naturally occurring asbestos. These short-term exposures can easily be above 1 f/cc; however, when averaged over an 8-hour shift, they fall within the 0.1 f/cc PEL. However, because MSHA does not have sufficient data regarding the relationship between the frequency of brief fiber releases and adverse health risks, this analysis demonstrates the theoretical benefits from limiting short-term exposures to the excursion limit.

This section estimates the benefits of the excursion limit of 1 f/cc for one 30-

---

[60] Nicholson, 1983; JRB Associates, 1983; OSHA (51 FR 22612), 1986; OSHA (53 FR 35609), 1988; OSHA (59 FR 40964), 1994.

minute period per day. Two 30-minute exposures per day at 1 f/cc will exceed the 8-hour TWA, full shift exposure limit (i.e., 1 f/cc for 48 minutes = 0.1 f/cc for 480 minutes).

MSHA estimates the benefit of an excursion limit from the difference in concentration between the PEL and the excursion limit averaged over the full shift [(1 f/cc)/(16 30-minute periods) = 0.063 f/cc]. The lifetime risk associated with an exposure to 0.063 f/cc is 0.00336, if first exposed at age 25 and exposure continues every work day at that level

for 45 years. The risk associated with exposure to 0.063 f/cc using the same age and duration of exposure is 0.00212. The difference in lifetime risk is 0.00124, which equates to one additional premature death prevented for every 1,000 miners exposed to asbestos above the 1 f/cc excursion limit.

### 2. Discussion of Costs

The final rule will result in total costs of approximately $201,000 per year for all mines. The cost will be approximately $156,000 for metal and

nonmetal mines and approximately $45,000 for coal mines. These costs represent less than 0.001 percent of the yearly revenues of $64.4 billion for the metal and nonmetal mining industry and $27.0 billion for the coal mining industry.

Table VI–1 presents MSHA's estimate of the total yearly compliance costs by compliance strategy and mine size. The total costs reported are projected costs, in 2006 dollars, based on MSHA's knowledge, experience, and available information.

### TABLE VI–1.—SUMMARY OF YEARLY COMPLIANCE COSTS

| Metal and nonmetal mine size | Compliance strategy | | | | Total for metal and nonmetal mines |
|---|---|---|---|---|---|
| | Selective mining | Wet methods | Ventilation | Removal of ACM | |
| 1–19 | $2,417 | $2,820 | $1,619 | $1,750 | $8,606 |
| 20–500 | 11,242 | 19,673 | 28,048 | 21,000 | 79,962 |
| 501+ | 3,747 | 6,558 | 41,278 | 15,750 | 67,333 |
| Total | 17,406 | 29,050 | 70,945 | 38,500 | 155,901 |

| Coal mine size | Compliance strategy | | | | Total for coal mines |
|---|---|---|---|---|---|
| | Selective mining | Wet methods | Ventilation | Removal of ACM | |
| 1–19 | .................. | .................. | .................. | $875 | $875 |
| 20–500 | .................. | .................. | .................. | 12,250 | 12,250 |
| 501+ | .................. | .................. | .................. | 31,500 | 31,500 |
| Total | .................. | .................. | .................. | 44,625 | 44,625 |

### B. Feasibility

MSHA has determined that the requirements of this final rule are both technologically and economically feasible.

In the discussion of PELs in section V.B of this preamble, MSHA stated that there is a residual risk of adverse health effects for miners exposed at the PEL. MSHA considered proposing a lower PEL as a regulatory alternative to further reduce the risk of adverse health effects from a working lifetime of exposure. When OSHA reduced the PEL from 0.2 to 0.1 f/cc in 1994, OSHA concluded that this concentration is "the practical lower limit of feasibility for measuring asbestos levels reliably." (59 FR 40967) About 85 percent of the sampled mines are already in compliance with the 0.1 f/cc PEL.

This final rule is not a technology-forcing standard. All equipment required by the final rule and a variety of dust control strategies and control methods are already available in the marketplace and have been used successfully by the U.S. mining community to control asbestos exposures. MSHA has concluded that this final rule is technologically feasible.

The mining industry would incur costs of about $201,000 yearly to comply with this final rule. These compliance costs represent less than 0.001 percent of the yearly revenues of the mines covered by this rule (approximately $64.4 billion for metal and nonmetal and $27.0 billion for coal). MSHA has concluded that this final rule is economically feasible.

### D. Regulatory Flexibility Analysis (RFA) and Small Business Regulatory Enforcement Fairness Act (SBREFA)

Based on MSHA's data and experience, and information submitted to the record, the Agency has determined and here certifies that this final rule will not have a significant economic impact on a substantial number of small entities. The REA for this final rule (RIN: 1219–AB24), *Asbestos Exposure Limit,* contains the factual basis for this certification as well as complete details about data, equations, and methods used to calculate the costs and benefits. MSHA has placed the REA in the rulemaking docket and posted it on MSHA's Web site at *http://www.msha.gov.*

### E. Other Regulatory Considerations

#### 1. The National Environmental Policy Act of 1969 (NEPA)

MSHA has reviewed the final rule in accordance with the requirements of NEPA of 1969 (42 U.S.C. 4321 *et seq.*), the regulations of the Council on Environmental Quality (40 CFR part 1500), and the Department of Labor's NEPA procedures (29 CFR part 11) and has assessed the environmental impacts. The Agency found that the final rule will have no significant impact on air, water, or soil quality; plant or animal life; the use of land; or other aspects of the human environment.

#### 2. Paperwork Reduction Act of 1995

The final rule contains no information collection or recordkeeping requirements. Thus, there are no additional paperwork burden hours and related costs associated with the final rule. Accordingly, the Paperwork Reduction Act requires no further agency action or analysis.

#### 3. The Unfunded Mandates Reform Act of 1995

MSHA has reviewed the final rule under the Unfunded Mandates Reform

Act of 1995 (2 U.S.C. 1501 *et seq.*). MSHA has determined that the final rule does not include any Federal mandate that may result in increased expenditures by State, local, or tribal governments; nor does it increase private sector expenditures by more than $100 million in any one year or significantly or uniquely affect small governments. Accordingly, the Unfunded Mandates Reform Act of 1995 (2 U.S.C. 1501 *et seq.*) requires no further agency action or analysis.

4. Treasury and General Government Appropriations Act of 1999 (Section 654: Assessment of Impact of Federal Regulations and Policies on Families)

Section 654 of the Treasury and General Government Appropriations Act of 1999 (5 U.S.C. 601 note) requires agencies to assess the impact of Agency action on family well-being. MSHA has determined that the final rule will have no affect on family stability or safety, marital commitment, parental rights and authority, or income or poverty of families and children. Accordingly, MSHA certifies that the final rule will not impact family well-being.

5. Executive Order 12630: Government Actions and Interference with Constitutionally Protected Property Rights

The final rule does not implement a policy with takings implications. Accordingly, E.O. 12630 requires no further Agency action or analysis.

6. Executive Order 12988: Civil Justice Reform

The final rule was written to provide a clear legal standard for affected conduct and was carefully reviewed to eliminate drafting errors and ambiguities, so as to minimize litigation and undue burden on the Federal court system. Accordingly, the final rule meets the applicable standards provided in section 3 of E.O. 12988, Civil Justice Reform.

7. Executive Order 13045: Protection of Children from Environmental Health Risks and Safety Risks

The final rule has no adverse impact on children. Accordingly, under E.O. 13045, no further Agency action or analysis is required.

8. Executive Order 13132: Federalism

The final rule does not have "federalism implications," because it does not "have substantial direct effects on the States, on the relationship between the national government and the States, or on the distribution of power and responsibilities among the various levels of government."

Accordingly, Executive Order 13132, Federalism, requires no further agency action or analysis.

9. Executive Order 13175: Consultation and Coordination with Indian Tribal Governments

The final rule does not have "tribal implications," because it does not "have substantial direct effects on one or more Indian tribes, on the relationship between the Federal government and Indian tribes, or on the distribution of power and responsibilities between the Federal government and Indian tribes." Accordingly, under E.O. 13175, no further Agency action or analysis is required.

10. Executive Order 13211: Actions Concerning Regulations That Significantly Affect Energy Supply, Distribution, or Use

Executive Order 13211 requires agencies to publish a statement of energy effects when a rule has a significant energy action that adversely affects energy supply, distribution or use. MSHA has reviewed the final rule for its energy effects because the final rule applies to the coal mining sector. MSHA has concluded that the final rule is not a significant energy action because it will not have significant adverse effect on the supply, distribution, or use of energy. Further, because the final rule will result in yearly costs of approximately $45,000 to the coal mining industry, relative to annual revenues of $27.0 billion in 2006, it is not a significant energy action because it is not likely to have a significant adverse effect on the supply, distribution, or use of energy. Accordingly, under this analysis, no further Agency action or analysis is required.

11. Executive Order 13272: Proper Consideration of Small Entities in Agency Rulemaking

MSHA has thoroughly reviewed the final rule to assess and take appropriate account of its potential impact on small businesses, small governmental jurisdictions, and small organizations. As discussed in section VI.D of this preamble, MSHA has determined and certified that the final rule would not have a significant economic impact on a substantial number of small entities. Accordingly, Executive Order 13272, Proper Consideration of Small Entities in Agency Rulemaking, requires no further agency action or analysis.

## VII. Copy of the OSHA Reference Method (ORM)

MSHA's existing asbestos standards require that the analyst determine fiber concentrations using a phase contrast microscopy analytical method with 400–450X magnification. The ORM contains these requirements. The definition of fiber in MSHA's final rule includes the same characteristics as in the existing standards, i.e., longer than 5 μm with a length to width ratio of at least 3:1. Although the ORM requires counting fibers 5 μm or longer, there is no practical difference between these criteria considering the accuracy and precision of the analytical methods. NIOSH Method 7400 is equivalent to the ORM even though it requires counting fibers longer than 5 μm. The ORM also requires that analysts "* * * must have taken the NIOSH course for sampling and evaluating airborne asbestos dust or an equivalent course."

**29 CFR 1910.1001 Appendix A: OSHA Reference Method—Mandatory**

This mandatory appendix specifies the procedure for analyzing air samples for asbestos and specifies quality control procedures that must be implemented by laboratories performing the analysis. The sampling and analytical methods described below represent the elements of the available monitoring methods (such as Appendix B of their regulation, the most current version of the OSHA method ID–160, or the most current version of the NIOSH Method 7400). All employers who are required to conduct air monitoring under paragraph (d) of the [OSHA] standard are required to utilize analytical laboratories that use this procedure, or an equivalent method, for collecting and analyzing samples.

*Sampling and Analytical Procedure.*

1. The sampling medium for air samples shall be mixed cellulose ester filter membranes. These shall be designated by the manufacturer as suitable for asbestos counting. See below for rejection of blanks.

2. The preferred collection device shall be the 25-mm diameter cassette with an open-faced 50-mm electrically conductive extension cowl. The 37-mm cassette may be used if necessary but only if written justification for the need to use the 37-mm filter cassette accompanies the sample results in the employee's exposure monitoring record. Do not reuse or reload cassettes for asbestos sample collection.

3. An air flow rate between 0.5 liter/min and 2.5 liters/min shall be selected for the 25-mm cassette. If the 37-mm cassette is used, an air flow rate between 1 liter/min and 2.5 liters/min shall be selected.

4. Where possible, a sufficient air volume for each air sample shall be collected to yield between 100 and 1,300 fibers per square millimeter on the membrane filter. If a filter darkens in appearance or if loose dust is seen on the filter, a second sample shall be started.

5. Ship the samples in a rigid container with sufficient packing material to prevent

dislodging the collected fibers. Packing material that has a high electrostatic charge on its surface (e.g., expanded polystyrene) cannot be used because such material can cause loss of fibers to the sides of the cassette.

6. Calibrate each personal sampling pump before and after use with a representative filter cassette installed between the pump and the calibration devices.

7. Personal samples shall be taken in the "breathing zone" of the employee (i.e., attached to or near the collar or lapel near the worker's face).

8. Fiber counts shall be made by positive phase contrast using a microscope with an 8 to 10 × eyepiece and a 40 to 45 × objective for a total magnification of approximately 400 × and a numerical aperture of 0.65 to 0.75. The microscope shall also be fitted with a green or blue filter.

9. The microscope shall be fitted with a Walton-Beckett eyepiece graticule calibrated for a field diameter of 100 micrometers (±2 micrometers).

10. The phase-shift detection limit of the microscope shall be about 3 degrees measured using the HSE phase shift test slide as outlined below.

a. Place the test slide on the microscope stage and center it under the phase objective.

b. Bring the blocks of grooved lines into focus.

**Note:** The slide consists of seven sets of grooved lines (ca. 20 grooves to each block) in descending order of visibility from sets 1 to 7, 7 being the least visible. The requirements for asbestos counting are that the microscope optics must resolve the grooved lines in set 3 completely, although they may appear somewhat faint, and that the grooved lines in sets 6 and 7 must be invisible. Sets 4 and 5 must be at least partially visible but may vary slightly in visibility between microscopes. A microscope that fails to meet these requirements has either too low or too high a resolution to be used for asbestos counting.

c. If the image deteriorates, clean and adjust the microscope optics. If the problem persists, consult the microscope manufacturer.

11. Each set of samples taken will include 10 percent blanks or a minimum of 2 field blanks. These blanks must come from the same lot as the filters used for sample collection. The field blank results shall be averaged and subtracted from the analytical results before reporting. A set consists of any sample or group of samples for which an evaluation for this standard must be made. Any samples represented by a field blank having a fiber count in excess of the detection limit of the method being used shall be rejected.

12. The samples shall be mounted by the acetone/triacetin method or a method with an equivalent index of refraction and similar clarity.

13. Observe the following counting rules.

a. Count only fibers equal to or longer than 5 micrometers. Measure the length of curved fibers along the curve.

b. In the absence of other information, count all particles as asbestos that have a length-to-width ratio (aspect ratio) of 3:1 or greater.

c. Fibers lying entirely within the boundary of the Walton-Beckett graticule field shall receive a count of 1. Fibers crossing the boundary once, having one end within the circle, shall receive the count of one half (½). Do not count any fiber that crosses the graticule boundary more than once. Reject and do not count any other fibers even though they may be visible outside the graticule area.

d. Count bundles of fibers as one fiber unless individual fibers can be identified by observing both ends of an individual fiber.

e. Count enough graticule fields to yield 100 fibers. Count a minimum of 20 fields; stop counting at 100 fields regardless of fiber count.

14. Blind recounts shall be conducted at the rate of 10 percent.

*Quality Control Procedures.*

1. *Intralaboratory program.* Each laboratory and/or each company with more than one microscopist counting slides shall establish a statistically designed quality assurance program involving blind recounts and comparisons between microscopists to monitor the variability of counting by each microscopist and between microscopists. In a company with more than one laboratory, the program shall include all laboratories and shall also evaluate the laboratory-to-laboratory variability.

2. *Interlaboratory program.*

a. Each laboratory analyzing asbestos samples for compliance determination shall implement an interlaboratory quality assurance program that as a minimum includes participation of at least two other independent laboratories. Each laboratory shall participate in round robin testing at least once every 6 months with at least all the other laboratories in its interlaboratory quality assurance group. Each laboratory shall submit slides typical of its own work load for use in this program. The round robin shall be designed and results analyzed using appropriate statistical methodology.

b. All laboratories should also participate in a national sample testing scheme such as the Proficiency Analytical Testing Program (PAT), or the Asbestos Registry sponsored by the American Industrial Hygiene Association (AIHA).

3. All individuals performing asbestos analysis must have taken the NIOSH course for sampling and evaluating airborne asbestos dust or an equivalent course.

4. When the use of different microscopes contributes to differences between counters and laboratories, the effect of the different microscope shall be evaluated and the microscope shall be replaced, as necessary.

5. Current results of these quality assurance programs shall be posted in each laboratory to keep the microscopists informed.

[57 FR 24330, June 8, 1992; 59 FR 40964, Aug. 10, 1994]

## VIII. References Cited in the Preamble

Agency for Toxic Substances and Disease Registry (ATSDR). *Toxicological Profile for Asbestos (Update)*, Prepared by Syracuse Research Corp. under Contract No. 205–1999–00024, U.S. Department of Health and Human Services, Public Health Service, September 2001.

Agency for Toxic Substances and Disease Registry (ATSDR). *Report on the Expert Panel on Health Effects of Asbestos and Synthetic Vitreous Fibers: The Influence of Fiber Length* (Proceedings of panel discussion, October 29–30, 2002, New York City), Prepared by Eastern Research Group, Inc., March 17, 2003.

Amandus, H.E., R. Wheeler, J. Jankovic, and J. Tucker. "The Morbidity and Mortality of Vermiculite Miners and Millers Exposed to Tremolite-Actinolite: Part I. Exposure Estimates," *American Journal of Industrial Medicine,* 11(1):1–14, 1987.

Amandus, H.E., and R. Wheeler. "The Morbidity and Mortality of Vermiculite Miners and Millers Exposed to Tremolite-Actinolite: Part II. Mortality," *American Journal of Industrial Medicine,* 11(1):15–26, 1987.

Amandus, H.E., R. Althouse, W.K.C. Morgan, E.N. Sargent, and R. Jones. "The Morbidity and Mortality of Vermiculite Miners and Millers Exposed to Tremolite-Actinolite: Part III. Radiographic Findings," *American Journal of Industrial Medicine,* 11(1):27–37, 1987.

American Conference of Governmental Industrial Hygienists-American Industrial Hygiene Association, Joint ACGIH–AIHA Aerosol Hazards Evaluation Committee. "Background Documentation on Evaluation of Occupational Exposure to Airborne Asbestos," *American Industrial Hygiene Association Journal,* February 1975, pp. 91–103.

American Society for Testing and Materials (ASTM). "Standard Practice for Sampling and Counting Airborne Fibers, Including Asbestos Fibers, in Mines and Quarries, by Phase Contrast Microscopy and Transmission Electron Microscopy," *ASTM International Designation: D 7200–06,* June 2006.

American Thoracic Society. "Diagnosis and Initial Management of Nonmalignant Diseases Related to Asbestos," *American Journal of Respiratory and Critical Care Medicine,* 170:691–715, 2004.

Armstrong, B.K., N.H. de Klerk, A.W. Musk, and M.S.T. Hobbs. "Mortality in Miners and Millers of Crocidolite in Western Australia, *British Journal of Industrial Medicine,* 45:5–13, 1988.

Bagatin, E., J.A. Neder, L.E. Nery, M. Terra-Filho, J. Kavakama, A. Castelo, V. Capelozzi, A. Sette, S. Kitamura, M. Favero, D.C. Moreira-Filho, R. Tavares, C. Peres, and M.R. Becklake. "Non-malignant Consequences of Decreasing Asbestos Exposure in the Brazil Chrysotile Mines and Mills," *Occupational and Environmental Medicine,* 62:381–389, 2005.

Baron, Paul A. "Measurement of Airborne Fibers: A Review," *Industrial Health,* 39:39–50, 2001.

Becker, Nikolaus, Jurgen Berger, and Ulrich Bolm-Audorff. "Asbestos Exposure and Malignant Lymphomas—a Review of the Epidemiological Literature," *International Archives of Occupational and Environmental Health,* 74:459–469, 2001.

Becklake, Margaret R. "Clinical Measurements in Quebec Chrysotile Miners: Use for Future Protection of

Workers,'' *Annals New York Academy of Sciences,* pp. 23–29, 1979.

Berry, G., and H.C. Lewinsohn. ''Dose-Response Relationships for Asbestos-Related Disease: Implications for Hygiene Standards, Part I. Morbidity'', *Annals New York Academy of Sciences,* pp. 185–194, 1979.

Berry, G., and M.L. Newhouse. ''Mortality of Workers Manufacturing Friction Materials Using Asbestos,'' *British Journal of Industrial Medicine,* 40:1–7, 1983.

Bolton, C., A. Richards, and P. Ebden. ''Asbestos-Related Disease,'' *Hospital Medicine,* 63(3):148–151, March 2002.

Browne, Kevin. ''The Quantitative Risks of Mesothelioma and Lung Cancer in Relation to Asbestos Exposure,'' *Annals of Occupational Hygiene* (Letters to the Editor), 45(4):327–329, 2001.

Browne, Kevin, and J. Bernard L. Gee. ''Asbestos and Laryngeal Cancer,'' *Annals of Occupational Hygiene,* 44:239–250, 2000.

Brownfield, Michael E., Ronald H. Affolter, Gary D. Stricker, and Ricky T. Hildebrand. ''High Chromium Contents in Tertiary Coal Deposits of Northwestern Washington—A Key to Their Depositional History,'' *International Journal of Coal Geology,* 27:153–169, 1995.

Cookson, W.O.C.M., N.H. de Klerk, A.W. Musk, B.K. Armstrong, J.J. Glancy, and M.S.T. Hobbs. ''Prevalence of Radiographic Asbestosis in Crocidolite Miners and Millers at Wittenoom, Western Australia,'' *British Journal of Industrial Medicine,* 43:450–457, 1986.

Craighead, J.E., J.L. Abraham, A. Churg, F.H. Green, J. Kleinerman, P.C. Pratt, T.A Seemayer, V. Vallyathan, and H. Weill. ''The Pathology of Asbestos-Associated Diseases of the Lungs and Pleural Cavities: Diagnostic Criteria and Proposed Grading Schema,'' *Archives of Pathology and Laboratory Medicine,* 106(11):544–596, 1982.

Dave, S.K., L.J. Bhagia, P.K. Mazumdar, G.C. Patel, P.K. Kulkarni, and S.K. Kashyap. ''The Correlation of Chest Radiograph and Pulmonary Function Tests in Asbestos Miners and Millers,'' *Indian Journal of Chest Disease and Allied Sciences,* 38:81–89, 1996.

Delpierre, Stephane, Yves Jammes, Marie Jose Delvogo-Gori, and Marion Faucher. ''High Prevalence of Reversible Airway Obstruction in Asbestos-Exposed Workers,'' *Archives of Environmental Health,* 57(5):441–445, September/October, 2002.

Dement, J.M., R.L. Harris, M.J. Symons, and C. Shy. ''Estimates of Dose-Response for Respiratory Cancer among Chrysotile Asbestos Textile Workers,'' *Annals of Occupational Hygiene,* 26(14):869–887, 1982.

Dodson, Ronald F., Mark A.L. Atkinson, and Jeffrey L. Levin. ''Asbestos Fiber Length as Related to Potential Pathogenicity: A Critical Review,'' *American Journal of Industrial Medicine,* 44:291–297, 2003.

Doll, Richard. ''Mortality from Lung Cancer in Asbestos Workers,'' *British Journal of Industrial Medicine,* 12:81–86, 1955.

Eagen, Tomas M.L., Amund Gulsvik, Geir E. Eide, and Per S. Bakke. ''Occupational Airborne Exposure and the Incidence of Respiratory Symptoms and Asthma,'' *American Journal of Respiratory Critical Care Medicine,* 166:933–938, 2002.

Enarson, D.A., Valerie Embree, Lonia Maclean, and S. Grzybowski. ''Respiratory Health in Chrysotile Asbestos Miners in British Columbia: A Longitudinal Study,'' *British Journal of Industrial Medicine,* 45:459–463, 1988.

Finkelstein, Murray M. ''Asbestosis in Long-Term Employees of an Ontario Asbestos-Cement Factory,'' *American Review of Respiratory Disease,* 125:496–501, 1982.

Finkelstein, M.M. ''Mortality among Long-Term Employees of an Ontario Asbestos-Cement Factory,'' *British Journal of Industrial Medicine,* 40:138–144, 1983.

Finkelstein, Murray M. ''Potential Pitfall in Using Cumulative Exposure in Exposure-Response Relationships: Demonstration and Discussion,'' *American Journal of Industrial Medicine,* 28:41–47, 1995.

Fischer, M., S. Gunther, and K.-M. Muller. ''Fibre-Years, Pulmonary Asbestos Burden and Asbestosis,'' *International Journal of Hygiene and Environmental Health,* 205:245–248, 2002.

Gibbs, Graham W., and R.S.J. du Toit. ''Environmental Considerations in Surveillance of Asbestos Miners and Millers,'' *Annals New York Academy of Sciences,* pp. 163–178, 1979.

Global Environmental & Technology Foundation (GETF). ''Report of Findings and Recommendations on the Use and Management of Asbestos,'' *Asbestos Strategies,* 2003.

Greenberg, Morris. ''Biological Effects of Asbestos: New York Academy of Sciences 1964,'' *American Journal of Industrial Medicine* (Historical Perspective), 43:543–552, 2003.

Harper, Martin, and Al Bartolucci. ''Preparation and Examination of Proposed Consensus Reference Standards for Fiber-Counting,'' *American Industrial Hygiene Association Journal,* 64:283–287, 2003.

Henderson, Vivian L., and Philip E. Enterline. ''Asbestos Exposure Factors Associated with Excess Cancer and Respiratory Disease Mortality,'' *Annals New York Academy of Sciences* (prepublication copy), 1979.

Hodgson, John T., and Andrew Darnton. ''The Quantitative Risks of Mesothelioma and Lung Cancer in Relation to Asbestos Exposure,'' *Annals of Occupational Hygiene,* 44(8):565–601, 2000.

International Agency for Research on Cancer (IARC). ''Asbestos,'' *Monographs* (Volume 14), Supplement 7, 1987.

International Commission on Radiation Protection (ICRP), Prepared by the Task Group on Lung Dynamics for Committee II of the ICRP. ''Deposition and Retention Models for Internal Dosimetry of the Human Respiratory Tract,'' *Health Physics,* 12:173–207, 1966. [''Errata and Revisions to Health Physics 12, 173 (1966),'' *Health Physics,* 13:1251, 1967.]

Irwig, L.M., R.S.J. du Toit, G.K. Sluis-Cremer, A. Solomon, R. Glyn Thomas, P.P.H. Hamel, I. Webster, and T. Hastie. ''Risk of Asbestosis in Crocidolite and Amosite Mines in South Africa,'' *Annals New York Academy of Sciences,* pp. 35–52, 1979.

JRB Associates. ''Benefits Assessment of Emergency Temporary and Proposed Asbestos Standards, Final Report,'' Prepared by Marthe B. Kent, William G. Perry, and Christine B. New for OSHA Office of Regulatory Analysis, November 3, 1983.

Kuempel, E.D., L.T. Stayner, J.D. Dement, S.J. Gilbert, and M.J. Hein. ''Fiber Size-Specific Exposure Estimates and Updated Mortality Analysis of Chrysotile Asbestos Textile Workers,'' *The Toxicologist,* 90(1):71, March 2006.

Lane, R.E. (Chairman) *et al.,* Subcommittee on Asbestos, Committee on Hygiene, British Occupational Hygiene Society. ''Hygiene Standards for Chrysotile Asbestos Dust,'' *Annals of Occupational Hygiene,* 11:47–69, 1968. (1219–AB24–COMM–29–2)

Langer, Arthur M., Arthur N. Rohl, Mary Snow Wolf, and Irving J. Selikoff. ''Asbestos, Fibrous Minerals and Acicular Cleavage Fragments: Nomenclature and Biological Properties,'' *Dusts and Disease,* 1979. (1219–AB24–COMM–29–11)

Leake, Bernard E. (Chairman), *et al.* ''Nomenclature of Amphiboles: Report of the Subcommittee on Amphiboles of the International Mineralogical Association, Commission on New Minerals and Mineral Names,'' *Canadian Mineralogist,* 35:219–246, 1997.

Lemen, Richard A. ''Asbestos in Brakes,'' October 16, 2003. [Paper received from Ralph D. Zumwalde (NIOSH) via Tom Simons (EPA), December 5, 2003.]

Liddell, Douglas. Letter to the Editor, ''Asbestos and Cancer,'' *Annals of Occupational Hygiene,* 45(4):329–335, 2001.

Manning, Christopher B., Val Vallyathan, and Brooke Mossman. ''Diseases Caused by Asbestos: Mechanisms of Injury and Disease Development,'' *International Immunopharmacology,* 2:191–200, 2002.

McDonald, J. Corbett, and F. Douglas K. Liddell. ''Mortality in Canadian Miners and Millers Exposed to Chrysotile,'' *Annals New York Academy of Sciences,* pp. 1–9, 1979.

McDonald, J.C., F.D.K. Liddell, G.W. Gibbs, G.E. Eyssen, and A.D. McDonald. ''Dust Exposure and Mortality in Chrysotile Mining, 1910–75,'' *British Journal of Industrial Medicine,* 37:11–24, 1980.

(A) McDonald, J.C., A.D. McDonald, B. Armstrong, and P. Sebastien. ''Cohort study of mortality of vermiculite miners exposed to tremolite,'' *British Journal of Industrial Medicine,* 43:436–444, 1986.

(B) McDonald, J.C., P. Sebastien, and B. Armstrong. ''Radiological Survey of Past and Present Vermiculite Miners Exposed to Tremolite,'' *British Journal of Industrial Medicine,* 43:445–449, 1986.

McDonald, J.C., A.D. McDonald, P. Sebastien, and K. Moy. ''Health of Vermiculite Miners Exposed to Trace Amounts of Fibrous Tremolite,'' *British Journal of Industrial Medicine,* 45:630–634, 1988.

McDonald, J.C., F.D.K. Liddell, A. Dufresne, and A.D. McDonald. ''The 1891–1920 Birth Cohort of Quebec Chrysotile Miners and Millers: Mortality 1976–1988,'' *British Journal of Industrial Medicine,* 50:1073–1081, 1993.

McDonald, A.D., B.W. Case, A. Churg, A. Dufresne, G.W. Gibbs, P. Sebastien, and J.C. McDonald. "Mesothelioma in Quebec Chrysotile Miners and Millers: Epidemiology and Aetiology," *Annals of Occupational Hygiene,* 41(6):707–719, 1997.

Meeker, G.P., A.M. Bern, I.K. Brownfield, H.A. Lowers, S.J. Sutley, T.M. Hoefen, and J.S. Vance. "The Composition and Morphology of Amphiboles from the Rainy Creek Complex, Near Libby, Montana," *American Mineralogist,* 88:1955–1969, 2003.

Mine Safety and Health Administration (MSHA). Walter Bank, "Asbestiform and/or Fibrous Minerals in Mines, Mills, and Quarries," *Informational Report IR 1111,* 1980.

Mossman, Brooke. In *Report of the Expert Panel on Health Effects of Asbestos and Synthetic Vitreous Fibers: The Influence of Fiber Length,* (Proceedings of Panel, October 29–30, 2002, New York City), Prepared by Eastern Research Group for the Agency for Toxic Substances and Disease Registry (ATSDR), March 17, 2003.

National Institute for Occupational Safety and Health (NIOSH). *Criteria for a Recommended Standard Occupational Exposure to Asbestos,* U.S. Department of Health, Education, and Welfare, 1972.

National Institute for Occupational Safety and Health (NIOSH). *Revised Recommended Asbestos Standard,* U.S. Department of Health, Education, and Welfare, DHEW (NIOSH) Publication No. 77–169, December 1976.

National Institute for Occupational Safety and Health (NIOSH). *Technical Report: Occupational Exposure to Talc Containing Asbestos,* U.S. Department of Health, Education, and Welfare, DHEW (NIOSH) Publication No. 80–115, February 1980.

National Institute for Occupational Safety and Health (NIOSH)–Occupational Safety and Health Administration (OSHA) Asbestos Work Group. *Workplace Exposure to Asbestos, Review and Recommendations,* DHHS (NIOSH) Publication No. 81–103, November 1980.

National Institute for Occupational Safety and Health (NIOSH). *Health Hazard Evaluation Report (Gouverneur Talc),* U.S. Department of Health and Human Services, HETA 90–390–2065 and MHETA 86–012–2065, September 1990.

National Institute for Occupational Safety and Health (NIOSH). *Report to Congress on Workers' Home Contamination Study Conducted Under the Workers' Family Protection Act,* DHHS (NIOSH) Publication No. 95–123 (September 1995).

National Institute for Occupational Safety and Health (NIOSH). Division of Respiratory Disease Studies, *Work Related Lung Disease Surveillance Report 2002* [WoRLD 2003], DHHS (NIOSH) Publication No. 2003–111, May 2003.

National Institute for Occupational Safety and Health (NIOSH). *Pocket Guide to Chemical Hazards,* DHHS (NIOSH) Publication No. 2004–103, October 2003.

Nayebzadeh, Ataollah, Andre Dufresne, Bruce Case, Hojatolah Vali, A.E. Williams-Jones, Robert Martin, Charles, Normand,

and James Clark. "Lung Mineral Fibers of Former Miners and Millers from Thetford-Mines and Asbestos Regions: A Comparative Study of Fiber Concentration and Dimension," *Archives of Environmental Health,* 56(1):65–76, January/February 2001.

Nayebzadeh, Ataollah, Bruce W. Case, Janick Masse, Andre Dufresne. "Mineralogical and Exposure Determinants of Pulmonary Fibrosis among Quebec Chrysotile Miners and Millers," *International Archives of Occupational and Environmental Health,* 79:227–236, 2006.

Nicholson, William J., Irving J. Selikoff, Herbert Seidman, Ruth Lillis, and Paul Formby. "Long-Term Mortality Experience of Chrysotile Miners and Millers in Thetford Mines, Quebec," *Annals New York Academy of Sciences,* pp. 11–21, 1979.

Nicholson, William J. "Quantitative Risk Assessment for Asbestos Related Cancers," Prepared in conjunction with U.S. Department of Labor, Occupational Safety and Health Administration (OSHA), Office of Carcinogen Standards, under OSHA Contract No. J–9–F–2–0074, 1983.

Nicholson, William J. "The Carcinogenicity of Chrysotile Asbestos—A Review," *Industrial Health,* 39:57–64,2001.

Nolan, R.P., A.M. Langer, and Richard Wilson. "A Risk Assessment for Exposure to Grunerite Asbestos (Amosite) in an Iron Ore Mine," Paper presented at the National Academy of Sciences Colloquium "Geology, Mineralogy, and Human Welfare," Irvine, CA, November 8–9, 1998. In: *Proceedings of the National Academy of Science,* 96(7):3412–3419, March 1999.

Osinubi, Omowunmi Y.O., Michael Gochfeld, and Howard M. Kipen. "Health Effects of Asbestos and Nonasbestos Fibers," *Environmental Health Perspectives,* 108(Supplement 4):665–674, 2000.

Pang, Thomas W.S. "Precision and Accuracy of Asbestos Fiber Counting by Phase Contrast Microscopy," *American Industrial Hygiene Association Journal,* 61:529–538, 2000.

