UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| SHANNON ROBERTSON and WAYNE ROBERTSON, Plaintiffs, v. JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER, INC., Defendants. | Civil Action No.: 3:19-cv-14051 DIRECT FILED ACTION |

**NOTICE OF FILING**

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 20th day of June 2019 on behalf of Shannon Robertson and Wayne Robertson.

Dated: 6/24/2019            Respectfully Submitted,

/s/ W. Cameron Stephenson
W. CAMERON STEPHENSON (Fla. Bar. 0051599)
**LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL  32502
Phone:          850-435-7176
Fax:             850-436-6063
Email:          cstephenson@levinlaw.com

ATTORNEY FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of June 2019, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

<u>/s/ W.Cameron Stephenson</u>