**UNITED STAES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>ROXANNE BROWN,<br><br>                    Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC.,<br><br>                    Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br><br><br>Civil Action No.: 3:19-cv-14138 |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 21, 2019 on behalf of Plaintiff Roxanne Brown.

Dated: 6/25/2019

                                          Respectfully Submitted by,

                                          */s/ Vanessa H. Gross*
                                          Thomas P. Cartmell MO# 45366
                                          tcartmell@wcllp.com
                                          Vanessa H. Gross MO# 61250
                                          vgross@wcllp.com
                                          Wagstaff & Cartmell, LLP
                                          4740 Grand Avenue, Suite 300
                                          Kansas City, MO 64112
                                          (816) 701-1100
                                          FAX (816) 531-2372
                                          **Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on June 25, 2019.

*/s/ Vanessa H. Gross*
Vanessa H. Gross
