UNITED STAES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> PAULA A. JONES, <br><br>                              Plaintiff, <br> v. <br><br> JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., <br><br>                              Defendants. | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS GOODMAN <br><br><br> Civil Action No.: 3:19-cv-14133 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 21, 2019 on behalf of Plaintiff Paula A. Jones.

Dated: 6/25/2019

Respectfully Submitted by,

*/s/ Vanessa H. Gross*
Thomas P. Cartmell MO# 45366
tcartmell@wcllp.com
Vanessa H. Gross MO# 61250
vgross@wcllp.com
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
FAX (816) 531-2372
**Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on June 25, 2019.

*/s/ Vanessa H. Gross*
Vanessa H. Gross