## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM | MDL No. 2738 (FLW) (LHG) |
| POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | |
| KRISTY POOLE AND DEMETRIUS POOLE, | |
| Plaintiffs, | Civil Action No.: 3:19-cv-14040 |
| v. | DIRECT FILED ACTION |
| JOHNSON & JOHNSON, JOHNSON & JOHNONS CONSUMER, INC., | |
| Defendants. | |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short

Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 20th day

of June 2019 on behalf of Kristy Poole and Demetrius Poole.


Dated:  6/25/2019                        Respectfully Submitted by,


                                          */s/ Cameron Stephenson*
                                         Cameron Stephenson
                                         Florida Bar No.: 0051599
                                         LEVIN PAPANTONIO THOMAS MITCHELL
                                         RAFFERTY & PROCTOR, P.A.
                                         316 South Baylen Street, Suite 600
                                         Pensacola, FL 32502
                                         Telephone: (850) 435-7186
                                         Facsimile: (850) 436-6186
                                         Email: cstephenson@levinlaw.com
                                         ATTORNEY FOR THE PLAINTIFFS

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of June 2019, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Cameron Stephenson*