UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>NANCY KOINOGLOU<br>            Plaintiff,<br>v.<br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER, INC. f/k/a/ JOHNSON & JOHNSON CONSUMER COMPANIES, INC.<br><br>            Defendants. | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br>Civil Action No.: 3:19-CV-14310<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on June 26, 2019 on behalf of Nancy Koinoglou.

Dated: June 26, 2019

Respectfully submitted,

_____
Daniel J. McGlynn (LA#17051)

Julie H. Ralph (LA#37833)

MCGLYNN, GLISSON & MOUTON

340 Florida Street (70801)

P.O. Box 1909

Baton Rouge, LA 70821-1909

(225) 344-3555

(225) 344-3666 – Facsimile

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the EM/ECF participants registered to receive services in this MDL.

Julie H. Ralph

Attorney for Plaintiff