UNITED STAES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS GOODMAN |
| Theresa Norris<br><br>                    Plaintiff<br><br>v.<br><br>Johnson & Johnson, Johnson & Johnson Consumer, Inc., Imerys Talc America, Inc. ("Imerys Talc"), and Personal Care Products Council (PCPC")<br><br>                    Defendants | Civil Action No.: 3:19-cv-14324 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on June 26, 2019 on behalf of Plaintiff, Theresa Norris.

Dated:    June 26, 2019

By: /s/ Mekel Smith Alvarez
MEKEL SMITH ALVAREZ, ESQ. (LSBA #22157)
mekel@dugan-lawfirm.com
DOUGLAS R. PLYMALE, ESQ. (LSBA #28409)
dplymale@dugan-lawfirm.com
JAMES R. DUGAN, II, ESQ. (LSBA #23785)
jdugan@dugan-lawfirm.com
THE DUGAN LAW FIRM APLC
365 Canal Street, Suite 1000
New Orleans, LA  70130
Telephone: (504) 648-0180
Fax: (504) 648-0181

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on June 26, 2019.

/s/ Mekel Smith Alvarez
Mekel Smith Alvarez
