# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | MDL NO. 3:16-md-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| **This document relates to:**<br><br>FRIDA IVETTE MARRACHE<br>Civil Case No. 3:19-cv-14337-FLW-LHG | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to First Amended Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 26, 2019, on behalf of Plaintiff Frida Ivette Marrache.

DATED: June 27, 2019

Respectfully Submitted,

**KIESEL LAW LLP**

By: */s/ Melanie Meneses Palmer*
Melanie Meneses Palmer (CA # 286752)
8648 Wilshire Boulevard
Beverly Hills, California  90211
Tel. (310) 854-4444
Fax (310) 8540812
palmer@kiesel.law

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: June 27, 2019						Respectfully Submitted,


							By:	*/s/ Melanie Meneses Palmer*
								Melanie Meneses Palmer
								KIESEL LAW LLP
								8648 Wilshire Boulevard
								Beverly Hills, California  90211
								Tel. (310) 854-4444
								Fax (310) 854-0812
								E-mail: palmer@kiesel.law

								Counsel for Plaintiff