```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        Minutes of Proceeding

OFFICE: TRENTON
JUDGE FREDA L. WOLFSON, U.S.D.J.         Date: June 27, 2019
Court Reporter: Vincent Russoniello

TITLE OF CASE:
                                         CIVIL: 16-2738(FLW)(LHG)
IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

APPEARANCES:

See attached sign in sheets

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Status Conference held (Not on the record)
Daubert hearings to being July 22, 2019 at 10:00 A.M.




TIME COMMENCED: 10:00 A.M.
TIME ADJOURNED: 11:00 A.M.         s/Jacqueline Merrigan
TOTAL TIME:  1 hour                    Deputy Clerk
```

INITIAL
STATUS/SETTLEMENT ✓
FINAL PRETRIAL

DATE: 6-27-19

CASE NAME: J+J MDL

TIME: 10:00

CIVIL ACTION NO.: 16-2738

## APPEARANCES

NAME: Thomas Locke
FIRM NAME: Seyfarth Shaw LLP
MAILING ADDRESS: 975 F Str. NW Washington, DC 20004
PHONE NO.: 202-828-5376
WHOM YOU REPRESENT: Personal Care Products Council

NAME: Susan Sharko
FIRM NAME: Drinker Biddle
MAILING ADDRESS: 600 Campus Drive Florham Park, NJ 07932
PHONE NO.: 973-549-7000
WHOM YOU REPRESENT: J&J Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NAME: John Beisner
FIRM NAME: Skadden Arps
MAILING ADDRESS: 1440 New York Ave., NW Washington, DC 20005
PHONE NO.: 202-371-7410
WHOM YOU REPRESENT: J&J Defendants

NAME: Julie Tersigni
FIRM NAME: Drinker Biddle
MAILING ADDRESS: 600 Campus Drive Florham Park, NJ 07932
PHONE NO.: 973-549-7000
WHOM YOU REPRESENT: J&J Defendants

INITIAL
STATUS/SETTLEMENT
FINAL PRETRIAL

DATE _____

TIME _____

CASE NAME: _____

CIVIL ACTION NO.: _____

## APPEARANCES

NAME: Caroline Tinsley

FIRM NAME: Tucker Ellis LLP

MAILING ADDRESS: 100 S 4th Street Suite 600 St. Louis MO 63102

PHONE NO.: 314-571-4965

WHOM YOU REPRESENT: PTI Union, LLC  PTI Royston, LLC

\*\*\*\*\*\*\*\*\*\*\*   \*\*\*\*\*\*\*\*\*\*\*

NAME: Bart H. Williams

FIRM NAME: Proskauer Rose LLP

MAILING ADDRESS: 2029 Century Park E., Ste. 2300 Los Angeles, CA 90067

PHONE NO.: (310) 284-4520

WHOM YOU REPRESENT: J&J Defendants

---

NAME: Janet L. Poletto

FIRM NAME: Hardin, Kundla, McKeon & Poletto

MAILING ADDRESS: 673 Morris Ave Springfield, N.J. 07081

PHONE NO.: (973) 912-5222

WHOM YOU REPRESENT: PTI Union, LLC  PTI Royston, LLC

\*\*\*\*\*\*\*\*\*\*\*   \*\*\*\*\*\*\*\*\*\*\*

NAME: _____

FIRM NAME: _____

MAILING ADDRESS: _____

PHONE NO.: _____

WHOM YOU REPRESENT: _____

INITIAL  
STATUS/SETTLEMENT  
FINAL PRETRIAL _____  DATE _____

CASE NAME: _____  TIME _____

CIVIL ACTION NO.: _____

## APPEARANCES

NAME: Jennifer Cheong  
FIRM NAME: Barry McTiernan & Wedinger  
MAILING ADDRESS: 10 Franklin Ave, Edison  
PHONE NO.: 732-738-5600  
WHOM YOU REPRESENT: PCPC

NAME: Leigh O'Dell  
FIRM NAME: PSC  
MAILING ADDRESS:  
PHONE NO.:  
WHOM YOU REPRESENT:

**********

NAME: Michelle Parfitt  
FIRM NAME: Ashcraft & Gerel  
MAILING ADDRESS: 1825 K St N.W., W.D.C. 20036  
PHONE NO.:  
WHOM YOU REPRESENT:

NAME:  
FIRM NAME:  
MAILING ADDRESS:  
PHONE NO.:  
WHOM YOU REPRESENT: