UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Linda Adalsteinsson v. Johnson & Johnson, et al.*<br>Case No.: 3:19-cv-14456 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Linda Adalsteinsson, individually and as representative of the Estate of Elizabeth Jesser.

Dated: June 28, 2019                                   Respectfully submitted,

                                                            By: */s/ Stuart L. Goldenberg*
                                                            Stuart L. Goldenberg (MN #0158719)
                                                            Noah C. Lauricella (MN #397896)
                                                            **GOLDENBERGLAW, PLLC**
                                                            800 LaSalle Avenue, Suite 2150
                                                           Minneapolis, MN 55402
                                                           (612) 333-4662 (Tel)
                                                           (612) 367-8107 (Fax)
                                                           slgoldenberg@goldenberglaw.com
                                                           nclauricella@goldenberglaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 28th day of June, 2019.

                                                                                   */s/ Stuart L. Goldenberg*

1