# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No: 2738 (FLW)(LHG)** |
| *This document relates to:* *Patricia M. Reavy and George C. Reavy, w/h v. Johnson & Johnson, et al.* Member Case No: 3:19-cv-14348 | |

## NOTICE OF FILING

Notice is hereby given in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on June 27, 2019 on behalf of Plaintiffs, Patricia M. Reavy and George C. Reavy, w/h.

**DATED:** 6-28-2019

Respectfully submitted,

*/s/ Richard M. Golomb*
Richard M. Golomb, Esquire
**GOLOMB & HONIK, P.C.**
1835 Market Street, Suite 2900
Philadelphia, PA  19103
Phone: (215) 985-9177
Fax:    (215) 985-4169
Email:  rgolomb@golombhonik.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Richard M. Golomb, hereby certify that on this **28th** day of **June 2019**, I caused a true and correct copy of the foregoing: *Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand* was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:     6-28-19**

                                                 */s/ Richard M. Golomb*
                                                 Richard M. Golomb, Esquire
                                                 **GOLOMB & HONIK, P.C.**
                                                 1835 Market Street, Suite 2900
                                                 Philadelphia, PA  19103
                                                 Phone: (215) 985-9177
                                                 Fax:    (215) 985-4169
                                                 Email:  rgolomb@golombhonik.com

                                                 *Attorney for Plaintiff*