# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| DALPHINA GOULD,<br><br>                    Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC. F/K/A JOHNSON & JOHNSON CONSUMER COMPANIES, INC.,<br><br>                    Defendants. | Civil Action No.: 3:19-cv-06856-FLW-LHG |

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2019, pursuant to First Amended Case Management Order No. 3, I served Defendants Johnson & Johnson and Johnson & Johnson Consumer, Inc. in the above-captioned matter with the Short Form Complaint and Jury Demand, Civil Cover Sheet, and Summons In A Civil Action, via first class, certified mail addressed to Law Department, Johnson & Johnson, One Johnson & Johnson Plaza, New Brunswick, New Jersey 08933, and to Law Department, Johnson & Johnson Consumer, Inc., One Johnson & Johnson Plaza, New Brunswick, New Jersey 08933, respectively.

1

This Certificate of Service will be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

DATED: June 28, 2019                  Respectfully Submitted,

                By:   /s/ Melanie Meneses Palmer
                      Melanie Meneses Palmer
                      **KIESEL LAW LLP**
                      8648 Wilshire Boulevard
                      Beverly Hills, California  90211
                      Tel.: (310) 854-4444
                      Fax: (310) 854-0812
                      E-mail: palmer@kiesel.law

                      *Counsel for Plaintiff*