## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | Case No. 3-16-md-2738 (FLW)(LHG)<br>MDL No. 2738 (FLW) (LHG) |
| *This document relates to:*<br>CHERYL A. APPLEBEE, Individually, and victim; SUSAN APPLEBEE, Individually and daughter, ERICKA APPLEBEE, Individually and daughter; LINDSEY APPLEBEE, Individually and daughter; and WILONA VIEGA, Individually and daughter.<br>Case No. 3:19-cv-14241 | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on June 26, 2019 on behalf of Plaintiff captioned above.

Dated: June 28, 2019　　　　　Respectfully Submitted by:

　　　　　　　　　　　　　　　/s/ Nicole K.H. Maldonado
　　　　　　　　　　　　　　　Nicole K.H. Maldonado, Esq.
　　　　　　　　　　　　　　　Michael L. Baum, Esq.
　　　　　　　　　　　　　　　Baum Hedlund Aristei & Goldman, P.C.
　　　　　　　　　　　　　　　10940 Wilshire Boulevard, 17th Floor
　　　　　　　　　　　　　　　Los Angeles, CA 90024
　　　　　　　　　　　　　　　Tel: 310-207-3233 // Fax: 310-820-7444
　　　　　　　　　　　　　　　nmaldonado@baumhedlundlaw.com
　　　　　　　　　　　　　　　mbaum@baumhedlundlaw.com
　　　　　　　　　　　　　　　*Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2019, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operations of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Nicole K.H. Maldonado
Nicole K.H. Maldonado, Esq.
Baum Hedlund Aristei & Goldman, P.C.
10940 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90024
Tel: 310-207-3233 // Fax: 310-820-7444
nmaldonado@baumhedlundlaw.com