UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG)** |
| **THIS DOCUMENT RELATES TO:** | |
| *Jakan v. Johnson & Johnson, et al.*, | |

**NOTICE OF FILING**

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- Janet Jakan; 3:19-cv-14309

This 1st day of July 1, 2019.

                                                                Respectfully submitted by,

                                                                s/ D. Todd Mathews
                                                                D. Todd Mathews, #52502 (MO)
                                                                Gori Julian & Associates, P.C.
                                                                156 N. Main Street
                                                                Edwardsville, IL 62025
                                                                (618) 659-9833 – Telephone
                                                                (618) 659-9834 – Facsimile

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 1st day of July 2019.

>   */s/ D. Todd Mathews*
>   D. Todd Mathews