ANDRUS WAGSTAFF PC
7171 W Alaska Drive
Lakewood, CO 80226
303-376-6360
*Attorneys for Plaintiff Mary S. Liston, et al*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Mary S. Liston, et al v. Johnson & Johnson, et al.   Case No. 3:19-cv-14590 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on July 1, 2019 on behalf of Plaintiffs Mary S. Liston and George Liston.

        */s/ Cristen Mendoza*
        Cristen Mendoza
        ANDRUS WAGSTAFF PC
        7171 W Alaska Drive
        Lakewood, CO 80226
        (303) 376-6360 Telephone
        (303) 376-6361 Facsimile
        cristen.mendoza@andruswagstaff.com

        Attorney for Plaintiffs

Dated: July 2, 2019

## CERTIFICATE OF SERVICE

      I hereby certify that on July 2, 2019, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                        */s/ Cristen Mendoza*
                                        Cristen Mendoza

                                        ANDRUS WAGSTAFF PC