## CERTIFICATE OF SERVICE

I, P. Leigh O'Dell, hereby certify that I caused a copy of the foregoing Plaintiffs' Steering Committee's Expedited Motion to Compel J&J to Produce the Blount Report for *In Camera* Inspection by the Court in Advance of the Upcoming Daubert Hearing to be filed electronically via the court's electronic filing system the 3rd day of July, 2019.  Those attorneys who are registered with the court's electronic filing system may access these filings through the court's system, and notice of these filings will be sent to these parties by operation of the court's electronic filing system.

Dated:        July 3, 2019                          */s/ P. Leigh O'Dell*
                                                    P. Leigh O'Dell