# Exhibit 4

**MEHAFFY & WEBER**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
2615 CALDER AVENUE
POST OFFICE BOX 16
BEAUMONT, TEXAS 77704

ONE ALLEN CENTER
500 DALLAS, SUITE 1200
HOUSTON, TEXAS 77002
TELEPHONE (713) 655-1200
FAX (713) 655-0222

1006 GREEN AVENUE
P O BOX 169
ORANGE, TEXAS 77630
TELEPHONE (409) 886-7766
FAX (409) 886-7790

TELEPHONE (409) 835-5011
FAX (409) 835-5177
(409) 835-5729

March 16, 1998

Re: NO. D-157746; Darlene Coker, and spouse Roy Coker vs. Bill Thames Pharmacy Inc., et al; M&W File No. 3125-11

Mr. John C. O'Shaughnessy
Assistant General Counsel
Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, N.J. 08933-7002

Dear Mr. O'Shaughnessy:

On Thursday, March 12, 1998 and Monday March 16, 1998, I spoke with Dr. Alice Bloundt about the possibility of retaining her as an expert in the above entitled case. Dr. Bloundt is a geologist and mineralogist who has written extensively on talc and asbestos contamination in commercial talc preparations. Dr. Bloundt was formerly a professor at Rutgers University, but is now employed by Pluess-Staufer Industries, Inc., a mining concern in Proctor, Vermont.

Although Dr. Bloundt seemed less than ecstatic about the idea of testifying in a legal proceeding, she agreed to consult in the case if we desired her to do so, but stated that in her opinion, commercial talcum powder preparations including Johnson & Johnson Baby Powder contain trace amounts of asbestos. However, Dr. Bloundt said that all powders she tested, including Johnson & Johnson Baby Powder were well below acceptable limits (as defined by OSHA) and that she considered Vermont talc as some of the purest talc available. In addition, Dr. Bloundt stated that she did not think that whatever amount of asbestos that might be present in baby powder was harmful, that the concern about talc was blown out of proportion, and that she has a very high opinion of Johnson & Johnson Baby Powder.

Although she did not elaborate, Dr. Bloundt asked whether she would be called as a witness regardless of whether she agreed to consult for us. When I asked her why she felt that she might be called to testify, she indicated that some of her research or publications while at

MW/113815

J&J-0049964

JNJ 000064591

## MEHAFFY & WEBER

Mr. John O'Shaughnessy
March 16, 1998

Page 2

Rutgers were funded by Johnson & Johnson. We might want to see if Johnson & Johnson has any records relating to funding of Dr. Bloundt's research.

Please feel free to contact me at any time should you have any questions or desire additional information on this matter.

Very truly yours,

M. Raymond Hatcher
For the Firm

MRH/jah

MW/113815

J&J-0049965

JNJ 000064592