# Exhibit 8

# In The Matter Of:

*Olson v.*
*Johnson & Johnson (c)*

---

*February 15, 2019*

---

*NY County Supreme Court*

Original File 15 FEB 2019 corrected.txt
**Min-U-Script® with Word Index**

Olson v.
Johnson & Johnson (c)

February 15, 2019

---

Page 790

```
 1   SUPREME COURT OF THE STATE OF NEW YORK
     COUNTY OF NEW YORK:  CIVIL TERM:  PART 7
 2   - - - - - - - - - - - - - - - - - - X
                                         :
 3   DONNA A. OLSON and ROBERT M. OLSON,  :  INDEX NUMBER:
                                         :
 4             Plaintiff(s),             :  190328/2017
                                         :
 5      - against -                      :  JURY TRIAL
                                         :
 6   BRENNTAG NORTH AMERICA, INC.; BRENNTAG
     SPECIALTIES, INC.,                  :
 7      Individually, and f/k/a Mineral  :
        Pigment Solutions, Inc., as      :
 8      successor-in-interest to Whittaker, :
        Clark & Daniels, Inc.,           :
 9   CYPRUS AMAX MINERALS COMPANY,       :
        Individually and as             :
10      successor-in-interest to American :
        Talc Company, Metropolitan Talc  :
11      Company, Inc., Charles Mathieu,  :
        Inc., and Resource Processors,   :
12      Inc.;                            :
     IMERYS TALC AMERICA, INC.;          :
13   JOHNSON & JOHNSON CONSUMER, INC.;   :
     WHITTAKER, CLARK & DANIELS, INC.,   :
14      Individually and as             :
        successor-in-interest to American :
15      Talc Company, Metropolitan Talc  :
        Company, Inc., Charles Mathieu,  :
16      Inc., and Resource Processors, Inc; :
                                         :
17                                       :
                                         :
18             Defendant(s).             :
                                         :
19   - - - - - - - - - - - - - - - - - - X
20                     Supreme Court New York
                       60 Centre Street
21                     New York, New York 10007
                       February 15, 2019
22   B E F O R E :
23        HONORABLE GERALD LEBOVITZ,
                       Justice of the Supreme Court
24                     (And a Jury)
25
```

---

Page 791

```
 1   A P P E A R A N C E S :
 2        For the Plaintiff(s):
 3        LEVY KONIGSBERG, LLP
          800 Third Avenue
 4        New York, New York 10022
          BY:  JEROME H. BLOCK, ESQ.
 5             ROBERT KOMITOR, ESQ.
 6             -and-
 7        MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC
          150 West 30th Street
 8        New York, New York 10001
          BY:  SUZANNE M. RATCLIFFE, ESQ.
 9             CHRISTIAN HARTLEY, ESQ.
10
11        For the Defendant(s):
          JOHNSON & JOHNSON
12
          PATTERSON BELKNAP WEBB & TYLER, LLP
13        1133 Avenue of the Americas
          New York, New York 10036
14        BY:  THOMAS P. KURLAND, ESQ.
               LOUIS M. RUSSO, ESQ.
15
               -and-
16
          KIRKLAND & ELLIS, LLP
17        300 North LaSalle Street
          Chicago, Illinois 60654
18        BY:  MIKE BROCK, ESQ.
               STACEY GARBIS PAGONIS, ESQ.
19             BARRY FIELDS, ESQ.
               ALLISON RAY, ESQ.
20
21                        LA TONIA LEWIS, RPR, CRR
22                        VINCENT PALOMBO, RMR, CRR
                          SENIOR COURT REPORTERS
23
24
25
```

---

Page 792

Proceedings

1    (Whereupon, Plaintiffs' Exhibits 23, 25, 26, 27,

2    27A, 28, 29, 30, 31, 32, and 33 were received in evidence.)

3    THE COURT: Good morning, everyone.  How are you?

4    MR. BLOCK: Good morning, your Honor.

5    MR. HARTLEY: Good morning, your Honor.

6    MR. BROCK: Good morning, your Honor.

7    THE COURT: Anything before we begin with the

8    witness?

9    MR. BLOCK: Yes, your Honor.  There is some

10   documents that we wanted to use with Dr. Webber that there

11   is objections to and I would like to take those up outside

12   the presence of the jury so we can do it more efficiently

13   once we begin.

14   THE COURT: Thank you.

15   MR. BLOCK: Your Honor, you still have the

16   notebooks with tabs that were distributed yesterday?

17   THE COURT: Yes.

18   MR. BLOCK: The first one is Exhibit 12.

19   THE COURT: Okay.

20   MR. BLOCK: And your Honor, Exhibit 12 is the

21   article by Dr. Alice Blount from 1991.  And the article

22   produced by Johnson & Johnson has an additional page on it.

23   And the additional page identifies Sample I as Windsor,

24   J & J, JBP.  So this is relevant evidence of Windsor,

25   Johnson & Johnson, Johnson's baby powder containing

---

Page 793

Proceedings

1    asbestos.

2    And your Honor, this is a document.  We're

3    admitting a number of documents without objection this

4    morning that bear the Johnson & Johnson's bates stamp.  With

5    respect to this particular document, I want to put in a

6    stipulation that was made in another case or another series

7    of cases to your attention.  The deposition of Johnson &

8    Johnson's corporate representative was taken on August 17,

9    2017.  And at that time, page 1041 of that deposition which

10   went on for I think at least four or five days, there was a

11   stipulation between counsel and Johnson & Johnson and the

12   plaintiffs' lawyer that rather than have him go through each

13   and every document and establish the business records

14   hearsay exception that there was an agreement.

