## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) |

*THIS DOCUMENT*
*RELATES TO ALL CASES*

### AMENDED CERTIFICATION OF P. LEIGH O'DELL, ESQ.

P. Leigh O'Dell, Esq., hereby certifies as follows:

1.      I am an attorney at law and member of the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.  I was appointed as Plaintiffs' Co-Lead Counsel to represent all Plaintiffs in the above-captioned matter.

2.      I submit this Certification based on personal knowledge in support of the Plaintiffs' Steering Committee's Expedited Motion to Compel J&J to Produce the Blount Report for *In Camera* Inspection by the Court in Advance of the Upcoming Daubert Hearing.

3.      Attached hereto as Exhibit 1 is a true and correct copy of *Olson* Trial Exhibit 11 (JNJNL61_000095942).

4.      Attached hereto as Exhibit 2 is a true and correct copy of *Olson* Trial Exhibit 12 (JNJNL61_000014431).

5.      Attached hereto as Exhibit 3 is a true and correct copy of Excerpts of

IARC (2012) *Monographs on the Evaluation of Carcinogenic Risks to Humans:*

*Volume 100C – Asbestos (Chrysotile, Amosite, Crocidolite, Tremolite, Actinolite*

*and Anthophyllite.* Lyon, France: International Agency for Research on Cancer.

6.      Attached hereto as Exhibit 4 is a true and correct copy of JNJ

000064591.

7.      Attached hereto as Exhibit 5 is a true and correct copy of an Excerpt

of the Trial Transcript in *Olson v. Johnson & Johnson Consumer, Inc., et al.* dated

April 30, 2019.

8.      Attached hereto as Exhibit 6 is a true and correct copy of

JNJNL61_000052427.

9.      Attached hereto as Exhibit 7 is a true and correct copy of the

Deposition of Alice M. Blount, Ph.D., dated April 13, 2018.

10.     Attached hereto as Exhibit 8 is a true and correct copy of Excerpt of

the Trial Transcript in *Olson v. Johnson & Johnson Consumer, Inc., et al.* dated

February 15, 2019.

11.     Attached hereto as Exhibit 9 is a true and correct copy of Excerpt of

the Trial Transcript in *Olson v. Johnson & Johnson Consumer, Inc., et al.* dated

May 10, 2019.

12.    Attached hereto as Exhibit 10 is a true and correct copy of JJCI

Privilege Log dated June 28, 2017.

13.    Attached hereto as Exhibit 11 is a true and correct copy of an Excerpt

from Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.'s

Reply in Support of Motion to Exclude Plaintiffs' Experts' Asbestos-Related

Opinions.

14.    Attached hereto as Exhibit 12 is a true and correct copy of an Excerpt

of the Trial Transcript in *Olson v. Johnson & Johnson Consumer, Inc., et al.* dated

May 13, 2019.

15.    I certify that the foregoing statements made by me are true. I am

aware that if any of the foregoing statements made by me are willfully false, I may

be subject to punishment.


                                             */s/ P. Leigh O'Dell*
                                             P. Leigh O'Dell
Dated: July 3, 2019