# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>*NANCY BERRY, et al. v. Johnson & Johnson, et al.*<br>Case No. 3:19-cv-14605 | MDL NO. 16-2738 (FLW) (LHG)<br><br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed July 1, 2019 on behalf of ***Plaintiff Nancy Berry***.

DATED:    July 3, 2019

Respectfully submitted,

By:  */s/ Matthew J. Sill*
MATTHEW J. SILL (OK Bar No. 21547)
SILL LAW GROUP PLLC
1101 N. Broadway Avenue, Suite 102
Oklahoma City, OK 73103
Tel: (405) 509-6300
Fax: 1-800-978-1345
Email:  matt@sill-law.com

Attorney for Plaintiff NANCY BERRY

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 3, 2019, a copy of the foregoing Notice of Filing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                   */s/ Matthew J. Sill*
                                                   MATTHEW J. SILL