# EXHIBIT 1

JJCI Privilege Log
June 28, 2017

| Privilege Log Number | Bates Number | Number of Pages | Date | Author/From | Recipient(s) | CC(s) | Other Authors and Recipients | Subject | Privilege(s) Claimed | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|
| P_JNJNL61_000000036 | JNJNL61_000052428 | 16 | 4/23/1998 | Alice M. Blount | M. Raymond Hatcher * | | | [Redacted] | Attorney-Client and Work Product | Attachment between consultant and client providing information in order to obtain legal advice prepared at the request of counsel pursuant to pending and anticipated litigation regarding talc litigation. |

*denotes an attorney or paralegal