# EXHIBIT 3

John Hopkins, Ph.D.

```
 1        IN THE UNITED STATES DISTRICT COURT
 2      FOR THE EASTERN DISTRICT OF NEW JERSEY
 3                      - - -
 4
       IN RE:  JOHNSON &        :
 5     JOHNSON TALCUM POWDER    :
       PRODUCTS MARKETING,      :
 6     SALES PRACTICES, AND     :   NO. 16-2738
       PRODUCTS LIABILITY       :   (FLW) (LHG)
 7     LITIGATION               :
                                :
 8     THIS DOCUMENT RELATES    :
       TO ALL CASES             :
 9
                         VOLUME II
10
                          - - -
11
                      August 17, 2018
12
                          - - -
13
14            Continued videotaped
       deposition of JOHN HOPKINS, Ph.D., taken
15     pursuant to notice, was held at the law
       offices of Orrick, LLP, 51 West 52nd
16     Street, Philadelphia, Pennsylvania,
       beginning at 9:01 a.m., on the above
17     date, before Michelle L. Gray, a
       Registered Professional Reporter,
18     Certified Shorthand Reporter, Certified
       Realtime Reporter, and Notary Public.
19
20                        - - -
21
             GOLKOW LITIGATION SERVICES
22       877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
23
24
```

John Hopkins, Ph.D.

```
 1   APPEARANCES:
 2
         COHEN, PLACITELLA & ROTH PC
 3       BY:  CHRISTOPHER M. PLACITELLA, ESQ.
         127 Maple Avenue
 4       Red Bank, New Jersey 07701
         (732) 747-9003
 5       cplacitella@cprlaw.com
 6          - and -
 7       BEASLEY ALLEN, P.C.
         BY:  P. LEIGH O'DELL, ESQ.
 8       234 Commerce Street
         Montgomery, Alabama 36103
 9       (334) 269-2343
         leigh.odell@beasleyallen.com
10
            - and -
11
         ASHCRAFT & GEREL, LLP
12       BY:  MICHELLE A. PARFITT, ESQ.
         BY:  JAMES F. GREEN, ESQ.
13       4900 Seminary Road, Suite 650
         Alexandria, Virginia 22311
14       (703) 931-5500
         mparfitt@ashcraftlaw.com
15       jgreen@ashcraftlaw.com
         Representing the Plaintiffs'
16       Steering Committee
17
         ORRICK, HERRINGTON & SUTCLIFFE, LLP
18       BY:  PETER A. BICKS, ESQ.
         BY:  C. ANNE MALIK, ESQ.
19       51 West 52nd street
         New York, New York 10019
20       (212) 506-3767
         pbicks@orrick.com
21       amalik@orrick.com
         Representing the Johnson & Johnson
22       entities
23
24
```

```
 1       APPEARANCES:  (Cont'd.)
 2
         GORDON & REES, LLP
 3       BY: MICHAEL KLATT, ESQ.
         816 Congress Avenue, Suite 1510
 4       Austin, Texas 78701
         (512) 391-0197
 5       Mklatt@grsm.com
 6          - and -
 7       COUGHLIN DUFFY L.L.P.
         BY: MARK K. SILVER, ESQ.
 8       350 Mount Kemble Avenue
         Morristown, New Jersey 07962
 9       (973) 267-0058
         Msilver@coughlinduffy.com
10       Representing the Defendant, Imerys
         Talc America, Inc.
11
12       SEYFARTH SHAW, LLP
         BY:  THOMAS T. LOCKE, ESQ.
13       975 F Street, NW
         Washington, D.C. 20004
14       (202) 463-2400
         tlocke@seyfarth.com
15       Representing the Defendant, PCPC
16
         TUCKER ELLIS, LLP
17       BY:  SANDRA J. WUNDERLICH, ESQ.
         100 South Fourth Street, Suite 600
18       Saint Louis, Missouri 63102
         (314) 256-2550
19       Sandra.wunderlich@tuckerellis.com
         Representing the Defendant, PTI
20       Royston LLC and PTI Union LLC
21
22
23
24
```

John Hopkins, Ph.D.

```
 1      APPEARANCES:  (Cont'd.)
 2
 3      VIDEOTAPE TECHNICIAN:
            Henry Marte
 4          Danny Ortega
 5
 6      ALSO PRESENT:
 7          Lea Callahan
            (Paralegal  - Cohen Placitella)
 8
            David Egilman, M.D.
 9
            Triet Tran
10          Alicia Rocha
            (Researcher analysts for
11          Dr. Egilman)
12
13
14
15
16
17
18
19
20
21
22
23
24
```

John Hopkins, Ph.D.

Page 661

```
 1   with Alice Blount.  You said you didn't
 2   know anything about it.  Do you remember
 3   that?
 4        A.   It wasn't familiar.  But if
 5   you can enlighten me, I'll be happy to
 6   comment.
 7        Q.   Did you know that Alice
 8   Blount was your consultant in the Coker
 9   case?
10        A.   I did not know that.  No.
11   No.
12        Q.   And I'll show you,
13   April 23rd, 1998.  Take a look.  Have you
14   seen this document before?
15        A.   I think I have actually.
16   Yeah, this is a letter from Ms. Blount to
17   a law firm in Texas.
18        Q.   All right.  You didn't know
19   this letter was about the Coker case,
20   though, did you?
21        A.   No.  It's you just stated
22   that it is, although it doesn't say so
23   here.
24        Q.   You see -- and the date of
```

John Hopkins, Ph.D.

Page 662

1   this is what, April 23rd, 1998?
2        A.   That is the date on the
3   memo, yes.
4        Q.   All right.  And let's just
5   go through it.  Did you know that Raymond
6   Hatcher was the lawyer for Johnson &
7   Johnson in the Coker case?
8        A.   No.  All I see is what's
9   written here.  It says Hatcher at a law
10  firm in Texas.
11            MR. PLACITELLA:  All right.
12       Do you have 220?
13  BY MR. PLACITELLA:
14       Q.   Well, it says, "According to
15  your letter of March 31st, I have written
16  an enclosed report on the occurrence,
17  regulation, and up-to-date scientific
18  views of asbestos, amphiboles, and
19  inter-media fibers.  I have also enclosed
20  copies of my 1990 and 1991 papers, one of
21  which I am sure that you already have.
22            "The 1991 paper was written
23  because I became aware that it was a
24  common opinion among industrial

John Hopkins, Ph.D.

Page 663

1   hygienists that industrial talcs were
2   better than pharmaceutical and cosmetic
3   talcs, because there was a regulation for
4   the former and not for the latter.  I
5   knew that this was not the case and
6   wanted to set the record straight."
7           Did I read that correctly so
8   far?
9       A.   You read what she wrote.
10  Yes.
11      Q.   And she wrote, "Although my
12  papers report an improved method for
13  analysis, the determination of the sample
14  labeled 'I,' Johnson & Johnson's Vermont
15  talc, have been done by the traditional
16  methods as well."
17          And then she cites to her
18  paper.  And she says, "As I told you, I
19  believe that Johnson & Johnson's talc
20  contains trace amounts of asbestos, which
21  are well below those specified by OSHA."
22          Do you see that?
23      A.   That is what she wrote.
24  That's what she claimed, yes.