**CERTIFICATION OF SERVICE**

      I hereby certify that on July 9, 2019, a copy of the foregoing document(s) were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access the filing through the Court's system.

                                                     */s/ Julie L. Tersigni*

                                                     Julie L. Tersigni
                                                     Drinker Biddle & Reath LLP
                                                     600 Campus Drive
                                                     Florham Park, NJ  07932-1047
                                                     Phone: (973) 549-7106
                                                     Fax:    (973) 360-9831
                                                     E-mail: julie.tersigni@dbr.com