UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO: | MDL NO. 16-md-2738(FLW)(LHG) |
| *Darryl D. Harrison, as Administrator of the Estate of Doreen M. Harrison* Case No. 3:19-cv-14838 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Darryl D. Harrison, as Administrator of the Estate of Doreen M. Harrison.

Dated this 9th day of July, 2019.

Respectfully submitted,

**DECOF, BARRY, MEGA & QUINN, P.C.**

By: /s/ Douglas E. Chabot
Patrick C. Barry, Esq.     RI Bar No. 5631
Douglas E. Chabot, Esq.  RI Bar No. 8199
One Smith Hill
Providence, RI  02903
Telephone:  (401) 272-1110
Facsimile:  (401) 351-6641
Email: pcb@decof.com; dec@decof.com
**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 9th day of July, 2019.

By: /s/Douglas E. Chabot