## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| FRIDA IVETTE MARRACHE,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC. F/K/A JOHNSON & JOHNSON CONSUMER COMPANIES, INC.,<br><br>　　　　　　　　　Defendants. | Civil Action No.: 3:19-cv-14337-FLW-LHG |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2019, pursuant to First Amended Case Management Order No. 3, I served Defendants Johnson & Johnson and Johnson & Johnson Consumer, Inc., f/k/a Johnson & Johnson Consumer Companies, Inc., in the above-captioned matter with the Short Form Complaint and Jury Demand, Civil Cover Sheet, Summons In A Civil Action and Notice of Filing Short Form Complaint via first class, certified mail, addressed to Law Department, Johnson & Johnson, One Johnson & Johnson Plaza, New Brunswick, New Jersey 08933, and to Law Department, Johnson & Johnson Consumer, Inc., f/k/a Johnson & Johnson Consumer Companies, Inc., One Johnson & Johnson Plaza, New Brunswick, New Jersey 08933, respectively.

1

This Certificate of Service will be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

DATED: July 9, 2019                           Respectfully Submitted,


                                  By:     /s/ Melanie Meneses Palmer
                                          Melanie Meneses Palmer
                                          **KIESEL LAW LLP**
                                          8648 Wilshire Boulevard
                                          Beverly Hills, California  90211
                                          Tel.: (310) 854-4444
                                          Fax: (310) 854-0812
                                          E-mail: palmer@kiesel.law

                                          *Counsel for Plaintiff*