<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this date, I electronically filed the foregoing Notice of

Filing with the Clerk of the Court using the CM/ECF system, which I understand to have caused

service of the counsel to all parties on the date indicated on the electronic filing receipt. Parties

may access this filing through the Court's system.

By: <u>/s/: Randi Kassan, Esq.</u>
Randi Kassan
**SANDERS PHILLIPS GROSSMAN, LLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 741-5600
Fax: (516) 741-0128
rkassan@thesandersfirm.com

***Counsel for Plaintiff***