**UNITED STAES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> BARBARA SHANAHAN, <br><br>   Plaintiff, <br> v. <br><br> JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., <br><br>   Defendants. | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS GOODMAN <br><br><br> Civil Action No.: 3:19-cv-14924 |

**NOTICE OF FILING**

   Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on July 10, 2019, on behalf of Plaintiff, Barbara Shanahan.

Dated: July 12, 2019.                                      Respectfully Submitted by,

                                                           */s/ Vanessa H. Gross*
                                                           Thomas P. Cartmell MO# 45366
                                                           tcartmell@wcllp.com
                                                           Vanessa H. Gross MO# 61250
                                                           vgross@wcllp.com
                                                           Wagstaff & Cartmell, LLP
                                                           4740 Grand Avenue, Suite 300
                                                           Kansas City, MO 64112
                                                           (816) 701-1100
                                                           FAX (816) 531-2372

                                                           **Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on July 12, 2019.

                                                      */s/ Vanessa H. Gross*
                                                      Vanessa H. Gross