UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Patricia White<br><br>3:19-cv-14979 | 3:16-md-02738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on July 10, 2019 on behalf of Plaintiff Patricia White.

Dated July 12, 2019

                                        Respectfully submitted,

                                        /s/ *Matthew R. McCarley*

                                        Matthew R. McCarley
                                        Texas Bar No. 24041426
                                        **FEARS NACHAWATI, PLLC**
                                        5473 Blair Road
                                        Dallas, TX 75231
                                        mccarley@fnlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2019, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Matthew R. McCarley*

Matthew R. McCarley
Texas Bar No. 24041426
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, TX 75231
mccarley@fnlawfirm.com