## **CERTIFICATE OF SERVICE**

I, Michelle A. Parfitt, hereby certify that I caused a copy of the foregoing Plaintiffs' Steering Committee's Response to Johnson & Johnson's Submission of the Opinion of the California Court of Appeals Decision in *Echeverria v. Johnson & Johnson* (JCCP No. 4782) and in Further Opposition to J&J's Motion to Exclude Plaintiffs' General Causation Opinions to be filed electronically via the court's electronic filing system the 12th day of July, 2019.  Those attorneys who are registered with the court's electronic filing system may access these filings through the court's system, and notice of these filings will be sent to these parties by operation of the court's electronic filing system.

Dated:     July 12, 2019                               */s/ Michelle A. Parfitt*
                                                                      Michelle A. Parfitt