UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 |

*THIS DOCUMENT RELATES TO ALL CASES*

### CERTIFICATION OF MICHELLE A. PARFITT, ESQ.

Michelle A. Parfitt, Esq., hereby certifies as follows:

1. I am an attorney at law and member of the law firm of Ashcraft & Gerel, LLP. I was appointed as Co-Lead Counsel to represent all Plaintiffs in the above-captioned matter.

2. I submit this Certification based on personal knowledge in support of the Plaintiffs' Steering Committee's Response to Johnson & Johnson's Submission of the Opinion of the California Court of Appeals Decision in *Echeverria v. Johnson & Johnson* (JCCP No. 4782) and in Further Opposition to J&J's Motion to Exclude Plaintiffs' General Causation Opinions.

3. Attached hereto as Exhibit A is a true and correct copy of the Opinion of the Court of Appeal of the State of California in *Echeverria v. Johnson & Johnson et al.*, B286283, JCCP No. 4872, dated July 9, 2019.

4.  I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

Dated: July 12, 2019                                    */s/ Michelle A. Parfitt*
                                                        Michelle A. Parfitt