# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| RHONDA JAMES,<br><br>       Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC. F/K/A JOHNSON & JOHNSON CONSUMER COMPANIES, INC.,<br><br>       Defendants. | Civil Action No.: 3:19-cv-14421-FLW-LHG |

## **CERTIFICATE OF SERVICE**

   I hereby certify that on July 1, 2019, pursuant to First Amended Case Management Order No. 3, I served Defendants Johnson & Johnson and Johnson & Johnson Consumer, Inc., f/k/a Johnson & Johnson Consumer Companies, Inc., in the above-captioned matter with the Short Form Complaint and Jury Demand, Civil Cover Sheet, Summons In A Civil Action, and Notice of Filing Short Form Complaint, via first class, certified mail addressed to Law Department, Johnson & Johnson, One Johnson & Johnson Plaza, New Brunswick, New Jersey 08933, and to Law Department, Johnson & Johnson Consumer, Inc., f/k/a Johnson & Johnson Consumer Companies, Inc., One Johnson & Johnson Plaza, New Brunswick, New Jersey 08933, respectively.

      This Certificate of Service will be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

DATED: July 15, 2019                Respectfully Submitted,

                                        By:   /s/ Melanie Meneses Palmer
                                                Melanie Meneses Palmer
                                                **KIESEL LAW LLP**
                                                8648 Wilshire Boulevard
                                                Beverly Hills, California  90211
                                                Tel.: (310) 854-4444
                                                Fax: (310) 854-0812
                                                E-mail: palmer@kiesel.law

                                                *Counsel for Plaintiff*