UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>**Louise Crincoli and Emilio Crincoli,**<br>**3:19-cv-13475** | MDL No. 16-md-2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on July 12, 2019, on behalf of Plaintiffs, Louise Crincoli and Emilio Crincoli.

Date: July 16, 2019

        Respectfully Submitted,

        */s/ James L. Ferraro, Jr.*
        James L. Ferraro, Jr., Esq.
        Florida Bar No: 107494
        The Ferraro Law Firm, P.A.
        600 Brickell Avenue, Suite 3800
        Miami, Florida 33131
        Telephone: (305) 375-0111
        Facsimile: (305) 379-6222
        JJR@ferrarolaw.com

        *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ James L. Ferraro, Jr.*
James L. Ferraro, Jr., Esq.
Florida Bar No: 107494
The Ferraro Law Firm, P.A.
600 Brickell Avenue, Suite 3800
Miami, Florida 33131
Telephone: (305) 375-0111
Facsimile: (305) 379-6222
JJR@ferrarolaw.com