# UNITED STAES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS GOODMAN |
| Joann Hunter and George Hunter, Sr.                       Plaintiff v. Johnson & Johnson, Johnson & Johnson Consumer, Inc., Imerys Talc America, Inc. ("Imerys Talc"), and Personal Care Products Council (PCPC")                     Defendants | Civil Action No.: 3:19-cv-14890 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on July 10, 2019 on behalf of Plaintiffs, Joann Hunter and George Hunter, Sr.

Dated:    July 16, 2019

                                      By:  /s/ Mekel Smith Alvarez
                                      MEKEL SMITH ALVAREZ, ESQ. (LSBA #22157)
                                      mekel@dugan-lawfirm.com
                                      DOUGLAS R. PLYMALE, ESQ. (LSBA #28409)
                                      dplymale@dugan-lawfirm.com
                                      JAMES R. DUGAN, II, ESQ. (LSBA #23785)
                                      jdugan@dugan-lawfirm.com
                                      THE DUGAN LAW FIRM APLC
                                      365 Canal Street, Suite 1000
                                      New Orleans, LA  70130
                                      Telephone: (504) 648-0180
                                      Fax: (504) 648-0181

                                      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on July 16, 2019.

/s/ Mekel Smith Alvarez
Mekel Smith Alvarez