UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL. No. 16-2738<br><br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |

THIS DOCUMENT RELATES TO:

LINDA FITCH AND MERLE FITCH v.
JOHNSON & JOHNSON CONSUMER INC.,
IMERYS TALC AMERICA, INC.

NO. 3:18-13570

### NOTICE AND SUGGESTION OF DEATH OF PLAINTIFF

NOW COMES Counsel for Plaintiffs, LINDA FITCH and MERLE FITCH, and hereby notifies the Court and the parties of the death of Plaintiff, LINDA FITCH, pursuant to Fed. R. Civ. P. 25(a). A copy of Plaintiff's death certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached hereto and incorporated herein as Exhibit 1. Counsel also respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by ALISHA FITCH, who is the daughter and personal representative of the estate of the now deceased LINDA FITCH and holds a durable power of attorney to represent MERLE FITCH.

Dated: 07/16/2019

Respectfully submitted,

FEARS NACHAWATI, PLLC

/s/Matthew R. McCarley
MATTHEW R. MCCARLEY
Texas Bar No. 24041426
mccarley@fnlawfirm.com

FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2019, a copy of the foregoing NOTICE was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/MATTHEW R. MCCARLEY
MATTHEW R. MCCARLEY
Texas Bar No. 24041426
mccarley@fnlawfirm.com