## CERTIFICATION OF VITAL RECORD

# COUNTY OF OAKLAND
## STATE OF MICHIGAN

**LF** _____
**CF** 2019-02701



**STATE OF MICHIGAN**
**DEPARTMENT OF COMMUNITY HEALTH**
**CERTIFICATE OF DEATH**

**STATE FILE NUMBER** 217859

| Field | Value |
|---|---|
| 1. DECEDENT'S NAME (First, Middle, Last) | Linda Lee Fitch |
| 2. DATE OF BIRTH | REDACTED |
| 3. SEX | Female |
| 4. DATE OF DEATH | March 09, 2019 |
| 5. NAME AT BIRTH OR OTHER NAME USED FOR PERSONAL BUSINESS | Linda Lee Fisher |
| 6a. AGE - Last Birthday (Years) | 65 |
| 6b. UNDER 1 YEAR (MONTHS / DAYS) | |
| 6c. UNDER 1 DAY (HOURS / MINUTES) | |
| 7a. LOCATION OF DEATH | St Joseph Mercy - Oakland |
| 7b. CITY, VILLAGE OR TOWNSHIP OF DEATH | Pontiac |
| 7c. COUNTY OF DEATH | Oakland |
| 8a. CURRENT RESIDENCE - STATE | Michigan |
| 8b. COUNTY | Oakland |
| 8c. LOCALITY | Sylvan Lake |
| 8d. STREET AND NUMBER | 1470 Rosedale Avenue |
| 8e. ZIP CODE | 48320 |
| 9. BIRTH PLACE | Pontiac, Michigan |
| 10. SOCIAL SECURITY NUMBER | REDACTED |
| 11. DECEDENT'S EDUCATION | High school graduate |
| 12. RACE | White |
| 13a. ANCESTRY | German |
| 13b. HISPANIC ORIGIN | No |
| 14. EVER IN THE U.S. ARMED FORCES? | No |
| 15. USUAL OCCUPATION | Bookkeeper |
| 16. KIND OF BUSINESS OR INDUSTRY | Construction |
| 17. MARITAL STATUS | Married |
| 18. NAME OF SURVIVING SPOUSE (If wife, give name before first married) | Merle Allan Fitch Sr. |
| 19. FATHER'S NAME (First, Middle, Last) | Henry Carl Fisher |
| 20. MOTHER'S NAME BEFORE FIRST MARRIED (First, Middle, Last) | Pauline Lucille Smith |
| 21a. INFORMANT'S NAME | Merle Allan Fitch Sr. |
| 21b. RELATIONSHIP TO DECEDENT | Husband |
| 21c. MAILING ADDRESS | 1470 Rosedale, Sylvan Lake, Michigan 48320 |
| 22. METHOD OF DISPOSITION | Burial |
| 23a. PLACE OF DISPOSITION | Perry Mount Park Cemetery & Crematory |
| 23b. LOCATION - City or Village, State | Pontiac, Michigan |
| 24. SIGNATURE OF MORTUARY SCIENCE LICENSEE | Michael A. Evans |
| 25. LICENSE NUMBER | 4501006257 |
| 26. NAME AND ADDRESS OF FUNERAL FACILITY | Donelson, Johns and Evans Funeral Home, 5391 Highland Road, Waterford, Michigan 48327 |
| 27a. CERTIFIER | ☒ Certifying Physician — To the best of my knowledge, death occurred due to the cause(s) and manner stated. ☐ Medical Examiner — On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated. Signature and Prakash N. Sanghvi, MD |
| 28a. ACTUAL OR PRESUMED TIME OF DEATH | 11:40 AM |
| 28b. PRONOUNCED DEAD ON | March 09, 2019 |
| 28c. TIME PRONOUNCED DEAD | 11:40 AM |
| 29. MEDICAL EXAMINER CONTACTED | No |
| 30. PLACE OF DEATH | Hospital |
| 31. IF HOSPITAL | Inpatient |
| 27b. DATE SIGNED | March 13, 2019 |
| 27c. LICENSE NUMBER | 4301066270 |
| 32. MEDICAL EXAMINER'S CASE NUMBER | |
| 33. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER | |
| 34. NAME AND ADDRESS OF CERTIFYING PHYSICIAN | Prakash N. Sanghvi, MD, 2111 Orchard Lake Rd., Sylvan Lake, Michigan 48320 |
| 35a. REGISTRAR'S SIGNATURE | Lisa Brown |
| 35b. DATE FILED | March 14, 2019 |

**36. PART I.** ENTER the chain of events - diseases, injuries or complications - that directly caused the death. DO NOT enter terminal events such as cardiac arrest, fibrillation without showing the etiology. Enter only one cause on line. If diabetes was an underlying or contributing cause of death be sure to record diabetes in either Part I or Part II of the cause of.

| | Cause | Approximate Interval Between Onset and Death |
|---|---|---|
| a. | Ovarian Cancer | 2 Years |
| | DUE TO (OR AS A CONSEQUENCE OF) | |
| b. IMMEDIATE CAUSE (Final disease or condition resulting in death) | Sepsis | 14 Days |
| | DUE TO (OR AS A CONSEQUENCE OF) | |
| c. Sequentially list IF ANY, leading to the listed on line b. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting LAST | Colon Cancer | > 5 Years |
| | DUE TO (OR AS A CONSEQUENCE OF) | |
| d. | | |

**PART II.** OTHER SIGNIFICANT CONDITIONS contributing to death but not resulting in the underlying cause given in Part I

| 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | 38. IF FEMALE |
|---|---|
| ☐ Yes   ☐ Probably<br>☐ No    ☒ Unknown | ☒ Not pregnant within past year<br>☐ Pregnant at time of death<br>☐ Not pregnant, but pregnant within 42 days of death<br>☐ Unknown if pregnant within the past year<br>☐ Not pregnant, but pregnant 43 days to 1 year before death |

| 39. MANNER OF DEATH | 40a. WAS AN AUTOPSY PERFORMED? | 40b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? |
|---|---|---|
| Natural | No | Not Applicable |

| 41a. DATE OF INJURY | 41b. TIME OF INJURY | 41c. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|
| | | |

| 41d. INJURY AT WORK | 41e. PLACE OF INJURY | 41f. IF TRANSPORTATION INJURY | 41g. LOCATION |
|---|---|---|---|
| | | | |

14-1025736



MAR 14 2019
DATE

I, LISA BROWN, CLERK AND REGISTER OF DEEDS OF SAID COUNTY OF OAKLAND DO HEREBY CERTIFY that the foregoing is a true and exact copy of the original document on file in my office.

Lisa Brown
**LISA BROWN**
Oakland County Clerk and Register of Deeds

By: _____, Deputy Clerk

**WARNING:** ANY REPRODUCTION IS PROHIBITED BY LAW. DO NOT ACCEPT UNLESS ON SECURITY PAPER WITH COLORED BACKGROUND AND EMBOSSED SEAL OF COUNTY OF OAKLAND. NOT VALID IF PHOTOCOPIED.



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE