# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br> This document relates to: Carol Ann Keith and Kirt Keith <br> 3:19-CV-15391 | **MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on July 15, 2019 on behalf of Plaintiff Carol Ann Keith and Kirt Keith.

Dated: July 16, 2019

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on July 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.


Dated: July 16, 2019               /s/ Michael Akselrud
                                      Michael Akselrud
                                      The Lanier Law Firm, PC
                                      21550 Oxnard St., 3rd Fl
                                      Woodland Hills, CA 91367
                                      (310) 277-5100
                                      Counsel for Plaintiff(s)