# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG)<br><br>NOTICE OF CHANGE OF ADDRESS<br><br>*Filed Electronically* |

**PLEASE TAKE NOTICE** that the Honorable Joel A. Pisano has changed his address. Any telephone calls, emails, pleadings, correspondence and any other documents or information relating to this case that are directed to the Honorable Joel A. Pisano should now be sent to:

>Honorable Joel A. Pisano
>WALSH PIZZI O'REILLY FALANGA LLP
>Three Gateway Center
>100 Mulberry Street, 15th Floor
>Newark, NJ 07102
>Tel: (973) 757-1100
>Fax: (973) 757-1090
>Email: jpisano@walsh.law

**PLEASE TAKE FURTHER NOTICE** that e-mail address and telephone number have remained the same.

Dated: July 18, 2019                                WALSH PIZZI O'REILLY FALANGA LLP

                                                    By:  *s/ Honorable Joel A. Pisano*
                                                           Honorable Joel A. Pisano