UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To All Cases | MDL Docket No. 2738 |

## CERTIFICATION OF JULIE L. TERSIGNI

1.   I am an attorney at law of the State of New Jersey and am an associate of the law firm of Drinker Biddle & Reath LLP, attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc., formerly known as Johnson & Johnson Consumer Companies, Inc. I submit this Certification based on personal knowledge in support of Defendants' Johnson & Johnson and Johnson & Johnson Consumer, Inc.'s Reply to the Plaintiffs' Steering Committee's Supplemental Response in Opposition to Johnson & Johnson's Motion to Exclude Plaintiffs' Experts General Causation Opinions.

1. Attached hereto as Exhibit 1 is a true and correct copy of Excerpts of the Deposition of Jack Siemiatycki, *Oules v. Johnson & Johnson*, No. 2014 CA 088327 (D.C. Sup. Ct. Dec. 15, 2016).

2.	I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

Dated:  July 18, 2019

_____
Julie L. Tersigni