# EXHIBIT 1

Page 1

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

---------------------------

LORI OULES,                    )
                               ) Judge Brian Holeman
            Plaintiff,   ) Civil Action No.
                               ) 2014 CA 088327 B
vs.                            )
                               )
JOHNSON & JOHNSON, et al.,)
                               )
            Defendants.  )
---------------------------

--- This is the transcript of the deposition of JACK SIEMIATYCKI, Ph.D, taken at 850 St. Denis Street, Montreal, Quebec, on the 15th day of December, 2016.

------------

REPORTED BY: HELEN MARTINEAU
CERTIFIED SHORTHAND REPORTER

Golkow Technologies, Inc. - 1.877.370.DEPS

Jack Siemiatycki, Ph.D.

Page 2

```
 1    A P P E A R A N C E S:
 2    FOR THE PLAINTIFF AND THE WITNESS:
 3    ASHCRAFT & GEREL, LLP
 4    PER:  MICHELLE A. PARFITT, ESQ.
 5          CHRISTOPHER V. TISI, ESQ.
 6    4900 Seminary Road, Suite 650
 7    Alexandria, Virginia 22311
 8    mparfitt@ashcraftlaw.com
      Cvtisi@aol.com
 9    Tel:  703.931.5500
10
11
12
13    FOR THE PLAINTIFF:
14    FERRER POIROT WANSBROUGH
15    PER:  RUSS ABNEY, ESQ.
16    2603 Oak Lawn, Suite 300
17    Dallas, Texas 75219
      rabney@lawyerworks.com
18    Tel:   1800.210.8503
19
20
21
22
23
24
```

```
 1   A P P E A R A N C E S: (continued)
 2   FOR THE DEFENDANT: (Johnson & Johnson)
 3   SHOOK, HARDY & BACON LLP
 4   PER:  MARK C. HEGARTY, ESQ.
 5   2555 Grand Blvd.
 6   Kansas City, Missouri 64108
 7   mhegarty@shb.com
 8   Tel:  816.474.6550
 9
10
11
12
13   FOR THE DEFENDANT: (Imerys Talc America)
14   GORDON & REES LLP
15   PER:  MICHAEL R. KLATT, ESQ.
16   816 Congress Avenue, Suite 1510
17   Austin, Texas 78701
     mklatt@gordonrees.com
18   Tel:  512.391.0197
19
20
21
22
23
24
```

Case 3:16-md-02738-MAS-RLS  Document 10235-2  Filed 07/18/19  Page 5 of 15 PageID: 92086

Jack Siemiatycki, Ph.D.

Page 4

1  A P P E A R A N C E S: (continued)

2  FOR THE DEFENDANT: (PCPC - Personal Care Products Council)

3  SEYFARTH SHAW LLP

4  PER:  THOMAS T. LOCKE, ESQ.

5  975 F Street N.W.

6  Washington, D.C. 20004

   tlocke@seyfarth.com

7  Tel:  202.463.2400

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Golkow Technologies, Inc. - 1.877.370.DEPS

Jack Siemiatycki, Ph.D.

Page 158

1      BY MR. HEGARTY:
2      Q.   Your CV refers to receiving grant
3  money for a "modifiable and genetic factors for
4  the risk of ovarian cancer study" to look at those
5  in Quebec.   Are you aware of that study being
6  done and the grant money being provided?
7      A.   Yes.
8      Q.   That study is "Prevention of Ovarian
9  Cancer in Quebec PRO VAQ study"?
10     A.   Yes.
11     Q.   And it's characterized as a
12  case-control study of modifiable and genetic risk
13  factors associated with the risk of ovarian
14  cancer, is that correct?
15     A.   That's correct.
16     Q.   You were on that study?
17     A.   I'm a co-investigator.  My role has
18  been to be a mentor to a junior colleague who is
19  the principal investigator of that study whose
20  idea it was to help her obtain funding to provide
21  some -- initially to provide some guidance on
22  study design and to provide access to people in my
23  research team who have expertise in running the
24  field work of such epidemiologic studies.

Jack Siemiatycki, Ph.D.

