UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to*:<br><br>Cheryl Ann Kreger and Bryan Kreger v. Johnson & Johnson, et al.<br>Civil Action No. 3:19-md-0007 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaint) that the Short Form Complaint and Jury Demand was filed on July 18, 2019 on behalf of Plaintiffs, Cheryl Ann Kreger and Bryan Kreger.

>*/s/ Laurence S. Berman*
>Laurence S. Berman
>Michael M. Weinkowitz
>LEVIN SEDRAN & BERMAN
>510 Walnut Street, Ste 500
>Philadelphia, PA  19106
>Tel (215) 592-1500/Fax (215) 592-4663
>Lberman@lfsblaw.com
>MWeinkowitz@lfsblaw.com
>
>*Counsel for Plaintiff(s)*

Dated:  July 19, 2019

**CERTIFICATE OF SERVICE**

   I hereby certify that on July 19, 2019, a copy of the forgoing *Notice of Filing* was filed via the Court's CM/ECF electronic filing system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's System.

                */s/ Laurence S. Berman*
                Laurence S. Berman
                LEVIN SEDRAN & BERMAN