# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: James Rankin, Individually and on Behalf of the Estate of Lynn Rankin<br>3:19-CV-15581 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on July 18, 2019 on behalf of Plaintiffs James Rankin, Individually and on Behalf of the Estate of Lynn Rankin.

| | |
|---|---|
| Dated: July 19, 2019 | Respectfully Submitted by,<br>/s/ Michael Akselrud<br>Michael Akselrud<br>The Lanier Law Firm, PC<br>21550 Oxnard St., 3rd Fl.<br>Woodland Hills, CA 91367<br>(310) 277-5100<br>Counsel for Plaintiff(s) |

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 19, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: <u>July 19, 2019</u>    /s/ Michael Akselrud
    Michael Akselrud
    The Lanier Law Firm, PC
    21550 Oxnard St., 3rd Fl
    Woodland Hills, CA 91367
    (310) 277-5100
    Counsel for Plaintiff(s)