# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW
# JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Melissa Reilly Wainman, Individually and on Behalf of the Estate of Rita Gance<br>3:19-CV-15580 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on July 18, 2019 on behalf of Plaintiffs Melissa Reilly Wainman, Individually and on Behalf of the Estate of Rita Gance.

Dated: July 19, 2019

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 19, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: July 19, 2019                                    /s/ Michael Akselrud
                                                                             Michael Akselrud
                                                                             The Lanier Law Firm, PC
                                                                             21550 Oxnard St., 3rd Fl
                                                                             Woodland Hills, CA 91367
                                                                             (310) 277-5100
                                                                             Counsel for Plaintiff(s)