# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Edward Repass, Individually and on Behalf of the Estate of Laura Repass<br>3:19-CV-15561 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on July 18, 2019 on behalf of Plaintiff Edward Repass, Individually and on Behalf of the Estate of Laura Repass

Dated: July 22, 2019

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 22, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: July 22, 2019                            /s/ Michael Akselrud
                                                          Michael Akselrud
                                                          The Lanier Law Firm, PC
                                                          21550 Oxnard St., 3rd Fl
                                                          Woodland Hills, CA 91367
                                                          (310) 277-5100
                                                          Counsel for Plaintiff(s)