```
             UNITED STATES DISTRICT COURT
                DISTRICT OF NEW JERSEY
                 Minutes of Proceeding
```

OFFICE: TRENTON                          DATE: July 22, 2019

CHIEF JUDGE FREDA L. WOLFSON             MDL: 3:16-2738(FLW)

Court Reporter: VINCENT RUSSONIELLO

TITLE OF CASE:

In Re:

JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

APPEARANCES:
Laurence Berman, Esq., Wendy Fleishman, Esq., Michael Weinkowitz, Esq., Dr. Margaret Thompson, Esq., Chris Tisi, Esq., Leigh O'Dell, Esq., Daniel Lapinski, Esq., Michelle Parfitt, Esq., James F Green, Esq., Adam K. Rosen, Esq., Richard Golomb, Esq., John M. Restaino, Esq., Jennifer Emmel Esq., Lisa Bruner, Esq., Lindsay Smith, Esq., Alastair Findeis, Esq. for Plaintiffs.

Bart H. Williams, Esq. Om V. Alladi, Esq., Mark C. Hegarty, Esq., Allison Brown, Esq., Susan M. Sharko, Esq., John Beisner, Esq. Julie L. Tersigni, Esq., for Defendants Johnson and Johnson.

Thomas T. Locke, Esq. For Personal Care Product.

NATURE OF PROCEEDINGS: Daubert Hearing

Daubert Hearing commenced before Freda L. Wolfson, U.S. Chief District Judge.
DR. GHASSAN SAED    SWORN    FOR    PLAINTIFFS.
Lunch break 12:30 p.m. - 1:15 p.m.
Continued with DR. GHASSAN SAED
Daubert hearings adjourned until July 23, 2019 at 9:30 A.M.

                                    s/Jacqueline Merrigan
                                    Deputy Clerk


TIME COMMENCED: 10:00 A.M.
TIME ADJOURNED:  6:05 P.M.
TOTAL TIME: 7 hours 20 minutes