# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ANTHONY BERRY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF AMY P. BERRY AND ANTHONY BERRY, INDIVIDUALLY,<br><br>3:19-cv-15712 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on July 23, 2019 on behalf of ANTHONY BERRY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF AMY P. BERRY AND ANTHONY BERRY, INDIVIDUALLY.

Dated:  July 23, 2019                                   Respectfully submitted,

                                                                                   **NAPOLI SHKOLNIK, PLLC**

                                                                                  */s/ Christopher R. LoPalo*
                                                                                  Christopher R. LoPalo, Esq.
                                                                                  400 Broadhollow Rd., Suite 305
                                                                                  Melville, NY 11747
                                                                                  Telephone: (212) 397-1000
                                                                                  Facsimile: (646) 927-1676
                                                                                  CLoPalo@NapoliLaw.com

                                                                                  *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on July 23, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  July 23, 2019

                */s/ Christopher R. LoPalo*
                Christopher R. LoPalo, Esq.
                400 Broadhollow Rd., Suite 305
                Melville, NY 11747
                Telephone: (212) 397-1000
                Facsimile: (646) 927-1676
                CLoPalo@NapoliLaw.com

                *Attorneys for Plaintiff*