UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceeding

OFFICE: TRENTON                        DATE: July 23, 2019

CHIEF JUDGE FREDA L. WOLFSON           MDL: 3:16-2738(FLW)

Court Reporter: VINCENT RUSSONIELLO

TITLE OF CASE:

In Re:

JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

APPEARANCES:
Laurence Berman, Esq., Wendy Fleishman, Esq., Michael Weinkowitz, Esq., Dr. Margaret Thompson, Esq., Chris Tisi, Esq., Leigh O'Dell, Esq., Daniel Lapinski, Esq., Michelle Parfitt, Esq., James F Green, Esq., Adam K. Rosen, Esq., Richard Golomb, Esq., John M. Restaino, Esq., Jennifer Emmel Esq., Lisa Bruner, Esq., Lindsay Smith, Esq., Alastair Findeis, Esq. for Plaintiffs.

Bart H. Williams, Esq. Om V. Alladi, Esq., Mark C. Hegarty, Esq., Allison Brown, Esq., Susan M. Sharko, Esq., John Beisner, Esq. Julie L. Tersigni, Esq., for Defendants Johnson and Johnson.

Thomas T. Locke, Esq. For Personal Care Product.

NATURE OF PROCEEDINGS: Daubert Hearing

Daubert Hearing continued before Freda L. Wolfson, U.S. Chief District Judge.
DR. BENJAMIN NEEL    SWORN    FOR    JOHNSON & JOHNSON
Lunch break 12:20 P.M. - 1:20 P.M.
Continued with DR. BENJAMIN NEEL
Daubert hearings adjourned until July 24, 2019 at 9:00 A.M.

                                                                   s/Jacqueline Merrigan
                                                                   Deputy Clerk

TIME COMMENCED: 9:30 A.M.
TIME ADJOURNED: 3:00 P.M.
TOTAL TIME: 4 hours 30 minutes