UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceeding

OFFICE: TRENTON                         DATE: July 24, 2019

CHIEF JUDGE FREDA L. WOLFSON            MDL: 3:16-2738(FLW)

Court Reporter: VINCENT RUSSONIELLO

TITLE OF CASE:

In Re:

JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

APPEARANCES:
Jerome Block, Esq., Laurence Berman, Esq., Wendy Fleishman, Esq., Michael Weinkowitz, Esq., Dr. Margaret Thompson, Esq., Chris Tisi, Esq., Leigh O'Dell, Esq., Daniel Lapinski, Esq., Michelle Parfitt, Esq., James F Green, Esq., Adam K. Rosen, Esq., Richard Golomb, Esq., John M. Restaino, Esq., Jennifer Emmel Esq., Alastair Findeis, Esq. for Plaintiffs.

Bart H. Williams, Esq. Om V. Alladi, Esq., Mark C. Hegarty, Esq., Allison Brown, Esq., Susan M. Sharko, Esq., John Beisner, Esq. Julie L. Tersigni, Esq., for Defendants Johnson and Johnson.

Thomas T. Locke, Esq. For Personal Care Product.

NATURE OF PROCEEDINGS: Daubert Hearing

Daubert Hearing continued before Freda L. Wolfson, U.S. Chief District Judge.
DR. WILLIAM EDWARD LONGO    SWORN    FOR    PLAINTIFFS
Lunch break 12:00 P.M. to 12:45 P.M.
Continued with DR. WILLIAM EDWARD LONGO on Cross/Re-Direct.
Daubert hearings adjourned until July 25, 2019 at 9:30 A.M.

                                        s/Jacqueline Merrigan
                                        Deputy Clerk


TIME COMMENCED: 9:30 A.M.
TIME ADJOURNED: 4:30 P.M.
TOTAL TIME: 6 hours 15 minutes