**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Rice v. Johnson & Johnson, et al.*, | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- Linda Rice; 3:19-cv-15535

This 24th day of July 2019.

                                                                                         Respectfully submitted by,

                                                                                         s/ D. Todd Mathews
                                                                                        D. Todd Mathews, #52502 (MO)
                                                                                        Gori Julian & Associates, P.C.
                                                                                        156 N. Main Street
                                                                                        Edwardsville, IL 62025
                                                                                        (618) 659-9833 – Telephone
                                                                                        (618) 659-9834 – Facsimile

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 24th day of July 2019.

/s/ D. Todd Mathews
D. Todd Mathews