UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| *This document relates to:* LINDA BUVINGER 3:19-cv-15825 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint with Jury Demand was filed on July 25, 2019, on behalf of Plaintiff, Linda Buvinger.

Dated: July 25, 2019.   Respectfully Submitted by,

**KILLIAN, DAVIS, RICHTER & MAYLE, PC**

*/s/ Nicholas W. Mayle* _____
Nicholas W. Mayle, Esq.
Attorneys for Plaintiff
202 North 7th Street
Post Office Box 4859
Grand Junction, CO 81502
Phone: (970) 241-0707
Fax: (970) 242-8375
nick@killianlaw.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on the 25th day of July, 2019, I electronically filed the foregoing NOTICE OF FILING with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties indicated on the electronic filing receipt.

*/s/ Nicholas W. Mayle*
Nicholas W. Mayle, Esq.
Attorneys for Plaintiff
202 North 7th Street
Post Office Box 4859
Grand Junction, CO 81502
Phone: (970) 241-0707
Fax: (970) 242-8375
nick@killianlaw.com