```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        Minutes of Proceeding
```

OFFICE: TRENTON                               DATE: July 26, 2019

CHIEF JUDGE FREDA L. WOLFSON                  MDL: 3:16-2738(FLW)

Court Reporter: VINCENT RUSSONIELLO

TITLE OF CASE:

In Re:

JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

APPEARANCES:
Laurence Berman, Esq., Wendy Fleishman, Esq., Michael Weinkowitz, Esq., Dr. Margaret Thompson, Esq., Chris Tisi, Esq., Leigh O'Dell, Esq., Daniel Lapinski, Esq., Michelle Parfitt, Esq., James F Green, Esq., Adam K. Rosen, Esq., Richard Golomb, Esq., John M. Restaino, Esq., Jennifer Emmel Esq., Alastair Findeis, Esq. for Plaintiffs.

Bart H. Williams, Esq. Om V. Alladi, Esq., Mark C. Hegarty, Esq., Allison Brown, Esq., Susan M. Sharko, Esq., John Beisner, Esq. Julie L. Tersigni, Esq., for Defendants Johnson and Johnson.

Thomas T. Locke, Esq. For Personal Care Product.

NATURE OF PROCEEDINGS: Daubert Hearing

Daubert Hearing continued before Freda L. Wolfson, U.S. Chief District Judge.
DR. GREGORY DIETTE      SWORN      FOR      JOHNSON & JOHNSON.
Lunch break 12:30 P.M. - 1:15 P.M.
Continued with DR. GREGORY DIETTE on Cross/Re-Direct/Re-Cross.

Daubert hearings adjourned until July 29, 2019 at 9:30 A.M.

                                        *s/Jacqueline Merrigan*
                                        Deputy Clerk


TIME COMMENCED: 9:30 A.M.
TIME ADJOURNED: 3:30 P.M.
TOTAL TIME: 5 hours 15 minutes