UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Carmen Samaniego and Manuel Samaniego<br>3:19-CV-15856 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

   Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on July 26, 2019 on behalf of Plaintiff Carmen Samaniego and Manuel Samaniego.


Dated: July 29, 2019                    Respectfully Submitted by,
                                        /s/ Michael Akselrud
                                        Michael Akselrud
                                        The Lanier Law Firm, PC
                                        21550 Oxnard St., 3rd Fl.
                                        Woodland Hills, CA 91367
                                        (310) 277-5100
                                        Counsel for Plaintiff(s)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 29, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.


| | |
|---|---|
| Dated: <u>July 29, 2019</u> | /s/ Michael Akselrud<br>Michael Akselrud<br>The Lanier Law Firm, PC<br>21550 Oxnard St., 3rd Fl<br>Woodland Hills, CA 91367<br>(310) 277-5100<br>Counsel for Plaintiff(s) |