UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceeding

OFFICE: TRENTON                          DATE: July 30, 2019

CHIEF JUDGE FREDA L. WOLFSON             MDL: 3:16-2738(FLW)

Court Reporter: VINCENT RUSSONIELLO

TITLE OF CASE:

In Re:

JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

APPEARANCES:
Laurence Berman, Esq., Wendy Fleishman, Esq., Michael Weinkowitz, Esq., Dr. Margaret Thompson, Esq., Chris Tisi, Esq., Leigh O'Dell, Esq., Daniel Lapinski, Esq., Michelle Parfitt, Esq., James F Green, Esq., Adam K. Rosen, Esq., Richard Golomb, Esq., John M. Restaino, Esq., Jennifer Emmel Esq., Alastair Findeis, Esq. for Plaintiffs.

Bart H. Williams, Esq. Om V. Alladi, Esq., Mark C. Hegarty, Esq., Allison Brown, Esq., Susan M. Sharko, Esq., John Beisner, Esq. Julie L. Tersigni, Esq., for Defendants Johnson and Johnson.

Thomas T. Locke, Esq. For Personal Care Product.

NATURE OF PROCEEDINGS: Daubert Hearing

Daubert Hearing continued before Freda L. Wolfson, U.S. Chief District Judge.
DR. DANIEL CLARKE-PEARSON      SWORN      FOR      PLAINTIFFS
Lunch break 12:30 P.M. - 1:15 P.M.
Continued with DR. DANIEL CLARKE-PEARSON on Cross/Re-Direct/Re-Cross/Re-Re Direct.

Daubert hearings adjourned until July 31, 2019 at 9:30 A.M.

                                        *s/Jacqueline Merrigan*
                                        Deputy Clerk

TIME COMMENCED: 9:30 A.M.
TIME ADJOURNED: 4:30 P.M.
TOTAL TIME: 6 hours 15 minutes