UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL NO. 2738 (FLW) (LHG) |
| _____ | |
| **THIS DOCUMENT RELATES TO:** | |
| **DEBORAH OWENS, et al.,** | Case No. 3:19-CV-14414-FLW-LHG |
| **Plaintiffs,** | |
| v. | |
| **JOHNSON & JOHNSON, et al.,** | |
| **Defendants.** | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on June 27, 2019, on behalf of Plaintiffs DEBORAH OWENS and BOB OWENS.

Dated: July 30, 2019                Respectfully Submitted,


                                    By:   /s/ *Mark P. Robinson, Jr.*
                                          Mark P. Robinson, Jr.
                                          19 Corporate Plaza Drive
                                          Newport Beach, CA 92660
                                          949-720-1288 Phone
                                          949-720-1292 Facsimile
                                          mrobinson@robinsonfirm.com

1

## CERTIFICATE OF SERVICE

I hereby certify that July 30, 2019, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system.  A true and correct copy has been served upon all counsel of record via the Court's ECF system.

    /s/ Mark P. Robinson Jr.
MARK P. ROBINSON, JR.