UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** _____ **THIS DOCUMENT RELATES TO:** **MACHELLE LEWALLEN,** Plaintiff, v. **JOHNSON & JOHNSON, et al.,** Defendants. | MDL NO. 2738 (FLW) (LHG) Case No. 3:19-CV-12854-FLW-LHG |

## **NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on May 23, 2019, on behalf of Plaintiff MACHELLE LEWALLEN.

Dated: July 30, 2019                    Respectfully Submitted,

By:  /s/ *Mark P. Robinson, Jr.*
     Mark P. Robinson, Jr.
     19 Corporate Plaza Drive
     Newport Beach, CA 92660
     949-720-1288 Phone
     949-720-1292 Facsimile
     mrobinson@robinsonfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that July 30, 2019, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system.  A true and correct copy has been served upon all counsel of record via the Court's ECF system.

/s/ Mark P. Robinson Jr.  
MARK P. ROBINSON, JR.