UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 |

Order

AND NOW, this 31st day of July, 2019, upon consideration of Plaintiff's Motion to Seal [10008] Certain Accompanying Exhibits to ~~Plaintiffs' Steering Committee's Memoranda in Support of~~ OPPOSITION TO Plaintiffs' Certain Motions to Exclude ~~Defendants'~~ Expert Witnesses (CM/ECF __/__), and ~~any opposition~~ NO OPPOSITION HAVING BEEN ~~there~~to filed by Defendants, it is hereby ORDERED that the motion is GRANTED; SEE APPENDIX 1, ATTACHED. and

IT IS FURTHER ORDERED that Exhibits designated in Appendix 1 to Plaintiffs' Motion to Seal shall be filed under seal and remain so until further order of Court; and

By the Court:

_____
~~FREDA L. WOLFSON, USDJ~~
LOIS H. GOODMAN, U.S.M.J.

## Appendix 1

**Referenced Exhibits to Seal from Doc. 9870:**

| CM/ECF | Doc Exhibit | Description |
| --- | --- | --- |
| 9870-4 | Exhibit 6 | Expert Report of Robert B. Cook, Ph.D. |
| 9870-6 | Exhibit 8 | Expert Report of Michael Crowley, Ph.D. |
| 9870-7 | Exhibit 9 | Deposition transcript of Michael Crowley, Ph.D. 1/4/19 |
| 9870-9 | Exhibit 13 | Expert Report of Mark Krekeler, Ph.D. |
| 9870-11 | Exhibit 26 | Expert Report of Laura M. Plunkett, Ph.D., DABT |

**Referenced Exhibits to Seal from Doc. 9875-6:**

| CM/ECF | Doc Exhibit | Description |
| --- | --- | --- |
| 9739-6 | Exhibit S | IMERYS 248635 |

**Referenced Exhibits to Seal from Doc. 9885:**

| CM/ECF | Doc Exhibit | Description |
| --- | --- | --- |
| 9885-3 | Exhibit 1 | Expert Report of Laura M. Plunkett, Ph.D., DABT |
| 9885-8 | Exhibit 6 | JNJ 000237076 |
| 9885-9 | Exhibit 7 | IMERYS 342524 |
| 9885-12 | Exhibit 9 | JNJ 000237115 |
| 9885-13 | Exhibit 10 | Expert Report of Michael M. Crowley, Ph.D. |
| 9885-15 | Exhibit 12 | Expert Report of Mark Krekeler, Ph.D. |
| 9885-15 | Exhibit 13 | Supplemental Expert Report of Longo/Rigler |
| 9885-15 | Exhibit 14 | JNJ 000085374 |
| 9885-15 | Exhibit 15 | JNJ 000238826 |
| 9885-15 | Exhibit 16 | JNJS71R_000009825 |
| 9885-15 | Exhibit 17 | JNJ 000346572 |
| 9885-15 | Exhibit 18 | JNJNL61_000027053 |
| 9885-15 | Exhibit 19 | IMERYS 477879 |
| 9885-15 | Exhibit 20 | JNJS71R_000011316 |
| 9885-17 | Exhibit 39 | Expert Report of Kelly Scribner Tuttle, Ph.D., CIH |
| 9885-19 | Exhibit 41 | Expert Report of H. Nadia Moore, Ph.D., DABT, ERT |
| 9885-21 | Exhibit 48 | JNJ 000131754 |
| 9885-22 | Exhibit 49 | JNJ 000378046 |