UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceeding

OFFICE: TRENTON  DATE: July 31, 2019

CHIEF JUDGE FREDA L. WOLFSON  MDL: 3:16-2738(FLW)

Court Reporter: VINCENT RUSSONIELLO
TITLE OF CASE:

In Re:

JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

APPEARANCES:
Laurence Berman, Esq., Wendy Fleishman, Esq., Michael Weinkowitz, Esq., Dr. Margaret Thompson, Esq., Chris Tisi, Esq., Leigh O'Dell, Esq., Daniel Lapinski, Esq., Michelle Parfitt, Esq., James F Green, Esq., Adam K. Rosen, Esq., Richard Golomb, Esq., John M. Restaino, Esq., Jennifer Emmel Esq., Alastair Findeis, Esq. for Plaintiffs.

Bart H. Williams, Esq. Om V. Alladi, Esq., Mark C. Hegarty, Esq., Allison Brown, Esq., Susan M. Sharko, Esq., John Beisner, Esq. Julie L. Tersigni, Esq., for Defendants Johnson and Johnson.

Thomas T. Locke, Esq. For Personal Care Product.

NATURE OF PROCEEDINGS: Daubert Hearing

Daubert Hearing continued before Freda L. Wolfson, U.S. Chief District Judge.
DR. CHERYL SAENZ    SWORN    FOR    JOHNSON & JOHNSON
Lunch break 12:30 P.M. - 1:15 P.M.
Continued with DR. CHERYL SANEZ on Cross/Re-Direct/Re-Cross.
Court Ordered parties to submit written submissions 45 days after transcript are filed with a page limit of 80 pages.

Daubert hearings Adjourned.

                              s/Jacqueline Merrigan
                              Deputy Clerk

TIME COMMENCED: 9:30 A.M.
TIME ADJOURNED: 4:00 P.M.
TOTAL TIME: 5 hours 45 minutes