UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>_____Himler_____ vs. Johnson & Johnson, et al.<br>Case No.:        3:19-cv-16146-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand have been filed on behalf of Plaintiff, Brenda Himler.

This 1st day of    August   ,   2019   .

                                                  Respectfully submitted,

                                                  Law Offices of Baird Brown, PC

By:   */s/ Baird A. Brown*
        Baird A. Brown, CA Bar No. 56627
        3055 Wilshire Boulevard, Ste. 980
        Los Angeles, CA 90010
        213-487-8880 telephone
        213-487-8884 facsimile
        bairdbrownlaw@gmail.com

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this __1st__ day of __August__, __2019__, copies of the Notice of Filing were served, via electronic delivery to Defendants' counsel via the CM/ECF system, which will forward copies to Counsel of Record.

            /s/ Taurin Robinson
            Taurin Robinson