## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Kathleen Rosendin v. Johnson & Johnson, et al.<br>Case No. 3:19-cv-16284-FLW-LHG | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 2, 2019 on behalf of Plaintiff Kathleen Rosendin.

DATED: August 6, 2019				BISNAR|CHASE LLP

						By:	/s/ Tom Antunovich
							BRIAN D. CHASE
							TOM ANTUNOVICH
							Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

     I hereby certify that on August 6, 2019, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                        BISNAR|CHASE LLP

                     By:    /s/ Tom Antunovich
                                BRIAN D. CHASE
                                TOM ANTUNOVICH