# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Melissa Vazquez v. Johnson & Johnson, et al.<br>Case No. 3:19-cv-16299-FLW-LHG | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 2, 2019 on behalf of Plaintiff Melissa Vazquez.

DATED: August 6, 2019          BISNAR|CHASE LLP

                                                    By:   /s/ Tom Antunovich
                                                                  BRIAN D. CHASE
                                                                   TOM ANTUNOVICH
                                                                   Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that on August 6, 2019, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                        BISNAR|CHASE LLP

               By:    <u>/s/ Tom Antunovich</u>
                       BRIAN D. CHASE
                       TOM ANTUNOVICH