UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>SARAH PARKER,<br><br>    Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, ET. AL.,<br><br>    Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br><br>Civil Action No.: 3:19-cv-16376 |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 6, 2019 on behalf of Plaintiff Sarah Parker.

Dated: August 6, 2019        Respectfully Submitted,

                By: */s/ Carmelo D. Morabito*
                Carmelo D. Morabito (MD #1712140062)
                **Smith, Gildea & Schmidt, LLC**
                600 Washington Ave, Suite 200
                Towson, MD 21204
                (410) 821-0070 (Tel)
                (410) 821-0071 (Fax)
                cmorabito@sgs-law.com
                *Attorneys for Plaintiff Sarah Parker*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2019, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Carmelo D. Morabito*
Carmelo D. Morabito

SMITH, GILDEA & SCHMIDT, LLC