## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>GLENN BREAUX, HUSBAND AND NEXT OF KIN TO DORIS L. BREAUX, DECEASED<br><br>3:18-cv-08656 | 3:16-md-02738 (FLW)(LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the First Amended Short Form Complaint with Jury Demand was filed on August 6, 2019, on behalf of Plaintiff Glenn Breaux.

Dated: August 6, 2019

    Respectfully submitted,

    */s/ Gregory D. Brown*
    Gregory D. Brown (TX Bar. No. 24078266)
    gregory_brown@fleming-law.com
    Rand P. Nolen (TX Bar No. 00788126)
    rand_nolen@fleming-law.com
    FLEMING, NOLEN & JEZ, L.L.P.
    2800 Post Oak Blvd., Suite 4000
    Houston, Texas 77056-6109
    Tel: 713-621-7944
    Fax: 713-621-9638

    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify on August 6, 2019, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Gregory D. Brown*
GREGORY D. BROWN