## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW
## JERSEY

**IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY
LITIGATION**
This document relates to: Georgiana Flynn
and Charles Flynn
3:19-CV-16360

**MDL No. 2738 (FLW) (LHG)**

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on August 5, 2019 on behalf of Plaintiffs Georgiana Flynn and Charles Flynn.

Dated: August 6, 2019

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

1

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.


Dated: August 6, 2019                    /s/ Michael Akselrud
                                         Michael Akselrud
                                         The Lanier Law Firm, PC
                                         21550 Oxnard St., 3rd Fl
                                         Woodland Hills, CA 91367
                                         (310) 277-5100
                                         Counsel for Plaintiff(s)