DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
600 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000

*Attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc., formerly known as Johnson & Johnson Consumer Companies, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil A. No. 3:16-md-2738 (FLW) (LHG) <br><br> MDL No. 2738 |
| v. | **NOTICE OF APPEARANCE** |
| JOHNSON & JOHNSON, et al. <br><br> Defendants. | |

PLEASE TAKE NOTICE that the undersigned counsel hereby appears on behalf of defendants Johnson & Johnson and Johnson & Johnson Consumer Inc., formerly known as Johnson & Johnson Consumer Companies, Inc.

DRINKER BIDDLE & REATH LLP

Attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc., formerly known as Johnson & Johnson Consumer Companies, Inc.

By:  */s/ Jessica L. Brennan*
       Jessica L. Brennan

Dated:  August 7, 2019

## **CERTIFICATION OF SERVICE**

      I hereby certify that on August 7, 2019, a copy of the foregoing document(s) were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access the filing through the Court's system.

*/s/ Jessica L. Brennan*

Jessica L. Brennan
Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ  07932-1047
Phone: (973) 549-7164
Fax:    (973) 360-9831
E-mail: Jessica.Brennan@dbr.com