UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** _____ **THIS DOCUMENT RELATES TO:** **GINGER RATCLIFFE,**          **Plaintiff,** **v.** **JOHNSON & JOHNSON, et al.,**          **Defendants.** | **MDL NO. 2738 (FLW) (LHG)** Case No. 3:19-CV-13914-FLW-LHG |

# NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on June 17, 2019, on behalf of Plaintiff GINGER RATCLIFFE.

Dated: August 7, 2019         Respectfully Submitted,

         By:  /s/ *Mark P. Robinson, Jr.*
             Mark P. Robinson, Jr.
             19 Corporate Plaza Drive
             Newport Beach, CA 92660
             949-720-1288 Phone
             949-720-1292 Facsimile
             mrobinson@robinsonfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that August 7, 2019, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

/s/ Mark P. Robinson Jr.
MARK P. ROBINSON, JR.