UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to AMANDA OYERVIDES<br>Case No. 3:19-CV-16525 | MDL No. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

  Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on August 9, 2019 on behalf of Plaintiff AMANDA OYERVIDES.

Dated: August 9, 2019

             Respectfully Submitted by,
             /s/ Michael Akselrud
             Michael Akselrud
             The Lanier Law Firm, PC
             21550 Oxnard St., 3rd Fl.
             Woodland Hills, CA 91367
             (310) 277-5100
             Counsel for Plaintiff(s)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 9, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: August 9, 2019                                   /s/ Michael Akselrud
                                                                         Michael Akselrud
                                                                         The Lanier Law Firm, PC
                                                                          21550 Oxnard St., 3rd Fl
                                                                          Woodland Hills, CA 91367
                                                                          (310) 277-5100
                                                                          Counsel for Plaintiff(s)