DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
600 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000

*Attorneys for Defendants Johnson & Johnson and*
*Johnson & Johnson Consumer Inc., formerly known*
*as Johnson & Johnson Consumer Companies, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates To All Cases | Civil A. No. 3:16-md-2738 (FLW) (LHG) <br><br> MDL No. 2738 <br><br> **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

DEFENDANTS JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER INC. HEREBY GIVE NOTICE that Jessica L. Brennan of Drinker Biddle & Reath LLP shall be added as attorney of record for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. in the In Re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation and that Julie L. Tersigni shall be withdrawn as counsel of record for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. in this matter as she is no longer associated with Drinker Biddle & Reath LLP, and is no longer participating in this litigation.

Counsel respectfully requests that all orders, pleadings and correspondence be served upon Jessica L. Brennan through the CM/ECF system and/or at the address below.

2

*[signature]*

Jessica L. Brennan
Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ  07932-1047
Phone: (973) 549-7164
Fax:    (973) 360-9831
E-mail: Jessica.Brennan@dbr.com

Dated:  August 13, 2019

2

## **CERTIFICATION OF SERVICE**

  I hereby certify that on August 13, 2019, a copy of the foregoing document(s) were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access the filing through the Court's system.

                     /s/ Jessica L. Brennan

                     Jessica L. Brennan
                     Drinker Biddle & Reath LLP
                     600 Campus Drive
                     Florham Park, NJ  07932-1047
                     Phone: (973) 549-7164
                     Fax:    (973) 360-9831
                     E-mail: Jessica.Brennan@dbr.com