# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEWJERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | **MDL NO. 2738 (FLW) (LHG)**<br><br>Case No.: 3:19-cv-00576 |
| This document relates to:<br><br>LORRAINE CASTILLO<br> and LARRY CASTILLO | |

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT PCPC

COMES NOW Plaintiff, Lorraine Castillo and Larry Castillo, and pursuant to Fed. R. Civ. P. 41, hereby dismisses without prejudice their claims against Defendant, Personal Care Products Council, only. None of the claims against the remaining Defendants shall be affected by this dismissal.

Dated:  August 14, 2019

Respectfully submitted,

**FEARS NACHAWATI, PLLC**

/s/ Matthew McCarley

Matthew R. McCarley
TX Bar No. 24041426
5473 Blair Road
Dallas, TX 75231
Phone: (214) 890-0711
Facsimile: (214) 890-0712
mccarley@fnlawfirm.com

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  August 14, 2019

*/s/ Matthew McCarley*
Matthew R. McCarley
TX Bar No. 24041426
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, TX 75231
Phone: (214) 890-0711
Facsimile: (214) 890-0712
mccarley@fnlawfirm.com
