# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to:<br>*Josefa Cabrera v. Johnson & Johnson, et al.*<br>*3:18-cv-15576-FLW-LHG* | Civil Action No. 3:16-md-2738-FLW-LHG<br>The Honorable Freda L. Wolfson<br><br>**MDL No. 2738** |

## STIPULATION OF DISMISSAL AS TO DEFENDANT PERSONAL CARE PRODUCTS COUNCIL ("PCPC")

IT IS HEREBY STIPULATED AND AGREED by all parties to this action, by and through counsel that:

1. The action filed by Plaintiff, Josefa Cabrera against Personal Care Products Council ("PCPC") is hereby dismissed with prejudice;

2. Each party will bear their own costs in this action.

DATED: August 14, 2019                           GIRARDI | KEESE

                                                      */s/ David Bigelow*
David N. Bigelow
dbigelow@girardikeese.com
Keith D. Griffin
kgriffin@girardikeese.com
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
Telephone: (213) 977-0211
Facsimile:  (213) 481-1554
*Attorneys for Plaintiffs*

DATED: August 14, 2019                           SEYFARTH SHAW LLP

                                                      */s/ Eric Barton*
Eric F. Barton
Sey Farth Shaw LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA 30309-3958
(404) 885-1500
f ax (404) 892-7056
*Attorneys for PCPC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2019, a copy of the foregoing STIPULATION OF DISMISSAL AS TO DEFENDANT PERSONAL CARE PRODUCTS COUNCIL ("PCPC") was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

DATED: August 14, 2019                                    GIRARDI | KEESE


                                                            */s/ David Bigelow*
                                                          David Bigelow