# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | Civil Action No. 3:16-md-2738-FLW-LHG<br>The Honorable Freda L. Wolfson<br><br>**MDL No. 2738** |
| This Document Relates to:<br>*John Folio, individually and on behalf of the Estate of Lorentina Folio v. Johnson & Johnson, et al.*<br>*3:18-cv-15593-FLW-LHG* | |

## STIPULATION OF DISMISSAL AS TO DEFENDANT PERSONAL CARE PRODUCTS COUNCIL ("PCPC")

IT IS HEREBY STIPULATED AND AGREED by all parties to this action, by and through counsel that:

1. The action filed by Plaintiff, John Folio against Personal Care Products Council ("PCPC") is hereby dismissed with prejudice;

2. Each party will bear their own costs in this action.

DATED: August 14, 2019                    GIRARDI | KEESE

                                                       */s/ David Bigelow*
                                           David N. Bigelow
                                           dbigelow@girardikeese.com
                                           Keith D. Griffin
                                           kgriffin@girardikeese.com
                                           1126 Wilshire Boulevard
                                           Los Angeles, California 90017-1904
                                           Telephone: (213) 977-0211
                                           Facsimile:  (213) 481-1554
                                           *Attorneys for Plaintiffs*


DATED: August 14, 2019                    SEYFARTH SHAW LLP

                                                        */s/ Eric Barton*
                                           Eric F. Barton
                                           Sey Farth Shaw LLP
                                           1075 Peachtree Street, N.E.
                                           Suite 2500
                                           Atlanta, GA 30309-3958
                                           (404) 885-1500
                                           f ax (404) 892-7056
                                           *Attorneys for PCPC*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 14, 2019, a copy of the foregoing STIPULATION OF DISMISSAL AS TO DEFENDANT PERSONAL CARE PRODUCTS COUNCIL ("PCPC") was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

DATED: August 14, 2019                         GIRARDI | KEESE

                                                    */s/ David Bigelow*
                                                    David Bigelow