# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to:<br>*Peter Gray, individually and on behalf of the Estate of Ellen Gray v. Johnson & Johnson, et al.*<br>3:18-cv-15595-FLW-LHG | Civil Action No. 3:16-md-2738-FLW-LHG<br>The Honorable Freda L. Wolfson<br><br>**MDL No. 2738** |

## STIPULATION OF DISMISSAL AS TO DEFENDANT PERSONAL CARE PRODUCTS COUNCIL ("PCPC")

IT IS HEREBY STIPULATED AND AGREED by all parties to this action, by and through counsel that:

1. The action filed by Plaintiff, Peter Gray against Personal Care Products Council ("PCPC") is hereby dismissed with prejudice;

2. Each party will bear their own costs in this action.

DATED: August 14, 2019	GIRARDI | KEESE

	*/s/ David Bigelow*
	David N. Bigelow
	dbigelow@girardikeese.com
	Keith D. Griffin
	kgriffin@girardikeese.com
	1126 Wilshire Boulevard
	Los Angeles, California 90017-1904
	Telephone: (213) 977-0211
	Facsimile:  (213) 481-1554
	*Attorneys for Plaintiffs*

DATED: August 14, 2019	SEYFARTH SHAW LLP

	*/s/ Eric Barton*
	Eric F. Barton
	Sey Farth Shaw LLP
	1075 Peachtree Street, N.E.
	Suite 2500
	Atlanta, GA 30309-3958
	(404) 885-1500
	f ax (404) 892-7056
	*Attorneys for PCPC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2019, a copy of the foregoing STIPULATION OF DISMISSAL AS TO DEFENDANT PERSONAL CARE PRODUCTS COUNCIL ("PCPC") was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

DATED: August 15, 2019                    GIRARDI | KEESE

                                          */s/ David Bigelow*
                                          David Bigelow