# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | Civil Action No. 3:16-md-2738-FLW-LHG<br>The Honorable Freda L. Wolfson<br><br>**MDL No. 2738** |
| This Document Relates to:<br>*Jon Gregory, individually and on behalf of the Estate of Mary Gregory v. Johnson & Johnson, et al.*<br>3:18-cv-15597-FLW-LHG | |

**STIPULATION OF DISMISSAL AS TO DEFENDANT PERSONAL CARE PRODUCTS**

**COUNCIL ("PCPC")**

IT IS HEREBY STIPULATED AND AGREED by all parties to this action, by and through counsel that:

1. The action filed by Plaintiff, Jon Gregory against Personal Care Products Council ("PCPC") is hereby dismissed with prejudice;

2. Each party will bear their own costs in this action.

DATED: August 14, 2019										GIRARDI | KEESE

										*/s/ David Bigelow*
										David N. Bigelow
										dbigelow@girardikeese.com
										Keith D. Griffin
										kgriffin@girardikeese.com
										1126 Wilshire Boulevard
										Los Angeles, California 90017-1904
										Telephone: (213) 977-0211
										Facsimile:  (213) 481-1554
										*Attorneys for Plaintiffs*


DATED: August 14, 2019										SEYFARTH SHAW LLP


										*/s/ Eric Barton*
										Eric F. Barton
										Sey Farth Shaw LLP
										1075 Peachtree Street, N.E.
										Suite 2500
										Atlanta, GA 30309-3958
										(404) 885-1500
										f ax (404) 892-7056
										*Attorneys for PCPC*

## CERTIFICATE OF SERVICE

     I hereby certify that on August 15, 2019, a copy of the foregoing STIPULATION OF DISMISSAL AS TO DEFENDANT PERSONAL CARE PRODUCTS COUNCIL ("PCPC") was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

DATED: August 15, 2019                        GIRARDI | KEESE

                                                */s/ David Bigelow*
                                                David Bigelow