# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | Civil Action No. 3:16-md-2738-FLW-LHG<br>The Honorable Freda L. Wolfson<br><br>**MDL No. 2738** |
| This Document Relates to:<br>*Lindsey McKooper, individually and on behalf of the Estate of Amy Cooper v. Johnson & Johnson, et al.*<br>3:18-cv-15565-FLW-LHG | |

## STIPULATION OF DISMISSAL AS TO DEFENDANT PERSONAL CARE PRODUCTS COUNCIL ("PCPC")

IT IS HEREBY STIPULATED AND AGREED by all parties to this action, by and through counsel that:

1. The action filed by Plaintiff, Lindsey McKooper against Personal Care Products Council ("PCPC") is hereby dismissed with prejudice;

2. Each party will bear their own costs in this action.

DATED: August 14, 2019	GIRARDI | KEESE

		*/s/ David Bigelow*
		David N. Bigelow
		dbigelow@girardikeese.com
		Keith D. Griffin
		kgriffin@girardikeese.com
		1126 Wilshire Boulevard
		Los Angeles, California 90017-1904
		Telephone: (213) 977-0211
		Facsimile:  (213) 481-1554
		*Attorneys for Plaintiffs*


DATED: August 14, 2019	SEYFARTH SHAW LLP

		*/s/ Eric Barton*
		Eric F. Barton
		Sey Farth Shaw LLP
		1075 Peachtree Street, N.E.
		Suite 2500
		Atlanta, GA 30309-3958
		(404) 885-1500
		f ax (404) 892-7056
		*Attorneys for PCPC*

## CERTIFICATE OF SERVICE

  I hereby certify that on August 15, 2019, a copy of the foregoing STIPULATION OF DISMISSAL AS TO DEFENDANT PERSONAL CARE PRODUCTS COUNCIL ("PCPC") was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

DATED: August 15, 2019       GIRARDI | KEESE

                 */s/ David Bigelow*
                 David Bigelow