# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Erin Miller v. Johnson & Johnson, et al.*<br>*3:18-cv-15568-FLW-LHG* | Civil Action No. 3:16-md-2738-FLW-LHG<br>The Honorable Freda L. Wolfson<br><br>MDL No. 2738 |

**STIPULATION OF DISMISSAL AS TO DEFENDANT PERSONAL CARE PRODUCTS COUNCIL ("PCPC")**

IT IS HEREBY STIPULATED AND AGREED by all parties to this action, by and through counsel that:

1. The action filed by Plaintiff, Erin Miller against Personal Care Products Council ("PCPC") is hereby dismissed with prejudice;

2. Each party will bear their own costs in this action.

DATED: August 14, 2019					GIRARDI | KEESE


							/s/ David Bigelow
							David N. Bigelow
							dbigelow@girardikeese.com
							Keith D. Griffin
							kgriffin@girardikeese.com
							1126 Wilshire Boulevard
							Los Angeles, California 90017-1904
							Telephone: (213) 977-0211
							Facsimile:  (213) 481-1554
							*Attorneys for Plaintiffs*


DATED: August 14, 2019					SEYFARTH SHAW LLP


							/s/ Eric Barton
							Eric F. Barton
							Sey Farth Shaw LLP
							1075 Peachtree Street, N.E.
							Suite 2500
							Atlanta, GA 30309-3958
							(404) 885-1500
							f ax (404) 892-7056
							*Attorneys for PCPC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2019, a copy of the foregoing STIPULATION OF DISMISSAL AS TO DEFENDANT PERSONAL CARE PRODUCTS COUNCIL ("PCPC") was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

DATED: August 15, 2019                              GIRARDI | KEESE

                                                                   */s/ David Bigelow*
                                                                   David Bigelow