UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>JASPER CALLAHAN, Individually and as Personal representative of the Estate of Leatha M. Freeman-Callahan, Deceased; Tycoma Willis; and Randy Willis<br><br>Case No. 3:19-cv-12601 | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT PERSONAL CARE PRODUCTS COUNCIL

Plaintiffs, Jasper Callahan, Individually and as Personal Representative of the Estate of Leatha M. Freeman-Callahan, deceased, and Tycoma Willis and Randy Willis, pursuant to Case Management Order No. 10 (Dkt. No. 4767) hereby gives notice of the voluntary dismissal of Defendant Personal Care Products Council without Prejudice.

Dated: August 15, 2019

                                                        Respectfully Submitted by:

                                                        /s/ *Jeffery T. Embry*
                                                        Jeffery T. Embry
                                                        State Bar No. 24002052
                                                        Hossley & Embry, LLP
                                                        515 S. Vine Ave.
                                                        Tyler, Texas 75702
                                                        Ph. (903) 526-1772
                                                        Fax (903) 526-1773
                                                        jeff@hossleyembry.com

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2019, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operations of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/Jeffrey T. Embry*
Jeffrey T. Embry