# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738<br><br>**NOTICE OF GEORGIA PLAINTIFFS' (MARCHETTI, HICKS, STRICKLAND AND WALKER) NOTICE OF MOTION FOR VOLUNTARILY DISMISSAL UNDER FED. R. CIV. P. 41(A)(2)**<br><br>**Return Date:** September 16, 2019<br><br>**ORAL ARGUMENT REQUESTED** |

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| *Cammy D. Marchetti and Michael A. Marchetti* | *Civil Action No. 3:16-cv-08082-FLW-LHG* |
| *Nancy Crews Hicks and Brannon Rice Hicks, Sr.* | *Civil Action No. 3:16-cv-07428-FLW-LHG* |
| *Nell Rose Strickland and Charles L. Strickland* | *Civil Action No. 3:16-cv-07337-FLW-LHG* |
| *Allison Walker* | *Civil Action No. 3:16-cv-07503-FLW-LHG* |

**GEORGIA PLAINTIFFS' (MARCHETTI, HICKS, STRICKLAND AND WALKER) NOTICE OF MOTION FOR VOLUNTARILY DISMISSAL UNDER FED. R. CIV. P. 41(A)(2)**

**PLEASE TAKE NOTICE** that at 9:00 a.m. on September 16, 2019, or such other time and date set by the Court, Georgia Plaintiffs Cammy D. and Michael A. *Marchetti*, Nancy C. and Brannon R. *Hicks*, Sr., Nell R. and Charles L. *Strickland* and Allison *Walker* (hereinafter collectively referred to as "Movants"), by their undersigned counsel, will move before the Honorable Freda L. Wolfson, U.S.D.J., United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Room 2020, Trenton, NJ 08608, for an entry of an Order granting their Motion for Voluntary Dismissal under Fed. R. Civ. P. 41(a)(2).

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, Movants will rely on the Memorandum of Law and the accompanying exhibits submitted herewith. A proposed form of Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Movants request oral argument on their motion if there is any opposition to Movants' Voluntary Dismissal.

Respectfully submitted this 15th day of August, 2019.

| | |
|---|---|
| */s/ John R. Bevis* | */s/ Robert D. Cheeley* |
| Roy E. Barnes | Robert D. Cheeley |
| GA Bar No. 039000 | GA Bar No. 122727 |
| John R. Bevis | Julia A. Merritt |
| GA Bar No. 056100 | GA Bar No. 159038 |
| Benjamin R. Rosichan | |
| GA Bar No. 296256 | |

| | |
|---|---|
| **BARNES LAW GROUP, LLC** | **CHEELEY LAW GROUP, LLC** |
| 31 Atlanta Street | 2500 Old Milton Parkway |
| Marietta, Georgia 30060 | Suite 200 |
| Tel: (770) 227-6375 | Alpharetta, GA 30009 |
| Fax: (770) 227-6373 | Tel: (770) 861-4100 |
| roy@barneslawgroup.com | Fax: (678) 559-0273 |
| bevis@barneslawgroup.com | bob@cheeleylawgroup.com |
| brosichan@barneslawgroup.com | julia@cheeleylawgroup.com |

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed with the Clerk of Court using the CM/ECF electronic filing system, which will send notification of such filing to all counsel of record. Parties may access this filing through the Court's system.

This 15th day of August, 2019.

**BARNES LAW GROUP, LLC**

*/s/ John R. Bevis*_____
John R. Bevis
Georgia Bar No. 056110