# EXHIBIT A

⚡ EFILED IN OFFICE
CLERK OF STATE COURT
RICHMOND COUNTY, GEORGIA
**2018RCSC01222**
**PATRICIA W. BOOKER**
MAR 19, 2019 04:18 PM

Hattie Holmes Sullivan, Clerk
Richmond County, Georgia

IN THE STATE COURT OF RICHMOND COUNTY
STATE OF GEORGIA

| | |
|---|---|
| CHARVETTE E. MONROE, as Executrix of the ESTATE OF MARGIE G. EVANS,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, a Foreign Corporation, JOHNSON & JOHNSON CONSUMER, INC., a Foreign Corporation, f/k/a JOHNSON & JOHNSON CONSUMER COMPANIES, INC., IMERYS TALC AMERICA, INC., a Foreign Corporation f/k/a LUZENAC AMERICA, INC., f/k/a RIO TINTO MINERALS, INC., PTI ROYSTON, LLC, a Georgia Limited Liability Company d/b/a PHARMA TECH INDUSTRIES, and JOHN DOE CORPORATIONS No.s 1-10<br><br>Defendants. | CIVIL ACTION FILE NO. 2018RCSC01222 |

## ORDER REGARDING PLAINTIFF'S MOTION TO SEVER PROCEEDINGS

Before the Court is Plaintiff's motion to sever her claims as to Johnson & Johnson, Johnson & Johnson Consumer, Inc., and PTI Royston, LLC so that she may proceed against these defendants separately from Imerys Talc America, Inc. ("ITA"). ITA has filed for Chapter 11 bankruptcy protection in the United States Bankruptcy Court for the District of Delaware (Case No. 19-10289-LSS), and this action has been automatically stayed as against ITA. Defendants Johnson & Johnson, Johnson & Johnson Consumer, Inc., and PTI Royston, LLC have consented to Plaintiff's motion to sever.

Page 1 of 3

## MARGIE G. EVANS v. JOHNSON & JOHNSON
### Civil Action No. 2018RCSC01222
### Order

To avoid prejudice from the delay occasioned by the automatic bankruptcy stay of claims asserted against ITA, and to allow for the prompt pursuit of the claims asserted against the non-bankruptcy Defendants, Plaintiff's motion to sever is hereby GRANTED. *See* OCGA § 9-11-42.

SO ORDERED this 19th day of March, 2019.

_____
Patricia W. Booker, Judge
State Court of Richmond County

**Copies to:**

Gov. Roy E. Barnes, Esq.
**Barnes Law Group, LLC**
roy@barneslawgroup.com

*Attorney for Plaintiff*

John Bevis, Esq.
**Barnes Law Group, LLC**
bevis@barneslawgroup.com

*Attorney for Plaintiff*

Laura Denault, Esq.
**Barnes Law Group, LLC**
ldenault@barneslawgroup.com

*Attorney for Plaintiff*

Robert D. Cheeley, Esq.
**Cheeley Law Group**
bob@cheeleylawgroup.com

*Attorney for Plaintiff*

Julia A. Merritt, Esq.
**Cheeley Law Group**
julia@cheeleylawgroup.com

*Attorney for Plaintiff*

**MARGIE G. EVANS v. JOHNSON & JOHNSON**
**Civil Action No. 2018RCSC01222**
**Order**

Ileana Martinez, Esq.
**Thompson Hine**
ileana.martinez@thompsonhine.com

*Attorney for Defendant Johnson & Johnson*

David Marshall, Esq.
**Hawkins Parnell & Young, LLP**
DMarshall@hpylaw.com

*Attorney for Defendant PTI Royston, LLC*

Caroline M. Tinsley, Esq.
**Tucker Ellis LLP**
100 South 4th Street, Suite 600
St. Louis, MO 63102
caroline.tinsley@tuckerellis.com

*Attorney for Defendant PTI Royston, LLC*

EFILED IN OFFICE
CLERK OF STATE COURT
RICHMOND COUNTY, GEORGIA
**2018RCSC01222**
PATRICIA W. BOOKER
MAR 19, 2019 04:18 PM

