# EXHIBIT B

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 |

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| *Cammy D. Marchetti and Michael A. Marchetti* | *Civil Action No. 3:16-cv-08082-FLW-LHG* |
| *Nancy Crews Hicks and Brannon Rice Hicks, Sr.* | *Civil Action No. 3:16-cv-07428-FLW-LHG* |
| *Nell Rose Strickland and Charles L. Strickland* | *Civil Action No. 3:16-cv-07337-FLW-LHG* |
| *Allison Walker* | *Civil Action No. 3:16-cv-07503-FLW-LHG* |

## [PROPOSED] ORDER ON GEORGIA PLAINTIFF MARCHETTI's, HICKS's, STRICKLAND's AND WALKER's MOTION FOR VOLUNTARILY DISMISSAL UNDER FED. R. CIV. P. 41(A)(2)

Georgia Plaintiffs Cammy and Michael Marchetti, Nancy and Brannon Hicks, Nell and Charles Strickland, and Allison Walker, having filed a motion for voluntary dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and the court being fully advised; now, therefore,

IT IS ORDERED that plaintiffs' motion is granted and, further, that the

above actions are dismissed, without prejudice and without costs.


SO ORDERED this _____ day of _____, 2019.


_____

Hon. Freda L. Wolfson, U.S.D.J.