## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |

**THIS DOCUMENT RELATES TO:**

ROSIE MOORE V.
JOHNSON & JOHNSON, ET AL.
Case No.:3:19-cv-00450

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Rosie Moore.

Dated: August 16, 2019

> Respectfully submitted,
> ROSIE MOORE
>
> By: <u>Damon R. Stevenson</u>
> MSB #102945
> **Stevenson Legal Group, PLLC**
> 1010 N. West Street
> Jackson, MS  39202
> P: (769) 251-0207, F: (601) 608-7872
> ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have this day caused to be delivered via CM/ECF a true and correct copy of foregoing document to all parties of record.

     This the <u>16th</u> day of August, 2019.

<u>Damon R. Stevenson</u>