## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| SARAH PARKER, Plaintiff, v. JOHNSON & JOHNSON, ET. AL., Defendants. | Civil Action No.: 3:19-cv-16376 |

### NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT PERSONAL CARE PRODUCTS COUNCIL ONLY

COMES NOW Plaintiff Sarah Parker, and pursuant to Case Management Order No. 10 and Fed. R. Civ. P. 41, hereby gives notice of the voluntary dismissal of Defendant Personal Care Products Council without prejudice. None of the claims against the remaining Defendants shall be affected by this dismissal.

Dated: <u>August 16, 2019</u>                Respectfully Submitted,

By: */s/ Carmelo D. Morabito*
Carmelo D. Morabito (MD #1712140062)
**Smith, Gildea & Schmidt, LLC**
600 Washington Ave, Suite 200
Towson, MD 21204
(410) 821-0070 (Tel)
(410) 821-0071 (Fax)
cmorabito@sgs-law.com
*Attorneys for Plaintiff Sarah Parker*

-1-

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2019, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Carmelo D. Morabito*
Carmelo D. Morabito

SMITH, GILDEA & SCHMIDT, LLC