UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL No.: 2738 (FLW) (LHG)** |
| THIS DOCUMENT ALSO RELATES TO: SANDRA JIMINEZ, Plaintiffs, v. JOHNSON & JOHNSON, INC., et al., Defendants. | CASE NO.: 3:18-cv-12526-(FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on August 7, 2019 on behalf of Plaintiff Sandra Jiminez.

Dated: August 19, 2019

Respectfully Submitted,

By: /s/ *Daniel J. Woodard*
Daniel J. Woodard
747 Third Avenue, 6th Floor
New York, NY 10017
212-388-5100 Phone
212-388-5200 Facsimile
dwoodard@p2law.com

{00045679}

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: August 19, 2019

/s/ *Daniel J. Woodard*
Daniel J. Woodard
747 Third Avenue, 6th Floor
New York, NY 10017
212-388-5100 Phone
212-388-5200 Facsimile
dwoodard@p2law.com

{00045679}