# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| FRED D. ROLLAND, SR., INDIVIDUALLY AND FOR THE ESTATE OF JANE M. ROLLAND, | |
| Plaintiffs, | Civil Action No.: 3:19-cv-16796 |
| v. | DIRECT FILED ACTION |
| JOHNSON & JOHNSON, JOHNSON & JOHNONS CONSUMER, INC., | |
| Defendants. | |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 16th day of August 2019 on behalf of Fred D. Rolland, Sr., individually and for the Estate of Jane M. Rolland.

Dated:  8/20/2019

Respectfully Submitted by,

 */s/ Cameron Stephenson*
Cameron Stephenson
Florida Bar No.: 0051599
LEVIN PAPANTONIO THOMAS MITCHELL
RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7186
Facsimile: (850) 436-6186
Email: cstephenson@levinlaw.com
ATTORNEY FOR THE PLAINTIFFS

1

## CERTIFICATE OF SERVICE

    I hereby certify that on the 20th day of August 2019, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                                              */s/ Cameron Stephenson*