## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| John P. Bailey,<br><br>    Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER COMPANIES INC.; IMERYS TALC AMERICA, INC., JOHN DOES/JANE DOES 1-30 and UNKNOWN BUSINESSES AND/OR CORPORATIONS A-Z<br><br>    Defendants. | MDL No. 2738<br><br>Civil Action No. 3:17-cv-09453 (FLW) (LHG)<br><br>SUGGESTION OF DEATH<br><br>JURY TRIAL DEMANDED |

### STIPULATION OF DISMISSAL AS TO DEFENDANT PERSONAL CARE PRODUCTS COUNCIL ("PCPC")

IT IS HEREBY STIPULATED AND AGREED by all parties to this action, by and through counsel that:

1. The action filed by Plaintiff, John P. Bailey against Personal Care Products Council ("PCPC") is hereby dismissed with prejudice;

2. Each party will bear their own costs in this action.

                                              **KLINE & SPECTER, PC**

Dated: August 20, 2019                 /s/ Priscilla Jimenez
                                              Priscilla E. Jimenez, Esquire
                                              KLINE & SPECTER PC
                                              1525 Locust Street – 19th Floor
                                              Philadelphia, PA 19102
                                              (215)-772-1000
                                              Fax (215)-735-0960
                                              *Attorney for Plaintiff*


                                              **SEYFARTH SHAW LLP**

Dated: August 20, 2019                 /s/ Eric Barton
                                              Eric F. Barton
                                              Sey Fairth Shaw LLP
                                              1075 Peachtree Street, N.E.
                                              Suite 2500
                                              Atlanta, GA 30309-3958
                                              404 885-1500
                                              Fax 404-892-7056
                                              *Attorneys for PCPC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2019, a copy of the foregoing STIPULATION OF DISMISSAL AS TO DEFENDANT PERSONAL CARE PRODUCTS COUNCIL ("PCPC") was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

**KLINE & SPECTER, PC**

 /s/ David Bigelow
David Bigelow

DATED:  August 20, 2019