## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| JEFF CHAMBERS, INDIVIDUALLY AND FOR THE ESTATE OF JOANN CHAMBERS, | |
| Plaintiffs, | Civil Action No.: 3:19-cv-16793 |
| v. | DIRECT FILED ACTION |
| JOHNSON & JOHNSON, JOHNSON & JOHNONS CONSUMER, INC., | |
| Defendants. | |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short

Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 16th

day of August 2019 on behalf of Jeff Chambers, individually and for the Estate of JoAnn

Chambers.


Dated:  8/21/2019                          Respectfully Submitted by,

                                            */s/ Cameron Stephenson*
                                           Cameron Stephenson
                                           Florida Bar No.: 0051599
                                           LEVIN PAPANTONIO THOMAS MITCHELL
                                           RAFFERTY & PROCTOR, P.A.
                                           316 South Baylen Street, Suite 600
                                           Pensacola, FL 32502
                                           Telephone: (850) 435-7186
                                           Facsimile: (850) 436-6186
                                           Email: cstephenson@levinlaw.com
                                           ATTORNEY FOR THE PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of August 2019, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Cameron Stephenson*