## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" AND "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lewis Gran, Individually and as Executor of the Estate of Susan Gran v. Johnson & Johnson, et al.*<br>Case No: 3:19-cv-16998-FLW-LHG | MDL No: 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiffs, Susan Gran and Lewis Gran.

This 21st day of August, 2019.

                                                Respectfully submitted,

                                                EISENBERG, ROTHWEILER, WINKLER,
                                                EISENBERG & JECK, P.C.

                                                By: */s/ Nancy Winkler*
                                                Nancy J. Winkler, Esq. NJ Bar No. 030381987
                                                1634 Spruce Street
                                                Philadelphia, PA
                                                P: (215) 546-6636
                                                F: (215)546-3941
                                                Nancy@erlegal.com; Linda@erlegal.com

**Certificate of Service**

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 21st day of August, 2019.

                                                        */s/ Nancy J. Winkler*