UNITED STAES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>KIMBERLY FARNER,<br><br>                              Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER INC.,<br>                              Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br><br>Civil Action No.: 3:19-cv-17257 |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 27, 2019 on behalf of Plaintiff, Kimberly Farner.

Dated: 8/27/2019                                           Respectfully Submitted by,

                                                           */s/ Peter A. Miller*
                                                           Peter A. Miller (VA# 47822)
                                                           Miller DellaFera PLC
                                                           3420 Pump Rd., PMB 404
                                                           Henrico, VA 23233
                                                           Tel: (800) 401-6670
                                                           Fax: (888) 830-1488


                                                           **Counsel for Plaintiff(s)**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system on August 27, 2019.

*/s/ Peter A. Miller*
Peter A. Miller