UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 16-2738 (FLW) (LHG) |
| THE ESTATE OF VIRGINIA HENNEBERRY, , Plaintiff, | * * * * * * | Civil Action No. 3:19-cv-17007 |
| v. | * * | JUDGE: FREDA L. WOLFSON |
| JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC. IMERYS TALC AMERICA, INC. Defendants. | * * * * * | MAG. J.: LOIS H. GOODMAN |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**<u>NOTICE OF FILING SHORT FORM COMPLAINT</u>**

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on August 21, 2019, on behalf of Plaintiff Estate of Virginia Henneberry.

Dated: August 28, 2019

1

Respectfully submitted,

SANGISETTY LAW FIRM, LLC

/s Ravi K. Sangisetty
RAVI K. SANGISETTY (LA Bar No. 30709)
3914 Canal Street
New Orleans, LA 70119
Telephone:    (504) 662-1016
Facsimile:    (504) 662-1318
rks@sangisettylaw.com