## CERTIFICATE OF SERVICE

  I hereby certify that on August 28, 2019, a copy of the foregoing was served on all parties via the Court's CM/ECF system.

              __/s  Ravi Sangisetty_____
              **RAVI K. SANGISETTY**