## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>*This document relates to:*<br>KELLY JOE VANKIRK, Individually and as Surviving SON, and KELLY LYNN TURNER, Individually and as Surviving DAUGHTER of CAROLYN ANN VANKIRK, Decedent<br>Case No. 3:19-cv-17267 | Case No. 3-16-md-2738 (FLW)(LHG)<br>MDL No. 2738 (FLW) (LHG) |

### NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on August 26, 2019 on behalf of Plaintiff captioned above.

Dated: August 28, 2019         Respectfully Submitted by:

/s/ Nicole K.H. Maldonado
Nicole K.H. Maldonado, Esq.
Michael L. Baum, Esq.
Baum Hedlund Aristei & Goldman, P.C.
10940 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90024
Tel: 310-207-3233 // Fax: 310-820-7444
nmaldonado@baumhedlundlaw.com
mbaum@baumhedlundlaw.com
*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2019, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operations of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Nicole K.H. Maldonado
Nicole K.H. Maldonado, Esq.
Baum Hedlund Aristei & Goldman, P.C.
10940 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90024
Tel: 310-207-3233 // Fax: 310-820-7444
nmaldonado@baumhedlundlaw.com