BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Diana Grove*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Diana Grove v. Johnson & Johnson, et al.<br>Case No. 3:19-cv-17377 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 29, 2019 on behalf of Plaintiff Diana Grove.

                                                                               */s/ Lauren K. Razick*
                                                                               Lauren K. Razick
                                                                               BEASLEY ALLEN CROW METHVIN
                                                                               PORTIS & MILES, P.C.
                                                                               218 Commerce Street
                                                                               Montgomery, Alabama 36104
                                                                               (800) 898-2034 Telephone
                                                                               (334) 954-7555 Facsimile
                                                                               Lauren.Razick@BeasleyAllen.com

                                                                               Attorneys for Plaintiff Diana Grove

Dated: August 29, 2019

## CERTIFICATE OF SERVICE

  I hereby certify that on August 29 2019, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

              */s/ Lauren K. Razick*
              Lauren K. Razick

              BEASLEY ALLEN CROW METHVIN
              PORTIS & MILES, P.C.