# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Cheryl Pierce and Andrew Pierce<br>3:19-CV-17262 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

    Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on August 27, 2019 on behalf of Plaintiff Cheryl Pierce and Andrew Pierce.

Dated: August 29, 2019

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 29, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: August 29, 2019　　　　　　　　　　/s/ Michael Akselrud
　　　　　　　　　　　　　　　　　　　　　Michael Akselrud
　　　　　　　　　　　　　　　　　　　　　The Lanier Law Firm, PC
　　　　　　　　　　　　　　　　　　　　　21550 Oxnard St., 3rd Fl
　　　　　　　　　　　　　　　　　　　　　Woodland Hills, CA 91367
　　　　　　　　　　　　　　　　　　　　　(310) 277-5100
　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff(s)