# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>*This document relates to:*<br>BRUCE D. BOTTS, Individually and as Surviving Spouse of THEONA I. BOTTS, Decedent<br>Case No. 3:19-cv-17267 | **Case No. 3-16-md-2738 (FLW)(LHG)**<br>**MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on August 27, 2019 on behalf of Plaintiff captioned above.

Dated: September 1, 2019                Respectfully Submitted by:

/s/ Nicole K.H. Maldonado
Nicole K.H. Maldonado, Esq.
Michael L. Baum, Esq.
Baum Hedlund Aristei & Goldman, P.C.
10940 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90024
Tel: 310-207-3233 // Fax: 310-820-7444
nmaldonado@baumhedlundlaw.com
mbaum@baumhedlundlaw.com
*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 1, 2019, a copy of the foregoing

NOTICE OF FILING was filed electronically. Notice of this filing will be sent

by operations of the Court's electronic filing system to all parties indicated on

the electronic filing receipt.  Parties may access this filing through the Court's

system.

/s/ Nicole K.H. Maldonado
Nicole K.H. Maldonado, Esq.
Baum Hedlund Aristei & Goldman, P.C.
10940 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90024
Tel: 310-207-3233 // Fax: 310-820-7444
nmaldonado@baumhedlundlaw.com

2