**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Choiniere v. Johnson & Johnson, et al.*, | **MDL NO. 2738 (FLW) (LHG)** |

### NOTICE OF FILING

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- Carolyn Choiniere; 3:19-cv-17110

This 3rd day of September 2019.

                                                       Respectfully submitted by,

                                                       s/ D. Todd Mathews____
                                                       D. Todd Mathews, #52502 (MO)
                                                       Gori Julian & Associates, P.C.
                                                       156 N. Main Street
                                                       Edwardsville, IL 62025
                                                       (618) 659-9833 – Telephone
                                                       (618) 659-9834 – Facsimile

## Certificate of Service

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 3rd day of September 2019.

                                                    */s/ D. Todd Mathews*
                                                    D. Todd Mathews