## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 3:16-md-2738-FLW-LHG <br><br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN |
| **This document relates to:** <br><br> LINDA LONG <br> Civil Case No. 3:19-cv-17530-FLW-LHG | |

### NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to First Amended Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 30, 2019, on behalf of Plaintiff LINDA LONG.

.

DATED: September 3, 2019                    Respectfully Submitted,

                                                                  KIESEL LAW LLP

By:  */s/ Melanie Meneses Palmer*
      Melanie Meneses Palmer (CA # 286752)
      8648 Wilshire Boulevard
      Beverly Hills, CA  90211
      Tel. (310) 854-4444
      Fax (310) 854-0812
      palmer@kiesel.law

      Haytham Faraj (CA # 291416)
      (ARDC # 6286135)
      LAW OFFICES OF HAYTHAM FARAJ
      1935 W. Belmont Ave.
      Chicago, IL 60657
      (312) 635-0800
      haytham@farajlaw.com

Tigran Martinian (CA # 247638)
Arash H. Zabetian (CA # 291403)
MARTINIAN & ASSOCIATES, INC.
2801 Cahuenga Blvd. West
Los Angeles, CA 90068
(323) 850-1900
tm@martinianlaw.com
arash@zabetianlaw.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: September 3, 2019			Respectfully Submitted,

By:	*/s/ Melanie Meneses Palmer*
Melanie Meneses Palmer
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, California  90211
Tel. (310) 854-4444
Fax (310) 854-0812
E-mail: palmer@kiesel.law

Counsel for Plaintiff