UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL Action No. 3:16-md-02738-FLW-LHG |
| This Document Relates to: | |
| BEVERLY PATTERSON, ADMINISTRATRIX, EXECUTRIX OF THE ESTATE OF JENNIFER RIEFLER, (DECEASED) v. Johnson & Johnson et al. USDC OH 1:19cv2003 | **NOTICE OF APPEARANCE** |

 **PLEASE TAKE NOTICE** that Sandra M. Kelly and Christopher D. Kuebler of the law firm of Ray Robinson Law Co., L.P.A. are entering their appearance as counsel of record in the above captioned matter on behalf of Plaintiff Beverly Patterson.

Dated:  September 4, 2019

 Respectfully submitted,

 RAY ROBINSON LAW CO., L.P.A.

 /s/ Sandra M. Kelly_____
  Sandra M. Kelly (0037008)
  E-mail:  skelly@rayrob.com
  Christopher D. Kuebler (0004650)
  E-mail:  ckuebler@rayrob.com
  6100 Oak Tree Blvd., Suite 200
  Cleveland, OH  44131
  Phone:  (216) 328-2128
  Fax  (216) 236-2409

 Attorneys for Plaintiff Beverly Patterson

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of September, 2019, the foregoing Notice of Appearance was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's System.

/s/ Sandra M. Kelly
One of the Attorneys for Beverly Patterson