UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN |
| ISHMAEL CALBERT, individually and as Personal Representative of the Estate of MILLICENT D. REID, | COMPLAINT AND JURY DEMAND |
| Plaintiff, <br> v. | Civil Action No: 3:19-cv-16863 <br> DIRECT FILED ACTION |
| JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC., <br><br> Defendants. | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on August 20, 2019 on behalf of Ishmael Calbert, individually and as Personal Representative of the Estate of Millicent D. Reid.

Dated: September 6, 2019                             Respectfully submitted:

/s/ Michael Goetz

MICHAEL GOETZ, ESQUIRE
Florida Bar No. 963984
Morgan & Morgan
Complex Litigation Group
One Tampa City Center, 7th Floor
201 N. Franklin Street
Tampa, Florida 33602
Telephone (813) 223-5505
Facsimile (813) 223-5402
E-Mail: MGoetz@forthepeople.com
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system September 6, 2019.

            /s/ Michael Goetz
            Attorney for Plaintiff