# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No: 2738 (FLW)(LHG)** |
| *This document relates to:*<br>*Sherlon Watson obo Renay Johnson v.*<br>*Johnson & Johnson, et al.*<br>Member Case No: 3:19-cv-17700 | |

## NOTICE OF FILING

Notice is hereby given in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on September 6, 2019 on behalf of Plaintiff, Sherlon Watson.

**DATED:   September 6, 2019**

Respectfully submitted,

*/s/ Christina T. Natale*
Christina T. Natale
**HEARD LAW FIRM, PLLC**
2925 Richmond Ave, Suite 1550
Houston, TX 77098
Phone: (713) 665-1100
Fax:    (713) 751-9100
Email:  christina@heardlawfirm.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, Christina T. Natale, hereby certify that on this **6th day of September 2019**, a true and correct copy of the foregoing *Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand* was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:** September 6, 2019

*/s/ Christina T. Natale*
Christina T. Natale
HEARD LAW FIRM, PLLC
2925 Richmond Ave, Suite 1550
Houston, TX 77098
Phone: (713) 665-1100
Fax: (713) 751-9100
Email: christina@heardlawfirm.com

*Attorney for Plaintiff*