ALLEN & NOLTE, PLLC
5445 La Sierra Drive, Suite 350
Dallas, Texas 75231
(888) 345-5291
*Attorneys for Plaintiff Cynthia Simpson*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LIGITATION<br><br>*This document relates to:*<br>Cynthia Simpson v. Johnson & Johnson, et al.<br>Case No. 3:19-cv-17425 | Civil Action No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 29, 2019, on behalf of Plaintiff Cynthia Simpson.

/s/ Jennifer Nolte
John H. "Trey" Allen, III
Jennifer Nolte
ALLEN & NOLTE, PLLC
5445 La Sierra Drive, Suite 350
Dallas, Texas 75231
Tel: (214) 521-2300
Fax: (214) 452-5637
trey@allennolte.com
jnolte@allennolte.com

Attorneys for Plaintiff Cynthia Simpson

Dated August 29, 2019

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 10, 2019, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      /s/ Jennifer Nolte
      Jennifer Nolte