UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br>*Case No. 3:19-cv-13444; Wanda Shamblin vs. Johnson & Johnson, et al.,* | **MDL DOCKET NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on June 5, 2019 on behalf of Plaintiff Wanda Shamblin.

Dated: September 10, 2019

                                                    Respectfully submitted,

                                                    */s/ Lindsey A. Cheek*
                                                    Lindsey A. Cheek (LA Bar No. 34484)
                                                    THE CHEEK LAW FIRM LLC
                                                    650 Poydras Street, Suite 2310
                                                    New Orleans, LA 70130
                                                    Telephone: (504) 304-4333
                                                    Facsimile: (504) 324-0629
                                                    lcheek@thecheeklawfirm.com
                                                    **COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on September 10, 2019, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Lindsey A. Cheek*
      Lindsey A. Cheek (LA Bar No. 34484)
      THE CHEEK LAW FIRM LLC
      650 Poydras Street, Suite 2519
      New Orleans, LA 70130
      Telephone: (504) 304-4333
      Facsimile: (504) 324-0629
      lcheek@thecheeklawfirm.com