## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 3:16-md-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| This document relates to:<br><br>JANET MOINA<br>Civil Case No. 3:19-cv-17586-FLW-LHG | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to First Amended Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 3, 2019, on behalf of Plaintiff JANET MOINA.

.

DATED: September 11, 2019                                    Respectfully Submitted,

                                                                                  KIESEL LAW LLP


                                                                   By:   */s/ Melanie Meneses Palmer*
                                                                          Melanie Meneses Palmer (CA # 286752)
                                                                          8648 Wilshire Boulevard
                                                                          Beverly Hills, CA  90211
                                                                          Tel. (310) 854-4444
                                                                          Fax (310) 854-0812
                                                                          palmer@kiesel.law

                                                                          Haytham Faraj (CA # 291416)
                                                                          (ARDC # 6286135)
                                                                          LAW OFFICES OF HAYTHAM FARAJ
                                                                          1935 W. Belmont Ave.
                                                                          Chicago, IL 60657
                                                                          (312) 635-0800
                                                                          haytham@farajlaw.com

Tigran Martinian (CA # 247638)
Arash H. Zabetian (CA # 291403)
MARTINIAN & ASSOCIATES, INC.
2801 Cahuenga Blvd. West
Los Angeles, CA 90068
(323) 850-1900
tm@martinianlaw.com
arash@zabetianlaw.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: September 11, 2019				Respectfully Submitted,

						By:	*/s/ Melanie Meneses Palmer*
							Melanie Meneses Palmer
							KIESEL LAW LLP
							8648 Wilshire Boulevard
							Beverly Hills, California  90211
							Tel. (310) 854-4444
							Fax (310) 854-0812
							E-mail: palmer@kiesel.law

							Counsel for Plaintiff