## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 3:16-md-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| This document relates to:<br><br>JEANETTE DAZEN<br>Civil Case No. 3:19-cv-17587-FLW-LHG | |

### NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to First Amended Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 3, 2019, on behalf of Plaintiff JEANETTE DAZEN.

.

DATED: September 11, 2019                    Respectfully Submitted,

                                                        KIESEL LAW LLP

By:  */s/ Melanie Meneses Palmer*
     Melanie Meneses Palmer (CA # 286752)
     8648 Wilshire Boulevard
     Beverly Hills, CA  90211
     Tel. (310) 854-4444
     Fax (310) 854-0812
     palmer@kiesel.law

     Haytham Faraj (CA # 291416)
     (ARDC # 6286135)
     LAW OFFICES OF HAYTHAM FARAJ
     1935 W. Belmont Ave.
     Chicago, IL 60657
     (312) 635-0800
     haytham@farajlaw.com

Tigran Martinian (CA # 247638)
Arash H. Zabetian (CA # 291403)
MARTINIAN & ASSOCIATES, INC.
2801 Cahuenga Blvd. West
Los Angeles, CA 90068
(323) 850-1900
tm@martinianlaw.com
arash@zabetianlaw.com

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: September 11, 2019              Respectfully Submitted,

                                       By:      */s/ Melanie Meneses Palmer*
                                                Melanie Meneses Palmer
                                                KIESEL LAW LLP
                                                8648 Wilshire Boulevard
                                                Beverly Hills, California  90211
                                                Tel. (310) 854-4444
                                                Fax (310) 854-0812
                                                E-mail: palmer@kiesel.law

                                                Counsel for Plaintiff