UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>Patricia H. Sturm<br><br>　　　　　　Plaintiff,<br>v.<br><br>Johnson & Johnson, et al.<br><br>　　　　　　Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>Civil Action No.: 3:19-cv-17239-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No.3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 27, 2019 on behalf of Plaintiff Patricia H. Sturm.

Dated: 09/12/2019

Respectfully Submitted,

s/C. Drew Fritch
_____
Thomas C. Cardaro, Esq. (MD Federal Bar #04972)
Jeffrey L. Peek, Esq. (MD Federal Bar #09121)
C. Drew Fritch, Esq. (MD Federal Bar #28775)
Cardaro & Peek, LLC
201 N. Charles Street, Suite 2100
Baltimore, Maryland 21201
Phone: (410)752-6166
Fax: (410)752-6013
cdf@cardarolaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2019, a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

s/C. Drew Fritch
_____