UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>William Rockwood,<br><br>3:19-cv-17640 | 3:16-md-02738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on September 5, 2019 on behalf of Plaintiff William Rockwood.

Dated: September 12, 2019

                                                          Respectfully submitted,

                                                          /s/ *Warren T. Burns*

                                                          Korey A. Nelson (LA #30002)
                                                          Amanda K. Klevorn (LA #35193)
                                                          **BURNS CHAREST LLP**
                                                          365 Canal Street, Suite 1170
                                                          New Orleans, Louisiana 70130
                                                          T: 504.799.2845
                                                          F: 504.881.1765
                                                          E: aklevorn@burnscharest.com
                                                              knelson@burnscharest.com

                                                          **AND**

Warren T. Burns (TX #24053119)
Daniel H. Charest (TX #24057803)
Spencer M. Cox (TX #24097540)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
T: 469.904.4550
F: 469.444.5002
E: wburns@burnscharest.com
　　dcharest@burnscharest.com
　　scox@burnscharest.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2019, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Warren T. Burns
Warren T. Burns (TX #24053119)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
T: 469.904.4550
F: 469.444.5002
E: wburns@burnscharest.com
