UNITED STAES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>Beverly Jackson,<br><br>      Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC.,<br><br>      Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br><br><br>Civil Action No.: 3:19-cv-17818 |

## NOTICE OF FILING

  Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 10, 2019 on behalf of Beverly Jackson.

Dated: 9/13/2019

Respectfully Submitted by,

    */s/ Vanessa H. Gross*
    Thomas P. Cartmell MO# 45366
    tcartmell@wcllp.com
    Vanessa H. Gross MO# 61250
    vgross@wcllp.com
    Wagstaff & Cartmell, LLP
    4740 Grand Avenue, Suite 300
    Kansas City, MO 64112
    (816) 701-1100
    FAX (816) 531-2372

    **Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on September 13, 2019.

*/s/ Vanessa H. Gross*
Vanessa H. Gross