## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" AND "SHOWER TO SHOWER" MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |

**THIS DOCUMENT RELATES TO:**

*Sharon Bodkin*
**Case No.: 3:19-cv- 17399**

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Sharon Bodkin.

This 29th day of August, 2019,

/s/Steven D. Davis
TorHoerman Law LLC
Steven D. Davis, IL 6281263
210 S. Main Street
Edwardsville, IL 62025
Telephone: (618) 656-4400
Facsimile:  (618) 656-4401
sdavis@thlawyer.com

<u>**Certificate of Service**</u>

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 29th day of August 29, 2019

<u>/s/Steven D. Davis</u>