# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Ellen Hodgson 3:19-CV-17893 | **MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

   Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on September 11, 2019 on behalf of Plaintiff Ellen Hodgson.


Dated: September 13, 2019

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: September 13, 2019                         /s/ Michael Akselrud
                                                              Michael Akselrud
                                                              The Lanier Law Firm, PC
                                                              21550 Oxnard St., 3rd Fl
                                                              Woodland Hills, CA 91367
                                                              (310) 277-5100
                                                              Counsel for Plaintiff(s)