UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Barbara Molnar vs. Johnson & Johnson, et al.*<br>*Case No. 3:19-cv-17813* | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff,

This 13th day of September 2019.

Respectfully submitted,

REICH & BINSTOCK, LLP

By: */s/* Robert J. Binstock
Robert J. Binstock (TX 02328350)
Dennis C. Reich (TX 16739600)
Melissa Ephron (TX 24101518)
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Phone: 713-622-7271
bbinstock@reichandbinstock.com
dreich@reichandbinstock.com
mephron@reichandbinstock.com

*Attorneys for Plaintiff*

## Certificate of Service

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 13th day of September 2019.

                                                /s/ Robert J. Binstock\_\_\_\_