**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Estate of Marilyn Reid by Executor Timm Reid, Individually, John Reid; Jay Reid; Rhonda Reid; Michael Reid<br>Case No. 3:19-cv-17944 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 12, 2019 on behalf of the Estate of Marilyn Reid by Executor Timm Reid, Individually, John Reid; Jay Reid; Rhonda Reid; Michael Reid.

/s/ *Larry D. Helvey, M.D., J.D.*

Dated: September 12, 2019

LARRY HELVEY LAW FIRM
By:/s/Larry D. Helvey, M.D., J.D.
Larry D. Helvey AT0003424
2735 1st Avenue SE, Suite 101
Cedar Rapids, Iowa  52402
Telephone:  319-362-0421
Facsimile:  319-362-3496
E-mail:  lhelvey@helveylaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 12, 2019, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Wendy A. Dunn*
      Wendy A. Dunn

      Larry Helvey Law Firm