UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION _____ THIS DOCUMENT RELATES TO: NORMA PEREZ,             Plaintiff, v. JOHNSON & JOHNSON, et al.,             Defendants. | MDL NO. 2738 (FLW) (LHG) Case No. 3:19-CV-13949-FLW-LHG |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on June 18, 2019, on behalf of Plaintiff NORMA PEREZ.

Dated: September 18, 2019                     Respectfully Submitted,

                                      By:  */s/ Mark P. Robinson, Jr.*
                                            Mark P. Robinson, Jr.
                                           19 Corporate Plaza Drive
                                           Newport Beach, CA 92660
                                           949-720-1288 Phone
                                           949-720-1292 Facsimile
                                           [mrobinson@robinsonfirm.com](mailto:mrobinson@robinsonfirm.com)

## **CERTIFICATE OF SERVICE**

I hereby certify that September 18, 2019, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

 /s/ Mark P. Robinson Jr.
MARK P. ROBINSON, JR.
