UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br> _____ <br> **THIS DOCUMENT RELATES TO:** <br><br> **DENAY GROSECLOSE,** <br><br>                  **Plaintiff,** <br><br> v. <br><br> **JOHNSON & JOHNSON, et al.,** <br><br>                  **Defendants.** | MDL NO. 2738 (FLW) (LHG) <br><br><br><br> Case No. 3:19-CV-13950-FLW-LHG |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on June 18, 2019, on behalf of Plaintiff DENAY GROSECLOSE.

Dated: September 18, 2019                  Respectfully Submitted,

                                             By:   /s/ *Mark P. Robinson, Jr.*
                                                        Mark P. Robinson, Jr.
                                                        19 Corporate Plaza Drive
                                                        Newport Beach, CA 92660
                                                        949-720-1288 Phone
                                                        949-720-1292 Facsimile
                                                        [mrobinson@robinsonfirm.com](mailto:mrobinson@robinsonfirm.com)

1

## **CERTIFICATE OF SERVICE**

I hereby certify that September 18, 2019, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

    /s/ Mark P. Robinson Jr.
MARK P. ROBINSON, JR.