IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 3:16-md-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| **This document relates to:**<br><br>KAREN LINNEBUR, et al.<br>Civil Case No. 3:19-cv-18074-FLW-LHG | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to First Amended Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 17, 2019, on behalf of Plaintiffs KAREN LINNEBUR, INDIVIDUALLY, AND AS ANTICIPATED PERSONAL REPRESENTATIVE OF THE ESTATE OF DECEDENT, EVELYN DETAR.

DATED: September 18, 2019

Respectfully Submitted,

KIESEL LAW LLP

By: */s/ Melanie Meneses Palmer*
Melanie Meneses Palmer (CA # 286752)
8648 Wilshire Boulevard
Beverly Hills, CA  90211
Tel. (310) 854-4444
Fax (310) 854-0812
palmer@kiesel.law

Haytham Faraj (CA # 291416)
(ARDC # 6286135)
LAW OFFICES OF HAYTHAM FARAJ
1935 W. Belmont Ave.
Chicago, IL 60657
(312) 635-0800
haytham@farajlaw.com

Tigran Martinian (CA # 247638)
Arash H. Zabetian (CA # 291403)
MARTINIAN & ASSOCIATES, INC.
2801 Cahuenga Blvd. West
Los Angeles, CA 90068
(323) 850-1900
tm@martinianlaw.com
arash@zabetianlaw.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

  I hereby certify that on September 18, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: September 18, 2019     Respectfully Submitted,

            By:    */s/ Melanie Meneses Palmer*
               Melanie Meneses Palmer
               KIESEL LAW LLP
               8648 Wilshire Boulevard
               Beverly Hills, California 90211
               Tel. (310) 854-4444
               Fax (310) 854-0812
               E-mail: palmer@kiesel.law

               Counsel for Plaintiffs