## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-md-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| LAURA KAY BAXTER, Plaintiff v. JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER COMPANIES, INC., Defendants. | Civil Action No.: 3:19-cv-18098 |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 18, 2019 on behalf of Plaintiff Laura Kay Baxter.

Dated: September 19, 2019

Respectfully Submitted,

*/s/ Vanessa H. Gross*
Thomas P. Cartmell   MO# 45366
Vanessa H. Gross     MO# 61250
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (816) 701-1100
Facsimile: (816-531-2372
tcartmell@wcllp.com
vgross@wcllp.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on September 19, 2019.

              */s/ Vanessa H. Gross*