UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> Don Graves on behalf of Elisa Graves, Deceased, <br>                    Plaintiff, <br> v. <br> Johnson & Johnson, et al., <br>                    Defendants. | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN <br><br> COMPLAINT AND JURY DEMAND <br><br> Civil Action No.: 3:19-cv-__17526__ <br><br> DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Came Management Order No. 3 (Filing Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on __8/30/19__ on behalf of __Don Graves on behalf of Elisa Graves, Deceased__.

Dated: __September 19, 2019__

THE DRISCOLL FIRM, P.C.

BY: /s/ JOHN J. DRISCOLL
JOHN J. DRISCOLL (#6276464)
211 North Broadway, Suite 4050
St. Louis, Missouri 63102
Telephone No. (314) 932-3232
Fax No. (314) 932-3233
John@thedriscollfirm.com
*Counsel for Plaintiff*