UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to:<br><br>BEVERLY PATTERSON v. Johnson & Johnson et al.<br>USDC OH 1:19cv2003 | MDL Action No. 3:16-md-02738-FLW-LHG<br><br>NOTICE OF FILING SHORT FORM COMPLAINT AND JURY DEMAND |

**PLEASE TAKE NOTICE** that Sandra M. Kelly and Christopher D. Kuebler of the law firm of Ray Robinson Law Co., L.P.A. as counsel of record in the above captioned matter on behalf of Plaintiff Beverly Patterson and pursuant to Case Management Order No. 2 hereby give notice that the Short Form Complaint and Jury Demand has been filed on September 23, 2019

Dated:  September 23, 2019

                                                                     Respectfully submitted,

                                                                      RAY ROBINSON LAW CO., L.P.A.

                                                                     /s/ Sandra M. Kelly_____
                                                                         Sandra M. Kelly (0037008)
                                                                         E-mail:  skelly@rayrob.com
                                                                         Christopher D. Kuebler (0004650)
                                                                         E-mail:  ckuebler@rayrob.com
                                                                         6100 Oak Tree Blvd., Suite 200
                                                                         Cleveland, OH  44131
                                                                         Phone:  (216) 328-2128
                                                                         Fax  (216) 236-2409

                                                  Attorneys for Plaintiff Beverly Patterson

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23nd day of September, 2019, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

      /s/ Sandra M. Kelly
      One of the Attorneys for Beverly Patterson