UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Edith Shabazz vs. Johnson & Johnson, et al.*<br>*Case No.:  3:19-cv-18012* | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Tammie Wood.

This 23rd day of September 2019.

    Respectfully submitted,

    REICH & BINSTOCK, LLP

    By: */s/* Robert J. Binstock
    Robert J. Binstock (TX 02328350)
    Dennis C. Reich (TX 16739600)
    Melissa Ephron (TX 24101518)
    Reich & Binstock, LLP
    4265 San Felipe, Suite 1000
    Houston, TX 77027
    Phone: 713-622-7271
    bbinstock@reichandbinstock.com
    dreich@reichandbinstock.com
    mephron@reichandbinstock.com

    *Attorneys for Plaintiff*

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 23rd day of September 2019.

/s/ Robert J. Binstock____