### UNITED STATES DISTRICT COURT FOR
### THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| **THIS DOCUMENT RELATES TO:** *Edith Shabazz vs. Johnson & Johnson, et al.* Case No.: 3:19-cv-18012 | |

### AMENDED NOTICE
### OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Edith Shabazz.

This 23rd day of September 2019.

                                                                                           Respectfully submitted,

                                                                                           REICH & BINSTOCK, LLP

                                                                                           By: */s/* Robert J. Binstock
Robert J. Binstock (TX 02328350)
Dennis C. Reich (TX 16739600)
Melissa Ephron (TX 24101518)
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Phone: 713-622-7271
bbinstock@reichandbinstock.com
dreich@reichandbinstock.com
mephron@reichandbinstock.com

*Attorneys for Plaintiff*

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 23rd day of September 2019.

/s/ Robert J. Binstock____