# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| This document relates to: PATRICK CARLILE, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF INA LEVY, 3:19-cv-18244 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on September 23, 2019 on behalf of PATRICK CARLILE, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF INA LEVY.

Dated:  September 23, 2019

Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 23, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  September 23, 2019

                                                      */s/ Christopher R. LoPalo*
                                                      Christopher R. LoPalo, Esq.
                                                      400 Broadhollow Rd., Suite 305
                                                      Melville, NY 11747
                                                      Telephone: (212) 397-1000
                                                      Facsimile: (646) 927-1676
                                                      CLoPalo@NapoliLaw.com

                                                      *Attorneys for Plaintiff*