## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **Case No. 3-16-md-2738 (FLW)(LHG)**<br>**MDL No. 2738 (FLW) (LHG)** |
| *This document relates to:* | |
| KAREN A. HERRERA-CHAVEZ, Individually | |
| Case No. 3:19-cv-18313 | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on September 24, 2019 on behalf of Plaintiff captioned above.

Dated: September 26, 2019      Respectfully Submitted by:

/s/ Nicole K.H. Maldonado
Nicole K.H. Maldonado, Esq.
Michael L. Baum, Esq.
Baum Hedlund Aristei & Goldman, P.C.
10940 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90024
Tel: 310-207-3233 // Fax: 310-820-7444
nmaldonado@baumhedlundlaw.com
mbaum@baumhedlundlaw.com

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 26, 2019, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operations of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

/s/ Nicole K.H. Maldonado

Nicole K.H. Maldonado, Esq.
Baum Hedlund Aristei & Goldman, P.C.
10940 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90024
Tel: 310-207-3233 // Fax: 310-820-7444
nmaldonado@baumhedlundlaw.com
