**SEEGER WEISS LLP**
55 CHALLENGER ROAD
6TH FLOOR
RIDGEFIELD PARK, NJ 07660
(973) 639-9100
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### TRENTON DIVISION

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil No. 3:16-md-2738-FLW-LHG<br>MDL No. 2738<br>Hon. Freda L. Wolfson |
| THIS DOCUMENT RELATES TO:<br><br>Travia D. Wix<br><br>               Plaintiff,<br>v.<br><br>Johnson & Johnson, et al.<br><br>               Defendants. | Case No. 3:19-cv-18525 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 30, 2019 on behalf of Plaintiff Travia D. Wix.

                                        *Respectfully Submitted,*

                              By:   */s/ Asim M. Badaruzzaman*
                                          Asim M. Badaruzzaman
                                          Christopher A. Seeger
                                          SEEGER WEISS LLP
                                          55 Challenger Road, 6th Floor
                                          Ridgefield Park, NJ 07660
                                          Phone: (973) 639-9100
                                          Email: abadaruzzaman@seegerweiss.com
                                          *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2019, I electronically filed the foregoing document using the CM/ECF system, which then sent a notification of such filing to all counsel of record.

                                                     */s/ Asim M. Badaruzzaman*
                                                     Asim M. Badaruzzaman