**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Garcia v. Johnson & Johnson, et al.*, | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- Ana Garcia; 3:19-cv-18177

This 30th day of September 2019.

                                                                                Respectfully submitted by,

                                                                                s/ D. Todd Mathews____
                                                                                D. Todd Mathews, #52502 (MO)
                                                                                Gori Julian & Associates, P.C.
                                                                                156 N. Main Street
                                                                                Edwardsville, IL 62025
                                                                                (618) 659-9833 – Telephone
                                                                                (618) 659-9834 – Facsimile

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 30th day of September 2019.

/s/ D. Todd Mathews
D. Todd Mathews