UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| THIS DOCUMENT RELATES TO: *Lancia Swerdloff vs. Johnson & Johnson, et al.* Case No.: _____ | COMPLAINT AND JURY DEMAND Civil Action No.: _____ DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Firm Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Lancia Swerdloff.

This _27th_ day of September, 2019.

Respectfully Submitted by,

_/s/ Jeffrey S. Quinn_
Emily C. Malarkey
Jeffrey S. Quinn
Bekman, Marder, & Adkins, LLC
300 West Pratt Street, Suite 450
Baltimore, Maryland 21201
quinn@bmalawfirm.com
410-539-6633

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of September, 2019, this Notice of Filing was filed and electronically served by way of the Court's electronic filing system. This Notice of Filing was further served with a copy of the Short Form Complaint by certified mail to:

Law Department
Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, New Jersey 08933

Law Department
Johnson & Johnson Consumer, Inc.
One Johnson & Johnson Plaza
New Brunswick, New Jersey 08933

_____
Emily C. Malarkey
Jeffrey S. Quinn
Bekman, Marder, & Adkins, LLC
300 West Pratt Street, Suite 450
Baltimore, Maryland 21201
quinn@bmalawfirm.com
410-539-6633