UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: JOHNSON & JOHNSON TALCUM POWDER
PRODUCTS MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION
    Gerwitz, et al. v. Johnson & Johnson, et al.,
        E.D. Missouri, C.A. No. 4:19-02453              MDL No. 2738

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Gerwitz*) on September 5, 2019. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Gerwitz* filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-165" filed on September 5, 2019, is LIFTED insofar as it relates to this action. The action is transferred to the District of New Jersey for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Freda L. Wolfson.

FOR THE PANEL:

*John W. Nichols*
John W. Nichols
Clerk of the Panel

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By_____
      Deputy Clerk