# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

VICTORIA LOPATKA

    Plaintiff,

vs.

JOHNSON AND JOHNSON, ET AL.

    Defendants.

_____/

MDL No. 2738
Case No. 3:18-CV-10729-FLW-LHG

## JOINT STIPULATION FOR ORDER ON THE
## RELEASE OF ORIGINAL PATHOLOGY MATERIALS

Plaintiff VICTORIA LOPATKA ("Plaintiff") and non-party the H. LEE MOFFITT CANCER CENTER AND RESEARCH INSTITUTE HOSPITAL, INC. ("Moffitt"), (collectively, the "PARTIES") agree, stipulate, and move on the following grounds for an Order on the Release of Original Pathology Materials.

1. Plaintiff has sought to subpoena the release of pathology blocks pertaining to Victoria Lopatka.

2. Moffitt enters a limited appearance in this matter solely for the purpose of this Stipulation.

3. Moffitt's policy concerning pathological samples requires a Court Order for release of original pathology materials.

4. Moffitt has agreed to produce the pathological materials upon execution of a Court Order.

5. Counsel for Plaintiff shall take possession of and be responsible for the pathology materials released by Moffitt.

{00566417.1}

1

Respectfully submitted,

*Melissa Ephron*
---
Melissa Binstock Ephron
Reich & Binstock
4265 San Felipe, Suite 1000
Houston, TX 77027
**COUNSEL FOR PLAINTIFF**

---
Patrick J. McNamara
de la Parte & Gilbert, P.A.
101 E. Kennedy Blvd., Suite 2000
Tampa, FL 33602
Ph: 813-229-2775
Fax: 813-229-2712
email: pmcnamara@dgfirm.com
serviceclerk@dgfirm.com
**COUNSEL FOR H. LEE MOFFITT
CANCER CENTER AND RESEARCH
INSTITUTE HOSPITAL, INC.**