# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

VICTORIA LOPATKA

    Plaintiff,

vs.

    MDL No. 2738
    Case No. 3:18-CV-10729-FLW-LHG

JOHNSON AND JOHNSON, ET AL.

    Defendants.

_____/

## AGREED ORDER GOVERNING RELEASE
## OF ORIGINAL PATHOLOGY MATERIALS

THIS MATTER came before the Court on the Joint Stipulation for Order for the Release of Original Pathology Materials. The Court, having reviewed the Joint Stipulation, orders as follows:

IT IS ORDERED that the H. Lee Moffitt Cancer Center and Research Institute Hospital, Inc. shall release the pathology materials in its position related to Plaintiff Victoria Lopatka to counsel for Plaintiff Victoria Lopatka or her designee subject to the conditions expressed in the Joint Stipulation for Order for the Release of Original Pathology Materials.

IT IS SO ORDERERD.

Date: _____

                                              _____
                                              United States District Court Judge