# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Erin Riley 3:19-CV-18607 | **MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

    Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on October 2, 2019 on behalf of Plaintiff Erin Riley.

Dated: October 4, 2019

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: October 4, 2019                      /s/ Michael Akselrud
                                                            Michael Akselrud
                                                            The Lanier Law Firm, PC
                                                            21550 Oxnard St., 3rd Fl
                                                            Woodland Hills, CA 91367
                                                            (310) 277-5100
                                                            Counsel for Plaintiff(s)

Case 3:16-md-02738-MAS-RLS   Document 10698   Filed 10/04/19   Page 2 of 2 PageID: 99581