MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
(504) 525-8100
*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO.: 3:16-MD-2738-FLW-LHG |
| | JUDGE FREDA L. WOLFSON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE LOIS H. GOODMAN |
| *Jodi Darter, as Personal Representative of the Estate of Michele Goldman v. Johnson & Johnson, et al.,* Case 3:19-cv-15179-FLW-LHG | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on July 11, 2019 on behalf of Plaintiff Jodi Darter as Personal Representative of the Estate of Michele Goldman.

Dated:  October 7, 2019                           Respectfully Submitted by,

                                                  */s/  Caroline T. White*
                                                  Caroline T. White (LA #36051)
                                                  MURRAY LAW FIRM
                                                  650 Poydras St., Ste. 2150
                                                  New Orleans, LA 70130
                                                  T:  504-525-8100
                                                  F:  504-584-5249
                                                  cthomas@murray-lawfirm.com

                                                  *Counsel for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 7, 2019, a copy of the foregoing NOTICE OF FILING was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/  Caroline T. White*
Caroline T. White (LA #36051)
MURRAY LAW FIRM
650 Poydras St., Ste. 2150
New Orleans, LA 70130
T:  504-525-8100
F:  504-584-5249
cthomas@murray-lawfirm.com
