UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: *CLANCY et al v. JOHNSON & JOHNSON et a., Case No. 3:19-cv-18664* | MDL DOCKET NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on October 3, 2019, on behalf of Plaintiffs Janet Clancy and the Estate of Donna Clancy.

Dated: October 7, 2019                                  Respectfully Submitted by,

                                                                                 /s/ Jennell K. Shannon
                                                                                _____

                                                                                Jennell K. Shannon, Esq.
                                                                                MN Bar No. 398672
                                                                                Michael K. Johnson, Esq.
                                                                                MN Bar No. 258696
                                                                                Stacy Hauer, Esq.
                                                                                MN Bar No. 317093
                                                                                **JOHNSON BECKER, PLLC**
                                                                                444 Cedar Street, Suite 1800
                                                                                St. Paul, MN 55101
                                                                                Phone: 612-436-1800
                                                                                Fax: 612-436-1801
                                                                                Email: mjohnson@johnsonbecker.com
                                                                                Email: shauer@johnsonbecker.com
                                                                                Email: jshannon@johnsonbecker.com

                                                                                ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2019, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      /s/ Jennell K. Shannon

Jennell K. Shannon, Esq.
MN Bar No. 398672
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Phone: 612-436-1800
Fax: 612-436-1801
Email: jshannon@johnsonbecker.com

ATTORNEY FOR PLAINTIFF