# Exhibit 1

# Qualifications



- Residency in Internal Medicine, University of Washington, 1992

- M.D., New York Medical College, 1989

- Ph.D. in Epidemiology, University of Washington, 1982

- M.A. in Medical Sociology, SUNY-Buffalo, 1976

- B.A., Boston University, 1974

1

# Academic Appointments and Research



**Fred Hutchinson Cancer Research Center**
- Studies ways to prevent new and recurrent cancer
- Conducts epidemiologic research, identifying risk factors for cancers in women, such as breast and ovarian
- Studies prevention methods to reduce inflammation and other markers of cancer risk



**University of Washington, Schools of Medicine and Public Health**
- Research Professor, Epidemiology
- Adjunct Research Professor, Medicine - Gerontology and Geriatric Medicine
- Teaching and mentoring epidemiology students



**Women's Health Initiative (WHI)**
- Project Director for the Women's Health Initiative
- Oversaw the development of protocols, procedures, recruitment, interventions, follow-up, and outcomes, including ovarian cancer.



**Published Research**
- Published over 400 manuscripts in peer-reviewed medical and scientific journals
- 17 case-control studies, 127 cohort studies, 165 randomized clinical trials, 10 pooled analyses, 5 methods, multiple meta-analyses, and multiple reviews.

# Advisor/Consultant for International Research Organizations



**World Health Organization (WHO), International Agency for Research on Cancer (IARC)**
• Contributor to 2002 IARC Handbook of Cancer Prevention: Physical Activity and Weight Control
• Working Group Member, completed systematic review
• Chaired section to identify biologically plausible mechanisms linking physical activity and weight control to cancer



**World Cancer Research Fund/American Institute for Cancer Research**
• Expert Panel Member of Continuous Update Project (CUP)
• CUP conducts research on cancer prevention and survivorship focused only on diet, nutrition, physical activity, and obesity

# Advisor for Governmental Entities



**U.S. Department of Health and Human Services**
• Advisory Committees, 2008 and 2018 Physical Activity Guidelines
• Chair of the Cancer Subcommittee



**National Institutes of Health (NIH), National Cancer Institute (NCI)**
• Principal Investigator, Seattle Transdisciplinary Research on Energetics and Cancer
• Program Reviewer for NCI research
• Reviewed grant applications



**U.S. Department of Defense, U.S. Army Medical Research and Materiel Command**
• Chair, Review of Congressionally Directed Medical Research Program Applications (CDMRP) Breast Cancer Research Program

# Mandate and Opinion

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY
LITIGATION

MDL NO. 16-2738 (FLW) (LHG)

THIS DOCUMENT RELATES TO ALL CASES

RULE 26 EXPERT REPORT OF
ANNE MCTIERNAN, MD, PHD

Date:   November 16, 2018

Anne McTiernan, MD, PhD

**Mandate: "**[R]etained to review the current state of the scientific literature regarding talcum powder products and opine on whether those products cause ovarian cancer." (p. 3)

**Opinions Reached:** "In my opinion, as an epidemiologist and physician, stated to a reasonable degree of medical and scientific certainty, use of talcum powder products, including Johnson & Johnson Baby Powder and Shower to Shower, in the genital /perineal area can cause ovarian cancer. I base this opinion on the statistically significant elevated risk estimates (relative risk, odds ratios) seen when the epidemiologic data are combined, the pathological evidence, the consistency of results across geographic areas and in different race/ethnic groups, the evidence of a positive dose-response effect, and the plausible biological mechanism." (p. 9)

4

# Opinions Shared: Health Canada

**Draft Screening Assessment**

**Talc**
**$(Mg_3H_2(SiO_3)_4)$**

**Chemical Abstracts Service Registry Number**
**14807-96-6**

**Environment and Climate Change Canada**
**Health Canada**

**December 2018**

### Expert Comments (Submitted February 2, 2019)

- The Health Canada assessment states "[t]he meta-analysis of the available human studies in the peer reviewed literature indicate a consistent and statistically significant positive association between perineal exposure to talc and ovarian cancer. Further, available data are indicative of a causal effect …"

- "This conclusion agrees with my own: …. There have been 33 scientific publications from epidemiologic studies, as well as a pooled analysis and several meta-analyses that combined data across multiple studies. The meta-analyses consistently showed that women who have ever used talcum powder products in the genital/perineal area have a statistically significant 22-31% increased risk of developing epithelial ovarian cancer overall compared with women who reported never using these products. These comprehensive combined analysis also show strong evidence of increased risk of ovarian cancer with increasing number of estimated lifetime applications of talcum powder products in the perineal/genital area."

5

# Health Canada Response to Submitted Comments

On Feb 21, 2019, at 5:53 AM, Hancock, Scott (HC/SC) ██████████ wrote:

Hello Dr. McTiernan. I am a senior manager involved in the development of the Talc Screening Assessment here at Health Canada. I would like to thank you for your submission related to our DSAR. In the coming months, my team will be reviewing the more than 100 public comments we received as part of our consultation process. To that end, we typically meet with concerned stakeholders who have requested meetings. In this case, there are several industry groups who have asked for meetings to discuss their comments on the Draft Screening Assessment for Talc. I was wondering, if you would be available for phone calls, email exchanges, or even short term contracts to help offer scientific opinion on some arguments we have received as we work towards rewriting our screening assessment? Your expertise in this area would be most welcome

Thanks in advance

Scott Hancock
Acting Senior Manager,
ESRAB, SED, Health Canada
██████████

1

**PSC_McTiernan**

**2**

6

# Opinions Shared: Congressional Testimony



DR. McTIERNAN

**<u>March 12, 2019: Hearing on Health Risks of Carcinogens in Consumer Products</u>**
**House Committee on Oversight and Reform**
**Subcommittee on Economic and Consumer Policy**

- My review identified 38 high-quality epidemiologic studies conducted over the past 40 years. These studies asked women about their use of talcum powder products in the genital area, and tested associations with risk of ovarian cancer. Together, these studies included over 14,000 women with epithelial ovarian cancer (the most common type) and an even greater number of women without ovarian cancer.

- Summarizing data from all of the published studies consistently shows that women who had ever used talcum powder products in the genital area had a statistically significant 22-31% increased risk of developing epithelial ovarian cancer compared with women who had never used them.

- These combined analyses showed that increasing amount of exposure to talcum powder products in the genital area resulted in increasing risk of developing epithelial ovarian cancer.

7

# Congressional Testimony



- Published laboratory and clinical studies provide evidence that in humans, talc can migrate from the genital area to the ovaries and fallopian tubes. Talc has been shown to cause an inflammatory response in the human body. Elevated levels of inflammation in women are associated with increased risk of ovarian cancer. All of this provides a biologically plausible pathway by which talcum powder product exposure can cause ovarian cancer.

- Given the frequency with which asbestos has been found in cosmetic and personal use talc products, I reviewed the literature on the epidemiology of asbestos and risk of ovarian cancer. In 2012, the International Agency for Research on Cancer stated that a causal association between exposure to asbestos and cancer of the ovary was clearly established. That agency has also classified fibrous talc as a Class 1 carcinogen – the most dangerous level of carcinogen.

# Methodology

**Formulate Question**

- What is the association between talcum powder products and ovarian cancer?

- Can use of talcum powder products cause ovarian cancer?

**Systematic Review**

- Defined search terms
- Pub Med Search
- Applied inclusion and exclusion criteria
- Identified 38 relevant original and peer-reviewed epidemiologic publications
- Updated Search

**Data Review**

- Reviewed relevant epidemiologic studies
- Considered statistical data, strengths/weaknesses of study type, effect of possible bias, chance, confounding, differences in exposure measures, etc.
- Considered dose response
- Considered data from non-epidemiologic lines of evidence, such as animal, cell, clinical, and pathological studies
- Considered non-talc components of talcum powder products and impact on carcinogenicity, such as asbestos, fibrous talc, heavy metals, and fragrances

**Data Extraction**

- Extracted data into four tables (case-control, cohorts, meta-analyses, and pooled)
- Extracted study characteristics, such as study year, nationality, population type, number of cases, number of non-cases, average age, follow-up years, dose response, relative risk, confidence intervals, and cancer subtype

**Bradford Hill Analysis**

- Used independent judgment in assessing causality from the totality of evidence

**Weighed Relevant Evidence**

**- and -**

**Reached Conclusion**

9

# Epidemiologic Study Designs Addressing Talcum Powder Products and Ovarian Cancer

- Case-Control

- Cohort

- Meta-Analysis

- Pooled

# Expert Report - Data Extraction Tables (p. 69-77)

Tables: Epidemiological Studies of Talcum Powder Product Use and Risk of Ovarian Cancer

Table 1: Case-Control Studies

| Study | Country | No. Cases | No. Non-cases | Source of participants | Odds Ratio All Ovarian Ca, Any Perineal Talc Use (95% CI) | Odds Ratio Serous Ovarian Ca, Any Perineal Talc Use (95% CI) | Dose-response? |
|---|---|---|---|---|---|---|---|
| /Schildkraut 2016 (1) | U.S. | 584 | 745 | Population | 1.44 (1.11-1.86) | 1.38 (1.03-1.85) | Yes, OR's: < 3600 apps 1.16 ≥ 3600 apps 1.67 $P_{trend}$ < 0.01 |
| Cramer 2016 (2) | U.S. | 2041 | 2100 | Population | 1.33 (1.16-1.52) | 1.42 (s) (1.19-1.69) | Yes >24 talc-years: OR 1.49 $P_{trend}$ 0.02 |
| Wu 2015 (3) | U.S. | 1701 | 2391 | Population | 1.46 (1.27-1.69) | Not addressed | Yes, per 5-years talc: OR 1.14 (95% CI 1.09-1.20) |
| Kurta 2012 (4) | U.S. | 902 | 1802 | Population | 1.4 (1.16-1.69) | Not addressed | Not addressed |
| Rosenblatt 2011 (5) | U.S. | 812 | 1313 | Population | 1.27 (0.97-1.66) | 1.47 (borderline) (0.84-2.56) 1.01 [evasive] (0.59-1.47) | No (lifetime number of apps, years of use) |
| Wu 2009 (6) | U.S. | 609 | 688 | Population | 1.53 (1.13-2.09) | 1.70 (1.27-2.28) | Yes, lifetime apps OR: <=5200: 1.20 >5200 to <15600: 1.36 15,600 to <=52000 1.34 >52000: 1.99 |

69

Case-Control (p. 69-72)



Cohort (p. 73-74)



Meta-Analyses (p. 75-76)



Pooled (p. 77)

11

# Case-Control and Cohort Studies (All Ovarian) (1982-2016)

| Case-Control Study | Natl | Cases | Ctrls | Pop | DR | RR | CI L | CI U | ▼Decreased Risk▼   ▲Increased Risk▲ |
|---|---|---|---|---|---|---|---|---|---|
| Schildkraut 2016 | US | 584 | 745 | Pop. | Yes | 1.44 | 1.11 | 1.86 | |
| Cramer 2016 | US | 2041 | 2100 | Pop. | Yes | 1.33 | 1.16 | 1.52 | |
| Wu 2015 | US | 1791 | 2391 | Pop. | Yes | 1.46 | 1.27 | 1.69 | |
| Kurta 2012 | US | 902 | 1802 | Pop. | N/A | 1.4 | 1.16 | 1.69 | |
| Rosenblatt 2011 | US | 812 | 1313 | Pop. | No | 1.27 | 0.97 | 1.66 | |
| Wu 2009 | US | 609 | 688 | Pop. | Yes | 1.53 | 1.13 | 2.09 | |
| Moorman 2009 (white) | US | 1114 | 1086 | Pop. | N/A | 1.04 | 0.82 | 1.33 | |
| Moorman 2009 (black) | US | 1114 | 1086 | Pop. | N/A | 1.19 | 0.68 | 2.09 | |
| Merritt 2008 | Aus | 1576 | 1509 | Pop. | Yes | 1.17 | 1.01 | 1.36 | |
| Mills 2004 | US | 256 | 1122 | Pop. | No | 1.37 | 1.02 | 1.85 | |
| Ness 2000 | US | 767 | 1367 | Pop. | Incpl | 1.5 | 1.1 | 2.0 | |
| Cramer 1999 | US | 563 | 523 | Pop. | Yes | 1.6 | 1.18 | 2.15 | |
| Wong 1999 | US | 499 | 755 | Hosp. | Incpl | 0.92 | 0.24 | 3.62 | |
| Godard 1998 | Can | 170 | 170 | Pop. | N/A | 2.49 | 0.94 | 6.58 | |
| Green 1997 | Aus | 824 | 855 | Pop. | Incpl | 1.3 | 1.1 | 1.6 | |
| Cook 1997 | US | 313 | 422 | Pop. | No | 1.5 | 1.1 | 2.0[1] | |
| Chang 1997 | Can | 450 | 564 | Pop. | No | 1.42 | 1.08 | 1.86 | |
| Shushan 1996 | Isr | 200 | 408 | Pop. | N/A | 2 | 1.06[2] | 3.66[2] | |
| Cramer 1995 | US | 450 | 454 | Pop. | N/A | 1.6 | 1.2 | 2.1 | |
| Purdie 1995 | Aus | 824 | 860 | Pop. | N/A | 1.27 | 1.04 | 1.54 | |
| Tzonou 1993 | Gre | 189 | 200 | Hosp. | N/A | 1.05 | 0.28 | 3.98 | |
| Rosenblatt 1992 | US | 77 | 46 | Hosp. | Yes | 1.7 | 0.7 | 3.9 | |
| Chen 1992 | Chn | 112 | 224 | Pop. | N/A | 3.9 | 0.9 | 10.63 | |
| Harlow 1992 | US | 235 | 239 | Pop. | Yes | 1.5 | 1.0 | 2.1 | |
| Booth 1989 (daily) | UK | 235 | 451 | Hosp. | Yes | 1.3 | 0.8 | 1.9[1] | |
| Booth 1989 (weekly) | UK | 235 | 451 | Hosp. | Yes | 2.0 | 1.3 | 3.4 | |
| Harlow 1989 | US | 116 | 158 | Pop. | N/A | 1.1 | 0.7 | 2.1 | |
| Whittemore 1988 | US | 188 | 539 | H&P | Yes | 1.45 | 0.81[1] | 2.60[1] | |
| Hartge 1983 | US | 135 | 171 | Hosp. | N/A | 2.5 | 0.7 | 10.0 | |
| Cramer 1982 | US | 215 | 215 | Pop. | N/A | 1.92 | 1.27 | 2.89 | |

| Cohort Studies | Natl | Cases | Non | Flw Up | DR | RR | CI L | CI U | |
|---|---|---|---|---|---|---|---|---|---|
| Gonzalez (2016) | US | 154 | 41,500 | 6.6 | N/A | 0.73 | 0.44 | 1.2[1] | |
| Houghton (2014) | US | 429 | 61,147 | 12.4 | Incpl | 1.06 | 0.87 | 1.28 | |
| Gertig (2000) | US | 307 | 78,323 | N/A | Incpl | 1.09 | 0.86 | 1.37 | |
| Gates (2008) | US | 210 | 600 | N/A | Yes | 1.24 | 0.83 | 1.83 | |
| Gates (2010) | US | 797 | 78,323? | N/A | N/A | 1.06 | 0.89 | 1.28 | |

0.2  0.4  0.6  0.8  1  1.2  1.4  1.6  1.8  2  2.2  2.4  2.6  2.8  3  3.2  3.4  3.6  3.8  4

[1] Corrected data-point from study text (report figure: Cook 1997 CI Upper 2.3; Gonzalez CI Upper 1.21; Booth 1989 CI Upper 1.0; Whittemore CI p=0.06).
[2] Corrected data-point from defense expert report(s) (report figure: p=0.04).

12

# Case-Control and Cohort Studies (Serous)



| Study | RR | CI L | CI U | | |
|-------|-----|------|------|---|---|
| Schildkraut 2016 (serous) | 1.38 | 1.03 | 1.85 | | |
| Cramer 2016 (serous) | 1.42 | 1.19 | 1.69 | | |
| Rosenblatt 2011 (borderline) | 1.47 | 0.84 | 2.55[1] | | |
| Rosenblatt 2011 (invasive) | 1.01 | 0.69 | 1.47 | | |
| Wu 2009 (serous) | 1.70 | 1.27 | 2.28 | | |
| Merritt 2008 (serous) | 1.21 | 1.03 | 1.44 | | |
| Mills 2004 (serous) | 1.77 | 1.12 | 2.81[1] | | |
| Cramer 1999 (borderline) | 1.38 | 0.82 | 2.31 | | |
| Cramer 1999 (invasive) | 1.70 | 1.22 | 2.39 | | |
| Wong 1999 (serous) | 1.20 | 0.7 | 2.1 | | |
| Cook 1997 (serous) | 1.70 | 1.1 | 2.5 | | |
| Chang 1997 (serous) | 1.336[1] | 0.96 | 1.85 | | |
| Harlow 1992 (serous) | 1.4 | 0.9 | 2.2 | | |
| **Cohort Studies** | **RR** | **CI L** | **CI U** | | |
| Houghton (2014) (serous) | 1.13 | 0.84 | 1.51 | | |
| Gertig (2000) (serous) | 1.4 | 1.02 | 1.91 | | |
| Gates (2008) (serous) | 1.48 | 0.82 | 2.68 | | |
| Gates (2010) (serous) | 1.06 | 0.84 | 1.35 | | |

[1] Corrected data-point from study text (report figure: Rosenblatt 2011 CI Upper 2.56; Mills 2004 CI Upper 2.80; Chang 1997 RR 1.34).

13

**Case-Control and Cohort Studies (All Ovarian)**



**Case-Control and Cohort Studies (Serous)**



# Meta-Analyses and Pooled Studies (All Ovarian)

| Study | #Studies | #Cases | DR | RR | CI L | CI U | ▼Decreased Risk▼ | ▲Increased Risk▲ |
|---|---|---|---|---|---|---|---|---|
| Taher (2018)[1] | 27 | 17,149 | Yes | 1.28 | 1.2 | 1.37 | | |
| Penninkilampi (2018) | 27 | 14,311 | Yes | 1.31 | 1.24 | 1.39 | | |
| Berge (2018)[2] | 27 | N/A[3] | Yes | 1.22 | 1.13 | 1.3 | | |
| Langseth (2008) | 20 | N/A[3] | N/A | 1.35 | 1.26 | 1.46 | | |
| Huncharek (2003) | 16 | 5260 | No[4] | 1.33 | 1.16 | 1.45 | | |
| Cramer (1999) | 14 | 3834 | N/A | 1.4 | 1.2 | 1.5 | | |
| Gross (1995) | 10[5] | 1509 | N/A | 1.29 | 1.02 | 1.63 | | |
| Harlow (1992) | 6 | 1106 | N/A | 1.3 | 1.1 | 1.6 | | |
| **Pooled** | **#Studies** | **#Cases** | **DR** | **RR** | **CI L** | **CI U** | | |
| Terry (2013) | 8 | 8,525 | Yes | 1.24 | 1.15 | 1.33 | | |

0.6   0.8   1   1.2   1.4   1.6   1.8

[1] Taher was published after expert report completed.
[2] Updating to reflect 2018 version of same 2017 study cited in report.
[3] Number of cases not provided.
[4] No summary estimates calculated. Dose response addressed in 9/16 source studies: no dose-response apparent.
[5] N=5 studies with adjusted data and limited to epithelial ovarian cancers.

# Meta-Analyses (Serous)

| Study | RR | CI L | CI U | ▼Decreased Risk▼ | ▲Increased Risk▲ |
|-------|-----|------|------|------------------|------------------|
| Taher (2018) (serous)[1] | 1.38 | 1.22 | 1.56 | | |
| Penninkilampi (2018) (serous) | 1.32 | 1.22 | 1.43 | | |
| Berge (2018) (serous)[2] | 1.24 | 1.15 | 1.34 | | |
| Terry (2013) (invasive) | 1.24 | 1.13 | 1.35 | | |



0.6    0.8    1    1.2    1.4    1.6    1.8

[1] Taher was published after expert report completed.
[2] Updating to reflect 2018 version of same 2017 study cited in report.

16

## Meta-Analyses and Pooled Studies (All Ovarian)

| Study | #Studies | #Cases | DR | RR | CI L | CI U | ▼Decreased Risk▼ | ▲Increased Risk▲ |
|---|---|---|---|---|---|---|---|---|
| Taher (2018)[1] | 27 | 17,149 | Yes | 1.28 | 1.2 | 1.37 | | |
| Penninkilampi (2018) | 27 | 14,311 | Yes | 1.31 | 1.24 | 1.39 | | |
| Berge (2018)[2] | 27 | N/A[3] | Yes | 1.22 | 1.13 | 1.3 | | |
| Langseth (2008) | 20 | N/A[3] | N/A | 1.35 | 1.26 | 1.46 | | |
| Huncharek (2003) | 16 | 5260 | No[4] | 1.33 | 1.16 | 1.45 | | |
| Cramer (1999) | 14 | 3834 | N/A | 1.4 | 1.2 | 1.5 | | |
| Gross (1995) | 10[5] | 1509 | N/A | 1.29 | 1.02 | 1.63 | | |
| Harlow (1992) | 6 | 1106 | N/A | 1.3 | 1.1 | 1.6 | | |

| Pooled | #Studies | #Cases | DR | RR | CI L | CI U | | |
|---|---|---|---|---|---|---|---|---|
| Terry (2013) | 8 | 8,525 | Yes | 1.24 | 1.15 | 1.33 | | |

0.6   0.8   1   1.2   1.4   1.6   1.8

[1] Taher was published after expert report completed.
[2] Updating to reflect 2018 version of same 2017 study cited in report.
[3] Number of cases not provided.
[4] No summary estimates calculated. Dose response addressed in 9/16 source studies: no dose-response apparent.
[5] N=5 studies with adjusted data and limited to epithelial ovarian cancers.

## Meta-Analyses (Serous)

| Study | RR | CI L | CI U | ▼Decreased Risk▼ | ▲Increased Risk▲ |
|---|---|---|---|---|---|
| Taher (2018) (serous)[1] | 1.38 | 1.22 | 1.56 | | |
| Penninkilampi (2018) (serous) | 1.32 | 1.22 | 1.43 | | |
| Berge (2018) (serous)[2] | 1.24 | 1.15 | 1.34 | | |
| Terry (2013) (invasive) | 1.24 | 1.13 | 1.35 | | |

0.6   0.8   1   1.2   1.4   1.6   1.8

[1] Taher was published after expert report completed.
[2] Updating to reflect 2018 version of same 2017 study cited in report.

17

# Cohort: Nurses' Health Study (NHS)

**Gertig (2000)**
- **Overview:** Original cohort of 121,700 registered nurses (30-55 yrs old, study entry)
- **Participants:** 78,630 from larger cohort with 307 Ovarian Cancer cases
- **Data Collection Period:** 1982 through1996
- **Questionnaire:** Self-Administered
  - Talc question introduced in 1982, not included in original 1976 questionnaire
  - Question grouped all powders (including talc) in asking about "ever use"
  - Not updated
- **Dose Response Data:**
  - Frequency obtained, not duration data
- **Findings:**
  - All OC RR: 1.09 (CI: 0.86-1.37) (DR: No)
  - Serous OC RR: 1.40 (CI: 1.02-1.91) (DR: Yes)
- **Strengths:** Prospective nature limits recall bias
- **Weaknesses:**
  - Missing data
  - Incomplete dose-response data, no duration
  - Exposure misclassification (info not updated)
  - Insufficient power to find RR
  - Studied nurses only - not representative of population (limited generalizability)

**Gates 2008**
- **Overview:** Nested case control study
- **Participants:** 210 Ovarian Cancer cases (unclear how chosen), 600 controls
- **Data Collection Period:** For NHS, see Gertig 2000
- **Questionnaire:** For NHS, see Gertig 2000
- **Dose Response Data:**
  - Less than 1 wk RR: 0.98
  - 1-6 wk RR: 1.01
  - Greater than 6 wk RR: 1.44
- **Findings:**
  - Combined "never use" with less than 1wk use
  - All OC (perineal talc use) greater than 1 wk v less than1 wk RR: 1.24 (0.83-1.83)
  - Serous invasive OC (perineal use) greater than 1 wk v less than 1wk RR: 1.48 (0.82-2.68)
- **Note:** Study focused on genetic analysis; not included in meta-analyses

**Gates 2010**
- **Overview:** Addresses multiple OC risk factors
- **Participants:** 797 Ovarian Cancer cases
- **Data Collection Period:** Occurrence of OC evaluated from 1983 through 2006
- **Questionnaire:**
  - Powder/Talc use asked in 1982
  - Not updated
- **Dose Response Data:**
  - Not addressed
  - Frequency obtained, no lifetime use
- **Findings:**
  - Combined never use w/less than 1wk users
  - Greater than1wk v less than 1wk use RR:1.06(0.89-1.28)
  - Greater than 1 wk v less than1wk Serous OC RR: 1.06 (0.84-1.35)
- **Strengths:** Prospective nature limits recall bias
- **Weaknesses:**
  - Changed classification of exposure, combining non-users with <1week users
  - Did not address dose response
  - Missing data
  - Exposure misclassification(info not updated)
  - Insufficient power to RR
  - Studied nurses only - limited generalizability

18

# Cohort: Women's Health Initiative (WHI)



**Perineal Powder Use and Risk of Ovarian Cancer**

### Houghton (2014)

- **Overview:** 93,000 women at study entry, baseline enrollment age of 63.3 yrs (post-menopausal); Dr. Mc Tiernan, Project Director and Co-Investigator
  **Participants:** 429 Ovarian Cancer cases
- **Data Collection Period:** 1993 through 1998 (enrollment)
- **Questionnaire:** Self-Administered
  - Talc use data obtained at time of enrollment, but not updated
  - Follow-up 12.4 yrs
- **Dose Response:** Not observed
  - Asked about duration only, no frequency data
- **Findings:**
  - All OC (perineal use) HR: 1.12 (0.92-1.36)
  - Serous OC (any powder use) HR: 1.13 (0.84-1.51)
- **Strengths:** Prospective nature limits recall bias
- **Weaknesses:**
  - Missing Data
  - Exposure not updated
  - Insufficient power to detect RR
  - Incomplete does response analysis (did not ask about frequency)
  - Limited generalizability

19

# Cohort: Sister Study



### Gonzalez (2016)

- **Overview:** Required participants to have a sister with breast cancer to enroll
- **Participants:** 154 cases, 154 controls (only 17/154 (14%) controls reported talc talc)
- **Data Collection Period:** 2003 through 2009
- **Questionnaire:** Self-Administered
    - Inquired only of individual's Talc usage during the 12 months before enrollment
    - Follow up 6.6 yrs
- **Dose Response Data:**
    - No dose response data / no cumulative lifetime use data
- **Findings:**
    - Talc use w/o adjusting for douching RR: 0.73 (0.44-1.2)
    - Talc use after adjusting for douching RR: 0.70 (0.42-1.1)
    - Douching OR: 1.8 (1.2-2.8)
    - Study suggests OC latency is 15 to 20 years; therefore no adjustment for latency
- **Strengths:** Prospective nature limits recall bias
- **Weaknesses:**
    - Poor confirmation of cancer diagnosis (no medical records for over 1/3 of cases)
    - Did not address dose response
    - Insufficient power to detect RR
    - Exposure misclassification (only collected information on recent/12 months' use)
    - Limited generalizability (all participants had sisters with breast cancer)

# Strengths and Limitations: Case-Control Studies

| Study | Nat'l | Cases | Ctrls |
|-------|-------|-------|-------|
| Schildkraut 2016 | US | 584 | 745 |
| Cramer 2016 | US | 2041 | 2100 |
| Wu 2015 | US | 1791 | 2391 |
| Kurta 2012 | US | 902 | 1802 |
| Rosenblatt 2011 | US | 812 | 1313 |
| Wu 2009 | US | 609 | 688 |
| Moorman 2009 (white) | US | 1114 | 1086 |
| Moorman 2009 (black) | US | 1114 | 1086 |
| Merritt 2008 | Aus | 1576 | 1509 |
| Mills 2004 | US | 256 | 1122 |
| Ness 2000 | US | 767 | 1367 |
| Cramer 1999 | US | 563 | 523 |
| Wong 1999 | US | 499 | 755 |
| Godard 1998 | Can | 170 | 170 |
| Green 1997 | Aus | 824 | 855 |
| Cook 1997 | US | 313 | 422 |
| Chang 1997 | Can | 450 | 564 |
| Shushan 1996 | Isr | 200 | 408 |
| Cramer 1995 | US | 450 | 454 |
| Purdie 1995 | Aus | 824 | 860 |
| Tzonou 1993 | Gre | 189 | 200 |
| Rosenblatt 1992 | US | 77 | 46 |
| Chen 1992 | Chn | 112 | 224 |
| Harlow 1992 | US | 235 | 239 |
| Booth 1989 (daily) | UK | 235 | 451 |
| Booth 1989 (weekly) | UK | 235 | 451 |
| Harlow 1989 | US | 116 | 158 |
| Whittemore 1988 | US | 188 | 539 |
| Hartge 1983 | US | 135 | 171 |
| Cramer 1982 | US | 215 | 215 |

**Potential Strengths**

- Ascertainment of cases
- Ascertainment of lifetime exposure
- Population based: generalizable
- Sufficient power in many studies

**Potential Limitations**

- Insufficient power in some
- Exposure misclassification (ascertainment)
- Potential for recall bias
- Potential for confounding

21

# Bradford Hill Guidelines

7                                          Section of Occupational Medicine                    295

Meeting January 14 1965

## President's Address

**The Environment and Disease: Association or Causation?**

observed *association* to a verdict of *causation*? Upon what basis should we proceed to do so?

by Sir Austin Bradford Hill CBE DSC FRCP(hon) FRS (*Professor Emeritus of Medical Statistics, University of London*)

I have no wish, nor the skill, to embark upon a philosophical discussion of the meaning of

Amongst the objects of this newly-foun of Occupational Medicine are firstly 't means, not readily afforded elsewher physicians and surgeons with a special of the relationship between sickness and conditions of work may discuss lems, not only with each other, but colleagues in other fields, by holding ings with other Sections of the Society, and, secondly, 'to make available information about the physical, chemical and psychological hazards of occupation, and in particular about those that are rare or not easily recognized'.

invariably have to sit around awaiting the results of that research. The whole chain may have to be unravelled or a few links may suffice. It will depend upon circumstances.

| Strength | Specificity | Consistency |
|----------|-------------|-------------|
| Temporality | Dose Response | Plausibility |
| Coherency | Experiment | Analogy |

22

**Meta-Analyses and Pooled Studies (All Ovarian)**

| Study | #Studies | #Cases | DR | RR | CI L | CI U | ▼Decreased Risk▼ | ▲Increased Risk▲ |
|---|---|---|---|---|---|---|---|---|
| Taher (2018)[1] | 27 | 17,149 | Yes | 1.28 | 1.2 | 1.37 | | |
| Penninkilampi (2018) | 27 | 14,311 | Yes | 1.31 | 1.24 | 1.39 | | |
| Berge (2018)[2] | 27 | N/A[3] | Yes | 1.22 | 1.13 | 1.3 | | |
| Langseth (2008) | 20 | N/A[3] | N/A | 1.35 | 1.26 | 1.46 | | |
| Huncharek (2003) | 16 | 5260 | No[4] | 1.33 | 1.16 | 1.45 | | |
| Cramer (1999) | 14 | 3834 | N/A | 1.4 | 1.2 | 1.5 | | |
| Gross (1995) | 10[5] | 1509 | N/A | 1.29 | 1.02 | 1.63 | | |
| Harlow (1992) | 6 | 1106 | N/A | 1.3 | 1.1 | 1.6 | | |

| Pooled | #Studies | #Cases | DR | RR | CI L | CI U | | |
|---|---|---|---|---|---|---|---|---|
| Terry (2013) | 8 | 8,525 | Yes | 1.24 | 1.15 | 1.33 | | |

0.6   0.8   1   1.2   1.4   1.6   1.8

[1] Taher was published after expert report completed.
[2] Updating to reflect 2018 version of same 2017 study cited in report.
[3] Number of cases not provided.
[4] No summary estimates calculated. Dose response addressed in 9/16 source studies: no dose-response apparent.
[5] N=5 studies with adjusted data and limited to epithelial ovarian cancers.

