# Exhibit 25



resou rces, inc.

6110 W. 34th Street
Houston, TX 77092

(713) 290-0221
(713) 290-0248 fax
www.j3resources.com

**July 13, 2018**

**Joseph D. Satterley, Esq.**
**Satterley & Kelley, PLLC.**
**8700 Westport Road, Suite 202**
**Louisville, KY 40242**

**RE: *Hayes v. Colgate, et al.* – Shower to Shower Samples**

Dear Mr. Satterley:

J3 Resources, Inc. (J3) is an analytical laboratory accredited for the analysis of asbestos in air and bulk samples by Analytical Transmission Electron Microscopy (ATEM) and Polarized Light Microscopy (PLM) by the National Voluntary Laboratory Accreditation Program (NVLAP) {Lab Code 200525}.

On May 23, 2018, J3 received sixteen (16) Shower to Shower talcum powder samples from Joseph D. Satterley, Esq. as labeled below:

Sample 20180070-07D
Sample 20180061-37D
Sample 20180061-38D
Sample 20180061-45D
Sample 20180061-50D
Sample 20180061-51D
Sample 20180061-52D
Sample 20180061-63D
Sample 20180061-65D
Sample 20180061-66D
Sample 20180061-02D
Sample 20180061-10D
Sample 20180061-15D
Sample 20180061-21D
Sample 20180061-31F
Sample 20180061-31G

Each sample was contained in a sealed jar and contained between 12.8g - 16.7g of material. The package contained a letter from Mr. Satterley authorizing analysis of all 16 talc samples for the presence of regulated asbestos. J3 analyzed the talcum powder samples for the presence and percentage of regulated asbestos utilizing the following appropriate methods:

| | |
|---|---|
| ***ISO 22262-1 (2012)*** | ***Air quality — Bulk materials — Part 1: Sampling and qualitative determination of asbestos in commercial bulk materials*** |
| ***ISO 22262-2 (2014)*** | ***Air quality — Bulk materials — Part 2: Quantitative determination of asbestos by gravimetric and microscopical methods*** |
| ***ISO 22262-3 (2016)*** | ***Air quality — Bulk materials — Part 3: Quantitative determination of asbestos by X-ray diffraction method*** |

EXHIBIT
PENGAD 800-631-6989
16
Poye

resources, inc.

**The summary of results of this study by ISO 22262 (Parts 1-3) are as follows:**

Talc was found in each of the samples in various forms – plates, fibers, and ribbons. No regulated asbestos was detected in any of the Polarized Light Microscopy analyses conducted on any of the 16 samples indicating that any asbestos present was below the detection limit for this method.

Following gravimetric reduction and heavy liquid separation of all 16 submitted samples, Analytical Transmission Electron Microscopy analysis found regulated asbestos in 11 of the 16 submitted samples. The regulated asbestos fibers were all Anthophyllite asbestos.

X-Ray-Diffraction analysis did not indicate a significant peak in the appropriate range for amphibole asbestos in any of the 16 samples and would also indicate any asbestos present is below the detection limit for this method.

These reports are considered highly confidential and the sole property of the customer. J3 Resources, Inc. will not discuss any part of this study with personnel other than those authorized by the customer. This report shall not be reproduced, except in full, without written approval from J3 Resources, Inc. Samples will be returned or disposed of after 90 (ninety) days unless longer storage is requested. If you should have any questions about this report, please feel free to call me at 713-290-0221.

Sincerely,

Lee W. Poye
Vice President
J3 Resources, Inc.

# JH1898969
# Analysis of Shower to Shower Talc Samples

For:
Joseph D. Satterley, Esquire
Satterley & Kelley, PLLC.
8700 Westport Road, Suite 202
Louisville, KY 40242
(502) 589-5600

By:
Lee W. Poye
Vice President
J3 Resources, Inc.
6110 W 34th Street
Houston, TX 77092

July 13, 2018

## INTRODUCTION

The data presented in this report is based on analytical analysis of sixteen (16) Shower to Shower talcum powder samples as received by J3 Resources, Inc. from Joseph D. Satterley, Esq. of Satterley & Kelley, PLLC, on May 23, 2018. The samples were forwarded to and received by J3 via Federal Express Delivery (Air Bill Number 811928628966).

The package contained sixteen (16) Shower to Shower talcum powders each individually sealed within a labeled plastic jar and a letter detailing the scope of work requested. Each jar was sealed with black electrical tape. The samples were logged into the J3 Laboratory Information Management System (LIMS) and the project was assigned the J3 job number JH1898969. Each sample was assigned a specific J3 identification number.

J3 Resources Inc. purchased a four-ounce bottle of *Johnson's Baby Powder* (Lot # 0354RA) from Walgreen's Pharmacy on June 11, 2014 to use as a Laboratory Control Sample.

The "16 Shower to Shower Talc" talcum powder samples were assigned the specific J3 identification numbers as follows:

| Client ID | | J3 Sample ID |
|---|---|---|
| Sample 20180070-07D | = | STS 1601A |
| Sample 20180061-37D | = | STS 1602A |
| Sample 20180061-38D | = | STS 1603A |
| Sample 20180061-45D | = | STS 1604A |
| Sample 20180061-50D | = | STS 1605A |
| Sample 20180061-51D | = | STS 1606A |
| Sample 20180061-52D | = | STS 1607A |
| Sample 20180061-63D | = | STS 1608A |
| Sample 20180061-65D | = | STS 1609A |
| Sample 20180061-66D | = | STS 1610A |
| Sample 20180061-02D | = | STS 1611A |
| Sample 20180061-10D | = | STS 1612A |
| Sample 20180061-15D | = | STS 1613A |
| Sample 20180061-21D | = | STS 1614A |
| Sample 20180061-31F | = | STS 1615A |
| Sample 20180061-31G | = | STS 1616A |

## PROCEDURES

As directed, J3 analyzed each of the talcum powder samples submitted following procedures in ISO 22262-1 (2012), ISO 22262-2 (2014), and ISO 22262-3 (2016):

***ISO 22262-1 (2012); Air quality — Bulk materials —***
***Part 1: Sampling and qualitative determination of asbestos in commercial bulk materials.***

This method utilizes Polarized Light Microscopy (PLM) to identify asbestos structures based on unique optical properties present in bulk materials. This method was designed to be utilized when asbestos fibers can be readily separated from the matrix material for identification. Following this analysis, samples may be further characterized by Analytical Transmission Electron Microscopy to improve detection limits. PLM specifically is limited by resolution of the optical microscope and matrix of the sample, thus, fibers smaller than 0.2μm are unlikely to be detected. With appropriate matrix reduction procedures and depending on the analytical technique utilized, the limit of detection with this method can be significantly lower than 0.01%.

***ISO 22262-2 (2014) Air quality — Bulk materials —***
***Part 2: Quantitative determination of asbestos by gravimetric and microscopical methods***

This method was designed to quantify samples whose asbestos mass fractions are below 5% by weight and specifically applies to commercially available products containing talc. Samples that contain asbestos at low mass fractions within the sample matrix require additional preparation steps or else microscopic analysis proves to be unreliable. The ability to detect asbestos in this lower range depends on the proportion of non-asbestos material which can be removed from the sample using gravimetric methods. With appropriate matrix reduction procedures (gravimetric reduction, heavy liquid separation, etc.) and the use of Analytical Transmission Electron Microscope, the limit of detection can be significantly lower than 0.001%.

***ISO 22262-3 (2016) Air quality — Bulk materials —***
***Part 3: Quantitative determination of asbestos by X-ray diffraction method***

This method utilizes XRD to determine the weight percent of mineral phases in a pelletized sample. This method may allow for a detection limit of 0.1% to be reached if sufficient material is analyzed for a sufficient time. This method cannot differentiate between asbestiform and non-asbestiform phases of minerals.

**DEFINITIONS**

Regulated Asbestos

The term 'Regulated Asbestos' as used in this document refers to the six asbestiform minerals identified by OSHA, NIOSH, and/or USEPA and specifically defined as follows in the methods utilized by this study.

From USEPA 600/R-93/116: – A commercial term applied to the asbestiform varieties of six different minerals. The asbestos types are chrysotile (asbestiform serpentine), amosite (asbestiform grunerite), crocidolite (asbestiform riebeckite), and asbestiform anthophyllite, asbestiform tremolite, and asbestiform actinolite. The properties of asbestos that caused it to be widely used commercially are: 1) its ability to be separated into long, thin, flexible fibers; 2) high tensile strength; 3) low thermal and electrical conductivity; 4) high mechanical and chemical durability, and 5) high heat resistance.

From OSHA ID-191: Asbestos: A term for naturally occurring fibrous minerals. Asbestos includes chrysotile, cummingtonite-grunerite asbestos (amosite), anthophyllite asbestos, tremolite asbestos, crocidolite, actinolite asbestos and any of these minerals which have been chemically treated or altered. The precise chemical formulation of each species varies with the location from which it was mined. Nominal compositions are listed:

Chrysotile
$Mg_3Si_2O_5(OH)_4$

Crocidolite (Riebeckite asbestos)
$Na_2Fe_3^{2+}Fe_2^{3+}Si_8O_{22}(OH)_2$

Cummingtonite-Grunerite asbestos (Amosite)
$(Mg,Fe)_7Si_8O_{22}(OH)_2$

Tremolite-Actinolite asbestos
$Ca_2(Mg,Fe)_5Si_8O_{22}(OH)_2$

Anthophyllite asbestos
$(Mg,Fe)_7Si_8O_{22}$(OH)2

NOTE: Anthophyllite and cummingtonite are both regulated asbestos types. For the scope of this report, the term anthophyllite includes all minerals in the anthophyllite - ferro-anthophyllite - cummingtonite solid solution series as documented in Deer *et. al.*, 1974.

Cleavage Fragment

As defined by ISO 22262-2, a cleavage fragment is a fragment of a crystal that is bounded by cleavage faces. Crushing of non-asbestiform amphibole generally yields elongated fragments that conform to the definition of a fiber, but rarely have aspect ratios exceeding 30:1.

In this report, to differentiate cleavage fragments from fibers, J3 Resources, Inc. will follow the guidelines detailed in the OSHA standard (OSHA 29 CFR 1915.1001 App K) as detailed below.

*"Most cleavage fragments of the asbestos minerals are easily distinguishable from true asbestos fibers. This is because true cleavage fragments usually have larger diameters than 1 µm. Internal structure of particles larger than this usually shows them to have no internal fibrillar structure. In addition, cleavage fragments of the monoclinic amphiboles show inclined extinction under crossed polars with no compensator. Asbestos fibers usually show extinction at zero degrees or ambiguous extinction if any at all. Morphologically, the larger cleavage fragments are obvious by their blunt or stepped ends showing prismatic habit. Also, they tend to be acicular rather than filiform.*

*Where the particles are less than 1 µm in diameter and have an aspect ratio greater than or equal to 3:1, it is recommended that the sample be analyzed by SEM or TEM if there is any question whether the fibers are cleavage fragments or asbestiform particles."*

Limit of quantification

From ISO 22262-2 (2014) - The limit of quantification is defined as the detection and identification of one fiber or fiber bundle in the amount of sample examined. The limit of quantification that can be achieved depends on:

a) the nature of the matrix of the sample;
b) the size of the asbestos fibers and bundles;
c) the use of appropriate sample preparation and matrix reduction (gravimetric) procedures;
d) the amount of time expended on examination of the sample; and,
e) the method of analysis used, PLM, SEM or TEM.

With appropriate matrix reduction procedures that are selected based on the nature of the sample, the limit of quantification can be lower than 0.001 %.

## MATERIALS AND EQUIPMENT

Optical macroscopic sample analysis was performed by using a Leica S6D Stereoscope equipped with a Leica L2 light source and digital camera. PLM analysis was conducted with a Leica DM 750P equipped with a 10X/0.25 polarized dispersion staining objective, a 40X/0.65 objective, a 10x/0.25 objective, a 4x/0.10 objective, and 10X oculars, also fitted with a digital camera. Analysis was conducted between 40x – 400x magnification.

Analytical Transmission Electron Microscope (ATEM) analysis was performed using a JEOL 1200EX ATEM at 100kV equipped with an IXRF Energy Dispersive X-ray Spectroscopy (EDS) analysis system and a Super Ultra-Thin Window (SUTW) high-angle AAT detector. Analysis was conducted between 3,000x and 25,000x magnification. Any particle of interest was analyzed as to its morphological character, elemental composition using EDS, and crystalline pattern using Selected Area Electron Diffraction (SAED). Images of interest were recorded with a digital camera.

X-ray powder diffraction was conducted using a PANalytical CubiX$^3$ HR X-Ray Diffractometer (XRD) with Bragg-Brentano$^{HD}$ optics.

**RESULTS**

| Sample | PLM Analysis ISO 22262-1 | TEM Analysis ISO 22262-2 | | XRD Analysis ISO 22262-3 |
|---|---|---|---|---|
| | Asbestos Type | Asbestos Type | Mass Fraction | Asbestos Type |
| 20180070-07D | None Detected | Anthophyllite | 0.00073% | None Detected |
| 20180061-37D | None Detected | Anthophyllite | 0.000030% | None Detected |
| 20180061-38D | None Detected | Anthophyllite | 0.0037% | None Detected |
| 20180061-45D | None Detected | Anthophyllite | 0.0019% | None Detected |
| 20180061-50D | None Detected | None Detected | < 0.000000025% | None Detected |
| 20180061-51D | None Detected | None Detected | < 0.000000024% | None Detected |
| 20180061-52D | None Detected | Anthophyllite | 0.0040% | None Detected |
| 20180061-63D | None Detected | Anthophyllite | 0.000035% | None Detected |
| 20180061-65D | None Detected | Anthophyllite | 0.0092% | None Detected |
| 20180061-66D | None Detected | None Detected | < 0.000000025% | None Detected |
| 20180061-02D | None Detected | None Detected | < 0.000000025% | None Detected |
| 20180061-10D | None Detected | Anthophyllite | 0.000026% | None Detected |
| 20180061-15D | None Detected | Anthophyllite | 0.0013% | None Detected |
| 20180061-21D | None Detected | None Detected | < 0.000000022% | None Detected |
| 20180061-31F | None Detected | Anthophyllite | 0.0029% | None Detected |
| 20180061-31G | None Detected | Anthophyllite | 0.00052% | None Detected |

## QUALITY ASSURANCE - QUALITY CONTROL

In addition to normal QA/QC required by the various accrediting bodies, J3 opted to employ additional QA/QC measures specifically for this project. To rule out the possibility of contamination of samples while in the laboratory, J3 Resources, Inc. prepared and analyzed Control Blanks with all talc samples submitted. Additionally, air monitoring was conducted and analyzed using ASTM D6281 protocols during all sample preparations. For a Control Blank, J3 used a currently available brand name consumer talcum powder which was prepared and analyzed alongside preparation and analysis of all customer samples generated during this project.

**No regulated asbestos was detected in the Control Blank.**

**No regulated asbestos was detected in any of the air monitoring samples.**

## REFERENCES

Asbestos Hazard Emergency Response Act. Appendix A to Subpart E - Interim Transmission Electron Microscopy Analytical Methods. U.S. EPA 40 CFR 763. Asbestos-containing materials in schools, final rule and notice. *Federal Register* 1987; 52(210):41857-94.

ASTM. Standard Practice for Asbestos Detection Limit Based on Count.  ASTM Designation D6620-06 (Reapproved 2010). West Conshohocken, PA: American Society for Testing and Materials; 2006.

ASTM. Standard Test Method for Airborne Asbestos Concentration in Ambient and Indoor Atmospheres as Determined by TEM Direct Transfer.  ASTM Designation D6281-06. West Conshohocken, PA: American Society for Testing and Materials; 2006.

Deer, W.A., Howie, R.A., Zussman, J., *Rock Forming Minerals*, Longman, Thetford, UK, 1974.

Chatfield EJ. A validated method for gravimetric determination of low concentrations of asbestos in bulk materials. In: Beard ME, Rook HL, editors. *Advances in Environmental Measurement Methods for Asbestos.* ASTM STP 1342. West Conshohocken, PA: ASTM 2000. pp. 90-110.

International Standards Organization, ISO 13794. Ambient air: determination of asbestos fibers Indirect-transfer transmission electron microscopy method. Geneva, Switzerland: International Standards Organization; 1999.

International Standards Organization, ISO 22262. Air Quality – Bulk Materials – Part 1:  Sampling and qualitative determination of asbestos in commercial bulk materials, 2012.

International Standards Organization, ISO 22262. Air Quality – Bulk Materials – Part 2: Quantitative Determination of Asbestos by Gravimetric and Microscopical Methods, 2014.

International Standards Organization, ISO 22262. Air Quality – Bulk Materials – Part 3: Quantitative Determination of asbestos by X-ray diffraction method, 2016.

Millette, JR, 2011. Asbestos Analysis Methods. In: Dodson, RF and Hammar, SP editors: Asbestos-Risk Assessment, Epidemiology, and Health Effects – 2nd ed., Taylor and Francis Publishing. pp. 23-48.

National Institute of Occupational Safety and Health, NIOSH 7400. Asbestos and Other Fibers by Phase Contrast Microscopy (PCM) – Method 7400. *NIOSH Manual of Analytical Methods.* 4th ed. Washington, DC: U.S. Dept. of Health & Human Services;1994. NIOSH Publication #94-113.

National Institute of Standards and Technology, Certificate of Analysis – Standard Reference Material 1867a - Uncommon Commercial Asbestos.  Gaithersburg, MD.  March 2003.

Occupational Safety and Health Administration:  Rules and Regulations, Department of Labor: 29 CFR Parts 1910, 1915 and 1926, 59 FR 40964, RIN: 1218-AB25; Occupational Exposure to Asbestos; August 1994-Final Rule; Appendix B of 1910.1001; 1. Introduction and Appendix K of 1915.1001; Polarized Light Microscopy of Asbestos. 3.5 Analytical Procedure.

U.S. Environmental Protection Agency.  Method for the Determination of Asbestos in Bulk Building Materials. EPA-600/R93/116. Washington DC U.S. Environmental Protection Agency. July 1993.

Verkouteren, J.R.; Wylie, A.G.; *The Tremolite-Actinolite-Ferro-Actinolite Series: Systematic Relationships Among Cell Parameters, Composition, Optical Properties and Habit, and Evidence of Discontinuities*; American Mineralogist, Vol. 85, pp. 1239-1354 (2000).



# Appendix A

# General Observations of Fibrous Components



J3
resources, inc.

# Typical ATEM Grid Loading

StS-10_003
Filter Loading
Microscopist: LWP
10 µm
HV=100kV
Direct Mag: 200 x
J3 Resources, Inc.



# Talc Fiber (Typical)
## Morphology and Diffraction Pattern





J3 resources, inc.

# Talc Ribbon (Typical) - Morphology

## Demonstrating Typical Kink

StS-09-001.tif
Talc Ribbon
Microscopist: LWP
500 nm
HV=100kV
Direct Mag: 30000 x
J3 Resources, Inc.



# Talc Ribbon (Typical) - Morphology

## (0° and 40° Rotation)







J3
resources, inc.

# Anthophyllite Fiber

## Morphology and Diffraction Pattern

9.69 µm
0.266 µm
Anthophyllite
1 µm
Direct Mag: 10000 x
J3 Resources, Inc.

SAED

JH1898969

Page 17 of 268



# Anthophyllite Fiber

## Morphology – Aspect Ratios > 20:1

Microscopist: LWP

2 µm
Direct Mag: 4000 x
J3 Resources, Inc.

Anthophyllite
Microscopist: LWP

2 µm
HV=100kV
Direct Mag: 4000 x
J3 Resources, Inc.





# APPENDIX B

# LABORATORY REPORTS



# Sample 20180070-07D
## (J3 Lab ID: STS 1601A)



Sample as received by J3 Resources, Inc.



# Determination of Asbestos in Talc by PLM

## ISO 22262-1:2014

## Sample 20180070-07D

The sample was a white powder containing 85% medium to large platy Talc particles (100µm to >200µm in size) and Talc rods. The remaining 15% percent was composed of carbonate material.

No asbestos was detected by PLM.

## Polarized Light Microscope Images

*100X Magnification of Talc Particles Crossed polars and 530nm gypsum compensator plate*

*100X Magnification dispersion staining of Talc Particles 1.550 refractive index oil*



# Determination of Asbestos in Talc by ATEM

## ISO 22262-2:2014

## Sample 20180070-07D

**J3 Order #:** JH1898969 **Analyst:** Lee Poye

**Customer:** Joseph Satterley, Esq. **Date:** 30-Jun-2018

---

**Weight of Sample*:** 0.0176 g
**Percent of Original Sample*:** 81%
**Suspension Volume:** 1.5 mL
**Filtered Suspension Volume:** 0.1 mL

**Filter Size:** 25 mm
**Filter Pore Size:** 0.2 µm
**Area of Analytical Filter:** 210 $mm^2$
**GO Size:** 0.0132 $mm^2$
**GO Area Analyzed:** 1.056 $mm^2$

## Results Summary

| Asbestos Structure Number | Length (µm) | Width (µm) | Aspect Ratio | Asbestos Type |
|---|---|---|---|---|
| 1 | 3.5 | 0.25 | 14 | Anthophyllite |
| 2 | 6 | 0.4 | 15 | Anthophyllite |
| 3 | 7.5 | 0.2 | 37.5 | Anthophyllite |
| 4 | 11 | 0.6 | 18.3 | Anthophyllite |
| 5 | 4 | 0.25 | 16 | Anthophyllite |
| 6 | 14 | 1.1 | 12.7 | Anthophyllite |
| 7 | 8.5 | 0.4 | 21.3 | Anthophyllite |
| 8 | 9 | 0.6 | 15 | Anthophyllite |
| 9 | 10 | 0.9 | 11.1 | Anthophyllite |
| AVERAGE | 8.2 | 0.52 | 15.6 | |

**Total Asbestos Structures:** 9
**Anthophyllite Density:** 3000 $kg/m^3$
**Cross-section Shape Factor (Amphibole):** 0.5

**Asbestos Mass Fraction:** **0.00090%**
**Asbestos Mass Fraction of Original Sample:** **0.00073%**

* Sample was previously gravimetrically reduced.

