UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To All Cases | MDL Docket No. 2738 |

### CERTIFICATION OF JESSICA L. BRENNAN, ESQ.

1. Attached hereto as Exhibit 1 is a true and correct copy of Taher et al., *Critical Review of the Association Between Perineal Use of Talc Powder and Risk of Ovarian Cancer*, 90 Reprod. Toxicol. 88 (2019).

2. Attached hereto as Exhibit 2 is a true and correct copy of Krewski, *Perineal Use of Talc and Risk of Ovarian Cancer* (2018).

3. Attached hereto as Exhibit 3 is a true and correct copy of Exhibit 520A from the July 24, 2019 *Daubert* Hearing (Dr. Longo's Asbestiform "Bundles").

4. Attached hereto as Exhibit 4 is a true and correct copy of National Toxicology Program, *Toxicology and Carcinogenesis Studies of Talc in F344/N Rats and B6C3F$_1$ Mice (Inhalation Studies)* (1993).

5. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: October 7, 2019

_____
Jessica L. Brennan

120886115.1