# EXHIBIT 2

# Perineal Use of Talc and Risk of Ovarian Cancer



Daniel Krewski, PhD, MHA
Professor and Director
McLaughlin Centre for
Population Health Risk Assessment

NCID 2018
Lyon France
July 11, 2018

Université d'Ottawa | University of Ottawa





www.uOttawa.ca

# Ovarian Cancer

- Occurs at low rates among young women

- Increases with age

- Varies by ethnicity

- Average age at diagnosis in the US: 63 years

- Annual incidence rate: 12.7/100,000 (2005 – 2009)

- Majority of cases are diagnosed at an advanced stage, with 61% having distant metastases at the time of diagnosis

**McLaughlin Centre for Population Health Risk Assessment**



# Previous Research

- Four decades of research on the association between talc and ovarian cancer in North America, Europe and Asia

- Epidemiological studies are somewhat inconsistent, with notable differences in exposure assessment and characterization of dose-response

**McLaughlin Centre for Population Health Risk Assessment**



# Research Question

*To investigate the association between
the perineal use of talcum powder
and the risk of ovarian cancer,
using all available evidence
from peer-reviewed human epidemiological data,
as well as additional in-vitro or in-vivo studies.*

**McLaughlin Centre for Population Health Risk Assessment**



# Methodological Approach

**Systematic Review of Evidence based on Human Studies on Talc and Ovarian Cancer**
**Identification of Relevant Studies        Abstraction of Relevant Data**

**Review of Evidence based on Non-Human Studies on Talc and Ovarian Cancer**
**Toxicological Evidence        Mechanistic Evidence**

**Qualitative Evaluation of the Weight of Evidence for the Carcinogenicity of Talc**
**Hill Criteria for Causality        Key Characteristics of Carcinogens**

**Quantitative Evaluation of the Association Between Talc and Ovarian Cancer**
**Meta-Analysis        Dose Response Analysis**

**Integration of Findings**
**Overall Assessment of Carcinogenicity        Identification of Risk Benchmarks**

# Systematic Review

# PRISMA Diagram



# Qualitative Aspects of Current Review

- **Geography:** USA (n=21), Europe (n=4), Canada (n=2), Australia (n=2) and China (n=1)

- **Publication Time:** 40% (n=12) in the last decade, with the remaining studies (n=18) conducted between 1982 and 2006

- **Purpose:** Several studies analyzed data from populations initially recruited for other purposes, such as the Nurses' Health Study (NHS) and Women's Health Initiative (WHI) in the US

- **Number of studied women:** 46 – 2,204

**McLaughlin Centre for Population Health Risk Assessment**

uOttawa

# Conclusions of Previous Studies

- Fifteen of 30 studies concluded a positive association

- Five studies reported the possibility of an association

- Nine studies concluded an absence of an association

- One study did not present a concluding statement

**McLaughlin Centre for Population Health Risk Assessment**



# Weight of Evidence
## (application of Bradford Hill Criteria)

**McLaughlin Centre for Population Health Risk Assessment**

uOttawa

# 1. Strength of Association

- Of the 30 epidemiological studies, six reported statistically significant positive associations, with risk estimates (RR or OR) of 1.5 or greater

- None of the cohort studies (n=3) found a statistically significant association

**McLaughlin Centre for Population Health Risk Assessment**



# 2. Consistency

- Fifteen of 30 studies reported significant positive associations:

  – over four decades;

  – in different ethnicities;

  – across several countries, and several US states;

  – in case-control studies, but not cohort, studies.

**McLaughlin Centre for Population Health Risk Assessment**



# 3. Specificity

- Perineal talc exposure is specifically associated with cancer of the ovary and not other organs or tissues

- Findings suggest that the association may be stronger for serous ovarian cancer compared to other histologic types

**McLaughlin Centre for Population Health Risk Assessment**

uOttawa

# 4. Temporality

- **Case-control studies** reporting positive outcome, the participants recalled that exposure to talc preceded the reported outcome.

- **Cohort studies** (reporting lack of positive association), it is not known whether the follow up period was adequate to detect a potential association between perineal talc exposure and ovarian cancer

**McLaughlin Centre for Population Health Risk Assessment**     uOttawa

# 5. Biological Gradient

- About half of the epidemiological studies assessed only one level of talc exposure (ever *vs* never usage).

- Of those studies reporting a positive association, 6 studies found significant increasing dose response trends.

**McLaughlin Centre for Population Health Risk Assessment**



# 6. Biological Plausibility

- Particles of talc appear to migrate into the pelvis and ovarian tissue causing irritation and inflammation (the presence of talc in the ovaries has been documented)

- The specific mechanism(s) and cascade of molecular events by which talc might cause ovarian cancer have not yet been elucidated

- Chronic inflammatory response and alteration in local immunogenicity are possible mechanisms of action of talc as a risk factor for ovarian cancer

**McLaughlin Centre for Population Health Risk Assessment**

uOttawa

# 7. Coherence

- Results from talc epidemiology studies are coherent with the current knowledge on risk factors for ovarian cancer.

- Factors/physiological states associated with greater frequency and duration of ovulation appear to be associated with increased risk of ovarian cancer.

- Multiple case-control studies reported lower risk of ovarian cancer in women who underwent pelvic surgery or tubal ligation and suppressed ovulation.

