# EXHIBIT 3

# Dr. Longo's Asbestiform "Bundles"

### 2017 REPORT | 2018 REPORT



**Conclusion: Single Fiber**

3/11/18 Report at p. 634 (LONGO 520)



**Conclusion: Fiber Bundle**

11/14/18 Report at p. 248 (LONGO 500)

14

# Dr. Longo's Asbestiform "Bundles"

**2017 REPORT | 2018 REPORT**



**Conclusion: Single Fiber**
3/11/18 Report at p. 55 (LONGO 520)



**Conclusion: Fiber Bundle**
11/14/18 Report at p. 1676 (LONGO 500)

15

# Dr. Longo's Asbestiform "Bundles"

**2017 REPORT** | **2018 REPORT**



**Conclusion: Single Fiber**
3/11/18 Report p. 106 (LONGO 520)



**Conclusion: Fiber Bundle**
11/14/18 Report at p. 585 (LONGO 500)

16