# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2738 |
| This Document Relates To All Cases | |

## LIST OF WITNESSES FOR *DAUBERT* HEARING

### July 22, 2019 – July 31, 2019

| Expert Name | Date of Testimony |
|---|---|
| **Dr. Ghassan Saed**<br><br>**Plaintiff Cell Biology Expert** | **July 22, 2019** |

| Expert Name | Date of Testimony |
|---|---|
| **Dr. Benjamin Neel**<br><br>**Defense Cancer Biology Expert** | **July 23, 2019** |
| **Dr. William Longo**<br><br>**Plaintiff Asbestos Expert** | **July 24, 2019** |

| Expert Name | Date of Testimony |
|---|---|
| **Dr. Anne McTiernan**<br><br>**Plaintiff Epidemiology Expert** | **July 25, 2019** |
| **Dr. Gregory Diette**<br><br>**Defense Epidemiology Expert** | **July 26, 2019** |

| Expert Name | Date of Testimony |
|---|---|
| **Dr. Arch Carson**<br><br>**Plaintiff Toxicology Expert** | **July 29, 2019** |
| **Dr. Daniel Clarke-Pearson**<br><br>**Plaintiff Gynecologic Oncology Expert** | **July 30, 2019** |

4

| Expert Name | Date of Testimony |
|---|---|
| **Dr. Cheryl Saenz**<br><br>**Defense Gynecologic Oncology Expert** | **July 31, 2019** |