## CERTIFICATION OF SERVICE

    I hereby certify that on October 7, 2019, a true and correct copy of the foregoing BRIEF, CERTIFICATION OF JESSICA L. BRENNAN, AMENDED GLOSSARY OF TECHNICAL TERMS, and LIST OF WITNESSES FOR *DAUBERT* HEARINGS was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                           Jessica L. Brennan
                                                           Drinker Biddle & Reath LLP
                                                           600 Campus Drive
                                                          Florham Park, NJ  07932-1047
                                                         Phone: (973) 549-7164
                                                         Fax:    (973) 360-9831
                                                         E-mail: jessica.brennan@dbr.com