# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>*This Document Relates To:*<br><br>William Szramek, as Independent Amdministrator of the Estate of Elizabeth Szramek, deceased, 3:19-cv-18822 | **MDL NO. 2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN**<br><br><br>MDL No. 2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given, pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that a Short Form Complaint with Jury Demand was filed on August 30, 2017 on behalf of Plaintiff, Davonna Moss.

Dated: 10/09/2019                     Respectfully Submitted,


                                /s/ Daniel R. Seidman


Daniel R. Seidman
SEIDMAN MARGULIS & FAIRMAN, LLP
110 W. Main St., Ste. 110
Belleville, IL 62220
(618) 235-7622
IL bar no. 6308142
*Attorneys for Plaintiff Davonna Moss*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2019, a copy of the foregoing Short Form Complaint and Jury Demand was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Daniel R. Seidman

Daniel R. Seidman
SEIDMAN MARGULIS & FAIRMAN, LLP
110 W. Main St., Ste. 110
Belleville, IL 62220
(618) 235-7622
IL bar no. 6308142
*Attorneys for Plaintiff William Szramek, as Independent Administrator of the Estate of Elizabeth Szramek, deceased*