UNITED STATES DISTRICT
COURT DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>*This document relates to:*<br>Olga Marohnic and Michael Marohnic | **3:16-md-02738 (FLW) (LHG)** |

3:19-cv-18196

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on September 23, 2019 on behalf of Plaintiffs, Olga Marohnic and Michael Marohnic.

**Dated: October 9, 2019.**

Respectfully submitted,

/s/ *Michael A. Robb*
Michael A. Robb (Fla. # 651583)
Leah Charbonnet (Fla. # 0034613)
CLARK ROBB COULOMBE
BUSCHMAN & CHARBONNET
7501 Wiles Road, Ste. 207
Coral Springs, FL 33067

T. (954) 753-3902
F. (954) 753-3902

mrobb@clarkrobb.com

## CERTIFICATE OF SERVICE

I hereby certify that October 9, 2019, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Respectfully submitted,

/s/ *Michael A. Robb*
Michael A. Robb (Fla. #651583)
Leah Charbonnet (Fla. #0034613)
CLARK ROBB COULOMBE
BUSCHMAN & CHARBONNET
7501 Wiles Road, Ste. 207
Coral Springs, FL 33067

T. (954) 753-3902
F. (954) 753-3902

mrobb@clarkrobb.com