**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON )<br>TALCUM POWDER PRODUCTS )<br>MARKETING, SALES PRACTICES, )<br>AND PRODUCTS LIABILITY )<br>LITIGATION ) <br> )<br>This document relates to: )<br>Lauren Malott v. Johnson & Johnson, et al.)<br>Case No. 3:19-cv-11756 ) | MDL No: 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Term Complaints) that the Short From Complaint and Jury Demand was filed on October 11, 2019 on behalf of the Plaintiff Lauren Malott.

                                                         */s/ Scott H. Duerring*
                                                         Scott H. Duerring #4771-46
                                                         Attorney for Plaintiff
                                                         DUERRING LAW OFFICES
                                                         61191 US 31 South
                                                         South Bend, Indiana 46614
                                                         Telephone: (574) 968-0250
                                                         Facsimile: (574) 968-1256
                                                         attysduerring@gmail.com

Dated: October 11, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2019, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

>*/s/ Scott H. Duerring*
>Scott H. Duerring, #4771-46
>DUERRING LAW OFFICES