UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to All Actions Filed Against Defendant Personal Care Products Council | MDL No. 16-2738 (FLW) (LHG) |

**PERSONAL CARE PRODUCT COUNCIL'S JOINDER IN THE POST-*DAUBERT* HEARING BRIEF FILED BY DEFENDANT JOHNSON & JOHNSON**

      Defendant Personal Care Products Council ("PCPC") joins and adopts the Post-*Daubert* Hearing Brief filed by Defendant Johnson & Johnson (DE 10713) for the reasons stated in PCPC's Motion to Join and Adopt the *Daubert* Motions Filed by Defendant Johnson & Johnson (DE 9721).  PCPC reserves the right to supplement Johnson & Johnson's briefing to the extent the Court renders any arguments presented as inapplicable to PCPC.

DATED: October 15, 2019            Respectfully submitted,

                                              PERSONAL CARE PRODUCTS COUNCIL

                                        By:   */s/ Thomas T. Locke*
                                                Thomas T. Locke, Esq.
                                                Rebecca Woods, Esq.
                                                Renee Appel, Esq.
                                                SEYFARTH SHAW LLP
                                                975 F Street, N.W.
                                                Washington, DC  20004
                                                Telephone:  (202) 463-2400
                                                Facsimile:  (202) 828-5393
                                                tlocke@seyfarth.com
                                                rwoods@seyfarth.com
                                                rappel@seyfarth.com

Richard W. Wedinger, Esq.
Jennifer Cheong, Esq.
BARRY, McTIERNAN & WEDINGER P.C.
10 Franklin Avenue
Edison, NJ 08837
Telephone: (732) 738-5600
Facsimile: (732) 738-7518
rwedinger@bmctwlaw.com
jcheong@bmctwlaw.com

*Attorneys for Defendant Personal Care Products Council*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system and is available for viewing and downloading from the CM/ECF system. The forgoing document was served upon all counsel of record via the CM/ECF system on this 15th day of October, 2019.

                                  SEYFARTH SHAW LLP
                                  *Attorneys for Personal Care Products Council*

                                  */s/ Thomas T. Locke*
                                  Thomas T. Locke, Esq.

59677918v.1