## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | ) | MDL No. 2738 (FLW) (LGH) |
| EARPLUG PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | |
| | ) | |
| | ) | |
| This Document Relates to | ) | |
| *William Szramek, Independent Administrator* | ) | |
| *of the Estate of Elizabeth Szramek, deceased.* | ) | |
| 3:19-cv-18822 | ) | |

### NOTICE OF VOLUNTARY DISIMSSAL OF PCPC

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), with no responsive pleadings having yet been filed by Personal Care Products Council ("PCPC"), Plaintiff, William Szramek, Independent Administrator of the Estate of Elizabeth Szramek, deceased, hereby gives notice that he voluntarily dismisses Defendant PCPC.


This matter continues as to Johnson & Johnson, Johnson & Johnson Consumer Inc., and Imerys Talc Americy, Inc. ("Imerys Talc").

Dated: October 16, 2019                     Respectfully submitted,


By:/s/ Daniel R. Seidman
Daniel R. Seidman (IL # 6308142)
SEIDMAN MARGULIS & FAIRMAN, LLP
110 W. Main St., Ste. 110
Belleville, IL 62220
(618) 235-7622
F: (224) 603-8345
IL # 6308142
dseidman@seidmanlaw.net

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on October 16, 2019, served electronically on all counsel of record.

By: /s/ Daniel R. Seidman
Daniel R. Seidman (IL # 6308142)
SEIDMAN MARGULIS & FAIRMAN, LLP
110 W. Main St., Ste. 110
Belleville, IL 62220
(618) 235-7622
F: (224) 603-8345
IL # 6308142
dseidman@seidmanlaw.net