## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Natalie Schonberg vs. Johnson & Johnson, et al.*
*Case No.:  3:18-cv-14075*

**MDL NO. 2738 (FLW) (LHG)**

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Natalie Schonberg.

This 16th day of October 2019.

Respectfully submitted,

ONDERLAW, LLC

By:  */s/ Stephanie L. Rados*
James G. Onder, #38049 MO
William W. Blair, #58196 MO
Stephanie L. Rados, #65117 MO
110 E. Lockwood, 2nd Floor
St. Louis, MO  63119
314-963-9000 telephone
314-963-1700 facsimile
onder@onderlaw.com
blair@onderlaw.com
rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 16th day of October 2019.

/s/ Stephanie L. Rados