UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| DONNA JONES AND CALVIN JONES, | |
| Plaintiffs, | Civil Action No.: 3:19-cv-18897 |
| v. | DIRECT FILED ACTION |
| JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC., | |
| Defendants. | |

**NOTICE OF FILING**

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 11th day of October 2019 on behalf of Donna Jones and Calvin Jones.

Dated:  10/17/2019            Respectfully Submitted by,

　　　　　　　　　　　　　　　　  /s/ W. Cameron Stephenson   
　　　　　　　　　　　　　　　　 W. Cameron Stephenson  
　　　　　　　　　　　　　　　　 Florida Bar No.: 0051599  
　　　　　　　　　　　　　　　　 LEVIN PAPANTONIO THOMAS MITCHELL  
　　　　　　　　　　　　　　　　 RAFFERTY & PROCTOR, P.A.  
　　　　　　　　　　　　　　　　 316 South Baylen Street, Suite 600  
　　　　　　　　　　　　　　　　 Pensacola, FL 32502  
　　　　　　　　　　　　　　　　 Telephone: (850) 435-7186  
　　　　　　　　　　　　　　　　 Facsimile: (850) 436-6186  
　　　　　　　　　　　　　　　　 Email: cstephenson@levinlaw.com  
　　　　　　　　　　　　　　　　 ATTORNEY FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

  I hereby certify that on the 17th day of October 2019, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                     <u>/s/ W. Cameron Stephenson</u>