**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Rhonda Bond vs. Johnson & Johnson, et al.*<br>Case No.: 3:19-cv-18921 | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Rhonda Bond.

This 16th day of October, 2019.

>  Respectfully submitted,
>
>  ONDERLAW, LLC
>
> By: */s/ Stephanie L. Rados*
>  James G. Onder, #38049 MO
>  William W. Blair, #58196 MO
>  Stephanie L. Rados, #65117 MO
>  110 E. Lockwood, 2nd Floor
>  St. Louis, MO  63119
>  314-963-9000 telephone
>  314-963-1700 facsimile
>  onder@onderlaw.com
>  blair@onderlaw.com
>  rados@onderlaw.com

**Certificate of Service**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 16th day of October, 2019.

                 */s/ Stephanie L. Rados*