# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| This document relates to:<br>CARRI L. RAWLINS AS THE PROPOSED REPRESENTATIVE OF PAULA MITCHELL<br>3:19-cv-19061 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on October 17, 2019 on behalf of Carri L. Rawlins as the Proposed Representative Of Paula Mitchell.

Dated: October 17, 2019

Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 17, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  October 17, 2019

                                            */s/ Christopher R. LoPalo*
                                            Christopher R. LoPalo, Esq.
                                            400 Broadhollow Rd., Suite 305
                                            Melville, NY 11747
                                            Telephone: (212) 397-1000
                                            Facsimile: (646) 927-1676
                                            CLoPalo@NapoliLaw.com

                                            *Attorneys for Plaintiff*