UNITED STAES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>RYSHAA E. MOSLEY,<br><br>      Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC.,<br><br>      Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br><br>Civil Action No.: 3:19-cv-19046 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 16, 2019 on behalf of Plaintiff Ryshaa E. Mosley.

Dated: 10/18/2019

      Respectfully Submitted,

      */s/ Vanessa H. Gross*
      Thomas P. Cartmell  MO# 45366
      tcartmell@wcllp.com
      Vanessa H. Gross  MO# 61250
      vgross@wcllp.com
      Wagstaff & Cartmell, LLP
      4740 Grand Avenue, Suite 300
      Kansas City, MO 64112
      (816) 701-1100
      Fax (816) 531-2372
      **Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on October 18, 2019.

*/s/ Vanessa H. Gross*
Vanessa H. Gross