UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lydia E. Morales v. Johnson & Johnson, et al.*<br>Case No.:  3:19-cv-19064-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Lydia E. Morales.

This 18th day of October, 2019.

                                                                            Respectfully submitted,
                                                                            BERNSTEIN LIEBHARD, LLP

By:    */s/ Morris Dweck*
          Morris Dweck
          10 East 40th Street
          New York, NY 10016
          Phone: 212-779-1414
          Fax: 212-779-3218
          dweck@bernlieb.com

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 18th day of October, 2019.

/s/ Morris Dweck