UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>Debbie Clark,<br>                      Plaintiff,<br>v.<br>Johnson & Johnson, et al.,<br>                      Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:19-cv-18268<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Came Management Order No. 3 (Filing Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on 9/24/19 on behalf of Debbie Clark.

Dated: 10/21/19

                                                                      THE DRISCOLL FIRM, P.C.

                                                                      BY: /s/ JOHN J. DRISCOLL
                                                                      JOHN J. DRISCOLL (#6276464)
                                                                      211 North Broadway, Suite 4050
                                                                      St. Louis, Missouri 63102
                                                                      Telephone No. (314) 932-3232
                                                                      Fax No. (314) 932-3233
                                                                      John@thedriscollfirm.com
                                                                      *Counsel for Plaintiff*