UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>Cristina Crivello,<br>        Plaintiff,<br>v.<br>Johnson & Johnson, et al.,<br>        Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:19-cv-18270<br><br>DIRECT FILED ACTION |

### NOTICE OF FILING

Notice is hereby given pursuant to Came Management Order No. 3 (Filing Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on 9/24/19 on behalf of Cristina Crivello.

Dated: 10/21/19

                    THE DRISCOLL FIRM, P.C.

                    BY: /s/ JOHN J. DRISCOLL
                    JOHN J. DRISCOLL (#6276464)
                    211 North Broadway, Suite 4050
                    St. Louis, Missouri 63102
                    Telephone No. (314) 932-3232
                    Fax No. (314) 932-3233
                    John@thedriscollfirm.com
                    *Counsel for Plaintiff*