**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Nakisha Broyles, Individually and As Personal Representative of the Estate of Citholetta Terrell, Deceased vs. Johnson & Johnson, et al.*<br>*Case No.: 3:19-cv-18685* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Nakisha Broyles, Individually and As Personal Representative of the Estate of Citholetta Terrell, Deceased.

This 22nd day of October, 2019.

                Respectfully submitted,

                ONDERLAW, LLC

          By: */s/ Stephanie L. Rados*
              James G. Onder, #38049 MO
              William W. Blair, #58196 MO
              Stephanie L. Rados, #65117 MO
              110 E. Lockwood, 2nd Floor
              St. Louis, MO  63119
              314-963-9000 telephone
              314-963-1700 facsimile
              onder@onderlaw.com
              blair@onderlaw.com

rados@onderlaw.com

## Certificate of Service

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 22nd day of October, 2019.

                                        */s/ Stephanie L. Rados*