## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |

Claudia Krolikowski                ,

                       Plaintiff,

v.

Johnson & Johnson, et al.             ,

                       Defendants.

COMPLAINT AND JURY DEMAND

Civil Action No.: 3:19-cv-18278_____

DIRECT FILED ACTION

## NOTICE OF FILING

Notice is hereby given pursuant to Came Management Order No. 3 (Filing Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on 9/24/19_____ on behalf of Claudia Krolikowski_____.

Dated: 10/23/19_____

                                       THE DRISCOLL FIRM, P.C.

                                       BY:  /s/ JOHN J. DRISCOLL
                                       JOHN J. DRISCOLL (#6276464)
                                       211 North Broadway, Suite 4050
                                       St. Louis, Missouri 63102
                                       Telephone No. (314) 932-3232
                                       Fax No. (314) 932-3233
                                       John@thedriscollfirm.com
                                       *Counsel for Plaintiff*