# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |

Myrna Pelton                                      ,

                                    Plaintiff,

v.

Johnson & Johnson, et al.                  ,

                                    Defendants.

MDL NO. 16-2738 (FLW) (LHG)
JUDGE FREDA L. WOLFSON
MAG. JUDGE LOIS H. GOODMAN

COMPLAINT AND JURY DEMAND

Civil Action No.: 3:19-cv-18620_____

DIRECT FILED ACTION

## NOTICE OF FILING

        Notice is hereby given pursuant to Came Management Order No. 3 (Filing Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on 10/2/19_____ on behalf of Myrna Pelton_____.

Dated: 10/23/2019_____

                                    THE DRISCOLL FIRM, P.C.

                                    BY:  /s/ JOHN J. DRISCOLL
                                    JOHN J. DRISCOLL (#6276464)
                                    211 North Broadway, Suite 4050
                                    St. Louis, Missouri 63102
                                    Telephone No. (314) 932-3232
                                    Fax No. (314) 932-3233
                                    John@thedriscollfirm.com
                                    *Counsel for Plaintiff*