UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> Irene Bey, <br>　　　　　　　　　　Plaintiff, <br> v. <br> Johnson & Johnson, et al., <br>　　　　　　　　　　Defendants. | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN <br><br> COMPLAINT AND JURY DEMAND <br><br> Civil Action No.: 3:19-cv-18628 <br><br> DIRECT FILED ACTION |

### NOTICE OF FILING

Notice is hereby given pursuant to Came Management Order No. 3 (Filing Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on 10/2/19 on behalf of Irene Bey.

Dated: 10/23/2019

　　　　　　　　　　　　　　　　　　　　　　　THE DRISCOLL FIRM, P.C.

　　　　　　　　　　　　　　　　　　　　　　　BY: /s/ JOHN J. DRISCOLL
　　　　　　　　　　　　　　　　　　　　　　　JOHN J. DRISCOLL (#6276464)
　　　　　　　　　　　　　　　　　　　　　　　211 North Broadway, Suite 4050
　　　　　　　　　　　　　　　　　　　　　　　St. Louis, Missouri 63102
　　　　　　　　　　　　　　　　　　　　　　　Telephone No. (314) 932-3232
　　　　　　　　　　　　　　　　　　　　　　　Fax No. (314) 932-3233
　　　　　　　　　　　　　　　　　　　　　　　John@thedriscollfirm.com
　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*