# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br><br> This document relates to: <br><br> Sharon Young <br>                               Plaintiff, <br> v. <br><br> Johnson & Johnson, et al. <br>                               Defendants. | **MDL No. 2738 (FLW) (LHG)** <br> **Master Docket No. 3:16-md-2738** <br> **JUDGE FREDA L. WOLFSON** <br> **MAG. JUDGE LOIS H. GOODMAN** <br><br> Case No. 3:19-cv-19202 |

### **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed a true and correct copy of the foregoing Notice of Filing with the Clerk of the Court via the CM/ECF system, which sent a notification of such filing to all counsel of record.

Dated: October 24, 2019

                                                                                  Respectfully submitted,

                                                                                  /s/: Randi Kassan
                                                                                  SANDERS PHILLIPS GROSSMAN, LLC
                                                                                  Randi Kassan, Esq.
                                                                                  100 Garden City Plaza, Suite 500
                                                                                  Garden City, NY 11530
                                                                                  Phone: 516-741-5600
                                                                                  Fax: 516-741-0128
                                                                                  Email: rkassan@thesandersfirm.com