**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Ethelene Hampton vs. Johnson & Johnson, et al.*<br>*Case No.: 3:19-cv-19258* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Ethelene Hampton.

This 23rd day of October, 2019.

                                            Respectfully submitted,

                                            ONDERLAW, LLC

By:    */s/ Stephanie L. Rados*
        James G. Onder, #38049 MO
        William W. Blair, #58196 MO
        Stephanie L. Rados, #65117 MO
        110 E. Lockwood, 2nd Floor
        St. Louis, MO  63119
        314-963-9000 telephone
        314-963-1700 facsimile
        onder@onderlaw.com
        blair@onderlaw.com
        rados@onderlaw.com

**<u>Certificate of Service</u>**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 23rd day of October, 2019.

                  <u>*/s/ Stephanie L. Rados*</u>