UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Barbara Skober, Individually and on Behalf of the Estate of Jane L. Skober<br>3:19-CV-19270 | MDL No. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

      Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on October 23, 2019 on behalf of Plaintiffs Barbara Skober, Individually and on Behalf of the Estate of Jane L. Skober.

Dated: October 24, 2019

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 24, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: October 24, 2019                              /s/ Michael Akselrud
                                                             Michael Akselrud
                                                             The Lanier Law Firm, PC
                                                             21550 Oxnard St., 3rd Fl
                                                             Woodland Hills, CA 91367
                                                             (310) 277-5100
                                                             Counsel for Plaintiff(s)