UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> CHRISTINA MACDONALD and DONALD MACDONALD, <br><br>**Plaintiffs,** <br><br>v. <br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., <br><br>**Defendants.** | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN <br><br><br> Case No.: 3:19-cv-15931-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on July 29, 2019, on behalf of Plaintiffs, Christina MacDonald and Donald MacDonald.

Date: October 28, 2019

Respectfully Submitted,

*/s/ Eric D. Holland*
Eric D. Holland – MO Bar #: 39935
Holland Law Firm, LLC
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
Tel: 314-241-8111
Fax: 314-241-5554
Email: eholland@allfela.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 28, 2019, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                */s/ Eric D. Holland*
                                                Eric D. Holland – MO Bar #: 39935
                                                Holland Law Firm, LLC
                                                300 N. Tucker Blvd., Suite 801
                                                St. Louis, MO 63101
                                                Tel: 314-241-8111
                                                Fax: 314-241-5554
                                                Email: eholland@allfela.com

                                                ***Attorneys for Plaintiff***