UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN |
| LORRAINE PATRICK, <br><br> **Plaintiff,** <br><br> v. <br><br> JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., <br><br> **Defendants.** | Case No.: 3:19-cv-14555-FLW-LHG |

## NOTICE OF FILING

    Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on July 1, 2019, on behalf of Plaintiff, Lorraine Patrick.

Date:  October 28, 2019                        Respectfully Submitted,

                                                  */s/ Eric D. Holland*
                                                  Eric D. Holland – MO Bar #: 39935
                                                  Holland Law Firm, LLC
                                                  300 N. Tucker Blvd., Suite 801
                                                  St. Louis, MO 63101
                                                  Tel: 314-241-8111
                                                  Fax: 314-241-5554
                                                  Email: eholland@allfela.com

                                                  ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2019, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Eric D. Holland
Eric D. Holland – MO Bar #: 39935
Holland Law Firm, LLC
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
Tel: 314-241-8111
Fax: 314-241-5554
Email: eholland@allfela.com

*Attorneys for Plaintiff*