UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <hr> **LORETTA TALLMAN and MIKE SHULL,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC.,** <br><br> **Defendants.** | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN <br><br><br> Case No.: 3:19-cv-14094-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on June 21, 2019, on behalf of Plaintiffs, Loretta Tallman and Mike Shull.

Date: October 28, 2019                    Respectfully Submitted,

                                         */s/ Eric D. Holland*
                                         Eric D. Holland – MO Bar #: 39935
                                         Holland Law Firm, LLC
                                         300 N. Tucker Blvd., Suite 801
                                         St. Louis, MO 63101
                                         Tel: 314-241-8111
                                         Fax: 314-241-5554
                                         Email: eholland@allfela.com

                                         *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2019, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

>/s/ Eric D. Holland
> Eric D. Holland – MO Bar #: 39935
> Holland Law Firm, LLC
> 300 N. Tucker Blvd., Suite 801
> St. Louis, MO 63101
> Tel: 314-241-8111
> Fax: 314-241-5554
> Email: eholland@allfela.com
>
> *Attorneys for Plaintiff*