UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Geannie Parks-Friskey vs. Johnson & Johnson, et al. Case No. 3:19-cv-19378* | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

    Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Geannie Parks-Friskey.

    This 29th day of October 2019.

                                                                                Respectfully submitted,

                                                                                REICH & BINSTOCK, LLP

                                                                                By: */s/ Robert J. Binstock*
Robert J. Binstock (TX 02328350)
Dennis C. Reich (TX 16739600)
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Phone: 713-622-7271
bbinstock@reichandbinstock.com
dreich@reichandbinstock.com
mephron@reichandbinstock.com

*Attorneys for Plaintiff*

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 29th day of October 2019.

/s/ Robert J. Binstock____