UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Dee Ann Boylan vs. Johnson & Johnson, et al.*<br>*Case No. 3:19-cv-19373* | MDL NO. 2738 (FLW) (LHG) |

<u>**NOTICE OF FILING**</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Dee Ann Boylan.

This 29th day of October 2019.

        Respectfully submitted,

        REICH & BINSTOCK, LLP

        By: */s/ Robert J. Binstock*
        Robert J. Binstock (TX 02328350)
        Dennis C. Reich (TX 16739600)
        Reich & Binstock, LLP
        4265 San Felipe, Suite 1000
        Houston, TX 77027
        Phone: 713-622-7271
        bbinstock@reichandbinstock.com
        dreich@reichandbinstock.com
        mephron@reichandbinstock.com

        *Attorneys for Plaintiff*

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 29th day of October 2019.

/s/ Robert J. Binstock____