AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| Rita Sostre | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3-16-md-2738-FLW-LHG |
| Johnson & Johnson Talcum Powder Products Marketing Sales Practices & Products Liability Litigation | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Personal Care Products Council (PCPC)
tlocke@seyfarth.com
saxelrod@theaxelrodfirm.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Irene M. McLafferty, Esquire
Messa & Associates
123 S. 22nd Street
Philadelphia, PA  19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3-16-md-2738-FLW-LHG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Personal Care Products Council (PCPC) was received by me on *(date)* 10/29/2019 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Emailed to Thomas T. Locke: tlocke@seyfarth.com and Sheryl L. Axelrod saxelrod@theaxelrodfirm.com

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/29/2019

Anne DeStefano
*Server's signature*

Anne DeStefano, Legal Assistant
*Printed name and title*

123 S. 22nd Street
Philadelphia, PA  19103
*Server's address*

Additional information regarding attempted service, etc: