UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Susan Conner, Individually and on Behalf of the Estate of Carol Black<br>3:19-CV-19511 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on October 29, 2019 on behalf of Plaintiffs Susan Conner, Individually and on Behalf of the Estate of Carol Black.

Dated: October 30, 2019

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: October 30, 2019                          /s/ Michael Akselrud
                                                               Michael Akselrud
                                                               The Lanier Law Firm, PC
                                                               21550 Oxnard St., 3rd Fl
                                                               Woodland Hills, CA 91367
                                                               (310) 277-5100
                                                               Counsel for Plaintiff(s)