**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>David Bustos, individually, and as the representative of the Estate of Isabel Tovar-Bustos, deceased,<br><br>                         Plaintiff,<br>v.<br><br>Johnson & Johnson, et al.<br>                         Defendants. | **MDL No. 2738 (FLW) (LHG)**<br>**Master Docket No. 3:16-md-2738**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>Case No. 3:19-cv-19332 |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this date, I electronically filed a true and correct copy of the foregoing Notice of Filing with the Clerk of the Court via the CM/ECF system, which sent a notification of such filing to all counsel of record.

Dated: October 31, 2019

                         Respectfully submitted,

                         <u>/s/: Randi Kassan</u>
                         SANDERS PHILLIPS GROSSMAN, LLC
                         Randi Kassan, Esq.
                         100 Garden City Plaza, Suite 500
                         Garden City, NY 11530
                         Phone: 516-741-5600
                         Fax: 516-741-0128
                         Email: rkassan@thesandersfirm.com

Case 3:16-md-02738-MAS-RLS   Document 10966-1   Filed 10/31/19   Page 2 of 2 PageID: 101700