## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG)** <br> **JUDGE FREDA L. WOLFSON** <br> **MAG. JUDGE LOIS H. GOODMAN** |
| **BRENDA MARCUM,** <br><br> **Plaintiff,** <br><br> v. <br><br> **JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC.,** <br><br> **Defendants.** | Case No.: 3:19-cv-15931-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on September 27, 2019, on behalf of Plaintiff, Brenda Marcum.

Date:  October 31, 2019                     Respectfully Submitted,

                                            */s/ Eric D. Holland*
                                            Eric D. Holland – MO Bar #: 39935
                                            Holland Law Firm, LLC
                                            300 N. Tucker Blvd., Suite 801
                                            St. Louis, MO 63101
                                            Tel: 314-241-8111
                                            Fax: 314-241-5554
                                            Email: eholland@allfela.com

                                            ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2019, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                              */s/ Eric D. Holland*
                                                              Eric D. Holland – MO Bar #: 39935
                                                              Holland Law Firm, LLC
                                                              300 N. Tucker Blvd., Suite 801
                                                              St. Louis, MO 63101
                                                              Tel: 314-241-8111
                                                              Fax: 314-241-5554
                                                              Email: eholland@allfela.com

                                                              ***Attorneys for Plaintiff***