# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Kelli Homeyer<br>                            Plaintiff,<br>v.<br><br>Johnson & Johnson, et al.<br>                            Defendants. | MDL No. 2738 (FLW) (LHG)<br>Civil No. 3:16-md-2738-FLW-LHG<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>Civil Action No.: 3:19-cv-19555 |

## NOTICE OF FILING

    Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 30, 2019 on behalf of the Plaintiff(s) listed in the above captioned matter.

                                                  Respectfully Submitted by,

                                                  /s/ Randi Kassan
                                                  SANDERS PHILLIPS GROSSMAN, LLC
                                                  Randi A. Kassan, Esq.
                                                  100 Garden City Plaza, Suite 500
                                                  Garden City, NY 11530
                                                  Tel: (516) 741-5600
                                                  Fax: (516) 741-0128
                                                  rkassan@thesandersfirm.com

                                                  **Counsel for Plaintiff**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br><u>Kelli Homeyer</u><br>　　　　　　　　　　Plaintiff,<br>v.<br><br><u>Johnson & Johnson, et al.</u><br>　　　　　　　　　　Defendants. | MDL No. 2738 (FLW) (LHG)<br>**Master Docket No. 3:16-md-2738**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>Case No. 3:19-cv-19555 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed a true and correct copy of the foregoing Notice of Filing with the Clerk of the Court via the CM/ECF system, which sent a notification of such filing to all counsel of record.

Dated: October 31, 2019

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　<u>/s/: Randi Kassan</u>
　　　　　　　　　　　　　　　　　　　SANDERS PHILLIPS GROSSMAN, LLC
　　　　　　　　　　　　　　　　　　　Randi Kassan, Esq.
　　　　　　　　　　　　　　　　　　　100 Garden City Plaza, Suite 500
　　　　　　　　　　　　　　　　　　　Garden City, NY 11530
　　　　　　　　　　　　　　　　　　　Phone: 516-741-5600
　　　　　　　　　　　　　　　　　　　Fax: 516-741-0128
　　　　　　　　　　　　　　　　　　　Email: rkassan@thesandersfirm.com