GACOVINO, LAKE & ASSOCIATES, P.C.
270 West Main Street
Sayville, New York 11782
800-550-0000
*Attorneys for Plaintiffs Sandra Morales Velasco & Jose Camacho*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Sandra Morales Velasco, et al. v. Johnson & Johnson, et al.<br>Case No. 3:19-cv-19647 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 31, 2019 on behalf of Plaintiffs Sandra Morales Velasco and Jose Camacho.

    ***/s/ Richard Zgoda, Jr.***
    Richard Zgoda, Jr.
    GACOVINO, LAKE & ASSOCIATES, P.C.
    270 West Main Street
    Sayville, NY 11782
    (800) 550-0000 Telephone
    (631) 543-5450 Facsimile
    r.zgoda@gacovinolake.com

    Attorneys for Plaintiff Sandra Morales Velasco

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 1, 2019, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Richard Zgoda, Jr.*
      Richard Zgoda, Jr.

      GACOVINO, LAKE & ASSOCIATES, P.C.