**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| MIRIAM B. YARBROUGH AND JOHN C. YARBROUGH, | |
| Plaintiffs, | Civil Action No.: 3:19-cv-19464 |
| v. | DIRECT FILED ACTION |
| JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC., Defendants. | |

**NOTICE OF FILING**

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 29th day of October 2019 on behalf of Miriam B. Yarbrough and John C. Yarbrough.

Dated:  11/4/2019                                    Respectfully Submitted by,

 */s/ W. Cameron Stephenson*
 W. Cameron Stephenson
 Florida Bar No.: 0051599
 LEVIN PAPANTONIO THOMAS MITCHELL
 RAFFERTY & PROCTOR, P.A.
 316 South Baylen Street, Suite 600
 Pensacola, FL 32502
 Telephone: (850) 435-7186
 Facsimile: (850) 436-6186
 Email: cstephenson@levinlaw.com
 ATTORNEY FOR THE PLAINTIFFS

1

## CERTIFICATE OF SERVICE

  I hereby certify that on the 4th day of November 2019, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                 */s/ W. Cameron Stephenson*