UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>*This document relates to*:<br><br>Elizabeth Bennett v. Johnson & Johnson, et al.<br>Case No: __3:19-CV-19890__ | Civil Action No.<br>__3:19-CV-19890-FLW-LHG__<br><br>MDL No. 2738 |

# NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 5, 2019, on behalf of Plaintiff Elizabeth Bennett.

                                         s/ Steve Faries
                                         Steve Faries
                                         Mark R. Mueller
                                         MUELLER LAW PLLC
                                         404 W. 7th St.
                                         Austin, TX 78701
                                         (512) 478-1236
                                         receptionist@muellerlaw.com

                                         *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2019, a copy, of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

s/ Steve Faries
Steve Faries

MUELLER LAW PLLC
