## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to LEE ANN CRAYCRAFT<br>Case No. 3:19-CV-19990 | **MDL No. 2738 (FLW) (LHG)** |

## <u>NOTICE OF FILING</u>

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on November 8, 2019 on behalf of Plaintiff LEE ANN CRAYCRAFT.

Dated: <u>November 8, 2019</u>

Respectfully Submitted by,
<u>/s/ Michael Akselrud</u>
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 8, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: November 8, 2019              /s/ Michael Akselrud
                                     Michael Akselrud
                                     The Lanier Law Firm, PC
                                     21550 Oxnard St., 3rd Fl
                                     Woodland Hills, CA 91367
                                     (310) 277-5100
                                     Counsel for Plaintiff(s)