UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to*:<br><br>Angela Allen Cronk and Dennis R. Cronk v. Johnson & Johnson, et al.<br>Case No. 3:19-cv-19979 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 8, 2019 on behalf of Plaintiffs Angela Allen Cronk and Dennis R. Cronk.

Dated:  November 11, 2019

Respectfully Submitted by,

 */s/ Laurence S. Berman*
Laurence S. Berman
Michael M. Weinkowitz
Levin Sedran & Berman LLP
510 Walnut Street, Ste 500
Philadelphia, PA  19106
Tel (215) 592-1500/Fax (215) 592-4663
Lberman@lfsblaw.com
MWeinkowitz@lfsblaw.com

*Counsel for Plaintiffs*