## **CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2019, a copy of the forgoing *Notice of Filing* was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

                                                    */s/ Laurence S. Berman*
                                                    Laurence S. Berman
                                                    LEVIN SEDRAN & BERMAN LLP