UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Terry Whitsitt, Individually and on Behalf of the Estate of Linda Whitsitt<br>3:19-CV-19975 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

  Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on November 7, 2019 on behalf of Plaintiff Terry Whitsitt, Individually and on Behalf of the Estate of Linda Whitsitt.

| | |
|---|---|
| Dated: <u>November 11, 2019</u> | Respectfully Submitted by,<br><u>/s/ Michael Akselrud</u><br>Michael Akselrud<br>The Lanier Law Firm, PC<br>21550 Oxnard St., 3rd Fl.<br>Woodland Hills, CA 91367<br>(310) 277-5100<br>Counsel for Plaintiff(s) |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: November 11, 2019            /s/ Michael Akselrud
                                               Michael Akselrud
                                               The Lanier Law Firm, PC
                                               21550 Oxnard St., 3rd Fl
                                               Woodland Hills, CA 91367
                                               (310) 277-5100
                                               Counsel for Plaintiff(s)