UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Lynn Tripp and Dan Tripp<br>3:19-CV-19972 | MDL No. 2738 (FLW) (LHG) |

### NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on November 7, 2019 on behalf of Plaintiff Lynn Tripp and Dan Tripp.

| | |
|---|---|
| Dated: November 11, 2019 | Respectfully Submitted by,<br>/s/ Michael Akselrud<br>Michael Akselrud<br>The Lanier Law Firm, PC<br>21550 Oxnard St., 3rd Fl.<br>Woodland Hills, CA 91367<br>(310) 277-5100<br>Counsel for Plaintiff(s) |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: November 11, 2019　　　　　　　/s/ Michael Akselrud  
　　　　　　　　　　　　　　　　　　Michael Akselrud  
　　　　　　　　　　　　　　　　　　The Lanier Law Firm, PC  
　　　　　　　　　　　　　　　　　　21550 Oxnard St., 3rd Fl  
　　　　　　　　　　　　　　　　　　Woodland Hills, CA 91367  
　　　　　　　　　　　　　　　　　　(310) 277-5100  
　　　　　　　　　　　　　　　　　　Counsel for Plaintiff(s)