# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates To:<br>*Cindy Lengele v. Johnson & Johnson Inc., et al.*<br>*3:17-cv-11319-FLW-LHG* | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>Judge Freda L. Wolfson<br>Magistrate Judge Lois H. Goodman<br><br>**MDL No. 16-2738** |

## SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of Plaintiff, Cindy Lengele.

Dated:   November 11, 2019

Respectfully submitted,

Hart McLaughlin & Eldridge LLC

/s/ *Steven A. Hart*
Steven A. Hart
Robert J. McLaughlin
**HART MCLAUGHLIN & ELDRIDGE, LLC**
22 W. Washington Street, Suite 1600
Chicago, Illinois 60602
Tel:    (312) 955-0545
Fax:   (312) 971-9243
shart@hmelegal.com
rmclaughlin@hmelegal.com

## CERTIFICATE OF SERVICE

I, Steven A. Hart, depose and state that I have served a copy of this Suggestion of Death upon all counsel of record via the United States Court for the District of New Jersey ECF Document Filing System on May 15, 2019.

By:     /s/ *Steven A. Hart*

[x]  As provided by law pursuant to Rule 5(b) of Fed. Rules of Civil Procedure, I certify that the statements set forth herein are true and correct.