# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>Michelle Summers<br>                    Plaintiff,<br>v.<br><br>Johnson & Johnson, et al.<br>                    Defendants. | **MDL No. 2738 (FLW) (LHG)**<br>**Master Docket No. 3:16-md-2738**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>Case No. 3:19-cv-20001 |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed a true and correct copy of the foregoing Notice of Filing with the Clerk of the Court via the CM/ECF system, which sent a notification of such filing to all counsel of record.

Dated: November 12, 2019

                        Respectfully submitted,

                        /s/: Randi Kassan
                        SANDERS PHILLIPS GROSSMAN, LLC
                        Randi Kassan, Esq.
                        100 Garden City Plaza, Suite 500
                        Garden City, NY 11530
                        Phone: 516-741-5600
                        Fax: 516-741-0128
                        Email: rkassan@thesandersfirm.com