IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | |
| *This document relates to:*<br>*Kathy Price a/k/a Kathleen Ann Price, Individually and as Executrix of the Estate of Tamrus J. Price, Deceased v. Johnson & Johnson, et al.*<br>Member Case No: 3:19-cv-20035 | **MDL No: 2738 (FLW)(LHG)** |

## NOTICE OF FILING

Notice is hereby given in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 11, 2019 on behalf of Plaintiff, Kathy Price a/k/a Kathleen Ann Price, Individually and as Executrix of the Estate of Tamrus J. Price, Deceased.

**DATED:   11/12/19**                     Respectfully submitted,

*/s/ Richard M. Golomb*
Richard M. Golomb, Esquire
**GOLOMB & HONIK, P.C.**
1835 Market Street, Suite 2900
Philadelphia, PA  19103
Phone: (215) 985-9177
Fax:    (215) 985-4169
Email:  rgolomb@golombhonik.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Richard M. Golomb, hereby certify that on this **12th day of November, 2019**, I caused a true and correct copy of the foregoing: ***Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand*** was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:** 11/12/19

                                             */s/ Richard M. Golomb*
                                             Richard M. Golomb, Esquire
                                             **GOLOMB & HONIK, P.C.**
                                             1835 Market Street, Suite 2900
                                             Philadelphia, PA  19103
                                             Phone: (215) 985-9177
                                             Fax:    (215) 985-4169
                                             Email:  rgolomb@golombhonik.com

                                             *Attorney for Plaintiff*