UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
AT TRENTON

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>DONNA J. JONES<br><br><br>3:19-cv-20134 | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FRIEDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand was filed on November 13, 2019 on behalf of Donna J. Jones.

Dated:  November 13, 2019

Respectfully submitted,

/s/ Ronald R. Parry
Ronald R. Parry
STRAUSS TROY CO., LPA
The Federal Reserve Building
150 East Fourth Street, 4th Floor
Cincinnati, Ohio  45202-4018
513-621-2120 (Telephone)
513-241-8259 (Facsimile)
rrparry@strausstroy.com

*Counsel for Plaintiff Donna J. Jones*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 13th day of November, 2019, the foregoing Notice of Filing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

/s/ Ronald R. Parry
Ronald R. Parry

13714578_1.docx