## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><u>Robin Bernhardt</u><br><br>                              Plaintiff,<br>v.<br><br><u>Johnson & Johnson, et al.</u><br>                              Defendants. | MDL No. 2738 (FLW) (LHG)<br>Civil No. 3:16-md-2738-FLW-LHG<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>Civil Action No.: 3:19-cv-20177 |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 13, 2019 on behalf of the Plaintiff listed in the above captioned matter.

                                                                Respectfully Submitted by,

Dated: November 13, 2019                By: <u>s/ Paul M. Scott, Esq.</u>
                                                                Paul Scott, Esq.
                                                                Georgia Bar No. 140960

BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue
Brunswick, Georgia 31521-0220

Telephone: 912-264-8544
Facsimile:  912-264-9667
pscott@brbcsw.com

                                            *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 13, 2019, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated: November 13, 2019      By: s/ Paul M. Scott, Esq.
                                       Paul Scott, Esq.
                                       Georgia Bar No. 140960

BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue
Brunswick, Georgia 31521-0220

Telephone: 912-264-8544
Facsimile:  912-264-9667
pscott@brbcsw.com

                                        *Attorneys for Plaintiff*