# UNITED STAES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS GOODMAN |
| FELICIA DENISE WARD, <br><br> Plaintiff, <br><br> v. <br><br> JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC., <br><br> Defendants. | Civil Action No.: 3:19-cv-20072 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 12, 2019 on behalf of Plaintiff Felicia Denise Ward.

Dated: 11/14/2019

Respectfully Submitted,

*/s/ Vanessa H. Gross*
Thomas P. Cartmell    MO# 45366
Vanessa H. Gross    MO# 61250
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (816) 701-1100
Fax: (816) 531-2372
tcartmell@wcllp.com
vgross@wcllp.com

**Counsel for Plaintiff(s)**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on November 14, 2019.

*/s/ Vanessa H. Gross*
Vanessa H. Gross