Law Offices
of
AGNES S. WLADYKA, LLC
1122 Route 22 West
Mountainside, New Jersey 07092
Phone 908 233 0024
Fax 908 233 0118
e-mail Wladyka@aol.com

November 14, 2019

Hon. Freda L. Wolfson
Hon. Lois H. Goodman
United States District Court
U S Court House and Post Office Bldg
Newark, New Jersey 07101

Re: Christin Walker v Johnson and Johnson etc et al
Docket No 16 02738 (FLW-LHG)

Dear Judges Wolfson and Goodman:

The undersigned has been receiving communications concerning the above matter. I do not represent Ms Walker in the above matter but I did file a civil action for Ms Walker against the Social Security Administration for a denial of disability benefits.

Please review this action and correct my representation. Thank you for your Honors' time and consideration in this matter.

Respectfully yours,

/aw

/s/ Agnes S Wladyka
Agnes S. Wladyka