# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>ROBERTA LYNN SMITH<br><br>       Plaintiffs,<br>v.<br><br>JOHNSON & JOHNSON, et al.<br><br>       Defendants. | **MDL No. 16-2738 (FLW) (LHG)**<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br><br>Civil Action No.: 3:19-cv-20329 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 14, 2019 on behalf of Plaintiff, Roberta Lynn Smith.

Dated:  November 14, 2019        */s/* Michael B. Lynch_____
                                 Michael B. Lynch (FL Bar 668478)
                                 The Michael Brady Lynch Firm
                                 127 West Fairbanks Ave. #528
                                 Winter Park, FL 32789
                                 Phone: (407) 641-5567
                                 michaelblynch@mac.com

                                 and

*/s/* Levi M. Plesset_____
Levi M. Plesset (CA Bar 296039)
Milstein, Jackson, Fairchild & Wade, LLP
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067
Phone: (310) 396-9600
lplesset@mjfwlaw.com

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

*/s/* Michael B. Lynch_____
Michael B. Lynch