## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>SANDRA KOPP PRICKETT, et al.<br><br>Plaintiffs,<br>v.<br><br>JOHNSON & JOHNSON, et al.<br><br>Defendants. | MDL No. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br><br><br>Civil Action No.: 3:19-cv-20353 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 14, 2019 on behalf of Plaintiff, Sandra K. Prickett.

Dated:  November 14, 2019      */s/* Michael B. Lynch_____
Michael B. Lynch (FL Bar 668478)
The Michael Brady Lynch Firm
127 West Fairbanks Ave. #528
Winter Park, FL 32789
Phone: (407) 641-5567
michaelblynch@mac.com

and

>*/s/* Levi M. Plesset_____
>Levi M. Plesset (CA Bar 296039)
>Milstein, Jackson, Fairchild & Wade, LLP
>10250 Constellation Blvd., Suite 1400
>Los Angeles, CA 90067
>Phone: (310) 396-9600
>lplesset@mjfwlaw.com
>
>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

>*/s/* Michael B. Lynch_____
>Michael B. Lynch