UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| MARIE KEARNEY, | |
| Plaintiff, | Civil Action No.: 3:19-cv-19959 |
| v. | DIRECT FILED ACTION |
| JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC., | |
| Defendants. | |

**NOTICE OF FILING**

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 7th day of November 2019 on behalf of Marie Kearney.

Dated:  11/15/2019            Respectfully Submitted by,

                                           /s/ W. Cameron Stephenson            
                                          W. Cameron Stephenson
                                          Florida Bar No.: 0051599
                                          LEVIN PAPANTONIO THOMAS MITCHELL
                                          RAFFERTY & PROCTOR, P.A.
                                          316 South Baylen Street, Suite 600
                                          Pensacola, FL 32502
                                          Telephone: (850) 435-7186
                                          Facsimile: (850) 436-6186
                                          Email: cstephenson@levinlaw.com
                                          ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on the 15th day of November 2019, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                          */s/ W. Cameron Stephenson*