## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| JANE TURNER, INDIVIDUALLY AND FOR THE ESTATE OF MARJORIE A. TURNER, | |
| Plaintiffs, | Civil Action No.: 3:19-cv-19966 |
| v. | DIRECT FILED ACTION |
| JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC.,<br>Defendants. | |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 7th day of November 2019 on behalf of Jane Turner, individually and for the Estate of Marjorie A. Turner.

Dated:  11/18/2019                    Respectfully Submitted by,

                         */s/ W. Cameron Stephenson*
                         W. Cameron Stephenson
                         Florida Bar No.: 0051599
                         LEVIN PAPANTONIO THOMAS MITCHELL
                         RAFFERTY & PROCTOR, P.A.
                         316 South Baylen Street, Suite 600
                         Pensacola, FL 32502
                         Telephone: (850) 435-7186
                         Facsimile: (850) 436-6186
                         Email: cstephenson@levinlaw.com
                         ATTORNEY FOR THE PLAINTIFFS

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of November 2019, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ W. Cameron Stephenson*