BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Barbara Arbuckle*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Barbara Arbuckle v. Johnson & Johnson, et al.<br>Case No. 3:19-cv-20174 | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 13, 2019 on behalf of Plaintiff Barbara Arbuckle.

                                                  */s/ Brittany S. Scott*
                                                  Brittany S. Scott
                                                  BEASLEY ALLEN CROW METHVIN
                                                  PORTIS & MILES, P.C.
                                                  218 Commerce Street
                                                  Montgomery, Alabama 36104
                                                  (800) 898-2034 Telephone
                                                  (334) 954-7555 Facsimile
                                                  Brittany.Scott@BeasleyAllen.com

                                                  Attorneys for Plaintiff Barbara Arbuckle

Dated: November 18, 2019

## CERTIFICATE OF SERVICE

      I hereby certify that on November 18, 2019, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      /s/ **Brittany S. Scott**
      Brittany S. Scott

      BEASLEY ALLEN CROW METHVIN
      PORTIS & MILES, P.C.