# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| This document relates to:<br>WILLIAM BERGER, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JENNIFER BERGER AND WILLIAM BERGER, INDIVIDUALLY,<br><br>3:19-cv-20423 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on November 18, 2019 on behalf of WILLIAM BERGER, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JENNIFER BERGER AND WILLIAM BERGER, INDIVIDUALLY.

| | |
|---|---|
| Dated:  November 18, 2019 | Respectfully submitted,<br><br>**NAPOLI SHKOLNIK, PLLC**<br><br>*/s/ Christopher R. LoPalo*<br>Christopher R. LoPalo, Esq.<br>400 Broadhollow Rd., Suite 305<br>Melville, NY 11747<br>Telephone: (212) 397-1000<br>Facsimile: (646) 927-1676<br>CLoPalo@NapoliLaw.com<br><br>*Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

      I hereby certify that on November 18, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  November 18, 2019

                                              */s/ Christopher R. LoPalo*
                                              Christopher R. LoPalo, Esq.
                                              400 Broadhollow Rd., Suite 305
                                              Melville, NY 11747
                                              Telephone: (212) 397-1000
                                              Facsimile: (646) 927-1676
                                              CLoPalo@NapoliLaw.com

                                              *Attorneys for Plaintiff*