## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 21st day of November, 2019.

                                                                                            */s/ Jennifer L. Orendi*