UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to<br>*Teresa Drengacs*<br>Civil Action No. 3:19-cv-17797 | § § § § § § § § | MDL No. 2738 (FLW) (LGH) |

## NOTICE OF VOLUNTARY DISIMSSAL OF PCPC

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), with no responsive pleadings having yet been filed by Personal Care Products Council ("PCPC"), Plaintiff, Teresa Drengacs, hereby gives notice that he voluntarily dismisses Defendant PCPC.

This matter continues as to Johnson & Johnson, Johnson & Johnson Consumer Inc., and Imerys Talc Americy, Inc. ("Imerys Talc").

Dated: November 22, 2019          Respectfully submitted,

By: /s/ *Jennifer Nolte*
John H. "Trey" Allen, III
Jennifer Nolte
ALLEN & NOLTE, PLLC
5445 La Sierra Drive, Suite 350
Dallas, TX 75231
Tel: (214) 521-2300
Fax: (214) 452-5637
trey@allennolte.com
jnolte@allennolte.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on November 22, 2019, served electronically on all counsel of record.

/s/ *Jennifer Nolte*
Jennifer Nolte