## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 22nd day of November, 2019.

                                                      */s/ Jennifer L. Orendi*