## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Maryam Ghafary and Namatullah Ghafary v. Johnson & Johnson, et al.*<br>Civil Action No.: 3:19-cv-17651-FLW-LHG | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 5, 2019 on behalf of the plaintiffs, Maryam Ghafary and Namatullah Ghafary.

Dated:  November 22, 2019                     Respectfully Submitted by,

**MOTLEY RICE LLC**

/s/ Daniel R. Lapinski
Daniel R. Lapinski (DL 7447)
dlapinski@motleyrice.com
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
(856) 667-0050
(856) 667-5133 (Facsimile)

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on November 22, 2019, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

                **MOTLEY RICE LLC**

                /s/ Daniel R. Lapinski
                Daniel R. Lapinski