**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

<table>
<tr><td>

**IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

*This document relates to*:

Jean Grubb v. Johnson & Johnson, et al.
Case No: __3:19-CV-20006__

</td><td>

Civil Action No.
__3:19-CV-20006-FLW-LHG__

MDL No. 2738

</td></tr>
</table>

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 8, 2019, on behalf of Plaintiff Jean Grubb.

s/ Steve Faries
Steve Faries
Mark R. Mueller
MUELLER LAW PLLC
404 W. 7th St.
Austin, TX 78701
(512) 478-1236
receptionist@muellerlaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on <u>November 25, 2019</u>, a copy, of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.


<u>s/ Steve Faries</u>
Steve Faries

MUELLER LAW PLLC