UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>*This document relates to*:<br><br>Bessie Reynolds and Everett Reynolds v. Johnson & Johnson, et al.<br>Case No: __3:19-CV-20031__ | Civil Action No.<br>__3:19-CV-20031-FLW-LHG__<br><br>MDL No. 2738 |

# NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 10, 2019, on behalf of Plaintiffs Bessie Reynolds and Everett Reynolds.

    s/ Steve Faries
    Steve Faries
    Mark R. Mueller
    MUELLER LAW PLLC
    404 W. 7th St.
    Austin, TX 78701
    (512) 478-1236
    receptionist@muellerlaw.com

    *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on <u>November 25, 2019</u>, a copy, of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                      <u>s/ Steve Faries</u>
                                      Steve Faries

                                      MUELLER LAW PLLC