UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Edward Benoit, Individually and on Behalf of the Estate of Darlene Benoit<br>3:19-CV-20593 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on November 21, 2019 on behalf of Plaintiffs Edward Benoit, Individually and on Behalf of the Estate of Darlene Benoit.

Dated: November 25, 2019

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: November 25, 2019                  /s/ Michael Akselrud
                                                                 Michael Akselrud
                                                                 The Lanier Law Firm, PC
                                                                 21550 Oxnard St., 3rd Fl
                                                                 Woodland Hills, CA 91367
                                                                 (310) 277-5100
                                                                 Counsel for Plaintiff(s)