# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil Action: 3:16-md-2738 |
| | MDL No. 2738 |
| **THIS DOCUMENT RELATES TO:** *Royal L. Lewandowski, Individually and on Behalf of the Heirs of Estate of Louise Helene Lewandowski v. Johnson & Johnson, et al.* Civil Action No.: 3:19-cv-18342-FLW-LHG | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 25, 2019 on behalf of the plaintiff, Royal L. Lewandowski, Individually and on Behalf of the Heirs of Estate of Louise Helene Lewandowski.

Dated:  November 26, 2019                      Respectfully Submitted by,

**MOTLEY RICE LLC**

/s/ Carmen S. Scott
Carmen S. Scott
cscott@motleyrice.com
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9160
(843) 216-9450 (Facsimile)

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2019, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

MOTLEY RICE LLC

/s/ Carmen S. Scott
Carmen S. Scott