UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>VERONICA GARCIA,<br><br>     Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC.,<br>     Defendants. | MDL No. 2738 (FLW) (LHG)<br><br><br><br><br>Civil Action No.: 3:19-cv-20584<br><br>DIRECT FILED ACTION |

**NOTICE OF FILING**

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 21st day of November 2019 on behalf of Veronica Garcia.

Dated: 11/26/2019        Respectfully Submitted by,

                    */s/ W. Cameron Stephenson*
                    W. Cameron Stephenson
                    Florida Bar No.: 0051599
                    LEVIN PAPANTONIO THOMAS MITCHELL
                    RAFFERTY & PROCTOR, P.A.
                    316 South Baylen Street, Suite 600
                    Pensacola, FL 32502
                    Telephone: (850) 435-7186
                    Facsimile: (850) 436-6186
                    Email: cstephenson@levinlaw.com
                    ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on the 26th day of November 2019, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                                            */s/ W. Cameron Stephenson*