UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*James Milich v. Johnson & Johnson, et al.*<br>Case No.: 3:19-cv-20800 | MDL NO. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf Plaintiff James Milich, individually and as representative of the Estate of Susan Milich.

Dated: November 26, 2019                                            Respectfully submitted,


By: */s/ Stuart L. Goldenberg*
Stuart L. Goldenberg (MN #0158719)
Noah C. Lauricella (MN #397896)
**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
(612) 333-4662 (Tel)
(612) 367-8107 (Fax)
slgoldenberg@goldenberglaw.com
nclauricella@goldenberglaw.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 26th day of November, 2019.

*/s/ Stuart L. Goldenberg*