UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| ANNE K. CARLETON and JOHN T. CARLETON, her spouse,<br><br>       Plaintiffs,<br>v.<br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC.,<br><br>       Defendants. | COMPLAINT AND JURY DEMAND<br><br>Civil Action No: 3:19-cv-20667<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on November 25, 2019 on behalf of Anne K. Carleton and John T. Carleton, her spouse.

Dated: December 2, 2019        Respectfully submitted:

_____
MICHAEL GOETZ, ESQUIRE
Florida Bar No. 963984
Morgan & Morgan
Complex Litigation Group
One Tampa City Center, 7th Floor
201 N. Franklin Street
Tampa, Florida 33602
Telephone (813) 223-5505
Facsimile (813) 223-5402
E-Mail: MGoetz@forthepeople.com
Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system December 2, 2019.

                                   /s/ Michael Goetz
                                   Attorney for Plaintiff