

Susan M. Sharko
973-549-7350 Direct
973-360-9831 Fax
Susan.Sharko@dbr.com

*Law Offices*

600 Campus Drive
Florham Park, NJ
07932-1047

973-549-7000
973-360-9831 fax
www.drinkerbiddle.com

*A Delaware Limited*
*Liability Partnership*

CALIFORNIA
CONNECTICUT
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
TEXAS
WASHINGTON D.C.

December 2, 2019

**VIA ECF**

Honorable Freda L. Wolfson
United States District Court- District of NJ
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 5E
Trenton, NJ 08608

> **Re:** ***In re: Johnson & Johnson Talcum Powder Products Marketing, Sales***
> ***Practices and Products Liability Litigation***
> **MDL No. 2738**

Dear Judge Wolfson:

Pursuant to Paragraph 2 of the November 1, 2019 Supplement to the January 31, 2018 Agreed Order and Stipulation Regarding the Johnson & Johnson Defendants' Production of Talcum Powder Products and Talc Samples, the Johnson & Johnson Defendants hereby submit an inventory of Recall Samples in their possession, custody and control, attached as Exhibit 1.

Respectfully submitted,

/s/ *Susan M. Sharko*

Susan M. Sharko
DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ  07932
Telephone:   973-549-7000
Facsimile:    973-360-9831
E-mail:        susan.sharko@dbr.com

*Andrew B. Joseph*
*Partner responsible for*
*Florham Park Office*

Encl.

cc:     All Counsel of Record (via ECF)

*Established* 1849

121343913.1