# EXHIBIT 1

EXHIBIT 1

## INVENTORY OF SAMPLES IDENTIFIED PURSUANT TO THE
## NOVEMBER 1, 2019 SUPPLEMENT TO THE AGREED ORDER[1]

| Lot No. | Description | Approx. Weight[2] | Location as of December 2, 2019[3] | Type |
|---|---|---|---|---|
| 22318RB | Lot of Johnson's Baby Powder ("JBP") that was voluntarily recalled on October 18, 2019 | 458 g. | PTI Royston | JBP - 22 oz. bottle |
| | | 9 g. | Bureau Veritas | |
| | | 84 g. | RJ Lee Group | |
| H06158-D7 | One of the lots of milled talc used for JBP Lot No. 22318RB | 86 g. | PTI Royston | Milled talc; pre-shipment |
| | | 165 g. | PTI Royston | Milled talc; railcar |
| | | 15 g. | Bureau Veritas | Milled talc; pre-shipment |
| | | 48 g. | RJ Lee Group | Milled talc; pre-shipment |
| H06228-D7 | One of the lots of milled talc used for JBP Lot No. 22318RB | 99 g. | PTI Royston | Milled talc; pre-shipment |
| | | 165 g. | PTI Royston | Milled talc; railcar |
| | | 15 g. | Bureau Veritas | Milled talc; pre-shipment |
| | | 44 g. | RJ Lee Group | Milled talc; pre-shipment |
| H06148-D7 | Additional lot of milled talc tested in connection with the voluntary recall of JBP Lot No. 22318RB; this lot of milled talc was not used for JBP Lot No. 22318RB | 136 g. | PTI Royston | Milled talc; pre-shipment |
| | | 190 g. | PTI Royston | Milled talc; railcar |
| | | 16 g. | Bureau Veritas | Milled talc; pre-shipment |
| | | 44 g. | RJ Lee Group | Milled talc; pre-shipment |
| H05168-D7 | Additional lot of milled talc tested in connection with the voluntary recall of JBP Lot No. 22318RB; this lot of milled talc was not used for JBP Lot No. 22318RB | 157 g. | PTI Royston | Milled talc; pre-shipment |
| | | 142 g. | PTI Royston | Milled talc; railcar |
| | | 19 g. | Bureau Veritas | Milled talc; pre-shipment |
| | | 56 g. | RJ Lee Group | Milled talc; pre-shipment |
| 21118RB | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB | 478 g. | PTI Royston | JBP - 22 oz. bottle |
| | | 77 g. | RJ Lee Group | |
| 21218RB | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB | 110 g. | PTI Royston | JBP - 9 oz. bottle |
| | | 77 g. | RJ Lee Group | |
| 21318RB | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB | 110 g. | PTI Royston | JBP - 9 oz. bottle |
| | | 75 g. | RJ Lee Group | |

EXHIBIT 1

| Lot No. | Description | Approx. Weight[2] | Location as of December 2, 2019[3] | Type |
|---|---|---|---|---|
| 21418RB | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB | 110 g. | PTI Royston | JBP - 9 oz. bottle |
| | | 76 g. | RJ Lee Group | |
| 21918RA | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB | 56 g. | PTI Royston | JBP - 1.5 oz. bottle |
| | | 32 g. | RJ Lee Group | |
| 22118RB | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB | 478 g. | PTI Royston | JBP - 22 oz. bottle |
| | | 45 g. | RJ Lee Group | |
| 22218RB | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB | 478 g. | PTI Royston | JBP - 22 oz. bottle |
| | | 49 g. | RJ Lee Group | |
| 22518RB | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB | 478 g. | PTI Royston | JBP - 22 oz. bottle |
| | | 48 g. | RJ Lee Group | |
| 22618RB | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB | 478 g. | PTI Royston | JBP - 22 oz. bottle |
| | | 48 g. | RJ Lee Group | |
| 23018RA | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB | 56 g. | PTI Royston | JBP - 1.5 oz. bottle |
| | | 32 g. | RJ Lee Group | |
| 23118RA | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB | 56 g. | PTI Royston | JBP - 1.5 oz. bottle |
| | | 47 g. | RJ Lee Group | |
| 23218RB | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB | 110 g. | PTI Royston | JBP - 9 oz. bottle |
| | | 76 g. | RJ Lee Group | |
| 23318RA | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB | 56 g. | PTI Royston | JBP - 1.5 oz. bottle |
| | | 47 g. | RJ Lee Group | |
| 23318RB | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB | 110 g. | PTI Royston | JBP - 9 oz. bottle |
| | | 75 g. | RJ Lee Group | |
| 23418RA | Additional lot of JBP tested in connection with the voluntary recall of JBP Lot No. 22318RB; this lot did not use a milled talc lot that was used for JBP Lot No. 22318RB | 56 g. | PTI Royston | JBP - 1.5 oz. bottle |
| | | 45 g. | RJ Lee Group | |

2

EXHIBIT 1

| Lot No. | Description | Approx. Weight[2] | Location as of December 2, 2019[3] | Type |
|---|---|---|---|---|
| 23418RB | Additional lot of JBP tested in connection with the voluntary recall of JBP Lot No. 22318RB; this lot did not use a milled talc lot that was used for JBP Lot No. 22318RB | 110 g. | PTI Royston | JBP - 9 oz. bottle |
| | | 75 g. | RJ Lee Group | |
| 23518RA | Additional lot of JBP tested in connection with the voluntary recall of JBP Lot No. 22318RB; this lot did not use a milled talc lot that was used for JBP Lot No. 22318RB | 56 g. | PTI Royston | JBP - 1.5 oz. bottle |
| | | 45 g. | RJ Lee Group | |

---

[1] "Agreed Order" refers to the January 31, 2018 Agreed Order and Stipulation Regarding the Johnson & Johnson Defendants' Production of Talcum Powder Products and Talc Samples (Dkt. No. 4032). Pursuant to the November 1, 2019 Supplement to the Agreed Order (the "Supplement") ¶ 2, the J&J defendants shall provide an inventory of Recall Samples. "Recall Samples" is defined in the Supplement as the remaining portions of "samples of Johnson's® Baby Powder and milled talc relating to the voluntary Recall that have been retained in the ordinary course of business." See Supplement at 1-2.

[2] Sample weights exclude the amount of powder retained by PTI Royston for legal and investigative purposes.

[3] Pursuant to the Supplement ¶ 4, the samples will be transferred to Alliance Technologies, LLC in Monmouth Junction, New Jersey.

3