BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Janetta Rich*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Janetta Rich v. Johnson & Johnson, et al.<br>Case No. 3:19-cv-20261 | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 14, 2019 on behalf of Plaintiff Janetta Rich.

                                                                                                   */s/ Lauren K. Razick*
                                                                                                   Lauren K. Razick
                                                                                                   BEASLEY ALLEN CROW METHVIN
                                                                                                   PORTIS & MILES, P.C.
                                                                                                   218 Commerce Street
                                                                                                   Montgomery, Alabama 36104
                                                                                                   (800) 898-2034 Telephone
                                                                                                   (334) 954-7555 Facsimile
                                                                                                   Lauren.Razick@BeasleyAllen.com

                                                                                                   Attorneys for Plaintiff Janetta Rich

Dated: December 3, 2019

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 3, 2019, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      /s/ *Lauren K. Razick*
      Lauren K. Razick

      BEASLEY ALLEN CROW METHVIN
      PORTIS & MILES, P.C.