**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil No.  3:16-md-2738-FLW-LHG |
| This document relates to: Mamie Johnson v. Johnson & Johnson, et al. Civil No. 3:19-cv-20811 | |

<u>**NOTICE OF FILING**</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that the Short Form Complaint and Jury Demand was filed on November 26, 2019

on behalf of Plaintiff Mamie Johnson.


DATED: December 3, 2019                     BISNAR|CHASE LLP

                                By:     /s/ Tom Antunovich
                                        BRIAN D. CHASE
                                        TOM ANTUNOVICH
                                        Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2019, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

BISNAR|CHASE LLP

By:   /s/ Tom Antunovich
        BRIAN D. CHASE
        TOM ANTUNOVICH