UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br><u>Charlotte Overby</u><br>                          Plaintiff,<br>v.<br><br><u>Johnson & Johnson, et al.</u><br>                          Defendants. | MDL No. 2738 (FLW) (LHG)<br>Civil No. 3:16-md-2738-FLW-LHG<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>Civil Action No.: 3:19-cv-20929 |

## NOTICE OF FILING

     Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on December 2, 2019 on behalf of the Plaintiff(s) listed in the above captioned matter.

                                                    Respectfully Submitted by,

                                                      <u>/s/ Randi Kassan</u>
                                                      SANDERS PHILLIPS GROSSMAN, LLC
                                                      Randi A. Kassan, Esq.
                                                      100 Garden City Plaza, Suite 500
                                                      Garden City, NY 11530
                                                      Tel: (516) 741-5600
                                                      Fax: (516) 741-0128
                                                      rkassan@thesandersfirm.com

                                                      **Counsel for Plaintiff**