**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br><br> This document relates to: <br><br> Charlotte Overby <br>           Plaintiff, <br><br> v. <br><br> Johnson & Johnson, et al. <br>           Defendants. | **MDL No. 2738 (FLW) (LHG)** <br> **Master Docket No. 3:16-md-2738** <br> **JUDGE FREDA L. WOLFSON** <br> **MAG. JUDGE LOIS H. GOODMAN** <br><br><br> Case No. 3:19-cv-20929 |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this date, I electronically filed a true and correct copy of the foregoing Notice of

Filing with the Clerk of the Court via the CM/ECF system, which sent a notification of such filing to all

counsel of record.

Dated: December 4, 2019

Respectfully submitted,

<u>/s/: Randi Kassan</u>
SANDERS PHILLIPS GROSSMAN, LLC
Randi Kassan, Esq.
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Phone: 516-741-5600
Fax: 516-741-0128
Email: rkassan@thesandersfirm.com