# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | **MDL NO. 2738 (FLW) (LHG)** |

This document relates to:
MARGARET KATALINAS,

3:19-cv-21028

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on December 4, 2019 on behalf of MARGARET KATALINAS.

Dated:  December 4, 2019                     Respectfully submitted,

                                           **NAPOLI SHKOLNIK, PLLC**

                                           */s/ Christopher R. LoPalo*
                                           Christopher R. LoPalo, Esq.
                                           400 Broadhollow Rd., Suite 305
                                           Melville, NY 11747
                                           Telephone: (212) 397-1000
                                           Facsimile: (646) 927-1676
                                           CLoPalo@NapoliLaw.com

                                           *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  December 4, 2019

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*