# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § § § § § § | MDL No. 2738 (FLW) (LGH) |
| This Document Relates to *MARIA G. BARBER, INDIVIDUALLY AND AS REPRESENTATIVE OF ANNA E. BARRA, DECEASED, AND AMANDA MANN, ADULT CHILD OF ANNA E. BARRA* Civil Action No. 3:19-CV-16571 | § § § § § § | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), with no responsive pleadings having yet been filed by Defendants, Plaintiffs, Maria G. Barber, Individually and as Representative of Anna E. Barra, deceased, and Amanda Mann, Adult Child of Anna E. Barra, hereby give notice that she voluntarily dismisses all Defendants without prejudice to refiling, and requests the Court terminate her action.

Dated: December 5, 2019

Respectfully submitted,
s/ Steve Faries
Steve Faries
Mark R. Mueller
MUELLER LAW PLLC
404 W. 7th St.
Austin, TX 78701
(512) 478-1236
receptionist@muellerlaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2019, a copy, of the foregoing NOTICE OF VOLUNTARY DISMISSAL was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

s/ *Steve Faries*_____
Steve Faries

MUELLER LAW PLLC