BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Frank Zitoli o/b/o Maria Zitoli, deceased*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Frank Zitoli, individually and as Personal Representative of the Estate of Maria Zitoli, deceased v. Johnson & Johnson, et al.<br>Case No. 3:19-cv-21144 | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on December 6, 2019 on behalf of Plaintiff Frank Zitoli o/b/o Maria Zitoli, deceased.

>/s/ *Lauren K. Razick*
>Lauren K. Razick
>BEASLEY ALLEN CROW METHVIN
>PORTIS & MILES, P.C.
>218 Commerce Street
>Montgomery, Alabama 36104
>(800) 898-2034 Telephone
>(334) 954-7555 Facsimile
>Lauren.Razick@BeasleyAllen.com
>
>Attorneys for Plaintiff Frank Zitoli o/b/o Maria Zitoli, deceased

Dated: December 6, 2019

## **CERTIFICATE OF SERVICE**

   I hereby certify that on December 6, 2019, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

              */s/ Lauren K. Razick*
              Lauren K. Razick

              BEASLEY ALLEN CROW METHVIN
              PORTIS & MILES, P.C.