## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW
## JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br> This document relates to: Vicki Patterson and David Patterson <br> 3:19-CV-21053 | **MDL No. 2738 (FLW) (LHG)** |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on December 4, 2019 on behalf of Plaintiff Vicki Patterson and David Patterson.


Dated: December 6, 2019

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.


Dated: December 6, 2019                    /s/ Michael Akselrud
                                           Michael Akselrud
                                           The Lanier Law Firm, PC
                                           21550 Oxnard St., 3rd Fl
                                           Woodland Hills, CA 91367
                                           (310) 277-5100
                                           Counsel for Plaintiff(s)