# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON ) <br> TALCUM POWDER PRODUCTS ) <br> MARKETING, SALES PRACTICES, ) <br> AND PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> This document relates to: ) <br> Lauren Malott v. Johnson & Johnson, et al.) <br> Case No. 3:19-cv-11756 ) | Civil Action No. 3:16-md-2738-FLW-LHG <br><br> MDL No: 2738 (FLW) (LHG) |

## SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of the Plaintiff, Lauren Malott.

Dated: December 9, 2019                          Respectfully submitted,

                                        */s/ Scott H. Duerring*
                                        Scott H. Duerring #4771-46
                                        Attorney for Plaintiff
                                        DUERRING LAW OFFICES
                                        61191 US 31 South
                                        South Bend, Indiana 46614
                                        Telephone: (574) 968-0250
                                        Facsimile: (574) 968-1256
                                        attysduerring@gmail.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 9, 2019, a copy of the foregoing SUGGESTION OF DEATH was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                            */s/ Scott H. Duerring*
                                            Scott H. Duerring, #4771-46
                                            DUERRING LAW OFFICES