**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Wendy Clark and Carrisa Mathewson, Individually and As Personal Representative of the Estate of Myra Clark, Deceased vs. Johnson & Johnson, et al.*<br>*Case No.: 3:19-cv-21176* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Wendy Clark and Carrisa Mathewson, Individually and As Personal Representatives of the Estate of Myra Clark, Deceased.

This 9th day of December 2019.

                                            Respectfully submitted,

                                            ONDERLAW, LLC

                    By:    */s/ Stephanie L. Rados*
                            James G. Onder, #38049 MO
                            William W. Blair, #58196 MO
                            Stephanie L. Rados, #65117 MO
                            110 E. Lockwood, 2nd Floor
                            St. Louis, MO 63119
                            314-963-9000 telephone
                            314-963-1700 facsimile
                            onder@onderlaw.com
                            blair@onderlaw.com

rados@onderlaw.com

## Certificate of Service

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 9th day of December 2019.

                                              */s/ Stephanie L. Rados*