## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 9th day of December, 2019.

                                                                                */s/ Jennifer L. Orendi*