UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| KIM VANIKIOTIS, | |
| Plaintiff, | Civil Action No.: 3:19-cv-21058 |
| v. | DIRECT FILED ACTION |
| JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC., | |
| Defendants. | |

**NOTICE OF FILING**

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 4th day of December 2019 on behalf of Kim Vanikiotis.

Dated:  12/10/2019               Respectfully Submitted by,

                                             */s/ W. Cameron Stephenson*
                                            W. Cameron Stephenson
                                            Florida Bar No.: 0051599
                                            LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A.
                                            316 South Baylen Street, Suite 600
                                            Pensacola, FL 32502
                                            Telephone: (850) 435-7186
                                            Facsimile: (850) 436-6186
                                            Email: cstephenson@levinlaw.com
                                            ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on the 10th day of December 2019, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                                                                              _/s/ W. Cameron Stephenson_