UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| RACHEAL L. STEWART,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC.,<br>Defendants. | Civil Action No.: 3:19-cv-21056<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 4th day of December 2019 on behalf of Racheal L. Stewart.

Dated: 12/10/2019                    Respectfully Submitted by,

                                                                           */s/ W. Cameron Stephenson*
                                                                           W. Cameron Stephenson
                                                                           Florida Bar No.: 0051599
                                                                           LEVIN PAPANTONIO THOMAS MITCHELL
                                                                           RAFFERTY & PROCTOR, P.A.
                                                                           316 South Baylen Street, Suite 600
                                                                           Pensacola, FL 32502
                                                                           Telephone: (850) 435-7186
                                                                           Facsimile: (850) 436-6186
                                                                           Email: cstephenson@levinlaw.com
                                                                           ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on the 10th day of December 2019, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                                               */s/ W. Cameron Stephenson*