UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

IN RE: Johnson & Johnson and Johnson & Johnson Consumer, Inc., formerly known as Johnson & Johnson Consumer Companies, Inc., Imery's Talc America, Inc., and Personal Care Products Counsel (PCPC)

16-MD-2738-FLW-LHG

This document relates to:

Judith Swan:  Case No.  3:17-cv-02008-FLW-LHG

---

**NOTICE OF APPEARANCE AND
SUBSTITUTION OF COUNSEL WITHIN FIRM**

To the Clerk of this Court and all parties of record:

The undersigned attorney hereby notifies the Court and Counsel that the above-referenced matter has been reassigned internally within the law firm of Will Ferguson & Associates.  Adrian O. Vega will appear as counsel of record in the above-referenced case in place of Kedar Bhasker, who is no longer with the firm.

Dated:  December 11, 2019

WILL FERGUSON & ASSOCIATES

/s/ *Adrian O. Vega*
Adrian O. Vega
1720 Louisiana Blvd. NE, Suite 100
Albuquerque, NM  87110
505-243-5566
adrian@fergusonlaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2019  I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

/s/ *Adrian O. Vega*
Adrian O. Vega