UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Carolyn Michelle Collins<br>3:19-CV-21222 | MDL No. 2738 (FLW) (LHG) |

### NOTICE OF FILING

    Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on December 10, 2019 on behalf of Plaintiff Carolyn Michelle Collins.

| | |
|---|---|
| Dated: December 12, 2019 | Respectfully Submitted by,<br>/s/ Michael Akselrud<br>Michael Akselrud<br>The Lanier Law Firm, PC<br>21550 Oxnard St., 3rd Fl.<br>Woodland Hills, CA 91367<br>(310) 277-5100<br>Counsel for Plaintiff(s) |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

| | |
|---|---|
| Dated: December 12, 2019 | /s/ Michael Akselrud |
| | Michael Akselrud |
| | The Lanier Law Firm, PC |
| | 21550 Oxnard St., 3rd Fl |
| | Woodland Hills, CA 91367 |
| | (310) 277-5100 |
| | Counsel for Plaintiff(s) |