# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: David McIntyre, Individually and on Behalf of the Estate of Dawn Sobel-McIntyre<br>3:19-CV-21254 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

  Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on December 10, 2019 on behalf of Plaintiff David McIntyre, Individually and on Behalf of the Estate of Dawn Sobel-McIntyre.

Dated: December 12, 2019

              Respectfully Submitted by,
              /s/ Michael Akselrud
              Michael Akselrud
              The Lanier Law Firm, PC
              21550 Oxnard St., 3rd Fl.
              Woodland Hills, CA 91367
              (310) 277-5100
              Counsel for Plaintiff(s)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: December 12, 2019              /s/ Michael Akselrud
                                                     Michael Akselrud
                                                     The Lanier Law Firm, PC
                                                     21550 Oxnard St., 3rd Fl
                                                     Woodland Hills, CA 91367
                                                     (310) 277-5100
                                                     Counsel for Plaintiff(s)