UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>LINDA ZIRBEL<br>                 Plaintiff,<br>v.<br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER, INC. f/k/a/ JOHNSON & JOHNSON CONSUMER COMPANIES, INC.<br>                 Defendants. | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br>Civil Action No.: 3:19-CV-21328<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on December 12, 2019 on behalf of Linda Zirbel.

Dated: December 12, 2019

                                              Respectfully Submitted by,

                                              S/Amanda L. Washington_____
                                              DANIEL J. MCGLYNN (LA#17051)

        AMANDA L. WASHINGTON (LA#34811)
        **MCGLYNN GLISSON & MOUTON**
        340 Florida Street (70801)
        P.O. Box 1909
        Baton Rouge, LA 70821-1909
        (225) 344-3555
        (225) 344-3666 – Facsimile
        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the EM/ECF participants registered to receive services in this MDL.

        S/Amanda L. Washington_____
        Amanda L. Washington
        Attorney for Plaintiff