**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Sims v. Johnson & Johnson, et al.*, | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- Tammy Sims ; 3:19-cv-20690

This 13th day of December 2019.

                                        Respectfully submitted by,

                                        s/ D. Todd Mathews
                                        D. Todd Mathews, #52502 (MO)
                                        Gori Julian & Associates, P.C.
                                        156 N. Main Street
                                        Edwardsville, IL 62025
                                        (618) 659-9833 – Telephone
                                        (618) 659-9834 – Facsimile

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 13th day of December 2019.

*/s/ D. Todd Mathews*
D. Todd Mathews
