**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Nicole Paredes vs. Johnson & Johnson, et al.* <br> *Case No.: 3:18-cv-17635* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Nicole Paredes.

This 13th day of December 2019.

Respectfully submitted,

ONDERLAW, LLC

By: */s/ Stephanie L. Rados*
James G. Onder, #38049 MO
William W. Blair, #58196 MO
Stephanie L. Rados, #65117 MO
110 E. Lockwood, 2nd Floor
St. Louis, MO  63119
314-963-9000 telephone
314-963-1700 facsimile
onder@onderlaw.com
blair@onderlaw.com
rados@onderlaw.com

**Certificate of Service**

   The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 13th day of December 2019.

                      */s/ Stephanie L. Rados*