## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 3:16-md-2738-FLW-LHG**<br><br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN** |
| **This document relates to:**<br><br>AMELIA WHITEHEAD<br>Civil Case No. 3:19-cv-21318-FLW-LHG | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to First Amended Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on December 12, 2019, on behalf of Plaintiff AMELIA WHITEHEAD.

.

DATED: December 13, 2019

Respectfully Submitted,

KIESEL LAW LLP


By:  */s/ Melanie Meneses Palmer*
　　　Melanie Meneses Palmer (CA # 286752)
　　　8648 Wilshire Boulevard
　　　Beverly Hills, CA  90211
　　　Tel. (310) 854-4444
　　　Fax (310) 854-0812
　　　palmer@kiesel.law

　　　Haytham Faraj (CA # 291416)
　　　(ARDC # 6286135)
　　　LAW OFFICES OF HAYTHAM FARAJ
　　　1935 W. Belmont Ave.
　　　Chicago, IL 60657
　　　Tel. (312) 635-0800
　　　haytham@farajlaw.com

Tigran Martinian (CA # 247638)
Arash H. Zabetian (CA # 291403)
MARTINIAN & ASSOCIATES, INC.
2801 Cahuenga Blvd. West
Los Angeles, CA 90068
Tel. (323) 850-1900
tm@martinianlaw.com
arash@zabetianlaw.com

Counsel for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: December 13, 2019                Respectfully Submitted,

By:         */s/ Melanie Meneses Palmer*
Melanie Meneses Palmer
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, California  90211
Tel. (310) 854-4444
Fax (310) 854-0812
E-mail: palmer@kiesel.law

Counsel for Plaintiff