# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br> This document relates to: Laura Peters <br> 3:19-CV-21357 | **MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on December 13, 2019 on behalf of Plaintiff Laura Peters.


Dated: December 16, 2019

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: <u>December 16, 2019</u>                  /s/ Michael Akselrud

                                           Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)