## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

**IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**
This document relates to: Niki Maroulakos
3:19-CV-21358

**MDL No. 2738 (FLW) (LHG)**

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on December 13, 2019 on behalf of Plaintiff Niki Maroulakos.

Dated: December 17, 2019

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 17, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: <u>December 17, 2019</u>                     <u>/s/ Michael Akselrud</u>
                                                 Michael Akselrud
                                                 The Lanier Law Firm, PC
                                                 21550 Oxnard St., 3rd Fl
                                                 Woodland Hills, CA 91367
                                                 (310) 277-5100
                                                 Counsel for Plaintiff(s)