UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to: Elizabeth E. Colangelo, and William J. Colangelo, Case No. 3:19CV30129 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF DISAPPEARNCE

TO THE CLERK OF THE COURTS:

Please withdraw my appearance on behalf of the Plaintiffs, Elizabeth E. Colangelo and William J. Colangelo, in the above-captioned matter.

Dated: December 18, 2019

/s/ *Taylor S. Lavallee*
Taylor S. Lavallee, Esquire
BBO#: 703603
Raipher, P.C.
265 State Street
Springfield, MA 01103
Tel. No.: (413) 746-4400
Fax. No.: (413) 746-5353
E-mail: tsl@raipher.com

## CERTIFICATE OF SERVICE

I, Taylor S. Lavallee, Esquire hereby certify that on December 18, 2019, a copy of the foregoing Notice of Disappearance was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

/s/ *Taylor S. Lavallee*
Taylor S. Lavallee, Esquire
Raipher, P.C.