**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>NATASHIA SATTERWHITE-WILLIS, DAUGHTER AND NEXT OF KIN TO BARBARA SATTERWHITE-MUHAMMAD, DECEASED<br><br>3:19-cv-21609 | 3:16-md-02738 (FLW)(LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on December 19, 2019, on behalf of Plaintiff Natashia Satterwhite-Willis, Daughter and Next of Kin to Barbara Satterwhite-Muhammad, Deceased.

Dated: December 23, 2019

                                                                                       Respectfully submitted,

                                                                                       */s/ Gregory D. Brown*
                                                                                       Gregory D. Brown (TX Bar No. 24078266)
                                                                                       gregory_brown@fleming-law.com
                                                                                       Rand P. Nolen (TX Bar No. 00788126)
                                                                                       rand_nolen@fleming-law.com
                                                                                       FLEMING, NOLEN & JEZ, L.L.P.
                                                                                       2800 Post Oak Blvd., Suite 4000
                                                                                       Houston, Texas 77056-6109
                                                                                       Tel:  713-621-7944
                                                                                       Fax: 713-621-9638

                                                                                       *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify on December 23, 2019, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                          */s/ Gregory D. Brown*
                                          GREGORY D. BROWN