UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>*This document relates to:*<br>Cathy Norton and William Norton<br><br>3:19-cv-20066 | 3:16-md-02738 (FLW) (LHG) |

# NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 11, 2019 on behalf of Plaintiffs Cathy Norton and William Norton.

Dated: December 23, 2019

        Respectfully submitted,

        /s/ *Matthew R. McCarley*

        Matthew R. McCarley
        Texas Bar No. 24041426
        **FEARS NACHAWATI, PLLC**
        5473 Blair Road
        Dallas, TX 75231
        mccarley@fnlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2019, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Matthew R. McCarley*

Matthew R. McCarley
Texas Bar No. 24041426
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, TX 75231
mccarley@fnlawfirm.com