# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Geoffrey Lowe, Individually and on Behalf of the Estate of Hannelore Lowe<br>3:19-CV-21450 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on December 17, 2019 on behalf of Plaintiff Geoffrey Lowe, Individually and on Behalf of the Estate of Hannelore Lowe.

Dated: December 23, 2019

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 23, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: December 23, 2019                     /s/ Michael Akselrud
                                                           Michael Akselrud
                                                           The Lanier Law Firm, PC
                                                           21550 Oxnard St., 3rd Fl
                                                           Woodland Hills, CA 91367
                                                           (310) 277-5100
                                                           Counsel for Plaintiff(s)