

Susan M. Sharko
973-549-7350 Direct
973-360-9831 Fax
Susan.Sharko@dbr.com

*Law Offices*

600 Campus Drive
Florham Park, NJ
07932-1047

973-549-7000
973-360-9831 fax
www.drinkerbiddle.com

*A Delaware Limited
Liability Partnership*

CALIFORNIA
CONNECTICUT
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
TEXAS
WASHINGTON D.C.

December 23, 2019

**VIA ECF**

Honorable Freda L. Wolfson
United States District Court- District of NJ
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 5E
Trenton, NJ 08608

> Re:   *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation*
> MDL No. 2738

Dear Judge Wolfson:

    The Johnson & Johnson defendants hereby submit an amended version of the Inventory of Samples Identified Pursuant to the November 1, 2019 Supplement to the Agreed Order entered by this Court on December 2, 2019.  This version, attached as Exhibit 1, corrects some inadvertent errors on the original version, updates the inventory to add an additional sample, and indicates the current location of all samples in the inventory.

    Thank for your consideration of these matters. Best wishes for the New Year.

Respectfully submitted,

/s/ *Susan M. Sharko*
Susan M. Sharko
DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ  07932
Telephone:   973-549-7000
Facsimile:   973-360-9831
E-mail:   susan.sharko@dbr.com

*Andrew B. Joseph
Partner responsible for
Florham Park Office*

Encl.

cc:   All Counsel of Record (via ECF)

*Established* 1849

121573683.1

**AMENDED INVENTORY OF SAMPLES IDENTIFIED PURSUANT TO THE NOVEMBER 1, 2019 SUPPLEMENT TO THE AGREED ORDER[1]**

| Lot No. | Description | Approx. Weight[2] | Location as of December 2, 2019[3] | Type |
|---|---|---|---|---|
| 22318RB | Lot of Johnson's Baby Powder ("JBP") that was voluntarily recalled on October 18, 2019 | 458 g. | PTI Royston | JBP - 22 oz. bottle |
|  |  | 9 g. | Bureau Veritas |  |
|  |  | 84 g. | RJ Lee Group |  |
|  |  | 624 g. | Johnson & Johnson | JBP - 22 oz. bottle[4] |
| H06158-D7 | One of the lots of milled talc used for JBP Lot No. 22318RB | 85 g. | PTI Royston | Milled talc; pre-shipment |
|  |  | 154 g. | PTI Royston | Milled talc; railcar |
|  |  | 15 g. | Bureau Veritas | Milled talc; pre-shipment |
|  |  | 48 g. | RJ Lee Group | Milled talc; pre-shipment |
| H06228-D7 | One of the lots of milled talc used for JBP Lot No. 22318RB | 90 g. | PTI Royston | Milled talc; pre-shipment |
|  |  | 159 g. | PTI Royston | Milled talc; railcar |
|  |  | 15 g. | Bureau Veritas | Milled talc; pre-shipment |
|  |  | 44 g. | RJ Lee Group | Milled talc; pre-shipment |
| H06148-D7 | One of the lots of milled talc used for JBP Lot No. 22318RB | 127 g. | PTI Royston | Milled talc; pre-shipment |
|  |  | 184 g. | PTI Royston | Milled talc; railcar |
|  |  | 16 g. | Bureau Veritas | Milled talc; pre-shipment |
|  |  | 44 g. | RJ Lee Group | Milled talc; pre-shipment |
| H05168-D7 | One of the lots of milled talc used for JBP Lot No. 22318RB | 132 g. | PTI Royston | Milled talc; pre-shipment |
|  |  | 134 g. | PTI Royston | Milled talc; railcar |
|  |  | 19 g. | Bureau Veritas | Milled talc; pre-shipment |
|  |  | 56 g. | RJ Lee Group | Milled talc; pre-shipment |
| 21118RB | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB | 478 g. | PTI Royston | JBP - 22 oz. bottle |
|  |  | 77 g. | RJ Lee Group |  |
| 21218RB | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB | 110 g. | PTI Royston | JBP - 9 oz. bottle |
|  |  | 77 g. | RJ Lee Group |  |
| 21318RB | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB | 110 g. | PTI Royston | JBP - 9 oz. bottle |
|  |  | 75 g. | RJ Lee Group |  |

| Lot No. | Description | Approx. Weight[2] | Location as of December 2, 2019[3] | Type |
|---|---|---|---|---|
| 21418RB | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB | 110 g. | PTI Royston | JBP - 9 oz. bottle |
| | | 76 g. | RJ Lee Group | |
| 21918RA | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB | 56 g. | PTI Royston | JBP - 1.5 oz. bottle |
| | | 32 g. | RJ Lee Group | |
| 22118RB | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB | 478 g. | PTI Royston | JBP - 22 oz. bottle |
| | | 45 g. | RJ Lee Group | |
| 22218RB | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB | 478 g. | PTI Royston | JBP - 22 oz. bottle |
| | | 49 g. | RJ Lee Group | |
| 22518RB | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB | 478 g. | PTI Royston | JBP - 22 oz. bottle |
| | | 48 g. | RJ Lee Group | |
| 22618RB | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB | 478 g. | PTI Royston | JBP - 22 oz. bottle |
| | | 48 g. | RJ Lee Group | |
| 23018RA | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB | 56 g. | PTI Royston | JBP - 1.5 oz. bottle |
| | | 32 g. | RJ Lee Group | |
| 23118RA | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB | 56 g. | PTI Royston | JBP - 1.5 oz. bottle |
| | | 47 g. | RJ Lee Group | |
| 23218RB | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB | 110 g. | PTI Royston | JBP - 9 oz. bottle |
| | | 76 g. | RJ Lee Group | |
| 23318RA | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB | 56 g. | PTI Royston | JBP - 1.5 oz. bottle |
| | | 47 g. | RJ Lee Group | |
| 23318RB | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB | 110 g. | PTI Royston | JBP - 9 oz. bottle |
| | | 75 g. | RJ Lee Group | |
| 23418RA | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB | 56 g. | PTI Royston | JBP - 1.5 oz. bottle |
| | | 45 g. | RJ Lee Group | |
| 23418RB | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB | 110 g. | PTI Royston | JBP - 9 oz. bottle |
| | | 75 g. | RJ Lee Group | |
| 23518RA | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB | 56 g. | PTI Royston | JBP - 1.5 oz. bottle |
| | | 45 g. | RJ Lee Group | |

---

[1] "Agreed Order" refers to the January 31, 2018 Agreed Order and Stipulation Regarding the Johnson & Johnson Defendants' Production of Talcum Powder Products and Talc Samples (Dkt. No. 4032).  Pursuant to the November 1, 2019 Supplement to the Agreed Order (the "Supplement") ¶ 2, the J&J defendants shall provide an inventory of Recall Samples.  "Recall Samples" is defined in the Supplement as the remaining portions of "samples of Johnson's® Baby Powder and milled talc relating to the voluntary Recall that have been retained in the ordinary course of business."  *See* Supplement at 1-2.

[2] Sample weights exclude the amount of powder retained by PTI Royston for legal and investigative purposes.

[3] Pursuant to the Supplement ¶ 4, the Recall Samples have been transferred to Alliance Technologies, LLC in Monmouth Junction, New Jersey ("Alliance").

[4] Pursuant to § 702(b) of the Federal Food, Drug, and Cosmetic Act, the J&J defendants received a full, unopened bottle of JBP on October 24, 2019.  Although not within the scope of Recall Samples, the J&J defendants will transfer this bottle to Alliance.