# Exhibit B



  Menu 

# ASPO Abstracts

## Genital Powder Use and Risk of Ovarian Cancer: A pooled analysis

**Authors:** O'Brien KM, Tworoger SS, Harris HR, Weinberg CR, Trabert B, D'Aloisio AA, Sandler DP*, Wentzensen N* on behalf of the Ovarian Cancer Cohort Consortium

**Category:** Lifestyles Behavior, Energy Balance & Chemoprevention
**Conference Year:** 2019

**Abstract Body:**
Purpose: The relationship between genital powder use and risk of ovarian cancer is not well-understood. Positive associations reported in case-control studies generally have not been confirmed in prospective cohort studies, which though not subject to recall bias, may lack sufficient power to identify modest associations. Methods: To address this, we pooled data from four large prospective cohort studies: Nurses' Health

Study, Nurses' Health Study II, Sister Study, and Women's Health Initiative Observational Study. Altogether, we had data from 250,641 women, including 2,073 who developed ovarian cancer. Results: Genital powder use was common (38% of non-cases ever used, versus 45% of cases) and varied somewhat by study sample (26%-53%). Using Cox proportional hazards models adjusting for potential confounders, we observed that ever powder use was associated with an 9% increase in the hazard of developing ovarian cancer, compared to never users (hazard ratio [HR] = 1.09, 95% confidence interval [CI] = 1.00, 1.20). The association was similar in frequent users (HR=1.10, 95% CI: 0.96, 1.25 for use >1/week versus none), but not among long-term users (HR=1.04, 95% CI: 0.84, 1.29 for >20 years of use versus none). The strongest association was observed among women with patent reproductive system, e.g. had a uterus and had not had tubal ligation, at the time powder exposure was assessed (HR=1.15, 95% CI: 1.03, 1.29). There were no clear differences by ovarian cancer subtype. Conclusions: This large, well-powered prospective study observed a weak association of genital powder with ovarian cancer risk, which appeared to be limited to women with patent reproductive tracts.

**Keywords:** ovarian cancer, powder, talc

Return to Abstract Listing

The American Society of Preventive Oncology (ASPO) is a multi-disciplinary society which, through a variety of professional education activities which take place surrounding its annual meeting, is primarily committed to serving as an advocate for cancer prevention and control research.

© 2018 American Society of Preventive Oncology



Website by Mod9Multimedia