## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br> This document relates to: Calvin Levy, Individually and on Behalf of the Estate of Karen Sue Levy <br> 3:19-CV-21864 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on December 23, 2019 on behalf of Plaintiff Calvin Levy, Individually and on Behalf of the Estate of Karen Sue Levy.

| | |
|---|---|
| Dated: December 26, 2019 | Respectfully Submitted by, <br> /s/ Michael Akselrud <br> Michael Akselrud <br> The Lanier Law Firm, PC <br> 21550 Oxnard St., 3rd Fl. <br> Woodland Hills, CA 91367 <br> (310) 277-5100 <br> Counsel for Plaintiff(s) |

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 26, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: December 26, 2019  /s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)