1256

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CIVIL ACTION NO 16-MD-2738(FLW)(LHG)


_____     :
                                 :
IN RE JOHNSON & JOHNSON          :  DAUBERT HEARING
POWDER PRODUCTS MARKETING,       :  JULY 29, 2019
SALES PRACTICES.                 :  VOLUME 6
--------------------------       :


CLARKSON S. FISHER UNITED STATES COURTHOUSE
402 EAST STATE STREET, TRENTON, NJ  08608


B E F O R E:  THE HONORABLE FREDA L. WOLFSON, USDJ


A P P E A R A N C E S:

BEASLEY ALLEN, ESQUIRES
BY:  P. LEIGH O'DELL, ESQUIRE (ALABAMA)
     MARGARET M. THOMPSON, ESQUIRE  (ALABAMA)
         -and-
ASHCRAFT & GEREL, ESQUIRES
BY:  MICHELLE A. PARFITT, ESQUIRE (VIRGINIA)
On behalf of the Plaintiffs Steering Committee


DRINKER, BIDDLE & REATH, ESQUIRES
BY:  SUSAN M. SHARKO, ESQUIRE  (NEW JERSEY)
     JULIE L. TERSIGNI, ESQUIRE  (NEW JERSEY)
         -and-
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, ESQUIRES
BY:  JOHN H. BEISNER, ESQUIRE  (WASHINGTON, D.C.)
         -and-
PROSKAUER ROSE, ESQUIRES
BY:  BART H. WILLIAMS, ESQUIRE  (CALIFORNIA)
     LEE M. POPKIN, ESQUIRE  (NEW YORK)
         -and-
WEIL GOTSHAL & MANGES, ESQUIRES
BY:  ALLISON M. BROWN, ESQUIRE
On behalf of Defendant Johnson & Johnson


* * * * *
**VINCENT RUSSONIELLO, RPR, CRR, CCR**
**OFFICIAL U.S. COURT REPORTER**
**(609) 588-9516**

1257

A P P E A R A N C E S    C O N T I N U E D

SEYFARRTH & SHAW, ESQUIRES
BY:  THOMAS L. LOCKE, ESQUIRE  (WASHINGTON D.C.)
On behalf of Defendant Personal Care Products Council

Carson - Direct/Ms. O'Dell

1258

1           **M O R N I N G      S E S S I O N**

2

3              (In open court.)

4              THE DEPUTY CLERK:  All rise.

5              THE COURT:  Thank you.  Good morning.

6              Everyone may be seated.

7              MS. O'DELL:  May it please the Court.  We now

8    call Dr. Arch Carson.

9

10   **ARCH CARSON**, called as a witness on behalf of the

11   Plaintiffs, having been first duly sworn, testified as

12   follows:

13

14   DIRECT EXAMINATION

15   BY Ms. O'Dell:

16   Q.    Good morning, Dr. Carson.  Would you please

17   state your full name for the record.

18   A.    Arch Carson.

19   Q.    Let me ask you, Dr. Carson, to outline your

20   qualifications for the Court?

21   A.    I am an Associate Professor at the University of

22   Texas School of Public Health.  I'm a physician

23   scientist who specializes in medical toxicology which

24   is a professional practice I've engaged in since 1990.

25              I'm also a Program Director in the NIOSH

Carson - Direct/Ms. O'Dell

1259

1    Designated Education and Research Center at the

2    University of Texas in Houston

3    Q.    Go ahead, Dr. Carson.  You may continue.

4    A.    Until June I was the program director for the

5    Occupational Medical Residency Program in Houston, and

6    have been for the past 23 years.

7          I have a Ph.D. from Kettering Laboratory in

8    Cincinnati at the the University of Cincinnati,

9    College of Medicine, and an M.D. from Ohio State

10   University.

11         THE COURT:  What's your Ph.D. in?

12         THE WITNESS:  Toxicology.

13   Q.    Dr. Carson, would you share with the Court just

14   a summary of your opinions in this case.

15   A.    Well, my first opinion is that Johnson's Baby

16   Powder and Shower To Shower pose a significant health

17   hazard.  The epidemiological studies shows me that

18   there is a consistent positive relationship between

19   the genital use of talcum powders and about a

20   30 percent increase in ovarian cancer.  Talcum powder

21   clearly migrates through the female reproductive tract

22   when it's applied to the perineum and exposes the

23   ovaries.

24         Inhalation of dust during those applications

25   is a potential secondary route.  Talcum powder

Carson - Direct/Ms. O'Dell

1260

1    produces chronic inflammation in the tissues in which

2    it contacts and is sequestered.

3            Johnson's Baby Powder and Shower To Shower

4    contain mineral fibers including asbestos and fibrous

5    talc that intensifies this exposure, and the

6    inflammatory responses including cell growth and

7    proliferation.

8            Johnson's Baby Powder and Shower To Shower are

9    carcinogenic, and I believe the regular genital use of

10   Johnson's Baby Powder and Shower To Shower can cause

11   epithelial ovarian cancer.

12           MR. WILLIAMS:  Your Honor, we didn't get a

13   copy of the slides.  We just want to make a request we

14   get a copy of the deck.

15           THE COURT:  I'll take it as well.

16           MS. O'DELL:  It is in your notebook, your

17   Honor.

18           (Pause.)

19   BY MS. O'DELL:

20   Q.   Anything further on your opinions, Doctor?  If

21   not, we'll discuss your methodology.

22   A.   No.

23   Q.   Dr. Carson, if you would please, describe for us

24   your methodology in reaching your opinions, please.

25   A.   When I was asked to look at this issue, I

Carson - Direct/Ms. O'Dell

1261

1    approached it in the same way that I typically

2    approach this kind of a question, whether it's for

3    litigation purposes or whether it is in my

4    professional practice activities, and I used a

5    step-by-step risk assessment process that is similar

6    to the one that is used by the National Institute For

7    Occupational Safety and Health.

8            As a matter of fact, I stole this graphic from

9    them.  It involves identification of the hazard

10   followed by assessment of whether or not there is

11   potential for exposure, then assessment of response to

12   what is known of regarding response to that exposure,

13   and then characterization of the risk.  That's what I

14   did in my report.

15   Q.    Did you consider the epidemiologic literature?

16   A.    I did.

17   Q.    Did you consider the literature regarding

18   in vitro studies and in vivo studies?

19   A.    Yes.

20   Q.    Did you assure yourself that you had made every

21   effort to consider the totality of the evidence?

22   A.    That was my intent, yes.

23   Q.    You say you formed a risk assessment or you

24   performed a risk assessment.  Is that right?

25   A.    I did.

Carson - Direct/Ms. O'Dell

1262

1  Q.    And you evaluated the evidence and reached a

2  causation opinion?

3  A.    I did.

4  Q.    The first step, as I understood you -- let me

5  just ask you:  What was the first step you undertook

6  to begin your risk assessment analysis?

7  A.    Well, I began looking at the published

8  literature on the subject.  I also had the benefit of

9  some other documents that were provided to me, either

10  that were produced during litigation activities or

11  that I found in various locations, either my own

12  personal files, those of my colleagues or on the

13  internet, and I began systematically assessing that

14  literature.

15  Q.    Did you evaluate the components of Johnson's

16  Baby Powder and Shower To Shower?

17  A.    I did.

18  Q.    Does pure platy talc exist, in your opinion?

19  A.    In my opinion, pure platy talc does not exist

20  except in extreme situations.

21  Q.    In your opinion, what are the components of

22  Johnson's Baby Powder and Shower To Shower?

23  A.    I have a slide that depicts the components.

24        The major components of Johnson's Baby Powder,

25  of course, is talc, both the platy form, which is the

Carson - Direct/Ms. O'Dell

1263

1    sheet form that gives its slippery and absorbant

2    characteristics that are desirable for Baby Powder.

3    But also fibrous talc which is talc in a fibrous form

4    that is present in almost every container of baby

5    powder.

6              There is also a combination of other

7    ingredients.  We know there are certain metals

8    incorporated into the crystals of talc which include,

9    among others, cobalt, chromium, and nickel.  And there

10   are fragrance chemicals that are added by the

11   manufacturer to make the product smell nice and feel

12   familiar.

13             The last ingredient is something that comes up

14   over and over in the literature, and that's a

15   component of asbestos that is often found in talc

16   specimens, and we know there has been asbestos

17   historically in talcum powder products, and we

18   continue to find it even to this day as we look for

19   it.

20   Q.    What is your opinion regarding the presence of

21   talc fibers or a fibrous talc in Johnson's Baby

22   Powder?

23   A.    Fibrous talc is a problem because it produces a

24   significant amount of biological activity, including

25   the potential to cause cancer.

Carson - Direct/Ms. O'Dell

1264

1    Q.    Did you review the literature regarding the

2    presence of fibrous talc in talc ore?

3    A.    There is literature on talc or a certain amount

4    of information on the presence of fibrous talc versus

5    platy talc in those samples, and it varies widely from

6    geological deposit to geological deposit around the

7    world.

8         I also reviewed analytical reports that were

9    produced as part of this litigation which included the

10   Longo report which I think has already been discussed

11   here, and internal documents of Johnson & Johnson and

12   their talc supplier.

13   Q.    Have you prepared slides that compare the

14   differences or pictures of platy talc and fibrous talc

15   and also asbestos?

16   A.    Yes, I have.

17        MR. WILLIAMS:  Your Honor, we interpose an

18   objection to this slide which is slide No. 3 of the

19   deck as a new opinion.  It is not contained in the

20   report.  There are no photographs in the report.  He

21   did not discuss this particular topic at his

22   deposition.

23        MS. O'DELL:  Your Honor, he states in his

24   report that Johnson's Baby Powder and Shower To Shower

25   has platy talc, fibrous talc and the other components

Carson - Direct/Ms. O'Dell

1265

1   he just described.  The Shukla paper is on his list

2   and has been on his list from the beginning.  This is

3   just a picture of platy talc.  It's a demonstrative.

4   He's comparing platy talc to fibrous talc using a

5   photo from Dr. Longo's report.

6           THE COURT:  On the Shukla issue, I guess that

7   was part of his report, though, he may not have

8   included the photo.  I don't know if there is any

9   dispute that's what platy talc looks like.

10          MR. WILLIAMS:  We have no objection to

11  discussing the Shukla study, but the photograph was

12  not ever discussed --

13          THE COURT:  I'll deal with Longo in a moment.

14          On the platy talc, is there something about

15  that photo that you would disagree that is not

16  representative and so you would have a problem with it

17  in not having shared that photo before?  I don't know

18  what platy talc looks like so I don't know if we would

19  anyway.

20          MS. O'DELL:  That's the point, your Honor.  We

21  have been talking about platy talc and fibrous talc.

22  Dr. Carson has evaluated those things.  This was

23  described in the Shukla paper and --

24          THE COURT:  Was this photo in the Shukla

25  paper?

Carson - Direct/Ms. O'Dell

1266

1    MS. O'DELL:  It was from the Shukla paper.

2    THE COURT:  I'll allow that photo.  The Longo

3  one I want to deal with separately.

4    Now, I'll hear from you, Mr. Williams, on the

5  photo from the Longo report.

6    MR. WILLIAMS:  It is true that Dr. Carson

7  refers to the Longo report as something that he read.

8  But there is not a discussion of it in his report that

9  discusses this particular topic, platy versus fibrous

10  talc.

11    THE COURT:  Is there no discussion in the

12  report on platy versus fibrous?  Which exhibit is the

13  report?

14    MS. O'DELL:  For the record, it is Exhibit 18.

15  If you look at the report, there are a couple of

16  places he refers to the constituents.

17    MR. WILLIAMS:  I think page 5, just above

18  Section D, the words "fibrous talc" appear.  There is

19  a reference below to Dr. Longo and to Mr. Hopkins.

20  And then I believe that Dr. Carson has testified that

21  he is not an expert in fibrous talc.  That's what he

22  testified to at his deposition.

23    MS. O'DELL:  Your Honor, he testified he was

24  not a geology expert.  He talks about the

25  classifications by IARC of fibrous talc as a

1267

1  carcinogen.  He does reference and rely on Dr. Longo's

2  report.  He was asked about fibrous talc asbestos in

3  his deposition.  This is well within what he talked

4  about.  He talked about the carcinogenic effects of

5  fibers and how they intensify --

6          THE COURT:  Let me ask one question.  I want

7  to make sure I understand Mr. Williams' objection.

8          Is it on discussion of fibrous talc generally

9  or is it looking at this photo in the Longo report?  I

10  want to know how broad the objection is because

11  clearly there's going to be discussion on fibrous

12  talc.

13          MR. WILLIAMS:  It's both.

14          With respect to fibrous talc, on page 137 of

15  Dr. Carson's deposition, he was asked the question:

16  "Do you consider yourself an expert on fibrous talc?"

17  And he said, "No," without any caveat or explanation.

18          MS. O'DELL:  Your Honor, there is a difference

19  being an expert on the geological formations --

20          THE COURT:  Why don't I allow questions on

21  what his expertise in the area of fibrous talc before

22  I rule on this questions.  I see you're coming at it

23  in different ways and I want to know what it is.

24          MR. WILLIAMS:  Thank you, your Honor.

25          THE COURT:  Let's get a couple of questions on

Carson - Direct/Ms. O'Dell

1268

1    that.  Experience.  You said you are not an expert on

2    fibrous talc.  What is your knowledge and what are you

3    planning on testifying about?

4          THE WITNESS:  Well, I worked for a number of

5    years evaluating patients who were exposed to various

6    fibrous minerals regarding primarily respiratory

7    effects.  I've published in the area of the fibrous

8    minerals.  I do not hold myself out as a specific

9    expert in fibrous talc, but I certainly know a lot

10   about it and use it in my everyday professional

11   activities.

12         THE COURT:  Whatever that means.  Okay.

13         MR. WILLIAMS:  I would argue that does not

14   suffice for purposes of getting into what Ms. O'Dell

15   seems to be stepping into with this slide.

16         MS. O'DELL:  Your Honor, what we are trying to

17   do and what Dr. Carson wanted to do in his

18   presentation is illustrate for the Court the different

19   components of the products, and then from there turn

20   to the health effects, which, as an occupational

21   medicine expert, that is his area of expertise, not

22   geology.  As you know, Dr. Cook and Dr. Krekeler

23   opined on the geology in this case on behalf of the

24   plaintiffs.

25         THE COURT:  What does this photo from the

Carson - Direct/Ms. O'Dell

1269

1    Longo report do for me?

2          MS. O'DELL:  You want Dr. Carson to answer

3    that question?  It just shows you the difference

4    between platy and fibrous talc.  They are both talc in

5    chemical composition.

6          THE COURT:  Mr. Williams, do you have a

7    problem thinking that photo demonstrates fibrous talc?

8          MR. WILLIAMS:  The one on the left, no.

9          THE COURT:  The one on the right, from the

10   Longo report, do you think that's a fair depiction of

11   fibrous talc or not?

12         MR. WILLIAMS:  I really don't know.

13         THE COURT:  Do you know?

14         THE WITNESS:  Yes.

15         THE COURT:  How do you know?

16         THE WITNESS:  I know because it is designated

17   in Dr. Longo's report.

18         THE COURT:  That's not enough for me because

19   I'm also testing Dr. Longo's opinions here.  That's

20   not been established.  So if it's coming from that

21   alone, you don't have any independent knowledge that's

22   what fibrous talc looks like.

23         MS. O'DELL:  May I ask a couple of questions?

24         THE COURT:  Okay.

25   BY MS. O'DELL:

Carson - Direct/Ms. O'Dell

1270

1    Q.    Dr. Carson, did you review the Lockey paper as

2    part of your materials?

3    A.    Yes, I did.

4    Q.    Is Dr. Lockey one of your former colleagues at

5    the University of Cincinnati?

6    A.    Yes.

7    Q.    Did he write on fibers and the health effects of

8    fibers?

9    A.    Yes, he did.

10   Q.    Are you a co-author on some papers with --

11         THE COURT:  I want to focus on fibrous talc.

12   This is the difference that I want to have here, and

13   I'm not satisfied at this point.  He's talked about

14   certainly dealing with fibrous minerals, as you put

15   it, but not specific experience in fibrous talc.

16         So my question is, before I accept the photo

17   that he's relying on as demonstrating what fibrous

18   talc looks like, when he says it is because it's in

19   the Longo report, and I have not yet accepted what is

20   in the Longo report, I don't know why I would go with

21   that.

22         MS. O'DELL:  Your Honor, this is a photo from

23   the Lockey reference that Dr. Carson has just

24   testified to, and it depicts platy talc with an

25   asbestiform fiber.  It is from the literature.  It's

Carson - Direct/Ms. O'Dell

1271

1  peer-reviewed.  If the Court is concerned about using

2  Longo photos, would you allow us to use these photos?

3        THE COURT:  Put the Longo aside.  Do you have

4  any objection as to Lockey?  We're good?

5        MR. WILLIAMS:  We're checking right now.

6        (Pause.)

7        MR. WILLIAMS:  Lockey was disclosed, your

8  Honor.

9        THE COURT:  We'll go with Lockey.  So let's

10  move on.  Put aside the Longo photo.

11        MR. WILLIAMS:  We would object to having

12  Dr. Carson testifying to the Longo expert report and

13  these photographs to the extent that that's something

14  Dr. Longo should have testified to, and I believe

15  Dr. Carson indicated that is beyond the realm of his

16  expertise.  He would just be testifying to something

17  Dr. Longo said in his report.

18        MS. O'DELL:  Dr. Longo's report is something

19  that Dr. Carson considered and relied on, but one of

20  the pieces of evidence he relied on with regard to

21  asbestos in the presence of fibrous talc.

22        Your Honor, with your permission, I understand

23  your concern about the photos.

24        THE COURT:  You've already got Lockey in

25  there.  He's going to talk about what it looks like in

1272

1  the Lockey photo.  They don't have a problem.  We're

2  good.  Let's focus on that.

3  BY MS. O'DELL:

4  Q.    Dr. Carson, why don't you briefly share with the

5  Court what is depicted in the Lockey photo.

6  A.    The photo on the left is from the Lockey

7  publication in 1981.  I was an internal reviewer of

8  that publication.  It shows an asbestiform fiber and

9  platy talc in the same slide.  The fiber was

10  determined by X-ray diffraction to be asbestos, and

11  that's the reason it is shown on this slide.  It's an

12  example of asbestos and asbestiform fibers in talc.

13  Q.    Has IARC considered the issue of fibrous talc?

14  A.    Yes, it has.  And in the 2010 report that

15  included investigation of talc, IARC stated that "talc

16  containing asbestiform fibers and talc not containing

17  asbestiform fibers exists, and the term 'asbestiform

18  fiber' has been mistaken as a synonym for asbestos

19  fiber when it should be understood to be any mineral,

20  including talc, when it grows in an asbestiform

21  habit."

22        That monograph considered talc not containing

23  asbestiform fibers and ranked it a 2B carcinogen,

24  meaning a possible human carcinogen.

25        In 2012 IARC published another monograph which

Carson - Direct/Ms. O'Dell

1273

1  considered asbestos and fibrous minerals, and it

2  included talc containing asbestiform fibers and

3  classed that as a Group 1 human carcinogen.

4  Q.    Finally, is it fair to say fibrous talc is

5  considered a Group 1 carcinogen or a known human

6  carcinogen in the category of asbestos?

7  A.    As far as IARC is concerned, yes.

8  Q.    Let's turn our attention to heavy metals that

9  are contained in Johnson's Baby Powder and

10 Shower To Shower.  Have those metals been evaluated by

11 IARC, also?

12 A.    Yes, they have.  IARC has also evaluated cobalt,

13 chromium, and nickel and has classed chromium and has

14 classed chromium and nickel both as Group 1

15 carcinogens, and cobalt as a Group 2B possible human

16 carcinogen.

17 Q.    What's the proposed mechanism by which metals

18 cause cancer in general?

19 A.    Well, it's quite complex.  It depends to some

20 extent on what molecules within cells the metals come

21 in contact with, but they are primarily catalytic

22 substances that create electrochemical reactions

23 leading to the generation of reactive oxygen species

24 and cellular damage due to disruption of

25 macromolecules including DNA.

Carson - Direct/Ms. O'Dell

1274

1  Q.    Dr. Carson, what's your opinion regarding the

2  fragrance chemicals contained in Baby Powder and

3  Shower To Shower?

4  A.    There is a range of chemicals, quite a long list

5  of mostly organic chemicals that are added as

6  fragrances.  They are added in trace amounts in the

7  material.  Although they contain some recognized

8  carcinogenic substances, in my opinion the

9  contribution of fragrance chemicals to the overall

10  carcinogenicity of baby powder is minor.

11  Q.    After you evaluated the components of Johnson's

12  Baby Powder and Shower To Shower, what was your next

13  step in your methodology?

14  A.    Well, I looked deeper into literature and I

15  wanted to evaluate the responses to the exposure.  So

16  I looked at the epidemiological studies that have been

17  developed regarding the relationship between genital

18  talc use and ovarian cancer.

19  Q.    How did you approach your review of the

20  epidemiologic literature?

21  A.    I performed essentially a systematic review of

22  the literature trying to search for all available

23  studies, and in all languages that addressed this

24  topic, and then filtered through until I determined a

25  list of relevant publications, evaluated each of them

Carson - Direct/Ms. O'Dell

1275

1    for their study methods, their conclusions, the

2    quality of the studies, and so forth, and then

3    considered them all as a whole.

4    Q.    Does this forest plot -- for ease, I've asked

5    you to use Dr. McTiernan's forest plot.  Does this

6    forest plot assist you in sort of walking through your

7    evaluation of the literature?

8    A.    Well, this is a graphic I borrowed from

9    Dr. McTiernan because it looks much better than the

10   one I had.  It depicts exactly the same information.

11          What it shows me is that of the many studies

12   that have been performed, both case-control studies

13   and cohort studies, the vast majority have determined

14   positive relative risks or odds ratios, and the

15   majority of those are statistically significant, and

16   that the odds ratio, the average odds ratio, if you

17   will, is about -- looks to be about a 30 percent

18   increase in risk, and that's consistent over multiple

19   studies since the 1980s up until just last year.

20   Q.    We've heard a lot about cohort studies over the

21   last week.  Did you in particular review the analysis

22   of the cohort studies that Penninkilampi and Eslick

23   performed in their study?

24   A.    I did.

25          MR. WILLIAMS:  Your Honor, objection.  That's

Carson - Direct/Ms. O'Dell

1276

1    cumulative of the testimony of Dr. McTiernan.

2          MS. O'DELL:  Your Honor, this is not a trial.

3          THE COURT:  Well, he's going to break them

4    down.  She just asked, did you review the analysis of

5    the cohort studies that those two scientists did.

6          Break them down one by one.

7          MS. O'DELL:  Yes, your Honor.  Mr. Williams

8    has made an objection this is cumulative.

9    Dr. Carson's expert report and his general causation

10   opinion stands on his own, and he needs to be able to

11   have the opportunity to --

12         THE COURT:  The question is, if he is using

13   obviously those studies, you've already started the

14   question here about it anyway, to form his opinions,

15   and that's already been done.  I'll hear it.  But

16   we're not redoing the epidemiology.  He is not an

17   epidemiologist.

18         MS. O'DELL:  We're not attempting to do that.

19         THE COURT:  You are setting a foundation for

20   what's next.  Let's go.

21   BY MS. O'DELL:

22   Q.    Did you review the Penninkilampi study?

23   A.    I did.

24   Q.    Specifically, what did Penninkilampi demonstrate

25   in regard to their analysis of the cohort studies

Carson - Direct/Ms. O'Dell

1277

1    specifically in relation to serous ovarian cancer?

2    A.    They showed a relationship.  When they looked at

3    the cohort studies alone, they showed that there was a

4    significant and positive relative risk associated with

5    serous epithelial ovarian cancer, which is the most

6    common and most deadly form of the disease.

7    Q.    What was the amount of the increased risk?

8    A.    The odds ratio was 1.25 which represents a

9    25 percent increased risk over baseline.

10   Q.    Was that finding statistically significant?

11   A.    It was.

12   Q.    In addition to the case control and cohort

13   studies, did you also consider the meta-analyses and

14   pooled studies that have been performed on the

15   perineal use of talcum powder literature?

16   A.    I did.

17   Q.    Does this analysis assist in walking us through

18   your evaluation of the meta-analyses and pooled study?

19   A.    Yes.  This shows the meta-analyses that have

20   been performed on these data going forward starting

21   back in 1992 with the three most recent --

22         THE COURT:  Step back a little from the

23   microphone.  There's a lot of feedback.

24   A.    -- with the three most recent evaluations being

25   reported in 2018.

1278

1        The meta-analyses universally find a positive

2   relative risk, and they are all statistically

3   significant, and that includes the Terry 2013 pooled

4   study.

5   Q.    In evaluating the epidemiologic literature, what

6   methodology did you use to weigh those studies that

7   were statistically significant versus those that were

8   not statistically significant?

9   A.    Well, looking at the epidemiological studies

10  individually, I wanted to let the authors speak for

11  themselves and let each study stand on its own.   I

12  think the comparison, the forest plot you showed

13  earlier, really tells the story.   These are all

14  positive relative risks, and many of them are

15  statistically significant.   The consistent positive

16  relative risk is very telling in this kind of area of

17  research.

18  Q.    Let's transition now away from epidemiology.   I

19  know the Judge wants to hear something new.   So let's

20  focus, if we could, on exposure of talcum powder

21  products to the women that used them.

22  A.    All right.

23  Q.    Do you have an opinion as to whether talcum

24  powder can migrate from the perineum and reach the

25  fallopian tubes and ovaries?

Carson - Direct/Ms. O'Dell

1279

1    A.    I do.

2    Q.    What's your opinion?

3    A.    I think that the female reproductive system is

4    essentially an open channel.  If you apply something

5    to the perineal area, it has ready access to deeper

6    structures including the ovaries.

7    Q.    Did you review the literature that relates to

8    migration of particles or particulates from the

9    perineum to the ovaries?

10   A.    I did.

11   Q.    And is this some of the literature you reviewed?

12   A.    It is.

13   Q.    I know we're going to hear more about that from

14   Dr. Clarke-Pearson tomorrow.  But would you briefly

15   describe your evaluation of the evidence you relied on

16   in reaching your opinion that talcum powder can

17   migrate to the fallopian tubes and ovaries?

18   A.    There are a number of studies that have been

19   done over the years looking at various kinds of

20   particulate substance and their ability to migrate

21   through the female reproductive system.  Some are

22   shown on this slide.

23         The earliest one on the slide being Egli and

24   Newton in 1961 where they looked at the transport of

25   carbon particles through the female reproductive

1280

1     system and noted that transport occurred.

2          In 1979, Venter and Iturralde, they studied

3     the migration of technetium-labeled particles through

4     the reproductive system from the vagina to the

5     peritoneal cavity and ovaries and showed that occurred

6     as well.

7          There have been other studies since notably

8     studies on retrograde menstruation and Halme and

9     colleagues in 1984, that showed that retrograde

10    menstruation occurs frequently in many women.

11         The Kunz article in 1997 studied the uterine

12    peristaltic pump, which is produced by muscular

13    activity in the uterus and fallopian tubes, and showed

14    that sperm traveled much faster through the

15    reproductive system than would be expected based on

16    their motility, and in fact non-motile sperm traveled

17    at about the same rate all the way through the

18    reproductive system.

19         There was a study by Heller in 1996 that

20    showed perineal cosmetic talc usage and the

21    relationship of talc being found in ovarian specimens.

22    Q.   Dr. Carson, let me stop you for a moment.  Are

23    the carbon particles that have been studied and the

24    other particulates, for example, the cornstarch

25    particulates, and the glove powder study, would they

Carson - Direct/Ms. O'Dell

1281

1   be similar in size as what you would expect with a

2   talcum powder particle?

3   A.     Yes.   These are all about the same general size

4   including sperm.

5   Q.     Did you consider migration animal studies for

6   purposes of reaching your opinion regarding migration?

7   A.     I did.

8   Q.     Tell us what your evaluation resulted in.

9   A.     Well, among others, there were animal studies

10  that were done mostly in rodent species, and it was

11  determined by the authors that rodents really are not

12  a good model of the human reproductive system.  As a

13  matter of fact, there is not really a good nonprimate

14  model of the female human reproductive system for this

15  purpose.  And so I pretty much discounted animal

16  research trying to look at this issue.

17          There was one study in monkeys that was done

18  by an investigator named Wehner and colleagues that

19  looked at migration in monkeys.  They did not find

20  that migration occurred in these monkeys, but the

21  authors still were of the opinion that this was a

22  viable transport mechanism and listed reasons why

23  their study may not have been able to show that.

24  Q.     Have regulatory bodies reached a similar

25  conclusion that talcum powder can migrate to the

Carson - Direct/Ms. O'Dell

1282

1    ovaries?

2    A.    Yes.   Among them, the Food & Drug Administration

3    has reached the opinion that while there exists no

4    direct proof of talc and ovarian carcinogensis,  the

5    potential for particulates to migrate from the

6    perineum and the vagina to the peritoneal cavity is

7    indisputable.   And then the Health Canada report, I

8    think you have also heard a bit about, stated:

9         "This evidence of retrograde transport

10   supports the biological plausibility of the

11   association between perineal talc application and

12   ovarian exposure."

13        So both organizations have concurred that

14   transport from the perineum to the ovaries does occur.

15   Q.    Now, we've talked about migration of talcum

16   powder through the genital tract.   Let's transition

17   and focus on inhalation.

18        What are your opinions about the ability of

19   talcum powder particles to be inhaled?

20   A.    A portion of talcum powder that is aerosolized

21   as dust during hygienic applications can be inhaled

22   into the respiratory system.   A very small portion of

23   that may enter the bloodstream and be able to

24   circulate to other tissues including the ovaries.   I

25   think the potential for that to be a significant

Carlson- Direct/Ms. O'Dell

1283

1    exposure is very insignificant, and it is although a

2    secondary route of exposure to perineal application of

3    talc I think it is an extremely minor one.

4    Q.    In your report you used the word in regard to

5    talcum powder in the ovary, you use this word,

6    "sequestered."  What did you mean when you said that

7    talcum powder becomes sequestered in the ovaries?

8    A.    Every time a woman ovulates and the ovary emits

9    an egg into the reproductive system, it leaves an open

10   wound on the surface of the ovary, which then has to

11   heal.  And this process repeats itself regularly on

12   usually a monthly basis over decades.  If talc is

13   present in the milleau of the ovary when that happens,

14   some of it can be incorporated into that healing sore

15   basically and sets up a cascade of chronic

16   inflammation that many believe is the underlying

17   mechanism for the cause of ovarian cancer due to talc

18   exposure.

19         THE COURT:  What's your basis for that

20   opinion, Doctor?

21         THE WITNESS:  Of the healing into the ovary?

22         THE COURT:  Everything you just testified to.

23   You are not a gynecologist.

24         THE WITNESS:  I'm not a gynecologist.

25         THE COURT:  What's the basis for your

1284

1    testimony?

2         THE WITNESS:  There is literature, one paper

3    that I've cited, that shows the presence of talc

4    within ovarian tissue, and this is a proposed

5    mechanism for its insertion into the ovaries.

6         THE COURT:  What's the name of that paper?

7         It's cited in your report, I take it?

8         THE WITNESS:  This is one I talked about

9    earlier today.  It's in the Heller report, but there

10   are others.

11   BY MS. O'DELL:

12   Q.   Would the Cramer 2007 paper also be one?

13   A.   It's discussed in there, yes, as a mechanism.

14   Q.   Doctor, you are a medical doctor.  Correct?

15   A.   I am.

16   Q.   Not just a Ph.D., but you are also a medical

17   doctor?

18   A.   That's correct.

19   Q.   And in your practice, do you also treat women?

20   A.   I do.

21   Q.   In addition to the description that you have

22   given us about talcum powder becoming sequestered in

23   the ovary, describe for us, Doctor, whether the ovary

24   has a clearance mechanism, and describe it in

25   reference to the lung so we can understand that?

Carlson - Direct/Ms. O'Dell

1285

1    A.    Well, when particles are inhaled into the

2    respiratory system and deposited in the lungs, there

3    is a well-designed system that has developed through

4    evolution that allows the lung to clean itself of

5    these foreign particles that come in from the outside.

6    There are mechanisms all the way from the very deep

7    lung, which involve alveolar macrophages, and in the

8    small and large airways that involves something

9    usually referred to as the mucociliary escalator,

10   which is a mechanical system for pushing things up out

11   of the deep lung to where it is swallowed into the

12   digestive system and can be eliminated from the body

13   in that way.

14         The ovaries have no such elimination system.

15   Really, the only means that they have of eliminating

16   anything from inside that organ is through the

17   lymphatic drainage system, which is a minor

18   contribution to that and not very well developed in

19   comparison to many other organs.

20   Q.    In summarizing your opinion earlier you offered

21   the opinion that talcum powder products are

22   sequestered in the ovaries and produce chronic

23   inflammation providing the cellular mechanism for

24   carcinogenesis.  Let me ask you, how do carcinogens

25   cause cancer generally?

Carson - Direct/Ms. O'Dell

1286

1   A.    Well, a number of different pathways exist and

2   it depends to some extent on the specific carcinogen.

3   But if we look at something like minerals, any

4   carcinogenic process, it is generally recognized it's

5   a two-step process.

6         There is a stage referred to as initiation

7   which involves a genetic change in a cell to produce a

8   mutation or a change in the type of cell that it is.

9   That change of a mutation then must survive and go on

10  to become a viable cell which grows and multiplies,

11  and that growth and multiplication is a step called

12  promotion which allows it to eventually become a

13  recognizable tumor.

14        So both stages must exist, initiation and

15  promotion, in order for carcinogenesis to occur, and

16  the time period between initiation and the recognition

17  of a tumor is referred to as the latency period.

18  Q.    In your opinion, Doctor, what is the latency

19  period for the exposure of genital talcum powder and

20  ovarian cancer?

21  A.    The latency period for talcum powder exposure is

22  somewhere between 20 and 40 years.

23  Q.    Doctor, we have a slide on the screen.  Would

24  you mind walking us through, if you will, this process

25  again.  What does it mean when a carcinogen is a

Carlson - Direct/Ms. O'Dell

1287

1    complete carcinogen?

2    A.    A complete carcinogen is one that participates

3    in both the initiation and promotion step of

4    carcinogenesis.

5    Q.    Are in vitro studies important in determining

6    the mechanism by which an agent causes cancer?

7    A.    Once you have a strong suspicion of a

8    relationship, it's often important to break that

9    process down and look at it biochemically in small

10   steps in laboratory-designed experiments where you

11   could look at the individual steps, manipulate them

12   and understand them biochemically.

13         You then have the potential to put all of

14   those steps from laboratory investigations together to

15   understand the underlying mechanism of what you see in

16   whole animals.

17   Q.    Let me ask you this:  Did you consider the

18   in vitro studies that address -- and when we say

19   "in vitro studies," do we mean cell studies or cell

20   culture studies?

21   A.    Yes.

22   Q.    Did you consider the cell studies that evaluate

23   talcum powder?

24   A.    I did.

25   Q.    Did you develop an opinion as to whether talcum

Carson - Direct/Ms. O'Dell

1288

1  powder causes inflammation?

2  A.    Yes, I agree with essentially every investigator

3  who's ever looked at this question that talcum powder

4  is a very strong inflammatory agent.

5  Q.    Let me turn to the next slide.  Are these the

6  cell studies that you evaluated and considered in

7  reaching your opinions?

8  A.    Yes.

9  Q.    If you would, Dr. Carson, would you walk us

10  through these studies and the pertinent findings for

11  your purposes of reaching your opinions?

12  A.    The important point of this slide is it shows

13  the studies in comparison one with another.  These are

14  all studies on human cell lines that are relevant to

15  the question of talc and ovarian cancer.  The dose

16  ranges that are studied in these five studies are all

17  similar or overlapping.  The time periods that they

18  use for exposure are similar as well.  But the

19  findings are important to point out.

20        The Shukla study that we mentioned earlier

21  found when these cell lines were exposed to talc, that

22  there was gene up-regulation of 30 genes that occurred

23  as a result of talc exposure.  This was an experiment

24  which they also did in comparison with asbestos

25  exposure.

Carson - Direct/Ms. O'Dell

1289

1        In the Buz'Zard study from 2007, they showed

2   proliferation, neoplastic transformation, which is the

3   early form of carcinogenesis, and increased reactive

4   oxygen species.

5        In the Akhtar study from 2010, they showed

6   oxidative stress through the measurement of lactate

7   dehydrogenase which showed damage to the membranes of

8   the cells, and also increased reactive oxygen species,

9   and the reduction in an important antioxidant

10  substance in those cells called glutathione.

11  Q.   Dr. Carson, I'm very glad Vinnie asked you to

12  spell that word. I'm not sure I could have done it.

13       Please continue.

14  A.   There was a second Akhtar study a couple of

15  years later in the same cell line that they did a

16  little bit differently, and they were able show DNA

17  fragmentation, oxidative stress, lipid peroxidation;

18  again, reduction in glutathione, an important

19  antioxidant enzyme, and apoptosis, which is programmed

20  cell death.

21       Finally, very recently a study has been

22  published by Fletcher and colleagues that looked at

23  six different relevant cell lines for talc-induced

24  ovarian carcinogenesis.  And this study actually used

25  talcum powder as its test agent, and showed a change

Carson - Direct/Ms. O'Dell

1290

1   in the redox balance within the cells with generation

2   of reactive oxygen species and other indicators like

3   interleukins, increase in the important ovarian cancer

4   biomarker CA-125, increase in cell proliferation,

5   decrease in cancer cells apoptosis, which means

6   increased survivability of those cancer cells, and

7   single nucleotide polymorphisms often referred to as

8   SNPs.

9   Q.    Did each of these five studies that have

10  considered talcum powder find evidence that talcum

11  powder causes inflammation?

12  A.    Yes.  These studies universally within the

13  confines of a cell culture study showed the effects

14  that release these immunologic mediators of

15  inflammation, including reactive oxygen species,

16  cytokines, interleukins, and so forth.

17  Q.    Were the studies consistent in terms of a dose

18  of talcum powder that was used?

19  A.    They were.  The doses were consistent and

20  overlapping in all of the studies.

21  Q.    In your research did you identify any in vitro

22  or cell studies that show that talcum powder does not

23  cause inflammation at the cellular level?

24  A.    No.

25  Q.    We talked about fibers already this morning.

Carlson - Direct/Ms. O'Dell

1291

1    What is the importance of fibers in talcum powder on

2    the carcinogenic effect of the products?

3    A.    Well, fibers, starting with our research that

4    was done after we realized that asbestos fibers were

5    strongly carcinogenic to humans --

6    Q.    Excuse me, sir.  Is this an illustration that

7    helps describe your opinions?

8    A.    Yes.

9    Q.    Please continue.  I'm sorry.

10   A.    What this shows is some of the findings that we

11   now recognize are associated with mineral fibers

12   themselves as much due to their size and shape as to

13   their chemical composition.  That was one of the

14   findings that came out of research on asbestos.

15         Many other fibers that have been studied,

16   mineral fibers, show the same kind of carcinogenic

17   effects, perhaps not with the same potency as

18   asbestos, but for the same reason, and that's because

19   of the fiber habit, the shape and size.

20         You see here a talc fiber in a photo on the

21   upper left, which is capable of producing direct

22   genotoxity as we saw from the cell studies I just went

23   through.

24         In the whole human, when these fibers are

25   encountered by the immune system, one of the responses

Carlson - Direct/Ms. O'Dell

1292

1  is for the cells of the immune system to attack it and

2  try to eliminate it from the body.

3       In the photo, in the center at the top of this

4  slide, you see one of these immune cells called a

5  macrophage attempting to engulf a fiber, which is the

6  needle-like structure passing from the upper left to

7  lower right.

8  Q.   I think you have a pointer, if it is helpful to

9  you.

10 A.   Thank you.

11      This central photo here you see the fiber

12 attempting to be engulfed by a macrophage right here.

13 It is known that because these fibers are very much

14 longer than the macrophage is able to stretch, that

15 they cause injury and frustration to the cell.

16      MR. WILLIAMS:  Excuse me, your Honor.  None of

17 this, the middle photograph and the left photograph,

18 none of this is in the Doctor's report.  This stuff is

19 new.

20      MS. O'DELL:  It is not new.  He's given

21 opinions about how fibers cause inflammation

22 intensify the carcinogenic effect of talcum powder.

23 It is not required that you include photos,

24 demonstratives, in your expert report, as Mr. Williams

25 knows.

Carson - Direct/Ms. O'Dell

1293

1    So this was clearly outlined in his report,

2  that fibers intensify the carcinogenic effect of the

3  product, and that is what he is describing.

4    MR. WILLIAMS:  In fact, the discussion relates

5  to asbestos that is in Dr. Carson's report, but the

6  discussion relating to fibrous talc consists of about

7  two sentences in the report.

8    So it does not give any of this detail, and I

9  believe I heard Dr. Carson testifying about the impact

10  of fibrous talc.  He pointed to the middle photograph

11  as an example of fibrous talc leading to certain

12  toxicity.  That is not in the report.

13    MS. O'DELL:  I don't think that's a full

14  reading of the report, your Honor; not only the report

15  but the deposition.  Let me just turn to it.

16    He talks in terms of mineral fibers in his

17  report to include asbestos and fibrous talc.  This is

18  on page 7:

19    "All talcum powder has some component of

20  mineral fibers that are toxic to macrophages and

21  intensify the inflammatory response and stimulate cell

22  growth and proliferation."

23    I think that is exactly what Dr. Carson is

24  depicting on the slide.  This is page 7, middle of the

25  paragraph, at the bottom of the page.

Carson - Direct/Ms. O'Dell

1294

1    THE COURT:  I understand he is talking about

2    the subject.  I'm not sure if I understand

3    Mr. Williams' objection to be more where these photos

4    are coming from and what they are actually depicting.

5         Tell me what your objection really is.  I know

6    there is not a lot to it that's in there in the

7    report, without not much more discussion.

8         MR. WILLIAMS:  Correct.

9         THE COURT:  But I also know you took his

10   deposition.  I don't know if there is more there.

11        MR. WILLIAMS:  This discussion now on the

12   board relates to genotoxicity.  I don't think there

13   was a discussion of genotoxicity even in the paragraph

14   Ms. O'Dell just pointed out.

15        Our objection simply is if she could point to

16   the particular page of the report or the deposition

17   where there was a discussion similar to what the

18   doctor is doing now, we would not object.

19        THE COURT:  The word does not appear there.

20   That's for sure.

21        MS. O'DELL:  What word?

22        THE COURT:  "Genotoxicity."

23        MS. O'DELL:  Certainly the inflammation

24   cascade that Dr. Carson is describing is included in

25   his report and he testified to it in his deposition.

Carson - Direct/Ms. O'Dell

1295

1    Let me, if I could ask the Doctor to define

2    genotoxicity as he understands it.  You will see, your

3    Honor, what he has in his report is exactly what's

4    depicted on the slide, particularly in relation to the

5    component of mineral fibers.

6    BY MS. O'DELL:

7    Q.    Dr. Carson, how would you define genotoxicity?

8    A.    Well, as depicted on this slide, if you follow

9    the arrows, this central photo goes to the right to

10   this figure that depicts inflammation, and that's the

11   indirect pathway to genotoxicity.

12        My opinion is that the inflammation itself

13   results in genotoxic effects, disruption of DNA,

14   epigenetic effects that dis-regulates transcription

15   and results in viable mutations.

16        MR. WILLIAMS:  Your Honor, the only reference

17   to genotoxicity --

18        THE COURT:  Page 319 of his deposition?

19        MR. WILLIAMS:  That's right.  And that line of

20   inquiry had nothing to do with what he testified to.

21   The question was:

22        "QUESTION:  Do you know whether there are

23   standards tests for genotoxicity and neogenicity?

24        "ANSWER:  There are lots of standard tests,

25   yes.

Carson - Direct/Ms. O'Dell

1296

1       "QUESTION:  Doctor Saed didn't use any of

2   those, did he?

3       "ANSWER:  Well, he went directly to cells and

4   cultures to see what happened when they were treated

5   with talc."

6       That's the only reference.

7       MS. O'DELL:  Your Honor, genotoxicity, as Dr.

8   Carson explained, is damage to the DNA.  And if you

9   look at page 10 of his report, at the bottom of the

10  page, under "biologic plausibility" he writes:

11      "Once reaching the target tissues, talcum

12  powder and its constituents initiate carcinogenesis

13  via multiple means, including, inflammation with

14  chemotaxis of inflammatory cells, liberation of

15  cytokines, and reactive oxygen species, inactivation

16  of TP53 genetic modulator, inhibition of DNA repair,

17  and long-term promotion of genetic mutations via

18  continuous inflammation, and cellular growth

19  stimulation."

20      Your Honor, that speaks directly to

21  genotoxicity.

22      THE COURT:  The guts of it are there.  He

23  doesn't use the terms.  Frankly, some of these terms

24  are lawyer-supplied in creating these slides.  It is

25  not the language he uses.

1    I do understand present in his report would be

2  something that would certainly deal with the subject

3  matter.

4       Let me see where it goes, and let's move on.

5       I don't know how much more we are doing on

6  this subject.

7       MS. O'DELL:  Your Honor, if we could finish

8  quickly.  Let me ask Dr. Carson.

9  BY MS. O'DELL:

10 Q.    Dr. Carson, in regard to the indirect effect of

11 inflammation, does that cause DNA damage in what ends

12 up resulting in the initiation and promotion of

13 cancer?

14 A.    Yes, it does.

15 Q.    Do metals contribute to the inflammatory effect

16 of talcum powder?

17 A.    Yes, they do.

18 Q.    We've talked about the cell studies, in vitro

19 studies.  Now, let's transition to animal studies that

20 address inflammation.

21      MS. O'DELL:  Your Honor, I'll move on from

22 this particular slide.

23 Q.    Did you consider the animal studies?

24 A.    Yes, I did.

25 Q.    Is there evidence in animal studies that support

Carson - Direct/Ms. O'Dell

1298

1    your opinion that talcum powder causes inflammation?

2    A.    Yes.  I've shown some studies on this slide, and

3    each one includes a quotation from the specific

4    article, the opinions of the authors.

5         The Eberl study from 1948 states:

6         "Incontrovertible evidence of the local

7    irritant action of talcum."

8         That was in comparison with starch or other

9    substances.

10        The Graham and Jenkins article from 1952

11   stated, quote:

12        "Talc was universally damaging and the

13   starches seem to be relatively harmless."

14        In 1984, in the Hamilton study, in which they

15   injected talc into the ovarian bursa of rats, noted

16   that it resulted in papillary transformation and the

17   papillae that resulted may represent early neoplasia.

18        MR. WILLIAMS:  Objection.  The slide

19   references the Hamilton report.  What Dr. Carson just

20   said is not contained in the Hamilton study.  He cites

21   a sentence from his report and not from the study

22   itself and it misstates the study.

23        MS. O'DELL:  He quotes the findings from the

24   study, your Honor.  There are no quotes on there.

25        THE COURT:  Mr. Williams said he thinks it is

Carson - Direct/Ms. O'Dell

1299

1    not in the report.  He is disputing that is an

2    accurate depiction of the report.

3         MR. WILLIAMS:  It's an accurate depiction of a

4    sentence that appears in Dr. Carson's report, but the

5    testimony was just that it was part of the Hamilton

6    study itself.

7         THE COURT:  He is saying in his testimony --

8    the Hamilton study noted that it resulted in.  He is

9    saying that is what the report said or found.

10        MR. WILLIAMS:  Correct.  Nor does his report

11   have the sentences that are appearing here on the

12   slide.

13        MS. O'DELL:  Your Honor, he has the Hamilton

14   study as part of his reliance materials.

15        THE COURT:  The objection is, he is not

16   accurately citing the Hamilton study.  What he is

17   saying here is not in fact what the Hamilton study

18   found.

19        That's your objection; correct, Mr. Williams?

20        MR. WILLIAMS:  That's correct, and it is not

21   in the report, what Dr. Carson's report states.  Those

22   sentences do not appear in the report.

23        MS. O'DELL:  There is no requirement that

24   these sentences appear in the report.  He cites and

25   references this as part of his reliance materials.  I

Carson - Direct/Ms. O'Dell

1300

1    think Dr. Carson was asked about the Hamilton study in

2    his deposition.

3              THE COURT:  I guess at this point,

4    Mr. Williams, I will rely on you to bring out the

5    Hamilton study on cross and indicate where it is that

6    he finds it.  I'm sure that will be one of your

7    questions.

8              MR. WILLIAMS:  Thank you, your Honor.

9              MS. O'DELL:  Your Honor, let's put it up on

10   the ELMO.

11   BY MS. O'DELL:

12   Q.    Dr. Carson, is this the Hamilton study that you

13   were referring to?

14   A.    Yes, it is.

15   Q.    Does it indicate that exposure of rat ovaries to

16   talc was accomplished by intrabursal injection?

17   A.    Yes.

18   Q.    Further, does the summary find there were local

19   areas of papillary change noted?

20   A.    Yes, it does.

21             MS. O'DELL:  If we could go back to the

22   PowerPoint.  I think I may have cut off too early.

23   Q.    In regard to the third page of the Hamilton

24   study, do you recall seeing this, Dr. Carson?

25   A.    Yes.

Carson - Direct/Ms. O'Dell

1301

1    Q.    And it states:

2          "Despite the complexities introduced by the

3    bursal distention, it is a particular interest that

4    papillary changes were seen in the surface epithelium

5    of a proportion of the injected ovaries."

6          Do you see that, sir?

7    A.    Yes, I do.

8    Q.    Based on that, is what we had on the PowerPoint,

9    does that appear to be an accurate representation of

10   the Hamilton study?

11   A.    I believe that was the opinion of the authors,

12   yes.

13         THE COURT:  What page are you reading from.

14         MS. O'DELL:  On the report page 105 at the

15   lower left-hand corner, your Honor, and it continues

16   on to the upper portion of the right-hand column on

17   page 105.

18   BY MS. O'DELL:

19   Q.    In sum, Dr. Carson, do the animal studies that

20   you reviewed and considered in reaching your opinions

21   support a conclusion that talcum powder causes

22   inflammation?

23   A.    Yes, they do.

24   Q.    Is there evidence in humans that suggest that

25   talcum powder has an inflammatory effect?

Carson - Direct/Ms. O'Dell

1302

1   A.      Yes, there is.

2   Q.      Why don't you walk us through some of the

3   indications in humans that talcum powder causes

4   inflammation.

5   A.      These pictures are not from any of the

6   authorities that I'm citing.  These are simply

7   illustrations that have been pulled from the internet

8   to illustrate my points.

9           But it has been known for over 100 years that

10  talc produces granulomatous reactions and inflammation

11  in humans.  It used to be very common for surgical

12  gloves to be dusted with talc as a lubricant so they

13  could be donned and doffed easily, and many granulomas

14  developed as a result, adhesions occurred as a result,

15  all the result of inflammation produced by talc that

16  was deposited during surgery.

17          Add to that the fact that these properties

18  once recognized were also used therapeutically.  Talc

19  has been used to produce pleurodesis which is

20  essentially injecting talc into the chest cavity to

21  glue the lungs to the chest wall through chronic

22  inflammation and healing to cause those two structures

23  to connect.  This is done in patients who have chronic

24  fluid build-up in the chest, and this prevents that

25  from occurring, and so it has been used for its

Carson - Direct/Ms. O'Dell

1303

1    inflammatory properties, specifically for that purpose

2    for many years.

3         The FDA banned talc lubricants from surgical

4    gloves sometime ago, because of the side effects of

5    talc depositing in body cavities during surgery.  So

6    we have strong historical evidence of talc producing

7    inflammation in humans.

8    Q.    Transitioning from talc causing inflammation to

9    inflammation and ovarian cancer.  Are there studies

10   that support a conclusion that inflammation causes

11   epithelial ovarian cancer?

12   A.    Yes.

13   Q.    Are these some of the few studies -- are these a

14   few of the studies that you read and considered and

15   relied on in reaching your opinion?

16   A.    Yes, they are.  All of these studies recognize

17   the inflammatory ability of talc and the strong

18   potential connection to ovarian cancer.  Actually,

19   these are mostly articles.

20        The Ness article from 1999 is a review article

21   reviewing lots of literature on the subject.

22        The Reuter article from 2010 again is a review

23   article.

24        The Balkwill and Mantovani article from 2001.

25   Q.    All of these references support a conclusion

Carson - Direct/Ms. O'Dell

1304

1  that inflammation is associated with epithelial

2  ovarian cancer?

3  A.    Yes, they do.

4  Q.    In particular, did you consider and rely on the

5  Ness article?

6  A.    I did.

7  Q.    What did you find, at least in part, important

8  about that particular publication?

9  A.    This was a review from 1999, and I've taken a

10  figure from that article here that shows the purported

11  mechanisms by which various factors would influence

12  inflammation in the development of ovarian

13  carcinogenesis and among those talc which was the

14  topic of the review.

15  Q.    Let me ask you, Dr. Carson, in regard to

16  inflammation and the presence of inflammation in the

17  reproductive tract, you were asked in your deposition

18  -- you were asked a question very similar to this:

19          Is there a greater inflammation in the areas

20  of the reproductive tract exposed to the greatest

21  quantity of talcum powder?

22          Do you recall being asked that?

23  A.    I do.

24  Q.    What's your answer?

25  A.    The answer is no, and the reason is that the

Carlson - Direct/Ms. O'Dell

1305

1    inflammation that occurs depends on residence time in

2    the tissue and the ovaries.  As I have described

3    before, talc has the potential to enter the ovaries,

4    and once it's in, it doesn't get out.  It causes

5    chronic inflammation over time.  Other parts of the

6    reproductive system are continually washed clean by

7    body fluids that flow over them.  So talc does not

8    have the opportunity to produce chronic inflammation

9    in those areas.

10   Q.   Let's turn our attention now to the inflammatory

11   effect of talcum powder and specifically how that

12   inflammatory effect can be intensified by carcinogens.

13        You state in your report that the presence of

14   known carcinogens intensifies the carcinogenic potency

15   of the product.  What did you mean by that statement?

16   A.   I meant that having carcinogenic materials as

17   contents adds to the effects that result in cancer.  I

18   call that potency.  So if you add carcinogenic

19   materials to something that's already an irritant or

20   even a carcinogen, it will just be more carcinogenic

21   than it was before.

22   Q.   Did you prepare an illustration that would help

23   depict or demonstrate what you are describing?

24   A.   Yes.

25   Q.   Why don't you walk the Court through this

Carson - Direct/Ms. O'Dell

1306

1    demonstrative.

2    A.    This slide is a simple two-by-two quadrant

3    system that depicts the exposure amount or essentially

4    dose on the horizontal axis with increasing dose

5    moving from left to right and carcinogenic potential

6    or potency of individual materials from bottom to top

7    on the vertical axis.

8            So I think that the most common component of

9    talcum powder which is platy talc has a low potential

10   to produce carcinogenesis but a high exposure because

11   it is most of the product.  So it is relegated to the

12   bottom right quadrant.

13           The fibrous form of talc which is present in

14   all of these products is much more potent and has a

15   stronger potential to produce cancer and is still

16   present in a high quantity in these materials, and so

17   it's relegated to the upper right quadrant here and it

18   is the most carcinogenic aspect of the materials.

19           The other materials, potential asbestos

20   content, heavy metals, also are very high potency but

21   are present only in trace amounts in the product and,

22   therefore, have been relegated to a lesser potency,

23   more orangeish than red.

24           The fragrance chemicals that do contain

25   carcinogens but are only present in very minute

Carlson - Direct/Ms. O'Dell

1307

1   quantities probably have the least potential of all

2   ingredients in talcum powder to cause cancer.  So they

3   have been relegated down to the yellow area, less

4   important.

5   Q.    Do all these individual components contribute to

6   the carcinogen issue of the product?

7   A.    Yes.

8   Q.    Would it be fair to say they contribute to the

9   whole in different relative amounts?

10  A.    That's correct.

11  Q.    Let me transition and ask you a specific

12  question about asbestos.

13        Based on your review of the literature and

14  your experience and training as an occupational

15  medicine physician, is there any safe level of

16  asbestos?

17  A.    No, there is not.

18  Q.    And why is that?

19  A.    Because any dose of a cancer causing material

20  increases the risk of cancer to some extent.  We don't

21  have information to show us that there is a safe level

22  of any carcinogen at this point in time.  And so my

23  opinion is any dose of a carcinogen increases the

24  carcinogenic risk by some increment.

25  Q.    There was an issue that was raised in the

Carlson - Direct/Ms. O'Dell

1308

1    briefing for this Daubert process regarding nickel,

2    chromium and cobalt, the heavy metals we have been

3    talking about.  Have nickel, chromium and cobalt been

4    shown in studies to be linked specifically with

5    epithelial ovarian cancer?

6    A.    Not that I'm aware.

7    Q.    Is that necessary in order for those metals to

8    have a carcinogenic effect in the ovaries?

9    A.    It is not necessarily needed to have studies

10   that they are carcinogenic to the ovarian tissue to

11   know that they are carcinogenic elsewhere and have the

12   potential to cause cancer in other tissues as well.

13   Q.    And why is that?

14   A.    Because cancer causation is a fairly general

15   process, and although some organs seem to fall victim

16   to certain carcinogens, it's because it's where those

17   carcinogens locate and cause their effect, but the

18   carcinogenic process is the same throughout.

19        THE COURT:  I want to understand your answer

20   because it was a little bit vague to me.  What you are

21   saying is you don't need to have a study to link it to

22   the epithelial cancer.  You don't need to know that

23   because you know it causes cancer in other places, so

24   there is no reason why it wouldn't cause it here.  Is

25   that what you're trying to say --

Carlson - Direct/Ms. O'Dell

1309

1    THE WITNESS:  What I'm saying is that raises
2  suspicion there could be a contribution to cancer
3  causation in other tissues if you know it's a
4  carcinogen somewhere else.
5    THE COURT:  Other tissues, meaning it could
6  have a possibility or not.  What is your testimony?
7  Other tissues doesn't mean anything to me unless you
8  are talking about ovarian.
9    THE WITNESS:  I'm talking about ovarian.
10   THE COURT:  So use those words.
11   THE WITNESS:  Just because we don't have
12 studies linking those metals to ovarian cancer, we
13 still know those metals are carcinogenic for other
14 tissues, and we can assume those same mechanisms that
15 lead to carcinogenesis can operate in the ovaries if
16 the potential for exposure exists.
17   THE COURT:  That's what I thought your answer
18 was.
19 BY MS. O'DELL:
20 Q.    Has it been demonstrated that the metals nickel,
21 chromium and cobalt cause chronic inflammation?
22 A.    Yes.  All three do participate in inflammatory
23 reactions.
24 Q.    And is that mechanism of inflammation for those
25 metals part of what IARC considered in reaching its

Carlson - Direct/Ms. O'Dell

1310

1   conclusion at least for nickel and chromium that they

2   are Group 1 carcinogens?

3   A.    Yes, it is.

4   Q.    Did you perform a Bradford Hill analysis in this

5   case?

6   A.    I did.

7   Q.    Did you reach an opinion after having reviewed

8   the totality of the evidence regarding causation?

9   A.    Yes, I did.

10  Q.    What is that opinion?

11  A.    My opinion is that genital application of talcum

12  powder over time raises the risk of ovarian cancer in

13  everyone exposed and causes ovarian cancer in some of

14  the people who are exposed.

15  Q.    I put up a slide here.  Doctor, I want you to

16  walk through your Bradford Hill analysis briefly for

17  us.

18          Before you do that, is employing the Bradford

19  Hill guidelines something that you regularly do in

20  your work as an academic physician and researcher?

21  A.    It is.  I also teach it to students.

22  Q.    Walk the Court through your Bradford Hill

23  analysis in this situation, please.

24  A.    There are in general nine considerations that

25  were published by Sir Austin Bradford Hill in, I

Carson - Direct/Ms. O'Dell

1311

 1    believe, 1965, and they have been adopted as a primary

 2    method for looking at research evidence and causation.

 3           The first is "strength of association."  I

 4    determined mostly from the epidemiologic studies but

 5    also from the cell studies and the chronic

 6    inflammation that I determined was always present with

 7    talc exposure, that there is a strong association

 8    between talc exposure and the development of ovarian

 9    cancer.  So I felt this particular consideration and

10    evidence for it was compelling.

11           I also looked at the consistency.  If you

12    consider the forest plot of the various studies

13    looking at the connection from an epidemiological

14    point of view over time, there is little doubt there

15    is consistency among those studies almost all showing

16    a positive odds ratio or relative risk, and the

17    majority of those being statistically significant

18    studies.

19           So I determined there is consistency of the

20    studies and found that consideration was compelling as

21    well.

22           Specificity is a little less easy to define,

23    but essentially it means that this exposure causes a

24    specific disease and not other diseases, and that

25    there is not a lot of confounding.  We know that

Carlson - Direct/Ms. O'Dell

1312

1   ovarian cancer occurs at a particular rate in women.

2   What we have shown through research is that it occurs

3   more often in women who use talcum powder for hygienic

4   purposes on a regular basis.  So based on that

5   information, I believe the specificity consideration

6   is satisfied.

7           For temporality, which means the exposure must

8   occur before the effect, all of the studies that have

9   looked at this have assessed retrospective talcum

10  powder exposure and the experimental studies as well.

11  So temporality is satisfied here.

12  Q.    Did you consider biologic gradient or

13  dose-response?

14  A.    I did.  Most of the -- certainly, with the cell

15  studies and so forth, we do see dose-response at that

16  level, but in whole humans we also see it in the

17  epidemiology studies, although most of the

18  epidemiology studies were not able to test for

19  dose-response relationship.  Several of those that

20  attempted to do that were able to show a dose-response

21  relationship, and among those, the Schildkraut study,

22  the Penninkilampi meta-analysis studies that

23  accumulated data, and the Cramer 2016 and Wu 2009

24  studies.

25  Q.    How about biologic plausibility?  What's your

Carlson - Direct/Ms. O'Dell

1313

1   opinion regarding that particular consideration?

2   A.    The numerous authors that have discussed

3   inflammation as a primary mechanism for the production

4   of ovarian cancer make very compelling arguments that

5   fit very well into the research milieu.  All of the

6   research that has been done on the occurrence of

7   ovarian cancer and its relationship to talc exposure

8   and talcum powder use.  So I felt that biological

9   plausibility was very compelling and well described.

10        The coherence means that the conclusions that

11  are drawn from the research that has been considered

12  do not violate any central scientific laws or

13  understanding, and everything makes sense regarding

14  the biological plausibility, the positive odds ratios

15  in women who have been exposed to talcum powder versus

16  those who haven't.  And so the coherence consideration

17  of Bradford Hill is satisfied.

18        The experiment consideration requires that

19  interventions be made or tested that can alter results

20  and explain or confirm the conclusions or mechanisms

21  that have been proposed.  We know there are a number

22  of interventions such as tubal ligation that blocks

23  the migration pathway that results in a reduced

24  incidence of ovarian cancer.  So that suggests that

25  that theory is correct.

Carlson - Direct/Ms. O'Dell

1314

```
1        And various other experiments similar to that
2   can be stated, things like other surgical occurrences
3   or the use of drugs that prevents ovulation.  All of
4   these things reduce the occurrence of ovarian cancer.
5   Q.    Did you consider analogy?
6   A.    Analogy is coming up with a similar kind of
7   example that you can show there is either a
8   structure-function relationship or strong similarity,
9   and the example of asbestos as a mineral which is very
10  similar to talc both chemically and structurally and
11  has been shown to cause ovarian cancer, I felt was a
12  good analogy, although the chemical composition may be
13  slightly different and the potency for carcinogenesis
14  may be somewhat different.  I think it's a good
15  analogy and I believe that talcum powder acts in a
16  very similar way to produce ovarian carcinogenesis as
17  asbestos does.
18  Q.    Did you give weight to certain of these factors
19  more than others?  Did you weigh them?
20  A.    I weighed the strength of association, the
21  consistency of the results, and the well-described
22  biological plausibility most highly in arriving at my
23  conclusions.
24  Q.    We talked earlier about a concept called a
25  complete carcinogen?
```

1315

1    THE COURT:  How much longer do you have?  It's

2  11:30.

3    MS. O'DELL:  Five minutes.  Maybe less.

4    THE COURT:  Let's finish that up and take a

5  break.

6  Q.    Did you make a determination of what type of

7  carcinogen talcum powder products represent?

8  A.    I concluded that talcum powder is a complete

9  carcinogen because it participates both in producing

10  DNA damage at the initiation step and chronic

11  inflammation which is the promotion step.  So it does

12  both.

13  Q.    Have others agreed with your opinion,

14  Dr. Carson, that there is a cause and effect

15  relationship between the genital use of talcum powder

16  and ovarian cancer?

17  A.    Yes.

18  Q.    Is the Penninkilampi report one of those -- are

19  those researchers that have agreed with your opinion?

20  A.    Yes.  This is a meta-analysis reported last year

21  looking at all the same studies that we've considered

22  and have been talking about, and it concluded:

23        "The confirmation of an association in cohort

24  studies between perineal talc use and serous invasive

25  ovarian cancer is suggestive of a causal association."

Carson - Direct/Ms. O'Dell

1316

1   Q.   Did Health Canada also consider the question and

2   reach a conclusion regarding whether talcum powder

3   causes ovarian cancer?

4   A.   It did.   Health Canada determined, based on all

5   of the literature that was reviewed and various other

6   supporting evidence, that available data are

7   indicative of a causal effect between talcum powder

8   and ovarian cancer.

9           MS. O'DELL:  Your Honor, absent any questions

10  from you, I have nothing further.

11          THE COURT:  Okay.  We'll take a break now.

12  You can step down for a couple of minutes as well.

13          THE DEPUTY CLERK:  All rise.

14          (Recess.)

15          (Continued on the next page.)

16  ///

17

18

19

20

21

22

23

24

25

Carson - Cross/Mr. Williams

1317

1       THE DEPUTY CLERK:  All rise.

2       THE COURT:  Thank you.

3

4   **ARCH CARSON**, resumed.

5

6   CROSS-EXAMINATION

7   BY MR. WILLIAMS:

8   Q.    Good morning, Dr. Carson.  We haven't met.  My

9   name is Bart Williams and I have some questions

10  concerning your opinions.  Okay?

11  A.    Okay.

12  Q.    Dr. Carson, you were retained in this litigation

13  to explain the relationship between the habitual

14  perineal use of talcum powder for personal hygiene and

15  the subsequent development of ovarian cancer in users.

16  Correct?

17  A.    I was asked to evaluate that relationship and

18  render an opinion, yes.

19  Q.    Your opinion is that "habitual perineal

20  application of talcum powder products causes ovarian

21  cancer in some users and raises the risk of ovarian

22  cancer in all users."

23        Is that correct?

24  A.    That is correct.

25  Q.    By "habitual," you mean routine use over an

Carson Cross/Mr. Williams

1318

1  extended period of time, months or years.  Correct?

2  A.    Correct.

3  Q.    You cannot get any more specific than that in

4  terms of the exposure to talcum powder, that a

5  habitual user of it would have.  Right?

6  A.    Well, we can look at it more specifically.  But

7  the information that we can develop really doesn't

8  answer that question for us.  So in terms of my

9  opinion, I cannot get more specific.

10  Q.    One of the basic tenets of toxicology is that

11  the dose makes the poison.  That's the old saying.

12  Correct?

13  A.    Correct.

14  Q.    That means that a substance can be harmless or

15  even be good for you if you are exposed to a small

16  amount of the substance but that same substance can be

17  harmful at higher levels.  Right?

18  A.    Actually, toxicologists usually interpret that

19  saying as a dose-response relationship meaning that a

20  low dose produces a small effect and a larger dose

21  will produce a greater effect or an effect in more of

22  an exposed population.  It doesn't say anything about

23  it being good for you at a low dose.

24  Q.    For example, theoretically, water can kill you

25  if you drink too much of it.  Right?

Carson - Cross/Mr. Williams

1319

1  A.    That's correct.

2  Q.    Water is good for you?

3  A.    You need it to live.

4  Q.    So can oxygen, meaning breathing oxygen at a

5  higher than normal partial pressure leads to hyperoxia

6  and can cause oxygen toxicity or oxygen poisoning.

7  Correct?

8  A.    Yes.

9  Q.    Dose is important.  Would you agree with that?

10  A.    Yes.

11  Q.    We can agree even when it comes to a known

12  carcinogen, a safe level of exposure can be possible.

13  Right?

14  A.    I disagree with that.  As I've said I think I

15  agree with most scientists that any exposure to a

16  carcinogen increases risk of cancer to some extent.

17  Q.    The concept of threshold is a concept you deal

18  with day-to-day in your life as a toxicologist.

19  Correct?

20  A.    That's correct.

21  Q.    Benzene, for example, is a known carcinogen.

22  Right?

23  A.    Yes.

24  Q.    IARC classifies benzene as a Group 1 carcinogen

25  to humans.  Right?

Caruso/Cross/Mr. Williams

1320

1  A.    Yes.

2  Q.    It is related to leukemia as the form of cancer.

3  Correct?

4  A.    Correct.

5  Q.    You know as a matter of personal knowledge just

6  a few months ago in March of 2019 levels of benzene

7  were elevated in Dear Park, Texas, after a fire at a

8  petrochemical plant.  Right?

9  A.    They were elevated on one sample out of many

10  over three days.

11  Q.    Hourly benzene concentrations on that occasion

12  reached above 180 parts per billion in the areas near

13  Dear Park.  You remember that, right?

14  A.    Yes.

15  Q.    In your opinion, the levels of airborne benzene

16  in the areas surrounding Dear Park did not rise to the

17  levels of a health effect concern.  True?

18  A.    That's correct.

19  Q.    You were actually quoted in the newspaper

20  stating words to that effect; that is, that the

21  benzene levels were not a health effect concern.

22  Right?

23  A.    That's correct.

24  Q.    With respect to benzene, it is your opinion,

25  there is a level of exposure that is not a concern

1   from a health effects standpoint.  Right?

2   A.    No, that is not what I said.

3   Q.    Do you deny that you said to the Houston

4   Chronicle in March that after this benzene exposure

5   occurred, that you did not believe the benzene levels

6   had risen to a level of "health effects concern"?

7   A.    I may have said something to that effect.  I

8   don't recall the actual statement that I made.

9   Q.    Let's take a look at it.  If you look in your

10  book.  You should have two books in front of you.  The

11  first book has Exhibits A, B and C, and then in your

12  second volume, which is the one I would like you to

13  pull out, now they are labeled as P exhibits.  This

14  one is Exhibit Carson 516.

15  A.    All right.

16        MR. WILLIAMS:  Your Honor, you would be in

17  volume No. 3.

18  Q.    See the first page of that is the headline of an

19  article written March 21, 2019, experts:

20        "Benzene levels stoke fears but unlikely to

21  cause health effects."  See that?

22  A.    Yes.

23  Q.    If you turn to page 2 of Exhibit 516 it says:

24        "A UT Health School of Public Health medical

25  toxicologist noted that the standard applied in the

Carson/Cross/Mr. Williams

1322

1  recommendation of a shelter in place warning was a

2  conservative one not meant to suggest benzene levels

3  had risen to the level of a health effects concern.

4  Their standard for the shelter in place recommendation

5  was to be absolutely protective of people should a

6  larger concentration of materials be emitted from the

7  plant said Dr. Arch Carson, whose expertise is

8  exposure to industrial and environmental toxins.

9  Fortunately that did not occur."

10          Did they quote you correctly?

11  A.    Yes, they did.

12  Q.    In the case of benzene in this particular

13  exposure in Texas, you were of the opinion there was a

14  level of exposure that was not a concern from a health

15  effects standpoint.  Right?

16  A.    I think I need to explain that there was no

17  information that showed that anyone had been exposed

18  to any benzene.  This was a sampling result that was

19  designed to be precautionary and to detect a plume of

20  benzene or other chemicals should it start making its

21  way toward a population center.

22  Q.    There was a benzene release.  Correct?

23  A.    There was a release of some benzene, yes.

24  Q.    But you don't deny the quotations I just read

25  were in fact made by you?

Carson Cross/Mr. Williams

1323

1    A.    I don't deny it.

2    Q.    You have written peer-reviewed publications for

3    the proper methodology for estimating exposure levels.

4    Is that right?

5    A.    Could you point me toward the publications you

6    are referring to.

7    Q.    Let me do some things first.

8          Toxicologists study the safety and biological

9    effects of drugs and chemicals and agents and other

10   substances on living organisms.  Correct?

11   A.    Yes.

12   Q.    As a medical toxicologist, your focus is on

13   humans.  Right?

14   A.    That's correct.

15   Q.    And toxicologists develop methods to determine

16   harmful effects of various substances.  Right?

17   A.    Yes.

18   Q.    They develop methods to determine doses that

19   cause those harmful effects.  Right?

20   A.    Yes.

21   Q.    Toxicologists also determine safe exposure

22   limits.  Correct?

23   A.    In some cases.

24   Q.    Now, take a look, if you would -- I want to show

25   you one of the publications that you have authored.

Carson/Cross/Mr. Williams

1324

1  It's in your second notebook.  It's Carson 506.  It's

2  a 1985 study or publication.  Were you in fact one of

3  the authors of this article?

4  A.    Yes.

5  Q.    Take a look, if you would, at page 1, the first,

6  sentence left-hand column, under "Introduction."  This

7  says:

8           "An important step in studies relating to work

9  or health" -- "An important step in studies relating

10  to worker health in industrial exposure is the

11  estimation of mean exposure levels."

12           That's what is in the abstract at the top.

13  Right?

14  A.    Yes.

15  Q.    "Exposure level" refers to the level that is the

16  amount or the dose of a particular substance that a

17  person is exposed to.  Right?

18  A.    Yes.

19  Q.    In the first sentence -- strike that.

20           An exposure level in this context, the context

21  of the first sentence of your abstract, means the

22  level of worker exposure to chemicals or other

23  quantifiable hazards.  Is that right?

24  A.    Yes.

25  Q.    On page 1, left-hand column, in the first

Carson/Cross/Mr. Williams

1325

1   sentence under "Introduction" you wrote, you and your

2   colleagues:

3        "An important step in many occupational health

4   studies is the estimation of the mean level of worker

5   exposure to chemicals or other quantifiable hazards."

6        Right?

7   A.   Yes.

8   Q.   In your published papers you have suggested

9   specific ways to estimate something called "mean

10  exposure levels."  Right?

11  A.   Right.

12  Q.   Jumping over to the right-hand column on page

13  No. 1 of Exhibit Carson 506, let me direct you to the

14  first full paragraph on that right side.  You wrote:

15       "This report suggests some established

16  statistical approaches to estimating category means

17  and standard errors and to quantify variability."

18       That's what you wrote?

19  A.   Yes.

20  Q.   What are "category means"?

21  A.   Means are the arithmetic average of exposures

22  and categories would be different exposure groups

23  however they are determined.  So you would estimate

24  the arithmetic average exposure to those individual

25  groups.

Carson/Cross/Mr. Williams

1326

1  Q.    Now, for purposes of formulating your opinion in

2  this case, I take it you did not estimate category

3  means.  Right?

4  A.    In what context?  I didn't catch your question.

5  Q.    For purposes of formulating your opinion in this

6  case, I take it you did not estimate category means of

7  exposure for women who use talcum powder?

8  A.    No, I didn't manipulate the original data.  I

9  let the authors of those original studies and the

10  meta-analyses do that for me.

11  Q.    You did not estimate standard errors for dose

12  categories; did you?

13  A.    That's correct.  Although they were presented in

14  some cases.

15  Q.    You did not quantify dose variability yourself?

16  A.    I noted it as an issue.

17  Q.    You did not quantify it yourself.  Correct?

18  A.    I did not.

19  Q.    You did not do any modeling or assessment of the

20  quantity of baby powder that was involved with daily

21  use.  Is that right?

22  A.    I did do some back of the envelope calculations

23  to get an idea of roughly the amount of substance we

24  were talking about.

25  Q.    Take a look at the red notebook there that

Carson - Cross/Mr. Williams

1327

1    contains your previous testimony.

2         MR. WILLIAMS:  Your Honor, permission to read

3    from page 231 of Dr. Carson's deposition testimony --

4    actually 232, lines 8 through 12.

5         THE COURT:  Okay.

6    BY MR. WILLIAMS:

7    Q.    (Reading.)

8         "QUESTION:  You did not do any modeling or any

9    assessment of the quantity of baby powder that was

10   involved with daily use.  Is that right?

11        "ANSWER:  No, I relied on those others."

12        That was your testimony.  Correct?

13   A.    Yes.

14   Q.    Now, you relied on the authors of the primary

15   studies for any information concerning dose.  Right?

16   A.    That's correct.

17   Q.    You do not know as you sit here today and you

18   cannot assist the Court in determining how much talcum

19   powder any particular woman applies each time she uses

20   a talcum powder product.  Right?

21   A.    If you would like me to assist the Court in

22   understanding that, I do have opinions about that, and

23   I have, as I mentioned a moment ago, done some back of

24   the envelope calculations, which I have not published

25   and would not because they are just that, they are

Carson - Cross/Mr. Williams

1328

1    estimates.  I have done them.

2    Q.    You have stated that it has been difficult to

3    estimate exactly the quantity of talcum powder

4    administration during personal hygiene activities.  Is

5    that right?

6    A.    That's correct.

7    Q.    There is no standard dose as there would be, for

8    example, for a prescription medication.  True?

9    A.    That's correct.

10   Q.    It is difficult to determine the dose or the

11   quantity of talc to which perineal talc users have

12   been exposed.  Right?

13   A.    I think it is difficult, yes.

14   Q.    Now, duration and frequency are the only

15   surrogates that we have for dose according to the

16   literature.  Correct?

17   A.    Those are the principal surrogates for dose that

18   have been used in the epidemiological literature

19   regarding this issue, yes.

20   Q.    You have testified that duration and frequency

21   are the only surrogates we have for dose; have you

22   not?

23   A.    As far as I know, that is the case.

24   Q.    You cannot tell us how much talc actually

25   reaches the ovaries from any given application of

Carson - Cross/Mr. Williams

1329

1   talc.  Right?

2   A.    That's correct.

3   Q.    And that is because that dose has not been

4   quantified.   True?

5   A.    That's true.

6   Q.    It has not been quantified by you?

7   A.    Correct.

8   Q.    It has not been quantified by any of the studies

9   that you have reviewed in preparing for your opinions

10  here.  Right?

11  A.    That's correct.

12  Q.    You have not determined a threshold level of

13  exposure to talcum powder products that in your view

14  causes ovarian cancer.  Correct?

15  A.    I believe I testified I don't believe there is

16  one.

17  Q.    In forming your opinion, you have not determined

18  a level of harmful exposure to talcum powder products

19  that causes ovarian cancer.  Correct?

20  A.    I testified that any talcum powder raises the

21  risk of ovarian cancer and may in one person in a

22  million or more cause ovarian cancer.

23        MR. WILLIAMS:  Permission to read from page

24  354 of Dr. Carson's deposition.

25        THE COURT:  All right.

Carson Cross/Mr. Williams

1330

1    MR. WILLIAMS:  Line 24, through page 355, line

2  4.

3  Q.    (Reading.)

4    "QUESTION:  So in forming your opinion,

5  Dr. Carson, you have not determined a level of harmful

6  exposure to talcum powder products that causes ovarian

7  cancer?

8    "ANSWER:  That's correct."

9  Q.    Dr. Carson, your opinion in this case is that

10  any perineal application of talcum powder increases a

11  woman's risk of developing ovarian cancer.  Right?

12  A.    Yes.

13  Q.    You believe that a zero threshold approach is

14  proper until we have more information.  That's your

15  belief.  Right?

16  A.    Yes, I do.

17  Q.    You have told us that the reason -- the reason

18  that you are using a zero threshold approach in this

19  matter is not because you have actually seen studies

20  saying that perineally applied talc in any amount is

21  cancerous.  Right?

22  A.    Would you repeat that question?

23  Q.    Surely.  I want to be precise.

24    The reason that you are using a zero threshold

25  approach in this matter is not because you have

1331

1    actually seen studies saying that perineally applied

2    talc in any amount is cancer causing?

3    A.    I would disagree with that statement because I

4    have seen epidemiologic studies that define a

5    dose-response relationship to an increase in ovarian

6    cancer related to talcum powder use.

7    Q.    It is your opinion that "there is no threshold

8    of exposure for risk, and because of that you are

9    correct to use a zero threshold approach until we know

10   more about the possibility of a threshold below which

11   exposure would be safe."

12          Those are your words.  Right?

13   A.    That's correct.

14   Q.    And at the current time, according to you, we do

15   not have information concerning an exposure level

16   below which this product, talcum powder, would be

17   safe.  Right?

18   A.    That's right.

19   Q.    So you are actually testifying in this case that

20   any talcum powder use in the perineal area increases a

21   woman's risk of ovarian cancer because you do not have

22   a dose at which harm occurs.  Right?

23   A.    There is no threshold dose that is known and,

24   based on what's known about carcinogenesis, any

25   exposure results in some increase in risk.  So that's

Carson - Cross/Mr. Williams

1332

1    my opinion.

2    Q.    As a matter of methodology for toxicologists

3    analyzing a substance, isn't the scientific inquiry

4    supposed to be about whether a particular dose level

5    can cause harm?

6    A.    No, not at all.  We see lots of different

7    knowledge and there are many blanks and gaps in our

8    understanding.  So many pieces of research, many new

9    pieces of data fill in multiple areas of gaps in our

10   knowledge, not just related to dose.

11   Q.    Let me ask you this, Doctor:  You do not know

12   one way or the other whether courts in this

13   jurisdiction have accepted or rejected this no safe

14   level or no threshold model for substance exposure

15   that you are advancing in this case, do you?

16         MS. O'DELL:  Your Honor, I would object to the

17   degree it calls for a legal conclusion.  Dr. Carson is

18   not here to testify what courts have ruled or not

19   ruled in this jurisdiction, so I would object to the

20   question.

21         THE COURT:  I'll sustain that.

22   BY MR. WILLIAMS:

23   Q.    Let me ask it this way:  Does your conclusion,

24   Doctor, that there is no safe dose for application of

25   talcum powder fly in the face of the toxicological law

Carson Cross/Mr. Williams

1333

1  of dose-response; that is, that the dose makes the

2  poison?

3  A.    No, it doesn't.  It's entirely in keeping with

4  that.

5  Q.    Isn't it true one thing you would need to have

6  in order to figure out the threshold risk for talcum

7  powder or any other substance is dose information?

8  A.    Yes.  I think that would be true.

9  Q.    Your opinion is we don't have dose information

10  to combine with the epidemiologic results.  True?

11  A.    We do have dose information in terms of

12  frequency and duration as you mentioned before.

13        MR. WILLIAMS:  Permission to read, your Honor?

14        THE COURT:  Yes.

15  Q.    Let me direct your attention to page 325 of your

16  deposition, line 7, through 326, line 10:

17        "QUESTION:  Did you make any attempt to

18  extrapolate a de minimus risk level?"

19        There is an objection.

20        "ANSWER:  I did not.  It would be nice to be

21  able to do that considering that most of us have had

22  talcum powder exposure of one sort or another during

23  our lives, and it is something that seems to have been

24  felt to be very useful.  So it would be nice to be

25  able to that exercise, but I haven't -- I have not

1334

1  been prevented -- presented with the information to

2  approach that nor am I aware of anyone else who's been

3  able to do that.

4       "QUESTION:  What information would you need

5  that you don't have?

6       "ANSWER:  Well, we need dose information,

7  first of all, which we don't have, to combine with the

8  epidemiologic results.  We need to define the

9  mechanistic issues better than they are currently, and

10  at that point I think we would be able to make some

11  strong conclusions regarding potential thresholds of

12  hazard doses."

13       That was your testimony.  Right?

14  A.    Yes, I agree with that.

15  Q.    Your opinion is that we do not have dose

16  information to combine with the epidemiologic results,

17  as you testified in your deposition.  True?

18  A.    That dose information I'm talking about is not

19  doses associated with the epidemiologic studies.  It's

20  doses from other sources that we could combine with

21  information that we have from the epidemiologic

22  studies to arrive at conclusions regarding thresholds.

23  Q.    But you don't have that.  Right?

24  A.    I don't have that.

25  Q.    In addition to information on dose, you believe

Carson - Cross/Mr. Williams

1335

1  that in order to figure out the threshold risk level

2  for talcum powder, you would need, as you said in that

3  testimony a moment ago, a better definition of

4  mechanistic issues than we currently have.  Right?

5  A.    Yes.

6  Q.    And the mechanistic issues that you were

7  referring to refers to the biologic mechanism through

8  which talcum powder purportedly could cause ovarian

9  cancer.  Right?

10  A.    Yes.

11  Q.    And we don't have that.  Right?

12  A.    We have a lot of it.  We don't have enough to be

13  able to predict thresholds for exposure risk of cancer

14  and ovarian cancer.

15  Q.    What you said in your deposition was that we

16  would need to define the mechanistic issues better

17  than they are currently.  Right?

18  A.    In order to determine safe exposure thresholds.

19  Q.    Fair enough.

20        Let's sum this up.  You do not know the amount

21  or dose of talc to which a woman is exposed at the

22  time she uses talc perineally.  Right?

23  A.    Not for any one woman, no.

24  Q.    You do not know the amount of talcum powder that

25  actually reaches the ovaries from any given

Carson Cross/Mr. Williams

1336

1   application of talc in the perineal area?

2   A.    That's correct.

3   Q.    You have not calculated the threshold level of

4   harmful exposure to talc?

5   A.    That's correct.

6   Q.    You have not determined the level of exposure to

7   talcum powder products that is required to cause

8   ovarian cancer.  Right?

9   A.    I think that any exposure to the ovary increases

10  the risk of the cancer.

11  Q.    In forming your opinion, Dr. Carson, you have

12  not determined a level of harmful exposure to talcum

13  powder products that causes ovarian cancer?

14  A.    I determined that any exposure raises the risk

15  of ovarian cancer.

16          MR. WILLIAMS:  Permission to read, your Honor.

17          THE COURT:  Yes.

18          MR. WILLIAMS:  Page 354 of Dr. Carson's

19  deposition, line 24, through 355, line 4.

20  Q.    (Reading.)

21          "QUESTION:  So in forming your opinion,

22  Dr. Carson, you have not determined a level of harmful

23  exposure to talcum powder products that causes ovarian

24  cancer?

25          "ANSWER:  That's correct."

1337

1        Despite all of the things that you have not
2  done, as a matter of methodology, you opine in this
3  case that any exposure to talcum powder can cause
4  ovarian cancer.  True?
5  A.    That's correct.  And in the next response to the
6  next question in my deposition, that's exactly what I
7  said.
8  Q.    I'm aware.
9        Do you believe that the failure of a
10  toxicologist to conduct a dose assessment is important
11  as a matter of methodology?
12  A.    It can be in some circumstances.
13  Q.    Now, your expert opinion was excluded under the
14  Daubert standard in a federal court in Texas in the
15  matter of Berleson v. Texas Department of Criminal
16  Justice; was it not?
17  A.    Yes, it was.
18  Q.    Part of the reason that the Court excluded your
19  opinion in Berleson was because you failed to conduct
20  a dose assessment.  True?
21  A.    The explanation of that is fairly complicated.
22  But it was -- it in part related to conducting a dose
23  assessment, yes.
24  Q.    In the Berleson matter you opined a plaintiff
25  had been exposed to a sufficient level of thorium dust

Carson - Cross/Mr. Williams

1338

1  to cause his respiratory track cancers.  Do you

2  remember that, yes?

3  A.    Yes.

4  Q.    Your opinion was excluded because you did not

5  calculate the level of the plaintiff's exposure.

6  Right?

7  A.    To some extent, yes.

8  Q.    And your opinion was excluded because you did

9  not calculate a threshold level of harmful exposure

10  required to cause cancer by reason of exposure to

11  thorium.  Correct?

12  A.    That's not entirely true; and being out of

13  context, as it is, I think I can explain some more

14  detail regarding that that would bring the context to

15  that decision.

16  Q.    Just so we're clear, and without getting into

17  the detail, you can do it on redirect examination, I'm

18  sure, but my question is simply this:  The opinion

19  that excluded your testimony on Daubert grounds

20  excluded your testimony in part because you did not

21  calculate the threshold level of harmful exposure

22  required to cause cancer?

23  A.    Yes.

24  Q.    Doctor, in your opinion, there is asbestos

25  contamination in talcum powder products, and that

Carson/Cross/Mr. Williams

1339

1   contamination intensifies, in your words, the

2   product's carcinogenic effect.  Correct?

3   A.    That's correct.

4   Q.    You are not a mineralogist?

5   A.    That's true.

6   Q.    And you are not a geologist?

7   A.    That's correct.

8   Q.    Although you have awareness and training

9   regarding asbestos as it relates to occupational and

10  general environmental exposures, you do not hold

11  yourself out as an asbestos expert.  True?

12  A.    Outside of that context, no.

13  Q.    Your opinion -- strike that.

14        You mean the context of the preface of my

15  question.  Correct?

16  A.    Outside of the context of human health effects,

17  no.

18  Q.    Your opinion as a medical toxicologist

19  testifying to Her Honor is that any amount of asbestos

20  can cause ovarian cancer.  Right?

21  A.    Any amount of asbestos exposure to the ovary has

22  the potential to cause ovarian cancer.

23  Q.    You agree that asbestos is found in the

24  environment.  Right?

25  A.    Yes.

Carson Cross/Mr. Williams

1340

1    Q.    Including in our air and drinking water?

2    A.    Yes.

3    Q.    As a matter of fact, IARC has stated that even

4    in rural locations, a typical concentration of

5    asbestos is 10 fibers per cubic meter.  Right?

6    A.    Yes.

7    Q.    And in urban locations, typical concentrations

8    are tenfold higher.  Right?

9    A.    Yes.

10   Q.    In indoor air, the concentration of asbestos

11   ranges between 30 and 6000 fibers per cubic meter.

12   True?

13   A.    Possibly.

14   Q.    Do you remember that as part of the IARC

15   monograph that you reviewed?

16   A.    I don't remember that specific statement.

17   Q.    Let's take a look.

18         I would ask you to look at Exhibit A 70 which

19   should be in your first binder, the IARC monograph.

20   I'll direct your attention to page 240.

21   A.    Okay.

22   Q.    My question is:  Do you remember that in the

23   IARC monograph at page 240, the writers wrote:

24         "In indoor air, eg., in homes, schools and

25   other buildings, measured concentrations of asbestos

Carlock - Cross/Mr. Williams

1341

1   are in the range of 30 to 6000 fibers per cubic

2   meter."

3   A.     I see that.

4   Q.     Based on these findings by IARC, a person could

5   inhale or ingest asbestos fibers from the air they

6   breathe.  Right?

7   A.     Yes.

8   Q.     IARC also said the general population can be

9   exposed to asbestos in drinking water.  Right?

10  A.     Yes.

11  Q.     And that concentration, that is, drinking water,

12  they said can range anywhere from less than 1 fiber

13  per milliliter to 10 to 300 million fibers per liter

14  or even higher.  Right?

15  A.     I don't recall that either.  I think it's a

16  reasonable thing to state.

17  Q.     Take a quick look at page 244 of the monograph

18  in front of you.  It carries over to page 245.  Does

19  looking at that refresh your memory that the numbers I

20  cited were stated by IARC in the monograph?

21  A.     Yes.

22  Q.     You did not attempt to compare the levels of

23  asbestos exposure that you believe result from

24  perineal application of cosmetic talc to the levels of

25  asbestos exposure that occur in our daily lives.

1342

1   Correct?

2   A.    That's correct.

3   Q.    You've testified that you do not know whether

4   all talcum powder products that are on the market

5   contain asbestos.  Right?

6   A.    Correct.

7   Q.    You've also testified that all talcum powder

8   products contain a certain amount of asbestos.  You

9   said it both ways.  Correct?

10  A.    They all contain a certain amount of asbestiform

11  fibers as discussed in the IARC documents.

12  Q.    Is that what the IARC document says?  Does it

13  say all talcum powder products contain asbestiform

14  products?  Can you point us to that?

15  A.    That's what I said based on my research.

16  Q.    That is not what the IARC monograph said.  True?

17  A.    I don't recall if the IARC monograph addressed

18  that.

19  Q.    You have not attempted to quantify any alleged

20  contaminant including asbestos in Johnson & Johnson's

21  talcum powder products.  Correct?

22  A.    Correct.

23  Q.    You defer to other experts plaintiffs hired for

24  that.  Right?

25  A.    Yes.  I also used Johnson & Johnson's own

Carson - Cross/Mr. Williams

1343

1    internal documents and those of its suppliers.

2    Q.    I direct your attention to page 143 of your

3    deposition:

4         "QUESTION:  Have you made any effort to

5    quantify the amount of any alleged contaminant in the

6    Johnson & Johnson Consumer talcum powder?

7         "ANSWER:  That wasn't my charge.  I defer to

8    the other experts in this case."

9         That was your testimony.  Correct?

10   A.    Correct.

11   Q.    Do you know one way or the other whether any of

12   the experts plaintiffs' counsel has hired have

13   quantified the alleged contaminants in Johnson &

14   Johnson talcum powder products?

15   A.    Yes.  I think there has been an attempt to

16   quantify things like asbestos and fibers in Johnson &

17   Johnson powder products.

18   Q.    You believe there has been some quantification

19   for purposes of this MDL proceeding of the amount of

20   the alleged contaminants in J&J talcum powder

21   products?

22   A.    Yes.

23   Q.    To be clear, your opinion that talcum powder

24   causes ovarian cancer is not dependent on talcum

25   powder products containing asbestos.  Right?

Carson Cross/Mr. Williams

1344

1    A.    That's correct.

2    Q.    In other words, it would still be your opinion

3    that talcum powder causes ovarian cancer even if it

4    did not contain asbestos?

5    A.    Yes, it would.

6    Q.    You do not personally have expertise to

7    determine whether there is asbestos in J&J's talc

8    products.  True?

9    A.    Well, I could run the studies myself.  I've done

10   that sort of thing before, but I haven't been asked to

11   and I have no plans to.

12   Q.    You did not make any effort to investigate the

13   alternative explanations for the data -- strike that.

14        If the Johnson & Johnson company's scientists

15   and if Imerys' scientists, the suppliers' scientists

16   opined that tests do not actually show asbestos, you

17   have no expertise to dispute that; do you?

18   A.    I think a statement to that effect is refuted by

19   Johnson & Johnson's own documents.

20        MR. WILLIAMS:  Permission to read.

21        THE COURT:  Yes.

22   Q.    Page 150 of your deposition, line 22, through

23   page 151, line 6:

24        "If the Johnson & Johnson company --

25   companies' scientists and Imerys' scientists opined

Carson Cross/Mr. Williams

1345

1   that those tests don't actually show asbestos, you

2   have no expertise to dispute that, do you?

3           "ANSWER:  No, I don't have any personal

4   expertise to dispute that."

5           That was your testimony.  Correct?

6   A.    I'm sorry.  What page are you on?

7   Q.    150, line 15.  Actually, that question was on

8   page 150, line 22, to 152, line 6.

9           That was your testimony.  Correct?

10  A.    (No response.)

11  Q.    Did I read that right?

12  A.    Yes, you did.

13  Q.    So if Dr. Longo is wrong, that is, if his

14  opinion fails to meet the Daubert standards according

15  to Her Honor, you have no scientific capability to

16  fill that gap.  True?

17  A.    Well, as I mentioned before, I do have the

18  capability, but this is not something I routinely do,

19  at least not anymore.  Therefore, it would be

20  difficult for me to do that.  But I'll reiterate that

21  there are other sources of information including the

22  Johnson & Johnson and Imerys internal documents.

23  Q.    If Dr. Longo's analysts -- that is, the people

24  who work for Dr. Longo who actually conducted the

25  tests, if they applied their chosen methodologies in

Carson Cross/Mr. Williams

1346

1  an unreliable or incomplete or results-oriented

2  manner, that would affect your reliance on Dr. Longo's

3  litigation reports, true?

4           MS. O'DELL:  I object to the question, your

5  Honor.  Lack of foundation.

6           THE COURT:  I think he's probably exploring if

7  in any way -- what he's really relying on.  I'm permit

8  the question.  No one has found anything yet of the

9  methods.

10          THE WITNESS:  If Dr. Longo's report -- if I

11 was provided information that showed me that I could

12 not rely upon it, it would change certain of my

13 opinions, yes.

14 BY MR. WILLIAMS:

15 Q.   If Dr. Longo's analysts's findings could not be

16 replicated by other scientists, that would affect your

17 reliance on Dr. Longo's litigation reports; would it

18 not?

19 A.   It would depend on the specific findings.

20 Q.   You are not a microscopist.  True?

21 A.   That's correct.

22 Q.   Your opinion that talcum powder causes ovarian

23 cancer was formed based on research done on

24 commercially available talcum powder products?

25 A.   In part.

Carson/Cross/Mr. Williams

1347

1  Q.    And you believe that -- strike that.

2        Do you believe that all talcum powder products

3  contain a small quantity of asbestos?

4  A.    I think in the large sense, all talcum powder

5  products probably do or have contained a certain

6  amount of asbestos.  That doesn't mean that I think

7  there is asbestos in every bottle of talcum powder.

8  Q.    Now, with the first part of your answer to that

9  question, were you speculating?

10 A.    No.

11 Q.    The opinion that you just expressed is not based

12 on any experiment or study that you yourself have

13 done.  Correct?

14 A.    I have looked at analytical results of

15 quantities of talc obtained from various locations,

16 geologic deposits around the world for analysis and

17 research reports relating to others, and very many of

18 them report the occurrence of asbestos, and I am

19 hard-pressed to know any that don't.

20       MR. WILLIAMS:  I move to strike that as

21 nonresponsive, your Honor.

22       THE COURT:  Okay.

23       MR. WILLIAMS:  Or I'll just ask another

24 question.

25       THE COURT:  His question was any study or

Carson - Cross/Mr. Williams

1348

1    experiment you have done.  Do you want to answer that

2    question.

3              MR. WILLIAMS:  I'll ask it again.

4    BY MR. WILLIAMS:

5    Q.    The opinion that you have expressed, that all

6    talcum powder products contain asbestos, is an opinion

7    that is not based on any experiment that you yourself

8    have done?

9    A.    That's correct.

10   Q.    In other words, the effect of potential

11   contaminants, whatever they may be, on the

12   carcinogenicity of talcum powder is reflected in the

13   results of studies you relied upon to form your

14   opinions in this case?

15   A.    That's true.

16   Q.    The results of the talc studies that have been

17   reported in the papers that you have reviewed

18   necessarily reflects whatever potential contaminants

19   are contained in talc.  Right?

20   A.    Yes.

21   Q.    For example, you have reviewed a number of

22   epidemiological studies relating to talcum powder

23   products and whether they are associated with ovarian

24   cancer.  Correct?

25   A.    That's correct.

Carson - Cross/Mr. Williams

1349

1  Q.    And whatever is contained in those talcum powder

2  products would be reflected in the results of those

3  studies.  True?

4  A.    That's correct.

5  Q.    In connection with forming your opinion in this

6  case, you looked at epidemiologic studies concerning

7  asbestos exposure in addition to the studies relating

8  to talc exposure.  Correct?

9  A.    Yes.

10  Q.    Those are two separate sets of studies.  True?

11  A.    For the most part they are.

12  Q.    The asbestos studies that have statistically

13  significant findings for an association between

14  asbestos and ovarian cancer all involved heavy

15  occupational exposure to asbestos.  True?

16  A.    They do not.  There are a number of studies that

17  involve domestic exposure or exposure to wives of

18  asbestos workers and that sort of thing.

19  Q.    The ones that relate a statistically significant

20  association relate to heavy occupational exposure, do

21  they not?

22  A.    Again, I'm not sure that's true.

23  Q.    We'll check it out later perhaps.

24        None of the studies involving asbestos

25  exposure involved perineal application of talcum

Carson/Cross/Mr. Williams

1350

1   powder products.  Right?

2   A.    That was not a data point that was collected in

3   those studies.

4   Q.    You do not know the dose of asbestos to which

5   the women in those occupational studies were exposed.

6   Right?

7   A.    In some cases those doses were estimated based

8   on occupational activity and so forth.

9   Q.    You do not have any information how the dose of

10  asbestos to which the women in those studies were

11  exposed during their occupational exposure compares to

12  any exposure to asbestos from the use of body powder.

13  Correct?

14  A.    I think I could make a qualitative assessment of

15  the relative doses.

16          MR. WILLIAMS:  Permission to read.

17          THE COURT:  Yes.

18  Q.    I'll direct your attention to page 298 of your

19  deposition, lines 2 through 14:

20          "QUESTION:  And you don't have any information

21  how the dose of asbestos to which these women were

22  exposed during their heavy occupational exposure

23  compares to any exposure to asbestos from the use of

24  body powder.  Correct?

25          "ANSWER:  Well, I think these were not all

Carson Cross/Mr. Williams

1351

1  occupational exposures, but I do not have information

2  regarding things like the route of exposure, no.

3          "QUESTION:  Do you have any information

4  regarding the dose?

5          "ANSWER:  No, I do not."

6          Doctor, you agree that exposure to asbestos

7  through perineal talc use is different from the heavy

8  occupational exposure to asbestos, that has been the

9  subject of research on asbestos and ovarian cancer.

10  True?

11  A.   Well, of course it's different but it's still

12  asbestos.

13  Q.   You would agree that it's different.  Right?

14  Those two exposures are different.  Right?

15  A.   The exposures are different in terms of the

16  primary route of exposure and they're different in

17  terms of quantity.  But it's still asbestos and in

18  that sense it's the same.

19          MR. WILLIAMS:  Permission to read, your Honor.

20          THE COURT:  Yes.

21          MR. WILLIAMS:  Page 168, line 13, through 18.

22  Q.   (Reading.)

23          "QUESTION:  Would you agree that exposure to

24  asbestos through a perineal cosmetic talc use is

25  different from the heavy occupational exposure that

Carson/Cross/Mr. Williams

1352

1   has been primarily researched?

2          "ANSWER:  Yes I agree with that."

3          That was the entire answer to the question

4   that you gave.  Correct, sir?

5   A.    Yes, but I believe I extended that in the

6   questions here this morning.

7   Q.    The question here this morning?

8   A.    I guess it's this afternoon now.

9          THE COURT:  He just meant here as opposed to

10  in your deposition.

11         THE WITNESS:  Yes, here.

12  Q.    You are not able to make any comparison between,

13  on the one hand, the amount of asbestos to which the

14  women in these occupational studies were exposed and,

15  on the other hand, the amount of asbestos to which any

16  woman who has used Johnson & Johnson's talcum powder

17  product was allegedly exposed.  True?

18  A.    I think, as I mentioned before, I can make a

19  qualitative assessment of the exposure level.

20         MR. WILLIAMS:  Permission to read, your Honor.

21         THE COURT:  Yes.

22  Q.    Page 299 of your deposition, lines 1 through 9:

23         "QUESTION:  Can you make any comparison

24  whatsoever to the amount of asbestos to which these

25  women were exposed to any exposure by any woman who

Carson/Cross/Mr. Williams

1353

1   has used a Johnson & Johnson body powder?

2           "ANSWER:  I don't think I'm able to make that

3   kind of comparison."

4           That was the question you were asked and the

5   answer you gave at your deposition?

6   A.    Yes.

7           MR. WILLIAMS:  Your Honor, is this a good time

8   for the lunch break?

9           THE COURT:  Sure.  We'll take 45 minutes,

10  please.

11          THE DEPUTY CLERK:  All rise.

12          (The luncheon recess is taken.)

13          (Continued on the next page.)

14  ///

15

16

17

18

19

20

21

22

23

24

25

Carson Cross/Mr. Williams

1354

1       **A F T E R N O O N   S E S S I O N**

2

3            THE DEPUTY CLERK:  All rise.

4            THE COURT:  Thank you.

5

6    **ARCH CARSON,** resumed.

7

8    CROSS-EXAMINATION (continued)

9    BY MR. WILLIAMS:

10

11   Q.    Dr. Carson, before the break there was a point

12   in time when I was asking you about the

13   epidemiological studies that related to asbestos.  Do

14   you recall that?

15   A.    Yes.

16   Q.    And we had a discussion about how some of those

17   studies related to heavy occupational exposure and

18   others of those studies dealt with women and girls

19   with environmental exposure.  Do you recall that?

20   A.    Or domestic exposure, yes.

21   Q.    Do you remember we had a back-and-forth about

22   whether the study relating to women and girls were

23   studies that failed to find a statistically

24   significant association, and you said you weren't sure

25   if that was true.  Do you remember that?

Carson/Cross/Mr. Williams

1355

1    A.    That's correct.

2    Q.    Let me direct your attention to your report

3    which is Tab C 9.  I'll direct your attention to page

4    5 that paragraph in the middle of the page that refers

5    to the IARC working group and those environmental

6    studies, and it says:

7          "The IARC working group concluded that, quote,

8    a causal association between exposure to asbestos and

9    cancer of the ovary was clearly established based upon

10   five strongly positive cohort mortality studies of

11   women with heavy occupational exposure to asbestos."

12          And then it cites IARC.  Correct?

13   A.    That's correct.

14   Q.    So the studies that correlate or find the

15   association between asbestos and ovarian cancer are

16   all studies that deal with heavy occupational

17   exposure.  Right?

18   A.    The studies that are significant?

19   Q.    Yes.

20   A.    I still can't tell you if that is true.  I would

21   have to look at those studies again in order to be

22   able to agree with you.

23   Q.    You said in your report:

24          "Studies showing that women and girls with

25   environmental but not occupational exposure to

Carson/Cross/Mr. Williams

1356

1   asbestos had positive, though nonsignificant,

2   increases in both ovarian cancer incidence and

3   mortality."

4        And it cites 12 studies.  Do you see that?

5   A.    Yes, I think that's a quotation from the IARC

6   monograph.

7   Q.    And you wrote, quoting the IARC monograph,

8   "Those studies had nonsignificant findings."  Correct?

9   A.    Those are IARC's words.  I'm not sure if I

10  reviewed the same studies that were considered by IARC

11  or not.

12  Q.    You quoted IARC's words in your report.  Right?

13  A.    I did.

14  Q.    Thank you.

15       I would like to talk about the IARC monograph

16  for a moment, and I'm referring to the IARC monograph

17  on asbestos from 2012.  Do you have that in mind?

18  A.    Yes.

19  Q.    Now, when IARC classifies substances into

20  groups, it does so by specifying the type of cancer to

21  which the classification applies.  Right?

22  A.    Yes, that's correct.

23  Q.    So if IARC places a substance in Group 1, as it

24  did, for example, with benzene, it will not just say

25  this substance causes cancer.  It describes the type

Carson-Cross/Mr. Williams

1357

1  of cancer that is related.  Correct?

2  A.    In most cases that's correct.

3  Q.    Let's look at what IARC says in its final

4  evaluation.  This is Exhibit A 70.  In your book it

5  would be in Volume 1.

6        MR. WILLIAMS:  Your Honor, also Volume 1.

7  Q.    This is the IARC monograph from 2012.  Correct?

8  A.    Yes.

9  Q.    Let me direct your attention to page 309, and

10  specifically the right-hand column, top paragraph, it

11  says:

12        "There is sufficient evidence in humans for

13  the carcinogenicity of all forms of asbestos," quote,

14  and then it mentions the different types.

15        "Asbestos causes mesothelioma and cancer of

16  the lung, larynx and ovary."

17        Did I read that correctly?

18  A.    You read that correctly.

19  Q.    This is an example of how IARC associates a

20  substance, here asbestos, with certain types of

21  cancer, and the types of cancer here are cancer of the

22  lung, larynx and the ovaries as well as mesothelioma.

23  Correct?

24  A.    Yes.

25  Q.    Let me go to the third paragraph in this section

Carson - Cross/Mr. Williams

1358

1  which says:

2        "There is sufficient evidence in humans for

3  the carcinogenicity of talc containing asbestiform

4  fibers.  Talc containing asbestiform fibers causes

5  cancer of the lung and mesothelioma."

6        Did I read that right?

7  A.    You did.

8  Q.    IARC does not reference cancer of the ovaries

9  with respect to talc containing asbestiform fibers,

10 does it?

11 A.    Not in this case, no.

12 Q.    Not in this monograph.  Correct?

13 A.    That's correct.  Although there is -- in other

14 parts of this monograph they do allude to that

15 potential relationship.

16 Q.    This is the summary evaluation section we are in

17 right now.  Correct?

18 A.    I believe it is, yes.

19 Q.    And it does not reference ovarian cancer?

20 A.    It does not.

21 Q.    The next paragraph says:

22        "There is inadequate evidence in experimental

23 animals for carcinogenicity of talc containing

24 asbestiform fibers."

25        Did I read that right?

1359

1    A.    Yes.

2    Q.    Do you agree or disagree with that statement?

3    A.    There is limited evidence supporting the

4    carcinogenicity of talc containing asbestiform fibers

5    in animal studies, yes.

6    Q.    Do you believe that evidence is inadequate in

7    experimental animals?

8    A.    It was inadequate for IARC's purposes.

9    Q.    And their purpose was to determine whether or

10   not there was a sufficient scientific basis to

11   determine the connection between the substance and

12   cancer.  Right?

13   A.    That's their overall purpose, but they have

14   specific procedures they follow along the way in order

15   to do that.

16   Q.    Let me ask you some questions about heavy

17   metals.

18        Your opinion is the presence of what you

19   describe as carcinogenic metals in talcum powder adds

20   to the carcinogenic potency in talc.  Correct?

21   A.    That's correct.

22   Q.    Is it true, Dr. Carson, that none of the heavy

23   metals you list in your report has been identified as

24   carcinogenic to the ovary by IARC?

25   A.    That's true.

1360

1   Q.    You nonetheless identify nickel and chromium as

2   Group 1 human carcinogens in your report.  Right?

3   A.    That's correct.

4   Q.    You are not aware of any studies showing that

5   exposure to nickel, chromium and cobalt combined with

6   talc increases the risk of ovarian cancer.  True?

7   A.    I'm not aware of studies that separate those

8   constituents in a coordinated study.  But certainly

9   there is allusion to the effects of those metals on

10  the carcinogenic behavior of talc.

11  Q.    Is the answer to my question, yes, you are not

12  aware of any studies showing that exposure to nickel,

13  chromium, and cobalt combined with talc increases the

14  risk of ovarian cancer?

15  A.    Not specifically.

16  Q.    The studies do not show that specifically.

17  Correct?

18  A.    That's correct.

19  Q.    You agree that in general metals can differ in

20  their toxicity and potential carcinogenicity based on

21  their form.  Right?

22  A.    Yes.

23  Q.    You know metals including chromium, nickel, and

24  cobalt come in different forms known as valent states.

25  Correct?

Carson - Cross/Mr. Williams

1361

1   A.    Yes.

2   Q.    Doctor, you do not specifically know the forms

3   or valent state of chromium, nickel or cobalt that you

4   say have been detected in cosmetic talc.   True?

5   A.    It depends on where they are at the moment that

6   you test them.

7         The metals are bound to the talc crystal and

8   in that form they participate in electrochemical

9   surface reactions.   When they are liberated from the

10  crystal in solutions they behave differently.   Also,

11  in some cases causing macromolecular damage.   But you

12  have to be very specific about the questions you ask

13  in regard to toxicity of those metals for me to be

14  able to answer.

15  Q.    You are not, at least in this litigation,

16  expressing any opinion as to the valent state of

17  chromium that may be found in cosmetic talc.   Correct?

18  A.    I think it may be different in a sample of

19  cosmetic talc versus in a cell inside a woman's ovary.

20  I could render an opinion but I need to know that

21  information.

22         MR. WILLIAMS:   Permission to read, your Honor.

23         THE COURT:   Yes.

24  Q.    Page 181, line 4, through 181, line 10:

25         "QUESTION:   You are not, at least in this

1362

1  litigation today expressing any opinion as to the

2  valent state of chromium that may be found in cosmetic

3  talc correct.

4           There is an objection.

5           "ANSWER:  No, I'm not."

6           You would be speculating, would you not,

7  Dr. Carson, to conclude that whatever valent state of

8  chromium, nickel, or cobalt may be in cosmetic talc

9  are the type you say are carcinogenic.  True?

10  A.    No, I would not be speculating.  They are of the

11  type that are carcinogenic.

12  Q.    But you have not done the study of the valent

13  state.  Correct?

14  A.    The valent state is immaterial.

15  Q.    Let me ask you some questions on dose as it

16  relates to heavy metal.  You do not know the amount of

17  chromium, cobalt and nickel that are in talc

18  generally. True?

19  A.    It varies considerably from batch to batch.

20  Q.    But you don't know what that amount is?

21  A.    No, I can't know it because it's variable.

22  Q.    You do not know the amounts of either the heavy

23  metals or the fragrance chemicals in the talcum powder

24  at issue in this case.  Correct?

25  A.    Again, the fragrance chemicals are probably more

Carson - Cross/Mr. Williams

1363

1  reliable in terms of their quantity, but I don't have

2  that information.

3  Q.    The answer is you do not know the amount of

4  either the heavy metals or the fragrance chemicals in

5  the talcum powder for this case.  Correct?

6  A.    That's correct.  But I know there is some there

7  of both.

8  Q.    You have testified that those heavy metal

9  elements are included as impurities or in very small

10 quantities in some talc deposits and are present in

11 small amounts.  Right?

12 A.    Yes.

13 Q.    The truth is, you are not an expert in talc

14 mining or mineralogy.  True?

15 A.    That's correct.  I've observed those operations

16 but I'm not an expert.

17 Q.    You do not know the steps involved in either the

18 mining of talc or the milling of talc.  Right?

19 A.    Yes, I do.

20 Q.    The heavy metals chromium, cobalt, and nickel

21 are all naturally occurring minerals; are they not?

22 A.    They are.

23 Q.    They naturally occur in our body?

24 A.    Yes, they do.

25 Q.    They are present to some extent in food,

Carson - Cross/Mr. Williams

1364

1   drinking water, bottled water and vitamins?

2   A.     Also true.

3   Q.    You have no idea how much of these metals, if

4   any, reaches a woman's ovaries when she uses talc.

5   True?

6   A.    I think I can say that the amount that is

7   incorporated into the talc crystal reaches the ovaries

8   as the talc reaches the ovaries.

9          MR. WILLIAMS:  Permission to read?

10         THE COURT:  Yes.

11  Q.    Page 169, lines 17 through 23?

12         "QUESTION:  Do you have any idea how much of

13  these metals, if any, reaches a woman's ovaries each

14  time they use talc?

15         "ANSWER:  I can't tell you how much, but I can

16  tell you that some does -- and it is -- it remains in

17  the talc until long after it reaches the ovaries."

18         Dr. Carson, you don't have any evidence that

19  the blood levels of these metals are any higher in

20  genital talc users as compared to non-users of talc.

21  Right?

22  A.    I don't have any information to that effect, but

23  I can tell you I would not expect them to be

24  different.

25  Q.    You do not have any evidence that the blood or

Carson - Cross/Mr. Williams

1365

1   tissue levels of any trace heavy metals are higher in

2   genital talc uses compared to non-users.  True or not?

3   True?

4   A.    Again, the point is immaterial, but I do not

5   have any reason to believe or any understanding they

6   are different.

7   Q.    You made no effort to quantify the amount of

8   alleged heavy metal contaminants in J&J's talcum

9   powder products?

10  A.    No, I didn't.

11  Q.    You leave that job to other experts.  Right?

12  A.    Yes.

13  Q.    Dr. Longo did not quantify the amount of heavy

14  metal contaminants in J&J's talcum powder products,

15  did he?

16  A.    Not that I recall.

17  Q.    Are you aware of any expert designated by the

18  plaintiffs in this litigation who has quantified the

19  amount of alleged heavy metal contaminants in J&J's

20  talcum powder?

21  A.    I honestly can't recall where I saw all the

22  information that I received regarding content of those

23  metals in J&J's talcum powder.

24  Q.    As you sit here today, you cannot list for us an

25  expert who undertook that analysis?

Carson - Cross/Mr. Williams

1366

1   A.   There are a number of experts, mostly defense

2   experts, who made statements regarding those things,

3   and there were internal documents of J&J and Imerys

4   that also addressed those in some cases.

5   Q.   As you sit here, Doctor, you cannot tell us any

6   expert witness designated by the plaintiffs in this

7   litigation who has quantified the amount of heavy

8   metal contaminants in J&J's product.  Right?

9   A.   Right.

10  Q.   You did not conduct an exposure assessment

11  specific to the alleged heavy metals contained in

12  talcum powder?

13  A.   Well, I did do an exposure assessment in terms

14  of the metals remaining in the crystals long after

15  they reached the ovaries when that occurs.

16          MR. WILLIAMS:  Permission to read, your Honor?

17          THE COURT:  Yes.

18  Q.   Page 175, lines 6 through 11?

19          "QUESTION:  Did you look at any exposure

20  assessment specific to the alleged heavy metals

21  contained in talcum powder?

22          "ANSWER:  No, I did not."

23  A.   That's different from the question you asked me.

24  You asked me if I performed an exposure assessment.

25  Q.   You did not perform an exposure assessment.

1367

1  Correct?

2  A.    Well, I did in terms of what I just told you,

3  that I determined that if talc makes it to the ovary,

4  the metal impurities contained in the crystals make it

5  there as well.

6  Q.    You did not conduct a dose-response assessment

7  with respect to chromium, cobalt, nickel or any other

8  heavy metal?

9  A.    No, I did not.

10  Q.    In addition to your opinion regarding heavy

11  metals, it is your opinion that the fragrance

12  chemicals added to talc contribute to the carcinogenic

13  effects.  Is that right?

14  A.    Yes.

15  Q.    But you don't know the amount of any fragrance

16  in J&J's talc products.  Right?

17  A.    Well, in a very crude way, there is information

18  from Dr. Crowley's report that can lead to conclusions

19  regarding that.

20  Q.    At the time you rendered your opinions included

21  in your report you did not know or have any

22  understanding as to the amounts of fragrance chemicals

23  that are in talcum powder.  Right?

24  A.    I had seen information regarding it, and I had

25  seen that fragrance chemicals were added to a level as

Carson - Cross/Mr. Williams

1368

1  great as 1 percent by weight, but I don't recall

2  having any more specific information than that.

3        MR. WILLIAMS:  Permission to read, your Honor?

4        THE COURT:  Yes.

5  Q.    Page 73, lines 15 through 20:

6        "QUESTION:  Do you know or have any

7  understanding as to the amounts of fragrance chemicals

8  that are in the talcum powder?

9        "ANSWER:  I do not have the specific

10 formulation or quantities of those substances that

11 contributed to the products."

12       Dr. Carson, you have not done any analysis to

13 consider dose, frequency, duration, or time of

14 exposure as it relates to the fragrance ingredients

15 that you contend are somehow biologically relevant to

16 ovarian cancer.  True?

17 A.    Well, regarding frequency and quantity, they

18 would be based on the amount of talcum powder use,

19 frequency and quantity.

20 Q.    What information did you rely upon or use, if

21 any, to make a dose-response assessment with respect

22 to any fragrance chemicals?

23 A.    Only the information that was present in Dr.

24 Crowley's report.

25       MR. WILLIAMS:  Permission to read?

Carson - Cross/Mr. Williams

1369

1    THE COURT:  Yes.

2  Q.    Page 174, lines 3 through 10:

3    "QUESTION:  What information did you rely upon

4  or use, if any, to make a dose-response assessment

5  with respect to any fragrance chemicals?

6    "ANSWER:  There is no information available to

7  do a dose-response estimate for the fragrances."

8    I would like to quickly jump to the topic of

9  inhalation as a theory for you.  Do you believe

10  inhalation is likely -- I believe you called it a

11  secondary route of exposure of talcum powder to the

12  ovaries.  Right?

13  A.    Yes.

14  Q.    You do not cite any studies in the body of your

15  report showing that inhaled talc reaches the ovaries.

16  Correct?

17  A.    That's correct.

18  Q.    You have done no research yourself on whether

19  inhaled talc can migrate to the ovaries.  Right?

20  A.    That's correct.  Several of the authors that I

21  did cite in my report alluded to the possibility of

22  inhalation being a secondary route of talc exposure to

23  the ovaries, but there was no quantitation or research

24  regarding that.

25  Q.    One of the documents that you reviewed in your

Cabrera Cross/Mr. Williams

1370

1    work here was the 2010 IARC monograph.  Right?

2    A.    Yes.

3    Q.    And you are aware of the fact the IARC monograph

4    concluded there is insufficient evidence of

5    carcinogenicity of talcum powder that enters the body

6    by the route of inhalation.  Correct?

7    A.    Yes.

8    Q.    Let me ask you about the structure of your

9    report itself.

10         THE COURT:  Just to follow up on this:  Based

11   upon the testimony you just gave, you said you didn't

12   cite to any study showing the connection between

13   inhalation and reaching the ovary?

14         THE WITNESS:  Other than the IARC monograph

15   itself.

16         THE COURT:  Which said that was not

17   sufficient.  So what's the basis for your opinion as a

18   secondary source?

19         THE WITNESS:  I have been working in that area

20   for all of my professional life.  We know if you

21   inhale dust or fibers, parts of it makes it into the

22   bloodstream and may circulate to many places around

23   the body.

24         THE COURT:  Specifically the ovaries?

25         THE WITNESS:  Specifically the ovaries

Carson Cross/Mr. Williams

1371

1   included.

2          THE COURT:  How do you know that, that

3   specific connection?

4          THE WITNESS:  A number of the articles I do

5   cite indicate talc has been found in ovaries of women

6   who have never used talcum powder, and there is

7   multiple speculation those articles regarding the

8   source of that talc and where it came from, and

9   inhalation is one of those proposed mechanisms.

10         THE COURT:  Those are things you are throwing

11  out as possibilities, but nothing that you could

12  testify to, to a reasonable degree of certainty; could

13  you?

14         THE WITNESS:  I can testify to a reasonable

15  degree of certainty if talc is inhaled, some of it may

16  reach the ovaries.

17         THE COURT:  Go ahead, Mr. Williams.

18  BY MR. WILLIAMS:

19  Q.    One of the studies that I think you just

20  referred to was a study -- was the Heller 1996 study.

21  Correct?

22  A.    Yes.

23  Q.    That's the study that found talc in the ovaries

24  of women, some of whom used talc and some who never

25  used talc.  Correct?

Carson Cross/Mr. Williams

1372

1  A.    That's correct.

2  Q.    Now, the authors of that study examined the

3  ovaries of 24 women undergoing oophorectomies.

4  Correct?

5  A.    Correct.

6  Q.    That's the procedure to remove one or both of

7  the ovaries?

8  A.    That's correct.

9          MS. O'DELL:  If Mr. Williams is going to ask

10 specific questions on those studies, I would ask that

11 Dr. Carson has it in front of him.

12 Q.    It's Exhibit A 60, and that should be in your

13 first book.

14         MR. WILLIAMS:  And yours as well, your Honor.

15         (Pause.)

16 Q.    I would like to direct your attention to Table 3

17 on page 3 of Exhibit A 60.  We'll put it up on the

18 board as well and blow it up.  It's page 3.

19         12 women in the study reported talc use and 12

20 controls reported no use.  That's in the left-hand

21 column.  Right?

22 A.    Yes.

23 Q.    The authors found talc in the ovaries of all 24

24 patients regardless of whether they used talc or not.

25 Right?

Carson Cross/Mr. Williams

1373

1   A.    That's correct.

2   Q.    The authors concluded -- and this is page 5,

3   left-hand column, first sentence:

4         "The quantity of study detected in the study

5   did not correlate well with the reported exposure."

6         Right?

7   A.    Yes.

8   Q.    If we could, let's go to page 3 of Exhibit A 60,

9   the second column right above the comments.  The study

10  authors stated there:

11        "There was no evidence of response to talc

12  such as foreign body, giant cell reactions or fibrosis

13  in the tissue."

14        Did I read that right?

15  A.    Yes.

16  Q.    This study, Heller 1996, did not note any

17  inflammation present in the ovaries with respect to

18  talc particles.

19        True?

20  A.    That's correct.

21  Q.    Let's go back to your litigation report.  The

22  body of your report where you describe your opinions

23  and the studies and the other materials you relied

24  upon, and your analysis of those materials spans a

25  total of 10 1/2 pages.  Is that true?

Carson - Cross/Mr. Williams

1374

1    A.    It is.

2    Q.    Your specific conclusions and opinions are

3    expressed in Section 9 of your report.  Right?

4              MR. WILLIAMS:  Exhibit C 9 for the record.

5    Q.    Do you see that section?

6    A.    I'm having trouble finding my report.

7    Q.    It should be in Volume 1.  The C exhibits are

8    near the back.

9    A.    I see it.

10   Q.    Your conclusions in the opinion section begins

11   in the middle of page 7 and it goes over to the middle

12   of page 11.  Right?

13   A.    Yes.

14   Q.    That section is 4 pages total.  True?

15   A.    Correct.

16   Q.    Now, in preparing your report, you reviewed all

17   of the literature listed in Exhibit B, and that begins

18   on page 25 of the report.  Is that right?

19   A.    Yes.

20   Q.    I'll represent to you that there are 300

21   publications, over 300 that you list in that section.

22            Now, you cite some of the literature cited in

23   Exhibit B in the body of your report.  Right?

24   A.    Yes.

25   Q.    The materials you specifically cite are

Carson Cross/Mr. Williams

1375

1  identified in the references that follow the body of

2  your report beginning on page 11.  Correct?

3  A.    That's correct.

4  Q.    That is a subset of the others.  True?

5  A.    Yes, it is.

6  Q.    You do not state in your report how you weighted

7  the different publications you considered in reaching

8  your opinions.  That was not described in your report.

9  True?

10  A.    Yes, I agree it was not.

11  Q.    And you do not describe why some studies were

12  important in forming your opinions and others were

13  not.  True?

14  A.    That's true.

15  Q.    One of the factors to which you gave significant

16  weight in reaching your opinions in the litigation was

17  biologic plausibility, also known as biologic

18  mechanism.  Correct?

19  A.    That's correct.

20  Q.    Essentially, if no rational presentation of

21  mechanisms can be proposed, you believe causation is

22  less likely?

23  A.    I think you are closer to causation if you can

24  show a credible biological mechanism that links the

25  exposure and the disease.

Carson - Cross/Mr. Williams

1376

1    Q.    And there are two parts to your analysis of

2    biological plausibility.  First you say portions of

3    the talcum powder applied perineally are transferred

4    into the female reproductive tract, and some makes it

5    all the way to the ovaries.  That's part 1.  Correct?

6    A.    Yes.

7    Q.    Part 2 you say is that talc produces chronic

8    inflammation in the epithelial tissue of the ovaries

9    and surrounding epithelial tissues.  Right?

10   A.    Yes.

11   Q.    This two-step process was the subject of one of

12   the slides that Ms. O'Dell and you went over earlier

13   today?

14   A.    That's correct.

15   Q.    Before we dive into your theory regarding

16   biological mechanism, let me ask you a few things

17   about the area of your expertise.

18         You do not treat woman for gynecologic cancer.

19   True?

20   A.    That's true.  I no longer do that.

21   Q.    You have never treated any patients for ovarian

22   cancer?

23   A.    I have in the context of medical training.

24         MR. WILLIAMS:  Permission to read, your Honor?

25         THE COURT:  Yes.

Carson Cross/Mr. Williams

1377

1  Q.    Pages 349, line 23, to 350, line 3:

2        "QUESTION:  You testified earlier that you

3  have not treated any patients with ovarian cancer.  Is

4  that correct?

5        "ANSWER:  Not knowingly, not because of

6  ovarian cancer."

7  A.    Not as an attending physician.

8  Q.    You are neither a gynecologist nor on

9  oncologist.  Right?

10  A.    That's correct.

11  Q.    You have never had a patient referred to you to

12  determine why they have ovarian cancer.  Correct?

13  A.    Not specifically, no.

14  Q.    You are not a pathologist?

15  A.    No, I'm not.

16  Q.    You are not a cancer biologist?

17  A.    Well, I consult with a cancer hospital regarding

18  biological mechanism issues.

19        MR. WILLIAMS:  Permission to read, your Honor?

20        THE COURT:  Yes.

21  Q.    Page 60, lines 21 to 24:

22        "QUESTION:  You are not a cancer biologist?

23        "ANSWER:  That's correct."

24        Doctor, you are not an expert in the

25  phenomenon of oxidative stress.  Correct?

Carson - Cross/Mr. Williams

1378

1  A.    Oxidative stress comes around in very many forms

2  in a lot of things that I get professionally involved

3  in as an expert.  So it's hard to draw the line

4  between expertise and ancillary activities.

5  Q.    But you would not call yourself a specific

6  expert in oxidative stress.  True?

7  A.    I don't put myself out as the expert in

8  oxidative stress, no.

9  Q.    Let's start with the inflammation portion of

10 your theory.

11      At the time you formed your opinions in this

12 case you were not aware of any study on humans showing

13 that externally applied talcum powder causes any

14 biologic response including inflammation anywhere in

15 the reproductive tract.  Right?

16 A.    Well, I believe that the studies that I have

17 cited on migration and the studies I cited on talc

18 inflammation taken together really address that

19 question.  So I was aware of that information and able

20 to draw conclusions regarding it.

21      MR. WILLIAMS:  Permission to read?

22      THE COURT:  Yes.

23 Q.    Page 322, lines 3 through 23:

24      "QUESTION:  And I know we have been through

25 this already, but to your knowledge there are no

Carson Cross/Mr. Williams

1379

1   studies reporting biologic responses to talc in the

2   vagina.  Correct?

3          "ANSWER:  Not that I'm aware.

4          "QUESTION:  You are not aware of any studies

5   reporting biologic responses to talc in the cervix.

6   Correct?

7          "ANSWER:  Correct.

8          "QUESTION:  Are you aware of any study

9   reporting biologic response to the uterus?

10         "ANSWER:  No.

11         "QUESTION:  Are you aware of any studies

12  reporting a biologic response in the fallopian tubes?

13         "ANSWER:  Well, I don't -- I'm not aware of

14  studies that draw a direct correlation between

15  exposure to talc and reaction in the fallopian tubes."

16  Q.    I would like to ask you some questions regarding

17  animal studies and specifically the connection between

18  the animal studies and your theory talc causes

19  inflammation which in turn causes cancer.

20         Do you have that topic in mind?

21  A.    Yes.

22  Q.    Let's take a look at what you cite in your

23  report in support of your opinion on animal studies,

24  and that's Exhibit C 9, and I would like to direct

25  your attention to page 4.

Carson - Cross/Mr. Williams

1380

1    On page 4, in the middle of the page there is

2    a heading "Talcum Powder and Cancer."  Do you see

3    that?

4    A.    Yes.

5    Q.    And the second line there says:

6         "Talc has caused cancer when implanted in

7    various tissues and under the skin in laboratory

8    animals.  It causes inflammation and fibrotic reaction

9    including the chemotaxis of inflammatory immune cells

10   and accelerated growth and division of cells in the

11   involved tissues."

12        And you cite Okada 2007.  Right?

13   A.    Yes.

14   Q.    And that that causes inflammation -- in the

15   second sentence there is a reference to talc in your

16   report.  Right?

17   A.    That's correct.

18   Q.    You cite one and only one study for that

19   proposition, Okada 2007?

20   A.    That's one that I put there, yes.

21   Q.    It's the only one you cited.  Right?

22   A.    At that location, yes.

23   Q.    Now, Okada was not looking at talc at all.

24   Correct?

25   A.    I think that may be the case.  I would have to

Carson - Cross/Mr. Williams

1381

1    refresh my memory.

2            MR. WILLIAMS:  Permission to read.

3            THE COURT:  Yes.

4    Q.    Page 287 of Dr. Carson's deposition, line 22,

5    through 288, line 1:

6            "QUESTION:  Okay.  And yet Okada, the study

7    that you cite for that proposition, doesn't look at

8    talc at all, does it?

9            "ANSWER:  No."

10           Now, Okada does not say anything about ovarian

11   cancer.  Is that correct?

12   A.    That's correct.  It's a study involving foreign

13   body-induced carcinogenesis.

14   Q.    Let's take a look at the study.  It is in your

15   book.  It should be in Volume 2, Dr. Carson.  It's

16   Exhibit P-256.

17           MR. WILLIAMS:  Your Honor, that would be in

18   your book No. 4.

19   Q.    Do you have it in front of you?

20   A.    I do.

21   Q.    Please turn to page 3 of the exhibit.  I'll

22   direct your attention to the left-hand column, middle

23   of the first full paragraph.  That sentence reads,

24   quote --

25           MS. O'DELL:  Did you say 256?

1    MR. WILLIAMS:  P-256.

2  Q.    Dr. Carson, the sentence that's on the board

3  reads:

4        "Brand, et al, verifies that carcinogenic

5  potential depended on the properties of foreign body,

6  such as shape/size, smoothness, hardness, porosity and

7  electrostatic load."

8        Did I read that correctly?

9  A.    Yes.

10 Q.    In other words, not all foreign bodies have the

11 same capacity to be carcinogenic.  Is that a true

12 statement?

13 A.    Yes.

14 Q.    Okada has a heading for particulate carcinogens,

15 and it lists them on the very first page of the study.

16 Do you remember that?

17 A.    (No response.)

18 Q.    Here on the first page, right-hand column, under

19 "particulate carcinogens" --

20 A.    I see it.

21 Q.    It says:

22        "Particulate carcinogens are" and then it

23 gives a long list.  Do you see that?

24 A.    Yes.

25 Q.    Talc is not on there, right?

Carson Cross/Mr. Williams

1383

1   A.    I don't believe it is.

2   Q.    Let's look at another study.

3         I would like to direct your attention to the

4   Radic study from 1988.  You cite the Radic 1988 study

5   as an animal study that supports your opinion that

6   talc causes ovarian cancer.  I'll refer you to where

7   you do that.  It's in page 5 of your report, the top

8   of the page.  Do you see that?

9   A.    Yes.

10  Q.    Take a look at what we just pulled out, P-264,

11  the 1988 study entitled Immunosuppression Induced by

12  Talc Granulomatosis in the Rat.

13        Talc granulomatosis is a disease of the lung.

14  Is that right?

15  A.    In most cases that's correct, but it can be

16  present in other parts of the body as well.

17  Q.    In Radic 1988 the authors injected one full gram

18  of talc into rats at four subcutaneous injection

19  sights in the backs of the animals.  Right?

20  A.    Yes.

21  Q.    This study did not involve ovarian tissue.

22  Correct?

23  A.    Not directly, yes.

24  Q.    The authors were not looking at the rats'

25  ovaries.  True?

Carson - Cross/Mr. Williams

1384

1    A.    That's correct.

2    Q.    The authors reported talc injections cause

3    granulomatosis in the rats.  Correct?

4    A.    Yes.

5    Q.    Granulomatosis is not cancer.  True?

6    A.    That's correct.  It's an immune inflammatory

7    reaction.

8    Q.    Do you agree that there is no good science, no

9    good scientific basis today for the opinion granulomas

10   cause ovarian cancer?

11   A.    I don't know of anyone who holds that opinion.

12   Q.    And that's because you do not think they cause

13   granulomas and ovarian cancer?

14   A.    I don't believe granulomas specifically cause

15   ovarian cancer.  The inflammation associated with them

16   may.

17   Q.    Granulomas do not cause ovarian cancer.  That is

18   your scientific belief.  Correct?

19   A.    Yes.

20   Q.    The authors of Radic 1998 found that the rats

21   immune response was suppressed by talcum powder.

22   Right?

23   A.    Yes, I believe they did.

24   Q.    Immunosuppression refers to the suppression of

25   the body's immune system and its ability to fight

Carson Cross/Mr. Williams

1385

1   infections and other diseases.  Right?

2   A.    Yes.

3   Q.    Immunosuppression and cancer are not one and the

4   same.  True?

5   A.    That's correct.

6   Q.    The Radic study did not find neoplastic changes

7   in the rats.  Correct?

8   A.    Not that I recall.

9   Q.    And the word "cancer" does not appear anywhere

10  in that study.  True?

11  A.    Not that I recall.

12  Q.    One of the studies you cited earlier today was

13  an animal study called Hamilton.  Do you remember

14  that?

15  A.    Yes.

16  Q.    Take a look at that study.  It is found in your

17  first notebook.  It is Exhibit A 53.

18        Do you have the Hamilton study in front of

19  you, Doctor?

20  A.    I do.

21  Q.    You recognize that as the study by T.C.

22  Hamilton that you have been referencing earlier today?

23  A.    Yes.

24  Q.    In this study the authors surgically injected

25  talcum powder into the ovarian bursal sac of rats.

Carson - Cross/Mr. Williams

1386

1    Right?

2    A.    That's correct.

3    Q.    Out of the 10 rats injected with talc, four of

4    them, less than half, showed some kind of papillary

5    change in the ovarian surface epithelium.  Correct?

6    A.    That's correct.

7    Q.    The authors concluded that the epithelium

8    covering the papillary areas was regular with no

9    evidence of cytoplasmic or nuclear atypia.  Correct?

10   A.    Correct.

11   Q.    You see that in the abstract.  Right?

12   A.    Yes.

13   Q.    Any atypia refers to nuclear abnormalities.

14   Correct?

15   A.    That's correct.

16   Q.    Now, please turn to page 4 of Exhibit A 53 and

17   look at the right-hand column last full paragraph.

18        MR. WILLIAMS:  I don't think that's the part

19   that I wanted.

20   Q.    There is a portion that says -- here it is.  The

21   last full paragraph in the right-hand column.  It

22   says:

23        "No evidence of cellular atypia or mitotic

24   activity was seen in the nonpapillary areas of the

25   surface epithelium of the injected ovaries and in no

Carson - Cross/Mr. Williams

1387

1   ovary was there any evidence of frank neoplasia."

2        Is that what that says?

3   A.    Yes.

4   Q.    Frank neoplasia is cancer.  Correct?

5   A.    It's precancer.

6   Q.    What this was saying is there was no evidence of

7   precancer.  Right?

8   A.    Correct.

9   Q.    To summarize this study, the chronic

10  inflammation seen in the rats in the Hamilton study

11  did not lead to neoplastic changes or cancer.

12  Correct?

13  A.    In these rat ovaries, correct.

14  Q.    And the Hamilton study did not conclude that

15  chronic inflammation from talc led to neoplastic

16  changes or cancer.  Right?

17  A.    Correct.

18  Q.    The immune responses reported in Hamilton were

19  not responses that led to the development of ovarian

20  cancer.  True?

21  A.    Apparently not.  But the authors also go further

22  to discuss the differences between rats and humans in

23  interpreting these findings.

24  Q.    Now, you talked earlier today when Ms. O'Dell

25  was speaking with you about papillary changes, and she

1388

1    put up a slide that referred to the study commenting

2    on papillary changes.  Do you recall that?

3    A.    Yes.

4    Q.    Do you remember whether the study attributed the

5    development of those papillary changes to talc?

6    A.    I believe it did.

7    Q.    Let's take a look.  Page 6 of Exhibit A 53, the

8    first full paragraph in the right-hand column before

9    the acknowledgements says:

10          "It is clearly attempting to attribute the

11   papillary change in the surface epithelium of injected

12   ovaries to the direct effects of exposure to balance,

13   but an alternative explanation has to be considered."

14          And it goes on.  Do you see that?

15   A.    Yes.

16   Q.    Is it important to consider alternative

17   explanations before attributing a specific response to

18   a specific exposure?

19   A.    Of course.

20   Q.    If we skip a sentence and go down, it says:

21          "Steroid hormone receptors have recently also

22   been reported as present in the rat ovarian surface

23   epithelium grown in vitro, and it is therefore

24   possible the changes seen in the surface epithelium of

25   the injected rat ovaries were the result of long-term

Carson - Cross/Mr. Williams

1389

1    rather than intermittent exposure to the high

2    concentration of steroid hormones present in the

3    entrapped follicular fluid within the distended

4    bursa."

5           Doctor, as a result of the testing being done,

6    the injected rats would have been exposed long-term to

7    high concentrations of steroid hormones.  Right?

8    A.    Possibly.

9    Q.    And long-term exposure to a high concentration

10   of steroid hormones is a legitimate alternative

11   explanation for the papillary changes in the four

12   rats.  True?

13   A.    That's true.  The authors themselves summarized

14   this issue by saying in the sentences following where

15   you completed your excerpt:

16          "Hopefully, future studies will clarify

17   whether one or both of these possibilities has

18   relevance to the malignant process in the ovarian

19   surface epithelium."

20   Q.    One of the studies that you cited earlier today

21   is the Keskin study from 2009.  You are familiar with

22   that study?

23   A.    Yes.

24   Q.    That was one of the studies that formed the

25   basis of your opinions?

Carson - Cross/Mr. Williams

1390

1    A.     It was one I considered in arriving at my

2    opinions.

3    Q.     The Keskin study is an example of a study

4    showing that talc causes chronic inflammation, and you

5    say that this is a study that shows chronic

6    inflammation that can lead to neoplastic change or

7    cancer.  Right?  That's how you cite it?

8    A.     In my report?

9    Q.     Let me ask you:  Is this a study that you

10   believe is citable for the proposition that talc

11   causes chronic inflammation which leads to neoplastic

12   change or cancer in animals?

13   A.     I cited this study and referred to it in my

14   presentation earlier this morning because I believe it

15   relates directly to inflammation in animals.

16   Q.     And you do not cite it, I take it from your

17   answer just now, for the proposition that talc causes

18   chronic inflammation leading to neoplastic changes?

19   A.     I think the study supports the chronic

20   inflammation.  It doesn't necessarily support the

21   neoplastic change portion of your question.

22   Q.     Lots of things cause inflammation.  Right?

23   A.     That's correct.

24   Q.     Let's take a look at this study.  It's Exhibit A

25   85.  I would like to direct you to the findings.  It's

Carson - Cross/Mr. Williams

1391

page 2, right-hand column, paragraph 2, under

findings.

        "In both the groups exposed to talc, Groups

III and IV, evidence of foreign body reaction and

infection along with an increase in inflammatory cells

were observed in all of the genital tissues."

        Correct?

A.    Yes.

Q.    On the same page, page 2, you see where it says

"conclusions" down there at the bottom?

A.    Yes.

Q.    The conclusion says:

        "Talc has unfavorable effects on the female

genital system.  However, this effect is in the form

of foreign body reaction and infection rather than

neoplastic."

        Did I read that right?

A.    Yes.

Q.    The authors drew a distinction between foreign

body reaction on the one hand and neoplastic change on

the other.  Right?

A.    Yes.  I think that's how I characterized the

study a moment ago.

Q.    The study did not report any neoplastic changes.

Correct?

Carson Cross/Mr. Williams

1392

1   A.    Correct.

2   Q.    The study also does not report any ovarian

3   cancer in any of the rats.  Correct?

4   A.    That's correct.

5   Q.    And one of the studies or papers that you

6   referred to today is the Ness and Cottreau.  It's from

7   1999, and that's Exhibit A 105 in your first book.

8         First of all, this Ness paper, this is a

9   review article?

10  A.    That's correct.

11  Q.    It is not presenting primary evidence or data.

12  Correct?

13  A.    It's not a research study report, but it is

14  discussing data reported in others.

15  Q.    And what this paper does is it lays out a theory

16  of inflammation.  Right?

17  A.    That's correct.

18  Q.    What it does, it proposes what the authors

19  called a novel hypothesis.  Correct?

20  A.    At this point in time, I'm not sure I would

21  agree it was a novel hypothesis, but I think the

22  authors considered that would be a good way to present

23  it.

24  Q.    Let's take a look at Exhibit A 105, page 2, the

25  second sentence of the abstract says:

1      "This paper reviews the epidemiologic

2 literature in the English language on risk factors and

3 protective factors for ovarian cancer and proposes a

4 novel hypothesis that a common mechanism underlying

5 this disease is inflammation."

6      Correct?

7 A.    That's correct.

8 Q.    They call it a "novel hypothesis."  Right?

9 A.    Yes.

10 Q.    Drs. Ness and Cottreau do not in this paper

11 prove that inflammation causes ovarian cancer.

12 Correct?

13 A.    That wasn't the purpose of this paper.

14 Q.    The purpose of the paper --

15 A.    The purpose of the paper was to discuss the

16 evidence to that point that they felt supported that

17 hypothesis.

18 Q.    And the paper does not purport to provide any

19 data that establishes the accuracy of the hypothesis.

20 Correct?

21 A.    It does discuss alternative explanations to some

22 extent and talks about strengths and weaknesses of

23 various studies that are included in the review.

24 Q.    Take a look at page 4, the right-hand column,

25 midway down, it says:

Carson - Cross/Mr. Williams

1394

1    "The link between talc exposure and ovarian

2    cancer is limited by a lack of supportive animal data

3    and an inconsistency in the detection of talc in the

4    ovarian tissue of women who reported heavy use."

5    Correct?

6    A.    It took me a while to catch up with you.  Let me

7    just read that.

8    Q.    Sure.

9    (Pause.)

10   A.    Yes, that's correct.

11   Q.    The paper acknowledges on page 4 that the

12   dose-response evidence is inconsistent.  Same

13   paragraph midway down?

14   A.    Yes, it says that, but it also says -- it also

15   is, of course, just reviewing the epidemiologic data

16   up until the time of this paper, which was about 1998,

17   and it talks about the strength of the evidence, the

18   epidemiological evidence linking talc exposure through

19   perineal application and ovarian cancer.

20   Q.    Let me ask you about one of the studies that

21   relates to one of the animal studies relating to the

22   impact of talc on ovaries in animals.

23   Let me have you look at the Boorman -- that is

24   Carson Exhibit 508.  That would be in your second

25   binder.

Carson Cross/Mr. Williams

1395

1    MR. WILLIAMS:  And, your Honor, that would be

2    in your third binder.

3    Q.    Do you also have your report handy, Dr. Carson?

4    A.    Not particularly handy.

5    Q.    Let me put it up on the screen.  I'm just going

6    to show you the references to this article in your

7    report.  Your report is Exhibit C 9, and on pages 29

8    to 30, do you see you cited this Boorman study?

9    A.    Yes.

10   Q.    So let's go back to Boorman.

11        Now, this is a study that although you have it

12   in the back of your report as a reference, this is not

13   a study that you cited in the list of references in

14   your report.  True?

15   A.    That's correct.

16   Q.    You do not address it in the body of the

17   litigation report.  Right?

18   A.    I didn't think it was fundamental to the

19   development of my opinions.

20   Q.    Please turn to page 1, paragraph 2, of Exhibit

21   Carson 508.  It lists over there the exposure and how

22   long the talc exposure lasted; does it not?

23   A.    Yes.

24   Q.    And, essentially, this is the entire lifetime of

25   a rat?  The talc exposure lasted two years for the

Carson - Cross/Mr. Williams

1396

1  lifetime of the rats?

2  A.    The lifetime of the rats and two years in mice.

3  Q.    The authors state:

4        "There were no exposure-related lesions in the

5  ovaries of rats, Table 1, or mice, Table II.  However,

6  because of a concern of potential effects of talc on

7  the ovary, additional studies were performed."

8        Do you see that?

9  A.    Yes.

10 Q.    The studies examine lung and ovarian tissue from

11 10 female rats.  Right?

12 A.    Yes.

13 Q.    Now, you understand Dr. Boorman and his

14 co-authors were doing additional testing of the same

15 ovaries taken from female rats as part of the 1993 NTP

16 study.  Correct?

17 A.    Yes.

18 Q.    And you know the NTP study is one of the studies

19 upon which plaintiffs rely in this matter relating to

20 some bad effects of talcum powder.  Correct?

21 A.    Correct.

22 Q.    That NTP study talks about rats who were exposed

23 weeks on end, 8 hours a day, to talcum powder, ended

24 up having some lung problems.  Do you recall that?

25 A.    Yes.

Carson - Cross/Mr. Williams

1397

1  Q.    You understand this Boorman study was a

2  follow-up to the NTP study where they took the same

3  rats, removed their ovaries, and took a look at them.

4  Right?

5  A.    Correct.

6  Q.    No talc was found in the rat ovaries.  Correct?

7  A.    Correct.

8  Q.    This is page 1, over in the right-hand column,

9  the carry-over paragraph, last sentence:

10        "There was no material consistent with talc

11  found in the ovaries or ovarian bursa from any rats

12  from any group."

13        Right?

14  A.    That's correct.  I should point out this is an

15  inhalation study, and so that would be essentially the

16  sole route of exposure for talc.

17  Q.    The study did not report any chronic

18  inflammation from the talc.  Is that true?

19  A.    It did report chronic inflammatory changes in

20  the respiratory systems.

21  Q.    Did it report any incidence of ovarian cancer in

22  the rats?

23  A.    No.

24  Q.    Can we agree Boorman 1995 does not in fact show

25  that talc causes chronic inflammation leading to

Carson - Cross/Mr. Williams

1398

1    neoplastic change?

2    A.    It doesn't show that, but it doesn't rule it

3    out.

4    Q.    Ms. Popkin would like me to read the last

5    paragraph.  The last paragraph before the references

6    says:

7              "This would suggest extensive lifetime

8    exposure to talc does not result in the deposition of

9    talc in the ovary.  Since the animals were exposed for

10   six hours per day with talc covering the fur and the

11   cage bars, there was ample opportunity for perineal as

12   well as oral and respiratory exposure.  In the

13   extrapolation of these data one should consider

14   limitations relative to the marked anatomical and

15   physiological differences between rodents and humans."

16             Did I read that correctly?

17   A.    Yes.  This paragraph points out the authors were

18   concerned about the consideration of the differences

19   between humans and rats in interpreting issues like

20   migration from perineal exposure.

21   Q.    This is a study that you did not feel should

22   make the cut in terms of being cited in your report.

23   Correct?

24   A.    It didn't influence my opinions.  So I didn't

25   cite it.

Carson - Cross/Mr. Williams

1399

1    Q.    Well, let me ask you some questions about

2    biological plausibility.

3          I would like to focus on -- let me check that.

4          Let me ask you about migration.  There have

5    been no studies in women showing that talc applied to

6    the peritoneum not instilled into the vagina but

7    applied externally into the perineum manages to

8    migrate to the ovaries or the fallopian tubes?

9    A.    I think the studies that utilize vaginal

10   installation are tantamount to perineal exposure

11   because the channel is an open channel between the

12   outside and the inside.

13   Q.    What is the perineum?

14   A.    It is the space between the anus and the pubic

15   bone.

16   Q.    You have actually opined in this matter that the

17   external application of perineal talc outside of the

18   body in the perineal area is the same as internal

19   application in the reproductive tract.  Is that true?

20   A.    I think it is.

21   Q.    Now, you draw no distinction between application

22   of perineal talc outside of the body and the injection

23   of talc inside the genital area.  True?

24   A.    I think there is an obvious distinction of where

25   quantities are deposited.  Beyond that, after that,

Carson - Cross/Mr. Williams

1400

1   it's pretty much the same.

2   Q.    You say "pretty much the same."  Have you

3   studied the matter?

4   A.    Casually.

5   Q.    Do you think these proceedings are casual?

6   A.    No, I don't.

7   Q.    Now, that opinion that you just expressed is not

8   a gynecological opinion because you are not a

9   gynecologist.  Right?

10  A.    It is an opinion that's expressed in a number of

11  gynecological textbooks and writings on the subject.

12  Q.    So a number of gynecological textbooks and

13  writings on the subject opine as you do that external

14  application of particles -- here, talcum powder -- is

15  the same as injecting talcum powder into the vagina.

16  Is that your testimony?

17  A.    I don't think the references I was referring to

18  talk about talcum powder or injection of substances,

19  but they indicate it's an open channel, and the inside

20  and the outside are pretty much the same.

21  Q.    That opinion that you just gave, that the area

22  of the human anatomy of a woman is an open channel, as

23  you say, is something we could find in textbooks?

24  A.    Yes.

25  Q.    Can you cite one?

Carson Cross/Mr. Williams

1401

1  A.    Not right off hand.

2  Q.    The ovaries are higher in the body relative to

3  the vagina.  True?

4  A.    You mean in terms of elevation?

5  Q.    Higher up in the body than the vagina?

6  A.    Yes.  Of course it depends on the position of

7  the woman.

8  Q.    If the woman were upside down, then the vagina

9  would be higher in the body.  Right?

10  A.    At least a portion of it, yes.

11  Q.    If the woman were standing right-side-up or

12  sitting, the vagina would be lower.  Right?

13  A.    Probably, yes.

14  Q.    Now, talc particles do not have motility in the

15  same way that sperm do.  True?

16  A.    That's correct.

17  Q.    You agree with me that if talcum powder somehow

18  migrates from the perineal region to the ovaries,

19  exposure to talcum powder would be far greater in

20  concentration -- meaning there would be more talc in

21  the rectal area, the vulvar area, the vaginal area,

22  and so on.  Correct?

23  A.    It depends on the application of talc to that

24  area, and it also depends on things like whether or

25  not the woman bathes regularly, other hygienic

Carson - Cross/Mr. Williams

1402

1  practices and activities.

2  Q.    Page 198, lines 8 through 17?

3        "QUESTION:  All right.  If talcum powder

4  migrates from the perineal region to the ovaries,

5  shouldn't exposure to -- exposure to talc be far

6  greater in concentration in the rectal, vulvar,

7  vaginal, cervical and uterine tissues which are closer

8  to the area of initial exposure?

9        "ANSWER:  Well, the acute exposure would be

10  greater."

11        That was your testimony.  Correct?

12  A.    What page are you on?

13  Q.    198, lines 8 through 17.

14        Your answer at lines 16 and 17 was:

15        "ANSWER:  Well, the acute exposure would be

16  greater."

17        Correct?

18  A.    I did say that, yes.

19  Q.    At the time you formed your opinions in this

20  case, you were not aware of any studies showing

21  inflammation or oxidative stress as a result of

22  genital talc use in any of the areas of the

23  reproductive tract that we just discussed.  Is that

24  true?

25  A.    I'm sorry.  I'm going to ask you to repeat the

1403

1   question a third time.

2   Q.    At the time you formed your opinions, meaning at

3   the time you provided your report which is in front of

4   you, you were not aware of any studies showing

5   inflammation or oxidative stress as a result of

6   genital talc use in any of the areas of the

7   reproductive tract that we just mentioned?

8   A.    The perineum, correct?

9   Q.    No.  I was talking about the rectal area, the

10  vulvar, the vaginal area, the cervical, uterine

11  tissues --

12  A.    No, I was not.

13  Q.    It is your opinion -- and this is on page 8 of

14  your report, Exhibit C 9.

15         It is your opinion that out of all of the

16  tissue in the female reproductive system, including

17  vaginal tissue, uterine tissue, cervical tissue, the

18  ovarian tissue is the tissue within the female

19  reproductive track that is most at risk for the effect

20  of talcum powder?

21  A.    That's my opinion.

22  Q.    That's on page 8 of Exhibit C 9, the paragraph

23  under Roman numeral III, the last two sentences you

24  write:

25         "Because the ovaries have no intrinsic

Carson Cross/Mr. Williams

1404

1  elimination system, the transport of talc particles

2  and their constituents reaches the ovaries where it

3  stalls and sequesters.  For these reasons ovarian

4  tissue is most at risk for the carcinogenic effect of

5  these substances."

6      Did I read that right?

7  A.   Yes.

8  Q.   The reason you say that is your opinion is that

9  the ovaries lack what you describe as this intrinsic

10  elimination system.  Right?

11  A.   That's correct.

12  Q.   You have not conducted any tests to show that

13  exposure of the ovaries to particulate matter is

14  longer than exposure to other parts of the

15  reproductive system, have you?

16  A.   I have not conducted any tests, no.

17  Q.   And the phrase "intrinsic elimination system,"

18  you have no idea whether that is a recognized term of

19  art that is used by gynecologists; do you?

20  A.   I don't believe it is.  It's just my own

21  language.

22  Q.   Is "intrinsic elimination system" a recognized

23  term of art used by oncologists?

24  A.   I don't know.

25  Q.   How many studies are cited in the body of your

1    report here under Roman II to support your theory that

2    the ovaries do not have an intrinsic elimination

3    system?

4    A.    None.

5    Q.    Let me change topics and talk about Bradford

6    Hill.

7    A.    I was just going to say that's basic anatomy.

8    Q.    You cite no studies for the proposition.

9    Correct?

10   A.    That's correct.

11   Q.    You looked at the Bradford Hill factors in

12   formulating your opinion talc causes ovarian cancer.

13   Right?

14   A.    Correct.

15   Q.    One of the factors to which you gave the most

16   weight was the strength of association.  Correct?

17   A.    Correct.

18   Q.    You thought and wrote in your report that the

19   evidence here of the strength of association was

20   compelling.  That's the word you used.  Right?

21   A.    Yes.

22   Q.    Let me ask you some questions about the fit

23   between that characterization of the strength of

24   association and some of the studies to which you

25   cited.  Okay?

Carson - Cross/Mr. Williams

1406

1    A.    All right.

2    Q.    In your opinion the epidemiologic study supports

3    a strong association between perineal use of talc and

4    ovarian cancer.  Right?

5    A.    Yes.

6    Q.    You used the word "strong" in your report.  Do

7    you remember that?

8    A.    Yes, I do.

9    Q.    In your opinion, those studies show about a

10   30 percent increased risk of ovarian cancer in talcum

11   powder products users.  Right?

12   A.    Yes.

13   Q.    That is an odds ratio of 1.3.  Correct?

14   A.    Correct.

15   Q.    In your experience, Dr. Carson, epidemiologists

16   consider a 1.3 odds ratio to be a weak or modest

17   association.  Isn't that true?

18   A.    That's correct.  When epidemiologists look at a

19   study and see an odds ratio between 1 and 2, they call

20   it weak or modest.  When it's greater than 2, they

21   give it a stronger terminology.

22         My characterization of it as a strong

23   association has to do with the translation of that

24   increased risk to 3,000 ovarian cancer deaths in the

25   United States every year.  Because of that, I believe

Carlson - Cross/Mr. Williams

1407

there is a strong association here.  These are

significant studies.

Q.    Let me unpack what you just said.

First, we do agree in your experience

epidemiologists consider a 1.3 odds ratio to be a weak

or modest association.  Correct?

A.    Yes.

Q.    Epidemiologists in your experience do not

consider a 1.3 odds ratio to be strong association.

Correct?

A.    In terms of epidemiology terminology, no.

Q.    In fact, the example you gave a moment ago is

even a 2.0 odds ratio would be modest?

A.    Modest or anything above 2 is sometimes

considered strong or robust.

Q.    Now, what you just said a moment ago at the tail

end of your answer was that you mentioned 3,000 lives

saved, or something to that effect.  Right?

A.    Yes.

Q.    And you testified that eliminating talcum powder

as a risk could result in saving 3,000 lives in the

U.S. every year, something to that effect.  Right?

A.    I did, yes.

Q.    You came to that 3,000 number based on the

number of new cases of ovarian cancer in the last

Carson - Cross/Mr. Williams

1408

1    year.  Right?

2    A.    I made an estimate of that, that arrived at that

3    number based on the range of what's known about the

4    prevalence of regular talcum powder use among women in

5    the United States and the annual occurrence of new

6    diagnoses of epithelial ovarian cancer, and that

7    30 percent increased risk that would result in 3,000

8    additional cases per year.

9    Q.    You do not know how many of the women diagnosed

10   with ovarian cancer in any given year used talcum

11   powder.  Right?

12   A.    That's correct.

13   Q.    Your assertion that 3,000 lives could be saved

14   relies upon an assumption that perineal talc use does

15   in fact cause ovarian cancer?

16   A.    It does rely on that assumption.  But responding

17   in greater detail to your previous question, I'm

18   relying on the studies that show a 30 percent

19   increased risk on the average.  I haven't done that

20   science myself, but I'm using their science to build

21   my opinions and my estimate of the number of lives to

22   be saved.

23   Q.    You are a assuming causation to get to the 3,000

24   number; are you not?

25   A.    Yes.  You are right.

Carson - Cross/Mr. Williams

1409

1   Q.    Ovarian cancer is not a single disease.

2   Correct?

3   A.    That's correct.

4   Q.    Now, the purpose, can we agree, of conducting a

5   Bradford Hill analysis is to determine whether or not

6   an association is causal?

7   A.    Correct.

8   Q.    So to be clear on your methodology, for purposes

9   of this case, what you are doing when you say that

10  3,000 lives could be saved in response to my question

11  about the strength of association, what you are doing

12  is assuming causation, which is the ultimate question

13  in a Bradford Hill analysis, and, second, you are

14  using that assumption to support the analysis of a

15  specific Bradford Hill factor; are you not?

16  A.    Not really.  If I'm looking at the epidemiology

17  in this question, and I'm seeing consistent

18  statistical significant studies showing me there is a

19  30 percent increased risk, then I can use those other

20  pieces of information to determine there is 3,000

21  cases of ovarian cancer per year that could be

22  potentially prevented by eliminating talcum powder

23  hygienic use.

24  Q.    Again, we are going around because in order to

25  do that, you are making an assumption there is a

Carson - Cross/Mr. Williams

1410

1   causal association as opposed to a mere association.

2   Correct?

3   A.    It is not circular reasoning.  It is simply

4   using the 30 percent increased risk shown by the

5   epidemiological studies.

6   Q.    You are not a statistician or biostatistician?

7   A.    You just presented a paper I published on

8   statistical methods.

9         THE COURT:  Would you just answer that

10  question the way he phrased it, please.

11  Q.    You are not a statistician or biostatistician,

12  are you?

13  A.    I don't put myself out professionally as a

14  biostatistician or a statistician, but I certainly am

15  versed in methodology related to statistics and use it

16  all the time in both conducting and interpreting

17  research.  I also teach it.

18        MR. WILLIAMS:  Permission to read, your Honor?

19        THE COURT:  Yes.

20  Q.    Page 253, lines 14 through 16:

21        "QUESTION:  Dr. Carson, you are not a

22  statistician.  Correct?

23        "ANSWER:  That's correct.

24        "QUESTION:  You are not a biostatistician.  Is

25  that right?

Carson Cross/Mr. Williams

1411

1    "ANSWER:  That's right."

2        Now, Doctor, by your own admission you are not

3    an expert in epidemiology.  Correct?

4    A.   I am not an expert, but I am a faculty member at

5    the Department of Epidemiology at the University of

6    Texas, School of Public Health, and some people

7    consider me an expert for that reason.

8    Q.   Do you consider yourself an expert in

9    epidemiology?

10   A.   Not in comparison to my other colleagues who do

11   that all the time and nothing else.

12       MR. WILLIAMS:  Permission to read, your Honor.

13       THE COURT:  Yes.

14   Q.   Page 239:

15       "QUESTION:  Do you consider yourself an expert

16   in epidemiology?

17       "ANSWER:  No."

18       Now, for the purposes of your Bradford Hill

19   analysis of strength -- and I would like you to focus

20   on that factor -- your opinion was an odds ratio of

21   1.3 supports a strong association between the perineal

22   use of talc and ovarian cancer.  Correct?

23   A.   Yes.

24   Q.   And you also call it compelling at a different

25   place in your report.  True?

Carson - Cross/Mr. Williams

1412

1    A.    Correct.

2    Q.    One of the studies that you cite for this

3    proposition is Terry 2013.  Is that true?

4    A.    Yes.

5    Q.    Let's look at Exhibit A 139.  A 139 is the Terry

6    2013 pooled analysis.  Is that correct?

7    A.    Yes.

8    Q.    Please look at the abstract on page 2 of Exhibit

9    A 139, about midway down, we highlighted it, it says:

10         "Genital powder use was associated with a

11   modest increased risk of epithelial ovarian cancer

12   relative to women who never used powder."

13         Correct?

14   A.    That's correct.

15   Q.    The authors called it "modest"?

16   A.    They did.

17   Q.    They didn't call it strong or compelling.

18   Correct?

19   A.    Not in this case, that's correct.

20   Q.    You also cite another epidemiological study,

21   Berge 2017, in support of your assertion there is a

22   strong and compelling association.  Correct?

23   A.    Yes.

24   Q.    That's Exhibit A 11.  I'll direct your attention

25   to the abstract on page 2.  It says:

Carson - Cross/Mr. Williams

1413

1    "This meta-analysis resulted in a weak but

2    statistically significant association between genital

3    use of talc and ovarian cancer."

4        And it goes on.  Do you see that?

5    A.    Yes.

6    Q.    The authors in Berge called it "weak."  Right?

7    A.    They did.

8    Q.    Not strong or compelling.  Right?

9    A.    Right.

10   Q.    Please turn to page 7 of Exhibit A 11.  In the

11   second paragraph below, the discussing heading, it

12   says:

13       "This meta-analysis suggests that genital

14   powder use is associated with a small increased risk

15   of developing ovarian cancer."

16       Did I read that right?

17   A.    I see it.

18   Q.    Now, let me have you look at page 10 of Exhibit

19   A 11, left-hand column, up at the top, it's the

20   conclusion the authors write:

21       "In conclusion, our meta-analysis identified a

22   small but statistically significant association."

23       And then it goes on.  Right?

24   A.    Yes.

25   Q.    The authors of Berge refer to association

Carson Cross/Mr. Williams

1414

1    between talcum powder use and ovarian cancer as small,

2    two separate times in the paper.   We just showed them.

3    Right?

4    A.    Yes.

5    Q.    You cite Berge in support of your opinion that

6    the association between talcum powder exposure and the

7    development of ovarian cancer is strong.   Right?

8    A.    Yes.

9    Q.    Let me ask you about your report and how your

10   report deals with cohort studies.

11            THE COURT:   Are you going to a new area?

12            MR. WILLIAMS:   Yes.

13            THE COURT:   I think the reporter would like a

14   break.

15            MR. WILLIAMS:   Thank you, your Honor.

16            THE DEPUTY CLERK:   All rise.

17            (Recess.)

18            (Continued on the next page.)

19   ///

20

21

22

23

24

25

Carson - Cross/Mr. Williams

1415

1    THE DEPUTY CLERK:  All rise.

2    THE COURT:  Thank you.

3

4

5    **ARCH CARSON**, resumed.

6

7    CROSS-EXAMINATION (continued)

8    BY MR. WILLIAMS:

9    Q.    Doctor, before the break I said I wanted to ask

10   you some questions about the cohort studies.  None of

11   the prospective cohort studies that you examined found

12   a significant overall risk, relative risk between

13   perineal talcum powder use and ovarian cancer.

14   Correct?

15   A.    That's correct.

16   Q.    The Nurses' Health Study, which is one of the

17   studies you looked at, was updated in 2010.  Do you

18   recall that?

19   A.    Well, there was some updating but changes in the

20   methodology.

21   Q.    The initial finding recorded in the Gertig 2000

22   study of an increased risk of serous invasive ovarian

23   cancer was not supported in the update in the Nurses'

24   Health study.  Correct?

25   A.    Well, the methodology was changed and actually

Carson Cross/Mr. Williams

1416

1  the study group was also different between those two

2  versions.

3          MR. WILLIAMS:  Permission to read, your Honor?

4          THE COURT:  Yes.

5  Q.    Page 237, lines 7 through 20:

6          "QUESTION:  The cohort studies, prospective

7  cohort studies have not shown an association between

8  talc and ovarian cancer.  Correct?

9          "ANSWER:  They have in some subtypes.

10          "QUESTION:  There was an initial description

11  with respect to the first Nurses' Study that was not

12  supported in the update of that study.  Is that

13  correct?

14          "ANSWER:  The Nurses' study?

15          "QUESTION:  Yes.

16          "ANSWER:  That's correct."

17          You conclude the three prospective cohort

18  studies showed positive nonsignificant trends.  Is

19  that what you wrote in your report?

20  A.    Yes.

21  Q.    What you mean by "positive nonsignificant

22  trends" is that the studies had positive but not

23  statistically significant relative risks.  Correct?

24  A.    That's correct.

25  Q.    In Gonzales 2016, the relative risk was

Carson Cross/Mr. Williams

1417

1    negative.  True?

2    A.    That's correct.

3    Q.    The relative risk was 0.73, which is below 1.0.

4    Right?

5    A.    That's correct.

6    Q.    That is not statistically significant.  True?

7    A.    Correct.

8    Q.    Now, let me step back for a second and ask you

9    about your report in a broad sense.

10         Is it true you used care in preparing your

11   report?

12   A.    Yes.

13   Q.    You wanted to make it as accurate as possible?

14   A.    That was an attempt, yes.

15   Q.    If you felt a paper was important in forming

16   your opinions regarding the question that was given to

17   you, you included it in your paper's list of

18   references.  Correct?

19   A.    If it contributed significantly to my opinions,

20   yes.

21   Q.    Now, you do not analyze any of the cohort

22   studies in the body of your report by name.  Right?

23   A.    I believe that's correct.

24   Q.    None of the cohorts is even identified by name

25   in the body of your report.  True?

Carson - Cross/Mr. Williams

1418

1    A.    I don't recall specifically, but I would agree

2    that's possible.

3    Q.    None of the cohort studies is listed in the six

4    pages of references included at the end of your

5    report, pages 11 through 16, and that's Exhibit C 9

6    that we have been looking at today.  That list of

7    references goes on from page 11 all the way through

8    page 16.  Am I right?

9    A.    Yes.

10   Q.    None of the cohort studies is listed there.

11   Right?

12   A.    That's possible.

13   Q.    Meaning you only reviewed the cohort studies in

14   the preparation of your report, but you did not feel

15   they contained information that was necessary to cite

16   in your report.  Right?

17   A.    I believe that's correct.

18   Q.    Can we agree that you as a scientist cite the

19   studies that are helpful to your opinion, but do not

20   cite the studies that contradict your opinion.  You

21   are cherry-picking?

22   A.    I don't believe that I cited only studies that

23   were in line with my opinions.  I just didn't believe

24   those three cohort studies contributed to the opinions

25   that I expressed.  I did cite to the meta-analyses

Carson Cross/Mr. Williams

1419

1   that included them and looked at those data.  So they

2   are included within those meta-analyses, and that was

3   much more fundamental to my opinions.

4   Q.    Can you and I agree the scientific method

5   requires consideration of evidence that is contrary to

6   your hypothesis as well as evidence that is in favor

7   of it?

8   A.    Yes, I agree with that.

9   Q.    One of the studies you cited -- I think you

10  mentioned it inferentially a moment ago -- was the

11  Penninkilampi study.  Right?

12  A.    Yes.

13  Q.    That's Exhibit A 109.  I want to go to page 15.

14  I believe there is a table on that page.  This table

15  lists the studies that were analyzed in the

16  Penninkilampi study.  Correct?

17  A.    Correct.

18  Q.    And it mentions the Gonzales study from 2016,

19  the Houghton study from 2014, and the Gertig study

20  from 2000.  Correct?

21  A.    Correct.

22  Q.    It does not list the Gates study from 2010.

23  Correct?

24  A.    That's correct.

25  Q.    Do you think it is important -- strike that.

Carson - Cross/Mr. Williams

1420

1    Do you believe that Gates 2010 is an important

2    cohort study in this area of analysis?

3    A.    Gates 2010 was the same data set or an

4    overlapping data set with the Gertig study.  You can't

5    do a meta-analysis and double-count subjects.

6    Penninkilampi picked Gertig.

7    Q.    And you chose to look only at the Gertig study

8    from 2010 rather than the study from -- strike that.

9    You used only the Gertig study from year 2000

10   rather than the Gates study from 2010.  Correct?

11   A.    Well, I also cited the Wera Berge study which

12   looked at the same study, and chose the Gates study in

13   favor of the Gertig study.  So I cited both of those.

14   Q.    Statistical power is the likelihood a study will

15   detect an effect when there is an effect to be

16   detected.  Right?

17   A.    That's correct.

18   Q.    In your opinion, the cohort studies relating to

19   genital talc use and ovarian cancer did not have

20   sufficient power to detect a meaningful difference

21   among the subjects.  True?

22   A.    For the question that was asked, that's correct.

23   Q.    In your opinion, the investigators in the cohort

24   studies were, I think you used the phrase, spinning

25   the roulette wheel in terms of the ability of the

Carson Cross/Mr. Williams

1421

1    studies to detect a difference among the subjects.

2    Correct?

3    A.    Yes, I remember saying that.

4    Q.    Are you familiar with the concept of a power

5    calculation?

6    A.    I am.

7    Q.    You did not perform any power calculation to

8    reach an opinion that the cohort studies did not have

9    sufficient power to detect a meaningful difference

10   amongst subjects.  Correct?

11   A.    No, but my opinion that they were underpowered

12   is not an isolated opinion.  It's expressed by those

13   who performed these meta-analyses later in 2018, and I

14   believe that was also the opinion of the witness you

15   heard last Thursday, Dr. McTiernan.

16   Q.    Do you remember the analysis in the Berge study

17   where they specifically treated the question of

18   whether there was sufficient power and whether power

19   could be used as a basis for criticizing the cohort

20   studies?

21   A.    I don't recall specifically.  I would have to

22   look at the Berge study.

23   Q.    Before I get to that, the only analysis that you

24   did to conclude that the cohort studies were

25   underpowered was to read the studies and look at their

Carson - Cross/Mr. Williams

1422

1  conclusions.  Correct?

2  A.    Yes.

3  Q.    So, basically, what you did was you basically

4  did a visual estimation of power by just reading the

5  study?

6  A.    No, I didn't.  I looked at the opinions of the

7  authors of the meta-analyses who opined that those

8  cohort studies likely suffered from an underpowered

9  condition, and when they reanalyzed them as a group

10  with a larger sample size, they were able to increase

11  the power and were able to detect an effect.

12  Q.    The Berge study is one of the studies upon which

13  you relied.  Right?

14  A.    Yes.

15  Q.    Which is Exhibit A 11.  Over on the right-hand

16  side of this page it says:

17        "It should be noted that the cohort studies

18  included in the meta-analysis comprised a total of 429

19  ovarian cases exposed to genital talc and 943

20  unexposed cases.  The statistical power of the

21  meta-analysis of these cohort studies to detect a risk

22  ratio of 1.25 similar to the result of the

23  meta-analysis of case control studies was .99.  Thus,

24  low power of cohort study cannot be invoked as

25  explanation of the heterogeneity of results."

Carson Cross/Mr. Williams

1423

1   Do you see that?

2   A.   I see that.  I think you may be interpreting it

3   incorrectly.

4   Q.   Well, you understand the heterogeneity of

5   results that this is referring to is the heterogeneity

6   between the conclusions and findings of the cohort

7   studies on the one hand and the case-control studies

8   on the other.  Right?

9   A.   In part, yes.  There is also heterogeneity

10  between the cohort studies.

11  Q.   Have you read Dr. McTiernan's deposition in this

12  case?

13  A.   I have not.

14  Q.   Are you aware one way or the other whether

15  Dr. McTiernan did her own power calculation where she

16  concluded the number of cases, cancer cases that would

17  be necessary for the cohorts to exhibit power?

18  A.   Yes, I am.

19  Q.   And you are aware the number of cases that she

20  felt would be needed was less than -- significantly

21  less than the total number of cancer cases reported in

22  Berge; are you not?

23  A.   Yes.

24  Q.   Let me ask you the basis for your belief that

25  there was not sufficient power in the cohort studies.

Carson - Cross/Mr. Williams

1424

1  What analysis did you do to conclude the cohort

2  studies, the four cohort studies are underpowered?

3  A.    I did not determine the power of the cohort

4  studies specifically.  As I discussed in my

5  deposition, I discussed the influences of various

6  factors in cohort studies and the design of cohort

7  studies that tend to go toward many cohort studies

8  being underpowered when they are conducted.

9  Q.    Isn't it true, Dr. Carson, that in response to

10 the very question I asked you just now, namely, what

11 analysis you did to conclude that the cohorts were

12 underpowered, what you said is that you just read the

13 studies, looked at their conclusions, and their

14 conclusions were not that the effect didn't exist, but

15 that they couldn't detect it.  Do you remember saying

16 that?

17 A.    That's exactly right, and that's what happens in

18 an underpowered study.

19 Q.    Am I correct anytime a study does not detect an

20 association in your view it is underpowered?

21 A.    No.  When studies are underpowered, they do not

22 have the ability to detect a relationship.

23 Q.    Isn't another explanation, Doctor, for the lack

24 of association found in the cohorts between perineal

25 use of talc and ovarian cancer, that there was no

Carson, Cross/Mr. Williams

1425

1   increased risk to detect?

2   A.    Well, in the absence of the meta-analyses, that

3   might be a realistic hypothesis, but the meta-analyses

4   pretty much blew that out of the water when they

5   reanalyzed those studies as a group and found

6   statistically significant positive risk ratios.

7   Q.    Let me ask you about Health Canada.  Health

8   Canada published a draft screening assessment on

9   December 18th of last year.  Right?

10  A.    I'm not sure of the date, but it was at the end

11  of last year.

12  Q.    At the time you prepared your expert report in

13  this matter, that draft assessment was not available

14  to you, though.  Correct?

15  A.    I believe that's the case.

16  Q.    You are familiar with the precautionary

17  principle as it relates to the specific demonstration

18  of cause and effect?

19  A.    I am.

20  Q.    The precautionary principle is a general precept

21  that is used in the European union and in Canada.

22  Right?

23  A.    Yes.

24  Q.    The precept used in the United States is

25  different.  Correct?

Carson - Cross/Mr. Williams

1426

1   A.     It is.

2   Q.     In the United States the precept that is used is

3   that there needs to be scientific evidence of a harm

4   in order to take action regarding a product.  Correct?

5   A.     There is a difference in style, as you've

6   described it, in the United States where we require

7   hard evidence of causation in order to do anything

8   which includes legal action, it includes regulatory

9   activities, and so forth, which does not necessarily

10  exist in Canada and the European Union and some other

11  areas where the precautionary principle is used, in

12  which case, when there is a strong suspicion of a

13  problem, they stop the problem while they are doing

14  the research until it is proven not to be a problem.

15  Q.     To be clear, Health Canada does not require a

16  finding of causation in order to recommend some

17  preventive action.  Correct?

18  A.     That's correct.

19  Q.     The precautionary approach does not require that

20  talc be more likely than not capable of causing

21  ovarian cancer.  Correct?

22  A.     That's true.

23  Q.     The principle in the U.S. is there needs to be

24  scientific evidence in order to take that

25  precautionary action.  Right?

Carson - Cross/Mr. Williams

1427

1    A.    Yes.

2    Q.    You do understand this proceeding is in federal

3    court in the United States before Her Honor in New

4    Jersey.  Correct?

5    A.    Yes.  And I think that's what we're trying to

6    get to in this proceeding.

7    Q.    So true or not true, you rely on what the

8    Canadian regulators who are applying the precautionary

9    principles say in a draft assessment, but not on other

10   United States public health organizations like the

11   National Cancer Institute or the FDA.  Correct?

12   A.    Well, I think if you look at just the state of

13   the science and where these regulatory bodies have

14   come down and have published, the Health Canada report

15   is clearly more current and more inclusive than any of

16   the others that have been published thus far, and for

17   that reason I gave it stronger consideration when I

18   finally received it.

19   Q.    Let's take a look at it.  Please take a look at

20   Exhibit A 58, and, in particular, page 22 there is a

21   table there, 6-1?  Do you see that table?

22   A.    Yes.

23   Q.    This table lists the available human

24   epidemiological studies investigating the association

25   of perineal talc use and ovarian cancer.  Right?

Carson Cross/Mr. Williams

1428

1    A.    That's correct.

2    Q.    It cites to the -- I'm not sure of the

3    pronunciation -- Taher study.  Do you see that in the

4    preamble to the chart?

5    A.    I do.

6          MS. O'DELL:  If you can put up the whole

7    table.  I think it continues on.

8          MR. WILLIAMS:  I believe that is the whole

9    table.

10          MS. O'DELL:  It continues on page 17.

11          MR. WILLIAMS:  Your Honor, I can't put up two

12    pages at the same time.

13          THE COURT:  While under the representation

14    this is only a part of it, and continues on the next

15    page.

16    BY MR. WILLIAMS:

17    Q.    Taher 2018 is an unpublished manuscript.  Right,

18    Doctor?

19    A.    It is published but it has not yet been

20    peer-reviewed.

21    Q.    That's what it means here when it says "here in

22    preparation"?

23    A.    That's my understanding.

24    Q.    Table 6-1 has a column for "study conclusion."

25    Do you see that?

Carson - Cross/Mr. Williams

1429

1    A.    Yes.

2    Q.    The third column?

3    A.    Yes.

4    Q.    It has a column for the odds ratio with a

5    95 percent confidence interval?

6    A.    Yes.

7    Q.    Let's turn to page 23 of Exhibit A 58.

8    A.    All right.

9    Q.    I would like to refer to the second row of the

10   table on page 23.  That shows the results of Green, et

11   al, 1997; does it not?

12   A.    Yes.

13   Q.    The odds ratio there was 1.3 with a confidence

14   interval of 1.10-to-1.54.  Correct?

15   A.    Correct.

16   Q.    The confidence interval does not cross 1.

17   Correct?

18   A.    That's correct.

19   Q.    The Health Canada draft assessment reports the

20   study's conclusion as positive association.  Do you

21   see that?

22   A.    I see that.

23   Q.    Do you agree with that characterization?

24   A.    I don't recall.  I would have to look at the

25   Green study to determine that.

Carson-Cross/Mr. Williams

1430

1   Q.    Based upon the point estimate and confidence

2   interval that is reported right here in the fourth

3   column, do you see that shows a positive association,

4   assuming those numbers are right.

5   A.    Assuming the design of the study is addressed by

6   those numbers, yes.

7   Q.    If we move down to the next row, Harlow and

8   Weiss 1989, the odd ratio is 1.10.  Right?

9   A.    That's correct.

10  Q.    It has a confidence interval of .70 to 1.73.

11  Right?

12  A.    That's correct.

13  Q.    The confidence interval crosses the 1?

14  A.    It does.

15  Q.    And the Health Canada draft assessment reports

16  that study's conclusion as no association.  Do you see

17  that?

18  A.    Yes.

19  Q.    That column uses that "no association" phrase

20  with respect to each and every one of the studies that

21  has a confidence interval that crosses 1.  Correct?

22  A.    Yes, I believe so.

23  Q.    Is it improper in your opinion for Health Canada

24  to report that result as "no association"?

25  A.    No, it's not.

Carson - Cross/Mr. Williams

1431

1   Q.    Let me ask you to look at what has been marked

2   as Carson Exhibit 517, which is in your second binder.

3         MR. WILLIAMS:  Your Honor, it would be in your

4   third.

5   Q.    This is a July 2018 presentation provided to us

6   by plaintiffs' counsel, a present relationship by

7   Daniel Krewski.  Daniel Krewski is one of the authors

8   of the Taher 2018 meta-analysis; is he not?

9   A.    I don't know.

10  Q.    Let's take a look at Exhibit A 137, which is

11  Taher 2018.  This is the second page and the last one

12  listed, who is the senior person.  Correct?

13  A.    Yes, usually.

14  Q.    That's Daniel Krewski.  Correct?

15  A.    Yes.

16  Q.    Let's go back to the Krewski presentation.  I'll

17  ask you to look at page 31 of that presentation,

18  Exhibit 517.  There is a slide there that says:

19  "Cancer classification."

20        Do you see that?

21  A.    Yes.

22  Q.    The first row shows IARC's classification from

23  2010 for talc, and it references in the second column

24  the 2B designation.  Correct?

25  A.    That's correct.

Carson - Cross/Mr. Williams

1432

1  Q.    You are familiar with the IARC designations.

2  Right?

3  A.    I am.

4  Q.    You included the IARC monograph on the reference

5  list for your expert report.  Right?

6  A.    Yes, I did.

7  Q.    Now, IARC rejected classifying talc as a

8  carcinogenic.  True?

9  A.    Actually, Group 2B is a carcinogenic

10  classification.

11  Q.    IARC rejected classification of talc as a

12  carcinogenic, instead assigning it to the

13  classification of possibly carcinogenic to humans.  Is

14  that correct?

15  A.    That's correct.

16  Q.    IARC has categories for known or probable

17  carcinogens which is Category 1 or Category 2A.

18  Right?

19  A.    That's correct.

20  Q.    IARC did not classify talc in either of those

21  categories.  Right?

22  A.    No.  But I reiterate, 2B is a carcinogen

23  classification within the IARC scheme.

24  Q.    And 2B has a specific meaning within that IARC

25  scheme.  Correct?

Carson Cross/Mr. Williams

1433

1    A.    It does, possible human carcinogen.

2    Q.    Now, you wrote:

3           "IARC classified perineal talc use as possibly

4    carcinogenic to humans on the basis of insufficient

5    evidence of carcinogenesis in humans but strong

6    evidence in other mammalian species."

7           Do you remember that?

8    A.    I do remember that.

9    Q.    Let me have you look at your report, Exhibit

10   C 9, page 4, paragraph B.  Under the heading "Talcum

11   Powder and Cancer," Part B, you reference the 2006

12   IARC evaluation.  Right?

13   A.    I do.

14   Q.    And what you wrote was:

15          "Meaning that there is insufficient evidence

16   of carcinogenesis in humans but strong evidence in

17   other mammalian species."

18          That's what you said?

19   A.    Yes.

20   Q.    That is not what a 2B classification means, is

21   it?

22   A.    Well, in the context of the IARC preamble, that

23   is one of the categories for 2B classification.  I

24   believe I was in error in specifically stating that

25   language, however.

Carson Cross/Mr. Williams

1434

1  Q.   Right.  Let's take a look to see what we're

2  talking about.

3       Exhibit A 72 is IARC 2010 monograph.  Let's

4  look at the specific evaluation of talc on paper 423

5  of that document of Exhibit A 72.

6       There it says:

7       "There is limited evidence in experimental

8  animals for the carcinogenicity of talc not containing

9  asbestos or asbestiform fibers."

10      Correct.

11 A.   That is correct.

12 Q.   IARC did not say, as you said in your report,

13 that there was strong evidence in other mammals.

14 Correct?

15 A.   Correct.

16 Q.   IARC did not say there was sufficient evidence

17 in other mammals.  Right?

18 A.   Correct.

19 Q.   In IARC's view, the association was modest, not

20 strong.  Right?

21 A.   I don't see the word "modest" in here, but they

22 classed it as 2B.

23 Q.   Let's look at page 423 of Exhibit A 72 under the

24 heading "rationale."  IARC observed:

25      "For perineal use of talc-based body powder,

1435

1    many case-control studies of ovarian cancer found a

2    modest but unusually consistent excess in risk

3    although the impact of bias and potential confounding

4    could not be ruled out."

5         Did I read that right?

6    A.    Yes, you did.

7    Q.    Designating talc as a 2B possible carcinogen,

8    IARC specifically concluded they could not rule out

9    bias and confounding factors.  True?

10   A.    That's correct.

11   Q.    Now, let's go back to the exhibit we were

12   looking at, Carson 517, which was that report that was

13   prepared by one of the Taher authors, Dr. Krewski.

14   Page 31 describes the conclusion of Health Canada and

15   it references Group 3, Roman numeral III A, possibly

16   carcinogenic to humans.  Correct?

17   A.    Yes.

18   Q.    The conclusion that Dr. Krewski, one of the

19   authors of Health Canada's draft assessment, "was data

20   from epidemiological studies indicate an association

21   between exposure and human cancer, but alternative

22   explanations such as chance, bias, or confounding

23   cannot be excused."

24        Did I read that right?

25   A.    You did.

Carson - Cross/Mr. Williams

1436

1    Q.    In that specific respect, the Krewski analysis,

2    the Taher analysis, and the IARC 2006 analysis, were

3    consistent.  Correct?

4    A.    Yes.  I don't think this is an official document

5    of any kind.

6    Q.    To be sure, it is a draft assessment.  Right?

7    A.    Well, the Health Canada assessment is a draft

8    assessment that the organization felt was important to

9    publish in advance of it becoming final.  But this

10   presentation that you are quoting from is not an

11   official document.

12   Q.    Is it your testimony that the draft assessment

13   says that chance, bias, and confounding could be ruled

14   out by Health Canada?

15   A.    No, that's not my testimony.

16   Q.    Let me ask you -- and I have one topic after

17   this, the Taher study.

18         Could we go to the next slide before I turn to

19   that.

20         Funding source, it says for this document that

21   it was done at the request of Health Canada; does it

22   not?

23   A.    Yes.

24   Q.    Now, to the Taher study.  This is Exhibit A 137.

25   This is Dr. Krewski's has-yet-to-be, peer-reviewed

1  article.  I would like to direct your attention to

2  page 42.  You've read this.  Right?

3  A.    Yes.

4  Q.    Midway down this paragraph there is a sentence

5  that says:

6        "This latter review process provides some

7  insights concerning possible mechanisms of talc

8  toxicity including oxidative stress, immune system,

9  altercations, and inflammatory responses.  However, it

10 also indicates that talc is not genotoxic."

11       Did I read that correctly?

12 A.    Yes, you did.

13 Q.    It goes on to say:

14       "In total, the epidemiology studies suggest

15 that perineal exposure to talc power is a possible

16 human ovarian carcinogen, but there are concerns that

17 the actual exposure experienced by these women over

18 the 40 to 50 years is not well understood."

19       Did I read that right?

20 A.    Yes, you did.

21 Q.    The analysis of the Taher authors was, all

22 things considered, talc is not genotoxic.  Correct?

23 A.    This one paragraph is taken out of context.

24 Taher goes on to do some significant explaining of

25 these various things and to draw a synthesis.  This is

Carson/Cross/Mr. Williams

1438

1  a single study.  This is not the Health Canada report.

2  This is the Taher study that contributed to the Health

3  Canada report.

4  Q.    Understood.  But the Taher study, at least by

5  its own terms, says that the data indicates that talc

6  is not genotoxic.  Right?

7  A.    That you have the review that was done that

8  indicated it was those things but not genotoxic.

9  Q.    Last topic, very quickly.

10        You testified earlier today in the context of

11  heavy metals, whether they can be a carcinogenic.  You

12  testified that the fact that heavy metals are

13  carcinogenic in one type of tissue raises suspicion

14  that the same mechanism would operate in ovarian

15  tissue.  Do you remember that testimony?

16  A.    Yes.

17  Q.    And you said, and I'm quoting:

18        "It raises the suspicion of cancer.  We can

19  assume the same mechanism can operate in ovarian

20  tissue."

21        Do you remember saying that?

22  A.    Yes.

23  Q.    That's total speculation on your part; is it

24  not?

25  A.    No, that's general toxicological principle.

Carson Cross/Mr. Williams

1439

1    Q.    There are different cancers that may be

2    associated with different chemicals or agents.

3    Correct?

4    A.    That's correct.

5    Q.    And you can have an agent that is a carcinogen

6    or a probable or possible carcinogen for one type of

7    cancer, but not for another type of cancer.  Correct?

8    A.    You are asking me if you can have an agent that

9    is causal for one type of cancer but not for another

10   type of cancer?

11   Q.    Correct.

12   A.    Of course.

13   Q.    You can have an agent or a chemical that is a

14   carcinogen for one route of exposure for a chemical or

15   agent but is not carcinogenic for a different route or

16   exposure.  Correct?

17   A.    That's correct.

18   Q.    So the fact that heavy metals could be

19   associated with a particular type of cancer does not

20   tell us whether or not it is a root of exposure for

21   cancer with regard to other types of tissue.  Correct?

22   A.    I believe the term I used was it raises

23   suspicion that the same mechanism can operate in

24   another tissue including ovarian epithelial tissue.

25   Q.    And raising suspicion is not the equivalent of a

Carson-Redirect/Ms. O'Dell

1440

1    causal connection.  Right?

2    A.    That's correct.

3          MR. WILLIAMS:  No further questions at this

4    time.

5          THE COURT:  Great.  Thank you.

6          THE DEPUTY CLERK:  All rise.

7          (Recess.)

8          (Short recess.)

9          (In open court._)

10         THE DEPUTY CLERK:  All rise.

11         THE COURT:  Thank you.  Everyone may be

12   seated.

13         Ms. O'Dell.

14

15   **ARCH CARSON**, resumed.

16

17   REDIRECT EXAMINATION

18   BY MS. O'DELL:

19   Q.    Dr. Carson, first I'm going to turn to your

20   deposition.  Mr. Williams read from your deposition

21   quite a bit and maybe failed to include all the

22   pertinent portions, from my perspective, at least.

23         Mr. Williams read a number of passages from

24   page 298 through 299.  If we go to the bottom of page

25   299, line 18, there was a question and you were

Carson - Redirect/Ms. O'Dell

1441

1   talking in that regard in terms of line 11:

2            "QUESTION:  There are ways to study whether

3   two toxins combined increase a risk more than exposure

4   to a single toxin, whether one offsets the risk of one

5   of the toxins or whether you multiply them.  Right?

6            "ANSWER:  Yes.

7            "QUESTION:  Has any such study ever been done

8   with regard to talc and heavy metals that you identify

9   in your report?

10           "ANSWER:  Not specifically a study to look at

11  the combined contribution, but we know a lot about the

12  mechanism of action of the metals in particular in the

13  microenvironment; and based on what we know about the

14  mechanism of action of talc as well as even asbestos,

15  they are all similar, and, for that reason would be

16  expected to be additive."

17           Is that your testimony, Doctor?

18  A.     It is.

19  Q.     If you turn your attention, now, Dr. Carson, I

20  think you have your deposition in front of you,

21  Mr. Williams read from page 198 and, specifically, he

22  read from beginning at line 8 of 198.  It says:

23           "QUESTION:  If talcum powder migrates from the

24  perineal region to the ovaries, shouldn't exposure to

25  talc be far greater in concentration in the rectal,

Carson - Redirect/Ms. O'Dell

1442

1  vulvar, vaginal, cervical and uterine tissues, which

2  are closer to the initial exposure?

3      "ANSWER:  Well, the acute exposure would be

4  greater."

5      And on page 199, starting on line 8.

6      "QUESTION:  Well, in fact, there would be

7  chronic exposure.  So if we're dealing with, as you

8  described in the very beginning, which you were asked

9  to look at the habitual use of talcum powder that

10  would create exposure on a chronic basis to the rectal

11  area and tissues, vulvar, vaginal, cervical and

12  uterine tissues.  Is that right?

13      "ANSWER:  I suspect if one doesn't bathe, that

14  would be more of an issue, but most people bathe

15  regularly as well."

16      You said that earlier today when Mr. Williams

17  said maybe you weren't accurate in your deposition

18  testimony.  But were you accurate.

19  A.    Yes, that was my testimony.

20      MR. WILLIAMS:  Your Honor, I object to the

21  characterization of what I did.  I read from the

22  transcript.

23      MS. O'DELL:  My apologies.

24      THE COURT:  Understood.  You're all so polite.

25  Lovely.  Okay.

Carson - Redirect/Ms. O'Dell

1443

BY MS. O'DELL:

Q.    You were also asked a number of questions today and actually reminded of your deposition testimony, Dr. Carson, regarding the amount of metals contained in Johnson's Baby Powder and Shower To Shower.  Do you remember those questions?

A.    Yes, I do.

Q.    And is it necessary to reach your opinions to know the exact amount of metal in talcum powder?

A.    It's not necessary because these metals act as catalysts, and very small minute amounts of them have the full force and effect in distant tissues.

Q.    Does the presence of heavy metals, such as nickel, chromium, and cobalt provide evidence of a biologically plausible mechanism for the way talcum powder can cause ovarian cancer?

A.    It provides evidence of part of the mechanistic process of carcinogenesis in the ovaries.

Q.    Does it contribute to your opinion that it is biologically plausible that genital use of talcum powder causes ovarian cancer?

A.    Absolutely.

Q.    Would that also be true of the presence of asbestos in talcum powder?

A.    Yes.

Carson - Redirect/Ms. O'Dell

1444

1    Q.    Why?

2    A.    Because asbestos is a recognized carcinogen in

3    particular for the ovaries, and if it is a component

4    of an exposure we know that it will have an effect if

5    that exposure reaches the ovaries.

6    Q.    Is it your opinion, based on the evidence that

7    you've looked at both in animals and humans, that

8    talcum powder products and all the constituents

9    contained in those products can reach the ovary?

10   A.    Yes.

11   Q.    And does the fact that the components of the

12   product can reach the ovary and the fallopian tubes,

13   of course, and they contain carcinogens like fibrous

14   talc, does that add to your opinion that it is

15   biologically plausible that talcum powder products can

16   cause ovarian cancer?

17   A.    It supports that opinion.

18   Q.    You were asked a number of questions about the

19   Taher meta-analysis just at the end of Mr. Williams'

20   cross-examination.

21         MS. O'DELL:  General Causation Opposition

22   Exhibit No. 63 for the plaintiffs.

23   Q.    If you look at page 49, was this meta-analysis

24   paid for by Health Canada?

25   A.    In part this is supported by Health Canada.

Carson-Redirect/Ms. O'Dell

1445

1    Q.    This is not a document that was a product of the

2    regulatory agency Health Canada.  Is that fair?

3    A.    Well, it was commissioned by Health Canada.

4    Q.    But it is the product of those authors that have

5    written this meta-analysis.  Is that a fair statement?

6    A.    Yes, that's correct.

7    Q.    And in terms of the PowerPoint that you were

8    shown that was prepared by Dr. Daniel Krewski, do you

9    recall being asked questions about that PowerPoint?

10   A.    Yes, I do.

11   Q.    Mr. Krewski was not acting on behalf of Health

12   Canada when he issued that PowerPoint or gave that

13   presentation?

14         MR. WILLIAMS:  Lacks foundation, your Honor.

15   A.    Not to my knowledge.

16         THE COURT:  His answer picked up on that.

17   Thank you.

18   Q.    Now, let me turn my attention to the Health

19   Canada screening assessment.  It's plaintiffs general

20   causation opposition Exhibit No. 56.  You were asked a

21   number of questions about the causal assessment.

22         Does this document contain a systematic review

23   of the epidemiologic literature?

24   A.    Yes, it does.

25   Q.    Does it contain a comprehensive review of the

Carson-Redirect/Ms. O'Dell

1446

1  cell studies that are relevant to the question of

2  whether talcum powder causes inflammation?

3  A.    Those that were available at the time that this

4  was prepared, yes.

5  Q.    And in addition, does it also contain a thorough

6  analysis of the animal studies that provide evidence

7  regarding talcum powder causing inflammation?

8  A.    Yes, it does.

9  Q.    In fact, Dr. Carson, if you'll turn to page 15

10  of the assessment, you will see at the bottom of the

11  page they do an analysis of the animal studies.  Do

12  you see that?

13  A.    I do.

14  Q.    And did you review this in preparation for your

15  deposition and your testimony here today?

16  A.    Yes.

17  Q.    And, of course, this screening assessment was

18  not available to you at the time of your expert

19  report.  Is that correct?

20  A.    That's correct.

21  Q.    And the authors of this analysis, at the bottom

22  of page 15, also walk through some of the same animal

23  studies that Mr. Williams asked you about today.

24  Correct?  See that Hamilton and the Keskin papers?

25  A.    I do.

Carson - Redirect/Ms. O'Dell

1447

1    Q.    Is their evaluation of both the Hamilton and

2    Keskin papers similar to your evaluation that they

3    provide evidence that talc causes chronic

4    inflammation?

5    A.    Yes, somewhat similar.

6    Q.    Let me also ask you, while you have the Health

7    Canada document in front of you -- I was going to ask

8    you about pages 16 and 17.  You were asked questions

9    about studies -- I think it was Green and Harlow on

10   page 17, and you were asked about the specific

11   findings of those studies.

12          Do you recall those questions?

13   A.    I do.

14   Q.    Would it be fair to say those studies and the

15   data presented from those studies are a snapshot in

16   time?

17   A.    Absolutely.

18   Q.    In particular, those studies were in 1997 and

19   1989, and there has been extensive data published

20   since that time.  Fair?

21   A.    Yes.

22   Q.    And would it be more appropriate in terms of

23   trying to evaluate the body of evidence,

24   epidemiological evidence, that has been published

25   regarding the genital use of talc and ovarian cancer,

Carson-Redirect/Ms. O'Dell

1448

1   to look at some of the more recent meta-analyses, like

2   Penninkilampi or Berge?

3   A.    Yes.

4   Q.    Let's pull up the biologic plausible paper you

5   were asked about shortly after lunch, Exhibit No. 63.

6         Do you have it?

7   A.    I do.

8   Q.    Do you recall being asked questions about this

9   paper specifically, doesn't it mention talc?  Do you

10  recall that line of questioning?

11  A.    I do recall that line of questioning, and I

12  can't tell you without reviewing this paper whether or

13  not it does mention talc.  But the upshot of the paper

14  is foreign bodies in general, not specifically talc or

15  any other thing.

16  Q.    And, certainly, talc would be a foreign body.

17  Correct?

18  A.    Yes.

19  Q.    Is talc a particulate similar to, in some

20  instances, asbestos or some of the other particulates

21  mentioned in this paper?

22  A.    Yes.

23  Q.    And was the purpose -- what was the purpose for

24  you citing this paper in your expert report?

25  A.    The reason I cited it was because I used it as

Carson-Redirect/Ms. O'Dell

1449

1    an example of scholarly opinion regarding the effects

2    of foreign bodies on tissue and the production of

3    inflammation and potentially carcinogenesis.

4    Q.    You were asked a series of questions about the

5    cohorts in relation to your report and whether you

6    considered the cohort studies in reaching your

7    opinions.

8           Did you review the cohort studies in preparing

9    for your expert opinion?

10   A.    I did.

11   Q.    And did you -- does the fact that -- let me

12   strike that and ask you this:

13          Does the fact that you didn't cite them in

14   your expert report in any way undermine your

15   consideration of them?

16   A.    No, it doesn't.  I only cited things that

17   contributed significantly to my opinions in the

18   report.

19   Q.    You were asked questions as well, Dr. Carson,

20   about a legal decision, a Daubert decision in which

21   you provided expert testimony that was not admitted at

22   trial.  Do you recall that line of questions?

23   A.    Yes.

24   Q.    Would you just explain briefly the opinion you

25   expressed in the case and the circumstances.

Carson-Redirect/Ms. O'Dell

1450

1   A.    Well, this was a case of an inmate in the Texas

2   correctional system who worked in a prison that had a

3   stainless steel production shop, and he worked as a

4   stainless steel welder doing what's called TIG

5   welding, which is tungsten inert gas welding over a

6   period of more than a decade.  I think it was

7   16 years.  He developed throat cancer and died.  I was

8   asked to look at the case and to render an opinion

9   regarding the cause of his death and whether or not it

10  was influenced by the job that he was doing.

11        I investigated the job and the circumstances,

12  determined that he was provided no personal protection

13  equipment for the respiratory system, that there was

14  improper ventilation in the work area, that he was

15  using thoriated tungsten welding rods which contained

16  2 percent of radioactive thorium, and that this

17  thorium was going up into the air in his breathing

18  zone all the time that he was welding in the form of

19  metal oxide called thorium oxide.

20        I looked up literature on this subject,

21  determined that there was very little specific

22  information regarding the health effects of inhaling

23  thoriated tungsten welding rod exhaust, but I was able

24  to find a large body of literature on another form of

25  administration of thorium oxide, a medical device

Carson - Redirect/Ms. O'Dell

1451

1   called Thorotrast, which is a radiology contrast agent

2   that was used extensively in the 1940s and '50s, which

3   was thorium oxide injected intravenously to light up

4   areas of tissues where the circulation went.  It was

5   also used in gastrointestinal studies for radiology

6   and patients receiving that developed a myriad of

7   cancers at the sites where this thorium oxide

8   concentrated and stayed, and I could use the term

9   sequestered, as I did earlier today.

10          The State put up a witness who was -- my

11   opinion was that thorium located in the throat at the

12   site of the initiation of his cancer caused genetic

13   change that progressed into a tumor which ultimately

14   killed him.

15   Q.   Was your opinion in that case a case specific

16   opinion?

17   A.   It was a case specific opinion regarding this

18   man.

19   Q.   And in the present matter, have you been asked

20   to give any case specific opinions about specific dose

21   or exposures to any individual patient?

22   A.   Well, Mr. Williams asked me a couple of

23   questions referring to a woman, which I answered in a

24   different way, but, no, I haven't responded to any

25   questions about a particular person.

Carson - Redirect/Ms. O'Dell

1452

1   Q.    And in terms of your general causation opinions,

2   do you need to know a specific amount of talcum powder

3   that has reached the ovary in order to render your

4   opinions in this case?

5   A.    No, I don't.

6   Q.    And why is that?

7   A.    Because I know if any gets there, it will stay

8   there a very long period of time, and if more is

9   coming along all the time, that amount of talc will

10  build up in the ovaries over time and is likely to

11  produce a problem, inflammation at a minimum, and in

12  some people ovarian cancer.

13  Q.    You were asked some questions on Carson 508 by

14  Mr. Williams.  It was a one-page report entitled, "The

15  Lack of Ovarian Effect of Lifetime Talc Exposure in

16  F-344/in Rats and Mice" with a number?

17         Do you recall those questions, Dr. Carson?

18  A.    Yes, I do.

19  Q.    Mr. Williams asked you a series of questions

20  regarding the potential effects of talc on the ovary

21  in this particular study.  Do you recall those

22  questions?

23  A.    I do.

24  Q.    Do rats have bursas?

25  A.    They do.

Carson - Redirect/Ms. O'Dell

1453

1    Q.    What's a bursa?

2    A.    It's a sac that surrounds the ovaries on one

3    side and essentially provides a special isolated

4    chamber for the ovaries in rodent species.

5    Q.    Would the presence of the bursa in the anatomy

6    of the rat at least in part explain why you saw no

7    effect in the ovary?

8    A.    It makes rats very different, very different

9    from humans in terms of the reproductive anatomy, and

10   it makes extrapolation of rodent evidence very

11   difficult for humans.

12        MS. O'DELL:  Can you pull up the PowerPoint,

13   please, and specifically the meta-analysis slides.

14   Q.    Dr. Carson, looking at this data from the

15   meta-analysis and pooled studies, you were asked a

16   series of questions by Mr. Williams regarding whether

17   the epidemiologic data showed a weak association or a

18   moderate association.  I'm sure you remember those

19   questions.

20        What does the actual data show regarding the

21   association between genital talc use and ovarian

22   cancer?

23   A.    Well, these meta-analyses, including the Terry

24   pooled analysis, universally show a statistically

25   significant positive risk ratio associated with talcum

Carson-Redirect/Ms. O'Dell

1454

1  powder use and the development of ovarian cancer, and

2  that the magnitude of that increased risk is about

3  1.3.

4  Q.    Let's now turn to the Penninkilampi study, if we

5  can.

6        MS. O'DELL:  Thank you, your Honor.  I'm

7  getting close.

8        THE COURT:  Fine.

9  Q.    If you'll turn to Table 1 on page 5.

10       MS. O'DELL:  For the record, I think this is

11  Exhibit 62 for the plaintiffs.

12  Q.    Dr. Carson, does this table show a

13  dose-response?

14  A.    It does show a dose-response relative to the

15  number of total applications applied by women which

16  was a method of assessing quantity of exposure.

17  Q.    Would you now turn to the Ness paper.  You were

18  asked questions about the Ness paper.  You cited it

19  and went through it during your presentation this

20  morning.  Ness 99.

21        On page 4 of the Ness paper, you see it's page

22  4 of ten, right above the section dealing with

23  endometriosis.  You were shown this by  Mr. Williams,

24  and we went through it this morning.  It has the

25  diagram of carcinogenesis that we walked through.  If

Carson - Redirect/Ms. O'Dell

1455

1    you look on page 4 of the paper, you see it says:

2           "Nevertheless, the consistency of an

3    association between talc use and ovarian cancer in a

4    series of well-conducted studies of varying designs

5    suggests that talc use may represent another

6    environmental exposure that enhances epithelial

7    inflammation and thereby either initiates or promotes

8    ovarian carcinogenesis."

9           Is that consistent with your opinion,

10   Dr. Carson?

11   A.    Yes, it is.

12          MS. O'DELL:  Can I have the summary of opinion

13   slide.

14   Q.    Dr. Carson, you were asked a series of questions

15   about your reliance on Dr. Longo's testing regarding

16   the presence of asbestos in fibrous talc.  Do you

17   recall those questions?

18   A.    Yes, I do.

19   Q.    You testified also that you relied on internal

20   documents or corporate documents regarding test

21   results.  Did you consider, in addition to those two

22   types of evidence, published literature regarding the

23   presence of asbestos and fibrous talc in talc

24   deposits?

25   A.    Yes.

Carson - Redirect/Ms. O'Dell

1456

1  Q.    And if Dr. Longo's report were not admitted in

2  this case -- and I can say I don't expect that, but I

3  want to ask hypothetically if that were to happen,

4  would it change any of your opinions?

5  A.    It would not change any of the opinions shown on

6  this slide.

7        MS. O'DELL:  I have one more question, your

8  Honor.

9        THE COURT:  You are doing fine time-wise.

10 Q.    I'm going to go back to Penninkilampi because I

11 realized I had forgotten something.  You were asked

12 questions about heterogeneity in relation to the

13 epidemiologic literature.  And turning to page 7 --

14 it's page 46 of the publication, at the bottom right

15 there on the left side, did Penninkilampi address

16 heterogeneity, Dr. Carson?

17 A.    Yes, they did, and they showed that or they

18 stated that, "none of the analyses in this review had

19 statistically significant heterogeneity except for

20 nonperineal application which indicates consistency in

21 the direction and magnitude of the effect size between

22 individual studies and strengthening the reliability

23 of the pooled effect sizes."

24        Essentially, they were saying heterogeneity

25 was not an issue in this analysis.

1457

1   Q.    Dr. Carson, let me transition to another topic

2   but back to Health Canada.  Did Health Canada conclude

3   there was a causal relationship between the general

4   use of talcum powder and ovarian cancer?

5   A.    They stated that in their report that further

6   available data are indicative of a causal effect.

7   Q.    And did they do a comprehensive review of the

8   data?

9   A.    They did.

10  Q.    Was the precautionary principle that you were

11  asked about by Mr. Williams, is that a regulatory

12  concept?

13  A.    It is a regulatory concept.  This report is all

14  based on science.

15  Q.    And the fact that Health Canada operates with a

16  precautionary principle does not undermine the

17  scientific conclusion they reached in the assessment.

18  Is that fair?

19  A.    That's correct.

20  Q.    Last, you were asked a number of questions about

21  dose, dose of metals, dose of fragrance, dose of

22  fibrous talc in asbestos in talcum powder products.

23        Did you consider dose in terms of the use of

24  the product for duration and frequency?

25  A.    Yes.

Carson-Redirect/Ms. O'Dell

1458

1    Q.   Let me ask you a follow-up question.  Why was it

2    not necessary for your opinion to evaluate the dose of

3    individual components?

4    A.    Well, the individual components are just that,

5    they are components; and if you look at talcum powder

6    as a unit of exposure, those components will be in it

7    wherever it goes.  And so a dose calculation or a dose

8    estimate is always useful and helpful.  But absent

9    specific dose measurements that are frequent and

10   reliable, we often will use surrogates such as

11   frequency and duration in very much the same way for

12   cigarette exposure; we use something like pack years,

13   and this is a very useful and well tried and accepted

14   principle of how to do dosing in epidemiology.

15   Q.   And in the context of cigarette smoking, it's

16   universally accepted cigarette smoking causes lung

17   cancer.  Fair?

18   A.    I think it is fairly universally accepted at

19   this point.

20   Q.   Yet there is no individual dose calculation of

21   nicotine or any of the other chemicals that might

22   contribute to the carcinogenicity of those products?

23   A.    That's correct.

24   Q.    Is it your opinion that the existence or the

25   presence of heavy metals, fibrous talc, asbestos,

Carson - Recross/Mr. Williams

1459

1   contribute to the biologic plausibility of genital

2   talc use causing ovarian cancer?

3   A.    That is my opinion.

4        MS. O'DELL:  I have nothing further, your

5   Honor.

6        THE COURT:  Thank you.

7        MR. WILLIAMS:  Can I have a few minutes, your

8   Honor?

9        THE COURT:  Come on up.

10

11  RECROSS-EXAMINATION

12  BY MR. WILLIAMS:

13  Q.    Doctor, I would like to start with the

14  Penninkilampi study.  This is the slide that you went

15  over with Ms. O'Dell earlier today.  Correct?

16  A.    I believe so, yes.

17  Q.    It was part of your presentation.  Right?

18  A.    Yes.

19  Q.    Here at the bottom there is a reference to the

20  confirmation of an association in cohort studies

21  between perineal use of -- perineal talc use and

22  serous invasive ovarian cancer is suggestive of a

23  causal association?

24        Correct?

25  A.    That's correct.

Carson - Recross/Mr. Williams

1460

1    Q.    That is a sentence that makes a specific

2    reference to data concerning serous invasive ovarian

3    cancer.  Correct?

4    A.    That's right.

5    Q.    We talked about how the Penninkilampi study did

6    not consider the Gates 2010 study.  Right?

7    A.    That's correct.

8    Q.    It did not consider the Gates 2008 study.

9    Correct?

10   A.    Right.

11   Q.    And you know that both of those studies found

12   that whatever impact there was to serous invasive

13   ovarian cancer in the earlier Gertig study went away

14   over the course of those eight to 10 years.  True?

15   A.    Not necessarily.  As I mentioned before,

16   although the Gates studies were reanalysis of the same

17   cohort that was included in the Gertig study, it was a

18   different study with a different design, and the

19   population base was different as well.  So I don't

20   think you can come to that conclusion that the effect

21   went away over the intervening time period.

22   Q.    But you and I can agree that the reference here

23   in Penninkilampi to data being suggestive of a causal

24   association does in fact refer to data concerning

25   serous invasive ovarian cancer in particular.

Carson - Recross/Mr. Williams

1461

1    Correct?

2    A.    Yes, that's correct.

3    Q.    So you and I can disagree about the import of

4    the later studies by Gates in 2008 and 2010, but the

5    fact is that Penninkilampi does refer to serous

6    invasive in particular.  Correct?

7    A.    Yes.

8    Q.    Now, one of the other studies that you looked at

9    is the Berge study and you know the Berge study did

10   include the data from the Gates 2010 study.  Right?

11   A.    That's correct.

12   Q.    And when it looked and included the data from

13   the Berge -- from the Gates 2010 study, the conclusion

14   that was reached in the Berge study was --

15           MR. WILLIAMS:  Can we pull up Exhibit A 11,

16   page 10, which is the final page of the Berge study.

17   Q.    (Continuing) -- we do know that the conclusion

18   that was reached in Berge in that last sentence that

19   is on your screen, was that once the data included

20   Gates 2008 -- excuse me -- included Gates 2010, they

21   concluded:

22           "Several aspects of our results including the

23   heterogeneity of results between case-control and

24   cohort studies, however, do not support a causal

25   interpretation of association."

Carson - Recross/Mr. Williams

1462

1    That was the conclusion in Berge.  Correct?

2    A.    That was their final sentence, yes.

3    Q.    And Berge did include the later studies after

4    Gertig 2000?

5    A.    Yes, that's correct.  But in the highlighted

6    section at the beginning of your display there, it

7    says, "their meta-analysis identified a small but

8    statistically significant association between genital

9    talc use and risk of ovarian cancer.  However, this

10   association was limited to the serous histologic type

11   and the case-control studies."

12   So they came to the same overall conclusion

13   looking at slightly different data.

14   Q.    That's not true, is it, Doctor?  This refers to

15   the case-control studies in that sentence you pointed

16   to, not the cohort studies.  Right?

17   A.    The cohort studies were, however, included in

18   that analysis.

19   Q.    Not in that sentence you just read.

20   THE COURT:  The first sentence is what he's

21   suggesting to you.  The first sentence was listed as

22   case-control study.  The last sentence he read

23   includes both.

24   Q.    Correct?

25   A.    Correct.

Carson - Recross/Mr. Williams

1463

1    Q.    Different topic.

2          Counsel placed up Exhibit A 58, which was the

3    analysis by Health Canada, and she directed you to

4    page 21 and the animal studies.  Do you remember that

5    just now?

6    A.    Yes.

7    Q.    A 58, page 21.

8          At the very bottom of the page, the last line

9    refers to the Hamilton study, 1984, and it carries

10   over to the next page.  Right?  At the top of the next

11   page, page 22, there is a reference to Keskin 2009.

12   Right?

13   A.    That's correct.

14   Q.    You and I went through Hamilton 1984 and Keskin

15   2009 today.  Right?

16   A.    That's correct.

17   Q.    What Health Canada concluded with respect to the

18   animal studies is in that next sentence where it says:

19         "No chronic or carcinogenicity animal studies

20   on perineal exposure of talc were located in the

21   literature."

22         That's a true statement.  Correct?

23   A.    Yes.

24   Q.    You have not located any.  Correct?

25   A.    No, I haven't.

Carson - Recross/Mr. Williams

1464

1  Q.    And you were asked some questions about the
2  Boorman study that I showed you earlier today.  Do you
3  remember that?
4  A.    Yes.
5  Q.    And you pointed out that rats have bursa sacs
6  around the ovaries?
7  A.    That's correct.
8  Q.    And you do remember we discussed Hamilton where
9  the scientists injected the ovaries through the sac
10 and into the ovary itself.  You remember that, right?
11 A.    I think it was into the bursal sac itself, not
12 into the ovaries.
13 Q.    The ovaries are inside the bursal sac.  Correct?
14 A.    Yes.
15 Q.    And so once the bursal sac is pierced, one is
16 within the ovaries.  Correct?
17 A.    No.  There is a space between the sac membrane
18 and the ovaries themselves.
19 Q.    Once the scientists in the Hamilton study
20 injected those bursal sacs with talcum powder, there
21 was no evidence of carcinogenicity in the animals.
22 Correct?
23 A.    They did not interpret it as carcinogenicity.
24 They noted the development of papillae.
25 Q.    Doctor, you cannot point the Court to any study

1465

1   that indicates that once an ovary is subjected to

2   talcum powder, that there are carcinogenetic changes

3   in the ovary of any animal?

4   A.     I have not seen studies that have done that.

5   Q.     You were asked a question or two about the order

6   that affirmed a rejection of your testimony in the

7   Berleson matter from Texas.  Correct?

8   A.     Correct.

9   Q.     In that matter, is it true that the Circuit

10  Court -- that is, the Federal Appellate Court -- found

11  that because you had not conducted a mean exposure --

12  an estimation of mean exposure level, and did not do

13  an analysis of dose, that it was appropriate for the

14  Court to not permit your testimony?

15  A.     What the Court determined, based on testimony of

16  the State's witness, who was a health physicist, was

17  that the only relevant calculation for radiation

18  exposure was a whole body exposure calculation, which

19  I did not perform and that was the upshot of the

20  decision.

21  Q.     Let's look very quickly here at the order.  This

22  is Carson 507.

23         You see in the middle of page 12 of the order

24  there is a reference:

25         "Dr. Carson is even quoted affirming in his

1466

own scholarly papers that, quote, an important step in
studies relating to worker health and industrial
exposure is the estimation of mean exposure level."

That's a quote from your paper.  Is that
correct?

A.    That's correct.

Q.    That's the same paper you that I went over at
the beginning of your cross-examination today?

A.    That's correct.

Q.    And the Court concluded because of that failure
your testimony should not be permitted.  Correct?

MS. O'DELL:  I object.  To the degree he
understands the underlying facts is one thing.  The
legal analysis I don't think is appropriate to be
asked about.

THE COURT:  We're not getting into the legal
analysis.  He was trying to distinguish what the court
actually did in his own testimony a moment ago as to
what he understood was done.

We'll move on.

BY MR. WILLIAMS:

Q.    Last point:  Do you remember, Doctor, that the
Court concluded -- that the Magistrate Judge found
that your opinion was based on "speculation, guesswork
and conjecture to support your theory."

1467

1        The Magistrate Judge based his conclusion on

2    the fact "Dr. Carson failed to conduct a dose

3    assessment.  There was no scientific evidence linking

4    thoriated welding electrodes to lung or throat cancer,

5    and the studies Dr. Carson did rely on concerned

6    Thorotrast."

7        Do you remember that portion of the order?

8    A.    Yes.

9        MR. WILLIAMS:  No further questions.

10       MS. O'DELL:  One question, your Honor?

11       THE COURT:  Yes.

12

13   FURTHER REDIRECT EXAMINATION

14   BY MS. O'DELL:

15   Q.    Dr. Carson, you were asked questions again about

16   the decision from the Court of Appeals in Texas.  Is

17   there credible evidence connecting the genital use of

18   talcum powder with ovarian cancer?

19   A.    Yes, there is.

20       MS. O'DELL:  I have nothing further.

21       THE COURT:  Thank you.  You're excused.

22       (Witness excused.)

23       (Court adjourned at 4:50 p.m.)

24   ///

25

1468

**I N D E X**

**Proceedings**                                                    **Page**

        WITNESSES    Direct Cross   Redirect Recross

**Arch Carson, M.D.**

Ms. O'Dell            1258    --    1440,1467    --
Mr. Williams            -- 1317--     1459

1469

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1470

1    **C E R T I F I C A T E**

2

3       PURSUANT TO TITLE 28, U.S.C., SECTION 753, THE

4    FOLLOWING TRANSCRIPT IS CERTIFIED TO BE AN ACCURATE

5    TRANSCRIPTION OF MY STENOGRAPHIC NOTES IN THE

6    ABOVE-ENTITLED MATTER.

7

8       S/Vincent Russoniello
     Vincent Russoniello, CCR
9    Certificate No. 675

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1471

**'**

**'50s** [1] - 1451:2
**'asbestiform** [1] - 1272:17

**0**

**0.73** [1] - 1417:3
**08608** [1] - 1256:7

**1**

**1** [27] - 1273:3, 1273:5, 1273:14, 1310:2, 1319:24, 1324:5, 1324:25, 1325:13, 1341:12, 1352:22, 1356:23, 1357:5, 1357:6, 1360:2, 1368:1, 1374:7, 1376:5, 1381:5, 1395:20, 1396:5, 1397:8, 1406:19, 1429:16, 1430:13, 1430:21, 1432:17, 1454:9
**1.0** [1] - 1417:3
**1.10** [1] - 1430:8
**1.10-to-1.54** [1] - 1429:14
**1.25** [2] - 1277:8, 1422:22
**1.3** [7] - 1406:13, 1406:16, 1407:5, 1407:9, 1411:21, 1429:13, 1454:3
**1.73** [1] - 1430:10
**1/2** [1] - 1373:25
**10** [12] - 1296:9, 1333:16, 1340:5, 1341:13, 1361:24, 1369:2, 1373:25, 1386:3, 1396:11, 1413:18, 1460:14, 1461:16
**100** [1] - 1302:9
**105** [4] - 1301:14, 1301:17, 1392:7, 1392:24
**109** [1] - 1419:13
**11** [11] - 1366:18, 1374:12, 1375:2, 1412:24, 1413:10, 1413:19, 1418:5, 1418:7, 1422:15, 1441:1, 1461:15

**11:30** [1] - 1315:2
**12** [5] - 1327:4, 1356:4, 1372:19, 1465:23
**1258** [1] - 1468:10
**13** [1] - 1351:21
**1317** [1] - 1468:10
**137** [3] - 1267:14, 1431:10, 1436:24
**139** [3] - 1412:5, 1412:9
**14** [2] - 1350:19, 1410:20
**143** [1] - 1343:2
**1440,1467** [1] - 1468:10
**1459** [1] - 1468:10
**15** [5] - 1345:7, 1368:5, 1419:13, 1446:9, 1446:22
**150** [3] - 1344:22, 1345:7, 1345:8
**151** [1] - 1344:23
**152** [1] - 1345:8
**16** [6] - 1402:14, 1410:20, 1418:5, 1418:8, 1447:8, 1450:7
**16-MD-2738(FLW)(LHG** [1] - 1256:2
**168** [1] - 1351:21
**169** [1] - 1364:11
**17** [7] - 1364:11, 1402:2, 1402:13, 1402:14, 1428:10, 1447:8, 1447:10
**174** [1] - 1369:2
**175** [1] - 1366:18
**18** [3] - 1266:14, 1351:21, 1440:25
**180** [1] - 1320:12
**181** [2] - 1361:24
**18th** [1] - 1425:9
**1940s** [1] - 1451:2
**1948** [1] - 1298:5
**1952** [1] - 1298:10
**1961** [1] - 1279:24
**1965** [1] - 1311:1
**1979** [1] - 1280:2
**198** [4] - 1402:2, 1402:13, 1441:21, 1441:22
**1980s** [1] - 1275:19
**1981** [1] - 1272:7
**1984** [4] - 1280:9, 1298:14, 1463:9, 1463:14
**1985** [1] - 1324:2

**1988** [4] - 1383:4, 1383:11, 1383:17
**1989** [2] - 1430:8, 1447:19
**199** [1] - 1442:5
**1990** [1] - 1258:24
**1992** [1] - 1277:21
**1993** [1] - 1396:15
**1995** [1] - 1397:24
**1996** [3] - 1280:19, 1371:20, 1373:16
**1997** [3] - 1280:11, 1429:11, 1447:18
**1998** [2] - 1384:20, 1394:16
**1999** [3] - 1303:20, 1304:9, 1392:7

**2**

**2** [15] - 1321:23, 1350:19, 1376:7, 1381:15, 1391:1, 1391:9, 1392:24, 1395:20, 1406:19, 1406:20, 1407:14, 1412:8, 1412:25, 1450:16
**2.0** [1] - 1407:13
**20** [3] - 1286:22, 1368:5, 1416:5
**2000** [4] - 1415:21, 1419:20, 1420:9, 1462:4
**2001** [1] - 1303:24
**2006** [2] - 1433:11, 1436:2
**2007** [4] - 1284:12, 1289:1, 1380:12, 1380:19
**2008** [3] - 1460:8, 1461:4, 1461:20
**2009** [4] - 1312:23, 1389:21, 1463:11, 1463:15
**2010** [17] - 1272:14, 1289:5, 1303:22, 1370:1, 1415:17, 1419:22, 1420:1, 1420:3, 1420:8, 1420:10, 1431:23, 1434:3, 1460:6, 1461:4, 1461:10, 1461:13, 1461:20
**2012** [3] - 1272:25,

**1356:17, 1357:7
**2013** [3] - 1278:3, 1412:3, 1412:6
**2014** [1] - 1419:19
**2016** [3] - 1312:23, 1416:25, 1419:18
**2017** [1] - 1412:21
**2018** [6] - 1277:25, 1421:13, 1428:17, 1431:5, 1431:8, 1431:11
**2019** [3] - 1256:4, 1320:6, 1321:19
**21** [4] - 1321:19, 1377:21, 1463:4, 1463:7
**22** [5] - 1344:22, 1345:8, 1381:4, 1427:20, 1463:11
**23** [6] - 1259:6, 1364:11, 1377:1, 1378:23, 1429:7, 1429:10
**231** [1] - 1327:3
**232** [1] - 1327:4
**237** [1] - 1416:5
**239** [1] - 1411:14
**24** [5] - 1330:1, 1336:19, 1372:3, 1372:23, 1377:21
**240** [2] - 1340:20, 1340:23
**244** [1] - 1341:17
**245** [1] - 1341:18
**25** [2] - 1277:9, 1374:18
**253** [1] - 1410:20
**256** [1] - 1381:25
**28** [1] - 1470:3
**287** [1] - 1381:4
**288** [1] - 1381:5
**29** [2] - 1256:4, 1395:7
**298** [2] - 1350:18, 1440:24
**299** [3] - 1352:22, 1440:24, 1440:25
**2A** [1] - 1432:17
**2B** [10] - 1272:23, 1273:15, 1431:24, 1432:9, 1432:22, 1432:24, 1433:20, 1433:23, 1434:22, 1435:7

**3**

**3** [11] - 1264:18, 1321:17, 1369:2,

1372:16, 1372:17, 1372:18, 1373:8, 1377:1, 1378:23, 1381:21, 1435:15
**3,000** [9] - 1406:24, 1407:17, 1407:21, 1407:24, 1408:7, 1408:13, 1408:23, 1409:10, 1409:20
**30** [11] - 1259:20, 1275:17, 1288:22, 1340:11, 1341:1, 1395:8, 1406:10, 1408:7, 1408:18, 1409:19, 1410:4
**300** [3] - 1341:13, 1374:20, 1374:21
**309** [1] - 1357:9
**31** [2] - 1431:17, 1435:14
**319** [1] - 1295:18
**322** [1] - 1378:23
**325** [1] - 1333:15
**326** [1] - 1333:16
**349** [1] - 1377:1
**350** [1] - 1377:1
**354** [2] - 1329:24, 1336:18
**355** [2] - 1330:1, 1336:19

**4**

**4** [14] - 1330:2, 1336:19, 1361:24, 1374:14, 1379:25, 1380:1, 1381:18, 1386:16, 1393:24, 1394:11, 1433:10, 1454:21, 1454:22, 1455:1
**40** [2] - 1286:22, 1437:18
**402** [1] - 1256:7
**42** [1] - 1437:2
**423** [2] - 1434:4, 1434:23
**429** [1] - 1422:18
**45** [1] - 1353:9
**46** [1] - 1456:14
**49** [1] - 1444:23
**4:50** [1] - 1467:23

**5**

**5** [5] - 1266:17, 1355:4, 1373:2, 1383:7, 1454:9
**50** [1] - 1437:18
**506** [2] - 1324:1, 1325:13

**507** [1] - 1465:22
**508** [3] - 1394:24, 1395:21, 1452:13
**516** [2] - 1321:14, 1321:23
**517** [3] - 1431:2, 1431:18, 1435:12
**53** [3] - 1385:17, 1386:16, 1388:7
**56** [1] - 1445:20
**58** [4] - 1427:20, 1429:7, 1463:2, 1463:7
**588-9516** [1] - 1256:25

**6**

**6** [5] - 1256:5, 1344:23, 1345:8, 1366:18, 1388:7
**6-1** [2] - 1427:21, 1428:24
**60** [4] - 1372:12, 1372:17, 1373:8, 1377:21
**6000** [2] - 1340:11, 1341:1
**609** [1] - 1256:25
**62** [1] - 1454:11
**63** [2] - 1444:22, 1448:5
**675** [1] - 1470:9

**7**

**7** [7] - 1293:18, 1293:24, 1333:16, 1374:11, 1413:10, 1416:5, 1456:13
**70** [3] - 1340:18, 1357:4, 1430:10
**72** [3] - 1434:3, 1434:5, 1434:23
**73** [1] - 1368:5
**753** [1] - 1470:3

**8**

**8** [8] - 1327:4, 1396:23, 1402:2, 1402:13, 1403:13, 1403:22, 1441:22, 1442:5
**85** [1] - 1390:25

**9**

**9** [10] - 1352:22, 1355:3, 1374:3, 1374:4, 1379:24, 1395:7,

1403:14, 1403:22, 1418:5, 1433:10
**943** [1] - 1422:19
**95** [1] - 1429:5
**99** [2] - 1422:23, 1454:20

**A**

**ability** [6] - 1279:20, 1282:18, 1303:17, 1384:25, 1420:25, 1424:22
**able** [20] - 1276:10, 1281:23, 1282:23, 1289:16, 1292:14, 1312:18, 1312:20, 1333:21, 1333:25, 1334:3, 1334:10, 1335:13, 1352:12, 1353:2, 1355:22, 1361:14, 1378:19, 1422:10, 1422:11, 1450:23
**abnormalities** [1] - 1386:13
**ABOVE** [1] - 1470:6
**ABOVE-ENTITLED** [1] - 1470:6
**absence** [1] - 1425:2
**absent** [2] - 1316:9, 1458:8
**absolutely** [3] - 1322:5, 1443:22, 1447:17
**absorbant** [1] - 1263:1
**abstract** [6] - 1324:12, 1324:21, 1386:11, 1392:25, 1412:8, 1412:25
**academic** [1] - 1310:20
**accelerated** [1] - 1380:10
**accept** [1] - 1270:16
**accepted** [5] - 1270:19, 1332:13, 1458:13, 1458:16, 1458:18
**access** [1] - 1279:5
**accomplished** [1] - 1300:16
**according** [3] - 1328:15, 1331:14, 1345:14
**accumulated** [1] - 1312:23
**accuracy** [1] - 1393:19
**ACCURATE** [1] - 1470:4
**accurate** [6] - 1299:2,

1299:3, 1301:9, 1417:13, 1442:17, 1442:18
**accurately** [1] - 1299:16
**acknowledgements** [1] - 1388:9
**acknowledges** [1] - 1394:11
**act** [1] - 1443:10
**acting** [1] - 1445:11
**ACTION** [1] - 1256:2
**action** [7] - 1298:7, 1426:4, 1426:8, 1426:17, 1426:25, 1441:12, 1441:14
**activities** [7] - 1261:4, 1262:10, 1268:11, 1328:4, 1378:4, 1402:1, 1426:9
**activity** [4] - 1263:24, 1280:13, 1350:8, 1386:24
**acts** [1] - 1314:15
**actual** [3] - 1321:8, 1437:17, 1453:20
**acute** [3] - 1402:9, 1402:15, 1442:3
**add** [3] - 1302:17, 1305:18, 1444:14
**added** [5] - 1263:10, 1274:5, 1274:6, 1367:12, 1367:25
**addition** [7] - 1277:12, 1284:21, 1334:25, 1349:7, 1367:10, 1446:5, 1455:21
**additional** [3] - 1396:7, 1396:14, 1408:8
**additive** [1] - 1441:16
**address** [5] - 1287:18, 1297:20, 1378:18, 1395:16, 1456:15
**addressed** [4] - 1274:23, 1342:17, 1366:4, 1430:5
**adds** [2] - 1305:17, 1359:19
**adhesions** [1] - 1302:14
**adjourned** [1] - 1467:23
**administration** [2] - 1328:4, 1450:25
**Administration** [1] - 1282:2
**admission** [1] - 1411:2

1473

**admitted** [2] - 1449:21, 1456:1
**adopted** [1] - 1311:1
**advance** [1] - 1436:9
**advancing** [1] - 1332:15
**aerosolized** [1] - 1282:20
**affect** [2] - 1346:2, 1346:16
**affirmed** [1] - 1465:6
**affirming** [1] - 1465:25
**afternoon** [1] - 1352:8
**agency** [1] - 1445:2
**agent** [8] - 1287:6, 1288:4, 1289:25, 1439:5, 1439:8, 1439:13, 1439:15, 1451:1
**agents** [2] - 1323:9, 1439:2
**ago** [9] - 1303:4, 1320:6, 1327:23, 1335:3, 1391:23, 1407:12, 1407:16, 1419:10, 1466:18
**agree** [26] - 1288:2, 1319:9, 1319:11, 1319:15, 1334:14, 1339:23, 1351:6, 1351:13, 1351:23, 1352:2, 1355:22, 1359:2, 1360:19, 1375:10, 1384:8, 1392:21, 1397:24, 1401:17, 1407:4, 1409:4, 1418:1, 1418:18, 1419:4, 1419:8, 1429:23, 1460:22
**agreed** [2] - 1315:13, 1315:19
**ahead** [2] - 1259:3, 1371:17
**air** [5] - 1340:1, 1340:10, 1340:24, 1341:5, 1450:17
**airborne** [1] - 1320:15
**airways** [1] - 1285:8
**Akhtar** [2] - 1289:5, 1289:14
**al** [2] - 1382:4, 1429:11
**ALABAMA** [2] - 1256:12, 1256:12
**alleged** [8] - 1342:19,

1343:5, 1343:13, 1343:20, 1365:8, 1365:19, 1366:11, 1366:20
**allegedly** [1] - 1352:17
**ALLEN** [1] - 1256:11
**ALLISON** [1] - 1256:22
**allow** [3] - 1266:2, 1267:20, 1271:2
**allows** [2] - 1285:4, 1286:12
**allude** [1] - 1358:14
**alluded** [1] - 1369:21
**allusion** [1] - 1360:9
**almost** [2] - 1263:4, 1311:15
**alone** [2] - 1269:21, 1277:3
**alter** [1] - 1313:19
**altercations** [1] - 1437:9
**alternative** [6] - 1344:13, 1388:13, 1388:16, 1389:10, 1393:21, 1435:21
**alveolar** [1] - 1285:7
**amount** [35] - 1263:24, 1264:3, 1277:7, 1306:3, 1318:16, 1324:16, 1326:23, 1330:20, 1331:2, 1335:20, 1335:24, 1339:19, 1339:21, 1342:8, 1342:10, 1343:5, 1343:19, 1347:6, 1352:13, 1352:15, 1352:24, 1362:16, 1362:20, 1363:3, 1364:6, 1365:7, 1365:13, 1365:19, 1366:7, 1367:15, 1368:18, 1443:4, 1443:9, 1452:2, 1452:9
**amounts** [8] - 1274:6, 1306:21, 1307:9, 1362:22, 1363:11, 1367:22, 1368:7, 1443:11
**ample** [1] - 1398:11
**AN** [1] - 1470:4
**analogy** [4] - 1314:5, 1314:6, 1314:12, 1314:15
**analyses** [14] - 1277:13,

1277:18, 1277:19, 1278:1, 1326:10, 1418:25, 1419:2, 1421:13, 1422:7, 1425:2, 1425:3, 1448:1, 1453:23, 1456:18
**analysis** [53] - 1262:6, 1275:21, 1276:4, 1276:25, 1277:17, 1310:4, 1310:16, 1310:23, 1312:22, 1315:20, 1347:16, 1365:25, 1368:12, 1373:24, 1376:1, 1409:5, 1409:13, 1409:14, 1411:19, 1412:6, 1413:1, 1413:13, 1413:21, 1420:2, 1420:5, 1421:16, 1421:23, 1422:18, 1422:21, 1422:23, 1424:1, 1424:11, 1431:8, 1436:1, 1436:2, 1437:21, 1444:19, 1444:23, 1445:5, 1446:6, 1446:11, 1446:21, 1453:13, 1453:15, 1453:24, 1456:25, 1462:7, 1462:18, 1463:3, 1465:13, 1466:14, 1466:17
**analysts** [1] - 1345:23
**analysts's** [1] - 1346:15
**analytical** [2] - 1264:8, 1347:14
**analyze** [1] - 1417:21
**analyzed** [1] - 1419:15
**analyzing** [1] - 1332:3
**anatomical** [1] - 1398:14
**anatomy** [4] - 1400:22, 1405:7, 1453:5, 1453:9
**ancillary** [1] - 1378:4
**animal** [22] - 1281:5, 1281:9, 1281:15, 1297:19, 1297:23, 1297:25, 1301:19, 1359:5, 1379:17, 1379:18, 1379:23, 1383:5, 1385:13, 1394:2, 1394:21, 1446:6, 1446:11,

1446:22, 1463:4, 1463:18, 1463:19, 1465:3
**animals** [12] - 1287:16, 1358:23, 1359:7, 1380:8, 1383:19, 1390:12, 1390:15, 1394:22, 1398:9, 1434:8, 1444:7, 1464:21
**annual** [1] - 1408:5
**answer** [18] - 1269:2, 1304:24, 1304:25, 1308:19, 1309:17, 1318:8, 1347:8, 1348:1, 1352:3, 1353:5, 1360:11, 1361:14, 1363:3, 1390:17, 1402:14, 1407:17, 1410:9, 1445:16
**ANSWER** [37] - 1295:24, 1296:3, 1327:11, 1330:8, 1333:20, 1334:6, 1336:25, 1343:7, 1345:3, 1350:25, 1351:5, 1352:2, 1353:2, 1362:5, 1364:15, 1366:22, 1368:9, 1369:6, 1377:5, 1377:23, 1379:3, 1379:7, 1379:10, 1379:13, 1381:9, 1402:9, 1402:15, 1410:23, 1411:1, 1411:17, 1416:9, 1416:14, 1416:16, 1441:6, 1441:10, 1442:3, 1442:13
**answered** [1] - 1451:23
**antioxidant** [2] - 1289:9, 1289:19
**anus** [1] - 1399:14
**anytime** [1] - 1424:19
**anyway** [2] - 1265:19, 1276:14
**apologies** [1] - 1442:23
**apoptosis** [2] - 1289:19, 1290:5
**Appeals** [1] - 1467:16
**appear** [6] - 1266:18, 1294:19, 1299:22, 1299:24, 1301:9, 1385:9
**appearing** [1] - 1299:11
**Appellate** [1] - 1465:10

1474

**application** [17] - 1282:11, 1283:2, 1310:11, 1317:20, 1328:25, 1330:10, 1332:24, 1336:1, 1341:24, 1349:25, 1394:19, 1399:17, 1399:19, 1399:21, 1400:14, 1401:23, 1456:20
**applications** [3] - 1259:24, 1282:21, 1454:15
**applied** [10] - 1259:22, 1321:25, 1330:20, 1331:1, 1345:25, 1376:3, 1378:13, 1399:5, 1399:7, 1454:15
**applies** [2] - 1327:19, 1356:21
**apply** [1] - 1279:4
**applying** [1] - 1427:8
**approach** [8] - 1261:2, 1274:19, 1330:13, 1330:18, 1330:25, 1331:9, 1334:2, 1426:19
**approached** [1] - 1261:1
**approaches** [1] - 1325:16
**appropriate** [3] - 1447:22, 1465:13, 1466:14
**Arch** [4] - 1258:8, 1258:18, 1322:7, 1468:9
**ARCH** [5] - 1258:10, 1317:4, 1354:6, 1415:5, 1440:15
**area** [24] - 1267:21, 1268:7, 1268:21, 1278:16, 1279:5, 1307:3, 1331:20, 1336:1, 1370:19, 1376:17, 1399:18, 1399:23, 1400:21, 1401:21, 1401:24, 1402:8, 1403:9, 1403:10, 1414:11, 1420:2, 1442:11, 1450:14
**areas** [12] - 1300:19, 1304:19, 1305:9, 1320:12, 1320:16, 1332:9, 1386:8,

1386:24, 1402:22, 1403:6, 1426:11, 1451:4
**argue** [1] - 1268:13
**arguments** [1] - 1313:4
**arithmetic** [2] - 1325:21, 1325:24
**ARPS** [1] - 1256:18
**arrive** [1] - 1334:22
**arrived** [1] - 1408:2
**arriving** [2] - 1314:22, 1390:1
**arrows** [1] - 1295:9
**art** [2] - 1404:19, 1404:23
**article** [15] - 1280:11, 1298:4, 1298:10, 1303:20, 1303:22, 1303:23, 1303:24, 1304:5, 1304:10, 1321:19, 1324:3, 1392:9, 1395:6, 1437:1
**articles** [3] - 1303:19, 1371:4, 1371:7
**asbestiform** [16] - 1270:25, 1272:8, 1272:12, 1272:16, 1272:17, 1272:20, 1272:23, 1273:2, 1342:10, 1342:13, 1358:3, 1358:4, 1358:9, 1358:24, 1359:4, 1434:9
**asbestos** [87] - 1260:4, 1263:15, 1263:16, 1264:15, 1267:2, 1271:21, 1272:10, 1272:12, 1272:18, 1273:1, 1273:6, 1288:24, 1291:4, 1291:14, 1291:18, 1293:5, 1293:17, 1306:19, 1307:12, 1307:16, 1314:9, 1314:17, 1338:24, 1339:9, 1339:11, 1339:19, 1339:21, 1339:23, 1340:5, 1340:10, 1340:25, 1341:5, 1341:9, 1341:23, 1341:25, 1342:5, 1342:8, 1342:20, 1343:16, 1343:25, 1344:4, 1344:7, 1344:16, 1345:1, 1347:3, 1347:6,

1347:7, 1347:18, 1348:6, 1349:7, 1349:12, 1349:14, 1349:15, 1349:18, 1349:24, 1350:4, 1350:10, 1350:12, 1350:21, 1350:23, 1351:6, 1351:8, 1351:9, 1351:12, 1351:17, 1351:24, 1352:13, 1352:15, 1352:24, 1354:13, 1355:8, 1355:11, 1355:15, 1356:1, 1356:17, 1357:13, 1357:15, 1357:20, 1434:9, 1441:14, 1443:24, 1444:2, 1448:20, 1455:16, 1455:23, 1457:22, 1458:25
**ASHCRAFT** [1] - 1256:13
**aside** [2] - 1271:3, 1271:10
**aspect** [1] - 1306:18
**aspects** [1] - 1461:22
**assertion** [2] - 1408:13, 1412:21
**assessed** [1] - 1312:9
**assessing** [2] - 1262:13, 1454:16
**assessment** [37] - 1261:5, 1261:10, 1261:11, 1261:23, 1261:24, 1262:6, 1326:19, 1327:9, 1337:10, 1337:20, 1337:23, 1350:14, 1352:19, 1366:10, 1366:13, 1366:20, 1366:24, 1366:25, 1367:6, 1368:21, 1369:4, 1425:8, 1425:13, 1427:9, 1429:19, 1430:15, 1435:19, 1436:6, 1436:7, 1436:8, 1436:12, 1445:19, 1445:21, 1446:10, 1446:17, 1457:17, 1467:3
**assigning** [1] - 1432:12
**assist** [4] - 1275:6, 1277:17, 1327:18,

1327:21
**Associate** [1] - 1258:21
**associated** [11] - 1277:4, 1291:11, 1304:1, 1334:19, 1348:23, 1384:15, 1412:10, 1413:14, 1439:2, 1439:19, 1453:25
**associates** [1] - 1357:19
**association** [51] - 1282:11, 1311:3, 1311:7, 1314:20, 1315:23, 1315:25, 1349:13, 1349:20, 1354:24, 1355:8, 1355:15, 1405:16, 1405:19, 1405:24, 1406:3, 1406:17, 1406:23, 1407:1, 1407:6, 1407:9, 1409:6, 1409:11, 1410:1, 1411:21, 1412:22, 1413:2, 1413:22, 1413:25, 1414:6, 1416:7, 1424:20, 1424:24, 1427:24, 1429:20, 1430:3, 1430:16, 1430:19, 1430:24, 1434:19, 1435:20, 1453:17, 1453:18, 1453:21, 1455:3, 1459:20, 1459:23, 1460:24, 1461:25, 1462:8, 1462:10
**assume** [2] - 1309:14, 1438:19
**assuming** [4] - 1408:23, 1409:12, 1430:4, 1430:5
**assumption** [4] - 1408:14, 1408:16, 1409:14, 1409:25
**assure** [1] - 1261:20
**attack** [1] - 1292:1
**attempt** [4] - 1333:17, 1341:22, 1343:15, 1417:14
**attempted** [2] - 1312:20, 1342:19
**attempting** [4] - 1276:18, 1292:5, 1292:12, 1388:10
**attending** [1] - 1377:7

**attention** [17] - 1273:8, 1305:10, 1333:15, 1340:20, 1343:2, 1350:18, 1355:2, 1355:3, 1357:9, 1372:16, 1379:25, 1381:22, 1383:3, 1412:24, 1437:1, 1441:19, 1445:18
**attribute** [1] - 1388:10
**attributed** [1] - 1388:4
**attributing** [1] - 1388:17
**atypia** [3] - 1386:9, 1386:13, 1386:23
**Austin** [1] - 1310:25
**author** [1] - 1270:10
**authored** [1] - 1323:25
**authorities** [1] - 1302:6
**authors** [39] - 1278:10, 1281:11, 1281:21, 1298:4, 1301:11, 1313:2, 1324:3, 1326:9, 1327:14, 1369:20, 1372:2, 1372:23, 1373:2, 1373:10, 1383:17, 1383:24, 1384:2, 1384:20, 1385:24, 1386:7, 1387:21, 1389:13, 1391:19, 1392:18, 1392:22, 1396:3, 1396:14, 1398:17, 1412:15, 1413:6, 1413:20, 1413:25, 1422:7, 1431:7, 1435:13, 1435:19, 1437:21, 1445:4, 1446:21
**available** [9] - 1274:22, 1316:6, 1346:24, 1369:6, 1425:13, 1427:23, 1446:3, 1446:18, 1457:6
**average** [4] - 1275:16, 1325:21, 1325:24, 1408:19
**aware** [19] - 1308:6, 1334:2, 1337:8, 1360:4, 1360:7, 1360:12, 1365:17, 1370:3, 1378:12, 1378:19, 1379:3, 1379:4, 1379:8, 1379:11, 1379:13,

1402:20, 1403:4, 1423:14, 1423:19
**awareness** [1] - 1339:8
**axis** [2] - 1306:4, 1306:7

---

**B**

---

**Baby** [14] - 1259:15, 1260:3, 1260:8, 1260:10, 1262:16, 1262:22, 1262:24, 1263:2, 1263:21, 1264:24, 1273:9, 1274:2, 1274:12, 1443:5
**baby** [4] - 1263:4, 1274:10, 1326:20, 1327:9
**back-and-forth** [1] - 1354:21
**backs** [1] - 1383:19
**bad** [1] - 1396:20
**balance** [2] - 1290:1, 1388:12
**Balkwill** [1] - 1303:24
**banned** [1] - 1303:3
**bars** [1] - 1398:11
**BART** [1] - 1256:20
**Bart** [1] - 1317:9
**base** [1] - 1460:19
**based** [26] - 1280:15, 1301:8, 1307:13, 1312:4, 1316:4, 1331:24, 1341:4, 1342:15, 1346:23, 1347:11, 1348:7, 1350:7, 1355:9, 1360:20, 1368:18, 1370:10, 1407:24, 1408:3, 1430:1, 1434:25, 1441:13, 1444:6, 1457:14, 1465:15, 1466:24, 1467:1
**baseline** [1] - 1277:9
**basic** [2] - 1318:10, 1405:7
**basis** [12] - 1283:12, 1283:19, 1283:25, 1312:4, 1359:10, 1370:17, 1384:9, 1389:25, 1421:19, 1423:24, 1433:4, 1442:10
**batch** [2] - 1362:19

**bathe** [2] - 1442:13, 1442:14
**bathes** [1] - 1401:25
**BE** [1] - 1470:4
**BEASLEY** [1] - 1256:11
**become** [2] - 1286:10, 1286:12
**becomes** [1] - 1283:7
**becoming** [2] - 1284:22, 1436:9
**began** [2] - 1262:7, 1262:13
**begin** [1] - 1262:6
**beginning** [6] - 1265:2, 1375:2, 1441:22, 1442:8, 1462:6, 1466:8
**begins** [2] - 1374:10, 1374:17
**behalf** [6] - 1256:14, 1256:22, 1257:6, 1258:10, 1268:23, 1445:11
**behave** [1] - 1361:10
**behavior** [1] - 1360:10
**BEISNER** [1] - 1256:18
**belief** [3] - 1330:15, 1384:18, 1423:24
**below** [5] - 1266:19, 1331:10, 1331:16, 1413:11, 1417:3
**benefit** [1] - 1262:8
**benzene** [17] - 1319:21, 1319:24, 1320:6, 1320:11, 1320:15, 1320:21, 1320:24, 1321:4, 1321:5, 1321:20, 1322:2, 1322:12, 1322:18, 1322:20, 1322:22, 1322:23, 1356:24
**Berge** [18] - 1412:21, 1413:6, 1413:25, 1414:5, 1420:11, 1421:16, 1421:22, 1422:12, 1423:22, 1448:2, 1461:9, 1461:13, 1461:14, 1461:16, 1461:18, 1462:1, 1462:3
**Berleson** [4] - 1337:15, 1337:19, 1337:24, 1465:7
**better** [4] - 1275:9,

1334:9, 1335:3, 1335:16
**between** [51] - 1259:18, 1269:4, 1274:17, 1282:11, 1286:16, 1286:22, 1311:8, 1315:15, 1315:24, 1316:7, 1317:13, 1340:11, 1349:13, 1352:12, 1355:8, 1355:15, 1359:11, 1370:12, 1378:4, 1379:14, 1379:17, 1387:22, 1391:19, 1394:1, 1398:15, 1398:19, 1399:11, 1399:14, 1399:21, 1405:23, 1406:3, 1406:19, 1411:21, 1413:2, 1414:1, 1414:6, 1415:12, 1416:1, 1416:7, 1423:6, 1423:10, 1424:24, 1435:21, 1453:21, 1455:3, 1456:21, 1457:3, 1459:21, 1461:23, 1462:8, 1464:17
**beyond** [2] - 1271:15, 1399:25
**bias** [4] - 1435:3, 1435:9, 1435:22, 1436:13
**BIDDLE** [1] - 1256:16
**billion** [1] - 1320:12
**binder** [4] - 1340:19, 1394:25, 1395:2, 1431:2
**biochemically** [2] - 1287:9, 1287:12
**biologic** [13] - 1296:10, 1312:12, 1312:25, 1335:7, 1375:17, 1378:14, 1379:1, 1379:5, 1379:9, 1379:12, 1448:4, 1459:1
**biological** [11] - 1263:24, 1282:10, 1313:8, 1313:14, 1314:22, 1323:8, 1375:24, 1376:2, 1376:16, 1377:18, 1399:2
**biologically** [4] - 1368:15, 1443:15, 1443:20, 1444:15

**biologist** [2] - 1377:16, 1377:22
**biomarker** [1] - 1290:4
**biostatistician** [4] - 1410:6, 1410:11, 1410:14, 1410:24
**bit** [4] - 1282:8, 1289:16, 1308:20, 1440:21
**blanks** [1] - 1332:7
**blew** [1] - 1425:4
**blocks** [1] - 1313:22
**blood** [2] - 1364:19, 1364:25
**bloodstream** [2] - 1282:23, 1370:22
**blow** [1] - 1372:18
**board** [3] - 1294:12, 1372:18, 1382:2
**bodies** [5] - 1281:24, 1382:10, 1427:13, 1448:14, 1449:2
**body** [35] - 1285:12, 1292:2, 1303:5, 1305:7, 1350:12, 1350:24, 1353:1, 1363:23, 1369:14, 1370:5, 1370:23, 1373:12, 1373:22, 1374:23, 1375:1, 1381:13, 1382:5, 1383:16, 1391:4, 1391:15, 1391:20, 1395:16, 1399:18, 1399:22, 1401:2, 1401:5, 1401:9, 1404:25, 1417:22, 1417:25, 1434:25, 1447:23, 1448:16, 1450:24, 1465:18
**body's** [1] - 1384:25
**body-induced** [1] - 1381:13
**bone** [1] - 1399:15
**book** [7] - 1321:10, 1321:11, 1357:4, 1372:13, 1381:15, 1381:18, 1392:7
**books** [1] - 1321:10
**Boorman** [7] - 1394:23, 1395:8, 1395:10, 1396:13, 1397:1, 1397:24, 1464:2
**borrowed** [1] - 1275:8
**bottle** [1] - 1347:7

**bottled** [1] - 1364:1
**bottom** [11] - 1293:25, 1296:9, 1306:6, 1306:12, 1391:10, 1440:24, 1446:10, 1446:21, 1456:14, 1459:19, 1463:8
**bound** [1] - 1361:7
**Bradford** [12] - 1310:4, 1310:16, 1310:18, 1310:22, 1310:25, 1313:17, 1405:5, 1405:11, 1409:5, 1409:13, 1409:15, 1411:18
**brand** [1] - 1382:4
**break** [9] - 1276:3, 1276:6, 1287:8, 1315:5, 1316:11, 1353:8, 1354:11, 1414:14, 1415:9
**breathe** [1] - 1341:6
**breathing** [2] - 1319:4, 1450:17
**briefing** [1] - 1308:1
**briefly** [4] - 1272:4, 1279:14, 1310:16, 1449:24
**bring** [2] - 1300:4, 1338:14
**broad** [2] - 1267:10, 1417:9
**BROWN** [1] - 1256:22
**build** [3] - 1302:24, 1408:20, 1452:10
**build-up** [1] - 1302:24
**buildings** [1] - 1340:25
**bursa** [6] - 1298:15, 1389:4, 1397:11, 1453:1, 1453:5, 1464:5
**bursal** [6] - 1301:3, 1385:25, 1464:11, 1464:13, 1464:15, 1464:20
**bursas** [1] - 1452:24
**Buz'Zard** [1] - 1289:1
**BY** [32] - 1256:12, 1256:14, 1256:16, 1256:18, 1256:20, 1256:22, 1257:6, 1258:15, 1260:19, 1269:25, 1272:3, 1276:21, 1284:11,

1295:6, 1297:9, 1300:11, 1301:18, 1309:19, 1317:7, 1327:6, 1332:22, 1346:14, 1348:4, 1354:9, 1371:18, 1415:8, 1428:16, 1440:18, 1443:1, 1459:12, 1466:21, 1467:14

**C**

**CA-125** [1] - 1290:4
**cage** [1] - 1398:11
**calculate** [3] - 1338:5, 1338:9, 1338:21
**calculated** [1] - 1336:3
**calculation** [7] - 1421:5, 1421:7, 1423:15, 1458:7, 1458:20, 1465:17, 1465:18
**calculations** [2] - 1326:22, 1327:24
**CALIFORNIA** [1] - 1256:20
**Canada** [30] - 1282:7, 1316:1, 1316:4, 1425:7, 1425:8, 1425:21, 1426:10, 1426:15, 1427:14, 1429:19, 1430:15, 1430:23, 1435:14, 1436:7, 1436:14, 1436:21, 1438:1, 1438:3, 1444:24, 1444:25, 1445:2, 1445:3, 1445:12, 1445:19, 1447:7, 1457:2, 1457:15, 1463:3, 1463:17
**Canada's** [1] - 1435:19
**Canadian** [1] - 1427:8
**Cancer** [3] - 1380:2, 1427:11, 1433:11
**cancer** [181] - 1259:20, 1260:11, 1263:25, 1273:18, 1274:18, 1277:1, 1277:5, 1283:17, 1285:25, 1286:20, 1287:6, 1288:15, 1290:3, 1290:5, 1290:6, 1297:13, 1303:9,

1303:11, 1303:18, 1304:2, 1305:17, 1306:15, 1307:2, 1307:19, 1307:20, 1308:5, 1308:12, 1308:14, 1308:22, 1308:23, 1309:2, 1309:12, 1310:12, 1310:13, 1311:9, 1312:1, 1313:4, 1313:7, 1313:24, 1314:4, 1314:11, 1315:16, 1315:25, 1316:3, 1316:8, 1317:15, 1317:21, 1317:22, 1319:16, 1320:2, 1329:14, 1329:19, 1329:21, 1329:22, 1330:7, 1330:11, 1331:2, 1331:6, 1331:21, 1335:9, 1335:13, 1335:14, 1336:8, 1336:10, 1336:13, 1336:15, 1336:24, 1337:4, 1338:10, 1338:22, 1339:20, 1339:22, 1343:24, 1344:3, 1346:23, 1348:24, 1349:14, 1351:9, 1355:9, 1355:15, 1356:2, 1356:20, 1356:25, 1357:1, 1357:15, 1357:21, 1358:5, 1358:8, 1358:19, 1359:12, 1360:6, 1360:14, 1368:16, 1376:18, 1376:22, 1377:3, 1377:6, 1377:12, 1377:16, 1377:17, 1377:22, 1379:19, 1380:6, 1381:11, 1383:6, 1384:5, 1384:10, 1384:13, 1384:15, 1384:17, 1385:3, 1385:9, 1387:4, 1387:11, 1387:16, 1387:20, 1390:7, 1390:12, 1392:3, 1393:3, 1393:11, 1394:2, 1394:19, 1397:21, 1405:12, 1406:4, 1406:10,

1406:24, 1407:25, 1408:6, 1408:10, 1408:15, 1409:1, 1409:21, 1411:22, 1412:11, 1413:3, 1413:15, 1414:1, 1414:7, 1415:13, 1415:23, 1416:8, 1420:19, 1423:16, 1423:21, 1424:25, 1426:21, 1427:25, 1431:19, 1435:1, 1435:21, 1438:18, 1439:7, 1439:9, 1439:10, 1439:19, 1439:21, 1443:16, 1443:21, 1444:16, 1447:25, 1450:7, 1451:12, 1452:12, 1453:22, 1454:1, 1455:3, 1457:4, 1458:17, 1459:2, 1459:22, 1460:3, 1460:13, 1460:25, 1462:9, 1467:4, 1467:18

**cancerous** [1] - 1330:21

**cancers** [3] - 1338:1, 1439:1, 1451:7

**cannot** [9] - 1318:3, 1318:9, 1327:18, 1328:24, 1365:24, 1366:5, 1422:24, 1435:23, 1464:25

**capability** [2] - 1345:15, 1345:18

**capable** [2] - 1291:21, 1426:20

**capacity** [1] - 1382:11

**carbon** [2] - 1279:25, 1280:23

**carcinogen** [31] - 1267:1, 1272:23, 1272:24, 1273:3, 1273:5, 1273:6, 1273:16, 1286:2, 1286:25, 1287:1, 1287:2, 1305:20, 1307:6, 1307:22, 1307:23, 1309:4, 1314:25, 1315:7, 1315:9, 1319:12, 1319:16, 1319:21, 1319:24, 1432:22,

1433:1, 1435:7, 1437:16, 1439:5, 1439:6, 1439:14, 1444:2

**carcinogenesis** [19] - 1285:24, 1286:15, 1287:4, 1289:3, 1289:24, 1296:12, 1304:13, 1306:10, 1309:15, 1314:13, 1314:16, 1331:24, 1381:13, 1433:5, 1433:16, 1443:18, 1449:3, 1454:25, 1455:8

**carcinogenetic** [1] - 1465:2

**carcinogenic** [41] - 1260:9, 1267:4, 1274:8, 1286:4, 1291:2, 1291:5, 1291:16, 1292:22, 1293:2, 1305:14, 1305:16, 1305:18, 1305:20, 1306:5, 1306:18, 1307:24, 1308:8, 1308:10, 1308:11, 1308:18, 1309:13, 1339:2, 1359:19, 1359:20, 1359:24, 1360:10, 1362:9, 1362:11, 1367:12, 1382:4, 1382:11, 1404:4, 1432:8, 1432:9, 1432:12, 1432:13, 1433:4, 1435:16, 1438:11, 1438:13, 1439:15

**carcinogenicity** [13] - 1274:10, 1348:12, 1357:13, 1358:3, 1358:23, 1359:4, 1360:20, 1370:5, 1434:8, 1458:22, 1463:19, 1464:21, 1464:23

**carcinogens** [14] - 1273:15, 1285:24, 1305:12, 1305:14, 1306:25, 1308:16, 1308:17, 1310:2, 1360:2, 1382:14, 1382:19, 1382:22, 1432:17, 1444:13

**carcinogensis** [1] -

1282:4

**care** [1] - 1417:10

**Care** [1] - 1257:6

**carries** [2] - 1341:18, 1463:9

**carry** [1] - 1397:9

**carry-over** [1] - 1397:9

**Carson** [82] - 1258:8, 1258:16, 1258:18, 1258:19, 1259:3, 1259:13, 1260:23, 1265:22, 1266:6, 1266:20, 1268:17, 1269:2, 1270:1, 1270:23, 1271:12, 1271:15, 1271:19, 1272:4, 1274:1, 1280:22, 1288:9, 1289:11, 1293:9, 1293:23, 1294:24, 1295:7, 1296:8, 1297:8, 1297:10, 1298:19, 1300:1, 1300:12, 1300:24, 1301:19, 1304:15, 1315:14, 1317:8, 1317:12, 1321:14, 1322:7, 1324:1, 1325:13, 1330:5, 1330:9, 1332:17, 1336:11, 1336:22, 1354:11, 1359:22, 1362:7, 1364:18, 1368:12, 1372:11, 1381:15, 1382:2, 1394:24, 1395:3, 1395:21, 1406:15, 1410:21, 1424:9, 1431:2, 1435:12, 1440:19, 1441:19, 1443:4, 1446:9, 1449:19, 1452:13, 1452:17, 1453:14, 1454:12, 1455:10, 1455:14, 1456:16, 1457:1, 1465:22, 1465:25, 1467:2, 1467:5, 1467:15, 1468:9

**CARSON** [5] - 1258:10, 1317:4, 1354:6, 1415:5, 1440:15

**Carson's** [9] - 1267:15, 1276:9, 1293:5, 1299:4,

1299:21, 1327:3, 1329:24, 1336:18, 1381:4

**cascade** [2] - 1283:15, 1294:24

**case** [43] - 1259:14, 1268:23, 1275:12, 1277:12, 1310:5, 1322:12, 1326:2, 1326:6, 1328:23, 1330:9, 1331:19, 1332:15, 1337:3, 1343:8, 1348:14, 1349:6, 1358:11, 1362:24, 1363:5, 1378:12, 1380:25, 1402:20, 1409:9, 1412:19, 1422:23, 1423:7, 1423:12, 1425:15, 1426:12, 1435:1, 1449:25, 1450:1, 1450:8, 1451:15, 1451:17, 1451:20, 1452:4, 1456:2, 1461:23, 1462:11, 1462:15, 1462:22

**case-control** [7] - 1275:12, 1423:7, 1435:1, 1461:23, 1462:11, 1462:15, 1462:22

**cases** [16] - 1323:23, 1326:14, 1350:7, 1357:2, 1361:11, 1366:4, 1383:15, 1407:25, 1408:8, 1409:21, 1422:19, 1422:20, 1423:16, 1423:19, 1423:21

**casual** [1] - 1400:5

**casually** [1] - 1400:4

**catalysts** [1] - 1443:11

**catalytic** [1] - 1273:21

**catch** [2] - 1326:4, 1394:6

**categories** [5] - 1325:22, 1326:12, 1432:16, 1432:21, 1433:23

**Category** [2] - 1432:17

**category** [5] - 1273:6, 1325:16, 1325:20, 1326:2, 1326:6

**causal** [13] - 1315:25, 1316:7, 1355:8, 1409:6, 1410:1, 1439:9, 1440:1, 1445:21, 1457:3, 1457:6, 1459:23, 1460:23, 1461:24
**Causation** [1] - 1444:21
**causation** [14] - 1262:2, 1276:9, 1308:14, 1309:3, 1310:8, 1311:2, 1375:21, 1375:23, 1408:23, 1409:12, 1426:7, 1426:16, 1445:20, 1452:1
**caused** [2] - 1380:6, 1451:12
**causes** [40] - 1287:6, 1288:1, 1290:11, 1298:1, 1301:21, 1302:3, 1303:10, 1305:4, 1308:23, 1310:13, 1311:23, 1316:3, 1317:20, 1329:14, 1329:19, 1330:6, 1336:13, 1336:23, 1343:24, 1344:3, 1346:22, 1356:25, 1357:15, 1358:4, 1378:13, 1379:18, 1379:19, 1380:8, 1380:14, 1383:6, 1390:4, 1390:11, 1390:17, 1393:11, 1397:25, 1405:12, 1443:21, 1446:2, 1447:3, 1458:16
**causing** [7] - 1303:8, 1307:19, 1331:2, 1361:11, 1426:20, 1446:7, 1459:2
**caveat** [1] - 1267:17
**cavities** [1] - 1303:5
**cavity** [3] - 1280:5, 1282:6, 1302:20
**CCR** [2] - 1256:24, 1470:8
**cell** [25] - 1260:6, 1286:7, 1286:8, 1286:10, 1287:19, 1287:22, 1288:6, 1288:14, 1288:21, 1289:15, 1289:20, 1289:23, 1290:4,

1290:13, 1290:22, 1291:22, 1292:15, 1293:21, 1297:18, 1311:5, 1312:14, 1361:19, 1373:12, 1446:1
**cells** [13] - 1273:20, 1289:8, 1289:10, 1290:1, 1290:5, 1290:6, 1292:1, 1292:4, 1296:3, 1296:14, 1380:9, 1380:10, 1391:5
**cellular** [5] - 1273:24, 1285:23, 1290:23, 1296:18, 1386:23
**Center** [1] - 1259:1
**center** [2] - 1292:3, 1322:21
**central** [3] - 1292:11, 1295:9, 1313:12
**certain** [10] - 1263:7, 1264:3, 1293:11, 1308:16, 1314:18, 1342:8, 1342:10, 1346:12, 1347:5, 1357:20
**certainly** [8] - 1268:9, 1270:14, 1294:23, 1297:2, 1312:14, 1360:8, 1410:14, 1448:16
**certainty** [2] - 1371:12, 1371:15
**Certificate** [1] - 1470:9
**CERTIFIED** [1] - 1470:4
**cervical** [5] - 1402:7, 1403:10, 1403:17, 1442:1, 1442:11
**cervix** [1] - 1379:5
**chamber** [1] - 1453:4
**chance** [2] - 1435:22, 1436:13
**change** [17] - 1286:7, 1286:8, 1286:9, 1289:25, 1300:19, 1346:12, 1386:5, 1388:11, 1390:6, 1390:12, 1390:21, 1391:20, 1398:1, 1405:5, 1451:13, 1456:4, 1456:5
**changed** [1] - 1415:25
**changes** [14] - 1301:4,

1385:6, 1387:11, 1387:16, 1387:25, 1388:2, 1388:5, 1388:24, 1389:11, 1390:18, 1391:24, 1397:19, 1415:19, 1465:2
**channel** [5] - 1279:4, 1399:11, 1400:19, 1400:22
**characteristics** [1] - 1263:2
**characterization** [5] - 1261:13, 1405:23, 1406:22, 1429:23, 1442:21
**characterized** [1] - 1391:22
**charge** [1] - 1343:7
**chart** [1] - 1428:4
**check** [2] - 1349:23, 1399:3
**checking** [1] - 1271:5
**chemical** [5] - 1269:5, 1291:13, 1314:12, 1439:13, 1439:14
**chemically** [1] - 1314:10
**chemicals** [21] - 1263:10, 1274:2, 1274:4, 1274:5, 1274:9, 1306:24, 1322:20, 1323:9, 1324:22, 1325:5, 1362:23, 1362:25, 1363:4, 1367:12, 1367:22, 1367:25, 1368:7, 1368:22, 1369:5, 1439:2, 1458:21
**chemotaxis** [2] - 1296:14, 1380:9
**cherry** [1] - 1418:21
**cherry-picking** [1] - 1418:21
**chest** [3] - 1302:20, 1302:21, 1302:24
**chose** [2] - 1420:7, 1420:12
**chosen** [1] - 1345:25
**chromium** [20] - 1263:9, 1273:13, 1273:14, 1308:2, 1308:3, 1309:21, 1310:1, 1360:1, 1360:5,

1360:13, 1360:23, 1361:3, 1361:17, 1362:2, 1362:8, 1362:17, 1363:20, 1367:7, 1443:14
**chronic** [25] - 1260:1, 1283:15, 1285:22, 1302:21, 1302:23, 1305:5, 1305:8, 1309:21, 1311:5, 1315:10, 1376:7, 1387:9, 1387:15, 1390:4, 1390:5, 1390:11, 1390:18, 1390:19, 1397:17, 1397:19, 1397:25, 1442:7, 1442:10, 1447:3, 1463:19
**Chronicle** [1] - 1321:4
**cigarette** [3] - 1458:12, 1458:15, 1458:16
**Cincinnati** [3] - 1259:8, 1270:5
**Circuit** [1] - 1465:9
**circular** [1] - 1410:3
**circulate** [2] - 1282:24, 1370:22
**circulation** [1] - 1451:4
**circumstances** [3] - 1337:12, 1449:25, 1450:11
**citable** [1] - 1390:10
**cite** [24] - 1369:14, 1369:21, 1370:12, 1371:5, 1374:22, 1374:25, 1379:22, 1380:12, 1380:18, 1381:7, 1383:4, 1390:7, 1390:16, 1398:25, 1400:25, 1405:8, 1412:2, 1412:20, 1414:5, 1418:15, 1418:18, 1418:20, 1418:25, 1449:13
**cited** [22] - 1284:3, 1284:7, 1341:20, 1374:22, 1378:17, 1380:21, 1385:12, 1389:20, 1390:13, 1395:8, 1395:13, 1398:22, 1404:25, 1405:25, 1418:22, 1419:9, 1420:11,

1420:13, 1448:25, 1449:16, 1454:18
**cites** [5] - 1298:20, 1299:24, 1355:12, 1356:4, 1428:2
**citing** [3] - 1299:16, 1302:6, 1448:24
**CIVIL** [1] - 1256:2
**clarify** [1] - 1389:16
**clarke** [1] - 1279:14
**clarke-Pearson** [1] - 1279:14
**CLARKSON** [1] - 1256:7
**classed** [4] - 1273:3, 1273:13, 1273:14, 1434:22
**classification** [9] - 1356:21, 1431:19, 1431:22, 1432:10, 1432:11, 1432:13, 1432:23, 1433:20, 1433:23
**classifications** [1] - 1266:25
**classified** [1] - 1433:3
**classifies** [2] - 1319:24, 1356:19
**classify** [1] - 1432:20
**classifying** [1] - 1432:7
**clean** [2] - 1285:4, 1305:6
**clear** [4] - 1338:16, 1343:23, 1409:8, 1426:15
**clearance** [1] - 1284:24
**clearly** [6] - 1259:21, 1267:11, 1293:1, 1355:9, 1388:10, 1427:15
**CLERK** [9] - 1258:4, 1316:13, 1317:1, 1353:11, 1354:3, 1414:16, 1415:1, 1440:6, 1440:10
**close** [1] - 1454:7
**closer** [3] - 1375:23, 1402:7, 1442:2
**co** [2] - 1270:10, 1396:14
**co-author** [1] - 1270:10
**co-authors** [1] - 1396:14
**cobalt** [15] - 1263:9, 1273:12, 1273:15, 1308:2, 1308:3,

1309:21, 1360:5, 1360:13, 1360:24, 1361:3, 1362:8, 1362:17, 1363:20, 1367:7, 1443:14
**coherence** [2] - 1313:10, 1313:16
**cohort** [46] - 1275:13, 1275:20, 1275:22, 1276:5, 1276:25, 1277:3, 1277:12, 1315:23, 1355:10, 1414:10, 1415:10, 1415:11, 1416:6, 1416:7, 1416:17, 1417:21, 1418:3, 1418:10, 1418:13, 1418:24, 1420:2, 1420:18, 1420:23, 1421:8, 1421:19, 1421:24, 1422:8, 1422:17, 1422:21, 1422:24, 1423:6, 1423:10, 1423:25, 1424:1, 1424:2, 1424:3, 1424:6, 1424:7, 1449:6, 1449:8, 1459:20, 1460:17, 1461:24, 1462:16, 1462:17
**cohorts** [5] - 1417:24, 1423:17, 1424:11, 1424:24, 1449:5
**colleagues** [7] - 1262:12, 1270:4, 1280:9, 1281:18, 1289:22, 1325:2, 1411:10
**collected** [1] - 1350:2
**College** [1] - 1259:9
**column** [23] - 1301:16, 1324:6, 1324:25, 1325:12, 1357:10, 1372:21, 1373:3, 1373:9, 1381:22, 1382:18, 1386:17, 1386:21, 1388:8, 1391:1, 1393:24, 1397:8, 1413:19, 1428:24, 1429:2, 1429:4, 1430:3, 1430:19, 1431:23
**combination** [1] - 1263:6
**combine** [4] - 1333:10, 1334:7, 1334:16,

1334:20
**combined** [4] - 1360:5, 1360:13, 1441:3, 1441:11
**coming** [5] - 1267:22, 1269:20, 1294:4, 1314:6, 1452:9
**commenting** [1] - 1388:1
**comments** [1] - 1373:9
**commercially** [1] - 1346:24
**commissioned** [1] - 1445:3
**Committee** [1] - 1256:14
**common** [4] - 1277:6, 1302:11, 1306:8, 1393:4
**companies'** [1] - 1344:25
**company** [1] - 1344:24
**company's** [1] - 1344:14
**compare** [2] - 1264:13, 1341:22
**compared** [2] - 1364:20, 1365:2
**compares** [2] - 1350:11, 1350:23
**comparing** [1] - 1265:4
**comparison** [9] - 1278:12, 1285:19, 1288:13, 1288:24, 1298:8, 1352:12, 1352:23, 1353:3, 1411:10
**compelling** [9] - 1311:10, 1311:20, 1313:4, 1313:9, 1405:20, 1411:24, 1412:17, 1412:22, 1413:8
**complete** [4] - 1287:1, 1287:2, 1314:25, 1315:8
**completed** [1] - 1389:15
**complex** [1] - 1273:19
**complexities** [1] - 1301:2
**complicated** [1] - 1337:21
**component** [5] - 1263:15, 1293:19, 1295:5, 1306:8, 1444:3
**components** [13] - 1262:15, 1262:21, 1262:23, 1262:24, 1264:25, 1268:19, 1274:11, 1307:5,

1444:11, 1458:3, 1458:4, 1458:5, 1458:6
**composition** [3] - 1269:5, 1291:13, 1314:12
**comprehensive** [2] - 1445:25, 1457:7
**comprised** [1] - 1422:18
**concentrated** [1] - 1451:8
**concentration** [9] - 1322:6, 1340:4, 1340:10, 1341:11, 1389:2, 1389:9, 1401:20, 1402:6, 1441:25
**concentrations** [4] - 1320:11, 1340:7, 1340:25, 1389:7
**concept** [6] - 1314:24, 1319:17, 1421:4, 1457:12, 1457:13
**concern** [8] - 1271:23, 1320:17, 1320:21, 1320:25, 1321:6, 1322:3, 1322:14, 1396:6
**concerned** [4] - 1271:1, 1273:7, 1398:18, 1467:5
**concerning** [7] - 1317:10, 1327:15, 1331:15, 1349:6, 1437:7, 1460:2, 1460:24
**concerns** [1] - 1437:16
**conclude** [7] - 1362:7, 1387:14, 1416:17, 1421:24, 1424:1, 1424:11, 1457:2
**concluded** [12] - 1315:8, 1315:22, 1355:7, 1370:4, 1373:2, 1386:7, 1423:16, 1435:8, 1461:21, 1463:17, 1466:10, 1466:23
**conclusion** [23] - 1281:25, 1301:21, 1303:10, 1303:25, 1310:1, 1316:2, 1332:17, 1332:23, 1391:12, 1413:20, 1413:21, 1428:24, 1429:20, 1430:16, 1435:14, 1435:18, 1457:17, 1460:20,

**conclusions** [15] - 1275:1, 1313:10, 1313:20, 1314:23, 1334:11, 1334:22, 1367:18, 1374:2, 1374:10, 1378:20, 1391:10, 1422:1, 1423:6, 1424:13, 1424:14

1461:13, 1461:17, 1462:1, 1462:12, 1467:1

**concurred** [1] - 1282:13

**condition** [1] - 1422:9

**conduct** [5] - 1337:10, 1337:19, 1366:10, 1367:6, 1467:2

**conducted** [6] - 1345:24, 1404:12, 1404:16, 1424:8, 1455:4, 1465:11

**conducting** [3] - 1337:22, 1409:4, 1410:16

**confidence** [7] - 1429:5, 1429:13, 1429:16, 1430:1, 1430:10, 1430:13, 1430:21

**confines** [1] - 1290:13

**confirm** [1] - 1313:20

**confirmation** [2] - 1315:23, 1459:20

**confounding** [5] - 1311:25, 1435:3, 1435:9, 1435:22, 1436:13

**conjecture** [1] - 1466:25

**connect** [1] - 1302:23

**connecting** [1] - 1467:17

**connection** [8] - 1303:18, 1311:13, 1349:5, 1359:11, 1370:12, 1371:3, 1379:17, 1440:1

**conservative** [1] - 1322:2

**consider** [27] - 1261:15, 1261:17, 1261:21, 1267:16, 1277:13, 1281:5, 1287:17, 1287:22, 1297:23, 1304:4, 1311:12, 1312:12, 1314:5, 1316:1, 1368:13, 1388:16, 1398:13,

1406:16, 1407:5, 1407:9, 1411:7, 1411:8, 1411:15, 1455:21, 1457:23, 1460:6, 1460:8

**considerably** [1] - 1362:19

**consideration** [10] - 1311:9, 1311:20, 1312:5, 1313:1, 1313:16, 1313:18, 1398:18, 1419:5, 1427:17, 1449:15

**considerations** [1] - 1310:24

**considered** [21] - 1271:19, 1272:13, 1272:22, 1273:1, 1273:5, 1275:3, 1288:6, 1290:10, 1301:20, 1303:14, 1309:25, 1313:11, 1315:21, 1356:10, 1375:7, 1388:13, 1390:1, 1392:22, 1407:15, 1437:22, 1449:6

**considering** [1] - 1333:21

**consistency** [6] - 1311:11, 1311:15, 1311:19, 1314:21, 1455:2, 1456:20

**consistent** [10] - 1259:18, 1275:18, 1278:15, 1290:17, 1290:19, 1397:10, 1409:17, 1435:2, 1436:3, 1455:9

**consists** [1] - 1293:6

**constituents** [5] - 1266:16, 1296:12, 1360:8, 1404:2, 1444:8

**consult** [1] - 1377:17

**Consumer** [1] - 1343:6

**contact** [1] - 1273:21

**contacts** [1] - 1260:2

**contain** [14] - 1260:4, 1274:7, 1306:24, 1342:5, 1342:8, 1342:10, 1342:13, 1344:4, 1347:3, 1348:6, 1444:13, 1445:22, 1445:25, 1446:5

**contained** [14] -

1264:19, 1273:9, 1274:2, 1298:20, 1347:5, 1348:19, 1349:1, 1366:11, 1366:21, 1367:4, 1418:15, 1443:4, 1444:9, 1450:15

**container** [1] - 1263:4

**containing** [11] - 1272:16, 1272:22, 1273:2, 1343:25, 1358:3, 1358:4, 1358:9, 1358:23, 1359:4, 1434:8

**contains** [1] - 1327:1

**contaminant** [2] - 1342:20, 1343:5

**contaminants** [8] - 1343:13, 1343:20, 1348:11, 1348:18, 1365:8, 1365:14, 1365:19, 1366:8

**contamination** [2] - 1338:25, 1339:1

**contend** [1] - 1368:15

**content** [2] - 1306:20, 1365:22

**contents** [1] - 1305:17

**context** [13] - 1324:20, 1326:4, 1338:13, 1338:14, 1339:12, 1339:14, 1339:16, 1376:23, 1433:22, 1437:23, 1438:10, 1458:15

**continually** [1] - 1305:6

**continue** [4] - 1259:3, 1263:18, 1289:13, 1291:9

**continued** [2] - 1354:8, 1415:7

**Continued** [3] - 1316:15, 1353:13, 1414:18

**continues** [4] - 1301:15, 1428:7, 1428:10, 1428:14

**Continuing** [1] - 1461:17

**continuous** [1] - 1296:18

**contradict** [1] - 1418:20

**contrary** [1] - 1419:5

**contrast** [1] - 1451:1

**contribute** [7] - 1297:15, 1307:5, 1307:8, 1367:12, 1443:19,

1458:22, 1459:1

**contributed** [5] - 1368:11, 1417:19, 1418:24, 1438:2, 1449:17

**contribution** [4] - 1274:9, 1285:18, 1309:2, 1441:11

**control** [9] - 1275:12, 1277:12, 1422:23, 1423:7, 1435:1, 1461:23, 1462:11, 1462:15, 1462:22

**controls** [1] - 1372:20

**Cook** [1] - 1268:22

**coordinated** [1] - 1360:8

**copy** [2] - 1260:13, 1260:14

**corner** [1] - 1301:15

**cornstarch** [1] - 1280:24

**corporate** [1] - 1455:20

**Correct** [134] - 1284:14, 1317:16, 1318:1, 1318:12, 1319:7, 1319:19, 1320:3, 1322:22, 1323:10, 1323:22, 1326:17, 1327:12, 1328:16, 1329:14, 1329:19, 1338:11, 1339:2, 1339:15, 1342:1, 1342:9, 1342:21, 1343:9, 1345:5, 1345:9, 1347:13, 1348:24, 1349:8, 1350:13, 1352:4, 1355:12, 1356:8, 1357:1, 1357:7, 1357:23, 1358:12, 1358:17, 1359:20, 1360:17, 1360:25, 1361:17, 1362:13, 1362:24, 1363:5, 1367:1, 1369:16, 1370:6, 1371:21, 1371:25, 1372:4, 1375:2, 1376:5, 1377:12, 1377:25, 1379:6, 1380:24, 1383:22, 1384:3, 1384:18, 1385:7, 1386:9, 1386:14, 1387:4, 1387:12, 1391:7, 1391:25,

1392:3, 1392:12,
1392:19, 1393:6,
1393:12, 1393:20,
1394:5, 1396:16,
1396:20, 1397:6,
1398:23, 1402:11,
1402:17, 1405:9,
1405:16, 1407:6,
1407:10, 1409:2,
1410:2, 1411:3,
1411:22, 1412:18,
1412:22, 1415:14,
1415:24, 1416:23,
1417:18, 1419:16,
1419:20, 1419:23,
1420:10, 1421:2,
1421:10, 1422:1,
1425:14, 1425:25,
1426:17, 1426:21,
1427:4, 1427:11,
1429:14, 1429:17,
1430:21, 1431:12,
1431:14, 1431:24,
1432:25, 1434:10,
1434:14, 1435:16,
1436:3, 1437:22,
1439:3, 1439:16,
1439:21, 1448:17,
1459:15, 1459:24,
1460:3, 1460:9, 1461:1,
1461:6, 1462:1,
1462:24, 1463:22,
1463:24, 1464:13,
1464:16, 1464:22
**correct** [175] - 1284:18,
1294:8, 1299:10,
1299:19, 1299:20,
1307:10, 1313:25,
1317:23, 1317:24,
1318:2, 1318:13,
1319:1, 1319:20,
1320:4, 1320:18,
1320:23, 1323:14,
1326:13, 1327:16,
1328:6, 1328:9, 1329:2,
1329:7, 1329:11,
1330:8, 1331:9,
1331:13, 1336:2,
1336:5, 1336:25,
1337:5, 1339:3, 1339:7,
1342:2, 1342:6,
1342:22, 1343:10,
1344:1, 1346:21,

1348:9, 1348:25,
1349:4, 1350:24,
1355:1, 1355:13,
1356:22, 1357:2,
1358:13, 1359:21,
1360:3, 1360:18,
1362:3, 1363:6,
1363:15, 1369:17,
1369:20, 1372:1,
1372:5, 1372:8, 1373:1,
1373:20, 1374:15,
1375:3, 1375:18,
1375:19, 1376:14,
1377:4, 1377:10,
1377:23, 1379:2,
1379:7, 1380:17,
1381:11, 1381:12,
1383:15, 1384:1,
1384:6, 1385:5, 1386:2,
1386:5, 1386:6,
1386:10, 1386:15,
1387:8, 1387:13,
1387:17, 1390:23,
1392:1, 1392:4,
1392:10, 1392:17,
1393:7, 1394:10,
1395:15, 1396:21,
1397:5, 1397:7,
1397:14, 1401:16,
1401:22, 1403:8,
1404:11, 1405:10,
1405:14, 1405:17,
1406:13, 1406:14,
1406:18, 1408:12,
1409:3, 1409:7,
1410:22, 1410:23,
1412:1, 1412:6,
1412:13, 1412:14,
1412:19, 1415:15,
1416:8, 1416:13,
1416:16, 1416:24,
1417:2, 1417:5, 1417:7,
1417:23, 1418:17,
1419:17, 1419:21,
1419:24, 1420:17,
1420:22, 1424:19,
1426:4, 1426:18,
1428:1, 1429:15,
1429:18, 1430:9,
1430:12, 1431:25,
1432:14, 1432:15,
1432:19, 1434:11,
1434:15, 1434:18,
1435:10, 1439:4,

1439:7, 1439:11,
1439:17, 1440:2,
1445:6, 1446:19,
1446:20, 1446:24,
1457:19, 1458:23,
1459:25, 1460:7,
1461:2, 1461:11,
1462:5, 1462:25,
1463:13, 1463:16,
1464:7, 1465:7, 1465:8,
1466:5, 1466:6, 1466:9,
1466:11
**correctional** [1] - 1450:2
**correctly** [6] - 1322:10,
1357:17, 1357:18,
1382:8, 1398:16,
1437:11
**correlate** [2] - 1355:14,
1373:5
**correlation** [1] - 1379:14
**cosmetic** [8] - 1280:20,
1341:24, 1351:24,
1361:4, 1361:17,
1361:19, 1362:2, 1362:8
**Cottreau** [2] - 1392:6,
1393:10
**Council** [1] - 1257:6
**counsel** [3] - 1343:12,
1431:6, 1463:2
**count** [1] - 1420:5
**couple** [6] - 1266:15,
1267:25, 1269:23,
1289:14, 1316:12,
1451:22
**course** [9] - 1262:25,
1351:11, 1388:19,
1394:15, 1401:6,
1439:12, 1444:13,
1446:17, 1460:14
**COURT** [102] - 1256:1,
1256:25, 1258:5,
1259:11, 1260:15,
1265:6, 1265:13,
1265:24, 1266:2,
1266:11, 1267:6,
1267:20, 1267:25,
1268:12, 1268:25,
1269:6, 1269:9,
1269:13, 1269:15,
1269:18, 1269:24,
1270:11, 1271:3,
1271:9, 1271:24,
1276:3, 1276:12,

1276:19, 1277:22,
1283:19, 1283:22,
1283:25, 1284:6,
1294:1, 1294:9,
1294:19, 1294:22,
1295:18, 1296:22,
1298:25, 1299:7,
1299:15, 1300:3,
1301:13, 1308:19,
1309:5, 1309:10,
1309:17, 1315:1,
1315:4, 1316:11,
1317:2, 1327:5,
1329:25, 1332:21,
1333:14, 1336:17,
1344:21, 1346:6,
1347:22, 1347:25,
1350:17, 1351:20,
1352:9, 1352:21,
1353:9, 1354:4,
1361:23, 1364:10,
1366:17, 1368:4,
1369:1, 1370:10,
1370:16, 1370:24,
1371:2, 1371:10,
1371:17, 1376:25,
1377:20, 1378:22,
1381:3, 1410:9,
1410:19, 1411:13,
1414:11, 1414:13,
1415:2, 1416:4,
1428:13, 1440:5,
1440:11, 1442:24,
1445:16, 1454:8,
1456:9, 1459:6, 1459:9,
1462:20, 1466:16,
1467:11, 1467:21
**court** [6] - 1258:3,
1337:14, 1427:3,
1440:9, 1466:17,
1467:23
**Court** [19] - 1258:7,
1258:20, 1259:13,
1268:18, 1271:1,
1272:5, 1305:25,
1310:22, 1327:18,
1327:21, 1337:18,
1464:25, 1465:10,
1465:14, 1465:15,
1466:10, 1466:23,
1467:16
**COURTHOUSE** [1] -
1256:7

1482

courts [2] - 1332:12, 1332:18
covering [2] - 1386:8, 1398:10
Cramer [2] - 1284:12, 1312:23
create [2] - 1273:22, 1442:10
creating [1] - 1296:24
credible [2] - 1375:24, 1467:17
Criminal [1] - 1337:15
criticizing [1] - 1421:19
Cross [1] - 1468:7
cross [4] - 1300:5, 1429:16, 1444:20, 1466:8
CROSS [3] - 1317:6, 1354:8, 1415:7
cross-examination [2] - 1444:20, 1466:8
CROSS-EXAMINATION [3] - 1317:6, 1354:8, 1415:7
crosses [2] - 1430:13, 1430:21
Crowley's [2] - 1367:18, 1368:24
CRR [1] - 1256:24
crude [1] - 1367:17
crystal [3] - 1361:7, 1361:10, 1364:7
crystals [3] - 1263:8, 1366:14, 1367:4
cubic [3] - 1340:5, 1340:11, 1341:1
culture [2] - 1287:20, 1290:13
cultures [1] - 1296:4
cumulative [2] - 1276:1, 1276:8
current [2] - 1331:14, 1427:15
cut [2] - 1300:22, 1398:22
cytokines [2] - 1290:16, 1296:15
cytoplasmic [1] - 1386:9

### D

D.C [2] - 1256:18, 1257:6
daily [3] - 1326:20, 1327:10, 1341:25

damage [6] - 1273:24, 1289:7, 1296:8, 1297:11, 1315:10, 1361:11
damaging [1] - 1298:12
Daniel [4] - 1431:7, 1431:14, 1445:8
data [32] - 1277:20, 1312:23, 1316:6, 1326:8, 1332:9, 1344:13, 1350:2, 1392:11, 1392:14, 1393:19, 1394:2, 1394:15, 1398:13, 1419:1, 1420:3, 1420:4, 1435:19, 1438:5, 1447:15, 1447:19, 1453:14, 1453:17, 1453:20, 1457:6, 1457:8, 1460:2, 1460:23, 1460:24, 1461:10, 1461:12, 1461:19, 1462:13
date [1] - 1425:10
DAUBERT [1] - 1256:4
Daubert [5] - 1308:1, 1337:14, 1338:19, 1345:14, 1449:20
day-to-day [1] - 1319:18
days [1] - 1320:10
de [1] - 1333:18
deadly [1] - 1277:6
deal [5] - 1265:13, 1266:3, 1297:2, 1319:17, 1355:16
dealing [3] - 1270:14, 1442:7, 1454:22
deals [1] - 1414:10
dealt [1] - 1354:18
Dear [3] - 1320:7, 1320:13, 1320:16
death [2] - 1289:20, 1450:9
deaths [1] - 1406:24
decade [1] - 1450:6
decades [1] - 1283:12
December [1] - 1425:9
decision [5] - 1338:15, 1449:20, 1465:20, 1467:16
deck [2] - 1260:14, 1264:19
decrease [1] - 1290:5

deep [2] - 1285:6, 1285:11
deeper [2] - 1274:14, 1279:5
Defendant [2] - 1256:22, 1257:6
defense [1] - 1366:1
defer [2] - 1342:23, 1343:7
define [6] - 1295:1, 1295:7, 1311:22, 1331:4, 1334:8, 1335:16
definition [1] - 1335:3
degree [4] - 1332:17, 1371:12, 1371:15, 1466:12
dehydrogenase [1] - 1289:7
demonstrate [2] - 1276:24, 1305:23
demonstrated [1] - 1309:20
demonstrates [1] - 1269:7
demonstrating [1] - 1270:17
demonstration [1] - 1425:17
demonstrative [2] - 1265:3, 1306:1
demonstratives [1] - 1292:24
deny [3] - 1321:3, 1322:24, 1323:1
Department [2] - 1337:15, 1411:5
depended [1] - 1382:5
dependent [1] - 1343:24
depict [1] - 1305:23
depicted [3] - 1272:5, 1295:4, 1295:8
depicting [1] - 1293:24, 1294:4
depiction [3] - 1269:10, 1299:2, 1299:3
depicts [5] - 1262:23, 1270:24, 1275:10, 1295:10, 1306:3
deposit [2] - 1264:6
deposited [3] - 1285:2, 1302:16, 1399:25
depositing [1] - 1303:5
deposition [34] -

1264:22, 1266:22, 1267:3, 1267:15, 1293:15, 1294:10, 1294:16, 1294:25, 1295:18, 1300:2, 1304:17, 1327:3, 1329:24, 1333:16, 1334:17, 1335:16, 1336:19, 1337:6, 1343:3, 1344:22, 1350:19, 1352:10, 1352:22, 1353:5, 1381:4, 1398:8, 1423:11, 1424:5, 1440:20, 1441:20, 1442:17, 1443:3, 1446:15
deposits [3] - 1347:16, 1363:10, 1455:24
DEPUTY [9] - 1258:4, 1316:13, 1317:1, 1353:11, 1354:3, 1414:16, 1415:1, 1440:6, 1440:10
describe [7] - 1260:23, 1279:15, 1284:23, 1284:24, 1291:7, 1359:19, 1373:22, 1375:11, 1404:9
described [8] - 1265:1, 1265:23, 1305:2, 1313:9, 1314:21, 1375:8, 1426:6, 1442:8
describes [2] - 1356:25, 1435:14
describing [3] - 1293:3, 1294:24, 1305:23
description [2] - 1284:21, 1416:10
design [3] - 1424:6, 1430:5, 1460:18
designated [3] - 1269:16, 1365:17, 1366:6
Designated [1] - 1259:1
designating [1] - 1435:7
designation [1] - 1431:24
designations [1] - 1432:1
designed [3] - 1285:3, 1287:10, 1322:19
designs [1] - 1455:4

**desirable** [1] - 1263:2
**despite** [2] - 1301:2, 1337:1
**detail** [4] - 1293:8, 1338:14, 1338:17, 1408:17
**detect** [11] - 1322:19, 1420:15, 1420:20, 1421:1, 1421:9, 1422:11, 1422:21, 1424:15, 1424:19, 1424:22, 1425:1
**detected** [3] - 1361:4, 1373:4, 1420:16
**detection** [1] - 1394:3
**determination** [1] - 1315:6
**determine** [13] - 1323:15, 1323:18, 1323:21, 1328:10, 1335:18, 1344:7, 1359:9, 1359:11, 1377:12, 1409:5, 1409:20, 1424:3, 1429:25
**determined** [20] - 1272:10, 1274:24, 1275:13, 1281:11, 1311:4, 1311:6, 1311:19, 1316:4, 1325:23, 1329:12, 1329:17, 1330:5, 1336:6, 1336:12, 1336:14, 1336:22, 1367:3, 1450:12, 1450:21, 1465:15
**determining** [2] - 1287:5, 1327:18
**develop** [4] - 1287:25, 1318:7, 1323:15, 1323:18
**developed** [6] - 1274:17, 1285:3, 1285:18, 1302:14, 1450:7, 1451:6
**developing** [2] - 1330:11, 1413:15
**development** [9] - 1304:12, 1311:8, 1317:15, 1387:19, 1388:5, 1395:19, 1414:7, 1454:1, 1464:24
**device** [1] - 1450:25
**diagnosed** [1] - 1408:9

**diagnoses** [1] - 1408:6
**diagram** [1] - 1454:25
**died** [1] - 1450:7
**differ** [1] - 1360:19
**difference** [7] - 1267:18, 1269:3, 1270:12, 1420:20, 1421:1, 1421:9, 1426:5
**differences** [4] - 1264:14, 1387:22, 1398:15, 1398:18
**different** [37] - 1267:23, 1268:18, 1286:1, 1289:23, 1307:9, 1314:13, 1314:14, 1325:22, 1332:6, 1351:7, 1351:11, 1351:13, 1351:14, 1351:15, 1351:16, 1351:25, 1357:14, 1360:24, 1361:18, 1364:24, 1365:6, 1366:23, 1375:7, 1411:24, 1416:1, 1425:25, 1439:1, 1439:2, 1439:15, 1451:24, 1453:8, 1460:18, 1460:19, 1462:13, 1463:1
**differently** [2] - 1289:16, 1361:10
**difficult** [5] - 1328:2, 1328:10, 1328:13, 1345:20, 1453:11
**diffraction** [1] - 1272:10
**digestive** [1] - 1285:12
**Direct** [1] - 1468:7
**DIRECT** [1] - 1258:14
**direct** [19] - 1282:4, 1291:21, 1325:13, 1333:15, 1340:20, 1343:2, 1350:18, 1355:2, 1355:3, 1357:9, 1372:16, 1379:14, 1379:24, 1381:22, 1383:3, 1388:12, 1390:25, 1412:24, 1437:1
**directed** [1] - 1463:3
**direction** [1] - 1456:21
**directly** [4] - 1296:3, 1296:20, 1383:23, 1390:15

**Director** [1] - 1258:25
**director** [1] - 1259:4
**dis** [1] - 1295:14
**dis-regulates** [1] - 1295:14
**disagree** [5] - 1265:15, 1319:14, 1331:3, 1359:2, 1461:3
**disclosed** [1] - 1271:7
**discounted** [1] - 1281:15
**discuss** [5] - 1260:21, 1264:21, 1387:22, 1393:15, 1393:21
**discussed** [9] - 1264:10, 1265:12, 1284:13, 1313:2, 1342:11, 1402:23, 1424:4, 1424:5, 1464:8
**discusses** [1] - 1266:9
**discussing** [3] - 1265:11, 1392:14, 1413:11
**discussion** [11] - 1266:8, 1266:11, 1267:8, 1267:11, 1293:4, 1293:6, 1294:7, 1294:11, 1294:13, 1294:17, 1354:16
**disease** [6] - 1277:6, 1311:24, 1375:25, 1383:13, 1393:5, 1409:1
**diseases** [2] - 1311:24, 1385:1
**display** [1] - 1462:6
**dispute** [4] - 1265:9, 1344:17, 1345:2, 1345:4
**disputing** [1] - 1299:1
**disruption** [1] - 1273:24, 1295:13
**distant** [1] - 1443:12
**distended** [1] - 1389:3
**distention** [1] - 1301:3
**distinction** [3] - 1391:19, 1399:21, 1399:24
**distinguish** [1] - 1466:17
**DISTRICT** [2] - 1256:1, 1256:1
**dive** [1] - 1376:15
**division** [1] - 1380:10
**DNA** [7] - 1273:25, 1289:16, 1295:13, 1296:8, 1296:16, 1297:11, 1315:10
**doctor** [10] - 1284:14,

1284:17, 1286:23, 1294:18, 1338:24, 1361:2, 1415:9, 1459:13, 1464:25
**Doctor** [20] - 1260:20, 1283:20, 1284:23, 1286:18, 1295:1, 1296:1, 1310:15, 1332:11, 1332:24, 1351:6, 1366:5, 1377:24, 1385:19, 1389:5, 1411:2, 1424:23, 1428:18, 1441:17, 1462:14, 1466:22
**Doctor's** [1] - 1292:18
**document** [8] - 1342:12, 1434:5, 1436:4, 1436:11, 1436:20, 1445:1, 1445:22, 1447:7
**documents** [10] - 1262:9, 1264:11, 1342:11, 1343:1, 1344:19, 1345:22, 1366:3, 1369:25, 1455:20
**doffed** [1] - 1302:13
**domestic** [2] - 1349:17, 1354:20
**done** [26] - 1276:15, 1279:19, 1281:10, 1281:17, 1289:12, 1291:4, 1302:23, 1313:6, 1327:23, 1328:1, 1337:2, 1344:9, 1346:23, 1347:13, 1348:1, 1348:8, 1362:12, 1368:12, 1369:18, 1389:5, 1408:19, 1436:21, 1438:7, 1441:7, 1465:4, 1466:19
**donned** [1] - 1302:13
**dose** [71] - 1288:15, 1290:17, 1306:4, 1307:19, 1307:23, 1312:13, 1312:15, 1312:19, 1312:20, 1318:11, 1318:19, 1318:20, 1318:23, 1319:9, 1324:16, 1326:11, 1326:15, 1327:15, 1328:7,

1484

1328:10, 1328:15, 1328:17, 1328:21, 1329:3, 1331:5, 1331:22, 1331:23, 1332:4, 1332:10, 1332:24, 1333:1, 1333:7, 1333:9, 1333:11, 1334:6, 1334:15, 1334:18, 1334:25, 1335:21, 1337:10, 1337:20, 1337:22, 1350:4, 1350:9, 1350:21, 1351:4, 1362:15, 1367:6, 1368:13, 1368:21, 1369:4, 1369:7, 1394:12, 1451:20, 1454:13, 1454:14, 1457:21, 1457:23, 1458:2, 1458:7, 1458:9, 1458:20, 1465:13, 1467:2

**dose-response** [14] - 1312:13, 1312:15, 1312:19, 1312:20, 1318:19, 1331:5, 1333:1, 1367:6, 1368:21, 1369:4, 1369:7, 1394:12, 1454:13, 1454:14

**doses** [7] - 1290:19, 1323:18, 1334:12, 1334:19, 1334:20, 1350:7, 1350:15

**dosing** [1] - 1458:14

**double** [1] - 1420:5

**double-count** [1] - 1420:5

**doubt** [1] - 1311:14

**down** [14] - 1276:4, 1276:6, 1287:9, 1307:3, 1316:12, 1388:20, 1391:10, 1393:25, 1394:13, 1401:8, 1412:9, 1427:14, 1430:7, 1437:4

**dr** [1] - 1260:23

**Dr** [114] - 1258:8, 1258:16, 1258:19, 1259:3, 1259:13, 1265:5, 1265:22, 1266:6, 1266:19,

1266:20, 1267:1, 1267:15, 1268:17, 1268:22, 1269:2, 1269:17, 1269:19, 1270:1, 1270:4, 1270:23, 1271:12, 1271:14, 1271:15, 1271:17, 1271:18, 1271:19, 1272:4, 1274:1, 1275:5, 1275:9, 1276:1, 1276:9, 1279:14, 1280:22, 1288:9, 1289:11, 1293:5, 1293:9, 1293:23, 1294:24, 1295:7, 1296:7, 1297:8, 1297:10, 1298:19, 1299:4, 1299:21, 1300:1, 1300:12, 1300:24, 1301:19, 1304:15, 1315:14, 1317:8, 1317:12, 1322:7, 1327:3, 1329:24, 1330:5, 1330:9, 1332:17, 1336:11, 1336:18, 1336:22, 1345:13, 1345:23, 1345:24, 1346:2, 1346:10, 1346:15, 1346:17, 1354:11, 1359:22, 1362:7, 1364:18, 1365:13, 1367:18, 1368:12, 1368:23, 1372:11, 1381:4, 1381:15, 1382:2, 1395:3, 1396:13, 1406:15, 1410:21, 1421:15, 1423:11, 1423:15, 1424:9, 1435:13, 1435:18, 1436:25, 1440:19, 1441:19, 1443:4, 1445:8, 1446:9, 1449:19, 1452:17, 1453:14, 1454:12, 1455:10, 1455:14, 1455:15, 1456:1, 1456:16, 1457:1, 1465:25, 1467:2, 1467:5, 1467:15

**draft** [9] - 1425:8, 1425:13, 1427:9,

1429:19, 1430:15, 1435:19, 1436:6, 1436:7, 1436:12

**drainage** [1] - 1285:17

**draw** [5] - 1378:3, 1378:20, 1379:14, 1399:21, 1437:25

**drawn** [1] - 1313:11

**drew** [1] - 1391:19

**drink** [1] - 1318:25

**DRINKER** [1] - 1256:16

**drinking** [4] - 1340:1, 1341:9, 1341:11, 1364:1

**Drs** [1] - 1393:10

**Drug** [1] - 1282:2

**drugs** [2] - 1314:3, 1323:9

**due** [3] - 1273:24, 1283:17, 1291:12

**duly** [1] - 1258:11

**duration** [6] - 1328:14, 1328:20, 1333:12, 1368:13, 1457:24, 1458:11

**during** [10] - 1259:24, 1262:10, 1282:21, 1302:16, 1303:5, 1328:4, 1333:22, 1350:11, 1350:22, 1454:19

**dust** [4] - 1259:24, 1282:21, 1337:25, 1370:21

**dusted** [1] - 1302:12

---

**E**

---

**earliest** [1] - 1279:23

**early** [3] - 1289:3, 1298:17, 1300:22

**ease** [1] - 1275:4

**easily** [1] - 1302:13

**EAST** [1] - 1256:7

**easy** [1] - 1311:22

**Eberl** [1] - 1298:5

**Education** [1] - 1259:1

**Effect** [1] - 1452:15

**effect** [41] - 1291:2, 1292:22, 1293:2, 1297:10, 1297:15, 1301:25, 1305:11, 1305:12, 1308:8, 1308:17, 1312:8, 1315:14, 1316:7,

1318:20, 1318:21, 1320:17, 1320:20, 1320:21, 1321:7, 1339:2, 1344:18, 1348:10, 1364:22, 1391:14, 1403:19, 1404:4, 1407:18, 1407:22, 1420:15, 1422:11, 1424:14, 1425:18, 1443:12, 1444:4, 1453:7, 1456:21, 1456:23, 1457:6, 1460:20

**effects** [28] - 1267:4, 1268:7, 1268:20, 1270:7, 1290:13, 1291:17, 1295:13, 1295:14, 1303:4, 1305:17, 1321:1, 1321:6, 1321:21, 1322:3, 1322:15, 1323:9, 1323:16, 1323:19, 1339:16, 1360:9, 1367:13, 1388:12, 1391:13, 1396:6, 1396:20, 1449:1, 1450:22, 1452:20

**effort** [4] - 1261:21, 1343:4, 1344:12, 1365:7

**eg** [1] - 1340:24

**egg** [1] - 1283:9

**Egli** [1] - 1279:23

**eight** [1] - 1460:14

**either** [9] - 1262:9, 1262:11, 1314:7, 1341:15, 1362:22, 1363:4, 1363:17, 1432:20, 1455:7

**electrochemical** [2] - 1273:22, 1361:8

**electrodes** [1] - 1467:4

**electrostatic** [1] - 1382:7

**elements** [1] - 1363:9

**elevated** [2] - 1320:7, 1320:9

**elevation** [1] - 1401:4

**eliminate** [1] - 1292:2

**eliminated** [1] - 1285:12

**eliminating** [3] - 1285:15, 1407:20, 1409:22

**elimination** [6] -

1485

1285:14, 1404:1, 1404:10, 1404:17, 1404:22, 1405:2
**ELMO** [1] - 1300:10
**elsewhere** [1] - 1308:11
**emits** [1] - 1283:8
**emitted** [1] - 1322:6
**employing** [1] - 1310:18
**encountered** [1] - 1291:25
**end** [5] - 1396:23, 1407:17, 1418:4, 1425:10, 1444:19
**ended** [1] - 1396:23
**endometriosis** [1] - 1454:23
**ends** [1] - 1297:11
**engaged** [1] - 1258:24
**English** [1] - 1393:2
**engulf** [1] - 1292:5
**engulfed** [1] - 1292:12
**enhances** [1] - 1455:6
**enter** [2] - 1282:23, 1305:3
**enters** [1] - 1370:5
**entire** [2] - 1352:3, 1395:24
**entirely** [2] - 1333:3, 1338:12
**ENTITLED** [1] - 1470:6
**entitled** [2] - 1383:11, 1452:14
**entrapped** [1] - 1389:3
**envelope** [2] - 1326:22, 1327:24
**environment** [1] - 1339:24
**environmental** [6] - 1322:8, 1339:10, 1354:19, 1355:5, 1355:25, 1455:6
**enzyme** [1] - 1289:19
**epidemiologic** [17] - 1261:15, 1274:20, 1278:5, 1311:4, 1331:4, 1333:10, 1334:8, 1334:16, 1334:19, 1334:21, 1349:6, 1393:1, 1394:15, 1406:2, 1445:23, 1453:17, 1456:13
**epidemiological** [13] - 1259:17, 1274:16,

1278:9, 1311:13, 1328:18, 1348:22, 1354:13, 1394:18, 1410:5, 1412:20, 1427:24, 1435:20, 1447:24
**epidemiologist** [1] - 1276:17
**epidemiologists** [4] - 1406:15, 1406:18, 1407:5, 1407:8
**Epidemiology** [1] - 1411:5
**epidemiology** [11] - 1276:16, 1278:18, 1312:17, 1312:18, 1407:11, 1409:16, 1411:3, 1411:9, 1411:16, 1437:14, 1458:14
**epigenetic** [1] - 1295:14
**epithelial** [12] - 1260:11, 1277:5, 1303:11, 1304:1, 1308:5, 1308:22, 1376:8, 1376:9, 1408:6, 1412:11, 1439:24, 1455:6
**epithelium** [8] - 1301:4, 1386:5, 1386:7, 1386:25, 1388:11, 1388:23, 1388:24, 1389:19
**equipment** [1] - 1450:13
**equivalent** [1] - 1439:25
**error** [1] - 1433:24
**errors** [2] - 1325:17, 1326:11
**escalator** [1] - 1285:9
**Eslick** [1] - 1275:22
**ESQUIRE** [10] - 1256:12, 1256:12, 1256:14, 1256:16, 1256:17, 1256:18, 1256:20, 1256:20, 1256:22, 1257:6
**ESQUIRES** [7] - 1256:11, 1256:13, 1256:16, 1256:18, 1256:19, 1256:21, 1257:5
**essentially** [11] - 1274:21, 1279:4, 1288:2, 1302:20,

1306:3, 1311:23, 1375:20, 1395:24, 1397:15, 1453:3, 1456:24
**established** [3] - 1269:20, 1325:15, 1355:9
**establishes** [1] - 1393:19
**estimate** [11] - 1325:9, 1325:23, 1326:2, 1326:6, 1326:11, 1328:3, 1369:7, 1408:2, 1408:21, 1430:1, 1458:8
**estimated** [1] - 1350:7
**estimates** [1] - 1328:1
**estimating** [2] - 1323:3, 1325:16
**estimation** [5] - 1324:11, 1325:4, 1422:4, 1465:12, 1466:3
**et** [2] - 1382:4, 1429:10
**European** [2] - 1425:21, 1426:10
**evaluate** [6] - 1262:15, 1274:15, 1287:22, 1317:17, 1447:23, 1458:2
**evaluated** [7] - 1262:1, 1265:22, 1273:10, 1273:12, 1274:11, 1274:25, 1288:6
**evaluating** [2] - 1268:5, 1278:5
**evaluation** [10] - 1275:7, 1277:18, 1279:15, 1281:8, 1357:4, 1358:16, 1433:12, 1434:4, 1447:1, 1447:2
**evaluations** [1] - 1277:24
**eventually** [1] - 1286:12
**everyday** [1] - 1268:10
**evidence** [58] - 1261:21, 1262:1, 1271:20, 1279:15, 1282:9, 1290:10, 1297:25, 1298:6, 1301:24, 1303:6, 1310:8, 1311:2, 1311:10, 1316:6, 1357:12, 1358:2, 1358:22, 1359:3, 1359:6, 1364:18, 1364:25, 1370:4, 1373:11, 1386:9,

1386:23, 1387:1, 1387:6, 1391:4, 1392:11, 1393:16, 1394:12, 1394:17, 1394:18, 1405:19, 1419:5, 1419:6, 1426:3, 1426:7, 1426:24, 1433:5, 1433:6, 1433:15, 1433:16, 1434:7, 1434:13, 1434:16, 1443:14, 1443:17, 1444:6, 1446:6, 1447:3, 1447:23, 1447:24, 1453:10, 1455:22, 1464:21, 1467:3, 1467:17
**evolution** [1] - 1285:4
**exact** [1] - 1443:9
**exactly** [6] - 1275:10, 1293:23, 1295:3, 1328:3, 1337:6, 1424:17
**EXAMINATION** [7] - 1258:14, 1317:6, 1354:8, 1415:7, 1440:17, 1459:11, 1467:13
**examination** [3] - 1338:17, 1444:20, 1466:8
**examine** [1] - 1396:10
**examined** [2] - 1372:2, 1415:11
**example** [14] - 1272:12, 1280:24, 1293:11, 1314:7, 1314:9, 1318:24, 1319:21, 1328:8, 1348:21, 1356:24, 1357:19, 1390:3, 1407:12, 1449:1
**except** [2] - 1262:20, 1456:19
**excerpt** [1] - 1389:15
**excess** [1] - 1435:2
**excluded** [6] - 1337:13, 1337:18, 1338:4, 1338:8, 1338:19, 1338:20
**excuse** [3] - 1291:6, 1292:16, 1461:20
**excused** [3] - 1435:23, 1467:21, 1467:22
**exercise** [1] - 1333:25

1486

exhaust [1] - 1450:23
exhibit [4] - 1266:12, 1381:21, 1423:17, 1435:11
Exhibit [49] - 1266:14, 1321:14, 1321:23, 1325:13, 1340:18, 1357:4, 1372:12, 1372:17, 1373:8, 1374:4, 1374:17, 1374:23, 1379:24, 1381:16, 1385:17, 1386:16, 1388:7, 1390:24, 1392:7, 1392:24, 1394:24, 1395:7, 1395:20, 1403:14, 1403:22, 1412:5, 1412:8, 1412:24, 1413:10, 1413:18, 1418:5, 1419:13, 1422:15, 1427:20, 1429:7, 1431:2, 1431:10, 1431:18, 1433:9, 1434:3, 1434:5, 1434:23, 1436:24, 1444:22, 1445:20, 1448:5, 1454:11, 1461:15, 1463:2
Exhibits [1] - 1321:11
exhibits [2] - 1321:13, 1374:7
exist [6] - 1262:18, 1262:19, 1286:1, 1286:14, 1424:14, 1426:10
existence [1] - 1458:24
exists [3] - 1272:17, 1282:3, 1309:16
expect [3] - 1281:1, 1364:23, 1456:2
expected [2] - 1280:15, 1441:16
experience [6] - 1268:1, 1270:15, 1307:14, 1406:15, 1407:4, 1407:8
experienced [1] - 1437:17
experiment [5] - 1288:23, 1313:18, 1347:12, 1348:1, 1348:7
experimental [4] - 1312:10, 1358:22,

1359:7, 1434:7
experiments [2] - 1287:10, 1314:1
expert [33] - 1266:21, 1266:24, 1267:16, 1267:19, 1268:1, 1268:9, 1268:21, 1271:12, 1276:9, 1292:24, 1337:13, 1339:11, 1363:13, 1363:16, 1365:17, 1365:25, 1366:6, 1377:24, 1378:3, 1378:6, 1378:7, 1411:3, 1411:4, 1411:7, 1411:8, 1411:15, 1425:12, 1432:5, 1446:18, 1448:24, 1449:9, 1449:14, 1449:21
expertise [10] - 1267:21, 1268:21, 1271:16, 1322:7, 1344:6, 1344:17, 1345:2, 1345:4, 1376:17, 1378:4
experts [7] - 1321:19, 1342:23, 1343:8, 1343:12, 1365:11, 1366:1, 1366:2
explain [6] - 1313:20, 1317:13, 1322:16, 1338:13, 1449:24, 1453:6
explained [1] - 1296:8
explaining [1] - 1437:24
explanation [6] - 1267:17, 1337:21, 1388:13, 1389:11, 1422:25, 1424:23
explanations [4] - 1344:13, 1388:17, 1393:21, 1435:22
exploring [1] - 1346:6
exposed [25] - 1268:5, 1288:21, 1304:20, 1310:13, 1310:14, 1313:15, 1318:15, 1318:22, 1322:17, 1324:17, 1328:12, 1335:21, 1337:25, 1341:9, 1350:5, 1350:11, 1350:22, 1352:14, 1352:17, 1352:25, 1389:6,

1391:3, 1396:22, 1398:9, 1422:19
exposes [1] - 1259:22
Exposure [1] - 1452:15
exposure [157] - 1260:5, 1261:11, 1261:12, 1274:15, 1278:20, 1282:12, 1283:1, 1283:2, 1283:18, 1286:19, 1286:21, 1288:18, 1288:23, 1288:25, 1300:15, 1306:3, 1306:10, 1309:16, 1311:7, 1311:8, 1311:23, 1312:7, 1312:10, 1313:7, 1318:4, 1319:12, 1319:15, 1320:25, 1321:4, 1322:8, 1322:13, 1322:14, 1323:3, 1323:21, 1324:10, 1324:11, 1324:15, 1324:20, 1324:22, 1325:5, 1325:10, 1325:22, 1325:24, 1326:7, 1329:13, 1329:18, 1330:6, 1331:8, 1331:11, 1331:15, 1331:25, 1332:14, 1333:22, 1335:13, 1335:18, 1336:4, 1336:6, 1336:9, 1336:12, 1336:14, 1336:23, 1337:3, 1338:5, 1338:9, 1338:10, 1338:21, 1339:21, 1341:23, 1341:25, 1349:7, 1349:8, 1349:15, 1349:17, 1349:20, 1349:25, 1350:11, 1350:12, 1350:22, 1350:23, 1351:2, 1351:6, 1351:8, 1351:16, 1351:23, 1351:25, 1352:19, 1352:25, 1354:17, 1354:19, 1354:20, 1355:8, 1355:11, 1355:17, 1355:25, 1360:5, 1360:12, 1366:10, 1366:13,

1366:19, 1366:24, 1366:25, 1368:14, 1369:11, 1369:22, 1373:5, 1375:25, 1379:15, 1388:12, 1388:18, 1389:1, 1389:9, 1394:1, 1394:18, 1395:21, 1395:22, 1395:25, 1396:4, 1397:16, 1398:8, 1398:12, 1398:20, 1399:10, 1401:19, 1402:5, 1402:8, 1402:9, 1402:15, 1404:13, 1404:14, 1414:6, 1435:21, 1437:15, 1437:17, 1439:14, 1439:16, 1439:20, 1441:3, 1441:24, 1442:2, 1442:3, 1442:7, 1442:10, 1444:4, 1444:5, 1454:16, 1455:6, 1458:6, 1458:12, 1463:20, 1465:11, 1465:12, 1465:18, 1466:3
exposure-related [1] - 1396:4
exposures [6] - 1325:21, 1339:10, 1351:1, 1351:14, 1351:15, 1451:21
expressed [8] - 1347:11, 1348:5, 1374:3, 1400:7, 1400:10, 1418:25, 1421:12, 1449:25
expressing [2] - 1361:16, 1362:1
extended [2] - 1318:1, 1352:5
extensive [2] - 1398:7, 1447:19
extensively [1] - 1451:2
extent [8] - 1271:13, 1273:20, 1286:2, 1307:20, 1319:16, 1338:7, 1363:25, 1393:22
external [2] - 1399:17, 1400:13
externally [2] - 1378:13, 1399:7

1487

**extrapolate** [1] - 1333:18
**extrapolation** [2] - 1398:13, 1453:10
**extreme** [1] - 1262:20
**extremely** [1] - 1283:3

**F**

**F-344/in** [1] - 1452:16
**face** [1] - 1332:25
**fact** [24] - 1261:8, 1280:16, 1281:13, 1293:4, 1299:17, 1302:17, 1322:25, 1324:2, 1340:3, 1370:3, 1397:24, 1407:12, 1408:15, 1438:12, 1439:18, 1442:6, 1444:11, 1446:9, 1449:11, 1449:13, 1457:15, 1460:24, 1461:5, 1467:2
**factor** [2] - 1409:15, 1411:20
**factors** [9] - 1304:11, 1314:18, 1375:15, 1393:2, 1393:3, 1405:11, 1405:15, 1424:6, 1435:9
**facts** [1] - 1466:13
**faculty** [1] - 1411:4
**failed** [4] - 1337:19, 1354:23, 1440:21, 1467:2
**fails** [1] - 1345:14
**failure** [2] - 1337:9, 1466:10
**fair** [10] - 1269:10, 1273:4, 1307:8, 1335:19, 1445:2, 1445:5, 1447:14, 1447:20, 1457:18, 1458:17
**fairly** [3] - 1308:14, 1337:21, 1458:18
**fall** [1] - 1308:15
**fallopian** [7] - 1278:25, 1279:17, 1280:13, 1379:12, 1379:15, 1399:8, 1444:12
**familiar** [5] - 1263:12, 1389:21, 1421:4, 1425:16, 1432:1
**far** [6] - 1273:7, 1328:23,

1401:19, 1402:5, 1427:16, 1441:25
**faster** [1] - 1280:14
**favor** [2] - 1419:6, 1420:13
**FDA** [2] - 1303:3, 1427:11
**fears** [1] - 1321:20
**federal** [2] - 1337:14, 1427:2
**Federal** [1] - 1465:10
**feedback** [1] - 1277:23
**felt** [8] - 1311:9, 1313:8, 1314:11, 1333:24, 1393:16, 1417:15, 1423:20, 1436:8
**female** [11] - 1259:21, 1279:3, 1279:21, 1279:25, 1281:14, 1376:4, 1391:13, 1396:11, 1396:15, 1403:16, 1403:18
**few** [5] - 1303:13, 1303:14, 1320:6, 1376:16, 1459:7
**fiber** [9] - 1270:25, 1272:8, 1272:9, 1272:19, 1291:19, 1291:20, 1292:5, 1292:11, 1341:12
**fiber'** [1] - 1272:18
**fibers** [38] - 1260:4, 1263:21, 1267:5, 1270:7, 1270:8, 1272:12, 1272:16, 1272:17, 1272:23, 1273:2, 1290:25, 1291:1, 1291:3, 1291:4, 1291:11, 1291:15, 1291:16, 1291:24, 1292:13, 1292:21, 1293:2, 1293:16, 1293:20, 1295:5, 1340:5, 1340:11, 1341:1, 1341:5, 1341:13, 1342:11, 1343:16, 1358:4, 1358:9, 1358:24, 1359:4, 1370:21, 1434:9
**fibrosis** [1] - 1373:12
**fibrotic** [1] - 1380:8
**fibrous** [48] - 1260:4, 1263:3, 1263:21,

1263:23, 1264:2, 1264:4, 1264:14, 1264:25, 1265:4, 1265:21, 1266:9, 1266:12, 1266:18, 1266:21, 1266:25, 1267:2, 1267:8, 1267:11, 1267:14, 1267:16, 1267:21, 1268:2, 1268:6, 1268:7, 1268:9, 1269:4, 1269:7, 1269:11, 1269:22, 1270:11, 1270:14, 1270:15, 1270:17, 1271:21, 1272:13, 1273:1, 1273:4, 1293:6, 1293:10, 1293:11, 1293:17, 1306:13, 1444:13, 1455:16, 1455:23, 1457:22, 1458:25
**fight** [1] - 1384:25
**figure** [4] - 1295:10, 1304:10, 1333:6, 1335:1
**files** [1] - 1262:12
**fill** [2] - 1332:9, 1345:16
**filtered** [1] - 1274:24
**final** [4] - 1357:3, 1436:9, 1461:16, 1462:2
**finally** [3] - 1273:4, 1289:21, 1427:18
**findings** [15] - 1288:10, 1288:19, 1291:10, 1291:14, 1298:23, 1341:4, 1346:15, 1346:19, 1349:13, 1356:8, 1387:23, 1390:25, 1391:2, 1423:6, 1447:11
**fine** [2] - 1454:8, 1456:9
**finish** [2] - 1297:7, 1315:4
**fire** [1] - 1320:7
**first** [32] - 1258:11, 1259:15, 1262:4, 1262:5, 1311:3, 1321:11, 1321:18, 1323:7, 1324:5, 1324:19, 1324:21, 1324:25, 1325:14, 1334:7, 1340:19, 1347:8, 1372:13, 1373:3, 1376:2,

1381:23, 1382:15, 1382:18, 1385:17, 1388:8, 1392:7, 1392:8, 1407:4, 1416:11, 1431:22, 1440:19, 1462:20, 1462:21
**FISHER** [1] - 1256:7
**fit** [2] - 1313:5, 1405:22
**five** [4] - 1288:16, 1290:9, 1315:3, 1355:10
**Fletcher** [1] - 1289:22
**FLOM** [1] - 1256:18
**flow** [1] - 1305:7
**fluid** [2] - 1302:24, 1389:3
**fluids** [1] - 1305:7
**fly** [1] - 1332:25
**focus** [7] - 1270:11, 1272:2, 1278:20, 1282:17, 1323:12, 1399:3, 1411:19
**follicular** [1] - 1389:3
**follow** [6] - 1295:8, 1359:14, 1370:10, 1375:1, 1397:2, 1458:1
**follow-up** [2] - 1397:2, 1458:1
**followed** [1] - 1261:10
**FOLLOWING** [1] - 1470:4
**following** [1] - 1389:14
**follows** [1] - 1258:12
**Food** [1] - 1282:2
**food** [1] - 1363:25
**FOR** [1] - 1256:1
**force** [1] - 1443:12
**foreign** [11] - 1285:5, 1373:12, 1381:12, 1382:5, 1382:10, 1391:4, 1391:15, 1391:19, 1448:14, 1448:16, 1449:2
**forest** [5] - 1275:4, 1275:5, 1275:6, 1278:12, 1311:12
**forgotten** [1] - 1456:11
**form** [14] - 1262:25, 1263:1, 1263:3, 1276:14, 1277:6, 1289:3, 1306:13, 1320:2, 1348:13, 1360:21, 1361:8, 1391:14, 1450:18,

1450:24
**formations** [1] - 1267:19
**formed** [6] - 1261:23, 1346:23, 1378:11, 1389:24, 1402:19, 1403:2
**former** [1] - 1270:4
**forming** [7] - 1329:17, 1330:4, 1336:11, 1336:21, 1349:5, 1375:12, 1417:15
**forms** [4] - 1357:13, 1360:24, 1361:2, 1378:1
**formulating** [3] - 1326:1, 1326:5, 1405:12
**formulation** [1] - 1368:10
**forth** [6] - 1275:2, 1290:16, 1312:15, 1350:8, 1354:21, 1426:9
**fortunately** [1] - 1322:9
**forward** [1] - 1277:20
**foundation** [3] - 1276:19, 1346:5, 1445:14
**four** [4] - 1383:18, 1386:3, 1389:11, 1424:2
**fourth** [1] - 1430:2
**fragmentation** [1] - 1289:17
**fragrance** [16] - 1263:10, 1274:2, 1274:9, 1306:24, 1362:23, 1362:25, 1363:4, 1367:11, 1367:15, 1367:22, 1367:25, 1368:7, 1368:14, 1368:22, 1369:5, 1457:21
**fragrances** [2] - 1274:6, 1369:7
**frank** [2] - 1387:1, 1387:4
**frankly** [1] - 1296:23
**FREDA** [1] - 1256:9
**frequency** [8] - 1328:14, 1328:20, 1333:12, 1368:13, 1368:17, 1368:19, 1457:24, 1458:11
**frequent** [1] - 1458:9
**frequently** [1] - 1280:10
**front** [8] - 1321:10, 1341:18, 1372:11, 1381:19, 1385:18,

1403:3, 1441:20, 1447:7
**frustration** [1] - 1292:15
**full** [9] - 1258:17, 1293:13, 1325:14, 1381:23, 1383:17, 1386:17, 1386:21, 1388:8, 1443:12
**function** [1] - 1314:8
**fundamental** [2] - 1395:18, 1419:3
**funding** [1] - 1436:20
**fur** [1] - 1398:10
**FURTHER** [1] - 1467:13
**future** [1] - 1389:16

## G

**gap** [1] - 1345:16
**gaps** [2] - 1332:7, 1332:9
**gas** [1] - 1450:5
**gastrointestinal** [1] - 1451:5
**Gates** [13] - 1419:22, 1420:1, 1420:3, 1420:10, 1420:12, 1460:6, 1460:8, 1460:16, 1461:4, 1461:10, 1461:13, 1461:20
**gene** [1] - 1288:22
**general** [15] - 1273:18, 1276:9, 1281:3, 1308:14, 1310:24, 1339:10, 1341:8, 1360:19, 1425:20, 1438:25, 1444:21, 1445:19, 1448:14, 1452:1, 1457:3
**generally** [4] - 1267:8, 1285:25, 1286:4, 1362:18
**generation** [2] - 1273:23, 1290:1
**genes** [1] - 1288:22
**genetic** [4] - 1286:7, 1296:16, 1296:17, 1451:12
**genital** [25] - 1259:19, 1260:9, 1274:17, 1282:16, 1286:19, 1310:11, 1315:15, 1364:20, 1365:2, 1391:6, 1391:14, 1399:23, 1402:22,

1403:6, 1412:10, 1413:2, 1413:13, 1420:19, 1422:19, 1443:20, 1447:25, 1453:21, 1459:1, 1462:8, 1467:17
**genotoxic** [5] - 1295:13, 1437:10, 1437:22, 1438:6, 1438:8
**genotoxicity** [10] - 1294:12, 1294:13, 1294:22, 1295:2, 1295:7, 1295:11, 1295:17, 1295:23, 1296:7, 1296:21
**genotoxity** [1] - 1291:22
**geologic** [1] - 1347:16
**geological** [3] - 1264:6, 1267:19
**geologist** [1] - 1339:6
**geology** [3] - 1266:24, 1268:22, 1268:23
**GEREL** [1] - 1256:13
**Gertig** [10] - 1415:21, 1419:19, 1420:4, 1420:6, 1420:7, 1420:9, 1420:13, 1460:13, 1460:17, 1462:4
**giant** [1] - 1373:12
**girls** [3] - 1354:18, 1354:22, 1355:24
**given** [6] - 1284:22, 1292:20, 1328:25, 1335:25, 1408:10, 1417:16
**glad** [1] - 1289:11
**glove** [1] - 1280:25
**gloves** [2] - 1302:12, 1303:4
**glue** [1] - 1302:21
**glutathione** [2] - 1289:10, 1289:18
**Gonzales** [2] - 1416:25, 1419:18
**GOTSHAL** [1] - 1256:21
**gradient** [1] - 1312:12
**Graham** [1] - 1298:10
**gram** [1] - 1383:17
**granulomas** [5] - 1302:13, 1384:9, 1384:13, 1384:14, 1384:17
**Granulomatosis** [1] -

1383:12
**granulomatosis** [3] - 1383:13, 1384:3, 1384:5
**granulomatous** [1] - 1302:10
**graphic** [2] - 1261:8, 1275:8
**great** [2] - 1368:1, 1440:5
**greater** [10] - 1304:19, 1318:21, 1401:19, 1402:6, 1402:10, 1402:16, 1406:20, 1408:17, 1441:25, 1442:4
**greatest** [1] - 1304:20
**Green** [3] - 1429:10, 1429:25, 1447:9
**grounds** [1] - 1338:19
**group** [6] - 1355:5, 1355:7, 1397:12, 1416:1, 1422:9, 1425:5
**Group** [10] - 1273:3, 1273:5, 1273:14, 1273:15, 1310:2, 1319:24, 1356:23, 1360:2, 1432:9, 1435:15
**Groups** [1] - 1391:3
**groups** [4] - 1325:22, 1325:25, 1356:20, 1391:3
**grown** [1] - 1388:23
**grows** [2] - 1272:20, 1286:10
**growth** [5] - 1260:6, 1286:11, 1293:22, 1296:18, 1380:10
**guess** [3] - 1265:6, 1300:3, 1352:8
**guesswork** [1] - 1466:24
**guidelines** [1] - 1310:19
**guts** [1] - 1296:22
**gynecologic** [1] - 1376:18
**gynecological** [3] - 1400:8, 1400:11, 1400:12
**gynecologist** [4] - 1283:23, 1283:24, 1377:8, 1400:9
**gynecologists** [1] - 1404:19

# H

**habit** [2] - 1272:21, 1291:19
**habitual** [5] - 1317:13, 1317:19, 1317:25, 1318:5, 1442:9
**half** [1] - 1386:4
**Halme** [1] - 1280:8
**Hamilton** [25] - 1298:14, 1298:19, 1298:20, 1299:5, 1299:8, 1299:13, 1299:16, 1299:17, 1300:1, 1300:5, 1300:12, 1300:23, 1301:10, 1385:13, 1385:18, 1385:22, 1387:10, 1387:14, 1387:18, 1446:24, 1447:1, 1463:9, 1463:14, 1464:8, 1464:19
**hand** [23] - 1301:15, 1301:16, 1324:6, 1324:25, 1325:12, 1352:13, 1352:15, 1357:10, 1372:20, 1373:3, 1381:22, 1382:18, 1386:17, 1386:21, 1388:8, 1391:1, 1391:20, 1393:24, 1397:8, 1401:1, 1413:19, 1422:15, 1423:7
**handy** [2] - 1395:3, 1395:4
**hard** [3] - 1347:19, 1378:3, 1426:7
**hard-pressed** [1] - 1347:19
**hardness** [1] - 1382:6
**Harlow** [2] - 1430:7, 1447:9
**harm** [3] - 1331:22, 1332:5, 1426:3
**harmful** [10] - 1318:17, 1323:16, 1323:19, 1329:18, 1330:5, 1336:4, 1336:12, 1336:22, 1338:9, 1338:21
**harmless** [2] - 1298:13, 1318:14
**has-yet-to-be** [1] -

1436:25
**hazard** [3] - 1259:17, 1261:9, 1334:12
**hazards** [2] - 1324:23, 1325:5
**heading** [5] - 1380:2, 1382:14, 1413:11, 1433:10, 1434:24
**headline** [1] - 1321:18
**heal** [1] - 1283:11
**healing** [3] - 1283:14, 1283:21, 1302:22
**Health** [36] - 1258:22, 1261:7, 1282:7, 1316:1, 1316:4, 1321:24, 1411:6, 1415:16, 1415:24, 1425:7, 1426:15, 1427:14, 1429:19, 1430:15, 1430:23, 1435:14, 1435:19, 1436:7, 1436:14, 1436:21, 1438:1, 1438:2, 1444:24, 1444:25, 1445:2, 1445:3, 1445:11, 1445:18, 1447:6, 1457:2, 1457:15, 1463:3, 1463:17
**health** [18] - 1259:16, 1268:20, 1270:7, 1320:17, 1320:21, 1321:1, 1321:6, 1321:21, 1322:3, 1322:14, 1324:9, 1324:10, 1325:3, 1339:16, 1427:10, 1450:22, 1465:16, 1466:2
**hear** [4] - 1266:4, 1276:15, 1278:19, 1279:13
**heard** [4] - 1275:20, 1282:8, 1293:9, 1421:15
**HEARING** [1] - 1256:4
**heavy** [34] - 1273:8, 1306:20, 1308:2, 1349:14, 1349:20, 1350:22, 1351:7, 1351:25, 1354:17, 1355:11, 1355:16, 1359:16, 1359:22, 1362:16, 1362:22,

1363:4, 1363:8, 1363:20, 1365:1, 1365:8, 1365:13, 1365:19, 1366:7, 1366:11, 1366:20, 1367:8, 1367:10, 1394:4, 1438:11, 1438:12, 1439:18, 1441:8, 1443:13, 1458:25
**Heller** [4] - 1280:19, 1284:9, 1371:20, 1373:16
**help** [1] - 1305:22
**helpful** [3] - 1292:8, 1418:19, 1458:8
**helps** [1] - 1291:7
**heterogeneity** [9] - 1422:25, 1423:4, 1423:5, 1423:9, 1456:12, 1456:16, 1456:19, 1456:24, 1461:23
**high** [6] - 1306:10, 1306:16, 1306:20, 1389:1, 1389:7, 1389:9
**higher** [9] - 1318:17, 1319:5, 1340:8, 1341:14, 1364:19, 1365:1, 1401:2, 1401:5, 1401:9
**highlighted** [2] - 1412:9, 1462:5
**highly** [1] - 1314:22
**Hill** [12] - 1310:4, 1310:16, 1310:19, 1310:22, 1310:25, 1313:17, 1405:6, 1405:11, 1409:5, 1409:13, 1409:15, 1411:18
**hired** [2] - 1342:23, 1343:12
**histologic** [1] - 1462:10
**historical** [1] - 1303:6
**historically** [1] - 1263:17
**hold** [2] - 1268:8, 1339:10
**holds** [1] - 1384:11
**homes** [1] - 1340:24
**honestly** [1] - 1365:21
**Honor** [64] - 1260:12, 1260:17, 1264:17,

1264:23, 1265:20, 1266:23, 1267:18, 1267:24, 1268:16, 1270:22, 1271:8, 1271:22, 1275:25, 1276:2, 1276:7, 1292:16, 1293:14, 1295:3, 1295:16, 1296:7, 1296:20, 1297:7, 1297:21, 1298:24, 1299:13, 1300:8, 1300:9, 1301:15, 1316:9, 1321:16, 1327:2, 1332:16, 1333:13, 1336:16, 1339:19, 1345:15, 1346:5, 1347:21, 1351:19, 1352:20, 1353:7, 1357:6, 1361:22, 1366:16, 1368:3, 1372:14, 1376:24, 1377:19, 1381:17, 1395:1, 1410:18, 1411:12, 1414:15, 1416:3, 1427:3, 1428:11, 1431:3, 1442:20, 1445:14, 1454:6, 1456:8, 1459:5, 1459:8, 1467:10
**HONORABLE** [1] - 1256:9
**hopefully** [1] - 1389:16
**Hopkins** [1] - 1266:19
**horizontal** [1] - 1306:4
**hormone** [1] - 1388:21
**hormones** [3] - 1389:2, 1389:7, 1389:10
**hospital** [1] - 1377:17
**Houghton** [1] - 1419:19
**hourly** [1] - 1320:11
**hours** [2] - 1396:23, 1398:10
**Houston** [3] - 1259:2, 1259:5, 1321:3
**human** [15] - 1272:24, 1273:3, 1273:5, 1273:15, 1281:12, 1281:14, 1288:14, 1291:24, 1339:16, 1360:2, 1400:22, 1427:23, 1433:1, 1435:21, 1437:16

**humans** [22] - 1291:5, 1301:24, 1302:3, 1302:11, 1303:7, 1312:16, 1319:25, 1323:13, 1357:12, 1358:2, 1378:12, 1387:22, 1398:15, 1398:19, 1432:13, 1433:4, 1433:5, 1433:16, 1435:16, 1444:7, 1453:9, 1453:11

**hygiene** [2] - 1317:14, 1328:4

**hygienic** [4] - 1282:21, 1312:3, 1401:25, 1409:23

**hyperoxia** [1] - 1319:5

**hypothesis** [8] - 1392:19, 1392:21, 1393:4, 1393:8, 1393:17, 1393:19, 1419:6, 1425:3

**hypothetically** [1] - 1456:3

---

**I**

**IARC** [55] - 1266:25, 1272:13, 1272:15, 1272:25, 1273:7, 1273:11, 1273:12, 1309:25, 1319:24, 1340:3, 1340:14, 1340:19, 1340:23, 1341:4, 1341:8, 1341:20, 1342:11, 1342:12, 1342:16, 1342:17, 1355:5, 1355:7, 1355:12, 1356:5, 1356:7, 1356:10, 1356:15, 1356:16, 1356:19, 1356:23, 1357:3, 1357:7, 1357:19, 1358:8, 1359:24, 1370:1, 1370:3, 1370:14, 1432:1, 1432:4, 1432:7, 1432:11, 1432:16, 1432:20, 1432:23, 1432:24, 1433:3, 1433:12, 1433:22, 1434:3, 1434:12, 1434:16, 1434:24,

1435:8, 1436:2

**IARC's** [5] - 1356:9, 1356:12, 1359:8, 1431:22, 1434:19

**idea** [4] - 1326:23, 1364:3, 1364:12, 1404:18

**identification** [1] - 1261:9

**identified** [5] - 1359:23, 1375:1, 1413:21, 1417:24, 1462:7

**identify** [3] - 1290:21, 1360:1, 1441:8

**II** [2] - 1396:5, 1405:1

**III** [3] - 1391:4, 1403:23, 1435:15

**illustrate** [2] - 1268:18, 1302:8

**illustration** [2] - 1291:6, 1305:22

**illustrations** [1] - 1302:7

**Imerys** [2] - 1345:22, 1366:3

**Imerys'** [2] - 1344:15, 1344:25

**immaterial** [2] - 1362:14, 1365:4

**immune** [9] - 1291:25, 1292:1, 1292:4, 1380:9, 1384:6, 1384:21, 1384:25, 1387:18, 1437:8

**immunologic** [1] - 1290:14

**Immunosuppression** [1] - 1383:11

**immunosuppression** [2] - 1384:24, 1385:3

**impact** [4] - 1293:9, 1394:22, 1435:3, 1460:12

**implanted** [1] - 1380:6

**import** [1] - 1461:3

**importance** [1] - 1291:1

**important** [21] - 1287:5, 1287:8, 1288:12, 1288:19, 1289:9, 1289:18, 1290:3, 1304:7, 1307:4, 1319:9, 1324:8, 1324:9, 1325:3, 1337:10, 1375:12, 1388:16, 1417:15,

1419:25, 1420:1, 1436:8, 1466:1

**improper** [2] - 1430:23, 1450:14

**impurities** [2] - 1363:9, 1367:4

**IN** [2] - 1256:4, 1470:5

**inactivation** [1] - 1296:15

**inadequate** [3] - 1358:22, 1359:6, 1359:8

**incidence** [3] - 1313:24, 1356:2, 1397:21

**include** [6] - 1263:8, 1292:23, 1293:17, 1440:21, 1461:10, 1462:3

**included** [20] - 1264:9, 1265:8, 1272:15, 1273:2, 1294:24, 1363:9, 1367:20, 1371:1, 1393:23, 1417:17, 1418:4, 1419:1, 1419:2, 1422:18, 1432:4, 1460:17, 1461:12, 1461:19, 1461:20, 1462:17

**includes** [5] - 1278:3, 1298:3, 1426:8, 1462:23

**including** [21] - 1260:4, 1260:6, 1263:24, 1272:20, 1273:25, 1279:6, 1281:4, 1282:24, 1290:15, 1296:13, 1340:1, 1342:20, 1345:21, 1360:23, 1378:14, 1380:9, 1403:16, 1437:8, 1439:24, 1453:23, 1461:22

**inclusive** [1] - 1427:15

**incomplete** [1] - 1346:1

**inconsistency** [1] - 1394:3

**inconsistent** [1] - 1394:12

**incontrovertible** [1] - 1298:6

**incorporated** [3] - 1263:8, 1283:14, 1364:7

**incorrectly** [1] - 1423:3

**increase** [9] - 1259:20,

1275:18, 1290:3, 1290:4, 1331:5, 1331:25, 1391:5, 1422:10, 1441:3

**increased** [16] - 1277:7, 1277:9, 1289:3, 1289:8, 1290:6, 1406:10, 1406:24, 1408:7, 1408:19, 1409:19, 1410:4, 1412:11, 1413:14, 1415:22, 1425:1, 1454:2

**increases** [9] - 1307:20, 1307:23, 1319:16, 1330:10, 1331:20, 1336:9, 1356:2, 1360:6, 1360:13

**increasing** [1] - 1306:4

**increment** [1] - 1307:24

**independent** [1] - 1269:21

**indicate** [5] - 1300:5, 1300:15, 1371:5, 1400:19, 1435:20

**indicated** [2] - 1271:15, 1438:8

**indicates** [4] - 1437:10, 1438:5, 1456:20, 1465:1

**indications** [1] - 1302:3

**indicative** [2] - 1316:7, 1457:6

**indicators** [1] - 1290:2

**indirect** [2] - 1295:11, 1297:10

**indisputable** [1] - 1282:7

**individual** [9] - 1287:11, 1306:6, 1307:5, 1325:24, 1451:21, 1456:22, 1458:3, 1458:4, 1458:20

**individually** [1] - 1278:10

**indoor** [2] - 1340:10, 1340:24

**induced** [2] - 1289:23, 1381:13

**Induced** [1] - 1383:11

**industrial** [3] - 1322:8, 1324:10, 1466:2

**inert** [1] - 1450:5

**infection** [2] - 1391:5, 1391:15

**infections** [1] - 1385:1

**inferentially** [1] -

1419:10

**inflammation** [69] - 1260:1, 1283:16, 1285:23, 1288:1, 1290:11, 1290:15, 1290:23, 1292:21, 1294:23, 1295:10, 1295:12, 1296:13, 1296:18, 1297:11, 1297:20, 1298:1, 1301:22, 1302:4, 1302:10, 1302:15, 1302:22, 1303:7, 1303:8, 1303:9, 1303:10, 1304:1, 1304:12, 1304:16, 1304:19, 1305:1, 1305:5, 1305:8, 1309:21, 1309:24, 1311:6, 1313:3, 1315:11, 1373:17, 1376:8, 1378:9, 1378:14, 1378:18, 1379:19, 1380:8, 1380:14, 1384:15, 1387:10, 1387:15, 1390:4, 1390:6, 1390:11, 1390:15, 1390:18, 1390:20, 1390:22, 1392:16, 1393:5, 1393:11, 1397:18, 1397:25, 1402:21, 1403:5, 1446:2, 1446:7, 1447:4, 1449:3, 1452:11, 1455:7

**inflammatory** [16] - 1260:6, 1288:4, 1293:21, 1296:14, 1297:15, 1301:25, 1303:1, 1303:17, 1305:10, 1305:12, 1309:22, 1380:9, 1384:6, 1391:5, 1397:19, 1437:9

**influence** [2] - 1304:11, 1398:24

**influenced** [1] - 1450:10

**influences** [1] - 1424:5

**information** [40] - 1264:4, 1275:10, 1307:21, 1312:5, 1318:7, 1322:17, 1327:15, 1330:14,

1331:15, 1333:7, 1333:9, 1333:11, 1334:1, 1334:4, 1334:6, 1334:16, 1334:18, 1334:21, 1334:25, 1345:21, 1346:11, 1350:9, 1350:20, 1351:1, 1351:3, 1361:21, 1363:2, 1364:22, 1365:22, 1367:17, 1367:24, 1368:2, 1368:20, 1368:23, 1369:3, 1369:6, 1378:19, 1409:20, 1418:15, 1450:22

**ingest** [1] - 1341:5

**ingredient** [1] - 1263:13

**ingredients** [3] - 1263:7, 1307:2, 1368:14

**inhalation** [9] - 1259:24, 1282:17, 1369:9, 1369:10, 1369:22, 1370:6, 1370:13, 1371:9, 1397:15

**inhale** [2] - 1341:5, 1370:21

**inhaled** [6] - 1282:19, 1282:21, 1285:1, 1369:15, 1369:19, 1371:15

**inhaling** [1] - 1450:22

**inhibition** [1] - 1296:16

**initial** [4] - 1402:8, 1415:21, 1416:10, 1442:2

**initiate** [1] - 1296:12

**initiates** [1] - 1455:7

**initiation** [7] - 1286:6, 1286:14, 1286:16, 1287:3, 1297:12, 1315:10, 1451:12

**injected** [12] - 1298:15, 1301:5, 1383:17, 1385:24, 1386:3, 1386:25, 1388:11, 1388:25, 1389:6, 1451:3, 1464:9, 1464:20

**injecting** [2] - 1302:20, 1400:15

**injection** [4] - 1300:16, 1383:18, 1399:22, 1400:18

**injections** [1] - 1384:2

**injury** [1] - 1292:15

**inmate** [1] - 1450:1

**inquiry** [2] - 1295:20, 1332:3

**insertion** [1] - 1284:5

**inside** [6] - 1285:16, 1361:19, 1399:12, 1399:23, 1400:19, 1464:13

**insights** [1] - 1437:7

**insignificant** [1] - 1283:1

**installation** [1] - 1399:10

**instances** [1] - 1448:20

**instead** [1] - 1432:12

**instilled** [1] - 1399:6

**Institute** [2] - 1261:6, 1427:11

**insufficient** [3] - 1370:4, 1433:4, 1433:15

**intensified** [1] - 1305:12

**intensifies** [3] - 1260:5, 1305:14, 1339:1

**intensify** [4] - 1267:5, 1292:22, 1293:2, 1293:21

**intent** [1] - 1261:22

**interest** [1] - 1301:3

**interleukins** [2] - 1290:3, 1290:16

**intermittent** [1] - 1389:1

**internal** [7] - 1264:11, 1272:7, 1343:1, 1345:22, 1366:3, 1399:18, 1455:19

**internet** [2] - 1262:13, 1302:7

**interpose** [1] - 1264:17

**interpret** [2] - 1318:18, 1464:23

**interpretation** [1] - 1461:25

**interpreting** [4] - 1387:23, 1398:19, 1410:16, 1423:2

**interval** [7] - 1429:5, 1429:14, 1429:16, 1430:2, 1430:10, 1430:13, 1430:21

**intervening** [1] - 1460:21

**interventions** [2] - 1313:19, 1313:22

**intrabursal** [1] - 1300:16

**intravenously** [1] - 1451:3

**intrinsic** [5] - 1403:25, 1404:9, 1404:17, 1404:22, 1405:2

**introduced** [1] - 1301:2

**Introduction** [2] - 1324:6, 1325:1

**invasive** [7] - 1315:24, 1415:22, 1459:22, 1460:2, 1460:12, 1460:25, 1461:6

**investigate** [1] - 1344:12

**investigated** [1] - 1450:11

**investigating** [1] - 1427:24

**investigation** [1] - 1272:15

**investigations** [1] - 1287:14

**investigator** [2] - 1281:18, 1288:2

**investigators** [1] - 1420:23

**invoked** [1] - 1422:24

**involve** [3] - 1285:7, 1349:17, 1383:21

**involved** [7] - 1326:20, 1327:10, 1349:14, 1349:25, 1363:17, 1378:2, 1380:11

**involves** [3] - 1261:9, 1285:8, 1286:7

**involving** [2] - 1349:24, 1381:12

**irritant** [2] - 1298:7, 1305:19

**IS** [1] - 1470:4

**isolated** [2] - 1421:12, 1453:3

**issue** [12] - 1260:25, 1265:6, 1272:13, 1281:16, 1307:6, 1307:25, 1326:16, 1328:19, 1362:24, 1389:14, 1442:14, 1456:25

**issued** [1] - 1445:12

**issues** [6] - 1334:9, 1335:4, 1335:6, 1335:16, 1377:18, 1398:19

1492

**itself** [9] - 1283:11, 1285:4, 1295:12, 1298:22, 1299:6, 1370:9, 1370:15, 1464:10, 1464:11
**Iturralde** [1] - 1280:2
**IV** [1] - 1391:4

**J**

**J&J** [2] - 1343:20, 1366:3
**J&J's** [7] - 1344:7, 1365:8, 1365:14, 1365:19, 1365:23, 1366:8, 1367:16
**Jenkins** [1] - 1298:10
**JERSEY** [3] - 1256:1, 1256:16, 1256:17
**Jersey** [1] - 1427:4
**job** [3] - 1365:11, 1450:10, 1450:11
**JOHN** [1] - 1256:18
**JOHNSON** [2] - 1256:4
**Johnson** [22] - 1256:22, 1264:11, 1342:20, 1342:25, 1343:6, 1343:13, 1343:14, 1343:16, 1343:17, 1344:14, 1344:19, 1344:24, 1345:22, 1352:16, 1353:1
**Johnson's** [16] - 1259:15, 1260:3, 1260:8, 1260:10, 1262:15, 1262:22, 1262:24, 1263:21, 1264:24, 1273:9, 1274:11, 1342:20, 1342:25, 1344:19, 1352:16, 1443:5
**Judge** [3] - 1278:19, 1466:23, 1467:1
**JULIE** [1] - 1256:17
**July** [1] - 1431:5
**JULY** [1] - 1256:4
**jump** [1] - 1369:8
**jumping** [1] - 1325:12
**June** [1] - 1259:4
**jurisdiction** [2] - 1332:13, 1332:19
**Justice** [1] - 1337:16

**K**

**keeping** [1] - 1333:3
**Keskin** [6] - 1389:21, 1390:3, 1446:24, 1447:2, 1463:11, 1463:14
**Kettering** [1] - 1259:7
**kill** [1] - 1318:24
**killed** [1] - 1451:14
**kind** [7] - 1261:2, 1278:16, 1291:16, 1314:6, 1353:3, 1386:4, 1436:5
**kinds** [1] - 1279:19
**knowingly** [1] - 1377:5
**knowledge** [7] - 1268:2, 1269:21, 1320:5, 1332:7, 1332:10, 1378:25, 1445:15
**known** [13] - 1261:12, 1273:5, 1292:13, 1302:9, 1305:14, 1319:11, 1319:21, 1331:23, 1331:24, 1360:24, 1375:17, 1408:3, 1432:16
**knows** [1] - 1292:25
**Krekeler** [1] - 1268:22
**Krewski** [9] - 1431:7, 1431:14, 1431:16, 1435:13, 1435:18, 1436:1, 1445:8, 1445:11
**Krewski's** [1] - 1436:25
**Kunz** [1] - 1280:11

**L**

**labeled** [2] - 1280:3, 1321:13
**Laboratory** [1] - 1259:7
**laboratory** [3] - 1287:10, 1287:14, 1380:7
**laboratory-designed** [1] - 1287:10
**lack** [4] - 1346:5, 1394:2, 1404:9, 1424:23
**Lack** [1] - 1452:15
**lacks** [1] - 1445:14
**lactate** [1] - 1289:6
**language** [4] - 1296:25, 1393:2, 1404:21, 1433:25
**languages** [1] - 1274:23

**large** [3] - 1285:8, 1347:4, 1450:24
**larger** [3] - 1318:20, 1322:6, 1422:10
**larynx** [2] - 1357:16, 1357:22
**last** [21] - 1263:13, 1275:19, 1275:21, 1315:20, 1386:17, 1386:21, 1397:9, 1398:4, 1398:5, 1403:23, 1407:25, 1421:15, 1425:9, 1425:11, 1431:11, 1438:9, 1457:20, 1461:18, 1462:22, 1463:8, 1466:22
**lasted** [2] - 1395:22, 1395:25
**latency** [3] - 1286:17, 1286:18, 1286:21
**latter** [1] - 1437:6
**law** [1] - 1332:25
**laws** [1] - 1313:12
**lawyer** [1] - 1296:24
**lawyer-supplied** [1] - 1296:24
**lays** [1] - 1392:15
**lead** [4] - 1309:15, 1367:18, 1387:11, 1390:6
**leading** [4] - 1273:23, 1293:11, 1390:18, 1397:25
**leads** [2] - 1319:5, 1390:11
**least** [10] - 1304:7, 1307:1, 1310:1, 1345:19, 1361:15, 1361:25, 1401:10, 1438:4, 1440:22, 1453:6
**leave** [1] - 1365:11
**leaves** [1] - 1283:9
**led** [2] - 1387:15, 1387:19
**LEE** [1] - 1256:20
**left** [14] - 1269:8, 1272:6, 1291:21, 1292:6, 1292:17, 1301:15, 1306:5, 1324:6, 1324:25, 1372:20, 1373:3, 1381:22, 1413:19, 1456:15

**left-hand** [7] - 1301:15, 1324:6, 1324:25, 1372:20, 1373:3, 1381:22, 1413:19
**legal** [5] - 1332:17, 1426:8, 1449:20, 1466:14, 1466:16
**legitimate** [1] - 1389:10
**LEIGH** [1] - 1256:12
**lesions** [1] - 1396:4
**less** [8] - 1307:3, 1311:22, 1315:3, 1341:12, 1375:22, 1386:4, 1423:20, 1423:21
**lesser** [1] - 1306:22
**leukemia** [1] - 1320:2
**level** [34] - 1290:23, 1307:15, 1307:21, 1312:16, 1319:12, 1320:25, 1321:6, 1322:3, 1322:14, 1324:15, 1324:20, 1324:22, 1325:4, 1329:12, 1329:18, 1330:5, 1331:15, 1332:4, 1332:14, 1333:18, 1335:1, 1336:3, 1336:6, 1336:12, 1336:22, 1337:25, 1338:5, 1338:9, 1338:21, 1352:19, 1367:25, 1465:12, 1466:3
**levels** [15] - 1318:17, 1320:6, 1320:15, 1320:17, 1320:21, 1321:5, 1321:20, 1322:2, 1323:3, 1324:11, 1325:10, 1341:22, 1341:24, 1364:19, 1365:1
**liberated** [1] - 1361:9
**liberation** [1] - 1296:14
**life** [2] - 1319:18, 1370:20
**Lifetime** [1] - 1452:15
**lifetime** [4] - 1395:24, 1396:1, 1396:2, 1398:7
**ligation** [1] - 1313:22
**light** [1] - 1451:3
**likelihood** [1] - 1420:14
**likely** [5] - 1369:10,

1375:22, 1422:8, 1426:20, 1452:10
**limitations** [1] - 1398:14
**limited** [4] - 1359:3, 1394:2, 1434:7, 1462:10
**limits** [1] - 1323:22
**line** [31] - 1289:15, 1295:19, 1330:1, 1333:16, 1336:19, 1344:22, 1344:23, 1345:7, 1345:8, 1351:21, 1361:24, 1377:1, 1378:3, 1380:5, 1381:4, 1381:5, 1418:23, 1440:25, 1441:1, 1441:22, 1442:5, 1448:10, 1448:11, 1449:22, 1463:8
**lines** [17] - 1288:14, 1288:21, 1289:23, 1327:4, 1350:19, 1352:22, 1364:11, 1366:18, 1368:5, 1369:2, 1377:21, 1378:23, 1402:2, 1402:13, 1402:14, 1410:20, 1416:5
**link** [2] - 1308:21, 1394:1
**linked** [1] - 1308:4
**linking** [3] - 1309:12, 1394:18, 1467:3
**links** [1] - 1375:24
**lipid** [1] - 1289:17
**list** [13] - 1265:1, 1265:2, 1274:4, 1274:25, 1359:23, 1365:24, 1374:21, 1382:23, 1395:13, 1417:17, 1418:6, 1419:22, 1432:5
**listed** [6] - 1281:22, 1374:17, 1418:3, 1418:10, 1431:12, 1462:21
**lists** [4] - 1382:15, 1395:21, 1419:15, 1427:23
**liter** [1] - 1341:13
**literature** [31] - 1261:15, 1261:17, 1262:8, 1262:14, 1263:14, 1264:1, 1264:3, 1270:25, 1274:14,

1274:20, 1274:22, 1275:7, 1277:15, 1278:5, 1279:7, 1279:11, 1284:2, 1303:21, 1307:13, 1316:5, 1328:16, 1328:18, 1374:17, 1374:22, 1393:2, 1445:23, 1450:20, 1450:24, 1455:22, 1456:13, 1463:21
**litigation** [13] - 1261:3, 1262:10, 1264:9, 1317:12, 1346:3, 1346:17, 1361:15, 1362:1, 1365:18, 1366:7, 1373:21, 1375:16, 1395:17
**live** [1] - 1319:3
**lives** [7] - 1333:23, 1341:25, 1407:17, 1407:21, 1408:13, 1408:21, 1409:10
**living** [1] - 1323:10
**load** [1] - 1382:7
**local** [2] - 1298:6, 1300:18
**locate** [1] - 1308:17
**located** [3] - 1451:11, 1463:20, 1463:24
**location** [1] - 1380:22
**locations** [4] - 1262:11, 1340:4, 1340:7, 1347:15
**LOCKE** [1] - 1257:6
**Lockey** [10] - 1270:1, 1270:4, 1270:23, 1271:4, 1271:7, 1271:9, 1271:24, 1272:1, 1272:5, 1272:6
**long-term** [4] - 1296:17, 1388:25, 1389:6, 1389:9
**Longo** [20] - 1264:10, 1265:13, 1266:2, 1266:5, 1266:7, 1266:19, 1267:9, 1269:1, 1269:10, 1270:19, 1270:20, 1271:2, 1271:3, 1271:10, 1271:12, 1271:14, 1271:17, 1345:13, 1345:24, 1365:13
**Longo's** [12] - 1265:5,

1267:1, 1269:17, 1269:19, 1271:18, 1345:23, 1346:2, 1346:10, 1346:15, 1346:17, 1455:15, 1456:1
**look** [59] - 1260:25, 1263:18, 1266:15, 1281:16, 1286:3, 1287:9, 1287:11, 1296:9, 1318:6, 1321:9, 1323:24, 1324:5, 1326:25, 1340:17, 1340:18, 1341:17, 1355:21, 1357:3, 1366:19, 1379:22, 1381:7, 1381:14, 1383:2, 1383:10, 1385:16, 1386:17, 1388:7, 1390:24, 1392:24, 1393:24, 1394:23, 1397:3, 1406:18, 1412:5, 1412:8, 1413:18, 1420:7, 1421:22, 1421:25, 1427:12, 1427:19, 1429:24, 1431:1, 1431:10, 1431:17, 1433:9, 1434:1, 1434:4, 1434:23, 1441:10, 1442:9, 1444:23, 1448:1, 1450:8, 1455:1, 1458:5, 1465:21
**looked** [21] - 1274:14, 1274:16, 1277:2, 1279:24, 1281:19, 1288:3, 1289:22, 1311:11, 1312:9, 1347:14, 1349:6, 1405:11, 1415:17, 1419:1, 1420:12, 1422:6, 1424:13, 1444:7, 1450:20, 1461:8, 1461:12
**looking** [15] - 1262:7, 1267:9, 1278:9, 1279:19, 1311:2, 1311:13, 1315:21, 1341:19, 1380:23, 1383:24, 1409:16, 1418:6, 1435:12, 1453:14, 1462:13

**looks** [7] - 1265:9, 1265:18, 1269:22, 1270:18, 1271:25, 1275:9, 1275:17
**lovely** [1] - 1442:25
**low** [4] - 1306:9, 1318:20, 1318:23, 1422:24
**lower** [3] - 1292:7, 1301:15, 1401:12
**lubricant** [1] - 1302:12
**lubricants** [1] - 1303:3
**lunch** [2] - 1353:8, 1448:5
**luncheon** [1] - 1353:12
**lung** [12] - 1284:25, 1285:4, 1285:7, 1285:11, 1357:16, 1357:22, 1358:5, 1383:13, 1396:10, 1396:24, 1458:16, 1467:4
**lungs** [2] - 1285:2, 1302:21
**lymphatic** [1] - 1285:17

**M**

**M.D** [2] - 1259:9, 1468:9
**macromolecular** [1] - 1361:11
**macromolecules** [1] - 1273:25
**macrophage** [3] - 1292:5, 1292:12, 1292:14
**macrophages** [2] - 1285:7, 1293:20
**Magistrate** [2] - 1466:23, 1467:1
**magnitude** [2] - 1454:2, 1456:21
**major** [1] - 1262:24
**majority** [3] - 1275:13, 1275:15, 1311:17
**malignant** [1] - 1389:18
**mammalian** [2] - 1433:6, 1433:17
**mammals** [2] - 1434:13, 1434:17
**man** [1] - 1451:18
**manages** [1] - 1399:7
**MANGES** [1] - 1256:21
**manipulate** [2] -

1287:11, 1326:8
**manner** [1] - 1346:2
**Mantovani** [1] - 1303:24
**manufacturer** [1] - 1263:11
**manuscript** [1] - 1428:17
**March** [3] - 1320:6, 1321:4, 1321:19
**MARGARET** [1] - 1256:12
**marked** [2] - 1398:14, 1431:1
**market** [1] - 1342:4
**MARKETING** [1] - 1256:4
**material** [3] - 1274:7, 1307:19, 1397:10
**materials** [13] - 1270:2, 1299:14, 1299:25, 1305:16, 1305:19, 1306:6, 1306:16, 1306:18, 1306:19, 1322:6, 1373:23, 1373:24, 1374:25
**matter** [20] - 1261:8, 1281:13, 1297:3, 1320:5, 1330:19, 1330:25, 1332:2, 1337:2, 1337:11, 1337:15, 1337:24, 1340:3, 1396:19, 1399:16, 1400:3, 1404:13, 1425:13, 1451:19, 1465:7, 1465:9
**MATTER** [1] - 1470:6
**McTiernan** [4] - 1275:9, 1276:1, 1421:15, 1423:15
**McTiernan's** [2] - 1275:5, 1423:11
**MDL** [1] - 1343:19
**MEAGHER** [1] - 1256:18
**mean** [16] - 1283:6, 1286:25, 1287:19, 1305:15, 1309:7, 1317:25, 1324:11, 1325:4, 1325:9, 1339:14, 1347:6, 1401:4, 1416:21, 1465:11, 1465:12, 1466:3
**meaning** [9] - 1272:24, 1309:5, 1318:19, 1319:4, 1401:20,

1403:2, 1418:13, 1432:24, 1433:15
**meaningful** [2] - 1420:20, 1421:9
**means** [16] - 1268:12, 1285:15, 1290:5, 1296:13, 1311:23, 1312:7, 1313:10, 1318:14, 1324:21, 1325:16, 1325:20, 1325:21, 1326:3, 1326:6, 1428:21, 1433:20
**meant** [3] - 1305:16, 1322:2, 1352:9
**measured** [1] - 1340:25
**measurement** [1] - 1289:6
**measurements** [1] - 1458:9
**mechanical** [1] - 1285:10
**mechanism** [23] - 1273:17, 1281:22, 1283:17, 1284:5, 1284:13, 1284:24, 1285:23, 1287:6, 1287:15, 1309:24, 1313:3, 1335:7, 1375:18, 1375:24, 1376:16, 1377:18, 1393:4, 1438:14, 1438:19, 1439:23, 1441:12, 1441:14, 1443:15
**mechanisms** [7] - 1285:6, 1304:11, 1309:14, 1313:20, 1371:9, 1375:21, 1437:7
**mechanistic** [5] - 1334:9, 1335:4, 1335:6, 1335:16, 1443:17
**mediators** [1] - 1290:14
**medical** [8] - 1258:23, 1284:14, 1284:16, 1321:24, 1323:12, 1339:18, 1376:23, 1450:25
**Medical** [1] - 1259:5
**medication** [1] - 1328:8
**medicine** [2] - 1268:21, 1307:15
**Medicine** [1] - 1259:9
**meet** [1] - 1345:14

**member** [1] - 1411:4
**membrane** [1] - 1464:17
**membranes** [1] - 1289:7
**memory** [2] - 1341:19, 1381:1
**menstruation** [2] - 1280:8, 1280:10
**mention** [2] - 1448:9, 1448:13
**mentioned** [10] - 1288:20, 1327:23, 1333:12, 1345:17, 1352:18, 1403:7, 1407:17, 1419:10, 1448:21, 1460:15
**mentions** [2] - 1357:14, 1419:18
**mere** [1] - 1410:1
**mesothelioma** [3] - 1357:15, 1357:22, 1358:5
**met** [1] - 1317:8
**meta** [29] - 1277:13, 1277:18, 1277:19, 1278:1, 1312:22, 1315:20, 1326:10, 1413:1, 1413:13, 1413:21, 1418:25, 1419:2, 1420:5, 1421:13, 1422:7, 1422:18, 1422:21, 1422:23, 1425:2, 1425:3, 1431:8, 1444:19, 1444:23, 1445:5, 1448:1, 1453:13, 1453:15, 1453:23, 1462:7
**meta-analyses** [13] - 1277:13, 1277:18, 1277:19, 1278:1, 1326:10, 1418:25, 1419:2, 1421:13, 1422:7, 1425:2, 1425:3, 1448:1, 1453:23
**meta-analysis** [16] - 1312:22, 1315:20, 1413:1, 1413:13, 1413:21, 1420:5, 1422:18, 1422:21, 1422:23, 1431:8, 1444:19, 1444:23, 1445:5, 1453:13, 1453:15, 1462:7

**metal** [10] - 1362:16, 1363:8, 1365:8, 1365:14, 1365:19, 1366:8, 1367:4, 1367:8, 1443:9, 1450:19
**metals** [43] - 1263:7, 1273:8, 1273:10, 1273:17, 1273:20, 1297:15, 1306:20, 1308:2, 1308:7, 1309:12, 1309:13, 1309:20, 1309:25, 1359:17, 1359:19, 1359:23, 1360:9, 1360:19, 1360:23, 1361:7, 1361:13, 1362:23, 1363:4, 1363:20, 1364:3, 1364:13, 1364:19, 1365:1, 1365:23, 1366:11, 1366:14, 1366:20, 1367:11, 1438:11, 1438:12, 1439:18, 1441:8, 1441:12, 1443:4, 1443:10, 1443:13, 1457:21, 1458:25
**meter** [3] - 1340:5, 1340:11, 1341:2
**method** [3] - 1311:2, 1419:4, 1454:16
**methodologies** [1] - 1345:25
**methodology** [12] - 1260:21, 1260:24, 1274:13, 1278:6, 1323:3, 1332:2, 1337:2, 1337:11, 1409:8, 1410:15, 1415:20, 1415:25
**methods** [5] - 1275:1, 1323:15, 1323:18, 1346:9, 1410:8
**mice** [2] - 1396:2, 1396:5
**Mice** [1] - 1452:16
**MICHELLE** [1] - 1256:14
**microenvironment** [1] - 1441:13
**microphone** [1] - 1277:23
**microscopist** [1] - 1346:20
**middle** [9] - 1292:17,

1293:10, 1293:24, 1355:4, 1374:11, 1380:1, 1381:22, 1465:23

**midway** [4] - 1393:25, 1394:13, 1412:9, 1437:4

**might** [2] - 1425:3, 1458:21

**migrate** [7] - 1278:24, 1279:17, 1279:20, 1281:25, 1282:5, 1369:19, 1399:8

**migrates** [4] - 1259:21, 1401:18, 1402:4, 1441:23

**migration** [11] - 1279:8, 1280:3, 1281:5, 1281:6, 1281:19, 1281:20, 1282:15, 1313:23, 1378:17, 1398:20, 1399:4

**milieu** [1] - 1313:5

**milleau** [1] - 1283:13

**milliliter** [1] - 1341:13

**milling** [1] - 1363:18

**million** [2] - 1329:22, 1341:13

**mind** [3] - 1286:24, 1356:17, 1379:20

**mineral** [8] - 1260:4, 1272:19, 1291:11, 1291:16, 1293:16, 1293:20, 1295:5, 1314:9

**mineralogist** [1] - 1339:4

**mineralogy** [1] - 1363:14

**minerals** [6] - 1268:6, 1268:8, 1270:14, 1273:1, 1286:3, 1363:21

**minimum** [1] - 1452:11

**minimus** [1] - 1333:18

**mining** [2] - 1363:14, 1363:18

**minor** [3] - 1274:10, 1283:3, 1285:17

**minute** [2] - 1306:25, 1443:11

**minutes** [4] - 1315:3, 1316:12, 1353:9, 1459:7

**misstates** [1] - 1298:22

**mistaken** [1] - 1272:18

**mitotic** [1] - 1386:23

**model** [3] - 1281:12, 1281:14, 1332:14

**modeling** [2] - 1326:19, 1327:8

**moderate** [1] - 1453:18

**modest** [10] - 1406:16, 1406:20, 1407:6, 1407:13, 1407:14, 1412:11, 1412:15, 1434:19, 1434:21, 1435:2

**modulator** [1] - 1296:16

**molecules** [1] - 1273:20

**moment** [11] - 1265:13, 1280:22, 1327:23, 1335:3, 1356:16, 1361:5, 1391:23, 1407:12, 1407:16, 1419:10, 1466:18

**monkeys** [3] - 1281:17, 1281:19, 1281:20

**monograph** [21] - 1272:22, 1272:25, 1340:15, 1340:19, 1340:23, 1341:17, 1341:20, 1342:16, 1342:17, 1356:6, 1356:7, 1356:15, 1356:16, 1357:7, 1358:12, 1358:14, 1370:1, 1370:3, 1370:14, 1432:4, 1434:3

**monthly** [1] - 1283:12

**months** [2] - 1318:1, 1320:6

**morning** [9] - 1258:5, 1258:16, 1290:25, 1317:8, 1352:6, 1352:7, 1390:14, 1454:20, 1454:24

**mortality** [2] - 1355:10, 1356:3

**most** [19] - 1277:5, 1277:6, 1277:21, 1277:24, 1306:8, 1306:11, 1306:18, 1312:14, 1312:17, 1314:22, 1319:15, 1333:21, 1349:11, 1357:2, 1383:15, 1403:19, 1404:4, 1405:15, 1442:14

**mostly** [5] - 1274:5, 1281:10, 1303:19, 1311:4, 1366:1

**motile** [1] - 1280:16

**motility** [2] - 1280:16, 1401:14

**move** [6] - 1271:10, 1297:4, 1297:21, 1347:20, 1430:7, 1466:20

**moving** [1] - 1306:5

**MR** [82] - 1260:12, 1264:17, 1265:10, 1266:6, 1266:17, 1267:13, 1267:24, 1268:13, 1269:8, 1269:12, 1271:5, 1271:7, 1271:11, 1275:25, 1292:16, 1293:4, 1294:8, 1294:11, 1295:16, 1295:19, 1298:18, 1299:3, 1299:10, 1299:20, 1300:8, 1317:7, 1321:16, 1327:2, 1327:6, 1329:23, 1330:1, 1332:22, 1333:13, 1336:16, 1336:18, 1344:20, 1346:14, 1347:20, 1347:23, 1348:3, 1348:4, 1350:16, 1351:19, 1351:21, 1352:20, 1353:7, 1354:9, 1357:6, 1361:22, 1364:9, 1366:16, 1368:3, 1368:25, 1371:18, 1372:14, 1374:4, 1376:24, 1377:19, 1378:21, 1381:2, 1381:17, 1382:1, 1386:18, 1395:1, 1410:18, 1411:12, 1414:12, 1414:15, 1415:8, 1416:3, 1428:8, 1428:11, 1428:16, 1431:3, 1440:3, 1442:20, 1445:14, 1459:7, 1459:12, 1461:15, 1466:21, 1467:9

**MS** [61] - 1258:7, 1260:16, 1260:19, 1264:23, 1265:20, 1266:1, 1266:14,

1266:23, 1267:18, 1268:16, 1269:2, 1269:23, 1269:25, 1270:22, 1271:18, 1272:3, 1276:2, 1276:7, 1276:18, 1276:21, 1284:11, 1292:20, 1293:13, 1294:21, 1294:23, 1295:6, 1296:7, 1297:7, 1297:9, 1297:21, 1298:23, 1299:13, 1299:23, 1300:9, 1300:11, 1300:21, 1301:14, 1301:18, 1309:19, 1315:3, 1316:9, 1332:16, 1346:4, 1372:9, 1381:25, 1428:6, 1428:10, 1440:18, 1442:23, 1443:1, 1444:21, 1453:12, 1454:6, 1454:10, 1455:12, 1456:7, 1459:4, 1466:12, 1467:10, 1467:14, 1467:20

**mucociliary** [1] - 1285:9

**multiple** [4] - 1275:18, 1296:13, 1332:9, 1371:7

**multiplication** [1] - 1286:11

**multiplies** [1] - 1286:10

**multiply** [1] - 1441:5

**muscular** [1] - 1280:12

**must** [3] - 1286:9, 1286:14, 1312:7

**mutation** [2] - 1286:8, 1286:9

**mutations** [2] - 1295:15, 1296:17

**MY** [1] - 1470:5

**myriad** [1] - 1451:6

---

**N**

**name** [5] - 1258:17, 1284:6, 1317:9, 1417:22, 1417:24

**named** [1] - 1281:18

**namely** [1] - 1424:10

**National** [2] - 1261:6, 1427:11

**naturally** [2] - 1363:21, 1363:23

1496

**near** [2] - 1320:12, 1374:8
**necessarily** [5] - 1308:9, 1348:18, 1390:20, 1426:9, 1460:15
**necessary** [6] - 1308:7, 1418:15, 1423:17, 1443:8, 1443:10, 1458:2
**need** [12] - 1308:21, 1308:22, 1319:3, 1322:16, 1333:5, 1334:4, 1334:6, 1334:8, 1335:2, 1335:16, 1361:20, 1452:2
**needed** [2] - 1308:9, 1423:20
**needle** [1] - 1292:6
**needle-like** [1] - 1292:6
**needs** [3] - 1276:10, 1426:3, 1426:23
**negative** [1] - 1417:1
**neogenicity** [1] - 1295:23
**neoplasia** [3] - 1298:17, 1387:1, 1387:4
**neoplastic** [12] - 1289:2, 1385:6, 1387:11, 1387:15, 1390:6, 1390:11, 1390:18, 1390:21, 1391:16, 1391:20, 1391:24, 1398:1
**Ness** [9] - 1303:20, 1304:5, 1392:6, 1392:8, 1393:10, 1454:17, 1454:18, 1454:20, 1454:21
**never** [5] - 1371:6, 1371:24, 1376:21, 1377:11, 1412:12
**nevertheless** [1] - 1455:2
**New** [1] - 1427:3
**NEW** [4] - 1256:1, 1256:16, 1256:17, 1256:20
**new** [8] - 1264:19, 1278:19, 1292:19, 1292:20, 1332:8, 1407:25, 1408:5, 1414:11
**newspaper** [1] - 1320:19
**Newton** [1] - 1279:24

**next** [15] - 1274:12, 1276:20, 1288:5, 1316:15, 1337:5, 1337:6, 1353:13, 1358:21, 1414:18, 1428:14, 1430:7, 1436:18, 1463:10, 1463:18
**nice** [3] - 1263:11, 1333:20, 1333:24
**nickel** [17] - 1263:9, 1273:13, 1273:14, 1308:1, 1308:3, 1309:20, 1310:1, 1360:1, 1360:5, 1360:12, 1360:23, 1361:3, 1362:8, 1362:17, 1363:20, 1367:7, 1443:14
**nicotine** [1] - 1458:21
**nine** [1] - 1310:24
**NIOSH** [1] - 1258:25
**NJ** [1] - 1256:7
**NO** [1] - 1256:2
**non** [3] - 1280:16, 1364:20, 1365:2
**non-motile** [1] - 1280:16
**non-users** [2] - 1364:20, 1365:2
**none** [10] - 1292:16, 1292:18, 1349:24, 1359:22, 1405:4, 1415:10, 1417:24, 1418:3, 1418:10, 1456:18
**nonetheless** [1] - 1360:1
**nonpapillary** [1] - 1386:24
**nonperineal** [1] - 1456:20
**nonprimate** [1] - 1281:13
**nonresponsive** [1] - 1347:21
**nonsignificant** [4] - 1356:1, 1356:8, 1416:18, 1416:21
**normal** [1] - 1319:5
**notably** [1] - 1280:7
**note** [1] - 1373:16
**notebook** [4] - 1260:16, 1324:1, 1326:25, 1385:17
**noted** [8] - 1280:1,

1298:15, 1299:8, 1300:19, 1321:25, 1326:16, 1422:17, 1464:24
**NOTES** [1] - 1470:5
**nothing** [6] - 1295:20, 1316:10, 1371:11, 1411:11, 1459:4, 1467:20
**novel** [4] - 1392:19, 1392:21, 1393:4, 1393:8
**NTP** [4] - 1396:15, 1396:18, 1396:22, 1397:2
**nuclear** [2] - 1386:9, 1386:13
**nucleotide** [1] - 1290:7
**number** [25] - 1268:4, 1279:18, 1286:1, 1313:21, 1348:21, 1349:16, 1366:1, 1371:4, 1400:10, 1400:12, 1407:24, 1407:25, 1408:3, 1408:21, 1408:24, 1423:16, 1423:19, 1423:21, 1440:23, 1443:2, 1444:18, 1445:21, 1452:16, 1454:15, 1457:20
**numbers** [3] - 1341:19, 1430:4, 1430:6
**numeral** [2] - 1403:23, 1435:15
**numerous** [1] - 1313:2
**Nurses'** [4] - 1415:16, 1415:23, 1416:11, 1416:14

---

**O**

**O'DELL** [62] - 1256:12, 1258:7, 1260:16, 1260:19, 1264:23, 1265:20, 1266:1, 1266:14, 1266:23, 1267:18, 1268:16, 1269:2, 1269:23, 1269:25, 1270:22, 1271:18, 1272:3, 1276:2, 1276:7, 1276:18, 1276:21, 1284:11, 1292:20, 1293:13, 1294:21,

1294:23, 1295:6, 1296:7, 1297:7, 1297:9, 1297:21, 1298:23, 1299:13, 1299:23, 1300:9, 1300:11, 1300:21, 1301:14, 1301:18, 1309:19, 1315:3, 1316:9, 1332:16, 1346:4, 1372:9, 1381:25, 1428:6, 1428:10, 1440:18, 1442:23, 1443:1, 1444:21, 1453:12, 1454:6, 1454:10, 1455:12, 1456:7, 1459:4, 1466:12, 1467:10, 1467:14, 1467:20
**O'Dell** [8] - 1258:15, 1268:14, 1294:14, 1376:12, 1387:24, 1440:13, 1459:15, 1468:10
**object** [7] - 1271:11, 1294:18, 1332:16, 1332:19, 1346:4, 1442:20, 1466:12
**objection** [15] - 1264:18, 1265:10, 1267:7, 1267:10, 1271:4, 1275:25, 1276:8, 1294:3, 1294:5, 1294:15, 1298:18, 1299:15, 1299:19, 1333:19, 1362:4
**observed** [3] - 1363:15, 1391:6, 1434:24
**obtained** [1] - 1347:15
**obvious** [1] - 1399:24
**obviously** [1] - 1276:13
**occasion** [1] - 1320:11
**Occupational** [2] - 1259:5, 1261:7
**occupational** [18] - 1268:20, 1307:14, 1325:3, 1339:9, 1349:15, 1349:20, 1350:5, 1350:8, 1350:11, 1350:22, 1351:1, 1351:8, 1351:25, 1352:14, 1354:17, 1355:11, 1355:16, 1355:25

1497

**occur** [6] - 1282:14, 1286:15, 1312:8, 1322:9, 1341:25, 1363:23
**occurred** [6] - 1280:1, 1280:5, 1281:20, 1288:22, 1302:14, 1321:5
**occurrence** [4] - 1313:6, 1314:4, 1347:18, 1408:5
**occurrences** [1] - 1314:2
**occurring** [2] - 1302:25, 1363:21
**occurs** [6] - 1280:10, 1305:1, 1312:1, 1312:2, 1331:22, 1366:15
**odd** [1] - 1430:8
**odds** [15] - 1275:14, 1275:16, 1277:8, 1311:16, 1313:14, 1406:13, 1406:16, 1406:19, 1407:5, 1407:9, 1407:13, 1411:20, 1429:4, 1429:13
**OF** [2] - 1256:1, 1470:5
**offered** [1] - 1285:20
**OFFICIAL** [1] - 1256:25
**official** [2] - 1436:4, 1436:11
**offsets** [1] - 1441:4
**often** [5] - 1263:15, 1287:8, 1290:7, 1312:3, 1458:10
**Ohio** [1] - 1259:9
**Okada** [6] - 1380:12, 1380:19, 1380:23, 1381:6, 1381:10, 1382:14
**old** [1] - 1318:11
**once** [8] - 1287:7, 1296:11, 1302:18, 1305:4, 1461:19, 1464:15, 1464:19, 1465:1
**oncologist** [1] - 1377:9
**oncologists** [1] - 1404:23
**One** [1] - 1467:10
**one** [92] - 1261:6, 1266:3, 1267:6, 1269:8, 1269:9, 1270:4, 1271:19, 1275:10,

1276:6, 1279:23, 1281:17, 1283:3, 1284:2, 1284:8, 1284:12, 1287:2, 1288:13, 1291:13, 1291:25, 1292:4, 1298:3, 1300:6, 1315:18, 1318:10, 1320:9, 1321:12, 1321:14, 1322:2, 1323:25, 1324:2, 1329:16, 1329:21, 1332:12, 1333:5, 1333:22, 1335:23, 1343:11, 1346:8, 1352:13, 1369:25, 1371:9, 1371:19, 1372:6, 1375:15, 1376:11, 1380:18, 1380:20, 1380:21, 1383:17, 1385:3, 1385:12, 1389:17, 1389:20, 1389:24, 1390:1, 1391:20, 1392:5, 1394:20, 1394:21, 1396:18, 1398:13, 1400:25, 1405:15, 1412:2, 1415:16, 1419:9, 1422:12, 1423:7, 1423:14, 1430:20, 1431:7, 1431:11, 1433:23, 1435:13, 1435:18, 1436:16, 1437:23, 1438:13, 1439:6, 1439:9, 1439:14, 1441:4, 1442:13, 1452:14, 1453:2, 1456:7, 1461:8, 1464:15, 1466:13
**one-page** [1] - 1452:14
**ones** [1] - 1349:19
**oophorectomies** [1] - 1372:3
**open** [7] - 1258:3, 1279:4, 1283:9, 1399:11, 1400:19, 1400:22, 1440:9
**operate** [4] - 1309:15, 1438:14, 1438:19, 1439:23
**operates** [1] - 1457:15
**operations** [1] - 1363:15

**opine** [2] - 1337:2, 1400:13
**opined** [6] - 1268:23, 1337:24, 1344:16, 1344:25, 1399:16, 1422:7
**opinion** [117] - 1259:15, 1262:2, 1262:18, 1262:19, 1262:21, 1263:20, 1264:19, 1274:1, 1274:8, 1276:10, 1278:23, 1279:2, 1279:16, 1281:6, 1281:21, 1282:3, 1283:20, 1285:20, 1285:21, 1286:18, 1287:25, 1295:12, 1298:1, 1301:11, 1303:15, 1307:23, 1310:7, 1310:10, 1310:11, 1313:1, 1315:13, 1315:19, 1317:18, 1317:19, 1318:9, 1320:15, 1320:24, 1322:13, 1326:1, 1326:5, 1329:17, 1330:4, 1330:9, 1331:7, 1332:1, 1333:9, 1334:15, 1336:11, 1336:21, 1337:13, 1337:19, 1338:4, 1338:8, 1338:18, 1338:24, 1339:13, 1339:18, 1343:23, 1344:2, 1345:14, 1346:22, 1347:11, 1348:5, 1348:6, 1349:5, 1359:18, 1361:16, 1361:20, 1362:1, 1367:10, 1367:11, 1370:17, 1374:10, 1379:23, 1383:5, 1384:9, 1384:11, 1400:7, 1400:8, 1400:10, 1400:21, 1403:13, 1403:15, 1403:21, 1404:8, 1405:12, 1406:2, 1406:9, 1411:20, 1414:5, 1418:19, 1418:20, 1420:18, 1420:23, 1421:8,

1421:11, 1421:12, 1421:14, 1430:23, 1443:19, 1444:6, 1444:14, 1444:17, 1449:1, 1449:9, 1449:24, 1450:8, 1451:11, 1451:15, 1451:16, 1451:17, 1455:9, 1455:12, 1458:2, 1458:24, 1459:3, 1466:24
**opinions** [45] - 1259:14, 1260:20, 1260:24, 1269:19, 1276:14, 1282:18, 1288:7, 1288:11, 1291:7, 1292:21, 1298:4, 1301:20, 1317:10, 1327:22, 1329:9, 1346:13, 1348:14, 1367:20, 1373:22, 1374:2, 1375:8, 1375:12, 1375:16, 1378:11, 1389:25, 1390:2, 1395:19, 1398:24, 1402:19, 1403:2, 1408:21, 1417:16, 1417:19, 1418:23, 1418:24, 1419:3, 1422:6, 1443:8, 1449:7, 1449:17, 1451:20, 1452:1, 1452:4, 1456:4, 1456:5
**opportunity** [3] - 1276:11, 1305:8, 1398:11
**opposed** [2] - 1352:9, 1410:1
**Opposition** [1] - 1444:21
**opposition** [1] - 1445:20
**oral** [1] - 1398:12
**orangeish** [1] - 1306:23
**order** [17] - 1286:15, 1308:7, 1333:6, 1335:1, 1335:18, 1355:21, 1359:14, 1409:24, 1426:4, 1426:7, 1426:16, 1426:24, 1452:3, 1465:5, 1465:21, 1465:23, 1467:7
**ore** [1] - 1264:2
**organ** [1] - 1285:16

1498

**organic** [1] - 1274:5
**organisms** [1] - 1323:10
**organization** [1] - 1436:8
**organizations** [2] - 1282:13, 1427:10
**organs** [2] - 1285:19, 1308:15
**oriented** [1] - 1346:1
**original** [2] - 1326:8, 1326:9
**outline** [1] - 1258:19
**outlined** [1] - 1293:1
**outside** [7] - 1285:5, 1339:12, 1339:16, 1399:12, 1399:17, 1399:22, 1400:20
**Ovarian** [1] - 1452:15
**ovarian** [144] - 1259:20, 1260:11, 1274:18, 1277:1, 1277:5, 1280:21, 1282:4, 1282:12, 1283:17, 1284:4, 1286:20, 1288:15, 1289:24, 1290:3, 1298:15, 1303:9, 1303:11, 1303:18, 1304:2, 1304:12, 1308:5, 1308:10, 1309:8, 1309:9, 1309:12, 1310:12, 1310:13, 1311:8, 1312:1, 1313:4, 1313:7, 1313:24, 1314:4, 1314:11, 1314:16, 1315:16, 1315:25, 1316:3, 1316:8, 1317:15, 1317:20, 1317:21, 1329:14, 1329:19, 1329:21, 1329:22, 1330:6, 1330:11, 1331:5, 1331:21, 1335:8, 1335:14, 1336:8, 1336:13, 1336:15, 1336:23, 1337:4, 1339:20, 1339:22, 1343:24, 1344:3, 1346:22, 1348:23, 1349:14, 1351:9, 1355:15, 1356:2, 1358:19, 1360:6, 1360:14, 1368:16, 1376:21,

1377:3, 1377:6, 1377:12, 1381:10, 1383:6, 1383:21, 1384:10, 1384:13, 1384:15, 1384:17, 1385:25, 1386:5, 1387:19, 1388:22, 1389:18, 1392:2, 1393:3, 1393:11, 1394:1, 1394:4, 1394:19, 1396:10, 1397:11, 1397:21, 1403:18, 1404:3, 1405:12, 1406:4, 1406:10, 1406:24, 1407:25, 1408:6, 1408:10, 1408:15, 1409:1, 1409:21, 1411:22, 1412:11, 1413:3, 1413:15, 1414:1, 1414:7, 1415:13, 1415:22, 1416:8, 1420:19, 1422:19, 1424:25, 1426:21, 1427:25, 1435:1, 1437:16, 1438:14, 1438:19, 1439:24, 1443:16, 1443:21, 1444:16, 1447:25, 1452:12, 1453:21, 1454:1, 1455:3, 1455:8, 1457:4, 1459:2, 1459:22, 1460:2, 1460:13, 1460:25, 1462:9, 1467:18
**ovaries** [77] - 1259:23, 1278:25, 1279:6, 1279:9, 1279:17, 1280:5, 1282:1, 1282:14, 1282:24, 1283:7, 1284:5, 1285:14, 1285:22, 1300:15, 1301:5, 1305:2, 1305:3, 1308:8, 1309:15, 1328:25, 1335:25, 1357:22, 1358:8, 1364:4, 1364:7, 1364:8, 1364:13, 1364:17, 1366:15, 1369:12, 1369:15, 1369:19, 1369:23, 1370:24, 1370:25,

1371:5, 1371:16, 1371:23, 1372:3, 1372:7, 1372:23, 1373:17, 1376:5, 1376:8, 1383:25, 1386:25, 1387:13, 1388:12, 1388:25, 1394:22, 1396:5, 1396:15, 1397:3, 1397:6, 1397:11, 1399:8, 1401:2, 1401:18, 1402:4, 1403:25, 1404:2, 1404:9, 1404:13, 1405:2, 1441:24, 1443:18, 1444:3, 1444:5, 1452:10, 1453:2, 1453:4, 1464:6, 1464:9, 1464:12, 1464:13, 1464:16, 1464:18
**ovary** [26] - 1283:5, 1283:8, 1283:10, 1283:13, 1283:21, 1284:23, 1336:9, 1339:21, 1355:9, 1357:16, 1359:24, 1361:19, 1367:3, 1370:13, 1387:1, 1396:7, 1398:9, 1444:9, 1444:12, 1452:3, 1452:20, 1453:7, 1464:10, 1465:1, 1465:3
**overall** [4] - 1274:9, 1359:13, 1415:12, 1462:12
**overlapping** [3] - 1288:17, 1290:20, 1420:4
**ovulates** [1] - 1283:8
**ovulation** [1] - 1314:3
**own** [11] - 1262:11, 1276:10, 1278:11, 1342:25, 1344:19, 1404:20, 1411:2, 1423:15, 1438:5, 1466:1, 1466:18
**oxidative** [9] - 1289:6, 1289:17, 1377:25, 1378:1, 1378:6, 1378:8, 1402:21, 1403:5, 1437:8
**oxide** [5] - 1450:19, 1450:25, 1451:3, 1451:7

**oxygen** [10] - 1273:23, 1289:4, 1289:8, 1290:2, 1290:15, 1296:15, 1319:4, 1319:6

**P**

**P-256** [2] - 1381:16, 1382:1
**P-264** [1] - 1383:10
**p.m** [1] - 1467:23
**pack** [1] - 1458:12
**page** [127] - 1266:17, 1267:14, 1293:18, 1293:24, 1293:25, 1294:16, 1295:18, 1296:9, 1296:10, 1300:23, 1301:13, 1301:14, 1301:17, 1316:15, 1321:18, 1321:23, 1324:5, 1324:25, 1325:12, 1327:3, 1329:23, 1330:1, 1333:15, 1336:18, 1340:20, 1340:23, 1341:17, 1341:18, 1343:2, 1344:22, 1344:23, 1345:6, 1345:8, 1350:18, 1351:21, 1352:22, 1353:13, 1355:3, 1355:4, 1357:9, 1361:24, 1364:11, 1366:18, 1368:5, 1369:2, 1372:17, 1372:18, 1373:2, 1373:8, 1374:11, 1374:12, 1374:18, 1375:2, 1377:21, 1378:23, 1379:25, 1380:1, 1381:4, 1381:21, 1382:15, 1382:18, 1383:7, 1383:8, 1386:16, 1388:7, 1391:1, 1391:9, 1392:24, 1393:24, 1394:11, 1395:20, 1397:8, 1402:2, 1402:12, 1403:13, 1403:22, 1410:20, 1411:14, 1412:8, 1412:25, 1413:10, 1413:18, 1414:18, 1416:5, 1418:7, 1418:8,

1419:13, 1419:14, 1422:16, 1427:20, 1428:10, 1428:15, 1429:7, 1429:10, 1431:11, 1431:17, 1433:10, 1434:23, 1435:14, 1437:2, 1440:24, 1441:21, 1442:5, 1444:23, 1446:9, 1446:11, 1446:22, 1447:10, 1452:14, 1454:9, 1454:21, 1455:1, 1456:13, 1456:14, 1461:16, 1463:4, 1463:7, 1463:8, 1463:10, 1463:11, 1465:23

**Page** [1] - 1468:5

**pages** [8] - 1373:25, 1374:14, 1377:1, 1395:7, 1418:4, 1418:5, 1428:12, 1447:8

**paid** [1] - 1444:24

**paper** [34] - 1265:1, 1265:23, 1265:25, 1266:1, 1270:1, 1284:2, 1284:6, 1284:12, 1392:8, 1392:15, 1393:1, 1393:10, 1393:13, 1393:14, 1393:15, 1393:18, 1394:11, 1394:16, 1410:7, 1414:2, 1417:15, 1434:4, 1448:4, 1448:9, 1448:12, 1448:13, 1448:21, 1448:24, 1454:17, 1454:18, 1454:21, 1455:1, 1466:4, 1466:7

**paper's** [1] - 1417:17

**papers** [7] - 1270:10, 1325:8, 1348:17, 1392:5, 1446:24, 1447:2, 1466:1

**papillae** [2] - 1298:17, 1464:24

**papillary** [10] - 1298:16, 1300:19, 1301:4, 1386:4, 1386:8, 1387:25, 1388:2, 1388:5, 1388:11,

1389:11

**paragraph** [23] - 1293:25, 1294:13, 1325:14, 1355:4, 1357:10, 1357:25, 1358:21, 1381:23, 1386:17, 1386:21, 1388:8, 1391:1, 1394:13, 1395:20, 1397:9, 1398:5, 1398:17, 1403:22, 1413:11, 1433:10, 1437:4, 1437:23

**PARFITT** [1] - 1256:14

**Park** [3] - 1320:7, 1320:13, 1320:16

**part** [26] - 1264:9, 1265:7, 1270:2, 1299:5, 1299:14, 1299:25, 1304:7, 1309:25, 1337:18, 1337:22, 1338:20, 1340:14, 1346:25, 1347:8, 1349:11, 1376:5, 1376:7, 1386:18, 1396:15, 1423:9, 1428:14, 1438:23, 1443:17, 1444:25, 1453:6, 1459:17

**Part** [1] - 1433:11

**partial** [1] - 1319:5

**participate** [2] - 1309:22, 1361:8

**participates** [2] - 1287:2, 1315:9

**particle** [1] - 1281:2

**particles** [11] - 1279:8, 1279:25, 1280:3, 1280:23, 1282:19, 1285:1, 1285:5, 1373:18, 1400:14, 1401:14, 1404:1

**particular** [24] - 1264:21, 1266:9, 1275:21, 1294:16, 1297:22, 1301:3, 1304:4, 1304:8, 1311:9, 1312:1, 1313:1, 1322:12, 1324:16, 1327:19, 1332:4, 1427:20, 1439:19, 1441:12, 1444:3, 1447:18, 1451:25, 1452:21, 1460:25,

1461:6

**particularly** [2] - 1295:4, 1395:4

**particulate** [6] - 1279:20, 1382:14, 1382:19, 1382:22, 1404:13, 1448:19

**particulates** [5] - 1279:8, 1280:24, 1280:25, 1282:5, 1448:20

**parts** [7] - 1305:5, 1320:12, 1358:14, 1370:21, 1376:1, 1383:16, 1404:14

**passages** [1] - 1440:23

**passing** [1] - 1292:6

**past** [1] - 1259:6

**pathologist** [1] - 1377:14

**pathway** [2] - 1295:11, 1313:23

**pathways** [1] - 1286:1

**patient** [2] - 1377:11, 1451:21

**patients** [6] - 1268:5, 1302:23, 1372:24, 1376:21, 1377:3, 1451:6

**pause** [3] - 1260:18, 1372:15, 1394:9

**Pause** [1] - 1271:6

**Pearson** [1] - 1279:14

**peer** [4] - 1271:1, 1323:2, 1428:20, 1436:25

**peer-reviewed** [4] - 1271:1, 1323:2, 1428:20, 1436:25

**Penninkilampi** [16] - 1275:22, 1276:22, 1276:24, 1312:22, 1315:18, 1419:11, 1419:16, 1420:6, 1448:2, 1454:4, 1456:10, 1456:15, 1459:14, 1460:5, 1460:23, 1461:5

**people** [6] - 1310:14, 1322:5, 1345:23, 1411:6, 1442:14, 1452:12

**per** [9] - 1320:12, 1340:5, 1340:11, 1341:1, 1341:13, 1398:10, 1408:8, 1409:21

**percent** [11] - 1259:20,

1275:17, 1277:9, 1368:1, 1406:10, 1408:7, 1408:18, 1409:19, 1410:4, 1429:5, 1450:16

**perform** [4] - 1310:4, 1366:25, 1421:7, 1465:19

**performed** [9] - 1261:24, 1274:21, 1275:12, 1275:23, 1277:14, 1277:20, 1366:24, 1396:7, 1421:13

**perhaps** [2] - 1291:17, 1349:23

**perineal** [38] - 1277:15, 1279:5, 1280:20, 1282:11, 1283:2, 1315:24, 1317:14, 1317:19, 1328:11, 1330:10, 1331:20, 1336:1, 1341:24, 1349:25, 1351:7, 1351:24, 1394:19, 1398:11, 1398:20, 1399:10, 1399:17, 1399:18, 1399:22, 1401:18, 1402:4, 1406:3, 1408:14, 1411:21, 1415:13, 1424:24, 1427:25, 1433:3, 1434:25, 1437:15, 1441:24, 1459:21, 1463:20

**perineally** [4] - 1330:20, 1331:1, 1335:22, 1376:3

**perineum** [8] - 1259:22, 1278:24, 1279:9, 1282:6, 1282:14, 1399:7, 1399:13, 1403:8

**period** [8] - 1286:16, 1286:17, 1286:19, 1286:21, 1318:1, 1450:6, 1452:8, 1460:21

**periods** [1] - 1288:17

**peristaltic** [1] - 1280:12

**peritoneal** [2] - 1280:5, 1282:6

**peritoneum** [1] - 1399:6

**permission** [21] - 1271:22, 1327:2, 1329:23, 1333:13, 1336:16, 1344:20,

1350:16, 1351:19, 1352:20, 1361:22, 1364:9, 1366:16, 1368:3, 1368:25, 1376:24, 1377:19, 1378:21, 1381:2, 1410:18, 1411:12, 1416:3
**permit** [2] - 1346:7, 1465:14
**permitted** [1] - 1466:11
**peroxidation** [1] - 1289:17
**person** [5] - 1324:17, 1329:21, 1341:4, 1431:12, 1451:25
**Personal** [1] - 1257:6
**personal** [6] - 1262:12, 1317:14, 1320:5, 1328:4, 1345:3, 1450:12
**personally** [1] - 1344:6
**perspective** [1] - 1440:22
**pertinent** [2] - 1288:10, 1440:22
**petrochemical** [1] - 1320:8
**Ph.D** [3] - 1259:7, 1259:11, 1284:16
**phenomenon** [1] - 1377:25
**photo** [20] - 1265:5, 1265:8, 1265:15, 1265:17, 1265:24, 1266:2, 1266:5, 1267:9, 1268:25, 1269:7, 1270:16, 1270:22, 1271:10, 1272:1, 1272:5, 1272:6, 1291:20, 1292:3, 1292:11, 1295:9
**photograph** [4] - 1265:11, 1292:17, 1293:10
**photographs** [2] - 1264:20, 1271:13
**photos** [5] - 1271:2, 1271:23, 1292:23, 1294:3
**phrase** [3] - 1404:17, 1420:24, 1430:19
**phrased** [1] - 1410:10
**physician** [4] - 1258:22,

1307:15, 1310:20, 1377:7
**physicist** [1] - 1465:16
**physiological** [1] - 1398:15
**picked** [2] - 1420:6, 1445:16
**picking** [1] - 1418:21
**picture** [1] - 1265:3
**pictures** [2] - 1264:14, 1302:5
**pieces** [4] - 1271:20, 1332:8, 1332:9, 1409:20
**pierced** [1] - 1464:15
**place** [3] - 1322:1, 1322:4, 1411:25
**placed** [1] - 1463:2
**places** [4] - 1266:16, 1308:23, 1356:23, 1370:22
**plaintiff** [1] - 1337:24
**plaintiff's** [1] - 1338:5
**Plaintiffs** [2] - 1256:14, 1258:11
**plaintiffs** [8] - 1268:24, 1342:23, 1365:18, 1366:6, 1396:19, 1444:22, 1445:19, 1454:11
**plaintiffs'** [2] - 1343:12, 1431:6
**planning** [1] - 1268:3
**plans** [1] - 1344:11
**plant** [2] - 1320:8, 1322:7
**platy** [18] - 1262:18, 1262:19, 1262:25, 1264:5, 1264:14, 1264:25, 1265:3, 1265:4, 1265:9, 1265:14, 1265:18, 1265:21, 1266:9, 1266:12, 1269:4, 1270:24, 1272:9, 1306:9
**plausibility** [10] - 1282:10, 1296:10, 1312:25, 1313:9, 1313:14, 1314:22, 1375:17, 1376:2, 1399:2, 1459:1
**plausible** [4] - 1443:15, 1443:20, 1444:15, 1448:4
**pleurodesis** [1] -

1302:19
**plot** [5] - 1275:4, 1275:5, 1275:6, 1278:12, 1311:12
**plume** [1] - 1322:19
**point** [21] - 1265:20, 1270:13, 1288:12, 1288:19, 1294:15, 1300:3, 1307:22, 1311:14, 1323:5, 1334:10, 1342:14, 1350:2, 1354:11, 1365:4, 1392:20, 1393:16, 1397:14, 1430:1, 1458:19, 1464:25, 1466:22
**pointed** [4] - 1293:10, 1294:14, 1462:15, 1464:5
**pointer** [1] - 1292:8
**points** [2] - 1302:8, 1398:17
**poison** [2] - 1318:11, 1333:2
**poisoning** [1] - 1319:6
**polite** [1] - 1442:24
**polymorphisms** [1] - 1290:7
**pooled** [7] - 1277:14, 1277:18, 1278:3, 1412:6, 1453:15, 1453:24, 1456:23
**Popkin** [1] - 1398:4
**POPKIN** [1] - 1256:20
**population** [4] - 1318:22, 1322:21, 1341:8, 1460:19
**porosity** [1] - 1382:6
**portion** [8] - 1282:20, 1282:22, 1301:16, 1378:9, 1386:20, 1390:21, 1401:10, 1467:7
**portions** [2] - 1376:2, 1440:22
**pose** [1] - 1259:16
**position** [1] - 1401:6
**positive** [17] - 1259:18, 1275:14, 1277:4, 1278:1, 1278:14, 1278:15, 1311:16, 1313:14, 1355:10, 1356:1, 1416:18,

1416:21, 1416:22, 1425:6, 1429:20, 1430:3, 1453:25
**possibilities** [2] - 1371:11, 1389:17
**possibility** [3] - 1309:6, 1331:10, 1369:21
**possible** [12] - 1272:24, 1273:15, 1319:12, 1388:24, 1417:13, 1418:2, 1418:12, 1433:1, 1435:7, 1437:7, 1437:15, 1439:6
**possibly** [5] - 1340:13, 1389:8, 1432:13, 1433:3, 1435:15
**potency** [8] - 1291:17, 1305:14, 1305:18, 1306:6, 1306:20, 1306:22, 1314:13, 1359:20
**potent** [1] - 1306:14
**potential** [25] - 1259:25, 1261:11, 1263:25, 1282:5, 1282:25, 1287:13, 1303:18, 1305:3, 1306:5, 1306:9, 1306:15, 1306:19, 1307:1, 1308:12, 1309:16, 1334:11, 1339:22, 1348:10, 1348:18, 1358:15, 1360:20, 1382:5, 1396:6, 1435:3, 1452:20
**potentially** [2] - 1409:22, 1449:3
**Powder** [16] - 1259:16, 1260:3, 1260:8, 1260:10, 1262:16, 1262:22, 1262:24, 1263:2, 1263:22, 1264:24, 1273:9, 1274:2, 1274:12, 1380:2, 1433:11, 1443:5
**POWDER** [1] - 1256:4
**powder** [164] - 1259:20, 1259:25, 1263:5, 1263:17, 1274:10, 1277:15, 1278:20, 1278:24, 1279:16, 1280:25, 1281:2, 1281:25, 1282:16, 1282:19, 1282:20,

1283:5, 1283:7, 1284:22, 1285:21, 1286:19, 1286:21, 1287:23, 1288:1, 1288:3, 1289:25, 1290:10, 1290:11, 1290:18, 1290:22, 1291:1, 1292:22, 1293:19, 1296:12, 1297:16, 1298:1, 1301:21, 1301:25, 1302:3, 1304:21, 1305:11, 1306:9, 1307:2, 1310:12, 1312:3, 1312:10, 1313:8, 1313:15, 1314:15, 1315:7, 1315:8, 1315:15, 1316:2, 1316:7, 1317:14, 1317:20, 1318:4, 1326:7, 1326:20, 1327:9, 1327:19, 1327:20, 1328:3, 1329:13, 1329:18, 1329:20, 1330:6, 1330:10, 1331:6, 1331:16, 1331:20, 1332:25, 1333:7, 1333:22, 1335:2, 1335:8, 1335:24, 1336:7, 1336:13, 1336:23, 1337:3, 1338:25, 1342:4, 1342:7, 1342:13, 1342:21, 1343:6, 1343:14, 1343:17, 1343:20, 1343:23, 1343:25, 1344:3, 1346:22, 1346:24, 1347:2, 1347:4, 1347:7, 1348:6, 1348:12, 1348:22, 1349:1, 1350:1, 1350:12, 1350:24, 1352:16, 1353:1, 1359:19, 1362:23, 1363:5, 1365:9, 1365:14, 1365:20, 1365:23, 1366:12, 1366:21, 1367:23, 1368:8, 1368:18, 1369:11, 1370:5, 1371:6, 1376:3, 1378:13, 1384:21,

1385:25, 1396:20, 1396:23, 1400:14, 1400:15, 1400:18, 1401:17, 1401:19, 1402:3, 1403:20, 1406:11, 1407:20, 1408:4, 1408:11, 1409:22, 1412:10, 1412:12, 1413:14, 1414:1, 1414:6, 1415:13, 1434:25, 1441:23, 1442:9, 1443:9, 1443:16, 1443:21, 1443:24, 1444:8, 1444:15, 1446:2, 1446:7, 1452:2, 1454:1, 1457:4, 1457:22, 1458:5, 1464:20, 1465:2, 1467:18
**powders** [1] - 1259:19
**power** [16] - 1420:14, 1420:20, 1421:4, 1421:7, 1421:9, 1421:18, 1422:4, 1422:11, 1422:20, 1422:24, 1423:15, 1423:17, 1423:25, 1424:3, 1437:15
**PowerPoint** [6] - 1300:22, 1301:8, 1445:7, 1445:9, 1445:12, 1453:12
**practice** [3] - 1258:24, 1261:4, 1284:19
**practices** [1] - 1402:1
**PRACTICES** [1] - 1256:5
**preamble** [2] - 1428:4, 1433:22
**precancer** [2] - 1387:5, 1387:7
**precautionary** [9] - 1322:19, 1425:16, 1425:20, 1426:11, 1426:19, 1426:25, 1427:8, 1457:10, 1457:16
**precept** [3] - 1425:20, 1425:24, 1426:2
**precise** [1] - 1330:23
**predict** [1] - 1335:13
**preface** [1] - 1339:14
**preparation** [3] -

1418:14, 1428:22, 1446:14
**prepare** [1] - 1305:22
**prepared** [5] - 1264:13, 1425:12, 1435:13, 1445:8, 1446:4
**preparing** [4] - 1329:9, 1374:16, 1417:10, 1449:8
**prescription** [1] - 1328:8
**presence** [14] - 1263:20, 1264:2, 1264:4, 1271:21, 1284:3, 1304:16, 1305:13, 1359:18, 1443:13, 1443:23, 1453:5, 1455:16, 1455:23, 1458:25
**present** [18] - 1263:4, 1283:13, 1297:1, 1306:13, 1306:16, 1306:21, 1306:25, 1311:6, 1363:10, 1363:25, 1368:23, 1373:17, 1383:16, 1388:22, 1389:2, 1392:22, 1431:6, 1451:19
**presentation** [10] - 1268:18, 1375:20, 1390:14, 1431:5, 1431:16, 1431:17, 1436:10, 1445:13, 1454:19, 1459:17
**presented** [4] - 1326:13, 1334:1, 1410:7, 1447:15
**presenting** [1] - 1392:11
**pressed** [1] - 1347:19
**pressure** [1] - 1319:5
**pretty** [5] - 1281:15, 1400:1, 1400:2, 1400:20, 1425:4
**prevalence** [1] - 1408:4
**prevented** [2] - 1334:1, 1409:22
**preventive** [1] - 1426:17
**prevents** [2] - 1302:24, 1314:3
**previous** [2] - 1327:1, 1408:17
**primarily** [3] - 1268:6, 1273:21, 1352:1
**primary** [5] - 1311:1,

1313:3, 1327:14, 1351:16, 1392:11
**principal** [1] - 1328:17
**principle** [8] - 1425:17, 1425:20, 1426:11, 1426:23, 1438:25, 1457:10, 1457:16, 1458:14
**principles** [1] - 1427:9
**prison** [1] - 1450:2
**probable** [2] - 1432:16, 1439:6
**problem** [8] - 1263:23, 1265:16, 1269:7, 1272:1, 1426:13, 1426:14, 1452:11
**problems** [1] - 1396:24
**procedure** [1] - 1372:6
**procedures** [1] - 1359:14
**proceeding** [3] - 1343:19, 1427:2, 1427:6
**Proceedings** [1] - 1468:5
**proceedings** [1] - 1400:5
**process** [13] - 1261:5, 1283:11, 1286:4, 1286:5, 1286:24, 1287:9, 1308:1, 1308:15, 1308:18, 1376:11, 1389:18, 1437:6, 1443:18
**produce** [9] - 1285:22, 1286:7, 1302:19, 1305:8, 1306:10, 1306:15, 1314:16, 1318:21, 1452:11
**produced** [4] - 1262:10, 1264:9, 1280:12, 1302:15
**produces** [5] - 1260:1, 1263:23, 1302:10, 1318:20, 1376:7
**producing** [3] - 1291:21, 1303:6, 1315:9
**product** [15] - 1263:11, 1293:3, 1305:15, 1306:11, 1306:21, 1307:6, 1327:20, 1331:16, 1352:17, 1366:8, 1426:4, 1444:12, 1445:1, 1445:4, 1457:24
**product's** [1] - 1339:2
**production** [3] - 1313:3,

1502

1449:2, 1450:3
**PRODUCTS** [1] - 1256:4
**products** [42] - 1263:17, 1268:19, 1278:21, 1285:21, 1291:2, 1306:14, 1315:7, 1317:20, 1329:13, 1329:18, 1330:6, 1336:7, 1336:13, 1336:23, 1338:25, 1342:4, 1342:8, 1342:13, 1342:14, 1342:21, 1343:14, 1343:17, 1343:21, 1343:25, 1344:8, 1346:24, 1347:2, 1347:5, 1348:6, 1348:23, 1349:2, 1350:1, 1365:9, 1365:14, 1367:16, 1368:11, 1406:11, 1444:8, 1444:9, 1444:15, 1457:22, 1458:22
**Products** [1] - 1257:6
**professional** [4] - 1258:24, 1261:4, 1268:10, 1370:20
**professionally** [2] - 1378:2, 1410:13
**Professor** [1] - 1258:21
**Program** [2] - 1258:25, 1259:5
**program** [1] - 1259:4
**programmed** [1] - 1289:19
**progressed** [1] - 1451:13
**proliferation** [4] - 1260:7, 1289:2, 1290:4, 1293:22
**promotes** [1] - 1455:7
**promotion** [6] - 1286:12, 1286:15, 1287:3, 1296:17, 1297:12, 1315:11
**pronunciation** [1] - 1428:3
**proof** [1] - 1282:4
**proper** [2] - 1323:3, 1330:14
**properties** [3] - 1302:17, 1303:1, 1382:5
**proportion** [1] - 1301:5

**proposed** [5] - 1273:17, 1284:4, 1313:21, 1371:9, 1375:21
**proposes** [2] - 1392:18, 1393:3
**proposition** [6] - 1380:19, 1381:7, 1390:10, 1390:17, 1405:8, 1412:3
**PROSKAUER** [1] - 1256:19
**prospective** [3] - 1415:11, 1416:6, 1416:17
**protection** [1] - 1450:12
**protective** [2] - 1322:5, 1393:3
**prove** [1] - 1393:11
**proven** [1] - 1426:14
**provide** [4] - 1393:18, 1443:14, 1446:6, 1447:3
**provided** [6] - 1262:9, 1346:11, 1403:3, 1431:5, 1449:21, 1450:12
**provides** [3] - 1437:6, 1443:17, 1453:3
**providing** [1] - 1285:23
**pubic** [1] - 1399:14
**Public** [3] - 1258:22, 1321:24, 1411:6
**public** [1] - 1427:10
**publication** [5] - 1272:7, 1272:8, 1304:8, 1324:2, 1456:14
**publications** [6] - 1274:25, 1323:2, 1323:5, 1323:25, 1374:21, 1375:7
**publish** [1] - 1436:9
**published** [15] - 1262:7, 1268:7, 1272:25, 1289:22, 1310:25, 1325:8, 1327:24, 1410:7, 1425:8, 1427:14, 1427:16, 1428:19, 1447:19, 1447:24, 1455:22
**pull** [4] - 1321:13, 1448:4, 1453:12, 1461:15
**pulled** [2] - 1302:7, 1383:10

**pump** [1] - 1280:12
**pure** [2] - 1262:18, 1262:19
**purport** [1] - 1393:18
**purported** [1] - 1304:10
**purportedly** [1] - 1335:8
**purpose** [10] - 1281:15, 1303:1, 1359:9, 1359:13, 1393:13, 1393:14, 1393:15, 1409:4, 1448:23
**purposes** [11] - 1261:3, 1268:14, 1281:6, 1288:11, 1312:4, 1326:1, 1326:5, 1343:19, 1359:8, 1409:8, 1411:18
**PURSUANT** [1] - 1470:3
**pushing** [1] - 1285:10
**put** [15] - 1270:14, 1271:3, 1271:10, 1287:13, 1300:9, 1310:15, 1372:17, 1378:7, 1380:20, 1388:1, 1395:5, 1410:13, 1428:6, 1428:11, 1451:10

## Q

**quadrant** [3] - 1306:2, 1306:12, 1306:17
**qualifications** [1] - 1258:20
**qualitative** [2] - 1350:14, 1352:19
**quality** [1] - 1275:2
**quantifiable** [2] - 1324:23, 1325:5
**quantification** [1] - 1343:18
**quantified** [6] - 1329:4, 1329:6, 1329:8, 1343:13, 1365:18, 1366:7
**quantify** [8] - 1325:17, 1326:15, 1326:17, 1342:19, 1343:5, 1343:16, 1365:7, 1365:13
**quantitation** [1] - 1369:23
**quantities** [5] - 1307:1, 1347:15, 1363:10,

1368:10, 1399:25
**quantity** [13] - 1304:21, 1306:16, 1326:20, 1327:9, 1328:3, 1328:11, 1347:3, 1351:17, 1363:1, 1368:17, 1368:19, 1373:4, 1454:16
**QUESTION** [35] - 1295:22, 1296:1, 1327:8, 1330:4, 1333:17, 1334:4, 1336:21, 1343:4, 1350:20, 1351:3, 1351:23, 1352:23, 1361:25, 1364:12, 1366:19, 1368:6, 1369:3, 1377:2, 1377:22, 1378:24, 1379:4, 1379:8, 1379:11, 1381:6, 1402:3, 1410:21, 1410:24, 1411:15, 1416:6, 1416:10, 1416:15, 1441:2, 1441:7, 1441:23, 1442:6
**questioning** [2] - 1448:10, 1448:11
**questions** [44] - 1267:20, 1267:22, 1267:25, 1269:23, 1300:7, 1316:9, 1317:9, 1352:6, 1359:16, 1361:12, 1362:15, 1372:10, 1379:16, 1399:1, 1405:22, 1415:10, 1440:3, 1443:2, 1443:6, 1444:18, 1445:9, 1445:21, 1447:8, 1447:12, 1448:8, 1449:4, 1449:19, 1449:22, 1451:23, 1451:25, 1452:13, 1452:17, 1452:19, 1452:22, 1453:16, 1453:19, 1454:18, 1455:14, 1455:17, 1456:12, 1457:20, 1464:1, 1467:9, 1467:15
**quick** [1] - 1341:17
**quickly** [4] - 1297:8, 1369:8, 1438:9, 1465:21

**quite** [3] - 1273:19, 1274:4, 1440:21
**quotation** [2] - 1298:3, 1356:5
**quotations** [1] - 1322:24
**quote** [7] - 1298:11, 1322:10, 1355:7, 1357:13, 1381:24, 1466:1, 1466:4
**quoted** [3] - 1320:19, 1356:12, 1465:25
**quotes** [2] - 1298:23, 1298:24
**quoting** [3] - 1356:7, 1436:10, 1438:17

**R**

**radiation** [1] - 1465:17
**Radic** [5] - 1383:4, 1383:17, 1384:20, 1385:6
**radioactive** [1] - 1450:16
**radiology** [2] - 1451:1, 1451:5
**raised** [1] - 1307:25
**raises** [8] - 1309:1, 1310:12, 1317:21, 1329:20, 1336:14, 1438:13, 1438:18, 1439:22
**raising** [1] - 1439:25
**range** [4] - 1274:4, 1341:1, 1341:12, 1408:3
**ranges** [2] - 1288:16, 1340:11
**ranked** [1] - 1272:23
**rat** [7] - 1300:15, 1387:13, 1388:22, 1388:25, 1395:25, 1397:6, 1453:6
**Rat** [1] - 1383:12
**rate** [2] - 1280:17, 1312:1
**rather** [4] - 1389:1, 1391:15, 1420:8, 1420:10
**ratio** [16] - 1275:16, 1277:8, 1311:16, 1406:13, 1406:16, 1406:19, 1407:5, 1407:9, 1407:13, 1411:20, 1422:22, 1429:4, 1429:13, 1430:8, 1453:25

**rational** [1] - 1375:20
**rationale** [1] - 1434:24
**ratios** [3] - 1275:14, 1313:14, 1425:6
**Rats** [1] - 1452:16
**rats** [25] - 1298:15, 1383:18, 1384:3, 1384:20, 1385:7, 1385:25, 1386:3, 1387:10, 1387:22, 1389:6, 1389:12, 1392:3, 1396:1, 1396:2, 1396:5, 1396:11, 1396:15, 1396:22, 1397:3, 1397:11, 1397:22, 1398:19, 1452:24, 1453:8, 1464:5
**rats'** [1] - 1383:24
**ray** [1] - 1272:10
**RE** [1] - 1256:4
**reach** [8] - 1278:24, 1310:7, 1316:2, 1371:16, 1421:8, 1443:8, 1444:9, 1444:12
**reached** [9] - 1262:1, 1281:24, 1282:3, 1320:12, 1366:15, 1452:3, 1457:17, 1461:14, 1461:18
**reaches** [10] - 1328:25, 1335:25, 1364:4, 1364:7, 1364:8, 1364:13, 1364:17, 1369:15, 1404:2, 1444:5
**reaching** [13] - 1260:24, 1279:16, 1281:6, 1288:7, 1288:11, 1296:11, 1301:20, 1303:15, 1309:25, 1370:13, 1375:7, 1375:16, 1449:6
**reaction** [6] - 1379:15, 1380:8, 1384:7, 1391:4, 1391:15, 1391:20
**reactions** [5] - 1273:22, 1302:10, 1309:23, 1361:9, 1373:12
**reactive** [6] - 1273:23, 1289:3, 1289:8, 1290:2, 1290:15, 1296:15
**read** [51] - 1266:7, 1303:14, 1322:24, 1327:2, 1329:23,

1333:13, 1336:16, 1344:20, 1345:11, 1350:16, 1351:19, 1352:20, 1357:17, 1357:18, 1358:6, 1358:25, 1361:22, 1364:9, 1366:16, 1368:3, 1368:25, 1373:14, 1376:24, 1377:19, 1378:21, 1381:2, 1382:8, 1391:17, 1394:7, 1398:4, 1398:16, 1404:6, 1410:18, 1411:12, 1413:16, 1416:3, 1421:25, 1423:11, 1424:12, 1435:5, 1435:24, 1437:2, 1437:11, 1437:19, 1440:20, 1440:23, 1441:21, 1441:22, 1442:21, 1462:19, 1462:22
**reading** [4] - 1293:14, 1301:13, 1327:7, 1422:4
**Reading** [3] - 1330:3, 1336:20, 1351:22
**reads** [2] - 1381:23, 1382:3
**ready** [1] - 1279:5
**realistic** [1] - 1425:3
**realized** [2] - 1291:4, 1456:11
**really** [10] - 1269:12, 1278:13, 1281:11, 1281:13, 1285:15, 1294:5, 1318:7, 1346:7, 1378:18, 1409:16
**realm** [1] - 1271:15
**reanalysis** [1] - 1460:16
**reanalyzed** [2] - 1422:9, 1425:5
**reason** [15] - 1272:11, 1291:18, 1304:25, 1308:24, 1330:17, 1330:24, 1337:18, 1338:10, 1365:5, 1404:8, 1411:7, 1427:17, 1441:15, 1448:25
**reasonable** [3] - 1341:16, 1371:12, 1371:14

**reasoning** [1] - 1410:3
**reasons** [2] - 1281:22, 1404:3
**REATH** [1] - 1256:16
**received** [2] - 1365:22, 1427:18
**receiving** [1] - 1451:6
**recent** [3] - 1277:21, 1277:24, 1448:1
**recently** [2] - 1289:21, 1388:21
**receptors** [1] - 1388:21
**recess** [5] - 1316:14, 1353:12, 1414:17, 1440:7, 1440:8
**recognition** [1] - 1286:16
**recognizable** [1] - 1286:13
**recognize** [3] - 1291:11, 1303:16, 1385:21
**recognized** [6] - 1274:7, 1286:4, 1302:18, 1404:18, 1404:22, 1444:2
**recommend** [1] - 1426:16
**recommendation** [2] - 1322:1, 1322:4
**record** [4] - 1258:17, 1266:14, 1374:4, 1454:10
**recorded** [1] - 1415:21
**RECROSS** [1] - 1459:11
**Recross** [1] - 1468:7
**RECROSS-EXAMINATION** [1] - 1459:11
**rectal** [5] - 1401:21, 1402:6, 1403:9, 1441:25, 1442:10
**red** [2] - 1306:23, 1326:25
**REDIRECT** [2] - 1440:17, 1467:13
**redirect** [1] - 1338:17
**Redirect** [1] - 1468:7
**redoing** [1] - 1276:16
**redox** [1] - 1290:1
**reduce** [1] - 1314:4
**reduced** [1] - 1313:23
**reduction** [2] - 1289:9, 1289:18
**refer** [5] - 1383:6,

1413:25, 1429:9, 1460:24, 1461:5

**reference** [17] - 1266:19, 1267:1, 1270:23, 1284:25, 1295:16, 1296:6, 1358:8, 1358:19, 1380:15, 1395:12, 1432:4, 1433:11, 1459:19, 1460:2, 1460:22, 1463:11, 1465:24

**references** [13] - 1298:19, 1299:25, 1303:25, 1375:1, 1395:6, 1395:13, 1398:5, 1400:17, 1417:18, 1418:4, 1418:7, 1431:23, 1435:15

**referencing** [1] - 1385:22

**referred** [9] - 1285:9, 1286:6, 1286:17, 1290:7, 1371:20, 1377:11, 1388:1, 1390:13, 1392:6

**referring** [7] - 1300:13, 1323:6, 1335:7, 1356:16, 1400:17, 1423:5, 1451:23

**refers** [9] - 1266:7, 1266:16, 1324:15, 1335:7, 1355:4, 1384:24, 1386:13, 1462:14, 1463:9

**reflected** [2] - 1348:12, 1349:2

**reflects** [1] - 1348:18

**refresh** [2] - 1341:19, 1381:1

**refuted** [1] - 1344:18

**regard** [10] - 1271:20, 1276:25, 1283:4, 1297:10, 1300:23, 1304:15, 1361:13, 1439:21, 1441:1, 1441:8

**regarding** [47] - 1261:12, 1261:17, 1263:20, 1264:1, 1268:6, 1274:1, 1274:17, 1281:6, 1308:1, 1310:8, 1313:1, 1313:13, 1316:2, 1328:19, 1334:11, 1334:22, 1338:14,

1339:9, 1351:2, 1351:4, 1365:22, 1366:2, 1367:10, 1367:19, 1367:24, 1368:17, 1369:24, 1371:7, 1376:15, 1377:17, 1378:20, 1379:16, 1417:16, 1426:4, 1443:4, 1446:7, 1447:25, 1449:1, 1450:9, 1450:22, 1451:17, 1452:20, 1453:16, 1453:20, 1455:15, 1455:20, 1455:22

**regardless** [1] - 1372:24

**region** [3] - 1401:18, 1402:4, 1441:24

**regular** [4] - 1260:9, 1312:4, 1386:8, 1408:4

**regularly** [4] - 1283:11, 1310:19, 1401:25, 1442:15

**regulates** [1] - 1295:14

**regulation** [1] - 1288:22

**regulators** [1] - 1427:8

**regulatory** [6] - 1281:24, 1426:8, 1427:13, 1445:2, 1457:11, 1457:13

**reiterate** [2] - 1345:20, 1432:22

**rejected** [3] - 1332:13, 1432:7, 1432:11

**rejection** [1] - 1465:6

**relate** [2] - 1349:19, 1349:20

**related** [9] - 1320:2, 1331:6, 1332:10, 1337:22, 1354:13, 1354:17, 1357:1, 1396:4, 1410:15

**relates** [9] - 1279:7, 1293:4, 1294:12, 1339:9, 1362:16, 1368:14, 1390:15, 1394:21, 1425:17

**relating** [11] - 1293:6, 1324:8, 1324:9, 1347:17, 1348:22, 1349:7, 1354:22, 1394:21, 1396:19, 1420:18, 1466:2

**relation** [4] - 1277:1, 1295:4, 1449:5, 1456:12

**relationship** [18] - 1259:18, 1274:17, 1277:2, 1280:21, 1287:8, 1312:19, 1312:21, 1313:7, 1314:8, 1315:15, 1317:13, 1317:17, 1318:19, 1331:5, 1358:15, 1424:22, 1431:6, 1457:3

**relative** [16] - 1275:14, 1277:4, 1278:2, 1278:14, 1278:16, 1307:9, 1311:16, 1350:15, 1398:14, 1401:2, 1412:12, 1415:12, 1416:23, 1416:25, 1417:3, 1454:14

**relatively** [1] - 1298:13

**release** [3] - 1290:14, 1322:22, 1322:23

**relegated** [4] - 1306:11, 1306:17, 1306:22, 1307:3

**relevance** [1] - 1389:18

**relevant** [6] - 1274:25, 1288:14, 1289:23, 1368:15, 1446:1, 1465:17

**reliability** [1] - 1456:22

**reliable** [2] - 1363:1, 1458:10

**reliance** [5] - 1299:14, 1299:25, 1346:2, 1346:17, 1455:15

**relied** [10] - 1271:19, 1271:20, 1279:15, 1303:15, 1327:11, 1327:14, 1348:13, 1373:23, 1422:13, 1455:19

**relies** [1] - 1408:14

**rely** [10] - 1267:1, 1300:4, 1304:4, 1346:12, 1368:20, 1369:3, 1396:19, 1408:16, 1427:7, 1467:5

**relying** [3] - 1270:17, 1346:7, 1408:18

**remaining** [1] - 1366:14

**remains** [1] - 1364:16

**remember** [26] - 1320:13, 1338:2, 1340:14, 1340:16, 1340:22, 1354:21, 1354:25, 1382:16, 1385:13, 1388:4, 1406:7, 1421:3, 1421:16, 1424:15, 1433:7, 1433:8, 1438:15, 1438:21, 1443:6, 1453:18, 1463:4, 1464:3, 1464:8, 1464:10, 1466:22, 1467:7

**reminded** [1] - 1443:3

**remove** [1] - 1372:6

**removed** [1] - 1397:3

**render** [4] - 1317:18, 1361:20, 1450:8, 1452:3

**rendered** [1] - 1367:20

**repair** [1] - 1296:16

**repeat** [2] - 1330:22, 1402:25

**repeats** [1] - 1283:11

**replicated** [1] - 1346:16

**report** [134] - 1261:14, 1264:10, 1264:20, 1264:24, 1265:5, 1265:7, 1266:5, 1266:7, 1266:8, 1266:12, 1266:13, 1266:15, 1267:2, 1267:9, 1269:1, 1269:10, 1269:17, 1270:19, 1270:20, 1271:12, 1271:17, 1271:18, 1272:14, 1276:9, 1282:7, 1283:4, 1284:7, 1284:9, 1292:18, 1292:24, 1293:1, 1293:5, 1293:7, 1293:12, 1293:14, 1293:17, 1294:7, 1294:16, 1294:25, 1295:3, 1296:9, 1297:1, 1298:19, 1298:21, 1299:1, 1299:2, 1299:4, 1299:9, 1299:10, 1299:21, 1299:22, 1299:24, 1301:14, 1305:13, 1315:18, 1325:15, 1346:10, 1347:18, 1355:2,

1355:23, 1356:12, 1359:23, 1360:2, 1367:18, 1367:21, 1368:24, 1369:15, 1369:21, 1370:9, 1373:21, 1373:22, 1374:3, 1374:6, 1374:16, 1374:18, 1374:23, 1375:2, 1375:6, 1375:8, 1379:23, 1380:16, 1383:7, 1390:8, 1391:24, 1392:2, 1392:13, 1395:3, 1395:7, 1395:12, 1395:14, 1395:17, 1397:17, 1397:19, 1397:21, 1398:22, 1403:3, 1403:14, 1405:1, 1405:18, 1406:6, 1411:25, 1414:9, 1414:10, 1416:19, 1417:9, 1417:11, 1417:22, 1417:25, 1418:5, 1418:14, 1418:16, 1425:12, 1427:14, 1430:24, 1432:5, 1433:9, 1434:12, 1435:12, 1438:1, 1438:3, 1441:9, 1446:19, 1448:24, 1449:5, 1449:14, 1449:18, 1452:14, 1456:1, 1457:5, 1457:13

**reported** [13] - 1277:25, 1315:20, 1348:17, 1372:19, 1372:20, 1373:5, 1384:2, 1387:18, 1388:22, 1392:14, 1394:4, 1423:21, 1430:2

**REPORTER** [1] - 1256:25

**reporter** [1] - 1414:13

**reporting** [4] - 1379:1, 1379:5, 1379:9, 1379:12

**reports** [6] - 1264:8, 1346:3, 1346:17, 1347:17, 1429:19, 1430:15

**represent** [4] - 1298:17, 1315:7, 1374:20, 1455:5

**representation** [2] - 1301:9, 1428:13

**representative** [1] - 1265:16

**represents** [1] - 1277:8

**reproductive** [22] - 1259:21, 1279:3, 1279:21, 1279:25, 1280:4, 1280:15, 1280:18, 1281:12, 1281:14, 1283:9, 1304:17, 1304:20, 1305:6, 1376:4, 1378:15, 1399:19, 1402:23, 1403:7, 1403:16, 1403:19, 1404:15, 1453:9

**request** [2] - 1260:13, 1436:21

**require** [3] - 1426:6, 1426:15, 1426:19

**required** [4] - 1292:23, 1336:7, 1338:10, 1338:22

**requirement** [1] - 1299:23

**requires** [2] - 1313:18, 1419:5

**research** [20] - 1278:17, 1281:16, 1290:21, 1291:3, 1291:14, 1311:2, 1312:2, 1313:5, 1313:6, 1313:11, 1332:8, 1342:15, 1346:23, 1347:17, 1351:9, 1369:18, 1369:23, 1392:13, 1410:17, 1426:14

**Research** [1] - 1259:1

**researched** [1] - 1352:1

**researcher** [1] - 1310:20

**researchers** [1] - 1315:19

**residence** [1] - 1305:1

**Residency** [1] - 1259:5

**respect** [11] - 1267:14, 1320:24, 1358:9, 1367:7, 1368:21, 1369:5, 1373:17, 1416:11, 1430:20, 1436:1, 1463:17

**respiratory** [7] - 1268:6, 1282:22, 1285:2,

1338:1, 1397:20, 1398:12, 1450:13

**responded** [1] - 1451:24

**responding** [1] - 1408:16

**response** [28] - 1261:11, 1261:12, 1293:21, 1312:13, 1312:15, 1312:19, 1312:20, 1318:19, 1331:5, 1333:1, 1337:5, 1345:10, 1367:6, 1368:21, 1369:4, 1369:7, 1373:11, 1378:14, 1379:9, 1379:12, 1382:17, 1384:21, 1388:17, 1394:12, 1409:10, 1424:9, 1454:13, 1454:14

**responses** [8] - 1260:6, 1274:15, 1291:25, 1379:1, 1379:5, 1387:18, 1387:19, 1437:9

**result** [16] - 1288:23, 1302:14, 1302:15, 1305:17, 1322:18, 1341:23, 1388:25, 1389:5, 1398:8, 1402:21, 1403:5, 1407:21, 1408:7, 1422:22, 1430:24

**resulted** [5] - 1281:8, 1298:16, 1298:17, 1299:8, 1413:1

**resulting** [1] - 1297:12

**results** [20] - 1295:13, 1295:15, 1313:19, 1313:23, 1314:21, 1331:25, 1333:10, 1334:8, 1334:16, 1346:1, 1347:14, 1348:13, 1348:16, 1349:2, 1422:25, 1423:5, 1429:10, 1455:21, 1461:22, 1461:23

**results-oriented** [1] - 1346:1

**resumed** [4] - 1317:4, 1354:6, 1415:5, 1440:15

**retained** [1] - 1317:12

**retrograde** [3] - 1280:8,

1280:9, 1282:9

**retrospective** [1] - 1312:9

**Reuter** [1] - 1303:22

**review** [23] - 1264:1, 1270:1, 1274:19, 1274:21, 1275:21, 1276:4, 1276:22, 1279:7, 1303:20, 1303:22, 1304:9, 1304:14, 1307:13, 1392:9, 1393:23, 1437:6, 1438:7, 1445:22, 1445:25, 1446:14, 1449:8, 1456:18, 1457:7

**reviewed** [17] - 1264:8, 1271:1, 1279:11, 1301:20, 1310:7, 1316:5, 1323:2, 1329:9, 1340:15, 1348:17, 1348:21, 1356:10, 1369:25, 1374:16, 1418:13, 1428:20, 1436:25

**reviewer** [1] - 1272:7

**reviewing** [3] - 1303:21, 1394:15, 1448:12

**reviews** [1] - 1393:1

**right-hand** [11] - 1301:16, 1325:12, 1357:10, 1382:18, 1386:17, 1386:21, 1388:8, 1391:1, 1393:24, 1397:8, 1422:15

**right-side-up** [1] - 1401:11

**rise** [10] - 1258:4, 1316:13, 1317:1, 1320:16, 1353:11, 1354:3, 1414:16, 1415:1, 1440:6, 1440:10

**risen** [2] - 1321:6, 1322:3

**risk** [56] - 1261:5, 1261:13, 1261:23, 1261:24, 1262:6, 1275:18, 1277:4, 1277:7, 1277:9, 1278:2, 1278:16, 1307:20, 1307:24, 1310:12, 1311:16, 1317:21, 1319:16, 1329:21,

1330:11, 1331:8, 1331:21, 1331:25, 1333:6, 1333:18, 1335:1, 1335:13, 1336:10, 1336:14, 1360:6, 1360:14, 1393:2, 1403:19, 1404:4, 1406:10, 1406:24, 1407:21, 1408:7, 1408:19, 1409:19, 1410:4, 1412:11, 1413:14, 1415:12, 1415:22, 1416:25, 1417:3, 1422:21, 1425:1, 1425:6, 1435:2, 1441:3, 1441:4, 1453:25, 1454:2, 1462:9

**risks** [3] - 1275:14, 1278:14, 1416:23
**robust** [1] - 1407:15
**rod** [1] - 1450:23
**rodent** [3] - 1281:10, 1453:4, 1453:10
**rodents** [2] - 1281:11, 1398:15
**rods** [1] - 1450:15
**Roman** [3] - 1403:23, 1405:1, 1435:15
**root** [1] - 1439:20
**ROSE** [1] - 1256:19
**roughly** [1] - 1326:23
**roulette** [1] - 1420:25
**route** [10] - 1259:25, 1283:2, 1351:2, 1351:16, 1369:11, 1369:22, 1370:6, 1397:16, 1439:14, 1439:15
**routine** [1] - 1317:25
**routinely** [1] - 1345:18
**row** [3] - 1429:9, 1430:7, 1431:22
**RPR** [1] - 1256:24
**rule** [3] - 1267:22, 1398:2, 1435:8
**ruled** [4] - 1332:18, 1332:19, 1435:4, 1436:13
**run** [1] - 1344:9
**rural** [1] - 1340:4
**Russoniello** [2] - 1470:8, 1470:8

**RUSSONIELLO** [1] - 1256:24

## S

**S/Vincent** [1] - 1470:8
**sac** [7] - 1385:25, 1453:2, 1464:9, 1464:11, 1464:13, 1464:15, 1464:17
**sacs** [2] - 1464:5, 1464:20
**Saed** [1] - 1296:1
**safe** [9] - 1307:15, 1307:21, 1319:12, 1323:21, 1331:11, 1331:17, 1332:13, 1332:24, 1335:18
**Safety** [1] - 1261:7
**safety** [1] - 1323:8
**SALES** [1] - 1256:5
**sample** [3] - 1320:9, 1361:18, 1422:10
**samples** [1] - 1264:5
**sampling** [1] - 1322:18
**satisfied** [4] - 1270:13, 1312:6, 1312:11, 1313:17
**saved** [4] - 1407:18, 1408:13, 1408:22, 1409:10
**saving** [1] - 1407:21
**saw** [3] - 1291:22, 1365:21, 1453:6
**scheme** [2] - 1432:23, 1432:25
**Schildkraut** [1] - 1312:21
**scholarly** [2] - 1449:1, 1466:1
**School** [3] - 1258:22, 1321:24, 1411:6
**schools** [1] - 1340:24
**science** [5] - 1384:8, 1408:20, 1427:13, 1457:14
**scientific** [11] - 1313:12, 1332:3, 1345:15, 1359:10, 1384:9, 1384:18, 1419:4, 1426:3, 1426:24, 1457:17, 1467:3
**scientist** [2] - 1258:23, 1418:18
**scientists** [10] - 1276:5,

1319:15, 1344:14, 1344:15, 1344:25, 1346:16, 1464:9, 1464:19
**screen** [3] - 1286:23, 1395:5, 1461:19
**screening** [3] - 1425:8, 1445:19, 1446:17
**search** [1] - 1274:22
**seated** [2] - 1258:6, 1440:12
**second** [15] - 1289:14, 1321:12, 1324:1, 1373:9, 1380:5, 1380:15, 1392:25, 1394:24, 1409:13, 1413:11, 1417:8, 1429:9, 1431:2, 1431:11, 1431:23
**secondary** [5] - 1259:25, 1283:2, 1369:11, 1369:22, 1370:18
**Section** [2] - 1266:18, 1374:3
**section** [8] - 1357:25, 1358:16, 1374:5, 1374:10, 1374:14, 1374:21, 1454:22, 1462:6
**SECTION** [1] - 1470:3
**see** [48] - 1267:22, 1287:15, 1291:20, 1292:4, 1292:11, 1295:2, 1296:4, 1297:4, 1301:6, 1312:15, 1312:16, 1321:18, 1321:21, 1332:6, 1341:3, 1356:4, 1374:5, 1374:9, 1380:2, 1382:20, 1382:23, 1383:8, 1386:11, 1388:14, 1391:9, 1395:8, 1396:8, 1406:19, 1413:4, 1413:17, 1423:1, 1423:2, 1427:21, 1428:3, 1428:25, 1429:21, 1429:22, 1430:3, 1430:16, 1431:20, 1434:1, 1434:21, 1446:10, 1446:12, 1446:24, 1454:21, 1455:1,

1465:23
**seeing** [2] - 1300:24, 1409:17
**seem** [2] - 1298:13, 1308:15
**senior** [1] - 1431:12
**sense** [4] - 1313:13, 1347:4, 1351:18, 1417:9
**sentence** [23] - 1298:21, 1299:4, 1324:6, 1324:19, 1324:21, 1325:1, 1373:3, 1380:15, 1381:23, 1382:2, 1388:20, 1392:25, 1397:9, 1437:4, 1460:1, 1461:18, 1462:1, 1462:15, 1462:19, 1462:20, 1462:21, 1462:22, 1463:18
**sentences** [6] - 1293:7, 1299:11, 1299:22, 1299:24, 1389:14, 1403:23
**separate** [3] - 1349:10, 1360:7, 1414:2
**separately** [1] - 1266:3
**sequestered** [6] - 1260:2, 1283:6, 1283:7, 1284:22, 1285:22, 1451:9
**sequesters** [1] - 1404:3
**series** [5] - 1449:4, 1452:19, 1453:16, 1455:4, 1455:14
**serous** [10] - 1277:1, 1277:5, 1315:24, 1415:22, 1459:22, 1460:2, 1460:12, 1460:25, 1461:5, 1462:10
**set** [2] - 1420:3, 1420:4
**sets** [2] - 1283:15, 1349:10
**setting** [1] - 1276:19
**several** [3] - 1312:19, 1369:20, 1461:22
**SEYFARRTH** [1] - 1257:5
**shape** [2] - 1291:12, 1291:19
**shape/size** [1] - 1382:6
**share** [2] - 1259:13,

1272:4
**shared** [1] - 1265:17
**SHARKO** [1] - 1256:16
**SHAW** [1] - 1257:5
**sheet** [1] - 1263:1
**shelter** [2] - 1322:1, 1322:4
**shop** [1] - 1450:3
**Short** [1] - 1440:8
**shortly** [1] - 1448:5
**show** [22] - 1281:23, 1289:16, 1290:22, 1291:16, 1307:21, 1312:20, 1314:7, 1323:24, 1344:16, 1345:1, 1360:16, 1375:24, 1395:6, 1397:24, 1398:2, 1404:12, 1406:9, 1408:18, 1453:20, 1453:24, 1454:12, 1454:14
**showed** [20] - 1277:2, 1277:3, 1278:12, 1280:5, 1280:9, 1280:13, 1280:20, 1289:1, 1289:5, 1289:7, 1289:25, 1290:13, 1322:17, 1346:11, 1386:4, 1414:2, 1416:18, 1453:17, 1456:17, 1464:2
**Shower** [22] - 1259:16, 1260:3, 1260:8, 1260:10, 1262:16, 1262:22, 1264:24, 1273:10, 1274:3, 1274:12, 1443:5
**showing** [12] - 1311:15, 1355:24, 1360:4, 1360:12, 1369:15, 1370:12, 1378:12, 1390:4, 1399:5, 1402:20, 1403:4, 1409:18
**shown** [11] - 1272:11, 1279:22, 1298:2, 1308:4, 1312:2, 1314:11, 1410:4, 1416:7, 1445:8, 1454:23, 1456:5
**shows** [13] - 1259:17, 1269:3, 1272:8,

1275:11, 1277:19, 1284:3, 1288:12, 1291:10, 1304:10, 1390:5, 1429:10, 1430:3, 1431:22
**Shukla** [7] - 1265:1, 1265:6, 1265:11, 1265:23, 1265:24, 1266:1, 1288:20
**side** [6] - 1303:4, 1325:14, 1401:11, 1422:16, 1453:3, 1456:15
**sights** [1] - 1383:19
**significant** [28] - 1259:16, 1263:24, 1275:15, 1277:4, 1277:10, 1278:3, 1278:7, 1278:8, 1278:15, 1282:25, 1311:17, 1349:13, 1349:19, 1354:24, 1355:18, 1375:15, 1407:2, 1409:18, 1413:2, 1413:22, 1415:12, 1416:23, 1417:6, 1425:6, 1437:24, 1453:25, 1456:19, 1462:8
**significantly** [3] - 1417:19, 1423:20, 1449:17
**similar** [16] - 1261:5, 1281:1, 1281:24, 1288:17, 1288:18, 1294:17, 1304:18, 1314:1, 1314:6, 1314:10, 1314:16, 1422:22, 1441:15, 1447:2, 1447:5, 1448:19
**similarity** [1] - 1314:8
**simple** [1] - 1306:2
**simply** [4] - 1294:15, 1302:6, 1338:18, 1410:3
**single** [4] - 1290:7, 1409:1, 1438:1, 1441:4
**sit** [3] - 1327:17, 1365:24, 1366:5
**site** [1] - 1451:12
**sites** [1] - 1451:7
**sitting** [1] - 1401:12
**situation** [1] - 1310:23
**situations** [1] - 1262:20

**six** [3] - 1289:23, 1398:10, 1418:3
**size** [6] - 1281:1, 1281:3, 1291:12, 1291:19, 1422:10, 1456:21
**sizes** [1] - 1456:23
**SKADDEN** [1] - 1256:18
**skin** [1] - 1380:7
**skip** [1] - 1388:20
**SLATE** [1] - 1256:18
**slide** [27] - 1262:23, 1264:18, 1268:15, 1272:9, 1272:11, 1279:22, 1279:23, 1286:23, 1288:5, 1288:12, 1292:4, 1293:24, 1295:4, 1295:8, 1297:22, 1298:2, 1298:18, 1299:12, 1306:2, 1310:15, 1388:1, 1431:18, 1436:18, 1455:13, 1456:6, 1459:14
**slides** [5] - 1260:13, 1264:13, 1296:24, 1376:12, 1453:13
**slightly** [2] - 1314:13, 1462:13
**slippery** [1] - 1263:1
**small** [13] - 1282:22, 1285:8, 1287:9, 1318:15, 1318:20, 1347:3, 1363:9, 1363:11, 1413:14, 1413:22, 1414:1, 1443:11, 1462:7
**smell** [1] - 1263:11
**smoking** [2] - 1458:15, 1458:16
**smoothness** [1] - 1382:6
**snapshot** [1] - 1447:15
**SNPs** [1] - 1290:8
**sole** [1] - 1397:16
**solutions** [1] - 1361:10
**sometime** [1] - 1303:4
**sometimes** [1] - 1407:14
**somewhat** [2] - 1314:14, 1447:5
**somewhere** [2] - 1286:22, 1309:4
**sore** [1] - 1283:14
**sorry** [3] - 1291:9,

1345:6, 1402:25
**sort** [4] - 1275:6, 1333:22, 1344:10, 1349:18
**source** [3] - 1370:18, 1371:8, 1436:20
**sources** [2] - 1334:20, 1345:21
**space** [2] - 1399:14, 1464:17
**spans** [1] - 1373:24
**speaking** [1] - 1387:25
**speaks** [1] - 1296:20
**special** [1] - 1453:3
**specializes** [1] - 1258:23
**species** [10] - 1273:23, 1281:10, 1289:4, 1289:8, 1290:2, 1290:15, 1296:15, 1433:6, 1433:17, 1453:4
**specific** [37] - 1268:8, 1270:15, 1286:2, 1298:3, 1307:11, 1311:24, 1318:3, 1318:9, 1325:9, 1340:16, 1346:19, 1359:14, 1361:12, 1366:11, 1366:20, 1368:2, 1368:9, 1371:3, 1372:10, 1374:2, 1378:5, 1388:17, 1388:18, 1409:15, 1425:17, 1432:24, 1434:4, 1436:1, 1447:10, 1450:21, 1451:15, 1451:17, 1451:20, 1452:2, 1458:9, 1460:1
**specifically** [27] - 1276:24, 1277:1, 1303:1, 1305:11, 1308:4, 1318:6, 1357:10, 1360:15, 1360:16, 1361:2, 1370:24, 1370:25, 1374:25, 1377:13, 1379:17, 1384:14, 1418:1, 1421:17, 1421:21, 1424:4, 1433:24, 1435:8, 1441:10, 1441:21, 1448:9, 1448:14, 1453:13

1508

specificity [2] - 1311:22, 1312:5
specifying [1] - 1356:20
specimens [2] - 1263:16, 1280:21
speculating [3] - 1347:9, 1362:6, 1362:10
speculation [3] - 1371:7, 1438:23, 1466:24
spell [1] - 1289:12
sperm [4] - 1280:14, 1280:16, 1281:4, 1401:15
spinning [1] - 1420:24
stage [1] - 1286:6
stages [1] - 1286:14
stainless [2] - 1450:3, 1450:4
stalls [1] - 1404:3
stand [1] - 1278:11
standard [7] - 1295:24, 1321:25, 1322:4, 1325:17, 1326:11, 1328:7, 1337:14
standards [2] - 1295:23, 1345:14
standing [1] - 1401:11
standpoint [2] - 1321:1, 1322:15
stands [1] - 1276:10
starch [1] - 1298:8
starches [1] - 1298:13
start [3] - 1322:20, 1378:9, 1459:13
started [1] - 1276:13
starting [3] - 1277:20, 1291:3, 1442:5
state [12] - 1258:17, 1305:13, 1341:16, 1361:3, 1361:16, 1362:2, 1362:7, 1362:13, 1362:14, 1375:6, 1396:3, 1427:12
STATE [1] - 1256:7
State [2] - 1259:9, 1451:10
State's [1] - 1465:16
statement [9] - 1305:15, 1321:8, 1331:3, 1340:16, 1344:18, 1359:2, 1382:12, 1445:5, 1463:22
statements [1] - 1366:2

States [7] - 1406:25, 1408:5, 1425:24, 1426:2, 1426:6, 1427:3, 1427:10
STATES [2] - 1256:1, 1256:7
states [5] - 1264:23, 1298:5, 1299:21, 1301:1, 1360:24
stating [2] - 1320:20, 1433:24
statistical [5] - 1325:16, 1409:18, 1410:8, 1420:14, 1422:20
statistically [18] - 1275:15, 1277:10, 1278:2, 1278:7, 1278:8, 1278:15, 1311:17, 1349:12, 1349:19, 1354:23, 1413:2, 1413:22, 1416:23, 1417:6, 1425:6, 1453:24, 1456:19, 1462:8
statistician [4] - 1410:6, 1410:11, 1410:14, 1410:22
statistics [1] - 1410:15
stay [1] - 1452:7
stayed [1] - 1451:8
steel [2] - 1450:3, 1450:4
Steering [1] - 1256:14
STENOGRAPHIC [1] - 1470:5
step [18] - 1261:5, 1262:4, 1262:5, 1274:13, 1277:22, 1286:5, 1286:11, 1287:3, 1315:10, 1315:11, 1316:12, 1324:8, 1324:9, 1325:3, 1376:11, 1417:8, 1466:1
step-by-step [1] - 1261:5
stepping [1] - 1268:15
steps [4] - 1287:10, 1287:11, 1287:14, 1363:17
steroid [4] - 1388:21, 1389:2, 1389:7, 1389:10
still [7] - 1281:21, 1306:15, 1309:13, 1344:2, 1351:11, 1351:17, 1355:20

stimulate [1] - 1293:21
stimulation [1] - 1296:19
stoke [1] - 1321:20
stole [1] - 1261:8
stop [2] - 1280:22, 1426:13
story [1] - 1278:13
STREET [1] - 1256:7
strength [8] - 1311:3, 1314:20, 1394:17, 1405:16, 1405:19, 1405:23, 1409:11, 1411:19
strengthening [1] - 1456:22
strengths [1] - 1393:22
stress [9] - 1289:6, 1289:17, 1377:25, 1378:1, 1378:6, 1378:8, 1402:21, 1403:5, 1437:8
stretch [1] - 1292:14
strike [8] - 1324:19, 1339:13, 1344:13, 1347:1, 1347:20, 1419:25, 1420:8, 1449:12
strong [23] - 1287:7, 1288:4, 1303:6, 1303:17, 1311:7, 1314:8, 1334:11, 1406:3, 1406:6, 1406:22, 1407:1, 1407:9, 1407:15, 1411:21, 1412:17, 1412:22, 1413:8, 1414:7, 1426:12, 1433:5, 1433:16, 1434:13, 1434:20
stronger [3] - 1306:15, 1406:21, 1427:17
strongly [2] - 1291:5, 1355:10
structurally [1] - 1314:10
structure [3] - 1292:6, 1314:8, 1370:8
structure-function [1] - 1314:8
structures [2] - 1279:6, 1302:22
students [1] - 1310:21
studied [6] - 1280:2, 1280:11, 1280:23, 1288:16, 1291:15,

1400:3
studies [234] - 1259:17, 1261:18, 1274:16, 1274:23, 1275:2, 1275:11, 1275:12, 1275:13, 1275:19, 1275:20, 1275:22, 1276:5, 1276:13, 1276:25, 1277:3, 1277:13, 1277:14, 1278:6, 1278:9, 1279:18, 1280:7, 1280:8, 1281:5, 1281:9, 1287:5, 1287:18, 1287:19, 1287:20, 1287:22, 1288:6, 1288:10, 1288:13, 1288:14, 1288:16, 1290:9, 1290:12, 1290:17, 1290:20, 1290:22, 1291:22, 1297:18, 1297:19, 1297:23, 1297:25, 1298:2, 1301:19, 1303:9, 1303:13, 1303:14, 1303:16, 1308:4, 1308:9, 1309:12, 1311:4, 1311:5, 1311:12, 1311:15, 1311:18, 1311:20, 1312:8, 1312:10, 1312:15, 1312:17, 1312:18, 1312:22, 1312:24, 1315:21, 1315:24, 1324:8, 1324:9, 1325:4, 1326:9, 1327:15, 1329:8, 1330:19, 1331:1, 1331:4, 1334:19, 1334:22, 1344:9, 1348:13, 1348:16, 1348:22, 1349:3, 1349:6, 1349:7, 1349:10, 1349:12, 1349:16, 1349:24, 1350:3, 1350:5, 1350:10, 1352:14, 1354:13, 1354:17, 1354:18, 1354:23, 1355:6, 1355:10, 1355:14, 1355:16, 1355:18, 1355:21, 1355:24, 1356:4,

1356:8, 1356:10, 1359:5, 1360:4, 1360:7, 1360:12, 1360:16, 1369:14, 1371:19, 1372:10, 1373:23, 1375:11, 1378:16, 1378:17, 1379:1, 1379:4, 1379:11, 1379:14, 1379:17, 1379:18, 1379:23, 1385:12, 1389:16, 1389:20, 1389:24, 1392:5, 1393:23, 1394:20, 1394:21, 1396:7, 1396:10, 1396:18, 1399:5, 1399:9, 1402:20, 1403:4, 1404:25, 1405:8, 1405:24, 1406:9, 1407:2, 1408:18, 1409:18, 1410:5, 1412:2, 1414:10, 1415:10, 1415:11, 1415:17, 1416:6, 1416:7, 1416:18, 1416:22, 1417:22, 1418:3, 1418:10, 1418:13, 1418:19, 1418:20, 1418:22, 1418:24, 1419:9, 1419:15, 1420:18, 1420:24, 1421:1, 1421:8, 1421:20, 1421:24, 1421:25, 1422:8, 1422:12, 1422:17, 1422:21, 1422:23, 1423:7, 1423:10, 1423:25, 1424:2, 1424:4, 1424:6, 1424:7, 1424:13, 1424:21, 1425:5, 1427:24, 1430:20, 1435:1, 1435:20, 1437:14, 1446:1, 1446:6, 1446:11, 1446:23, 1447:9, 1447:11, 1447:14, 1447:15, 1447:18, 1449:6, 1449:8, 1451:5, 1453:15, 1455:4, 1456:22, 1459:20, 1460:11, 1460:16, 1461:4, 1461:8,

1461:24, 1462:3, 1462:11, 1462:15, 1462:16, 1462:17, 1463:4, 1463:18, 1463:19, 1465:4, 1466:2, 1467:5
**study** [166] - 1265:11, 1275:1, 1275:23, 1276:22, 1277:18, 1278:4, 1278:11, 1280:19, 1280:25, 1281:17, 1281:23, 1288:20, 1289:1, 1289:5, 1289:14, 1289:21, 1289:24, 1290:13, 1298:5, 1298:14, 1298:20, 1298:21, 1298:22, 1298:24, 1299:6, 1299:8, 1299:14, 1299:16, 1299:17, 1300:1, 1300:5, 1300:12, 1300:24, 1301:10, 1308:21, 1312:21, 1323:8, 1324:2, 1347:12, 1347:25, 1354:22, 1360:8, 1362:12, 1370:12, 1371:20, 1371:23, 1372:2, 1372:19, 1373:4, 1373:9, 1373:16, 1378:12, 1379:8, 1380:18, 1381:6, 1381:12, 1381:14, 1382:15, 1383:2, 1383:4, 1383:5, 1383:11, 1383:21, 1385:6, 1385:10, 1385:13, 1385:16, 1385:18, 1385:21, 1385:24, 1387:9, 1387:10, 1387:14, 1388:1, 1388:4, 1389:21, 1389:22, 1390:3, 1390:5, 1390:9, 1390:13, 1390:19, 1390:24, 1391:23, 1391:24, 1392:2, 1392:13, 1395:8, 1395:11, 1395:13, 1396:16, 1396:18, 1396:22, 1397:1,

1397:2, 1397:15, 1397:17, 1398:21, 1406:2, 1406:19, 1412:20, 1415:22, 1415:24, 1416:1, 1416:12, 1416:14, 1419:11, 1419:16, 1419:18, 1419:19, 1419:22, 1420:2, 1420:4, 1420:7, 1420:8, 1420:9, 1420:10, 1420:11, 1420:12, 1420:13, 1420:14, 1421:16, 1421:22, 1422:5, 1422:12, 1422:24, 1424:18, 1424:19, 1428:3, 1428:24, 1429:25, 1430:5, 1436:17, 1436:24, 1438:1, 1438:2, 1438:4, 1441:2, 1441:7, 1441:10, 1452:21, 1454:4, 1459:14, 1460:5, 1460:6, 1460:8, 1460:13, 1460:17, 1460:18, 1461:9, 1461:10, 1461:13, 1461:14, 1461:16, 1462:22, 1463:9, 1464:2, 1464:19, 1464:25
**Study** [2] - 1415:16, 1416:11
**study's** [2] - 1429:20, 1430:16
**stuff** [1] - 1292:18
**style** [1] - 1426:5
**subcutaneous** [1] - 1383:18
**subject** [10] - 1262:8, 1294:2, 1297:2, 1297:6, 1303:21, 1351:9, 1376:11, 1400:11, 1400:13, 1450:20
**subjected** [1] - 1465:1
**subjects** [4] - 1420:5, 1420:21, 1421:1, 1421:10
**subsequent** [1] - 1317:15
**subset** [1] - 1375:4
**substance** [14] -

1279:20, 1289:10, 1318:14, 1318:16, 1324:16, 1326:23, 1332:3, 1332:14, 1333:7, 1356:23, 1356:25, 1357:20, 1359:11
**substances** [9] - 1273:22, 1274:8, 1298:9, 1323:10, 1323:16, 1356:19, 1368:10, 1400:18, 1404:5
**subtypes** [1] - 1416:9
**suffered** [1] - 1422:8
**suffice** [1] - 1268:14
**sufficient** [10] - 1337:25, 1357:12, 1358:2, 1359:10, 1370:17, 1420:20, 1421:9, 1421:18, 1423:25, 1434:16
**suggest** [4] - 1301:24, 1322:2, 1398:7, 1437:14
**suggested** [1] - 1325:8
**suggesting** [1] - 1462:21
**suggestive** [3] - 1315:25, 1459:22, 1460:23
**suggests** [4] - 1313:24, 1325:15, 1413:13, 1455:5
**sum** [2] - 1301:19, 1335:20
**summarize** [1] - 1387:9
**summarized** [1] - 1389:13
**summarizing** [1] - 1285:20
**summary** [4] - 1259:14, 1300:18, 1358:16, 1455:12
**supplied** [1] - 1296:24
**supplier** [1] - 1264:12
**suppliers** [1] - 1343:1
**suppliers'** [1] - 1344:15
**support** [12] - 1297:25, 1301:21, 1303:10, 1303:25, 1379:23, 1390:20, 1405:1, 1409:14, 1412:21, 1414:5, 1461:24, 1466:25
**supported** [4] - 1393:16,

1415:23, 1416:12, 1444:25

**supporting** [2] - 1316:6, 1359:3

**supportive** [1] - 1394:2

**supports** [6] - 1282:10, 1383:5, 1390:19, 1406:2, 1411:21, 1444:17

**supposed** [1] - 1332:4

**suppressed** [1] - 1384:21

**suppression** [1] - 1384:24

**surely** [1] - 1330:23

**surface** [9] - 1283:10, 1301:4, 1361:9, 1386:5, 1386:25, 1388:11, 1388:22, 1388:24, 1389:19

**surgery** [2] - 1302:16, 1303:5

**surgical** [3] - 1302:11, 1303:3, 1314:2

**surgically** [1] - 1385:24

**surrogates** [4] - 1328:15, 1328:17, 1328:21, 1458:10

**surrounding** [2] - 1320:16, 1376:9

**surrounds** [1] - 1453:2

**survivability** [1] - 1290:6

**survive** [1] - 1286:9

**SUSAN** [1] - 1256:16

**suspect** [1] - 1442:13

**suspicion** [7] - 1287:7, 1309:2, 1426:12, 1438:13, 1438:18, 1439:23, 1439:25

**sustain** [1] - 1332:21

**swallowed** [1] - 1285:11

**sworn** [1] - 1258:11

**synonym** [1] - 1272:18

**synthesis** [1] - 1437:25

**system** [32] - 1279:3, 1279:21, 1280:1, 1280:4, 1280:15, 1280:18, 1281:12, 1281:14, 1282:22, 1283:9, 1285:2, 1285:3, 1285:10, 1285:12, 1285:14, 1285:17, 1291:25, 1292:1,

1305:6, 1306:3, 1384:25, 1391:14, 1403:16, 1404:1, 1404:10, 1404:15, 1404:17, 1404:22, 1405:3, 1437:8, 1450:2, 1450:13

**systematic** [2] - 1274:21, 1445:22

**systematically** [1] - 1262:13

**systems** [1] - 1397:20

---

**T**

**T.C** [1] - 1385:21

**Tab** [1] - 1355:3

**Table** [5] - 1372:16, 1396:5, 1428:24, 1454:9

**table** [9] - 1419:14, 1427:21, 1427:23, 1428:7, 1428:9, 1429:10, 1454:12

**Taher** [13] - 1428:3, 1428:17, 1431:8, 1431:11, 1435:13, 1436:2, 1436:17, 1436:24, 1437:21, 1437:24, 1438:2, 1438:4, 1444:19

**tail** [1] - 1407:16

**Talc** [2] - 1383:12, 1452:15

**talc** [265] - 1260:5, 1262:18, 1262:19, 1262:25, 1263:3, 1263:8, 1263:15, 1263:21, 1263:23, 1264:2, 1264:3, 1264:4, 1264:5, 1264:12, 1264:14, 1264:25, 1265:3, 1265:4, 1265:9, 1265:14, 1265:18, 1265:21, 1266:10, 1266:18, 1266:21, 1266:25, 1267:2, 1267:8, 1267:12, 1267:14, 1267:16, 1267:21, 1268:2, 1268:9, 1269:4, 1269:7, 1269:11, 1269:22, 1270:11, 1270:15, 1270:18, 1270:24, 1271:21, 1272:9,

1272:12, 1272:13, 1272:15, 1272:16, 1272:20, 1272:22, 1273:2, 1273:4, 1274:18, 1280:20, 1280:21, 1282:4, 1282:11, 1283:3, 1283:12, 1283:17, 1284:3, 1288:15, 1288:21, 1288:23, 1289:23, 1291:20, 1293:6, 1293:10, 1293:11, 1293:17, 1296:5, 1298:12, 1298:15, 1300:16, 1302:10, 1302:12, 1302:15, 1302:18, 1302:20, 1303:3, 1303:5, 1303:6, 1303:8, 1303:17, 1304:13, 1305:3, 1305:7, 1306:9, 1306:13, 1311:7, 1311:8, 1313:7, 1314:10, 1315:24, 1328:11, 1328:24, 1329:1, 1330:20, 1331:2, 1335:21, 1335:22, 1336:1, 1336:4, 1341:24, 1344:7, 1347:15, 1348:16, 1348:19, 1349:8, 1351:7, 1351:24, 1358:3, 1358:4, 1358:9, 1358:23, 1359:4, 1359:20, 1360:6, 1360:10, 1360:13, 1361:4, 1361:7, 1361:17, 1361:19, 1362:3, 1362:8, 1362:17, 1363:10, 1363:13, 1363:18, 1364:4, 1364:7, 1364:8, 1364:14, 1364:17, 1364:20, 1365:2, 1367:3, 1367:12, 1367:16, 1369:15, 1369:19, 1369:22, 1371:5, 1371:8, 1371:15, 1371:23, 1371:24, 1371:25, 1372:19, 1372:23, 1372:24, 1373:11, 1373:18, 1376:7,

1378:17, 1379:1, 1379:5, 1379:15, 1379:18, 1380:6, 1380:15, 1380:23, 1381:8, 1382:25, 1383:6, 1383:13, 1383:18, 1384:2, 1386:3, 1387:15, 1388:5, 1390:4, 1390:10, 1390:17, 1391:3, 1391:13, 1394:1, 1394:3, 1394:18, 1394:22, 1395:22, 1395:25, 1396:6, 1397:6, 1397:10, 1397:16, 1397:18, 1397:25, 1398:8, 1398:9, 1398:10, 1399:5, 1399:17, 1399:22, 1399:23, 1401:14, 1401:20, 1401:23, 1402:5, 1402:22, 1403:6, 1404:1, 1405:12, 1406:3, 1408:14, 1411:22, 1413:3, 1416:8, 1420:19, 1422:19, 1424:25, 1426:20, 1427:25, 1431:23, 1432:7, 1432:11, 1432:20, 1433:3, 1434:4, 1434:8, 1434:25, 1435:7, 1437:7, 1437:10, 1437:15, 1437:22, 1438:5, 1441:8, 1441:14, 1441:25, 1444:14, 1447:3, 1447:25, 1448:9, 1448:13, 1448:14, 1448:16, 1448:19, 1452:9, 1452:20, 1453:21, 1455:3, 1455:5, 1455:16, 1455:23, 1457:22, 1458:25, 1459:2, 1459:21, 1462:9, 1463:20

**talc-based** [1] - 1434:25

**talc-induced** [1] - 1289:23

**Talcum** [2] - 1380:2,

1433:10
talcum [153] - 1259:19,
1259:20, 1259:25,
1263:17, 1277:15,
1278:20, 1278:23,
1279:16, 1281:2,
1281:25, 1282:15,
1282:19, 1282:20,
1283:5, 1283:7,
1284:22, 1285:21,
1286:19, 1286:21,
1287:23, 1287:25,
1288:3, 1289:25,
1290:10, 1290:18,
1290:22, 1291:1,
1292:22, 1293:19,
1296:11, 1297:16,
1298:1, 1298:7,
1301:21, 1301:25,
1302:3, 1304:21,
1305:11, 1306:9,
1307:2, 1310:11,
1312:3, 1312:9, 1313:8,
1313:15, 1314:15,
1315:7, 1315:8,
1315:15, 1316:2,
1316:7, 1317:14,
1317:20, 1318:4,
1326:7, 1327:18,
1327:20, 1328:3,
1329:13, 1329:18,
1329:20, 1330:6,
1330:10, 1331:6,
1331:16, 1331:20,
1332:25, 1333:6,
1333:22, 1335:2,
1335:8, 1335:24,
1336:7, 1336:12,
1336:23, 1337:3,
1338:25, 1342:4,
1342:7, 1342:13,
1342:21, 1343:6,
1343:14, 1343:20,
1343:23, 1343:24,
1344:3, 1346:22,
1346:24, 1347:2,
1347:4, 1347:7, 1348:6,
1348:12, 1348:22,
1349:1, 1349:25,
1352:16, 1359:19,
1362:23, 1363:5,
1365:8, 1365:14,
1365:20, 1365:23,

1366:12, 1366:21,
1367:23, 1368:8,
1368:18, 1369:11,
1370:5, 1371:6, 1376:3,
1378:13, 1384:21,
1385:25, 1396:20,
1396:23, 1400:14,
1400:15, 1400:18,
1401:17, 1401:19,
1402:3, 1403:20,
1406:10, 1407:20,
1408:4, 1408:10,
1409:22, 1414:1,
1414:6, 1415:13,
1441:23, 1442:9,
1443:9, 1443:15,
1443:20, 1443:24,
1444:8, 1444:15,
1446:2, 1446:7, 1452:2,
1453:25, 1457:4,
1457:22, 1458:5,
1464:20, 1465:2,
1467:18
talks [5] - 1266:24,
1293:16, 1393:22,
1394:17, 1396:22
tantamount [1] - 1399:10
target [1] - 1296:11
teach [2] - 1310:21,
1410:17
technetium [1] - 1280:3
technetium-labeled [1] -
1280:3
temporality [2] - 1312:7,
1312:11
ten [1] - 1454:22
tend [1] - 1424:7
tenets [1] - 1318:10
tenfold [1] - 1340:8
term [9] - 1272:17,
1296:17, 1388:25,
1389:6, 1389:9,
1404:18, 1404:23,
1439:22, 1451:8
terminology [2] -
1406:21, 1407:11
terms [23] - 1290:17,
1293:16, 1296:23,
1318:4, 1318:8,
1333:11, 1351:15,
1351:17, 1363:1,
1366:13, 1367:2,
1398:22, 1401:4,

1407:11, 1420:25,
1438:5, 1441:1, 1445:7,
1447:22, 1452:1,
1453:9, 1457:23
Terry [4] - 1278:3,
1412:3, 1412:5, 1453:23
TERSIGNI [1] - 1256:17
test [4] - 1289:25,
1312:18, 1361:6,
1455:20
tested [1] - 1313:19
testified [21] - 1258:11,
1266:20, 1266:22,
1266:23, 1270:24,
1271:14, 1283:22,
1294:25, 1295:20,
1328:20, 1329:15,
1329:20, 1334:17,
1342:3, 1342:7, 1363:8,
1377:2, 1407:20,
1438:10, 1438:12,
1455:19
testify [3] - 1332:18,
1371:12, 1371:14
testifying [6] - 1268:3,
1271:12, 1271:16,
1293:9, 1331:19,
1339:19
testimony [32] - 1276:1,
1284:1, 1299:5, 1299:7,
1309:6, 1327:1, 1327:3,
1327:12, 1334:13,
1335:3, 1338:19,
1338:20, 1343:9,
1345:5, 1345:9,
1370:11, 1400:16,
1402:11, 1436:12,
1436:15, 1438:15,
1441:17, 1442:18,
1442:19, 1443:3,
1446:15, 1449:21,
1465:6, 1465:14,
1465:15, 1466:11,
1466:18
testing [4] - 1269:19,
1389:5, 1396:14,
1455:15
tests [7] - 1295:23,
1295:24, 1344:16,
1345:1, 1345:25,
1404:12, 1404:16
Texas [9] - 1258:22,
1259:2, 1320:7,

1322:13, 1337:14,
1411:6, 1450:1, 1465:7,
1467:16
texas [1] - 1337:15
textbooks [3] - 1400:11,
1400:12, 1400:23
THE [131] - 1256:1,
1256:9, 1258:4, 1258:5,
1259:11, 1259:12,
1260:15, 1265:6,
1265:13, 1265:24,
1266:2, 1266:11,
1267:6, 1267:20,
1267:25, 1268:4,
1268:12, 1268:25,
1269:6, 1269:9,
1269:13, 1269:14,
1269:15, 1269:16,
1269:18, 1269:24,
1270:11, 1271:3,
1271:9, 1271:24,
1276:3, 1276:12,
1276:19, 1277:22,
1283:19, 1283:21,
1283:22, 1283:24,
1283:25, 1284:2,
1284:6, 1284:8, 1294:1,
1294:9, 1294:19,
1294:22, 1295:18,
1296:22, 1298:25,
1299:7, 1299:15,
1300:3, 1301:13,
1308:19, 1309:1,
1309:5, 1309:9,
1309:10, 1309:11,
1309:17, 1315:1,
1315:4, 1316:11,
1316:13, 1317:1,
1317:2, 1327:5,
1329:25, 1332:21,
1333:14, 1336:17,
1344:21, 1346:6,
1346:10, 1347:22,
1347:25, 1350:17,
1351:20, 1352:9,
1352:11, 1352:21,
1353:9, 1353:11,
1354:3, 1354:4,
1361:23, 1364:10,
1366:17, 1368:4,
1369:1, 1370:10,
1370:14, 1370:16,
1370:19, 1370:24,

1370:25, 1371:2, 1371:4, 1371:10, 1371:14, 1371:17, 1376:25, 1377:20, 1378:22, 1381:3, 1410:9, 1410:19, 1411:13, 1414:11, 1414:13, 1414:16, 1415:1, 1415:2, 1416:4, 1428:13, 1440:5, 1440:6, 1440:10, 1440:11, 1442:24, 1445:16, 1454:8, 1456:9, 1459:6, 1459:9, 1462:20, 1466:16, 1467:11, 1467:21, 1470:3, 1470:5

**themselves** [4] - 1278:11, 1291:12, 1389:13, 1464:18

**theoretically** [1] - 1318:24

**theory** [8] - 1313:25, 1369:9, 1376:15, 1378:10, 1379:18, 1392:15, 1405:1, 1466:25

**therapeutically** [1] - 1302:18

**thereby** [1] - 1455:7

**therefore** [3] - 1306:22, 1345:19, 1388:23

**thinking** [1] - 1269:7

**thinks** [1] - 1298:25

**third** [6] - 1300:23, 1357:25, 1395:2, 1403:1, 1429:2, 1431:4

**THOMAS** [1] - 1257:6

**THOMPSON** [1] - 1256:12

**thoriated** [3] - 1450:15, 1450:23, 1467:4

**thorium** [9] - 1337:25, 1338:11, 1450:16, 1450:17, 1450:19, 1450:25, 1451:3, 1451:7, 1451:11

**Thorotrast** [2] - 1451:1, 1467:6

**thorough** [1] - 1446:5

**three** [6] - 1277:21, 1277:24, 1309:22, 1320:10, 1416:17,

1418:24

**threshold** [15] - 1319:17, 1329:12, 1330:13, 1330:18, 1330:24, 1331:7, 1331:9, 1331:10, 1331:23, 1332:14, 1333:6, 1335:1, 1336:3, 1338:9, 1338:21

**thresholds** [4] - 1334:11, 1334:22, 1335:13, 1335:18

**throat** [3] - 1450:7, 1451:11, 1467:4

**throughout** [1] - 1308:18

**throwing** [1] - 1371:10

**Thursday** [1] - 1421:15

**TIG** [1] - 1450:4

**time-wise** [1] - 1456:9

**tissue** [23] - 1284:4, 1305:2, 1308:10, 1365:1, 1373:13, 1376:8, 1383:21, 1394:4, 1396:10, 1403:16, 1403:17, 1403:18, 1404:4, 1438:13, 1438:15, 1438:20, 1439:21, 1439:24, 1449:2

**tissues** [19] - 1260:1, 1282:24, 1296:11, 1308:12, 1309:3, 1309:5, 1309:7, 1309:14, 1376:9, 1380:7, 1380:11, 1391:6, 1402:7, 1403:11, 1442:1, 1442:11, 1442:12, 1443:12, 1451:4

**TITLE** [1] - 1470:3

**TO** [2] - 1470:3, 1470:4

**today** [22] - 1284:9, 1327:17, 1362:1, 1365:24, 1376:13, 1384:9, 1385:12, 1385:22, 1387:24, 1389:20, 1392:6, 1418:6, 1438:10, 1442:16, 1443:2, 1446:15, 1446:23, 1451:9, 1459:15, 1463:15, 1464:2, 1466:8

**together** [2] - 1287:14,

1378:18

**tomorrow** [1] - 1279:14

**took** [4] - 1294:9, 1394:6, 1397:2, 1397:3

**top** [7] - 1292:3, 1306:6, 1324:12, 1357:10, 1383:7, 1413:19, 1463:10

**topic** [10] - 1264:21, 1266:9, 1274:24, 1304:14, 1369:8, 1379:20, 1436:16, 1438:9, 1457:1, 1463:1

**topics** [1] - 1405:5

**total** [7] - 1373:25, 1374:14, 1422:18, 1423:21, 1437:14, 1438:23, 1454:15

**totality** [2] - 1261:21, 1310:8

**toward** [3] - 1322:21, 1323:5, 1424:7

**toxic** [1] - 1293:20

**toxicity** [5] - 1293:12, 1319:6, 1360:20, 1361:13, 1437:8

**toxicological** [2] - 1332:25, 1438:25

**toxicologist** [5] - 1319:18, 1321:25, 1323:12, 1337:10, 1339:18

**toxicologists** [5] - 1318:18, 1323:8, 1323:15, 1323:21, 1332:2

**toxicology** [3] - 1258:23, 1259:12, 1318:10

**toxin** [1] - 1441:4

**toxins** [3] - 1322:8, 1441:3, 1441:5

**TP53** [1] - 1296:16

**trace** [3] - 1274:6, 1306:21, 1365:1

**track** [2] - 1338:1, 1403:19

**tract** [9] - 1259:21, 1282:16, 1304:17, 1304:20, 1376:4, 1378:15, 1399:19, 1402:23, 1403:7

**training** [3] - 1307:14, 1339:8, 1376:23

**transcript** [1] - 1442:22

**TRANSCRIPT** [1] - 1470:4

**TRANSCRIPTION** [1] - 1470:5

**transcription** [1] - 1295:14

**transferred** [1] - 1376:3

**transformation** [2] - 1289:2, 1298:16

**transition** [5] - 1278:18, 1282:16, 1297:19, 1307:11, 1457:1

**transitioning** [1] - 1303:8

**translation** [1] - 1406:23

**transport** [6] - 1279:24, 1280:1, 1281:22, 1282:9, 1282:14, 1404:1

**traveled** [2] - 1280:14, 1280:16

**treat** [2] - 1284:19, 1376:18

**treated** [4] - 1296:4, 1376:21, 1377:3, 1421:17

**trends** [2] - 1416:18, 1416:22

**TRENTON** [1] - 1256:7

**trial** [2] - 1276:2, 1449:22

**tried** [1] - 1458:13

**trouble** [1] - 1374:6

**True** [6] - 1333:10, 1337:4, 1345:16, 1351:10, 1352:17, 1360:6

**true** [79] - 1266:6, 1320:17, 1328:8, 1329:4, 1329:5, 1333:5, 1333:8, 1334:17, 1337:20, 1338:12, 1339:5, 1339:11, 1340:12, 1342:16, 1344:8, 1346:3, 1346:20, 1348:15, 1349:3, 1349:10, 1349:15, 1349:22, 1354:25, 1355:20, 1359:22, 1359:25, 1361:4, 1362:9, 1362:18, 1363:9, 1363:14, 1364:2, 1364:5, 1365:2, 1365:3, 1368:16,

1513

1373:19, 1373:25, 1374:14, 1375:4, 1375:9, 1375:13, 1375:14, 1376:19, 1376:20, 1378:6, 1382:11, 1383:25, 1384:5, 1385:4, 1385:10, 1387:20, 1389:12, 1389:13, 1395:14, 1397:18, 1399:19, 1399:23, 1401:3, 1401:15, 1402:24, 1406:17, 1411:25, 1412:3, 1417:1, 1417:6, 1417:10, 1417:25, 1420:21, 1424:9, 1426:22, 1427:7, 1432:8, 1435:9, 1443:23, 1460:14, 1462:14, 1463:22, 1465:9

**truth** [1] - 1363:13

**try** [1] - 1292:2

**trying** [7] - 1268:16, 1274:22, 1281:16, 1308:25, 1427:5, 1447:23, 1466:17

**tubal** [1] - 1313:22

**tubes** [7] - 1278:25, 1279:17, 1280:13, 1379:12, 1379:15, 1399:8, 1444:12

**tumor** [3] - 1286:13, 1286:17, 1451:13

**tungsten** [3] - 1450:5, 1450:15, 1450:23

**turn** [20] - 1268:19, 1273:8, 1288:5, 1293:15, 1305:10, 1321:23, 1379:19, 1381:21, 1386:16, 1395:20, 1413:10, 1429:7, 1436:18, 1440:19, 1441:19, 1445:18, 1446:9, 1454:4, 1454:9, 1454:17

**turning** [1] - 1456:13

**two** [20] - 1276:5, 1286:5, 1293:7, 1302:22, 1306:2, 1321:10, 1349:10, 1351:14, 1376:1,

1376:11, 1395:25, 1396:2, 1403:23, 1414:2, 1416:1, 1428:11, 1441:3, 1455:21, 1465:5

**two-by-two** [1] - 1306:2

**two-step** [2] - 1286:5, 1376:11

**type** [13] - 1286:8, 1315:6, 1356:20, 1356:25, 1362:9, 1362:11, 1438:13, 1439:6, 1439:7, 1439:9, 1439:10, 1439:19, 1462:10

**types** [5] - 1357:14, 1357:20, 1357:21, 1439:21, 1455:22

**typical** [2] - 1340:4, 1340:7

**typically** [1] - 1261:1

---

## U

**U.S** [3] - 1256:25, 1407:22, 1426:23

**U.S.C** [1] - 1470:3

**ultimate** [1] - 1409:12

**ultimately** [1] - 1451:13

**under** [12] - 1296:10, 1324:6, 1325:1, 1337:13, 1380:7, 1382:18, 1391:1, 1403:23, 1405:1, 1428:13, 1433:10, 1434:23

**undergoing** [1] - 1372:3

**underlying** [4] - 1283:16, 1287:15, 1393:4, 1466:13

**undermine** [2] - 1449:14, 1457:16

**underpowered** [9] - 1421:11, 1421:25, 1422:8, 1424:2, 1424:8, 1424:12, 1424:18, 1424:20, 1424:21

**understood** [6] - 1262:4, 1272:19, 1437:18, 1438:4, 1442:24, 1466:19

**undertook** [2] - 1262:5, 1365:25

**unexposed** [1] - 1422:20

**unfavorable** [1] - 1391:13

**union** [1] - 1425:21

**Union** [1] - 1426:10

**unit** [1] - 1458:6

**United** [7] - 1406:25, 1408:5, 1425:24, 1426:2, 1426:6, 1427:3, 1427:10

**UNITED** [2] - 1256:1, 1256:7

**universally** [6] - 1278:1, 1290:12, 1298:12, 1453:24, 1458:16, 1458:18

**University** [6] - 1258:21, 1259:2, 1259:8, 1259:10, 1270:5, 1411:5

**unless** [1] - 1309:7

**unlikely** [1] - 1321:20

**unpack** [1] - 1407:3

**unpublished** [1] - 1428:17

**unreliable** [1] - 1346:1

**unusually** [1] - 1435:2

**up** [38] - 1263:13, 1275:19, 1283:15, 1285:10, 1288:22, 1297:12, 1300:9, 1302:24, 1310:15, 1314:6, 1315:4, 1335:20, 1370:10, 1372:17, 1372:18, 1388:1, 1394:6, 1394:16, 1395:5, 1396:24, 1397:2, 1401:5, 1401:11, 1413:19, 1428:6, 1428:11, 1445:16, 1448:4, 1450:17, 1450:20, 1451:3, 1451:10, 1452:10, 1453:12, 1458:1, 1459:9, 1461:15, 1463:2

**up-regulation** [1] - 1288:22

**update** [2] - 1415:23, 1416:12

**updated** [1] - 1415:17

**updating** [1] - 1415:19

**upper** [4] - 1291:21, 1292:6, 1301:16, 1306:17

**upshot** [2] - 1448:13, 1465:19

**upside** [1] - 1401:8

**urban** [1] - 1340:7

**usage** [1] - 1280:20

**USDJ** [1] - 1256:9

**useful** [3] - 1333:24, 1458:8, 1458:13

**user** [1] - 1318:5

**users** [8] - 1317:15, 1317:21, 1317:22, 1328:11, 1364:20, 1365:2, 1406:11

**uses** [6] - 1296:25, 1327:19, 1335:22, 1364:4, 1365:2, 1430:19

**UT** [1] - 1321:24

**uterine** [6] - 1280:11, 1402:7, 1403:10, 1403:17, 1442:1, 1442:12

**uterus** [2] - 1280:13, 1379:9

**utilize** [1] - 1399:9

---

## V

**vagina** [9] - 1280:4, 1282:6, 1379:2, 1399:6, 1400:15, 1401:3, 1401:5, 1401:8, 1401:12

**vaginal** [7] - 1399:9, 1401:21, 1402:7, 1403:10, 1403:17, 1442:1, 1442:11

**vague** [1] - 1308:20

**valent** [7] - 1360:24, 1361:3, 1361:16, 1362:2, 1362:7, 1362:12, 1362:14

**variability** [2] - 1325:17, 1326:15

**variable** [1] - 1362:21

**varies** [2] - 1264:5, 1362:19

**various** [13] - 1262:11, 1268:5, 1279:19, 1304:11, 1311:12, 1314:1, 1316:5, 1323:16, 1347:15, 1380:7, 1393:23, 1424:5, 1437:25

**varying** [1] - 1455:4

**vast** [1] - 1275:13

**Venter** [1] - 1280:2
**ventilation** [1] - 1450:14
**verifies** [1] - 1382:4
**versed** [1] - 1410:15
**versions** [1] - 1416:2
**versus** [6] - 1264:4, 1266:9, 1266:12, 1278:7, 1313:15, 1361:19
**vertical** [1] - 1306:7
**via** [2] - 1296:13, 1296:17
**viable** [3] - 1281:22, 1286:10, 1295:15
**victim** [1] - 1308:15
**view** [4] - 1311:14, 1329:13, 1424:20, 1434:19
**VINCENT** [1] - 1256:24
**Vincent** [1] - 1470:8
**Vinnie** [1] - 1289:11
**violate** [1] - 1313:12
**VIRGINIA** [1] - 1256:14
**visual** [1] - 1422:4
**vitamins** [1] - 1364:1
**vitro** [7] - 1261:18, 1287:5, 1287:18, 1287:19, 1290:21, 1297:18, 1388:23
**vivo** [1] - 1261:18
**volume** [2] - 1321:12, 1321:17
**Volume** [4] - 1357:5, 1357:6, 1374:7, 1381:15
**VOLUME** [1] - 1256:5
**vulvar** [5] - 1401:21, 1402:6, 1403:10, 1442:1, 1442:11

---

**W**

**walk** [6] - 1288:9, 1302:2, 1305:25, 1310:16, 1310:22, 1446:22
**walked** [1] - 1454:25
**walking** [3] - 1275:6, 1277:17, 1286:24
**wall** [1] - 1302:21
**wants** [1] - 1278:19
**warning** [1] - 1322:1
**washed** [1] - 1305:6
**WASHINGTON** [2] - 1256:18, 1257:6

---

**water** [8] - 1318:24, 1319:2, 1340:1, 1341:9, 1341:11, 1364:1, 1425:4
**ways** [4] - 1267:23, 1325:9, 1342:9, 1441:2
**weak** [6] - 1406:16, 1406:20, 1407:5, 1413:1, 1413:6, 1453:17
**weaknesses** [1] - 1393:22
**week** [1] - 1275:21
**weeks** [1] - 1396:23
**Wehner** [1] - 1281:18
**weigh** [2] - 1278:6, 1314:19
**weighed** [1] - 1314:20
**weight** [4] - 1314:18, 1368:1, 1375:16, 1405:16
**weighted** [1] - 1375:6
**WEIL** [1] - 1256:21
**Weiss** [1] - 1430:8
**welder** [1] - 1450:4
**welding** [6] - 1450:5, 1450:15, 1450:18, 1450:23, 1467:4
**well-conducted** [1] - 1455:4
**well-described** [1] - 1314:21
**well-designed** [1] - 1285:3
**Wera** [1] - 1420:11
**whatsoever** [1] - 1352:24
**wheel** [1] - 1420:25
**whole** [8] - 1275:3, 1287:16, 1291:24, 1307:9, 1312:16, 1428:6, 1428:8, 1465:18
**widely** [1] - 1264:5
**WILLIAMS** [83] - 1256:20, 1260:12, 1264:17, 1265:10, 1266:6, 1266:17, 1267:13, 1267:24, 1268:13, 1269:8, 1269:12, 1271:5, 1271:7, 1271:11, 1275:25, 1292:16, 1293:4, 1294:8, 1294:11, 1295:16, 1295:19, 1298:18, 1299:3, 1299:10,

---

1299:20, 1300:8, 1317:7, 1321:16, 1327:2, 1327:6, 1329:23, 1330:1, 1332:22, 1333:13, 1336:16, 1336:18, 1344:20, 1346:14, 1347:20, 1347:23, 1348:3, 1348:4, 1350:16, 1351:19, 1351:21, 1352:20, 1353:7, 1354:9, 1357:6, 1361:22, 1364:9, 1366:16, 1368:3, 1368:25, 1371:18, 1372:14, 1374:4, 1376:24, 1377:19, 1378:21, 1381:2, 1381:17, 1382:1, 1386:18, 1395:1, 1410:18, 1411:12, 1414:12, 1414:15, 1415:8, 1416:3, 1428:8, 1428:11, 1428:16, 1431:3, 1440:3, 1442:20, 1445:14, 1459:7, 1459:12, 1461:15, 1466:21, 1467:9
**Williams** [22] - 1266:4, 1269:6, 1276:7, 1292:24, 1298:25, 1299:19, 1300:4, 1317:9, 1371:17, 1372:9, 1440:20, 1440:23, 1441:21, 1442:16, 1446:23, 1451:22, 1452:14, 1452:19, 1453:16, 1454:23, 1457:11, 1468:10
**Williams'** [3] - 1267:7, 1294:3, 1444:19
**wise** [1] - 1456:9
**WITNESS** [18] - 1259:12, 1268:4, 1269:14, 1269:16, 1283:21, 1283:24, 1284:2, 1284:8, 1309:1, 1309:9, 1309:11, 1346:10, 1352:11, 1370:14, 1370:19, 1370:25, 1371:4, 1371:14

---

**Witness** [1] - 1467:22
**witness** [5] - 1258:10, 1366:6, 1421:14, 1451:10, 1465:16
**WITNESSES** [1] - 1468:7
**wives** [1] - 1349:17
**WOLFSON** [1] - 1256:9
**woman** [13] - 1283:8, 1327:19, 1335:21, 1335:23, 1352:16, 1352:25, 1376:18, 1400:22, 1401:7, 1401:8, 1401:11, 1401:25, 1451:23
**woman's** [5] - 1330:11, 1331:21, 1361:19, 1364:4, 1364:13
**women** [27] - 1278:21, 1280:10, 1284:19, 1312:1, 1312:3, 1313:15, 1326:7, 1350:5, 1350:10, 1350:21, 1352:14, 1352:25, 1354:18, 1354:22, 1355:11, 1355:24, 1371:5, 1371:24, 1372:3, 1372:19, 1394:4, 1399:5, 1408:4, 1408:9, 1412:12, 1437:17, 1454:15
**word** [9] - 1283:4, 1283:5, 1289:12, 1294:19, 1294:21, 1385:9, 1405:20, 1406:6, 1434:21
**words** [10] - 1266:18, 1309:10, 1320:20, 1331:12, 1339:1, 1344:2, 1348:10, 1356:9, 1356:12, 1382:10
**worker** [4] - 1324:10, 1324:22, 1325:4, 1466:2
**workers** [1] - 1349:18
**world** [2] - 1264:7, 1347:16
**wound** [1] - 1283:10
**write** [3] - 1270:7, 1403:24, 1413:20
**writers** [1] - 1340:23
**writes** [1] - 1296:10
**writings** [2] - 1400:11,

1515

1400:13
**written** [3] - 1321:19,
1323:2, 1445:5
**wrote** [9] - 1325:1,
1325:14, 1325:18,
1340:23, 1356:7,
1405:18, 1416:19,
1433:2, 1433:14
**Wu** [1] - 1312:23

**X**

**X-ray** [1] - 1272:10

**Y**

**year** [11] - 1275:19,
1315:20, 1406:25,
1407:22, 1408:1,
1408:8, 1408:10,
1409:21, 1420:9,
1425:9, 1425:11
**years** [14] - 1259:6,
1268:5, 1279:19,
1286:22, 1289:15,
1302:9, 1303:2, 1318:1,
1395:25, 1396:2,
1437:18, 1450:7,
1458:12, 1460:14
**yellow** [1] - 1307:3
**YORK** [1] - 1256:20
**yourself** [11] - 1261:20,
1267:16, 1326:15,
1326:17, 1339:11,
1347:12, 1348:7,
1369:18, 1378:5,
1411:8, 1411:15

**Z**

**zero** [4] - 1330:13,
1330:18, 1330:24,
1331:9
**zone** [1] - 1450:18