Paustenbach, Dennis J., Richard O. Richter, Brent L. Finley, and Patrick J. Sheehan. "An Evaluation of the Historical Exposures of Mechanics to Asbestos in Brake Dust," *Applied Occupational and Environmental Hygiene,* 18:786–804, 2003.

Peacock, C., S.J. Copley, and D.M. Hansell. "Asbestos-Related Benign Pleural Disease," *Clinical Radiology* (Review), 55:422–432, 2000.

Peto, Julian. "Lung Cancer Mortality in Relation to Measured Dust Levels in an Asbestos Textile Factory," In: Biological Effects of Mineral Fibres, J.C. Wagner (Editor-in-Chief), *IARC Scientific Publications No. 30* (2 volumes), pp. 829–836, 1980.

Peto, J., H. Seidman, and I.J. Selikoff. "Mesothelioma Mortality in Asbestos Workers: Implications for Models of Carcinogenesis and Risk Assessment," *British Journal of Cancer,* 45:124–135 (prepublication copy), 1982.

Pohlabeln, H., P. Wild, W. Schill, W. Ahrens, I. Jahn, U. Bolm-Audorff, and K–H Jockel.

"Asbestos Fibre Years and Lung Cancer: A Two Phase Case-Control Study with Expert Exposure Assessment," *Occupational and Environmental Medicine,* 59:410–414, 2002.

Ramanathan, A.L., and V. Subramanian. "Present Status of Asbestos Mining and Related Health Problems in India—A Survey," *Industrial Health,* 39:309–315, 2001.

Reeves, Andrew L., Henry E. Puro, and Ralph G. Smith. "Inhalation Carcinogenesis from Various Forms of Asbestos," *Environmental Research,* 8:178–202, 1974.

Roach, Huw D., Gareth J. Davies, Richard Attanoos, Michael Crane, Haydn Adams, and Sian Phillips. "Asbestos: When the Dust Settles—An Imaging Review of Asbestos-Related Disease," *RadioGraphics,* 22:S167–S184, 2002.

Roggli, Victor L., Robin T. Vollmer, Kelly J. Butnor, and Thomas A. Sporn. "Tremolite and Mesothelioma," *Annals of Occupational Hygiene,* 46(5):447–453, 2002.

Rooker, Stephen J., Nicholas P. Vaughan, and Jean M. Le Guen. "On the Visibility of Fibers by Phase Contrast Microscopy," *American Industrial Hygiene Association Journal,* 43:505–515, July 1982. (1219–AB24–COMM–29–19)

Ross, Malcom. "The 'Asbestos' Minerals: Definitions, Description, Modes of Formation, Physical and Chemical Properties, and Health Risk to the Mining Community," *Proceedings of the Workshop on Asbestos: Definitions and Measurement Methods,* November 1978.

Rossiter, Charles E., Leonard J. Bristol, Paul H. Cartier, John G. Gilson, T. Roger Grainger, Gerald K. Sluis-Cremer, and J. Corbett McDonald. "Radiographic Changes in Chrysotile Asbestos Mine and Mill Workers of Quebec," *Archives of Environmental Health,* 24:388–400, June 1972.

Rubino, G.F., M. Newhouse, R. Murray, G. Scansetti, G. Piolatto, and G. Aresini. "Radiologic Changes after Cessation of Exposure among Chrysotile Asbestos Miners in Italy," *Annals New York Academy of Sciences,* pp. 157–161, 1979.

Rubino, G.F., G. Piolatto, M.L. Newhouse, G. Scansetti, G.A. Aresini, and R. Murray. "Mortality of Chrysotile Asbestos Workers at the Balangero Mine, Northern Italy," *British Journal of Industrial Medicine,* 36:187–194, 1979.

Rudd, Robin M. "New Developments in Asbestos-Related Pleural Disease," *Thorax,* 51:210–216, 1996.

Sali, Davide, and Paolo Boffetta. "Kidney Cancer and Occupational Exposure to Asbestos: A Meta-Analysis of Occupational Cohort Studies," *Cancer Causes and Control,* 11:37–47, 2000.

Schlecht, Paul C., and Stanley A. Shulman. "Phase Contrast Microscopy Asbestos Fiber Counting Performance in the Proficiency Analytical Testing Program," *American Industrial Hygiene Association Journal,* 56:480–489, 1995.

Seidman, Herbert, Irving J. Selikoff, and E. Cuyler Hammond. "Short-Term Asbestos Work Exposure and Long-Term Observation," *Annals New York Academy of Sciences,* pp. 61–89, 1979.

Seidman, Herbert. "Short-Term Asbestos Work Exposure and Long-Term Observation," from OSHA Asbestos Docket (Exh-261–A), July 1984 Updating.

Selden, A.I., N.P. Berg, E.A.L. Lundgren, G. Hillerdal, N.-G. Wik, C.-G. Ohlson, and L.S. Bodin. "Exposure to Tremolite Asbestos and Respiratory Health in Swedish Dolomite Workers," *Occupational and Environmental Medicine,* 58:670–677, 2001.

Selikoff, Irving J., E. Cuyler Hammond, and Herbert Seidman. "Mortality Experience of Insulation Workers in the United States and Canada," 1943–1976, *Annals New York Academy of Sciences,* pp. 91–116, 1979.

Solomon, A., L.M. Irwig, G.K. Sluis-Cremer, R. Glyn Thomas, and R.S.J. du Toit. "Thickening of Pulmonary Interlobar Fissures: Exposure-Response Relationship in Crocidolite and Amosite Miners," *British Journal of Industrial Medicine,* 36:195–198, 1979.

Sullivan, Patricia A. "Vermiculite, Respiratory Disease, and Asbestos Exposure in Libby, Montana: Update of a Cohort Mortality Study," *Environmental Health Perspectives,* 115(4):579–585, April 2007.

Suzuki, Yasunosuke, and Steven R. Yuen. "Asbestos Fibers Contributing to the Induction of Human Malignant Mesothelioma," *Annals New York Academy of Sciences,* 982:160–176, 2002.

Tweedale, Geoffrey. "Asbestos and Its Lethal Legacy," *Nature Reviews/Cancer* (Perspectives), 2:1–5, April 2002.

U.S. Bureau of Mines, W.J. Campbell, R.L. Blake, L.L. Brown, E.E. Cather, and J.J. Sjoberg. "Selected Silicate Minerals and Their Asbestiform Varieties," *Information Circular IC 8751,* 1977.

U.S. Department of Labor, Occupational Safety and Health Administration, OSHA's 1983 Emergency Temporary Standard on Asbestos (48 FR 51086); OSHA's 1986 Final Rule on Asbestos (51 FR 22612); OSHA's 1988 Final Rule on Asbestos (53 FR 35609); OSHA's 1992 Final Rule on Asbestos (57 FR 24310); OSHA's 1994 Final Rule on Asbestos (59 FR 40964).

U.S. Environmental Protection Agency (EPA). *Guidance for Preventing Asbestos Disease Among Auto Mechanics,* EPA–560–OPTS–86–002, June 1986.

U.S. Environmental Protection Agency (EPA). *Method for the Determination of Asbestos in Bulk Building Materials,* EPA Report No. EPA/600/R–93/116 (NTIS/PB93–218576), July 1993. [Updates and replaces Interim version in 40 CFR 763, Subpart F, App A].

U.S. Environmental Protection Agency (EPA). "40 CFR Part 63, National Emission Standards for Hazardous Air Pollutants: Taconite Iron Ore Processing; Final Rule," **Federal Register** (68 FR 61868), October 30, 2003.

U.S. Geological Survey (USGS). "Preliminary Compilation of Descriptive Geoenvironmental Mineral Deposit Models," *Open-file Report 95–831,* 1995.

U.S. Geological Survey (USGS). Robert L. Virta, "Asbestos," *Mineral Commodity Summaries,* pp. 24–25, January 2007. Online at *http://minerals.usgs.gov/minerals/pubs/commodity/asbestos.*

U.S. Geological Survey (USGS). Bradley S. Van Gosen. "Reported Historic Asbestos Mines, Historic Asbestos Prospects, and Natural Asbestos Occurrences in the Eastern United States," *USGS Open File Report 2005–1189* at *http://pubs.usgs.gov/of/2005/1189.*

U.S. Geological Survey (USGS). Bradley S. Van Gosen. "Reported Historic Asbestos Prospects and Natural Asbestos Occurrences in the Central United States," *USGS Open File Report 2006–1211* at *http://pubs.usgs.gov/of/2006/1211.*

U.S. Geological Survey (USGS). Bradley S. Van Gosen. "Reported Historic Asbestos Mines, Historic Asbestos Prospects, and Natural Asbestos Occurrences in the Rocky Mountain States of the United States (Colorado, Idaho, Montana, New Mexico, and Wyoming)," *USGS Open File Report 2007–1182* at *http://pubs.usgs.gov/of/2007/1182.*

Wang, Xiao-Rong, Eiji Yano, Mianzheng Wang, Zhiming Wang, and David C. Christiani. "Pulmonary Function in Long-Term Asbestos Workers in China," *Journal of Occupational and Environmental Health,* 43(7)623–629, July 2001.

Weill, Hans, Janet Hughes, and Carmel Waggenspack. "Influence of Dose and Fiber Type on Respiratory Malignancy Risk in Asbestos Cement Manufacturing," *American Review of Respiratory Disease,* 120:345–354, 1979.

West, John B. *Respiratory Physiology, The Essentials* (Sixth Edition), Lippincott Williams & Wilkins: Baltimore, MD, pp. 4–6 and 131–133, 2000.

West, John B. *Pulmonary Pathophysiology, The Essentials* (Sixth Edition), Lippincott Williams & Wilkins: Baltimore, MD, pp. 82–91 and 126–137, 2003.

Wylie, Ann G., Robert L. Virta, and Estelle Russek. "Characterizing and Discriminating Airborne Amphibole Cleavage Fragments and Amosite Fibers: Implications for the NIOSH Method", *American Industrial Hygiene Association Journal,* 46(4):197–201, 1985.

Wylie, Ann G. "The Habit of Asbestiform Amphiboles: Implications for the Analysis of Bulk Samples," *Advances in Environmental Measurement Methods for Asbestos,* ASTM STP 1342, M.E. Beard and H.L. Rooks (editors), American Society for Testing and Materials (ASTM), West Conshohocken, PA, 2000.

## List of Subjects

### 30 CFR Parts 56 and 57

Air quality, Asbestos, Chemicals, Hazardous substances, Metals, Mine safety and health.

### 30 CFR Part 71

Air quality, Asbestos, Chemicals, Coal mining, Hazardous substances, Mine safety and health.

Dated: February 22, 2008.

**Richard E. Stickler,**

*Acting Assistant Secretary for Mine Safety and Health.*

■ For the reasons set out in the preamble, and under the authority of the Federal Mine Safety and Health Act of 1977, MSHA is amending chapter I of title 30 of the Code of Federal Regulations as follows.

## PART 56—SAFETY AND HEALTH STANDARDS—SURFACE METAL AND NONMETAL MINES

■ 1. The authority citation for part 56 continues to read as follows:

**Authority:** 30 U.S.C. 811.

■ 2. Section 56.5001 is amended by revising paragraph (b) to read as follows:

### § 56.5001   Exposure limits for airborne contaminants.

\*     \*     \*     \*     \*

(b) *Asbestos standard*—(1) *Definitions.* Asbestos is a generic term for a number of hydrated silicates that, when crushed or processed, separate into flexible fibers made up of fibrils. As used in this part—

*Asbestos* means chrysotile, cummingtonite-grunerite asbestos (amosite), crocidolite, anthophyllite asbestos, tremolite asbestos, and actinolite asbestos.

*Fiber* means a particle longer than 5 micrometers ($\mu$m) with a length-to-diameter ratio of at least 3-to-1.

(2) *Permissible Exposure Limits (PELs)*—(i) *Full-shift limit.* A miner's personal exposure to asbestos shall not exceed an 8-hour time-weighted average full-shift airborne concentration of 0.1 fiber per cubic centimeter of air (f/cc).

(ii) *Excursion limit.* No miner shall be exposed at any time to airborne concentrations of asbestos in excess of 1 fiber per cubic centimeter of air (f/cc) as averaged over a sampling period of 30 minutes.

(3) *Measurement of airborne fiber concentration.* Fiber concentration shall be determined by phase contrast microscopy using a method statistically equivalent to the OSHA Reference Method in OSHA's asbestos standard found in 29 CFR 1910.1001, Appendix A.

\*     \*     \*     \*     \*

## PART 57—SAFETY AND HEALTH STANDARDS—UNDERGROUND METAL AND NONMETAL MINES

■ 3. The authority citation for part 57 continues to read as follows:

**Authority:** 30 U.S.C. 811.

■ 4. Section 57.5001 is amended by revising paragraph (b) to read as follows:

### § 57.5001   Exposure limits for airborne contaminants.

\*     \*     \*     \*     \*

(b) *Asbestos standard*—(1) *Definitions.* Asbestos is a generic term

for a number of hydrated silicates that, when crushed or processed, separate into flexible fibers made up of fibrils. As used in this part—

*Asbestos* means chrysotile, cummingtonite-grunerite asbestos (amosite), crocidolite, anthophylite asbestos, tremolite asbestos, and actinolite asbestos.

*Fiber* means a particle longer than 5 micrometers (μm) with a length-to-diameter ratio of at least 3-to-1.

(2) *Permissible Exposure Limits (PELs)*—(i) *Full-shift limit.* A miner's personal exposure to asbestos shall not exceed an 8-hour time-weighted average full-shift airborne concentration of 0.1 fiber per cubic centimeter of air (f/cc).

(ii) *Excursion limit.* No miner shall be exposed at any time to airborne concentrations of asbestos in excess of 1 fiber per cubic centimeter of air (f/cc) as averaged over a sampling period of 30 minutes.

(3) *Measurement of airborne fiber concentration.* Fiber concentration shall be determined by phase contrast microscopy using a method statistically equivalent to the OSHA Reference Method in OSHA's asbestos standard found in 29 CFR 1910.1001, Appendix A.

*   *   *   *   *

## PART 71—MANDATORY HEALTH STANDARDS—SURFACE COAL MINES AND SURFACE WORK AREAS OF UNDERGROUND COAL MINES

■ 5. The authority citation for part 71 continues to read as follows:

**Authority:** 30 U.S.C. 811, 951, 957.

■ 6. Section 71.701 is amended by revising paragraphs (c) and (d) to read as follows:

### § 71.701   Sampling; general requirements.

*   *   *   *   *

(c) Where concentrations of airborne contaminants in excess of the applicable threshold limit values, permissible exposure limits, or permissible excursions are known by the operator to exist in a surface installation or at a surface worksite, the operator shall immediately provide necessary control measures to assure compliance with § 71.700 or § 71.702, as applicable.

(d) Where the operator has reasonable grounds to believe that concentrations of airborne contaminants in excess of the applicable threshold limit values, permissible exposure limits, or permissible excursions exist, or are likely to exist, the operator shall promptly conduct appropriate air sampling tests to determine the concentration of any airborne contaminant which may be present and immediately provide the necessary control measures to assure compliance with § 71.700 or § 71.702, as applicable.

■ 7. Section 71.702 is revised to read as follows:

### § 71.702   Asbestos standard.

(a) *Definitions.* Asbestos is a generic term for a number of hydrated silicates that, when crushed or processed, separate into flexible fibers made up of fibrils. As used in this part—

*Asbestos* means chrysotile, cummingtonite-grunerite asbestos (amosite), crocidolite, anthophylite asbestos, tremolite asbestos, and actinolite asbestos.

*Fiber* means a particle longer than 5 micrometers (μm) with a length-to-diameter ratio of at least 3-to-1.

(b) *Permissible Exposure Limits (PELs)*— (1) *Full-shift limit.* A miner's personal exposure to asbestos shall not exceed an 8-hour time-weighted average full-shift airborne concentration of 0.1 fiber per cubic centimeter of air (f/cc).

(2) *Excursion limit.* No miner shall be exposed at any time to airborne concentrations of asbestos in excess of 1 fiber per cubic centimeter of air (f/cc) as averaged over a sampling period of 30 minutes.

(c) *Measurement of airborne fiber concentration.* Fiber concentration shall be determined by phase contrast microscopy using a method statistically equivalent to the OSHA Reference Method in OSHA's asbestos standard found in 29 CFR 1910.1001, Appendix A.

[FR Doc. E8–3828 Filed 2–28–08; 8:45 am]
**BILLING CODE 4510–43–P**

# Exhibit 94

*Johnson & Johnson*

EXHIBIT I

June 28, 1977

SUBJECT:  Audit Testing of Windsor 66 Talc for Asbestos

TO:  Mr. G. Lee

FROM:  Mr. A. Frank

To formalize the audit testing currently performed to ensure the absence of asbestos in Windsor 66 Talc, the following protocol is currently being used:

1) Scope

Windsor 66 talc is manufactured from a previously approved mine site known to contain an acceptable cosmetic grade talc ore which has been tested by and has met the requirements for detectable asbestos by the test methods and sampling plan described below.  Windsor Minerals will assure mine site evaluation data to include analysis of diamond drill core samples, and deposit testing of composite ore samples removed from the mine site during the development phase prior to production of cosmetic talc to be used for JOHNSON'S* Baby Powder.

Asbestos is defined to be the fibrous serpentine, chrysotile and the fibrous forms of the amphibole group as represented by amosite, anthophyllite, crocidolite, tremolite asbestos and actinolite.

2) Testing Requirements

| CHARACTERISTIC | TEST METHOD | REQUIREMENT |
|---|---|---|
| Fibrous Amphibole Forms | CTFA J4-1 | None detected |
| Serpentine Forms (Chrysotile) | TM 7019 | None detected |
| Asbestiform Minerals (fibrous forms) (Transmission Electron Microscopy) | TM 7024 | None detected |

-continued-

PLAINTIFF'S EXHIBIT
JNJ-56

23-213

J&J-0086339

Protected Document--Subject to Protective Order

JNJMX68_000018545

2

3)   Testing Procedure/Frequency

The following sample types are tested on an audit basis according to the test procedures and frequencies noted.

| SAMPLE TYPE | TESTS | FREQUENCY |
|---|---|---|
| Raymond Grind | TM 7024 | bi-weekly composite sample |
| Flash Dried Talc | CTFA J4-1 TM 7019 | weekly composite samples |
| Finished Talc | TM 7024 | quarterly audit of random sample |

*A. M. Frank*

A. M. Frank

AMF:eap

cc:  H. Cohen
     L. Orlando
     J. Runnells

J&J-0086340

Protected Document--Subject to Protective Order

JNJMX68_000018546

*Johnson & Johnson*

# J&J Consumer Companies Worldwide Specification

Issued                                                                                          *Strictly Confidential*

## ANALYSIS OF POWDERED TALC FOR ASBESTIFORM MINERALS BY TRANSMISSION ELECTRON MICROSCOPY

| Name | Type |
|------|------|
| **TM7024** | **Test Method** |

| | | | |
|---|---|---|---|
| Revision | 1 | Owner | Corporate |
| Issued Date | 1995-08-21 | Expiration Date | 9999-12-31 |
| Geographical Scope | Local | Specification Category | Permanent |
| Security Classification | | Review Interval (Months) | 0 |

### Related Information

| | | | |
|---|---|---|---|
| Template | Test Method Global | SCO | |
| Co-Owners | | Owning Region | North America |

### Revisions

| Name | Rev | State | Description of Change | Reason for Change | Owner | Issued Date | Expiration Date |
|------|-----|-------|-----------------------|-------------------|-------|-------------|-----------------|
| TM7024 | 1 | Issued | | | Corporate | 1995-08-21 | 9999-12-31 |

### Approvals

| Signer | Role | Organizations | Date/Time |
|--------|------|---------------|-----------|
| | | No Objects Found | |

### Content

| Name | Format | File Size |
|------|--------|-----------|
| TM7024.doc | generic | 35840 |

### Reference Documents

| Name | Description |
|------|-------------|
| | |

PLAINTIFF'S EXHIBIT
JNJ-54

Protected Document--Subject to Protective Order                                                          JNJNL61_000005032

| No Objects Found |
| --- |

## Related Specifications

| Name | Type |
| --- | --- |
| No Objects Found | |

## User Defined Attributes

No Objects Found

## Additional Attributes

No Objects Found



Protected Document--Subject to Protective Order                                          JNJNL61_000005033

# Test Method

**Company:**

☐ *Personal Products Worldwide*          ☐ *Johnson & Johnson Products Inc.*
☐ *Personal Products Company*             ☐ *Odonto Corporation Ltd.*
☐ *Desbiens Products Inc.*                ☒ ***Johnson & Johnson Consumer Products Co.***

**Document No.:** TM7024          **Franchise:**          **Location:** ROYSTON, FLUID, KOLMAR

**Document Type:** Permanent          **Expiration Date:** None

**Subject:** ANALYSIS OF POWDERED TALC FOR ASBESTIFORM MINERALS BY TRANSMISSION ELECTRON MICROSCOPY

| REVISION | AUTHORIZATION | DESCRIPTION OF CHANGE |
|---|---|---|
| 03/08/89 | BCR011362 | New Test method. |
| 03/21/95 | CR020127 | Location revised. (Spec. Dept.) |
| 08/21/95 | CR020688 | Location revised. (Spec. Dept.) |



---

Protected Document--Subject to Protective Order            JNJNL61_000005034

# Test Method

**Company:**

| | |
|---|---|
| ☐ *Personal Products Worldwide* | ☐ *Johnson & Johnson Products Inc.* |
| ☐ *Personal Products Company* | ☐ *Odonto Corporation Ltd.* |
| ☐ *Desbiens Products Inc.* | ☒ ***Johnson & Johnson Consumer Products Co.*** |

**Document No.:** TM7024          **Franchise:**          **Location:** ROYSTON, FLUID, KOLMAR

**Document Type:** Permanent          **Expiration Date:** None

**Subject:** ANALYSIS OF POWDERED TALC FOR ASBESTIFORM MINERALS BY TRANSMISSION ELECTRON MICROSCOPY

---

1.0    SCOPE & PURPOSE

This method is applicable to the identification and quantitation of small (typically 1-20 micrometer) asbestiform minerals in powdered talc.  Samples may be previously screened with light microscopy or x-ray diffraction techniques.

2.0    PRINCIPLE OF METHOD

The combined techniques of transmission electron microscopy (TEM), selected area electron diffraction (SAED) and energy dispersive x-ray analysis (EDXRA) permit the detection of asbestiform minerals based on morphological characteristics, followed by a definitive mineralogical identification of each fiber.

3.0    INTERFERENCES

Interferences are caused by fibrous particles which must be distinguished from positively identifiable asbestos, and by large particles or particle aggregates which may obscure fibers.  Positively identified non-asbestos fibers include rolled talc, ribbon talc, antigorite, silica fibers and iron oxide fibers.  Organic additives such as perfumes may crystallize out as fibers or needle-shaped crystals in finished cosmetic products.  In the absence of positive identification, all other fibers must be classified as unidentifiable.

4.0    INSTRUMENTAL CONDITIONS

The talc specimen grids are examined in the TEM at an accelerating voltage of 120 kv and at magnification of 20,000X and 5,000X.

5.0    SENSITIVITY

This method is capable of detecting a single fiber as small as 1 micrometer (mm) long by 0.075 mm wide in the entire TEM field, which results in a theoretical detection limit of $10^{-5}$ weight percent.  Such fibers usually can be identified readily by SAED and EDXRA.  The mass of a fiber with the above dimensions is $1.1 \times 10^{-14}$ g for chrysotile and $1.5 \times 10^{-14}$ g for amphibole.

6.0    LIMIT OF QUANTIFIABLE DETECTION

The detection of five or more asbestiform minerals of one variety in an analysis constitutes a quantifiable level of detection.  When no asbestiform minerals are detected, a representative fiber size is used to calculate a detection limit.  A representative fiber size is 3 mm long by 0.2 mm wide by 0.06 mm thick, which is considerably larger than the smallest fiber that can be detected (see section 5, SENSITIVITY), but is more typical of small asbestos fibers that are detected in talc analyses.  The mass of five such fibers is calculated as follows:

$$3 \text{ mm} \times 0.2 \text{ mm} \times 0.06 \text{ mm} = 0.036 \text{mm}^3 \text{ per fiber}$$
$$\times 3.3\text{E-12 g / mm}^3 = 1.2 \text{ E-13 g per fiber}$$

---

# Test Method

**Company:**

| | |
|---|---|
| ☐ *Personal Products Worldwide* | ☐ *Johnson & Johnson Products Inc.* |
| ☐ *Personal Products Company* | ☐ *Odonto Corporation Ltd.* |
| ☐ *Desbiens Products Inc.* | ☒ ***Johnson & Johnson Consumer Products Co.*** |

**Document No.:** TM7024          **Franchise:**          **Location:** ROYSTON, FLUID, KOLMAR

**Document Type:** Permanent          **Expiration Date:** None

**Subject:** ANALYSIS OF POWDERED TALC FOR ASBESTIFORM MINERALS BY TRANSMISSION ELECTRON MICROSCOPY

---

x 5 fibers = 6E-13 grams per 5 fibers.

The limit of quantifiable detection for most talc analyses is approximately $6 \times 10^{-4}$ weight percent. The theoretical and quantifiable detection limits assume homogeneity of the material being sampled.

7.0   QUALITY ASSURANCE

Blank suspensions are routinely prepared and tested in order to monitor potential residual contamination from the sample jars. Blank carbon-coated grids are routinely tested to monitor the ambient fiber count. If greater than 4 fibers per grid are present, the jars are pre-cleaned or new carbon-coated grids are prepared, respective of the test.

8.0   BACKGROUND CORRECTION

As of the time of this writing, background correction has not been necessary. The amount of background asbestos detected has been insignificant in comparison to the levels of asbestos found in contaminated samples.

9.0   PREPARATION AND ANALYSIS TIME

Preparation time per sample (including preparation of related materials) is one hour. Analysis search time per sample is a maximum of two hours.

10.0   APPARATUS

10.1   Analytical balance with 0.0001 gram sensitivity

10.2   Weighing boats

10.3   Narrow spatula

10.4   Wide mouth polyethylene jars (125 ml)

10.5   Mild ultrasonic bath, minimum 50 watts

10.6   Micropipettor (5-10 ml range) with disposable tips

10.7   Standard 3 mm diameter, 200 mesh, copper TEM grids, covered with a carbon-coated formvar film.

10.8   Transmission electron microscope (TEM) with an 80-120 kv accelerating voltage and energy dispersive x-ray analyzer.

---

Protected Document--Subject to Protective Order                        JNJNL61_000005036

# Test Method

**Company:**

| ☐ *Personal Products Worldwide* | ☐ *Johnson & Johnson Products Inc.* |
| ☐ *Personal Products Company* | ☐ *Odonto Corporation Ltd.* |
| ☐ *Desbiens Products Inc.* | ☒ ***Johnson & Johnson Consumer Products Co.*** |

**Document No.:** TM7024     **Franchise:**     **Location:** ROYSTON, FLUID, KOLMAR

**Document Type:** Permanent     **Expiration Date:** None

**Subject:** ANALYSIS OF POWDERED TALC FOR ASBESTIFORM MINERALS BY TRANSMISSION ELECTRON MICROSCOPY

---

## 11.0 REAGENTS

11.1    Methyl cellulose, powder, USP 4000 cps - Fisher Certified Reagent #M-352 or equivalent

11.2    Water: deionized, particle free (+0.2 mm filtered)

11.3    Methyl cellulose solution: 0.002% (wt/vl) (20 ppm). Dissolve 20 % 0.5 mg of methyl cellulose in 500 ml of deionized particle free water to make a 0.004% stock solution. Dilute 1:1 to make a working solution.

NOTE:    Methyl cellulose acts as a wetting agent to aid in maintaining a uniform particle distribution as the sample dries, by greatly reducing the surface tension of water.

## 12.0 SAMPLE PREPARATION

12.1    Transfer 30 to 50 mg of talc powder to a clean 125 ml polyethylene jar.

12.2    Add 80 ml of 20 ppm methyl cellulose solution, cap and shake vigorously for one minute.

12.3    After shaking, loosen cap and ultrasonicate for 10 minutes in order to disperse the finer particles. Then shake again for one minute to produce a uniform suspension.

12.4    Immediately after shaking, uncap and remove 9.2 microliters with a micropipette.

12.5    Transfer a 9 ml drop to a carbon film covered TEM grid. (Grid was first lightly anchored by 2 parallel strips of double-stick tape mounted 3 mm apart on a clean glass microscope slide.) Repeat to make two sample grids per talc sample.

NOTE:    Do not expel the remaining 0.2 ml suspension from the micropipette tip. It tends to sputter and frequently destroys the stability of the sample drop.

12.6    Transfer slide with grids to a desiccator. (Drying time is 2-3 hours.) Do not leave the grids on the slide for more than one day as the double-stick tape may adhere too tightly.

NOTE:    The talc:water ratio may need to be varied for some samples. Preparation of talc samples with a significantly finer or coarser particle size results in large differences in particle coverage on the TEM grid.

---

Protected Document--Subject to Protective Order     JNJNL61_000005037

# Test Method

**Company:**

☐ *Personal Products Worldwide*          ☐ *Johnson & Johnson Products Inc.*
☐ *Personal Products Company*            ☐ *Odonto Corporation Ltd.*
☐ *Desbiens Products Inc.*               ☒ ***Johnson & Johnson Consumer Products Co.***

**Document No.:** TM7024          **Franchise:**          **Location:** ROYSTON, FLUID, KOLMAR

**Document Type:** Permanent          **Expiration Date:** None

**Subject:** ANALYSIS OF POWDERED TALC FOR ASBESTIFORM MINERALS BY TRANSMISSION ELECTRON MICROSCOPY

13.0    **TEM ANALYSIS**

13.1    Definition of fiber:  An elongated particle with parallel sides and an aspect ratio $\underline{K}$3:1.  The definition employed may vary with the needs of the client.

13.2    Scan sample at 120-150X magnification to check for even dispersion of particles and to locate grid squares with optimum particle density.  (Optimum particle density is particle coverage over 15-35% of the field of view.)

13.3    Scan three grid squares on each grid at 20,000X magnification and seven grid squares on each grid at 5,000X for asbestiform minerals.  Each asbestiform mineral is recorded as to type (chrysotile, tremolite, anthophyllite, etc.), structure (bundle, clump, fiber) and dimensions (length x width).

13.4    Questionable fibers are examined first by SAED.  The chrysotile SAED pattern is unique and diagnostic.  Amphibole SAED patterns are variable but usually characteristic.  Additional analysis and measurement of amphibole SAED patterns are done if warranted.

13.5    Ten percent of chrysotile fibers are checked by EDXRA for further confirmation.  If the SAED pattern is not clearly diagnostic, or if it is consistent with an amphibole SAED pattern, then it is examined by EDXRA to confirm the identification or to identify the type of amphibole.

14.0    **CALCULATION OF RESULTS**

14.1    Mass of chrysotile fibers:  M(f)
M(f) = $\pi r^2 l \times d$
$\pi$ = 3.14159
r = fiber radius
l = fiber length
d = density of chrysotile = 2.55 x $10^{-12}$ g/mm$^3$

14.2    Mass of asbestiform amphibole particles:  M(a)
M(a) = l x w x th x d
l = length
w = width
th = thickness $\underline{Z}$ 0.3 width (approximation)
d = density of amphiboles = 3.3 x $10^{-13}$ g/mm$^3$

14.3    Mass of talc deposited on each TEM grid:  M(s)
M(s) = T x (V/H)
T = amount of talc sampled (step 12.1)
V = volume of aliquot transferred to TEM grid
(step 12.5)

Protected Document--Subject to Protective Order                               JNJNL61_000005038

# Test Method

| Company: | |
|---|---|
| ☐ *Personal Products Worldwide* | ☐ *Johnson & Johnson Products Inc.* |
| ☐ *Personal Products Company* | ☐ *Odonto Corporation Ltd.* |
| ☐ *Desbiens Products Inc.* | ☒ *Johnson & Johnson Consumer Products Co.* |

**Document No.:** TM7024          **Franchise:**          **Location:** ROYSTON, FLUID, KOLMAR

**Document Type:** Permanent          **Expiration Date:** None

**Subject:** ANALYSIS OF POWDERED TALC FOR ASBESTIFORM MINERALS BY TRANSMISSION ELECTRON MICROSCOPY

---

H = volume of methyl cellulose solution (step 12.2)

14.4    Total estimated talc mass examined:  M(t)

$M(t) = M(s) \times (N \times A(s))/A(g)$

N = number of grid squares examined

A(s) = area of a single TEM grid square

A(g) = area of an entire TEM grid (effective area over which a 9 microliter drop of suspension dries)

14.5    Weight percent:

$$\frac{\text{sum total of M(f) or M(a) x 100}}{M(t)}$$

15.0    <u>CALCULATION OF A DETECTION LIMIT</u>

15.1    M(dl) =  A minimum quantifiable mass of asbestos fibers, based on the detection of 5 fibers (approximately 6E-13 grams, from Section 6).

15.2    Detection Limit (Weight Percent) = $\frac{M(dl) \times 100}{M(t)}$

---

Protected Document--Subject to Protective Order                          JNJNL61_000005039

This document is generated by an electronic system.

*END OF DOCUMENT*



Protected Document--Subject to Protective Order        JNJNL61_000005040

# Exhibit 95

SPEC NO:  TM7024

DOC TYPE:Test Method

SUBJECT:Analysis of Powdered Talc for Asbestiform Minerals by Transmission Electron Microscopy

LOCATION:

| REVISION | AUTHORIZATION | DESCRIPTION OF CHANGE |
|----------|---------------|------------------------|
| 03/08/89 | BCR011362 | Test method updated. |



Protected Document--Subject to Protective Order

JNJTALC000008859

SPEC NO:  TM7024

DOC TYPE:Test Method

SUBJECT:Analysis of Powdered Talc for Asbestiform Minerals by Transmission
Electron Microscopy

LOCATION:

PRODUCT(S):

Protected Document--Subject to Protective Order

JNJTALC000008860

SPEC NO:  TM7024

DOC TYPE: Test Method

SUBJECT: Analysis of Powdered Talc for Asbestiform Minerals by Transmission Electron Microscopy

LOCATION:

_____

1.   SCOPE & PURPOSE

This method is applicable to the identification and quantitation of small (typically 1-20 micrometer) asbestiform minerals in powdered talc.  Samples may be previously screened with light microscopy or x-ray diffraction techniques.

2.   PRINCIPLE OF METHOD

The combined techniques of transmission electron microscopy (TEM), selected area electron diffraction (SAED) and energy dispersive x-ray analysis (EDXRA) permit the detection of asbestiform minerals based on morphological characteristics, followed by a definitive mineralogical identification of each fiber.