15   And the agreement was that Johnson & Johnson is

16   agreeing to --

17   That the exhibits from the deposition that bear

18   the Johnson & Johnson bates number on them meet the business

19   records exception for hearsay.  And the attorney for Johnson

20   & Johnson agreed that is correct.  I have the excerpt of

21   that deposition showing that stipulation.  So we went back

22   through that deposition.

23   And I'd shown Johnson & Johnson this.  And we

24   found that this exact document, Exhibit 12 that we are

25   seeking to admit into evidence right now was Exhibit 87 to

---

Olson v.
Johnson & Johnson (c)

February 15, 2019

| Page 806 |
|---|

1 the Lanzo case. And we move those photographs that go along
2 with the report into evidence also based upon the ancient
3 document rule and for the rule of completeness that was part
4 of the same report that was just submitted.
5        MR. KURLAND: Your Honor, we take an exception to
6 the admission of the report, but if the Court's ruling is --
7 if the Court has admitted that, the photographs go with the
8 report. But please note our exception of the record. Thank
9 you.
10        THE COURT: Thank you, counsel.
11        MR. BLOCK: If I can just have one or two minutes
12 just to get organized. There are other documents that need
13 to be ruled on, but I think we have enough here to proceed
14 with the witness.
15        (Whereupon, Senior Court Reporter LaTonia Lewis
16 was relieved by Senior Court Reporter Vincent Palombo who
17 transcribed the proceedings as follows:)
18
19
20
21
22
23
24
25

Plaintiff - Direct/Dr. Webber

| Page 807 |
|---|

1        (Plaintiffs' Exhibits 21, 22, 36, 37, 40, 42, 43,
2 45, 46, 47, 48, 49, 52, 55, 57, 59, 60, 61, 62, 63, 64, 69
3 and 12, were so marked in evidence. )
4        MR. BLOCK: Your Honor, can Dr. Webber take the
5 stand?
6        THE COURT: Yes.
7 (JAMES S. WEBBER, PhD, resumed the witness stand.)
8        COURT OFFICER: All rise, jury entering.
9        (The jury enters the courtroom.)
10        THE COURT: Thank you, everyone. Please be seated.
11 You may continue.
12        MR. BLOCK: Good morning, everybody.
13        JURORS: Good morning.
14        MR. BLOCK: We're sorry about the delay. We have
15 been busy admitting documents into evidence and I'd like to
16 read for the record just the numbers of documents that have
17 been admitted into evidence this morning.
18        Plaintiffs' Exhibits 12, 13, 21, 22, 23, 25, 26,
19 27, 27 A, 28, 29, 30, 31, 32, 33, 34, 36, 37, 40, 42, 45,
20 46, 47, 48, 49 -- 50, 52, 55, 57, 60, 61, 62, 63 and 69, and
21 I'll hand those to the court officer at this time.
22        And I'll just note that I didn't see Exhibit 50 in
23 the pile, but we will make sure it is placed in there.
24        MR. BROCK: Your Honor, Johnson & Johnson has no
25 objection to the exhibits cited by plaintiff with the

Dr. Webber - Direct/Mr. Block

| Page 808 |
|---|

1 exception of Exhibit 12 which we agreed would not be
2 admitted at this time but would be discussed with the
3 witness.
4        THE COURT: I thought it would be admitted for the
5 purpose you wanted it for and not anything else just yet.
6        MR. BROCK: When we get to it, I'll see how it is
7 used and I will raise an objection, if I have one.
8        THE COURT: Very well. Thank you so much.
9        MR. BLOCK: Your Honor, we do move Exhibit 12 in
10 evidence.
11        THE COURT: Yes.
12        MR. BLOCK: Is it admitted?
13        THE COURT: Yes, so far only for the purpose
14 advanced by defendants.
15        MR. BLOCK: Okay. Thank you, your Honor.
16        Thank you, ladies and gentlemen.
17 DIRECT EXAMINATION (Continuing)
18 BY MR. BLOCK:
19   Q    So Dr. Webber, just to kind of recap, we were talking
20 about the transition electron microscope.
21        Can you just give us an idea of when we look at that
22 smaller microscope, the PLM, the light microscope, right?
23   A    Well, it depends on whether you're talking about air
24 samples or not. The PLM was for bulk samples, the PCM was for
25 air samples.

Dr. Webber - Direct/Mr. Block

| Page 809 |
|---|

1   Q    PLM, looking at material under that smaller microscope,
2 is that called a PLM?
3   A    Polarizing light microscope for bulk sample analysis,
4 yes.
5   Q    That's the smaller one you showed the jury?
6   A    Yes.
7   Q    And so if we look at the PLM, versus the TEM, what is
8 the kind of difference in terms of magnification? How much more
9 powerful is a TEM compared to the PLM?
10   A    Since the PLM is used mostly at 100 magnifications, and
11 TEM is operated at 15,000 magnifications, I believe that would
12 be a difference of about 150, if you divide 15,000 by 100.
13   Q    Is it fair to say 150 times more sensitive in its
14 ability to see particles?
15   A    Yes.
16   Q    Let me ask you, have you looked at asbestos over the
17 years under the transition electron microscope?
18   A    Yes.
19   Q    Have you looked at many different materials to
20 determine if there was asbestos using the transition electron
21 microscope?
22   A    I've looked at a variety of materials.
23   Q    Have you looked at air samples from New York City to
24 determine if there's asbestos using the transition electron
25 microscope?