Page 159

1  Q. Let me show you a printout as it
2  relates to that study from your website. It's an
3  exhibit I've marked as Exhibit number 13.
4       EXHIBIT NO. SIEMIATYCKI 13: Document
5       titled "Currently funded research and
6       collaborations involving members of the
7       group".
8       BY MR. HEGARTY:
9  Q. And it is a printout of "Currently
10 funded research and collaborations involving
11 members of the group" and you're listed as the
12 chair of that group.
13 A. Yes.
14 Q. If you turn over to page 4 of 6 we
15 see the title of that study in the lower half of
16 that paper, correct?
17 A. Correct.
18 Q. About two thirds of the way down the
19 summary of that study says, "Established
20 preventative factors for ovarian cancer include
21 high parity, long duration of lactation, oral
22 contraceptive use and tubal ligation." Do you
23 agree that those are established preventative
24 factors?

Golkow Technologies, Inc. - 1.877.370.DEPS

Jack Siemiatycki, Ph.D.

Page 160

1       A.  Sorry, which line?

2       Q.  About the middle where it says

3  "established preventative factors".  Do you agree

4  that those are established preventative factors?

5       A.  Yes.

6       Q.  If you skip over the next line and

7  go to the next one it says:

8       "There is suggestive evidence that

9       modifiable factors in the vitamin D

10      pathway, (sun exposure diet) and

11      inflammation pathway (anti-inflammatory

12      medication use, talc use for feminine

13      hygiene) may play a role in ovarian

14      cancer risk.  Though this research has

15      been limited by small sample sizes,

16      crude exposure measurement and lack of

17      control for important confounders."

18  That's what that says, correct?

19      A.  Correct.

20      Q.  So with regard to potential

21  modifiable factors such as talc use for feminine

22  hygiene that sentence is saying that it's -- there

23  is suggestive evidence that it may play a role in

24  ovarian cancer, correct?

Jack Siemiatycki, Ph.D.

Page 161

1      MS. PARFITT: Objection, form.
2      THE DEPONENT: That -- sorry, that what?
3      BY MR. HEGARTY:
4      Q.  The sentence that I just read if we
5  break it down to talc it says there is suggestive
6  evidence that talc used for feminine hygiene may
7  play a role in ovarian cancer risk, correct?
8      A.  Yes, it says that.
9      MS. PARFITT: Objection.
10     BY MR. HEGARTY:
11     Q.  And it also says that the evidence,
12 that suggestive evidence, the research on that has
13 been limited by small sample sizes, crude exposure
14 measurement and lack of control for important
15 confounders, correct?
16     A.  Correct.
17     Q.  That sentence applies to all of the
18 potential modifiable factors in this sentence,
19 correct?
20     A.  Yes.
21     Q.  Including talc?
22     A.  The grammatical structure of that
23 sentence would imply what you say.
24     Q.  This is a study that's looking at

Jack Siemiatycki, Ph.D.

Page 162

1  talc use and ovarian cancer, correct?
2          A.  Among other things.
3          Q.  And certainly it's -- strike that.
4              In presenting the grant request for this
5  study you didn't state that talc use had been
6  established as a cause of ovarian cancer, correct?
7          MS. PARFITT:  Objection, form.
8          THE DEPONENT:  Correct.
9          BY MR. HEGARTY:
10         Q.  Where does this study stand?
11         A.  So to explain the context of this
12  study and of this paragraph that you read, it was
13  somewhere around 2008 or so that my colleague,
14  Anita Koushik, started working on the idea for
15  this study.  And she -- I imagine that this
16  paragraph has been around since the beginning,
17  around 2008, 2009.  This was the period of the
18  first grant application.
19             There was a pilot study that was funded
20  that lasted a year or two; and then she was
21  successful in getting funding for a larger study;
22  and then we got funding to extend it further.
23             The study now has nearly been completed
24  or it's on the point of being completed in terms

1  of the field work.  Maybe it is completed.
2          After the first few years of helping her
3  to get started and establish herself as a new
4  researcher in this milieu, and getting familiar
5  with how to get funds and this sort of thing, I
6  kind of retreated into the background of the
7  process.  And she has been running it with help
8  from some of the people in my own research team
9  for these years.
10         I think it's now complete but it might
11 be a couple of months away from being completed,
12 the field work.  They've started analyzing some of
13 the wealth of information that they collected.
14 They may have -- I don't think that they have
15 touched the talc variables at all.  I certainly
16 haven't heard anything about analyses or results
17 concerning talc and ovarian cancer.  They're
18 starting with some of the variables around
19 reproductive factors and looking at associations
20 there with ovarian cancer.
21         This website that you got this off of is
22 our team website, but I really don't have anything
23 to do with it.  I let other people put their
24 projects and their text on to it, and I'm pleased

Jack Siemiatycki, Ph.D.