Hattie Holmes Sullivan, Clerk
Richmond County, Georgia

IN THE STATE COURT OF RICHMOND COUNTY
STATE OF GEORGIA

| | |
|---|---|
| CHARVETTE E. MONROE, as Executrix of the ESTATE OF MARGIE G. EVANS,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, a Foreign Corporation, JOHNSON & JOHNSON CONSUMER, INC., a Foreign Corporation, f/k/a JOHNSON & JOHNSON CONSUMER COMPANIES, INC., IMERYS TALC AMERICA, INC., a Foreign Corporation f/k/a LUZENAC AMERICA, INC., f/k/a RIO TINTO MINERALS, INC., PTI ROYSTON, LLC, a Georgia Limited Liability Company d/b/a PHARMA TECH INDUSTRIES, and JOHN DOE CORPORATIONS No.s 1-10<br><br>Defendants. | CIVIL ACTION FILE NO. 2018RCSC01222 |

### ORDER REGARDING PLAINTIFF'S PRIMA-FACIE EVIDENCE OF PHYSICAL IMPAIRMENT

HAVING CONSIDERED Plaintiff's motion for an order establishing prima-facie evidence pursuant to O.C.G.A. § 51-14-1, et.seq., the record, and the arguments of the parties,[1] the Court finds and rules as follows:

1. Plaintiff's Complaint alleges that Margie Evans was exposed to asbestos and developed ovarian cancer as a result of her use of Johnson & Johnson's Baby Powder.

---

[1] Defendant Imerys Talc America, Inc. has filed for bankruptcy and, accordingly, any proceedings against them have been automatically stayed pursuant to 11 U.S.C. § 362(a)(1) & (b).

Page 1 of 3

MARGIE G. EVANS v. JOHNSON & JOHNSON
Civil Action No. 2018RCSC01222
Order

2. Establishing prima-facie evidence of physical impairment of an exposed person is an essential element and a prerequisite for bringing an asbestos exposure claim under OCGA § 51-14-1 et. seq. See OCGA § 51-14-3.

3. With her Complaint, Plaintiff attached a Medical Report and an Affidavit from Richard Kradin, M.D., a Board Certified Anatomic Pathologist with Massachusetts General Hospital and Harvard Medical School.

4. Defendants filed no opposition challenging Dr. Kradin's findings and conclusions within 90 days from service of Plaintiff's complaint. See OCGA § 51-14-(6)(2)(B).

5. In accordance with the requirements of OCGA § 51-14-6(2)(E), based on the papers and documentation submitted with the Complaint, and considering the requirements of OCGA § 51-14-1 et. seq. and Defendants' lack of opposition, the Court hereby determines that Plaintiff has established prima-facie evidence of physical impairment and may pursue her claims under OCGA § 51-14-1 et. seq. Pursuant to O.C.G.A. § 51-14-8, discovery may commence as of the date of this order.

SO ORDERED this 19th day of March, 2019.

_____
Patricia W. Booker, Judge
State Court of Richmond County

## MARGIE G. EVANS v. JOHNSON & JOHNSON
### Civil Action No. 2018RCSC01222
### Order

**Copies to:**

Gov. Roy E. Barnes, Esq.
**Barnes Law Group, LLC**
roy@barneslawgroup.com

*Attorney for Plaintiff*

John Bevis, Esq.
**Barnes Law Group, LLC**
bevis@barneslawgroup.com

*Attorney for Plaintiff*

Laura Denault, Esq.
**Barnes Law Group, LLC**
ldenault@barneslawgroup.com

*Attorney for Plaintiff*

Robert D. Cheeley, Esq.
**Cheeley Law Group**
bob@cheeleylawgroup.com

*Attorney for Plaintiff*

Julia A. Merritt, Esq.
**Cheeley Law Group**
julia@cheeleylawgroup.com

*Attorney for Plaintiff*

Ileana Martinez, Esq.
**Thompson Hine**
ileana.martinez@thompsonhine.com

*Attorney for Defendant Johnson & Johnson*

David Marshall, Esq.
**Hawkins Parnell & Young, LLP**
DMarshall@hpylaw.com

*Attorney for Defendant PTI Royston, LLC*

Caroline M. Tinsley, Esq.
**Tucker Ellis LLP**
100 South 4th Street, Suite 600
St. Louis, MO 63102
caroline.tinsley@tuckerellis.com