**Meta-Analyses (Serous)**

| Study | RR | CI L | CI U | ▼Decreased Risk▼ | ▲Increased Risk▲ |
|---|---|---|---|---|---|
| Taher (2018) (serous)[1] | 1.38 | 1.22 | 1.56 | | |
| Penninkilampi (2018) (serous) | 1.32 | 1.22 | 1.43 | | |
| Berge (2018) (serous)[2] | 1.24 | 1.15 | 1.34 | | |
| Terry (2013) (invasive) | 1.24 | 1.13 | 1.35 | | |

0.6   0.8   1   1.2   1.4   1.6   1.8

[1] Taher was published after expert report completed.
[2] Updating to reflect 2018 version of same 2017 study cited in report.

23

# Case-Control and Cohort Studies (All Ovarian)



# Case-Control and Cohort Studies (Serous)



# Mechanism / Biological Plausibility

**TALCUM POWDER PRODUCTS** → **EXPOSURE** → **MIGRATION** → **INFLAMMATION/ CARCINOGENISIS** → **OVARIAN CANCER**

**Containing:**
Platy Talc, Fibrous Talc, Asbestos, Heavy Metals and Fragrances

• **Genital Application**
  • Venter (1979)
  • Kunz (1996)
• **Inhalation**
  • IARC (2012)

• **Clinical/Pathology Studies**
  • Henderson (1986)
  • Heller (1996)
  • Venter (1979)
  • Cramer (2007)
  • McDonald (2006)
  • Sjosten (2004)
• **Animal Studies**
• **Regulatory Bodies**
  • Health Canada (2018)
  • FDA (2014)

• **Clinical Studies**
  • Pleurodesis Studies
• **Animal Studies**
  • Keskin (2009)
  • Hamilton (1984)
  • NTP (1993)
• **In Vitro Studies**
  • Shukla (2009)
  • Buz'Zard (2007)
  • Fletcher & Saed (2018)
  • Savant (2018)
• **Scientific Bodies**
  • IOM (2016)
  • Health Canada (2018)
  • IARC (2012)

25

# **Dose Response: Terry (2013)**

"We evaluated cumulative genital powder exposure as a composite variable of frequency and duration of use. We observed similar increased risks of all nonmucinous subtypes of epithelial ovarian cancer combined across quartiles of genital powder compared with nonuse: ORQ1, 1.18; 95% CI, 1.02–1.36; ORQ2, 1.22; 95% CI, 1.06–1.41; ORQ3, 1.22; 95% CI, 1.06–1.40; ORQ4, 1.37; 95% CI, 1.19 1.58 (Table 5). Although a significant increase in risk with an increasing number of genital powder applications was found for nonmucinous epithelial ovarian cancer when nonusers were included in the analysis (Ptrend < 0.0001), no trend in cumulative use was evident in analyses restricted to everusers of genital powder (Ptrend ¼ 0.17; Table 5). Taken together, these observations suggest that the significant trend test largely reflects the comparison of ever-regular use with never use." (p. 817)

**Table 5.** Association between estimated lifetime applications of genital powder and risk of ovarian cancer (borderline and invasive combined)

| Lifetime number of applications[a] | Controls (%) | All cases (N = 7,587) | | | Nonmucinous cases (N = 6,361) | |
|---|---|---|---|---|---|---|
| | | Cases (%) | OR[b] (95% CI) | | Cases (%) | OR[b] (95% CI) |
| Never users | 6,175 (76) | 5,384 (71) | 1.00 | | 4,472 (70) | 1.00 |
| Quartile 1 | 509 (6) | 534 (7) | 1.14 (1.00–1.31) | | 467 (7) | 1.18 (1.02–1.36) |
| Quartile 2 | 512 (6) | 541 (7) | 1.23 (1.08–1.41) | | 456 (7) | 1.22 (1.06–1.41) |
| Quartile 3 | 497 (6) | 542 (7) | 1.22 (1.07–1.40) | | 457 (7) | 1.22 (1.06–1.40) |
| Quartile 4 | 486 (6) | 586 (8) | 1.32 (1.16–1.52) | | 509 (8) | 1.37 (1.19–1.58) |
| $P_{trend}$[c] | | | 0.17 | | | 0.17 |

[a]Age-specific 25th, 50th, and 75th percentile cutoff points are 612, 1,872, and 5,400 for participants < 40 years old; 612, 2,160, and 7,200 for 41–50 years; 720, 3,600, and 10,800 for 51–60 years; 1,440, 5,760, and 14,440 for 61–70; 840, 7,200, and 18,000 for > 70 years.
[b]ORs were estimated using conditional logistic regression conditioned on 5-year age groups and adjusted for age (continuous), oral contraceptive duration (never use, <2, 2–<5, 5–<10, or ≥10 years), parity (0, 1, 2, 3, or 4+ children), tubal ligation history (no or yes), BMI (quartiles), race/ethnicity (non-Hispanic White, Hispanic White, Black, Asian, or other).
[c]Trend excludes never users.

(p. 819), Ptrend < .01 versus never users

26

# Dose-Response: Penninkilampi (2018)

ORIGINAL ARTICLE

Perineal Talc Use and Ovarian C

*A Systematic Review and Meta-An*

*Ross Penninkilampi, and Guy D. Eslick*

| | No. Studies | Effect Size OR (95% CI) | Heterogeneity $I^2$ | Heterogeneity $P$ | Publication Bias $P$ |
|---|---|---|---|---|---|
| **TABLE 1.** Summary of Pooled Effect Sizes for Examined Outcome Variables | | | | | |
| **Method of talc use** | | | | | |
| Any perineal | 26 | 1.31 (1.24, 1.39) | 10.52 | 0.31 | 0.09 |
| Any non-perineal | 5 | 1.24 (1.01, 1.51) | 66.84 | 0.02 | 0.86 |
| Diaphragm | 8 | 0.84 (0.68, 1.05) | 14.76 | 0.31 | 0.64 |
| Sanitary napkins | 12 | 1.15 (0.94, 1.41) | 43.82 | 0.05 | 0.17 |
| **Length of talc use** | | | | | |
| Long-term use (>10 years) | 12 | 1.25 (1.10, 1.43) | 45.11 | 0.04 | 0.31 |
| <3600 total applications | 5 | 1.32 (1.15, 1.50) | 1.83 | 0.41 | 0.20 |
| >3600 total applications | 5 | 1.42 (1.25, 1.61) | 12.59 | 0.33 | 0.40 |

(p. 44)   27

# Dose-Response: Berge (2018)

248   Review article

## Genital use of talc and risk of ovarian cancer: a meta-analysis

Wera Berge[a], Kenneth Mundt[b], Hung Luu[c] and Paolo Boffetta[d]

Some epidemiological studies
between genital use of talc pow
ovarian cancer, but the evidenc
performed a meta-analysis of e
formally evaluate this suspecte
search was conducted in Medli
leading to the identification of
three cohort studies. In the me
random-effect model to calculat
association between genital us
ovarian cancer. We assessed po
study heterogeneity and prese

**Table 3   Duration and frequency of use of genital talc – results of meta-analysis**

|  | Number of risk estimates | RR | 95% CI |
|---|---|---|---|
| Duration (10 years) | 12 | 1.16 | 1.07–1.26 |
| Frequency (1 time/week) | 7 | 1.05 | 1.04–1.07 |

CI, confidence interval; p-het, RR, relative risk.

(p. 254)

28

# Bradford Hill Guidelines: Findings and Weight

| Guideline | Finding | Weight |
|---|---|---|
| **Strength** | Strongly supports a causal association | High Weight |
| **Consistency** | Weighs heavily as to the consistency and reliability of the data in favor of a causal risk | Significant Weight |
| **Dose-Response** | Findings within the study data, particularly meta-analyses and the pooled analysis, thus, supports my causal analysis | Significant Weight |
| **Plausibility** | While this mechanism of carcinogenicity is not proven, it is highly biologically plausible based on the present scientific information and understanding | Significant Weight |
| **Temporality** | Finding of temporality is an important component in the causal analysis | Great Weight |
| **Coherence** | Cause-and-effect …data on talcum powder product use and risk of ovarian cancer clearly do not significantly conflict with …biology of the disease.. factors support a causal association | Weigh < Strength and Consistency Factors |
| **Specificity** | Specificity aspect is present for epithelial ovarian cancer and certain subtypes | Moderate Weight |
| **Analogy** | Increased inflammation …associated with increased ovarian cancer risk, and since talc causes an inflammatory response in tissues, this strengthens the link between talcum powder products use and ovarian cancer risk | Weigh < Strength and Consistency Factors |
| **Experiment** | While there are experimental data supporting causation from cell studies and animal models… there are no human experimental data. Despite this, data from reliable observational studies … strongly support causation. | Slight Weight |

29

# My Opinions

- Published studies establish women who ever used talcum powder products in the genital area had a statistically significant **22-31% increased risk** of developing **ovarian cancer**.

- Evidence of a **dose-response relationship** shows that increasing the amount of exposure to talcum powder products in the genital area results in increasing the risk of developing epithelial ovarian cancer.

- Talcum powder products can **migrate** from the genital area to the ovaries and fallopian tubes.

- Talc has been shown to cause an **inflammatory response** and elevated levels of inflammation in women are associated with increased risk of ovarian cancer.

- All of this provides a **biologically plausible** pathway by which talcum powder product exposure can cause ovarian cancer.

- **Asbestos** is a Class 1 carcinogen found in talcum powder products. The presence of asbestos adds to the evidence of biologic.

- Use of talcum powder products in the genital area **can cause ovarian cancer**.

30

Exhibit 2

Reproductive Toxicology 90 (2019) 88–101

Contents lists available at ScienceDirect

# Reproductive Toxicology

journal homepage: www.elsevier.com/locate/reprotox



Review

# Critical review of the association between perineal use of talc powder and risk of ovarian cancer



Mohamed Kadry Taher[a,b,c,*], Nawal Farhat[a,b,c], Nataliya A. Karyakina[a,b], Nataliya Shilnikova[a,b], Siva Ramoju[a], Christopher A. Gravel[b,c,d], Kannan Krishnan[a], Donald Mattison[a,b,c], Shi-Wu Wen[c,e,f,g], Daniel Krewski[a,b,c]

[a] Risk Sciences International, 251 Laurier Ave W, Suite 700, Ottawa, ON, K1P 5J6, Canada
[b] McLaughlin Centre for Population Health Risk Assessment, Faculty of Medicine, University of Ottawa, 600 Peter Morand Crescent, Ottawa, ON, K1G 5Z3, Canada
[c] School of Epidemiology and Public Health, University of Ottawa, 600 Peter Morand Crescent, Ottawa, ON, K1G 5Z3, Canada
[d] Department of Epidemiology, Biostatistics and Occupational Health, McGill University, 1020 Pine Avenue West, Montreal, QC, H3A 1A2, Canada
[e] OMNI Research Group, Department of Obstetrics and Gynaecology, University of Ottawa Faculty of Medicine, Ottawa, ON, Canada
[f] Clinical Epidemiology Program, Ottawa Hospital Research Institute, Ottawa, ON, Canada
[g] G. Nanhai Hospital, Southern Medical University, Guangzhou, China

## ARTICLE INFO

Keywords:
Talc
Ovarian cancer
Perineal
Epidemiological studies
Critical review
Meta-analysis
Toxicological studies

## ABSTRACT

Over the past four decades, there has been increasing concern that perineal use of talc powder, a commonly used personal care product, might be associated with an increased risk of ovarian cancer.
*Objectives:* To critically review all available human epidemiological data on the relationship between perineal use of talc powder and ovarian cancer, with consideration of other relevant experimental evidence.
*Methodology:* We identified 30 human studies for qualitative assessment of evidence, including 27 that were retained for further quantitative analysis.
*Results:* A positive association between perineal use of talc powder and ovarian cancer was found [OR: 1.28 (95% CI: 1.20–1.37)]. A significant risk was noted in Hispanics and Whites, in women applying talc to underwear, in pre-menopausal women and in post-menopausal women receiving hormonal therapy. A negative association was noted with tubal ligation.
*Conclusion:* Perineal use of talc powder is a possible cause of human ovarian cancer.

## 1. Introduction

Ovarian cancer is a common gynecologic cancer among women in developed countries, occurring at low rates among young women but increasing with age [1]. The annual incidence rate of ovarian cancer during the period 2005–2009 was 12.7/100,000 women, varying by ethnicity. The majority of ovarian cancers are diagnosed at an advanced stage, with 61% having distant metastases at diagnosis. Hereditary risk factors for ovarian cancer, specifically BRCA1 gene mutations, increase the risk above 35 years of age by about 2–3%.

In recent decades, there has been increasing concern that perineal exposure to talc, a commonly used personal care product, might be associated with an increased risk of ovarian cancer. However, the data describing this association is somewhat inconsistent. Perineal application of talc among women varies by geographic location (Supplementary Material I), with prevalence of use generally higher in

Canada, the US and the UK compared to Greece, China and Israel [2].

In order to better characterize the potential ovarian cancer risk associated with perineal use of talc, we conducted a critical review and meta-analysis of peer-reviewed human studies on this issue. We also examined available toxicological (in-vivo and in-vitro) studies, which also shed light on possible biological mechanisms of action that might support the biological plausibility of any observed effects in humans.

## 2. Materials and methods

### 2.1. Literature search and identification of relevant human studies

A critical, multi-step search strategy was used to identify relevant studies on talc from multiple bibliographic databases, relevant national and international agencies and other grey literature sources. Specifically, we conducted a critical search for all original studies

* Corresponding author at: 600 Peter Morand Crescent, Room 216, Ottawa, ON, K1G 5Z3, Canada.
E-mail address: Mohamed.Taher@uOttawa.ca (M. Kadry Taher).

https://doi.org/10.1016/j.reprotox.2019.08.015
Received 20 November 2018; Received in revised form 21 August 2019; Accepted 23 August 2019
Available online 28 August 2019
0890-6238/ © 2019 The Authors. Published by Elsevier Inc. This is an open access article under the CC BY-NC-ND license (http://creativecommons.org/licenses/BY-NC-ND/4.0/).

M. Kadry Taher, et al.                                                                                                                                    Reproductive Toxicology 90 (2019) 88–101

**Table 1**
Characteristics and overall findings of all included studies (N = 30).

| Study (Location) | Sample Size (Cases/ Controls or Cases/ Total Cohort) | Age (Years) | Subgroup Analyses | Exposure-Response Assessment | Overall Author Conclusion | NOS[a] |
|---|---|---|---|---|---|---|
| *Case-control studies* | | | | | | |
| Booth et al.[*] (1989), UK [9] | 235/451 | Range: 20-65 Mean: 52.4 (cases); 51.4 (controls) | Frequency | No trend found | Possible association with > weekly use. | 5 |
| Chang and Risch (1997), Canada [10] | 450/564 | Range: 35-79 Mean: 57.2 (cases); 57.5 (controls) | Ever use Frequency Duration Time of Use of Type of use Pelvic surgery Histology | Possible exposure-response with frequency and duration of use | Positive association | 7 |
| Chen et al.[*] (1992), China [11] | 112/224 | Mean: 48.5 (cases); 49.0 (controls) | Ever use; | No trend analysis conducted | Positive association with use > 3 months | 6 |
| Cook et al. (1997), USA [12] | 313/422 | Range: 20-79 | Ever use Duration Type of use Histology Lifetime applications | No trend found | Positive association. | 7 |
| Cramer et al. (1982), USA [13] | 215/215 | Range: 18-80 Mean ± SD: 53.2 ± 1.0 (cases); 53.5 ± 1.0 (controls) | Ever use Type of use Pelvic surgery | No trend analysis conducted | Positive association | 6 |
| Cramer et al. (2016), USA [14] | 2,041/2,100 | Range: 18-80 | Ever use; Frequency; Duration; Type of use; Histology; Type of powder; Pelvic surgery; Ethnicity; Age at first use; Time since last exposure; | Significant trend for years since exposure, frequency and duration of use, and number of lifetime applications | Positive association | 7 |
| Gates et al. (2008), USA [15] | New England Case Control (NECC): 1,175/1,202 Nurses' Health Study (NHS): 210/600 | Mean ± SD: 51 ± 13 (NECC); Mean ± SD: 51 ± 8 (NHS) | Ever use; Frequency; | Significant trend for frequency of use | Positive association | 7 |
| Godard et al. (1998), Canada [16] | 153/152 | Mean: 53.7 | Ever use; Sporadic/familial | No trend analysis conducted | No association | 5 |
| Green et al. (1997), Australia [17] | 824/860 | Range: 18-79 | Ever use; Pelvic surgery; | No trend found | Positive association | 7 |
| Harlow et al. (1989), USA [18] | 116/158 | Range: 20-79 | Ever use; Type of use; Type of powder; | No trend analysis conducted | No association | 7 |
| Harlow et al. (1992), USA [19] | 235/239 | Range: 18-76 | Ever use; Frequency; Duration; Type of use; Method of use; Histology; Tumor grade; Type of powder; Lifetime applications; Age of first use; Pelvic surgery; | Significant trend for monthly frequency of use | Positive associations in certain subgroups (talc used before 1960, women < 50 years old, women with 1 or 2 live births) | 7 |
| Hartge et al. (1983), USA [20] | 135/171 | Mean: 52.1 (cases); 52.2 (controls) | Ever use; | No trend analysis conducted | No association | 5 |
| Kurta et al. (2012), USA [21] | 902/1,802 | Range: No range reported (age 25 +) | Ever use; | No trend analysis conducted | Positive association | 6 |
| Langseth & Kjaerheim (2004), Norway [22] | 46/179 | Not reported | Ever use, | No trend analysis conducted | No association | 4 |
| Merritt et al. (2008), Australia [23] | 1,576/1,509 | Range: 18-79 Mean: 57.8 (cases); 56.4 (controls) | Ever use; Duration; Histology; Pelvic surgery; Age at diagnosis; | No trend found | Positive association strongest for serous and endometrioid subtypes. | 7 |
| Mills et al. (2004), USA [24] | 249/1,105 | Mean ± SD: 56.6 (cases); 55 (controls) | Ever use; Frequency; Duration; Year of first use; Histology; Pelvic surgery; Time of use; Tumor behavior; Cumulative use; | No trend found | Positive association for invasive and serous invasive tumors. | 6 |
| Moorman et al. (2009), USA [25] | African-American: 143/189; White 943/868 | Range: 20-74 | Ever use; Ethnicity; | No trend analysis conducted | No association | 6 |
| Ness et al. (2000), USA [26] | 767/1,367 | Range: 20-69 | Ever use; Duration; Method of use; | No trend found | Positive association for any method of use. | 6 |

(continued on next page)

89

M. Kadry Taher, et al.

Reproductive Toxicology 90 (2019) 88–101

**Table 1** (continued)

| Study (Location) | Sample Size (Cases/ Controls or Cases/ Total Cohort) | Age (Years) | Subgroup Analyses | Exposure-Response Assessment | Overall Author Conclusion | NOS[a] |
|---|---|---|---|---|---|---|
| Rosenblatt et al. (1992), USA [27] | 77/46 (analyzed) | Range: ≤30 – 80 ≥ | Ever use; Duration; Type of use; Pelvic surgery; | Positive trend for duration of use since tubal ligation | Possible association | 4 |
| Rosenblatt et al. (2011), USA [28] | 812/1,313 | Range: 35-74 | Ever use, Lifetime number of applications, Duration; Year of first use; Age of first use; Age of last use; Time of use; Type of use; Histology; | No trend found | Possible association | 7 |
| Schildkraut et al. (2016), USA [29] | 584/745 | Range: 20-79 | Ever use; Frequency; Duration; Histology; Lifetime applications; Menopausal status; | Significant trend with frequency and duration of use, and number of lifetime applications | Positive association | 8 |
| Tzonou et al. (1993), Greece [30] | 189/200 | Range: < 70 | Ever use; | No trend analysis conducted | No association | 5 |
| Whittemore et al. (1988), USA [31] | 188/539 | Range: 18-74 | Ever use; Frequency; Duration; Type of use; Pelvic surgery; | No trend found | Could neither implicate nor exonerate talc as an ovarian carcinogen | 4 |
| Wong et al. (1999), USA [32] | 462/693 | Mean: 54.9 | Ever use; Type of use; Duration; Pelvic surgery; | No trend found | No association | 4 |
| Wu et al. (2015), USA [33] | 1,701/2,391 | Range: 18-79 | Ever use; Ethnicity; | No trend analysis conducted | Positive association among Hispanics and non-Hispanic whites, but not African Americans. | 7 |
| Wu et al. (2009), USA [34] | 609/688 | Range: 18-74 | Ever use; Frequency; Duration; Type of use; Histology; Time of use; Cancer stage; | Significant trend for frequency and duration of use, and number of lifetime applications | Positive association | 7 |
| *Cohort studies* | | | | | | |
| Gates et al. (2010) [*], USA [35] | 797/108,870 | Range: 30-55 | ≥/week vs < 1/week; Histology; | No trend analysis conducted | Possible association that varies by histological subtype. No association with mucinous tumors. | 7 |
| Gertig et al. (2000), USA [36] | 307/78,630 | Range: 30-55 (at cohort entry) | Ever use; Frequency; Histology; Race; | No trend found | Possible association (modest increase for serous invasive subtype) | 5 |
| Gonzalez et al. (2016), USA [37] | 154/41,654 | Range: 35-74 Median: 57.8 | Ever use; Time of use; | No trend analysis conducted | No association | 6 |
| Houghton et al. (2014), USA [38] | 429/61,285 | Range: 50-79 Mean: 63.3 | Ever use; Duration; Type of use; Histology; | No trend found | No association | 7 |

[*] Study not included in the meta-analysis because of overlap among the study populations.
[a] Newcastle-Ottawa Scale (NOS) score for each of the listed studies as assessed in our review.

*M. Kadry Taher, et al.*                                                                                     *Reproductive Toxicology 90 (2019) 88–101*

involving human subjects that examined the association of genital/perineal use of talc powder and risk of ovarian cancer, including studies identified in a previous review by Berge et al. [3]. This review followed the PRISMA guidelines, and more specific guidance provided by the Cochrane Collaboration [4] (see Supplementary Material II, III and IV for details on identification of human studies).

Included studies were individually evaluated and scored by two reviewers (MT and NF), as summarized in Table 1 and detailed in Supplementary Material VI and VII. Excluded human studies and reasons for exclusion are shown in Supplementary Material IV. Studies included in previous reviews by both Berge et al. [3] and Penninkilampi et al [5] are compared in Supplementary Material I.

The quality of included studies was assessed using the Newcastle-Ottawa Scale (NOS) [6] as detailed in Supplementary Material V. We used a cut-off point of 7 + stars to represent studies of higher quality (maximum is 9 stars). This cutoff point has been adopted in the literature as indicative of high-quality observational studies [7,8].

### 2.2. Literature search and identification of relevant non-human studies

We conducted a critical review of non-human studies selected from 3 major bibliographic databases (Medline, EMBASE and Toxline) to identify potentially relevant animal studies on carcinogenic effect of the poorly soluble talc particles following perineal or intravaginal exposure. Studies that focused on any type of cancer, including ovarian cancer, and perineal exposure were considered. All retrieved studies were examined for relevance and reliability. The initial search identified 1165 studies, including, but not limited to, all studies listed in the 2010 IARC report [2]. After level 1 (title and abstract) and level 2 (full text) screening, 51 references were retained for further review. Of those, 15 were considered relevant to this review. Full details of search strategy, inclusion and exclusion criteria, and included studies are given in Supplementary Material VIII, IX and X, respectively.

Studies were classified into one of the following four categories of reliability: 1) reliable without restriction, 2) reliable with restrictions, 3) not reliable and 4) not assignable. Additionally, category (5) is assigned to special studies focusing on pharmacologic or mechanistic investigations.

### 2.3. Hazard characterization

Epidemiological studies included in the critical review were qualitatively assessed to examine their potential to inform the analysis. Findings from these studies were evaluated with respect to study design, exposure and outcome ascertainment, as well as potential sources of bias and confounding.

In evaluating evidence from animal studies, consideration was given to the form and relevance of the test material, exposure circumstances, animal species/cell system, and health effects studied. Consistency of results among comparable studies and of results in different sexes, species and strains was considered. Evaluation of relevance of strains in laboratory animals to humans was supported by toxicokinetic information in humans and animals, and by mechanistic data from 14 relevant in-vitro studies.

Animal studies were evaluated for evidence on the association between perineal application of talc and ovarian cancer. Additional information on mechanism of action and toxicokinetics obtained from in-vivo and in-vitro studies were used in evaluating biological plausibility of any observed effects.

### 2.4. Quantitative meta-analysis

We conducted a meta-analysis of the risk of ovarian cancer in relation to perineal use of talc using quantitative risk estimates reported in 27 original studies, comprising three cohort studies and twenty-four case-control studies (included in Table 1). Studies that had analyzed

overlapping study populations were assessed on a case-by-case basis for inclusion into the meta-analysis. The level of detail in the reported findings, including sample size and publication date, were considered when deciding which study to include in the case of overlap (Supplementary Material XI).

Maximally adjusted odds ratios (ORs), hazard ratios (HRs) or relative risks (RRs) – measures that are largely comparable because of the relatively low rate of occurrence of ovarian cancer – were extracted from the original studies. Details of the meta-analytic methods are provided in Supplementary Material XI.

## 3. Results

### 3.1. Evidence from human studies

The multiple database search for original human studies yielded 656 references. Although a grey literature search yielded another 477 references, only 5 were judged relevant the present analysis. Automatic followed by manual removal of duplicates identified 282 references for screening and review.

Multi-level screening and full-text examination resulted in the in the inclusion of 30 studies for further qualitative/quantitative analyses (Supplementary Materials III and IV). A detailed PRISMA flow diagram is shown in Fig. 1 [9]. Key characteristics of the included 26 case-control studies and four cohort studies are summarized in Table 1. This include study location, sample size, age, performed subgroup analyses, exposure-response assessment, overall conclusion (as reported by the authors, and the Newcastle Ottawa Scale (NOS) score.

Twenty-one of the thirty studies were carried out in the USA, with the remaining studies conducted in Europe (n = 4), Canada (n = 2), Australia (n = 2) and China (n = 1). Forty percent (n = 12) of the studies were relatively recent, published in the last decade, with the remaining studies published between 1982 and 2006. The study populations generally included adult women. Several studies analyzed data from populations initially recruited for other purposes, such as the Nurses' Health Study (NHS) [10–12] and Women's Health Initiative (WHI) [13].

The number of ovarian cancer patients analyzed varied from as few as 46 cases [14] to 22,041 cases per study [10]. Twenty-seven out of the 30 included studies assessed the association between ever use of perineal talc use and ovarian cancer. Subgroup analyses examining the effect of frequency and duration of use, type of use, period of use and other factors varied among these studies (Table 2).

Sixty three percent (n = 19) of the studies concluded the presence of a positive association between perineal exposure to talc powder and ovarian cancer risk [10,11,15–31]. Ten studies concluded the absence of an association [12–14,32–38]. Only one study could not reach a clear conclusion on the presence or absence of an association [39]. Many of the included studies reported variability in some of the analyzed subgroups regarding possible association between exposure to talc powder and risk of ovarian cancer. Supplementary Material VI presents the findings and details of all the studies included in our review, while Supplementary Material VII summarizes the strengths and limitations of each of these studies as identified by the original study authors and by us.

### 3.2. Evidence from Non-Human studies

After removal of duplicates, the bibliographic database searches on non-human studies initially yielded 1165 references. The 48 retained animal studies focusing on the carcinogenicity of talc, mechanism of action, and toxicokinetics are summarized in Supplementary Material VIII, IX and X.

*M. Kadry Taher, et al.*

*Reproductive Toxicology 90 (2019) 88–101*



**Fig. 1.** PRISMA flow diagram.

### 3.3. Hazard characterization

#### 3.3.1. Evidence from human studies

The case-control studies generally included adult women participants. Cases were commonly selected from registries or hospital records, and included all eligible subjects within a specific geographic region and diagnosed with ovarian cancer within a predetermined time period. Controls were generally matched to cases by age and residence. All the included studies compared the risk of ovarian cancer in ever vs never users of talc (perineal application). However, several of the studies also included subgroup analyses to examine the potential effect of frequency of use, duration of use, tumor histology, ethnicity, method of use, lifetime number of applications, year of first use, and menopausal status. Some authors concluded that the risk of ovarian cancer is limited to [or stronger in] certain subgroups (weekly talc users, premenopausal women) or for specific histology types (notably serous tumors).