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180070-07D

**Analyst:** Lee Poye
**Date:** 30-Jun-2018
**Page:** 1 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 1 | | | | | | | | | |
| | B1 | | NSD | | | | | | |
| | B2 | | NSD | | | | | | |
| | B3 | | NSD | | | | | | |
| | B4 | | NSD | | | | | | |
| | B5 | | NSD | | | | | | |
| | B6 | | NSD | | | | | | |
| | B7 | | NSD | | | | | | |
| | B8 | | 1 | 3.5 x 0.25 | Anthophyllite | Yes | 01 | 02 | Zone Axis [1 0 1] |
| | B9 | | NSD | | | | | | |
| | B10 | | NSD | | | | | | |
| | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | NSD | | | | | | |
| | D5 | | NSD | | | | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | NSD | | | | | | |
| | D8 | | NSD | | | | | | |
| | D9 | | NSD | | | | | | |
| | D10 | | NSD | | | | | | |
| | | | | | | | | | |
| 2 | | | | | | | | | |
| | H1 | | NSD | | | | | | |
| | H2 | | NSD | | | | | | |
| | H3 | | NSD | | | | | | |
| | H4 | | NSD | | | | | | |
| | H5 | | NSD | | | | | | |
| | H6 | | NSD | | | | | | |
| | H7 | | NSD | | | | | | |
| | H8 | | NSD | | | | | | |
| | H9 | | NSD | | | | | | |
| | H10 | | NSD | | | | | | |
| | C1 | | NSD | | | | | | |
| | C2 | | 2 | 6 x 0.40 | Anthophyllite | Yes | 07 | 08 | |
| | C3 | | NSD | | | | | | |
| | C4 | | NSD | | | | | | |
| | C5 | | 3 | 7.5 x 0.20 | Anthophyllite | Yes | 09 | | |

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

## LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180070-07D

**Analyst:** Lee Poye
**Date:** 30-Jun-2018
**Page:** 2 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (μm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 2 | C5 | | 4 | 11 x 0.60 | Anthophyllite | Yes | | | |
| | C6 | | NSD | | | | | | |
| | C7 | | 5 | 4 x 0.25 | Anthophyllite | Yes | 10 | 11 | |
| | C8 | | NSD | | | | | | |
| | C9 | | 6 | 14 x 1.10 | Anthophyllite | Yes | 06 | 05 | |
| | C10 | | 7 | 8.5 x 0.40 | Anthophyllite | Yes | 03 | 04 | |
| | | | | | | | | | |
| 3 | | | | | | | | | |
| | I1 | | NSD | | | | | | |
| | I2 | | NSD | | | | | | |
| | I3 | | NSD | | | | | | |
| | I4 | | 8 | 9 x 0.60 | Anthophyllite | Yes | 13 | 12 | |
| | I5 | | NSD | | | | | | |
| | I6 | | NSD | | | | | | |
| | I7 | | NSD | | | | | | |
| | I8 | | NSD | | | | | | |
| | I9 | | NSD | | | | | | |
| | I10 | | NSD | | | | | | |
| | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | NSD | | | | | | |
| | D5 | | NSD | | | | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | NSD | | | | | | |
| | D8 | | NSD | | | | | | |
| | D9 | | NSD | | | | | | |
| | D10 | | NSD | | | | | | |
| | | | | | | | | | |
| 4 | | | | | | | | | |
| | H1 | | NSD | | | | | | |
| | H2 | | NSD | | | | | | |
| | H3 | | NSD | | | | | | |
| | H4 | | 9 | 10 x 0.90 | Anthophyllite | Yes | | | |
| | H5 | | NSD | | | | | | |
| | H6 | | NSD | | | | | | |
| | H7 | | NSD | | | | | | |
| | H8 | | NSD | | | | | | |

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

**LAB WORKSHEET**

**Customer:** Joseph Satterley, Esq.

**J3 Order #:** JH1898969

**Sample #:** 20180070-07D

**Analyst:** Lee Poye

**Date:** 30-Jun-2018

**Page:** 3 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 4 | | | | | | | | | |
| | H9 | | NSD | | | | | | |
| | H10 | | NSD | | | | | | |
| | E1 | | NSD | | | | | | |
| | E2 | ✓ | NA | | Talc | Yes | 14 | 15 | Fiber |
| | E3 | | NSD | | | | | | |
| | E4 | | NSD | | | | | | |
| | E5 | | NSD | | | | | | |
| | E6 | | NSD | | | | | | |
| | E7 | | NSD | | | | | | |
| | E8 | | NSD | | | | | | |
| | E9 | | NSD | | | | | | |
| | E10 | | NSD | | | | | | |



# Sample 20180070-07D
# Structure 1 - Morphology



StS-01 Full Quant_001
Anthophyllite
GO - B8
11:11:46 6/27/2018
Microscopist: LWP

600 nm
HV=100kV
Direct Mag: 25000 x
J3 Resources, Inc.



# Sample 20180070-07D
# Structure 1 – Diffraction Pattern and EDS







# Sample 20180070-07D
# Structure 2 - Morphology

StS-01 Full Quant_007
Anthophyllite
GO - C2
Microscopist: LWP

600 nm
HV=100kV
Direct Mag: 20000 x
J3 Resources, Inc.



# Sample 20180070-07D
# Structure 2 – Diffraction Pattern and EDS







# Sample 20180070-07D
# Structure 3 – Morphology and EDS

StS-01 Full Quant_009
Anthophyllite
GO - C5
Microscopist: LWP

1 µm
HV=100kV
Direct Mag: 15000 x
J3 Resources, Inc.





# Sample 20180070-07D
# Structure 5 - Morphology



StS-01 Full Quant_010
Anthophyllite
GO - C7
Microscopist: LWP

600 nm
HV=100kV
Direct Mag: 25000 x
J3 Resources, Inc.

J3 resources, inc.

# Sample 20180070-07D
# Structure 5 – Diffraction Pattern





# Sample 20180070-07D
# Structure 6 - Morphology

StS-01 Full Quant_006
Anthophyllite
GO - C9
Microscopist: LWP

2 µm
HV=100kV
Direct Mag: 7500 x
J3 Resources, Inc.

J3 resources, inc.

# Sample 20180070-07D
# Structure 6 – Diffraction Pattern and EDS







# Sample 20180070-07D
# Structure 7 - Morphology



StS-01 Full Quant_003 ZA.tif
Anthophyllite - SAED - ZA  [1 0 1]
GO - C10
Microscopist: LWP
Microscopist: LWP

600 nm
HV=100kV
Direct Mag: 25000 x
J3 Resources, Inc.

resources, inc.

# Sample 20180070-07D
# Structure 7 – Diffraction Pattern and EDS







# Sample 20180070-07D
# Structure 8 - Morphology

StS-01 Full Quant_013
Anthophyllite
Grid 3 GO - I4
Microscopist: LWP

1 µm
HV=100kV
Direct Mag: 12000 x
J3 Resources, Inc.

resources, inc.

# Sample 20180070-07D
# Structure 8 – Diffraction Pattern

StS-01 Full Quant_012
Anthophyllite - SAED
Grid 3 GO - 14
Microscopist: LWP

0.2 (1/Å)
HV=100kV
Cam Len: 0.8000 m
J3 Resources, Inc.



resources, inc.

# Sample 20180070-07D
# Talc Fiber (GO E2) - Morphology

StS-01 Full Quant_014
Talc
Grid 3 GO - E2
Microscopist: LWP
2 µm
HV=100kV
Direct Mag: 4000 x
J3 Resources, Inc.

J3 resources, inc.

# Sample 20180070-07D
# Talc Fiber (GO E2) - Diffraction Pattern

SiS-01 Full Quant_015
Talc - SAED
Grid 3 GO - E2
Microscopist: LWP

0.2 (1/Å)
HV=100kV
Cam Len: 0.8000 m
J3 Resources, Inc.



# Determination of Asbestos in Talc by XRD

## ISO 22262-3:2016

## Sample 20180070-07D

*No Amphibole Peak Present*



# Sample 20180061-37D
## (J3 Lab ID: STS 1602A)



Sample as received by J3 Resources, Inc.



# Determination of Asbestos in Talc by PLM

## ISO 22262-1:2014

## Sample 20180061-37D

The sample was a white powder containing 85% medium to large platy Talc particles (100µm to >200µm in size) and Talc rods. The remaining 15% percent was composed of carbonate material.

No asbestos was detected by PLM.

## Polarized Light Microscope Images

*100X Magnification of Talc Particles Crossed polars and 530nm gypsum compensator plate*

*100X Magnification dispersion staining of Talc Particles 1.550 refractive index oil*

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

## ISO 22262-2:2014

## Sample 20180061-37D

**J3 Order #:** JH1898969
**Analyst:** Lee Poye
**Customer:** Joseph Satterley, Esq.
**Date:** 30-Jun-2018

---

**Weight of Sample*:** 0.0174 g
**Percent of Original Sample*:** 80%
**Suspension Volume:** 1.5 mL
**Filtered Suspension Volume:** 0.1 mL

**Filter Size:** 25 mm
**Filter Pore Size:** 0.2 μm
**Area of Analytical Filter:** 210 $mm^2$
**GO Size:** 0.0132 $mm^2$
**GO Area Analyzed:** 1.056 $mm^2$

## Results Summary

| Asbestos Structure Number | Length (μm) | Width (μm) | Aspect Ratio | Asbestos Type |
|---|---|---|---|---|
| 1 | 16 | 0.3 | 53.3 | Anthophyllite |
| AVERAGE | 16 | 0.3 | 53.3 | |

**Total Asbestos Structures:** 1
**Anthophyllite Density:** 3000 $kg/m^3$
**Cross-section Shape Factor (Amphibole):** 0.5

**Asbestos Mass Fraction:** **0.000037%**
**Asbestos Mass Fraction of Original Sample:** **0.000030%**

* Sample was previously gravimetrically reduced.

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-37D

**Analyst:** Lee Poye
**Date:** 30-Jun-2018
**Page:** 1 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 1 | | | | | | | | | |
| | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | NSD | | | | | | |
| | D5 | | NSD | | | | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | NSD | | | | | | |
| | D8 | | NSD | | | | | | |
| | D9 | | NSD | | | | | | |
| | D10 | | NSD | | | | | | |
| | H1 | ✓ | NA | 9.6 x 2.60 | Tremolite | Yes | 06 | 07 | Cleavage Fragment |
| | H2 | | NSD | | | | | | |
| | H3 | | NSD | | | | | | |
| | H4 | ✓ | NA | 19 x 0.50 | Talc | Yes | 09 | | Ribbon |
| | H5 | ✓ | NA | 36 x 1.20 | Talc | Yes | 10 | 11 | Fiber |
| | H6 | | NSD | | | | | | |
| | H7 | ✓ | NA | 13 x 1.30 | Talc | Yes | | | Fiber |
| | H8 | | NSD | | | | | | |
| | H9 | | NSD | | | | | | |
| | H10 | | NSD | | | | | | |
| | | | | | | | | | |
| 2 | | | | | | | | | |
| | C1 | | NSD | | | | | | |
| | C2 | | NSD | | | | | | |
| | C3 | | NSD | | | | | | |
| | C4 | | NSD | | | | | | |
| | C5 | | NSD | | | | | | |
| | C6 | | 1 | 16 x 0.30 | Anthophyllite | Yes | 12 | 13 | |
| | C7 | | NSD | | | | | | |
| | C8 | | NSD | | | | | | |
| | C9 | | NSD | | | | | | |
| | C10 | ✓ | NSD | 31 x 2.70 | Talc | Yes | | | |
| | G1 | | NSD | | | | | | |
| | G2 | | NSD | | | | | | |
| | G3 | | NSD | | | | | | |
| | G4 | | NSD | | | | | | |
| | G5 | | NSD | | | | | | |

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-37D

**Analyst:** Lee Poye
**Date:** 30-Jun-2018
**Page:** 2 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 2 | | | | | | | | | |
| | G6 | | NSD | | | | | | |
| | G7 | | NSD | | | | | | |
| | G8 | | NSD | | | | | | |
| | G9 | | NSD | | | | | | |
| | G10 | ✓ | NA | 31 x 2.70 | Talc | Yes | | | |
| | | | | | | | | | |
| 3 | | | | | | | | | |
| | C1 | | NSD | | | | | | |
| | C2 | | NSD | | | | | | |
| | C3 | | NSD | | | | | | |
| | C4 | | NSD | | | | | | |
| | C5 | | NSD | | | | | | |
| | C6 | | NSD | | | | | | |
| | C7 | | NSD | | | | | | |
| | C8 | | NSD | | | | | | |
| | C9 | | NSD | | | | | | |
| | C10 | | NSD | | | | | | |
| | J1 | | NSD | | | | | | |
| | J2 | | NSD | | | | | | |
| | J3 | | NSD | | | | | | |
| | J4 | | NSD | | | | | | |
| | J5 | | NSD | | | | | | |
| | J6 | | NSD | | | | | | |
| | J7 | | NSD | | | | | | |
| | J8 | | NSD | | | | | | |
| | J9 | | NSD | | | | | | |
| | J10 | | NSD | | | | | | |
| | | | | | | | | | |
| 4 | | | | | | | | | |
| | B1 | | NSD | | | | | | |
| | B2 | | NSD | | | | | | |
| | B3 | | NSD | | | | | | |
| | B4 | | NSD | | | | | | |
| | B5 | | NSD | | | | | | |
| | B6 | | NSD | | | | | | |
| | B7 | | NSD | | | | | | |
| | B8 | | NSD | | | | | | |

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

## LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-37D

**Analyst:** Lee Poye
**Date:** 30-Jun-2018
**Page:** 3 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 4 | | | | | | | | | |
| | B9 | | NSD | | | | | | |
| | B10 | ✓ | NA | 16 x 0.60 | Talc | Yes | | | Ribbon |
| | H1 | | NSD | | | | | | |
| | H2 | | NSD | | | | | | |
| | H3 | | NSD | | | | | | |
| | H4 | | NSD | | | | | | |
| | H5 | | NSD | | | | | | |
| | H6 | | NSD | | | | | | |
| | H7 | | NSD | | | | | | |
| | H8 | | NSD | | | | | | |
| | H9 | | NSD | | | | | | |
| | H10 | | NSD | | | | | | |

J3 resources, inc.

# Sample 20180061-37D
## Tremolite Cleavage Fragment (GO H1) - Morphology

9.60 µm
2.57 µm
StS-02_006
Tremolite < 5:1 AR
GO - H1
Microscopist: LWP
1 µm
HV=100kV
Direct Mag: 10000 x
J3 Resources, Inc.

J3 resources, inc.

# Sample 20180061-37D
# Tremolite Cleavage Fragment (GO H1)
# Diffraction Pattern and EDS





J3 resources, inc.

# Sample 20180061-37D
# Talc (GO H4) - Morphology

StS-02_009
Talc Ribbon
GO - H4
Microscopist: LWP

2 μm
HV=100kV
Direct Mag: 7500 x
J3 Resources, Inc.



# Sample 20180061-37D
# Talc (GO H5) - Morphology

StS-02_010
Talc Fiber
GO - H5
Microscopist: LWP
2 µm
HV=100kV
Direct Mag: 7500 x
J3 Resources, Inc.

J3 resources, inc.

# Sample 20180061-37D
# Talc (GO H5) – Diffraction Pattern

SIS-02_011
Talc Fiber - SAED
GO - H5
Microscopist: LWP

0.2 (1/A)
HV=100kV
Cam Len: 0.8000 m
J3 Resources, Inc.





# Sample 20180061-37D
# Structure 1 - Morphology

StS-02_012
Anthophyllite
Grid B GO - C6
Microscopist: LWP

2 µm
HV=100kV
Direct Mag: 6000 x
J3 Resources, Inc.

J3 resources, inc.

# Sample 20180061-37D
# Structure 1 – Diffraction Pattern and EDS







# Determination of Asbestos in Talc by XRD

## ISO 22262-3:2016

## Sample 20180061-37D



*No Amphibole Peak Present*



# Sample 20180061-38D
## (J3 Lab ID: STS 1603A)



Sample as received by J3 Resources, Inc.



# Determination of Asbestos in Talc by PLM

## ISO 22262-1:2014

## Sample 20180061-38D

The sample was a white powder containing 60% medium to large platy Talc particles (100µm to >200µm in size). The remaining 40% percent was composed of 20% starch and 20% carbonate material.

No asbestos was detected by PLM.

## Polarized Light Microscope Images



*100X Magnification of Talc Particles Crossed polars and 530nm gypsum compensator plate*



*100X Magnification dispersion staining of Talc Particles 1.550 refractive index oil*



# Determination of Asbestos in Talc by ATEM

## ISO 22262-2:2014

## Sample 20180061-38D

**J3 Order #:** JH1898969
**Analyst:** Lee Poye
**Customer:** Joseph Satterley, Esq.
**Date:** 30-Jun-2018

---

**Weight of Sample*:** 0.0172 g
**Percent of Original Sample*:** 65%
**Suspension Volume:** 1.5 mL
**Filtered Suspension Volume:** 0.1 mL

**Filter Size:** 25 mm
**Filter Pore Size:** 0.2 µm
**Area of Analytical Filter:** 210 $mm^2$
**GO Size:** 0.0132 $mm^2$
**GO Area Analyzed:** 1.056 $mm^2$

## Results Summary

| Asbestos Structure Number | Length (µm) | Width (µm) | Aspect Ratio | Asbestos Type |
|---|---|---|---|---|
| 1 | 3.5 | 0.5 | 7 | Anthophyllite |
| 2 | 19 | 1.6 | 11.8 | Anthophyllite |
| 3 | 7 | 1.1 | 6.4 | Anthophyllite |
| 4 | 3.5 | 0.4 | 8.8 | Anthophyllite |
| 5 | 6 | 0.3 | 20 | Anthophyllite |
| 6 | 20 | 2.8 | 7.1 | Anthophyllite |
| 7 | 3 | 0.25 | 12 | Anthophyllite |
| AVERAGE | 8.9 | 0.99 | 8.9 | |

**Total Asbestos Structures:** 7
**Anthophyllite Density:** 3000 $kg/m^3$
**Cross-section Shape Factor (Amphibole):** 0.5

**Asbestos Mass Fraction of Original Sample:** **0.0056%**
**Asbestos Mass Fraction of Original Sample:** **0.0037%**

* Sample was previously gravimetrically reduced.

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-38D

**Analyst:** Lee Poye
**Date:** 30-Jun-2018
**Page:** 1 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 1 | | | | | | | | | |
| | A1 | | NSD | | | | | | |
| | A2 | | NSD | | | | | | |
| | A3 | | NSD | | | | | | |
| | A4 | | NSD | | | | | | |
| | A5 | | NSD | | | | | | |
| | A6 | | NSD | | | | | | |
| | A7 | | NSD | | | | | | |
| | A8 | | NSD | | | | | | |
| | A9 | ✓ | NA | 2.8 x 0.60 | Anthophyllite | Yes | 01 | 02 | Cleavage Fragment |
| | A10 | | NSD | | | | | | |
| | F1 | | NSD | | | | | | |
| | F2 | | NSD | | | | | | |
| | F3 | | 1 | 3.5 x 0.50 | Anthophyllite | Yes | | | |
| | F4 | | NA | | | | | | |
| | F5 | | NA | | | | | | |
| | F6 | | NSD | | | | | | |
| | F7 | | NA | | | | | | |
| | F8 | | 2 | 19 x 1.60 | Anthophyllite | Yes | | | |
| | F9 | | NSD | | | | | | |
| | F10 | | NSD | | | | | | |
| | | | | | | | | | |
| 2 | | | | | | | | | |
| | C1 | | NSD | | | | | | |
| | C2 | | NSD | | | | | | |
| | C3 | | NSD | | | | | | |
| | C4 | | NSD | | | | | | |
| | C5 | | NSD | | | | | | |
| | C6 | | NSD | | | | | | |
| | C7 | | NSD | | | | | | |
| | C8 | | NSD | | | | | | |
| | C9 | | NSD | | | | | | |
| | C10 | | NSD | | | | | | |
| | H1 | ✓ | NA | 7.5 x 1.10 | Anthophyllite | Yes | | | Cleavage Fragment |
| | H2 | | NSD | | | | | | |
| | H3 | | NSD | | | | | | |
| | H4 | | NSD | | | | | | |
| | H5 | | NSD | | | | | | |

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-38D

**Analyst:** Lee Poye
**Date:** 30-Jun-2018
**Page:** 2 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (μm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 2 | | | | | | | | | |
| | H6 | | NSD | | | | | | |
| | H7 | | NSD | | | | | | |
| | H8 | | NSD | | | | | | |
| | H9 | | NSD | | | | | | |
| | H10 | | NSD | | | | | | |
| | | | | | | | | | |
| 3 | | | | | | | | | |
| | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | ✓ | NA | 6 x 0.90 | Anthophyllite | Yes | 03 | 04 | Transitional |
| | D5 | | NSD | | | | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | NSD | | | | | | |
| | D8 | | NSD | | | | | | |
| | D9 | | NSD | | | | | | |
| | D10 | | NSD | | | | | | |
| | G1 | | NSD | | | | | | |
| | G2 | | NSD | | | | | | |
| | G3 | | NSD | | | | | | |
| | G4 | | NSD | | | | | | |
| | G5 | | NSD | | | | | | |
| | G6 | | NSD | | | | | | |
| | G7 | | NSD | | | | | | |
| | G8 | | NSD | | | | | | |
| | G9 | | 3 | 7 x 1.10 | Anthophyllite | Yes | | | |
| | G10 | | 4 | 3.5 x 0.40 | Anthophyllite | Yes | 05 | 06 | |
| | | | | | | | | | |
| 4 | | | | | | | | | |
| | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | NSD | | | | | | |
| | D5 | | NSD | | | | | | |
| | D6 | | 5 | 6 x 0.30 | Anthophyllite | Yes | | | |
| | D7 | | NSD | | | | | | |
| | D8 | | NSD | | | | | | |

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

**LAB WORKSHEET**

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-38D

**Analyst:** Lee Poye
**Date:** 30-Jun-2018
**Page:** 3 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (μm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 4 | | | | | | | | | |
| | D9 | | NSD | | | | | | |
| | D10 | | NSD | | | | | | |
| | H1 | | NSD | | | | | | |
| | H2 | | NSD | | | | | | |
| | H3 | | NSD | | | | | | |
| | H4 | | NSD | | | | | | |
| | H5 | | 6 | 20 x 2.80 | Anthophyllite | Yes | 07 | | |
| | H6 | | NSD | | | | | | |
| | H7 | | 7 | 3 x 0.25 | Anthophyllite | Yes | 08 | | |
| | H8 | | NSD | | | | | | |
| | H9 | | NSD | | | | | | |
| | H10 | | NSD | | | | | | |



# Sample 20180061-38D
# Anthophyllite (GO A9 - Cleavage Fragment) Morphology



StS-03 Full Quant_001
Anthophyllite Cleavage Fragment
GO-A9
Microscopist: LWP

600 nm
HV=100kV
Direct Mag: 20000 x
J3 Resources, Inc.