**McLaughlin Centre for Population Health Risk Assessment**



# 8. Experimental Evidence

- Lack of long-term animal studies on talc carcinogenicity following perineal exposure.

- The rodent cancer bioassay for talc conducted by the National Toxicology Program (1993) was only by the inhalation route

- Rodent models may be of limited relevance because of ovulation occurring only or mainly during the breeding season, the rarity of ovarian epithelial tumors in these animals, and ovaries being variously enclosed in an ovarian bursa.

**McLaughlin Centre for Population Health Risk Assessment**



# 9. Analogy

- Talc and asbestos are both silicate minerals.

- Talc has been variably contaminated with asbestos (tremolite and anthophyllite). Until 1976, talcum powders were only required to contain at least 90% mineral talc

- Pleural and peritoneal mesotheliomas caused by asbestos are histologically similar to epithelial ovarian cancer associated with talc

- In animal models, asbestos induces ovarian epithelial hyperplasia similar to early epithelial tumors reported in women with prior exposure to talc

**McLaughlin Centre for Population Health Risk Assessment**



# Meta-Analysis

# Meta-analyses Conducted

## Primary analysis

- *Perineal talc use (ever vs. never)*

## 16 Subgroup Analyses

- *Duration and frequency of talc exposure*

- *Tumor histology, tumor behavior*

- *Study design, type of study controls*

- *NOS quality score and the publication year*

- *Effect of the menopausal state, hormone use, pelvic surgery*

**McLaughlin Centre for Population Health Risk Assessment**



# Results of Primary Meta-analysis

- Perineal/genital talc is associated with a significant increased risk of epithelial ovarian cancer:

*OR: 1.28 [1.20, 1.37]*

*P-heterogeneity= 0.05*

$I_2 = 33\%$

**McLaughlin Centre for Population Health Risk Assessment**

uOttawa

# Results of Primary Meta-analysis
## *(ever vs. never use of talc)*



# Influence Analysis



Legend: - - - - *Overall pooled odds ratio*

# Results of Subgroup Analyses

- Elevated risk more pronounced in:

  - *Hispanics and Whites*

  - *Women applying talc to underwear*

  - *Pre-menopausal women and post-menopausal women receiving hormonal therapy*

  - *Serous and endometrioid types of epithelial ovarian cancer*

- Negative association noted with tubal ligation

**McLaughlin Centre for Population Health Risk Assessment**



# Exposure-response Analysis

# Exposure-response Data
# from Cramer et al. (2016)



# Exposure-response Data
# from Multiple Studies



# Conclusion

# Cancer Classification

| Review | Conclusion | Criteria for Classification |
|---|---|---|
| IARC (2010) | Possibly carcinogenic to humans (Group 2B) | **Group 2B: The agent (mixture) is possibly carcinogenic to humans.** ". . . the Working Group concluded that the epidemiological studies taken together provide limited evidence of an association between perineal use of talc-based body powder and an increased risk for ovarian cancer." |
| This Review | Possibly Carcinogenic to Humans (Health Canada Group IIIA) | **Group IIIA: Possibly Carcinogenic to Humans.** Data from epidemiological studies indicate an association between exposure and human cancer, but alternative explanations such as chance, bias or confounding cannot be excluded. |

**McLaughlin Centre for Population Health Risk Assessment**

uOttawa

# Risk Estimates

| Review | No. of Studies | | | No. of Participants | | Risk of Ovarian Cancer [95% CI] |
|---|---|---|---|---|---|---|
| | Cohort | Case-Control | Total | Cases | Controls | |
| Huncharek et al. (2003) | 1 | 15 | 16 | 5,260 | 6,733 | 1.33 [1.16, 1.45] |
| Langseth et al. (2008) | 1 | 20 | 21 | NR | NR | 1.35 [1.26, 1.46] |
| Terry et al. (2013) | 0 | 8 | 8 | 8,525 | 9,859 | 1.35 [1.26, 1.46] |
| Berge et al. (2017) | 3 | 24 | 27 | 15,019 | 18,851 | 1.22 [1.13, 1.30] |
| Current Review | 3 | 24 | 27 | 16,352 | 19,808 | 1.28 [1.20, 1.37] |

**McLaughlin Centre for Population Health Risk Assessment**



# Funding Sources

- This work was conducted under a contract with between Health Canada and Risk Sciences International to independently evaluate the association between talc and ovarian cancer

- Additional graduate student support was provided by the
  - McLaughlin Centre for Population Health Risk Assessment
  - Natural Sciences and Engineering Research Council of Canada

**McLaughlin Centre for Population Health Risk Assessment**



# Contributors

- Nawal Farhat, MSc, PhD (can), University of Ottawa and RSI

- Christopher Gravel, PhD, McGill University and RSI

- Nataliya Karyakina, MD, PhD, RSI

- Kanaan Krishnan, PhD, RSI

- Donald Mattison, MD, MSc, RSI

- Siva Ramoju, MSc, RSI

- Nataliya Shilnikova, MD, PhD, RSI

- *Mohamed Taher, MD, MPH, DPHR, PhD (can), University of Ottawa and RSI (project lead)*

**McLaughlin Centre for Population Health Risk Assessment**