3.   INTERFERENCES

Interferences are caused by fibrous particles which must be distinguished from positively identifiable asbestos, and by large particles or particle aggregates which may obscure fibers.  Positively identified non-asbestos fibers include rolled talc, ribbon talc, antigorite, silica fibers and iron oxide fibers.  Organic additives such as perfumes may crystallize out as fibers or needle-shaped crystals in finished cosmetic products.  In the absence of positive identification, all other fibers must be classified as unidentifiable.

4.   INSTRUMENTAL CONDITIONS

The talc specimen grids are examined in the TEM at an accelerating voltage of 120 kv and at magnification of 20,000X and 5,000X.

5.   SENSITIVITY

This method is capable of detecting a single fiber as small as 1 micrometer (mm) long by 0.075 mm wide in the entire TEM field, which results in a theoretical detection limit of $10^{-5}$ weight percent.  Such fibers usually can be identified readily by SAED and EDXRA.  The mass of a fiber with the above dimensions is $1.1 \times 10^{-14}$ g for chrysotile and $1.5 \times 10^{-14}$ g for amphibole.

6.   LIMIT OF QUANTIFIABLE DETECTION

The detection of five or more asbestiform minerals of one variety in an analysis constitutes a quantifiable level of detection.  When no asbestiform minerals are detected, a representative fiber size is used to calculate a detection limit.  A representative fiber size is 3 mm long by 0.2 mm wide by 0.06 mm thick, which is considerably larger than the smallest fiber that can be detected (see section 5, SENSITIVITY), but is more typical of small asbestos fibers that are detected in talc analyses.  The mass of five such fibers is calculated as follows:

$$3 \text{ mm} \times 0.2 \text{ mm} \times 0.06 \text{ mm} = 0.036 \text{mm}^3 \text{ per fiber}$$
$$\times 3.3E\text{-}12 \text{ g} / \text{ mm}^3 = 1.2 \text{ E-13 g per fiber}$$
$$\times 5 \text{ fibers} = 6E\text{-}13 \text{ grams per 5 fibers.}$$

The limit of quantifiable detection for most talc analyses is approximately $6 \times 10^{-4}$ weight percent.  The theoretical and quantifiable detection limits assume homogeneity of the material being sampled.

7.   QUALITY ASSURANCE

Blank suspensions are routinely prepared and tested in order to monitor potential residual contamination from the sample jars.  Blank carbon-coated grids are routinely tested to monitor the ambient fiber count.  If greater than 4 fibers per grid are present, the jars are pre-cleaned or new carbon-coated grids are prepared, respective of the test.

8.   BACKGROUND CORRECTION

JNJTALC000008861

SPEC NO:  TM7024

DOC TYPE:Test Method

SUBJECT:Analysis of Powdered Talc for Asbestiform Minerals by Transmission Electron Microscopy

LOCATION:
_____

As of the time of this writing, background correction has not been necessary.  The amount of background asbestos detected has been insignificant in comparison to the levels of asbestos found in contaminated samples.

9.　　PREPARATION AND ANALYSIS TIME

Preparation time per sample (including preparation of related materials) is one hour.  Analysis search time per sample is a maximum of two hours.

10.　　APPARATUS

　　　A.　Analytical balance with 0.0001 gram sensitivity

　　　B.　Weighing boats

　　　C.　Narrow spatula

　　　D.　Wide mouth polyethylene jars (125 ml)

　　　E.　Mild ultrasonic bath, minimum 50 watts

　　　F.　Micropipettor (5-10 ml range) with disposable tips

　　　G.Standard 3 mm diameter, 200 mesh, copper TEM grids, covered with a carbon-coated formvar film.

　　　H.Transmission electron microscope (TEM) with an 80-120 kv accelerating voltage and energy dispersive x-ray analyzer.

11.　　REAGENTS

　　　A.Methyl cellulose, powder, USP 4000 cps - Fisher Certified Reagent #M-352 or equivalent

　　　B.　Water: deionized, particle free (+0.2 mm filtered)

　　　C.Methyl cellulose solution:  0.002% (wt/vl) (20 ppm).  Dissolve 20 % 0.5 mg of methyl cellulose in 500 ml of deionized particle free water to make a 0.004% stock solution.  Dilute 1:1 to make a working solution.

　　　　　NOTE:Methyl cellulose acts as a wetting agent to aid in maintaining a uniform particle distribution as the sample dries, by greatly reducing the surface tension of water.

12.　　SAMPLE PREPARATION

　　　12.1.Transfer 30 to 50 mg of talc powder to a clean 125 ml polyethylene jar.

　　　12.2Add 80 ml of 20 ppm methyl cellulose solution, cap and shake vigorously for one minute.

　　　12.3.After shaking, loosen cap and ultrasonicate for 10 minutes in order to disperse the finer particles.  Then shake again for one minute to produce a uniform suspension.

　　　12.4.Immediately after shaking, uncap and remove 9.2 microliters with a micropipette.

　　　12.5.Transfer a 9 ml drop to a carbon film covered TEM grid.  (Grid was first lightly anchored by 2 parallel strips of double-stick tape mounted 3 mm apart on a clean glass microscope slide.)  Repeat to make two sample grids per talc sample.

　　　　　NOTE:Do not expel the remaining 0.2 ml suspension from the micropipette tip.  It tends to sputter and frequently destroys the stability of the sample drop.

Protected Document--Subject to Protective Order

SPEC NO:  TM7024

DOC TYPE:Test Method

SUBJECT:Analysis of Powdered Talc for Asbestiform Minerals by Transmission Electron Microscopy

LOCATION:

_____

12.6Transfer slide with grids to a desiccator.  (Drying time is 2-3 hours.)  Do not leave the grids on the slide for more than one day as the double-stick tape may adhere too tightly.

NOTE:The talc:water ratio may need to be varied for some samples.  Preparation of talc samples with a significantly finer or coarser particle size results in large differences in particle coverage on the TEM grid.

13.    TEM ANALYSIS

13.1Definition of fiber:  An elongated particle with parallel sides and an aspect ratio $\underline{K}$3:1.  The definition employed may vary with the needs of the client.

13.2Scan sample at 120-150X magnification to check for even dispersion of particles and to locate grid squares with optimum particle density.  (Optimum particle density is particle coverage over 15-35% of the field of view.)

13.3Scan three grid squares on each grid at 20,000X magnification and seven grid squares on each grid at 5,000X for asbestiform minerals.  Each asbestiform mineral is recorded as to type (chrysotile, tremolite, anthophyllite, etc.), structure (bundle, clump, fiber) and dimensions (length x width).

13.4Questionable fibers are examined first by SAED.  The chrysotile SAED pattern is unique and diagnostic.  Amphibole SAED patterns are variable but usually characteristic.  Additional analysis and measurement of amphibole SAED patterns are done if warranted.

13.5Ten percent of chrysotile fibers are checked by EDXRA for further confirmation.  If the SAED pattern is not clearly diagnostic, or if it is consistent with an amphibole SAED pattern, then it is examined by EDXRA to confirm the identification or to identify the type of amphibole.

14.    CALCULATION OF RESULTS

14.1.A.    Mass of chrysotile fibers:  M(f)
                   $M(f) = ]r^2l \times d$
                   $] = 3.14159$
                   r = fiber radius
                   l = fiber length
                   d = density of chrysotile = $2.55 \times 10^{-12}$ g/mm$^3$

14.1.B.    Mass of asbestiform amphibole particles:  M(a)
                   $M(a) = l \times w \times th \times d$
                   l = length
                   w = width
                   th = thickness $\underline{Z}$ 0.3 width (approximation)
                   d = density of amphiboles = $3.3 \times 10^{-13}$ g/mm$^3$

14.2.A.    Mass of talc deposited on each TEM grid:  M(s)
                   $M(s) = T \times (V/H)$
                   T = amount of talc sampled (step 12.1)
                   V = volume of aliquot transferred to TEM grid (step 12.5)
                   H = volume of methyl cellulose solution (step 12.2)

14.2.B.    Total estimated talc mass examined:  M(t)
                   $M(t) = M(s) \times (N \times A(s))/A(g)$
                      N = number of grid squares examined
                   A(s) = area of a single TEM grid square
                   A(g) =area of an entire TEM grid (effective area over which a 9 microliter

Protected Document--Subject to Protective Order

JNJTALC000008863

SPEC NO:  TM7024

DOC TYPE:Test Method

SUBJECT:Analysis of Powdered Talc for Asbestiform Minerals by Transmission Electron Microscopy

LOCATION:

_____

.    drop of suspension dries)

14.3.     Weight percent:

$$\frac{\text{sum total of M(f) or M(a) x 100}}{\text{M(t)}}$$

15.   CALCULATION OF A DETECTION LIMIT

15.1.M(dl) =A minimum quantifiable mass of asbestos fibers, based on the detection of 5 fibers (approximately 6E-13 grams, from Section 6).

15.2.     Detection Limit (Weight Percent) = $\frac{\text{M(dl) x 100}}{\text{M(t)}}$

Protected Document--Subject to Protective Order

Exhibit 96

```
           JOHNSON & JOHNSON                  Page 1 of 7
           CONSUMER PRODUCTS, INC.      SPEC NO:  TM7024
                                            REV:  03/21/95
DOC TYPE:  TEST METHOD SPECIFICATION

SUBJECT:   ANALYSIS OF POWDERED TALC FOR ASBESTIFORM
           MINERALS BY TRANSMISSION ELECTRON MICROSCOPY

LOCATION:  ROYSTON
```

| REVISION | AUTHORIZATION | DESCRIPTION OF CHANGE |
|----------|---------------|-----------------------|
| 03/08/89 | BCR011362 | New Test method. |
| 03/21/95 | CR020127 | Location revised. (Spec. Dept.) |



PLAINTIFF'S
EXHIBIT
**JNJ-1172**

```
            JOHNSON & JOHNSON              Page 2 of 7
            CONSUMER PRODUCTS, INC.        SPEC NO:  TM7024
                                           REV:  03/21/95
DOC TYPE:   TEST METHOD SPECIFICATION

SUBJECT:    ANALYSIS OF POWDERED TALC FOR ASBESTIFORM
            MINERALS BY TRANSMISSION ELECTRON MICROSCOPY

LOCATION:   ROYSTON
```

---

## 1.0 SCOPE & PURPOSE

This method is applicable to the identification and quantitation of small (typically 1-20 micrometer) asbestiform minerals in powdered talc.  Samples may be previously screened with light microscopy or x-ray diffraction techniques.

## 2.0 PRINCIPLE OF METHOD

The combined techniques of transmission electron microscopy (TEM), selected area electron diffraction (SAED) and energy dispersive x-ray analysis (EDXRA) permit the detection of asbestiform minerals based on morphological characteristics, followed by a definitive mineralogical identification of each fiber.

## 3.0 INTERFERENCES

Interferences are caused by fibrous particles which must be distinguished from positively identifiable asbestos, and by large particles or particle aggregates which may obscure fibers.  Positively identified non-asbestos fibers include rolled talc, ribbon talc, antigorite, silica fibers and iron oxide fibers.  Organic additives such as perfumes may crystallize out as fibers or needle-shaped crystals in finished cosmetic products.  In the absence of positive identification, all other fibers must be classified as unidentifiable.

## 4.0 INSTRUMENTAL CONDITIONS

The talc specimen grids are examined in the TEM at an accelerating voltage of 120 kv and at magnification of 20,000X and 5,000X.

## 5.0 SENSITIVITY

This method is capable of detecting a single fiber as small as 1 micrometer (mm) long by 0.075 mm wide in the entire TEM field, which results in a theoretical detection limit of $10^{-5}$ weight percent.  Such fibers usually can be identified readily by SAED and EDXRA.  The mass of a fiber

Protected Document--Subject to Protective Order

```
              JOHNSON & JOHNSON              Page 3 of 7
              CONSUMER PRODUCTS, INC.    SPEC NO:  TM7024
                                            REV:  03/21/95
DOC TYPE:     TEST METHOD SPECIFICATION

SUBJECT:      ANALYSIS OF POWDERED TALC FOR ASBESTIFORM
              MINERALS BY TRANSMISSION ELECTRON MICROSCOPY

LOCATION:     ROYSTON
```

with the above dimensions is $1.1 \times 10^{-14}$ g for chrysotile and $1.5 \times 10^{-14}$ g for amphibole.

Protected Document--Subject to Protective Order

JNJTALC000008851

```
              JOHNSON & JOHNSON                Page 4 of 7
              CONSUMER PRODUCTS, INC.      SPEC NO: TM7024
                                               REV: 03/21/95
DOC TYPE:     TEST METHOD SPECIFICATION

SUBJECT:      ANALYSIS OF POWDERED TALC FOR ASBESTIFORM
              MINERALS BY TRANSMISSION ELECTRON MICROSCOPY

LOCATION:     ROYSTON
```

---

## 6.0 LIMIT OF QUANTIFIABLE DETECTION

The detection of five or more asbestiform minerals of one variety in an analysis constitutes a quantifiable level of detection.  When no asbestiform minerals are detected, a representative fiber size is used to calculate a detection limit.  A representative fiber size is 3 mm long by 0.2 mm wide by 0.06 mm thick, which is considerably larger than the smallest fiber that can be detected (see section 5, SENSITIVITY), but is more typical of small asbestos fibers that are detected in talc analyses.  The mass of five such fibers is calculated as follows:

$$3 \text{ mm} \times 0.2 \text{ mm} \times 0.06 \text{ mm} = 0.036 \text{mm}^3 \text{ per fiber}$$
$$\times 3.3\text{E-12 g / mm}^3 = 1.2 \text{ E-13 g per fiber}$$
$$\times 5 \text{ fibers} = 6\text{E-13 grams per 5 fibers.}$$

The limit of quantifiable detection for most talc analyses is approximately $6 \times 10^{-4}$ weight percent.  The theoretical and quantifiable detection limits assume homogeneity of the material being sampled.

## 7.0 QUALITY ASSURANCE

Blank suspensions are routinely prepared and tested in order to monitor potential residual contamination from the sample jars.  Blank carbon-coated grids are routinely tested to monitor the ambient fiber count.  If greater than 4 fibers per grid are present, the jars are pre-cleaned or new carbon-coated grids are prepared, respective of the test.

## 8.0 BACKGROUND CORRECTION

As of the time of this writing, background correction has not been necessary.  The amount of background asbestos detected has been insignificant in comparison to the levels of asbestos found in contaminated samples.

## 9.0 PREPARATION AND ANALYSIS TIME

Preparation time per sample (including preparation of related materials) is one hour.  Analysis search time per

Protected Document--Subject to Protective Order

JNJTALC000008852

```
                    JOHNSON & JOHNSON              Page 5 of 7
                    CONSUMER PRODUCTS, INC.    SPEC NO:  TM7024
                                                   REV:  03/21/95
DOC TYPE:           TEST METHOD SPECIFICATION

SUBJECT:            ANALYSIS OF POWDERED TALC FOR ASBESTIFORM
                    MINERALS BY TRANSMISSION ELECTRON MICROSCOPY

LOCATION:           ROYSTON
```
_____

     sample is a maximum of two hours.

Protected Document--Subject to Protective Order

```
                    JOHNSON & JOHNSON              Page 6 of 7
                    CONSUMER PRODUCTS, INC.    SPEC NO:  TM7024
                                                 REV:  03/21/95
DOC TYPE:       TEST METHOD SPECIFICATION

SUBJECT:        ANALYSIS OF POWDERED TALC FOR ASBESTIFORM
                MINERALS BY TRANSMISSION ELECTRON MICROSCOPY

LOCATION:       ROYSTON
```

## 10.0 APPARATUS

10.1 Analytical balance with 0.0001 gram sensitivity

10.2 Weighing boats

10.3 Narrow spatula

10.4 Wide mouth polyethylene jars (125 ml)

10.5 Mild ultrasonic bath, minimum 50 watts

10.6 Micropipettor (5-10 ml range) with disposable tips

10.7 Standard 3 mm diameter, 200 mesh, copper TEM grids, covered with a carbon-coated formvar film.

10.8 Transmission electron microscope (TEM) with an 80-120 kv accelerating voltage and energy dispersive x-ray analyzer.

## 11.0 REAGENTS

11.1 Methyl cellulose, powder, USP 4000 cps - Fisher Certified Reagent #M-352 or equivalent

11.2 Water: deionized, particle free (+0.2 mm filtered)

11.3 Methyl cellulose solution:  0.002% (wt/vl) (20 ppm). Dissolve 20 % 0.5 mg of methyl cellulose in 500 ml of deionized particle free water to make a 0.004% stock solution.  Dilute 1:1 to make a working solution.

NOTE:     Methyl cellulose acts as a wetting agent to aid in maintaining a uniform particle distribution as the sample dries, by greatly reducing the surface tension of water.

## 12.0 SAMPLE PREPARATION

12.1 Transfer 30 to 50 mg of talc powder to a clean 125 ml polyethylene jar.

Protected Document--Subject to Protective Order

```
                 JOHNSON & JOHNSON                  Page 7 of 7
                 CONSUMER PRODUCTS, INC.     SPEC NO:  TM7024
                                                 REV:  03/21/95
DOC TYPE:        TEST METHOD SPECIFICATION

SUBJECT:         ANALYSIS OF POWDERED TALC FOR ASBESTIFORM
                 MINERALS BY TRANSMISSION ELECTRON MICROSCOPY

LOCATION:        ROYSTON
```

---

12.2 Add 80 ml of 20 ppm methyl cellulose solution, cap and
     shake vigorously for one minute.

Protected Document--Subject to Protective Order

```
        JOHNSON & JOHNSON              Page 8 of 7
        CONSUMER PRODUCTS, INC.     SPEC NO:  TM7024
                                      REV:  03/21/95
DOC TYPE:     TEST METHOD SPECIFICATION

SUBJECT:      ANALYSIS OF POWDERED TALC FOR ASBESTIFORM
              MINERALS BY TRANSMISSION ELECTRON MICROSCOPY

LOCATION:     ROYSTON
```

12.3 After shaking, loosen cap and ultrasonicate for 10 minutes in order to disperse the finer particles. Then shake again for one minute to produce a uniform suspension.

12.4 Immediately after shaking, uncap and remove 9.2 microliters with a micropipette.

12.5 Transfer a 9 ml drop to a carbon film covered TEM grid. (Grid was first lightly anchored by 2 parallel strips of double-stick tape mounted 3 mm apart on a clean glass microscope slide.) Repeat to make two sample grids per talc sample.

NOTE:    Do not expel the remaining 0.2 ml suspension from the micropipette tip. It tends to sputter and frequently destroys the stability of the sample drop.

12.6 Transfer slide with grids to a desiccator. (Drying time is 2-3 hours.) Do not leave the grids on the slide for more than one day as the double-stick tape may adhere too tightly.

NOTE:    The talc:water ratio may need to be varied for some samples. Preparation of talc samples with a significantly finer or coarser particle size results in large differences in particle coverage on the TEM grid.

13.0 <u>TEM ANALYSIS</u>

13.1 Definition of fiber: An elongated particle with parallel sides and an aspect ratio K3:1. The definition employed may vary with the needs of the client.

13.2 Scan sample at 120-150X magnification to check for even dispersion of particles and to locate grid squares with optimum particle density. (Optimum particle density is particle coverage over 15-35% of the field of view.)

Protected Document--Subject to Protective Order

JNJTALC000008856

```
              JOHNSON & JOHNSON                Page 9 of 7
              CONSUMER PRODUCTS, INC.      SPEC NO:  TM7024
                                              REV:  03/21/95
DOC TYPE:     TEST METHOD SPECIFICATION

SUBJECT:      ANALYSIS OF POWDERED TALC FOR ASBESTIFORM
              MINERALS BY TRANSMISSION ELECTRON MICROSCOPY

LOCATION:     ROYSTON
```

13.3 Scan three grid squares on each grid at 20,000X magnification and seven grid squares on each grid at 5,000X for asbestiform minerals.  Each asbestiform mineral is recorded as to type (chrysotile, tremolite, anthophyllite, etc.), structure (bundle, clump, fiber) and dimensions (length x width).

13.4 Questionable fibers are examined first by SAED.  The chrysotile SAED pattern is unique and diagnostic. Amphibole SAED patterns are variable but usually characteristic.  Additional analysis and measurement of amphibole SAED patterns are done if warranted.

13.5 Ten percent of chrysotile fibers are checked by EDXRA for further confirmation.  If the SAED pattern is not clearly diagnostic, or if it is consistent with an amphibole SAED pattern, then it is examined by EDXRA to confirm the identification or to identify the type of amphibole.

## 14.0 CALCULATION OF RESULTS

14.1 Mass of chrysotile fibers:  $M(f)$
$$M(f) = \pi r^2 l \times d$$
$\pi = 3.14159$
$r$ = fiber radius
$l$ = fiber length
$d$ = density of chrysotile = $2.55 \times 10^{-12}$ g/mm$^3$

14.2 Mass of asbestiform amphibole particles:  $M(a)$
$$M(a) = l \times w \times th \times d$$
$l$ = length
$w$ = width
$th$ = thickness $\underline{Z}$ 0.3 width (approximation)
$d$ = density of amphiboles = $3.3 \times 10^{-13}$ g/mm$^3$

14.3 Mass of talc deposited on each TEM grid:  $M(s)$
$$M(s) = T \times (V/H)$$
$T$ = amount of talc sampled (step 12.1)
$V$ = volume of aliquot transferred to TEM grid (step 12.5)
$H$ = volume of methyl cellulose solution (step 12.2)

Protected Document--Subject to Protective Order

```
                 JOHNSON & JOHNSON                Page 10 of 7
                 CONSUMER PRODUCTS, INC.      SPEC NO:  TM7024
                                                 REV:  03/21/95
DOC TYPE:        TEST METHOD SPECIFICATION

SUBJECT:         ANALYSIS OF POWDERED TALC FOR ASBESTIFORM
                 MINERALS BY TRANSMISSION ELECTRON MICROSCOPY

LOCATION:        ROYSTON
```

14.4 Total estimated talc mass examined: $M(t)$

$$M(t) = M(s) \times (N \times A(s))/A(g)$$

N = number of grid squares examined
A(s) = area of a single TEM grid square
A(g) = area of an entire TEM grid (effective area over which a 9 microliter drop of suspension dries)

14.5 Weight percent:

$$\frac{\text{sum total of } M(f) \text{ or } M(a) \times 100}{M(t)}$$

15.0 CALCULATION OF A DETECTION LIMIT

15.1 $M(dl) =$ A minimum quantifiable mass of asbestos fibers, based on the detection of 5 fibers (approximately 6E-13 grams, from Section 6).

15.2 Detection Limit (Weight Percent) $= \dfrac{M(dl) \times 100}{M(t)}$

Protected Document--Subject to Protective Order

## JNJTALC000008849

## Metadata

| Applic | WordPerfect Document | ORIGINAL |
|---|---|---|
| AttachCount | 0 | ORIGINAL |
| BegAttach | JNJTALC000008849 | ORIGINAL |
| Confidentiality | Y | ORIGINAL |
| Custodian | Specifications | ORIGINAL |
| DateCreated | 10/20/2017 08:34 PM | ORIGINAL |
| DateMod | 10/13/2017 09:47 PM | ORIGINAL |
| DocExt | wpd | ORIGINAL |
| DocumentType | E-Doc | ORIGINAL |
| EmailDateSort | 10/13/2017 09:47 PM | ORIGINAL |
| EndAttach | JNJTALC000008858 | ORIGINAL |
| FileName | Spec - 06_29588_RD14Dec2015.doc | ORIGINAL |
| FileSize | 17646.00 | ORIGINAL |
| HashValue | 78880d63ce71fb72f8eede83b493939d | ORIGINAL |
| ProdVol | TALC_PROD_026 | ORIGINAL |
| Relative FilePath Append | Specifications\Specifications\10-13 delivery.zip | ORIGINAL |

Exhibit 97

# INTERNATIONAL STANDARD

# ISO 22262-1

First edition
2012-07-01

## Air quality — Bulk materials —

## Part 1:
## Sampling and qualitative determination of asbestos in commercial bulk materials

*Qualité de l'air — Matériaux solides —*

*Partie 1: Échantillonnage et dosage qualitatif de l'amiante dans les matériaux solides d'origine commerciale*







Reference number
ISO 22262-1:2012(E)

© ISO 2012

**ISO 22262-1:2012(E)**



**COPYRIGHT PROTECTED DOCUMENT**

© ISO 2012

All rights reserved. Unless otherwise specified, no part of this publication may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying and microfilm, without permission in writing from either ISO at the address below or ISO's member body in the country of the requester.

ISO copyright office
Case postale 56 · CH-1211 Geneva 20
Tel  + 41 22 749 01 11
Fax + 41 22 749 09 47
E-mail copyright@iso.org
Web www.iso.org

Published in Switzerland

© ISO 2012 – All rights reserved

ISO 22262-1:2012(E)

# Contents

Page

Foreword ......................................................................................................................................................................... v

Introduction .................................................................................................................................................................. vi

1       Scope .................................................................................................................................................................. 1

2       Terms and definitions ..................................................................................................................................... 1

3       Symbols and abbreviated terms ................................................................................................................... 7

4       Principle ............................................................................................................................................................ 8
4.1     General .............................................................................................................................................................. 8
4.2     Substance determination ............................................................................................................................... 8
4.3     Type of sample ................................................................................................................................................. 8
4.4     Range ................................................................................................................................................................ 8
4.5     Limit of detection ............................................................................................................................................ 9
4.6     Limitations of PLM in the detection of asbestos ........................................................................................ 9

5       Sample collection ............................................................................................................................................ 9
5.1     Requirements ................................................................................................................................................... 9
5.2     Procedure ....................................................................................................................................................... 10

6       Sample preparation ...................................................................................................................................... 14
6.1     General ............................................................................................................................................................ 14
6.2     Removal of organic materials by ashing .................................................................................................... 14
6.3     Removal of soluble constituents by acid treatment ................................................................................. 14
6.4     Sedimentation and flotation ........................................................................................................................ 14
6.5     Combination of gravimetric reduction procedures .................................................................................. 14

7       Analysis by PLM ............................................................................................................................................ 14
7.1     Requirements ................................................................................................................................................. 14
7.2     Qualitative analysis by PLM ........................................................................................................................ 19

8       Analysis by SEM ............................................................................................................................................ 29
8.1     General ............................................................................................................................................................ 29
8.2     Requirements ................................................................................................................................................. 29
8.3     Calibration ..................................................................................................................................................... 29
8.4     Sample preparation ...................................................................................................................................... 30
8.5     Qualitative analysis by SEM ........................................................................................................................ 30

9       Analysis by transmission electron microscope ....................................................................................... 31
9.1     General ............................................................................................................................................................ 31
9.2     Requirements ................................................................................................................................................. 32
9.3     Calibration ..................................................................................................................................................... 32
9.4     Sample preparation ...................................................................................................................................... 33
9.5     Qualitative analysis by TEM ........................................................................................................................ 33

10      Test report ...................................................................................................................................................... 35

Annex A (normative) Types of commercial asbestos-containing material .......................................................... 36

Annex B (normative) Interference colour chart ...................................................................................................... 40

Annex C (normative) Dispersion staining charts .................................................................................................... 41

Annex D (normative) Asbestos identification by PLM and dispersion staining  in
        commercial materials ................................................................................................................................... 43

Annex E (normative) Asbestos identification by SEM in commercial materials ................................................. 52

Annex F (normative) Asbestos identification by TEM in commercial materials ................................................. 58

Annex G (informative) Example of sampling record ............................................................................................... 67

Annex H (informative) Example of test report ......................................................................................................... 68

© ISO 2012 – All rights reserved

iii

ISO 22262-1:2012(E)

Bibliography ......................................................................................................................................................... 69

© ISO 2012 – All rights reserved

## Foreword

ISO (the International Organization for Standardization) is a worldwide federation of national standards bodies (ISO member bodies). The work of preparing International Standards is normally carried out through ISO technical committees. Each member body interested in a subject for which a technical committee has been established has the right to be represented on that committee. International organizations, governmental and non-governmental, in liaison with ISO, also take part in the work. ISO collaborates closely with the International Electrotechnical Commission (IEC) on all matters of electrotechnical standardization.

International Standards are drafted in accordance with the rules given in the ISO/IEC Directives, Part 2.

The main task of technical committees is to prepare International Standards. Draft International Standards adopted by the technical committees are circulated to the member bodies for voting. Publication as an International Standard requires approval by at least 75 % of the member bodies casting a vote.

Attention is drawn to the possibility that some of the elements of this document may be the subject of patent rights. ISO shall not be held responsible for identifying any or all such patent rights.

ISO 22262-1 was prepared by Technical Committee ISO/TC 146, *Air quality*, Subcommittee SC 3, *Ambient atmospheres*.

ISO 22262 consists of the following parts, under the general title *Air quality — Bulk materials*:

— *Part 1: Sampling and qualitative determination of asbestos in commercial bulk materials*

The following part is under preparation:

— *Part 2: Quantitative determination of asbestos by gravimetric and microscopical methods*

© ISO 2012 – All rights reserved

ISO 22262-1:2012(E)

# Introduction

In the past, asbestos was used in a wide range of products. Three varieties of asbestos found extensive commercial application. Chrysotile accounted for approximately 95 % of consumption, and this variety is therefore likely to be encountered most frequently during the analysis of samples. Materials containing high proportions of chrysotile asbestos were used in buildings and in industry for fireproofing, thermal insulation, and acoustic insulation. Chrysotile was also used to reinforce materials to improve fracture and bending characteristics. A large proportion of the chrysotile produced was used in asbestos–cement products. These include flat sheets, tiles and corrugated sheets for roofing, pipes and open troughs for the collection of rainwater, as well as pressure pipes for supply of potable water. Chrysotile was also incorporated into products such as decorative coatings and plasters, glues, sealants and resins, floor tiles, gaskets, and road paving. In some products, chrysotile was incorporated to modify rheological properties, e.g. in the manufacture of ceiling tile panels and oil drilling muds. Long textile grade chrysotile fibre was also used to manufacture woven, spun, felted and paper products.

Amosite and crocidolite accounted for almost all of the remaining asbestos use. Amosite was widely used as fireproofing and in thermal insulation products, e.g. pipe coverings and insulating boards. Crocidolite was also used as fireproofing and in thermal insulation products, but was particularly prized because it is highly resistant to acids, flexible enough to be spun and has high tensile strength for reinforcement. Crocidolite found application as a reinforcing fibre in acid containers such as those used for lead–acid batteries, in high-performance textiles and gaskets, and was particularly important for the manufacture of high-pressure asbestos cement pipes for delivery of potable water.

Three other types of asbestos are currently regulated. Materials containing commercial anthophyllite are relatively rare, but they have also been used as a filler and reinforcing fibre in composite materials, and as a filtration medium. Tremolite asbestos and actinolite asbestos were not extensively used commercially, but some occurrences of tremolite asbestos in surfacing materials and fireproofing have been found in Japan. Tremolite asbestos and actinolite asbestos sometimes occur as contaminants of other commercial minerals. Other minerals can also occur as asbestos. For example, richterite asbestos and winchite asbestos occur at mass fractions between 0,1 % and 6 % associated with vermiculite, formerly mined at Libby, Montana, USA. Vermiculite from this source was widely distributed and is often found as loose fill insulation and as a constituent in a range of construction materials and fireproofing.

While the asbestos mass fraction in some products can be very high and in some cases approach 100 %, in other products the mass fractions of asbestos used were significantly lower and often between 1 % and 15 %. In some ceiling tile panels, the mass fraction of asbestos used was close to 1 %. There are only a few known materials in which the asbestos mass fraction used was less than 1 %. Some adhesives, sealing compounds and fillers were manufactured in which asbestos mass fractions were lower than 1 %. There are no known materials in which asbestos was intentionally added at mass fractions lower than 0,1 %.

In this part of ISO 22262, procedures for collection of samples and  qualitative analysis of commercial bulk materials for the presence of asbestos are specified. The primary method used to identify asbestos is polarized light microscopy. Because of the wide range of matrix materials into which asbestos was incorporated, polarized light microscopy cannot provide reliable analysis of all types of asbestos-containing materials in untreated samples. The applicability of polarized light microscopy can be extended by the use of simple treatments such as ashing and treatment with acid. Optionally, either scanning electron microscopy or transmission electron microscopy may be used as an alternative or confirmatory method to identify asbestos.

Although this part of ISO 22262 specifies that, optionally, a visual estimate of the asbestos mass fraction within very broad ranges may also be made, it is recognized that the accuracy and reproducibility of such estimates is very limited. Quantitative determination of the asbestos content can be needed for a number of reasons, e.g. assessment and management of the risk from asbestos materials in buildings or to comply with regulatory definitions for asbestos-containing materials. The necessity to quantify asbestos in a material depends on the maximum mass fraction that has been adopted by the jurisdiction to define an asbestos-containing material for the purpose of regulation. Definitions range from "any asbestos" to 0,1 %, 0,5 % or 1 %. For jurisdictions in which an asbestos-containing material is defined as one containing "any asbestos", a particular problem is how to determine whether a material does not contain asbestos, since all methods have limits of detection.

vi

© ISO 2012 – All rights reserved

**ISO 22262-1:2012(E)**

For practical purposes, since no known commercial materials exist in which commercial asbestos was intentionally added at mass fractions lower than 0,1 %, this part of ISO 22262 specifies that samples be classified as asbestos-containing (i.e. containing more than 0,1 % asbestos) if either chrysotile, amosite, crocidolite or anthophyllite, or any of these varieties in combination, is detected in the analysis. When the definition of an asbestos-containing material is either 0,5 % or 1 %, depending on the nature of the product, it is often necessary to proceed to other parts of this International Standard in order to quantify the asbestos for the purpose of defining the regulatory status of the material.

The occurrence of tremolite, actinolite or richterite/winchite in a material is usually a consequence of natural contamination of the constituents, and the detection of these minerals does not necessarily indicate that the mass fraction is more than 0,1 % asbestos. Accordingly, determination of the regulatory status of these materials by any of the criteria can often be achieved only by quantitative analysis. Since these minerals were not specifically mined and utilized for their fibrous properties, they may also occur in materials as either non-asbestiform or asbestiform analogues, or as mixtures of both. Evaluation of these types of material may require a more detailed analysis.

Simple analytical procedures such as polarized light microscopy are not capable of detecting or reliably identifying asbestos in some types of commercial products containing asbestos, either because the fibres are below the resolution of optical microscopy or because the matrix material adheres too strongly to the fibres. For these types of product, it may be necessary to utilize electron microscopy.