Page 164

1  that Anita has done this and has this description
2  of the project.  The description is now many years
3  old.  It's from the time before the fund -- the
4  field work started.  So it would be, I'm guessing,
5  the years 2008, 2009.  It's not a publication.  I
6  don't monitor what's there.  So that's really
7  where things are at.
8              Q.  You're listed in the summary as the
9  second researcher on this paper.
10             A.  Yeah.  I think I've been listed -- I
11 think this group has been listed as it is for six
12 or seven years in various iterations of grant --
13 obtaining grants.
14             Q.  Are you still an advisor on this
15 study?
16             A.  I expect that when the time comes to
17 writing articles or -- and reviewing the data and
18 interpreting it I expect that at that point I will
19 be asked to participate.  I haven't participated
20 really for about four years, four or five years at
21 all.  The last participation was probably around
22 2012 with a grant application at that time.
23             So it's bit of an elastic concept to ask
24 if I participate.  I haven't actively done

Jack Siemiatycki, Ph.D.

Page 165

1  anything about it but I probably will again in the
2  future.
3       Q.  You mentioned another grant
4  application I think you received in 2012 where
5  this same description had been used for that grant
6  application?
7       A.  Could very well be.  If you can
8  point me to the thing I can confirm it, but I
9  think it was 2012 that we got the last big grant
10 application for this project.
11      Q.  Have you stepped in and advised with
12 regard to the talc component of this study?
13      A.  Not really.  And I do know that the
14 talc component of the questionnaire was a very
15 detailed one.  And I frankly don't recall what
16 role I played, if any, in devising the
17 questionnaire for the talc questions.  I'm
18 inclined to believe that it's as good as it is
19 because I didn't have much of a role in it and the
20 others just did a job with it.
21      Q.  You agree that the issue of talc and
22 ovarian cancer is still an area worth studying
23 with epidemiologic studies?
24          MS. PARFITT:  Objection, form.

Golkow Technologies, Inc. - 1.877.370.DEPS

Jack Siemiatycki, Ph.D.

Page 166

1              THE DEPONENT:  Absolutely, yes.  Just as
2      smoking and cancer is still an area worth studying
3      for various reasons.
4              BY MR. HEGARTY:
5              Q.  One of the sponsors of your research
6      group is the Canadian Cancer Society, is that
7      correct?
8              A.  For this project?  Or when you say
9      "my group"?
10             Q.  Generally.  Strike that, let me ask
11     it another way.
12             What relationship does your group or you
13     have individually with the Canadian Cancer
14     Society?
15             A.  Now I don't have any relationship
16     with it.  I've had quite a few grants from them,
17     from that agency in the past and I was on the
18     Board of Directors for a few years.
19             Q.  What years were you on the Board of
20     Directors?
21             A.  Somewhere around 2000 to 2008 maybe,
22     somewhere in that ball park.  But it could be -- I
23     could be off by a few years.  They've changed
24     names.  The Canadian Cancer Society is equivalent

1          REPORTER'S CERTIFICATE

2

3          I, HELEN MARTINEAU, CSR, Certified
4    Shorthand Reporter, certify;
5          That the foregoing proceedings were
6    taken before me at the time and place therein set
7    forth at which time the witness was put under oath
8    by me;
9          That the testimony of the witness and
10   all objections made at the time of the examination
11   were recorded stenographically by me and were
12   thereafter transcribed;
13          That all quotes were inserted as read:
14          That the foregoing is a true and
15   accurate transcript of my shorthand notes so
16   taken.  Dated this 30th day of December, 2016.
17
18
19          _____
20          PER:  HELEN MARTINEAU
21          CERTIFIED SHORTHAND REPORTER.
22
23
24