*Attorney for Defendant PTI Royston, LLC*

⧚ EFILED IN OFFICE
CLERK OF STATE COURT
RICHMOND COUNTY, GEORGIA
**2018RCSC01222**
PATRICIA W. BOOKER
APR 05, 2019 01:52 PM

*Hattie Holmes Sullivan*
Hattie Holmes Sullivan, Clerk
Richmond County, Georgia

# IN THE STATE COURT OF RICHMOND COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| CHARVETTE E. MONROE, as Executrix of the ESTATE OF MARGIE G. EVANS, | |
| Plaintiff, | |
| v. | CIVIL ACTION FILE |
| JOHNSON & JOHNSON, a Foreign Corporation, JOHNSON & JOHNSON CONSUMER, INC., a Foreign Corporation, f/k/a JOHNSON & JOHNSON CONSUMER COMPANIES, INC., IMERYS TALC AMERICA, INC., a Foreign Corporation f/k/a LUZENAC AMERICA, INC., f/k/a RIO TINTO MINERALS, INC., PTI ROYSTON, LLC, a Georgia Limited Liability Company d/b/a PHARMA TECH INDUSTRIES, and JOHN DOE CORPORATIONS No.s 1-10 | NO. 2018RCSC012222 |
| Defendants. | |

## CASE MANAGEMENT ORDER

Plaintiff and each of the above-named Defendants, except Defendants Imerys Talc America, Inc., a foreign corporation f/k/a Luzenac America, Inc., f/k/a Rio Tinto Minerals, Inc.,[1] by and through their respective undersigned counsel of record, jointly request that the Court enter the Initial Case Management Order in this matter, as follows:

1. Plaintiff's experts shall be identified on or before **SEPTEMBER 2, 2019** and deposed on or before **OCTOBER 14, 2019.** .

2. Defendants' experts shall be identified on or before **NOVEMBER 1, 2019** and deposed on or before **DECEMBER 20, 2019** which shall be the close of discovery.

---

[1] Defendant Imerys Talc America, Inc. has filed for bankruptcy and, accordingly, any proceedings against it have been automatically stayed pursuant to 11 U.S.C. § 362(a)(1) & (b).

3. Rebuttal experts shall be designated by all parties on or before **JANUARY 6, 2020** and shall be produced for deposition on or before **FEBRUARY 2, 2020**.

4. Deadline for the parties to conduct mediation is on or before **MARCH 30, 2020**.

5. The deadline to file *Daubert* and dispostive motions shall be on or before **FEBRUARY 17, 2020**.

6. Oppositions to any *Daubert* or dispositive motions shall be filed on or before **MARCH 9, 2020**.

7. Any replies to any oppositions to any *Daubert* or dispositive motions shall be filed on or before **MARCH 23, 2020**.

8. On or before **MARCH 31, 2020**, the parties shall serve upon each other (but not file) a list of all witnesses, (including known impeachment and rebuttal witnesses) which the party might call at trial and a schedule of all exhibits which a party may offer at trial numbered sequentially, deposition designations, and all motions in limine.

9. *Daubert* and dispositive motions will be heard on **APRIL 15, 2020** commencing at 9:30 a.m. Prior to this date, the Court will discuss with the parties whether any witnesses shall be required to appear at the *Daubert* hearing.

10. On or before **APRIL 20, 2020**, the parties shall file objections and counter designations to deposition designations, as well as responses to motions in limine.

11. A proposed, consolidated pre-trial order shall be filed no later than **APRIL 28, 2020**.

12. A pre-trial hearing will be conducted on **May 7, 2020**.

13. The parties shall exchange and submit proposed jury instructions and verdict forms on or before **April 28, 2020.**

14. This matter is specially set for a six (6) week trial beginning on **JUNE 3, 2020,** with opening arguments beginning on **JUNE 8, 2020,** with all evidence concluding on or before **JULY 20, 2020**.

DONE AND ORDERED this 4th day of April, 2019.