Studies reported effect estimates adjusted for a variety of potential confounders (see detailed tables in Supplementary Material VI and VII). Age and parity were considered the two most important variables that

could introduce potential bias, based on prior literature: few studies reported findings that were not adjusted for these two variables. As many of the studies only reported on the ovarian cancer risk assessing only one exposure category (comparing only ever vs never users of talc), exposure-response analyses were not done in all studies. When conducted, findings from trend analyses were not consistent.

#### 3.3.2. Evidence from non-human studies

The following aspects were considered in assessment of ovarian cancer and perineal exposure to talc:

- Evidence on ovarian cancer reported in animal studies; and
- Potential hazards arising from the physical and chemical properties of talc, including potential structure-activity relationship indicative of carcinogenic potential;
- The toxicokinetics of talc and the ability to migrate from the perineal area to ovaries and quantity at the actual target site (the tissue dose); and
- Findings from in vitro studies suggestive of mechanism of action of carcinogenic effect.

*M. Kadry Taher, et al.*

*Reproductive Toxicology 90 (2019) 88–101*

**Table 2**
Results of the subgroup analysis of talc exposure and ovarian cancer.

| Outcome or Subgroup | Studies | Effect Estimate [95% CI] | Heterogeneity $I^2$ Statistic [p-value] |
|---|---|---|---|
| **1 *Talc use*** | | | |
| Ever vs. Never | 27 | 1.28 [1.20, 1.37] | 33% [ < 0.00001] |
| Ethnicity | 3 | | 77% [0.08] |
| *African Americans* | 3 | 1.67 [0.90, 3.10] | 48% [0.10] |
| *Hispanics* | 2 | 1.70 [1.17, 2.47] | 0% [0.005] |
| *Whites* | 3 | 1.28 [1.11, 1.49] | 56% [0.001] |
| *Asians* | 1 | 0.04 [0.01, 0.16] | N/A |
| **2 *Study Assessment*** | | | |
| ● | 27 | | 33% [ < 0.00001] |
| ○ Study Design | | | |
| *Case-Control* | 24 | 1.32 [1.24, 1.40] | 22% [ < 0.00001] |
| *Cohort* | 3 | 1.06 [0.90, 1.25] | 17% [0.49] |
| ● | 24 | | 22% [ < 0.00001] |
| ○ Type of Controls | | | |
| *Hospital-based* | 4 | 0.96 [0.78, 1.17] | 0% [0.66] |
| *Population-based* | 19 | 1.34 [1.27, 1.41] | 0% [ < 0.00001] |
| *Combined* | 1 | 1.45 [0.81, 2.60] | N/A |
| ● | 27 | | 33% [ < 0.00001] |
| ○ Quality Score (NOS) | | | |
| *NOS  > =7* | 12 | 1.32 [1.25, 1.40] | 0% [ < 0.00001] |
| *NOS < 7* | 15 | 1.21 [1.05, 1.39] | 47% [0.009] |
| ● | 27 | | 33% [ < 0.00001] |
| ○ Publication Year | | | |
| *1980-1989* | 4 | 1.23 [0.81, 1.88] | 66% [0.33] |
| *1990-1999* | 8 | 1.30 [1.13, 1.50] | 24% [0.0003] |
| *2000-2009* | 8 | 1.25 [1.14, 1.37] | 18% [ < 0.00001] |
| *2010 and beyond* | 7 | 1.31 [1.18, 1.45] | 44% [ < 0.00001] |
| **3 *Talc Exposure*** | | | |
| ● | 7 | | 35% [ < 0.00001] |
| ○ Frequency of Use | | | |
| *Low* | 5 | 1.22 [0.96, 1.54] | 54% [0.10] |
| *Medium* | 2 | 1.22 [0.98, 1.53] | 0% [0.08] |
| *High* | 7 | 1.39 [1.22, 1.58] | 23% [ < 0.00001] |
| ● | 6 | | 5% [0.0008] |
| ○ Duration of Use | | | |
| *< 10 Years* | 5 | 1.22 [1.03, 1.45] | 0% [0.02] |
| *10 -  < 20 Years* | 2 | 1.42 [1.02, 1.99] | 0% [0.04] |
| *20+ Years* | 2 | 1.19 [0.71, 1.98] | 75% [0.51] |
| ● | 13 | | 52% [0.001] |
| ○ Method of Use | | | |
| *Sanitary Napkin* | 11 | 1.12 [0.91, 1.39] | 50% [0.29] |
| *Diaphragm* | 10 | 0.87 [0.72, 1.05] | 25% [0.14] |
| *Underwear* | 2 | 1.70 [1.27, 2.28] | 0% [0.004] |
| *Male Condom* | 3 | 0.99 [0.73, 1.32] | 0% [0.92] |
| **4 *Tumor Histology*** | | | |
| ● | 8 | | 23% [ < 0.00001] |
| ○ Tumor Histology | | | |
| *Serous* | 7 | 1.38 [1.22, 1.56] | 0% [ < 0.00001] |
| *Mucinous* | 5 | 1.05 [0.85, 1.29] | 23% [0.41] |
| *Endometrioid* | 6 | 1.39 [1.05, 1.82] | 2% [0.03] |
| *Clear Cell* | 1 | 0.63 [0.15, 2.65] | |
| **5 *Tumor Behavior*** | | | |
| ● | 4 | | 0% [ < 0.00001] |
| ○ All Grades | | | |
| *All Invasive* | 3 | 1.38 [1.15, 1.65] | 0% [0.0004] |
| *All Borderline* | 4 | 1.43 [1.08, 1.89] | 19% [0.01] |
| ● | 5 | | 0% [ < 0.00001] |
| ○ Serous | | | |
| *Serous Invasive* | 5 | 1.32 [1.13, 1.54] | 24% [0.00004] |
| *Serous Borderline* | 3 | 1.39 [1.09, 1.78] | 0% [0.008] |
| ● | 3 | | 38% [0.40] |
| ○ Mucinous | | | |
| *Mucinous Invasive* | 2 | 1.34 [0.48, 3.79] | 70% [0.58] |
| *Mucinous Borderline* | 3 | 1.18 [0.76, 1.82] | 34% [0.46] |
| ● | 1 | | N/A |
| ○ Endometrioid | | | |
| *Endometrioid* Invasive | 1 | 1.38 [1.06, 1.80] | |
| ● | 1 | | N/A |
| ○ Clear Cell | | | |
| *Clear Cell Invasive* | 1 | 1.01 [0.65, 1.57] | |
| **6 *Modifiers*** | | | |
| ● | 2 | | 78% [0.007] |
| ○ Menopausal State | | | |
| *Pre-menopausal* | 2 | 1.42 [1.16, 1.75] | 0% [0.0008] |

(*continued on next page*)

M. Kadry Taher, et al.

Reproductive Toxicology 90 (2019) 88–101

**Table 2** (*continued*)

| Outcome or Subgroup | Studies | Effect Estimate [95% CI] | Heterogeneity $I^2$ Statistic [p-value] |
|---|---|---|---|
| *Post-Menopausal (HT)* | 2 | 2.28 [1.72, 3.01] | 0% [ < 0.00001] |
| *Post-Menopausal (no HT)* | 2 | 1.05 [0.84, 1.32] | 25% [0.66] |
| • | 7 | | 78% [0.35] |
| ○ Pelvic Surgery | | | |
| *Tubal Ligation* | 3 | 0.64 [0.45, 0.92] | 19% [0.02] |
| *Hysterectomy* | 4 | 0.89 [0.54, 1.46] | 61% [0.65] |
| *Combined* | 4 | 1.06 [0.78, 1.42] | 61% [0.72] |

[*]**NOS:** Newcastle-Ottawa Scale for quality scoring of observational studies (maximum is 9 stars).

[**]**Low:** Once daily for $1 - < 10$ days/month; **Medium:** Once daily for 10–25 days/month; **High:** Once daily for > 25 days/month.

While the limited data from the animal studies that considered various routes of talc administration are inconsistent [40–45], there are observations from in vivo and in vitro studies which support the potential for local carcinogenic action of talc particles on fallopian, ovarian and peritoneal epithelium [26,46–52].

The results from the *in vitro* studies are informative for mechanisms of action of possible carcinogenicity. Smith and colleagues [53] identified 10 key characteristics (KCs) commonly exhibited by established human carcinogens.

Oxidative stress (KC 6) and inflammation (KC 5) in cell cultures induced by talc have been reported by several authors [47], corresponding to two of the 10 key characteristics (KCs) described by Smith et al. [53]. Several authors suggested additional potential mechanisms of action through cell proliferation (KC 10) and changes in gene expression, presumably facilitated by oxidative stress and dysregulated antioxidant defense mechanisms [48,54].

Chronic perineal or vaginal exposures of animals to talc do not directly affect ovulation or steroidal hormone levels, but can induce chronic local inflammation, which has been suggested as a risk factor for ovarian cancer [55]. Mechanism of action studies suggested that talc can complex iron on the surface and disrupt iron homeostasis, associated with oxidant generation, macrophage distress and leukotriene released by macrophages in the surrounding cells resulting in a chronic inflammatory response which could possibly contribute to tumor promotion in both animals and humans [47,49,50].

The changes seen in cultured cells after exposure to talc particles [49,50] are consistent with those inflammatory and proliferative processes in the lungs seen in laboratory animals after inhalation exposure in a 1993 study conducted by the US National Toxicology Program [46]. In female rats, hyperplasia of alveolar epithelium was associated with inflammatory response and occurred in or near foci of inflammation [46]. The severity of the fibrous granulomatous inflammation in the lungs increased with increased talc concentrations and exposure duration and a significant association was observed between inflammation and fibrosis in the lungs and the incidence of pheochromocytomas in this study [46]. Overall, the available experimental data suggests that long-term irritation, followed by oxidative stress and chronic inflammation, may be involved in local carcinogenic effects of talc in the ovaries.

Local inflammation of the epithelial ovarian surface in rats following by injection of a suspension of talc particles resulted in the development of foreign body granulomas surrounding talc particles and large ovarian bursal cysts [52]. It is generally accepted that benign and malignant ovarian epithelial tumors arise from surface epithelium and its cystic derivatives, and surface epithelial cysts have a greater propensity to undergo neoplasia than does the surface epithelium itself [56]. Evidence of neoplasms of epithelial origin, nuclear atypia, or mitotic activity in the surface epithelium was not found in this study; however, focal areas of papillary changes in the surface epithelium consistent with the histological signs of premalignancy were observed in 40% of treated animals [52].

Structure-activity relationships can provide useful information for assessing potential carcinogenicity. Although structure-activity models predict that poorly soluble particulates such as carbon black and titanium dioxide may be potentially carcinogenic [2], the extension to talc particles is not immediate.

Although inconsistent, there is some evidence that talc particles may migrate in the genital tract of animals [57–60]. Some studies have reported lack of migration of neutron-activated talc from the vagina to the ovaries in cynomolgus monkeys [57], but talc particles were identified in the ovaries of rats that received intrauterine instillation of talc [59]. Radioactivity was not found in the ovaries of rabbits dosed intravaginally with tritium-labelled talc, but was detected in cervix and fallopian tubes [58–60]. Henderson and colleagues [61] examined human tumor tissue of patients with ovarian and cervical tumors, detecting talc particles in histological samples from 10 of 13 ovarian tumors, 12 of 21 cervical tumors, and 5 of 12 normal ovarian tissue samples [61].

Historically, the concern for talc carcinogenicity has been associated with its contamination by asbestos fibers (tremolite) [62], which is considered carcinogenic to humans [2]. In response to this concern, talc, including baby powder, available in the US, contains only U.S. Pharmacopeia (USP) grade pure talc [63]. Talcum powder has been asbestos-free since the 1976 where the specifications for cosmetic talc were developed [64].

### 3.4. Meta-Analysis

The use of genital talc was associated with a significant increase in the risk of epithelial ovarian cancer, with an overall odds ratio [OR] based on our meta-analysis of 1.28 (95% confidence interval [CI]: 1.20–1.37 P < 0.0001, $I^2 = 33\%$), as presented in Fig. 2. This result is comparable to those of earlier meta-analyses conducted by other investigators [3,5,65–67] as shown in Supplementary Material I.

An increased risk is more apparent in Hispanics and Whites, in women applying talc to underwear, in pre-menopausal women and post-menopausal women receiving hormonal therapy, as well as for the serous and endometrioid types of ovarian cancer (Table 2 and Supplementary Material XI). A negative association was noted with tubal ligation. Our analysis pooled risk estimates from 27 original studies including 3 cohort studies and 24 case-control studies, spanning across four decades (1982–2016) and including a total of 16,005 cases and 201,881 controls from different ethnicities.

In assessing heterogeneity among included studies, most subgroup analyses reported an $I^2$ statistic ranging between 0%–40%, which will have only a minimal impact on the analysis [4]. Only three subgroup analyses (ethnicity, menopausal state, and pelvic surgery) reported an $I^2$ statistic of 77%–78%, where considerable heterogeneity might have had an impact on the results [4]. (See Table 2 and Supplementary Material XI for a listing of $I^2$ statistic values for the different subgroup analyses)

Whereas case-control studies showed a significant increase in the risk of ovarian cancer for "ever vs never" users of talc powder [OR: 1.32 (95% CI: 1.24–1.40), P < 0.00001, $I^2 = 22\%$], cohort studies failed to show a significant increase in risk [OR: 1.06 (95% CI: 0.9–1.25), P = 0.49, $I^2 = 17\%$]. Thirteen out of 24 case-control studies (54%)

*M. Kadry Taher, et al.*        *Reproductive Toxicology 90 (2019) 88–101*



**Fig. 2.** Forest plot of the meta-analysis results on perineal use of talc and risk of ovarian cancer.

showed a statistically significant association, whereas none of the 3 cohort studies showed a significant overall association between ever vs never genital talc exposure and risk of ovarian cancer.

Subgroup analysis by study quality using the Newcastle Ottawa Scale (NOS ≥ 7 vs NOS < 7) did not show any significant differences in the overall pooled risk estimate. Similarly, there were no differences among subgroup analysis conducted by decade of publication. A significant association was observed for population-based studies [OR: 1.34 (95% CI: 1.27–1.41), P < 0.00001, $I^2$ = 0%], but not for enlisting hospital-based controls [OR: 0.96 (95% CI: 0.78–1.17), P = 0.66, $I^2$ = 0%].

We conducted influence analysis to examine the impact of individual studies on the results of our meta-analysis. No appreciable changes were observed regarding the overall association of perineal talc exposure and the risk of ovarian cancer in response to the exclusion of any single study. Detailed results from the influence analysis are provided in Supplementary Material XI.

Subgroup analysis based on ethnicity indicated that Hispanic women using talc showed the most significant increase in risk of ovarian cancer [OR: 1.70 (95% CI: 1.17–2.47), P = 0.005, $I^2$ = 0%], followed by White women [OR: 1.28 (95% CI: 1.10–1.49), P = 0.001, $I^2$ = 56%]. African-American women showed an elevated, yet non-significant association with ovarian cancer in [OR: 1.67 (95% CI: 0.90–3.10), P = 0.1, $I^2$ = 48%].

Analyzing exposure by frequency of talc use, talc exposure was stratified into three groups: high (once daily for > 25 days/month), medium (once daily for 10–25 days/month) and low (once daily for 1– < 10 days/month). The OR for the high-use group was higher in the high-use group compared to the other two groups (medium and low-use groups). Duration of talc use was stratified into three groups: < 10 years, 10 – < 20 years, and 20+ years. The overall odds ratio of the < 10 years' group was lower than the OR for the 10 – < 20 years' group. On the other hand, the OR for the 20+ years' group was lower and not statistically significant. However, this OR was based on two studies that showed considerable heterogeneity ($I^2$ = 75%). Examining the method of application of talc, application to the underwear subgroup had a statistically significant OR, which was the highest among all subgroups. Diaphragm use showed an expected, yet non-significant, negative association with ovarian cancer, which may be due to its action blocking the ascent of talc particles up the reproductive tract.

Pooled risk estimates were statistically significant for two histological types of ovarian cancer: serous tumors [OR: 1.38 (95% CI: 1.22–1.56), P < 0.00001, $I^2$ = 0%] and endometrioid tumors [OR: 1.39 (95% CI: 1.05–1.82), P = 0.03, $I^2$ = 2%. The mucinous type showed a non-significant association [OR: 1.05 (95% CI: 0.85–1.29), P = 0.41, $I^2$ = 23%], while there were not sufficient studies to examine the other types of ovarian cancers. Regarding tumor behavior, there

M. Kadry Taher, et al.

*Reproductive Toxicology 90 (2019) 88–101*

was no appreciable difference between invasive [OR: 1.38 (95% CI: 1.15–1.65), P = 0.0004, $I^2$ = 0%] and borderline [OR: 1.43 (95% CI: 1.08–1.89), P = 0.01, $I^2$ = 19%] grades of ovarian cancer. Borderline serous tumors showed slightly greater risk [OR: 1.39 (95% CI: 1.09–1.78), P = 0.008, $I^2$ = 0%] compared to the serous invasive grade [OR: 1.32 (95% CI: 1.13–1.54), P = 0.0004, $I^2$ = 24%], while both showed a significant association with perineal talc exposure. However, the mucinous tumors showed a non-significant association with talc exposure, with invasive grades being associated with a greater risk [OR: 1.34 (95% CI: 0.48–3.79), P = 0.58, $I^2$ = 70%] compared to the borderline grade [OR: 1.18 (95% CI: 0.76–1.82), P < 0.46, $I^2$ = 34%].

Among post-menopausal women, those receiving hormonal therapy showed the greatest risk [OR: 2.28 (95% CI: 1.72–3.01), P < 0.00001, $I^2$ = 0%], followed by pre-menopausal women [OR: 1.42 (95% CI: 1.16–1.75), P = 0.0008, $I^2$ = 0%], and then post-menopausal women not receiving hormonal therapy [OR: 1.05 (95% CI: 0.84–1.32), P = 0.66, $I^2$ = 25%]. This subgroup analysis suggests that hormonal factors, especially estrogens influence the risk of developing ovarian cancer among postmenopausal women who have perineal talc exposure.

Women with prior ligation of the Fallopian tubes showed a significant reduction in risk [OR: 0.64 (95% CI: 0.45 to 0.92), P = 0.02, $I^2$ = 19%] against ovarian cancer compared to hysterectomy [OR: 0.89 (95% CI: 0.54–1.46), P = 0.65, $I^2$ = 61%], whereas both surgeries combined showed no effect [OR: 1.06 (95% CI: 0.78–1.42), P = 0.72, $I^2$ = 61%]. This might be attributed to the fact that tubal ligation is usually performed at an earlier age, thus preventing entry of talc into the reproductive tract earlier and prolonged exposure to talc, compared to hysterectomy that is performed later in life where a higher exposure has already taken place. In a recent meta-analysis [68], the authors reported a negative association of tubal ligation (27 studies) and hysterectomy (15 studies) with the risk of ovarian cancer: this negative association was more apparent in women who had the surgery at an earlier age. A highly plausible mechanism for this association, as suggested by the authors, involves blocking of ascent of agents such as talc to the ovaries.

A summary of results of our meta-analysis is shown in Table 2. Forest plots of all sub-group analyses are provided in Supplementary Material XI.

### 3.5. Exposure-response assessment

The effect of increasing frequency or duration of perineal use of talc and the risk of ovarian cancer was assessed in the majority of the studies included in this review. Conflicting findings were reported on the nature of the exposure-response relationship: 11 studies concluded that there is no exposure-response, five studies reported a significant positive trend with either frequency or duration of talc use, and two studies concluded that there might be an exposure-response. The remaining twelve studies did not perform or report on trend analyses.

Findings from the seven studies that indicated a potential increased risk of ovarian cancer associated with increasing use of talc are presented in Table 3. The study by Cramer et al. [10] provides the strongest evidence of an exposure-response relationship and could be considered as a key study for exposure-response assessment. The data used in this study were generated from the Nurses' Health Study originally conducted by Belanger et al. [69], a well-designed high quality cohort study of the factors affecting women's health. The results of this study show an increased risk of ovarian cancer at the three highest exposure categories in this study, with the risk at the lowest exposure level [OR: 1.15 (95% CI: 0.89 to 1.47)] being numerically, although not significantly, elevated. Other studies in Table 3 have provided findings in support of an exposure response based on increasing number of talc applications [22,29,31].

In order to permit more direct comparisons of the exposure-response findings from these studies, and whenever the original study data

permits, we standardized exposure measurements into talc-years as shown in Fig. 3. Data points were selected from studies after excluding potential data points that are lacking precise information on the level of exposure to talc. The mid-point of the exposure categories in the exposure-response studies was used for exposure-response assessment.

Overall, the graphical results shown in this Fig. 3 suggest a possible increasing trend in ovarian cancer risk with increasing cumulative exposure to talc; however, there is also a high degree of uncertainty surrounding many of the individual risk estimates. (A formal statistical test for trend was not attempted because of the high degree of heterogeneity among studies noted previously in our meta-analysis discussed in Section 3.4)

## 4. Discussion

The present analysis of the association between perineal use of talc powder and ovarian cancer risk considered four decades of scientific work exploring the epidemiological associations and non-human studies. The motivation for this review is based on two questions: what do human epidemiology studies of perineal talc exposure reveal about potential ovarian carcinogenicity, and what do in-vitro and in-vivo studies suggest about potential mechanisms of toxicity?

A critical review of the human epidemiology studies was conducted to address the first question. Thirty observational epidemiologic studies were identified and assessed for quality using the NOS [6]. In parallel with the review of human epidemiological evidence, a critical review of evidence exploring in- vivo and in-vitro toxicology data on talc was conducted. Although animal studies have limited relevance to the investigation of carcinogenicity of talc following perineal exposure, experimental evidence from both animal and in vitro studies can accurately represent the cellular and molecular changes associated with the initiation and progression of human ovarian cancer following perineal exposure to talc.

The available animal evidence provides some insights concerning possible mechanisms of talc toxicity, including oxidative stress, immune system alterations and inflammatory responses. However, it also indicates that talc is not genotoxic. In total, the epidemiology studies suggest that perineal exposure to talc powder is a possible human ovarian carcinogen but there are concerns that the actual exposure experienced by these women over the past 40–50 years is not well understood. As reported by Langseth and colleagues [65], there had been some concern that asbestos-contaminated talc powder that was produced prior to 1976 might have been a confounder; however, the similarity of findings between studies published prior to and after this point suggests asbestos contamination does not explain the positive association between perineal use of talc powder and risk of ovarian cancer [25,26].

Human observational studies have inherent limitations that could bias the findings. Potentially important sources of bias reported in the included studies include: 1) selection bias due to low response rates from cases and controls or from limiting subjects to English-speaking women of two specific races, and 2) exposure misclassification due to recall bias inherent in case control studies. Other limitations included small sample sizes in some studies, small numbers of subjects in subgroup analyses, lack of information on duration of talc use in many studies that only compared ever vs never users, as well as lack of information on the talc content of the different brands of genital powders used. In two of the three cohort studies, the follow-up period between exposure assessment and end of study could have been inadequate to detect a potential association between talc exposure and ovarian cancer. Houghton et al. [13] reported a mean follow up of 12.4 years, while Gates et al. [11] followed a cohort of women for 24 years. However, Gertig et al. [12] and Gonzalez et al. [38] noted that one of their main limitations is the relatively short follow up periods that may not be adequate to detect a potential association between talc exposure and ovarian cancer. For example, studies of smoking and ovarian cancer

*M. Kadry Taher, et al.*

*Reproductive Toxicology 90 (2019) 88–101*

**Table 3**
Summary of studies that reported ORs for increasing number of lifetime perineal talc applications.

| Study | Stratification | Reported Exposure-Response Strata | aOR* | 95% CI |
|---|---|---|---|---|
| Schildkraut et al. (2016) [29] | Lifetime genital powder applications | < 3600 applications, any genital use vs (never use) | 1.16 | [0.83, 1.63] |
| | | > 3600 applications, any genital use vs (never use) | 1.67 | [1.23, 2.26] |
| Whittemore et al. (1988) [31] | Overall trend | Overall trend for 30 uses per month | 1.3 | [0.88, 1.92] |
| Wu et al. (2009) [34] | By total times of talc use | ≤ 5200 times vs nonuse | 1.2 | [0.77, 1.88] |
| | | 5201 − 15,600 times vs nonuse | 1.38 | [0.87, 2.20] |
| | | 15,601 − 52,000 times vs nonuse | 1.34 | [0.89, 2.02] |
| | | > 52,000 times | 1.99 | [1.34, 2.96] |
| Mills et al. (2004) [24] | By cumulative use (frequency × duration) | First quartile (lowest exposure) | 1.03 | [0.59, 1.80] |
| | | Second quartile | 1.81 | [1.10, 2.97] |
| | | Third quartile | 1.74 | [1.11, 2.73] |
| | | Fourth quartile (highest exposure) | 1.06 | [0.62, 1.83] |
| Rosenblatt et al. (2011) [28] | By lifetime number of applications of perineal powder after bathing | 1-1,599 applications | 1.21 | [0.71, 2.06] |
| | | 1,600-4,799 applications | 2.08 | [1.32, 3.27] |
| | | 4,800-9,999 applications | 0.87 | [0.50, 1.53] |
| | | ≥10,000 applications | 0.87 | [0.48, 1.57] |
| Cramer et al. (2016) [14] | By total genital applications | ≤360 total genital applications | 1.15 | [0.89, 1.47] |
| | | 361-1,800 total genital applications | 1.36 | [1.06, 1.75] |
| | | 1,801-7200 total genital applications | 1.41 | [1.10, 1.80] |
| | | > 7200 total genital applications | 1.39 | [1.11, 1.75] |
| Harlow et al. (1992) [19] | Total Lifetime Perineal Applications* | < 1000 applications | 1.3 | [0.7, 2.7] |
| | | 1000 - 10,000 applications | 1.5 | [0.9, 2.4] |
| | | > 10,000 applications | 1.8 | [1.0, 3.0] |

* aOR: adjusted odds ratio.
** 10,000 applications are equivalent to daily use for 30 year.



**Fig. 3.** Ovarian cancer risk estimates at increasing levels of exposure to talc, as reported from multiple studies.

suggest that follow-up periods as long as four decades improve recognition of the carcinogenic effects of smoking [70] longer follow up periods may also improve characterization of the association between talc and ovarian cancer. In this regard, the minimum latency period for radiation-induced ovarian cancer among Hiroshima atomic bomb survivors has been reported to range from 15 to 20 years [71,72]. Common strengths reported in most studies were the selection of population controls in many of the case control studies and having relatively large sample sizes that allowed a multitude of stratified analyses.

Effect estimates in this meta-analysis were pooled from 24 case control studies and 3 cohort studies, and refer to ever vs never use of perineal talc. Pooling by study design showed a notably higher risk estimate for case-control [OR: 1.32 (95% CI: 1.24 to 1.40), P < 0.00001, $I^2$ = 22%] compared to cohort studies [OR: 1.06 (95% CI: 0.9 to 1.25), P = 0.49, $I^2$ = 17%]. Although the reasons for this are unclear, the difference could potentially be due to issues relating to latency, study power, or exposure misclassification.

Although cohort study designs are efficient for examining diseases with a long latency period, it is essential that the period between talc exposure and the cancer diagnosis be sufficiently long. Gonzalez et al. [38] suggested that the latency period for ovarian cancer is between 15–20 years. In the cohort studies included in this review,

In addition, cohort studies included may have been underpowered to detect an odds ratio (relative risk) of 1.3 estimated from the case

control studies. This was noted by Narod et al. [73], who suggest that cohorts of at least 200,000 women would be needed to reach statistical significance if the true odds ratio is 1.3. The cohort studies included in this review included much smaller cohort sizes, ranging between 41,654 and 78,630 women.

Finally, in cohort studies, talc exposure was assessed at cohort entry and was used as a measure of chronic talc use during follow up. It is possible that women who were not exposed to perineal talc at the time of cohort entry began using talc at a later time, and vice versa, possibly introducing non-differential misclassification of exposure, which could bias the risk estimate towards the null value of unity. Conversely, in the presence of differential exposure misclassification, a bias away from the null hypothesis could accentuate differences between the cohort and case-control studies.

### 4.1. Exposures and outcomes

All epidemiological studies included in our review evaluated the association between the perineal application of talc and subsequent diagnosis of ovarian cancer. Perineal vs body exposure is an important distinction, as the movement of talc is thought to follow an ascending path from the perineum through the vagina, uterus and fallopian tubes to the ovarian (as well as fallopian tube and peritoneal) epithelium.

Ovarian cancer is a common gynecologic malignancy in developed and developing countries. Risk factors for ovarian cancer include age, infertility, nulligravidity, endometriosis, hereditary ovarian cancer, tobacco and asbestos.

Protective factors for ovarian cancer include oral contraceptives, bilateral tubal ligation, salpingo-oophorectomy, hysterectomy, and breast feeding [74]. It is a difficult cancer to diagnose early, with approximately 60% of the individuals diagnosed after the cancer has metastasized from the pelvic region, where this cancer begins. In the meta-analysis, comparing ovarian cancer risk among women who used talc versus those who never used talc (using both case-control and cohort designs), we observed an approximate 30% increase in ovarian cancer risk in the group who used talc. The most common type of ovarian cancer seen in the general population, and among the women exposed to talc were of epithelial origin, most common histologic type (accounting for about 95% of all cases in the general population), and of serous morphology, the most common subtype (comprising about

M. Kadry Taher, et al. *Reproductive Toxicology 90 (2019) 88–101*

75% in the general population).

The cell-type of origin and morphology of talc induced ovarian cancer is similar to that observed in typical ovarian cancer with approximately 95% derived from epithelium (from fallopian tube fimbriae, ovarian or peritoneal) with serous tumors as the most common subtype. Like most ovarian cancers, those associated with talc exposure are typically diagnosed late in the course of the disease (˜60% are diagnosed after the disease has spread outside of the pelvis). This late diagnosis complicates our understanding of the history and origin of the disease.

Demographic factors were analyzed using subgroup analysis where possible, and these were generally consistent with what has been previously observed with respect to ethnicity and risk of ovarian cancer. Additionally, these data also provide support for a mechanism of ovarian cancer induction working via an inflammatory pathway associated with oxidative stress [26,75,76].

A small number of studies explored the issue of ethnicity: Asians (1 study), Hispanics (2 studies), and African-Americans and Whites (3 studies each). Among these studies the risk for talc associated ovarian cancer was 1.70 (Hispanics), 1.67 (African Americans), 1.28 (Whites) and 0.04 (Asians). These risk factors compare with the demographics of ovarian cancer in the US population with an overall prevalence of ovarian cancer of 12.7/100,000 among Whites 13.4/100,00, Hispanics 11.3/100,000, African Americans 9.8/100,000, and Asians 9.8/100,000. The difference in US prevalence and risk of talc induced ovarian cancer among Hispanics and African Americans may provide further evidence concerning exposures or mechanism of action [74].