J3 resources, inc.

# Sample 20180061-38D
# Anthophyllite (GO A9 - Cleavage Fragment) Diffraction Pattern and EDS





resources, inc.

# Sample 20180061-38D
# Anthophyllite (GO D4 – Transitional) Morphology

StS-03 Full Quant_003
Anthophyllite/Talc - Transitional Fiber
GO-D9
Microscopist: LWP
1 µm
HV=100kV
Direct Mag: 15000 x
J3 Resources, Inc.



# Sample 20180061-38D
# Anthophyllite (GO D4 - Transitional)
# Diffraction Pattern



J3 resources, inc.

# Sample 20180061-38D
# Structure 4 - Morphology

StS-03 Full Quant_005
Anthophyllite
GO-G10
Microscopist: LWP

600 nm
HV=100kV
Direct Mag: 20000 x
J3 Resources, Inc.



# Sample 20180061-38D
# Structure 4 – Diffraction Pattern and EDS







# Sample 20180061-38D
# Structure 6 - Morphology

StS-03 Full Quant_007
Anthophyllite
GO-H5
Microscopist: LWP
2 µm
HV=100kV
Direct Mag: 5000 x
J3 Resources, Inc.



# Sample 20180061-38D
# Structure 7 - Morphology

StS-03 Full Quant_008
Anthophyllite
GO-H7
Microscopist: LWP

600 nm
HV=100kV
Direct Mag: 25000 x
J3 Resources, Inc.

resources, inc.

# Determination of Asbestos in Talc by XRD

## ISO 22262-3:2016

## Sample 20180061-38D

*No Amphibole Peak Present*



# Sample 20180061-45D
## (J3 Lab ID: STS 1604A)



Sample as received by J3 Resources, Inc.



# Determination of Asbestos in Talc by PLM

## ISO 22262-1:2014

## Sample 20180061-45D

The sample was a white powder containing 85% medium to large platy Talc particles (100µm to >200µm in size) and Talc rods. The remaining 15% percent was composed of carbonate material.

No asbestos was detected by PLM.

## Polarized Light Microscope Images

*100X Magnification of Talc Particles Crossed polars and 530nm gypsum compensator plate*

*100X Magnification dispersion staining of Talc Particles 1.550 refractive index oil*



# Determination of Asbestos in Talc by ATEM

## ISO 22262-2:2014

## Sample 20180061-45D

**J3 Order #:** JH1898969

**Analyst:** Lee Poye

**Customer:** Joseph Satterley, Esq.

**Date:** 30-Jun-2018

---

**Weight of Sample*:** 0.0175 g
**Percent of Original Sample*:** 79%
**Suspension Volume:** 1.5 mL
**Filtered Suspension Volume:** 0.1 mL

**Filter Size:** 25 mm
**Filter Pore Size:** 0.2 µm
**Area of Analytical Filter:** 210 $mm^2$
**GO Size:** 0.0132 $mm^2$
**GO Area Analyzed:** 1.056 $mm^2$

## Results Summary

| Asbestos Structure Number | Length (µm) | Width (µm) | Aspect Ratio | Asbestos Type |
|---|---|---|---|---|
| 1 | 19 | 2.20 | 8.6 | Anthophyllite |
| AVERAGE | 19 | 2.20 | 8.6 | |

**Total Asbestos Structures:** 1
**Anthophyllite Density:** 3000 $kg/m^3$
**Cross-section Shape Factor (Amphibole):** 0.5

**Asbestos Mass Fraction:** **0.0024%**
**Asbestos Mass Fraction of Original Sample:** **0.0019%**

* Sample was previously gravimetrically reduced.

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

**LAB WORKSHEET**

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-45D

**Analyst:** Lee Poye
**Date:** 30-Jun-2018
**Page:** 1 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 1 | | | | | | | | | |
| | C1 | | NSD | | | | | | |
| | C2 | | NSD | | | | | | |
| | C3 | | NSD | | | | | | |
| | C4 | | NSD | | | | | | |
| | C5 | ✓ | NA | 14 x 0.60 | Talc | Yes | 01 | 02 | Fiber |
| | C6 | | NSD | | | | | | |
| | C7 | | NSD | | | | | | |
| | C8 | | NSD | | | | | | |
| | C9 | | NSD | | | | | | |
| | C10 | | NSD | | | | | | |
| | I1 | | NSD | | | | | | |
| | I2 | | NSD | | | | | | |
| | I3 | ✓ | NA | 21 x 0.80 | Talc | Yes | 05 | | Ribbon |
| | I4 | | NSD | | | | | | |
| | I5 | | NSD | | | | | | |
| | I6 | | NSD | | | | | | |
| | I7 | | 1 | 19 x 2.20 | Anthophyllite | Yes | 03 | 04 | |
| | I8 | | NSD | | | | | | |
| | I9 | | NSD | | | | | | |
| | I10 | | NSD | | | | | | |
| | | | | | | | | | |
| 2 | | | | | | | | | |
| | B1 | | NSD | | | | | | |
| | B2 | | NSD | | | | | | |
| | B3 | | NSD | | | | | | |
| | B4 | | NSD | | | | | | |
| | B5 | | NSD | | | | | | |
| | B6 | | NSD | | | | | | |
| | B7 | | NSD | | | | | | |
| | B8 | | NSD | | | | | | |
| | B9 | | NSD | | | | | | |
| | B10 | | NSD | | | | | | |
| | F1 | | NSD | | | | | | |
| | F2 | | NSD | | | | | | |
| | F3 | | NSD | | | | | | |
| | F4 | | NSD | | | | | | |
| | F5 | | NSD | | | | | | |

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

## LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-45D

**Analyst:** Lee Poye
**Date:** 30-Jun-2018
**Page:** 2 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (μm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 2 | | | | | | | | | |
| | F6 | | NSD | | | | | | |
| | F7 | | NSD | | | | | | |
| | F8 | | NSD | | | | | | |
| | F9 | | NSD | | | | | | |
| | F10 | | NSD | | | | | | |
| | | | | | | | | | |
| 3 | | | | | | | | | |
| | C1 | | NSD | | | | | | |
| | C2 | | NSD | | | | | | |
| | C3 | | NSD | | | | | | |
| | C4 | | NSD | | | | | | |
| | C5 | | NSD | | | | | | |
| | C6 | | NSD | | | | | | |
| | C7 | | NSD | | | | | | |
| | C8 | | NSD | | | | | | |
| | C9 | | NSD | | | | | | |
| | C10 | ✓ | NA | 17 x 2.50 | Talc | Yes | | | Fiber |
| | G1 | | NSD | | | | | | |
| | G2 | | NSD | | | | | | |
| | G3 | | NSD | | | | | | |
| | G4 | ✓ | NA | 26 x 0.30 | Talc | Yes | | | Ribbon |
| | G5 | ✓ | NA | 9 x 0.50 | Talc | Yes | | | Ribbon |
| | G6 | | NSD | | | | | | |
| | G7 | | NSD | | | | | | |
| | G8 | | NSD | | | | | | |
| | G9 | | NSD | | | | | | |
| | G10 | ✓ | NA | 8 x 1.00 | Talc | Yes | | | Fiber |
| | | | | | | | | | |
| 4 | | | | | | | | | |
| | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | NSD | | | | | | |
| | D5 | | NSD | | | | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | NSD | | | | | | |
| | D8 | | NSD | | | | | | |

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-45D

**Analyst:** Lee Poye
**Date:** 30-Jun-2018
**Page:** 3 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 4 | | | | | | | | | |
| | D9 | | NSD | | | | | | |
| | D10 | | NSD | | | | | | |
| | H1 | | NSD | | | | | | |
| | H2 | | NSD | | | | | | |
| | H3 | | NSD | | | | | | |
| | H4 | | NSD | | | | | | |
| | H5 | | NSD | | | | | | |
| | H6 | | NSD | | | | | | |
| | H7 | | NSD | | | | | | |
| | H8 | | NSD | | | | | | |
| | H9 | | NSD | | | | | | |
| | H10 | | NSD | | | | | | |



J3
resources, inc.

# Sample 20180061-45D
# Talc (GO C5) - Morphology

StS-04 Full Quant_001
Talc Fiber
GO-C5
Microscopist: LWP
1 µm
HV=100kV
Direct Mag: 10000 x
J3 Resources, Inc.



# Sample 20180061-45D
# Talc (GO C5) – Diffraction Pattern





# Sample 20180061-45D
# Talc (GO I3) - Morphology

StS-04 Full Quant_005
Talc Ribbon
GO-I3
Microscopist: LWP

2 µm
HV=100kV
Direct Mag: 6000 x
J3 Resources, Inc.



# Sample 20180061-45D
# Structure 1 - Morphology



StS-04 Full Quant_003
Anthophyllite
GO-I7
Microscopist: LWP

2 µm
HV=100kV
Direct Mag: 6000 x
J3 Resources, Inc.



# Sample 20180061-45D
# Structure 1 – Diffraction Pattern and EDS





# Determination of Asbestos in Talc by XRD

## ISO 22262-3:2016

## Sample 20180061-45D

*No Amphibole Peak Present*



# Sample 20180061-50D
## (J3 Lab ID: STS 1605A)



Sample as received by J3 Resources, Inc.



# Determination of Asbestos in Talc by PLM
## ISO 22262-1:2014

## Sample 20180061-50D

The sample was a white powder containing 85% medium to large platy Talc particles (100µm to >200µm in size) and Talc rods.  The remaining 15% percent was composed of carbonate material.

No asbestos was detected by PLM.

## Polarized Light Microscope Images



*100X Magnification of Talc Particles Crossed polars and 530nm gypsum compensator plate*



*100X Magnification dispersion staining of Talc Particles 1.550 refractive index oil*



# Determination of Asbestos in Talc by ATEM

## ISO 22262-2:2014

## Sample 20180061-50D

**J3 Order #:** JH1898969 **Analyst:** Lee Poye

**Customer:** Joseph Satterley, Esq. **Date:** 4-Jul-2018

---

**Weight of Sample*:** 0.0179 g
**Percent of Original Sample*:** 79%
**Suspension Volume:** 1.5 mL
**Filtered Suspension Volume:** 0.1 mL

**Filter Size:** 25 mm
**Filter Pore Size:** 0.2 µm
**Area of Analytical Filter:** 210 $mm^2$
**GO Size:** 0.0132 $mm^2$
**GO Area Analyzed:** 1.056 $mm^2$

## Results Summary

| Asbestos Structure Number | Length (µm) | Width (µm) | Aspect Ratio | Asbestos Type |
|---|---|---|---|---|
| N/D | N/A | N/A | N/A | None Detected |
| AVERAGE | N/A | N/A | N/A | |

**Total Asbestos Structures:** 0

**Asbestos Mass Fraction:** < 0.000000031%
**Asbestos Mass Fraction of Original Sample:** < 0.000000025%

* Sample was previously gravimetrically reduced.

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

**LAB WORKSHEET**

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-50D

**Analyst:** Lee Poye
**Date:** 4-Jul-2018
**Page:** 1 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 1 | | | | | | | | | |
| | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | NSD | | | | | | |
| | D5 | | NSD | | | | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | NSD | | | | | | |
| | D8 | | NSD | | | | | | |
| | D9 | | NSD | | | | | | |
| | D10 | | NSD | | | | | | |
| | F1 | | NSD | | | | | | |
| | F2 | | NSD | | | | | | |
| | F3 | | NSD | | | | | | |
| | F4 | ✓ | NA | 34 x 2.30 | Talc | Yes | | | Fiber |
| | F5 | | NSD | | | | | | |
| | F6 | | NSD | | | | | | |
| | F7 | | NSD | | | | | | |
| | F8 | | NSD | | | | | | |
| | F9 | | NSD | | | | | | |
| | F10 | | NSD | | | | | | |
| | | | | | | | | | |
| 2 | | | | | | | | | |
| | B1 | | NSD | | | | | | |
| | B2 | | NSD | | | | | | |
| | B3 | | NSD | | | | | | |
| | B4 | | NSD | | | | | | |
| | B5 | ✓ | NA | 7 x 0.70 | Talc | Yes | | | Fiber |
| | B6 | | NSD | | | | | | |
| | B7 | | NSD | | | | | | |
| | B8 | ✓ | NA | 7.5 x 0.25 | Talc | Yes | 01 | 02 | Fiber |
| | B9 | | NSD | | | | | | |
| | B10 | | NSD | | | | | | |
| | G1 | | NSD | | | | | | |
| | G2 | | NSD | | | | | | |
| | G3 | | NSD | | | | | | |
| | G4 | | NSD | | | | | | |
| | G5 | | NSD | | | | | | |

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

**LAB WORKSHEET**

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-50D

**Analyst:** Lee Poye
**Date:** 4-Jul-2018
**Page:** 2 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 2 | | | | | | | | | |
| | G6 | | NSD | | | | | | |
| | G7 | | NSD | | | | | | |
| | G8 | | NSD | | | | | | |
| | G9 | | NSD | | | | | | |
| | G10 | | NSD | | | | | | |
| | | | | | | | | | |
| 3 | | | | | | | | | |
| | B1 | | NSD | | | | | | |
| | B2 | | NSD | | | | | | |
| | B3 | | NSD | | | | | | |
| | B4 | | NSD | | | | | | |
| | B5 | | NSD | | | | | | |
| | B6 | | NSD | | | | | | |
| | B7 | | NSD | | | | | | |
| | B8 | | NSD | | | | | | |
| | B9 | | NSD | | | | | | |
| | B10 | | NSD | | | | | | |
| | I1 | | NSD | | | | | | |
| | I2 | | NSD | | | | | | |
| | I3 | | NSD | | | | | | |
| | I4 | | NSD | | | | | | |
| | I5 | | NSD | | | | | | |
| | I6 | | NSD | | | | | | |
| | I7 | | NSD | | | | | | |
| | I8 | | NSD | | | | | | |
| | I9 | | NSD | | | | | | |
| | I10 | | NSD | | | | | | |
| | | | | | | | | | |
| 4 | | | | | | | | | |
| | A1 | | NSD | | | | | | |
| | A2 | | NSD | | | | | | |
| | A3 | | NSD | | | | | | |
| | A4 | | NSD | | | | | | |
| | A5 | | NSD | | | | | | |
| | A6 | | NSD | | | | | | |
| | A7 | | NSD | | | | | | |
| | A8 | | NSD | | | | | | |

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-50D

**Analyst:** Lee Poye
**Date:** 4-Jul-2018
**Page:** 3 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 4 | | | | | | | | | |
| | A9 | | NSD | | | | | | |
| | A10 | | NSD | | | | | | |
| | I1 | | NSD | | | | | | |
| | I2 | | NSD | | | | | | |
| | I3 | | NSD | | | | | | |
| | I4 | | NSD | | | | | | |
| | I5 | ✓ | NA | 88 x 2.50 | Talc | Yes | | | Ribbon |
| | I6 | | NSD | | | | | | |
| | I7 | | NSD | | | | | | |
| | I8 | | NSD | | | | | | |
| | I9 | | NSD | | | | | | |
| | I10 | | NSD | | | | | | |



resources, inc.

# Sample 20180061-50D
# Talc (GO B8) - Morphology

StS-05 Full Quant_001
Talc
GO - B8
Microscopist: LWP
1 µm
HV=100kV
Direct Mag: 12000 x
J3 Resources, Inc.



# Sample 20180061-50D
# Talc (GO B8) – Diffraction Pattern

StS-05 Full Quant_002
Talc - SAED
GO - B8
Microscopist: LWP

0.2 (1/A)
HV=100kV
Cam Len: 0.8000 m
J3 Resources, Inc.



# Determination of Asbestos in Talc by XRD

## ISO 22262-3:2016

## Sample 20180061-50D

*No Amphibole Peak Present*



# Sample 20180061-51D
## (J3 Lab ID: STS 1606A)



Sample as received by J3 Resources, Inc.



# Determination of Asbestos in Talc by PLM

## ISO 22262-1:2014

## Sample 20180061-51D

The sample was a white powder containing 85% medium to large platy Talc particles (100µm to >200µm in size) and Talc rods. The remaining 15% percent was composed of carbonate material.

No asbestos was detected by PLM.

## Polarized Light Microscope Images

*100X Magnification of Talc Particles Crossed polars and 530nm gypsum compensator plate*

*100X Magnification dispersion staining of Talc Particles 1.550 refractive index oil*



J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

## ISO 22262-2:2014

## Sample 20180061-51D

**J3 Order #:** JH1898969

**Analyst:** Lee Poye

**Customer:** Joseph Satterley, Esq.

**Date:** 4-Jul-2018

---

**Weight of Sample*:** 0.0176 g
**Percent of Original Sample*:** 77%
**Suspension Volume:** 1.5 mL
**Filtered Suspension Volume:** 0.1 mL

**Filter Size:** 25 mm
**Filter Pore Size:** 0.2 µm
**Area of Analytical Filter:** 210 $mm^2$
**GO Size:** 0.0132 $mm^2$
**GO Area Analyzed:** 1.056 $mm^2$

## Results Summary

| Asbestos Structure Number | Length (µm) | Width (µm) | Aspect Ratio | Asbestos Type |
|---|---|---|---|---|
| N/D | N/A | N/A | N/A | None Detected |
| AVERAGE | N/A | N/A | N/A | |

Total Asbestos Structures: 0

**Asbestos Mass Fraction: < 0.000000032%**
**Asbestos Mass Fraction of Original Sample: < 0.000000024%**

* Sample was previously gravimetrically reduced.

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

## LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-51D

**Analyst:** Lee Poye
**Date:** 4-Jul-2018
**Page:** 1 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (μm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 1 | | | | | | | | | |
| | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | NSD | | | | | | |
| | D5 | | NSD | | | | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | NSD | | | | | | |
| | D8 | | NSD | | | | | | |
| | D9 | | NSD | | | | | | |
| | D10 | | NSD | | | | | | |
| | E1 | | NSD | | | | | | |
| | E2 | | NSD | | | | | | |
| | E3 | | NSD | | | | | | |
| | E4 | | NSD | | | | | | |
| | E5 | | NSD | | | | | | |
| | E6 | | NSD | | | | | | |
| | E7 | | NSD | | | | | | |
| | E8 | | NSD | | | | | | |
| | E9 | | NSD | | | | | | |
| | E10 | | NSD | | | | | | |
| | | | | | | | | | |
| 2 | | | | | | | | | |
| | G1 | | NSD | | | | | | |
| | G2 | | NSD | | | | | | |
| | G3 | | NSD | | | | | | |
| | G4 | | NSD | | | | | | |
| | G5 | | NSD | | | | | | |
| | G6 | | NSD | | | | | | |
| | G7 | | NSD | | | | | | |
| | G8 | | NSD | | | | | | |
| | G9 | | NSD | | | | | | |
| | G10 | | NSD | | | | | | |
| | H1 | | NSD | | | | | | |
| | H2 | | NSD | | | | | | |
| | H3 | | NSD | | | | | | |
| | H4 | | NSD | | | | | | |
| | H5 | | NSD | | | | | | |

resources, inc.

# Determination of Asbestos in Talc by ATEM

LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-51D

**Analyst:** Lee Poye
**Date:** 4-Jul-2018
**Page:** 2 of 3

| Magnification Scan at 3,000X | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 2 | | | | | | | | | |
| | H6 | | NSD | | | | | | |
| | H7 | | NSD | | | | | | |
| | H8 | | NSD | | | | | | |
| | H9 | | NSD | | | | | | |
| | H10 | | NSD | | | | | | |
| | | | | | | | | | |
| 3 | | | | | | | | | |
| | C1 | | NSD | | | | | | |
| | C2 | | NSD | | | | | | |
| | C3 | | NSD | | | | | | |
| | C4 | | NSD | | | | | | |
| | C5 | | NSD | | | | | | |
| | C6 | | NSD | | | | | | |
| | C7 | | NSD | | | | | | |
| | C8 | | NSD | | | | | | |
| | C9 | | NSD | | | | | | |
| | C10 | | NSD | | | | | | |
| | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | NSD | | | | | | |
| | D5 | | NSD | | | | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | NSD | | | | | | |
| | D8 | | NSD | | | | | | |
| | D9 | | NSD | | | | | | |
| | D10 | | NSD | | | | | | |
| | | | | | | | | | |
| 4 | | | | | | | | | |
| | I1 | | NSD | | | | | | |
| | I2 | | NSD | | | | | | |
| | I3 | | NSD | | | | | | |
| | I4 | | NSD | | | | | | |
| | I5 | | NSD | | | | | | |
| | I6 | | NSD | | | | | | |
| | I7 | | NSD | | | | | | |
| | I8 | | NSD | | | | | | |

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-51D

**Analyst:** Lee Poye
**Date:** 4-Jul-2018
**Page:** 3 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (μm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 4 | | | | | | | | | |
| | I9 | | NSD | | | | | | |
| | I10 | | NSD | | | | | | |
| | J1 | | NSD | | | | | | |
| | J2 | | NSD | | | | | | |
| | J3 | | NSD | | | | | | |
| | J4 | | NSD | | | | | | |
| | J5 | | NSD | | | | | | |
| | J6 | | NSD | | | | | | |
| | J7 | | NSD | | | | | | |
| | J8 | | NSD | | | | | | |
| | J9 | | NSD | | | | | | |
| | J10 | | NSD | | | | | | |



# Determination of Asbestos in Talc by XRD

## ISO 22262-3:2016

## Sample 20180061-51D



*No Amphibole Peak Present*



# Sample 20180061-52D
## (J3 Lab ID: STS 1607A)



Sample as received by J3 Resources, Inc.