For a list of parts of this International Standard, see the Foreword.

The method specified in this part of ISO 22262 is based on MDHS 77,[11] VDI 3866 Part 1,[13] VDI 3866 Part 4,[14] VDI 3866 Part 5,[15] AS 4964-2004,[8] EPA/600/R-93/116,[10] and NF X46-020:2008.[12]

INTERNATIONAL STANDARD                                               ISO 22262-1:2012(E)

# Air quality — Bulk materials — Part 1: Sampling and qualitative determination of asbestos in commercial bulk materials

**IMPORTANT — The electronic file of this document contains colours which are considered to be useful for the correct understanding of the document. Users should therefore consider printing this document using a colour printer.**

## 1 Scope

This part of ISO 22262 specifies methods for sampling bulk materials and identification of asbestos in commercial bulk materials. This part of ISO 22262 specifies appropriate sample preparation procedures and describes in detail the procedure for identification of asbestos by polarized light microscopy and dispersion staining.

This part of ISO 22262 also specifies simple procedures for separation of asbestos fibres from matrix materials such as asphalt, cement, and plastics products. Optionally, identification of asbestos can be carried out using scanning electron microscopy or transmission electron microscopy with energy dispersive X-ray analysis. Information is also provided on common analytical problems, interferences and other types of fibre that may be encountered in the analysis.

This part of ISO 22262 is applicable to qualitative identification of asbestos in specific types of manufactured asbestos-containing products and commercial minerals. This part of ISO 22262 is applicable to the analysis of fireproofing, thermal insulation, and other manufactured products or minerals in which asbestos fibres can readily be separated from matrix materials for identification.

NOTE       This part of ISO 22262 is intended for use by microscopists who are familiar with polarized light microscopy methods and the other analytical procedures specified (References [16]–[19]). It is not the intention of this part of ISO 22262 to provide instruction in the fundamental analytical techniques.

## 2 Terms and definitions

For the purposes of this document, the following terms and definitions apply.

### 2.1
**achromat**
microscope objective in which chromatic aberration is corrected for two wavelengths and spherical aberration and other aperture-dependent defects are minimized for one other wavelength (usually about 550 nm)

EXAMPLE       One wavelength less than about 500 nm, the other greater than about 600 nm.

NOTE       This term does not imply any degree of correction for curvature of image field; coma and astigmatism are minimized for wavelengths within the achromatic range.

[ISO 10934-1:2002,[3] 2.6]

### 2.2
**acicular**
shape shown by an extremely slender crystal with cross-sectional dimensions which are small relative to its length, i.e. needle-like

[ISO 13794:1999,[4] 2.1]

### 2.3
**alpha refractive index**
$\alpha$
lowest refractive index exhibited by a fibre

© ISO 2012 – All rights reserved                                                        1

ISO 22262-1:2012(E)

**2.4**
**amphibole**
group of rock-forming ferromagnesium silicate minerals, closely related in crystal form and composition, and having the nominal formula:

$$A_{0-1}B_2C_5T_8O_{22}(OH,F,Cl)_2$$

where

A    is K, Na

B    is $Fe^{2+}$, Mn, Mg, Ca, Na

C    is Al, Cr, Ti, $Fe^{3+}$, Mg, $Fe^{2+}$

T    is Si, Al, Cr, $Fe^{3+}$, Ti

NOTE    In some varieties of amphibole, these elements can be partially substituted by Li, Pb, or Zn. Amphibole is characterized by a cross-linked double chain of Si-O tetrahedra with a silicon:oxygen ratio of 4:11, by columnar or fibrous prismatic crystals and by good prismatic cleavage in two directions parallel to the crystal faces and intersecting at angles of about 56° and 124°.

[ISO 13794:1999,[4] 2.2]

**2.5**
**amphibole asbestos**
amphibole in an asbestiform habit

[ISO 13794:1999,[4] 2.3]

**2.6**
**analyser**
polar used after the object to determine optical effects produced by the object on the light, polarized or otherwise, with which it is illuminated

NOTE    It is usually positioned between the objective and the primary image plane.

[ISO 10934-1:2002,[3] 2.117.1]

**2.7**
**anisotropy**
state or quality of having different properties along different axes

EXAMPLE    An anisotropic transparent particle can show different refractive indices with the vibration direction of incident light.

**2.8**
**asbestiform**
specific type of mineral fibrosity in which the fibres and fibrils possess high tensile strength and flexibility

[ISO 13794:1999,[4] 2.6]

**2.9**
**asbestos**
term applied to a group of silicate minerals belonging to the serpentine and amphibole groups which have crystallized in the asbestiform habit, causing them to be easily separated into long, thin, flexible, strong fibres when crushed or processed

NOTE 1    The Chemical Abstracts Service Registry Numbers of the *most common* asbestos varieties are: chrysotile (12001-29-5), crocidolite (12001-28-4), grunerite asbestos (amosite) (12172-73-5), anthophyllite asbestos (77536-67-5), tremolite asbestos (77536-68-6) and actinolite asbestos (77536-66-4).

2

© ISO 2012 – All rights reserved

**ISO 22262-1:2012(E)**

[ISO 13794:1999,[4] 2.7]

NOTE 2    Other varieties of asbestiform amphibole, such as richterite asbestos and winchite asbestos (Reference [20]), are also found in some products such as vermiculite and talc.

**2.10**
**aspect ratio**
ratio of length to width of a particle

[ISO 13794:1999,[4] 2.10]

**2.11**
**Bertrand lens**
intermediate lens which transfers an image of the back focal plane of the objective into the primary image plane

NOTE    The Bertrand lens is used for conoscopic observation in polarized light microscopy and for adjustment of the microscope illuminating system, especially in phase-contrast and modulation-contrast microscopy.

[ISO 10934-1:2002,[3] 2.87.2]

**2.12**
**birefringence**
quantitative expression of the maximum difference in refractive index due to double refraction

[ISO 10934-1:2002,[3] 2.16]

**2.13**
**camera length**
equivalent projection length between the specimen and its electron diffraction pattern, in the absence of lens action

[ISO 13794:1999,[4] 2.12]

**2.14**
**chrysotile**
fibrous mineral of the serpentine group which has the nominal composition:

$$Mg_3Si_2O_5(OH)_4$$

NOTE    Most natural chrysotile deviates little from this nominal composition. In some varieties of chrysotile, minor substitution of silicon by $Al^{3+}$ may occur. Minor substitution of magnesium by $Al^{3+}$, $Fe^{2+}$, $Fe^{3+}$, $Ni^{2+}$, $Mn^{2+}$ and $Co^{2+}$ may also be present. Chrysotile is the most prevalent type of asbestos.

[ISO 13794:1999,[4] 2.13]

**2.15**
**cleavage**
breaking of a mineral along one of its crystallographic directions

[ISO 13794:1999,[4] 2.14]

**2.16**
**cleavage fragment**
fragment of a crystal that is bounded by cleavage faces

NOTE    Crushing of non-asbestiform amphibole generally yields elongated fragments that conform to the definition of a fibre, but rarely have aspect ratios exceeding 30:1.

**2.17**
**crossed polars**
state in which the polarization directions of the polars (polarizer and analyser) are mutually perpendicular

[ISO 10934-1:2002,[3] 2.117.2]

**ISO 22262-1:2012(E)**

**2.18**
*d*-**spacing**
distance between identical adjacent and parallel planes of atoms in a crystal

[ISO 13794:1999,[4] 2.18]

**2.19**
**dispersion**
variation of refractive index with wavelength of light

[ISO 7348:1992,[1] 05.03.26]

**2.20**
**dispersion staining**
effect produced when a transparent object is immersed in a surrounding medium, the refractive index of which is equal to that of the object at a wavelength in the visible range, but which has a significantly higher optical dispersion than the object

NOTE      Only the light refracted at the edges of the object is imaged, and this gives rise to colours at the interface between the object and the surrounding medium. The particular colour is a measure of the wavelength at which the refractive index of the object and that of the medium are equal.

**2.21**
**electron diffraction**
technique in electron microscopy by which the crystal structure of a specimen is examined

[ISO 13794:1999,[4] 2.19]

**2.22**
**electron scattering power**
extent to which a thin layer of substance scatters impinging electrons from their original directions

[ISO 13794:1999,[4] 2.20]

**2.23**
**energy dispersive X-ray analysis**
**EDXA**
measurement of the energies and intensities of X-rays by use of a solid-state detector and multichannel analyser system

[ISO 13794:1999,[4] 2.22]

**2.24**
**eucentric**
condition in which the area of interest of an object is placed on a tilting axis, at the intersection of the electron beam with that axis, and is in the plane of focus

[ISO 13794:1999,[4] 2.23]

**2.25**
**extinction**
condition in which an optically anisotropic object appears dark when observed between crossed polars

[ISO 10934-1:2002,[3] 2.51]

NOTE      Extinction occurs when the vibration directions of the crystal are parallel to the vibration directions in the polarizer and analyser.

**2.26**
**extinction angle**
angle between the extinction position and the position at which the length of a fibre is parallel to the polarizer or analyser vibration directions

4                                                                                              © ISO 2012 – All rights reserved

**ISO 22262-1:2012(E)**

**2.27**
**fibril**
single fibre of asbestos which cannot be further separated longitudinally into smaller components without losing its fibrous properties or appearances

[ISO 13794:1999,[4] 2.25]

**2.28**
**fibre**
elongated particle which has parallel or stepped sides

[ISO 13794:1999,[4] 2.26]

NOTE    For the purposes of this part of ISO 22262, a fibre is defined to have an aspect ratio greater than or equal to 3:1.

**2.29**
**fibre bundle**
structure composed of parallel, smaller diameter fibres attached along their lengths

NOTE    A fibre bundle may exhibit diverging fibres at one or both ends.

[ISO 13794:1999,[4] 2.27]

**2.30**
**gamma refractive index**
$\gamma$
highest refractive index exhibited by a fibre

**2.31**
**habit**
characteristic crystal growth form, or combination of these forms, of a mineral, including characteristic irregularities

[ISO 13794:1999,[4] 2.30]

**2.32**
**high-efficiency particulate air filter**
**HEPA**
filter that is at least 99,97 % efficient by volume on 0,3 μm particles

[ISO 14952-1:2003,[6] 2.13]

**2.33**
**isotropic**
having the same properties in all directions

[ISO 14686:2003,[5] 2.23]

**2.34**
**Köhler illumination**
method of illuminating specimens in which an image of the illumination source is projected by a collector into the plane of the aperture diaphragm in the front focal plane of the condenser, which then projects an image of an illuminated field diaphragm at the opening of the collector into the specimen plane

**2.35**
**lamda zero**
$\lambda_0$
matching wavelength corresponding to the dispersion staining colour shown by a particle in an immersion medium

NOTE    At this wavelength, the particle and the immersion medium have the same refractive index.

© ISO 2012 – All rights reserved

ISO 22262-1:2012(E)

**2.36**
**matrix**
material in a laboratory sample within which fibres are dispersed

**2.37**
**Miller index**
set of either three or four integer numbers used to specify the orientation of a crystallographic plane in relation to the crystal axes

[ISO 13794:1999,[4] 2.33]

**2.38**
**pleochroism**
property of an optically anisotropic medium by which it exhibits different brightness and/or colour for different directions of light propagation, or for different vibrations, on account of variation in selective spectral absorption of transmitted light

**2.39**
**polarized light**
light in which the vibrations are partially or completely suppressed in certain directions at any given instant

NOTE    The vector of vibration may describe a linear, circular or elliptical shape.

[ISO 10934-1:2002,[3] 2.88.1]

**2.40**
**polarizer**
polar placed in the light path before the object

[ISO 10934-1:2002,[3] 2.117.4]

**2.41**
**polar**
device which selects plane-polarized light from natural light

[ISO 10934-1:2002,[3] 2.117]

**2.42**
**refractive index**
*n*
ratio of the speed of light (more exactly, the phase velocity) in a vacuum to that in a given medium

[ISO 10934-1:2002,[3] 2.124]

**2.43**
**retardation**
difference in optical path length expressed in wavelengths, length units or phase angles between two mutually perpendicular plane-polarized waves

[ISO 10934-1:2002,[3] 2.128]

**2.44**
**selected area electron diffraction**
technique in electron microscopy in which the crystal structure of a small area of a sample is examined

[ISO 13794:1999,[4] 2.38]

© ISO 2012 – All rights reserved

ISO 22262-1:2012(E)

**2.45**
**serpentine**
group of common rock-forming minerals having the nominal formula:

$$Mg_3Si_2O_5(OH)_4$$

[ISO 13794:1999,[4] 2.39]

**2.46**
**sign of elongation**
description of the directions of the high and low refractive indices in a fibre

NOTE    The fibre is described as positive when the higher refractive index is parallel to the length of the fibre, and negative when the lower refractive index is parallel to the length of the fibre.

**2.47**
**temperature coefficient of refractive index**
measure of the change of refractive index of a substance with temperature

**2.48**
**twinning**
occurrence of crystals of the same species joined together at a particular mutual orientation, and such that the relative orientations are related by a definite law

[ISO 13794:1999,[4] 2.41]

**2.49**
**unopened fibre**
large diameter asbestos fibre bundle that has not been separated into its constituent fibrils or fibres

[ISO 13794:1999,[4] 2.42]

**2.50**
**zone-axis**
line or crystallographic direction through the centre of a crystal which is parallel to the intersection edges of the crystal faces defining the crystal zone

[ISO 13794:1999,[4] 2.43]

## 3   Symbols and abbreviated terms

| | |
|---|---|
| $\dfrac{dn}{dT}$ | change of RI of an immersion medium per degree Celsius change of temperature |
| $n_D^{25}$ | RI of a liquid for the sodium D line (589,3 nm) and at a temperature of 25 °C |
| $\alpha$ | lowest RI of an anisotropic particle |
| $\beta$ | intermediate RI of an anisotropic particle |
| $\gamma$ | highest RI of an anisotropic particle |
| $\lambda_0$ | wavelength at which the RI of a particle is equal to the RI of the liquid in which it is immersed |
| ED | electron diffraction |
| EDXA | energy dispersive X-ray analysis |
| FWHM | full width, half maximum |

© ISO 2012 – All rights reserved

7

ISO 22262-1:2012(E)

| HEPA | high-efficiency particle absolute |
| MEC | mixed esters of cellulose |
| PC | polycarbonate |
| PCOM | phase contrast optical microscopy |
| PLM | polarized light microscopy |
| RI | refractive index |
| SAED | selected area electron diffraction |
| SEM | scanning electron microscopy |
| TEM | transmission electron microscopy |

## 4   Principle

### 4.1   General

A suitable tool is used, in compliance with the relevant safety regulations, to take a sample from the material to be analysed. The sample is then appropriately packed and labelled for transportation to the laboratory.

A representative sample of the bulk material is initially examined using a stereo-binocular microscope. Typical fibres are removed using tweezers and mounted in appropriate liquid immersion media on slides for examination by polarized light microscopy. Asbestos fibres are identified based on morphology, colour, pleochroism, and the $\alpha$ (lowest) and $\gamma$ (highest) refractive indices qualitatively assessed using the dispersion staining technique. Detection of commercial asbestos (chrysotile, amosite, crocidolite or anthophyllite), either alone or in combination, is assumed to indicate that the asbestos is present at a mass fraction exceeding 0,1 %. Optionally, a visual estimate of the asbestos mass fraction is reported in one of several broad mass fraction ranges. Tremolite, actinolite and richterite/winchite are identified by the same procedure, but since they are usually present as contaminants of mineral products, detection of these minerals does not provide information as to their minimum mass fraction. Optionally, fibres may be identified by SEM or TEM.

### 4.2   Substance determination

This International Standard specifies a number of reference methods for determination of asbestos in solid materials. This part of ISO 22262 provides a method for qualitative analysis of specific commercial products for the presence of asbestos (chrysotile, amosite, crocidolite, tremolite, actinolite, anthophyllite and richterite/winchite). Other parts of this International Standard provide methods for the analysis of specific types of commercial products for which the use of PLM on the untreated sample yields unacceptable rates of error, and for the quantification of asbestos in the low mass fraction range below approximately 5 %.

### 4.3   Type of sample

The method specified in this part of ISO 22262 is applicable to sampling and analysis of commercial products from which individual fibres of asbestos can be manually separated from the matrix material, either by picking fibres from surfaces and newly fractured surfaces, or after chemical treatments, acid extraction or ashing, such that the fibres can be identified by one of the specified identification methods. This part of ISO 22262 is generally applicable to asbestos-containing building materials such as fireproofing, thermal pipe and boiler insulations, asbestos cement, plasters, roofing, and other similar materials. The method is also applicable to the identification of asbestos in a range of other industrial minerals and materials.

### 4.4   Range

Experience from proficiency testing has shown that the range of this part of ISO 22262, when it is applied to a suitably prepared sample in which the asbestos fibres are sufficiently large to be optically visible using a low-

8                                                                          © ISO 2012 – All rights reserved

magnification stereomicroscope, is from less than 0,1 % to 100 %. The lower end of the range can be extended downwards by use of appropriate techniques.

### 4.5  Limit of detection

The limit of detection of this method is defined as the detection and identification of one fibre or fibre bundle in the amount of sample examined. The limit of detection that can be achieved depends on:

a)  the nature of the matrix of the sample;

b)  the size of the asbestos fibres and bundles;

c)  the use of appropriate sample preparation and matrix reduction procedures;

d)  the amount of time expended on examination of the sample;

e)  the method of analysis used — PLM, SEM or TEM.

With appropriate matrix reduction procedures that are tailored to the nature of the sample, the limit of detection can be significantly lower than 0,01 %.

### 4.6  Limitations of PLM in the detection of asbestos

The ability to detect and identify asbestos by PLM is limited by the resolution of the optical microscope and sometimes by the masking effects of other materials that comprise the balance of the sample. Asbestos fibres with widths below approximately 0,2 μm are unlikely to be detected by PLM. However, for all varieties of amphibole asbestos, and most varieties of chrysotile, a large proportion of the mass comprises fibres that exceed this width and, because of this, asbestos can be reliably detected by PLM. Accordingly, provided that the nature of the matrix material on the microscope preparation is such that it does not obscure any asbestos fibres that might be present, a non-detected result by PLM indicates that the mass fraction of asbestos is below the limit of detection.

One commercial source of chrysotile presents problems of detection by PLM. Chrysotile originating from the Coalinga deposit in California, USA, contains no fibrils longer than approximately 30 μm and, if these are well dispersed in a sample matrix, the majority of the chrysotile is below the size that can be reliably detected and identified by PLM. The range of application of Coalinga chrysotile is limited to floor tiles, ceiling tiles, drywall joint compounds, mastics, paints, sealants, adhesives, drilling mud, moulded cement building products, and as filler in some plastics. There is a high probability that this variety of chrysotile may not be detected by PLM, even when present in high mass fractions. The size distribution of Coalinga chrysotile makes it unsuitable for most other applications in which asbestos was used and the possibility that it will be encountered in other types of product can generally be discounted. If, on the basis of PLM examination, Coalinga chrysotile is suspected to be present, it is recommended that the sample be examined by electron microscopy.

Asbestos fibres may not be detected by PLM because they are obscured by the matrix of the sample. The matrix reduction methods specified in this part of ISO 22262 are intended to minimize the possibility of failing to detect asbestos in such samples.

## 5  Sample collection

### 5.1  Requirements

**5.1.1  Sampling apparatus.** Depending on the nature of the material to be sampled, an appropriate tool is required for collection of the sample. If the material is soft, such as thermal insulation or fireproofing, a knife or scalpel may be sufficient. In other situations, a cork borer may be used to sample all of the layers of a layered material. If the material is hard, e.g. asbestos–cement, tools such as pliers, a wire cutter, hammer and chisel or rotating hole saw can be needed.

**ISO 22262-1:2012(E)**

**5.1.2 HEPA vacuum cleaner.** A HEPA vacuum cleaner, approved for asbestos, is required for cleaning around the sampling location after collection of the sample to minimize dispersion of asbestos-containing dust or particulate matter.

**5.1.3 Materials and supplies for sampling.**

**5.1.3.1 Wetting agent.** A wetting agent may be used to limit the generation of airborne dust during the collection of the sample. Water, or water to which a small amount of surfactant has been added, may be applied to the surface before sampling using a spray bottle or brush.

**IMPORTANT If a sample is being collected for the purpose of product identification, use no wetting agent, since this may result in alteration of the sample composition by addition of surfactant, and by dissolution and loss of water-soluble constituents.**

**5.1.3.2 Filler.** After collection of the sample, a minor repair may be necessary to seal the damaged area. Depending on the circumstances, spray paint, touch-up paint or plaster may be used.

**5.1.3.3 Sample containers.** Appropriate dust-tight containers are required for packaging the sample. Plastic bags with "zip" closures or bottles with screw caps may be used.

**5.1.3.4 Labels.** A method for labelling samples is required. Self-adhesive paper labels may be used. Alternatively, a waterproof marker may be sufficient for field use.

**5.1.3.5 Dust mask.** A dust mask with filter approved for respiratory protection against airborne asbestos fibres. Approved filters conform to either the National Institute for Occupational Safety and Health (NIOSH) P100 or the European Standard EN 143[9] P3 specification. Other types of personal protective equipment may be used if warranted by the situation.

**5.1.3.6 Light.** Either a flashlight or an appropriate light source is required for collection of samples in dark locations.

**5.1.3.7 Plastic bags.** Labelled plastic bags of appropriate size that can be closed tightly and are required to collect the waste generated during sampling. Bags containing waste should be placed inside another tightly closed plastic bag.

**5.1.3.8 Cleaning supplies.** Cleaning materials, such as disposable paper towels and a supply of water, are required for cleaning sampling tools to avoid cross-contamination between samples.

**5.1.3.9 Location identifiers.** The use of some means of identifying the precise location from which each sample is taken is recommended, since it may be necessary to resample the material at a later date to resolve discrepancies if they arise. A location identifier is invaluable if the sample collected is found not to be representative of the overall area, such as if the sample has been taken from a patch in a location that has been repaired. A specific colour of spray paint, or appropriate permanent labels applied to the precise location, may be used.

**5.2 Procedure**

**5.2.1 Safety precautions**

Handling asbestos is regulated by many jurisdictions, and regulations often specify a variety of procedures to ensure that individuals performing work and those in close proximity are not exposed to excessive concentrations of airborne asbestos. Exceptions from the regulations are generally permitted for some types of activity that are minimally invasive, such as the removal of material samples for analysis.

**IMPORTANT — Care is necessary during sampling of materials that may contain asbestos, and precautions should be taken to avoid creating and inhaling airborne asbestos particles when sampling materials suspected of containing asbestos. If the handling instructions in this clause are followed, it may be**

© ISO 2012 – All rights reserved

assumed that the level of dust meets the thresholds of safety defined in the regulations. In exceptional cases, more extensive precautions may be necessary to prevent the release of airborne fibres.

Sometimes different materials may have been applied to a surface as several layers. It is recommended that samples of all of the individual layers be collected. If a borer or hole-sawing device is used to penetrate several layers, the device should be operated so that it rotates slowly. This ensures that only coarse turnings are produced. High-speed devices are not recommended, since it is then necessary to take more complex safety precautions such as local suction and filtration to collect the dust generated.

### 5.2.2   Sample size requirements

#### 5.2.2.1   General

Although only a few milligrams of sample are required for the analytical methods specified, it is necessary to take into account the homogeneity of the material, and to ensure that the sample is of sufficient size to be representative of the material under investigation. If inspection shows that the material is finely divided and homogeneous when examined visually, or if the nature of the material is recognized as such from previous knowledge, a minimum sample size of approximately 1 $cm^3$ generally provides sufficient material for analysis. However, a minimum volume of 10 $cm^3$ is recommended for materials such as sprayed fireproofing, and as much as 1 000 $cm^3$ for materials such as loose-fill vermiculite.

#### 5.2.2.2   Representative sample

A wide range of asbestos-containing materials was used in the past. Experience is very valuable in the selection of the materials to be sampled and sampling can be facilitated by the use of all available prior knowledge about the materials or components from which the sample is being collected. It is essential that the sample collected be representative of the composition of the product with respect to its asbestos content. Although many asbestos-containing materials may seem to be homogeneous when visually examined, they can be quite inhomogeneous in the microscopic size range. This is particularly the case for materials such as texture coats, in which the fragments of aggregate are significantly larger than the other constituents of the material.

In some types of material, particularly those that have been mixed at a building site, rather than a commercial product manufactured and mixed under a formulation and quality control procedure, the asbestos may not be distributed homogeneously within the material. For these types of materials, it is necessary to collect a larger sample to ensure that the sample is representative of the material.

It is recommended that a portion of the sample be archived, because further examination of the sample is often the only way in which potential questions can be resolved.

In addition to the problem of inhomogeneity, the possibility that repairs using materials from different sources may have occurred needs to be considered. For example, during renovation or repairs, some asbestos-free ceiling tiles may have been installed in a suspended ceiling, the balance of which contain asbestos, for no other reason than such ceiling tiles were readily available at the time. During repairs or rebuilding, other materials of the same appearance, but having different compositions, may have been used to repair damage to fireproofing, thermal insulation or bulkheads.

It is important to recognize that the analytical result relates only to the actual sample tested. If the sample collected is not representative, the result will not be representative of the material.

Annex A, which lists the asbestos-containing materials most frequently used, provides guidance for identifying different types of material.

#### 5.2.2.3   Number of samples

The number of samples to be taken is dependent on the nature of the material, whether the material is homogeneous or inhomogeneous, and the size of the area under consideration. In the case of materials known from prior experience to be homogeneous, it may be sufficient to collect one sample, although collection of more than one sample provides additional confidence that the results are representative of the material being sampled. When materials are suspected to be inhomogeneous, it is necessary to collect several samples and

ISO 22262-1:2012(E)

to ensure that each of the samples is of sufficient size. If it is intended to determine the range of asbestos content in an area of material, it is necessary to analyse all of the samples individually. Otherwise, such samples may be combined before analysis in order to ensure that the sample analysed represents the mean asbestos mass fraction of the material.

### 5.2.2.4   Precautions to avoid cross-contamination between samples

It is most important that precautions be taken to ensure that cross-contamination of samples does not occur. Clean all tools used for collecting samples prior to initial use and again after collection of each sample. Use a new and unused container or plastic bag for each sample, and double-bag each sample.

### 5.2.2.5   Sampling strategy

Selection of the sampling locations depends on the type of area being sampled and on the nature of the product suspected to contain asbestos.

The selection of the sampling locations shall be made in accordance with any national regulations.

The material being sampled may be known to be homogeneous, e.g. a manufactured packing material or sheet material. Samples should be collected at locations that are as inconspicuous as possible. Locations that exhibit prior superficial damage or locations behind readily detached covers are particularly suitable, provided that there are no reasons to suspect that the material in such locations is not representative.

**IMPORTANT   — Ensure that the sampling location is not at a position where repair using a different material has previously occurred.**

If the material under test has a layered structure, e.g. in the case of multilayer pipe insulations or multilayer floor coverings, include all layers of the material in the collected sample. Include any coverings or adhesive layers, such as coatings or glues. Do not attempt to separate the layers under field conditions; separation of individual layers for analysis is best performed under controlled conditions in the laboratory.

If the product under test is behind a wall cladding or other covering, power sockets or light switch recesses are frequently suitable as locations for collection of material samples. If it is not possible to gain access in this manner, it is necessary to cut the claddings or coverings open in order to enable sample collection. These openings should be made at a location that detracts from the visual appearance as little as possible, e.g. behind baseboards.

### 5.2.2.6   Taking the samples

Release of airborne asbestos fibres from asbestos-containing materials may occur before or during the sampling. The use of containment measures may be necessary. If the material is such that a significant release of airborne asbestos fibres may occur during collection of the sample, sample carefully and moisten the sampling location with water from a spray bottle, a water-soaked brush or a moist paper towel. A moist paper towel is also useful to clean contaminated surfaces after the sample has been collected.

Water should not be used if samples are being collected in the vicinity of operating electrical equipment.

a)   For many types of homogeneous material, it is usually possible to collect small amounts of sample without visibly defacing the material and without incurring any significant release of airborne fibres.

b)   If the material appears to be homogeneous, collect a sample area more than 1 $cm^2$ in the case of thin materials, or a volume greater than 1 $cm^3$ in the case of materials having a thickness of several centimetres. Remove the sample by breaking it off with pincers or preferably using a sharp cutting tool. If the material appears to be inhomogeneous, collect a sufficient amount of sample to give confidence that the volume of sample is representative of the material.

c)   Place each sample in an individual dust-tight container.

d)   Wipe the sampling site and the immediate surroundings, keeping them moist, or clean the area around the sample location using a vacuum cleaner with a HEPA filter.

12                                                             © ISO 2012 – All rights reserved

e)  If necessary, seal the exposed surface from which the sample was taken using touch-up paint, glue or other appropriate sealant.

f)  Affix, if applicable and agreed to by the facility administration, a permanent identification marker to the exact location from which the sample is removed.

### 5.2.2.7  Sample labelling

Label the sample container clearly, either by using a permanent marker pen or by attaching a permanent adhesive label. Confirm that the sample label corresponds to the information on any identification marker affixed to the sampling location.

### 5.2.2.8  Sampling record

Make a record of the sample that contains at least the following information:

a)  full description of the type of material;

EXAMPLE      Thermal insulation, board, floor tile.

b)  all details recorded on the sample label;

c)  precise description of the sampling location;

d)  building identification;

e)  identification of the room (if applicable);

f)  location in the room from which the sample was collected;

g)  the date that the sample was collected;

h)  the name of the person who collected the sample;

i)  whether the sample is a composite derived from the combination of separately collected samples;

j)  whether the sample is a multilayer sample — for multilayer samples, the positions of each of the relevant layers shall be noted.

If the sampling location is not adequately specified by the details specified in a) to f), then, in addition:

k)  make a sketch or take a photograph (record the number of the photograph); or, record the position from which the sample was taken on a plan of the building (the drawing identification shall also be noted in the record);

l)  report any other relevant data that are available with respect to the sample.

An example of a suitable sampling record is shown in Annex G.

### 5.2.2.9  Chain of custody

If there is any possibility that the results of sampling and analysis will be subject to litigation or legal scrutiny, it is most important that records be made of all transfers of samples between individuals, starting with the individual who collected the samples through to acceptance of the samples by the analyst. A chain of custody form shall be used for this purpose, on which the date of each transfer and the name of each individual who has relinquished or accepted possession of the samples are recorded.

### 5.2.2.10  Storage and transport

The samples shall be packaged in dust-tight containers (double if necessary) and a label shall be affixed to the package of samples, indicating that they may contain asbestos. Take care to ensure that unauthorized persons do not have access to the samples. There are no special requirements with respect to climate conditions

ISO 22262-1:2012(E)

for storage and transport of the samples. After the samples have been analysed, they shall be archived for whatever period of time is specified by the individual submitting them to the analytical laboratory.

## 6 Sample preparation

### 6.1 General

It is sometimes not possible to identify asbestos in bulk materials because of interference by other constituents, either because the mass fraction of asbestos is too low or because the asbestos is so inhomogeneously distributed that a large amount of the sample would need to be examined in order to reliably detect the asbestos that is present. In these cases, various chemical or physical preparation methods can be used prior to the microscopic examination to remove a large proportion of the non-asbestos constituents, thus facilitating the detection of asbestos in the smaller amount of material that remains.

### 6.2 Removal of organic materials by ashing

Chrysotile is often difficult to detect when mixed with large amounts of cellulose, or if it is well dispersed in organic matrices such as asphalt or poly(vinyl chloride) (PVC). Also, some other organic fibres such as spider webs and wool have optical properties similar to those of chrysotile. Ashing of the sample at a temperature of 485 °C for a period of approximately 10 h removes the organic constituents with very little effect on the optical properties of chrysotile. Although the colour and optical properties of amosite and crocidolite are altered by this oxidation treatment as a consequence of conversion of some ferrous iron [Fe(II)] to ferric iron [Fe(III)], many of the fibres can often still be identified by PLM. The optical properties of tremolite, actinolite, anthophyllite and richterite/winchite are almost unaffected by this treatment. The heat treatment does not otherwise affect the composition of any of the asbestos varieties, and they can all be identified by electron microscopy after the treatment.

### 6.3 Removal of soluble constituents by acid treatment

Matrix constituents such as calcite and gypsum often coat asbestos fibres so that their optical properties cannot be reliably examined. These constituents also often constitute a large proportion of the sample mass. Stirring of a sample in 2 mol/l hydrochloric acid for approximately 15 min removes many matrix constituents, and this improves the ability to identify and quantify asbestos. The acid treatment slightly reduces the refractive indices of chrysotile, and it is necessary to account for this when identifying chrysotile by PLM. Do not heat chrysotile in acid at temperatures exceeding 60 °C. This acid treatment does not affect the optical properties of any of the other asbestos varieties.

### 6.4 Sedimentation and flotation

Some materials contain large sizes of aggregate or sand that can be separated in water suspension by sedimentation or flotation. A large proportion of constituents such as vermiculite or perlite can be separated by flotation. Sand or small solid aggregate sediment in water much more rapidly than most of the asbestos, and in some samples a large proportion of the sand or aggregate can be separated from the fraction that contains any asbestos.

### 6.5 Combination of gravimetric reduction procedures

The procedures specified in 6.2, 6.3 and 6.4 may be combined as appropriate for the particular sample.

It is generally recommended that the procedures be used sequentially in the order given.

## 7 Analysis by PLM

### 7.1 Requirements

**7.1.1 Stereo-binocular microscope**, for initial observation of samples. The examination is facilitated if the microscope has a continuous range of magnification from approximately 10× to 40×.

© ISO 2012 – All rights reserved

ISO 22262-1:2012(E)

**7.1.2    Polarized light microscope**, capable of Köhler (or Köhler-type) illumination is needed for fibre identification. The following optical accessories are necessary:

a)    light source with blue "daylight" filter;

b)    focusing sub-stage condenser with a numerical aperture (NA) greater than or equal to that of the objective in use, with a field-limiting adjustable aperture;

c)    focusing ocular with magnification of 10 times or 12 times, with a cross-hair graticule;

d)    strain-free objectives with magnifications of 4 times, 10 times, and 40 times or similar magnifications;

e)    polarizer and removable analyser, the vibration directions of which can be adjusted such that they are at 90° to each other, and can be aligned with the cross-hair in the focusing ocular;

f)    slot between the polarizer and analyser to allow accessory plates to be inserted at an angle of 45° to the polarizer and analyser vibration directions;

g)    removable retardation plate with approximately 530 nm retardation, with known slow and fast vibration directions;

h)    dispersion staining objective with magnification of 10 times or 40 times, or a demonstrated functional equivalent (MDHS 77[11]);

i)    Bertrand lens or a focusing telescopic ocular to allow observation of the back focal plane of the objective lens;

j)    level rotating specimen stage for which the centre of rotation can be centred relative to the optical axis of the microscope for each of the objective lenses.