_____
Patricia W. Booker, Judge
State Court of Richmond County

Respectfully submitted and consented to this 3rd day of April, 2019.

| /s/ John R. Bevis | /s/ Z. Ileana Martinez |
|---|---|
| Roy E. Barnes | Z. Ileana Martinez |
| GA Bar No. 039000 | GA Bar No. 474660 |
| John R. Bevis | Leslie J. Suson |
| GA Bar No. 056100 | GA Bar No. 142162 |
| Benjamin R. Rosichan | |
| GA Bar No. 296256 | **THOMPSON HINE, LLP** |
| | 3560 Lenox Road, Suite 1600 |
| **BARNES LAW GROUP, LLC** | Atlanta, GA 30326 |
| 31 Atlanta Street | Phone: 404-541-2900 |
| Marietta, Georgia 30060 | Fax: 404-541-2905 |
| Tel: (770) 227-6375 | ileana.martinez@thompsonhine.com |
| Fax: (770) 227-6373 | leslie.suson@thompsonhine.com |
| roy@barneslawgroup.com | |
| bevis@barneslawgroup.com | *Attorneys for Defendants Johnson & Johnson* |
| brosichan@barneslawgroup.com | *and Johnson & Johnson Consumer, Inc.* |
| | |
| /s/ Robert D. Cheeley | /s/ David C. Marshall |
| Robert D. Cheeley | David C. Marshall |
| GA Bar No. 122727 | GA Bar No. 471512 |
| Julia A. Merritt | Evelyn F. Davis |
| GA Bar No. 159038 | GA Bar No. 801498 |
| | Kathryn S. Whitlock |
| **CHEELEY LAW GROUP, LLC** | GA Bar No. 756233 |
| 2500 Old Milton Parkway | Todd Alley |
| Suite 200 | GA Bar No. 012321 |

3

| | |
|---|---|
| Alpharetta, GA 30009<br>Tel: (770) 861-4100<br>Fax: (678) 559-0273<br>bob@cheeleylawgroup.com<br>julia@cheeleylawgroup.com<br><br>*Attorneys for Plaintiff* | **HAWKINS PARNELL THACKSTON YOUNG, LLP**<br>303 Peachtree Street, NE, Suite 400<br>Atlanta, GA 30308<br>Phone: 404-614-7400<br>Fax: 404-614-7500<br>dmarshall@hptylaw.com<br>edavis@hptylaw.com<br>kwhitlock@hptylaw.com<br>talley@hptylaw.com<br><br>*Attorneys for Defendant PTI Royston, LLC* |

4

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing **CASE MANAGEMENT ORDER** with the Clerk of Court using the PeachCourt Electronic File and Serve system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Z. Ileana Martinez, Esq.<br>ileana.martinez@thompsonhine.com<br>Leslie J. Suson, Esq.<br>leslie.suson@thompsonhine.com<br>**THOMPSON HINE, LLP**<br>3560 Lenox Road, Suite 1600<br>Atlanta, GA 30326<br>*Attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer, Inc.* | David C. Marshall, Esq.<br>dmarshall@hptylaw.com<br>Evelyn F. Davis, Esq.<br>edavis@hptylaw.com<br>Kathryn S. Whitlock, Esq.<br>kwhitlock@hptylaw.com<br>Todd Alley, Esq.<br>talley@hptylaw.com<br>**HAWKINS PARNELL THACKSTON YOUNG, LLP**<br>303 Peachtree Street, NE, Suite 400<br>Atlanta, GA 30308 |
| Jennifer E. Spencer, Esq.*<br>jspencer@shb.com<br>**SHOOK, HARDY & BACON, LLP**<br>JP Morgan Chase Tower<br>600 Travis Street, Suite 3400<br>Houston, TX 77002<br><br>*Attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer, Inc.* | Caroline M. Tinsley, Esq.*<br>caroline.tinsley@tuckerellis.com<br>**TUCKER ELLIS LLP**<br>100 South 4th Street, Suite 600<br>St. Louis, MO 63102<br><br>*Attorneys for Defendant PTI Royston, LLC* |

*\*admitted pro hac vice*

I further certify that I have served the foregoing by electronic mail to the office of Judge Patricia Booker.

This 5th day of April, 2019.

/s/ John R. Bevis
John R. Bevis
GA Bar No. 056110
*Attorney for Plaintiff*