A variety of factors were assessed with respect to the studies contributing to the meta-analysis, including NOS score for study quality and publication year. In general, the risk of talc associated ovarian cancer was similar among studies with an NOS ≥ 7 or NOS < 7 (maximum is 9). Year of publication also failed to demonstrate a significant impact on reported talc risk estimates.

### 4.2. Exposure metrics

Given that the epidemiological studies indicate that talc is a possible human carcinogen, we next evaluated the studies to identify those comparing differences in exposure. The initial assessment exploring frequency of use, utilized a qualitative exposure metric: low, medium and high. Ovarian cancer was observed to increase between the medium and high exposure groups, consistent with an exposure-response relationship. Several studies explored duration of use (years) and risk of ovarian cancer; 20+ years (2 studies),10 (5 studies), 10/20 (2 studies), and observed that the risk was greatest in the 20+ year exposure group, followed by lower risk in the 10/20 year and < 10-year exposure groups.

Several studies explored the route of exposure or approach to talc application on ovarian cancer risk, including: hysterectomy, bilateral tubal ligation, diaphragm, underwear, sanitary napkin, as these can provide insight into differences in exposure of the fallopian tube, ovarian and peritoneal epithelium. Use of a diaphragm, as well as tubal ligation act to interrupt exposure of perineal talc to reproductive tract. In contrast, application to underwear and sanitary napkin exposure will provide broader exposures. As hypothesized, the use of diaphragm and bilateral tubal ligation decreased ovarian cancer risk [23].

### 4.3. Modifying factors

Modifiers of the risk of ovarian cancer, either associated with talc exposure, or a spontaneous disease, can provide clues to potential mechanisms of causation. Menopausal status and use of hormones can modify the risk for ovarian cancer. For example, among post-menopausal women receiving hormonal therapy the risk for ovarian cancer is greater than those who are premenopausal and those who are postmenopausal not receiving hormone therapy. It has also been observed that women receiving fertility treatment who do not become pregnant are at greater risk for ovarian cancer [23]. These data suggest that hormonal status (elevated estrogens and/or gonadotropins) plays a role in the mechanism of action of talc associated ovarian cancer.

Subgroup analyses in the meta-analysis indicated that interruption of the pathway from perineum to pelvis (as with bilateral tubal ligation or use of diaphragm) decreased risk for ovarian cancer. This supports the hypothesis that talc acts locally on the ovary. Evidence from non-human studies suggesting an inflammatory response of epithelial cells to talc, and histological data corroborating those observations, provides additional support for an inflammatory pathway leading to ovarian cancer. One study recently explored the use of anti-inflammatory drugs and observed a decreased risk for ovarian cancer, also supporting an inflammatory pathway due to oxidative stress as a plausible biological mechanism of talc carcinogenicity [75].

### 4.4. Applying GRADE framework

We applied the GRADE framework [77] to assess the quality of the evidence derived from the studies included this review (Table 4). Using GRADEpro for the assessment, the certainty of the evidence was classified as very low. Several factors are taken into account in the GRADE process. First, we considered our findings from the meta-analysis to lack any serious issues with respect to inconsistency, indirectness, and imprecision. However, we deemed the findings to be subject to an appreciable risk of bias, mainly due to the potential for recall bias in the included case control studies and the relatively short follow-up periods between exposure and outcome assessment in the included cohort

**Table 4**
GRADE Pro Summary of Findings for Human Studies[a].

| Outcomes | Anticipated absolute effects[b] (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) |
|---|---|---|---|---|---|
| | Risk with non-use | Risk with perineal use of talc | | | |
| Ovarian cancer | 64 per 1000 | **80 per** 1000 (75 to 85) | **OR 1.28** (1.20 to 1.37) | 15,303 cases 199,144 controls (27 observational studies) | VERY LOW[c,d] |

[a] **GRADE Working Group grades of evidence are: high certainty (**"We are very confident that the true effect lies close to that of the estimate of the effect."); moderate certainty (We are very confident that the true effect lies close to that of the estimate of the effect.t"); low certainty (Our confidence in the effect estimate is limited: the true effect may be substantially different from the estimate of the effect."; and very low certainty ("We have very little confidence in the effect estimate: the true effect is likely to be substantially different from the estimate of effect.).

[b] The risk in the intervention group (and its 95% confidence interval) is based on the assumed risk in the comparison group and the **relative effect** of the intervention (and its 95% CI). **CI:** Confidence interval; **OR:** Odds ratio.

[c] Twenty-four studies were case-control studies; recall bias may be an issue given long latency period.

[d] Three studies were cohort studies, and were assessed as having a relatively short follow-up period for the development of ovarian cancer (15–20 years).

M. Kadry Taher, et al.                                                                                     Reproductive Toxicology 90 (2019) 88–101

studies.

Study design is a critical component in the GRADE assessment, where randomized controlled trials (RCTs) are viewed as providing considerably stronger evidence than observational studies [77]. As such, the evidence derived from the observational studies in this review was initially classified as being of low certainty within the GRADE framework; this was further downgraded to very low certainty in light of the risk of bias noted above. Despite the very low certainty assigned by the GRADE evaluation, which heavily favors evidence from RCTs (a difficult approach to study the potential carcinogenicity of talc following perineal exposure), we maintain our conclusion that talc is a possible cause of human cancer in humans based on the totality of evidence from multiple observational studies and a plausible biological pathway involving chronic inflammation and oxidative stress.

## 5. Conclusion

We conducted an extensive search, examination, assessment and analysis of evidence from published original human and non-human studies and from published reviews that considered the association between genital/perineal use of talc powder and risk of ovarian cancer. The steps followed in conducting this review are summarized in Fig. 4, along with the key findings at each step. Consistent with a previous evaluation by the IARC in 2010 [2], the present evaluation of all currently available relevant data indicates that perineal exposure to talc powder is a possible cause of ovarian cancer in humans.

While acknowledging the valuable contributions made by previous research groups, our review provides the most up-to-date and comprehensive examination of the association between perineal exposure to talc and ovarian cancer risk, supported by careful examination of data from the original studies and elimination of studies reporting on overlapping populations. It is reassuring that earlier expert reviews, including the two recent systematic reviews [3,5] arrived at compatible conclusions, thereby reinforcing the robustness of the association between perineal exposure to talc to ovarian cancer risk.

### Source of funding

This work was supported by Health Canada as part of their Chemicals Management Plan via contract # 4600001163 to Risk Sciences International (RSI), Ottawa, ON, Canada.

### Acknowledgments and Declarations

All authors who contributed to both this study and manuscript report no conflict of interest in relation to the planning for and conducting this study as well as the preparation of this manuscript. Although the research project and manuscript preparation were conducted under contract to Health Canada, the views and conclusions presented in this article are those of the authors alone.

D. Krewski is the Natural Sciences and Engineering Council of Canada Chair in Risk Science at the University of Ottawa, and Chief Risk Scientist for Risk Sciences International (RSI), a Canadian company established in 2006 in partnership with the University of Ottawa (www.risksciences.com). Dr. Mohamed Kadry Taher, Dr. Nawal Farhat, and Dr. Donald Mattison report personal fees from RSI in relation to this work. Preliminary versions of this paper were presented at the National Cancer Institute Directors' Meeting held in Lyon, France on July 11-13, 2018, and at the 2018 Canada-China Summit for Perinatal Health held in Guangzhou, China on December 1, 2018, and benefited from comments provided by international experts attending those meetings.



**Fig. 4.** Detailed process flow for assessment of talc carcinogenecity.

## Appendix A. Supplementary data

Supplementary material related to this article can be found, in the online version, at doi:https://doi.org/10.1016/j.reprotox.2019.08.015.

## References

[1] R. Siegel, J. Ma, Z. Zou, A. Jemal, Cancer statistics, 2014, CA Cancer J. Clin. 64 (1) (2014) 9–29.
[2] IARC/International Agency for Research on Cancer, Carbon black, titanium dioxide, and talc, IARC Monogr. Eval. Carcinog. Risks Hum. 93 (2010) 1–413.
[3] W. Berge, K. Mundt, H. Luu, P. Boffetta, Genital use of talc and risk of ovarian cancer: a meta-analysis, Eur. J. Cancer Prev. (2017).
[4] J. Higgins, S. Green, Cochrane Handbook for Systematic Reviews of Interventions, (2011) www.cochrane-handbook.org.
[5] R. Penninkilampi, G.D. Eslick, Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis, Epidemiology 29 (1) (2018) 41–49.
[6] G. Wells, B. Shea, D. O'Connell, J. Peterson, V. Welch, M. Losos, P. Tugwell, The Newcastle-Ottawa Scale (NOS) for assessing the quality of nonrandomised studies in meta-analyses, (2008) (Accessed May 8 2017), http://www.ohri.ca/programs/clinical_epidemiology/oxford.asp.
[7] M.L. McPheeters, S. Kripalani, N.B. Peterson, R.T. Idowu, R.N. Jerome, S.A. Potter, J.C. Andrews, Closing the quality gap: revisiting the state of the science (vol. 3: quality improvement interventions to address health disparities), Evid. Rep. Assess. 208.3 (2012) 1–475.
[8] M. Hersi, P. Quach, M.-D. Wang, J. Gomes, J. Gaskin, D. Krewski, Systematic reviews of factors associated with the onset and progression of neurological conditions in humans: A methodological overview, NeuroToxicology 61 (Complete) (2017) 12–18.
[9] D. Moher, K.F. Schulz, D.G. Altman, The CONSORT statement: revised recommendations for improving the quality of reports of parallel-group randomised trials, Clin. Oral Investig. 7 (1) (2003) 2–7.
[10] D.W. Cramer, A.F. Vitonis, K.L. Terry, W.R. Welch, L.J. Titus, The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States, Epidemiology 27 (3) (2016) 334–346.
[11] M.A. Gates, B.A. Rosner, J.L. Hecht, S.S. Tworoger, Risk factors for epithelial ovarian cancer by histologic subtype, Am. J. Epidemiol. 171 (1) (2010) 45–53.
[12] D.M. Gertig, D.J. Hunter, D.W. Cramer, G.A. Colditz, F.E. Speizer, W.C. Willett, S.E. Hankinson, Prospective study of talc use and ovarian cancer, J. Natl. Cancer Inst. 92 (3) (2000) 249–252.
[13] S.C. Houghton, K.W. Reeves, S.E. Hankinson, L. Crawford, D. Lane, J. Wactawski-Wende, C.A. Thomson, J.K. Ockene, S.R. Sturgeon, Perineal powder use and risk of ovarian cancer, J. Natl. Cancer Inst. 106 (9) (2014).
[14] H. Langseth, K. Kjaerheim, Ovarian cancer and occupational exposure among pulp and paper employees in Norway, Scand. J. Work Environ. Health 30 (5) (2004) 356–361.
[15] M. Booth, V. Beral, P. Smith, Risk factors for ovarian cancer: a case-control study, Br. J. Cancer 60 (4) (1989) 592–598.
[16] S. Chang, H.A. Risch, Perineal talc exposure and risk of ovarian carcinoma, Cancer 79 (12) (1997) 2396–2401.
[17] Y. Chen, P.C. Wu, J.H. Lang, W.J. Ge, P. Hartge, L.A. Brinton, Risk factors for epithelial ovarian cancer in Beijing, China, Int. J. Epidemiol. 21 (1) (1992) 23–29.
[18] L.S. Cook, M.L. Kamb, N.S. Weiss, Perineal powder exposure and the risk of ovarian cancer. [Erratum appears in Am J Epidemiol 1998 Aug 15;148(4):410, Am. J. Epidemiol. 145 (5) (1997) 459–465.
[19] D.W. Cramer, W.R. Welch, R.E. Scully, C.A. Wojciechowski, Ovarian cancer and talc: a case-control study, Cancer 50 (2) (1982) 372–376.
[20] M.A. Gates, S.S. Tworoger, K.L. Terry, L. Titus-Ernstoff, B. Rosner, Id. Vivo, D.W. Cramer, S.E. Hankinson, Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer, Cancer Epidemiol. Biomarkers Prev. 17 (9) (2008) 2436–2444.
[21] A. Green, D. Purdie, C. Bain, V. Siskind, P. Russell, M. Quinn, B. Ward, Tubal sterilisation, hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group, Int. J. Cancer 71 (6) (1997) 948–951.
[22] B.L. Harlow, D.W. Cramer, D.A. Bell, W.R. Welch, Perineal exposure to talc and ovarian cancer risk, Obstet. Gynecol. 80 (1) (1992) 19–26.
[23] M.L. Kurta, K.B. Moysich, J.L. Weissfeld, A.O. Youk, C.H. Bunker, R.P. Edwards, F. Modugno, R.B. Ness, B. Diergaarde, Use of fertility drugs and risk of ovarian cancer: results from a U.S.-based case-control study, Cancer Epidemiol. Biomarkers Prev. 21 (8) (2012) 1282–1292.
[24] M.A. Merritt, A.C. Green, C.M. Nagle, P.M. Webb, S. Australian Cancer, G. Australian Ovarian Cancer Study, Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer, Int. J. Cancer 122 (1) (2008) 170–176.
[25] P.K. Mills, D.G. Riordan, R.D. Cress, H.A. Young, Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California, Int. J. Cancer 112 (3) (2004) 458–464.
[26] R.B. Ness, J.A. Grisso, C. Cottreau, J. Klapper, R. Vergona, J.E. Wheeler, M. Morgan, J.J. Schlesselman, Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer, Epidemiology 11 (2) (2000) 111–117.
[27] K.A. Rosenblatt, M. Szklo, N.B. Rosenshein, Mineral fiber exposure and the development of ovarian cancer, Gynecol. Oncol. 45 (1) (1992) 20–25.
[28] K.A. Rosenblatt, N.S. Weiss, K.L. Cushing-Haugen, K.G. Wicklund, M.A. Rossing, Genital powder exposure and the risk of epithelial ovarian cancer, Cancer Causes Control 22 (5) (2011) 737–742.
[29] J.M. Schildkraut, S.E. Abbott, A.J. Alberg, E.V. Bandera, J.S. Barnholtz-Sloan,

[30] M.L. Bondy, M.L. Cote, E. Funkhouser, L.C. Peres, E.S. Peters, A.G. Schwartz, P. Terry, S. Crankshaw, F. Camacho, F. Wang, P.G. Moorman, Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES)Cancer Epidemiol Biomarkers Prev, Cancer Epidemiol. Biomark. Prev. 25 (10) (2016) 1411–1417.
[31] A.H. Wu, C.L. Pearce, C.C. Tseng, M.C. Pike, African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy RatesCancer Epidemiol Biomarkers Prev, Cancer Epidemiol. Biomark. Prev. 24 (7) (2015) 1094–1100.
[32] A.H. Wu, C.L. Pearce, C.C. Tseng, C. Templeman, M.C. Pike, Markers of inflammation and risk of ovarian cancer in Los Angeles County, Int. J. Cancer 124 (6) (2009) 1409–1415.
[33] B. Godard, W.D. Foulkes, D. Provencher, J.S. Brunet, P.N. Tonin, A.M. Mes-Masson, S.A. Narod, P. Ghadirian, Risk factors for familial and sporadic ovarian cancer among French Canadians: a case-control study, Am. J. Obstet. Gynecol. 179 (2) (1998) 403–410.
[34] B.L. Harlow, N.S. Weiss, A case-control study of borderline ovarian tumors: the influence of perineal exposure to talc, Am. J. Epidemiol. 130 (2) (1989) 390–394.
[35] P. Hartge, R. Hoover, L.P. Lesher, L. McGowan, Talc and ovarian cancer, JAMA 250 (14) (1983) 1844.
[36] P.G. Moorman, R.T. Palmieri, L. Akushevich, A. Berchuck, J.M. Schildkraut, Ovarian cancer risk factors in African-American and white women, Am. J. Epidemiol. 170 (5) (2009) 598–606.
[37] A. Tzonou, A. Polychronopoulou, C.C. Hsieh, A. Rebelakos, A. Karakatsani, D. Trichopoulos, Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer, Int. J. Cancer 55 (3) (1993) 408–410.
[38] C. Wong, R.E. Hempling, M.S. Piver, N. Natarajan, C.J. Mettlin, Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study, Obstet. Gynecol. 93 (3) (1999) 372–376.
[39] N.L. Gonzalez, K.M. O'Brien, A.A. D'Aloisio, D.P. Sandler, C.R. Weinberg, Douching, Talc Use, and Risk of Ovarian Cancer, Epidemiology 27 (6) (2016) 797–802.
[40] A.S. Whittemore, M.L. Wu, R.S. Paffenbarger Jr, D.L. Sarles, J.B. Kampert, S. Grosser, D.L. Jung, S. Ballon, M. Hendrickson, Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee, Am. J. Epidemiol. 128 (6) (1988) 1228–1240.
[41] J.C. Wagner, G. Berry, T.J. Cooke, R.J. Hill, F.D. Pooley, J.W. Skidmore, Animal experiments with talc, in: W.H. Walton, B. McGovern (Eds.), Inhaled Particles IV, Part 2, Pergamon Press, Oxford, UK, 1977, pp. 647–654.
[42] A.P. Wehner, T.M. Tanner, R.L. Buschbom, Absorption of ingested talc by hamsters, Food Cosmet. Toxicol. 15 (5) (1977) 453–455.
[43] F. Bischoff, G. Bryson, Independence Mall W., Philadelphia, PATalc at Rodent Intrathoracic, Intraperitoneal, and Subcutaneous Sites, Proceedings of The American Association for Cancer Research, American Association for Cancer Research Public Ledger Bldg, Suite 816, 150 S191061976, Talc at Rodent Intrathoracic, Intraperitoneal, and Subcutaneous Sites, Proceedings of The American Association for Cancer Research, American Association for Cancer Research Public Ledger Bldg, Suite 816, 150 S 19106 (1976) pp. 1-1.
[44] J. Jagatic, M.E. Rubnitz, M.C. Godwin, R.W. Weiskopf, Tissue response to intraperitoneal asbestos with preliminary report of acute toxicity of heart-treated asbestos in mice, Environ. Res. 1 (3) (1967) 217–230.
[45] M. Ozesmi, T.E. Patiroglu, G. Hilderdal, C. Ozesmi, Peritoneal mesothelioma and malignant lymphoma in mice caused by fibrous zeolite, Br. J. Med. 42 (11) (1985) 746–749.
[46] W. Gibel, K. Lohs, K.H. Horn, G.P. Wildner, F. Hoffmann, [Experimental study on cancerogenic activity of asbestos filters (authors transl), Archiv fur Geschwulstforschung 46 (6) (1976) 437–442.
[47] NTP/National Toxicology Program, NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)(Non-Asbestiform) in F344/N Rats and B6C3F1 Mice (Inhalation Studies)Natl Toxicol Program Tech Rep Ser, Toxicol. Program Tech. Rep. Ser. (1993) 1–287.
[48] M.M. van den Heuvel, H.J. Smit, S.B. Barbierato, C.E. Havenith, R.H. Beelen, P.E. Postmus, Talc-induced inflammation in the pleural cavity, Eur Respir.J 12 (6) (1998) 1419–1423.
[49] A.R. Buz'Zard, B.H.S. Lau, Pycnogenol® reduces talc-induced neoplastic transformation in human ovarian cell cultures, Phytother. Res. 21 (6) (2007) 579–586.
[49] A.J. Ghio, T.P. Kennedy, A.R. Whorton, A.L. Crumbliss, G.E. Hatch, J.R. Hoidal, Role of surface complexed iron in oxidant generation and lung inflammation induced by silicates, Am. J. Physiol. 263 (5 Pt 1) (1992) L511–8.
[50] A.J. Ghio, J.M. Soukup, L.A. Dailey, J.H. Richards, J.L. Turi, E.N. Pavlisko, V.L. Roggli, Disruption of iron homeostasis in mesothelial cells after talc pleurodesis, Am. J. Respir. Cell Mol. Biol. 46 (1) (2012) 80–86.
[51] N. Nasreen, D.L. Hartman, K.A. Mohammed, V.B. Antony, Talc-induced expression of C-C and C-X-C chemokines and intercellular adhesion molecule-1 in mesothelial cells, Am. J. Respir. Crit. Care Med. 158 (3) (1998) 971–978.
[52] T.C. Hamilton, H. Fox, C.H. Buckley, W.J. Henderson, K. Griffiths, Effects of talc on the rat ovary, Br. J. Exp. Pathol. 65 (1) (1984) 101–106.
[53] M.T. Smith, K.Z. Guyton, C.F. Gibbons, J.M. Fritz, C.J. Portier, I. Rusyn, D.M. DeMarini, J.C. Caldwell, R.J. Kavlock, P.F. Lambert, S.S. Hecht, J.R. Bucher, B.W. Stewart, R.A. Baan, V.J. Cogliano, K. Straif, Key Characteristics of Carcinogens as a Basis for Organizing Data on Mechanisms of CarcinogenesisEnvironmental health perspectives, Environ. Health Perspect. 124 (6) (2016) 713–721.
[54] A. Shukla, M.B. MacPherson, J. Hillegass, M.E. Ramos-Nino, V. Alexeeva, P.M. Vacek, J.P. Bond, H.I. Pass, C. Steele, B.T. Mossman, Alterations in gene expression in human mesothelial cells correlate with mineral pathogenicity, Am. J. Respir. Cell Mol. Biol. 41 (1) (2009) 114–123.
[55] R.B. Ness, C. Cottreau, Possible role of ovarian epithelial inflammation in ovarian

*M. Kadry Taher, et al.*

*Reproductive Toxicology 90 (2019) 88–101*

cancer, J. Natl. Cancer Inst. 91 (17) (1999) 1459–1467.

[56] R.E. Scully, Pathology of ovarian cancer precursors, J. Cell. Biochem. Suppl. 23 (1995) 208–218.

[57] A.P. Wehner, R.E. Weller, E.A. Lepel, On talc translocation from the vagina to the oviducts and beyond, Food Chem. Toxicol. 24 (4) (1986) 329–338.

[58] A.P. Wehner, C.L. Wilkerson, W.C. Cannon, R.L. Buschbom, T.M. Tanner, Pulmonary deposition, translocation and clearance of inhaled neutron-activated talc in hamsters, Food Cosmet. Toxicol. 15 (3) (1977) 213–224.

[59] W.J. Henderson, T.C. Hamilton, M.S. Baylis, C.G. Pierrepoint, K. Griffiths, The demonstration of the migration of talc from the vagina and posterior uterus to the ovary in the rat, Environ. Res. 40 (2) (1986) 247–250.

[60] J.C. Phillips, P.J. Young, K. Hardy, S.D. Gangolli, Studies on the absorption and disposition of 3H-labelled talc in the rat, mouse, guinea-pig and rabbit, Food Cosmet.Toxicol 16 (2) (1978) 161–163.

[61] W.J. Henderson, C.A. Joslin, A.C. Turnbull, K. Griffiths, Talc and carcinoma of the ovary and cervix, J. Obstet. Gynaecol. Br. Commonw. 78 (3) (1971) 266–272.

[62] A.N. Rohl, A.M. Langer, I.J. Selikoff, A. Tordini, R. Klimentidis, D.R. Bowes, D.L. Skinner, Consumer talcums and powders: mineral and chemical characterization, J. Toxicol. Environ. Health 2 (2) (1976) 255–284.

[63] USP/United States Pharmacopeia Convention, Talc USP. Revision Bulletin Official: August 1, (2011) Available at: http://www.usp.org/sites/default/files/usp/document/harmonization/excipients/m80360talc.pdf. (Accessed 25 September 2018).

[64] J. Nikitakis, G. McEwen Jr, CTFA compendium of cosmetic ingredient composition: Specifications, CTFA (now known as the Personal Care Products Council), Washington, DC, 1990.

[65] H. Langseth, S.E. Hankinson, J. Siemiatycki, E. Weiderpasse, Perineal use of talc and risk of ovarian cancer, J. Epidemiol. Community Health 62 (4) (2008) 358–360.

[66] M. Huncharek, J.F. Geschwind, B. Kupelnick, Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen observational studies, Anticancer Res. 23 (2C) (2003) 1955–1960.

[67] K.L. Terry, S. Karageorgi, Y.B. Shvetsov, M.A. Merritt, G. Lurie, P.J. Thompson, M.E. Carney, R.P. Weber, L. Akushevich, W.H. Lo-Ciganic, K. Cushing-Haugen, W. Sieh, K. Moysich, J.A. Doherty, C.M. Nagle, A. Berchuck, C.L. Pearce, M. Pike,

R.B. Ness, P.M. Webb, S. Australian Cancer, G. Australian Ovarian Cancer Study, M.A. Rossing, J. Schildkraut, H. Risch, M.T. Goodman, C. Ovarian Cancer Association, Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls, Cancer Prev. Res. 6 (8) (2013) 811–821.

[68] M.S. Rice, M.A. Murphy, S.S. Tworoger, Tubal ligation, hysterectomy and ovarian cancer: a meta-analysis, J. Ovarian Res. 5 (1) (2012) 13.

[69] C.F. Belanger, C.H. Hennekens, B. Rosner, F.E. Speizer, The nurses' health study, Am. J. Nurs. 78 (6) (1978) 1039–1040.

[70] P.D. Terry, A.B. Miller, J.G. Jones, T.E. Rohan, Cigarette smoking and the risk of invasive epithelial ovarian cancer in a prospective cohort study, Eur. J. Cancer (Oxford, England: 1990) 39 (8) (2003) 1157–1164.

[71] S. Tokuoka, K. Kawai, Y. Shimizu, K. Inai, K. Ohe, T. Fujikura, H. Kato, Malignant and benign ovarian neoplasms among atomic bomb survivors, Hiroshima and Nagasaki, 1950-80, J. Natl. Cancer Inst. 79 (1) (1987) 47–57.

[72] K.-H. Tung, L.R. Wilkens, A.H. Wu, K. McDuffie, A.M. Nomura, L.N. Kolonel, K.Y. Terada, M.T. Goodman, Effect of anovulation factors on pre-and postmenopausal ovarian cancer risk: revisiting the incessant ovulation hypothesis, Am. J. Epidemiol. 161 (4) (2005) 321–329.

[73] S.A. Narod, Talc and ovarian cancer, Gynecol. Oncol. 141 (3) (2016) 410–412.

[74] L.-m. Chen, J.S. Berek, Epithelial carcinoma of the ovary, fallopian tube, and peritoneum: epidemiology and risk factors, UpToDate (2014).

[75] W.H. Lo-Ciganic, J.C. Zgibor, C.H. Bunker, K.B. Moysich, R.P. Edwards, R.B. Ness, Aspirin, nonaspirin nonsteroidal anti-inflammatory drugs, or acetaminophen and risk of ovarian cancer, Epidemiology 23 (2) (2012) 311–319.

[76] B. Trabert, L. Pinto, P. Hartge, T. Kemp, A. Black, M.E. Sherman, L.A. Brinton, R.M. Pfeiffer, M.S. Shiels, A.K. Chaturvedi, A. Hildesheim, N. Wentzensen, Pre-diagnostic serum levels of inflammation markers and risk of ovarian cancer in the prostate, lung, colorectal and ovarian cancer (PLCO) screening trial, Gynecol. Oncol. 135 (2) (2014) 297–304.

[77] H. Schünemann, J. Brożek, G. Guyatt, A. Oxman, Handbook for grading the quality of evidence and the strength of recommendations using the GRADE approach, (2013) URL: http://gdt.guidelinedevelopment.org/app/handbook/handbook.html [WebCite Cache ID 6psHGGOvH] (2017).

Exhibit 3

## Daniel Clarke-Pearson, MD



- Certified by American Board of Obstetrics and Gynecology
- Board certified as sub-specialist in gynecologic oncology
- BA, Harvard; MD, Case Western Reserve
- Residency and Fellowship in gynecologic oncology, Duke University Medical Center
- Division and Fellowship Director GYN Oncology, Duke
- Robert A. Ross Distinguished Professor and Chair, Department of Obstetrics and Gynecology at University of North Carolina, Chapel Hill, since 2005-July 2019

1

## Daniel Clarke-Pearson, MD



- Past President Society of Gynecologic Oncology (SGO)
- Chair of Gynecologic Management Committee, American College of Obstetrics and Gynecology (ACOG)
- Current member of SGO Ethics Committee
- President of Council of University Chairs of Ob GYN
- Authored over 250 peer-reviewed manuscripts and 50 book chapters
- Editorial board of *Obstetrics and Gynecology* and *Gynecologic Oncology*

2

1

## Ovarian Cancer



## Summary of Opinions

- Genital application of talcum powder such as Johnson's Baby Powder and Shower to Shower increases the risk of epithelial ovarian cancer (EOC) in all women and can cause EOC in some women.

- When looking at the epidemiologic studies in their totality, the data shows a consistent, statistically significant increased risk of developing EOC with perineal talcum powder use. Overall, the risk is increased 20-60% when compared with women who did not use talcum powder.

- The ascension of talcum powder and its constituents through the genital tract is the most important route of exposure. Inhalation is another plausible mechanism.

- There is a clear link between inflammation (resulting in oxidative stress) and ovarian cancer risk. Talcum powder is known to elicit an inflammatory response in animals and humans.

- Johnson's Baby Powder and Shower to Shower contain multiple carcinogens including asbestos, fibrous talc, platy talc and heavy metals. Fragrance chemicals also contribute to the carcinogenicity of the product.