# Determination of Asbestos in Talc by PLM
## ISO 22262-1:2014

## Sample 20180061-52D

The sample was a white powder containing 60% medium to large platy Talc particles (100µm to >200µm in size). The remaining 40% percent was composed of 20% starch and 20% carbonate material.

No asbestos was detected by PLM.

## Polarized Light Microscope Images



*100X Magnification of Talc Particles Crossed polars and 530nm gypsum compensator plate*



*100X Magnification dispersion staining of Talc Particles 1.550 refractive index oil*



# Determination of Asbestos in Talc by ATEM

## ISO 22262-2:2014

## Sample 20180061-52D

**J3 Order #:** JH1898969 **Analyst:** Lee Poye

**Customer:** Joseph Satterley, Esq. **Date:** 5-Jul-2018

---

**Weight of Sample*:** 0.0171 g
**Percent of Original Sample*:** 66%
**Suspension Volume:** 1.5 mL
**Filtered Suspension Volume:** 0.1 mL

**Filter Size:** 25 mm
**Filter Pore Size:** 0.2 µm
**Area of Analytical Filter:** 210 $mm^2$
**GO Size:** 0.0132 $mm^2$
**GO Area Analyzed:** 1.056 $mm^2$

## Results Summary

| Asbestos Structure Number | Length (µm) | Width (µm) | Aspect Ratio | Asbestos Type |
|---|---|---|---|---|
| 1 | 50 | 1.5 | 33.3 | Anthophyllite |
| 2 | 25 | 1.5 | 16.6 | Anthophyllite |
| 3 | 10 | 0.5 | 20 | Anthophyllite |
| 4 | 19 | 1.0 | 19 | Anthophyllite |
| 5 | 11 | 1.0 | 11 | Anthophyllite |
| 6 | 9 | 1.0 | 9 | Anthophyllite |
| 7 | 30 | 0.8 | 37.5 | Anthophyllite |
| 8 | 8 | 0.25 | 32 | Anthophyllite |
| 9 | 3.5 | 0.25 | 14 | Anthophyllite |
| AVERAGE | **18.4** | **0.87** | **21.2** | |

**Total Asbestos Structures:** 9
**Anthophyllite Density:** 3000 $kg/m^3$
**Cross-section Shape Factor (Amphibole):** 0.5

**Asbestos Mass Fraction:** **0.0060%**
**Asbestos Mass Fraction of Original Sample:** **0.0040%**

* Sample was previously gravimetrically reduced.

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-52D

**Analyst:** Lee Poye
**Date:** 5-Jul-2018
**Page:** 1 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 1 | A1 | | NSD | | | | | | |
| | A2 | | NSD | | | | | | |
| | A3 | | NSD | | | | | | |
| | A4 | | NSD | | | | | | |
| | A5 | | NSD | | | | | | |
| | A6 | | NSD | | | | | | |
| | A7 | | NSD | | | | | | |
| | A8 | | NSD | | | | | | |
| | A9 | | NSD | | | | | | |
| | A10 | | NSD | | | | | | |
| | B1 | | NSD | | | | | | |
| | B2 | | NSD | | | | | | |
| | B3 | | NSD | | | | | | |
| | B4 | | 1 | 50 x 1.50 | Anthophyllite | Yes | 01 | 02 | |
| | B5 | | 2 | 25 x 1.50 | Anthophyllite | Yes | 03 | 04 | |
| | B6 | | NSD | | | | | | |
| | B7 | | NSD | | | | | | |
| | B8 | | NSD | | | | | | |
| | B9 | | NSD | | | | | | |
| | B10 | | NSD | | | | | | |
| 2 | C1 | | 3 | 10 x 0.50 | Anthophyllite | Yes | | | |
| | C2 | | 4 | 19 x 1.00 | Anthophyllite | Yes | 05 | 06 | |
| | C3 | | NSD | | | | | | |
| | C4 | | NSD | | | | | | |
| | C5 | | NSD | | | | | | |
| | C6 | | NSD | | | | | | |
| | C7 | | NSD | | | | | | |
| | C8 | | NSD | | | | | | |
| | C9 | | NSD | | | | | | |
| | C10 | | NSD | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-52D

**Analyst:** Lee Poye
**Date:** 5-Jul-2018
**Page:** 2 of 3

## Magnification Scan at 3,000X

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (μm) | TYPE | Images | | | Comments |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | EDS | Morphology | SAED | |
| 2 | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | NSD | | | | | | |
| | D5 | | NSD | | | | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | NSD | | | | | | |
| | D8 | | NSD | | | | | | |
| | D9 | | NSD | | | | | | |
| | D10 | | NSD | | | | | | |
| 3 | E1 | | NSD | | | | | | |
| | E2 | | NSD | | | | | | |
| | E3 | | NSD | | | | | | |
| | E4 | | 5 | 11 x 1.00 | Anthophyllite | Yes | | | |
| | E5 | | NSD | | | | | | |
| | E6 | | NSD | | | | | | |
| | E7 | | NSD | | | | | | |
| | E8 | | NSD | | | | | | |
| | E9 | | NSD | | | | | | |
| | E10 | | 6 | 9 x 1.00 | Anthophyllite | Yes | | | |
| | F1 | | NSD | | | | | | |
| | F2 | | NSD | | | | | | |
| | F3 | | NSD | | | | | | |
| | F4 | | NSD | | | | | | |
| | F5 | | NSD | | | | | | |
| | F6 | | NSD | | | | | | |
| | F7 | | NSD | | | | | | |
| | F8 | | 7 | 30 x 0.80 | Anthophyllite | Yes | 07 | 08 | |
| | F9 | | 8 | 8 x 0.25 | Anthophyllite | Yes | 09 | 10 | |
| | F10 | | NSD | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-52D

**Analyst:** Lee Poye
**Date:** 5-Jul-2018
**Page:** 3 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (μm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 4 | I1 | | NSD | | | | | | |
| | I2 | | NSD | | | | | | |
| | I3 | | NSD | | | | | | |
| | I4 | | NSD | | | | | | |
| | I5 | | NSD | | | | | | |
| | I6 | | NSD | | | | | | |
| | I7 | | NSD | | | | | | |
| | I8 | | NSD | | | | | | |
| | I9 | | NSD | | | | | | |
| | I10 | | NSD | | | | | | |
| | J1 | | 9 | 3.5 x 0.25 | Anthophyllite | Yes | | | |
| | J2 | | NSD | | | | | | |
| | J3 | | NSD | | | | | | |
| | J4 | | NSD | | | | | | |
| | J5 | | NSD | | | | | | |
| | J6 | | NSD | | | | | | |
| | J7 | | NSD | | | | | | |
| | J8 | | NSD | | | | | | |
| | J9 | | NSD | | | | | | |
| | J10 | | NSD | | | | | | |



# Sample 20180061-52D
# Structure 1 - Morphology

StS-07 Full Quant_001
Anthophyllite
GO-B4
Microscopist: LWP

6 µm
HV=100kV
Direct Mag: 2500 x
J3 Resources, Inc.



# Sample 20180061-52D
# Structure 1 – Diffraction Pattern





# Sample 20180061-52D
# Structure 2 - Morphology

StS-07 Full Quant_003
Anthophyllite
GO-B5
Microscopist: LWP

2 µm
HV=100kV
Direct Mag: 4000 x
J3 Resources, Inc.



# Sample 20180061-52D
# Structure 2 – Diffraction Pattern and EDS







J3
resources, inc.

# Sample 20180061-52D
# Structure 4 - Morphology

StS-07 Full Quant_005
Anthophyllite
GO-C2
Microscopist: LWP
2 μm
HV=100kV
Direct Mag: 4000 x
J3 Resources, Inc.



# Sample 20180061-52D
# Structure 4 – Diffraction Pattern and EDS





# Sample 20180061-52D
# Structure 7 - Morphology



StS-07 Full Quant_007
Anthophyllite
GO-F8
Microscopist: LWP

4 µm
HV=100kV
Direct Mag: 3000 x
J3 Resources, Inc.



J3
resources, inc.

# Sample 20180061-52D
# Structure 7 – Diffraction Pattern and EDS

STS-07 Full Quant_008
Anthophyllite - SAED
GO-F8
Microscopist: LWP
0.2 (1/A)
HV=100kV
Cam Len: 0.8000 m
J3 Resources, Inc.

Sample# STS 1607A - Anthophyllite
GO - FB
Mg
Si
Fe
Cu
Fe Cu
FeFe Cu
5
10 keV
Cursor=
Vert=1528
Window 0.005 - 10.955= 52,957 cnt

JH1898969 Page 112 of 288



# Sample 20180061-52D
# Structure 8 - Morphology



StS-07 Full Quant_009
Anthophyllite
GO-F9
Microscopist: LWP

1 µm
HV=100kV
Direct Mag: 12000 x
J3 Resources, Inc.



# Sample 20180061-52D
# Structure 8 – Diffraction Pattern and EDS









# Determination of Asbestos in Talc by XRD

## ISO 22262-3:2016

## Sample 20180061-52D

*No Amphibole Peak Present*



# Sample 20180061-63D
## (J3 Lab ID: STS 1608A)



Sample as received by J3 Resources, Inc.



# Determination of Asbestos in Talc by PLM

## ISO 22262-1:2014

## Sample 20180061-63D

The sample was a white powder containing 60% medium to large platy Talc particles (100µm to >200µm in size). The remaining 40% percent was composed of 20% starch and 20% carbonate material.

No asbestos was detected by PLM.

## Polarized Light Microscope Images

*100X Magnification of Talc Particles Crossed polars and 530nm gypsum compensator plate*

*100X Magnification dispersion staining of Talc Particles 1.550 refractive index oil*

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

## ISO 22262-2:2014

## Sample 20180061-63D

**J3 Order #:** JH1898969 **Analyst:** Lee Poye

**Customer:** Joseph Satterley, Esq. **Date:** 5-Jul-2018

---

**Weight of Sample*:** 0.0177 g

**Percent of Original Sample*:** 67%

**Suspension Volume:** 1.5 mL

**Filtered Suspension Volume:** 0.1 mL

**Filter Size:** 25 mm

**Filter Pore Size:** 0.2 µm

**Area of Analytical Filter:** 210 $mm^2$

**GO Size:** 0.0132 $mm^2$

**GO Area Analyzed:** 1.056 $mm^2$

## Results Summary

| Asbestos Structure Number | Length (µm) | Width (µm) | Aspect Ratio | Asbestos Type |
|---|---|---|---|---|
| 1 | 13 | 0.4 | 32.5 | Anthophyllite |
| AVERAGE | 13 | 0.4 | 32.5 | |

**Total Asbestos Structures:** 1

**Anthophyllite Density:** 3000 $kg/m^3$

**Cross-section Shape Factor (Amphibole):** 0.5

**Asbestos Mass Fraction:** **0.000053%**

**Asbestos Mass Fraction of Original Sample:** **0.000035%**

* Sample was previously gravimetrically reduced.

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

**LAB WORKSHEET**

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-63D

**Analyst:** Lee Poye
**Date:** 5-Jul-2018
**Page:** 1 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 1 | C1 | | NSD | | | | | | |
| | C2 | | NSD | | | | | | |
| | C3 | | NSD | | | | | | |
| | C4 | | NSD | | | | | | |
| | C5 | | NSD | | | | | | |
| | C6 | | NSD | | | | | | |
| | C7 | | NSD | | | | | | |
| | C8 | | NSD | | | | | | |
| | C9 | | NSD | | | | | | |
| | C10 | | NSD | | | | | | |
| | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | NSD | | | | | | |
| | D5 | | 1 | 13 x 0.40 | Anthophyllite | Yes | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | NSD | | | | | | |
| | D8 | | NSD | | | | | | |
| | D9 | | NSD | | | | | | |
| | D10 | | NSD | | | | | | |
| 2 | E1 | | NSD | | | | | | |
| | E2 | | NSD | | | | | | |
| | E3 | | NSD | | | | | | |
| | E4 | | NSD | | | | | | |
| | E5 | | NSD | | | | | | |
| | E6 | | NSD | | | | | | |
| | E7 | | NSD | | | | | | |
| | E8 | | NSD | | | | | | |
| | E9 | | NSD | | | | | | |
| | E10 | | NSD | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-63D

**Analyst:** Lee Poye
**Date:** 5-Jul-2018
**Page:** 2 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 2 | F1 | | NSD | | | | | | |
| | F2 | | NSD | | | | | | |
| | F3 | | NSD | | | | | | |
| | F4 | | NSD | | | | | | |
| | F5 | | NSD | | | | | | |
| | F6 | | NSD | | | | | | |
| | F7 | | NSD | | | | | | |
| | F8 | | NSD | | | | | | |
| | F9 | | NSD | | | | | | |
| | F10 | | NSD | | | | | | |
| 3 | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | NSD | | | | | | |
| | D5 | | NSD | | | | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | NSD | | | | | | |
| | D8 | | NSD | | | | | | |
| | D9 | | NSD | | | | | | |
| | D10 | | NSD | | | | | | |
| | G1 | | NSD | | | | | | |
| | G2 | | NSD | | | | | | |
| | G3 | | NSD | | | | | | |
| | G4 | | NSD | | | | | | |
| | G5 | | NSD | | | | | | |
| | G6 | | NSD | | | | | | |
| | G7 | | NSD | | | | | | |
| | G8 | | NSD | | | | | | |
| | G9 | | NSD | | | | | | |
| | G10 | | NSD | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-63D

**Analyst:** Lee Poye
**Date:** 5-Jul-2018
**Page:** 3 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (μm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 4 | A1 | | NSD | | | | | | |
| | A2 | | NSD | | | | | | |
| | A3 | | NSD | | | | | | |
| | A4 | | NSD | | | | | | |
| | A5 | | NSD | | | | | | |
| | A6 | | NSD | | | | | | |
| | A7 | | NSD | | | | | | |
| | A8 | | NSD | | | | | | |
| | A9 | | NSD | | | | | | |
| | A10 | | NSD | | | | | | |
| | C1 | | NSD | | | | | | |
| | C2 | | NSD | | | | | | |
| | C3 | | NSD | | | | | | |
| | C4 | | NSD | | | | | | |
| | C5 | | NSD | | | | | | |
| | C6 | | NSD | | | | | | |
| | C7 | | NSD | | | | | | |
| | C8 | | NSD | | | | | | |
| | C9 | | NSD | | | | | | |
| | C10 | | NSD | | | | | | |



# Sample 20180061-63D
# Structure 1 – EDS





# Determination of Asbestos in Talc by XRD

## ISO 22262-3:2016

## Sample 20180061-63D



*No Amphibole Peak Present*



# Sample 20180061-65D
## (J3 Lab ID: STS 1609A)



Sample as received by J3 Resources, Inc.



# Determination of Asbestos in Talc by PLM

## ISO 22262-1:2014

## Sample 20180061-65D

The sample was a white powder containing 60% medium to large platy Talc particles (100μm to >200μm in size). The remaining 40% percent was composed of 20% starch and 20% carbonate material.

No asbestos was detected by PLM.

## Polarized Light Microscope Images

*100X Magnification of Talc Particles Crossed polars and 530nm gypsum compensator plate*

*100X Magnification dispersion staining of Talc Particles 1.550 refractive index oil*

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

## ISO 22262-2:2014

## Sample 20180061-65D

**J3 Order #:** JH1898969

**Analyst:** Lee Poye

**Customer:** Joseph Satterley, Esq.

**Date:** 6-Jul-2018

**Weight of Sample*:** 0.0179 g

**Percent of Original Sample*:** 68%

**Suspension Volume:** 1.5 mL

**Filtered Suspension Volume:** 0.1 mL

**Filter Size:** 25 mm

**Filter Pore Size:** 0.2 µm

**Area of Analytical Filter:** 210 $mm^2$

**GO Size:** 0.0132 $mm^2$

**GO Area Analyzed:** 1.056 $mm^2$

## Results Summary

| Asbestos Structure # | Length (um) | Width (um) | Aspect Ratio | Asbestos Type |
|---|---|---|---|---|
| 1 | 17 | 1.5 | 11.3 | Anthophyllite |
| 2 | 13 | 1.5 | 8.7 | Anthophyllite |
| 3 | 20 | 1.3 | 15.3 | Anthophyllite |
| 4 | 10.5 | 0.5 | 21 | Anthophyllite |
| 5 | 5.8 | 0.5 | 11.6 | Anthophyllite |
| 6 | 12 | 0.5 | 24 | Anthophyllite |
| 7 | 18 | 1.4 | 12.9 | Anthophyllite |
| 8 | 15 | 0.2 | 75 | Anthophyllite |
| 9 | 16 | 2.5 | 6.4 | Anthophyllite |
| 10 | 9 | 1.2 | 7.5 | Anthophyllite |
| 11 | 10 | 0.5 | 20 | Anthophyllite |
| 12 | 8.5 | 0.25 | 34 | Anthophyllite |
| 13 | 23 | 3.5 | 6.6 | Anthophyllite |
| AVERAGE | 13.7 | 1.18 | 11.6 | |

**Total Asbestos Structures:** 13

**Anthophyllite Density:** 3000 $kg/m^3$

**Cross-section Shape Factor (Amphibole):** 0.5

**Asbestos Mass Fraction:** **0.014%**

**Asbestos Mass Fraction of Original Sample:** **0.0092%**

* Sample was previously gravimetrically reduced.

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

## LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-65D

**Analyst:** Lee Poye
**Date:** 6-Jul-2018
**Page:** 1 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 1 | D1 | | 1 | 17 x 1.50 | Anthophyllite | Yes | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | NSD | | | | | | |
| | D5 | | NSD | | | | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | NSD | | | | | | |
| | D8 | | 2 | 13 x 1.50 | Anthophyllite | Yes | 01 | 02 | Zone Axis [1 2 1] |
| | D9 | | NSD | | | | | | |
| | D10 | | NSD | | | | | | |
| | F1 | | NSD | | | | | | |
| | F2 | | NSD | | | | | | |
| | F3 | | NSD | | | | | | |
| | F4 | | NSD | | | | | | |
| | F5 | | 3 | 20 x 1.30 | Anthophyllite | Yes | 03 | 04 | Zone Axis [1 0 0] |
| | F6 | | NSD | | | | | | |
| | F7 | | NSD | | | | | | |
| | F8 | | NSD | | | | | | |
| | F9 | | NSD | | | | | | |
| | F10 | | NSD | | | | | | |
| 2 | F1 | | 4 | 10.5 x 0.50 | Anthophyllite | Yes | 05 | 06 | |
| | F2 | | 5 | 5.8 x 0.50 | Anthophyllite | Yes | 07 | 08 | |
| | F3 | | NSD | | | | | | |
| | F4 | | NSD | | | | | | |
| | F5 | | NSD | | | | | | |
| | F6 | | NSD | | | | | | |
| | F7 | | NSD | | | | | | |
| | F8 | | NSD | | | | | | |
| | F9 | | NSD | | | | | | |
| | F10 | | NSD | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-65D

**Analyst:** Lee Poye
**Date:** 6-Jul-2018
**Page:** 2 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 2 | G1 | | NSD | | | | | | |
| | G2 | | NSD | | | | | | |
| | G3 | | NSD | | | | | | |
| | G4 | | NSD | | | | | | |
| | G5 | | NSD | | | | | | |
| | G6 | | NSD | | | | | | |
| | G7 | | NSD | | | | | | |
| | G8 | | NSD | | | | | | |
| | G9 | | NSD | | | | | | |
| | G10 | | NSD | | | | | | |
| 3 | C1 | | 6 | 12 x 0.50 | Anthophyllite | Yes | | | |
| | C2 | | 7 | 18 x 1.40 | Anthophyllite | Yes | | | |
| | C3 | | NSD | | | | | | |
| | C4 | | NSD | | | | | | |
| | C5 | | NSD | | | | | | |
| | C6 | | NSD | | | | | | |
| | C7 | | NSD | | | | | | |
| | C8 | | NSD | | | | | | |
| | C9 | | 8 | 15 x 0.20 | Anthophyllite | Yes | | | |
| | C10 | | NSD | | | | | | |
| | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | 9 | 16 x 2.50 | Anthophyllite | Yes | | | |
| | | | 10 | 9 x 1.20 | Anthophyllite | Yes | | | |
| | D5 | | NSD | | | | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | NSD | | | | | | |
| | D8 | | NSD | | | | | | |
| | D9 | | NSD | | | | | | |
| | D10 | | NSD | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

**LAB WORKSHEET**

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-65D

**Analyst:** Lee Poye
**Date:** 6-Jul-2018
**Page:** 3 of 3

**Magnification Scan at 3,000X**

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | EDS | Morphology | SAED | |
| 4 | E1 | | NSD | | | | | | |
| | E2 | | 11 | 10 x 0.50 | Anthophyllite | Yes | | | |
| | E3 | | 12 | 8.5 x 0.25 | Anthophyllite | Yes | | | |
| | E4 | | NSD | | | | | | |
| | E5 | | NSD | | | | | | |
| | E6 | | NSD | | | | | | |
| | E7 | | NSD | | | | | | |
| | E8 | | NSD | | | | | | |
| | E9 | | NSD | | | | | | |
| | E10 | | NSD | | | | | | |
| | F1 | | NSD | | | | | | |
| | F2 | | NSD | | | | | | |
| | F3 | | NSD | | | | | | |
| | F4 | | NSD | | | | | | |
| | F5 | | NSD | | | | | | |
| | F6 | | NSD | | | | | | |
| | F7 | | NSD | | | | | | |
| | F8 | | NSD | | | | | | |
| | F9 | | NSD | | | | | | |
| | F10 | | 13 | 23 x 3.50 | Anthophyllite | Yes | | | |



resources, inc.