**7.1.3    Dust extract hood**. Handling and manipulation of bulk materials suspected to contain asbestos shall be performed in a suitable dust extract hood, so that neither the analyst nor the laboratory environment is exposed to airborne asbestos fibres.

**7.1.4    Sample preparation**.

**7.1.4.1    Refractive index liquids**. The majority of commercial asbestos-containing products contain only chrysotile, amosite or crocidolite, or mixtures of these three types of asbestos. Identification of these three types of asbestos can be achieved using liquids of RI 1,550, 1,680 and 1,700. The RI values of these liquids are specified for light of wavelength 589,3 nm (sodium D line) at a temperature of 25 °C.

For identification of tremolite, actinolite, anthophyllite and richterite/winchite, RI liquids in the range 1,605 to 1,660 are required, at intervals of 0,005.

Suitable calibrated RI liquids are commercially available, and a set of liquids with RIs from 1,500 to 1,700, at intervals of 0,005, gives sufficient range and discrimination.

If commercially available RI liquids cannot be obtained, a set of liquids sufficient for use in this part of ISO 22262 can be prepared (References [16][21]) using common chemical reagents as specified in Table 1.

**15**

ISO 22262-1:2012(E)

Table 1 — Reagents for preparation of RI immersion media

| Reagent | $n_D^{25}$ | $\dfrac{dn}{dT}$ |
|---|---|---|
| Glycerol triacetate | 1,427 7 | −0,000 48 |
| Ethyl cinnamate | 1,557 4 | −0,000 48 |
| Bromobenzene | 1,557 0 | −0,000 54 |
| Iodobenzene | 1,617 3 | −0,000 54 |
| 1-Chloronaphthalene | 1,630 4 | −0,000 44 |
| 1-Bromonaphthalene | 1,658 0 | −0,000 45 |
| 1-Iodonaphthalene | 1,700 4 | −0,000 44 |
| Diiodomethane | 1,739 0 | −0,000 70 |
| Commercially available RI media, and the reagents listed here, should be used in accordance with applicable safety precautions. | | |

Table 2 shows the mixtures of reagents required to prepare a set of RI immersion media. The three primary RI liquids for identification of chrysotile, amosite and crocidolite are indicated in Table 2 in bold type (1,550, 1,680 and 1,700). Tremolite, actinolite or anthophyllite can often be identified using only RI liquids 1,605 and 1,630, also indicated in Table 2 in bold type. Tremolite, actinolite or anthophyllite may be encountered in which the refractive indices are high because of increased iron mass fraction, and use of other RI liquids in Table 2 may be necessary in order to assess the refractive indices.

Table 2 — Mixtures and single compounds required for RI liquids

| Liquid $n_D^{25}$ | Liquid 1 | Volume fraction, liquid 1 % | Liquid 2 | Volume fraction, liquid 2 % | $\dfrac{dn}{dT}$ |
|---|---|---|---|---|---|
| 1,545 | Ethyl cinnamate | 90,44 | Glycerol triacetate | 9,56 | −0,000 48 |
| **1,550** | **Ethyl cinnamate** | **94,30** | **Glycerol triacetate** | **5,70** | −0,000 48 |
| 1,555 | Ethyl cinnamate | 98,15 | Glycerol triacetate | 1,85 | −0,000 48 |
| 1,560 | Bromobenzene | 95,03 | Iodobenzene | 4,97 | −0,000 54 |
| **1,605** | **Iodobenzene** | **79,60** | **Bromobenzene** | **20,40** | −0,000 54 |
| 1,610 | Iodobenzene | 87,89 | Bromobenzene | 12,11 | −0,000 54 |
| 1,615 | Iodobenzene | 96,19 | Bromobenzene | 3,81 | −0,000 54 |
| 1,620 | 1-Chloronaphthalene | 85,83 | Bromobenzene | 14,17 | −0,000 45 |
| 1,625 | 1-Chloronaphthalene | 92,64 | Bromobenzene | 7,36 | −0,000 45 |
| **1,630** | **1-Chloronaphthalene** | **100** | — | — | −0,000 44 |
| 1,635 | 1-Bromonaphthalene | 78,99 | Bromobenzene | 21,01 | −0,000 47 |
| 1,640 | 1-Bromonaphthalene | 84,05 | Bromobenzene | 15,95 | −0,000 46 |
| 1,645 | 1-Bromonaphthalene | 89,11 | Bromobenzene | 10,89 | −0,000 46 |
| 1,650 | 1-Bromonaphthalene | 94,18 | Bromobenzene | 5,82 | −0,000 46 |
| 1,655 | 1-Bromonaphthalene | 99,24 | Bromobenzene | 0,76 | −0,000 45 |
| 1,660 | 1-Bromonaphthalene | 90,48 | 1-Iodonaphthalene | 9,52 | −0,000 45 |
| **1,680** | **1-Iodonaphthalene** | **54,31** | **1-Bromonaphthalene** | **45,69** | −0,000 44 |
| **1,700** | **1-Iodonaphthalene** | **100** | — | — | −0,000 44 |

© ISO 2012 – All rights reserved

ISO 22262-1:2012(E)

**7.1.4.2   Asbestos reference standards**. Asbestos reference standards are required. Suitable sets of standards are SRM 1866[1] (chrysotile, crocidolite and amosite) and SRM 1867[1] (tremolite, actinolite and anthophyllite) from the US National Institute of Standards and Technology (NIST), see Table 3, or from the UK Health and Safety Executive (HSE) [Chrysotile (Canada and Zimbabwe), crocidolite, amosite, tremolite, actinolite and anthophyllite][2] see Table 4. SRM 1867 tremolite and actinolite are particularly useful for qualitative discrimination between tremolite and actinolite. The International Mineralogical Association (IMA (References [23][24]) has specified that values of the mass fraction ratio Mg/(Mg + Fe) below 0,9 are defined as tremolite, and those above 0,9 are defined as actinolite. SRM 1867 tremolite has a value of 0,84, and SRM 1867 actinolite has a value of 0,94, providing reference samples representing compositions just below and just above the IMA boundary. It is important to recognize that the IMA boundary between tremolite and actinolite is only a convention within a continuum of composition in which the iron and magnesium mass fractions vary in a reciprocal manner.

#### Table 3 — Optical properties of SRM 1866 and SRM 1867 reference asbestos samples

| Property | Chrysotile | Amosite | Crocidolite | Anthophyllite | Tremolite | Actinolite |
|---|---|---|---|---|---|---|
| Colour | White | Grey–brown | Blue | Light brown | White | White |
| Pleochroism | None | Very weak | $\alpha$: Blue, $\gamma$: grey | None | None | None |
| Birefringence | Low | Medium | Low | Medium | Medium | Medium |
| Sign of elongation | Positive | Positive | Negative | Positive | Positive | Positive |
| Extinction | Parallel | Parallel | Parallel | Parallel | 16,6° | 15,9° |
| $\gamma$ | 1,556 | 1,701 | —[a] | 1,636 | 1,634 | 1,639 |
| $\alpha$ | 1,549 | 1,679 | —[a] | 1,615 | 1,606 | 1,613 |

[a]   For crocidolite, the certificate of analysis states: "Because strong absorption in the visible light range results in anomalous dispersion characteristics that would not be useful to the analyst, no certified values of refractive index are reported for riebeckite".

#### Table 4 — Optical properties of HSE reference asbestos samples

| Property | Chrysotile (Canada) | Chrysotile (Zimbabwe) | Amosite | Crocidolite | Anthophyllite | Tremolite | Actinolite |
|---|---|---|---|---|---|---|---|
| Colour | White | White | Grey–brown | Blue | White | White | Pale green |
| Pleochroism | None | None | Very weak | $\alpha$: Blue, $\gamma$: grey | None | None | $\gamma$-Green, $\alpha$: grey |
| Birefringence | Low | Low | Medium | Low | Medium | Medium | Medium |
| Sign of elongation | Positive | Positive | Positive | Negative | Positive | Positive | Positive |
| Extinction | Parallel | Parallel | Parallel | Parallel | Parallel | Parallel | Parallel |
| $\gamma$ | 1,552 | 1,552 | 1,692 | 1,696 | 1,624 | 1,632 | 1,652 |
| $\alpha$ | 1,544 | 1,544 | 1,676 | 1,688 | 1,608 | 1,616 | 1,644 |

NOTE     The data for the HSE reference asbestos samples notes that, "as with all natural minerals, the reference samples may contain traces of other minerals. In particular, the anthophyllite asbestos sample contains a fibrous variety of talc which may be distinguished by its ribbon-like morphology and generally lower refractive indices".

For those laboratories that are unable to obtain either the NIST or the HSE reference asbestos samples, the Union Internationale Contre le Cancer (UICC) standard reference samples of asbestos (Reference [25]) may be used, see Table 5. These samples were widely distributed internationally, and can still be obtained.

---

1)       Example of a suitable product available commercially from the US National Institute of Standards and Technology (NIST). This information is given for the convenience of users of this document and does not constitute an endorsement by ISO of these products.

2)       Example of a suitable product available commercially from the from the UK Health and Safety Executive (HSE). See Reference [22]. This information is given for the convenience of users of this document and does not constitute an endorsement by ISO of these products.

**ISO 22262-1:2012(E)**

However, since the UICC samples were prepared for use in animal studies, they were milled to very small fibre sizes. Also, the UICC samples do not include either tremolite or actinolite.

Table 5 — Optical properties of UICC reference asbestos samples

| Property | Chrysotile (Canada) | Chrysotile (Zimbabwe) | Amosite | Crocidolite | Anthophyllite |
|---|---|---|---|---|---|
| Colour | White | White | Grey–brown | Blue | White |
| Pleochroism | None | None | Very weak | $\alpha$: Blue, $\gamma$: grey | None |
| Birefringence | Low | Low | Medium | Low | Medium |
| Sign of elongation | Positive | Positive | Positive | Negative | Positive |
| Extinction | Parallel | Parallel | Parallel | Parallel | Parallel |
| $\gamma$ | 1,545–1,560 | 1,553 | 1,701 | 1,702 | 1,620 |
| $\alpha$ | 1,545–1,557 | 1,546 | 1,679 | 1,694 | 1,605 |

NOTE 1    A range of refractive indices is quoted for the UICC Canadian chrysotile sample. This sample was prepared by blending chrysotile from a number of different mines. Fibres with refractive indices within the approximate ranges specified are present, with birefringence $(\gamma - \alpha)$ approximately 0,01.

NOTE 2    The anthophyllite sample also contains a fibrous variety of talc.

**7.1.4.3   Sample comminution equipment**. An agate mortar and pestle is required for grinding samples to suitable sizes for PLM examination.

**7.1.4.4   Microscope slides**, 75 mm × 25 mm.

**7.1.4.5   Microscope cover glasses**, 22 mm × 22 mm. Match the thickness of the cover glasses with that specified by the objective lenses. A thickness of 0,17 mm is required by many commercial objectives.

**7.1.4.6   Thermometer**, required to measure the temperature of the microscope slide preparation during observation if accurate refractive indices of asbestos fibres are to be recorded.

**7.1.4.7   Alcohol or gas burner**. A laboratory burner is sometimes useful for discriminating between organic fibres and asbestos fibres.

**7.1.4.8   General laboratory supplies**. The following supplies and equipment, or equivalent, are required:

a)   glassine paper sheets, approximately 15 cm × 15 cm, for examination of samples;

b)   scalpel holder and replacement disposable scalpel blades;

c)   sampling utensils, including tweezers, needles and spatulas;

d)   distilled water;

e)   concentrated hydrochloric acid, reagent grade;

f)   crucibles, silica or glazed porcelain, with lids;

g)   Petri dishes;

h)   disposable pipettes;

i)   glass filtration assembly, 25 mm or 47 mm diameter;

j)   polycarbonate filters, 0,4 µm pore size, 25 mm or 47 mm diameter.

© ISO 2012 – All rights reserved

**7.1.4.9   Muffle furnace** (optional). For ashing of samples to remove interfering organic constituents, a muffle furnace with a temperature range up to 500 °C and a temperature stability of ±10 °C is recommended.

**7.1.4.10  Magnetic stirrer** (optional). For removal of acid-soluble interfering constituents, a magnetic stirrer with a glass or plastic-coated magnetic stir bar.

## 7.2   Qualitative analysis by PLM

### 7.2.1   Calibration

It is essential that the optical components of the PLM be fully understood by the analyst and that the analyst be familiar with the alignment procedure. The alignment of the PLM shall be confirmed prior to conducting any analyses. The designs of microscopes vary and the alignment instructions provided by the manufacturer should be followed. The critical aspects of the alignment are listed in a) to e).

a)   The illumination source and sub-stage condenser shall be adjusted so that the field-limiting aperture is in focus (Köhler or Köhler-like illumination).

b)   The centre of rotation of the specimen stage shall be aligned with the optical axis of the PLM for each of the objective lenses. This is necessary so that a particle at the centre of the field of view remains at the centre of the field of view during rotation of the stage. This condition is often achieved by centring the rotation for one objective lens, and then laterally adjusting the position of each of the other objective lenses to align their axes with the centre of the stage rotation.

c)   The vibration directions of the polarizer and analyser shall be at 90° to each other.

d)   The vibration directions of the polarizer and analyser shall accurately coincide with the directions of the cross-hair in the ocular. This can be accomplished using a well-formed birefringent crystal with a known zero extinction angle. Alternatively, orientation plates consisting of an accurately mounted crystal with a fiducial line are commercially available. If the microscope has eyepieces that can be freely rotated, fix the position of the eyepiece containing the cross-hair using adhesive tape, for example.

e)   If a mechanical stage is installed on the rotating stage, the directions of the mechanical stage should be adjusted such that the zero angular position of the rotation stage corresponds to lateral motions of the mechanical stage parallel to the polarizer and analyser directions.

On the initial set-up of the PLM, the vibration direction of the polarizer and the orientation of the vibration directions of the 530 nm retardation plate shall be determined. The vibration direction of the polarizer can be determined by examination of a slide preparation of crocidolite with the polarizer in position and the analyser withdrawn. Under these conditions, the direction of the length of the crocidolite fibres when the dark blue pleochroism is displayed is the vibration direction of the polarizer. The orientation of the vibration directions of the 530 nm retardation plate can be determined by examination of a fibre of a known reference material such as amosite or chrysotile, and observing the change of interference colour when the retardation plate is inserted. The slow vibration direction of chrysotile or amosite is parallel to the length of the fibre. If the retardation plate adds to the retardation caused by the fibre, the slow vibration directions of the fibre and the retardation plate are parallel. An interference colour chart is provided in Annex B.

Before using RI liquids for the identification of asbestos, even if certified liquids are purchased, it is recommended that the refractive indices of liquids be confirmed using reference glass samples or a refractometer. If kept tightly capped, the refractive indices of these liquids remain stable for at least 2 years. Some RI liquids degrade when exposed to light, therefore they should be stored in dark bottles, preferably in a dark place.

### 7.2.2   Sample preparation

For many samples, including fireproofing, thermal insulation and asbestos cement products, fibres that can be removed with tweezers are visible during stereomicroscope examination. Mount typical suspected asbestos fibres on a microscope slide and add a drop of the RI liquid appropriate for the suspected asbestos variety. If the suspected asbestos variety cannot be confirmed using the appropriate RI liquid, mount additional fibres from the sample on slides using RI liquids appropriate for the other asbestos varieties.

ISO 22262-1:2012(E)

### 7.2.3  Sample analysis

#### 7.2.3.1  Analytical sequence

The analytical techniques described have been shown to give reliable and reproducible results. Alternative methods can be used if their equivalence in terms of detection and identification can be demonstrated. Identification of the asbestos fibres should be based on the following analytical sequence:

a)  make a preliminary visual examination of the whole of the laboratory sample to assess the sample type and the required sample treatment (if any) — where possible, take a representative test portion at this stage for direct examination by PLM;

b)  carry out any required sample treatment to release or isolate fibres;

c)  perform a detailed and thorough search under the stereomicroscope to classify the suspected fibre types present;

d)  mount representative fibres in appropriate RI liquids on microscope slides;

e)  identify the different fibrous components using PLM.

If no asbestos is detected by these procedures, prepare additional slides using random test portions of a few milligrams and search for thin asbestos fibres using PLM.

#### 7.2.3.2  Preliminary examination

Examine the entire sample visually to describe the type of material or product present, and to establish whether there are visible fibres. Note the nature of any matrix materials, as this may indicate the type of treatment required for the sample. Examine the sample using the stereomicroscope. So far as possible, make an initial determination of the number of fibre types present. Record the appearance, colour and texture of the sample and any fibre types observed. For inhomogeneous or layered samples, it may be necessary to describe each separate layer or part of the sample. Sample preparation and the analysis of the sample are dependent on the quality of the initial visual examination. Also, adequate description of the appearance of the sample is important in establishing whether asbestos is present, or in which part of the sample asbestos is present.

#### 7.2.3.3  Sample treatment

The purpose of any initial treatment of laboratory samples is to release fibres from any matrix and to remove fine particles adhering to the fibres (both of which obscure the optical effects and hinder the identification). It is necessary to break non-friable samples (with tools if necessary) and then to examine newly fractured edges using the stereomicroscope to observe any protruding fibres. If samples contain large pieces of hard materials, grinding the sample may be necessary. Surfaces and edges of hard materials may be abraded to release fibres for examination. Routine procedures used for sample treatment should be fully documented. Any deviations from these procedures for particular samples should be recorded.

Dilute acetic acid or cold dilute hydrochloric acid may be used to remove calcium carbonate (limestone), calcium sulfate (gypsum), and calcium silicate, which are commonly used as binders (e.g. for insulation and asbestos boards) and fillers (e.g. in floor tiles). The removal of calcium magnesium carbonate (dolomite) requires the use of cold concentrated hydrochloric acid. Sufficient acid should be added in small aliquots for several minutes or until effervescence stops. Fibre release may be aided by stirring or by ultrasonic treatment. The sample is then filtered and repeatedly washed with water. Residual acid may degrade the fibres and affect the optical properties, and small crystals of salts may form. The sample may be rinsed with ethanol or other volatile solvents to reduce the drying time.

Organic matrices such as plastics, asphalt, resins or rubber products may require prolonged treatment in solvents to remove the matrix. An effective solvent for any particular sample type can be established only by individual testing or by foreknowledge of the type of matrix. Organic matrices may be removed by treatment in a muffle furnace at 485 °C. However, heating may modify the optical properties of some of the asbestos fibres.

© ISO 2012 – All rights reserved

ISO 22262-1:2012(E)

#### 7.2.3.4   Stereomicroscope examination

The original samples or portions of sample that have undergone sample treatment should be examined using the stereomicroscope. For many asbestos-containing materials, asbestos fibres can be detected at magnifications within the range of the stereomicroscope. For other types of asbestos-containing material, it may not be possible to detect asbestos fibres using the stereomicroscope. The aim is to detect small fibre bundles, or individual fibres, and tentatively to assign fibre types based on their appearance. This is usually achieved by placing the sample on a piece of glassine paper or in a suitable container and carrying out a detailed search of the entire sample using needles or tweezers to separate the different fibrous components from the matrix. The appearance of these fibres is then noted. The care and vigilance with which the sample is examined at this stage are important in detecting trace quantities of asbestos. Representative fibres or fibre bundles are then selected and mounted for PLM examination.

Describe layered samples by their appearance, and note each distinct layer as a separate entity. Regulations in some jurisdictions require that distinct layers be analysed and reported separately. Other types of inhomogeneous sample will require detailed visual examination of all the different phases observed.

Asbestos is generally recognized by the fineness of its fibres, which are most often present as closely packed bundles of fibrils that will divide along their length when pressure is exerted on them with a probe or tweezers. An analyst will rapidly become familiar with characteristics such as distinctive surface lustre, flexibility, and tensile strength. Initial tentative identification of suspected asbestos fibres at this stage will be confirmed or refuted by subsequent examination using PLM, SEM or TEM.

#### 7.2.3.5   Preparation of samples for PLM examination

A tentative identification based on the stereomicroscope evaluation is used to select the most appropriate RI mounting liquid. Fibres selected shall be dry and relatively free from other particulate matter. Representative fibres or fibre bundles are chosen and are placed on a clean microscope slide into a drop of RI liquid, and a clean cover glass is lowered gently onto the slide, avoiding trapping of air bubbles. The RI of the liquid selected should be 1,550 for suspected chrysotile, 1,680 for suspected amosite, 1,700 for suspected crocidolite, 1,605 for suspected tremolite or anthophyllite, and 1,630 for suspected actinolite or richterite/winchite.

If no fibres have been seen in the bulk sample using the stereomicroscope, or no asbestos fibres have been identified by PLM, then tweezers or probes should be used to take random test portions, after the laboratory sample has undergone suitable treatment (if necessary). At least two microscope slide preparations should be made with appropriate RI liquids for examination by PLM. Any large agglomerates should be teased apart with tweezers or needles, or sheared gently between two microscope slides, to give an even distribution of particles. Selection of large particles or fibre bundles may cause tilting of the cover slip and should be avoided. The amount of sample distributed should be such that the appearance and properties of individual fibres are not obscured by other particles.

#### 7.2.3.6   Identification of asbestos by PLM and dispersion staining

Identification of a single asbestos fibre requires the observation of the following properties in the stated observation modes:

a)   morphology — observed in all illumination conditions;

b)   colour and pleochroism — observed in plane polarized light;

c)   birefringence — observed with crossed polars;

d)   extinction characteristics — observed with crossed polars;

NOTE    The extinction characteristics can also be observed with crossed polars and a 530 nm retardation plate inserted. Under these conditions, when the interference colour of the fibre matches the background colour, the fibre is at the extinction position.

e)   sign of elongation — observed with crossed polars and a 530 nm retardation plate inserted;

f)   refractive indices — assessed using a dispersion staining objective with polarizer only inserted.

© ISO 2012 – All rights reserved                                                                                 21

ISO 22262-1:2012(E)

The above order of observations facilitates the assessment of the morphological and optical properties in a logical sequence. Adjust the microscope to give Köhler illumination, centre the stage, and insert the polarizer (usually adjusted to the east–west orientation below the condenser. Under these conditions, observe the morphology and colour of the selected fibre. Rotate the stage and observe whether the fibres are pleochroic. Insert the analyser to give crossed polars, and rotate the stage to observe birefringence and whether the extinction angle is parallel to the length of the fibre or oblique. With the polars still crossed, insert the 530 nm retardation plate and rotate the stage to determine the sign of elongation. Finally, examine the fibre under dispersion staining conditions to assess the refractive indices for parallel and normal vibration directions. This may be achieved by observing the dispersion colours at the interface between the fibre and the RI liquid. Withdraw the analyser and the 530 nm retardation plate, increase the illumination, and insert a dispersion staining objective with a central stop in the back focal plane. Adjust the condenser aperture until the field of view becomes dark. View the back focal plane of the objective using either a Bertrand lens or a telescope ocular, and adjust the condenser alignment until the central beam is obscured by the central stop of the lens.

For fibres that exhibit parallel extinction, record the dispersion staining colours with the fibre parallel to the polarizer vibration direction and normal to the polarizer direction. If fibres exhibit oblique extinction, it is necessary to search for fibres that exhibit the maximum extinction angle. This can be achieved either by scanning the slide for such a fibre or by rotating fibres about their axes by touching the top of the cover slip with a needle. It is only in this orientation that a monoclinic fibre exhibits the $\gamma$ and the $\alpha$ refractive indices. When such a fibre has been located, record the dispersion staining colours with the fibre at both extinction positions.

In practice, any other sequence may be used provided that all of the required properties are observed. For example, if it is difficult to locate any suspected asbestos fibres on the prepared mount because the sample is dominated by non-asbestos fibres, or if a random sample is being searched, the sample should be scanned with the microscope in the crossed polars condition to detect the asbestos fibres. The sign of elongation may also be observed by interpretation of the observed dispersion staining colours.

The observations made of the morphology and the optical properties of the fibre are recorded. Identification is based on comparing the recorded observations on the fibres selected for analysis (and mounted in the appropriate RI liquid) against the properties of asbestos reference standards. The compositions and optical properties of commercial chrysotile, amosite and crocidolite do not vary significantly, and therefore a close match between the optical properties of the sample fibre and the asbestos standard is normally achieved. Further representative fibres will need to be examined if the observations are inconclusive, or if more than one type of fibre was found in the stereomicroscopic or PLM analysis. For tremolite, actinolite and anthophyllite, the iron mass fraction can vary significantly from one source to another; higher iron mass fractions result in higher refractive indices. Examples of this variability can be seen by comparing the tremolite, actinolite and anthophyllite samples from the SRM 1867 and HSE sets of reference standards, as illustrated in Annex D.

### 7.2.3.7   Identification of asbestos

#### 7.2.3.7.1   Morphology

A detailed description for the morphology that is characteristic of asbestos is as follows. This morphology is characteristic of the larger fibres seen in stereomicroscope examinations and of fibres selected from laboratory samples for PLM identification of fibre type.

In the light microscope, the asbestiform habit is generally recognized by the following characteristics:

a)   the presence of fibre aspect ratios in the range of 20:1 or higher for fibres longer than 5 µm;

b)   the capability of longitudinal splitting into very thin fibrils, generally less than 0,5 µm in width;

c)   in addition, observation of any of the following characteristics for the fibre type under consideration provides additional confirmation that the fibres are asbestiform:

1)   parallel fibres occurring in bundles,

2)   fibre bundles displaying splayed ends,

3)   fibres in the form of thin needles,

© ISO 2012 – All rights reserved

ISO 22262-1:2012(E)

4)   matted masses of individual fibres.

5)   fibres showing curvature.

In practice, if chrysotile, crocidolite or amosite is identified in a commercial product, the assumption can safely be made that the fibres are asbestiform and that these fibres conform to the description above. This assumption can be made because these three types of asbestos were mined and processed to yield fibres with specific properties for intentional incorporation into products. Some anthophyllite asbestos was used in a few commercial products, but very little was mined and used commercially. Tremolite asbestos has been found in some surfacing and fireproofing applications in Japan. However, other than these occurrences, the amphiboles tremolite, actinolite, and richterite/winchite were not generally used in commerce, and their presence in a product is more likely a consequence of naturally occurring contamination of one or more of the major constituents. Accordingly, no assumption can be made as to whether the amphibole is asbestiform or non-asbestiform. Anthophyllite can occur as contamination of other mineral products, and in such situations no assumption can be made as to whether it is asbestiform or non-asbestiform. In some samples, these amphiboles may exhibit a mixture of morphological types, and quantitative determination of the regulatory status of such samples may require a detailed study of the fibre size distribution that is beyond the scope of this part of ISO 22262.

In general, for this part of ISO 22262, the presence of either the asbestiform or the non-asbestiform analogues of tremolite, actinolite, anthophyllite or richterite/winchite can usually be specified. If the majority of the amphibole fibres longer than 5 µm have aspect ratios equal to or lower than 5:1, and if the fibres do not exhibit any of the characteristics in c), it can be concluded that the amphibole is probably non-asbestiform, with the degree of certainty increasing with decreasing maximum aspect ratio. If any amphibole fibres longer than 5 µm with aspect ratios in the range of 20:1 or higher are observed, then it can be concluded that amphibole asbestos is probably present, with the degree of certainty increasing with increasing aspect ratio.

NOTE      This is intended as guidance for analysts to discriminate between non-asbestiform and asbestiform amphibole populations. It is not intended to override the definition of asbestos as presented in 2.9 nor to override any national regulation.

It is necessary to appreciate that some samples may still present ambiguities with respect to discrimination between asbestiform and non-asbestiform analogues, and such ambiguities, when observed, shall be reported as part of the results.

### 7.2.3.7.2   Colour and pleochroism

Colour and pleochroism are observed using plane polarized light. Pleochroism is a diagnostic property in the identification of crocidolite. Crocidolite has a strong absorption, which gives a dark blue colour when the fibres are parallel to the polarizer vibration direction, changing to pale blue or grey when the fibres are perpendicular to the polarizer vibration direction. This is illustrated in Figures D.13 and D.14. Pleochroism in amosite may occur after heating, or occasionally in unheated fibres, depending on the Fe/Mg mass fraction ratio of the mineral. Chrysotile shows little colour contrast and no pleochroism in plane polarized light. Depending on the iron mass fraction, actinolite may exhibit a green colour when the fibres are parallel to the polarizer vibration direction, changing to a grey or yellowish colour when the fibres are perpendicular to the polarizer vibration direction. Pleochroism in the HSE actinolite reference sample is illustrated in Figures D.43 and D.44.

### 7.2.3.7.3   Birefringence

When a particle with more than one RI is observed between crossed polars with its planes of vibration at 45° to those of the polarizer, interference colours are observed against the dark background. For asbestos, these interference colours depend on the fibre thickness, the birefringence and on the degree of randomness of the fibril orientation about the fibre axis.

Between crossed polars, an asbestos fibre aligned at 45° to the polarizer vibration direction should be clearly visible. Chrysotile has a low birefringence and gives a grey colour for thin fibres, and a white colour or higher first (or even second) order colours for thick fibres. Crocidolite has a low birefringence and anomalous interference colours caused by strong absorption in the visible light range. Amosite has moderate birefringence, giving white interference colours for thin fibres and higher first or second order colours for thick fibres. Tremolite, actinolite and anthophyllite, and richterite/winchite similarly exhibit moderate birefringence. Fibres with a variable thickness, e.g. with wedge-shaped cross-sections, show parallel bands of colour along their lengths, representing lower interference colours for progressively thinner sections. Examples are shown in Annex D.

ISO 22262-1:2012(E)

Isotropic materials have zero birefringence, and therefore do not exhibit interference colours. Between crossed polars, isotropic materials such as man-made vitreous fibres are almost invisible, but, depending on the difference between their RI and that of the immersion liquid, are often seen easily with the 530 nm retardation plate in position or with slightly uncrossed polars. Interference colours can be used to distinguish asbestos from some natural organic fibres, which may show non-uniform interference along the fibre length and also incomplete extinction.

#### 7.2.3.7.4   Extinction angle

As the microscope stage is rotated through 360°, an asbestos fibre viewed between crossed polars disappears from view or "extinguishes" at four positions, each 90° apart, while at an angle of 45° to an extinction position, interference colours should be visible. Many fibres, including asbestos, generally show complete extinction when parallel to the vibration directions of the polarizer or the analyser. Chrysotile, amosite, crocidolite and anthophyllite each show parallel extinction when the fibre is parallel to the vibration direction of the polarizer or analyser. Tremolite, actinolite, and *richterite/winchite* may exhibit *parallel extinction or oblique extinction*, depending on the orientation of the fibre and the crystalline nature of the fibre. Highly asbestiform fibres of these amphiboles may show parallel extinction at all axial orientations. Other fibres of high aspect ratio may show oblique extinction, and axial rotation of the fibre by touching the cover glass of the slide with a needle allows the maximum extinction angle to be determined. Tremolite and some low-iron actinolite fibres that exhibit only parallel extinction cannot easily be discriminated from anthophyllite. However, it is unlikely that *all* of the tremolite or actinolite fibres in a sample would exhibit parallel extinction, and observation of some with oblique extinction angles would confirm the identity of the mineral, with the presumption that parallel extinction fibres with otherwise similar properties are the same mineral species. In these cases, reliable discrimination between anthophyllite and either tremolite or actinolite may only be possible by examination of the compositions of the fibres by SEM or TEM.

#### 7.2.3.7.5   Sign of elongation

The sign of elongation describes the relationship between the length of the fibre and the optical properties. For asbestos fibres the two available vibration directions are parallel to the long axis and perpendicular to it. If the high RI vibration direction is parallel to the long axis, then the fibre is described as positive; if the low RI vibration direction is parallel to the long axis, the fibre is described as negative. Between crossed polars, with the 530 nm retardation plate inserted at 45° to the polarizer and analyser vibration directions, the sign of elongation can be determined by observing the colours of fibres that previously had given grey or white first order interference colours between crossed polars. For a retardation plate with the slow direction (usually marked) in the northeast–southwest direction, the *first order colours observed are as follows*:

| | |
|---|---|
| Positive fibre | blue–green with fibre northeast–southwest |
| | orange–yellow with fibre northwest–southeast |
| Negative fibre | orange–yellow with fibre northeast–southwest |
| | blue–green with fibre northwest–southeast |

Crocidolite is the *only* asbestos type that has a negative sign of elongation. However, exposure to temperatures of about 300 °C or higher may result in a reversal of the sign of elongation of crocidolite to positive. In such cases, however, the thermal history of the fibre is usually indicated by a change of colour.

#### 7.2.3.7.6   Refractive indices

The refractive indices of an asbestos fibre are assessed by mounting a clean separated fibre in a liquid of known RI and orienting it either parallel or perpendicular to the polarizer vibration direction. One or more observations are conducted to determine whether the RI of the fibre is higher than, lower than or equal to that of the immersion liquid.

NOTE     Classical mineralogical methods (References [16]–[18]) can be used for determination of refractive indices, but use of these methods requires access to a more extensive range of RI liquids than is specified in this part of ISO 22262, and it is also necessary to prepare multiple slide mounts in order to measure the $\gamma$ and $\alpha$ indices for asbestos fibres.

24

© ISO 2012 – All rights reserved

Remove all filters from the light path except the daylight colour correction filter and the polarizer. Use the central stop dispersion staining objective to view fibres mounted in a liquid with an RI close to that of the fibre, so that dispersion staining colours can be observed. When dealing with an unknown sample, the observations a) to e) listed in the following can be used to help choose a suitable RI liquid such that the RI of the fibre and the liquid are sufficiently close that dispersion staining colours are produced.