## Methodology

**Can the use of talcum powder in the perineal area cause epithelial ovarian cancer and if so, what is the biological mechanism for this occurrence?**

<u>Step 1</u>: Review of the epidemiologic literature

<u>Step 2</u>: Review of mechanistic evidence, including migration/inhalation and inflammation

<u>Step 3</u>: Assessment of the use of talcum powder as a risk factor for ovarian cancer

<u>Step 4</u>: Bradford Hill causation analysis



Case-Control and Cohort Studies (All Ovarian) (1982-2016)

## Meta-Analyses and Pooled Studies (All Ovarian)



| Study | #Studies | #Cases | DR | RR | CI L | CI U | ▼Decreased Risk▼ | ▲Increased Risk▲ |
|---|---|---|---|---|---|---|---|---|
| Taher (2018)[1] | 27 | 17,149 | Yes | 1.28 | 1.2 | 1.37 | | |
| Penninkilampi (2018) | 27 | 14,311 | Yes | 1.31 | 1.24 | 1.39 | | |
| Berge (2018)[2] | 27 | N/A[3] | Yes | 1.22 | 1.13 | 1.3 | | |
| Langseth (2008) | 20 | N/A[3] | N/A | 1.35 | 1.26 | 1.46 | | |
| Huncharek (2003) | 16 | 5260 | No[4] | 1.33 | 1.16 | 1.45 | | |
| Cramer (1999) | 14 | 3834 | N/A | 1.4 | 1.2 | 1.5 | | |
| Gross (1995) | 10[5] | 1509 | N/A | 1.29 | 1.02 | 1.63 | | |
| Harlow (1992) | 6 | 1106 | N/A | 1.3 | 1.1 | 1.6 | | |
| Pooled | #Studies | #Cases | DR | RR | CI L | CI U | | |
| Terry (2013) | 8 | 8,525 | Yes | 1.24 | 1.15 | 1.33 | | |

[1] Taher was published after expert report completed.
[2] Updating to reflect 2018 version of same 2017 study cited in report.
[3] Number of cases not provided.
[4] No summary estimates calculated. Dose response addressed in 9/16 source studies: no dose-response apparent.
[5] N=5 studies with adjusted data and limited to epithelial ovarian cancers.

7

## Bradford Hill Analysis

| Factor | Analysis | Weight |
|---|---|---|
| Strength of Association & Consistency | This opinion is supported by overwhelming epidemiologic evidence showing that the use of talcum powder statistically increases a woman's risk of developing EOC by approximately 30 percent (Odds ratio 1.31; Penninkilampi 2018).  Every meta-analysis before 2018 also reported similar increase in the risk of developing EOC with the use of talcum powder. | Critically important |
| Specificity | Based on the epidemiologic studies cited in this report, there appears to be a specific ovarian cancer caused by talcum powder: epithelial ovarian cancer (EOC). This association satisfies this consideration. | Not as important as strength and consistency |
| Temporality | In the case of talcum powder and ovarian cancer there is a clear latency period of decades of talcum powder use before a woman develops ovarian cancer, thus fulfilling this consideration. | Satisfied |
| Biologic Gradient/Dose Response | A number of studies have demonstrated an association between "dose" and the occurrence of EOC (response).  (Terry et al. 2013; Schildkraut et al. 2016; Daniel W. Cramer et al. 2016; Penninkilampi and Eslick 2018). | Satisfied |

8

## Bradford Hill Analysis

| Factor | Analysis | Weight |
|---|---|---|
| Biological Plausibility | Evidence shows that talcum powder ascends from the perineum through the vagina, cervix and uterus into the fallopian tubes and onto the ovary. Talcum powder is known to be an agent that causes inflammation.  An inflammatory reaction caused by talcum powder on the tube and surface of the ovary results in genetic mutations and carcinogenesis.  Talcum powder causes ovarian cancer through this mechanism.  The "agent(s)" that causes the inflammatory reaction and carcinogenesis may be talc, asbestos, fibrous talc, heavy metals and/or chemicals contained in fragrances added to talcum powder. | Critical Factor |
| Coherence | Epidemiological data, in vitro and in vivo research are consistent in explaining the pathogenesis of EOC through the inflammatory mechanisms described above.  Further, this is consistent with the causes of other cancers. | Satisfied |
| Experiment | There are no randomized trials comparing outcomes of women who use or who do not use talcum powder in their perineal hygiene.  Further, such a trial at this point in time would be unethical.  Laboratory research (in vitro) present evidence to support the biologic, genetic and epigenetic consequence to ovarian epithelium when exposed to talcum powder. | Satisfied |
| Analogy | There are numerous reports in the medical literature of minerals similar to talc causing cancer.   Probably the most significant example is asbestos and lung cancer (mesothelioma). | Satisfied |

9

## Risk Factors for Ovarian Cancer

- Inherited genetic mutations
  - BRCA1, BRCA2
- Family history of breast or ovarian cancer
- Age
- Lifetime ovulation
- Retrograde menstruation/endometriosis
- Talcum powder products
- Pelvic Inflammatory disease
- Obesity
- Polycystic ovarian disease
- Smoking

10

5









**Slide 13**

**LO4**   Wendy, can you make sure the exhibit numbers on the lower right corner in the boxes show up completely?  retrograde menstration is cut off

Leigh O'Dell, 7/21/2019



Regulatory Agents Agree Talcum Powder Migrates

Two theories have historically dominated on the cause of epithelial ovarian cancer and these are the "incessant ovulation hypothesis" and the "gonadotropin hypothesis." In addition to these endogenous factors, the role of exogenous factors via retrograde transport of noxious substances (e.g. carcinogens, particulates such as talc and asbestos, endometriosis and infectious agents) from the vagina and uterus into the Fallopian Tubes and peritoneal cavity have been studied extensively as a possible risk factor for ovarian cancer.

While there exists no direct proof of talc and ovarian carcinogenesis, the potential for particulates to migrate from the perineum and vagina to the peritoneal cavity is indisputable. It is, therefore, plausible that perineal talc (and other particulate) that

GC Opp. Ex. 78

15



Exposure to Asbestos and Fibrous Talc

1.6.5 Human exposure
(a)  Exposure of the general population

   Consumer products (e.g. cosmetics, pharmaceuticals) are the primary sources of exposure to talc for the general population. Inhalation and dermal contact (i.e. through perineal application of talcum powders) are the primary routes of exposure.          p. 232

GC Opp. Ex. 80

16

8





# Exhibit 4

# Arch Carson, MD, PhD





- Associate Professor of Occupational Health, University of Texas Health Science Center, Houston

- Physician and scientist who specializes in the practice of medical toxicology

- Program Director NIOSH-funded Education and Research Center, University of Texas

- Program Director of Occupational and Environmental Medicine Residency Program, University of Texas, Health Science Center

- PhD, Kettering Laboratory, University of Cincinnati

- MD, The Ohio State University

1

# Summary of Opinions



- Johnson's Baby Powder and Shower to Shower pose *a significant health hazard.*

- Epidemiological studies show a consistent positive relationship, amounting to about a 30% increased risk of ovarian cancer in genital talcum powder users.

- Talcum powder from personal hygiene applications to the perineum migrates through the reproductive tract onto the ovaries. Inhalation is a secondary route of exposure to the ovaries.

- Talcum powder produces chronic inflammation in the tissues in which it sequestered.

- Johnson's Baby Powder and Shower to Shower contains *mineral fibers* (asbestos and fibrous talc) that intensify the inflammatory response and stimulate cell growth and proliferation.

- Johnson's Baby Powder and Shower to Shower are carcinogenic.

- Regular genital use of Johnson's Baby Powder and Shower to Shower can cause epithelial ovarian cancer.

2

# Methodology

**STEP ONE:** Risk Assessment

| Identify hazard | Assess exposure | Assess exposure-response | Characterize risk |

**STEP TWO:** Bradford Hill Considerations Analysis

3

# Constituents in Johnson's Baby Powder & Shower to Shower

**CONSTITUENTS IN BABY POWDER**



NUMEROUS KNOWN OR SUSPECTED CARCINOGENS

The constituents shown below are found in Johnson's Baby Powder and Shower to Shower.

**PLATY TALC**



- Inflammatory
- Fibrogenic
- 2B carcinogen (IARC)

**FIBROUS TALC**



- Inflammatory; genotoxic
- Direct & indirect genotoxicity
- Group 1 carcinogen (IARC)

**ASBESTOS**



- Frequently present
- Direct & indirect genotoxicity
- All forms are Group 1 (IARC)

**COBALT**


Co

- Found in BP & S2S
- Oxidative stress
- 2B carcinogen (IARC)

**CHROMIUM**


Cr

- Found in BP & S2S
- Inflammation, OS, DNA damage
- Group 1 carcinogen (IARC)

**NICKEL**


Ni

- Found in BP & S2S
- Induces DNA damage
- Group 1 carcinogen (IARC)

**FRAGRANCE CHEMICALS**



- Toxins & irritants
- Carcinogens – styrene (2A), and coumarin, eugenol, and d-limone (2B)

Fibrous talc and asbestos documented in Drs. Longo, Cook & Krekeler's Reports. (Asb. Opp. Exs. 67, 120, 119). Metals documented in Pier Ex. 47 and Drs. Cook and Krekeler's reports. Fragrance chemicals analyzed in Dr. Crowley's report. (HM Opp. Ex. 10).

4

# Platy Talc v. Fibrous Talc

### Shukla (2009)



(GC Opp. Ex. 93)

### Longo Expert Report, p. 184



(Asbestos Opp. Ex. 67)

# Fibrous Talc v. Asbestos

Longo Expert Report, p. 184

Longo Expert Report, p. 232



(Asbestos Opp. Ex. 67)



(Asbestos Opp. Ex. 67)

# Asbestos in Platy Talc

Lockey (1981)

Longo Expert Report, p. 131



(Carson Ex. 10)



(Asbestos Opp. Ex. 67)

# IARC – Fibrous Talc



**IARC (2010)**

""The review of talc in Supplement 7 led to evaluations for two agents: talc containing asbestiform fibres and talc not containing asbestiform fibres. The term 'asbestiform fibre' has been mistaken as a synonym for 'asbestos fibre' when it should be understood to mean any mineral, including talc, when it grows in an asbestiform habit." p.277

(GC Opp. Ex. 57)

**IARC (2012)**

"The conclusions reached in this Monograph about asbestos and its carcinogenic risks apply to these six types of fibres wherever they are found, and that includes talc containing asbestiform fibres." p. 219

"Talc may also form true mineral fibres that are asbestiform in habit." p. 230

(GC Opp. Ex. 80)

8

# Constituents in Johnson's Baby Powder & Shower to Shower

**CONSTITUENTS IN BABY POWDER**



NUMEROUS KNOWN OR SUSPECTED CARCINOGENS

The constituents shown below are found in Johnson's Baby Powder and Shower to Shower.

### PLATY TALC



- Inflammatory
- Fibrogenic
- 2B carcinogen (IARC)

### FIBROUS TALC



- Inflammatory; genotoxic
- Direct & indirect genotoxicity
- Group 1 carcinogen (IARC)

### ASBESTOS



- Frequently present
- Direct & indirect genotoxicity
- All forms are Group 1 (IARC)

### COBALT



Co

- Found in BP & S2S
- Oxidative stress
- 2B carcinogen (IARC)

### CHROMIUM



Cr

- Found in BP & S2S
- Inflammation, OS, DNA damage
- Group 1 carcinogen (IARC)

### NICKEL



Ni

- Found in BP & S2S
- Induces DNA damage
- Group 1 carcinogen (IARC)

### FRAGRANCE CHEMICALS



- Toxins & irritants
- Carcinogens – styrene (2A), and coumarin, eugenol, and d-limone (2B)

Fibrous talc and asbestos documented in Drs. Longo, Cook & Krekeler's Reports. (Asb. Opp. Exs. 67, 120, 119). Metals documented in Pier Ex. 47 and Drs. Cook and Krekeler's reports. Fragrance chemicals analyzed in Dr. Crowley's report. (HM Opp. Ex. 10).

# Case-Control and Cohort Studies (All Ovarian) (1982-2016)



| Case-Control Study | Natl | Cases | Ctrls | Pop | DR | RR | CI L | CI U |
|---|---|---|---|---|---|---|---|---|
| Schildkraut 2016 | US | 584 | 745 | Pop. | Yes | 1.44 | 1.11 | 1.86 |
| Cramer 2016 | US | 2041 | 2100 | Pop. | Yes | 1.33 | 1.16 | 1.52 |
| Wu 2015 | US | 1791 | 2391 | Pop. | Yes | 1.46 | 1.27 | 1.69 |
| Kurta 2012 | US | 902 | 1802 | Pop. | N/A | 1.4 | 1.16 | 1.69 |
| Rosenblatt 2011 | US | 812 | 1313 | Pop. | No | 1.27 | 0.97 | 1.66 |
| Wu 2009 | US | 609 | 688 | Pop. | Yes | 1.53 | 1.13 | 2.09 |
| Moorman 2009 (white) | US | 1114 | 1086 | Pop. | N/A | 1.04 | 0.82 | 1.33 |
| Moorman 2009 (black) | US | 1114 | 1086 | Pop. | N/A | 1.19 | 0.68 | 2.09 |
| Merritt 2008 | Aus | 1576 | 1509 | Pop. | Yes | 1.17 | 1.01 | 1.36 |
| Mills 2004 | US | 256 | 1122 | Pop. | No | 1.37 | 1.02 | 1.85 |
| Ness 2000 | US | 767 | 1367 | Pop. | Incpl | 1.5 | 1.1 | 2.0 |
| Cramer 1999 | US | 563 | 523 | Pop. | Yes | 1.6 | 1.18 | 2.15 |
| Wong 1999 | US | 499 | 755 | Hosp. | Incpl | 0.92 | 0.24 | 3.62 |
| Godard 1998 | Can | 170 | 170 | Pop. | N/A | 2.49 | 0.94 | 6.58 |
| Green 1997 | Aus | 824 | 855 | Pop. | Incpl | 1.3 | 1.1 | 1.6 |
| Cook 1997 | US | 313 | 422 | Pop. | No | 1.5 | 1.1 | 2.0[1] |
| Chang 1997 | Can | 450 | 564 | Pop. | No | 1.42 | 1.08 | 1.86 |
| Shushan 1996 | Isr | 200 | 408 | Pop. | N/A | 2 | 1.06[2] | 3.66[2] |
| Cramer 1995 | US | 450 | 454 | Pop. | N/A | 1.6 | 1.2 | 2.1 |
| Purdie 1995 | Aus | 824 | 860 | Pop. | N/A | 1.27 | 1.04 | 1.54 |
| Tzonou 1993 | Gre | 189 | 200 | Hosp. | N/A | 1.05 | 0.28 | 3.98 |
| Rosenblatt 1992 | US | 77 | 46 | Hosp. | Yes | 1.7 | 0.7 | 3.9 |
| Chen 1992 | Chn | 112 | 224 | Pop. | N/A | 3.9 | 0.9 | 10.63 |
| Harlow 1992 | US | 235 | 239 | Pop. | Yes | 1.5 | 1.0 | 2.1 |
| Booth 1989 (daily) | UK | 235 | 451 | Hosp. | Yes | 1.3 | 0.8 | 1.9[1] |
| Booth 1989 (weekly) | UK | 235 | 451 | Hosp. | Yes | 2.0 | 1.3 | 3.4 |
| Harlow 1989 | US | 116 | 158 | Pop. | N/A | 1.1 | 0.7 | 2.1 |
| Whittemore 1988 | US | 188 | 539 | H&P | Yes | 1.45 | 0.81[1] | 2.60[1] |
| Hartge 1983 | US | 135 | 171 | Hosp. | N/A | 2.5 | 0.7 | 10.0 |
| Cramer 1982 | US | 215 | 215 | Pop. | Yes | 1.92 | 1.27 | 2.89 |
| **Cohort Studies** | **Natl** | **Cases** | **Non** | **Flw Up** | **DR** | **RR** | **CI L** | **CI U** |
| Gonzalez (2016) | US | 154 | 41,500 | 6.6 | N/A | 0.73 | 0.44 | 1.2[1] |
| Houghton (2014) | US | 429 | 61,147 | 12.4 | Incpl | 1.06 | 0.87 | 1.28 |
| Gertig (2000) | US | 307 | 78,323 | N/A | Incpl | 1.09 | 0.86 | 1.37 |
| Gates (2008) | US | 210 | 600 | N/A | Yes | 1.24 | 0.83 | 1.83 |
| Gates (2010) | US | 797 | 78,323? | N/A | N/A | 1.06 | 0.89 | 1.28 |

[1] Corrected data-point from study text (report figure: Cook 1997 CI Upper 2.3; Gonzalez CI Upper 1.21; Booth 1989 CI Upper 1.0; Whittemore CI p=0.06).
[2] Corrected data-point from defense expert report(s) (report figure: p=0.04).

# Meta-Analyses and Pooled Studies (All Ovarian)

| Study | #Studies | #Cases | DR | RR | CI L | CI U | ▼Decreased Risk▼ | ▲Increased Risk▲ |
|---|---|---|---|---|---|---|---|---|
| Taher (2018)[1] | 27 | 17,149 | Yes | 1.28 | 1.2 | 1.37 | | |
| Penninkilampi (2018) | 27 | 14,311 | Yes | 1.31 | 1.24 | 1.39 | | |
| Berge (2018)[2] | 27 | N/A[3] | Yes | 1.22 | 1.13 | 1.3 | | |
| Langseth (2008) | 20 | N/A[3] | N/A | 1.35 | 1.26 | 1.46 | | |
| Huncharek (2003) | 16 | 5260 | No[4] | 1.33 | 1.16 | 1.45 | | |
| Cramer (1999) | 14 | 3834 | N/A | 1.4 | 1.2 | 1.5 | | |
| Gross (1995) | 10[5] | 1509 | N/A | 1.29 | 1.02 | 1.63 | | |
| Harlow (1992) | 6 | 1106 | N/A | 1.3 | 1.1 | 1.6 | | |
| **Pooled** | **#Studies** | **#Cases** | **DR** | **RR** | **CI L** | **CI U** | | |
| Terry (2013) | 8 | 8,525 | Yes | 1.24 | 1.15 | 1.33 | | |

[1] Taher was published after expert report completed.
[2] Updating to reflect 2018 version of same 2017 study cited in report.
[3] Number of cases not provided.
[4] No summary estimates calculated. Dose response addressed in 9/16 source studies: no dose-response apparent.
[5] N=5 studies with adjusted data and limited to epithelial ovarian cancers.

0.6   0.8   1   1.2   1.4   1.6   1.8

11

# Migration

### Carbon Particles (1961)

**The Transport of Carbon Particles in the Human Female Reproductive Tract**

G. E. Egli, M.D., and Michael Newton, M.D.

(GC Opp. Ex. 67)

### Radioactive Particles (1979)

2 June 1979    SA MEDICAL JOURNAL    917

**Migration of a Particulate Radioactive Tracer from the Vagina to the Peritoneal Cavity and Ovaries**

P. F. VENTER,   M. ITURRALDE

(GC Opp. Ex. 70)

### Retrograde Menstruation (1984)

Retrograde Menstruation in Healthy Women and in Patients With Endometriosis

*JOUKO HALME, MD, PhD, MARY G. HAMMOND, MD, JAROSLAV F. HULKA, MD, SHAILAJA G. RAJ, MD, AND LUTHER M. TALBERT, MD*

(GC Opp. Ex. 69)

### Uterine Peristaltic Pump (1997)

**THE UTERINE PERISTALTIC PUMP**

**Normal and Impeded Sperm Transport within the Female Genital Tract**

G. Kunz,[1] D. Beil,[2] H. Deiniger,[2] A. Einspanier,[4] G. Mall,[3] and G. Leyendecker[1]

(GC Opp. Ex. 69)

### Glove Powder (2004)

**Retrograde migration of glove powder in the human female genital tract**

A.C.E.Sjösten[1], H.Ellis[2] and G.A.B.Edelstam[1]

(GC Opp. Ex. 73)

### Talc Found In Tissue (1996)

The relationship between perineal cosmetic talc usage and ovarian talc particle burden

Debra S. Heller, MD,[a] Carolyn Westhoff, MD,[b] Ronald E. Gordon, PhD,[c] and Norman Katz, AAS[c]
*New York, New York*

(GC Opp. Ex. 75)

CONFIDENTIAL - ATTORNEYS EYES ONLY

# Regulatory Agencies Agree Talcum Powder Migrates



While there exists no direct proof of talc and ovarian carcinogenesis, the potential for particulates to migrate from the perineum and vagina to the peritoneal cavity is indisputable. It is, therefore, plausible that perineal talc (and other particulate) that reaches the endometrial cavity, Fallopian Tubes, ovaries and peritoneum may elicit a foreign body type reaction and inflammatory response that, in some exposed women, may progress to epithelial cancers. However, there has been no conclusive evidence to support causality.

GC Opp. Ex. 78



Biological plausibility: Particles of talc are hypothesized to migrate into the pelvis and ovarian tissue, causing irritation and inflammation. The presence of talc in the ovaries has been documented (Heller et al. 1996b). This evidence of retrograde transport supports the biologic plausibility of the association between perineal talc application and ovarian exposure; however, the specific mechanism(s) and cascade of molecular events by which talc might cause ovarian cancer have not been identified (Taher et al. 2018).

GC Opp. Ex. 56

13

# Carcinogenesis



# Cell Studies

| Study | Cell Lines | Dose | Time | Findings |
|---|---|---|---|---|
| Shukla (2009)<br>(GC Opp. Ex. 93) | • Immortalized ovarian mesothelial cells<br>• Mesothelial cells | 0, 1, 5, 10, 20, 75 µg/cm² | 8 hrs.<br>24 hrs. | • Gene up-regulation |
| Buz'Zard (2007)<br>(GC Opp. Ex. 94) | • Immortalized normal ovarian epithelial cells<br>• Immortalized normal ovarian epithelial cells | 0, 1, 5, 10, 15, 20, 50, 100, 500 µg/cm² | 24 hrs.<br>72 hrs. | • Proliferation<br>• Neoplastic transformation<br>• Increased ROS |
| Akhtar (2010)<br>(GC Opp. Ex. 96) | • Lung adenocarcinoma | 1, 50, 100, 200 µg/mL | 48 hrs. | • Oxidative stress |
| Akhtar (2014)<br>(GC Opp. Ex. 95) | • Lung epithelial cells | 0, 200 µg/mL | 48 hrs. | • Cytotoxicity<br>• Oxidative stress<br>• Apoptosis |
| Fletcher, Saed (2019)<br>(GC Opp. Ex. 97) | • Ovarian cancer cells A2780<br>• Ovarian cancer cells SKOV-3<br>• Ovarian cancer cells TOV112D<br>• Normal macrophage cells<br>• Primary normal ovarian epithelial cells<br>• Immortalized ovarian epithelial cells<br>• Immortalized fallopian tube cells | 0, 5, 20, 100 µg/mL | 72 hrs. | • Change in redox balance<br>• Increased CA-125<br>• Increased cell proliferation<br>• Decreased apoptosis<br>• SNPs |

# The Impact of Fibers on Carcinogenesis



Fiber

Inflammation

Genotoxicity

**DIRECT**
- DNA breaks & oxidized bases in DNA
- Fibers interfere with mitotic apparatus by direct physical interaction

**INDIRECT**
- Oxidative stress
- Epigenetic alterations
- Actuation of signaling pathways
- Resistance to apoptosis
- Stimulation cell proliferation

Carcinogenesis

16

# Animal Studies

## Eberl (1948)

"Incontrovertible evidence of the local irritant action of talcum"

(GC Opp. Ex. 81

## Graham & Jenkins (1952)

"Talc was universally damaging"; in contrast, the starches seem to be relatively harmless

(GC Opp. Ex. 87)

## Hamilton (1984)

Intrabursal injection of talc resulted in papillary transformation. Papillae may represent early neoplasia

(GC Opp. Ex. 90)

## National Toxicology Program (1993)

Inhalation study with "non-fibrous talc." Toxic effects included chronic granulomatous inflammation, alveolar epithelial hyperplasia, squamous metaplasia and squamous cysts, and interstitial fibrosis of the lung.

(GC Opp. Ex. 88)

## Keskin (2009)

Talc has unfavorable effects on the female genital system (ovaries and fallopian tubes), causing tissue injury, macrophage infiltration, and an increased rate of infections and development of adhesions.

(GC Opp. Ex. 91 )

## Moller & Jantzen (2013)

Meta-analysis of 64 publications on the association between exposure to asbestos particles and oxidatively damaged DNA in tissues of animals.

(GC Opp. Ex. 92)

17

# Talc Produces Inflammation in Humans

  

# Inflammation & Ovarian Cancer

### Ness (1999)

The role of inflammation in ovarian epithelial cancer implicated talc and asbestos exposure.

(GC Opp. Ex. 106)

### Reuter et al. (2010)

Ovarian cancer has been linked to reactive oxygen species.

(GC Opp. Ex. 103)

### Balkwill & Mantovani (2001)

Recognizes talc is an inflammatory stimulus that is associated with ovarian cancer

(GC Opp. Ex. 66 )

### Trabert et al. (2014)

Multiple lines of evidence suggest that ovarian cancer may be related to chronic inflammation.

(GC Opp. Ex. 106)

### Shan & Liu (2009)

Increasing evidence suggests inflammation contributes significantly to the etiology of epithelial ovarian cancer.

(GC Opp. Ex. 109)

### Saed et al. (2017)

There is evidence supporting the role of oxidative stress in the etiology of ovarian cancer.

(GC Opp. Ex. 113)

19

# Ness (1999)



**Fig. 1.** Inflammation as a common mechanism underlying ovarian cancer.

(GC Opp. Ex. 106)

20

# Baby powder contains multiple components that are carcinogenic



# Bradford Hill Analysis

| Factor | Analysis | Weight |
|---|---|---|
| **Strength of Association** | The majority case control studies (>25) showed positive and significant ORs for perineal talcum powder use and ovarian cancer. The three cohort studies did not find a significant relative risk but did show positive nonsignificant trends. Of the 8 meta-analyses, all showed statistically significant increased risk. These epidemiological studies support a strong association between the perineal use of talcum powder and ovarian cancer. | **Compelling** |
| **Consistency** | The majority of epidemiological studies that have investigated the link between perineal talcum powder use and ovarian cancer have reported positive associations. These studies are consistent in their findings of a relationship between perineal use of talcum powder products and the development of ovarian cancer. The meta-analyses have verified the comparability of the research methods used and the consensus of conclusions. | **Compelling** |
| **Specificity** | Although talcum powder is known to cause non-specific inflammation in many tissues where its residues locate, the stimulation of ovarian cancer is particularly associated with the presence of talc in the ovaries and fallopian tubes. Of known factors associated with ovarian cancer, i.e. nulliparous state, early menarche, late menopause, oral contraceptive use, living in the twentieth century and beyond, perineal talcum powder exposure is proving to be prominent among them. | **Satisfied** |
| **Temporality** | Studies investigating the link between perineal talcum powder exposure and ovarian cancer are designed to compare those with prior exposure to those who are not exposed, and so the scientific evidence supports this consideration. | **Satisfied** |

22

# Bradford Hill Analysis

| Factor | Analysis | Weight |
|---|---|---|
| **Biologic Gradient** | Although some studies have failed to find evidence of a dose-response relationship, several more recent reports have shown a clear dose response when the number of subjects rose to a level producing sufficient statistical power to allow the analysis after subdivision of subjects into pertinent categorical groups, and frequency and duration were measured (Penninkilampi, 2018) (Schildkraut JM, 2016) (Cramer Daniel W, 2016) (Wu, et al., 2009). | **Satisfied** |
| **Biologic Plausibility** | Portions of the applied powders are transferred via active processes or passive mass action movements into the female reproductive tract, some making it all the way to the distal fallopian tubes, the ovary surfaces and the pelvic and peritoneal cavities. Once reaching the target tissues, talcum powder and its constituents initiate carcinogenesis via multiple means, including, inflammation with chemotaxis of inflammatory cells, liberation of cytokines, and reactive oxygen species, inactivation of TP53 genetic modulator, inhibition of DNA repair, and long-term promotion of genetic mutations via continuous inflammation and cellular growth stimulation. | **Compelling & well-described** |
| **Coherence** | The proposal that talcum powder product use results in the occurrence of ovarian cancer is entirely consistent with what is known about other factors related to ovarian cancer, i.e. early menarche, late menopause, pregnancies, breastfeeding history, oral contraceptive use, etc. All are factors that influence the local inflammatory environment of the ovary and its surroundings and have the potential to promote existing transcriptional errors and mutations. | **Satisfied** |
| **Experiment** | Interventions, such as tubal ligation that decreases the incidence of ovarian cancer by blocking the exposure route, offers experimental support for this mechanism. The use of cornstarch-based dusting powders as a substitute for talcum powder products offers additional experimental support. | **Satisfied** |
| **Analogy** | Asbestos is a mineral very similar both chemically and structurally to talc that has been found in the ovary and peritoneal cavity of exposed women. The mechanisms of carcinogenesis for both asbestos and talc are similar and analogous. Further, talc-based products contain asbestos and non-asbestos mineral fibers having carcinogenic potential. | **Satisfied** |

23

# Penninkilampi (2018)

ORIGINAL ARTICLE

## Perineal Talc Use and Ovarian Cancer
### A Systematic Review and Meta-Analysis

*Ross Penninkilampi, and Guy D. Eslick*

"The results of this review indicate that perineal talc use is associated with a 24%–39% increased risk of ovarian cancer. While the results of case–control studies are prone to recall bias, especially with intense media attention following the commencement of litigation in 2014, the confirmation of an association in cohort studies between perineal talc use and serous invasive ovarian cancer is suggestive of a causal association."

GC Opp. Ex. 62)

24

# Health Canada – Indicative of Causal Effect



The meta-analyses of the available human studies in the peer-reviewed literature indicate a consistent and statistically significant positive association between perineal exposure to talc and ovarian cancer. Further, ==available data are indicative of a causal effect==. (P.iii)

(GC Opp. Ex. 56)

25

# REDIRECT

# Huncharek (2007)

## Use of cosmetic talc on contraceptive diaphragms and risk of ovarian cancer: a meta-analysis of nine observational studies

Michael Huncharek[a,b], Joshua Muscat[c], Adedayo Onitilo[b] and Bruce Kupelnick[a]

"If one is ==exposed to a mixture of talc and asbestos==, it is ==reasonable to expect a carcinogenic effect== as it contains a known carcinogen." (p.427)

## Acknowledgements
Funding for this work was provided by a grant from Luzenac American Inc., and Johnson and Johnson Consumer and Personal Products Worldwide.

GC Opp. Ex. 159)

27

Exhibit 5

*The* NEW ENGLAND JOURNAL *of* MEDICINE

---

**EDITORIALS**

---

# New Guidelines for Statistical Reporting in the *Journal*

David Harrington, Ph.D., Ralph B. D'Agostino, Sr., Ph.D., Constantine Gatsonis, Ph.D.,
Joseph W. Hogan, Sc.D., David J. Hunter, M.B., B.S., M.P.H., Sc.D.,
Sharon-Lise T. Normand, Ph.D., Jeffrey M. Drazen, M.D., and Mary Beth Hamel, M.D., M.P.H

Some *Journal* readers may have noticed more parsimonious reporting of P values in our research articles over the past year. For example, in November 2018, we published two reports from the Vitamin D and Omega-3 Trial (VITAL),[1,2] a two-by-two factorial, placebo-controlled, randomized trial assessing whether vitamin D or marine n−3 (also known as omega-3) fatty acids prevent cardiovascular disease or cancer. For the n−3 portion of the trial, Manson et al.[2] reported 2 prespecified primary outcomes and 22 prespecified and other secondary outcomes — not uncommon in large, expensive randomized or observational studies. The n−3 fatty acids did not significantly reduce the rate of either the primary cardiovascular outcome or the cancer outcome. If reported as independent findings, the P values for two of the secondary outcomes would have been less than 0.05; however, the article reported only the hazard ratios and confidence intervals for the intervention effects for those secondary outcomes, consistent with recently implemented *Journal* guidelines limiting the use of P values for secondary and other comparisons.