# Sample 20180061-65D
# Structure 2 - Morphology

StS-09 Full Quant_001
Anthophyllite
GO-D8
Microscopist: LWP
2 µm
HV=100kV
Direct Mag: 6000 x
J3 Resources, Inc.



# Sample 20180061-65D
# Structure 2 – Diffraction Pattern and EDS







# Sample 20180061-65D
# Structure 3 - Morphology

StS-09 Full Quant_003
Anthophyllite
GO-F5
Microscopist: LWP

2 µm
HV=100kV
Direct Mag: 4000 x
J3 Resources, Inc.



# Sample 20180061-65D
# Structure 3 – Diffraction Pattern and EDS







resources, inc.

# Sample 20180061-65D
# Structure 4 - Morphology

StS-09 Full Quant_005
Anthophyllite
GO-F1
Microscopist: LWP
1 µm
HV=100kV
Direct Mag: 10000 x
J3 Resources, Inc.



# Sample 20180061-65D
# Structure 4 – Diffraction Pattern and EDS







J3
resources, inc.

# Sample 20180061-65D
# Structure 5 - Morphology

StS-09 Full Quant_007
Anthophyllite
GO-F2
Microscopist: LWP
1 µm
HV=100kV
Direct Mag: 15000 x
J3 Resources, Inc.



# Sample 20180061-65D
# Structure 5 – Diffraction Pattern

SIS-09 Full Quant_008
Anthophyllite - SAED
GO-F2
Microscopist: LWP

0.2 (1/A)
HV=100kV
Cam Len: 0.8000 m
J3 Resources, Inc.



# Determination of Asbestos in Talc by XRD

## ISO 22262-3:2016

## Sample 20180061-65D



*No Amphibole Peak Present*



# Sample 20180061-66D
## (J3 Lab ID: STS 1610A)



Sample as received by J3 Resources, Inc.



# Determination of Asbestos in Talc by PLM

## ISO 22262-1:2014

## Sample 20180061-66D

The sample was a white powder containing 85% medium to large platy Talc particles (100µm to >200µm in size) and Talc rods. The remaining 15% percent was composed of carbonate material.

No asbestos was detected by PLM.

## Polarized Light Microscope Images

*100X Magnification of Talc Particles Crossed polars and 530nm gypsum compensator plate*

*100X Magnification dispersion staining of Talc Particles 1.550 refractive index oil*



# Determination of Asbestos in Talc by ATEM

## ISO 22262-2:2014

## Sample 20180061-66D

**J3 Order #:** JH1898969

**Analyst:** Lee Poye

**Customer:** Joseph Satterley, Esq.

**Date:** 7-Jul-2018

---

**Weight of Sample*:** 0.0177 g

**Percent of Original Sample*:** 79%

**Suspension Volume:** 1.5 mL

**Filtered Suspension Volume:** 0.1 mL

**Filter Size:** 25 mm

**Filter Pore Size:** 0.2 µm

**Area of Analytical Filter:** 210 mm$^2$

**GO Size:** 0.0132 mm$^2$

**GO Area Analyzed:** 1.056 mm$^2$

## Results Summary

| Asbestos Structure Number | Length (µm) | Width (µm) | Aspect Ratio | Asbestos Type |
|---|---|---|---|---|
| N/D | N/A | N/A | N/A | None Detected |
| AVERAGE | N/A | N/A | N/A | |

**Total Asbestos Structures:** 0

**Asbestos Mass Fraction:** < 0.000000032%

**Asbestos Mass Fraction of Original Sample:** < 0.000000025%

* Sample was previously gravimetrically reduced.

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

**LAB WORKSHEET**

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-66D

**Analyst:** Lee Poye
**Date:** 7-Jul-2018
**Page:** 1 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 1 | B1 | | NSD | | | | | | |
| | B2 | | NSD | | | | | | |
| | B3 | | NSD | | | | | | |
| | B4 | | NSD | | | | | | |
| | B5 | | NSD | | | | | | |
| | B6 | | NSD | | | | | | |
| | B7 | | NSD | | | | | | |
| | B8 | | NSD | | | | | | |
| | B9 | | NSD | | | | | | |
| | B10 | | NSD | | | | | | |
| | C1 | | NSD | | | | | | |
| | C2 | | NSD | | | | | | |
| | C3 | | NSD | | | | | | |
| | C4 | | NSD | | | | | | |
| | C5 | | NSD | | | | | | |
| | C6 | | NSD | | | | | | |
| | C7 | | NSD | | | | | | |
| | C8 | | NSD | | | | | | |
| | C9 | | NSD | | | | | | |
| | C10 | | NSD | | | | | | |
| 2 | E1 | | NSD | | | | | | |
| | E2 | | NSD | | | | | | |
| | E3 | | NSD | | | | | | |
| | E4 | | NSD | | | | | | |
| | E5 | | NSD | | | | | | |
| | E6 | | NSD | | | | | | |
| | E7 | | NSD | | | | | | |
| | E8 | | NSD | | | | | | |
| | E9 | | NSD | | | | | | |
| | E10 | | NSD | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-66D

**Analyst:** Lee Poye
**Date:** 7-Jul-2018
**Page:** 2 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 2 | F1 | | NSD | | | | | | |
| | F2 | | NSD | | | | | | |
| | F3 | | NSD | | | | | | |
| | F4 | | NSD | | | | | | |
| | F5 | | NSD | | | | | | |
| | F6 | | NSD | | | | | | |
| | F7 | | NSD | | | | | | |
| | F8 | | NSD | | | | | | |
| | F9 | | NSD | | | | | | |
| | F10 | | NSD | | | | | | |
| 3 | G1 | | NSD | | | | | | |
| | G2 | | NSD | | | | | | |
| | G3 | | NSD | | | | | | |
| | G4 | | NSD | | | | | | |
| | G5 | | NSD | | | | | | |
| | G6 | | NSD | | | | | | |
| | G7 | | NSD | | | | | | |
| | G8 | | NSD | | | | | | |
| | G9 | | NSD | | | | | | |
| | G10 | | NSD | | | | | | |
| | H1 | | NSD | | | | | | |
| | H2 | | NSD | | | | | | |
| | H3 | | NSD | | | | | | |
| | H4 | | NSD | | | | | | |
| | H5 | | NSD | | | | | | |
| | H6 | | NSD | | | | | | |
| | H7 | | NSD | | | | | | |
| | H8 | | NSD | | | | | | |
| | H9 | | NSD | | | | | | |
| | H10 | | NSD | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

**LAB WORKSHEET**

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-66D

**Analyst:** Lee Poye
**Date:** 7-Jul-2018
**Page:** 3 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (μm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 4 | I1 | | NSD | | | | | | |
| | I2 | | NSD | | | | | | |
| | I3 | | NSD | | | | | | |
| | I4 | | NSD | | | | | | |
| | I5 | | NSD | | | | | | |
| | I6 | | NSD | | | | | | |
| | I7 | | NSD | | | | | | |
| | I8 | | NSD | | | | | | |
| | I9 | | NSD | | | | | | |
| | I10 | | NSD | | | | | | |
| | J1 | | NSD | | | | | | |
| | J2 | | NSD | | | | | | |
| | J3 | | NSD | | | | | | |
| | J4 | | NSD | | | | | | |
| | J5 | | NSD | | | | | | |
| | J6 | | NSD | | | | | | |
| | J7 | | NSD | | | | | | |
| | J8 | | NSD | | | | | | |
| | J9 | | NSD | | | | | | |
| | J10 | | NSD | | | | | | |



# Determination of Asbestos in Talc by XRD
## ISO 22262-3:2016

## Sample 20180061-66D



*No Amphibole Peak Present*



# Sample 20180061-02D
## (J3 Lab ID: STS 1611A)



Sample as received by J3 Resources, Inc.



# Determination of Asbestos in Talc by PLM

## ISO 22262-1:2014

## Sample 20180061-02D

The sample was a white powder containing 85% medium to large platy Talc particles (100μm to >200μm in size) and Talc rods. The remaining 15% percent was composed of carbonate material.

No asbestos was detected by PLM.

## Polarized Light Microscope Images

*100X Magnification of Talc Particles Crossed polars and 530nm gypsum compensator plate*

*100X Magnification dispersion staining of Talc Particles 1.550 refractive index oil*

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

## ISO 22262-2:2014

## Sample 20180061-02D

**J3 Order #:** JH1898969

**Analyst:** Lee Poye

**Customer:** Joseph Satterley, Esq.

**Date:** 7-Jul-2018

---

**Weight of Sample*:** 0.0179 g

**Percent of Original Sample*:** 80%

**Suspension Volume:** 1.5 mL

**Filtered Suspension Volume:** 0.1 mL

**Filter Size:** 25 mm

**Filter Pore Size:** 0.2 µm

**Area of Analytical Filter:** 210 $mm^2$

**GO Size:** 0.0132 $mm^2$

**GO Area Analyzed:** 1.056 $mm^2$

## Results Summary

| Asbestos Structure Number | Length (µm) | Width (µm) | Aspect Ratio | Asbestos Type |
|---|---|---|---|---|
| N/D | N/A | N/A | N/A | None Detected |
| AVERAGE | N/A | N/A | N/A | |

**Total Asbestos Structures:** 0

**Asbestos Mass Fraction:** < 0.000000031%

**Asbestos Mass Fraction of Original Sample:** < 0.000000025%

* Sample was previously gravimetrically reduced.

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

## LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-02D

**Analyst:** Lee Poye
**Date:** 7-Jul-2018
**Page:** 1 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 1 | A1 | | NSD | | | | | | |
| | A2 | | NSD | | | | | | |
| | A3 | | NSD | | | | | | |
| | A4 | | NSD | | | | | | |
| | A5 | | NSD | | | | | | |
| | A6 | | NSD | | | | | | |
| | A7 | | NSD | | | | | | |
| | A8 | | NSD | | | | | | |
| | A9 | | NSD | | | | | | |
| | A10 | | NSD | | | | | | |
| | B1 | | NSD | | | | | | |
| | B2 | | NSD | | | | | | |
| | B3 | | NSD | | | | | | |
| | B4 | | NSD | | | | | | |
| | B5 | | NSD | | | | | | |
| | B6 | | NSD | | | | | | |
| | B7 | | NSD | | | | | | |
| | B8 | | NSD | | | | | | |
| | B9 | | NSD | | | | | | |
| | B10 | | NSD | | | | | | |
| 2 | B1 | | NSD | | | | | | |
| | B2 | | NSD | | | | | | |
| | B3 | | NSD | | | | | | |
| | B4 | | NSD | | | | | | |
| | B5 | ✓ | NA | 21 x 1.30 | Talc | Yes | | | Fiber |
| | B6 | | NSD | | | | | | |
| | B7 | | NSD | | | | | | |
| | B8 | | NSD | | | | | | |
| | B9 | | NSD | | | | | | |
| | B10 | | NSD | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

## LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-02D

**Analyst:** Lee Poye
**Date:** 7-Jul-2018
**Page:** 2 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (μm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 2 | C1 | | NSD | | | | | | |
| | C2 | | NSD | | | | | | |
| | C3 | | NSD | | | | | | |
| | C4 | | NSD | | | | | | |
| | C5 | | NSD | | | | | | |
| | C6 | | NSD | | | | | | |
| | C7 | | NSD | | | | | | |
| | C8 | | NSD | | | | | | |
| | C9 | | NSD | | | | | | |
| | C10 | | NSD | | | | | | |
| 3 | F1 | | NSD | | | | | | |
| | F2 | | NSD | | | | | | |
| | F3 | | NSD | | | | | | |
| | F4 | | NSD | | | | | | |
| | F5 | | NSD | | | | | | |
| | F6 | | NSD | | | | | | |
| | F7 | | NSD | | | | | | |
| | F8 | | NSD | | | | | | |
| | F9 | | NSD | | | | | | |
| | F10 | | NSD | | | | | | |
| | G1 | | NSD | | | | | | |
| | G2 | | NSD | | | | | | |
| | G3 | | NSD | | | | | | |
| | G4 | | NSD | | | | | | |
| | G5 | | NSD | | | | | | |
| | G6 | | NSD | | | | | | |
| | G7 | | NSD | | | | | | |
| | G8 | | NSD | | | | | | |
| | G9 | | NSD | | | | | | |
| | G10 | | NSD | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-02D

**Analyst:** Lee Poye
**Date:** 7-Jul-2018
**Page:** 3 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (μm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 4 | H1 | | NSD | | | | | | |
| | H2 | | NSD | | | | | | |
| | H3 | | NSD | | | | | | |
| | H4 | | NSD | | | | | | |
| | H5 | | NSD | | | | | | |
| | H6 | | NSD | | | | | | |
| | H7 | | NSD | | | | | | |
| | H8 | | NSD | | | | | | |
| | H9 | | NSD | | | | | | |
| | H10 | | NSD | | | | | | |
| | I1 | | NSD | | | | | | |
| | I2 | | NSD | | | | | | |
| | I3 | | NSD | | | | | | |
| | I4 | | NSD | | | | | | |
| | I5 | | NSD | | | | | | |
| | I6 | | NSD | | | | | | |
| | I7 | | NSD | | | | | | |
| | I8 | | NSD | | | | | | |
| | I9 | | NSD | | | | | | |
| | I10 | | NSD | | | | | | |



# Determination of Asbestos in Talc by XRD

## ISO 22262-3:2016

## Sample 20180061-02D

*No Amphibole Peak Present*



# Sample 20180061-10D
## (J3 Lab ID: STS 1612A)



Sample as received by J3 Resources, Inc.



# Determination of Asbestos in Talc by PLM

## ISO 22262-1:2014

## Sample 20180061-10D

The sample was a white powder containing 60% medium to large platy Talc particles (100µm to >200µm in size). The remaining 40% percent was composed of 20% starch and 20% carbonate material.

No asbestos was detected by PLM.

## Polarized Light Microscope Images

*100X Magnification of Talc Particles Crossed polars and 530nm gypsum compensator plate*

*100X Magnification dispersion staining of Talc Particles 1.550 refractive index oil*



# Determination of Asbestos in Talc by ATEM

## ISO 22262-2:2014

## Sample 20180061-10D

**J3 Order #:** JH1898969 **Analyst:** Lee Poye

**Customer:** Joseph Satterley, Esq. **Date:** 9-Jul-2018

---

**Weight of Sample*:** 0.0172 g
**Percent of Original Sample*:** 69%
**Suspension Volume:** 1.5 mL
**Filtered Suspension Volume:** 0.1 mL

**Filter Size:** 25 mm
**Filter Pore Size:** 0.2 µm
**Area of Analytical Filter:** 210 $mm^2$
**GO Size:** 0.0132 $mm^2$
**GO Area Analyzed:** 1.056 $mm^2$

## Results Summary

| Asbestos Structure Number | Length (µm) | Width (µm) | Aspect Ratio | Asbestos Type |
|---|---|---|---|---|
| 1 | 9.2 | 0.4 | 23 | Anthophyllite |
| AVERAGE | 9.2 | 0.4 | 23 | |

**Total Asbestos Structures:** 1
**Anthophyllite Density:** 3000 kg/$m^3$
**Cross-section Shape Factor (Amphibole):** 0.5

**Asbestos Mass Fraction:** **0.000038%**
**Asbestos Mass Fraction of Original Sample:** **0.000026%**

* Sample was previously gravimetrically reduced.

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-10D

**Analyst:** Lee Poye
**Date:** 9-Jul-2018
**Page:** 1 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 1 | A1 | | NSD | | | | | | |
| | A2 | | NSD | | | | | | |
| | A3 | | NSD | | | | | | |
| | A4 | | NSD | | | | | | |
| | A5 | | NSD | | | | | | |
| | A6 | | NSD | | | | | | |
| | A7 | | NSD | | | | | | |
| | A8 | | NSD | | | | | | |
| | A9 | | NSD | | | | | | |
| | A10 | | NSD | | | | | | |
| | B1 | | NSD | | | | | | |
| | B2 | | NSD | | | | | | |
| | B3 | | NSD | | | | | | |
| | B4 | | NSD | | | | | | |
| | B5 | | NSD | | | | | | |
| | B6 | | NSD | | | | | | |
| | B7 | | NSD | | | | | | |
| | B8 | | NSD | | | | | | |
| | B9 | | NSD | | | | | | |
| | B10 | | NSD | | | | | | |
| 2 | I1 | | NSD | | | | | | |
| | I2 | | NSD | | | | | | |
| | I3 | | NSD | | | | | | |
| | I4 | | NSD | | | | | | |
| | I5 | | NSD | | | | | | |
| | I6 | | NSD | | | | | | |
| | I7 | | NSD | | | | | | |
| | I8 | | NSD | | | | | | |
| | I9 | | NSD | | | | | | |
| | I10 | | NSD | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

**LAB WORKSHEET**

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-10D

**Analyst:** Lee Poye
**Date:** 9-Jul-2018
**Page:** 2 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 2 | J1 | | NSD | | | | | | |
| | J2 | | NSD | | | | | | |
| | J3 | | NSD | | | | | | |
| | J4 | | NSD | | | | | | |
| | J5 | | NSD | | | | | | |
| | J6 | | NSD | | | | | | |
| | J7 | | NSD | | | | | | |
| | J8 | | NSD | | | | | | |
| | J9 | | NSD | | | | | | |
| | J10 | | NSD | | | | | | |
| 3 | B1 | | NSD | | | | | | |
| | B2 | | NSD | | | | | | |
| | B3 | | NSD | | | | | | |
| | B4 | | NSD | | | | | | |
| | B5 | | NSD | | | | | | |
| | B6 | | NSD | | | | | | |
| | B7 | | NSD | | | | | | |
| | B8 | | NSD | | | | | | |
| | B9 | | NSD | | | | | | |
| | B10 | | NSD | | | | | | |
| | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | NSD | | | | | | |
| | D5 | | NSD | | | | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | NSD | | | | | | |
| | D8 | | NSD | | | | | | |
| | D9 | | NSD | | | | | | |
| | D10 | | NSD | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-10D

**Analyst:** Lee Poye
**Date:** 9-Jul-2018
**Page:** 3 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (μm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 4 | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | NSD | | | | | | |
| | D5 | | NSD | | | | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | NSD | | | | | | |
| | D8 | | NSD | | | | | | |
| | D9 | | NSD | | | | | | |
| | D10 | | NSD | | | | | | |
| | E1 | | NSD | | | | | | |
| | E2 | | NSD | | | | | | |
| | E3 | | NSD | | | | | | |
| | E4 | | NSD | | | | | | |
| | E5 | | NSD | | | | | | |
| | E6 | | NSD | | | | | | |
| | E7 | | NSD | | | | | | |
| | E8 | | NSD | | | | | | |
| | E9 | | 1 | 9.2 x 0.40 | Anthophyllite | Yes | 01 | 02 | |
| | E10 | | NSD | | | | | | |



# Sample 20180061-10D
# Structure 1 - Morphology

StS-12 Full Quant_001
Anthophyllite
GO-E9
Microscopist: LWP

2 µm
HV=100kV
Direct Mag: 7500 x
J3 Resources, Inc.

J3 resources, inc.

# Sample 20180061-10D
# Structure 1 – Diffraction Pattern and EDS







# Determination of Asbestos in Talc by XRD

## ISO 22262-3:2016

## Sample 20180061-10D

*No Amphibole Peak Present*



# Sample 20180061-15D
## (J3 Lab ID: STS 1613A)



Sample as received by J3 Resources, Inc.



# Determination of Asbestos in Talc by PLM

## ISO 22262-1:2014

## Sample 20180061-15D

The sample was a white powder containing 85% medium to large platy Talc particles (100µm to >200µm in size) and Talc rods. The remaining 15% percent was composed of carbonate material.

No asbestos was detected by PLM.

## Polarized Light Microscope Images

*100X Magnification of Talc Particles Crossed polars and 530nm gypsum compensator plate*

*100X Magnification dispersion staining of Talc Particles 1.550 refractive index oil*

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

## ISO 22262-2:2014

## Sample 20180061-15D

**J3 Order #:** JH1898969

**Analyst:** Lee Poye

**Customer:** Joseph Satterley, Esq.

**Date:** 9-Jul-2018

---

**Weight of Sample*:** 0.0174 g

**Percent of Original Sample*:** 78%

**Suspension Volume:** 1.5 mL

**Filtered Suspension Volume:** 0.1 mL

**Filter Size:** 25 mm

**Filter Pore Size:** 0.2 µm

**Area of Analytical Filter:** 210 $mm^2$

**GO Size:** 0.0132 $mm^2$

**GO Area Analyzed:** 1.056 $mm^2$

## Results Summary

| Asbestos Structure Number | Length (µm) | Width (µm) | Aspect Ratio | Asbestos Type |
|---|---|---|---|---|
| 1 | 6 | 0.5 | 12 | Anthophyllite |
| 2 | 5 | 0.25 | 20 | Anthophyllite |
| 3 | 19 | 0.9 | 21.1 | Anthophyllite |
| 4 | 33 | 1.2 | 27.5 | Anthophyllite |
| 5 | 5 | 0.25 | 20 | Anthophyllite |
| 6 | 5.3 | 0.3 | 17.7 | Anthophyllite |
| 7 | 5.5 | 0.6 | 9.2 | Anthophyllite |
| AVERAGE | 11.3 | 0.57 | 9.7 | |

**Total Asbestos Structures:** 7

**Anthophyllite Density:** 3000 $kg/m^3$

**Cross-section Shape Factor (Amphibole):** 0.5

**Asbestos Mass Fraction:** **0.0017%**

**Asbestos Mass Fraction of Original Sample:** **0.0013%**

* Sample was previously gravimetrically reduced.