Differences in dispersion between particles and liquids mean that, even though the refractive indices match at one wavelength, they may be quite different at others. This leads to colour effects at the particle/liquid interface when fibres are observed in matching RI liquids using white light. In practice, it is easiest to observe small bright particles and colours against a black background; these conditions are achieved with a central stop in the back focal plane of the objective when used with an axial beam of light produced by the condenser iris. The colours observed at the particle/liquid interface depend on the precise wavelength at which the RI of the liquid and that of the fibres match. When the match of RI is at a wavelength of 589,3 nm (the D line of sodium), the colour at the particle/liquid interface is a deep blue−magenta. For central stop dispersion staining, the colour observed indicates how close, and in which direction, the RI of the particle differs from that of the immersion medium:

a)   Fibre refractive index       $\gg$   Liquid refractive index:   White

b)   Fibre refractive index       $>$   Liquid refractive index:   Purple−red/orange/yellow

c)   Fibre refractive index       $=$   Liquid refractive index:   Deep blue−magenta

d)   Fibre refractive index       $<$   Liquid refractive index:   Blue/blue−green

e)   Fibre refractive index       $\ll$   Liquid refractive index:   White

Different colours are observed when the fibre is oriented parallel or perpendicular to the polarizer vibration direction, arising from the different refractive indices of asbestos fibres in the two perpendicular directions relative to the polarizer vibration direction. A recording of the predominant colours is used to characterize the refractive indices of the fibres. Identification of chrysotile, amosite and crocidolite can be performed with a dispersion staining objective using three high dispersion liquids having the RI values 1,550 for chrysotile, 1,680 for amosite, and 1,700 for crocidolite. In practice, for commercial chrysotile, because of variations in the fibre composition according to the source, a small range of fibre refractive indices and dispersion staining colours may be encountered. The refractive indices of commercial amosite and crocidolite do not vary significantly. For the purpose of this part of ISO 22262, the three RI liquids adequately cover the observed range of refractive indices for chrysotile, amosite, and crocidolite from all known major commercial sources. Crocidolite from Bolivia is an exception in that the refractive indices are lower than those from other sources of crocidolite. However, Bolivian crocidolite is very rare in commerce. Should Bolivian crocidolite be encountered, it can be readily recognized on the basis of its fibrous morphology, negative sign of elongation, and blue−grey pleochroism.

Identification of tremolite, actinolite and anthophyllite can often be performed using a dispersion staining objective using liquids of RI values 1,605 and 1,630. Tremolite or actinolite should be suspected if some of the fibres exhibit oblique extinction, and the $\gamma$ index observed parallel to the extinction position can be used to define whether the fibre is tremolite or actinolite. If it is important to discriminate between tremolite and actinolite, classify fibres as tremolite if the $\gamma$ index is estimated to be equal to or lower than 1,637 and as actinolite if the $\gamma$ index is estimated to be higher than 1,637.

Some sources of talc contain fibres that can be mistaken for anthophyllite. These fibres have intergrowths of both the anthophyllite and talc crystal structures. The fibres exhibit refractive indices that are lower than those of anthophyllite and intermediate between those of talc and anthophyllite. If this type of fibre is present, examine the sample in a liquid of RI 1,615. If no $\gamma$ indices are observed that are higher than 1,615, classify the fibres as talc. Classify any fibres with $\gamma$ indices equal to or exceeding 1,615 as anthophyllite.

Identification of richterite/winchite asbestos is difficult by PLM alone. Richterite/winchite should be suspected if the sample also contains vermiculite or talc. Attempts to identify richterite/winchite by PLM alone usually result in classification of the fibres as actinolite, and such an error may be important for regulatory interpretation. Where richterite/winchite is suspected, and the fibres exhibit properties similar to those of actinolite, it is recommended that the fibres be identified by either SEM or TEM.

Annex C shows dispersion staining charts for the $\alpha$ and $\gamma$ refractive indices of chrysotile, amosite, crocidolite, tremolite, actinolite, anthophyllite, and richterite/winchite in the appropriate RI liquids. Chrysotile exhibits a

ISO 22262-1:2012(E)

small range of refractive indices, depending on the source. For each of the types of asbestos, an acceptable range of colour for the $\alpha$ and $\gamma$ dispersion staining colours is indicated, representing the observed range in minerals from commercial sources. For chrysotile, it is also important to establish that the $\lambda_0$ values for the parallel and normal orientations with respect to the polarizer vibration direction do not differ by more than 100 nm in recognition of its low birefringence. For chrysotile, although there is a range of refractive indices depending on the source, studies have shown that the two indices vary in an approximately parallel manner.

Figures D.1 and D.2 show an example of chrysotile, mounted in 1,550 RI liquid, viewed between crossed polars with the 530 nm retardation plate inserted. Note the fibrillar, wavy appearance, and the blue–green colour in the northeast direction, changing to an orange colour when the fibres are rotated into the northwest direction, showing that the fibres have a positive sign of elongation. Figures D.3 and D.4 show an example of chrysotile viewed under dispersion staining conditions, showing magenta for fibres parallel to the vibration direction of the polarizer and blue for fibres normal to the vibration direction of the polarizer. However, it is necessary to consider that the colours exhibited in the two directions vary depending on the source of the chrysotile and any prior heating or acid treatment. Nevertheless, any variation applies to both the $\alpha$ and $\gamma$ refractive indices, and the difference between the two (birefringence) remains nearly constant regardless of the source of the chrysotile.

Figures D.5 and D.6 show an example of amosite, mounted in 1,680 RI liquid, viewed between crossed polars with the 530 nm retardation plate inserted. The thin fibres exhibit a blue–green colour in the northeast direction, changing to an orange colour when the fibres are rotated into the northwest direction, showing that the fibres have a positive sign of elongation. Because of the higher birefringence of amosite, some of the thicker fibres exhibit first and second order interference colours that can be compared with the interference colour chart in Annex B. Figures D.7 and D.8 show amosite viewed under dispersion staining conditions, with a gold colour for fibres parallel to the vibration direction of the polarizer and blue for fibres normal to the vibration direction of the polarizer. Except for heated amosite, these colours vary only slightly for amosite from different sources. The behaviour of heated amosite for the two fibre orientations is illustrated in Figures D.9 and D.10. Heated amosite exhibits significantly higher refractive indices, and dark brown–light brown pleochroism for fibres parallel and normal to the polarizer vibration directions, respectively.

Figures D.11 and D.12 show an example of crocidolite, mounted in 1,700 RI liquid, viewed between crossed polars with the 530 nm retardation plate inserted. The fibres exhibit a yellow–orange colour in the northeast direction, changing to a blue colour when the fibres are rotated into the northwest direction, showing that the fibres have a negative sign of elongation. The birefringence of crocidolite is very low, so the dispersion staining colours for fibres parallel and normal to the polarizer vibration direction are not very different. However, a lighter blue is discernable for the parallel direction, indicating that the lower RI is parallel to the length of the fibre (Figures D.13 and D.14). The blue–grey pleochroism of crocidolite is shown in Figures D.15 and D.16. The behaviour of heated crocidolite for the two fibre orientations is illustrated in Figures D.17 and D.18. Heated crocidolite exhibits dark brown–light brown pleochroism for fibres parallel and normal to the polarizer vibration directions, respectively. For heated crocidolite such as that illustrated, the sign of elongation is positive, and in this condition electron microscopy with energy dispersive X-ray analysis is necessary to discriminate between crocidolite and amosite.

Figures D.19 and D.20 show an example of SRM 1867 tremolite, mounted in 1,605 RI liquid, viewed between crossed polars with the 530 nm retardation plate inserted. The thin fibres exhibit a blue–green colour in the northeast direction, changing to an orange colour when the fibres are rotated into the northwest direction, showing that the fibres have a positive sign of elongation. Because of the moderate birefringence of tremolite, some of the thicker fibres can exhibit first and second order interference colours that can be compared with the interference colour chart in Annex B. Figures D.21 and D.22 show SRM 1867 tremolite viewed under dispersion staining conditions, with a yellow colour for fibres parallel to the extinction position closest to the vibration direction of the polarizer and dark blue for fibres at the other extinction position. The dark blue colour of the fibre in Figure D.22 and the magnitude of the extinction angle indicate that this fibre presents the $\alpha$ RI at this orientation. Figures D.23 to D.26 show SRM 1867 tremolite mounted in 1,625 RI liquid, which is intermediate between the $\gamma$ and $\alpha$ indices of the fibres. Figures D.35 to D.38 show an example of HSE reference tremolite, mounted in 1,605 RI liquid. This variety of tremolite exhibits parallel extinction.

Figures D.27 and D.28 show an example of SRM 1867 actinolite, mounted in 1,630 RI index liquid, viewed between crossed polars with the 530 nm retardation plate inserted. The thin fibres exhibit a blue–green colour in the northeast direction, changing to an orange colour when the fibres are rotated into the northwest direction, showing that the fibres have a positive sign of elongation. Because of the moderate birefringence of tremolite, some of the thicker fibres can exhibit first and second order interference colours that can be compared with the

© ISO 2012 – All rights reserved

ISO 22262-1:2012(E)

interference colour chart in Annex B. Figures D.29 and D.30 show SRM 1867 tremolite viewed under dispersion staining conditions, with a purple–red colour for fibres parallel to the extinction position closest to the vibration direction of the polarizer and light blue for fibres at the other extinction position. Figures D.39 to D.44 show an example of HSE reference actinolite mounted in 1,640 RI liquid. The HSE actinolite is considerably more asbestiform than the SRM 1867 actinolite, and exhibits parallel extinction as well as pleochroism as illustrated in Figures D.43 and D.44.

Figures D.31 and D.32 show an example of SRM 1867 anthophyllite, mounted in 1,605 RI liquid, viewed between crossed polars with the 530 nm retardation plate inserted. The thin fibres exhibit a blue–green colour in the northeast direction, changing to an orange colour when the fibres are rotated into the northwest direction, showing that the fibres have a positive sign of elongation. Because of the moderate birefringence of anthophyllite, some of the thicker fibres can exhibit first and second order interference colours that can be compared with the interference colour chart in Annex B. Figures D.33 and D.34 show anthophyllite viewed under dispersion staining conditions, with blue–purple colours for fibres parallel to the vibration direction of the polarizer and light blue for fibres normal to the vibration direction of the polarizer. Figure D.33 shows some fibres that exhibit purple dispersion staining colours. This indicates that the RI in that orientation is higher than 1,630, representing the $\gamma$ index. Other fibres exhibit a blue colour, which indicates that the RI in the particular axial orientation is lower than 1,630. This is probably a result of intergrowths of talc in the fibre bundle, since all fibres in this orientation relative to the polarizer direction should exhibit only the $\gamma$ index. Figures D.45 to D.48 show an example of HSE reference anthophyllite in 1,605 RI liquid.

Figures D.49 and D.50 show an example of richterite/winchite, mounted in 1,630 RI liquid, viewed between crossed polars with the 530 nm retardation plate inserted. The thin fibres exhibit a blue–green colour in the northeast direction, changing to an orange colour when the fibres are rotated into the northwest direction, showing that the fibres have a positive sign of elongation. Because of the moderate birefringence, some of the thicker fibres exhibit first and second order interference colours that can be compared with the interference colour chart in Annex B. Figures D.51 and D.52 show richterite/winchite viewed under dispersion staining conditions, with a purple colour for fibres parallel to the extinction position closest to the vibration direction of the polarizer and blue for fibres at the other extinction position. Regardless of the highly asbestiform appearance of this sample, the fibres exhibit oblique extinction.

### 7.2.4   Interferences

#### 7.2.4.1   Heated asbestos

Changes occur to asbestos when it is heated. Therefore, care should be taken if sample preparation involves heating the asbestos-containing material. Even short exposure of crocidolite to temperatures of 300 °C to 500 °C may cause colour changes, and increases in both RI and the birefringence. For crocidolite, the changes with heating are: the sign of elongation reverses and the colour changes from grey to yellow then orange–brown; pleochroism is suppressed at the grey coloration stage, but reappears on further heating. For amosite, the sign of elongation remains positive, but the colour changes from yellow to a dark brown, and pleochroism is observed. Thus, heat-degraded crocidolite and amosite cannot be distinguished from each other by light microscopy after exposure to temperatures above about 500 °C. The refractive indices of chrysotile increase after significant exposure to temperatures of about 600 °C or greater; the birefringence decreases and, in a few cases, the sign of elongation changes to negative and the fibres become pale brown. The alteration of asbestos by heat is dependent on both the duration and the temperature of exposure. Prolonged exposure to high temperatures can result in complete degradation, but, with judicious sampling, unaffected fibres can often be detected in peripheral locations or in debris that became detached during installation. However, in extreme situations, analytical electron microscopy may be required to aid identification. Examples of heated amosite and crocidolite in plane polarized light are shown in Annex D.

#### 7.2.4.2   Leached chrysotile

Exposure of chrysotile to acidic aqueous media may result in reduction of the refractive indices as a consequence of leaching of magnesium from the crystal structure. Progressive leaching also results in reduction of the birefringence, and ultimately the fibre becomes isotropic. In addition to the action of mineral acids used in some of the procedures in this part of ISO 22262, leaching may also occur in chrysotile exposed to aggressive water (water with only low mass fractions of dissolved calcium and magnesium, and with low pH values). Leached

ISO 22262-1:2012(E)

chrysotile may be encountered on the surfaces of chrysotile cement products such as roofing materials after long periods of exposure to rain.

### 7.2.4.3   Fibres with morphological and/or optical properties similar to those of asbestos

Most of the fibres discussed in the following paragraphs occur infrequently in samples presented for analysis. However, analysts need to be aware of their existence and distinguishing characteristics in PLM. There are five types of fibre that can resemble chrysotile. Some mineral fibres can also superficially resemble amphiboles.

Polyethylene is the most important of the interfering fibres because it is used as an asbestos substitute. Shredded polyethylene resembles chrysotile. In 1,550 RI liquid, the dispersion staining colours are within the range for those of chrysotile, although experienced analysts will observe morphological differences and desaturation of the blue colour perpendicular to the fibres because of the low RI in this direction. The birefringence is also higher than that of chrysotile. If polyethylene is suspected, the melting of fibres on a hot plate or in a flame will readily distinguish them from chrysotile.

Fibres from leather have low birefringence and similar dispersion staining colours to chrysotile. At magnifications below 100 times, they appear to have similar morphology to that of chrysotile, but they usually exhibit clearly visible uniform fibrils. Individual chrysotile fibrils are too small to be seen by PLM, although uniform bundles of fibrils are visible. In most instances, the differences between chrysotile and leather can be detected during stereomicroscope examination. If leather is suspected to be present, the sample may be ashed at 400 °C to remove it, and then the residual ash can be reexamined for identification of asbestos. Care should be taken not to allow the sample temperature to rise above 500 °C.

Macerated aramid fibres may appear to have a morphology similar to that of chrysotile, but these fibres can be recognized by their extremely high birefringence showing high-order white interference colours. When mounted in 1,550 RI liquid, the refractive indices are clearly inconsistent with those of chrysotile.

Spider web and natural organic fibres such as cellulose and feathers have refractive indices close to those of chrysotile and show similar interference colours between crossed polars. In a sample with little non-fibrous material, the morphology of these fibres can be readily distinguished from that of chrysotile. However, in samples containing significant particulate material, sometimes only a small portion of the fibre can be observed due to obscuration by the particles and this can lead to misidentification. These fibres can be removed by ashing the sample or exposing individual fibres to a flame.

Talc fibres are thin ribbons that may sometimes be recognized by characteristic morphological twists. For the RI parallel to the fibre length, they have a value in the range 1,589 to 1,600, resulting in a pale yellow dispersion staining colour when immersed in 1,550 RI liquid. The other two refractive indices of talc are in the ranges 1,539 to 1,550 and 1,589 to 1,600, and with a dispersion staining objective, blue and pale yellow colours perpendicular to the fibre are observed in 1,550 RI liquid at different orientations as the fibre is "rolled". It is important to demonstrate that the $\gamma$ index of any straight fibres that do not exhibit ribbon-like morphology is lower than 1,615, in order to exclude the possibility that the fibres are anthophyllite.

Fibrous brucite normally consists of straight white to pale brown fibres, but brucite lacks the tensile strength of asbestos. It is brittle and is soluble in acid. Brucite has a negative sign of elongation, which reverses to positive when heated. Sometimes brucite fibres may appear to be isotropic. It is distinguished from chrysotile by its refractive indices. In central stop dispersion staining, brucite yields colours of yellow to pale yellow in 1,550 RI liquid.

Superficially, fibrous wollastonite can be mistaken for tremolite. Fibrous wollastonite has an acicular morphology, is very brittle, white in appearance, and is slowly soluble in acid. After treatment for a short time (e.g. 15 min) in 100 g/l hydrochloric acid, the fibres exhibit etched areas. Wollastonite always displays a non-zero extinction angle. The RI almost parallel to the fibre is in the range 1,628 to 1,650. The other two refractive indices are in the ranges 1,626 to 1,640, and 1,631 to 1,653, and are observed across the fibre, at different orientations as the fibre is rolled. A distinctive feature is that the RI with the length of the fibre almost parallel to the polarizer vibration direction is intermediate between the two refractive indices observed at the different orientations across the fibre as the fibre is rolled. Examination of many fibres with crossed polars and with the 530 nm retardation plate inserted shows most as having a positive sign of elongation, and fibres in other orientations appear to have a negative sign of elongation. Gentle pressure on the cover slip with a needle can be used to rotate a fibre and show it to change from a positive to a negative sign of elongation as it is rolled into a different axial orientation.

   © ISO 2012 – All rights reserved

Case 3:16-md-02738-MAS-RLS Document 10067-11 Filed 06/21/19 Page 313 of 395 PageID: 91120

Diatomaceous earth may exhibit acicular fragments with the appearance of fibres. However, these fibres have a low RI of approximately 1,42 and are readily distinguished from asbestos fibres using dispersion staining. Also, there is usually characteristic morphology that can be recognized when the material is examined at magnifications around 500 times.

#### 7.2.4.4 Identification of other sample components

A laboratory conducting routine analysis selectively removes fibres for examination and ignores the majority of the non-asbestos materials. The composition of many asbestos products is relatively uniform during the manufacture and a wider knowledge of these non-asbestos materials can be helpful in recognizing many common products or formulations. Because of this, the analyst should become familiar with the information in Annex A.

## 8 Analysis by SEM

### 8.1 General

Complete details relating to identification of mineral fibres, including asbestos fibres, using SEM are given in ISO 14966.[7]

### 8.2 Requirements

**8.2.1 Scanning electron microscope**, with an accelerating voltage of at least 20 kV.

**8.2.2 Energy dispersive X-ray system**. The SEM shall be equipped with an energy dispersive X-ray analyser capable of achieving a resolution better than 170 eV (FWHM) on the Mn $K_\alpha$ peak. The performance of an individual combination of SEM and solid-state X-ray detector is dependent on a number of geometrical factors. The X-ray detector shall be capable of detecting sodium in crocidolite, in order to permit discrimination between crocidolite and amosite.

**8.2.3 Vacuum coating unit**, capable of producing a vacuum better than 0,013 Pa. It shall be used for vacuum deposition of carbon on the SEM specimens. A sample holder is required which allows the SEM specimens to be continuously rotated and tilted during the coating procedure.

### 8.3 Calibration

For the purposes of this method, calibration consists of obtaining EDXA spectra from reference samples of chrysotile, amosite, crocidolite, tremolite, actinolite, anthophyllite, and richterite/winchite. The chemical compositions of commercial chrysotile, amosite, crocidolite and anthophyllite do not vary substantially, and comparison of unknown EDXA spectra with those from the three reference asbestos samples constitutes sufficient identification for this part of ISO 22262. For most purposes, it is not necessary to discriminate between tremolite and actinolite, since the compositional boundary between them is a matter of convention. When it is necessary to discriminate between tremolite and actinolite, the SRM 1867 tremolite and actinolite samples are particularly useful, since these samples have compositions just below and just above the boundary defined by the International Mineralogical Association. In some applications, the magnesium may be partially leached from chrysotile, leading to a chemical composition that approaches that of talc. In order to facilitate the discrimination between chrysotile and talc or anthophyllite, it is recommended that an EDXA spectrum also be obtained from a known sample of talc. Use this spectrum to define the upper limit of the magnesium mass fraction in talc. Examples of EDXA spectra obtained on the SRM 1866 and SRM 1867 samples, the HSE reference asbestos samples, Bolivian crocidolite and richterite/winchite are illustrated in Annex E. For positive identification, reference EDXA spectra from asbestos standards similar to those shown in Annex E should be recorded using the specific combination of SEM and EDXA detector, since the geometries and detector efficiencies vary between different instruments.

ISO 22262-1:2012(E)

## 8.4   Sample preparation

Select representative fibres, either from the original laboratory sample or from the residue remaining after treatment according to the procedures specified in 7.2.2 and 7.2.3. Mount these fibres either directly on a graphite SEM stub or on double-sided adhesive tape on an SEM stub. Place the SEM stub in the vacuum coating unit and evaporate a thin film of carbon on to the surface of the fibres.

## 8.5   Qualitative analysis by SEM

### 8.5.1   Acquisition of EDXA spectra

It is important to obtain the EDXA spectrum from clean areas of the fibre, since distortion of peak heights by contributions from attached particles may compromise the identification. Particles adjacent to the fibre under analysis may also contribute to the EDXA spectrum, and this effect should be minimized to the extent possible.

### 8.5.2   Sample analysis

The SEM stub with the unknown fibres is examined at a low magnification in the SEM, and EDXA spectra are acquired from regions of the fibres that are clear of other attached particles. The EDXA spectra are compared with the reference spectra.

#### 8.5.2.1   Chrysotile

Classify a fibre as chrysotile if:

a)   the Mg and Si peaks are clear, and comparable in Mg/Si peak height ratio with that of the reference;

b)   any Fe, Mn and Al peaks are small.

NOTE      Depending on the composition of any adjacent or attached particles, other peaks can also be visible.

**IMPORTANT —   Anthophyllite and talc both yield EDXA spectra that conform to these specifications, but the Mg/Si peak height ratio for these minerals is lower than that for chrysotile. In order to avoid erroneous classification of talc or anthophyllite as chrysotile, take account of the Mg/Si peak height ratio and calibrate the EDXA detector using known samples of chrysotile and talc.**

#### 8.5.2.2   Amosite

Classify a fibre as amosite if:

a)   the Mg, Si and Fe peaks are comparable in ratio to those of the reference amosite;

b)   no statistically significant peaks from Na or Al are present;

c)   the Mn peak, if present, is small.

NOTE      Depending on the composition of any adjacent or attached particles, other peaks can also be visible.

#### 8.5.2.3   Crocidolite

Classify a fibre as crocidolite if:

a)   the Na, Si and Fe peaks are comparable in ratio with those of the reference crocidolite;

b)   any peak from Mg is small, and no peaks from Al or Mn are visible.

NOTE 1      Depending on the composition of any adjacent or attached particles, other peaks can also be visible.

NOTE 2      If a large peak from Mg is present, it is possible that the fibre is magnesio-riebeckite. Bolivian crocidolite is the only known commercial source, although this variety of crocidolite can occur as contamination of other minerals.

                                                                              © ISO 2012 – All rights reserved

ISO 22262-1:2012(E)

#### 8.5.2.4   Tremolite

Classify a fibre as tremolite if:

a)   the Mg, Si, Ca and Fe peaks are comparable in ratio to those of reference tremolite;

b)   no statistically significant peaks from Na or Al are present;

c)   the Mn peak, if present, is small.

NOTE       Depending on the composition of any adjacent or attached particles, other peaks can also be visible.

#### 8.5.2.5   Actinolite

Classify a fibre as actinolite if:

a)   the Mg, Si and Fe peaks are comparable in ratio to those of the reference actinolite;

b)   no statistically significant peaks from Na or Al are present;

c)   the Mn peak, if present, is small.

NOTE       Depending on the composition of any adjacent or attached particles, other peaks can also be visible.

#### 8.5.2.6   Anthophyllite

Classify a fibre as anthophyllite if:

a)   the fibre is straight and exhibits no evidence of a ribbon-like structure;

b)   the Mg and Si peaks are comparable in ratio to those of the reference anthophyllite — anthophyllite from some sources may not exhibit a peak from Fe, although in commercial anthophyllite a peak from Fe will probably be observed;

c)   no statistically significant peaks from Na or Al are present;

d)   the Mn peak, if present, is small.

NOTE       Depending on the composition of any adjacent or attached particles, other peaks can also be visible.

#### 8.5.2.7   Sodic–calcic amphibole asbestos (richterite/winchite)

Classify a fibre as sodic–calcic amphibole if:

a)   the spectrum is similar to that of actinolite or tremolite, but the Ca peak is substantially smaller and an Na peak is present — a K peak may also be evident;

b)   no statistically significant peak from Al is present;

c)   the Mn peak, if present, is small.

NOTE       Depending on the composition of any adjacent or attached particles, other peaks can also be visible.

## 9   Analysis by transmission electron microscope

### 9.1   General

Full details relating to identification of asbestos fibres using TEM are given in ISO 10312[2] and ISO 13794[4]. Additional information on the investigation of minerals using TEM is given in References [26]–[29]. A simple technique for quantitative measurement of electron diffraction patterns is available (Reference [30]). Detailed interpretation of single-crystal electron diffraction patterns, sometimes required for definitive identification of amphibole fibres, can be accomplished using a computer program, e.g. XIDENT (Reference [31]).

ISO 22262-1:2012(E)

## 9.2   Requirements

**9.2.1   Transmission electron microscope**, operating at an accelerating potential of 80 kV to 120 kV. The TEM shall have an illumination and condenser lens system capable of forming an electron probe smaller than 250 nm in diameter.

**9.2.2   Energy dispersive X-ray analyser**. The TEM shall be equipped with an energy dispersive X-ray analyser capable of achieving a resolution better than 170 eV (FWHM) on the Mn $K_\alpha$ peak. Since the performance of individual combinations of TEM and EDXA equipment is dependent on a number of geometrical factors, the required performance of the combination of the TEM and X-ray analyser is specified in terms of the measured X-ray intensity obtained from a fibre of small diameter, using a known electron beam diameter. Solid-state X-ray detectors are least sensitive in the low-energy region, and so measurement of sodium in crocidolite is the primary performance criterion. The combination of electron microscope and X-ray analyser shall yield, under routine analytical conditions, a peak from sodium that allows discrimination between the spectra from crocidolite and amosite.

**9.2.3   Vacuum coating unit**. If carbon-coated specimen grids are not available, a vacuum coating unit capable of producing a vacuum better than 0,013 Pa shall be used for vacuum deposition of carbon for preparation of carbon-coated grids.

**9.2.4   Calibration grids**. TEM specimen grids prepared from dispersions of chrysotile, amosite, crocidolite, tremolite, actinolite, anthophyllite, richterite/winchite, and talc are required for calibration of the EDXA system. It is recommended that gold or nickel grids be used to facilitate detection of sodium. For calibration of the camera constant for interpretation of ED patterns, TEM specimen grids with vacuum-evaporated thin films of gold, aluminium or thallous [Tl(l)] chloride deposited on to carbon films are required.

**9.2.5   Disposable tip micropipettes**, suitable for transferring a volume of approximately 3 μl to a carbon-coated TEM specimen grid.

## 9.3   Calibration

### 9.3.1   EDXA system

For the purposes of this method, calibration consists of obtaining EDXA spectra from reference samples of chrysotile, amosite, crocidolite, tremolite, actinolite, anthophyllite, and richterite/winchite. The chemical compositions of commercial chrysotile, amosite, crocidolite, and anthophyllite do not vary substantially, and comparison of unknown EDXA spectra with those from the three reference asbestos samples constitutes sufficient identification for this part 1 of ISO 22262. For most purposes, it is not necessary to discriminate between tremolite and actinolite, since the compositional boundary between them is a matter of convention. When it is necessary to discriminate between tremolite and actinolite, the SRM 1867 tremolite and actinolite samples are particularly useful since they have compositions just below and just above the boundary defined by the International Mineralogical Association (Reference [24]). In some applications, the magnesium may be partially leached from chrysotile, leading to a chemical composition that approaches that of talc. In order to facilitate the discrimination between chrysotile and talc or anthophyllite, it is recommended that an EDXA spectrum also be obtained from a known sample of talc. Use this spectrum to define the upper limit of the magnesium mass fraction in talc. Examples of EDXA spectra obtained on the SRM 1866 and SRM 1867 samples, the HSE reference asbestos samples, Bolivian crocidolite, and richterite/winchite appear in Annex F. For positive identification, reference EDXA spectra from asbestos standards similar to those shown in Annex F should be recorded using the specific combination of TEM and EDXA detector, since the geometries and detector efficiencies vary between different instruments.

### 9.3.2   Camera constant for interpretation of ED patterns

Use gold, aluminium or thallous [Tl(l)] chloride to calibrate the radius-based camera constant, $\lambda L$, the product of the wavelength and camera length, for electron diffraction patterns. Specimen grids with a vacuum deposited, thin, polycrystalline film of one of these materials on a thin carbon film are used for the calibration. The calibration data for the first two diffraction rings, where $D$ is the ring diameter, are shown in Table 6.

32

© ISO 2012 – All rights reserved

ISO 22262-1:2012(E)

Table 6 — Radius-based camera constants

| Calibration material | Radius-based camera constant $\lambda L$ | |
|---|---|---|
| | 1st diffraction ring | 2nd diffraction ring |
| Gold | 0,117 74$D$ | 0,101 97$D$ |
| Aluminium | 0,116 90$D$ | 0,101 24$D$ |
| Thallous [Tl(I)] chloride | 0,192 14$D$ | 0,135 86$D$ |

## 9.4 Sample preparation

Remove representative fibres from the sample (see 7.2.2 and 7.2.3), and place them in an agate mortar, and pestle. Add approximately 1 ml of ethanol, and grind the fibres with the pestle until they are well dispersed in the ethanol. Set up a laboratory stand and clamp, and use it to hold a pair of fine-point tweezers that are supporting a carbon-coated TEM specimen grid, with the carbon side facing upwards. Using a disposable tip micropipette, drop a 3 µl volume of the ethanol dispersion on to the grid, and allow it to dry. Drying is faster if the grid is held under a heat lamp. When dry, the TEM grid is ready for examination.

If crocidolite or sodic–calcic amphibole is suspected, use of a carbon-coated gold TEM grid is recommended in order to avoid partial overlap of the Na $K_\alpha$ peak by the Cu $L_\alpha$ X-ray peak if a copper grid is used.

## 9.5 Qualitative analysis by TEM

### 9.5.1 Acquisition of EDXA spectra

It is important to obtain the EDXA spectrum from clean areas of the fibre, since distortion of peak heights by contributions from attached particles may compromise the identification.

### 9.5.2 Chrysotile

The morphological structure of chrysotile as seen in the TEM is characteristic and, with experience, can be recognized readily. However, a few other minerals have a similar appearance, and morphological observation by itself is inadequate for most samples.

Classify a fibre as chrysotile if:

a) the Mg and Si peaks are clear, and comparable in Mg/Si peak height ratio with that of reference chrysotile;

b) any Fe, Mn and Al peaks are small.

NOTE    Depending on the composition of any adjacent or attached particles, other peaks can also be visible.

IMPORTANT —      Anthophyllite and talc both yield EDXA spectra that conform to these specifications, but the Mg/Si peak height ratio for these minerals is lower than that for chrysotile. In order to avoid erroneous classification of talc or anthophyllite as chrysotile, take account of the Mg/Si peak height ratio and calibrate the EDXA detector using known samples of chrysotile and talc.

### 9.5.3 Amosite

Classify a fibre as amosite if:

a) the Mg, Si and Fe peaks are comparable in ratio to those of the reference amosite;

b) no statistically significant peaks from Na or Al are present;

c) the Mn peak, if present, is small.

NOTE    Depending on the composition of any adjacent or attached particles, other peaks can also be visible.

ISO 22262-1:2012(E)

### 9.5.4 Crocidolite

Classify a fibre as crocidolite if:

a)   the Na, Si and Fe peaks are comparable in ratio with those of the reference crocidolite;

b)   no statistically significant peak from Al is present;

c)   any peak from Mg is small, and no Mn peak is visible.

NOTE 1    Depending on the composition of any adjacent or attached particles, other peaks can also be visible.

NOTE 2    If a large peak from Mg is present, it is possible that the fibre is magnesio-riebeckite. Bolivian crocidolite is the only known commercial source, although this variety of crocidolite can occur as contamination of other minerals.

### 9.5.5  Tremolite

Classify a fibre as tremolite if:

a)   the Mg, Ca and Fe peaks are comparable in ratio with those of the reference tremolite;

b)   no statistically significant peak from Al is present;

c)   any peak from either Na or K is small.

NOTE    Depending on the composition of any adjacent or attached particles, other peaks can also be visible.

### 9.5.6  Actinolite

Classify a fibre as actinolite if:

a)   the Mg, Si and Fe peaks are comparable in ratio to those of the reference actinolite;

b)   no statistically significant peaks from Na or Al are present;

c)   the Mn peak, if present, is small.

NOTE    Depending on the composition of any adjacent or attached particles, other peaks can also be visible.

### 9.5.7  Anthophyllite

Classify a fibre as anthophyllite if:

a)   the fibre is straight and exhibits no evidence of a ribbon-like structure;

b)   the Mg and Si peaks are comparable in ratio to those of reference anthophyllite — anthophyllite from some sources may not exhibit a peak from Fe, although in commercial anthophyllite a peak from Fe will probably be observed;

c)   no statistically significant peaks from Na or Al are present;

d)   the Mn peak, if present, is small.

NOTE    Depending on the composition of any adjacent or attached particles, other peaks can also be visible.

### 9.5.8  Sodic–calcic amphibole asbestos (richterite/winchite)

Classify a fibre as sodic–calcic amphibole if:

a)   the spectrum is similar to that of actinolite or tremolite, but the Ca peak is substantially smaller and an Na peak is present — a K peak may also be evident;

b)   no statistically significant peak from Al is present;

34

© ISO 2012 – All rights reserved

ISO 22262-1:2012(E)

c)   the Mn peak, if present, is small.

NOTE      Depending on the composition of any adjacent or attached particles, other peaks can also be visible.

## 10  Test report

The test report shall contain at least the following information:

a)   reference to this part of ISO 22262 (ISO 22262-1:2012);

b)   the identification of the sample, including the location (if known by the analyst);

c)   the date of the analysis;

d)   the identity of the analyst;

e)   all applicable specimen preparation details;

f)   any procedure used not specified in this part of ISO 22262 or regarded as an optional procedure;

g)   the variety or varieties of asbestos detected;

h)   the analytical method used to identify the asbestos.

Items i) to k) shall be recorded in the laboratory data, but the extent to which they are included as part of the test report is optional:

i)   the observations made to confirm the identification of the asbestos varieties reported, including any optional procedures;

j)   the estimated mass fraction(s) of the asbestos varieties detected in ranges as follows:

   1)   none detected,

   2)   detected,

   3)   0,1 % to 5 %,

   4)   5 % to 50 %,

   5)   50 % to 100 %;

NOTE 1      These categories for reporting asbestos mass fractions are estimates only; they are intended to provide guidance in the interpretation of results. If it is necessary to make critical decisions on the basis of results in the range from "non-detected" to 5 %, sample analysis by a quantitative method is appropriate (e.g. using ISO 22262-2).