We have now clarified, expanded, and refined our statistical guidelines for authors to cover both clinical trials and observational studies. The new guidelines discuss many aspects of the reporting of studies in the *Journal*, including a requirement to replace P values with estimates of effects or association and 95% confidence intervals when neither the protocol nor the statistical analysis plan has specified methods used to adjust for multiplicity. *Journal* editors and statistical consultants have become increasingly concerned about the overuse and misinterpretation of significance testing and P values in the medical literature. Along with their strengths, P values are subject to inherent weaknesses, as summarized in recent publications from the American Statistical Association.[3,4]

P values indicate how incompatible the observed data may be with a null hypothesis; "P<0.05" implies that a treatment effect or exposure association larger than that observed would occur less than 5% of the time under a null hypothesis of no effect or association and assuming no confounding. Concluding that the null hypothesis is false when in fact it is true (a type I error in statistical terms) has a likelihood of less than 5%. When P values are reported for multiple outcomes without adjustment for multiplicity, the probability of declaring a treatment difference when none exists can be much higher than 5%. When 10 tests are conducted, the probability that at least one of the 10 will have a P value less than 0.05 may be as high as 40% when the null hypothesis of no difference is true. Even when no adjustment for multiplicity is needed, P values do not represent the probability that the null hypothesis is false: P<0.05 does not imply that the probability of the null hypothesis is less than 5%. Because P values provide no information about the variability of an estimated association (its standard error), nonsignificant P values do not distinguish between group differences that are truly negligible and group differences that are noninformative because of large standard errors. P values provide no information about the size of an effect or an association.

The use of P values to summarize evidence in a study requires, on the one hand, thresholds that have a strong theoretical and empirical justification and, on the other hand, proper attention to the error that can result from uncritical interpretation of multiple inferences.[5] This inflation due to multiple comparisons can also occur when comparisons have been conducted by investigators but are not reported in a manuscript. A large array of methods to adjust for multiple comparisons is available and can be used to control the type I error probability in an analysis when specified in the design of a study.[6,7] Finally, the

The New England Journal of Medicine
Downloaded from nejm.org at UNIV OF SOUTH CAROLINA on August 1, 2019. For personal use only. No other uses without permission.
Copyright © 2019 Massachusetts Medical Society. All rights reserved.

*The* NEW ENGLAND JOURNAL *of* MEDICINE

notion that a treatment is effective for a particular outcome if P<0.05 and ineffective if that threshold is not reached is a reductionist view of medicine that does not always reflect reality.

Despite the difficulties they pose, P values continue to have an important role in medical research, and we do not believe that P values and significance tests should be eliminated altogether. A well-designed randomized or observational study will have a primary hypothesis and a pre-specified method of analysis, and the significance level from that analysis is a reliable indicator of the extent to which the observed data contradict a null hypothesis of no association between an intervention or an exposure and a response. Clinicians and regulatory agencies must make decisions about which treatment to use or to allow to be marketed, and P values interpreted by reliably calculated thresholds subjected to appropriate adjustments have a role in those decisions.

The *Journal*'s revised policies on P values rest on three premises: it is important to adhere to a pre-specified analysis plan if one exists; the use of statistical thresholds for claiming an effect or association should be limited to analyses for which the analysis plan outlined a method for controlling type I error; and the evidence about the benefits and harms of a treatment or exposure should include both point estimates and their margins of error.

We acknowledge that our new guidelines may present challenges in their use and interpretation, especially for authors and readers who are accustomed to thinking of P values or confidence intervals as a bright-line marker for a conclusion or a claim. We also understand that the results reported in a manuscript submitted to the *Journal* today may have come from a trial designed a decade ago. We are willing to work with authors within our new guidelines to maintain appropriate reporting of results. Finally, the current guidelines are limited to studies with a traditional frequentist design and analysis, since that matches the large majority of manuscripts submitted to the *Journal*. We do not mean to imply that these are the only acceptable designs and analyses. The *Journal* has published many studies with Bayesian designs and analyses[8-10] and expects to see more such trials in the future. When appropriate, our guidelines will be expanded to include best practices for reporting trials with Bayesian and other designs.

Disclosure forms provided by the authors are available with the full text of this editorial at NEJM.org.

From the Department of Data Sciences, Dana–Farber Cancer Institute (D.H.), Boston University (R.B.D.), Harvard T.H. Chan School of Public Health (D.H., D.J.H.), and the Department of Health Care Policy, Harvard Medical School, and the Department of Biostatistics, Harvard T.H. Chan School of Public Health (S.-L.T.N.) — all in Boston; the Department of Biostatistics and Center for Statistical Sciences, Brown University School of Public Health, Providence, RI (C.G., J.W.H.); and Nuffield Department of Population Health, University of Oxford, Oxford, United Kingdom (D.J.H.).

1.  Manson JE, Cook NR, Lee I-M, et al. Vitamin D supplements and prevention of cancer and cardiovascular disease. N Engl J Med 2019;380:33-44.
2.  Manson JE, Cook NR, Lee I-M, et al. Marine n–3 fatty acids and prevention of cardiovascular disease and cancer. N Engl J Med 2019;380:23-32.
3.  Wasserstein RL, Lazar NA. The ASA's statement on *p*-values: context, process, and purpose. Am Stat 2016;70:129-33.
4.  Wasserstein RL, Schirm AL, Lazar NA. Moving to a world beyond "*p* < 0.05." Am Stat 2019;73:Suppl 1:1-19.
5.  National Academies of Sciences, Engineering, and Medicine. Reproducibility and replicability in science. Washington, DC: National Academies Press, 2019.
6.  Dmitrienko A, Bretz F, Westfall PH, et al. Multiple testing methodology. In: Dmitrienko A, Tamhane AC, Bretz F, eds. Multiple testing problems in pharmaceutical statistics. New York: Chapman and Hall/CRC Press, 2009:35-98.
7.  Dmitrienko A, D'Agostino RB Sr. Multiplicity considerations in clinical trials. N Engl J Med 2018;378:2115-22.
8.  Rugo HS, Olopade OI, DeMichele A, et al. Adaptive randomization of veliparib–carboplatin treatment in breast cancer. N Engl J Med 2016;375:23-34.
9.  Park JW, Liu MC, Yee D, et al. Adaptive randomization of neratinib in early breast cancer. N Engl J Med 2016;375:11-22.
10. Popma JJ, Deeb GM, Yakubov SJ, et al. Transcatheter aortic-valve replacement with a self-expanding valve in low-risk patients. N Engl J Med 2019;380:1706-15.

DOI: 10.1056/NEJMe1906559
*Copyright © 2019 Massachusetts Medical Society.*

---

# HIV-1 Epidemic Control — Insights from Test-and-Treat Trials

Salim S. Abdool Karim, M.B., Ch.B., Ph.D.

Debate ensued when mathematical models[1] predicted that universal testing and treatment could achieve epidemic control within a few years in a high-burden setting. However, the idea rapidly gained new credence when antiretroviral therapy (ART)–induced viral suppression was shown to be highly effective in preventing transmission of human immunodeficiency virus type 1 (HIV-1) in a clinical trial.[2]

Four large, cluster-randomized, controlled trials, each with a different approach to maximizing viral suppression, set out to assess the effect of universal testing and treatment on community HIV incidence. In 2018, the Treatment as Prevention (TasP) trial[3] involving 28,419 persons in 22 communities showed no effect on HIV transmission in a rural South African district in which earlier

The New England Journal of Medicine
Downloaded from nejm.org at UNIV OF SOUTH CAROLINA on August 1, 2019. For personal use only. No other uses without permission.
Copyright © 2019 Massachusetts Medical Society. All rights reserved.

Exhibit 6

1   **Research Article**

**Cancer Epidemiology, Biomarkers & Prevention**

# Douching, Talc Use, and Risk for Ovarian Cancer and Conditions Related to Genital Tract Inflammation

Iwona M. Gabriel[1], Allison F. Vitonis[1], William R. Welch[2], Linda Titus[3], and Daniel W. Cramer[1]



## Abstract

**Background:** Douching is associated with disorders involving genital tract inflammation and genital talc use with epithelial ovarian cancer (EOC) but their joint effects are infrequently considered.

**Methods:** From 2,040 cases of EOC and 2,100 controls enrolled in Eastern Massachusetts and New Hampshire, we used unconditional logistic regression to estimate risk for EOC associated with douching and/or talc use. In subsets of cases and controls, we also collected information about pelvic inflammatory disease (PID), ectopic pregnancy, and cervical neoplasia to estimate risk for these events from douching and/or talc use.

**Results:** The adjusted OR and 95% confidence interval (CI) for all EOC was 0.94 (0.76–1.16) in women who douched but never used talc and 1.28 (1.09–1.51) in women who used talc

but never douched. Compared with women who never regularly douched or used talc, ORs (95% CIs) were 0.83 (0.52–1.33) for women who both used talc and homemade douches and 1.53 (1.11–2.10) for women who both used talc and store-bought douches. Cases who both douched and used talc were more likely to have had PID compared with cases who had used neither, or = 5.03 (95% CI, 1.61–15.7).

**Conclusions:** Douching is not an independent risk factor for ovarian cancer but the combination of talc use and store-bought douches may modestly increase the risk for EOC beyond that for talc use alone.

**Impact:** The joint effect of talc use and douching, especially with commercial products, should be considered in evaluating risks associated with disorders involving genital tract inflammation or EOC.

## Introduction

Two relatively common feminine hygienic practices include vaginal douching and use of talc powders or sprays in the genital area. From a National Survey of U.S. women of reproductive age conducted in the late 1980s (1), 37% reported regular douching. A nearly identical proportion reported using talc in their genital area from a survey of older women conducted in the Northwest around the same time period (2). Reasons reported by women who douche include the desire for cleanliness and fresh smell (3), with use often around the time of menses or sexual activity. Because women who douche are also more likely to use talc, the latter group may have similar motivations (2). Epidemiologic factors associated with both practices include Black ethnicity, high body mass index (BMI), married status, and smoking (2, 3).

That a substantial proportion of women in the United States douche or use talc suggests these practices are widely perceived to be innocuous. However, epidemiologic studies suggest both may adversely affect reproductive health. Douching has been associated with pelvic inflammatory disease, ectopic pregnancy, cervical neoplasia, and bacterial and fungal vaginosis (4–9), and genital use of talc has been associated with increased risk of ovarian cancer (10). A recent study suggested that douching may also be associated with ovarian cancer (11); but whether talc use is associated with other adverse reproductive events, like pelvic inflammatory disease (PID) or cervical neoplasia linked to douching, has not been systematically investigated. A key issue in these studies is to what extent the factors that predispose women to douche or use talc use may also be independent risk factors for ovarian cancer or other adverse reproductive events, that is, how well has confounding been controlled for in the studies?

Here, we use data from a large case–control study of ovarian cancer conducted in New England between 1992 and 2008 with uniform data collected on talc use and douching. We estimated risk for ovarian cancer and other adverse reproductive outcomes associated with douching or genital talc use taking into consideration those factors that may influence why women choose to douche or use talc genitally.

## Material and Methods

Data came from the three enrollment phases of the New England–based Case Control Study (phase I 1992–1997; phase II: 1998–2002; and phase III: 2003–2008). Details regarding enrollment are described elsewhere (10). Briefly, 3,957 women residing in Eastern Massachusetts and New Hampshire diagnosed with ovarian cancer between ages 18 and 80 were identified through tumor boards and registries. A total of 874 cases had either died or were ineligible because they had moved outside the study area, did not have a working telephone number, or had a

[1]Department of Obstetrics, Gynecology and Reproductive Biology, Brigham and Women's Hospital, Boston, Massachusetts. [2]Department of Pathology, Brigham and Women's Hospital, Boston, Massachusetts. [3]Department of Epidemiology, University of Dartmouth, Geisel School of Medicine, Hanover, New Hampshire.

**Corresponding Author:** Daniel W. Cramer, Brigham and Women's Hospital and Harvard Medical School, 221 Longwood Ave, Boston, MA 02115. Phone: 617-732-4895; Fax: 617-732-4899; E-mail: dcramer@partners.org

Cancer Epidemiol Biomarkers Prev 2019;XX:XX–XX

**doi:** 10.1158/1055-9965.EPI-19-0375

©2019 American Association for Cancer Research.

Gabriel et al.

76    non-ovarian primary tumor. Of the remaining 3,083 cases, 2,203
77    (71%) were enrolled. After excluding 128 non-epithelial and 35
78    mixed mesodermal tumors, 2,040 cases with epithelial tumors of
79    ovarian, primary peritoneal, and fallopian tube origin, including
80    borderline malignancies [henceforth, epithelial ovarian cancer
81    (EOC)] were available for analysis.
82        Controls were identified through random digit dialing, driver
83    license lists, and town-resident lists. Between 1992 and 1997, 420
84    (72%) women identified through random digit dialing and 102
85    (51%) women identified through lists agreed to participate. From
86    1998 to 2008, 4,366 potential controls were identified using the
87    lists, of whom 1,426 (33%) were ineligible because they had died,
88    moved, were too ill to participate, did not have a working phone,
89    did not speak English, or had surgical removal of ovaries. Of
90    eligible controls, 1,362 (46%) declined to participate by phone or
91    via "opt-out" postcard and 1,578 (54%) were enrolled (2,100
92    total). Controls were frequency matched to cases by 5-year age
93    groups and region of residence.

94    **Exposure and outcome assessment**
95        Subjects were interviewed in-person about potential EOC risk
96    factors that occurred more than 1 year before diagnosis for cases
97    and 1 year before date of interview for controls. Subjects were
98    asked whether they "regularly" or "at least monthly" applied
99    powder to: the genital or rectal area, sanitary napkins or tampons,
100   underwear, or areas other than the genital–rectal area. Additional
101   details included type of powder, age begun, years used, and
102   applications per month. Lifetime exposure was estimated by
103   multiplying the frequency of applications per month by months
104   used. This was divided by 360 (i.e., daily use coded as 30/month)
105   to yield talc-years. To create categorical variables for talc-years, we
106   chose cut-off points based on quartiles for exposed controls and
107   rounded to the nearest integer. Participants were asked whether
108   they ever douched "regularly" and if they did, they were asked to
109   provide the brand name or type of douches used, the age they
110   began using them, and the total years used. We classified type of
111   douche into any use of store-bought douche or homemade
112   douches only. Women who used both store-bought and home-
113   made douches (14 cases and seven controls) and women who said
114   they used deodorant vaginal suppositories (two cases and two
115   controls) were counted with those who used store-bought
116   douches. In addition, we classified age at first use into three
117   categories, <20, 20–29, and ≥30, and years of use into quartiles
118   based on the control distribution of use.
119       Subjects were also asked about the occurrence of PID, ectopic
120   pregnancy, and cervical neoplasia, the latter based upon either a
121   history of cervical cancer or abnormal pap smear that required
122   hysterectomy, conization, or a loop electrosurgical excision pro-
123   cedure. PID was assessed only in the last phase of the study, and
124   cervical procedures were recorded only for study phases II–III.
125   Risks for PID, ectopic pregnancy, and cervical neoplasia associ-
126   ated with talc use or douching were examined individually in EOC
127   cases and controls separately.
128       Pathology reports were collected for all cases and reviewed by a
129   gynecologic pathologist (W.R. Welch). Tumors were classified by
130   behavior and histology (serous borderline, serous invasive,
131   mucinous, endometrioid, and clear cell, other). Undifferentiated
132   and transitional cell carcinomas, fallopian tube primaries, and
133   primary peritoneal tumors were counted as serous. Mixed epi-
134   thelial, malignant Brenner, and unspecified epithelial tumors
135   were classified as other.

137   **Statistical analysis**                                      Q5
138       $\chi^2$ tests were used to compare characteristics of cases and
139   controls who did or did not douche or use talc in the genital
140   area. We used unconditional logistic regression to estimate ORs
141   and 95% confidence intervals (CI) for EOC. We examined the
142   association between douching and EOC, stratified by genital talc
143   use and the association between talc use and EOC, stratified by
144   douching. We also examined these associations within histologic
145   types of EOC. In addition, we modeled risk of adverse reproduc-
146   tive outcomes (PID, ectopic pregnancy, and cervical neoplasia)
147   separately among cases and controls. Models were adjusted for the
148   study matching factors (age, study center, and phase) and poten-
149   tial confounders including parity (continuous), oral contracep-
150   tive use (never, <23 months, 23–49 months, 50–96 months, and
151   >96 months), BMI (continuous), race (white and non-white),
152   diaphragm use (never and ever), spermicide use (never and ever),
153   menopausal status (pre and post), marital status (never and ever
154   married), smoking (never, former, and current), days of men-
155   strual flow (≤5 and >5) and age at menarche (continuous), and
156   tubal sterilization (yes and no). Tests for trend for duration of
157   douching and talc-years were based on the Wald statistic using
158   continuous variables weighted by category midpoints with zero
159   assigned as the exposure for nonusers. Likelihood ratio tests
160   comparing models with and without interaction terms were used
161   to test for effect modification. Because exposure data were cen-
162   sored by date of diagnosis of ovarian cancer and not on the date of
163   the adverse events, dose-response and trend analyses were not
164   performed for those outcomes. Records with missing data for the
165   exposure of interest were excluded from logistic regression mod-
166   els. Among model covariates, data were missing for BMI ($n = 11$),
167   age at menarche ($n = 16$), and race ($n = 2$). Missing data points
168   were assigned to the most common or median value for each
169   variable to allow records with missing data to be included in
170   multivariable models. Analyses were performed using SAS v9.4
171   (SAS Institute).

172   **Ethical approval**
173       Institutional review boards approved the study. All participants
174   provided written informed consent.

175   # Results

176       Several factors associated with the likelihood of douching were
177   also associated with likelihood of using talc genitally and were
178   seen in both cases and controls. Women more likely to engage in
179   both practices were: older, postmenopausal, heavier, and married
180   (Table 1). Women who douched were more likely to be smokers,
181   parous, and have had a tubal ligation and less likely to have used
182   oral contraceptives. Cases who used a diaphragm or had a tubal
183   ligation and controls who used spermicides were more likely
184   to have used talc. Among cases, douching and talc use varied by age
185   at menarche but without any apparent trend for the practices to
186   be associated with an earlier or later menarche. Among controls,
187   those who reported more than 5 days of flow were more likely to
188   douche than women with fewer days of flow. Accordingly, in
189   subsequent tables, we adjusted for these factors in looking at risk
190   for EOC or adverse reproductive outcomes.
191       Overall risk of EOC was not elevated for women who douched,
192   compared with those who did not, OR (95% CI) = 0.98 (0.83–
193   1.17; Table 2). The ORs for douching in relation to EOC were
194   similar among women who used genital talc, OR = 1.03 (95% CI,

Q6

**Table 1.** Characteristics of cases and controls by douching and genital talc use

| | Douching | | | | | | Genital talc use | | | | | |
| | Cases | | | Controls | | | Cases | | | Controls | | |
| | No | Yes | P | No | Yes | P | No | Yes | P | No | Yes | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Age** | | | | | | | | | | | | |
| <50 | 699 (86.3%) | 111 (13.7%) | 0.001 | 744 (89.1%) | 91 (10.9%) | <0.0001 | 599 (74.0%) | 211 (26.0%) | <0.0001 | 670 (80.2%) | 165 (19.8%) | <0.0001 |
| 50–64 | 683 (80.4%) | 166 (19.6%) | | 705 (80.4%) | 172 (19.6%) | | 541 (63.7%) | 308 (36.3%) | | 599 (68.3%) | 278 (31.7%) | |
| ≥65 | 301 (79.0%) | 80 (21.0%) | | 289 (74.5%) | 99 (25.5%) | | 258 (67.7%) | 123 (32.3%) | | 282 (72.7%) | 106 (27.3%) | |
| **Menopausal status** | | | | | | | | | | | | |
| Pre | 776 (86.3%) | 123 (13.7%) | <0.0001 | 830 (89.1%) | 102 (10.9%) | <0.0001 | 652 (72.5%) | 247 (27.5%) | 0.0006 | 735 (78.9%) | 197 (21.1%) | <0.0001 |
| Post | 907 (79.5%) | 234 (20.5%) | | 908 (77.7%) | 260 (22.3%) | | 746 (65.4%) | 395 (34.6%) | | 816 (69.9%) | 352 (30.1%) | |
| **Center** | | | | | | | | | | | | |
| MA | 1,343 (83.2%) | 272 (16.8%) | 0.13 | 1,424 (83.3%) | 285 (16.7%) | 0.15 | 1,082 (67.0%) | 533 (33.0%) | 0.004 | 1,232 (72.1%) | 477 (27.9%) | 0.0001 |
| NH | 340 (80.0%) | 85 (20.0%) | | 314 (80.3%) | 77 (19.7%) | | 316 (74.4%) | 109 (25.6%) | | 319 (81.6%) | 72 (18.4%) | |
| **Study** | | | | | | | | | | | | |
| Phase I | 460 (82.6%) | 97 (17.4%) | 0.97 | 419 (80.3%) | 103 (19.7%) | 0.13 | 408 (73.2%) | 149 (26.8%) | 0.01 | 430 (82.4%) | 92 (17.6%) | <0.0001 |
| Phase II | 541 (82.2%) | 117 (17.8%) | | 595 (82.5%) | 126 (17.5%) | | 448 (68.1%) | 210 (31.9%) | | 519 (72.0%) | 202 (28.0%) | |
| Phase III | 682 (82.7%) | 143 (17.3%) | | 724 (84.5%) | 133 (15.5%) | | 542 (65.7%) | 283 (34.3%) | | 602 (70.2%) | 255 (29.8%) | |
| **Race** | | | | | | | | | | | | |
| White | 1,627 (83.1%) | 332 (16.9%) | 0.005 | 1,710 (82.9%) | 352 (17.1%) | 0.13 | 1,343 (68.4%) | 616 (31.4%) | 0.97 | 1,526 (74.0%) | 536 (26.0%) | 0.25 |
| Non-white[a] | 56 (70.9%) | 23 (29.1%) | | 28 (73.7%) | 10 (26.3%) | | 54 (68.4%) | 25 (31.6%) | | 25 (65.8%) | 13 (34.2%) | |
| **BMI[b]** | | | | | | | | | | | | |
| <20 | 141 (87.6%) | 20 (12.4%) | <0.0001 | 123 (86.0%) | 20 (14.0%) | 0.0006 | 124 (77.0%) | 37 (23.0%) | 0.004 | 124 (86.7%) | 19 (13.3%) | 0.0005 |
| 20–24.9 | 745 (86.3%) | 118 (13.7%) | | 794 (85.3%) | 137 (14.7%) | | 608 (70.5%) | 255 (29.5%) | | 692 (74.3%) | 239 (25.7%) | |
| 25–29.9 | 436 (78.4%) | 120 (21.6%) | | 517 (82.3%) | 111 (17.7%) | | 375 (67.4%) | 181 (32.6%) | | 460 (73.2%) | 168 (26.8%) | |
| ≥30 | 359 (78.4%) | 99 (21.6%) | | 296 (76.1%) | 93 (23.9%) | | 289 (63.1%) | 169 (36.9%) | | 267 (68.6%) | 122 (31.4%) | |
| **Smoking status** | | | | | | | | | | | | |
| Never | 825 (86.0%) | 134 (14.0%) | <0.0001 | 876 (87.0%) | 131 (13.0%) | <0.0001 | 668 (69.7%) | 291 (30.3%) | 0.18 | 759 (75.4%) | 248 (24.6%) | 0.23 |
| Former | 598 (82.3%) | 129 (17.7%) | | 635 (79.6%) | 163 (20.4%) | | 480 (66.0%) | 247 (34.0%) | | 573 (71.8%) | 225 (28.2%) | |
| Current | 260 (73.4%) | 94 (26.6%) | | 227 (76.9%) | 68 (23.1%) | | 250 (70.6%) | 104 (29.4%) | | 229 (74.2%) | 76 (25.8%) | |
| **Married** | | | | | | | | | | | | |
| Never | 303 (88.9%) | 38 (11.1%) | 0.0007 | 175 (90.7%) | 18 (9.3%) | 0.002 | 251 (73.6%) | 90 (26.4%) | 0.03 | 153 (79.3%) | 40 (20.7%) | 0.07 |
| Ever | 1,380 (81.2%) | 319 (18.8%) | | 1,563 (82.0%) | 344 (18.0%) | | 1,147 (67.5%) | 552 (32.5%) | | 1,398 (73.3%) | 509 (26.7%) | |
| **Parity** | | | | | | | | | | | | |
| Nulliparous | 572 (88.1%) | 77 (11.9%) | <0.0001 | 335 (88.6%) | 43 (11.4%) | <0.0001 | 454 (70.0%) | 195 (30.0%) | 0.0009 | 284 (75.1%) | 94 (24.9%) | 0.53 |
| Parous | 1,111 (79.9%) | 280 (20.1%) | | 1,403 (81.5%) | 319 (18.5%) | | 944 (67.9%) | 447 (32.1%) | | 1,267 (73.6%) | 455 (26.4%) | |
| **OC use** | | | | | | | | | | | | |
| Never | 786 (80.7%) | 188 (19.3%) | 0.04 | 612 (79.9%) | 154 (20.1%) | 0.008 | 672 (69.0%) | 302 (31.0%) | 0.67 | 559 (73.0%) | 207 (27.0%) | 0.49 |
| Ever | 897 (84.1%) | 169 (15.9%) | | 1,126 (84.4%) | 208 (15.6%) | | 726 (68.1%) | 340 (31.9%) | | 992 (74.4%) | 342 (25.6%) | |
| **Tubal ligation** | | | | | | | | | | | | |
| No | 1,471 (83.4%) | 292 (16.6%) | 0.005 | 1,406 (83.6%) | 275 (16.4%) | 0.03 | 1,222 (69.3%) | 541 (30.7%) | 0.05 | 1,241 (73.8%) | 440 (26.2%) | 0.95 |
| Yes | 212 (76.5%) | 65 (23.5%) | | 332 (79.2%) | 87 (20.8%) | | 176 (63.5%) | 101 (36.5%) | | 310 (74.0%) | 109 (26.0%) | |
| **Diaphragm** | | | | | | | | | | | | |
| No | 1,208 (82.1%) | 264 (17.9%) | 0.41 | 1,190 (82.1%) | 259 (17.9%) | 0.25 | 1,031 (70.0%) | 441 (30.0%) | 0.02 | 1,079 (74.5%) | 370 (25.5%) | 0.34 |
| Yes | 475 (83.6%) | 93 (16.4%) | | 548 (84.2%) | 103 (15.8%) | | 367 (64.6%) | 201 (35.4%) | | 472 (72.5%) | 179 (27.5%) | |
| **Spermicides** | | | | | | | | | | | | |
| No | 1,549 (82.8%) | 322 (17.2%) | 0.25 | 1,586 (82.7%) | 332 (17.3%) | 0.78 | 1,286 (68.7%) | 585 (31.3%) | 0.51 | 1,432 (74.7%) | 486 (25.3%) | 0.007 |
| Yes | 134 (79.3%) | 35 (20.7%) | | 152 (83.5%) | 30 (16.5%) | | 112 (66.3%) | 57 (33.7%) | | 119 (65.4%) | 63 (34.6%) | |
| **Amount of flow** | | | | | | | | | | | | |
| Light/moderate | 994 (82.9%) | 205 (17.1%) | 0.45 | 1,019 (83.7%) | 199 (16.3%) | 0.13 | 838 (69.9%) | 361 (30.1%) | 0.09 | 898 (73.7%) | 320 (26.3%) | 0.98 |
| Moderate heavy/heavy | 674 (81.6%) | 152 (18.4%) | | 690 (81.1%) | 161 (18.9%) | | 548 (66.3%) | 278 (33.7%) | | 627 (73.7%) | 224 (26.3%) | |

*(Continued on the following page)*

Case 3:16-md-02738-MAS-RLS   Document 10712-3   Filed 10/07/19   Page 93 of 108 PageID: 99801

**Table 1.** Characteristics of cases and controls by douching and genital talc use (Cont'd)

| | Douching | | | | | | Genital talc use | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cases | | | Controls | | | Cases | | | Controls | | |
| | No | Yes | p | No | Yes | p | No | Yes | p | No | Yes | p |
| **Age at menarche** | | | | | | | | | | | | |
| <12 | 347 (80.7%) | 83 (19.3%) | | 344 (81.3%) | 79 (18.7%) | 0.65 | 286 (66.5%) | 144 (33.5%) | 0.02 | 311 (73.5%) | 112 (26.5%) | 0.93 |
| 12–13 | 976 (83.3%) | 195 (16.7%) | 0.01 | 980 (83.5%) | 194 (16.5%) | | 786 (67.1%) | 385 (32.9%) | | 872 (74.3%) | 302 (25.7%) | |
| 14 | 198 (86.8%) | 30 (13.2%) | | 202 (83.5%) | 40 (16.5%) | | 175 (76.8%) | 53 (23.2%) | | 175 (72.3%) | 67 (27.7%) | |
| >14 | 154 (75.9%) | 49 (24.1%) | | 205 (81.0%) | 40 (19.0%) | | 145 (71.4%) | 58 (28.6%) | | 186 (73.5%) | 67 (26.5%) | |
| **Days of flow** | | | | | | | | | | | | |
| ≤5 | 1,128 (82.5%) | 239 (17.5%) | 0.92 | 1,192 (83.8%) | 230 (16.2%) | 0.05 | 935 (68.4%) | 432 (31.6%) | 0.96 | 1,033 (72.6%) | 389 (27.4%) | 0.07 |
| >5 | 541 (82.3%) | 116 (17.7%) | | 534 (80.3%) | 131 (19.7%) | | 450 (68.5%) | 207 (31.5%) | | 508 (76.4%) | 157 (23.6%) | |

Abbreviation: OC, oral contraceptive.
[a] Non-white race includes 58 African American, 64 Hispanic, 46 Asian, and 9 other race women.
[b] BMI is missing for two cases and nine controls.