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

## LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-15D

**Analyst:** Lee Poye
**Date:** 9-Jul-2018
**Page:** 1 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 1 | C1 | | NSD | | | | | | |
| | C2 | | NSD | | | | | | |
| | C3 | | NSD | | | | | | |
| | C4 | | NSD | | | | | | |
| | C5 | | NSD | | | | | | |
| | C6 | | NSD | | | | | | |
| | C7 | | NSD | | | | | | |
| | C8 | | NSD | | | | | | |
| | C9 | | NSD | | | | | | |
| | C10 | | 1 | 6 x 0.50 | Anthophyllite | Yes | 01 | 02 | |
| | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | NSD | | | | | | |
| | D5 | | 2 | 5 x 0.25 | Anthophyllite | Yes | | | |
| | D6 | | 3 | 19 x 0.90 | Anthophyllite | Yes | 03 | 04 | |
| | D7 | | 4 | 33 x 1.20 | Anthophyllite | Yes | 05 | 06 | |
| | D8 | | NSD | | | | | | |
| | D9 | | NSD | | | | | | |
| | D10 | | NSD | | | | | | |
| 2 | A1 | | NSD | | | | | | |
| | A2 | | NSD | | | | | | |
| | A3 | | NSD | | | | | | |
| | A4 | | NSD | | | | | | |
| | A5 | | NSD | | | | | | |
| | A6 | | NSD | | | | | | |
| | A7 | | NSD | | | | | | |
| | A8 | | NSD | | | | | | |
| | A9 | | NSD | | | | | | |
| | A10 | | NSD | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-15D

**Analyst:** Lee Poye
**Date:** 9-Jul-2018
**Page:** 2 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (μm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 2 | C1 | | NSD | | | | | | |
| | C2 | | NSD | | | | | | |
| | C3 | | NSD | | | | | | |
| | C4 | | NSD | | | | | | |
| | C5 | | NSD | | | | | | |
| | C6 | | NSD | | | | | | |
| | C7 | | NSD | | | | | | |
| | C8 | | NSD | | | | | | |
| | C9 | | NSD | | | | | | |
| | C10 | | NSD | | | | | | |
| 3 | F1 | | NSD | | | | | | |
| | F2 | | NSD | | | | | | |
| | F3 | | NSD | | | | | | |
| | F4 | | NSD | | | | | | |
| | F5 | | NSD | | | | | | |
| | F6 | | NSD | | | | | | |
| | F7 | | NSD | | | | | | |
| | F8 | | NSD | | | | | | |
| | F9 | | 5 | 5 x 0.25 | Anthophyllite | Yes | 07 | 08 | |
| | F10 | | NSD | | | | | | |
| | J1 | | NSD | | | | | | |
| | J2 | | NSD | | | | | | |
| | J3 | | NSD | | | | | | |
| | J4 | | NSD | | | | | | |
| | J5 | | NSD | | | | | | |
| | J6 | | NSD | | | | | | |
| | J7 | | NSD | | | | | | |
| | J8 | | NSD | | | | | | |
| | J9 | | NSD | | | | | | |
| | J10 | | NSD | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

**LAB WORKSHEET**

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-15D

**Analyst:** Lee Poye
**Date:** 9-Jul-2018
**Page:** 3 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 4 | I1 | | NSD | | | | | | |
| | I2 | | NSD | | | | | | |
| | I3 | | NSD | | | | | | |
| | I4 | | NSD | | | | | | |
| | I5 | | NSD | | | | | | |
| | I6 | | NSD | | | | | | |
| | I7 | | NSD | | | | | | |
| | I8 | | NSD | | | | | | |
| | I9 | | NSD | | | | | | |
| | I10 | | NSD | | | | | | |
| | J1 | | 6 | 5.3 x 0.30 | Anthophyllite | Yes | | | |
| | J2 | | NSD | | | | | | |
| | J3 | | NSD | | | | | | |
| | J4 | | NSD | | | | | | |
| | J5 | | NSD | | | | | | |
| | J6 | | NSD | | | | | | |
| | J7 | | NSD | | | | | | |
| | J8 | | 7 | 5.5 x 0.60 | Anthophyllite | Yes | | | |
| | J9 | | NSD | | | | | | |
| | J10 | | NSD | | | | | | |



# Sample 20180061-15D
# Structure 1 - Morphology

SIS-13 Full Quant_001
Anthophyllite
GO-C10
Microscopist: LWP

1 µm
HV=100kV
Direct Mag: 12000 x
J3 Resources, Inc.



# Sample 20180061-15D
# Structure 1 – Diffraction Pattern





# Sample 20180061-15D
# Structure 3 - Morphology

StS-13 Full Quant_003
Anthophyllite
GO-D6
Microscopist: LWP

2 µm
HV=100kV
Direct Mag: 4000 x
J3 Resources, Inc.



J3
resources, inc.

# Sample 20180061-15D
## Structure 3 – Diffraction Pattern

STS-13 Full Quant_004
Anthophyllite - SAED
GO-D6
Microscopist: LWP
0.2 (1/Å)
HV=100kV
Cam Len: 0.8000 m
J3 Resources, Inc.

Antho 1-D6
Sample# STS 1613A - Anthophyllite
GQ - D6
Mg
Si
Fe
Cu
10 keV
Window 0.005 - 40.955 = 29,716 cnt

JH189656
Page 171 of 268





# Sample 20180061-15D
# Structure 4 - Morphology

StS-13 Full Quant_005
Anthophyllite
GO-D7
Microscopist: LWP

6 µm
HV=100kV
Direct Mag: 2500 x
J3 Resources, Inc.

J3 resources, inc.

# Sample 20180061-15D
# Structure 4 – Diffraction Pattern and EDS





# Determination of Asbestos in Talc by XRD

## ISO 22262-3:2016

## Sample 20180061-15D

*No Amphibole Peak Present*



# Sample 20180061-21D
## (J3 Lab ID: STS 1614A)



Sample as received by J3 Resources, Inc.



# Determination of Asbestos in Talc by PLM

## ISO 22262-1:2014

## Sample 20180061-21D

The sample was a white powder containing 60% medium to large platy Talc particles (100µm to >200µm in size). The remaining 40% percent was composed of 20% starch and 20% carbonate material.

No asbestos was detected by PLM.

## Polarized Light Microscope Images

*100X Magnification of Talc Particles Crossed polars and 530nm gypsum compensator plate*

*100X Magnification dispersion staining of Talc Particles 1.550 refractive index oil*



# Determination of Asbestos in Talc by ATEM

## ISO 22262-2:2014

## Sample 20180061-21D

**J3 Order #:** JH1898969
**Customer:** Joseph Satterley, Esq.

**Analyst:** Lee Poye
**Date:** 9-Jul-2018

---

**Weight of Sample*:** 0.0173 g
**Percent of Original Sample*:** 68%
**Suspension Volume:** 1.5 mL
**Filtered Suspension Volume:** 0.1 mL

**Filter Size:** 25 mm
**Filter Pore Size:** 0.2 µm
**Area of Analytical Filter:** 210 $mm^2$
**GO Size:** 0.0132 $mm^2$
**GO Area Analyzed:** 1.056 $mm^2$

## Results Summary

| Asbestos Structure Number | Length (µm) | Width (µm) | Aspect Ratio | Asbestos Type |
|---|---|---|---|---|
| N/D | N/A | N/A | N/A | None Detected |
| AVERAGE | N/A | N/A | N/A | |

**Total Asbestos Structures:** 0

**Asbestos Mass Fraction:** < 0.000000032%
**Asbestos Mass Fraction of Original Sample:** < 0.000000022%

* Sample was previously gravimetrically reduced.

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-21D

**Analyst:** Lee Poye
**Date:** 9-Jul-2018
**Page:** 1 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (μm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 1 | A1 | | NSD | | | | | | |
| | A2 | | NSD | | | | | | |
| | A3 | | NSD | | | | | | |
| | A4 | | NSD | | | | | | |
| | A5 | | NSD | | | | | | |
| | A6 | | NSD | | | | | | |
| | A7 | | NSD | | | | | | |
| | A8 | | NSD | | | | | | |
| | A9 | | NSD | | | | | | |
| | A10 | | NSD | | | | | | |
| | B1 | | NSD | | | | | | |
| | B2 | | NSD | | | | | | |
| | B3 | | NSD | | | | | | |
| | B4 | | NSD | | | | | | |
| | B5 | | NSD | | | | | | |
| | B6 | | NSD | | | | | | |
| | B7 | | NSD | | | | | | |
| | B8 | | NSD | | | | | | |
| | B9 | | NSD | | | | | | |
| | B10 | | NSD | | | | | | |
| 2 | F1 | | NSD | | | | | | |
| | F2 | | NSD | | | | | | |
| | F3 | | NSD | | | | | | |
| | F4 | | NSD | | | | | | |
| | F5 | | NSD | | | | | | |
| | F6 | | NSD | | | | | | |
| | F7 | | NSD | | | | | | |
| | F8 | | NSD | | | | | | |
| | F9 | | NSD | | | | | | |
| | F10 | | NSD | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-21D

**Analyst:** Lee Poye
**Date:** 9-Jul-2018
**Page:** 2 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (μm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 2 | G1 | | NSD | | | | | | |
| | G2 | | NSD | | | | | | |
| | G3 | ✓ | NA | 21.5 x 1.50 | Talc | Yes | 01 | 02 | Fiber |
| | G4 | | NSD | | | | | | |
| | G5 | | NSD | | | | | | |
| | G6 | | NSD | | | | | | |
| | G7 | | NSD | | | | | | |
| | G8 | | NSD | | | | | | |
| | G9 | | NSD | | | | | | |
| | G10 | | NSD | | | | | | |
| 3 | F1 | | NSD | | | | | | |
| | F2 | | NSD | | | | | | |
| | F3 | | NSD | | | | | | |
| | F4 | | NSD | | | | | | |
| | F5 | | NSD | | | | | | |
| | F6 | | NSD | | | | | | |
| | F7 | | NSD | | | | | | |
| | F8 | | NSD | | | | | | |
| | F9 | | NSD | | | | | | |
| | F10 | | NSD | | | | | | |
| | I1 | | NSD | | | | | | |
| | I2 | | NSD | | | | | | |
| | I3 | | NSD | | | | | | |
| | I4 | | NSD | | | | | | |
| | I5 | | NSD | | | | | | |
| | I6 | | NSD | | | | | | |
| | I7 | | NSD | | | | | | |
| | I8 | | NSD | | | | | | |
| | I9 | | NSD | | | | | | |
| | I10 | | NSD | | | | | | |

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

## LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-21D

**Analyst:** Lee Poye
**Date:** 9-Jul-2018
**Page:** 3 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (μm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 4 | H1 | | NSD | | | | | | |
| | H2 | | NSD | | | | | | |
| | H3 | | NSD | | | | | | |
| | H4 | | NSD | | | | | | |
| | H5 | | NSD | | | | | | |
| | H6 | | NSD | | | | | | |
| | H7 | | NSD | | | | | | |
| | H8 | | NSD | | | | | | |
| | H9 | | NSD | | | | | | |
| | H10 | | NSD | | | | | | |
| | I1 | | NSD | | | | | | |
| | I2 | | NSD | | | | | | |
| | I3 | | NSD | | | | | | |
| | I4 | | NSD | | | | | | |
| | I5 | | NSD | | | | | | |
| | I6 | | NSD | | | | | | |
| | I7 | | NSD | | | | | | |
| | I8 | | NSD | | | | | | |
| | I9 | | NSD | | | | | | |
| | I10 | | NSD | | | | | | |



resources, inc.

# Sample 20180061-21D
# Talc (GO G3) - Morphology

StS-14 Full Quant_001
Talc
GO-G3
Microscopist: LWP
2 µm
HV=100kV
Direct Mag: 4000 x
J3 Resources, Inc.



# Sample 20180061-21D
# Talc (GO G3) - Diffraction Pattern and EDS







# Determination of Asbestos in Talc by XRD

## ISO 22262-3:2016

## Sample 20180061-21D

*No Amphibole Peak Present*



# Sample 20180061-31F
## (J3 Lab ID: STS 1615A)



Sample as received by J3 Resources, Inc.



# Determination of Asbestos in Talc by PLM
## ISO 22262-1:2014

## Sample 20180061-31F

The sample was a white powder containing 60% medium to large platy Talc particles (100µm to >200µm in size). The remaining 40% percent was composed of 20% starch and 20% carbonate material.

No asbestos was detected by PLM.

## Polarized Light Microscope Images



*100X Magnification of Talc Particles Crossed polars and 530nm gypsum compensator plate*



*100X Magnification dispersion staining of Talc Particles 1.550 refractive index oil*

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

## ISO 22262-2:2014

## Sample 20180061-31F

**J3 Order #:** JH1898969
**Analyst:** Lee Poye
**Customer:** Joseph Satterley, Esq.
**Date:** 10-Jul-2018

---

**Weight of Sample*:** 0.0179 g
**Percent of Original Sample*:** 67%
**Suspension Volume:** 1.5 mL
**Filtered Suspension Volume:** 0.1 mL

**Filter Size:** 25 mm
**Filter Pore Size:** 0.2 µm
**Area of Analytical Filter:** 210 $mm^2$
**GO Size:** 0.0132 $mm^2$
**GO Area Analyzed:** 1.056 $mm^2$

## Results Summary

| Asbestos Structure Number | Length (µm) | Width (µm) | Aspect Ratio | Asbestos Type |
|---|---|---|---|---|
| 1 | 43 | 2 | 21.5 | Anthophyllite |
| 2 | 4.5 | 0.25 | 18 | Anthophyllite |
| 3 | 7 | 0.5 | 14 | Anthophyllite |
| AVERAGE | 18.2 | 0.92 | 19.8 | |

**Total Asbestos Structures:** 3
**Anthophyllite Density:** 3000 $kg/m^3$
**Cross-section Shape Factor (Amphibole):** 0.5

**Asbestos Mass Fraction:** **0.0044%**
**Asbestos Mass Fraction of Original Sample:** **0.0029%**

* Sample was previously gravimetrically reduced.

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

## LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-31F

**Analyst:** Lee Poye
**Date:** 10-Jul-2018
**Page:** 1 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 1 | A1 | | NSD | | | | | | |
| | A2 | | NSD | | | | | | |
| | A3 | | NSD | | | | | | |
| | A4 | | NSD | | | | | | |
| | A5 | | NSD | | | | | | |
| | A6 | | NSD | | | | | | |
| | A7 | | NSD | | | | | | |
| | A8 | | NSD | | | | | | |
| | A9 | | NSD | | | | | | |
| | A10 | | NSD | | | | | | |
| | B1 | | NSD | | | | | | |
| | B2 | | 1 | 43 x 2.00 | Anthophyllite | Yes | 01 | 02 | Zone Axis [1 0 1] |
| | B3 | | NSD | | | | | | |
| | B4 | | NSD | | | | | | |
| | B5 | | NSD | | | | | | |
| | B6 | | NSD | | | | | | |
| | B7 | | NSD | | | | | | |
| | B8 | | NSD | | | | | | |
| | B9 | | NSD | | | | | | |
| | B10 | | NSD | | | | | | |
| 2 | C1 | | 2 | 4.5 x 0.25 | Anthophyllite | Yes | | | |
| | C2 | | NSD | | | | | | |
| | C3 | | NSD | | | | | | |
| | C4 | | NSD | | | | | | |
| | C5 | | NSD | | | | | | |
| | C6 | | NSD | | | | | | |
| | C7 | | NSD | | | | | | |
| | C8 | | NSD | | | | | | |
| | C9 | | NSD | | | | | | |
| | C10 | | NSD | | | | | | |

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

**LAB WORKSHEET**

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-31F

**Analyst:** Lee Poye
**Date:** 10-Jul-2018
**Page:** 2 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 2 | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | NSD | | | | | | |
| | D5 | | 3 | 7 x 0.50 | Anthophyllite | Yes | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | NSD | | | | | | |
| | D8 | | NSD | | | | | | |
| | D9 | | NSD | | | | | | |
| | D10 | | NSD | | | | | | |
| 3 | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | NSD | | | | | | |
| | D5 | | NSD | | | | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | NSD | | | | | | |
| | D8 | | NSD | | | | | | |
| | D9 | | NSD | | | | | | |
| | D10 | | NSD | | | | | | |
| | I1 | | NSD | | | | | | |
| | I2 | | NSD | | | | | | |
| | I3 | | NSD | | | | | | |
| | I4 | | NSD | | | | | | |
| | I5 | | NSD | | | | | | |
| | I6 | | NSD | | | | | | |
| | I7 | | NSD | | | | | | |
| | I8 | | NSD | | | | | | |
| | I9 | | NSD | | | | | | |
| | I10 | | NSD | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

**LAB WORKSHEET**

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-31F

**Analyst:** Lee Poye
**Date:** 10-Jul-2018
**Page:** 3 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 4 | B1 | | NSD | | | | | | |
| | B2 | | NSD | | | | | | |
| | B3 | | NSD | | | | | | |
| | B4 | | NSD | | | | | | |
| | B5 | ✓ | NA | 10 x 1.00 | Talc | Yes | | | Fiber |
| | B6 | | NSD | | | | | | |
| | B7 | | NSD | | | | | | |
| | B8 | | NSD | | | | | | |
| | B9 | | NSD | | | | | | |
| | B10 | | NSD | | | | | | |
| | C1 | | NSD | | | | | | |
| | C2 | | NSD | | | | | | |
| | C3 | | NSD | | | | | | |
| | C4 | | NSD | | | | | | |
| | C5 | | NSD | | | | | | |
| | C6 | | NSD | | | | | | |
| | C7 | | NSD | | | | | | |
| | C8 | | NSD | | | | | | |
| | C9 | | NSD | | | | | | |
| | C10 | | NSD | | | | | | |



# Sample 20180061-31F
# Structure 1 - Morphology

StS-15 Full Quant_001
Anthophyllite
GO-B2
Microscopist: LWP

2 µm
HV=100kV
Direct Mag: 4000 x
J3 Resources, Inc.



# Sample 20180061-31F
# Structure 1 – Diffraction Pattern and EDS







# Determination of Asbestos in Talc by XRD

## ISO 22262-3:2016

## Sample 20180061-31F

*No Amphibole Peak Present*



# Sample 20180061-31G
## (J3 Lab ID: STS 1616A)



Sample as received by J3 Resources, Inc.



# Determination of Asbestos in Talc by PLM
## ISO 22262-1:2014

## Sample 20180061-31G

The sample was a white powder containing 60% medium to large platy Talc particles (100µm to >200µm in size). The remaining 40% percent was composed of 20% starch and 20% carbonate material.

No asbestos was detected by PLM.

## Polarized Light Microscope Images



*100X Magnification of Talc Particles Crossed polars and 530nm gypsum compensator plate*



*100X Magnification dispersion staining of Talc Particles 1.550 refractive index oil*



# Determination of Asbestos in Talc by ATEM

## ISO 22262-2:2014

## Sample 20180061-31G

**J3 Order #:** JH1898969

**Customer:** Joseph Satterley, Esq.

**Analyst:** Lee Poye

**Date:** 10-Jul-2018

---

**Weight of Sample*:** 0.0174 g

**Percent of Original Sample*:** 65%

**Suspension Volume:** 1.5 mL

**Filtered Suspension Volume:** 0.1 mL

**Filter Size:** 25 mm

**Filter Pore Size:** 0.2 μm

**Area of Analytical Filter:** 210 mm$^2$

**GO Size:** 0.0132 mm$^2$

**GO Area Analyzed:** 1.056 mm$^2$

## Results Summary

| Asbestos Structure Number | Length (μm) | Width (μm) | Aspect Ratio | Asbestos Type |
|---|---|---|---|---|
| 1 | 26 | 0.5 | 52 | Anthophyllite |
| 2 | 18 | 0.5 | 36 | Anthophyllite |
| 3 | 5 | 0.5 | 10 | Anthophyllite |
| 4 | 19 | 1 | 19 | Anthophyllite |
| AVERAGE | **17** | **0.63** | **27.2** | |

**Total Asbestos Structures:** 4

**Anthophyllite Density:** 3000 kg/m$^3$

**Cross-section Shape Factor (Amphibole):** 0.5

**Asbestos Mass Fraction:** **0.00080%**

**Asbestos Mass Fraction of Original Sample:** **0.00052%**

* Sample was previously gravimetrically reduced.

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-31G

**Analyst:** Lee Poye
**Date:** 10-Jul-2018
**Page:** 1 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 1 | A1 | | NSD | | | | | | |
| | A2 | | NSD | | | | | | |
| | A3 | | NSD | | | | | | |
| | A4 | | NSD | | | | | | |
| | A5 | | NSD | | | | | | |
| | A6 | | 1 | 26 x 0.50 | Anthophyllite | Yes | 02 | 01 | |
| | A7 | | NSD | | | | | | |
| | A8 | | NSD | | | | | | |
| | A9 | | NSD | | | | | | |
| | A10 | | NSD | | | | | | |
| | B1 | | NSD | | | | | | |
| | B2 | | NSD | | | | | | |
| | B3 | | NSD | | | | | | |
| | B4 | | NSD | | | | | | |
| | B5 | | NSD | | | | | | |
| | B6 | | NSD | | | | | | |
| | B7 | | NSD | | | | | | |
| | B8 | | NSD | | | | | | |
| | B9 | | NSD | | | | | | |
| | B10 | | NSD | | | | | | |
| 2 | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | NSD | | | | | | |
| | D5 | | NSD | | | | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | 2 | 18 x 0.50 | Anthophyllite | Yes | | | |
| | D8 | | NSD | | | | | | |
| | D9 | | NSD | | | | | | |
| | D10 | | 3 | 5 x 0.50 | Anthophyllite | Yes | 03 | 04 | Zone Axis [3 0 1] |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

resources, inc.