NOTE 2      The reporting category "detected" provides the analyst with a means of reporting the result when only one or two fibres are detected in the analysis, the observation of which may be a consequence of unintended contamination of the sample.

k)   the variety or varieties of any non-asbestos fibres detected, and the observations made which allowed these fibres to be discriminated from asbestos fibres.

An example of a suitable format for the test report is shown in Annex H.

ISO 22262-1:2012(E)

# Annex A
(normative)

## Types of commercial asbestos-containing material

The properties of asbestos such as non-flammability, chemical stability, and high strength have led worldwide to a broad use of this mineral in the building and industrial sectors. Asbestos–cement products, asbestos-containing lightweight panels and fire-prevention panels, asbestos packings and asbestos cloths, asbestos boards, asbestos foams, asbestos-containing fireproofing and acoustic and decorative plasters (sprayed asbestos), and asbestos-containing compositions for trowel application and putties are the most important uses. In addition, there is also a variety of products to which asbestos fibres were frequently added at smaller mass fractions, e.g. paints for protective coatings, adhesives, plastic sheets, and tiles.

Table A.1 gives the most important asbestos-containing materials with examples of their applications and the typical asbestos mass fractions. In exceptional cases, asbestos mass fractions deviating from those quoted may have been used.

Table A.1 — Asbestos-containing materials; examples of use and typical asbestos content

| Product | Examples of application | Typical asbestos type and mass fraction |
|---|---|---|
| Asbestos–cement flat boards | Roof claddings<br>Sidings<br>Banister elements<br>Windowsills<br>Staircases<br>Partition walls<br>Support for cable runs<br>In small sizes as slates and shingles in the roofing and siding sectors | Chrysotile 10 %–12 %, Sometimes also <5 % crocidolite or amosite in addition to chrysotile |
| Asbestos–cement corrugated sheets | Roof claddings<br>Perimeter insulation<br>Sidings in the industrial sector | Chrysotile 10 %–12 %, sometimes also, with some manufacturers, <5 % crocidolite in addition to chrysotile |
| Asbestos–cement pipes or ducts | Drinking water and wastewater pipes<br>Service pipes<br>Inlet air and exhaust air ducts<br>Cable shafts | Chrysotile 10 %–15 %. Drinking water pipe also <5 % crocidolite or amosite in addition to chrysotile |
| Asbestos–cement mouldings | Standard ashtrays<br>Flower boxes<br>Garden articles<br>Sculptures | Chrysotile 10 %–12 % |

© ISO 2012 – All rights reserved

ISO 22262-1:2012(E)

Table A.1 (continued)

| Product | Examples of application | Typical asbestos type and mass fraction |
|---|---|---|
| Asbestos-containing lightweight building boards or fire-resistant panels | Sealing of openings in walls required to be fire resistant<br><br>Fire-protection encasement of ventilation ducts, cable ducts and cable shafts<br><br>Fire closures in walls required to be fire resistant (fire shutters, fire barriers)<br><br>Fire-protection encasements<br><br>Smoke-removal ducts<br><br>Insert in fire-resistant doors and gates<br><br>Substructure of luminaries (lighting fixtures) | Chrysotile ~15 % and amosite ~15 % |
| Asbestos-containing lightweight building boards or fire-resistant panels | Lining fire-hazard rooms<br><br>Partition walls, partition surfaces, doors<br><br>Sanitary modules<br><br>Support and beam encasements<br><br>Smoke aprons<br><br>Fire locks | Chrysotile <50 %, sometimes amosite <35 % |
| Asbestos-containing pipe and boiler insulations | Corrugated paper pipe insulation<br><br>85 % magnesia block and pipe insulation<br><br>Calcium silicate block and pipe insulation | Chrysotile 30 %–100 %<br><br>Total of 15 % asbestos, can be chrysotile, amosite or crocidolite, or any mixture of two or more. |
| Asbestos packing, asbestos cloth | Seals or sealing strips on lightweight walls required to be fire resistant (at ceiling, floor, joints between elements, wall terminations)<br><br>Seals on pipe and duct feed-throughs in walls and ceilings<br><br>Seals between flanges of ventilation ducts<br><br>Seals on fire-resistant glazing, shelter doors, chimney soot doors<br><br>Seals and insulation on heat-generation systems, hot pipes and hot valves<br><br>Fire blankets<br><br>Heat-resistant clothing, heat-resistant gloves<br><br>Lining of pipe clips for hot water, steam and sprinkler pipes<br><br>Lamp wicks<br><br>Mantles for gas lamps | Predominantly chrysotile (80 %–100 %);<br><br>crocidolite for acid-resistant applications |
| Asbestos millboards | Sealing strips on lightweight walls required to be fire resistant (at ceiling, floor, joints between elements, wall terminations)<br><br>Substructure of luminaries (lighting fixtures)<br><br>Bottom coating of wooden windowsills over radiators | Chrysotile 80 %–100 % |
| Asbestos foams | Infilling (sealing) of movement joints<br><br>Seals at fire shutters and fire barriers | Chrysotile ~50 % |

© ISO 2012 – All rights reserved

37

ISO 22262-1:2012(E)

Table A.1 (continued)

| Product | Examples of application | Typical asbestos type and mass fraction |
|---------|------------------------|----------------------------------------|
| Sprayed asbestos | Contour-following fire-resistant coating of steel structures<br><br>Coating of ceilings and walls in music auditoria, theatres, churches, garages, industrial rooms (for noise protection)<br><br>Sealing off openings for cable, pipe and duct feed-throughs through walls required to be fire resistant<br><br>Encasing of ventilation ducts | Chrysotile, crocidolite or amosite 40 %–70 %, also mixtures of mineral wool with either 20 % amosite or up to 30 % chrysotile. Other mixtures include 15 % chrysotile with either perlite or vermiculite, and gypsum.<br><br>Sprayed vermiculite coatings (with or without chrysotile) can contain up to 2 % tremolite, some of which can be asbestiform.<br><br>Several per cent of tremolite asbestos (Japan) |
| Sprayed decorative coatings (texture coats) | Coating of ceilings and walls to provide a textured surface which masks irregularities | Chrysotile <5 %. Some constituents can also contain tremolite. Some of the tremolite can be asbestiform. |
| Gypsum wallboard joint compounds | Provides smooth joint between adjacent panels | Chrysotile <5 %. Some constituents can also contain low mass fractions of tremolite. |
| Asbestos-containing troweled-on compositions and putty | Grouting of prefabricated concrete components<br>Sealing of movement joints<br>Pipe feeds through walls and ceilings<br>Door casings of fire-resistant doors<br>Anti-drumming coatings (car preservation)<br>Coating of underwater structures<br>Baseboard coating on house walls | Chrysotile <20 % |
| Asbestos-containing floorings | Reinforcement in flexible sheets | Chrysotile 10 %–20 % |
| | Rot-resistant support layer as underlay of cushion PVC flooring materials | Chrysotile 80 %–100 % |
| Asphalt or PVC asbestos floor tiles | Reinforcement | Asphalt tiles containing chrysotile <35 %, PVC tiles containing chrysotile <20 % |
| Rubberized asbestos seals | Gaskets for pipe flanges | Chrysotile 50 %–90 % |
| Asbestos-containing friction products | Brake linings<br>Brake bands<br>Clutch linings | Chrysotile 10 %–70 % |
| Acid-resistant containers | Lead-acid battery boxes<br>Drums for acid | Crocidolite 10 %–50 % |
| Filter media | Air filters<br>Liquid filters<br>Sterile and aseptic filters<br>Clarifying sheets<br>Diaphragms for chloralkali electrolysis processes<br>Filtration media for Gooch crucibles | Chrysotile, rarely amosite 95 %<br><br>For Gooch crucibles, 100 % tremolite or anthophyllite |

38

© ISO 2012 – All rights reserved

**Table A.1** *(continued)*

| Product | Examples of application | Typical asbestos type and mass fraction |
|---|---|---|
| Talc (asbestos content dependent on deposit) | Release agents for electric cables, rubber products<br>Release agents in the confectionery industry<br>Tailor's chalk<br>Paper manufacture<br>Medicine, cosmetics | Chrysotile and/or actinolite/tremolite. Some of the actinolite/tremolite can be asbestiform |
| Vermiculite (exfoliated) | Attic and wall cavity insulation<br>Fireproofing<br>Horticultural products | Depends on the source of the vermiculite. Vermiculite from Montana, USA, can contain up to 6 % of a mixture of amphibole types, some of which can be asbestiform |
| Industrial minerals: wollastonite, sepiolite, attapulgite | Ceramics manufacture<br>Plastics fillers<br>Surfacing materials and joint compounds<br>Ceiling tiles<br>Drilling muds (attapulgite) | Depends on the source of the mineral. Can contain several per cent of tremolite or actinolite, some of which can be asbestiform. |
| Industrial minerals: calcite, dolomite and gypsum | Manufacture of building materials<br>Industrial uses | Depends on the source of the mineral. Carbonate minerals can contain several per cent of tremolite or actinolite, some of which can be asbestiform |
| Industrial minerals: mica | Ceramics manufacture<br>Manufacture of building materials | Depends on the source of the mineral. Can contain tremolite or actinolite, some of which can be asbestiform |
| Asphalt surfacings | Road construction | Chrysotile, generally ≤1 % |
| Wall and ceiling plasters | Interior wall and ceiling coatings, with or without aggregate and fibres such as animal hair or jute | Chrysotile. Generally locally mixed and inhomogeneous. Can be any mass fraction up to approximately 3 % |
| Drilling muds | Oil exploration, rock drilling | Chrysotile. Often the chrysotile is very fine and short, sometimes originating from Coalinga, California. Can contain <100 % chrysotile |
| Chemical products for construction, and other products | Bitumen, roofing and sealing sheets | Chrysotile <30 % |
| | Sealing putties | Chrysotile <2 % |
| | Glazing putties | Chrysotile <4 % |
| | Bituminous coatings | Chrysotile <30 % |
| | Fillers and sealers | Chrysotile <25 % |
| | Jointing compounds | Chrysotile <5 % |
| | Paints | Chrysotile <9 % |
| | Glues | Chrysotile <4 % |
| | Fire retardants | Chrysotile <10 % |
| | Sub-floor protection | Chrysotile <4 % |

ISO 22262-1:2012(E)

# Annex B
(normative)

## Interference colour chart



Figure B.1 — Interference colour chart

© ISO 2012 – All rights reserved

ISO 22262-1:2012(E)

# Annex C
(normative)

## Dispersion staining charts



Figure C.1 — Central stop dispersion staining colours for chrysotile in 1,550 RI liquid



Figure C.2 — Central stop dispersion staining colours for amosite in 1,680 RI liquid



Figure C.3 — Central stop dispersion staining colours for crocidolite in 1,700 RI liquid

© ISO 2012 – All rights reserved

ISO 22262-1:2012(E)



**Figure C.4 — Central stop dispersion staining colours for tremolite in 1,605 RI liquid**



**Figure C.5 — Central stop dispersion staining colours for actinolite in 1,630 RI liquid**



**Figure C.6 — Central stop dispersion staining colours for anthophyllite in 1,605 RI liquid**



**Figure C.7 — Central stop dispersion staining colours for richterite/winchite asbestos in 1,630 RI liquid**

42

© ISO 2012 – All rights reserved

ISO 22262-1:2012(E)

# Annex D
(normative)

## Asbestos identification by PLM and dispersion staining in commercial materials



Figure D.1 — PLM micrograph of SRM 1866 chrysotile in 1,550 RI liquid — Crossed polars with 530 nm retardation plate



Figure D.2 — PLM micrograph of SRM 1866 chrysotile in 1,550 RI liquid — Crossed polars with 530 nm retardation plate



Figure D.3 — SRM 1866 chrysotile in 1,550 RI liquid viewed in dispersion staining — Fibre length parallel to polarizer vibration direction



Figure D.4 — SRM 1866 chrysotile in 1,550 RI liquid viewed in dispersion staining — Fibre length normal to polarizer vibration direction

© ISO 2012 – All rights reserved

43

ISO 22262-1:2012(E)



Figure D.5 — PLM micrograph of SRM 1866 amosite in 1,680 RI liquid — Crossed polars with 530 nm retardation plate



Figure D.6 — PLM micrograph of SRM 1866 amosite in 1,680 RI liquid — Crossed polars with 530 nm retardation plate



Figure D.7 — SRM 1866 amosite in 1,680 RI liquid viewed in dispersion staining — Fibre length parallel to polarizer vibration direction



Figure D.8 — SRM 1866 amosite in 1,680 RI liquid viewed in dispersion staining — Fibre length normal to polarizer vibration direction



Figure D.9 — Heated amosite in 1,680 RI liquid viewed in plane polarized light — Fibre length parallel to polarizer vibration direction



Figure D.10 — Heated amosite in 1,680 RI liquid viewed in plane polarized light — Fibre length parallel to polarizer vibration direction

© ISO 2012 – All rights reserved

ISO 22262-1:2012(E)



Figure D.11 — PLM micrograph of SRM 1866 crocidolite in 1,700 RI liquid — Crossed polars with 530 nm retardation plate



Figure D.12 — PLM micrograph of SRM 1866 crocidolite in 1,700 RI liquid — Crossed polars with 530 nm retardation plate



Figure D.13 — SRM 1866 crocidolite in 1,700 RI liquid in plane polarized light — Fibres parallel to polarizer vibration direction



Figure D.14 — SRM 1866 crocidolite in 1,700 RI liquid in plane polarized light — Fibres normal to polarizer vibration direction



Figure D.15 — SRM 1866 crocidolite in 1,700 RI liquid — Dispersion staining — Fibre lengths parallel to polarizer vibration direction



Figure D.16 — SRM 1866 crocidolite in 1,700 RI liquid — Dispersion staining — Fibre lengths normal to polarizer vibration direction

© ISO 2012 – All rights reserved

ISO 22262-1:2012(E)





Figure D.17 — Heated crocidolite viewed in plane polarized light — Fibre length parallel to polarizer vibration direction

Figure D.18 — Heated crocidolite viewed in plane polarized light — Fibre length normal to polarizer vibration direction





Figure D.19 — PLM micrograph of SRM 1867 tremolite in 1,605 RI liquid — Crossed polars with 530 nm retardation plate

Figure D.20 — PLM micrograph of SRM 1867 tremolite in 1,605 RI liquid — Crossed polars with 530 nm retardation plate





Figure D.21 — SRM 1867 tremolite in 1,605 RI liquid viewed in dispersion staining — Fibres at extinction position

Figure D.22 — SRM 1867 tremolite in 1,605 RI liquid viewed in dispersion staining — Fibres at extinction position

46

© ISO 2012 – All rights reserved

ISO 22262-1:2012(E)



Figure D.23 — PLM micrograph of SRM 1867
tremolite in 1,625 RI liquid —
Crossed polars with 530 nm retardation plate



Figure D.24 — PLM micrograph of SRM 1867
tremolite in 1,625 RI liquid —
Crossed polars with 530 nm retardation plate



Figure D.25 — SRM 1867 tremolite in 1,625
RI liquid viewed in dispersion staining —
Fibres at extinction position



Figure D.26 — SRM 1867 tremolite in 1,625
RI liquid viewed in dispersion staining —
Fibres at extinction position



Figure D.27 — PLM micrograph of SRM 1867
actinolite in 1,630 RI liquid —
Crossed polars with 530 nm retardation plate



Figure D.28 — PLM micrograph of SRM 1867
actinolite in 1,630 RI liquid —
Crossed polars with 530 nm retardation plate

© ISO 2012 – All rights reserved

ISO 22262-1:2012(E)



Figure D.29 — SRM 1867 actinolite in 1,630 RI liquid viewed in dispersion staining — Purple fibre at extinction position



Figure D.30 — SRM 1867 actinolite in 1,630 RI liquid viewed in dispersion staining — Light blue fibre at extinction position



Figure D.31 — PLM micrograph of SRM 1867 anthophyllite in 1,605 RI liquid — Crossed polars with 530 nm retardation plate



Figure D.32 — PLM micrograph of SRM 1867 anthophyllite in 1,605 RI liquid — Crossed polars with 530 nm retardation plate



Figure D.33 — SRM 1867 anthophyllite in 1,630 RI liquid viewed in dispersion staining — Fibre lengths parallel to polarizer vibration direction



Figure D.34 — SRM 1867 anthophyllite in 1,630 RI liquid viewed in dispersion staining — Fibre lengths normal to polarizer vibration direction

© ISO 2012 – All rights reserved





Figure D.35 — PLM micrograph of HSE tremolite in 1,605 RI liquid — Crossed polars with 530 nm retardation plate

Figure D.36 — PLM micrograph of HSE tremolite in 1,605 RI liquid — Crossed polars with 530 nm retardation plate





Figure D.37 — HSE tremolite in 1,605 RI liquid viewed in dispersion staining — Fibre lengths parallel to polarizer vibration direction

Figure D.38 — HSE tremolite in 1,605 RI liquid viewed in dispersion staining — Fibre lengths normal to polarizer vibration direction





Figure D.39 — PLM micrograph of HSE actinolite in 1,640 RI liquid — Crossed polars with 530 nm retardation plate

Figure D.40 — PLM micrograph of HSE actinolite in 1,640 RI liquid — Crossed polars with 530 nm retardation plate

© ISO 2012 – All rights reserved

ISO 22262-1:2012(E)



Figure D.41 — HSE actinolite in 1,640 RI liquid
viewed in dispersion staining — Fibre lengths
parallel to polarizer vibration direction



Figure D.42 — HSE actinolite in 1,640 RI liquid
viewed in dispersion staining — Fibre lengths
normal to polarizer vibration direction





Figure D.43 — HSE actinolite in 1,640 RI liquid in
plane polarized light — Fibres
parallel to polarizer vibration direction

Figure D.44 — HSE actinolite in 1,640 RI liquid in
plane polarized light — Fibres
normal to polarizer vibration direction



Figure D.45 — PLM micrograph of HSE
anthophyllite in 1,605 RI liquid —
Crossed polars with 530 nm retardation plate



Figure D.46 — PLM micrograph of HSE
anthophyllite in 1,605 RI liquid —
Crossed polars with 530 nm retardation plate

© ISO 2012 – All rights reserved

ISO 22262-1:2012(E)



Figure D.47 — HSE anthophyllite in 1,605
RI liquid viewed in dispersion staining — Fibre
lengths parallel to polarizer vibration direction



Figure D.48 — HSE anthophyllite in 1,605
RI liquid viewed in dispersion staining — Fibre
lengths normal to polarizer vibration direction



Figure D.49 — PLM micrograph of
richterite/winchite asbestos in 1,630
RI liquid — Crossed polars with
530 nm retardation plate



Figure D.50 — PLM micrograph of
richterite/winchite asbestos in 1,630
RI liquid — Crossed polars with
530 nm retardation plate



Figure D.51 — Richterite/winchite asbestos in
1,630 RI liquid viewed in dispersion staining —
Fibres at extinction position



Figure D.52 — Richterite/winchite asbestos in
1,630 RI liquid viewed in dispersion staining —
Fibres at extinction position

ISO 22262-1:2012(E)

# Annex E
(normative)

## Asbestos identification by SEM in commercial materials

Figures E.1 to E.11 are examples of EDXA spectra collected on an SEM operating at 15 kV and using a silicon solid-state detector with a beryllium window. The SEM specimens were prepared by mounting representative fibre bundles from SRM 1866, SRM 1867, and the HSE reference asbestos varieties on adhesive tape on SEM specimen stubs. All specimens were carbon coated in a vacuum evaporator.

Prior to use of this part of ISO 22262, obtain calibration spectra from the reference standards, using the actual accelerating voltage and the specific X-ray detector.



Key

$N$ counts    $E$    X-ray energy

**Figure E.1 — Energy dispersive X-ray spectrum obtained from SRM 1866 chrysotile**

© ISO 2012 – All rights reserved

ISO 22262-1:2012(E)



**Key**

$N$   counts          $E$       X-ray energy

**Figure E.2 — Energy dispersive X-ray spectrum obtained from SRM 1866 amosite**



**Key**

$N$   counts          $E$       X-ray energy

**Figure E.3 — Energy dispersive X-ray spectrum obtained from SRM 1866 crocidolite**

© ISO 2012 – All rights reserved                                                                    **53**

ISO 22262-1:2012(E)



Key

$N$   counts          $E$     X-ray energy

**Figure E.4 — Energy dispersive X-ray spectrum obtained from SRM 1867 tremolite**



Key

$N$   counts          $E$     X-ray energy

**Figure E.5 — Energy dispersive X-ray spectrum obtained from SRM 1867 actinolite**

**54**                                                      © ISO 2012 – All rights reserved

ISO 22262-1:2012(E)



**Key**
$N$   counts          $E$     X-ray energy

**Figure E.6 — Energy dispersive X-ray spectrum obtained from SRM 1867 anthophyllite**



**Key**
$N$   counts          $E$     X-ray energy

**Figure E.7 — Energy dispersive X-ray spectrum obtained from HSE tremolite**

© ISO 2012 – All rights reserved                                                                        55

ISO 22262-1:2012(E)



**Key**

$N$   counts         $E$     X-ray energy

Figure E.8 — Energy dispersive spectrum obtained from HSE actinolite



**Key**

$N$   counts         $E$     X-ray energy

Figure E.9 — Energy dispersive X-ray spectrum obtained from HSE anthophyllite

**56**                                                          © ISO 2012 – All rights reserved

ISO 22262-1:2012(E)



Key

$N$   counts          $E$     X-ray energy

Figure E.10 — Energy dispersive X-ray spectrum obtained from Bolivian crocidolite



Key

$N$   counts          $E$     X-ray energy

Figure E.11 — Energy dispersive X-ray spectrum obtained from richterite/winchite

© ISO 2012 – All rights reserved

ISO 22262-1:2012(E)

# Annex F
(normative)

# Asbestos identification by TEM in commercial materials

## F.1    General

For the identification of asbestos in some types of bulk materials, particularly for those in which PLM examination yields ambiguous results, TEM examination can usually resolve the ambiguities and provide definitive identification of the fibres. In most cases, acquisition of an EDXA spectrum provides sufficient evidence to identify any of the asbestos varieties. Discrimination between talc and anthophyllite, however, cannot be reliably achieved on the basis of an EDXA spectrum alone, because the chemical compositions of the two minerals are very similar. Electron diffraction permits discrimination between talc and anthophyllite on the basis of their different crystal structures.

## F.2    EDXA analysis

Figures F.1 to F.11 are examples of EDXA spectra collected on a TEM operating at 80 kV and using a silicon solid state detector with a beryllium window. The TEM specimens were prepared by the micropipette method from SRM 1866, SRM 1867 and HSE reference asbestos varieties. All specimens were prepared using gold grids in order to avoid interference in detection of the Na $K_\alpha$ peak by the Cu $L_\alpha$ peak which would partially overlap the sodium peak if copper specimen grids were used.

Prior to use of this part of ISO 22262, obtain calibration spectra from the reference standards, using the actual accelerating voltage and the specific X-ray detector.



Key

$N$    counts          $E$    X-ray energy

**Figure F.1 — Energy dispersive X-ray spectrum obtained from SRM 1866 chrysotile.
The gold and small copper peaks originate from the gold specimen grid**

58                                                          © ISO 2012 – All rights reserved

ISO 22262-1:2012(E)



Key

$N$   counts          $E$      X-ray energy

**Figure F.2 — Energy dispersive X-ray spectrum obtained from SRM 1866 amosite.
The gold peaks originate from the gold specimen grid**



Key

$N$   counts          $E$      X-ray energy

**Figure F.3 — Energy dispersive X-ray spectrum obtained from SRM 1866 crocidolite.
The gold and small copper peaks originate from the gold specimen grid**

© ISO 2012 – All rights reserved                                                                                      59

ISO 22262-1:2012(E)



Key

*N*  counts          *E*     X-ray energy

**Figure F.4 — Energy dispersive X-ray spectrum obtained from SRM 1867 tremolite.
The gold and small copper peaks originate from the gold specimen grid**



Key

*N*  counts          *E*     X-ray energy

**Figure F.5 — Energy dispersive X-ray spectrum obtained from SRM 1867 actinolite.
The gold peaks originate from the gold specimen grid**

**60**

© ISO 2012 – All rights reserved

ISO 22262-1:2012(E)



**Key**
$N$   counts          $E$   X-ray energy

**Figure F.6 — Energy dispersive X-ray spectrum obtained from SRM 1867 anthophyllite. The gold peaks originate from the gold specimen grid**



**Key**
$N$   counts          $E$   X-ray energy

**Figure F.7 — Energy dispersive X-ray spectrum obtained from HSE tremolite. The gold and small copper peaks originate from the gold specimen grid**

© ISO 2012 – All rights reserved                                                                                      61

ISO 22262-1:2012(E)



Key

$N$ counts      $E$     X-ray energy

Figure F.8 — Energy dispersive X-ray spectrum obtained from HSE actinolite.
The gold peaks originate from the the gold specimen grid



Key

$N$ counts      $E$     X-ray energy

Figure F.9 — Energy dispersive X-ray spectrum obtained from HSE anthophyllite.
The gold peaks originate from the gold specimen grid

62 © ISO 2012 – All rights reserved

ISO 22262-1:2012(E)



**Key**

$N$   counts          $E$   X-ray energy

**Figure F.10 — Energy dispersive X-ray spectrum obtained from Bolivian crocidolite.
The gold peaks originate from the gold specimen grid**



**Key**

$N$   counts          $E$   X-ray energy

**Figure F.11 — Energy dispersive X-ray spectrum obtained from richterite/winchite asbestos.
The gold and small copper peaks originate from the gold specimen grid**

© ISO 2012 – All rights reserved                                                                                              63

ISO 22262-1:2012(E)

## F.3   Electron diffraction

The ED technique can be either qualitative or quantitative. Qualitative ED consists of visual examination, without detailed measurement, of the general characteristics of the ED pattern obtained on the TEM viewing screen from a randomly oriented fibre. ED patterns obtained from fibres with cylindrical symmetry, such as chrysotile, do not change when the fibres are tilted about their axes, and patterns from randomly oriented fibres of these minerals can be interpreted quantitatively. For fibres which do not have cylindrical symmetry, only those ED patterns obtained when the fibre is oriented with a principal crystallographic axis closely parallel to the incident electron-beam direction can be interpreted quantitatively. This type of ED pattern shall be referred to as a zone-axis ED pattern. In order to interpret a zone-axis ED pattern quantitatively, it shall be recorded photographically and its consistency with known mineral structures shall be checked. A computer program may be used to compare measurements of the zone-axis ED pattern with corresponding data calculated from known mineral structures. The zone-axis ED pattern obtained by examination of a fibre in a particular orientation can be insufficiently specific to permit unequivocal identification of the mineral fibre, but it is often possible to tilt the fibre to another angle and to record a different ED pattern corresponding to another zone axis. The angle between the two zone axes can also be checked for consistency with the structure of a suspected mineral.

For visual examination of the ED pattern, the camera length of the TEM should be set to a low value of approximately 250 mm and the ED pattern should then be viewed through the binoculars. This procedure minimizes the possible degradation of the fibre by the electron irradiation. However, the pattern is distorted by the tilt angle of the viewing screen. A camera length of at least 2 m should be used when the ED pattern is recorded, if accurate measurement of the pattern is to be possible. It is necessary that, when obtaining an ED pattern to be evaluated visually or recorded, the sample height shall be properly adjusted to the eucentric point and the image shall be focused in the plane of the selected area aperture. If this is not done, there may be some components of the ED pattern which do not originate from the selected area. In general, it is necessary to use the smallest available ED aperture.

For accurate measurements of the ED pattern, it is recommended that an internal calibration standard be used. Apply a thin coating of gold, or other suitable calibration material, to the underside of the TEM specimen. This coating may be applied either by vacuum evaporation or, more conveniently, by sputtering. The polycrystalline gold film yields diffraction rings on every ED pattern and these rings provide the required calibration information. Alternatively, a calibrated objective aperture can be inserted to determine if the layer-line spacing of the ED pattern is approximately 0,53 nm, as expected for asbestos fibres (Reference [30]). This works well even when viewing a raised screen through binoculars.

To form an ED pattern, move the image of the fibre to the centre of the viewing screen, adjust the height of the specimen to the eucentric position, and insert a suitable selected area aperture into the electron beam so that the fibre, or a portion of it, occupies a large proportion of the illuminated area. The size of the aperture and the portion of the fibre shall be such that particles other than the one to be examined are excluded from the selected area. Observe the ED pattern through the binoculars. During the observation, the objective lens current should be adjusted to the point where the most complete ED pattern is obtained. If an incomplete ED pattern is still obtained, move the particle around within the selected area to attempt to optimize the ED pattern, or to eliminate possible interferences from neighbouring particles.

ED patterns can be particularly useful for differentiating fibrous talc from anthophyllite asbestos, both of which have similar EDXA spectra. ED of talc produces a pseudo-hexagonal pattern that does not change as the fibre is tilted using the goniometer. Anthophyllite asbestos, on the other hand, produces assorted spots appearing and disappearing along layer lines as the fibre is tilted using the goniometer. ED patterns can also be a useful diagnostic tool for chrysotile that is so heavily coated with matrix that EDXA is inconclusive. Detection of the 002, 110, and 130 reflections as shown in Figure F.12 in conjunction with 0,53 nm layer-line spacing confirms the presence of chrysotile.

Analysis of laboratory samples seldom requires zone-axis measurements. However, if a zone-axis ED analysis is to be attempted on the fibre, the sample shall be mounted in the appropriate holder. The most convenient holder allows complete rotation of the specimen grid and tilting of the grid about a single axis. Rotate the sample until the fibre image indicates that the fibre is oriented with its length coincident with the tilt axis of the goniometer, and adjust the sample height until the fibre is at the eucentric position. Tilt the fibre until an ED pattern appears which is a symmetrical, two dimensional array of spots. The recognition of zone-axis alignment conditions requires some experience on the part of the operator. During tilting of the fibre to obtain zone-axis

© ISO 2012 – All rights reserved

ISO 22262-1:2012(E)

conditions, the manner in which the intensities of the spots vary should be observed. If weak reflections occur at some points on a matrix of strong reflections, the possibility of twinning or multiple



**Figure F.12 — Chrysotile SAED pattern**

diffraction exists, and some caution should be exercised in the selection of diffraction spots for measurement and interpretation. A full discussion of electron diffraction and multiple diffraction can be found in References [26]–[29].

It is important to recognize that not all zone-axis patterns that can be obtained are definitive. Only those patterns with closely spaced reflections corresponding to low indices in at least one direction should be recorded. Patterns in which all $d$-spacings are less than about 0,3 nm are not definitive. A useful guideline is that the lowest angle reflections should be within the radius of the smallest ring of the gold diffraction pattern (111), and that patterns with smaller distances between reflections are usually the most definitive. It is particularly important to recognize that when ED is used to discriminate between different minerals of similar compositions, demonstration that an ED pattern is consistent with the crystal structure of a particular mineral is not proof of identity, unless the ED pattern has also been shown to be *inconsistent* with the crystal structures of the other possible minerals.

Computer programs such as XIDENT (Reference [31]) provide a convenient way to test the consistency of any given ED pattern with the crystallographic data for individual minerals. The XIDENT program is advantageous in that no knowledge of crystal orientation is required; all possible ED patterns at all orientations are calculated and compared with the observed ED pattern. If the results obtained from one ED pattern do not resolve any ambiguity in identification of a fibre, a second ED pattern obtained at a different orientation of the fibre can be examined, and the observed tilt angle between the two orientations can be compared with the theoretical angle calculated from the suspected crystal structure. In order to use the XIDENT program, five spots, closest to the centre spot, along two intersecting lines of the zone-axis pattern are selected for measurement, as illustrated in Figure F.13. The distances of these spots from the centre spot and the four angles shown provide the required data for analysis. Since the centre spot is usually very over-exposed, it does not provide a well-defined origin for these measurements. The required distances are best obtained by measuring between pairs of spots symmetrically disposed about the centre spot, preferably separated by several repeat distances.