0.77–1.38) and those who did not, OR = 0.94 (95% CI, 0.76–1.16). Excluding women with tubal ligation (rather than adjusting for it) did not materially change these estimates; OR = 0.98 (95% CI, 0.81–1.19) for douching overall, OR = 1.09 (95% CI, 0.79–1.52) for douching and talc, and OR = 0.93 (95% CI, 0.73–1.18) for douching alone. No trends in overall risk for EOC were associated with age-at-first use of douching or years of douching overall or in subgroups of women who used or did not use talc. Risk of EOC overall appeared to be decreased with use of "homemade" douching products OR (95% CI), 0.78 (0.60–1.02) whereas risk was increased with use of "store-bought" products, OR = 1.11 (0.91–1.37), but neither association was statistically significant. This difference was more apparent among women who used talc but did not reach significance in tests for heterogeneity (see Table 2 footnote).

In Table 3, we show the findings for talc use overall and in analyses stratified by douching. Women who used talc had an elevated risk for EOC overall compared with those who did not, OR (95% CI), 1.30 (1.13–1.50). The ORs for talc use in relation to EOC were similar among women who had also regularly douched, OR, 1.32 (95% CI, 0.95–1.82) and those who had not, OR, 1.28 (95% CI, 1.09–1.51). Excluding women with tubal ligation slightly lowered these estimates but did not change their significance; OR, 1.23 (95% CI, 1.05–1.44) for talc use overall, OR, 1.33 (95% CI, 0.92–1.92) for talc and douching, and OR, 1.19 (95% CI, 1.00–1.42) for talc alone. Risks were greater for women who began talc use during their 20s, and this was true regardless of whether the woman also douched. Risk of EOC increased significantly with increasing talc-years and the trend was more apparent in women who did not regularly douche. The ORs associated with ever-use of talc, age-at-first use, and talc-years of use were not significantly different among women who had also douched and those who had not (see Table 3 footnote).

Table 4 examines risk for EOC overall and for specific histologic types of ovarian cancer in four mutually exclusive usage categories: women who never douched or used talc, women who used talc but did not douche, women who douched but did not use talc, and women who both douched and used talc. Douching, compared with neither douching nor using talc, did not increase risk for EOC overall or histologic subtypes, and this was true whether the douching product was store-bought or homemade.

Compared with not douching or using talc, the OR for using talc was elevated for EOC overall (OR, 1.29; 95% CI, 1.10–1.51), for serous borderline tumors (OR, 1.39; 95% CI, 0.99–1.97), and for serous invasive tumors (OR, 1.39; 95% CI, 1.14–1.69). The associations were slightly stronger for women who used talc and store-bought douches, compared with those who used neither; OR, 1.53 (95% CI, 1.11–2.10) for EOC overall, OR, 2.11 (95% CI, 1.13–3.96) for serous borderline, and OR, 1.57 (95% CI, 1.07–2.31) for serous invasive tumors. Risk for the endometrioid subtype was elevated for those who used talc and store-bought douches compared with talc use without douching, but the association was not statistically significant. Although these findings are suggestive of an interaction between talc use and store-bought douches, formal tests for interaction did not reach the level of statistical significance (see Table 4 footnote).

Table 5 shows the risk for PID, ectopic pregnancy, and cervical neoplasia in cases and controls separately, again by the mutually exclusive categories related to talc and type of douche used. Relative to cases who neither douched nor used talc, elevated risks for PID were found for cases who used a store-bought douche

Q8

Douching, Talc Use, and Reproductive Health

**Table 2.** Associations between douching and ovarian cancer by talc use

| Douching | Controls N (%) | Cases N (%) | Crude OR (95% CI) | Adjusted OR (95% CI)[a] | P[a] |
|---|---|---|---|---|---|
| | | | All cases and controls | | |
| Douched regularly | | | | | |
| No | 1,738 (82.8) | 1,683 (82.5) | 1.00 (reference) | 1.00 (reference) | |
| Yes | 362 (17.2) | 357 (17.5) | 1.02 (0.87–1.20) | 0.98 (0.83–1.17) | 0.85 |
| Age at first use | | | | | |
| <20 | 90 (4.3) | 100 (4.9) | 1.15 (0.86–1.54) | 1.12 (0.82–1.52) | 0.48 |
| 20–29 | 217 (10.4) | 184 (9.0) | 0.88 (0.71–1.08) | 0.84 (0.68–1.05) | 0.12 |
| ≥30 | 51 (2.4) | 68 (3.3) | 1.38 (0.95–1.99) | 1.34 (0.91–1.97) | 0.14 |
| Duration of douching | | | | | |
| ≤5 years | 92 (4.4) | 94 (4.6) | 1.06 (0.79–1.42) | 1.04 (0.76–1.41) | 0.82 |
| 6–15 years | 92 (4.4) | 101 (5.0) | 1.13 (0.85–1.52) | 1.12 (0.83–1.52) | 0.46 |
| 16–26 years | 87 (4.2) | 72 (3.5) | 0.86 (0.62–1.18) | 0.80 (0.57–1.11) | 0.18 |
| >26 years | 87 (4.2) | 84 (4.1) | 1.00 (0.73–1.36) | 0.93 (0.67–1.29) | 0.68 |
| $P_{trend}$ | | | | | 0.50 |
| Type of douche used | | | | | |
| Store-bought | 217 (10.3) | 239 (11.7) | 1.14 (0.94–1.38) | 1.11 (0.91–1.37) | 0.30 |
| Homemade | 142 (6.8) | 114 (5.6) | 0.83 (0.64–1.07) | 0.78 (0.60–1.02) | 0.07 |
| | | | Among talc users | | |
| Douched regularly[b] | | | | | |
| No | 428 (78.0) | 496 (77.3) | 1.00 (reference) | 1.00 (reference) | |
| Yes | 121 (22.0) | 146 (22.7) | 1.04 (0.79–1.37) | 1.03 (0.77–1.38) | 0.84 |
| Age at first use[c] | | | | | |
| <20 | 26 (4.8) | 45 (7.1) | 1.49 (0.91–2.46) | 1.45 (0.85–2.46) | 0.17 |
| 20–29 | 74 (13.5) | 71 (11.1) | 0.83 (0.58–1.18) | 0.82 (0.57–1.19) | 0.29 |
| ≥30 | 19 (3.5) | 26 (4.1) | 1.18 (0.64–2.16) | 1.17 (0.62–2.20) | 0.64 |
| Duration of douching[d] | | | | | |
| ≤5 years | 27 (4.9) | 33 (5.2) | 1.05 (0.62–1.78) | 1.12 (0.65–1.93) | 0.68 |
| 6–15 years | 32 (5.9) | 43 (6.7) | 1.16 (0.72–1.87) | 1.18 (0.72–1.95) | 0.51 |
| 16–26 years | 30 (5.5) | 29 (4.5) | 0.83 (0.49–1.41) | 0.69 (0.39–1.21) | 0.20 |
| >26 years | 29 (5.3) | 37 (5.8) | 1.10 (0.67–1.82) | 1.09 (0.64–1.87) | 0.75 |
| $P_{trend}$ | | | | | 0.91 |
| Type of douche used[e] | | | | | |
| Store-bought | 75 (13.7) | 108 (16.9) | 1.24 (0.90–1.71) | 1.22 (0.87–1.71) | 0.25 |
| Homemade | 45 (8.2) | 35 (5.5) | 0.67 (0.42–1.06) | 0.67 (0.41–1.10) | 0.11 |
| | | | Among those who never used talc | | |
| Douched regularly[b] | | | | | |
| No | 1310 (84.5) | 1187 (84.9) | 1.00 (reference) | 1.00 (reference) | |
| Yes | 241 (15.5) | 211 (15.1) | 0.97 (0.79–1.18) | 0.94 (0.76–1.16) | 0.58 |
| Age at first use[c] | | | | | |
| <20 | 64 (4.1) | 55 (3.9) | 0.95 (0.66–1.37) | 0.94 (0.63–1.39) | 0.74 |
| 20–29 | 143 (9.2) | 113 (8.1) | 0.87 (0.67–1.13) | 0.84 (0.64–1.10) | 0.20 |
| ≥30 | 32 (2.1) | 42 (3.0) | 1.45 (0.91–2.31) | 1.48 (0.91–2.42) | 0.11 |
| Duration of douching[d] | | | | | |
| ≤5 years | 65 (4.2) | 61 (4.4) | 1.04 (0.72–1.48) | 1.00 (0.69–1.44) | 0.98 |
| 6–15 years | 60 (3.9) | 58 (4.2) | 1.07 (0.74–1.54) | 1.08 (0.74–1.59) | 0.69 |
| 16–26 years | 57 (3.7) | 43 (3.1) | 0.83 (0.56–1.25) | 0.83 (0.55–1.27) | 0.40 |
| >26 years | 58 (3.7) | 47 (3.4) | 0.89 (0.60–1.32) | 0.81 (0.54–1.24) | 0.33 |
| $P_{trend}$ | | | | | 0.33 |
| Type of douche used[e] | | | | | |
| Store-bought | 142 (9.2) | 131 (9.4) | 1.02 (0.79–1.31) | 1.01 (0.78–1.32) | 0.92 |
| Homemade | 97 (6.3) | 79 (5.7) | 0.90 (0.66–1.22) | 0.85 (0.61–1.18) | 0.33 |

NOTE: The following variables have missing data: age at first use (n = 9), duration (n = 10), and type of douche (n = 7).
[a]Adjusted for age, study center and phase, menopausal status, marital status, parity, oral contraceptive use and duration, tubal ligation, BMI, race, diaphragm use, spermicide use, smoking, days of menstrual flow, and age at menarche.
[b]$P_{heterogeneity}$ = 0.79.
[c]$P_{heterogeneity}$ = 0.43.
[d]$P_{heterogeneity}$ = 0.91.
[e]$P_{heterogeneity}$ = 0.54.

alone OR, 4.44 (95% CI, 1.22–16.1) and for those who used a store-bought douche and talc, OR, 5.46 (95% CI, 1.64–18.2). An elevated risk for CIN in cases who used homemade douches was also seen. Risk estimates for these associations were imprecise as illustrated by their wide CIs. For controls, none of the ORs reached significance nor were differences in risk found by whether homemade or store-bought douches were used.

## Discussion

Using data from a case–control study of ovarian cancer, we examined the role of douching as a risk factor for EOC independent of talc use and, conversely, whether talc use affects risks for adverse reproductive outcomes that have been associated with douching such as PID. Examined as separate variables, douching

Gabriel et al.

**Table 3.** Associations between genital talc use and ovarian cancer by douching

| Genital talc use | Controls N (%) | Cases N (%) | Crude OR (95% CI) | Adjusted OR (95% CI)[a] | P[a] |
|---|---|---|---|---|---|
| | | | All cases and controls | | |
| Ever used | | | | | |
| No | 1551 (73.9) | 1398 (68.5) | 1.00 (reference) | 1.00 (reference) | |
| Yes | 549 (26.1) | 642 (31.5) | 1.30 (1.13–1.48) | 1.30 (1.13–1.50) | 0.0003 |
| Age at first use | | | | | |
| <20 | 343 (16.4) | 363 (17.9) | 1.17 (1.00–1.38) | 1.15 (0.97–1.37) | 0.10 |
| 20–29 | 122 (5.8) | 183 (9.0) | 1.66 (1.31–2.12) | 1.73 (1.35–2.23) | <0.0001 |
| ≥30 | 76 (3.6) | 87 (4.3) | 1.27 (0.93–1.74) | 1.25 (0.90–1.74) | 0.18 |
| Talc-years | | | | | |
| ≤1 talc-year | 138 (6.6) | 138 (6.8) | 1.11 (0.87–1.42) | 1.12 (0.86–1.45) | 0.40 |
| >1–5 talc-years | 124 (5.9) | 148 (7.3) | 1.32 (1.03–1.70) | 1.37 (1.05–1.77) | 0.02 |
| >5–24 talc-years | 146 (7.0) | 170 (8.4) | 1.29 (1.02–1.63) | 1.24 (0.97–1.58) | 0.08 |
| >26 talc-years | 127 (6.1) | 171 (8.4) | 1.49 (1.17–1.90) | 1.51 (1.17–1.95) | 0.001 |
| P_trend | | | | | 0.0001 |
| | | | Among women who douched | | |
| Ever used[b] | | | | | |
| No | 241 (66.6) | 211 (59.1) | 1.00 (reference) | 1.00 (reference) | |
| Yes | 121 (33.4) | 146 (40.9) | 1.38 (1.02–1.87) | 1.32 (0.95–1.82) | 0.10 |
| Age at first use[c] | | | | | |
| <20 | 80 (22.2) | 85 (23.9) | 1.21 (0.85–1.73) | 1.15 (0.78–1.69) | 0.47 |
| 20–29 | 25 (6.9) | 45 (12.6) | 2.06 (1.22–3.47) | 2.04 (1.17–3.55) | 0.01 |
| ≥30 | 14 (3.9) | 15 (4.2) | 1.22 (0.58–2.59) | 1.19 (0.54–2.62) | 0.67 |
| Talc-years[d] | | | | | |
| ≤1 talc-year | 24 (6.7) | 26 (7.3) | 1.24 (0.69–2.22) | 1.31 (0.69–2.47) | 0.41 |
| >1–5 talc-years | 19 (5.3) | 30 (8.5) | 1.80 (0.99–3.30) | 1.89 (1.00–3.57) | 0.05 |
| >5–24 talc-years | 40 (11.1) | 40 (11.3) | 1.14 (0.71–1.84) | 0.95 (0.57–1.59) | 0.85 |
| >26 talc-years | 36 (10.0) | 47 (13.3) | 1.49 (0.93–2.39) | 1.47 (0.90–2.43) | 0.13 |
| P_trend | | | | | 0.15 |
| | | | Among women who did not douche | | |
| Ever used[b] | | | | | |
| No | 1310 (75.4) | 1187 (70.5) | 1.00 (reference) | 1.00 (reference) | |
| Yes | 428 (24.6) | 496 (29.5) | 1.28 (1.10–1.49) | 1.28 (1.09–1.51) | 0.002 |
| Age at first use[c] | | | | | |
| <20 | 263 (15.2) | 278 (16.6) | 1.17 (0.97–1.41) | 1.15 (0.94–1.39) | 0.17 |
| 20–29 | 97 (5.6) | 138 (8.2) | 1.57 (1.20–2.06) | 1.63 (1.23–2.16) | 0.0007 |
| ≥30 | 62 (3.6) | 72 (4.3) | 1.28 (0.90–1.82) | 1.27 (0.88–1.84) | 0.19 |
| Talc-years[d] | | | | | |
| ≤1 talc-year | 114 (6.6) | 112 (6.7) | 1.08 (0.83–1.42) | 1.08 (0.82–1.44) | 0.58 |
| >1–5 talc-years | 105 (6.1) | 118 (7.1) | 1.24 (0.94–1.63) | 1.30 (0.98–1.73) | 0.07 |
| >5–24 talc-years | 106 (6.1) | 130 (7.8) | 1.35 (1.04–1.77) | 1.31 (0.99–1.73) | 0.06 |
| >26 talc-years | 91 (5.3) | 124 (7.4) | 1.50 (1.13–1.99) | 1.51 (1.12–2.03) | 0.007 |
| P_trend | | | | | 0.0006 |

NOTE: The following variables have missing data: age at first use ($n = 17$) and talc-years ($n = 29$).
[a]Adjusted for age, study center and phase, menopausal status, marital status, parity, oral contraceptive use and duration, tubal ligation, BMI, race, diaphragm use, spermicide use, smoking, days of menstrual flow, and age at menarche.
[b]$P_{heterogeneity} = 0.79$.
[c]$P_{heterogeneity} = 0.85$.
[d]$P_{heterogeneity} = 0.76$.

was not an independent risk factor for ovarian cancer while genital talc use, with or without douching, increased the risk for ovarian cancer. Compared with women who neither douched nor used talc, elevated risks, especially for serous borderline and serous invasive cancer, were seen for women who used talc but did not douche, as well as for women who used talc and, also, douched with a store-bought product. In our analysis, we adjusted for menopausal and marital status, BMI, race, menstrual factors, and contraceptives used including tubal ligation.

The first study to address risk for ovarian cancer associated with douching was also one of the first epidemiologic studies of ovarian cancer (12). McGowan and colleagues found that women with ovarian cancer did not differ from controls in their regular use of douches, consistency of use, age began, or years of use. An early study on talc and ovarian cancer examined douching as a potential confounding factor and found adjustment for it did not negate the talc association (13). Subsequent studies on talc and ovarian cancer did not look at douching either as a confounder or an independent risk factor for ovarian cancer; and the issue was not readdressed until the Gonzalez and colleagues' Sister Study in 2017 (11). The "Sister Study" followed sisters of women who had been diagnosed with breast cancer for new occurrence of ovarian cancer. This study reported that douching (in the previous 12 months) was associated with an OR (95% CI) risk for ovarian cancer of 1.84 (1.2–2.8) while talc use (in the previous 12 months) was not, 0.73 (0.44–1.2).

Related both to the positive finding with douching and null association with talc in the Gonzalez and colleagues study, several issues should be considered. Because more than one sister from a family could have been enrolled, the authors used a statistical

**Table 4.** Associations between douching and genital talc use and ovarian cancer by histologic type

| | Never used talc or douched | Talc use, no douching | No talc use, douched | | | Any type of douche | Talc use and douched | |
|---|---|---|---|---|---|---|---|---|
| | | | Any type of douche | Store-bought douche | Homemade douche | | Store-bought douche[a] | Homemade douche[b] |
| **Controls** | | | | | | | | |
| N (%) | 1,310 (62.5) | 428 (20.4) | 239 (11.4) | 142 (6.8) | 97 (4.6) | 120 (5.8) | 75 (3.6) | 45 (2.2) |
| **All cases** | | | | | | | | |
| N (%) | 1,187 (58.3) | 496 (24.4) | 210 (10.3) | 131 (6.4) | 79 (3.9) | 143 (7.0) | 108 (5.3) | 35 (1.7) |
| OR (95% CI) | 1.00 (reference) | 1.29 (1.10–1.51) | 0.95 (0.77–1.18) | 1.02 (0.79–1.33) | 0.85 (0.62–1.17) | 1.27 (0.97–1.17) | 1.53 (1.11–2.10) | 0.83 (0.52–1.33) |
| P | | 0.002 | 0.65 | 0.87 | 0.32 | 0.32 | 0.009 | 0.44 |
| **Serous borderline cases** | | | | | | | | |
| N (%) | 149 (60.1) | 57 (23.0) | 26 (10.5) | 18 (7.3) | 8 (3.2) | 16 (6.5) | 15 (6.0) | 1 (0.4) |
| OR (95% CI) | 1.00 (reference) | 1.39 (0.99–1.97) | 1.26 (0.79–2.02) | 1.28 (0.74–2.22) | 1.22 (0.56–2.65) | 1.52 (0.84–2.75) | 2.11 (1.13–3.96) | 0.28 (0.04–2.18) |
| P | | 0.06 | 0.33 | 0.38 | 0.62 | 0.17 | 0.02 | 0.23 |
| **Serous invasive cases** | | | | | | | | |
| N (%) | 521 (54.0) | 256 (26.5) | 109 (11.3) | 66 (6.8) | 43 (4.5) | 79 (8.2) | 53 (5.5) | 26 (2.7) |
| OR (95% CI) | 1.00 (reference) | 1.39 (1.14–1.69) | 0.96 (0.74–1.24) | 1.11 (0.81–1.54) | 0.77 (0.52–1.14) | 1.40 (1.02–1.92) | 1.57 (1.07–2.31) | 1.12 (0.67–1.88) |
| P | | 0.001 | 0.75 | 0.51 | 0.19 | 0.04 | 0.02 | 0.67 |
| **Mucinous** | | | | | | | | |
| N (%) | 167 (69.0) | 45 (18.6) | 21 (8.7) | 15 (6.2) | 6 (2.5) | 9 (3.7) | 6 (2.5) | 3 (1.2) |
| OR (95% CI) | 1.00 (reference) | 0.97 (0.68–1.40) | 0.84 (0.51–1.39) | 0.91 (0.50–1.63) | 0.72 (0.30–1.72) | 0.64 (0.31–1.35) | 0.62 (0.25–1.54) | 0.68 (0.20–2.31) |
| P | | 0.89 | 0.50 | 0.74 | 0.46 | 0.24 | 0.30 | 0.54 |
| **Endometrioid** | | | | | | | | |
| N (%) | 201 (60.7) | 85 (25.7) | 22 (6.6) | 15 (4.5) | 7 (2.1) | 23 (6.9) | 18 (5.4) | 5 (1.5) |
| OR (95% CI) | 1.00 (reference) | 1.26 (0.94–1.69) | 0.67 (0.41–1.10) | 0.71 (0.40–1.26) | 0.61 (0.27–1.38) | 1.40 (0.85–2.32) | 1.74 (0.98–3.09) | 0.82 (0.31–2.18) |
| P | | 0.13 | 0.11 | 0.24 | 0.24 | 0.19 | 0.06 | 0.69 |
| **Clear cell** | | | | | | | | |
| N (%) | 74 (63.8) | 25 (21.6) | 11 (9.5) | 7 (6.0) | 4 (3.4) | 6 (5.2) | 6 (5.2) | 0 (0) |
| OR (95% CI) | 1.00 (reference) | 1.08 (0.66–1.78) | 0.99 (0.50–1.95) | 1.04 (0.46–2.39) | 0.88 (0.30–2.60) | 0.96 (0.39–2.36) | 1.47 (0.58–3.70) | — |
| P | | 0.76 | 0.97 | 0.92 | 0.82 | 0.93 | 0.41 | — |

Adjusted for age, study center and phase, menopausal status, marital status, parity, oral contraceptive use and duration, tubal ligation, BMI, race, diaphragm use, spermicide use, smoking, days of menstrual flow, and age at menarche.
[a] P value comparing talc use (no douching) versus talc use (and douching with store-bought product); all P = 0.32; serous borderline, P = 0.21; serous invasive, P = 0.54; mucinous, P = 0.35; endometrioid, P = 0.29; and clear cell, P = 0.54.
[b] P value comparing talc use (no douching) versus talc use (and douching with homemade product); all P = 0.07; serous borderline, P = 0.13; serous invasive, P = 0.4; mucinous, P = 0.58; and endometrioid, P = 0.40.

Gabriel et al.

Table 5. Adverse reproductive outcomes among ovarian cancer cases and controls

| | Cases | | | | | Controls | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | No N (%) | Yes N (%) | Crude OR (95% CI) | Adjusted OR (95% CI)[a] | P[a] | No N (%) | Yes N (%) | Crude OR (95% CI) | Adjusted OR (95% CI)[a] | P[a] |
| **Outcome: PID[b]** | | | | | | | | | | |
| Never used talc or douching | 450 (55.5) | 11 (39.3) | 1.00 (reference) | 1.00 (reference) | | 511 (61.2) | 12 (63.2) | 1.00 (reference) | 1.00 (reference) | 0.30 |
| Talc use, no douching | 214 (26.9) | 7 (25.0) | 1.34 (0.51–3.50) | 1.41 (0.52–3.83) | 0.50 | 192 (23.0) | 7 (36.8) | 1.55 (0.60–4.00) | 1.70 (0.62–4.66) | |
| Douched (store-bought), no talc use | 50 (6.3) | 4 (14.3) | 3.27 (1.00–10.7) | 4.44 (1.22–16.1) | 0.02 | 49 (5.9) | 0 (0) | — | — | — |
| Douched (homemade), no talc use | 27 (3.4) | 0 (0) | — | — | — | 27 (3.2) | 0 (0) | — | — | — |
| Both talc and douche (store-bought) use | 41 (5.1) | 5 (17.9) | 4.99 (1.65–15.0) | 5.46 (1.64–18.2) | 0.006 | 37 (4.4) | 0 (0) | — | — | — |
| Both talc and douche (homemade) use | 15 (1.9) | 1 (3.6) | 2.73 (0.33–22.5) | 3.62 (0.36–36.0) | 0.27 | 19 (2.3) | 0 (0) | — | — | — |
| **Outcome: ectopic pregnancy[b]** | | | | | | | | | | |
| Never used talc or douched | 841 (55.9) | 14 (56.0) | 1.00 (reference) | 1.00 (reference) | | 1091 (61.3) | 26 (66.7) | 1.00 (reference) | 1.00 (reference) | 0.80 |
| Talc use, no douching | 367 (24.4) | 6 (24.0) | 0.99 (0.38–2.58) | 1.14 (0.42–3.10) | 0.80 | 363 (20.4) | 7 (17.9) | 0.81 (0.35–1.89) | 0.90 (0.39–2.13) | |
| Douched (store-bought), no talc use | 105 (7.0) | 3 (12.0) | 1.72 (0.49–6.09) | 2.02 (0.51–7.96) | 0.32 | 130 (7.3) | 2 (5.1) | 0.65 (0.15–2.76) | 0.68 (0.16–2.98) | 0.61 |
| Douched (homemade), no talc use | 74 (4.9) | 0 (0) | — | — | — | 92 (5.2) | 1 (2.6) | 0.46 (0.06–3.41) | 0.52 (0.07–4.07) | 0.53 |
| Both talc and douche (store-bought) use | 87 (5.8) | 2 (8.0) | 1.39 (0.31–6.20) | 2.08 (0.43–10.1) | 0.36 | 64 (3.6) | 3 (7.7) | 1.97 (0.58–6.69) | 2.42 (0.67–8.70) | 0.18 |
| Both talc and douche (homemade) use | 30 (2.0) | 0 (0) | — | — | — | 41 (2.3) | 0 (0) | — | — | — |
| **Outcome: cervical CIN[d]** | | | | | | | | | | |
| Never used talc or douched | 797 (57.0) | 45 (53.6) | 1.00 (reference) | 1.00 (reference) | | 904 (61.1) | 53 (54.6) | 1.00 (reference) | 1.00 (reference) | 0.10 |
| Talc use, no douching | 361 (25.8) | 20 (23.8) | 0.98 (0.57–1.69) | 1.05 (0.60–1.82) | 0.88 | 333 (22.5) | 29 (29.9) | 1.49 (0.93–2.38) | 1.50 (0.92–2.46) | |
| Douched (store-bought), no talc use | 92 (6.6) | 4 (4.8) | 0.77 (0.27–2.19) | 0.83 (0.28–2.42) | 0.73 | 103 (7.0) | 5 (5.2) | 0.83 (0.32–2.12) | 0.88 (0.33–2.32) | 0.80 |
| Douched (homemade), no talc use | 47 (3.4) | 5 (6.0) | 1.88 (0.71–4.97) | 3.28 (1.17–9.22) | 0.02 | 51 (3.4) | 4 (4.1) | 1.34 (0.47–3.85) | 1.58 (0.53–4.77) | 0.41 |
| Both talc and douche (store-bought) use | 77 (5.5) | 8 (9.5) | 1.84 (0.84–4.04) | 1.94 (0.85–4.43) | 0.12 | 57 (3.9) | 5 (5.2) | 1.50 (0.58–3.89) | 1.40 (0.51–3.82) | 0.52 |
| Both talc and douche (homemade) use | 25 (1.8) | 2 (2.4) | 1.42 (0.33–6.17) | 1.88 (0.41–8.64) | 0.41 | 32 (2.2) | 1 (1.0) | 0.53 (0.07–3.98) | 0.45 (0.06–3.49) | 0.44 |

[a]Adjusted for age, study center and phase, parity, oral contraceptive use and duration, tubal ligation, BMI, race, diaphragm use, spermicide use, menopausal status, and smoking.
[b]Study phase III only.
[c]Among those ever pregnant.
[d]Study phases II–III only.

technique to adjust for number of family units. It is not clear whether this technique used the actual number of family units which, ideally, should have been explicitly shown in their Table 1. This is important, because 69% of women in a survey related to douching said they learned the habit from a mother or sister (3). Any genital exposure to talc in the prior year was defined by aggregating several types of exposure including use on sanitary napkins or barrier contraceptive devices. This is problematic because these types of talc exposures would not pertain to the 69% of postmenopausal cases in the study. Also, not counted would be those who had recently discontinued talc use (perhaps because of recent publicity regarding talc use and ovarian cancer association). In fact, only 14% of the cohort reported genital talc exposure in this study, far lower than the other two cohort studies, 40.4% in the Nurses' Health Study (14) and 52.6% in the Women's Health Initiative (15). Finally, an OR of 0.73 for ovarian cancer with talc reported from the Sister Study stands out as the clearest outlier in a recent meta-analysis of studies on talc and ovarian cancer (16).

Among the 362 (17.2%) controls in our study who reported regular douching, 106 (28.5%) said they used homemade vinegar and water and 25 (6.7%) used tap water, leaving about 65% who used store-bought products, with Massengill and Summer's Eve most commonly reported. However, within specific brands, multiple products are offered (e.g., medicated douches, cleansing douches, vinegar and water, and douches with different fragrances, etc.). This level of detail was not obtained in our study so the only distinction we could make was store-bought versus homemade. Notably the combination of talc-use and douching with a homemade product was associated with a reduced risk for ovarian cancer, while douching with a store-bought product had a nonsignificantly elevated risk (Table 2). In addition, compared with women who neither douched nor used talc and women who both used talc and store-bought douches had modestly higher risks for ovarian cancer overall and borderline and invasive serous cancer compared with those who used talc but did not douche. However, this apparent interaction did not reach statistical significance. No interaction between douching and talc use was seen in the Sister Study but they did not report information on type of douching product used, even at the level of store-bought or homemade.

Chemicals used in commercial douching products include emulsifiers and surfactant cleansers like octoxynol-9 and preservatives like sodium benzoate, methylchloroisothiazolinone, and citric acid, and "fragrances" which could include any of thousands of amines, aromatics, esters, and terpenes. It is likely that most of these chemicals would be capable of absorption through the vaginal mucosa. This is certainly true for the preservatives used in douches, which are capable of causing sensitization and allergic reactions (17). Pointing to a study which found women who douched had higher levels of urinary metabolites of phthalates (18), Gonzalez and colleagues suggested this may be the agent that explains why douching may increase the risk for ovarian cancer. Presence of phthalates in douches was assumed because phthalates may be used as carrier molecule for fragrances (18); but douches have not been specifically examined in studies that measured phthalates in a wide variety of personal care products (19–22). While our data cannot point to specific agents that might account for possible differences in risk for ovarian cancer between store-bought and homemade douches, the fact that differences between the two have been described for

risk of other adverse reproductive health events (4, 5, 9) suggests this is likely to be a meaningful dichotomy.