# Determination of Asbestos in Talc by ATEM

LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-31G

**Analyst:** Lee Poye
**Date:** 10-Jul-2018
**Page:** 2 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 2 | E1 | | NSD | | | | | | |
| | E2 | | NSD | | | | | | |
| | E3 | | NSD | | | | | | |
| | E4 | | NSD | | | | | | |
| | E5 | | NSD | | | | | | |
| | E6 | | NSD | | | | | | |
| | E7 | | NSD | | | | | | |
| | E8 | | NSD | | | | | | |
| | E9 | ✓ | NA | 7.2 x 0.40 | Talc | Yes | | | Fiber |
| | E10 | | NSD | | | | | | |
| 3 | G1 | | NSD | | | | | | |
| | G2 | | NSD | | | | | | |
| | G3 | | NSD | | | | | | |
| | G4 | | NSD | | | | | | |
| | G5 | | NSD | | | | | | |
| | G6 | | NSD | | | | | | |
| | G7 | | NSD | | | | | | |
| | G8 | | NSD | | | | | | |
| | G9 | | NSD | | | | | | |
| | G10 | | NSD | | | | | | |
| | H1 | | NSD | | | | | | |
| | H2 | | NSD | | | | | | |
| | H3 | | NSD | | | | | | |
| | H4 | | NSD | | | | | | |
| | H5 | | NSD | | | | | | |
| | H6 | | NSD | | | | | | |
| | H7 | | NSD | | | | | | |
| | H8 | | NSD | | | | | | |
| | H9 | | NSD | | | | | | |
| | H10 | | NSD | | | | | | |

J3 resources, inc.

# Determination of Asbestos in Talc by ATEM

LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-31G

**Analyst:** Lee Poye
**Date:** 10-Jul-2018
**Page:** 3 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (μm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 4 | I1 | | NSD | | | | | | |
| | I2 | | 4 | 19 x 1.00 | Anthophyllite | Yes | | | |
| | I3 | | NSD | | | | | | |
| | I4 | | NSD | | | | | | |
| | I5 | | NSD | | | | | | |
| | I6 | | NSD | | | | | | |
| | I7 | | NSD | | | | | | |
| | I8 | | NSD | | | | | | |
| | I9 | | NSD | | | | | | |
| | I10 | | NSD | | | | | | |
| | J1 | | NSD | | | | | | |
| | J2 | ✓ | NA | 14 x 1.70 | Talc | Yes | | | Fiber |
| | J3 | | NSD | | | | | | |
| | J4 | | NSD | | | | | | |
| | J5 | | NSD | | | | | | |
| | J6 | | NSD | | | | | | |
| | J7 | | NSD | | | | | | |
| | J8 | | NSD | | | | | | |
| | J9 | | NSD | | | | | | |
| | J10 | | NSD | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |



# Sample 20180061-31G
# Structure 1 - Morphology



StS-16 Full Quant_002
Anthophyllite
GO - A6
Microscopist: LWP

2 µm
HV=100kV
Direct Mag: 4000 x
J3 Resources, Inc.



# Sample 20180061-31G
# Structure 1 – Diffraction Pattern and EDS







# Sample 20180061-31G
# Structure 3 - Morphology



SIS-16 Full Quant_003
Anthophyllite
GO - D10
Microscopist: LWP

1 µm
HV=100kV
Direct Mag: 12000 x
J3 Resources, Inc.



# Sample 20180061-31G
# Structure 3 – Diffraction Pattern and EDS







# Determination of Asbestos in Talc by XRD

## ISO 22262-3:2016

## Sample 20180061-31G



*No Amphibole Peak Present*

# APPENDIX C

# CHAIN OF CUSTODY



98969

Joseph D. Satterley*
Paul J. Kelley
Paul J. Ivie
J. Eric Kiser

SATTERLEY & KELLEY
PLLC

*Of Counsel:*
Robert L. Catlett, Jr.

*Paralegals:*
Tammy Owens Walker
Amanda Sanders
Courtney Lincks

May 22, 2018

***Via Federal Express***

Lee W. Poye, Vice President
J3 Resources, Inc.
6110 W. 34th St.
Houston, TX 77092

**Re:** ***Hayes v. Colgate, et al.***
**Shower to Shower Samples**

Dear Mr. Poye:

Enclosed, please find the following sixteen (16) containers of Shower to Shower samples obtained at Alliance Technologies on May 17, 2018.

Sample 20180070-07D (J&J Box 1- 2014.1.397D)
Sample 20180061-37D (STS Sample 02 Done- STS 001 D)
Sample 20180061-38D (STS Sample 02 Done- STS 002 D)
Sample 20180061-45D (STS Sample 02 Done- STS 009 D)
Sample 20180061-50D (STS Sample 02 Done- STS 014 D)
Sample 20180061-51D (STS Sample 02 Done- STS 015 D)
Sample 20180061-52D (STS Sample 02 Done- STS 016 D)
Sample 20180061-63D (STS Sample 02 Done- STS 027 D)
Sample 20180061-65D (STS Sample 02 Done- STS 029 D)
Sample 20180061-66D (STS Sample 02 Done- STS 030 D)
Sample 20180061-02D (STS Sample 01 Done- STS 036 D)
Sample 20180061-10D (STS Sample 01 Done- STS 044 D)
Sample 20180061-15D (STS Sample 01 Done- STS 049 D)
Sample 20180061-21D (STS Sample 01 Done- STS 055 D)
Sample 20180061-31F (STS Sample 01 Done- STS 065 F-Regular)
Sample 20180061-31G (STS Sample 01 Done- STS 065G-Spice)

I am also enclosing the Joint Catalogue for each sample identified above. Please note on the Joint Catalogues, the samples given to the Estate of Donna Hayes are referenced as Sample D, except for the two samples of 31 which are labeled F and G. Please give me a call upon receipt.

Rec'd 23-May-2018
Lee Poye V.P.
J3 Resources, Inc

Sincerely,

Joseph D. Satterley

JDS/tow
Enclosures

8700 Westport Road • Suite 202 • Louisville, KY 40242 502-589-5600 502-814-5500
* *Also licensed in Pennsylvania and California*

EXHIBIT E[1]

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

## JOINT CATALOGUE

| Laboratory Control No. | Sample Identification No. | Label on Original Container | Date on Original Container | Quantity on Label of Original Container | Actual Quantity in Original Container | Quantity in Original Container or New Receptacle After Division |
|---|---|---|---|---|---|---|
| 20180070-07 | 2014.001.0397 | Shower to Shower Deodorant Body Powder | 1978 | 8 oz. | ~7.3 oz. | ~3.66 oz. |
| 20180070-07A | | | | | | ~1.32 oz. |
| 20180070-07B | | | | | | ~1.84 oz. |
| 20180070-07C | | | | | | NOT USED |
| 20180070-07D | | | | | | ~0.48 oz. |

Observer for plaintiffs hereby acknowledges receipt of 20180070-07A, ~1.32 oz. (weight) of original Sample 20180070-07.

* 20180070-07A will be held at the Laboratory and shipped to the MDL PEC separately. (AMK)

[signature] Observer for Plaintiffs — 5/17/18 Date

Observer for plaintiffs hereby acknowledges receipt of 20180070-07D, ~~[illegible]~~ 0.48 oz. AMK (weight) of original Sample 20180070-07.

[signature] Observer for Plaintiffs — 5/17/18 Date

Observer for defendants hereby acknowledges receipt of 20180070-07B, ~1.84 oz. (weight) of original Sample 20180070-07.

[signature] Observer for Defendants — 5/17/18 Date

Laboratory technician hereby acknowledges that all remaining material from Sample 20180070-07 was (check one): ☑ replaced in its original container ☐ transferred to a new receptacle (20180070-07C).

[signature] Laboratory Technician — 5/17/18 Date

[1] This form is an Exhibit to the Agreed Order and Stipulation Regarding the Johnson & Johnson Defendants' Production of Talcum Powder Products and Talc Samples ("Agreed Order"). Terms used herein have the same meaning as defined in the Agreed Order. The instant form has been adapted for use in connection with the initial division of Samples STS009, STS014, STS015, STS027, STS029, STS030, STS044, STS049 and 2014.001.0397, and further division of Samples STS001, STS002, STS016, STS036, STS055 and STS065.

20180070-07D
J & J Box 1 - 2014.1.397 D
Jack N. Frost, Jr.

20180070-C

EXHIBIT E[1]

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

## JOINT CATALOGUE

| LABORATORY CONTROL NO. | SAMPLE IDENTIFICATION NO. | LABEL ON ORIGINAL CONTAINER | DATE ON ORIGINAL CONTAINER | QUANTITY ON LABEL OF ORIGINAL CONTAINER | QUANTITY IN ORIGINAL CONTAINER OR RECEPTACLE BEFORE DIVISION | QUANTITY IN ORIGINAL CONTAINER/RECEPTACLE OR NEW RECEPTACLE AFTER DIVISION |
|---|---|---|---|---|---|---|
| 2018 0061 -37 | STS001 | MORNING FRESH SCENT Shower to Shower DEODORANT BODY POWDER With Baking Soda | 1982 | 8 oz. | | |
| 2018 0061 -37 C | | | | | ~4.49 oz. | ~4.03 oz. |
| 2018 0061 -37 D | | | | | | ~0.46 oz. |

Observer for plaintiffs hereby acknowledges receipt of 2018 0061 -37 D, ~0.46 oz. (weight) of 2018 0061 -37C

Observer for Plaintiffs — Date 5/17/18

Observer for defendants hereby acknowledges witnessing the same.

Observer for Defendants — Date 5/17/18

Laboratory technician hereby acknowledges that all remaining material from 2018 0061 -37C was returned to its original container or receptacle.

Laboratory Technician — Date 5/17/18

1 This form is an Exhibit to the Agreed Order and Stipulation Regarding the Johnson & Johnson Defendants' Production of Talcum Powder Products and Talc Samples ("Agreed Order"). Terms used herein have the same meaning as defined in the Agreed Order. The instant form has been adapted for use in connection with the initial division of Samples STS009, STS014, STS015, STS027, STS029, STS030, STS044, STS049 and 2014.001.0397, and further division of Samples STS001, STS002, STS016, STS036, STS055 and STS065.

20180061-37D
Drinker
STS SAMPLE 02 DONE - STS 001 D
Jack N. Frost, Jr.

20180061-370
Jack N. Frost

EXHIBIT E[1]

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

## JOINT CATALOGUE

| LABORATORY CONTROL NO. | SAMPLE IDENTIFICATION NO. | LABEL ON ORIGINAL CONTAINER | DATE ON ORIGINAL CONTAINER | QUANTITY ON LABEL OF ORIGINAL CONTAINER | QUANTITY IN ORIGINAL CONTAINER OR RECEPTACLE BEFORE DIVISION | QUANTITY IN ORIGINAL CONTAINER/RECEPTACLE OR NEW RECEPTACLE AFTER DIVISION |
|---|---|---|---|---|---|---|
| 2018 0061 - 38 | STS002 | IMPROVED! Shower to Shower DEODORANT BODY POWDER with Baking Soda | 1980 | 8 oz. | / | / |
| 2018 0061 - 38 C | | | | | ~4.15 oz. | ~3.67 oz. |
| 2018 0061 - 38 D | | | | | | ~0.48 oz. |

Observer for plaintiffs hereby acknowledges receipt of 2018 0061 - 38 D, ~0.48 oz. (weight) of 2018 0061 - 38C.

Observer for Plaintiffs — Date: 5/17/18

Observer for defendants hereby acknowledges witnessing the same.

Observer for Defendants — Date: 5/17/18

Laboratory technician hereby acknowledges that all remaining material from 2018 0061 - 38C was returned to its original container or receptacle.

Laboratory Technician — Date: 5/17/18

[1] This form is an Exhibit to the Agreed Order and Stipulation Regarding the Johnson & Johnson Defendants' Production of Talcum Powder Products and Talc Samples ("Agreed Order"). Terms used herein have the same meaning as defined in the Agreed Order. The instant form has been adapted for use in connection with the initial division of Samples STS009, STS014, STS015, STS027, STS029, STS030, STS044, STS049 and 2014.001.0397, and further division of Samples STS001, **STS002**, STS016, STS036, STS055 and STS065.

20180061-38D
Drinker
STS SAMPLE 02 DONE - STS 002 D
Jack N. Frost, Jr.

EXHIBIT E[1]

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

## JOINT CATALOGUE

| LABORATORY CONTROL NO. | SAMPLE IDENTIFICATION NO. | LABEL ON ORIGINAL CONTAINER | DATE ON ORIGINAL CONTAINER | QUANTITY ON LABEL OF ORIGINAL CONTAINER | ACTUAL QUANTITY IN ORIGINAL CONTAINER | QUANTITY IN ORIGINAL CONTAINER OR NEW RECEPTACLE AFTER DIVISION |
|---|---|---|---|---|---|---|
| 2018 0061 - 45 | STS009 | MORNING FRESH SCENT Shower to Shower DEODORANT BODY POWDER with Baking Soda | 1982 | 13 oz. | ~14.03oz | ~ 7.03 oz. |
| 2018 0061 - 45 A | | | | | | ~ 2.96 oz. |
| 2018 0061 - 45 B | | | | | | ~ 3.54 oz. |
| 2018 ~~0061 - 45~~ C | | | | | | NOT USED |
| 2018 0061 - 45 D | | | | | | ~ 0.50 oz. |

Observer for plaintiffs hereby acknowledges receipt of 2018 0061 - 45 A. ~2.96oz. (weight) of original Sample 2018 0061 - 45.

* 20180061-45A will be held at the Laboratory and shipped to the OMDL PEC separately. (AMK)

[signature]
Observer for Plaintiffs

5/17/18
Date

Observer for plaintiffs hereby acknowledges receipt of 2018 0061 - 45 D. ~0.50oz. (weight) of original Sample 2018 0061 - 45.

[signature]
Observer for Plaintiffs

5/17/18
Date

Observer for defendants hereby acknowledges receipt of 2018 0061 - 45 B, ~3.54oz. (weight) of original Sample 2018 0061 - 45.

[signature]
Observer for Defendants

5/17/18
Date

Laboratory technician hereby acknowledges that all remaining material from Sample 2018 0061 - 45 was (check one): ☑ replaced in its original container ☐ transferred to a new receptacle (2018 ______ - ____ C).

[signature]
Laboratory Technician

5/17/18
Date

[1] This form is an Exhibit to the Agreed Order and Stipulation Regarding the Johnson & Johnson Defendants' Production of Talcum Powder Products and Talc Samples ("Agreed Order"). Terms used herein have the same meaning as defined in the Agreed Order. The instant form has been adapted for use in connection with the initial division of Samples STS009, STS014, STS015, STS027, STS029, STS030, STS044, STS049 and 2014.001.0397, and further division of Samples STS001, STS002, STS016, STS036, STS055 and STS065.

20180061-45D
Drinker
STS SAMPLE 02 DONE - STS 009 D
Jack N. Frost, Jr.

1.76

EXHIBIT E[1]

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

## JOINT CATALOGUE

| Laboratory Control No. | Sample Identification No. | Label on Original Container | Date on Original Container | Quantity on Label of Original Container | Actual Quantity in Original Container | Quantity in Original Container or New Receptacle After Division |
|---|---|---|---|---|---|---|
| 2018 0061 - 50 | STS014 | Shower to Shower DEODORANT BODY POWDER with Baking Soda | 1978 | 4 oz. | ~3.92 oz. | ~1.97 oz. |
| 2018 0061 - 50 A | | | | | | ~0.57 oz. |
| 2018 0061 - 50 B | | | | | | ~0.87 oz. |
| ~~2018 0061 - 50 C~~ | | | | | | NOT USED |
| 2018 0061 - 50 D | | | | | | ~0.51 oz. |

* 20180061-50A will be held at the laboratory and shipped to the MDL PEC separately. (AML)

Observer for plaintiffs hereby acknowledges receipt of 2018 0061 - 50 A, ~0.57 oz (weight) of original Sample 2018 0061 - 50.

[signature] Observer for Plaintiffs — 5/17/18 Date

Observer for plaintiffs hereby acknowledges receipt of 2018 0061 - 50 D, ~0.51 oz (weight) of original Sample 2018 0061 - 50.

[signature] Observer for Plaintiffs — 5/17/18 Date

Observer for defendants hereby acknowledges receipt of 2018 0061 - 50 B, ~0.87 oz (weight) of original Sample 2018 0061 - 50.

[signature] Observer for Defendants — 5/17/18 Date

Laboratory technician hereby acknowledges that all remaining material from Sample 2018 0061 - 50 was

(check one): ☑ replaced in its original container ☐ transferred to a new receptacle (2018 ____ - ____ C).

[signature] Laboratory Technician — 5/17/18 Date

[1] This form is an Exhibit to the Agreed Order and Stipulation Regarding the Johnson & Johnson Defendants' Production of Talcum Powder Products and Talc Samples ("Agreed Order"). Terms used herein have the same meaning as defined in the Agreed Order. The instant form has been adapted for use in connection with the initial division of Samples STS009, STS014, STS015, STS027, STS029, STS030, STS044, STS049 and 2014.001.0397, and further division of Samples STS001, STS002, STS016, STS036, STS055 and STS065.

20180061-50D
Drinker
STS SAMPLE 02 DONE - STS 014 D
Jack N. Frost, Jr.

1.74

EXHIBIT E[1]

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

## JOINT CATALOGUE

| LABORATORY CONTROL NO. | SAMPLE IDENTIFICATION NO. | LABEL ON ORIGINAL CONTAINER | DATE ON ORIGINAL CONTAINER | QUANTITY ON LABEL OF ORIGINAL CONTAINER | ACTUAL QUANTITY IN ORIGINAL CONTAINER | QUANTITY IN ORIGINAL CONTAINER OR NEW RECEPTACLE AFTER DIVISION |
|---|---|---|---|---|---|---|
| 2018 0061 - 51 | STS015 | MORNING FRESH SCENT Shower to Shower DEODORANT BODY POWDER with Baking Soda | 1982 | 8 oz. | ~8.03oz. | ~ 4.03 oz. |
| 2018 0061 - 51 A | | | | | | ~ 1.73 oz. |
| 2018 0061 - 51 B | | | | | | ~ 1.78 oz. |
| 2018 0061 - 51 C | | | | | | NOT USED |
| 2018 0061 - 51 D | | | | | | ~ 0.49 oz. |

Observer for plaintiffs hereby acknowledges receipt of 2018 0061 - 51 A. ~1.73oz. (weight) of original Sample 2018 0061 - 51.

* 20180061-51A will be held at the Laboratory and shipped to the MDL PEC Separately. (AMW)

[signature] Observer for Plaintiffs — 5/17/18 Date

Observer for plaintiffs hereby acknowledges receipt of 2018 0061 - 51 D. ~0.49oz. (weight) of original Sample 2018 0061 - 51.

[signature] Observer for Plaintiffs — 5/17/18 Date

Observer for defendants hereby acknowledges receipt of 2018 0061 - 51 B. ~1.78oz. (weight) of original Sample 2018 0061 - 51.

[signature] Observer for Defendants — 5/17/18 Date

Laboratory technician hereby acknowledges that all remaining material from Sample 2018 0061 - 51 was

(check one): ☑ replaced in its original container ☐ transferred to a new receptacle (2018 ____ - ____ C).

[signature] Laboratory Technician — 5/17/18 Date

[1] This form is an Exhibit to the Agreed Order and Stipulation Regarding the Johnson & Johnson Defendants' Production of Talcum Powder Products and Talc Samples ("Agreed Order"). Terms used herein have the same meaning as defined in the Agreed Order. The instant form has been adapted for use in connection with the initial division of Samples STS009, STS014, STS015, STS027, STS029, STS030, STS044, STS049 and 2014.001.0397, and further division of Samples STS001, STS002, STS016, STS036, STS055 and STS065.

Drinker
20180061-51D
STS SAMPLE 02 DONE - STS 015 D
Jack N. Frost, Jr.

1.75

EXHIBIT E[1]

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

## JOINT CATALOGUE

| LABORATORY CONTROL NO. | SAMPLE IDENTIFICATION NO. | LABEL ON ORIGINAL CONTAINER | DATE ON ORIGINAL CONTAINER | QUANTITY ON LABEL OF ORIGINAL CONTAINER | QUANTITY IN ORIGINAL CONTAINER OR RECEPTACLE BEFORE DIVISION | QUANTITY IN ORIGINAL CONTAINER/RECEPTACLE OR NEW RECEPTACLE AFTER DIVISION |
|---|---|---|---|---|---|---|
| 2018 0061 - 52 | STS016 | IMPROVED! Shower to Shower DEODORANT BODY POWDER with Baking Soda | 1980-1981 | 13oz. | ~6.30 oz. | ~ 5.80 oz. |
| 2018 0061 - 52 C | | | | | NOT USED | NOT USED |
| 2018 0061 - 52 D | | | | | | ~ 0.51 oz. |

Observer for plaintiffs hereby acknowledges receipt of 2018 0061 - 52 D, ~0.51 oz. (weight) of 2018 0061 - 52.

Observer for Plaintiffs — Date 5/17/18

Observer for defendants hereby acknowledges witnessing the same.

Observer for Defendants — Date 5/17/18

Laboratory technician hereby acknowledges that all remaining material from 2018 0061 - 52 was returned to its original container or receptacle.