ISO 22262-1:2012(E)



Figure F.13 — Measurement of spacings and angles in a zone axis ED pattern

© ISO 2012 – All rights reserved

ISO 22262-1:2012(E)

## Annex G
(informative)

## Example of sampling record

| Date: | Samples taken by: |
|---|---|
| Building and location: | |

| Room: | | Sample identification: |
|---|---|---|
| Sampling location: | | |
| Reference: | Plan No: | Position in plan: |
| Sketch No: | | Photo No: |
| Sample details: | | |
| Comments: | | |

© ISO 2012 – All rights reserved                    67

ISO 22262-1:2012(E)

# Annex H
(informative)

## Example of test report

### Analysis of bulk materials for asbestos by ISO 22262-1

| Date of analysis: | | | | |
|---|---|---|---|---|
| Analyst: | | | Signature: | |
| NOTE | ISO 22262-1 refers to qualitative analysis of commercial products for asbestos. | | | |

In this method, polarized light microscopy with dispersion staining is the default procedure for identification of asbestos. If the sample characteristics required the use of either of the optional electron microscope methods to identify asbestos, the method used is indicated. If accurate quantification of asbestos mass fraction in the range below approximately 5 % mass fraction is required for the purpose of determining the regulatory status of an asbestos-containing material, use the appropriate other parts of ISO 22262.

| Sample | Asbestos | Estimated asbestos mass fraction | Non-asbestos fibres | Comments |
|---|---|---|---|---|
| Sample 20050411-1<br>Pipe covering<br>Grey corrugated paper | Chrysotile | 5 %–50 % | Cellulose<br>Brucite | Sample ashed to remove interfering materials. |
| Sample 20050412-3<br>Pipe covering<br>White fibrous material | Amosite<br>Chrysotile | 5 %–50 %<br>0,1 %–5 % | None | |
| Sample 20050412-4<br>Fireproofing from beam<br>Blue fibrous material | Crocidolite | 50 %–100 % | None | |
| Sample 20050413-1<br>Pipe covering<br>Off-white fibrous material | None detected | 0 % | Mineral wool | |
| Sample 20050413-2<br>Plaster<br>White material | Tremolite | 0,1 %–5 % | None | |
| Sample 20050413-3<br>Ceiling tile<br>Grey fibrous material | Chrysotile | 0,1 %–5 % | Mineral wool<br>Cellulose | Chrysotile too fine to identify by PLM. Chrysotile identified by TEM method. |

   © ISO 2012 – All rights reserved

ISO 22262-1:2012(E)

# Bibliography

[1]     ISO 7348:1992, *Glass containers — Manufacture — Vocabulary*

[2]     ISO 10312, *Ambient air — Determination of asbestos fibres — Direct transfer transmission electron microscopy method*

[3]     ISO 10934-1:2002, *Optics and optical instruments — Vocabulary for microscopy — Part 1: Light microscopy*

[4]     ISO 13794:1999, *Ambient air — Determination of asbestos fibres — Indirect-transfer transmission electron microscopy method*

[5]     ISO 14686:2003, *Hydrometric determinations — Pumping tests for water wells — Considerations and guidelines for design, performance and use*

[6]     ISO 14952-1:2003, *Space systems — Surface cleanliness of fluid systems — Part 1: Vocabulary*

[7]     ISO 14966, *Ambient air — Determination of numerical concentration of inorganic fibrous particles — Scanning electron microscopy method*

[8]     AS 4964:2004, *Method for the qualitative identification of asbestos in bulk samples*

[9]     EN 143, *Respiratory protective devices — Particle filters — Requirements, testing, marking*

[10]    EPA/600/R-93/116:1993, *Test method, method for the determination of asbestos in bulk building materials*. Washington, DC: United States Environmental Protection Agency

[11]    MDHS 77, *Asbestos in bulk materials — Sampling and identification by polarised light microscopy (PLM)*. Sudbury: HSE (UK Health and Safety Executive) Books, 1999

[12]    NF X46-020:2008, *Repérage amiante — Repérage des matériaux et produits contenant de l'amiante dans les immeubles bâtis — Mission et méthodologie* [Location of asbestos — Location of materials and products containing asbestos in buildings — Mission and methodology]

[13]    VDI 3866 Part 1:2000, *Determination of asbestos in technical products — Principle — Sampling and sample preparation*

[14]    VDI 3866 Part 4:2002, *Determination of asbestos in technical products — Phase contrast optical microscopy method*

[15]    VDI 3866 Part 5:2004, *Determination of asbestos in technical products — Scanning electron microscopy method*

[16]    WAHLSTROM, E.E. *Optical crystallography*, 2nd edition. New York, NY: Wiley, 1943

[17]    McCRONE, W.C., McCRONE, L.B., DELLY, J.G. *Polarized light microscopy*. Chicago, IL: McCrone Research Institute, 1984

[18]    McCRONE, W.C. *Asbestos identification*. Chicago, IL: McCrone Research Institute, 1987

[19]    SU, S.-C. Dispersion staining: Principles, Analytical relationships and practical applications to the determination of refractive index. *Microscope* 1998, **46**, pp. 123–146.

[20]    MEEKER, G.P., BERN, A.M., BROWNFIELD, I.K., LOWERS, H.A., SUTLEY, S.J., HOEFEN, T.M., VANCE, J.S. The composition and morphology of amphiboles from the Rainy Creek Complex, Near Libby, Montana. *Am. Mineral.* 2003, **88**, pp. 1955–1969

[21]    EMMONS, R.C. A set of thirty immersion media. *Am. Mineral.* 1929, **14**, pp. 482–483

[22]    TYLEE, B.E., DAVIES, L.S.T., ADDISON, J. Asbestos reference standards — Made available for analysts. *Ann. Occup. Hyg.* 1996, **40**, pp. 711–714

**ISO 22262-1:2012(E)**

[23]   LEAKE, B.E. Nomenclature of amphiboles. *Am. Mineral.* 1978, **63**, pp. 1023–1052

[24]   LEAKE, B.E., WOOLLEY, A.R., ARPS, C.E.S., BIRCH, W.D., GILBERT, M.C., GRICE, J.D., et al. Nomenclature of amphiboles: Report of the Subcommittee on Amphiboles of the International Mineralogical Association Commission on new minerals and mineral names. *Mineral. Mag.* 1997, **61**, pp. 295–321.

[25]   TIMBRELL, V. Characteristics of the International Union Against Cancer standard reference samples of asbestos. *Proceedings, Pneumoconiosis International Conference*, Johannesburg, 1969

[26]   WENK, H.R., editor. *Electron microscopy in mineralogy.* New York, NY: Springer, 1976

[27]   GARD, J.A., editor. *The electron optical investigation of clays.* London: Mineralogical Society, 1971

[28]   HIRSCH, P.B., HOWIE, A., NICHOLSON, R.B., PASHLEY, D.W., WHELAN, M.J. *Electron microscopy of thin crystals.* London: Butterworths, 1965, pp. 18–23

[29]   ALDERSON, R.H., HALLIDAY, J.S. Electron diffraction. In: HAY, D.H., editor. *Techniques for electron microscopy*, 2nd edition. Oxford: Blackwell Scientific, 1965, pp. 478–524.

[30]   WEBBER, J.S. A simple technique for measuring asbestos layer-line spacings during TEM analysis. *Microscope* 1998, **46**, pp. 197–200.

[31]   RHOADES, B.L. XIDENT — A computer technique for the direct indexing of electron diffraction spot patterns. Dept. of Mechanical Engineering, Univ. of Canterbury, Christchurch, New Zealand, 1976. (Research Report 70/76.)

© ISO 2012 – All rights reserved

**ISO 22262-1:2012(E)**

**ICS  13.040.20**

Price based on 70 pages

© ISO 2012 – All rights reserved

Exhibit 98

2 2692          M68233-002-002 Ferro-Anthophyllite   ( 16.4 um x 2.6 um)          2/15/2018



2 2687     M68233-002-001 Ferro-Anthophyllite ( 25.7 um x 0.7 um)     2/15/2018

M68233-002 3.0kV 3.3mm x3.00k SE(UL)

10.0μm



2 2695    M68233-002-003 Ferro-Anthophyllite  (7.6 um x 0.5 um)    2/15/2018

M68233-001 3.0kV 3.3mm x10.0k SE(UL)   5.00μm

2 2674          M68233-001-001 Ferro-Anthophyllite   (6.8 um x 0.9 um)          2/14/2018

M68233-002 3.0kV 3.3mm x11.0k SE(U)

5.00μm

M68233-002 1.0kV 3.3mm x35.0k SE(U)

1.00μm

# THE ASBESTIFORM AND NONASBESTIFORM MINERAL GROWTH HABIT AND THEIR RELATIONSHIP TO CANCER STUDIES

## A PICTORIAL PRESENTATION

**April, 2003**

# The Asbestiform and Nonasbestiform Mineral Growth Habit and Their Relationship to Cancer Studies

**Kelly F. Bailey, CIH**
**Manager, Occupational Health**
**Vulcan Materials Company**
**Birmingham, Alabama**

**John Kelse**
**Corporate Industrial Hygienist**
**Manager, Risk Management Dept.**
**R. T. Vanderbilt Company**
**Norwalk, Connecticut**

**Ann G. Wylie, PhD**
**Asst. President and Chief of Staff**
**Professor of Geology**
**University of Maryland**
**College Park, Maryland**

**Richard J. Lee, PhD**
**President**
**R. J. Lee Group, Inc.**
**Monroeville, Pennsylvania**

The recognition and regulation of asbestiform and nonasbestiform minerals is of critical concern to the entire mining and aggregates industry, to individuals exposed to these materials and to the economic vitality of the United States.

# CONTENTS

**INTRODUCTION** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1
WHY IS THIS DISTINCTION IMPORTANT?  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2

**REFERENCE EXHIBITS**
1.   What is Asbestos? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4
2.   Macroscopic Raw Ore Comparisons . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .8
3.   Light Microscopic Comparisons  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .10
4.   The Aspect Ratio and Particle Width  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12
5.   Byssolite  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .16

**EXPOSURE EXHIBITS**
ASBESTOS EXPOSURES
A.   Libby Montana Vermiculite . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .18
B.   Greek Tremolite . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .20
C.   Korean Tremolite . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .22
D.   Addison/Davis - Tremolite (Jamestown) . . . . . . . . . . . . . . . . . . . . . . . . . . . .24
E.   Addison/Davis - Tremolite (Swansea)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26
F.   Smith - Tremolite FD-72 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28
G.   Stanton - Tremolite 1 and 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30

ASBESTIFORM AND/OR HIGHLY FIBROUS
H.   Cook/Coffin - Ferroactinolite  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .32
I.   Smith - Tremolite FD-31  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .34
J.   Addison/Davis - Tremolite (Italy) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .36

COMMON NONASBESTIFORM EXPOSURES
K.   Homestake Gold Mine  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .38
L.   East Mesabi Range - Taconite  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40
M.   N.Y. State Tremolitic Talc . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .42
N.   Smith - Tremolite FD-275-1 and McConnell - Tremolite 275  . . . . . . . . . . . .46
O.   Wagner - Tremolite (Greenland)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .48
P.   Addison/Davis - Tremolite (Dornie)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .50
Q.   Addison/Davis - Tremolite (Shinness)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . .52
R.   Pott - Actinolite  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .54

**SUMMARY**  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .56

**CONCLUSION**  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .58

**REFERENCES**  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .59

**APPENDIX I - Asbestiform Definition Contributors and Supporters** . . . . . . . . . . . . . . . . . . . . .64

**APPENDIX II - Analytical Issues**  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .65

# INTRODUCTION

It has long been recognized that the inhalation of excessive asbestos fibers, over time, is associated with significant pulmonary disease in humans. The link between asbestos, lung cancer and mesothelioma is well established. Asbestos is perhaps the most feared mineral risk and certainly is among the most publicized, litigated and studied.

Despite this attention, a clear understanding of what asbestos actually is remains a source of confusion to many. This is often demonstrated when commercial asbestos is not known "a priori" to exist in a dust exposure. Nowhere is this problem better demonstrated than the decades old confusion over the difference between asbestiform and nonasbestiform crystal growth.

No federal regulatory agency treats elongated nonasbestiform mineral particulates as asbestos, yet some in the regulatory and health community believe that they should. These individuals mistakenly believe that the essential difference between nonasbestiform minerals and asbestos is not significant from both a mineralogic and biologic perspective.

This pictorial presentation demonstrates that important mineralogic and health differences do, in fact, exist. Health researchers who fail to understand these differences can assign and have attributed the carcinogenic effects of asbestos exposure to nonasbestiform minerals. Because these common, nonasbestiform rock-forming minerals make up so much of the earth's crust, it is important that this error be avoided.

## *WHY IS THIS DISTINCTION IMPORTANT?*

The nonasbestiform minerals are common hard rock forming minerals found throughout the earth's crust. Unlike asbestos, they are not at all rare.

The map below shows the general areas in the continental United States where igneous and metamorphic rocks are likely to be found on or near the surface. Amphiboles and serpentine, the two mineral groups that contain mineral species that may form asbestos, are restricted in their occurrence to these types of rock. When amphiboles and serpentine form part of the bedrock, they may also be found in the overlying soil. All the rock and soil in the shaded areas, however, do not contain amphibole and serpentine, and the occurrence of the asbestiform habits of these minerals in the shaded areas is even more restricted. The shaded areas do not mean that every rock or soil mass in that area contains these minerals, but it does mean that they are often present in these areas.



*igneous or metamorphic rocks (1)*

The composition of the rock also affects the likelihood of finding asbestos. Asbestos is more likely to form during the metamorphism of limestone, mafic and ultramafic rocks and alkali igneous rocks than during the metamorphism of other common rocks such as granite and sandstone. Furthermore, many of the amphiboles, particularly those that contain a significant amount of aluminum, never form asbestiform fibers. Therefore, while the nonasbestiform habits of amphibole and serpentine are common throughout the shaded areas, asbestos occurrences are localized and uncommon.

The U.S. Bureau of Mines reports that the regulation of nonasbestiform minerals as asbestos would significantly impact the mining of important mineral commodities such as gold, copper, iron, crushed stone, sand, gravel and talc. Downstream users of these mineral commodities such as construction, refractories, smelters, ceramics and paint manufacturers, would be affected as well (2).

Therefore, it is important that these nonasbestiform minerals be properly assessed with respect to their health risk.

The goal of this document is to clearly and succinctly demonstrate that mineralogical and biological differences exist between asbestos and common nonasbestiform minerals. To accomplish this objective, this presentation:

- **DESCRIBES THE MINERALOGICAL DIFFERENCES BETWEEN ASBESTIFORM AND NONASBESTIFORM MINERALS.**

- **CLARIFIES THE MINERAL EXPOSURES CITED IN KEY HEALTH STUDIES.**

- **SUMMARIZES THE OUTCOME OF THIS COMPARISON.**

## *REFERENCE EXHIBIT 1*

## What is Asbestos?



In the *Glossary of Geology*, asbestos is defined as. . .

"A commercial term applied to a group of highly fibrous silicate minerals that readily separate into *long, thin, strong* fibers of sufficient flexibility to be woven. . ." (3).

This definition has been further expanded based on mineral-crystallographic studies over the last decade or so:

**A. ASBESTOS** - A collective mineralogic term that describes a variety of certain silicates belonging to the serpentine and amphibole mineral groups, which have crystallized in the asbestiform habit causing them to be easily separated into long, thin, flexible, strong fibers when crushed or processed. Included in the definition are: chrysotile, crocidolite, asbestiform grunerite (amosite), anthophyllite asbestos, tremolite asbestos and actinolite asbestos. The nomenclature and composition of amphibole minerals should conform with International Mineralogical Association recommendations (Leake, B.E., *Nomenclature of Amphiboles*. American Mineralogist. Vol. 82, 1019 - 1037, 1997).

**B. ASBESTOS FIBERS** - Asbestiform mineral fiber populations generally have the following characteristics when viewed by light microscopy:

1. Mean aspect ratios ranging from 20:1 to 100:1 or higher for fibers longer than 5 μm,

2. Very thin fibrils, usually less than 0.5 μm in width,

3. Parallel fibers occurring in bundles, and

4. One or more of the following:
   a) Fiber bundles displaying splayed ends,
   b) Matted masses of individual fibers,
   c) Fibers showing curvature

This definition represents the consensus of a group of mineral scientists, several of whom have published extensively in this area (see Appendix I).

Morphological properties are difficult to apply to single particles when classifying them as a cleavage fragment or a fiber. Distinctions on morphology are most reliably made on populations. Furthermore, in air and water samples, in which particles are often less than 5 μm in length, the presence of asbestos should be verified in bulk material at the source before identification of particles as asbestos can be reliably made. Bulk materials display the full range of distinctive morphological characteristics, but in fibers collected from air and water, the range of morphological properties is more limited.

Asbestiform fibers normally exhibit anomalous optical properties that are distinctive. For example, under polarized light microscopy, asbestiform fibers may display parallel extinction in all orientations, they may display oblique extinction in some orientations at angles that are less than those characteristic of ordinary amphibole fragments in the same crystallographic orientation, they may have only two principal indices of refraction (as opposed to the expected three), or they may display orthorhombic optical properties when monoclinic optical properties are expected (79).

When asbestiform fibers are found in nature, there may be other habits of the same mineral inter-grown such as the brittle, fibrous nonasbestiform habit byssolite and fragments of the enclosing rock (cleavage fragments). Byssolite is characterized by wide, single glassy crystals usually > 1 μm in width. While asbestos is characterized by high tensile strength which results in difficulty on grinding with a mortar and pestle, byssolite and cleavage fragments will easily reduce to powder under the same circumstances (see page 16, Reference Exhibit #5).

Although asbestiform crystal growth is very rare in nature, under the right geologic conditions approximately 100 minerals may be formed in this manner - not just the six minerals we refer to as asbestos (76). Evidence on the carcinogenicity of asbestiform minerals that are not asbestos is mixed, but there is no compelling evidence that all asbestiform minerals are carcinogenic. Different minerals have different biodurabilities, surface chemistries, friabilities in vivo, and bioavailability differences that influence their biological activities (77). Asbestiform richterite, winchite and erionite are examples of fibers that appear to pose a risk similar to that of asbestos (74,78). In contrast, asbestiform talc (72) and minerals such as xonotlite (commonly found in an asbestiform habit but is water soluble) do not appear to pose the same risk.

# ASBESTIFORM

  

In the asbestiform habit, fibers grow almost exclusively in one direction and exhibit narrow width (on the order of 0.1 µm). Fibers that are visible to the eye are bundles of individual crystal fibers known as "fibrils". In some deposits, there is a range in fibril width, sometimes extending up to as much as 0.5 µm. Asbestiform fibers wider than 1.0 µm are always bundles of fibrils. Asbestiform minerals have fibrils that are easily separated, although variability exists. In populations of asbestiform fibers, the distribution of particle widths will reflect single fibrils as well as bundles of fibrils. Under the light microscope, this "polyfilamentous" characteristic of fibers is evident, and **is the single most important morphological characteristic of the asbestiform habit**. Asbestiform fibers are flexible and exhibit high tensile strength. The flexibility may be accounted for by the very narrow widths of fibrils and perhaps by the ability of fibrils to slide past one another on bending.

Six minerals have been regulated as asbestos. These are listed below:

ASBESTIFORM VARIETY
(Asbestos, CAS No. 1332-21-4*)

SERPENTINE GROUP
  chrysotile                          (CAS No. 12001-29-5)

AMPHIBOLE GROUP
  crocidolite                         (CAS No. 12001-28-4)
  grunerite asbestos (amosite)        (CAS No. 12172-73-5*)
  anthophyllite asbestos              (CAS No. 77536-67-5*)
  tremolite asbestos                  (CAS No. 77536-68-6*)
  actinolite asbestos                 (CAS No. 77536-66-4*)

The presence of an asterisk (*) following a CAS Registry Number indicates that the registration is for a substance which CAS does not treat in its regular CA index processing as a unique chemical entity.

For asbestiform fibers to grow, there must be mineral rich fluids that are either associated with regional metamorphism or contact metamorphism around crystallizing igneous bodies. The vast majority of the occurrences of asbestos are small because, in addition to metamorphic fluids, there must be open spaces into which the fibers can grow, a condition restricted to the upper portions of the earth's crust in structurally specific environments such as faults, joints, the axes of folds, etc. Only rarely are large portions of a rock composed of asbestos.

The most common occurrence of asbestos is in cross-fiber or slip fiber veins. In the former, the fiber axes are perpendicular to the walls of narrow openings in the host rock; in the latter, they are parallel. Asbestos rarely occurs as mass fiber bundles in which fibrillar growth is in many directions. This growth pattern is not clearly related to planar structural features of the rock.

# NONASBESTIFORM

  

In the nonasbestiform variety, mineral crystal growth tend not to grow with parallel alignment, but form multi-directional growth patterns instead. When pressure is applied, the crystals fracture easily, fragmenting into prismatic particles called cleavage fragments. Some particles or cleavage fragments are acicular or needle-shaped as a result of the tendency of amphibole minerals to cleave along two dimensions but not along the third. Stair-step cleavage along the edges of some particulates is common. Serpentines have a single cleavage direction and single crystals would form sheets when crushed. Serpentine rock, when crushed, will produce some elongated fragments.

Comminution of nonasbestiform amphibole produces particles that, although generally elongated, have widths larger than asbestos fibers of the same length. These wide widths are characteristic of all amphibole cleavage fragments, even those that have developed higher aspect ratios due to well-developed parting. Byssollite, the most acicular, needle-like nonasbestiform amphibole, will break perpendicular to the fiber axis during comminution because it is brittle, thereby producing particulates with low aspect ratios (See Reference Exhibit 5).

<u>NON-ASBESTIFORM VARIETY</u>

SERPENTINE GROUP
    antigorite                    (CAS No. 12135-86-3)

AMPHIBOLE GROUP
    riebeckite                   (CAS No. 17787-87-0)
    grunerite                    (CAS No. 14567-61-4)
    anthophyllite               (CAS No. 17068-78-9)
    tremolite                    (CAS No. 14567-73-8)
    actinolite                    (CAS No. 13768-00-8)

# Exhibit 99

COLORADO SCHOOL OF MINES RESEARCH INSTITUTE

## A Procedure to Examine Talc for the Presence of Chrysotile and Tremolite-Actinolite Fibers

Prepared for

Johnson & Johnson
501 George Street
New Brunswick, New Jersey

By

Colorado School of Mines Research Institute
Golden, Colorado

Project C10704

December 27, 1973

APPROVED:

Herman Ponder
Director

Jerry Krause
Senior Scientist
Mining Division

James M. Link
Director
Mining Division

Protected Document--Subject to Protective Order

JNJ 000268037

COLORADO SCHOOL OF MINES RESEARCH INSTITUTE

## CONTENTS

|  | Page |
|---|---|
| Introduction | 1 |
| Objective | 2 |
| Summary and Conclusions | 3 |
| Discussion | 4 |
|     Details of the Procedure | 4 |
|         Samples | 4 |
|         Separation Details | 4 |
|         Microscopy | 6 |
|         Tremolite-Actinolite | 7 |
|         Chrysotile | 8 |
|     X-Ray Diffraction | 8 |
| Appendix | |

Protected Document--Subject to Protective Order

JNJ 000268038

Pltf_JNJ_000400002268038

COLORADO SCHOOL OF MINES RESEARCH INSTITUTE                                    1

## INTRODUCTION

The purpose of this document is to report the methods used at the Colorado School of Mines Research Institute for detection of chrysotile and/or tremolite-actinolite in samples predominantly composed of talc. The methods described herein have evolved over a period of time, with the aid of suggestions from many individuals, and are frequently subjected to review.

As the impurity level becomes very low (<<1%), it is necessary to examine increasingly larger amounts of sample in order to detect the impurity. As a result of the requirement to detect the proverbial "needle in a haystack," we have evolved a procedure which preconcentrates the impurities prior to examination. The net effect is that a large initial sample is fractioned in order to reject the majority from further examination.

Protected Document--Subject to Protective Order

JNJ 000268039

Pltf_JNJ_000268039

COLORADO SCHOOL OF MINES RESEARCH INSTITUTE                    2

## OBJECTIVE

The objective of this work was to develop a procedure to screen talc for the presence of chrysotile and tremolite-actinolite asbestos minerals. Based on past experience with detecting and identifying minerals when present at low levels, a concentration of the phases to be detected was considered essential to the success of any suggested procedure. Once concentrated the impurities could be detected by conventional methods of examination.

Protected Document--Subject to Protective Order

JNJ 000268040

Pltf_JNJ_0004000268040

COLORADO SCHOOL OF MINES RESEARCH INSTITUTE 3

## SUMMARY AND CONCLUSIONS

A procedure to detect the presence of chrysotile and/or tremolite-actinolite fibers in talc is presented. The procedure involves two heavy liquid separations to concentrate any chrysotile and tremolite-actinolite which may be present. The heavy liquid concentrates are examined by optical microscopy for the presence of optical size (greater than approximately 2 microns in length) fibers of chrysotile and/or tremolite-actinolite. The procedure is capable of detecting fibers present at a level of approximately 10 ppm or less.

Protected Document--Subject to Protective Order

JNJ 000268041

Pltf_JNJ_000268041

COLORADO SCHOOL OF MINES RESEARCH INSTITUTE                    4

## DISCUSSION

### DETAILS OF THE PROCEDURE

The optical and physical properties of talc, chrysotile, and tremolite-actinolite important to their separation, concentration, and identification are listed in the table on the following page.

The separation and concentration technique involves heavy liquid separations and is therefore dependent upon specific gravity differences. Identification of the phases thus separated and concentrated is based upon their optical and morphological properties.  It is estimated that the following procedure will allow the detection of chrysotile and/or tremolite-actinolite when each is present at a level of approximately 10 ppm or less.

#### Samples

This method may be applied to a variety of samples ranging from raw ore to final metallurgical concentrates.  Raw ore samples should ideally be crushed and sized to -200+325 mesh to liberate talc and other minerals.  Metallurgical process samples containing a large proportion of -325 mesh material can be handled in the same manner although the centrifuging and filtering times will be increased.

#### Separation Details

Five-gram samples are added to each of two 125-ml separatory funnels which contain approximately 75 ml of heavy liquid (2.90 sp gr).[1]

_____

(1)  Centigrav; commercially available from American Mini-Chem Co., Corapolis, Penn., 15108.

Protected Document--Subject to Protective Order

JNJ 000268042

Pltf_JNJ_000268042

Protected Document--Subject to Protective Order

## Relevant Optical and Physical Properties of Talc, Chrysotile, and Tremolite-Actinolite[1]

| | Optic Sign | Optic Orientation | Refractive Indices | | | Specific Gravity | Morphology |
|---|---|---|---|---|---|---|---|
| | | | $\alpha$ | $\beta$ | $\gamma$ | | |
| Talc | (-) | $Z \wedge a \cong 10°$ $X \cong b$ | 1.539-1.550 | 1.589-1.594 | 1.589-1.600 | 2.59-2.83 | Plate Fiber[2] |
| Chrysotile | (-) | X = C | 1.532-1.549 | -- | 1.545-1.556 | ~2.55 | |
| Tremolite-Actinolite | (-) | $Z \wedge c$ = 10-21° | 1.599-1.688 | 1.612-1.697 | 1.622-1.705 | 3.02-3.44 | Fiber |

(1) Data from Deer, Howie, and Zussman, Rock Forming Minerals, vol. 2, 1962; vol. 3, 1963.
(2) Fiber -- any material having a form such that it has a minimum length to average maximum width of 3:1.

COLORADO SCHOOL OF MINES RESEARCH INSTITUTE

5

Pltf_JNJ_000000268043

JNJ 000268043

COLORADO SCHOOL OF MINES RESEARCH INSTITUTE                6

Each sample is well dispersed by thorough shaking of the loaded stoppered funnels, and then centrifuged at 800 rpm for two intervals of 1/2 hr.  The float material is agitated slightly between centrifuge intervals to aid in releasing high specific gravity particles which may be trapped in the tightly packed floating fraction.  The heavy and light fractions are collected separately on 0.45μ millipore filters, washed with ethanol or isopropyl alcohol, dried, and carefully weighed.  The heavy fraction (sp gr >2.90) will be examined for tremolite-actinolite.

The light fraction (sp gr <2.90) collected above is reprocessed in an identical manner in a liquid of sp gr 2.65.  The light fraction with sp gr <2.65 will be examined for chrysotile.  The fraction with sp gr >2.65 and <2.90 is assumed to be predominantly talc and therefore is not subjected to further examination.  This fraction could of course contain fragments of other minerals locked to the talc.

The 2.65 sp gr liquid is prepared by diluting Certigrav 2.90 sp gr liquid with n, n dimethylformamide having a specific gravity of 0.95. The heavy liquid can be recovered from the alcohol-n, n dimethylformamide washings by extraction with large volumes of water.

The fractions recovered from the heavy liquid separations generally amount to 20 mg or less.

<u>Microscopy</u>

Optical examination of the heavy liquid separates for the presence of fibers is a sensitive examination method.  Optical microscopy can detect fibers with a length greater than approximately 2μ, when present at a level

Protected Document--Subject to Protective Order                                      JNJ 000268044

Pltf_JNJ_00040002268044

COLORADO SCHOOL OF MINES RESEARCH INSTITUTE                    7

of approximately 0.1% or greater.  If optical examination at magnifications up to approximately 625X does not reveal the presence of fibrous particles, the sample can be passed as being clean.  If fibrous material is detected optically, then specific identification of the fibers must be attempted.  Optical identification is difficult and subject to numerous errors, especially when working with small particles which are near the resolution limit of the microscope.  Electron microscopic examination employing selected area electron diffraction and/or x-ray emission spectrography may be required in order to specifically identify small fibrous particles.

The following optical identification schemes require a great deal of expertise, and are subject to errors introduced by small particle size, the presence of talc fibers, plates lying on edge thereby appearing to be fibers, overlap in optical properties, and variable reaction of chrysotile to the iodine stain.

<u>Tremolite-Actinolite</u>

The heavy liquid separate having a sp gr >2.90 is mounted in immersion oil of refractive index 1.600 for transmitted light examination under a petrographic microscope.  All amphiboles have refractive indices appreciably greater than 1.600 and will be readily visible.  All observations are made at magnifications of 125X and 250X.  Single particles are occasionally examined at a magnification of 625X.  Tremolite-actinolite fibers are identified by having length to width ratios greater than or equal to 3:1; refractive indices greater than or equal to 1.600; and extinction angle varying between 10° and 21°.

Protected Document--Subject to Protective Order

JNJ 000268045

Pltf_JNJ_00040002268045

## JNJ000268037

## Metadata

| | | |
|---|---|---|
| **BegAttach** | JNJ 000268034 | ORIGINAL |
| **Confidentiality** | Y | ORIGINAL |
| **Custodian** | Legacy 1 | ORIGINAL |
| **DocumentType** | Physical | ORIGINAL |
| **EndAttach** | JNJ 000268045 | ORIGINAL |
| **PgCount** | 9 | ORIGINAL |
| **Text Path** | TEXT\0276\JNJ 000268037.txt | ORIGINAL |
| **Trial_Ex_Number** | Pltf_JNJ_00040942 | ORIGINAL |

# Exhibit 100



*TF*

PROPOSED SPECS FOR ANALYZING

TALC FOR ASBESTOS

Protected Document--Subject to Protective Order

JNJ 000232679

Pltf_JNJ_00029049

*Johnson & Johnson*

**New Brunswick, N.J.**
May 16, 1973

*Subject:*

Dr. F. R. Rolle

I am going to England Friday, May 25.  I have been asked to
bring along our proposed specs for analyzing talc for "asbestos."

Please get me copies of all reports, correspondence, etc., that
are pertinent,  plus a cover memo outlining our recommendations.

England is considering method of preconcentrating the asbestos
so as to be able to analyze by X-ray.   They find no "asbestos"
by doing this with Italian talc.   They find (Pooley) 0.05% of a
tremolite-type in Vermont.

T. H. Shelley

mf
c:  Dr. R. A. Fuller
    Dr. A. J. Goudie
    Dr. W. Nashed
    Dr. D. R. Petterson

RECEIVED
MAY 1 8 1973
W. NASHED
JOHNSON & JOHNSON

Protected Document--Subject to Protective Order

JNJ 000232680

Pltf_JNJ_00029049

*Johnson & Johnson*

*New Brunswick, N.J.*
May 22, 1973

*Subject:* PROPOSED SPECS FOR ANALYZING
TALC FOR ASBESTOS

Dr. T. H. Shelley

I.   USP

II.  Other Methods

Step Scanning X-Ray Diffractometry

Advantages

Disadvantages

Preconcentration of Asbestos (Pooley Method)

Differential Thermal Analysis

Microscopy

Electron Microscopy and Petrology

Dispersion Staining

III.  Present Strategy

F. Robert Rolle, Ph.D.

ab
cc:  Dr. A. J. Goudie
     Dr. G. Hildick-Smith
     Dr. W. Nashed
     Dr. D. R. Petterson

RECEIVED
MAY 23 1973
W. NASHED
JOHNSON & JOHNSON

Protected Document--Subject to Protective Order

JNJ 000232681

Pltf_JNJ_00029049

- 1 -

I. USP

We have been working on a preliminary draft with Mr. George Heinze on developing a USP method for the detection of asbestos in talc.  Exhibit A is the USP XIX comment proof on X-ray diffraction.  Exhibit B is our detailed procedure which has been submitted to Mr. Heinze, for determination of amphibole (such as, tremolite) and serpentine (such as, chrysotile) in talc by scanning X-ray diffractometry. Using this method on Italian Talc used in SHOWER TO SHOWER* Powder, we find a level of detectability of 1% for Tremolite and 5% Chrysotile.

II. Other Methods Which Have Been or Are Under Consideration for the Detection of Asbestos in Talc

Step Scanning X-Ray Diffractometry

Advantages:  Level of detectability better than by scanning X-ray diffraction.  For example, by this method we can detect 0.1% tremolite and 3% chrysotile in Italian talc (Exhibit C).

Disadvantage:  Using the step scanning procedure, it takes one day per sample for analysis vs. a small fraction of a day for the scanning method.

*A Trademark of JOHNSON & JOHNSON.

Protected Document--Subject to Protective Order

JNJ 000232682

Pltf_JNJ_00029049

- 2 -

Preconcentration of Asbestos followed by X-Ray Diffraction
Analysis (Pooley Method)

Dr. Pooley has developed two techniques for preconcen-
tration of chrysotile and tremolite in talc followed by
X-ray diffraction analysis.  For chrysotile (Exhibit D),
his level of detectability is 0.05% and when this method
is applied to Italian and Vermont talc, no chrysotile is
detected.  The second technique developed also by Dr.
Pooley involves preconcentration of tremolite in talc
(different procedure) followed by X-ray diffraction analysis.
This technique has not been written up yet, but evidently
when applied to Vermont talc, 0.05% of tremolite-type is
found.  The limitation of this method is that it may be
too sensitive.

Differential Thermal Analysis (DTA)

DTA has proven to be a relatively fast and sensitive method
(at least 1%) for detection of chrysotile in talc (Exhibit
C).  The DTA method is not applicable for the detection of
tremolite in talc.  At our suggestion, the FDA recently
purchased a DTA unit, presumably to look into this method
for detecting chrysotile.

Protected Document--Subject to Protective Order

JNJ 000232683

Pltf_JNJ_00029049

- 3 -

Microscopy

A.    Electron Microscopy and Petrology

The areas of electron microscopy and optical microscopy (petrology) have been thoroughly evaluated, but though, not without merit, they suffer from the following limitations:

a)    require a fair degree of expertise
b)    in the case of electron microscopy, we are dealing with an expensive instrument that few laboratories have.
c)    one is viewing a very small amount of material ($\mu$g) under the microscopy and one wonders how representative it is of the bulk material.  Multiply sampling and viewing under the microscopy may eliminate this problem, but it results in consumation of a great deal of time.
d)    the level of detection really depends upon the amount of time spent with the microscope.
e)    quantification by particle counting is very time consuming and normally not done.

B.    Dispersion Staining

The dispersion staining method championed by Dr. Walter McCrone looked initially very exciting as a quick, easy method for scanning talc for asbestos.  However, it was found (Exhibit E) that certain non-asbestos minerals gave the same dispersion staining characteristics as the asbestos minerals.  The method evidently lacks specificity when applied to talc.

Protected Document--Subject to Protective Order

JNJ 000232684

Pltf_JNJ_00029049

- 4 -

III.   Present Strategy

Present plans call for scanning X-ray diffraction for the detection of both amphibole and serpentine asbestos in talc.  In the case of chrysotile (serpentine), Differential Thermal Analysis may be a good alternate method since it offers a level of detectability of 1% chrysotile in talc vs. 5% chrysotile in talc by scanning X-ray diffraction.

Protected Document--Subject to Protective Order