In this study, we also had the opportunity to look at whether talc use can increase the risk for events that have been associated with douching including PID, ectopic pregnancy, or cervical neoplasia. In controls, neither douching nor talc use nor their combination was found to affect risks for these adverse outcomes. However, cases who douched with a store-bought product had an elevated risk for PID, regardless of whether they used talc. Furthermore, risk for CIN was increased by use of homemade douches. Chance must be considered as an explanation for all these associations. A major limitation associated with this aim of our study is the fact that adverse events, other than ovarian cancer, were not the specific focus of our study, but collected as part of the participants' health histories. Thus, our study was not powered to detect the associations examined here with any set level of confidence. In addition, for the non-ovarian cancer adverse events, only the ever-never association could be examined. Dose-related information on douching or talc use could not be used because these had been censored on the date of the ovarian cancer diagnosis or interview and not on the date when the other adverse event occurred. This issue also affects how to deal with closure of the female tract by tubal ligation (or hysterectomy) where some might advocate truncating the exposure for age as closure as we did for talc (10). However, exclusion of women with tubal ligation did not alter key results from Tables 2 and 3. Finally, a more general concern in case–control studies is the issue of recall bias. We previously addressed this issue in our 2016 article and pointed out several arguments against recall bias as an explanation including: no association with non-genital talc use or starch-based products, variation in risk by histologic type of ovarian cancer, and stronger association with regular use than ever-use (10).

In conclusion, our study found that douching is not an independent risk factor for ovarian cancer nor did it raise the risk for EOC beyond that for talc use alone. However, there was suggestive evidence that the combination of talc and store-bought douches may add to the risks from talc use alone. A distinction between store-bought and homemade douches suggests a possible role for chemicals used in commercial douching products. Reexamination of existing studies that have information on both variables would be helpful in verifying the associations described here. Important and relevant information may also come from *in vitro* and *in vivo* studies, which look at the combined effects of talc and the chemicals found in douching products as they may affect ovarian or tubal inflammation.

## Disclosure of Potential Conflicts of Interest

A.F. Vitonis has provided statistical programming to support expert testimony. D.W. Cramer has provided expert testimony for Beasley Allen Law Firm. No potential conflicts of interest were disclosed by the other authors.

## Authors' Contributions

**Conception and design:** I.M. Gabriel, L. Titus, D.W. Cramer
**Acquisition of data (provided animals, acquired and managed patients, provided facilities, etc.):** W.R. Welch, L. Titus, D.W. Cramer
**Analysis and interpretation of data (e.g., statistical analysis, biostatistics, computational analysis):** A.F. Vitonis, D.W. Cramer
**Writing, review, and/or revision of the manuscript:** I.M. Gabriel, A.F. Vitonis, L. Titus, D.W. Cramer
**Administrative, technical, or material support (i.e., reporting or organizing data, constructing databases):** A.F. Vitonis, L. Titus
**Study supervision:** L. Titus

Gabriel et al.

## Acknowledgments

This work was supported by the NIH grant nos. R01CA054419 and P50CA105009 (to D.W. Cramer), R01HD071021 and HHSN261201500027C (to L. Titus), and the Department of Obstetrics and Gynecology, Brigham and Women's Hospital.

The costs of publication of this article were defrayed in part by the payment of page charges. This article must therefore be hereby marked *advertisement* in accordance with 18 U.S.C. Section 1734 solely to indicate this fact.

Received April 4, 2019; revised July 1, 2019; accepted August 16, 2019; published first xx xx, xxxx.

## References

1. Aral SO, Mosher WD, Cates W Jr. Vaginal douching among women of reproductive age in the United States: 1988. Am J Public Health 1992;82: 210–4.
2. Rosenblatt KA, Mathews WA, Daling JR, Voigt LF, Malone K. Characteristics of women who use perineal powders. Obstet Gynecol 1998;92:753–6.
3. Brown JM, Poirot E, Hess KL, Brown S, Vertucci M, Hezareh M. Motivations for intravaginal product use among a cohort of women in Los Angeles. PLoS One 2016;11:e0151378.
4. Scholes D, Daling JR, Stergachis A, Weiss NS, Wang SP, Grayston JT. Vaginal douching as a risk factor for acute pelvic inflammatory disease. Obstet Gynecol 1993;81:601–6.
5. Chow WH, Daling JR, Weiss NS, Moore DE, Soderstrom R. Vaginal douching as a potential risk factor for tubal ectopic pregnancy. Am J Obstet Gynecol 1985;153:727–9.
6. Peters RK, Thomas D, Hagan DG, Mack TM, Henderson BE. Risk factors for invasive cervical cancer among Latinas and non-Latinas in Los Angeles County. J Natl Cancer Inst 1986;77:1063–77.
7. Zhang J, Thomas AG, Leybovich E. Vaginal douching and adverse health effects: a meta-analysis. Am J Public Health 1997;87: 1207–11.
8. Klebanoff MA, Nansel TR, Brotman RM, Zhang J, Yu KF, Schwebke JR, et al. Personal hygienic behaviors and bacterial vaginosis. Sex Transm Dis 2010; 37:94–9.
9. Spinillo A, Pizzoli G, Colonna L, Nicola S, De Seta F, Guaschino S. Epidemiologic characteristics of women with idiopathic recurrent vulvo-vaginal candidiasis. Obstet Gynecol 1993;81:721–7.
10. Cramer DW, Vitonis AF, Terry KL, Welch WR, Titus LJ. The association between talc use and ovarian cancer: a retrospective case-control study in two US states. Epidemiology 2016;27:334–46.
11. Gonzalez NL, O'Brien KM, D'Aloisio AA, Sandler DP, Weinberg CR. Douching, talc use, and risk of ovarian cancer. Epidemiology 2016;27: 797–802.
12. McGowan L, Parent L, Lednar W, Norris HJ. The woman at risk for developing ovarian cancer. Gynecol Oncol 1979;7:325–44.
13. Harlow BL, Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer risk. Obstet Gynecol 1992;80:19–26.
14. Gertig DM, Hunter DJ, Cramer DW, Colditz GA, Speizer FE, Willett WC, et al. Prospective study of talc use and ovarian cancer. J Natl Cancer Inst 2000;92:249–52.
15. Houghton SC, Reeves KW, Hankinson SE, Crawford L, Lane D, Wactawski-Wende J, et al. Perineal powder use and risk of ovarian cancer. J Natl Cancer Inst 2014;106:pii:dju208.
16. Penninkilampi R, Eslick GD. Perineal talc use and ovarian cancer: a systematic review and meta-analysis. Epidemiology 2018;29:41–9.
17. Deza G, Gimenez-Arnau AM. Allergic contact dermatitis in preservatives: current standing and future options. Curr Opin Allergy Clin Immunol 2017;17:263–68.
18. Branch F, Woodruff TJ, Mitro SD, Zota AR. Vaginal douching and racial/ethnic disparities in phthalates exposures among reproductive-aged women: National Health and Nutrition Examination Survey 2001–2004. Environ Health 2015;14:57.
19. Wormuth M, Scheringer M, Vollenweider M, Hungerbuhler K. What are the sources of exposure to eight frequently used phthalic acid esters in Europeans? Risk Anal 2006;26:803–24.
20. Koniecki D, Wang R, Moody RP, Zhu J. Phthalates in cosmetic and personal care products: concentrations and possible dermal exposure. Environ Res 2011;111:329–36.
21. Parlett LE, Calafat AM, Swan SH. Women's exposure to phthalates in relation to use of personal care products. J Expos Sci Environ Epidemiol 2013;23:197–206.
22. Romero-Franco M, Hernandez-Ramirez RU, Calafat AM, Cebrian ME, Needham LL, Teitelbaum S, et al. Personal care product use and urinary levels of phthalate metabolites in Mexican women. Environ Int 2011;37: 867–71.

# AUTHOR QUERIES

## AUTHOR PLEASE ANSWER ALL QUERIES

Q1:  Page: 1: Author: Per journal style, genes, alleles, loci, and oncogenes are italicized; proteins are roman. Please check throughout to see that the words are styled correctly. AACR journals have developed explicit instructions about reporting results from experiments involving the use of animal models as well as the use of approved gene and protein nomenclature at their first mention in the manuscript. Please review the instructions at http://aacrjournals.org/content/authors/editorial-policies#genenomen to ensure that your article is in compliance. If your article is not in compliance, please make the appropriate changes in your proof.

Q2:  Page: 1: Author: Please verify the drug names and their dosages used in the article.

Q3:  Page: 1: Author: Please verify the affiliations and their corresponding author links.

Q4:  Page: 1: Author: Please verify the corresponding author details.

Q5:  Page: 2: Author: The heading "Statistical method" has been changed to "Statistical analysis." Please verify.

Q6:  Page: 3: Author: Please verify the layout of Tables for correctness.

Q7:  Page: 7: Author: Please note that although the significance of "*" has been provided in the footnote of Table 4, the same has not been cited in the table. Please verify.

Q8:  Page: 4: Author: Please define the term "CIN."

Q9:  Page: 9: Author: Please provide entity details for author "A.F. Vitonis."

Q10:  Page: 9: AU:/PE: The conflict-of-interest disclosure statement that appears in the proof incorporates the information from forms completed and signed off on by each individual author. No factual changes can be made to disclosure information at the proof stage. However, typographical errors or misspelling of author names should be noted on the proof and will be corrected before publication. Please note if any such errors need to be corrected. Is the disclosure statement correct?

Q11:  Page: 10: Author: Refs. 15 and 16 have been updated as per PubMed. Please verify.

AU: Below is a summary of the name segmentation for the authors according to our records. The First Name and the Surname data will be provided to PubMed when the article is indexed for searching. Please check each name carefully and verify that the First Name and Surname are correct. If a name is not segmented correctly, please write the correct First Name and Surname on this page and return it with your proofs. If no changes are made to this list, we will assume

that the names are segmented correctly, and the names will be indexed as is by PubMed and other indexing services.

| First Name | Surname |
| --- | --- |
| Iwona M. | Gabriel |
| Allison F. | Vitonis |
| William R. | Welch |
| Linda | Titus |
| Daniel W. | Cramer |

Exhibit 7

NIH Public Access
**Author Manuscript**
*Regul Toxicol Pharmacol.* Author manuscript; available in PMC 2009 October 1.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Published in final edited form as:
*Regul Toxicol Pharmacol.* 2008 October ; 52(1 Suppl): S200–S203. doi:10.1016/j.yrtph.2007.10.004.

# Assessment of the Pathogenic Potential of Asbestiform vs. Nonasbestiform Particulates (Cleavage Fragments) in *In Vitro* (Cell or Organ Culture) Models and Bioassays

**Brooke T. Mossman, Ph.D**[a,*]

a *University of Vermont College of Medicine, Burlington, VT 0540*

## Abstract

Asbestos fibers are highly fibrous silicate fibers that are distinguished by having a large aspect (length to diameter) ratio and are crystallized in an asbestiform habit that causes them to separate into very thin fibers or fibrils. These fibers are distinct from nonasbestiform cleavage fragments and may appear as thick, short fibers which break along cleavage planes without the high strength and flexibility of asbestiform fibers. Since cleavage fragments of respirable dimensions have generally proven nonpathogenic in animal studies, little data exists on assessing well-characterized preparations of cleavage fragments in *in vitro* models. The available studies show that cleavage fragments are less bioreactive and cytotoxic than asbestiform fibers.

### Keywords

Asbestiform; Cleavage; Fibers; Fibrous

## 1. Introduction

'Asbestos' is a commercial and regulatory designation for a family of naturally occurring asbestiform fibers. Asbestos fibers are recognized as human carcinogens and also cause pleural and pulmonary fibrosis, i.e., asbestosis in occupationally exposed individuals (Mossman et al., 1990; Mossman and Churg, 1998; Mossman and Gee, 1989). Mineralogical and biological differences exist between various types of asbestos fibers, and much research has focused on the characteristics of fibers that are associated with the causation of lung disease. The different types of asbestos include chrysotile [$Mg_6 Si_4 O_{10} (OH)_8$], the only asbestos in the serpentine family of minerals, and other types of asbestos classified as amphiboles. These include crocidolite [$(Na_2 (Fe^{3+})_2(Fe^{2+})_3 Si_8 O_{22} (OH)_2]$, asbestiform grunerite or amosite [$(Fe,Mg)_7 Si_8 O_{22} (OH)_2]$, anthophyllite [$(Mg,Fe)_7 Si_8 O_{22} (OH)_2]$, tremolite [$Ca_2 Mg_5 Si_8 O_{22} (OH)_2]$, and actinolite [$(Ca_2 (Mg,Fe)_5 Si_8 O_{22} (OH)_2$ ]. These formulae are indeed ideal, and natural amphiboles differ to varying degrees from these as the chemical environment, pressure and temperature at the time of formation control the mineral chemistry. Other factors such as shear stresses and directed pressures determine whether or not an amphibole that crystallizes is asbestiform. Although various types of asbestos are different chemically, structurally and

*Corresponding author. Phone: +1 802 656-0382, Fax: +1 802 656-8892 E-mail address: bmossman@zoo.uvm.edu (Brooke T. Mossman).

**Publisher's Disclaimer:** This is a PDF file of an unedited manuscript that has been accepted for publication. As a service to our customers we are providing this early version of the manuscript. The manuscript will undergo copyediting, typesetting, and review of the resulting proof before it is published in its final citable form. Please note that during the production process errors may be discovered which could affect the content, and all legal disclaimers that apply to the journal pertain.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

biologically, they are common in that they are highly fibrous silicate minerals that are crystallized in an asbestiform habit, causing them to separate into thin fibers or fibrils (Klein, 1993; Veblen and Wylie, 1993). In addition, asbestos fibers are distinguished by having large aspect (length to diameter) ratios, generally from 20:1 or higher for fibers > 5 microns in length. Smaller fibers (<0.5 microns in width) appear by microscopy as very thin fibrils, as defined by the American Society of Testing Materials in 1990. In contrast, nonasbestiform cleavage fragments, although sometimes elongated with aspect ratios of >3:1 which can be defined as fibers, have widths much larger than asbestos fibers of the same length. Though the more common nonasbestiform analogs of asbestos share the same, or essentially the same chemical composition, they do not share the same crystal structure (the crystals form or grow differently).

Cleavage fragments of amphiboles lack the tensile strength of asbestos amphiboles and are traditionally regarded by mineral scientists as distinctly different from asbestos fibers, primarily based on their morphology, and lack of strength or flexibility. For example, in the report of the Committee on Nonoccupational Health Risks of Asbestiform Fibers commissioned by the National Research Council (National Research Council, 1984), cleavage fragments were categorized as distinctive from asbestiform fibers, i.e.: "*Cleavage* refers to the preferential breakage of crystals along certain planes of structural weakness. Such planes of weakness are called cleavage planes. A mineral with two distinct cleavage planes will preferentially fracture along these planes and will produce *acicular* fragments. Minerals with one cleavage plane produce *platy* fragments and those with three or more cleavage planes yield *polyhedral* fragments…. Cleavage cannot produce the high strength and flexibility of asbestiform fibers" (National Research Council, 1984).

These definitions were also recognized by the members of the panel of the Health Effects Research-Asbestos Research in their report on Asbestos in Public and Commercial Buildings (Health Effects Institute-Asbestos Research, 1991). Because epidemiologic and animal studies have not suggested that nonasbestiform amphiboles or cleavage fragments are pathogenic or biologically active, they have not been used in many *in vitro* models, except as negative or nonpathogenic controls for testing of asbestos fibers. Moreover, the results of numerous epidemiologic, animal, and *in vitro* studies, have led scientists to conclude that short asbestos fibers (< 5 microns in length) are inactive or much less active biologically than long, thin asbestos fibers (ATSDR, 2003; Health Effects Institute-Asbestos Research, 1991). Thus, it is unlikely that cleavage fragments of respirable dimensions (i.e., less than 3 microns in diameter) will be pathogenic or targeted extensively for *in vitro* fiber testing in the future. The results of limited work with these minerals from our laboratory and others are summarized below.

## 2. Advantages and caveats of *in vitro* mineral studies

*In vitro* studies have been used historically to compare the effects of different types of minerals on cells or organ (explant) cultures (Mossman and Begin, 1989). Regardless of cell type, asbestos fibers, in comparison to a variety of other nonpathogenic, synthetic or naturally occurring fibers (glass, cellulose, etc.) or particles, have been most biologically active in these models. In addition to elucidating the properties of minerals (size, fibrous morphology, surface charge, chemical composition, etc.) that are associated with toxicity (cell injury or death), DNA damage, proliferation and/or alterations in cell function that may be predictive of their pathogenic potential, *in vitro* studies have shed light on the complex features of bioreactive minerals that may be important in reactions with cells and their ability to cause disease. Cell and organ culture models are also much more inexpensive than animal testing. Thus, they have been suggested as screening tools for new synthetic fibers developed for industry.

However, there are also caveats that must be recognized in *in vitro* work with minerals. First, dependent upon the cells used in these models, cell type and species-specific responses may

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

exist. Thus results from lab to lab working with the same mineral might be inconsistent. Although the most appropriate *in vitro* cell types to use in these models are normal cells of respiratory tract origin, i.e., epithelial or mesothelial, these are notoriously difficult to isolate and maintain in a differentiated state for prolonged periods of time. It also should be acknowledged that concentrations of minerals used in short term *in vitro* assays, where weighed amounts of fibers or particles are precipitated on cells, do not mimic normal clearance patterns and long-term dissolution patterns after inhalation into the human lung, factors that are important in dosimetry and disease causation (Mossman et al., 1990). Lastly, different minerals are generally evaluated in *in vitro* studies on an equal weight basis, which might be misleading based on the facts that different weights of dissimilar fiber types or particles may reflect vastly different total numbers of fibers and surface areas. Regardless of these caveats, however, *in vitro* studies have helped to establish mechanisms of fiber carcinogenesis and differentiated between responses to asbestos fibers and nonasbestiform particles.

## 3. Studies using tracheal explants

In comparison to cell cultures, tracheal explant cultures can be maintained for weeks in a differentiated state in which the respiratory epithelium is maintained in a normal, mucociliary phenotype. We have used this model to show that crocidolite and chrysotile fibers (asbestos) and long glass fibers cause squamous metaplasia, a reversible but often premalignant lesion, and increased DNA synthesis, a signature of injury and proliferation of fibers that might be important in tumor promotion and progression and/or repair (Woodworth et al. 1983). In contrast, the non-fibrous mineral analogs of these asbestos types, riebeckite (similar in chemistry to crocidolite) and antigorite (similar in chemistry to chrysotile) failed to induce these changes at a range of concentrations and exposure times. Though a number of these riebeckite and antigorite particles were elongated, they were thick, short single crystal cleavage fragments. These studies highlight the importance of fibrous geometry, crystal growth and aspect ratio in bioreactivity.

## 4. Studies using cell types of lung or pleural origin

The antigorite and riebeckite preparations used in the Woodworth et al. (1983) study (above) were also evaluated in cell cultures of hamster tracheal epithelial cells (HTE) for their ability to induce ornithine decarboxylase (ODC), an enzyme associated with cell proliferation and tumor promotion in mouse skin models of cancer, with asbestos fibers (Marsh and Mossman, 1988). These studies showed that crocidolite and chrysotile (fibers> 10 microns in length) fibers stimulated ODC, but neither of the two nonasbestiform (cleavage fragment) preparations were bioreactive. Subsequent studies revealed that both antigorite and riebeckite were less potent than crocidolite (asbestos) in stimulating survival or proliferation of HTE cells in a colony-forming assay (CFE) in which proliferation was measured directly over a 7 day period in low-serum containing medium (Sesko and Mossman, 1989). Experiments in HTE cells also revealed that antigorite and riebeckite were less cytotoxic than crocidolite or chrysotile to these cells when release of radioactive chromium, a marker of cell damage, was measured (Mossman and Sesko, 1990).

Another exciting development in our laboratory was the observation that crocidolite (asbestos) generated Reactive Oxygen Species (ROS) which have been linked to cell injury, inflammation, mutagenesis, and the development of many cancers, (Shukla et al., 2003). In a study in which we isolated alveolar macrophages (AMs) from rodents and measured release of the ROS, superoxide, after addition of crocidolite and riebeckite (nonasbestiform analog of crocidolite) to these cells, as well as nonasbestiform mordenite (note that all particle diameters and/or fiber lengths were measured by scanning electron microscopy), the nonasbestiform particles were taken up, i.e., phagocytized, by cells, but were much less bioreactive than

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

crocidolite at comparable concentrations, only causing release of superoxide at concentrations 5-to 10-fold higher than asbestos in the rat cells and never causing significantly increased release in the hamster macrophages (Hansen and Mossman 1987). It should be emphasized that lung epithelial cells, mesothelial cells and fibroblasts are target or progenitor cells of lung cancers, mesotheliomas and pulmonary fibrosis, respectively, and that alveolar macrophages are inflammatory cells that first encounter asbestos and may contribute to and/or alternatively, be important in lung defense from pathogenic minerals. This is an important question that has yet to be resolved by scientists. However, alveolar macrophages are studied because these cells accumulate in the lung at sites of deposition of inhaled particles or fibers and responses of alveolar macrophages to dusts are known to produce ROS after phagocytosis of minerals.

In recent years, we have used riebeckite and antigorite preparations as nonasbestiform control minerals to determine whether early response proto-oncogene (*fos/jun* cancer- causing genes) (Janssen et al., 1994) or signaling pathways leading to activation of these genes (Janssen et al., 1997; Zanella et al., 1996; Zanella et al., 1999) are selectively induced by asbestiform, cancer-causing fibers (crocidolite and chrysotile asbestos, erionite) in HTE cells, rat lung epithelial cells (RLE) and isolates of normal rat pleural mesothelial cells (RPM). These studies have consistently revealed that these nonasbestiform minerals are inactive, regardless of endpoint. Moreover, they are incapable, in contrast to asbestos fibers, of causing alterations in cell proliferation or death in RPM cells (Goldberg et al., 1997).

Comparative studies in HTE and RPM cells with well-characterized mineral samples of crocidolite and chrysotile (asbestos) and 3 mineral samples containing various proportions of fibrous talc have also been useful in illustrating fundamental differences in response to asbestos fibers and fibrous talc preparations based on various dose parameters including equal weight concentrations, equivalent surface areas and numbers of fibers > 5 microns in length (Wylie et al., 1997). Using the CFE assay described above to document proliferative potential (increased numbers of colonies as compared to untreated control cells) or cytotoxicity (decreased numbers of colonies as compared to untreated control cells), exposure of RPM cells to both asbestos types, but not fibrous talcs, elicited cytotoxicity in RPM cells that was more striking at higher weight concentrations of asbestos. In contrast, HTE cells proliferated in response to asbestos at nontoxic lower concentrations, but not to fibrous talcs. Since cell responses could not be correlated directly with the presence of mineral fibers > 5 microns in length or aspect ratios, mineral type rather than fiber length *per se* appeared to be a more important determinant of bioreactivity. This study suggests that while fiber morphology is important, it is not the only factor important in biologic responses. This has also been noted by critics of Stanton's famous pleural implantation studies in rats (Oehlert, 1991; Wylie et al., 1987).

## 5. Studies using *in vitro* models of non-respiratory cells

As detailed above, cytotoxicity testing in cells of non-respiratory origin was used decades ago to determine differences in fiber-cell interactions and the ability of asbestos fibers to induce cell death or lysis. Since dead cells can not give rise to cancers, the extrapolation of these results, especially to mechanisms of cancer causation, is questionable. However, studies by Palekar and colleagues (Palekar et al., 1979) used sheep red blood cells (RBC) and Chinese Hamster Ovary (CHO) cells to test the hemolytic potential and cytotoxicity of 4 samples of cummingtonite-grunerite including amosite asbestos fibers, and 3 other samples of various crystallization habits, predominantly asbestiform cummingtonite, acicular cummingtonite, and acicular grunerite. At the same surface areas of dose, these minerals were found to be hemolytic and cytotoxic in this same order, again showing the increased potency of amphibole asbestiform fibers.

## 6. Summary and Conclusions

The results summarized above represent a large body of work showing that nonasbestiform minerals are less potent than asbestos fibers in a number of *in vitro* bioassays. In most assays, these cleavage fragments or non-fibrous minerals are virtually inactive. These observations have been incorporated into the conclusions of several panel reports that should be recognized by regulatory agencies. For example, the HEI-Asbestos Research Panel (page 6–75, 1991) concluded: "Good evidence exists that thick fibers (>2 to 3 microns in diameter) are less harmful than thin fibers" and "Support for the importance of fiber length in the production of biological effects has been obtained from the use of non-fibrous analogues of asbestos and other fibers. In general, these materials produce no detectable biological effects, or do so only at high dose levels".

## Acknowledgements

Research in Dr. Mossman's laboratory has been supported by federal agencies (EPA, NIOSH, NIEHS, NCI, and NHLBI) for over 20 years. Ms. Laurie Sabens was invaluable in the preparation of this manuscript.

## References

ATSDR. Report of the Expert Panel on Human Effects of Asbestos and Synthetic Vitreous Fibers: The Influence of Fiber Length. Agency for Toxic Substances and Disease Registry (ATSDR), Division of Health Assessment and Consultation; Atlanta, GA. 2003.

Goldberg J, Zanella C, Janssen Y, Timblin C, Jimenez L, Taatjes D, Mossman B. Novel cell imaging approaches show induction of apoptosis and proliferation in mesothelial cells by asbestos. Am J Respir Cell Mol Biol 1997;17:265–271. [PubMed: 9308911]

Hansen K, Mossman B. Generation of superoxide (O2-) from alveolar macrophages exposed to asbestiform and nonfibrous particles. Cancer Res 1987;47:1681–6. [PubMed: 3028612]

Health Effects Institute-Asbestos Research. Asbestos in Public and Commercial Buildings: A literature reviewed synthesis of current knowledge. Health Effects Institute; Cambridge, MA: 1991.

Janssen Y, Driscoll K, Howard B, Quinlan T, Treadwell M, Barchowsky A, Mossman B. Asbestos causes translocation of p65 protein and increases NF-kappa B DNA binding activity in rat lung epithelial and pleural mesothelial cells. Am J Pathol 1997;151:389–401. [PubMed: 9327152]

Janssen Y, Heintz N, Marsh J, Borm P, Mossman B. Induction of c-fos and c-jun proto-oncogenes in target cells of the lung and pleura by carcinogenic fibers. Am J Respir Cell Mol Biol 1994;11:522–530. [PubMed: 7946382]

Klein, C. Rocks, minerals and a dusty world. In: Guthrie, GD.; Mossman, B., editors. Health effects of mineral dusts. Washington, DC: 1993. p. 7-59.

Marsh JP, Mossman BT. Mechanisms of induction of ornithine decarboxylase activity in tracheal epithelial cells by asbestiform minerals. Cancer Res 1988;48:709–14. [PubMed: 3335033]

Mossman B, Bignon J, Corn M, Seaton A, Gee J. Asbestos: Scientific developments and implications for public policy. Science 1990;247:294–301. [PubMed: 2153215]

Mossman B, Churg A. State-of-the-Art: Mechanisms in the pathogenesis of asbestosis and silicosis. Am J Respir Crit Care Med 1998;157:1666–1680. [PubMed: 9603153]

Mossman B, Gee JBL. Asbestos related disease. N Engl J Med 1989;320:1721–1730. [PubMed: 2659987]

Mossman B, Sesko A. In vitro assays to predict the pathogenicity of mineral fibers. Toxicology 1990;60:53–61. [PubMed: 2156357]

Mossman, BT.; Begin, R. Effects of Mineral Dusts on Cells, NATO ASI Series on Cell Biology. Springer-Verlag; Berlin: 1989.

National Research Council. Asbestiform fibers: Nonoccupational health risks. National Academy Press; Washington, D.C: 1984.

Oehlert GW. A reanalysis of the Stanton et al. pleural sarcoma data. Environ Res 1991;54:194–205. [PubMed: 2029879]

*Regul Toxicol Pharmacol*. Author manuscript; available in PMC 2009 October 1.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Mossman                                                                                                                    Page 6

Palekar LD, Spooner CM, Coffin DL. Influence of crystallization habit of minerals on in vitro
   cytotoxicity. Ann NY Acad Sci 1979;330:673–686. [PubMed: 294214]

Sesko A, Mossman B. Sensitivity of hamster tracheal epithelial cells to asbestiform minerals modulated
   by serum and by transforming growth factor beta 1. Cancer Res 1989;49:2743–2749. [PubMed:
   2540906]

Shukla A, Gulumian M, Hei T, Kamp D, Rahman Q, Mossman B. Multiple roles of oxidants in the
   pathogenesis of asbestos-induced diseases. Free Rad Biol Med 2003;34:1117–1129. [PubMed:
   12706492]

Veblen, DR.; Wylie, AG. Mineralogy of amphiboles and 1:1 layer silicates. In: Guthrie, GD.; Mossman,
   B., editors. Health Effects of Mineral Dusts. Washington, DC: 1993. p. 61-137.

Woodworth C, Mossman B, Craighead J. Induction of squamous metaplasia in organ cultures of hamster
   trachea by naturally occurring and synthetic fibers. Cancer Res 1983;43:4906–4912. [PubMed:
   6883341]

Wylie A, Skinner H, Marsh J, Snyder H, Garzione C, Hodkinson D, Winters R, Mossman B.
   Mineralogical features associated with cytotoxic and proliferative effects of fibrous talc and asbestos
   on rodent tracheal epithelial and pleural mesothelial cells. Toxicol Appl Pharmacol 1997;147:143–
   150. [PubMed: 9356317]

Wylie AG, Virta RL, Segreti JM. Characterization of mineral population by index particle: implication
   for the Stanton hypothesis. Environ Res 1987;43:427–39. [PubMed: 3038512]

Zanella C, Posada J, Tritton T, Mossman B. Asbestos causes stimulation of the ERK-1 mitogen-activated
   protein kinase cascade after phosphorylation of the epidermal growth factor receptor. Cancer Res
   1996;56:5334–5338. [PubMed: 8968079]

Zanella C, Timblin C, Cummins A, Jung M, Goldberg J, Raabe R, Tritton T, Mossman BT. Asbestos-
   induced phosphorylation of epidermal growth factor receptor is linked to c-fos expression and
   apoptosis. Am J Physiol (Lung Cell Mol Physiol) 1999;277:L684–L693.