Laboratory Technician — Date 5/17/18

[1] This form is an Exhibit to the Agreed Order and Stipulation Regarding the Johnson & Johnson Defendants' Production of Talcum Powder Products and Talc Samples ("Agreed Order"). Terms used herein have the same meaning as defined in the Agreed Order. The instant form has been adapted for use in connection with the initial division of Samples STS009, STS014, STS015, STS027, STS029, STS030, STS044, STS049 and 2014.001.0397, and further division of Samples STS001, STS002, STS016, STS036, STS055 and STS065.

20180061-52D
Drinker
STS SAMPLE 02 DONE · STS 016 D
Jack N. Frost, Jr.

STS SAMPLE
Jack N. Fr

EXHIBIT E[1]

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

## JOINT CATALOGUE

| LABORATORY CONTROL NO. | SAMPLE IDENTIFICATION NO. | LABEL ON ORIGINAL CONTAINER | DATE ON ORIGINAL CONTAINER | QUANTITY ON LABEL OF ORIGINAL CONTAINER | ACTUAL QUANTITY IN ORIGINAL CONTAINER | QUANTITY IN ORIGINAL CONTAINER OR NEW RECEPTACLE AFTER DIVISION |
|---|---|---|---|---|---|---|
| 2018 0061 - 63 | STS027 | IMPROVED! Shower to Shower DEODORANT BODY POWDER with Baking Soda | 1980 | 13 oz. | ~13.17 oz. | ~ 6.60 oz. |
| 2018 0061 - 63 A | | | | | | ~ 2.67 oz. |
| 2018 0061 - 63 B | | | | | | ~ 3.39 oz. |
| 2018 ~~0061 - 63~~ C | | | | | | NOT USED |
| 2018 0061 - 63 D | | | | | | ~ 0.51 oz. |

Observer for plaintiffs hereby acknowledges receipt of 2018 0061 - 63 A, ~2.67 oz. (weight) of original Sample 2018 0061 - 63.

* 20180061-63A will be held at the Laboratory and shipped to the MDL PEC separately. (AMK)

[signature]
Observer for Plaintiffs — Date: 5/17/18

Observer for plaintiffs hereby acknowledges receipt of 2018 0061 - 63 D, ~0.51 oz. (weight) of original Sample 2018 0061 - 63.

[signature]
Observer for Plaintiffs — Date: 5/17/18

Observer for defendants hereby acknowledges receipt of 2018 0061 - 63 B, ~3.39 oz. (weight) of original Sample 2018 0061 - 63.

[signature]
Observer for Defendants — Date: 5/17/18

Laboratory technician hereby acknowledges that all remaining material from Sample 2018 0061 - 63 was

(check one): ☑ replaced in its original container ☐ transferred to a new receptacle (2018 ______ - ______ C).

[signature]
Laboratory Technician — Date: 5/17/18

[1] This form is an Exhibit to the Agreed Order and Stipulation Regarding the Johnson & Johnson Defendants' Production of Talcum Powder Products and Talc Samples ("Agreed Order"). Terms used herein have the same meaning as defined in the Agreed Order. The instant form has been adapted for use in connection with the initial division of Samples STS009, STS014, STS015, STS027, STS029, STS030, STS044, STS049 and 2014.001.0397, and further division of Samples STS001, STS002, STS016, STS036, STS055 and STS065.

20180061-63D
Drinker
STS SAMPLE 02 DONE - STS 027 D
Jack N. Frost, Jr.

EXHIBIT E[1]

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

## JOINT CATALOGUE

| LABORATORY CONTROL NO. | SAMPLE IDENTIFICATION NO. | LABEL ON ORIGINAL CONTAINER | DATE ON ORIGINAL CONTAINER | QUANTITY ON LABEL OF ORIGINAL CONTAINER | ACTUAL QUANTITY IN ORIGINAL CONTAINER | QUANTITY IN ORIGINAL CONTAINER OR NEW RECEPTACLE AFTER DIVISION |
|---|---|---|---|---|---|---|
| 2018 0061 - 65 | STS029 | Shower to Shower DEODORANT BODY POWDER with Baking Soda | 1980-1981 | 8 oz. | ~ 8.50 oz. | ~4.26 oz. |
| 2018 0061 - 65 A | | | | | | ~ 1.83 oz. |
| 2018 0061 - 65 B | | | | | | ~ 1.93 oz. |
| ~~2018 0061 - 65 C~~ | | | | | | NOT USED |
| 2018 0061 - 65 D | | | | | | ~ 0.48 oz. |

Observer for plaintiffs hereby acknowledges receipt of 2018 0061 - 65 A, ~1.83 oz. (weight) of original Sample 2018 0061 - 65

*20180061-65A will be held at the Laboratory and shipped to the MDL PEC separately. AM

[signature] Observer for Plaintiffs — 5/17/18 Date

Observer for plaintiffs hereby acknowledges receipt of 2018 0061 - 65 D, ~0.48 oz. (weight) of original Sample 2018 0061 - 65.

[signature] Observer for Plaintiffs — 5/17/18 Date

Observer for defendants hereby acknowledges receipt of 2018 0061 - 65 B, ~1.93 oz. (weight) of original Sample 2018 0061 - 65.

[signature] Observer for Defendants — 5/17/18 Date

Laboratory technician hereby acknowledges that all remaining material from Sample 2018 0061 - 65 was (check one): ☑ replaced in its original container ☐ transferred to a new receptacle (2018 ______ - ______ C)

[signature] Laboratory Technician — 5/17/18 Date

[1] This form is an Exhibit to the Agreed Order and Stipulation Regarding the Johnson & Johnson Defendants' Production of Talcum Powder Products and Talc Samples ("Agreed Order"). Terms used herein have the same meaning as defined in the Agreed Order. The instant form has been adapted for use in connection with the initial division of Samples STS009, STS014, STS015, STS027, STS029, STS030, STS044, STS049 and 2014.001.0397, and further division of Samples STS001, STS002, STS016, STS036, STS055 and STS065.

20180061-65D
Drinker
STS SAMPLE 02 DONE - STS 029 D
Jack N. Frost, Jr.

1.74

EXHIBIT E[1]

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

## JOINT CATALOGUE

| LABORATORY CONTROL NO. | SAMPLE IDENTIFICATION NO. | LABEL ON ORIGINAL CONTAINER | DATE ON ORIGINAL CONTAINER | QUANTITY ON LABEL OF ORIGINAL CONTAINER | ACTUAL QUANTITY IN ORIGINAL CONTAINER | QUANTITY IN ORIGINAL CONTAINER OR NEW RECEPTACLE AFTER DIVISION |
|---|---|---|---|---|---|---|
| 2018 0061 - 66 | STS030 | MORNING FRESH SCENT Shower to Shower DEODORANT BODY POWDER with Baking Soda | 1982 | 13 oz. | ~14.52 oz | ~7.27 oz. |
| 2018 0061 - 66A | | | | | | ~ 3.17 oz. |
| 2018 0061 - 66 B | | | | | | ~ 3.49 oz. |
| ~~2018 0061 - 66 C~~ | | | | | | NOT USED |
| 2018 0061 - 66 D | | | | | | ~ 0.59 oz. |

Observer for plaintiffs hereby acknowledges receipt of 2018 0061 - 66 A, ~3.17 oz. (weight) of original Sample 2018 0061 - 66.

*20180061-66A will be held at the laboratory and shipped to the MDL PEC separately (AMK)

[signature]
Observer for Plaintiffs

5/17/18
Date

Observer for plaintiffs hereby acknowledges receipt of 2018 0061 - 66 D, ~0.59 oz. (weight) of original Sample 2018 0061 - 66.

[signature]
Observer for Plaintiffs

5/17/18
Date

Observer for defendants hereby acknowledges receipt of 2018 0061 - 66 B, ~3.49 oz. (weight) of original Sample 2018 0061 - 66.

[signature]
Observer for Defendants

5/17/18
Date

Laboratory technician hereby acknowledges that all remaining material from Sample 2018 0061 - 66 was (check one): ☑ replaced in its original container ☐ transferred to a new receptacle (2018 ____ - ____ C).

[signature]
Laboratory Technician

5/17/18
Date

[1] This form is an Exhibit to the Agreed Order and Stipulation Regarding the Johnson & Johnson Defendants' Production of Talcum Powder Products and Talc Samples ("Agreed Order"). Terms used herein have the same meaning as defined in the Agreed Order. The instant form has been adapted for use in connection with the initial division of Samples STS009, STS014, STS015, STS027, STS029, STS030, STS044, STS049 and 2014.001.0397, and further division of Samples STS001, STS002, STS016, STS036, STS055 and STS065.

Drinker
20180061-66D
STS SAMPLE 02 DONE - STS 030 D
Jack N. Frost, Jr.

Drinker

EXHIBIT E[1]

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

## JOINT CATALOGUE

| Laboratory Control No. | Sample Identification No. | Label on Original Container | Date on Original Container | Quantity on Label of Original Container | Quantity in Original Container or Receptacle Before Division | Quantity in Original Container/Receptacle or New Receptacle After Division |
|---|---|---|---|---|---|---|
| 2018 0061 - 02 | STS036 | Shower to Shower - DEODORANT BODY POWDER with Baking Soda | 1975 | 13 oz. | ~ 6.31 oz. | ~ 5.79 oz. |
| 2018 0061 - 02 C | | | | | NOT USED | NOT USED |
| 2018 0061 - 02 D | | | | | | ~ 0.51 oz. |

Observer for plaintiffs hereby acknowledges receipt of 2018 0061 - 02 D. ~0.51 oz. (weight) of 2018 0061 - 02.

[signature]
Observer for Plaintiffs

5/17/18
Date

Observer for defendants hereby acknowledges witnessing the same.

[signature]
Observer for Defendants

5/17/18
Date

Laboratory technician hereby acknowledges that all remaining material from 2018 0061 - 02 was returned to its original container or receptacle.

[signature]
Laboratory Technician

5/17/18
Date

[1] This form is an Exhibit to the Agreed Order and Stipulation Regarding the Johnson & Johnson Defendants' Production of Talcum Powder Products and Talc Samples ("Agreed Order"). Terms used herein have the same meaning as defined in the Agreed Order. The instant form has been adapted for use in connection with the initial division of Samples STS009, STS014, STS015, STS027, STS029, STS030, STS044, STS049 and 2014.001.0397, and further division of Samples STS001, STS002, STS016, STS036, STS055 and STS065.

20180061-02D
Drinker
STS SAMPLE 01 DONE - STS 036 D
Jack N. Frost, Jr.

20180061-02D
STS SAMPLE 01 DONE
Jack N. Frost, Jr.

EXHIBIT E[1]

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

## JOINT CATALOGUE

| Laboratory Control No. | Sample Identification No. | Label on Original Container | Date on Original Container | Quantity on Label of Original Container | Actual Quantity in Original Container | Quantity in Original Container or New Receptacle After Division |
|---|---|---|---|---|---|---|
| 2018 0061 - 10 | STS044 | IMPROVED! Shower to Shower DEODORANT BODY POWDER with Baking Soda | 1980-1981 | 4 oz. | ~3.67oz. | ~1.84oz. |
| 2018 0061 - 10 A | | | | | | ~ 0.40oz. |
| 2018 0061 - 10 B | | | | | | ~ 0.98oz. |
| ~~2018 0061 - 10 C~~ | | | | | | NOT USED |
| 2018 0061 - 10 D | | | | | | ~ 0.45oz. |

Observer for plaintiffs hereby acknowledges receipt of 2018 0061 - 10 A, ~0.40oz (weight) of original Sample 2018 0061 - 10. * 2018 0061-10A will be held at the Laboratory and shipped to the MDL PEC separately. (AMM)

[signature] Observer for Plaintiffs — 5/17/18 Date

Observer for plaintiffs hereby acknowledges receipt of 2018 0061 - 10 D, ~0.45oz (weight) of original Sample 2018 0061 - 10.

[signature] Observer for Plaintiffs — 5/17/18 Date

Observer for defendants hereby acknowledges receipt of 2018 0061 - 10 B, ~0.98oz (weight) of original Sample 2018 0061 - 10.

[signature] Observer for Defendants — 5/17/18 Date

Laboratory technician hereby acknowledges that all remaining material from Sample 2018 0061 - 10 was (check one): ☑ replaced in its original container ☐ transferred to a new receptacle (2018 ______ - ____ C).

[signature] Laboratory Technician — 5/17/18 Date

[1] This form is an Exhibit to the Agreed Order and Stipulation Regarding the Johnson & Johnson Defendants' Production of Talcum Powder Products and Talc Samples ("Agreed Order"). Terms used herein have the same meaning as defined in the Agreed Order. The instant form has been adapted for use in connection with the initial division of Samples STS009, STS014, STS015, STS027, STS029, STS030, STS044, STS049 and 2014.001.0397, and further division of Samples STS001, STS002, STS016, STS036, STS055 and STS065.

20180061-10D
Drinker
STS SAMPLE 01 DONE · STS 044 D
Jack N. Frost, Jr.

1.74

EXHIBIT E[1]

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

## JOINT CATALOGUE

| LABORATORY CONTROL NO. | SAMPLE IDENTIFICATION NO. | LABEL ON ORIGINAL CONTAINER | DATE ON ORIGINAL CONTAINER | QUANTITY ON LABEL OF ORIGINAL CONTAINER | ACTUAL QUANTITY IN ORIGINAL CONTAINER | QUANTITY IN ORIGINAL CONTAINER OR NEW RECEPTACLE AFTER DIVISION |
|---|---|---|---|---|---|---|
| 2018 0061 - 15 | STS049 | Shower to Shower DEODORANT BODY POWDER with Baking Soda | 1978 | 8 oz. | ~7.59 | ~3.81 oz. |
| 2018 0061 - 15 A | | | | | | ~1.19 oz. |
| 2018 0061 - 15 B | | | | | | ~2.05 oz. |
| 2018 ~~0061~~ - 15 C | | | | | | NOT USED |
| 2018 0061 - 15 D | | | | | | ~0.54 oz. |

Observer for plaintiffs hereby acknowledges receipt of 2018 0061 - 15 A, ~1.19 oz. (weight) of original Sample 2018 0061 - 15.

* 20180061-15A will be held at the Laboratory and shipped to the MDL PEC separately. (AMK)

[signature] Observer for Plaintiffs

5/17/18 Date

Observer for plaintiffs hereby acknowledges receipt of 2018 0061 - 15 D, ~0.54 oz. (weight) of original Sample 2018 0061 - 15.

[signature] Observer for Plaintiffs

5/17/18 Date

Observer for defendants hereby acknowledges receipt of 2018 0061 - 15 B, ~2.05 oz. (weight) of original Sample 2018 0061 - 15.

[signature] Observer for Defendants

5/17/18 Date

Laboratory technician hereby acknowledges that all remaining material from Sample 2018 0061 - 15 was

(check one): ☒ replaced in its original container ☐ transferred to a new receptacle (2018________ - _____ C).

[signature] Laboratory Technician

5/17/18 Date

1 This form is an Exhibit to the Agreed Order and Stipulation Regarding the Johnson & Johnson Defendants' Production of Talcum Powder Products and Talc Samples ("Agreed Order"). Terms used herein have the same meaning as defined in the Agreed Order. The instant form has been adapted for use in connection with the initial division of Samples STS009, STS014, STS015, STS027, STS029, STS030, STS044, STS049 and 2014.001.0397, and further division of Samples STS001, STS002, STS016, STS036, STS055 and STS065.

Drinker
20180061-15D
STS SAMPLE 01 DONE - STS 049 D
Jack N. Frost, Jr.

EXHIBIT E[1]

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

## JOINT CATALOGUE

| LABORATORY CONTROL NO. | SAMPLE IDENTIFICATION NO. | LABEL ON ORIGINAL CONTAINER | DATE ON ORIGINAL CONTAINER | QUANTITY ON LABEL OF ORIGINAL CONTAINER | QUANTITY IN ORIGINAL CONTAINER OR RECEPTACLE BEFORE DIVISION | QUANTITY IN ORIGINAL CONTAINER/RECEPTACLE OR NEW RECEPTACLE AFTER DIVISION |
|---|---|---|---|---|---|---|
| 2018 0061 - 21 | STS055 | REGULAR SCENT Shower to Shower DEODORANT BODY POWDER with Baking Soda and Corn starch | 1983 | 8 oz. | ~~~4.31oz.~~ AMK | |
| 2018 0061 - 21 C | | | | | ~4.31oz. | ~ 3.80 oz. |
| 2018 0061 - 21 D | | | | | | ~ 0.51 oz. |

Observer for plaintiffs hereby acknowledges receipt of 2018 0061 - 21 D ~0.51oz. (weight) of 2018 0061 - 21C.

[signature]
Observer for Plaintiffs

5/17/18
Date

Observer for defendants hereby acknowledges witnessing the same.

[signature]
Observer for Defendants

5/17/18
Date

Laboratory technician hereby acknowledges that all remaining material from 2018 0061 - 21C was returned to its original container or receptacle.

[signature]
Laboratory Technician

5/17/18
Date

[1] This form is an Exhibit to the Agreed Order and Stipulation Regarding the Johnson & Johnson Defendants' Production of Talcum Powder Products and Talc Samples ("Agreed Order"). Terms used herein have the same meaning as defined in the Agreed Order. The instant form has been adapted for use in connection with the initial division of Samples STS009, STS014, STS015, STS027, STS029, STS030, STS044, STS049 and 2014.001.0397, and further division of Samples STS001, STS002, STS016, STS036, STS055 and STS065.

20180061-21D
Drinker
STS SAMPLE 01 DONE - STS 055 D
Jack N. Frost, Jr.

1.73

EXHIBIT E[1]

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

## JOINT CATALOGUE

| LABORATORY CONTROL NO. | SAMPLE IDENTIFICATION NO. | LABEL ON ORIGINAL CONTAINER | DATE ON ORIGINAL CONTAINER | QUANTITY ON LABEL OF ORIGINAL CONTAINER | QUANTITY IN ORIGINAL CONTAINER OR RECEPTACLE BEFORE DIVISION | QUANTITY IN ORIGINAL CONTAINER/RECEPTACLE OR NEW RECEPTACLE AFTER DIVISION |
|---|---|---|---|---|---|---|
| 2018 0061 - 31 | STS065 | REGULAR SCENT Shower to Shower DEODORANT BODY POWDER with Baking Soda and Cornstarch | 1986 | 8 oz. | ~3.88 oz. | ~ 3.42 oz. |
| 2018 ~~0061 - 31~~ C | | | | | NOT USED | NOT USED |
| 2018 0061 - 31 F AMK | | | | | | ~ 0.46 oz. |

Observer for plaintiffs hereby acknowledges receipt of 2018 0061 - 31 F AMK ~0.46 oz. (weight) of 2018 0061 - 31.

[signature]
Observer for Plaintiffs

5/17/18
Date

Observer for defendants hereby acknowledges witnessing the same.

[signature]
Observer for Defendants

5/17/18
Date

Laboratory technician hereby acknowledges that all remaining material from 2018 0061 - 31 was returned to its original container or receptacle.

[signature]
Laboratory Technician

5/17/18
Date

1 This form is an Exhibit to the Agreed Order and Stipulation Regarding the Johnson & Johnson Defendants' Production of Talcum Powder Products and Talc Samples ("Agreed Order"). Terms used herein have the same meaning as defined in the Agreed Order. The instant form has been adapted for use in connection with the initial division of Samples STS009, STS014, STS015, STS027, STS029, STS030, STS044, STS049 and 2014.001.0397, and further division of Samples STS001, STS002, STS016, STS036, STS055 and STS065.

20180061-31F Regular-Drinker
STS SAMPLE 01 DONE - STS 065F
Jack N. Frost, Jr.

20180061-31F
STS SAMPLE 01
Jack N. Frost, Jr.

EXHIBIT E[1]

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

## JOINT CATALOGUE

| LABORATORY CONTROL NO. | SAMPLE IDENTIFICATION NO. | LABEL ON ORIGINAL CONTAINER | DATE ON ORIGINAL CONTAINER | QUANTITY ON LABEL OF ORIGINAL CONTAINER | QUANTITY IN ORIGINAL CONTAINER OR RECEPTACLE BEFORE DIVISION | QUANTITY IN ORIGINAL CONTAINER/RECEPTACLE OR NEW RECEPTACLE AFTER DIVISION |
|---|---|---|---|---|---|---|
| 2018 0061 - 31 | STS065 | SPICE SCENT Shower to Shower DEODORANT BODY POWDER with Baking Soda and Corn Starch | 1986 | 8 oz. | ~3.94 oz. | ~3.43 oz. |
| 2018 ~~0061 - 31~~ C | | | | | NOT USED | NOT USED |
| 2018 0061 - 31 G ANK | | | | | | ~0.51 oz. |

Observer for plaintiffs hereby acknowledges receipt of 2018 0061 - 31 G ANK, ~0.51 oz. (weight) of 2018 0061 - 31.

Observer for Plaintiffs — Date 5/17/18

Observer for defendants hereby acknowledges witnessing the same.

Observer for Defendants — Date 5/17/18

Laboratory technician hereby acknowledges that all remaining material from 2018 0061 - 31 was returned to its original container or receptacle.

Laboratory Technician — Date 5/17/18

[1] This form is an Exhibit to the Agreed Order and Stipulation Regarding the Johnson & Johnson Defendants' Production of Talcum Powder Products and Talc Samples ("Agreed Order"). Terms used herein have the same meaning as defined in the Agreed Order. The instant form has been adapted for use in connection with the initial division of Samples STS009, STS014, STS015, STS027, STS029, STS030, STS044, STS049 and 2014.001.0397, and further division of Samples STS001, STS002, STS016, STS036, STS055 and STS065.

20180061-31G Spice Drinker
STS SAMPLE 01 DONE - STS 065G
Jack N. Frost, Jr.

20180061-31G
STS SAMPLE 01 DONE
Jack N. Frost, Jr.
G
1.76