1517

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CIVIL ACTION NO 16-MD-2738(FLW)(LHG)


_____    :
                                 :
IN RE JOHNSON & JOHNSON          :  DAUBERT HEARING
POWDER PRODUCTS MARKETING,       :  JULY 30, 2019
SALES PRACTICES.                 :  VOLUME 7
-----------------------------    :


CLARKSON S. FISHER UNITED STATES COURTHOUSE
402 EAST STATE STREET, TRENTON, NJ  08608

B E F O R E:  THE HONORABLE FREDA L. WOLFSON, USDJ

A P P E A R A N C E S:

BEASLEY ALLEN, ESQUIRES
BY:  P. LEIGH O'DELL, ESQUIRE (ALABAMA)
     MARGARET M. THOMPSON, ESQUIRE  (ALABAMA)
        -and-
ASHCRAFT & GEREL, ESQUIRES
BY:  MICHELLE A. PARFITT, ESQUIRE (VIRGINIA)
On behalf of the Plaintiffs Steering Committee


DRINKER, BIDDLE & REATH, ESQUIRES
BY:  SUSAN M. SHARKO, ESQUIRE  (NEW JERSEY)
     JULIE L. TERSIGNI, ESQUIRE  (NEW JERSEY)
        -and-
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, ESQUIRES
BY:  JOHN H. BEISNER, ESQUIRE  (WASHINGTON, D.C.)
        -and-
PROSKAUER ROSE, ESQUIRES
BY:  BART H. WILLIAMS, ESQUIRE  (CALIFORNIA)
     LEE M. POPKIN, ESQUIRE  (NEW YORK)
        -and-
WEIL GOTSHAL & MANGES, ESQUIRES
BY:  ALLISON M. BROWN, ESQUIRE
On behalf of Defendant Johnson & Johnson

                              (Continued.)


* * * * *
VINCENT RUSSONIELLO, RPR, CRR, CCR
OFFICIAL U.S. COURT REPORTER
(609) 588-9516

1518

A P P E A R A N C E S    C O N T I N U E D

SEYFARRTH & SHAW, ESQUIRES
BY:  THOMAS L. LOCKE, ESQUIRE  (WASHINGTON D.C.)
On Behalf of Defendant Personal Care Products Council

Clarke Pearson - Direct/Ms. O'Dell

1519

1              **M O R N I N G   S E S S I O N**

2

3              (In open court.)

4              THE DEPUTY CLERK:  All rise.

5              THE COURT:  Thank you.  Good morning.

6              Everyone may be seated.

7              MS. O'DELL:  Good morning, your Honor.

8              Your Honor, may it please the Court, we would

9    like to call to the stand Dr. Daniel Clarke-Pearson.

10

11   **DANIEL CLARKE-PEARSON,** called as a witness on behalf

12   of the Plaintiffs, having been first duly sworn,

13   testified as follows:

14

15   DIRECT EXAMINATION

16   BY MS. O'DELL:

17   Q.    Good morning, Dr. Clarke-Pearson.

18   A.    Good morning.

19   Q.    Would you share with the Court your field of

20   expertise, your professional background, and some of

21   your professional activities?

22   A.    My field of expertise is gynecologic oncology.

23           I went to Harvard College and received a

24   Bachelor's degree in biology; went to medical school

25   at Case Western Reserve University in Cleveland, Ohio,

Clarke Pearson - Direct/Ms. O'Dell

1520

1   and then undertook my residency training in obstetrics

2   and gynecology; and then a fellowship for three years

3   in gynecologic oncology at Duke University Medical

4   Center in Durham, North Carolina

5           Following completion of the fellowship, I

6   joined the Duke faculty as an assistant professor; and

7   aside from two years as director of gynecologic

8   oncology and gynecology at the University of Illinois,

9   I returned to Duke and then was on the faculty for

10  another 18 years, being promoted to Professor and then

11  the Distinguished Professor with an endowed chair.

12  During that time I was the director of a fellowship in

13  gynecologic oncology training fellows to become

14  gynecologic oncologists as well.

15  Q.    Doctor, have you devoted your career to academic

16  medicine?

17  A.    Yes.  I have never been in private practice

18  throughout my career.

19  Q.    Why did you choose to do that?

20  A.    I think for the three main reasons that we're in

21  academic medicine, of course, to provide excellent

22  clinical care to our patients; to teach the next

23  generation of students, residents, fellows, and junior

24  faculty to become excellent providers of women's

25  healthcare; and then promote the knowledge base in our

Clarke Pearson - Direct/Ms. O'Dell

1521

1   field by conducting research.  So that has attracted

2   me to be able to do all those things.  It has been

3   very enjoyable, and I feel like I have been productive

4   and hopefully moved the field forward.

5   Q.    You have been asked here today to talk about the

6   issue of talcum powder and ovarian cancer.  As part of

7   your duties as an academic physician, do you regularly

8   teach fellows?  Is that part of your normal

9   occupational activities?

10  A.    That's what I like to do and that's my

11  obligation as well to teach fellows, yes.

12  Q.    Are fellows required to master curriculum in

13  order to become Board Certified?

14  A.    Yes, the American Board of Obstetrics and

15  Gynecology certifies fellows to become Board

16  Certified.  But there is a curriculum and expectations

17  before they can take their boards to meet certain

18  criteria and to have a certain level of knowledge

19  above and beyond what a general obstetrician and

20  gynecologist would have.

21        So the board publishes annually a bulletin

22  that sets out the criteria or the knowledge elements

23  that need to be part of the fellowship training

24  program.  As fellowship director for 18 years, that

25  was my obligation, to make sure that training was

Clarke Pearson - Direct/Ms. O'Dell

1522

1  provided to those fellows.

2  Q.    Does that training include information that

3  talcum powder is a risk factor for ovarian cancer?

4  A.    Yes, it does.  It talks about all risk factors

5  associated with gynecologic cancers, including talcum

6  powder.

7  Q.    In addition to your involvement as an academic

8  physician, have you also devoted a lot of time and

9  energy to professional organizations in the field of

10 obstetrics and gynecology in general and also to

11 gynecologic oncology?

12 A.    Certainly.  I feel a professional obligation to

13 get outside of my ivory tower and participate in

14 national organizations.  So my primary national

15 organization for gynecologic oncology is the Society

16 of Gynecologic Oncology, of which I have been a member

17 since I was Board Certified.  In 2010 through '11, I

18 was the president of the Society of Gynecologic

19 Oncology, leading that group.

20        I have also been very involved with the

21 American College of Obstetrics and Gynecology, a

22 number of committees.  I won't list them all.

23 Probably most important in my mind is Chairing the

24 Gynecologic Management Committee, which is a committee

25 that writes committee opinions guiding clinical

Clarke Pearson - Direct/Ms. O'Dell

1523

1    practice for obstetricians and gynecologists and the

2    breadth of gynecology, not just GYN oncology.

3         Currently I'm a member of the Society of

4    Gynecologic Oncology's Ethics Committee.

5         And up until last month, I was the President

6    of the Council of Universal Chairs in Obstetrics and

7    Gynecology.  I'm now the past president?

8    Q.   Have you also published in the area of

9    gynecologic cancers and also ovarian cancer?

10   A.   Yes.  I've published a little over 250

11   peer-reviewed publications as part of my academic

12   interest and commitment.  Most of those papers are in

13   the field of gynecologic oncology, and some have dealt

14   with ovarian cancer, in particular, clinical trials

15   describing advances in the treatment of ovarian

16   cancer.

17   Q.   We've heard a lot about ovarian cancer,

18   epithelial ovarian cancer.  I don't think at this

19   point in the hearing we've had someone really describe

20   ovarian cancer.  Would you take a few minutes and

21   describe ovarian cancer, the incidence, how it occurs,

22   the clinical course, the symptoms involved, and just

23   give us a general overview?

24   A.   Sure.  I think there is an illustration.  I

25   think before we get into the illustration, I would

Clarke Pearson - Direct/Ms. O'Dell

1524

1  frame this by saying that ovarian cancer in the big

2  world of cancer is a relatively rare cancer.

3  Fortunately, I have been focused on a limited number

4  of cancers in my career.  Ovarian cancer probably

5  occupies about 50 percent of the patients I take care

6  of.  One can argue, why is that because endometrial

7  cancer is a much more common uterine cancer.  But in

8  2005 I chose not to develop a skillset doing robotic

9  surgery, and so I'm not doing surgery for endometrial

10  cancer.

11       THE COURT:  Let me interrupt you a second.  I

12  know you said you are not in private practice and

13  you're associated with the medical school, but you do

14  see patients?

15       THE WITNESS:  Yes.

16       THE COURT:  That was not clear from your

17  testimony.  I thought you were essentially teaching.  I

18  didn't actually know you actually saw patients.

19       THE WITNESS:  Right.

20       THE COURT:  Thank you for clarifying that.

21  BY MS. O'DELL:

22  Q.   How much of your time over the course of your

23  career would be involved in treating patients and

24  teaching other physicians to treat patients?

25  A.   While I was at Duke as fellowship director and

Clarke Pearson - Direct/Ms. O'Dell

1525

1    director of the division I was clinically active

2    80 percent of my waking hours, I suppose.  After going

3    to the University of North Carolina in 2005 to become

4    Chair of the department, I cut my clinical practice

5    about 50 percent.  So I still see patients and operate

6    2 1/2 days a week.  I hope that clarifies.

7            THE COURT:  Thank you.  I'm sorry to

8    interrupt.

9    Q.    You may continue.

10   A.    With regard to ovarian cancer which occupies

11   about half of my clinical time now, ovarian cancer, I

12   started to say it's rare.  It accounts for about

13   22,000 women a year developing ovarian cancer.

14   Unfortunately, it's a disease there is no way to

15   screen for it that we have been able to find yet, and

16   the symptoms are vague.

17           So the diagnosis is not made until most

18   patients have the disease spread well beyond the

19   ovaries, as this illustration shows cancer growing on

20   the surface of the ovaries.  75 percent of the time

21   patients that we take care of are not just my patients

22   but nationally the cancer spreads throughout the

23   entire abdominal cavity, much like dandelion seeds in

24   the wind will float around and land on surfaces,

25   attach and start growing.  But those symptoms are very

Clarke Pearson - Direct/Ms. O'Dell

1526

1  vague.  Many patients have some vague GI symptoms,

2  bloating, abdominal pressure, decreased appetite.

3  Nothing that's very specific.  That's why it makes it

4  difficult to diagnose this cancer very early.  So

5  75 percent of the time it's spread well beyond the

6  ovary, sometimes in the Stage IV, into the liver and

7  into the lung, and pleural space with fluid.

8        The treatment for ovarian cancer by and large

9  is surgery initially to remove as much of the cancer

10 as we can, what we call debulking, taking out the bulk

11 of the cancer.  That surgery can sometimes be very

12 extensive, removing colon, small bowel, spleen, liver

13 resections, lymph nodes.

14       THE COURT:  Can you back up from the mike a

15 little bit.  Close enough that we hear you but not too

16 close.

17 Q.    Go ahead.

18 A.    It's extensive surgery.  And then as quickly as

19 we can get the patient over surgery, initiate

20 chemotherapy.  The usual chemotherapy program

21 stretches over about six months.  Hopefully, the

22 patient appears to be in remission at that time,

23 although the majority of patients, even if they appear

24 to be in remission, will recur most of the time within

25 two years where we will restart, may do some more

Clarke Pearson - Direct/Ms. O'Dell

1527

1    surgery, but many times reinitiate chemotherapy,

2    working our way through different chemotherapy

3    regimens and experimental therapies.

4         The patients altogether have a survival at

5    five years of somewhere between 30 and 50 percent of

6    these patients that have advanced ovarian cancer I'm

7    describing.  So most will end up dying of their

8    ovarian cancer.

9    Q.    What are the histologic subtypes of ovarian

10   cancer?

11   A.    There are three general categories of ovarian

12   cancer.  The one we are talking about today is what's

13   called epithelial ovarian cancer which is nicely

14   illustrated in this drawing.  It's a cancer that

15   starts from the surface of the ovary, what we call the

16   epithelium, a membrane, if you will.  It expands and

17   grows out through that surface, and we see this cancer

18   here, but then it quickly sheds off of the ovary and

19   spreads throughout the abdomen as I described.  That's

20   called epithelial ovarian cancer.  That makes up the

21   great majority of ovarian cancers.

22        There are some subtypes I'll talk about in a

23   minute.

24        The second type of ovarian cancer is what's

25   called the germ cell ovarian cancer, which is not what

Clarke Pearson - Direct/Ms. O'Dell

1528

1    we are talking about today.  It's a cancer that arises

2    in young women.  The average age is about 19, where

3    these patients with epithelial ovarian cancer the

4    average age is somewhere 55 to 60.  So germ cell

5    cancers are a different ovarian cancer altogether.

6         The third cancer category that we talked about

7    are called sex cord stromal tumors of the ovary, and,

8    again, we're not really talking about that with regard

9    to talcum powder.

10        Going back to epithelial cancers, there are

11   subtypes.  The most common is a serous histology, what

12   they see under the microscope.  There is also an

13   endometrioid histology, a clear cell histology, and a

14   mucinous.

15        So those are all lumped into the category of

16   epithelial ovarian cancer.

17   Q.   Is epithelial ovarian cancer a disease of one

18   organ or is it multiple organs?

19   A.   They talk about ovarian cancer, but I think in

20   the last decade it's become clear that ovarian cancer

21   is really a disease that can arise either from the

22   ovary or the fallopian tube.  And you can see in this

23   illustration, the fallopian tube, which is right here,

24   would lead into the uterus, which is over here, can

25   develop malignant cells that will fall onto the ovary

Clarke Pearson - Direct/Ms. O'Dell

1529

1   and grow.

2           They are indistinguishable, one from the

3   other, so fallopian tube cancer and epithelial ovarian

4   cancers under the microscope look the same, and they

5   can spread through what's called the peritoneum, the

6   abdominal cavity.  In some cases, we'll classify these

7   as primary peritoneal cancer, but they are really the

8   same cancer.

9           In most cases, in clinical trials, when we are

10  doing research with chemotherapy regimens, we are

11  treating these cancers with the same drugs.  They look

12  the same under the microscope, they act the same and

13  respond the same to the chemotherapy regimen.  So I

14  believe they're all the same.  We lump them together

15  and call them epithelial ovarian cancer.

16  Q.    Did you formulate opinions regarding the

17  relationship between talcum powder products, Johnson's

18  Baby Powder and Shower To Shower, and epithelial

19  ovarian cancer?

20  A.    I did.

21  Q.    Would you please just describe for the Court

22  your opinions, summarize your opinions.

23  A.    I think there is a slide that might illustrate

24  that, embellish what I have been saying, sort of

25  bulleted points.

Clarke Pearson - Direct/Ms. O'Dell

1530

1    So after doing extensive research of the

2    literature, I believe that genital application of

3    talcum powder, such as Johnson & Johnson's Baby Powder

4    and Shower To Shower, increases the risk of epithelial

5    ovarian cancer in all women and can cause epithelial

6    ovarian cancer in some women.

7    Looking particularly at the epidemiologic

8    studies in their totality, there are many studies --

9    and it's only fair to look at them in their totality

10   -- the data shows really consistent statistically

11   significant increased risks of developing epithelial

12   ovarian cancer after application of talcum powder to

13   the perineum.  Overall, the risk based on these

14   epidemiologic studies is increased somewhere between

15   20 and 60 percent when compared to women who don't use

16   talcum powder on their perineum.

17   The next point would be the mechanism is one

18   of migration or ascension of the talcum powder from

19   the perineum from the vulva through the vagina,

20   cervix, uterus, and out the fallopian tube to rest on

21   the ovary and peritoneum as the route of exposure.

22   Inhalation is also a plausible mechanism for exposure.

23   The mechanism by which talcum powder causes

24   ovarian cancer to occur is one of inflammation, and by

25   that I mean chronic inflammation that results in

Clarke Pearson - Direct/Ms. O'Dell

1531

1    oxidative stress and then mutations of the ovarian

2    cells become malignant.  We know from animal and

3    experimental studies and in humans that talcum powder

4    elicits an inflammatory response.

5            Finally, Johnson's Baby Powder and Shower To

6    Shower contain other carcinogens, such as asbestos,

7    fibrous talc, platy talc, heavy metals, and fragrance

8    chemicals that also contribute to the carcinogenicity

9    of the product.

10   Q.    Dr. Clarke-Pearson, you have also described in

11   summary fashion up to this point your methodology.

12   Would you take a few minutes and go through it in more

13   detail, what process you undertook to reach your

14   opinions in this case.

15   A.    Certainly.  I was asked to consider whether I

16   think talcum powder might cause ovarian cancer.  So

17   I've started out doing a literature search, like I

18   would to try to answer any other medical clinical

19   question, and started looking at the epidemiologic

20   literature, which is fairly extensive, and goes

21   through several decades.  Those include case-control

22   studies, cohort studies, pooled studies, and

23   meta-analyses.  So lots of studies to review.

24           I also asked myself the question and reviewed

25   the literature as to what the mechanism might be that

Clarke Pearson - Direct/Ms. O'Dell

1532

1  talcum powder can cause ovarian cancer.  I think my

2  steps in identifying that mechanism included the

3  migration:  How did the talcum powder get to the

4  ovary, and then the inflammatory -- chronic

5  inflammatory response that it caused.  There is

6  literature that we'll talk about that supports this

7  mechanism.

8       Then the use of talcum powder as a risk

9  factor.  The epidemiologic data shows what the

10  significant risk is.  Then I applied a Bradford Hill

11  causation analysis.  It's much similar to what I do in

12  medicine with an evidence-based medicine decision

13  analysis to come to the conclusion what's best to

14  treat a patient.

15  Q.   Let's turn to your review of the epidemiologic

16  literature.  Did you consider the case-control and

17  cohort studies?

18  A.   Yes, I tried to say I reviewed everything I

19  could possibly find, yes.

20  Q.   On the screen you will see a forest plot.

21  Please describe for the Court your analysis of this

22  data.

23  A.   I'm sure you have seen this before.

24       THE COURT:  Many times.

25  A.   A forest plot shows relative risks and

Clarke Pearson - Direct/Ms. O'Dell

1533

1   confidence intervals.  The forest plot here includes

2   all of these studies that are case-control studies,

3   and these studies on the forest plot are actually

4   three studies that are reported.  I think the key to

5   me is the relative risk on this forest plot aside from

6   maybe just a couple of examples like this one are all

7   to the right of 1, which means the relative risk is

8   increased over baseline.

9          Nearly all of these case-control studies and

10  nearly all of these cohort studies the relative risk

11  is above 1.  So it's an increased relative risk.  Many

12  of these studies also show statistically significant

13  increased risk.

14  Q.    Let's take a closer look at the top of the list

15  of studies.  One of the most recent case-control

16  studies is the Schildkraut study.  Did you review and

17  rely on the Schildkraut study?

18  A.    I reviewed all of the studies, Schildkraut being

19  the most recent case-control I'm aware of.  It was

20  well done and thoughtful and addressed many issues

21  that were not addressed in earlier studies.

22          MS. O'DELL:  Could you pull up general

23  causation opposition Exhibit 8, which is the

24  Schildkraut study.

25  Q.    Dr. Clarke-Pearson, what were the results of

Clarke Pearson - Direct/Ms. O'Dell

1534

1  this study?

2  A.    This is a study of specifically African-American

3  women from many regions throughout the United States.

4  I believe it was 11.  In their analysis, they

5  concluded that genital powder was associated with the

6  increased risk of epithelial ovarian cancer, the

7  44 percent increased risk that was statistically

8  significant.

9       In addition, and this study compared to many

10  other case-control studies, the investigators

11  attempted and did look at issues with regard to

12  dose-response, and found that there was association of

13  dose-response, both in terms of frequency and

14  duration, a number of lifetime applications that was

15  statistically significant associated with the

16  occurrence of ovarian cancer.

17       So in their conclusions of these

18  African-American women, body powder was significantly

19  associated with epithelial ovarian cancer risk, a

20  44 percent increase.

21  Q.    Did these researchers comment on the mechanism

22  by which talcum powder can cause ovarian cancer?

23  A.    Yes.  Again, in their conclusions, in their

24  discussion, they felt it was consistent with localized

25  chronic inflammation due to particulates that travel

Clarke Pearson - Direct/Ms. O'Dell

1535

1  through direct transvaginal route, so the migration or

2  ascension of talcum powder to the ovaries and

3  fallopian tubes, and that there is a dose-response

4  observed as well.

5  Q.    Is this description consistent with localized

6  chronic inflammation in the ovary due to particulates

7  that travel to a direct transvaginal route, does that

8  support your opinion regarding the mechanism in this

9  case?

10  A.    This plus other information and literature

11  supports the concept of chronic inflammation causing

12  cancer and the transport or migration, yes.

13  Q.    You said you considered all the studies.  Did

14  that include the meta-analyses that have been done on

15  the literature in this case?

16  A.    Yes, I reviewed all those.

17  Q.    Let's go back to the PowerPoint.  Is this a

18  chart of the results of the meta-analyses?

19  A.    Yes.  All of these on the top are meta-analysis,

20  and this is a pooled analysis by Terry.  But the

21  meta-analyses that you are asking about show basically

22  a very consistent increased relative risk on this

23  forest plot; and, in fact, all of these studies show a

24  statistically significant increased risk of ovarian

25  cancer.  None of these confidence intervals overlap 1.

Clarke Pearson - Direct/Ms. O'Dell

1536

1    So these are all statistically significant with an

2    increased risk.

3    Q.    In your review, what weight did you place on

4    meta-analysis?

5    A.    A meta-analysis is one where the authors have

6    looked at, basically brought together the existing

7    literature, many case-control studies and cohort

8    studies, and analyzed them all together, rather than

9    one by one.  And so I placed a lot more weight on that

10   when you combine all of the data.

11         Some studies are stronger and some are weaker

12   in those case-control studies.  But giving weight to

13   all those studies in these meta-analysis, I think it

14   is important to be fair and honest rather than cherry

15   picking really good studies or really poor studies.

16   They take in everything in the literature and analyze

17   them and come up with this forest plot, if you will,

18   for each one of these.

19         The oldest study was in 1992 with only six

20   studies in it.  But over time, we added more and more

21   information; and as we added more and more information

22   to the number of studies, the statistical significance

23   and relative risk stays very coherent, and the

24   confidence intervals are actually tighter because we

25   have more patients in them.  There is more certainty

Clarke Pearson - Direct/Ms. O'Dell

1537

1    in all of these, but they are all statistically

2    significant.

3    Q.    You noted the most recent studies -- strike

4    that.

5          The most recent meta-analyses have all the

6    studies considered in them, one of those being Berge.

7          Doctor, why don't we take a closer look at the

8    Berge study and have you walk us through the results

9    of that analysis.

10   A.    This is a study of the risk of ovarian cancer.

11   So their conclusions, after doing a meta-analysis of

12   all these studies, show that the relative risk of

13   developing ovarian cancer associated with the genital

14   use of talcum powder was 1.22 or 22 percent increased

15   risk.  The confidence interval of 1.13 to 1.3 is

16   statistically significant.

17         They also looked at the relative risk in the

18   case-control study specifically, and that risk was

19   26 percent, and for the cohort studies it was .02.  So

20   not statistically significant, but the relative risk

21   is increased.  But when they analyzed it based on one

22   specific cell type, the serous type, which is the most

23   common type of epithelial ovarian cancer, it was also

24   increased in these cohort studies to 24 percent.

25   Q.    Was that statistically significant?

Clarke Pearson - Direct/Ms. O'Dell

1538

1   A.     Yes, it was statistically significant.

2   Q.     Did they also consider dose-response in this

3   particular study?

4   A.     This is one of the issues that comes up in many

5   of these cohort studies, and also the case-control

6   studies don't really address dose-response.  But other

7   studies that do address dose-response, there was a

8   trend to increased risk, the increased dose, the

9   patient receives whether it is by frequency or

10  duration of application.

11  Q.     Did you also consider the Penninkilampi study?

12  A.     I did.  I was just talking about dose-response

13  for a moment.  This is, again, from the Berge study.

14  So 12 of the studies had information that would be

15  helpful in terms of understanding duration and

16  dose-response, and that relative risk was 16 percent

17  increased risk statistically significant.

18         And in seven of those studies we were able to

19  analyze frequency of utilization of talcum powder in

20  the genital tract, and, again, statistically

21  significant with about a 5 percent increased risk for

22  patients who use talcum powder more frequently.

23  Q.     Did you consider the Penninkilampi study?

24  A.     Yes.  That was another one of the more recent

25  meta-analysis that included 27, I believe, studies.

Clarke Pearson - Direct/Ms. O'Dell

1539

1  Q.    Would you share with the Court your analysis of

2  the Penninkilampi study?

3  A.    Certainly.

4        Once again, I think this meta-analysis is

5  fairly consistent with the Berge study, that the

6  overall risk or risk is increased statistically to

7  31 percent; and in this study, again, they made an

8  attempt to look at dose and found that there was an

9  apparent breakpoint in patients that had more or less

10 than 3600 lifetime applications of talcum powder.

11 Those with more than 3600 had an overall risk of 42

12 percent that was statistically significant.

13 Q.    Did they do a subgroup analysis of the cohort

14 studies?

15 A.    They did and again found an association with

16 talcum powder use and serous ovarian cancer.  So that

17 one specific subtype, which is the most common

18 epithelial ovarian cancer, the relative risk there was

19 25 percent.

20 Q.    What percentage of epithelial ovarian cancers

21 are the serous subtype?

22 A.    The serous type make up about 80 percent of all

23 the epithelial ovarian cancers.  I mentioned

24 endometrioid, clear cell and mucinous which make up,

25 all together, about 20 percent.

Clarke Pearson - Direct/Ms. O'Dell

1540

1  Q.    What were the conclusions of the authors in this

2  study?

3  A.    Well, they felt there was consistent association

4  between the use of perineal talc and ovarian cancer.

5  Q.    In addition to the results of the study, did the

6  researchers also comment on the mechanism by which

7  talcum powder could cause ovarian cancer?

8  A.    The mechanism that Penninkilampi and his

9  co-authors felt was the cause of talcum powder causing

10 ovarian cancer was, again, this chronic inflammatory

11 response which predisposed to development of ovarian

12 cancer.

13         To be more specific, that includes cell injury

14 by the talcum powder that results in oxidative stress,

15 local increase in inflammatory mediators, such as

16 cytokines and prostaglandins that lead to a mutation

17 in that normal ovarian cell, epithelial cell to become

18 carcinogenic where that cell becomes malignant.

19         THE COURT:  Let me ask you a question.  Both

20 the Berge and Penninkilampi studies both came out in

21 2018?

22         THE WITNESS:  Yes.

23         THE COURT:  The numbers are slightly

24 different.  What were the different studies they

25 looked at?  Are there differences in the studies?

Clarke Pearson - Direct/Ms. O'Dell

1541

1    THE WITNESS:  Slightly different studies.

2    THE COURT:  Tell me what they were.

3    THE WITNESS:  There were cohort studies that

4    they chose to use one, Gertig in one case, and Gates

5    in the other, I believe.  Gertig and Gates were both

6    from the Nurses' Health Study.  It was the same study,

7    the cohort study, but the Gertig and Gates analyzed it

8    slightly differently in one.  I forget which one.

9    They assigned patients if they had never used talc or

10   used it once a week or less, they lumped those

11   patients together as if they didn't use talc, whereas

12   the other one included separated low dose from never

13   use.  I think these two authors Berge and

14   Penninkilampi -- again, they don't explain in the

15   paper why they chose to choose one or the other.

16   THE COURT:  Was that the only difference in

17   the studies they reviewed while the case studies were

18   the same?

19   THE WITNESS:  Yes.

20   BY MS. O'DELL:

21   Q.   Did the researchers in Penninkilampi conclude

22   that there was a causal relationship between talc and

23   ovarian cancer?

24   A.   Yes.  The statistical significance is there and

25   the mechanism they are describing on this slide was

Clarke Pearson - Direct/Ms. O'Dell

1542

1    chronic inflammation.

2    Q.    Let's transition for a moment,

3    Dr. Clarke-Pearson, and have you walk us through your

4    analysis to reach a causation opinion in this case.

5    What was your methodology for that?  Remind us.

6    A.    My methodology was a Bradford Hill analysis.

7    Q.    Walk us through your Bradford Hill analysis.

8    A.    The Court has seen these factors in Bradford

9    Hill before.  But using the strength of association

10   and consistency in my analysis, I felt there was

11   overwhelming support in the epidemiologic literature

12   that talcum powder statistically increased a woman's

13   risk of developing epithelial ovarian cancer by about

14   30 percent, and every meta-analysis actually showed

15   similar increases.  So it was consistent.

16         In terms of specificity, the epidemiologic

17   studies appears that this is specific for ovarian

18   cancer, not other cancers, vaginal cancer, uterine

19   cancer, and it satisfies the consideration of

20   specificity.

21         Regarding temporality, in my opinion we have

22   demonstrated and it's been shown that talcum powder

23   exposure before the onset of ovarian cancer, so the

24   timing is such and that for most malignancies there is

25   a clear latency period sometimes decades from the

Clarke Pearson - Direct/Ms. O'Dell

1543

1  exposure of the talcum powder in this case to the

2  development of obvious ovarian cancers.  So it takes

3  time to have that malignant transformation.  That's

4  the timeline that it takes.  It doesn't happen in a

5  day or two.  So the temporality I believe is

6  satisfied.

7          The biologic gradient and dose-response,

8  again, some of these studies don't address

9  dose-response, but the ones that do demonstrate that

10  there is a dose-response both in terms of frequency of

11  use and duration of use.  There are several references

12  there.

13          Going on to biological plausibility, I think

14  it's clear talcum powder ascends from the perineum

15  through the vagina, cervix, and uterus to the ovary.

16  It is known as an agent to cause inflammation, and the

17  inflammatory reaction by talcum powder on the tube and

18  surface of the ovary results in genetic mutations that

19  I mentioned before and then cancer.  So I think that's

20  the mechanism by which talcum powder causes ovarian

21  cancer.

22          The coherence issue, I think the epidemiologic

23  data, in vitro data that I know the Court's heard

24  previously and experimental studies and in vivo

25  research are consistent in explaining the pathogenesis

Clarke Pearson - Direct/Ms. O'Dell

1544

1    of epithelial ovarian cancer.

2         THE COURT:  Having reviewed the in vivo

3    research, and that's mostly what's there, the timing,

4    since you have talked about the long latency period,

5    and these studies talk about 24 hours, 48, 72 hours,

6    explain that to me, if you can.

7         THE WITNESS:  I'm not a laboratory researcher,

8    those that are doing the in vitro research.  But you

9    are right.  They are taking a snapshot of the exposure

10   of talcum powder to cell lines, and those studies have

11   demonstrated an inflammatory response.  They haven't

12   gone on to say, well, we have seen malignant

13   transformation.

14        THE COURT:  All of them stop short of that

15   because none of them can do that.

16        THE WITNESS:  I'm not sure of one that shows

17   actual malignant transformation.  I think that would

18   take time in a laboratory, that latency period you are

19   talking about and I'm talking about.

20        THE COURT:  So the most that it can show is,

21   it showed some changes in inflammatory response?

22        THE WITNESS:  Yes, and mutations, and we see

23   in one study single nucleotide polymorphisms.  So

24   these are mutations that are happening, and that's the

25   next step toward malignant mutations.

Clarke Pearson - Direct/Ms. O'Dell

1545

1    So SNPs are mutations.  And while there are

2  some really significant mutations that are associated

3  with ovarian cancer, like BRCA 1 and 2, a combination

4  of a number of SNPs can add up to increase in the risk

5  of ovarian cancer, and there are a number of studies

6  that are showing that, not in vitro but in vivo, in

7  human studies.

8    THE COURT:  Let me ask you:  During your

9  Bradford Hill analysis, for instance, when you got to

10 coherence you say satisfied.  Obviously, on biological

11 plausibility, you said "critical factor."

12   Now, you are looking at the in vitro and in

13 vivo.  Is that because you also think that is a less

14 of a showing to you to convince you?

15   THE WITNESS:  Would you repeat that again?

16   THE COURT:  In looking at the in vitro and

17 in vivo research, you say they are consistent; we know

18 they don't get to the end point of showing

19 transformation.  So in your consideration of the

20 factors, how much weight do you give to that factor?

21   THE WITNESS:  I think the evidence in my view

22 is the chronic inflammation is well established in

23 both in vivo and in vitro studies, and that chronic

24 inflammation then -- and we'll talk about it in a

25 little bit more -- I think now, today, actually,

Clarke Pearson - Direct/Ms. O'Dell

1546

1   probably a decade ago was well-established as the

2   causation for many cancers, not all, but many.  So

3   there is chronic inflammation that is well established

4   in my opinion and in the in vivo and in vitro studies

5   is that step towards truly invasive cancer.

6          THE COURT:  You can continue.

7   BY MS. O'DELL:

8   Q.    Would you continue, Doctor.

9   A.    With regard to experimentation, clearly there is

10  no randomized trials that would be unethical to do

11  that.  So if you want to talk about experimentation,

12  we just talked about in vitro experiments that are

13  showing this chronic inflammation, genetic mutations

14  that are happening.

15         There are some sort of natural experiments, if

16  you will, that are not randomized but evidence that

17  tubal ligation reduces the risk of ovarian cancer that

18  we believe is protecting that ovary from something

19  ascending through the tube from the ovary, talcum

20  powder, endometrial cells from the lining in the

21  uterus.  So some of those are experiments that show

22  some protective benefit.

23         Likewise, use of birth control pills reduces

24  the risk of ovarian cancer by suppressing ovulation.

25  We'll talk about ovulation in a minute as a risk

Clarke Pearson - Direct/Ms. O'Dell

1547

1  factor.

2          And then analogy.  I think the most

3  straightforward in my mind is the medical literature

4  with regard to minerals causing cancer, including

5  ovarian cancer, but asbestos and lung cancer being the

6  most obvious analogy to talcum powder and ovarian

7  cancer.

8  Q.    Dr. Clarke-Pearson, you just mentioned the term

9  "risk factor."  How do you as an academic physician

10 define risk factor?

11 A.    So risk factor is a factor that increases the

12 risk of a malignancy -- in this case ovarian cancer --

13 and statistically increases the risk, and then in some

14 patients goes on to cause that cancer.  I think we

15 also feel there should be a logical mechanism by which

16 that risk factor is working.  I think for ovarian

17 cancer risk factors, we have established the mechanism

18 in all risk factors for ovarian cancer.

19 Q.    What is the mechanism you are referring to?

20 A.    There are several mechanisms.  I think the end

21 result is mutation of the normal cell to become a

22 malignant cell.  We have been talking about chronic

23 inflammation.  A good number of ovarian cancers are

24 caused by inflammation.  There are other things

25 besides talcum powder that cause inflammation, but

Clarke Pearson - Direct/Ms. O'Dell

1548

1    there is also the genetic mutation.

2          So the woman that has a BRCA 1 or 2 mutation

3    has that mutation.  She's inherited that mutation and

4    is at a significant increased risk.  So that's a risk

5    factor not every woman with those mutations develops

6    ovarian cancer, but they develop ovarian cancer in a

7    much higher frequency than if they didn't have that

8    mutation.

9          This is a list of risk factors I put together.

10   There might be another two.  The most significant is

11   the BRCA 1 and 2 mutations increase a risk from -- the

12   average woman in America today, has a risk of about

13   1.3 percent of developing ovarian cancer in her

14   lifetime; women with BRCA 1 mutations have about a 30

15   to 40 percent increased risk.  So a substantial

16   increased risk.

17         Other risk factors on this table, family

18   history of breast or ovarian cancer increases risk.

19   So understanding that, it is important.  Again, I

20   think that's genetics -- and it may be other BRCA 3 or

21   4  that we haven't identified yet, are being passed in

22   that family, and these SNPs that might increase the

23   risk to 5 or 6 percent.

24   Q.    Which of these risk factors are associated with

25   inflammation?

Clarke Pearson - Direct/Ms. O'Dell

1549

1  A.    I think starting with lifetime risk and on down

2  through -- lifetime ovulation, retrograde

3  menstruation, blood flowing from the uterus out

4  through the fallopian tubes.  Talcum powder products

5  and others are probably better illustrated on this

6  slide.  So I can walk through the different sorts of

7  reasons there is inflammation that then leads to

8  oxidative stress and gene mutations and cancer, and

9  all of these risk factors on this slide.

10        Retrograde menstruation means when the patient

11 has their menstrual period, the menstruation, the

12 menstrual fluid which has endometrial cells in it,

13 instead of coming out through the cervix and vagina,

14 some of it goes backwards, retrograde, out the

15 fallopian tubes, into the pelvis, landing on pelvic

16 surfaces and the ovary.

17        When it lands there, especially on the ovary,

18 it's a foreign body and it causes chronic

19 inflammation.  And in some patients -- well, we know

20 patients with endometriosis have an increased risk of

21 developing clear cell cancer of the ovary, which is an

22 epithelial ovarian cancer.

23        Obesity is an epidemic in the United States,

24 and it is a systemic inflammatory response.

25        So associated with many cancers -- breast

Clarke Pearson - Direct/Ms. O'Dell

1550

1    cancer, colon cancer, but also statistically

2    associated with ovarian cancer, and I think we

3    understand or believe that's secondary to this chronic

4    inflammatory response the body has to being obese.

5    I'm not enough of a scientist to tell you why that

6    happens, but it goes along with obesity.

7            Ovulation and frequent ovulation or incessant

8    ovulation have been identified as a risk factor for

9    ovarian cancer for decades, and I think the

10   explanation is one, again, of inflammation and

11   healing.

12           I've got a little video that might show the

13   Court what actually happens in ovulation.

14   Q.   Why don't you walk us through this.

15   A.   So this is going to be an ovary.  At the time of

16   ovulation, in mid-cycle, a follicle has been

17   developing from the last menstrual period up until

18   about midway through that menstrual cycle.  Usually

19   midway the patient ovulates.  So that follicle

20   contains follicular fluid, and so it's -- you can see

21   it.

22           It's like a little cyst or maybe a blister

23   that ultimately -- and so the fallopian tube is over

24   here.  It's not very clear, but it's right beside it,

25   and the idea here in normal reproduction is that egg

Clarke Pearson - Direct/Ms. O'Dell

1551

1   is going to come out of this  follicle, bursts out

2   through there.  If all things go well, the fallopian

3   tube captures this fertilization and the patient is

4   pregnant with the embryo in the uterus.  But we're

5   just talking about ovulation right now.

6           So this ovulatory event, this event of

7   ovulation -- go ahead and run the video some more.

8   This follicle expands and ultimately, however, you

9   want to say it explodes and that ovum comes flying

10  out.  This is the ovum in this follicular fluid.  It's

11  going to burst forth.

12          Now, the issue is what's happening here is

13  whether it's a blister that's ruptured or a pimple

14  that's ruptured, but this healing that has to happen.

15  That's the follicular fluid bursting out, and the egg

16  or ovum coming out.  But this is where the problem

17  lies.

18          This ovarian epithelium has to heal, and the

19  healing process requires growth and stimulation.

20  Growth factors come in here, cytokines come in, there

21  is an inflammatory response, and then hopefully it

22  heals.  But in some cases this increases the risk of

23  epithelial ovarian cancer by ovulating.

24          The evidence on the other side of the coin is

25  if you stop ovulation by using birth control pills, by

Clarke Pearson - Direct/Ms. O'Dell

1552

1  pregnancy, by breast feeding, which stops ovulation in

2  most cases, women that have any of those factors have

3  a reduced risk of developing ovarian cancer.  So

4  stopping ovulation reduces the risk of ovarian cancer.

5  So that's the inflammatory and repair process that

6  results in ovarian cancer, the epithelium in some

7  women.

8       Other things that cause chronic inflammation,

9  polycystic ovarian syndrome is a condition that has

10  many cysts on the ovary.  Patients are infertile and

11  obese usually as a chronic inflammatory response to

12  that ovary.

13       Pelvic inflammatory disease, which is usually

14  caused by gonorrhea and Chlamydia is successfully

15  treated with antibiotics.  So that patient that's

16  successfully treated doesn't have a chronic

17  inflammatory response.  But some women will have

18  chronic inflammatory disease and the epidemiology

19  shows those patients with chronic pelvic inflammatory

20  disease have a higher risk statistically of developing

21  ovarian cancer.

22       And then talcum powder and asbestos exposure

23  that we're talking about today, the evidence shows

24  chronic inflammatory response to the ovary and

25  peritoneum which then leads to this oxidative stress

Clarke Pearson - Direct/Ms. O'Dell

1553

1    production of cytokines and then gene mutations, and

2    those mutations result in cancer.

3    Q.    Very quickly.  Are there protective factors?

4    You mentioned one and that is reduced ovulation.

5    Would pregnancy reduce ovulation, that would be a

6    protective factor?

7    A.    Yes, protective factors would be use of birth

8    control pills.  Use of oral contraceptives for five

9    years in a woman's life reduces the risk by about 40

10   to 50 percent.  We should be using birth control pills

11   to prevent ovarian cancer.  It is not labeled that way

12   but it could be.  Unfortunately, you think about it

13   just as a birth control.  But it could be used as a

14   preventive, and I use it in some patients who are high

15   risk.

16        Pregnancy, a woman doesn't ovulate during

17   those nine months of pregnancy.  Women that breast

18   feed in general do not ovulate.  So those reduce the

19   risk.  I mentioned previously tubal ligation and

20   hysterectomy also reduce the risk of ovarian cancer.

21   Q.    You have talcum powder and asbestos exposure on

22   your slide as an inflammatory risk factor for ovarian

23   cancer.  Has it been reported in the literature that

24   talcum powder is a risk factor for ovarian cancer?

25   A.    Yes, widely reported in the recent literature,

Clarke Pearson - Direct/Ms. O'Dell

1554

1    yes.

2    Q.    Let me ask you, Doctor, before we talk about

3    some of those specific references, just to explain

4    something to us about:  Is it your opinion talcum

5    powder causes an inflammatory response?

6    A.    Yes.

7    Q.    You showed the video of ovulation and the

8    injury, if you will, to the epithelial surface of the

9    ovary during the normal cycle.  Can you explain to us

10   how those work together, how the presence of talcum

11   powder in that setting could intensify an inflammatory

12   response?

13   A.    Certainly.

14         Well, in some parts of the body, such as the

15   lung, there is a clearance mechanism in the lung with

16   mucous and cilia that gets particles out of the lung.

17   In the ovary there is no clearance mechanism to get

18   things out.  So if talcum powder were present at the

19   time of ovulation and it became embedded in that

20   healing process, so that talc particle is now embedded

21   in the ovarian epithelium, the body can't get rid of

22   it.  That is a chronic irritant and causes chronic

23   inflammation, and there are studies that have shown

24   talc within not just on the surface of the ovary, but

25   in ovarian tissue.

Clarke Pearson - Direct/Ms. O'Dell

1555

1    Q.    Let's transition now to some of the publications

2    that recognize talcum powder as a risk factor for

3    ovarian cancer.  An article by Hunn and Rodriguez.  Is

4    Hunn and Rodriguez the next publication?

5    A.    This is a review article on ovarian cancer

6    etiology, what causes ovarian cancer, risk factors and

7    the epidemiology.

8    Q.    Do they include a table of the risk factors for

9    ovarian cancer?

10   A.    Quickly going to the table, they list risk

11   factors here that I listed most on the other slide to

12   simplify things.  One of the risk factors they

13   identify is inflammation, and of the inflammation

14   endometriosis causing inflammation, pelvic

15   inflammatory disease, but on this list they also

16   include perineal talc exposure as an inflammatory risk

17   factor for epithelial ovarian cancer.

18   Q.    Also there is the Mallen reference.  Are those

19   four of the references that you reviewed and relied on

20   in sort of evaluating whether talcum powder is a risk

21   factor?

22   A.    All these address talcum powder and identify it

23   as a risk factor.

24   Q.    Tell us about the Mallen article, please.

25   A.    This is a relatively recent paper and it's a

Clarke Pearson - Direct/Ms. O'Dell

1556

1  review paper.  It's basically addressing the risk

2  factors.

3  Q.    Do they include a table of the risk factors for

4  ovarian cancer?

5  A.    In this study the authors attempted to segregate

6  these epithelial ovarian cancer cell types from --

7  separating serous from high grade serous, low grade

8  serous, endometrioid and clear cell subtypes of

9  epithelial cancer, and then they assign risk factors

10  for each of these subtypes of epithelial ovarian

11  cancer.

12         In all serous you can see I highlighted it.

13  Genital powder use is a lifestyle risk factor.  So

14  something a woman would choose in her lifestyle to use

15  or not.  It's also associated with endometrioid and

16  clear cell carcinomas.  It's not clear that high grade

17  serous and low grade serous are associated but all

18  serous are associated with genital powder use.

19         The problem with some of this analysis is low

20  grade serous is a very small number fraction of all

21  serous cancers.

22  Q.    Did you also consider the book chapter from

23  Cancer Prevention and Screening by -- edited by Eeles,

24  and did they list talcum powder as a lifestyle risk

25  factor?

Clarke-Pearson - Direct/Ms. O'Dell

1557

```
 1   A.    Yes.  They sort of break it down into different
 2   risk factors.  In the category of lifestyle there is
 3   other lifestyle issues that women and men can choose,
 4   whether it's alcohol use, obesity, cigarette smoking,
 5   but talc use is also listed as a lifestyle risk
 6   factor, and talc in the genital area has consistently
 7   been shown to increase the risk of ovarian cancer and
 8   is not recommended by these authors of this textbook.
 9   Q.    Lastly, Dr. Clarke-Pearson, did you consider the
10   Vitonis publication that assessed risk factors for
11   ovarian cancer?
12   A.    I did.  This is from 2011.  So it's not brand
13   new.
14         In this study the authors were going beyond
15   just listing risk factors to adding weight to risk
16   factors and trying to create a formula, if you will,
17   using these eight risk factors to create a scoring
18   system.  They tried to evaluate a specific patient who
19   might have not none of these risk factors or might
20   have one or might have eight.
21         And so of the eight risk factors they included
22   Jewish ethnicity, goes along with BRCA mutations, less
23   than one year of oral contraceptive use, I won't read
24   all of this, and then they added or included talc use
25   as one of the eight risk factors that would fit into
```

Clarke-Pearson - Direct/Ms. O'Dell

1558

1    this formula to come up with a score.

2    Q.    Dr. Clarke-Pearson, why is it significant that

3    talcum powder is being reported as a risk factor for

4    ovarian cancer in the literature?

5    A.    I'm sorry.

6    Q.    Why is it significant that talcum powder is

7    being reported as a risk factor for epithelial ovarian

8    cancer in the literature?

9    A.    Well, again, I think it's a lifestyle choice.

10   It is not something a woman needs to do.  There is

11   just no medical indication to use talcum powder on the

12   perineum.  If it is recognized as a risk factor and a

13   woman can choose not to use talcum powder and reduce

14   her risk of ovarian cancer, then why not in my

15   perceptive.

16   Q.    Dr. Clarke-Pearson, you shared with us this

17   morning that you've practiced in the field of

18   gynecology for, I think, probably 40 years.  Is that a

19   fair assumption?

20   A.    I think that's fair.

21   Q.    Would it also be fair to say that you have done

22   thousands of pelvic exams over your career?

23   A.    Yes, I probably do 25 every Thursday.

24   Q.    We heard a lot in this litigation about

25   migration, and, specifically, there have been

Clarke Pearson - Direct/Ms. O'Dell

1559

1    arguments made by the defendants that it's impossible

2    for talcum powder to migrate from the perineum to the

3    fallopian tubes and ovaries.  Is that true?  What's

4    your opinion?  And please describe for us your reason

5    for reaching your opinion.

6    A.    We'll get to these articles in a second that

7    show migration from the vagina to the ovary.  I think

8    that's quite clear.

9         It seems to me that the argument that's being

10   put up is something from the perineum from the vulva

11   from the outside skin can't get into the vagina.

12   There is no lid or door -- I suppose if a young girl

13   had an imperfect hymen, that might be the only way

14   there is a barrier.  Otherwise, the vulva and vagina

15   are in continuity with each other and then in

16   continuity with the cervix, uterus, fallopian tubes.

17        So it's just well accepted in the gynecology

18   community, obstetrics and gynecology community that

19   the conduit or the connection between the outside

20   world and the vagina and cervix and uterus are there.

21   It's quite obvious.  There is no sphincter.

22        We think about the rectum.  There is an anal

23   sphincter we can hold things in with.  There is no

24   sphincter in the vagina.  There is a sphincter on the

25   urethra and we can hold in urine and we can hold in

Clarke Pearson - Direct/Ms. O'Dell

1560

1   poop with our rectal sphincter, but there is no

2   sphincter on the vagina.  So it's just open, and

3   depending upon other factors a woman that has a baby

4   vaginally, and the vagina opens to 10 centimeters to

5   allow a baby to come out, that is just in continuity

6   back and forth.  So I think the gynecology community

7   believes and recognizes that this is a direct

8   connection.

9   Q.    I know you've reviewed the literature, some of

10  which is on the screen.

11        In addition to your training and experience

12  and your knowledge as an academic physician who has

13  practiced for more than 40 years, what is some of the

14  literature that supports your opinion that talcum

15  powder can migrate?

16  A.    We can spend a lot or little time.  These are

17  all human experiments where the first one, carbon

18  particles, were put in the vagina, radioactive

19  particles were put in the vagina, glove powder just on

20  pelvic examination came off the gloves.  It was not

21  intentionally put in the vagina.  It was just glove

22  powder.

23        In those three papers, migration from the

24  vagina to the fallopian tube and ovary occurred within

25  24 hours.  Then you could say:  Well, wait a minute.

Clarke Pearson - Direct/Ms. O'Dell

1561

1   This is a particle.  It doesn't have any motility to

2   it.  It's just a carbon particle or radioactive

3   microsphere.  How did it get there?

4        So this paper on uterine peristaltic pump,

5   it's been well demonstrated with ultrasound that the

6   uterus actually has -- the uterus is contracting in

7   labor to push the baby out.  But the uterus during the

8   menstrual cycle contracts and has a retrograde so it

9   pumps upward, if you will, and that pumping mechanism

10  increases in the early part of the menstrual cycle

11  until the mid-cycle, right before the follicle comes

12  out, before the egg comes out of the follicle.  That

13  gets the maximum pumping mechanism in a retrograde

14  fashion which pumps things up and works toward getting

15  that egg into the fallopian tube.

16       It also can pump sperm, and that's intense.  I

17  think biologically, the pump is pulling sperm.  If we

18  just put sperm in the cervix and believe it is going

19  to get to the tubes in a very short period of time,

20  the sperm is motile, but it doesn't move that fast.

21  The experiments with this peristaltic pump shows that

22  sperm moves much faster than what would be expected up

23  into the fallopian tube to hopefully achieve pregnancy

24  because of this peristaltic pump.

25       So there is this pump that's going backward,

Clarke Pearson - Direct/Ms. O'Dell

1562

1    and it is a demonstration of putting microspheres on

2    the cervix at different points in the menstrual cycle.

3    In mid-cycle, when you want to biologically optimize

4    pregnancy, that pump is bringing sperm up into the

5    uterus and fallopian tubes.

6            So whether it's the pump bringing up sperm or

7    bringing up talcum powder or other things, it pumps or

8    pulls that up.  It's not just a passive flow, because

9    there's been arguments I've read where:  Well, there

10   is a flow out of the uterus, menstrual period, and

11   that sort of thing, and that's true.  But this

12   peristaltic pump in mid-cycle, when there is not a

13   menstrual period, is actually going the other

14   direction, pulling things up into the fallopian tubes.

15   Q.   Has the presence of talcum powder in the ovary

16   been evidenced by studies of pathology?

17   A.   Yes.

18   Q.   Let me ask another question, just about the

19   normal activities of a woman.  Does a woman's daily

20   activities affect particles or environmental agents

21   entering the vagina?

22   A.   I would think so.  Let's just talk about sexual

23   intercourse for a second.  If there is talcum powder

24   on the vulva and the woman is having vaginal

25   intercourse, I would think it's very plausible, it's

Clarke-Pearson - Direct/Ms. O'Dell

1563

1    hard to believe that it wouldn't happen that the

2    talcum powder would be introduced into the vagina, and

3    all these studies support the ascension migration all

4    the way up to the fallopian tube.

5            Using a tampon, riding a bike or a horse, I

6    think many of those daily activities would result in

7    making the vagina accessible to any product that's on

8    the vulva.

9    Q.    Dr. Clarke-Pearson, do you understand that the

10   FDA has written that it's indisputable that talcum

11   powder can migrate to the ovary?  Have you heard that?

12   A.    I read that in one of their letters, yes.

13   Q.    Is that in agreement with your opinion?

14   A.    I think that's what I have been saying.  I'm in

15   agreement with the FDA on that topic.

16   Q.    Let's transition from migration and talk just

17   briefly about inhalation.  Did you consider inhalation

18   as another route of exposure to the ovary?

19   A.    Yes.  I think it's possible.

20           THE COURT:  Possible or probable?

21           THE WITNESS:  I think it's plausible.  It's

22   less likely than the ascension through the vagina and

23   the genital application.  I think it's much stronger.

24           THE COURT:  But you would use the word

25   "plausible"?

Clarke Pearson - Direct/Ms. O'Dell

1564

1       THE WITNESS:  Yes.

2    BY MS. O'DELL:

3    Q.    Doctor, I skipped this slide regarding the

4    pathology studies.  Is there any particular study you

5    want to comment on?

6    A.    I think I sort of, in answering one of your

7    questions, said, yes, that talc has been found to be

8    embodied in the ovaries.  There are two studies up

9    there, '71 and '96, and talc has been found in pelvic

10   lymph nodes which had to, in my mind, ascend through

11   the vagina and into the lymphatics and out from the

12   pelvic organs out into the lymphatics on the pelvic

13   side wall, and then asbestos has been found in the

14   ovaries.

15   Q.    Doctor, I'm going to skip a few slides here.

16        THE COURT:  Are we finished on inhalation?

17        MS. O'DELL:  Do you have any questions about

18   inhalation, your Honor, other than the one you asked?

19        THE COURT:  He just said it's plausible.  I

20   want to understand why and what you think the

21   mechanism is?

22        THE WITNESS:  There is evidence that talcum

23   powder that's inhaled can migrate to the ovary through

24   either lymphatics or through the bloodstream.  It's

25   much less likely, but I think the mechanism is there.

Clarke Pearson - Direct/Ms. O'Dell

1565

1   This is an IARC statement from, I believe, 2012 that

2   says that inhalation and dermal contact through

3   perineal application of talcum powders are primary

4   routes of exposure.

5            THE COURT:  What do you think that inhalation

6   was based on?  That comment in there, what did they

7   rely on?

8            THE WITNESS:  I think they are relying on --

9   I'm not sure.  I would be speculating.

10           THE COURT:  Thank you.

11  BY MS. O'DELL:

12  Q.    Doctor, you said earlier that talcum powder

13  causes inflammation.  You mentioned in vitro studies.

14  I think you mentioned animal studies as well.

15           Would you just walk through some of the

16  evidence you are aware of in humans that talcum powder

17  causes inflammation.

18  A.    Sure.  The inflammation question is one that I

19  think are probably two good examples.  Early in my

20  training in the early 1970s, talcum powder was on

21  surgical gloves, and we were told, instructed to, once

22  we had our gloves on, and the talcum powder made the

23  gloves go on easier, to wash the outside of our

24  gloves.

25           So we would go to a basin and wash the gloves

Clarke Pearson - Direct/Ms. O'Dell

1566

1    because it was found that talcum powder that lands

2    inside the pelvis or abdomen causes inflammation,

3    which results in scarring, adhesions, which we didn't

4    want to cause especially in women we are operating on

5    where we don't want to cause adhesions in their

6    fallopian tubes and cause infertility, and could cause

7    granulomas, which are an inflammatory response trying

8    to wall off talcum granules.  So it's pretty good

9    evidence in my opinion it causes inflammation.

10         The other part that's quite obvious and used

11   medically even today is what's called pleurodesis

12   where talcum powder is stuck through or a needle of

13   some sort into the pleural space between the lung and

14   chest wall with the intention of scarring the lung to

15   the chest wall.

16         This is in situations in my patients with

17   ovarian cancer that have fluid which is called pleural

18   effusion in their chests, the space between the lung

19   and the chest wall.  It's filled with fluid being

20   caused by the cancer.  The patient then develops

21   respiratory distress, and it's very uncomfortable.  So

22   we put in a chest tube, drain that fluid to let the

23   lung expand, and then put talc in and scar the two

24   together to prevent that fluid from reaccumulating.

25   The mechanism by which that scarring happens is

Clarke-Pearson - Direct/Ms. O'Dell

1567

1    inflammation.

2    Q.    Dr. Clarke-Pearson, is it generally-accepted

3    that inflammation causes cancer?

4    A.    Chronic inflammation causes cancer.

5    Q.    And as part of your review in this case, did you

6    consider the Balkwill article that describes that

7    inflammatory process?  This is Exhibit 98.

8          So Balkwill, this was a review paper?

9    A.    Right.  This was a review paper in Lancet, which

10   is a very prominent New England Journal, and Lancet

11   are probably the two most prominent medical

12   publications.

13         In the Lancet this review article is talking

14   about inflammation and cancer, and it's not just

15   ovarian cancer.  It's talking about the evidence that

16   inflammation, chronic inflammation causes a variety of

17   different cancers.

18   Q.    Doctor, just briefly, would you walk us through

19   what is being depicted in terms of inflammation

20   causing cancer.

21   A.    This is an illustration from that review article

22   that's sort of in a cartoon diagram, describes what's

23   happening, starting over here on the left with normal

24   cells.  They could be ovarian epithelium, that this

25   chronic inflammation causes tissue damage and chronic

Clarke Pearson - Direct/Ms. O'Dell

1568

1    infection, if it's pelvic inflammatory disease or

2    chronic inflammation impacts these cells.

3           These cells react.  They try to heal.  That's

4    the normal process.  Cytokines and chemokines are

5    created, but this process of healing doesn't always

6    occur because there is chronic inflammation, and so

7    cells then become mutated.  And we start working our

8    way down this process.

9           This is sort of a gradual progression of

10   malignancy going from left to right.  So the DNA

11   damage that occurs by this chronic inflammation,

12   growth stimulation.  The cancer cells that are now

13   developing don't have the same apoptosis mechanism.

14   So programmed cell death is apoptosis, which is what

15   normal cells go through, but cancer cells don't as

16   much, and so they continue to grow instead of go

17   through that cycle of programmed cell death.

18          Angiogenesis is cell death.  For that early

19   cancer to really take hold and grow, it needs to have

20   a blood supply, and these malignant cells and the

21   products that they are making, growth factors,

22   vascular endothelial growth factors, one product being

23   made by these cells stimulates angiogenesis, growth of

24   blood vessels into the tumor, and also these cells are

25   producing products that are hiding those cancer cells

Clarke Tedson - Direct/Ms. O'Dell

1569

1   from the immune system, so the immune system isn't

2   recognizing them as abnormal.

3          So all of this allows the promotion and

4   development of a malignancy.  But it all starts back

5   here at this inflammatory process.

6   Q.    Is this process you just described also true

7   about epithelial ovarian cancer?  There have been some

8   arguments made by defense experts that inflammation

9   does not cause epithelial ovarian cancer.  Is that

10  true?

11  A.    I disagree with that.  And we're talking about

12  talc today predominantly, but I showed you on the

13  slide other things that are causing chronic

14  inflammation, whether it's chronic pelvic inflammatory

15  disease, endometriosis, obesity.

16         So chronic inflammation is what I think we

17  believe, it's not just my belief, causes ovarian

18  cancer in many circumstances aside from those that

19  have gene mutations.

20  Q.    Is there a figure from the Shan and Liu

21  publication?  Did you review this publication?

22  A.    Yes, I reviewed this as another review article.

23  It specifically talks about ovarian cancer.

24         MS. O'DELL:  If we go to the figure.

25  Q.    Doctor, briefly we talked about cancer

Clarke Pearson - Direct/Ms. O'Dell

1570

1   generally; and if you could become more specific in

2   your discussion about how inflammation causes ovarian

3   cancer.

4   A.    I think this is the same representation but in a

5   diagram form of ovulation, that rupture of the ovarian

6   capsule and epithelium and healing process that

7   happens here.  All those cytokines and chemokines and

8   prostaglandins that are produced in that healing

9   process are all active right here on this ovarian

10  surface.

11          If we could blow this up.

12          This is a diagram representation.  These are

13  epithelial cells on the surface of the ovary, and

14  below that is the stroma or fibroblast, fibrous tissue

15  that these cytokines, chemokines, and prostaglandins,

16  growth factors that are out here after ovulation, and

17  then other things that are causing inflammation, like

18  talcum powder, impact this ovarian epithelium and

19  stimulate the premalignant growth of these epithelial

20  cells.

21  Q.    Doctor, let's transition just for a moment and

22  specifically talk about the components of talcum

23  powder.  What's your understanding of the components

24  of talcum powder?

25  A.    Certainly.

Clarke Pearson - Direct/Ms. O'Dell

1571

1       The majority, as I understand it, is platy

2  talc, but it also includes fibrous talc, asbestos

3  particles, heavy metals and chemicals that make up the

4  fragrance of talcum powders.

5  Q.    Is asbestos, fibrous talc and heavy metals, do

6  you understand them to be known carcinogens?

7  A.    Known carcinogens, yes.

8  Q.    Do they work through an inflammatory mechanism?

9  A.    Yes.

10 Q.    Is that generally accepted that that's the mode

11 by which they induce carcinogenesis?

12 A.    Yes.

13 Q.    Does the presence of those components in talcum

14 powder contribute to your opinion in this case?

15 A.    Yes, it does, but I think the epidemiology just

16 takes talcum powder as a whole product.  So what's in

17 it is hard to identify what specifically is the

18 carcinogen.  Maybe it's all there.  I don't think

19 anybody has been able to dissect that out.

20 Q.    Did they provide evidence of a biologically

21 plausible mechanism by which talcum powder can cause

22 ovarian cancer?

23 A.    Yes.  A number of carcinogens can cause and do

24 cause ovarian cancer.

25 Q.    Finally, Doctor, is it your opinion that the

Clarke Pearson - Direct/Ms. O'Dell

1572

1    genital use of talcum powder causes epithelial ovarian

2    cancer?

3    A.    Yes, it's my opinion.

4    Q.    Do you hold that opinion to a reasonable degree

5    of medical certainty?

6    A.    Yes, I do.

7         MS. O'DELL:  I have nothing further, Doctor.

8    Thank you so much.

9         THE COURT:  We'll take our break now and then

10   start the cross.

11        You can step down, Doctor.

12        THE DEPUTY CLERK:  All rise.

13        (Recess.)

14        (Continued on the next page.)

15   ///

Clarke-Pearson - Cross/Ms. Brown

1573

1        THE DEPUTY CLERK:  All rise.

2        THE COURT:  Thank you.

3

4    **DANIEL CLARKE-PEARSON**, resumed.

5

6    CROSS-EXAMINATION

7    BY MS. BROWN:

8    Q.    Good morning, Dr. Clarke-Pearson.

9    A.    Good morning.

10   Q.    Doctor, to your absolute credit, you have spent

11   the last 40 years of your professional life treating

12   women with suspected or diagnosed gynecologic cancers.

13   Correct?

14   A.    Yes.

15   Q.    And that would include ovarian cancer?  Correct?

16   A.    Yes.

17   Q.    You have published hundreds of articles in the

18   field of gynecologic oncology?

19   A.    About 250.

20   Q.    You have been a leader in some of the

21   gynecologic oncology organizations you spoke to us

22   about, SGO and SCOG.  Correct?

23   A.    Yes.

24   Q.    For 40 years you have researched and taught and

25   practiced in the field of gynecologic oncology.  Fair?

Clarke-Pearson - Cross/Ms. Brown

1574

1   A.    Yes.

2   Q.    But in over 40 years of practice,

3   Dr. Clarke-Pearson, you have never told a patient that

4   talcum powder caused her ovarian cancer.   True?

5   A.    That's probably true.   I can't recall every

6   single patient I talked to.   I rarely had the question

7   asked of me.

8          MS. BROWN:   Permission to read, your Honor.

9          THE COURT:   YES.

10  Q.    Can we looked at B-10.   Dr. Clarke-Pearson, this

11  is from your deposition on February 4th, 2019.   You

12  were asked at line 11:

13         "QUESTION:   Have you ever told a patient that

14  talcum powder caused her ovarian cancer?

15         "ANSWER:   No."

16  A.    Okay.

17  Q.    Dr. Clarke-Pearson, in your 40 years of

18  practice, you have never recommended increased

19  screening or monitoring for ovarian cancer based on a

20  patient's prior use of talcum powder products.   True?

21  A.    That's true, because I don't ask that question.

22  Q.    In over 40 years of practice you have never

23  recommended that a patient undergo prophylactic

24  surgery to remove her ovaries or fallopian tubes

25  because of her talcum powder use.   Correct?

Clarke Pearson - Cross/Ms. Brown

1575

1  A.    That's true.

2  Q.    The patient intake form that was in use at the

3  University of North Carolina while you chaired the

4  Department of Gynecologic Oncology, did not ask

5  patients about whether or not they used talcum powder?

6  True?

7  A.    That's true because we feel it is not fair to

8  make a patient feel guilty raising the issue how she

9  developed ovarian cancer once she already has it.

10         THE COURT:  I guess the question is, though,

11  any of your patients that come in put aside whether

12  they have been diagnosed with ovarian cancer, if they

13  are coming in for appointments of any kind, is there

14  something that's used in the questionnaire, do your

15  forms anywhere ask that of any of the gynecological

16  patients?

17         THE WITNESS:  Not at this time.

18  Q.    And, in fact, Doctor, as of the date of your

19  deposition, the University of North Carolina and the

20  department that you chaired for 13 years never advised

21  women that perineal use of talcum powder can cause

22  ovarian cancer true?

23  A.    I have a faculty of 75 faculties, so I cannot

24  tell you what was advised by my faculty that takes

25  care of patients that don't have ovarian cancer.

Clarke Pearson - Cross/Ms. Brown

1576

1    MS. BROWN:  Permission to read, your Honor.

2    THE COURT:  Yes.

3   Q.    This is B-10, your February 4th, 2019,

4   deposition in this matter, page 96, lines 5 through

5   10.  You were asked, Doctor:

6    "QUESTION:  As of today, the University of

7   North Carolina and the department that you chaired do

8   not advise women that perineal use of talcum causes

9   ovarian cancer.  Correct?"

10   There was an objection.

11   "ANSWER:  That's correct."

12   A.    Maybe I misunderstood the question as:  Was I

13   advising?  I don't know what my faculty advised.

14   Q.    You have never advised your patients that talcum

15   powder use causes ovarian cancer?

16   A.    So the answer from me and my patients who have

17   ovarian cancer, no, I don't advise them because I

18   think that would just add to their mental anguish and

19   guilt, that maybe they caused something which they may

20   have.  It's not going to help me take care of that

21   patient that has ovarian cancer.

22   Q.    Your patients are moms and sisters and aunts,

23   and you don't advise them that they should not be

24   purchasing an over-the-counter product for their

25   family that you believe causes ovarian cancer.  True?

Clarke-Pearson - Cross/Ms. Brown

1577

1   A.    That's true.

2   Q.    You have given a number of presentations over

3   the course of your career, but you had never given any

4   presentation anywhere on the relationship between

5   talcum powder and ovarian cancer.  Correct?

6   A.    I believe there is a chapter I wrote in 1985

7   that references talcum powder as a possible risk for

8   ovarian cancer.

9         MS. BROWN:  Permission to read, your Honor.

10        THE COURT:  Yes.

11  Q.    At your February 4th, 2019, deposition, you were

12  asked:

13        "QUESTION:  Have you ever given any

14  presentation on the relationship between talcum powder

15  and ovarian cancer?

16        "ANSWER:  No."

17        You have also, Dr. Clarke-Pearson, published a

18  number of articles on ovarian cancer.  Correct?

19  A.    Yes.  You have to show me which ones you want to

20  talk about.  Most are clinical trials and treatment.

21  Q.    None of those articles discuss your theory that

22  talcum powder causes ovarian cancer?

23  A.    That was not the intent of any of those

24  articles.

25  Q.    So the answer to my question is correct, none of

Clarke-Pearson - Cross/Ms. Brown

1578

1    your articles discuss your theory talcum powder causes

2    ovarian cancer.   True?

3    A.    That's right, because that's not the intent of

4    any of those articles.

5    Q.    You would agree with me, Dr. Clarke-Pearson, and

6    I heard you mention it this morning, that the

7    potential association between talcum powder and

8    ovarian cancer has been reported in the literature for

9    decades.   Correct?

10   A.    That information has been gathering over time.

11   Q.    And, in fact, at your deposition you told us

12   that you yourself have been aware of the potential

13   association since your residency back in 1975.

14   Correct?

15   A.    That's true.

16   Q.    But the truth is, Dr. Clarke-Pearson, that it

17   wasn't until the end of 2018, after you were hired by

18   the plaintiffs' lawyers, that you formed the opinion

19   that talcum powder causes ovarian cancer.   True?

20   A.    No.   I formed my opinion before I was hired by

21   the lawyers.

22        MS. BROWN:   Permission to read, your Honor.

23        THE COURT:   Yes.

24   Q.    At your February 4th, 2019, deposition, page

25   104, lines 3 through 24, you were asked -- talking

Clarke Pearson - Cross/Ms. Brown

1579

1    about a video that we will talking about in a little

2    bit:

3            "You did not tell the viewers that talcum

4    powder was associated with a cause of ovarian cancer.

5    Is that right?

6            "ANSWER:  That's correct.  Because at that

7    point in time I didn't believe it was causative.

8            "QUESTION:  It wasn't until after being

9    retained in this case and around the time that you

10   concluded your review in November of 2018, that you

11   formed that opinion."

12           There was an objection.

13           "ANSWER:  As I was preparing to offer an

14   opinion I did this review and came to that opinion,

15   yes.

16           "QUESTION:  If we try to put a time on it, it

17   would be toward the latter part of 2018, once you had

18   completed your review that you told us about in

19   connection with this litigation.  Correct?

20           "ANSWER:  Yes."

21           I want Dr. Clarke-Pearson --

22   A.   Can you tell me when the video you are

23   referencing the very time is?

24   Q.   I'll ask you some questions about it.  We're

25   going to get to it.  Right now I want to talk about

Clarke-Pearson - Cross/Ms. Brown

1580

1    some other publications you had in your field over the

2    years.

3           In 1993 you authored a publication regarding

4    mutations of the p53 gene and ovarian cancer.  Do you

5    recall that?

6    A.    Not really.  I was a co-author and that was a

7    long time ago.  Do you have that in the exhibits?

8    Q.    Absolutely.  You were asked about this paper at

9    your deposition a few months ago.  Do you recall that?

10   A.    I do.

11   Q.    You can find it in your binder up there,

12   Dr. Clarke-Pearson, at tab 501.  We'll also bring it

13   up on the screen to aid you.

14          Do you recall, Dr. Clarke-Pearson, talking

15   about this article a few months ago in your deposition

16   and --

17   A.    I'm not listening to you while I'm trying to

18   find this.

19          MS. BROWN:  May I approach to help him?

20          THE COURT:  Yes.

21          (Pause.)

22   Q.    Have you got that in front of you?

23   A.    Yes.

24   Q.    This was an article you were a co-author on back

25   in 1993 regarding the p53 gene in ovarian cancer.

Clarke-Pearson - Cross/Ms. Brown

1581

1    Correct?

2    A.    Correct.

3    Q.    And one of the things that you note in this

4    article is that approximately one-half of human

5    epithelial ovarian cancers have mutations in the p53

6    gene.  Correct?

7    A.    That's what we found.

8    Q.    And what you concluded in this article with your

9    co-authors back in 1993 is that "p53 mutations in

10   ovarian cancer arise because of spontaneous errors in

11   DNA synthesis and repair rather than a direct

12   interaction of carcinogens with DNA.  These molecular

13   data you and your co-authors noted here in your

14   article, these molecular data are consistent with data

15   from epidemiologic studies that have failed to

16   demonstrate a convincing relationship between exposure

17   to environmental carcinogens and the development of

18   ovarian cancer."

19         That's what you wrote in 1993.  Correct?

20   A.    That's what my lead author wrote and I was a

21   co-author, yes.

22   Q.    Doctor, just to orient us as we walk through

23   your field and testimony, you told us a moment ago you

24   first became aware of the potential association of

25   talc and ovarian cancer during your residency in 1975.

Clarke-Pearson - Cross/Ms. Brown

1    True?

2    A.    That's right, based on Johns Hopkins data from

3    Woodruff and Parmley.

4    Q.    We just looked at an article from 1993 which you

5    were a co-author on in which you concluded that most

6    environmental carcinogens are not linked to p53

7    mutations.  Right?

8    A.    That's what that article said, yes.

9    Q.    I want to take a look at another article that

10   you wrote, Dr. Clarke-Pearson, in 2009, and you can

11   find that in the very next tab in the binder in front

12   of you at 502.  This is an article -- if we can bring

13   it up on the screen -- that you were in fact the sole

14   author of.  Correct?

15   A.    This is an invited review article from the New

16   England Journal, and I was the sole author, yes.

17   Q.    And the New England Journal of Medicine we can

18   agree is a prestigious medical journal.  Correct?

19   A.    I said that earlier, yes.

20   Q.    The article here is entitled, "Screening For

21   Ovarian Cancer."  Correct?

22   A.    Yes.

23   Q.    One of the things you were telling us earlier

24   today is that by the time you treat patients, they in

25   many cases already have ovarian cancer.  Correct?

Clarke Pearson - Cross/Ms. Brown

1583

1    A.    Yes.

2    Q.    But part of your research and the focus of your

3    40 years in this area has also been on how to screen

4    women for ovarian cancer and how to prevent women from

5    getting ovarian cancer.  Correct?

6    A.    Yes.

7    Q.    And in this particular article you posed a

8    hypothetical -- you were posed a hypothetical at the

9    beginning, and the article deals with circumstances in

10   which a physician should consider screening a woman

11   for ovarian cancer.  Correct?

12   A.    No.  It is not intended -- the article concludes

13   that we are not able to screen for ovarian cancer.  So

14   I was not encouraging physicians to screen for ovarian

15   cancer because there was no mechanism in 2009 or in

16   2019 on how we can screen for ovarian cancer.

17   Q.    I'm not trying to quibble with you on this.

18   A.    I'm just stating what this article is intended

19   to say.

20   Q.    Let's see if we can understand each other, what

21   this article is about.

22         The article starts out with a description of a

23   putative plaintiff who has come to her physician with

24   this description.  Fair enough?

25   A.    That's the case.

Clarke Pearson - Cross/Ms. Brown

1584

1  Q.    And you review throughout the article the state

2  of knowledge of ovarian cancer, and you include a

3  discussion of some risk factors for ovarian cancer.

4  Correct?

5  A.    Some risk factors.

6  Q.    And your ultimate conclusion in this article is

7  this woman should not be screened for ovarian cancer.

8  Correct?

9  A.    Because we don't have any screening methods to

10 use.  So why would we screen.

11 Q.    That's unfortunately one of the terrible things

12 about ovarian cancer is that we don't have a way to

13 screen women for ovarian cancer.  Correct?

14 A.    That's correct.

15 Q.    And what you note in connection with this

16 article, Doctor, is you comment on that very thing.

17 And if we could look at page 2, second column, top

18 paragraph, one of the things you are talking about is

19 that because there is no obvious precursor lesion,

20 screening has to focus on early detection of invasive

21 cancer.  Correct?

22 A.    Where does it say "early detection"?

23 Q.    Very top.  Because there is no obvious precursor

24 lesion.  Are you with me?

25 A.    Yes.  That wasn't highlighted.

Clarke Pearson - Cross/Ms. Brown

1585

1   Q.   "Screening must focus on early detection of

2   invasive cancer."  Correct?

3   A.   That's the whole idea of any screening for

4   cancer.

5   Q.   What you go on to state in this 2009 article in

6   the prestigious New England Journal of Medicine is

7   that risk factors other than age, a family history of

8   ovarian or breast cancer, and the presence of a BRCA

9   mutation are poorly understood, and approximately 90

10  percent of ovarian cancers appear to be sporadic.

11  Correct?

12  A.   Yes.

13  Q.   In this 2019 article, 2009 article in the New

14  England Journal of Medicine, you made no reference to

15  talc as a causative agent or a risk factor for ovarian

16  cancer.  True?

17  A.   There are a number of other risk factors that we

18  didn't include in that study because, again, you can't

19  screen for ovarian cancer.

20  Q.   In your 2009 article in the New England Journal

21  of Medicine you make no reference to talc as a

22  causative agent in ovarian cancer.  Is that correct,

23  Doctor?

24  A.   I didn't make the reference to that or didn't

25  make the reference to incessant ovulation,

Clarke-Pearson - Cross/Ms. Brown

1586

1    endometriosis, pelvic inflammatory disease, for

2    example.

3    Q.    In fact, what you did is you called out three

4    risk factors, right?  Age, family history, and BRCA

5    mutation.  Correct?

6    A.    Yes.

7    Q.    And for the others you wrote that they are

8    poorly understood.  Correct?

9    A.    Yes.

10   Q.    In 2011, Dr. Clarke-Pearson, you did some work

11   with the Society of Gynecologic Oncologists as you

12   have over the course of your career.  Correct?

13   A.    Yes.

14   Q.    And you were part of a publication which can be

15   found at 530 in your binder -- and if we could bring

16   that up -- called "Pathways to Progress in Women's

17   Cancer, a Research Agenda Proposed by the Society of

18   Gynecologic Oncologists."

19         Just to orient us, Dr. Clarke-Pearson, you

20   have held some leadership positions in that

21   organization, including being the president.  True?

22   A.    Correct.

23   Q.    And in this particular publication, Pathways to

24   Progress from 2011, your name appears here on the

25   first page as the immediate past president of this

Clarke Pearson - Cross/Ms. Brown

1587

1    Society.  Correct?

2    A.    Yes, as a cover letter to the membership.

3    Q.    If we could look at the first paragraph of the

4    cover letter to this publication, you and the then

5    president write in the third sentence, you give a

6    little context for what this report is in fact about,

7    and you say:

8         "To make our vision a reality, SGO has in this

9    research report entitled, Pathway to Progress In

10   Women's Cancers, identified and outlined the areas of

11   research by diseases upon which the women's cancer

12   community should focus for the next decade."

13        Do you see that, Doctor?

14   A.    Yes.

15   Q.    So part of this publication, what this was to

16   progress in women's cancer was to identify areas of

17   research and to improve research and study in the

18   field of gynecologic cancers.  True?

19   A.    Certainly, that's what we want to do.

20   Q.    And on page 17 of this document, Doctor, one of

21   the things that you write about is similar to what we

22   have been talking about, the idea that screening for

23   ovarian cancer is notoriously difficult.  Correct?

24   A.    Yes.

25   Q.    And you have a section in this publication from

Clarke Pearson - Cross/Ms. Brown

1588

1    2019 that talks about how to prevent ovarian cancer or

2    what preventive action could be taken.  Correct?

3    A.    Yes.

4    Q.    And in this section entitled "Prevention in

5    2019," you make mention of a number of risk factors

6    for ovarian cancer.  True?

7    A.    These are high risk factors, true.

8    Q.    And those risk factors that you included in this

9    80-page Pathways to Progress document states as

10   follows:

11        "Family history and inherited risk are the

12   strongest risk factors for the development of ovarian

13   cancer but they cannot be modified.  Obesity is a

14   known risk factor for the development of ovarian and

15   many other cancers."

16        Do you see that?

17   A.    Yes.

18   Q.    You go on to talk about protective factors for

19   ovarian cancer.  Is that correct?

20   A.    Yes, and I talked about them earlier today.

21   Q.    Mr. Williams reminded me that I did not say the

22   year of this publication, but it was from 2011.

23   Correct?

24   A.    Yes.

25   Q.    So in 2011, this publication from the Society of

Clarke Pearson - Cross/Ms. Brown

1589

1  Gynecologic Oncology, which mentions prevention of

2  ovarian cancer and risk factors, did not include any

3  discussion of talc as a causative agent for ovarian

4  cancer.  Correct?

5  A.    That's not shown there, yes.

6  Q.    And the purpose or at least the title of this

7  document is "Pathways to Progress in Women's Cancer."

8  Correct?

9  A.    It's encouraging us to continue research to

10 find, for example, screening methods, other ways to

11 prevent ovarian cancer, better ways to treat it.  It

12 was a comprehensive outline how we would like to

13 progress, and it was intended for many audiences,

14 including the National Cancer Institute that was not

15 funding cancer research adequately in our opinion.

16 Q.    We will talk about the NCI a little bit later.

17 In the Pathway to Progress, a Research Agenda Proposed

18 for the Society of Gynecological Oncology, in which

19 your name appears in 2011, this document made no

20 mention that talc causes ovarian cancer.  Correct?

21 A.    From what you have shown me.  I can't recall

22 this whole thing from 2011.  You implied I'm the

23 author.  I'm not the author of this publication.

24 Q.    At this time you were the immediate past

25 president of this Society.  Correct, Doctor?

Clarke Pearson - Cross/Ms. Brown

1590

1    A.    I was immediate past president.  I wasn't the

2    author of this publication.

3    Q.    And you authored the cover page of the document

4    that follows.  Correct?

5    A.    Yes.

6    Q.    And you referred to this research report as an

7    effort to outline areas of research in which the

8    women's cancer community should focus for the next

9    decade.  Correct?

10   A.    We're trying to develop an agenda for a variety

11   of audiences to encourage research, to improve the

12   outcomes of women with ovarian cancer.

13   Q.    And you made no mention in your cover letter or

14   in the document itself of talc causing ovarian cancer.

15   Correct?

16   A.    And other risk factors, that's true.

17   Q.    Now, in 2014, Doctor, you appeared on a Fox News

18   interview.  Do you recall that?

19   A.    Yes.  It was in Greensboro, North Carolina, a

20   very brief morning piece for women that are doing the

21   laundry that lasted about two minutes maybe.

22   Q.    And I imagine you were also interested in

23   reaching women who were not doing the laundry.  This

24   was an effort to reach all women --

25   A.    Anyone who was available at 10 o'clock in the

Clarke-Pearson - Cross/Ms. Brown

1591

1  morning, yes.

2  Q.    But it was an effort to get the word out about

3  ovarian cancer, for all women, regardless of whether

4  they were folding the laundry at 10 o'clock?

5  A.    Exactly. Anybody who was listening, I was happy

6  to have them hear me.

7  Q.    I would like to take a look at it and ask you a

8  couple of questions about it, if we could.

9          (The video was played.)

10  Q.    Now, Dr. Clarke-Pearson, we can agree, of

11  course, on this television interview, one of the

12  things you were endeavoring to do is to help women.

13  Right?

14  A.    Absolutely.

15  Q.    You go on in that interview to encourage women,

16  if they think they have signs of ovarian cancer, to go

17  to their doctor and ask to be checked out.  Right?

18  A.    That's correct.

19  Q.    And one of the things you said here is "I hope

20  this clip encourages women to get better care and to

21  detect ovarian cancer earlier."  Right?

22  A.    Yes.

23  Q.    One of the things you did in connection with

24  your effort to help women is you listed some of the

25  risk factors for ovarian cancer.  Correct?

Clarke-Pearson - Cross/Ms. Brown

1592

1    A.    I listed some of the high risk factors, yes.

2    Q.    You did not advise the Fox viewers in 2014 that

3    they shouldn't go to the drugstore and buy talcum

4    powder because it causes ovarian cancer.  Correct?

5    A.    That was not mentioned along with a lot of other

6    things.

7    Q.    And the reason you didn't mention that,

8    Dr. Clarke-Pearson, in 2014 is because in 2014 you

9    didn't believe that talc causes ovarian cancer?

10   A.    I didn't believe it, but there was certainly

11   mounting evidence that we had to start thinking

12   seriously about that issue.

13   Q.    In 2014, Doctor, five years ago, you did not

14   believe the opinions that you've come into this

15   courtroom to give us today.  You did not believe that

16   talc causes ovarian cancer?

17   A.    I've learned a lot in the last two years.

18   Q.    In fact, it wasn't until you became an expert in

19   this litigation that you came to believe that talc

20   causes ovarian cancer.  Correct?

21   A.    I became an expert after I believed that talc

22   caused ovarian cancer, not the other way around.

23   Q.    Well, let's talk a little bit about how you got

24   involved in this litigation.

25         You know one of the plaintiffs' lawyers.

Clarke Pearson - Cross/Ms. Brown

1593

1    Correct?

2    A.    Yes.

3    Q.    You actually went to medical school with

4    Dr. Thompson.  Correct?

5    A.    Not true.

6    Q.    You were at medical school at the same time.

7    Correct?

8    A.    I was a resident in obstetrics and gynecology

9    when Dr. Thompson was a medical student, and I didn't

10   know her at that time.

11   Q.    And it was through Dr. Thompson you got involved

12   in this litigation.  Correct?

13   A.    She asked me if I would evaluate whether I

14   believed talcum powder caused ovarian cancer or not

15   before I started in on my methodologic review of the

16   literature.

17   Q.    At the time Dr. Thompson approached you, you had

18   been a practicing gynecologic oncologist for 40 years.

19   Correct?

20   A.    Thereabouts, yes.

21   Q.    At the time Dr. Thompson approached you, you did

22   not hold the opinion that talcum powder causes ovarian

23   cancer?

24   A.    I didn't hold an opinion at that time.  That's

25   true.

Clarke Pearson - Cross/Ms. Brown

1594

1    Q.    Dr. Thompson approached you in late 2017, early

2    2018.  Correct?

3    A.    I don't recall exactly when.

4    Q.    It wasn't until after you did a review for

5    Dr. Thompson that you came to the opinion that you now

6    hold here today.  Correct?

7    A.    I did a review for myself.  I'm not going to go

8    out and do something for Dr. Thompson because she

9    wants me to say something for her or her firm.  I have

10   a reputation, and I feel it's a strong reputation, and

11   I'm not going to sign on as somebody's hired gun.  So

12   I reviewed the literature in depth and came to the

13   conclusion talcum powder causes ovarian cancer.

14   Q.    You were compensated, of course, to review the

15   literature.  Correct?

16   A.    After I made a conclusion as to what my position

17   was, yes.

18   Q.    And you submitted an invoice for your review of

19   that literature.  Correct?

20   A.    Yes.

21   Q.    And you were compensated by the plaintiffs'

22   lawyers.  Right?

23   A.    As every expert witness.

24         THE COURT:  Did you serve as an expert?

25         THE WITNESS:  Witness, not in a product

Clarke Pearson - Cross/Ms. Brown

1595

1    liability, but in many malpractice cases.

2            THE COURT:  Not in a case like this before?

3            THE WITNESS:  No.

4    BY MS. BROWN:

5    Q.    And so if we can work a little bit with timing

6    and this board, Doctor, is it fair to say after

7    Dr. Thompson approached you about being an expert in

8    litigation and you reviewed the literature, you came

9    to the opinion that talcum powder causes ovarian

10   cancer.  Correct?

11   A.    Yes, after doing a Bradford Hill analysis.

12   Q.    And prior to that, though, prior to that time,

13   though, Dr. Clarke-Pearson, you were not of that

14   opinion.  Correct?

15   A.    I was not of that opinion.

16   Q.    I want to talk a little bit about whether or not

17   this opinion that you've come to hold in the last

18   couple of years after getting involved in this

19   litigation, whether that opinion is generally-accepted

20   in your gynecologic community.

21            I want to start by talking about the American

22   College of Obstetrics and Gynecology.  You would

23   agree, Dr. Clarke-Pearson, that that is a leading

24   organization in your field.  Correct?

25   A.    Yes, in obstetrics and gynecology.

Clarke Pearson - Cross/Ms. Brown

1596

1    Q.    It is one of the premier medical associations

2    for doctors like yourself who have dedicated their

3    professional life to gynecological oncology?

4    A.    The American College of Obstetrics and

5    Gynecology is more for general obstetricians and

6    gynecologists, and the Society of Gynecologic Oncology

7    is the premier organization for gynecologic

8    oncologists.

9    Q.    We're going to talk about that one next.  I want

10   to start with the American College of Obstetrics and

11   Gynecologists otherwise known in your field as ACOG.

12   Correct?

13   A.    Correct.

14   Q.    You have been a member of ACOG for decades.

15   Correct?

16   A.    Yes.

17   Q.    You have led numerous postgraduates and

18   continuing education courses sponsored by ACOG.

19   Correct?

20   A.    Yes.

21   Q.    You have served on a number of ACOG committees.

22   Correct?

23   A.    Yes.

24   Q.    You spoke about that with counsel this morning.

25   The gynecologic management committee is one of those.

Clarke-Pearson - Cross/Ms. Brown

1597

1    Correct?

2    A.    That's correct.

3    Q.    You have also served a three-year term on the

4    ACOG executive board.  Correct?

5    A.    Yes.

6    Q.    And as a practicing gynecologic oncologist, one

7    of the places you look for guidance regarding

8    potential risk factors for ovarian cancers are

9    professional organizations like ACOG.  Correct?

10   A.    They serve an educational role for general

11   obstetricians and gynecologists.

12   Q.    You know ACOG does not recognize talc as a

13   causative agent of ovarian cancer.  Right?

14   A.    You have to show me the publication.

15   Q.    I'll be happy to.

16         Let's take a look at, if we could -- and it's

17   in your binder, sir.  If you want a hard copy there,

18   at 515.  I think we have a slide we can probably use

19   for this.

20         Now, one of the things you know,

21   Dr. Clarke-Pearson, is that ACOG has a patient facing

22   website, and we spoke about it in your deposition

23   regarding risk factors for ovarian cancer.  Correct?

24   A.    Yes.

25   Q.    And this website that ACOG, one of the leading

Clarke Pearson - Cross/Ms. Brown

1598

1  organizations in your field, maintains is frequently

2  updated to stay up to date on the latest medical and

3  scientific information.  True?

4  A.    Yes.

5  Q.    And this page that we're looking at right now is

6  entitled, "What are the risk factors for ovarian

7  cancer?"  Correct?

8  A.    Yes.

9  Q.    And we can see that this particular one was

10  updated just a few months ago, in April of 2019.

11  Correct?

12  A.    Yes.

13  Q.    And ACOG lists a number of risk factors for

14  ovarian cancer.  True?

15  A.    Yes.

16  Q.    Some of these we have seen in your own

17  publications: age, family history, BRCA mutations.

18  Correct?

19  A.    Yes.

20  Q.    And some of these are new for us here, never

21  having had children.  Correct?

22  A.    I'm sorry?

23  Q.    New for our discussion this morning.  We have

24  not yet seen a publication listed, never having had

25  children, though, it's on ACOG's website?

Clarke Pearson - Cross/Ms. Brown

1599

1   A.    It has been in publications over the years

2   before this.   In our discussion, this is a new topic

3   such as Lynch Syndrome, and other things.

4   Q.    We can certainly agree ACOG does not list talcum

5   powder as a risk factor for ovarian cancer.  Correct?

6   A.    We can agree.

7   Q.    And certainly ACOG does not advise its people

8   who come to its website or look to it for scientific

9   advice, certainly does not advise that talcum powder

10  has been established as a cause of ovarian cancer.

11  Correct?

12  A.    They haven't published that, no.

13  Q.    And one of the things that ACOG has done for

14  people that look to ACOG for guidance is it in fact

15  puts out a statement regarding the alleged association

16  between talcum powder and ovarian cancer.  Correct?

17  A.    You have to again point me to that publication.

18  Q.    Sure.  In your binder, it is No. 523, and if we

19  could look at the entire document for a second, so we

20  can orient ourselves as to who this is from and what

21  is going on here.

22        What we see here, Doctor, is that in September

23  of 2017, the Executive Vice President and CEO of ACOG,

24  Dr. Lawrence, released the following statement on talc

25  use and ovarian cancer.  Correct?

Clarke Pearson - Cross/Ms. Brown

1600

1  A.    Yes.

2  Q.    And let's take a look at what the statement of

3  this leading gynecologic organization had to say.  If

4  we're able to blow that up, that would be great.

5        "Despite an observed association several

6  decades of medical research have not demonstrated a

7  direct causative link between the use of talcum powder

8  and ovarian cancer.  Although some case control

9  studies suggested an association, with a small

10 increase in risk, prospective cohort studies have not

11 demonstrated an increased risk.  It is important to

12 note that there are limitations associated with the

13 studies that have investigated this association, which

14 includes several types of bias, inadequate sample

15 sizes, and the rarity of the disease.  Because of

16 concerns regarding potential discomfort or pain,

17 obstetrician gynecologists do not recommend use of

18 vaginal treatments such as douche, vaginal sprays, or

19 talcum powder, and the use of talcum powder has

20 declined over the years.  There is no medical

21 consensus that talcum powder causes ovarian cancer."

22       That was the statement from the Executive Vice

23 President and CEO of ACOG in September of 2017.

24 Correct?

25 A.    Yes.  I'll disagree with that, but that's what

Clarke Pearson - Cross/Ms. Brown

1   he said.

2   Q.    And one of the things that ACOG does in addition

3   to providing information to potential patients or

4   women with ovarian cancer or suspected ovarian cancer

5   is it also provides information for clinicians.

6   Correct?

7   A.    Yes.

8   Q.    And one of the things that's available on ACOG's

9   website is a PowerPoint presentation about ovarian,

10  peritoneal and fallopian tube cancer.  And I would

11  like to ask you some questions about that.  You can

12  find it in your binder at tab 532.

13       Now, for this PowerPoint ACOG distributes for

14  clinicians it actually goes beyond established risk

15  factors and also identifies some suspected or possible

16  risk factors.  Do you see that, Doctor?

17  A.    Yes.

18  Q.    And this updated presentation is from January of

19  2017 and nowhere in the established or even suspected

20  or possible risk factors does ACOG identify talcum

21  powder as a risk factor for ovarian cancer.  True?

22  A.    That's true.  It's not on this slide.  I had

23  nothing to do with this slide.  I don't want you to

24  imply because I was a member of some committees on

25  ACOG at one point in time that I had anything to do

Clarke Pearson - Cross/Ms. Brown

1602

1  with Dr. Lawrence's statement or this PowerPoint.  I'm

2  not responsible for any of this.

3  Q.    I definitely want to be clear on that.  As of

4  today, you disagree with ACOG on this score.  Correct?

5  A.    Yes.

6  Q.    When Dr. Lawrence made his statement, though,

7  back in 2017, before you were hired as an expert in

8  this litigation, you were of the view that talcum

9  powder had not been established as a cause of ovarian

10 cancer.  True?

11 A.    It was not my view in 2017 because I hadn't done

12 the research that I've done now.

13 Q.    I would like to take a look at the most recent

14 statement from ACOG on this score, and it comes out of

15 your former committee, the Gynecologic Management

16 Committee.  This is a committee opinion that can be

17 found in your binder, Doctor, at 540.

18       Now, one of the things that the ACOG

19 committees, including the ones on which you served, do

20 from time to time is they issue committee opinions.

21 Correct?

22 A.    Yes.

23 Q.    In fact, your resume lists some of the many

24 opinions of which you were a part of during your time

25 in service on the Gynecologic Management Committee.

Clarke Pearson - Cross/Ms. Brown

1603

1  Correct?

2  A.    That's right.

3  Q.    And in 2019, ACOG's Gynecologic Management

4  Committee in fact recommended the use of talc

5  following gynecologic surgery in obese women.  Do you

6  see that?

7  A.    This is recommended to help an abdominal wound

8  heal, by closing inflammation and scarring and closure

9  to avoid seromas forming in obese women who have thick

10  layers of fat.  It has nothing to do with vaginal

11  talc.

12  Q.    The Gynecologic Management Committee on which

13  you once served has recently this year recommended the

14  use of talc for women who had undergone gynecologic

15  surgery.  Were you aware of that?

16  A.    Yes.  We're talking about abdominal incisions to

17  help them close and heal and not fall apart after

18  surgery in obese patients.  It has nothing to do with

19  perineal use.  They were not advising putting talc in

20  the pelvis after pelvic surgery.

21  Q.    That wasn't my question.  I just want to know if

22  you were aware that the committee on which you once

23  served as recently as this year is recommending the

24  medical use of talc?

25  A.    Yes, I was aware of that.

Clarke Pearson - Cross/Ms. Brown

1604

1    Q.    I want to talk about the Society of Gynecologic

2    Oncologists or SGO.  You are familiar with that

3    organization.  Correct?

4    A.    Yes.

5    Q.    And you have been a member of SGO for decades?

6    A.    Yes.

7    Q.    You in fact were the president of SGO from 2009

8    to 2010.  Correct?

9    A.    That's correct, '10 to '11.

10   Q.    SGO describes its mission as promoting

11   excellence in the care of women at risk for or

12   affected by gynecologic cancer through advocacy,

13   education, research and interdisciplinary

14   collaboration.  Right?

15   A.    It sounds like our mission statement.

16   Q.    And you would agree, of course,

17   Dr. Clarke-Pearson, that the doctors and the

18   scientists at SGO are working very hard to protect

19   women's health.  Correct?

20   A.    Yes.

21   Q.    And you know that just like ACOG, SGO makes

22   available for a potential patient's or healthcare

23   provider's information about the potential risk

24   factors for ovarian cancer.  Correct?

25   A.    Yes.

Clarke-Pearson - Cross/Ms. Brown

1605

1    Q.    And you know that SGO does not identify talc as

2    a risk factor for ovarian cancer?

3    A.    That's my understanding, yes.

4    Q.    And you know most certainly SGO does not

5    identify talc as an agent that has been identified as

6    causing ovarian cancer.  Correct?

7    A.    That's what I understand, yes.

8    Q.    Let's take a look at the SGO website, and we can

9    go to the slide for these.

10          Now, SGO, as you know, Doctor, actually has

11   quite a robust list of potential risk factors.

12   Correct?

13   A.    I don't know what you mean by that.

14   Q.    Well.  We had to put it on two slides.  Let's

15   take a look at what SGO advises.  They list, as we've

16   discussed, the BRCA mutations.  Correct?

17   A.    Yes.

18   Q.    They list Lynch Syndrome as a potential risk

19   factor?

20   A.    Yes.

21   Q.    And they list family history.  Correct?

22   A.    Yes.

23   Q.    If we can go to the second slide, their list

24   continues to include a number of different risk

25   factors for ovarian cancer, including age,

Clarke Pearson - Cross/Ms. Brown

1606

1   endometriosis, personal history of breast cancer.

2   Correct?

3   A.    Yes.

4   Q.    Nowhere on this two-page list from SGO of

5   potential risk factors of ovarian cancer does talcum

6   powder appear.  True?

7   A.    That's true.  Can you tell me when this was

8   published?

9   Q.    Absolutely.  This list is currently -- as we

10   downloaded it on September 12th, this is currently

11   available on SGO's website.

12   A.    Okay.

13   Q.    I want to talk about the Centers for Disease

14   Control and Prevention.  You are aware that they also

15   advise people looking to them as a resource of

16   potential risks factors for ovarian cancer.  Correct?

17   A.    Yes.

18   Q.    And if we could take a look at that slide.

19        Doctor, this is at tab 516.  This is what the

20   Centers for Disease Control and Prevention advises

21   anyone who comes to its website, as recently as

22   June 12th, of the risk factors of ovarian cancer, and

23   they include some of the many that we looked at this

24   morning.  Correct?

25   A.    Yes.

Clarke Pearson - Cross/Ms. Brown

1607

1    Q.    Age, right?  Middle age or older?

2    A.    Yes.

3    Q.    BRCA mutations, which we looked at,

4    endometriosis.  Correct?

5    A.    Yes.  All those things are on there, listed.

6    Q.    You know the CDC does not advise anyone going to

7    its website or looking to it as a source of scientific

8    information, does not advise that talcum powder causes

9    ovarian cancer.  Correct?

10   A.    That's correct.

11   Q.    And, in fact, the CDC actually recommends the

12   use of talcum powder in the genital area.  Does it

13   not?

14   A.    I'm not aware of that.

15   Q.    Let's take a look at the slide for us, and it's

16   tab 541 in your book, Doctor.

17         Are you aware the CDC in 2015 put out some

18   guidelines related to sexually transmitted diseases?

19   A.    I'm not aware of that.  I'm reading along with

20   you.

21   Q.    One of the sexually transmitted diseases the CDC

22   deals with is genital warts.  And the CDC, as recently

23   as 2015, advised of a potential treatment for genital

24   wart pain, and what it said is that if the pain is

25   intense, powder the genital area with talc.  Do you

Clarke Pearson - Cross/Ms. Brown

1608

1  see that, Doctor?

2  A.    Yes, they were talking about a short-term

3  treatment for pain, not some chronic use, on a daily

4  or weekly basis.

5  Q.    Well, the CDC doesn't say:  Be careful not to

6  use this too long because it causes ovarian cancer;

7  does it?

8  A.    Are they are talking about treating the pain?

9  Once the pain goes away, one would assume the patient

10  would stop using the treatment listed here, including

11  baking soda.

12  Q.    The CDC does not advise you should weigh the

13  risks of using talcum powder for your pain because we,

14  the CDC, believe it causes ovarian cancer.  Correct?

15  A.    That's correct.

16  Q.    You mentioned a little earlier this morning

17  "NCI."  Do you remember that?

18  A.    I may have said "NCI."  In what context?

19  Q.    In the context of looking for a governmental

20  organization to sponsor ovarian cancer research, you

21  were organizing efforts to get NCI to give more money

22  for ovarian cancer research.

23  A.    That was at SGO.

24  Q.    And the NCI is a part of the National Institutes

25  of Health.  Correct?

Clarke Pearson - Cross/Ms. Brown

1609

1   A.     Yes.

2   Q.     And, in fact, some of your research has been

3   funded by NCI over the years.  Is that correct?

4   A.     That's correct.

5   Q.     And one of the things the NCI does is it

6   produces guidance for physicians on the risk factors

7   for cancer.  Are you aware of that?

8   A.     No.

9   Q.     Let's take a look, if we could, in your binder,

10  Doctor, at 517.  If we could bring up the actual

11  document which is 517 and page 1.

12          This is a printout from the NIH, NCI website

13  regarding ovarian, fallopian tube and primary

14  peritoneal cancer prevention, and this is at the

15  health professional version.  Do you see that, Doctor?

16  A.     Yes.

17  Q.     Did you know that NIH put out a publication like

18  this?

19  A.     I was not aware of it.

20  Q.     One of the things NIH and NCI do here is they

21  review the strength of the evidence for some potential

22  risk factors.  And if we could take a look at page 12,

23  please, they have identified factors with inadequate

24  evidence of an association of ovarian, fallopian tube,

25  and primary peritoneal cancer.  Do you see that there,

Clarke Pearson - Cross/Ms. Brown

1610

1    Doctor?

2    A.    Yes.

3    Q.    One of the things this document from the

4    National Institutes of Health through the NCI that has

5    funded some of your research does is it identifies

6    factors that have inadequate evidence of an

7    association with perineal area risk of ovarian cancer.

8    Do you see that?

9    A.    Yes.

10   Q.    One of the factors with inadequate evidence that

11   NIH and NCI identified here is perineal talc exposure.

12   True?

13   A.    Yes.

14   Q.    And what the government cancer agency that we're

15   looking at, what they conclude here is that "the

16   weight of evidence does not support an association

17   between perineal talc exposure and an increased risk

18   of ovarian cancer."

19         Do you see that?

20   A.    And the references are out of date based on

21   today's discussion.

22   Q.    Let's take a look at when this document was

23   updated by the NIH, NCI, and we can find that at page

24   18?

25         See down there at the bottom the word

Clarke-Pearson - Cross/Ms. Brown

1611

1   "updated."  This was updated May 30th, 2019.  Do you

2   see that, Dr. Clarke-Pearson?

3   A.    I see that.  It doesn't mean it was really

4   adequately updated.  The meta-analysis that we talked

5   about this morning were in 2018, and they are not

6   included in this manuscript in terms of references.

7   Q.    Have you seen this before?

8   A.    No.  I'm quickly looking at the reference list

9   of 50 references.

10  Q.    I want to make sure you have enough time to look

11  at it.

12  A.    You are talking to me, and I'm trying to read.

13  Q.    I just want to direct your attention when you

14  get there, Doctor, to the updated date.  Are you with

15  me?

16  A.    I'm not sure where you are now.  Where are you?

17  Q.    Page 18 of 19 --

18  A.    The date this was updated?

19  Q.    Correct.

20  A.    I understand that's when they published it, but

21  they haven't updated the reference list of

22  meta-analysis like Penninkilampi.

23  Q.    The document we're looking at states in terms of

24  the date it was updated is May 30th, 2019.  We can

25  agree on that.  Right?

Clarke Pearson - Cross/Ms. Brown

1612

1    A.    Yes, but they failed to include up-to-date

2    references and analysis of the issues related to

3    talcum powder and ovarian cancer.

4    Q.    And what this document that we have been

5    reviewing from the NIH, NCI concludes is that the

6    weight of the evidence does not support an association

7    between perineal talc exposure and an increased risk

8    of ovarian cancer.  Correct?

9    A.    Based on inadequate evaluation, I've shown you

10   data today from references that are more up to date

11   that the NCI has apparently chosen or not been

12   complete in their evaluation of the topic that we're

13   talking about.

14   Q.    I want to take a closer look at some of the data

15   the NCI did review.  But as to the NCI's review of the

16   evidence that they state was updated in May, again,

17   that's not a process that you personally took part in.

18   Correct?

19   A.    I was not involved with this, no.

20   Q.    So you don't know the decision-making of the

21   scientists and professionals at NCI that went into

22   their determination that the weight of the evidence

23   does not support an association between perineal talc

24   exposure and an increased risk of ovarian cancer.

25   True?

Clarke Pearson - Cross/Ms. Brown

1613

1   A.    I don't know their process or who was involved

2   in any of that, no.

3   Q.    Now, let's take a look at page 12, and if we can

4   blow up that so we have it.

5         That first paragraph starts:

6         "The discussion of the scientific data on

7   perineal talc exposure and ovarian cancer."  And what

8   the scientists at the NIH state is that "the results

9   from case control and cohort studies are

10  inconsistent."

11        Do you see that?

12  A.    Yes.

13  Q.    And it goes on to talk about a pooled analysis

14  from the Ovarian Cancer Association Consortium.  Do

15  you see that?

16  A.    Yes.

17  Q.    You know what that is.  Right?

18  A.    Yes.

19  Q.    That's the Terry analysis on which you rely.

20  Correct?

21  A.    That's one of the many papers that we considered

22  as you got my analysis.

23  Q.    And, in fact, the reason -- one of the reasons

24  you cite the Terry paper in your expert report is for

25  the proposition that it showed a dose-response.  Do

Clarke Pearson - Cross/Ms. Brown

1614

1    you recall doing that?

2    A.    Possibly.   There are several others as well, and

3    this Terry report shows a statistically significant

4    increased risk of ovarian cancer, 24 percent, right

5    there on the bottom line.

6    Q.    When it comes to the score of dose-response, the

7    reason that you cited the Terry analysis -- let's take

8    a look at what the scientists at this government

9    health organization said.

10            Now, they said that this Terry study found a

11   modest increased risk of epithelial ovarian cancer --

12   A.    Statistically significant increase, yes.

13   Q.    Is it important, Doctor, that it's statistically

14   significant?

15   A.    It's one of the important things.  Relative risk

16   is also important.  Relative risk is increased by

17   24 percent.

18   Q.    But in terms of evaluating a scientific study,

19   you, as a doctor, as a gynecologic oncologist, it is

20   important to you that that confidence interval shows

21   statistical significance.  Is that right?

22   A.    That's not the only thing.  Weight of the

23   evidence is what's important.

24   Q.    What these scientists say is "but the trend

25   across increasing lifetime number of applications was

Clarke-Pearson - Cross/Ms. Brown

1615

1    not statistically significant."

2         Do you see that?

3    A.    Yes.  I'm trying to look at the references they

4    are using.  The first one reference 43 was from 2003,

5    which is out of date.  Terry was 2013.  There are

6    other references that I've included in my report that

7    talk about dose-response.  So they've cherry-picked or

8    they are just out of date with their references.

9    Q.    To focus you for a second, Dr. Clarke-Pearson, I

10   want to talk about the Terry analysis from 2013.  Are

11   you with me?

12   A.    I'm with you.

13   Q.    That is end note 44.  Right?

14   A.    Yes, for reference, 43.

15   Q.    You and I can agree you cited this study in your

16   report for the proposition that it showed a

17   dose-response.  Correct?

18   A.    Along with others.  The totality is what I have

19   been looking at as I make my analysis, not one paper

20   or report over another.

21   Q.    And what these government scientists state in

22   this document, concluding that there is inadequate

23   evidence of an association, what they say about the

24   Terry tape is that "increasing lifetime number of

25   applications was not statistically significant."

Clarke Pearson - Cross/Ms. Brown

1616

1     Correct?

2   A.    That's what that says, and there are other

3   papers that say that it is.

4   Q.    And one of the studies you spoke with us about

5   this morning, Doctor, was the Schildkraut study.  Do

6   you remember that?

7   A.    Yes.

8   Q.    That was a study from 2016.  Correct?

9   A.    Right.

10  Q.    These folks in fact go on to talk about it,

11  correct, case-control studies of African-American

12  women in the United States.  Do you see that?

13  A.    Yes.

14  Q.    And they go on to talk additionally about the

15  Women's Health Initiative prospective study.  Correct?

16  A.    Yes.  One of the cohort studies.  The

17  Schildkraut study showed a 44 percent increased risk

18  of ovarian cancer.

19  Q.    When considering all of the evidence, they came

20  to the conclusion that perineal talc exposure was not

21  adequate to support a risk for ovarian cancer.

22  Correct?

23  A.    Could you read back what she just said.

24  Q.    What the scientists at the NIH concluded is that

25  there is inadequate evidence of an association between

Clarke Pearson - Cross/Ms. Brown

1617

1   perineal talc exposure and ovarian cancer.  Correct?

2   A.    They didn't consider all the evidence.  The

3   evidence that they had, they can say that, but they

4   didn't consider all the evidence.

5   Q.    Doctor, the document said it was updated two

6   months ago?

7   A.    How come they didn't include references that are

8   more updated?

9   Q.    You don't have any personal knowledge why they

10  did or did not include any of the references here; do

11  you?

12  A.    No, I don't.  It's disappointing the National

13  Cancer Institute can't publish something that's more

14  up to date.

15  Q.    I want to talk a little bit, Doctor, about the

16  FDA.  You know, of course, in addition to ACOG to some

17  of the other organizations we've look at, the FDA has

18  also had an opportunity to review data on the alleged

19  association between perineal talc exposure and ovarian

20  cancer.  Correct?

21  A.    I'm not aware of what they published.

22  Q.    We talked about this a little bit in your

23  deposition.  Right?  You know the FDA received

24  something called a citizen's petition.  You are

25  familiar with that?

Clarke Pearson - Cross/Ms. Brown

1618

1    A.    I'm aware of that letter, yes.

2    Q.    Let's take a look at that letter which is 506 in

3    your binder.

4          Doctor, you are familiar generally with the

5    process of a citizen's petition.  Correct?

6    A.    You have to explain that to me.

7    Q.    You have seen, at least in connection with your

8    expert work for the plaintiffs in this lawsuit, you

9    have seen at least the documentation from the FDA

10   responding to a citizen's petition requesting an

11   ovarian cancer warning on talcum powder products?

12   A.    I'm aware of that.  I don't know the whole

13   process.

14   Q.    I want to talk about the FDA's review of the

15   scientific data and their conclusions about whether or

16   not talcum powder causes ovarian cancer?

17         Now, this document is from 2014.  Correct?

18   A.    Yes.

19   Q.    And as we just discussed, the FDA is responding

20   to a petition requesting that talcum powder products

21   have a warning regarding the risk of ovarian cancer.

22   Right?

23   A.    Yes.

24   Q.    And what the FDA concluded is that "after

25   careful review and consideration of the information

Clarke Pearson - Cross/Ms. Brown

1619

1    submitted in your petitions, the comments received in

2    response to the petitions, and review of additional

3    scientific information, this letter is to advise you

4    that the FDA is denying your petitions."

5            Right?

6    A.    That's what it says.

7    Q.    And what the FDA concluded is that the FDA did

8    not find that the data submitted presented conclusive

9    evidence of a causal association between talc use in

10   the perineal area and ovarian cancer.  Right?

11   A.    I don't know what data was submitted, and I

12   don't know what the analysis of the FDA was.  This

13   organization submitted a petition in 1994 and then

14   again in 2008, and the FDA finally responded in 2014.

15   I'm not quite sure what the process is that you are

16   alluding to, but it doesn't sound very timely, and the

17   FDA doesn't reference any references whatsoever here.

18   To me this is not a publication.  It's a letter

19   denying this petition.

20   Q.    Let's talk about what we do know, what's

21   contained in this letter.  Are you with me?

22   A.    I'm with you.

23   Q.    We do know this is a document from the Food &

24   Drug Administration in 2014.  Right?

25   A.    Right, in response to a letter from 1994.

Clarke Pearson - Cross/Ms. Brown

1620

1    Q.    And 2008.  See that?

2    A.    Right.

3    Q.    What we do know, what the FDA states in this

4    document, is that the FDA did not find that the data

5    submitted presented conclusive evidence of a causal

6    association between talc use in the perineal area and

7    ovarian cancer --

8    A.    That's what this says.

9    Q.    You are not aware of any other proclamation or

10   publication or document from the FDA that would

11   suggest that it has found a causal association between

12   talc and ovarian cancer?

13   A.    I'm not aware of any documentation from the FDA

14   evaluating talcum powder whatsoever.

15   Q.    Let's look at some of the details of the FDA's

16   evaluation in this document.

17         One of the pieces of information that the FDA

18   reviewed in connection with this document is found on

19   page 3, and it relates to the 1993 National Toxicology

20   Program report.  Do you see that?

21   A.    Yes.

22   Q.    Doctor, in fact, you cite that 1993 toxicology

23   report in your expert report in this case.  Correct?

24   A.    Yes, for a different reason.

25   Q.    You cite the 1993 NTP study in your report

Clarke Pearson - Cross/Ms. Brown

1621

1   following the sentence that says:

2           "Talcum powder is known to elicit an

3   inflammatory response in animals and humans."

4   Correct?

5   A.    Yes, continuing my belief that chronic

6   inflammation caused by talcum powder results in

7   ovarian cancer.

8   Q.    And just to orient us, let me put it up on the

9   screen so you and I are on the same page here.

10          This is your report in this case.  In the

11  section entitled "Inflammation and cancer," you state:

12          "Talcum powder is known to elicit an

13  inflammatory response in animals and humans."

14          And you have three cites there.  Right?

15  A.    Yes.

16  Q.    And one of them is this 1993 NTP study.  Right?

17  A.    Yes, which demonstrates inflammation caused by

18  talcum powder.

19  Q.    And you know the FDA made some conclusions after

20  it had the chance to review this 1993 NTP study.

21  Correct?

22  A.    Right.

23  Q.    And what the FDA included, included some of

24  those criticisms in this 2014 letter.  Correct?

25  A.    Yes.

Clarke Pearson - Cross/Ms. Brown

1622

1    Q.    And what the FDA concluded was that this 1993

2    NTP study lacks convincing scientific support because

3    of serious flaws in its design and conduct.  Correct?

4    A.    That's what the FDA is interpreting that.

5    Q.    One of the flaws the FDA identified was that the

6    investigators used micronized talc instead of consumer

7    grade talc.  See that?

8    A.    That was one of their criticisms.

9    Q.    From the FDA's view that resulted in the

10   experimental protocol not being reflective of human

11   exposure conditions in terms of particle size.  Do you

12   see that?

13   A.    I see that micronized talc is part of it, but it

14   is not the consumer grade talc.  I agree with you on

15   that type.

16   Q.    Do you understand there to be a difference

17   between micronized talc and the talc particles in

18   consumer grade talc?

19   A.    Yes.

20   Q.    You didn't mean to suggest they are the same

21   thing?

22   A.    No.

23   Q.    Another critique that the FDA had, was of this

24   study on which you rely in your report was that the

25   investigators conceded that they had problems with the

Clarke Pearson - Cross/Ms. Brown

1623

1    aerosol generation system.  Do you see that?

2    A.    Yes.

3    Q.    And a final critique the FDA notes here is that

4    the study did not include positive and negative dust

5    controls which would have permitted an exact

6    assessment of the talc's carcinogenicity relative to

7    the two control dusts.  Do you see that?

8    A.    This study wasn't designed to look at

9    carcinogenicity.  It was designed to look at chronic

10   inflammation.

11   Q.    And what the scientists at the FDA concluded is

12   that in light of all of those shortcomings, there was

13   a panel of experts at an FDA workshop that declared

14   this study on which you rely had no relevance to human

15   risk.  Do you see that?

16   A.    Yes.

17   Q.    And one of the other things the FDA did in

18   connection with the review of this request from a

19   citizen to label cosmetic talc with an ovarian cancer

20   warning is they reviewed the epidemiology.  Right?

21   A.    That's what they say they did, yes.

22   Q.    And one of the things that the scientists at the

23   FDA determined, based on their review of the

24   epidemiology, is that a dose-response evidence is

25   lacking.  Do you see that?

Clarke Pearson - Cross/Ms. Brown

1624

1  A.    Yes.  So, obviously, they didn't read the

2  literature that does show dose-response.

3  Q.    And to be clear, Doctor, the FDA's conclusion on

4  dose-response, that is different than yours.  True?

5  A.    Yes.  They don't even cite what references they

6  looked at to come to that conclusion.

7  Q.    You disagree with the FDA's conclusion that the

8  epidemiology does not show a dose-response.  Correct?

9  A.    I disagree, yes.

10  Q.    And you know, of course, that Health Canada,

11  they found the same thing.  Right?

12  A.    I didn't find a dose response.  I would have to

13  look at that manuscript again.

14  Q.    We can take a look at it later.  If true, you

15  would disagree with that as well?

16  A.    Yes.

17  Q.    Another thing the FDA found in reviewing the

18  epidemiology is that a cogent biological mechanism by

19  which talc might lead to ovarian cancer is lacking.

20  Do you see that?

21  A.    I see that.  In 2014 it was becoming quite clear

22  in the oncologic community that chronic inflammation

23  causes cancer.  So I guess the FDA missed those review

24  articles or primary articles.

25  Q.    I want to talk in depth, what you are relying

Clarke Pearson - Cross/Ms. Brown

1625

1   on, that a cogent biological mechanism has in fact

2   been established.  Before we do that, is it fair to

3   say you disagree with the FDA on this score?  Correct?

4   A.    Yes, I did.

5   Q.    You believe that a cogent biological mechanism

6   has been established.  Right?

7   A.    Yes.

8   Q.    And you believe that mechanism is inflammation?

9   A.    Chronic inflammation, yes.

10          MS. BROWN:  Your Honor, I don't know if this

11   is an appropriate spot to stop.

12          THE COURT:  We'll break now and be back in

13   45 minutes.

14          MS. BROWN:  Thank you, your Honor.

15          THE DEPUTY CLERK:  All rise.

16          (The luncheon recess is taken.)

17          (Continued on the next page.)

18   ///

19

20

21

22

23

24

25

Clarke-Pearson - Cross/Ms. Brown

1626

1          **A F T E R N O O N    S E S S I O N**

2

3          THE DEPUTY CLERK:  All rise.

4          THE COURT:  Thank you.

5

6   **DANIEL CLARKE-PEARSON,** resumed

7

8   CROSS-EXAMINATION (Continued)

9   BY MS. BROWN:

10  Q.    Welcome back, Dr. Clarke-Pearson.

11  A.    Good afternoon.

12  Q.    Just to orient us as to where we were before we

13  took the lunch break, we were talking about the 2014

14  FDA letter.  Do you recall that?

15  A.    Yes.

16  Q.    In fact, you and plaintiffs' counsel cited the

17  2014 FDA letter in your presentation to the Court this

18  morning.  Correct?

19  A.    Yes, for different reasons.

20  Q.    You cited part but not all of this FDA letter.

21  Correct?

22  A.    Yes.

23  Q.    You agree with part but not all of the FDA's

24  findings in 2014?

25  A.    The point of the FDA was there was a reasonable

Clarke-Pearson - Cross/Ms. Brown

1627

1  understanding on their part that migration was

2  something they believed in and supported.

3  Q.    And as it relates to the FDA's ultimate

4  conclusion that a causal association between talc use

5  in the perineal area and ovarian cancer had not been

6  established.  You disagree on that score.  Correct?

7  A.    Yes, ma'am.

8  Q.    We were talking about the FDA's finding that a

9  cogent biological mechanism by which talc might lead

10 to ovarian cancer was lacking.  Do you recall that?

11 A.    I see that, yes.

12 Q.    The truth, Dr. Clarke-Pearson, is that no one

13 knows for sure how ovarian cancer develops.  Would you

14 agree?

15 A.    I think there is mounting evidence and strong

16 evidence that in the case of talcum powder, it's

17 chronic inflammation that sets off the whole cascade

18 that results in cancer.

19       MS. BROWN:  Permission to read, your Honor?

20       THE COURT:  Yes.

21 Q.    Let's go to your deposition from February 4th,

22 and I would like to take a look at page 91, lines 19

23 through 23.  At your deposition you were asked:

24       "QUESTION:  Is it true that no one knows for

25 sure how ovarian cancer develops?"

Clarke Pearson - Cross/Ms. Brown

1628

1     There was an objection.

2     "ANSWER:  I guess no one knows for sure."

3     Correct?

4  A.    Yes.

5  Q.    One of the things you spoke to us about this

6  morning was the hypothesis that incessant ovulation

7  leads to inflammation.  Do you recall that testimony?

8  A.    That's not a hypothesis.  It seems to be

9  well-established in many studies for many years.

10 Incessant ovulation and inflammation, yes.

11 Q.    And in support of that testimony you showed the

12 Court an article by Shan and Liu.  Do you remember

13 that?

14 A.    I'll have to see it again.

15 Q.    Do you recall discussing this article this

16 morning?

17 A.    Yes.

18 Q.    This is a review article from 2009.  Correct?

19 A.    Yes.

20 Q.    That's five years before you were on Fox News

21 identifying risk factors.  Correct?

22 A.    Yes.

23 Q.    And one of the things -- and this review article

24 does not include new in vitro or in vivo research.

25 Correct?

Clarke Pearson - Cross/Ms. Brown

1629

1   A.    I would have to look at the references to see

2   what's new in the article or not.

3   Q.    Well, you presented this as part of your direct

4   examination.  Do you remember that?

5   A.    Yes.

6   Q.    You would agree with me it's a review article.

7   Right?

8   A.    Yes.

9   Q.    It is summarizing the state of science according

10  to these authors at the time.  Correct?

11  A.    Okay.  Up to that time.

12  Q.    I think the ELMO is somehow broken.

13        MS. BROWN:  One moment, your Honor.

14        (Pause.)

15  Q.    This review article from 2009 that you spoke

16  about this morning reports that:

17        "In an effort to identify the causes of

18  epithelial ovarian cancer a few hypotheses have been

19  put forward."

20        Do you see that?

21  A.    Yes.

22  Q.    And one of the theories or hypotheses that this

23  article that you spoke about this morning discusses is

24  the incessant ovulation hypotheses.  Right?

25  A.    Yes.

Clarke Peterson - Cross/Ms. Brown

1630

1  Q.    And it goes on to identify two additional

2  theories or hypotheses.  Correct?

3  A.    Yes.

4  Q.    And, in fact, when you referred to the incessant

5  ovulation potential mechanism in your report, you,

6  too, referred to it as a theory.  Correct?

7  A.    Okay.

8  Q.    Do you agree with me?

9  A.    Yes.

10  Q.    In fact, you reported that there are several

11  theories as to the origin of ovarian cancer.  Correct?

12  A.    Yes.

13  Q.    And you know that the hypothesis that ovarian

14  cancer could be caused by inflammation is something

15  that has been studied for a while now.  Correct?

16  A.    Yes.

17  Q.    And one of the articles in fact that you have on

18  your reliance list is a paper by the author Melissa

19  Merritt?

20       MS. BROWN:  For the record, it's Exhibit 511.

21  Q.    Now, this is a 2007 article by Melissa Merritt

22  entitled, "Talcum Powder Chronic Pelvic Inflammation

23  and NSAIDs in Relation to the Risk of Epithelial

24  Ovarian Cancer."

25       Do you see that?

Clarke Pearson - Cross/Ms. Brown

1631

1     A.     Yes.

2     Q.     This is one of the articles you reviewed in

3     connection with the opinion you gave to this Court

4     this morning.  This was actually an epidemiologic

5     study investigating the potential mechanism of chronic

6     inflammation in causing ovarian cancer.  Right?

7     A.     Yes.

8     Q.     And what the authors state is that "chronic

9     inflammation has been proposed as the possible causal

10    mechanism that explains the observed association

11    between certain risk factors such as talc."

12           Do you see that?

13    A.     Yes.

14    Q.     And what they conclude is that "chronic

15    inflammation does not play a major role in the

16    development of ovarian cancer."

17           Do you see that?

18    A.     Yes.

19    Q.     That's based on some of the results conducted in

20    this study in 2007.  Right?

21    A.     Yes.

22    Q.     And what the authors of the Merritt study note

23    back in 2007 is that until the present study, no other

24    epidemiological studies appear to have tested the

25    hypothesis that ovarian inflammation is associated

Clarke Pearson - Cross/Ms. Brown

1632

1   with ovarian cancer risk.  Do you see that?

2   A.    Yes.

3   Q.    What they go on to report in the study is a

4   number of results that support their conclusion that

5   chronic inflammation is unlikely to play a role in the

6   development of ovarian cancer.  And one of those

7   findings relate to something called pelvic

8   inflammatory disease.  Do you see that over here,

9   Doctor?

10  A.    I do.

11  Q.    Pelvic inflammatory disease is one of the

12  inflammatory conditions you spoke to the Court about

13  this morning.  Do you remember that?

14  A.    Yes.

15  Q.    What the authors of the Merritt study say in

16  2007 is that if inflammation plays a role in the

17  etiology of ovarian cancer, it would be expected that

18  PID, or pelvic inflammatory disease would be

19  associated with an increased risk of cancer.  See

20  that?

21  A.    I see that.  There are two types of pelvic

22  inflammatory disease.  Those that are acute and

23  treated with antibiotics and others that are chronic.

24  Q.    Do you see that sentence from the Merritt study?

25  A.    Yes.

1633

1    Q.    One of the things the investigators were looking

2    at was whether inflammatory conditions were at all

3    related to the risk of ovarian cancer.  Right?

4    A.    I understand.

5    Q.    Because if your theory is that chronic

6    inflammation causes ovarian cancer, you will expect to

7    see an association between inflammatory conditions

8    like PID and ovarian cancer.  Right?

9    A.    In chronic pelvic inflammatory disease, yes.

10   Q.    That's exactly what these investigators were

11   trying to get to the bottom of in this epidemiology

12   study that you reviewed in connection with your

13   opinions?

14   A.    There are other studies that support that PID is

15   a risk factor for ovarian cancer.

16   Q.    I want to talk about those.  Let's focus on this

17   paragraph here and get through this article.

18         What these investigators found in the Merritt

19   paper you reviewed was that PID was not associated

20   with elevated risk of ovarian tumors in our data

21   confirming several previous reports of no association

22   with PID in studies of all subtypes of ovarian cancer.

23   Do you see that?

24   A.    I see that.

25   Q.    Another thing that these investigators looked at

Clarke Pearson - Cross/Ms. Brown

1634

1  was NSAIDs.  Do you recall that?

2  A.     Yes.

3  Q.     The theory there being that, in fact, if it is

4  true that ovarian cancer is caused by an inflammatory

5  response, then an anti-inflammatory medication like

6  NSAIDs should reduce the risk.  Right?

7  A.     It depends what NSAIDs you study.

8  Q.     That's a theory.  Right?

9  A.     Theory.

10 Q.     These investigators looked into this, and this

11 is what they found:

12        "If inflammation did promote epithelial

13 ovarian cancer development, then it may be reasonably

14 expected that regular use of anti-inflammatory

15 medications would reduce risk.  However, no overall

16 association with ovarian cancer risk was observed in

17 the study."

18        Correct?

19 A.     There are other studies that show use of

20 long-term aspirin does reduce the risk.

21 Q.     My question was directed to that paragraph.

22 A.     This one paper in this one paragraph, I agree

23 what you read to me.

24 Q.     I'm going to talk about some of the other

25 studies you showed this morning to the Court in

Clarke Pearson - Cross/Ms. Brown

1635

1    support of your opinion that ovarian cancer is caused

2    by inflammation, but I want to start just with this

3    Merritt paper.

4         What these investigators found was that there

5    was no association observed between people taking

6    anti-inflammatories, and they did not see a

7    connection.  Correct?

8    A.    That's correct.

9    Q.    That led them to conclude that chronic

10   inflammation is unlikely to be a cause of ovarian

11   cancer.  Correct?

12   A.    That's their conclusion, yes.

13   Q.    This was back in 2007 right, Doctor?

14   A.    Yes.

15   Q.    And this theory that ovarian cancer may be

16   caused by inflammation, it has continued to be

17   studied.  Correct?

18   A.    Yes.

19   Q.    One of the studies that you showed this morning

20   in connection with your opinion that talc produces a

21   chronic inflammation that leads to cancer, one of the

22   studies you showed the Court this morning was the

23   Penninkilampi study.  Do you remember that?

24   A.    Yes.

25   Q.    And I got a set of the slides that you guys were

Clarke Peterson - Cross/Ms. Brown

1636

1     going to use this morning.  But when you did a

2     call-out from the Penninkilampi slide, that wasn't in

3     my prepared deck.  So what I did was I highlighted

4     what you guys had on the screen and I want to talk to

5     you about it.  Okay?

6           You spoke about Penninkilampi supporting a

7     chronic inflammatory mechanism.  Do you remember that?

8     A.    Yes.

9     Q.    And what you guys had up on the screen is what

10    I've highlighted in pink.  Do you see that?

11    A.    Yes.

12    Q.    It was sort of cut-and-paste.  You had the

13    paragraph on the left, and there was a little space,

14    and you had that one sentence on the right.  Did you

15    pick the sentences from Penninkilampi to put up?

16    A.    We had some points to make like you are making.

17    Q.    So you put that slide together?

18    A.    With the assistance --

19          MS. O'DELL:  It wasn't a slide, as you know.

20          MS. BROWN:  You did it on the fly.

21          MS. O'DELL:  Yes.

22    BY MS. BROWN:

23    Q.    I want to talk to you about what you and counsel

24    did on the fly as it relates to what you told the

25    Court Penninkilampi stood for, and I want to talk

Clarke Peterson - Cross/Ms. Brown

1637

1   about whether that really fits with what this article

2   says.

3        So you put up what's in pink, that it's been

4   proposed that talc may ascend from the vagina to the

5   uterine tubes and create an inflammatory response.  Do

6   you see that?

7   A.    Yes.

8   Q.    You left out the sentence above it that says:

9        "The mechanism by which perineal talc use may

10  increase the risk of ovarian cancer is uncertain."

11       Right?

12  A.    Yes.

13  Q.    This is the 2018 meta-analysis on which you rely

14  in your report.  Correct?

15  A.    Yes.

16  Q.    And what the authors of this study found is that

17  the mechanism is uncertain in 2018.  Correct?

18  A.    Yes.

19  Q.    And what they go on in the parts that were not

20  put up during your direct examination is they talk

21  about some of the reasons that the mechanism remains

22  unclear; do they not?

23       Do they not go on to talk about the proposed

24  hypothesis and some of the evidence in relation to

25  that hypothesis?

Clarke Pearson - Cross/Ms. Brown

1638

1    A.    Yes.   In this discussion.   The meta-analysis was

2    not -- this is all their discussion that goes on

3    beyond what the findings were in the meta-analysis.

4    Q.    And what they state is that it's been previously

5    proposed that talc may instigate a chronic

6    inflammatory response.   That's the part you showed the

7    Court.   Right?

8    A.    That's part of their discussions.

9    Q.    In support of their hypothesis, "It's been found

10   hysterectomy or bilateral tubal ligation in which

11   ovarian exposure to inflammatory mediators would be

12   significantly curtailed is associated with the

13   increased risk of ovarian cancer."

14         Correct?

15   A.    Yes, that's what is referenced there.

16   Q.    What they go on to say is that:

17         "However, the use of non-steroidal

18   anti-inflammatory drugs is not inversely associated

19   with the incidence of ovarian cancer as may be

20   expected if an etiology was related to chronic

21   inflammation"?

22   A.    Could you let me take a look at the two

23   references here?

24   Q.    It's A 109, and I want to talk about the part of

25   this article that you showed the Court this morning

Clarke Pearson - Cross/Ms. Brown

1639

1   that stood for the proposition that Penninkilampi --

2   that chronic inflammation is an established mechanism.

3   And the sentence I just read there, Doctor, states

4   that NSAIDs have not been inversely associated with

5   the incidence of ovarian cancer as would be expected

6   if chronic inflammation causes ovarian cancer.  Right?

7   A.    These two references, one of which is Merritt,

8   which you already went through, and there are other

9   references that show that the use of aspirin on a

10  continuous daily basis does reduce the incidence of

11  ovarian cancer.

12  Q.    Some of those studies are very recent; aren't

13  they?

14  A.    I can't remember when they were published.

15  There is evidence today, as we sit here in this

16  courtroom trying to evaluate the current evidence,

17  that aspirin does reduce the risk of ovarian cancer.

18  Q.    And one of the things that folks that have

19  written those aspirin articles, scratching their head

20  about this chronic inflammation hypothesis is that

21  those very same studies that have shown a low dose

22  aspirin to be protective have not found any protection

23  with NSAIDs.  Right?

24  A.    Aspirin is a non-steroidal anti-inflammatory.

25  Q.    Do you know the study I'm talking about, Doctor?

Clarke Pearson - Cross/Ms. Brown

1640

1    A.    Remind me.

2    Q.    We'll take a look at it in a minute.  You know

3    there have been inconsistent findings on whether or

4    not NSAIDs and aspirin in fact reduce the risk of

5    ovarian cancer.  Right?

6    A.    There are some that are positive.

7    Q.    And what this study that you put up this morning

8    and said, suggested that chronic inflammation was the

9    mechanism by which talc causes ovarian cancer, what

10   this study actually concludes is that the potential

11   mechanism by which genital talc is associated with an

12   increased risk of cancer, hence remains unclear.

13   Right?

14   A.    So this study by Penninkilampi is not looking at

15   that issue.  This is their discussion.  What they have

16   is a meta-analysis looking at the risk of developing

17   ovarian cancer, being exposed to talcum powder.  So

18   this is all part of their discussion about the

19   outcomes of their study and why things might have

20   happened the way they are.  This is not the intent of

21   the study, to talk about anti-inflammatories or

22   chronic inflammation.

23   Q.    And when you put your presentation to the Court

24   together, you highlighted what I have highlighted in

25   pink.  Correct?

Clarke Pearson - Cross/Ms. Brown

1641

1  A.    That's correct.

2  Q.    And you testified that Penninkilampi showed that

3  chronic inflammation from talc causes ovarian cancer.

4  Right?

5  A.    I don't recall testifying that it showed it, but

6  that there are other papers that do show chronic

7  inflammation as causing ovarian cancer and other

8  cancers.

9  Q.    And what this article actually says is that the

10  mechanism by which perineal talc use may increase the

11  risk of ovarian cancer is uncertain.  Correct?

12  A.    That's what they are saying, that's correct.

13  Q.    And what they actually say in this article, is

14  that NSAIDs findings have not supported the chronic

15  inflammation theory.  Right?

16  A.    With two references, and there are other

17  references one could use.

18  Q.    And what they actually said is that the Cox-2

19  study has not supported the mechanism.  Right.

20  Correct?

21  A.    That's what it says right there.

22  Q.    This Penninkilampi article does not support the

23  hypothesis that chronic inflammation causes ovarian

24  cancer?

25  A.    The paper is a meta-analysis supporting the

Clarke Pearson - Cross/Ms. Brown

1642

1  finding that use of endometrial talc increases the

2  risk statistically of ovarian cancer.

3  Q.    This is one of the most recent meta-analyses on

4  which you rely.  Correct?

5  A.    Yes.

6  Q.    This is one of the most recent meta-analyses

7  that has been done at all on the topic of talc and

8  ovarian cancer.  Correct?

9  A.    Yes.

10  Q.    And you put this article up this morning for two

11  propositions: one that it showed chronic inflammation

12  causes ovarian cancer.  Correct?

13  A.    In their discussion, yes.

14  Q.    And that is not at all what this article says.

15  Right?

16  A.    I think it does -- I need to speak to the Court,

17  if I can.  In a scientific peer-reviewed paper, a

18  discussion does not necessarily discuss everything

19  that's in the paper.  It can expand on this and become

20  more global, and that's what they are doing in this

21  discussion that we are going back and forth in yellow

22  and pink.

23          THE COURT:  Okay.  Let's see if you can answer

24  the question counsel just asked.

25          MS. BROWN:  Thank you, your Honor.

Clarke Pearson - Cross/Ms. Brown

1643

1    Q.    This article does not state that the chronic

2    inflammation is the mechanism by which talc causes

3    ovarian cancer?

4    A.    Right, that was not the intent of this article.

5    This is a meta-analysis looking at risk.

6    Q.    If we go back to the transcript and we see a

7    suggestion that you said otherwise, that would be

8    mistaken?

9    A.    I'm not quite sure I understand what you are

10   saying.

11   Q.    You also used this article this morning to

12   suggest that it proves that talc causes ovarian

13   cancer.  True?

14   A.    Yes.

15   Q.    Let's talk about whether what the authors

16   actually say fit the opinion that you gave on that

17   score.  Okay?

18   A.    Okay.

19   Q.    (Reading.)

20        "The evidence for the association between

21   perineal talc use and ovarian cancer is based on the

22   body of knowledge from observable studies, and most of

23   these have been retrospective case-control studies

24   prone to recall bias?"

25        Do you see that?

Clarke Pearson - Cross/Ms. Brown

1644

1    A.    I do.

2    Q.    (Reading.)

3          "Hence, while perineal talc use has not been

4    shown to be safe in a similar regard, a certain causal

5    link between talc use and ovarian cancer has not yet

6    been established."

7          Do you see that?

8    A.    I do.  This is in the introduction to their

9    paper explaining why they undertook this

10   meta-analysis.

11   Q.    The authors of the Penninkilampi paper state

12   that a causal link has not been established.  Do you

13   see that?

14   A.    This is in the introduction to the paper before

15   they did their study and reported their results.  They

16   are explaining why they did the study because they

17   felt a causal link hadn't been established, they did

18   their meta-analysis, and now we have a relative risk

19   that's statistically significant.

20   Q.    This paper did not conclude that talcum powder

21   causes ovarian cancer.  True?

22   A.    This paper shows a significantly elevated risk

23   of the use of talcum powder and the occurrence of

24   ovarian cancer.  So I think it says it causes ovarian

25   cancer.

Clarke Pearson - Cross/Ms. Brown

1645

1  Q.    Nowhere in this paper does it state that talcum

2  powder causes ovarian cancer?

3  A.    I would have to look at the words throughout the

4  whole paper and look for cause.  I can see what the

5  relative risk is. I could see what the statistical

6  risk is, and it increased significantly.

7  Q.    This is one of the six meta-analyses on which

8  you rely.  True?

9  A.    And all of them showed significant increase risk

10 of ovarian cancer with the use of perineal talc.

11 Q.    And this says a causal link has not been

12 established?

13 A.    That's in their introduction, yes.

14 Q.    What this article says is a mechanism remains

15 unclear.  Correct?

16 A.    That's what is in their introduction.

17 Q.    And another meta-analysis that was done in 2018

18 was the Berge analysis.  Correct?

19 A.    Yes.

20 Q.    And incidentally, Doctor, one of the things your

21 methodology here was to rely on the meta-analyses.

22 Correct?

23 A.    In the end, my methodology evaluated all the

24 case-control, cohort and one pooled study, and the

25 meta-analysis.  The meta-analysis I feel are more

Clarke Pearson - Cross/Ms. Brown

1646

1  powerful because they include many more studies.

2  Q.    What you tell us in your report is that while

3  recent case-control studies and cohort studies are

4  compelling, you feel meta-analysis studies, because

5  they include larger numbers of patients, results in a

6  greater statistical power.  Right?  That's what you

7  said in your report.

8  A.    Okay.  If it says it in the report, yes.

9  Q.    You wrote it, right?

10  A.    I'm trying to find it.

11  Q.    It's on the screen right at the top.  Are you

12  with me?

13  A.    Yes.

14  Q.    So these are your words in your report, that

15  while case control and cohort studies are compelling,

16  you feel that meta-analyses are much stronger.  Right?

17  A.    Yes.

18  Q.    Those are the words you wrote in your expert

19  report here.  Right?

20  A.    Yes.

21  Q.    And then you created a chart of a number of

22  pooled analyses or meta-analyses.  Correct?

23  A.    And I failed to have one on there, which is

24  Berge.

25  Q.    We spoke about Penninkilampi.  That found the

Clarke Pearson - Cross/Ms. Brown

1647

1    mechanism is uncertain.  Right?

2    A.    That's what they say in their discussion.

3    Q.    And another 2018 meta-analysis that you left off

4    of the list was the Berge meta-analysis.  Right?

5    A.    Yes.

6    Q.    What was your methodology for creating this list

7    and how did Berge get left off?

8    A.    It was clearly an oversight on my part.  I'll

9    admit to human error.

10   Q.    And what the authors of the Berge 2018

11   meta-analysis find on this issue of biological

12   plausibility is that the biological basis and

13   plausibility of a possible carcinogenic effect of talc

14   on the ovaries is still not understood and remains

15   questionable.  Right?

16   A.    Again, in their discussion it wasn't the intent

17   of this meta-analysis to determine the plausibility of

18   what the carcinogenic effect was.

19   Q.    What the authors of the Berge 2018 meta-analysis

20   found is that the mechanism by which talc could cause

21   ovarian cancer is not understood and remains

22   questionable.  Right?

23   A.    It didn't find that in this study.

24   Q.    Those are the words in the study on the page

25   that we're looking at.  Right?

Clarke Pearson - Cross/Ms. Brown

1648

1   A.    It didn't say that they found it.

2   Q.    The opinion of the authors as documented in the

3   peer-reviewed literature in a meta-analysis that you

4   neglected to put in your report is that the biological

5   basis and plausibility of a possible carcinogenic

6   effect of talc on the ovaries is still not understood

7   and remains questionable.  Correct?

8   A.    Yes.  It's not that they found that.  They

9   didn't find that.  That's just their opinion.

10  Q.    And what the authors who conducted this

11  meta-analysis say in conclusion is that several

12  aspects of our results, including the heterogeneity of

13  results between case-control and cohort studies, do

14  not support a causal interpretation of the

15  association.  Do you see that?

16  A.    I see that.

17  Q.    That is the conclusion of the authors of the

18  meta-analysis that was omitted from your report.

19  Correct?

20  A.    Right.  I failed to put it in the report.

21  Q.    You would agree that research regarding whether

22  chronic inflammation can cause ovarian cancer is

23  ongoing.  Correct?

24  A.    Yes.

25  Q.    And that the inflammation hypothesis is still

Clarke Pearson - Cross/Ms. Brown

1649

1    being studied in laboratories.  Correct?

2    A.    Yes.

3    Q.    And as Her Honor asked you about earlier this

4    morning, none of those studies show that when you put

5    talc on a cell, cancerous changes occur.  Right?

6    A.    Right.  The precursors of cancer have been

7    identified.  No cancer has been seen in a cell culture

8    or laboratory.

9    Q.    And you are relying on that for your opinion in

10   part on the work of Dr. Saed.  Correct?

11   A.    And several others.

12         THE COURT:  Which other ones?

13         THE WITNESS:  Shukla, Buz'Zard, Akhtar, two

14   papers.

15   Q.    And you, Doctor, do not know how much talcum

16   powder a product must contain to cause inflammation.

17   Correct?

18   A.    You are saying the minimum amount?

19   Q.    How much?  How much talcum powder causes

20   inflammation.  You don't know the answer to that.

21   Correct?

22   A.    Inflammation in some of these in vitro studies

23   has been induced by talcum powder.  The dose the

24   investigators used in some of these studies resulted

25   in inflammation.

Clarke Pearson - Cross/Ms. Brown

1650

1    Q.    You are not aware of a certain amount of talcum

2    powder that a product must contain to cause

3    inflammation.  Correct?

4    A.    Maybe I'm trying to paraphrase you, that I

5    should know the minimum amount that would cause

6    inflammation?  Could you rephrase your question.

7    Q.    Let's just look at your testimony on this score

8    from your deposition, page 223, lines 24, to 224, line

9    1:

10         "QUESTION:  Is there a certain amount of

11   talcum powder that a product must contain to cause

12   inflammation?

13         "ANSWER:  We don't know that information."

14         Correct?

15   A.    That's correct, and that would still be my

16   answer.

17   Q.    You do not believe, Doctor, that there exists a

18   threshold amount below which a woman exposed to talcum

19   powder is not at an increased risk of developing

20   ovarian cancer?

21   A.    Could you say that again.

22   Q.    You do not believe there is a threshold amount

23   below which a woman exposed to talcum powder is not at

24   risk for developing ovarian cancer?

25   A.    Yes, we don't know.

Clarke Pearson - Cross/Ms. Brown

1651

1   Q.    You do not have an opinion there is a safe level

2   of exposure to talcum powder.  Correct?

3   A.    No, but we know the dose-response in the studies

4   that have looked at dose response show the increased

5   risk with increasing dose.

6   Q.    You do not think that there is a threshold

7   amount below which exposure to talcum powder is safe?

8   A.    I don't know that threshold, no.

9   Q.    You have not identified how much talcum powder

10  must reach a woman's ovaries for her to undergo

11  chronic inflammation that leads to cancer.  Correct?

12  A.    That's correct.

13  Q.    And in your opinion, because we don't know that

14  information, any amount of talcum powder that a woman

15  uses can cause ovarian cancer.  Right?

16  A.    I think it increases the risk of causing ovarian

17  cancer, yes.

18  Q.    You have not endeavored in this case to identify

19  a threshold dose of talcum powder below which you do

20  not believe ovarian cancer can be caused.  Correct?

21  A.    That's correct.

22  Q.    And what that means, Doctor, is that, for

23  example, if a product contained 1 percent talcum

24  powder and 99 percent cornstarch, in your opinion,

25  that product could cause inflammation resulting in

Clarke Pearson - Cross/Ms. Brown

1652

1    ovarian cancer.  Correct?

2    A.    If the talcum powder was the same as Johnson &

3    Johnson's Baby Powder or Shower To Shower that was

4    included with the cornstarch hypothesis that you have

5    thrown out, then I would say that, yes -- I would

6    answer your question yes.

7    Q.    Are your opinions in this case limited to only

8    Johnson & Johnson talcum powder products?

9    A.    No, but since they have the market share and

10   most of the studies in epidemiology, those women were

11   using these products, that's where I stand.

12   Q.    But in answering my question about a

13   hypothetical product with 1 percent talc, I thought I

14   heard you to say if that 1 percent talc was J&J talc.

15   Did I misunderstand you?

16   A.    It depends on what you mean by talc.  Is it

17   talcum powder J&J makes?  Is it pure powder?  Does

18   that talc have heavy metals, asbestos and fiber in it?

19   Q.    I'm going to take J&J out of this completely.

20   If you have a hypothetical product with 1 percent talc

21   and 99 percent cornstarch, in your opinion that

22   product can cause ovarian cancer.  True?

23   A.    If that product had the same composition as

24   Johnson & Johnson's, then I would say true.

25   Q.    Your opinion, though, when you say that is not

Clarke Pearson - Cross/Ms. Brown

1653

1   dependent on the Johnson & Johnson products

2   containing, for example, heavy metals.  Correct?

3   A.    It's the entire product.

4   Q.    If the Johnson & Johnson products did not

5   contain heavy metals, you are still of the opinion

6   they cause ovarian cancer.  True?

7   A.    Yes.

8   Q.    If the Johnson & Johnson products do not contain

9   asbestos, you are still of the opinion that they cause

10  ovarian cancer.  True?

11  A.    I'm saying the Johnson & Johnson products cause

12  ovarian cancer, whatever is in it.

13  Q.    And you cannot cite to any published study that

14  supports your opinion that any amount of talc a woman

15  uses perineally leads to chronic inflammation.

16  Correct?

17  A.    That's correct.

18  Q.    The truth is, Doctor, not all inflammatory

19  conditions lead to cancer.  True?

20  A.    True.

21  Q.    There are conditions that cause acute

22  inflammatory reactions purposely.  Right?

23  A.    Yes.

24  Q.    Pleurodesis is one of those procedures.

25  Correct?

Clarke Pearson - Cross/Ms. Brown

1654

1    A.    Yes.

2    Q.    So pleurodesis is a procedure by which talc is

3    injected into the pleural space of a patient.  Right?

4    A.    Like we discussed this morning, yes.

5    Q.    And the purpose of doing that is to create an

6    acute inflammatory response.  Right?

7    A.    Yes.

8    Q.    And the idea is that the talc will absorb the

9    fluid and allow the person to breathe easier.

10   Correct?

11   A.    The talc doesn't absorb the fluid.  The talc

12   causes scarring between the lung and the chest wall by

13   way of an inflammatory response.

14   Q.    And one of the things the scientists at IARC did

15   was they looked at people who had undergone

16   pleurodesis for a number of decades to see if they

17   developed cancer.  Right?

18   A.    I would have to see the studies.

19   Q.    Did you review IARC's conclusion on whether or

20   not folks who had pleurodesis got cancer in connection

21   with your opinions here?

22   A.    I would have to refresh my memory on that.

23   Q.    You wouldn't expect somebody who underwent

24   pleurodesis and had acute inflammatory response would

25   develop cancer.  Right?

Clarke Pearson - Cross/Ms. Brown

1655

1    A.    I have two parts to that answer.

2          One, you are talking about acute inflammatory

3    response.  I've been talking about chronic

4    inflammatory response.

5          No. 2, the majority of men and women that have

6    pleurodesis have malignant pleural effusions and don't

7    survive long enough to find out whether or not the

8    talc might also cause the cancer.

9    Q.    Doctor, you are not familiar with the standard

10   of care as it relates to the use of pleurodesis.  Is

11   that fair?

12   A.    I use pleurodesis in my practice on thankfully

13   not a daily basis, but several times a year with women

14   who have malignant pleural effusions.

15   Q.    Are you aware of the indication of pleurodesis

16   for people with benign lung conditions?

17   A.    Yes.  It is used for that condition too, called

18   pneumothorax, not benign.  It's one lung condition.

19   Q.    You are aware pleurodesis is used for people who

20   do not have cancer?

21   A.    Yes.

22   Q.    I want to talk a little bit, Doctor, about IARC.

23   You are, of course, familiar with IARC's review of the

24   epidemiology regarding talc and ovarian cancer.

25   Correct?

Clarke Pearson - Cross/Ms. Brown

1656

1    A.    Yes.

2    Q.    And you know and I can direct you -- if you want

3    a copy, we have one here for you.  It is 510-A 70.

4    I'm sorry.

5          (Pause.)

6          Doctor, we are now looking at A 72, which is

7    the IARC monograph on talc that you reviewed in

8    connection with your opinions here.  Correct?

9    A.    Yes.

10   Q.    I want to direct your attention to page 423

11   where the IARC scientists give their evaluation and

12   rationale for their classification of perineal use of

13   talc.  You reviewed this.  Correct?

14   A.    Yes.

15   Q.    You know IARC has not concluded that talc causes

16   ovarian cancer.  Correct?

17   A.    This is a 2010 publication based on data that

18   preceded the working group coming to this conclusion.

19   Q.    One of the things, Doctor -- let's pause there

20   and talk -- first, we can agree at the time of this

21   publication IARC did not conclude, as you have done

22   here, that talc causes ovarian cancer.  Right?

23   A.    Yes.

24   Q.    And you raise a question about what was

25   available to IARC at the time that they did this

Clarke Pearson - Cross/Ms. Brown

1657

1    review that was published in 2010.  Is that right?

2    A.    What was the question?

3    Q.    I thought you were just raising an issue what

4    IARC would have had available at the time of this

5    review.  Are you with me?

6    A.    I was trying to read the report at the same time

7    you were asking the questions.

8    Q.    One of the things IARC would not have had at the

9    time of this review is the 2014 Prospective Woman's

10   Health Initiative Study.  Correct?

11   A.    They wouldn't have had many of the studies.

12   Q.    One of the things would have been one of the

13   cohort studies.  Right?

14   A.    Yes.

15   Q.    And you know that in 2014 there was a

16   prospective cohort done as part of the Women's Health

17   Initiative.  Right?

18   A.    Yes.

19   Q.    And that study did not find an increased risk of

20   ovarian cancer with the use of talc.  Correct?

21   A.    It showed an increased risk, yes.

22   Q.    That study did not find a statistically

23   significant increased risk of ovarian cancer with talc

24   use.  Correct?

25   A.    It showed an increased relative but not a

Clarke Pearson - Cross/Ms. Brown

1658

1    statistically increased risk.

2    Q.    The scientists who conducted the WHI prospective

3    study did not find a statistically significant

4    increased risk of ovarian cancer with perineal use of

5    talc.    Correct?

6    A.    In that one cohort study, among several cohort

7    studies, and among 20 some odd case-control studies.

8    Q.    The answer to my question is "yes."  Right?

9    A.    The question was, it didn't find an association

10   --

11   Q.    Let's do it again.

12          In 2014 the investigators at the Women's

13   Health Initiative conducted a study in which they did

14   not find a statistically significant increased risk of

15   ovarian cancer from talcum powder use.  Correct?

16   A.    Relative risk was increased but not

17   statistically.

18   Q.    And that prospective cohort would not have been

19   available to the IARC investigators that did this

20   review.  Correct?

21   A.    That's true, and I think probably other studies

22   too.  I would have to look at the dates of other

23   studies we have been talking about today.

24   Q.    Another prospective cohort study that would not

25   have been available to the investigators doing the

Clarke Pearson - Cross/Ms. Brown

1659

1    IARC review back in 2010 is the Gonzalez study.

2    Correct?

3    A.    Yes, the Sister Study.

4    Q.    And that study also did not find a statistically

5    significant increased risk of ovarian cancer with talc

6    use.  Correct?

7    A.    The relative risk was increased but not

8    statistically.  The study has many problems with it.

9    Trying to dissect one study in the totality of the

10   literature we have to look at is, I think, not

11   appropriate.

12   Q.    I want to make sure I don't run over my time and

13   I get you out of here, so I'll appreciate it if you

14   listen to my question.

15         That study did not find an increased risk of

16   ovarian cancer with perineal talc use.  True?

17   A.    That's true.

18   Q.    And that study would not have been available to

19   the investigators who conducted this IARC review.

20   Correct?

21   A.    That's correct.

22   Q.    In 2010, the Gates study followed up on the

23   prospective cohort that was followed in the Gertig

24   study.  Correct?

25   A.    Yes.

Clarke Pederson - Cross/Ms. Brown

1660

1    Q.    And when the Gates investigators followed up,

2    they did not find a statistically significant

3    increased risk of ovarian cancer with perineal talc

4    use.  Correct?

5    A.    Increased relative risk but not statistically

6    significant increased risk.

7    Q.    And that, too, would not have been available to

8    the scientists conducting the IARC review in 2010.

9    Correct?

10   A.    That's correct, along with other case-control

11   studies that were not available at the time.

12   Q.    There are a total of three case control-studies

13   on the issue of talc and ovarian cancer.  Correct?

14   A.    Three case control-studies?

15   Q.    I misspoke.  Three cohort studies.  Correct?

16   A.    Yes.

17   Q.    And the Gertig, the original Gertig study has a

18   cohort that was followed up in 2010.  Right?

19   A.    Yes, the Nurses' study.

20   Q.    In terms of what the folks do in this review

21   would have had available to them, it would not have

22   been two of the three prospective cohort studies.

23   Right?

24   A.    Right.

25   Q.    And they would not have had the follow-up of the

Clarke Pearson - Cross/Ms. Brown

1    original cohort studies.  Right?

2    A.    Yes, and they wouldn't have had other

3    case-control studies.

4    Q.    And one of the things in explaining the finding

5    -- first, the finding was a II-B finding in which

6    chance, bias and confounding could not be ruled out.

7    Do you remember that?

8    A.    Yes.  I remember what the title was.

9    Q.    One of the things that the investigators in IARC

10   commented on is a topic that you spoke to us quite a

11   bit about this morning which is the possibility of

12   migration.  Do you remember talking to us about that

13   this morning?

14   A.    Yes, I do.

15   Q.    Let's take a look, if we could, on what the

16   scientists at IARC concluded as it relates to

17   migration.

18         What these folks found is that "perineal

19   exposure to cosmetic talc in women is of concern

20   because of its possible association with ovarian

21   cancer.  Several studies have been conducted in women

22   to assess potential retrograde movement of particles

23   through the reproductive tract to the ovaries."

24         Do you see that?

25   A.    Yes.

Clarke Pearson - Cross/Ms. Brown

1662

1    Q.    Those are some of the studies you spoke to us

2    about this morning.  Right?

3    A.    That is correct.

4    Q.    (Reading.)

5          "These have been conducted in women who were

6    about to undergo gynecological surgery, most of whom

7    had diseases or complications of the reproductive

8    tract and organs that required surgery.  The findings

9    reported in these studies may be confounded by the

10   various levels of dysfunction and clearance from the

11   female reproductive tract due to underlying

12   pathologies?"

13         That's what the IARC scientists said when they

14   did this review?

15   A.    As a gynecologist, I have no understanding of

16   what that means.

17   Q.    My question was:  That's what the scientists who

18   did this review concluded in the IARC's published

19   monograph?

20   A.    I don't think there was a gynecologist on this

21   panel.  I agree with what you are highlighting.

22   Q.    (Reading.)

23         "In addition, most of the studies had little

24   or no further information on the use of talc products

25   for perineal hygiene or changes in the habits that may

Clarke-Pearson - Cross/Ms. Brown

1663

1   have preceded surgery."

2   A.    I don't have any reason to understand what that

3   has to do with putting carbon particles or radioactive

4   microspheres in the vagina and seeing them in the

5   pelvis 24 hours later at the time of surgery.  Whether

6   or not the person used perineal talc before or after

7   surgery has nothing to do with the conclusion of those

8   studies.

9   Q.    I want to talk to you about the carbon particle

10  study.  Let's just finish this paragraph and get right

11  to that.

12        You know, Dr. Clarke-Pearson, there is a real

13  limitation to have carbon studies in there?

14  A.    Not that I know of.

15  Q.    How many people were enrolled in the carbon

16  particle study?

17  A.    I've forgotten.  A small number.

18  Q.    Three.

19        How many of them were carbon particles found?

20  A.    There were carbon particles identified in the

21  pelvis.

22  Q.    Two?

23  A.    Two out of three.

24  Q.    That study didn't deal with talc.  Right?

25  A.    No.  It was a particle about the same size as

Clarke Pearson - Cross/Ms. Brown

1664

1    talc.

2    Q.    And it didn't deal with a particle migrating

3    from the perineum to the ovaries?

4    A.    No, it was in the vagina.

5    Q.    The carbon particle was actually placed inside

6    the vagina near the cervix.  Right?

7    A.    Right.

8    Q.    And the women in that study were not standing

9    up.  Right?

10   A.    Women stand up; they sit down; they lie down.

11   Q.    Did you look at the study for how the women were

12   positioned in the carbon particle study?

13   A.    They laid suppined for about two hours.

14   Q.    With their head down?

15   A.    I think their hips were up a little bit.

16   Q.    Hips up; head down.  Right?

17   A.    Okay.

18   Q.    The women in that study, all three of them were

19   given oxycontin.  Right?

20   A.    They were given oxytocin.

21   Q.    Oxytocin.  Maybe they would have wanted that.

22         Oxytocin.  Thank you, Doctor.

23         And the purpose of the oxytocin was to

24   stimulate contractions.  Correct?

25   A.    Yes.

Clarke Pearson - Cross/Ms. Brown

1665

1    Q.   And the authors of that study in fact concluded

2    that the oxytocin could have been responsible for the

3    movement of those particles.  Right?

4    A.   I would agree.  There are other studies that

5    show migration as well.

6    Q.   I want to talk about those, too.  Because you

7    said carbon particles, I want to do that one.

8         Let's talk about what the working group

9    reviewed here.  On balance, the working group believed

10   that the evidence for retrograde transport of talc to

11   the ovaries in normal women is weak.  Do you see that?

12   A.   I do.

13   Q.   "Normal women."  They found that evidence to be

14   weak.  Correct?

15   A.   Yes.

16   Q.   "In women with impaired clearance function, some

17   evidence of retrograde transport was found.  Studies

18   in animals showed no evidence of retrograde transport

19   of talc to the ovaries."

20        Is that right?

21   A.   That's right.  There was no good animal model to

22   reproduce human anatomy.  And getting back to this

23   whole idea of clearance, I don't know what they are

24   talking about.

25   Q.   There is no published study, animal or human,

Clarke Pearson - Cross/Ms. Brown

1666

1    that actually traces externally applied talc in the

2    perineal region up through the reproductive tract to

3    the ovaries.   True?

4    A.     In animal studies?

5    Q.     Or human.

6    A.     I just want to make sure what we are talking

7    about.   There has been no experimental study to use

8    talc in this setting of applying it, whether it's on

9    the vulva, perineum, or vagina would be unethical at

10   this point in time.

11   Q.     No study at all, Doctor, that shows that talc

12   applied externally can travel up the reproductive

13   tract to the ovaries.   Correct?

14   A.     I think we could go to plausible -- there is no

15   study.  You are right.

16   Q.     In fact, there are also no studies in humans

17   that demonstrate the migration of any particulate

18   matter from the external perineum up through the

19   reproductive organs to the ovaries.   Right?

20   A.     That's correct.

21   Q.     None of the articles that you cite in support of

22   your opinion regarding migration looked at whether

23   talc can migrate from perineal application through the

24   reproductive organs to the ovaries.   Right?

25   A.     That's correct.

Clarke Pearson - Cross/Ms. Brown

1667

1   Q.    Let's look at literally, a bit at a quick chart,

2   if we could, which is slide 27 of the studies that you

3   cite in your report for the proposition that talc can

4   migrate to the ovaries.

5         We just talked about the Egli Newton 1961

6   study that showed in two people laying down, given

7   drugs for contractions, that carbon particles that

8   have been deposited up near the cervix were found.  Is

9   that right?

10  A.    The carbon particles got to the tubes and

11  ovaries.

12  Q.    This is a real old study.  Right, Doctor?

13  A.    1961.  It's a while back.

14  Q.    I don't even have the '60s on my chart.  This

15  two-person carbon particle study was available well

16  before you got involved in this litigation.  Correct?

17  A.    Yes.

18  Q.    Incidentally, Doctor, I want to make sure we are

19  clear on something.  Before Dr. Thompson called you

20  and asked you to look at this literature in connection

21  with this lawsuit, this litigation, you were not of

22  the opinion that talc causes ovarian cancer?

23  A.    That's what we talked about for a good bit this

24  morning already.

25  Q.    I want to make sure we were clear.

Clarke Pearson - Cross/Ms. Brown

1668

1    So this 1961 studied two people.  Then you

2    cite a 1971 study of a radioactive tracer.  Right?

3    A.    Right.  Of human albumin microspheres that were

4    put in the vagina.

5    Q.    This study was published decades before you got

6    involved in this litigation.  Right?

7    A.    Yes.

8    Q.    This study had a total of 21 people and found

9    that this radioactive tracer traveled in nine of them.

10   Right?

11   A.    It got to the tubes and ovaries 24 hours roughly

12   after it was applied in the vagina.

13   Q.    In less than half these folks.  Right?

14   A.    Yes.

15   Q.    Do you remember whether these folks were

16   standing up?

17   A.    If a woman is going to surgery the next day, she

18   probably slept in bed the night before, supine or

19   prone, depending on how she chooses to sleep, and was

20   probably standing up to come into the operating room.

21   I think she was in a variety of positions.  Had to be.

22   Q.    When the radioactive tracer was placed inside

23   the vagina, she was not standing up?

24        THE COURT:  The answer didn't come out on the

25   screen.  The last question was:  When the radioactive

Clarke Pearson - Cross/Ms. Brown

1669

1    tracer was placed in the vagina, she was not standing

2    up.  Now, I need your answer.

3         THE WITNESS:  I'm sure at some point in time,

4    the 24 hours before surgery, she was standing up and

5    lying down, and probably sitting.

6    Q.   The question was really simple.  When they

7    conducted this study and they placed the radioactive

8    tracers up near the cervix, these women were lying

9    down?

10   A.   Yes, that's what I said.  Also, they were

11   probably in a lithotomy position, as you do a routine

12   pelvic examination.

13   Q.   The only other study you cite in the body of

14   your report that deals with particles being placed

15   inside a woman and later followed is this 2004 study

16   you see up here?

17   A.   Yes.

18   Q.   That one had to do with an examination done by a

19   doctor wearing cornstarch-dusted gloves.  Correct?

20   A.   Yes.

21   Q.   And these gloves were also placed inside of the

22   women.  Correct?

23   A.   In the vagina.

24   Q.   And in this study there were 27 people involved.

25   Correct?

Clarke Pearson - Cross/Ms. Brown

1670

1    A.    Yes.

2    Q.    And so in terms -- and this final study that you

3    cite doesn't involve people.  It's actually a chapter

4    in a 2006 textbook.  Right?

5    A.    I believe so.

6    Q.    And there is one sentence in there about dead

7    sperm being transported by uterine contractions.

8    Right?

9    A.    I talked about that this morning.

10   Q.    In terms of the total number of people who had a

11   particle inserted inside of them, and then they were

12   followed to see what happened to the particle -- we

13   are talking about 38 people.  Fair?

14   A.    These are experiments.  Yes, 38 people, if

15   that's your count.

16   Q.    That's just the thing.  These are experiments.

17   Right?

18   A.    Yes, and they demonstrate migration of talc --

19   migration of particles from the vagina to the tubes

20   and ovaries within 24 hours.

21   Q.    And can we take a look at the graphic of the

22   positions that were described in these articles of how

23   the women were when these particles were inserted.

24   This is consistent with your review of these studies

25   in terms of women lying on their back with their heads

Clarke Pearson - Cross/Ms. Brown

1671

1   15 degrees down to the ground.  Right?

2   A.    Yes.  I would have to look at the studies to see

3   how long they were held in this position.

4         They weren't held in this position for the

5   next 24 hours while they were waiting to undergo

6   surgery.

7   Q.    In further support of your opinion that an

8   external application of talc can in fact migrate to

9   the ovaries, you cite a number of studies that looked

10  at the tissue of women, right?  The Heller and the

11  Henderson studies?

12  A.    The ovarian tissue found at the time of surgery.

13  Q.    And if we could look at that slide, please.

14        None of the tissue studies that you cited did

15  a connection between the alleged exposure to talc and

16  the number of particles that were found.  Correct?

17  A.    I'm not quite sure I understand your question.

18  Q.    In the Heller study, for example, they were

19  unable to show a connection between how many particles

20  were found and how much talc a person claimed to have

21  used.  Right?

22  A.    I guess the point that I thought you were trying

23  to make is that the talc got to the ovaries somehow.

24  Q.    In the Heller study, the authors note that they

25  were unable to make a connection between reported use

Clarke Pearson - Cross/Ms. Brown

1672

1   of talc and a finding of talc in the ovaries.  Right?

2   A.    So some of the patients in that study had used

3   talc and others hadn't, and he found talc in both

4   groups of patients.  Is that what you are talking

5   about?

6   Q.    In part, Doctor.  24 people in the study.

7   Right?

8   A.    And some people reported many years of talc use,

9   correct.

10  Q.    There was not a correlation between increased

11  reported use of talc and an increased number of

12  particles found in the ovaries.  Right?

13  A.    But it showed talc particles in the ovaries.

14  Q.    One of the things about that study, though,

15  Doctor, is that they looked at the pathology of one of

16  those particles and reported it.  Right?

17  A.    I believe so, yes.

18  Q.    And there was no inflammation noted.  Right?

19  A.    I think the point is the talc can get to the

20  ovary from the vulva if the patients were dusting

21  themselves, or they may have gotten talc exposure when

22  they were babies.

23  Q.    They found talc in the tissues of people who

24  didn't report ever using talc -- they found talc in

25  the tissue of women who never reported using it for

1673

1  female hygiene.  Right?

2  A.    Female hygiene, but they may have been exposed

3  as infants.

4  Q.    When they looked at a pathology slide to see if

5  that particle of talc or the particles of talc had any

6  inflammation, they didn't find it.  Right?

7  A.    You are talking about one slide?

8  Q.    I'm talking about the reported paper.

9  A.    You just mentioned one ovary they found talc in?

10  Q.    The paper, you know, Doctor, because you

11  reviewed it, it reports on a review of one of the

12  slides.  Right?

13  A.    Right.

14  Q.    And there was no inflammation found associated

15  with the talc that they found.

16  A.    I don't think I have been sitting here all day

17  saying that one talc powder causes inflammation that's

18  going to cause cancer.  It could, but it doesn't

19  necessarily occur in every single patient.

20  Q.    Let's get that straight.  I thought we just went

21  through the fact that you do not believe there is a

22  threshold of exposure to talc below which ovarian

23  cancer does not develop?

24  A.    We don't know that threshold, but not every talc

25  particle necessarily causes chronic inflammation.  So

Clarke Peterson - Cross/Ms. Brown

1674

1   they may not have seen it on that one microscope slide

2   of talc in that one ovary.

3   Q.    So it's your testimony, Doctor, that some talc

4   reaches the ovary and some talc causes chronic

5   inflammation.  Is that right?

6   A.    Yes, in some patients.

7   Q.    And you have not attempted to quantify how much

8   talc that reaches the ovary produces a chronic

9   inflammatory response.  Correct?

10  A.    No.  It may not have to do with the volume of

11  talc.  It may have other things to do with the

12  particular woman.

13  Q.    And there are zero studies that you could point

14  the Court to that would support your position that

15  some but not all of the talc particles that get to the

16  ovary produce a chronic inflammatory response?

17  A.    I believe, and there is evidence that talc

18  causes a chronic inflammatory response.  It may not be

19  in every patient.  Not every person that smokes

20  cigarettes three packs a day for 20 years develops

21  lung cancer.  Some patients may be more susceptible to

22  the talc than others.

23  Q.    And as it relates to what determines whether or

24  not a particle of talc causes chronic inflammation or

25  does not, you are not aware of any scientific

Clarke-Pearson - Cross/Ms. Brown

1675

1  literature that would support that opinion.  Correct?

2  A.    That's true.

3  Q.    Your report and your presentation --

4       MS. BROWN:  Your Honor, did you want to follow

5  up on that?

6       THE COURT:  Are you finished with this?

7       MS. BROWN:  I was going to move to inhalation

8  briefly.

9  Q.    Your report and your testimony this morning

10  suggests that you think that inhalation is a possible

11  route of exposure?

12  A.    I do.

13  Q.    That's not what you told us in your deposition,

14  though.  Right, Doctor?

15  A.    I would have to see the deposition again.

16  Q.    It is true, is it not, Dr. Clarke-Pearson, that

17  you haven't seen --

18       MS. BROWN:  Well, go ultimately to 219.

19       THE COURT:  I thought you were reading from

20  the deposition.

21       MS. BROWN:  I'll eventually do that.  219, 14

22  to 23.

23  Q.    You were asked about inhalation as a potential

24  route of exposure in your deposition.  Right, Doctor?

25  A.    Yes.

Clarke Pearson - Cross/Ms. Brown

1676

1    Q.    And your testimony was that to date we haven't

2    seen an increased risk of ovarian cancer with inhaled

3    talcum powder.  Right?

4    A.    Yes.

5    Q.    And what you testified to is that the -- if

6    inhalation was in fact a viable pathway for talc

7    exposure to the ovaries, then you would expect in the

8    epidemiology to see an increased risk with nongenital

9    use of talc.  Right?

10   A.    And the Schildkraut study does show that.

11   Q.    What you testified to in your deposition is that

12   we don't see that.  Right?

13   A.    That's what I said in my deposition.  I think I

14   reread lots of these papers again, and the non-genital

15   use of talc, the talc in the Schildkraut study shows

16   an increased risk of ovarian cancer.

17   Q.    You haven't attempted to compare a number of

18   nonstatistically significant findings of nongenital

19   use of baby powder with the Schildkraut finding; did

20   you?

21   A.    No.  I just think the Schildkraut findings are

22   data we should consider, and they raise the

23   plausibility of transport from inhalation.

24   Q.    You think transport from inhalation is very

25   unlikely.  Correct?

Clarke Pearson - Cross/Ms. Brown

1677

1    A.    I think I said that earlier.

2    Q.    In fact, you think your primary opinion is

3    related to the migration theory.  Correct?

4    A.    Yes.

5    Q.    You testified in your deposition, in fact, that

6    powdering someone's baby with talcum powder does not

7    increase the mother's risk of ovarian cancer.  Right?

8    A.    If I said that in the deposition; I would say,

9    yes, that's true.

10   Q.    Well, is that your opinion?

11   A.    Yes.

12   Q.    I heard you testify with counsel this morning

13   that you considered the totality of the evidence.

14   Right?

15   A.    Yes.  That's what I tried to do.

16   Q.    But that is what you testified in your

17   deposition.  Correct?

18   A.    I don't recall testifying to that in my

19   deposition.

20   Q.    You did not mention in the body of your expert

21   report any of the cohort studies.  Correct?

22   A.    That's true.

23   Q.    You did not list on the reliance list for your

24   paper your main cites, you did not include a cite to

25   any of the cohort studies.  Correct?

Clarke Pearson - Cross/Ms. Brown

1678

1    A.    I'm not sure of that.

2    Q.    We can look at it.  What you told us in your

3    deposition is that you don't think the cohort studies

4    contribute to your review one way or another.  Right?

5    A.    So as individual cohort studies or as a body of

6    evidence based purely on the cohort studies, I can't

7    consider them useful in terms of going to the

8    totality, and that's what we're trying to talk about.

9    What I did was to look at the case-control studies,

10   the cohort studies, and the pooled studies, and then

11   the meta-analysis.  So looking at the totality, the

12   meta-analyses, were much more helpful and stronger

13   evidence to identify the real outcome of use of talc

14   in the perineal area which increases the risk of

15   ovarian cancer in every one of those meta-analyses.

16   Q.    Let's focus on the question, which was that you

17   don't believe the cohort studies contribute one way or

18   another to your review of the literature here?

19   A.    They contribute to the meta-analysis, yes.

20         MS. BROWN:  Your Honor, permission to read?

21         THE COURT:  Yes.

22   Q.    Let's look at your deposition, page 145, lines 7

23   to 17.  You were asked:

24         "QUESTION:  How can you validate completely

25   excluding cohort studies from your discussion?"

Clarke Pearson - Cross/Ms. Brown

1679

1           There was an objection.

2           "ANSWER:  Because I don't think they

3     contribute one way or the other.  They are poorly

4     designed, poorly executed, and the data that they

5     provide does not inform us at all.  In fact, these

6     meta-analyses in many cases include the cohort studies

7     and still came out with a statistically significant

8     increased risk of ovarian cancer."

9           That was your testimony.  Right?

10    A.    Right.  And the cohort studies were included in

11    the meta-analysis, so I was considering them in that

12    setting, but just not isolated as cohort studies.

13    Q.    You don't think the cohort studies contribute

14    one way or the other?

15    A.    They contributed to the meta-analysis; and even

16    though they were not very strong studies in many ways,

17    and were not statistically significant, they did show

18    an increased relative risk.  They were included in the

19    meta-analysis, and they didn't bring down the fact the

20    meta-analysis showed a statistically significant

21    increased risk of developing ovarian cancer with

22    perineal task use.  If I excluded them, the results in

23    the meta-analysis would have been even more negative

24    in the use of talc in the perineal area.

25    Q.    You know the Penninkilampi meta-analysis did not

Clarke Pearson - Cross/Ms. Brown

1680

1   include the Gates follow-up in 2010?

2   A.    Right.  He chose to use another of the Nurses'

3   Health study.

4   Q.    Two were not true.  You testified at your

5   deposition that you don't think the cohorts contribute

6   one way or another?

7   A.    As cohort studies just by themselves.

8   Q.    I want to talk briefly about some of the

9   meta-analyses that you did include in your chart here

10  and talk about whether what the authors say fits what

11  you are using these studies for here in court.  Okay?

12  A.    Okay.

13  Q.    Let's start, if we could, Doctor, with the

14  Huncharek 2003 study which was available at A-67 in

15  your binder at A-67.  This is a 2003 meta-analysis.

16        Before we leave this table, five of the six

17  meta-analyses that you list on this table were

18  available at the time you went on Fox News in 2014 to

19  talk about ovarian cancer.  Correct?

20  A.    Yes.  I wasn't necessarily aware of all them.

21  They are not in the GYN literature.

22  Q.    Five of the six studies were published and

23  publicly available peer-reviewed scientific literature

24  at the time you went on Fox News in 2014.  Correct?

25  A.    That's correct, but I don't read the thousands

Clarke Pearson - Cross/Ms. Brown

1681

1  of papers published in the publically-available

2  literature every day.

3  Q.    What you do is you rely in part on leading

4  public health and professional organizations to review

5  and summarize the literature that you don't get to

6  yourself.  Right?

7  A.    That's one source of my information for medical

8  decision-making.

9  Q.    And none of those organizations, public health

10  or gynecologic communities, have concluded what you

11  concluded here that talc causes ovarian cancer?

12  A.    Correct.

13  Q.    Let's take a look at this article at A-67, one

14  of the six meta-analyses that you cite from 2007.

15  Let's look at what the authors of this study conclude,

16  which is that:

17        "The available observational data do not

18  support the existence of a causal relationship between

19  perineal talc exposure and an increased risk of

20  epithelial ovarian cancer.  Selection bias and

21  uncontrolled confounding may account for the positive

22  association seen in prior epidemiological studies."

23        Do you see that, Doctor?

24  A.    Yes, I see that.

25  Q.    Huncharek 2003 explicitly states that the

Clarke Pearson - Cross/Ms. Brown

1682

1  existence of a causal relationship is not supported by

2  the data.  Correct?

3  A.    That's what they say in their narrative.  If you

4  look at their statistics, the risk is statistically

5  increased.

6  Q.    They are not talking about statistically

7  significant associations.  They are talking about

8  whether the data supports a causal relationship.

9  Right?

10  A.    So this is a significant risk factor that they

11  have identified as have all the meta-analysis that you

12  have there on my table plus Berge, and those all

13  increased the risk of ovarian cancer and I believe are

14  causative of ovarian cancer.  If you do a Bradford

15  Hill analysis, the causation fits.

16  Q.    What the authors of this paper say is that:

17        "Overall, the above findings of selection bias

18  due to study design and the clear lack of a

19  dose-response relationship between talc use and

20  ovarian cancer brings the previously suggested

21  association into question.  The data presented in this

22  meta-analysis do not support a cause effect

23  relationship between perineal cosmetic talc use and

24  the risk of ovarian cancer development?"

25        Do you see that?

Clarke Pearson - Cross/Ms. Brown

1683

1    A.    Yes, I do.

2    Q.    You cited this study in your paper in support of

3    your opinion that talc causes ovarian cancer.  Right?

4    A.    And this paper, I think it's your top one on the

5    chart -- it's the third one from 2003, it's a

6    33 percent increased risk of ovarian cancer occurring

7    in talc use.

8    Q.    You cite this paper in support of your opinion

9    that talc causes ovarian cancer.  Correct?

10   A.    That's correct.

11   Q.    The paper itself states that the data do not

12   support a causal relationship.  True?

13   A.    That's what the authors say.

14   Q.    Let's take a look at another one you cite, Gross

15   and Berg, from 1995.  And that, Doctor, can be found

16   at 509 in your binder.

17         You also cite Gross and Berg in support of

18   your opinion that talc causes ovarian cancer.

19   Correct?

20   A.    Yes.

21   Q.    The Gross and Berg authors do not state that.

22   Fair?

23   A.    Oh-oh, what exhibit is, this --

24         MS. BROWN:  509.

25         MS. O'DELL:  A-509?

Clarke Pearson - Cross/Ms. Brown

1684

1    MS. BROWN:  Clarke-Pearson 509.

2    Q.    Let's look at what the authors of this

3    meta-analysis from 1995, and just to get our bearings

4    here, Doctor, this is way back in the 1990s.  Right?

5    A.    This one, I don't see it on the paper here

6    today.  This paper was done before the one you just

7    talked about.  So it includes less case-control

8    studies and cohort studies.  So we're sort of going

9    backwards in time, the way you are doing this.

10    Q.    So what we are doing is we are looking at the

11    studies that you cited in support of your opinion in

12    this court that talc causes ovarian cancer, and what

13    we're looking to see is if the authors who wrote them

14    and published them in a peer-reviewed literature said

15    the same thing.

16    A.    Okay.

17    Q.    Let's look at Gross and Berg and see what these

18    folks say, quote:

19        The purpose of this paper is to examine,

20    "talks about the concern of talc and ovarian cancer"

21    -- "the purpose of this paper is to examine whether

22    this concern, heightened by several epidemiological

23    studies purporting to show an increased risk is valid.

24    The conclusion reached herein is that the evidence

25    regarding the risk of ovarian cancer associated with

Clarke Pearson - Cross/Ms. Brown

1685

1    talc exposure is equivocal, and further examination of

2    the relationship is required before a sound conclusion

3    can be made."

4         Do you see that?

5    A.    Yes.

6    Q.    The authors of this study did not conclude that

7    talc causes ovarian cancer.  Right?

8    A.    That's what they are saying, yes.

9    Q.    And, in fact, this meta-analysis is particularly

10   helpful as you will recall from reviewing it in

11   highlighting some concerns about meta-analyses in

12   general.  Right?

13   A.    I forgot if they made some commentary about

14   that.

15   Q.    Let's look at what the authors who conducted

16   this meta-analysis said.

17        First of all, let's take a look at the studies

18   that they combined, and you will agree with me,

19   Doctor, if we just look at the relative risk and the

20   odds ratios we can see that only one of these studies

21   reaches statistically significant.  Right?

22   A.    Of these six studies -- this goes way back in

23   time.  There are many, many studies since then.  If

24   you look at the relative risk in the table, you are

25   showing me most are elevated.  61 percent, 40 percent,

Clarke Pearson - Cross/Ms. Brown

1686

1  10 percent.

2  Q.    This is one of the six meta-analyses that you

3  chose to include in your litigation report supporting

4  your opinion that talc causes ovarian cancer.

5  Correct?

6  A.    I wanted to submit the totality of the evidence

7  that is there in the medical literature, so, yes, it

8  is included in my report.

9  Q.    And you forgot the most recent, Berge 2018

10 analysis?

11 A.    It was a total oversight on my part.  I admit

12 the errors.  That wouldn't have changed the outcome of

13 my conclusions or the other meta-analyses.

14 Q.    Well, look at what their conclusions were.  To

15 make it easy, you can just agree with me, those

16 authors say you can't establish a causal relationship

17 on this data.

18 A.    This data doesn't include a full blown

19 evaluation of Bradford Hill, which is the causation

20 that we have been talking about.

21 Q.    The Berge authors from 2018 conclude that you

22 cannot make a causal relationship between talc and

23 ovarian cancer?

24 A.    No, they didn't do a Bradford Hill then.

25 Q.    You say it was an oversight that it wasn't

Clarke Pearson - Cross/Ms. Brown

1687

1   included, but that it would not have changed your

2   opinion at all.  Right?

3   A.     Right.

4   Q.     We can agree, though, the authors in Berge do

5   not state that talc causes ovarian cancer?

6   A.     We can agree to that.

7   Q.     Let's go back to the Gross and Berg where they

8   identify some of the issues with the meta-analysis.

9          "If, for example, the issue of study bias has

10  not been properly addressed, spurious associations due

11  to small biases may reach statistical significance

12  when the studies are combined because the sample size

13  in effect has increased."

14         Do you see that?

15  A.     I see that.

16  Q.     They include a quote:

17         "In any one study the bias may fail to be

18  great enough to give rise to statistically

19  significant.  But with meta-analyses, such biases can

20  combine so as to give rise to an overall appearance of

21  statistical significance."

22         That was a concern that these authors of this

23  meta-analysis raised in the article you cite.

24  Correct?

25  A.     Yes.

Clarke Pearson - Cross/Ms. Brown

1688

1   Q.    These authors also commented about limited

2   evidence supporting a dose or duration response

3   relationship.  Right?

4   A.    Based on the small number of cohort studies in

5   1995, yes.

6   Q.    This is the 1995 meta-analysis you put in your

7   report to support your opinion.  Right?

8   A.    Yes, along with all the other meta-analyses and

9   the totality of the epidemiologic data.

10  Q.    And what these authors state is that

11        "Given the rather low relative risks reported

12  in the studies along with the existing biases and

13  confounders that have not been adjusted for, a claim

14  for an increased risk should be viewed with some

15  suspicion?"

16        Correct?

17  A.    That's what they say.

18  Q.    The authors of the Gross and Berg 1995

19  meta-analysis did not conclude that talc causes

20  ovarian cancer.  Right?

21  A.    Right.

22  Q.    Let's take a look at one more, Doctor.  We're

23  almost done.

24        I want to talk to you about another

25  meta-analysis that you included which is the Langseth.

Clarke Pearson - Cross/Ms. Brown

1689

1  You can find that at A 88.  And to orient us, this is

2  another meta-analysis that you put on your chart here

3  in support of your opinion that talc causes ovarian

4  cancer.

5          We can agree -- and we'll take a look, but we

6  can certainly agree that the authors of that study do

7  not agree with you.  Correct?

8          MS. O'DELL:  What exhibit number for Langseth?

9          MS. BROWN:  A 88.

10  A.    You will have to show me.

11  Q.    This is the Langseth article, Exhibit A 88, that

12  you cited in your report, perineal use of talc and

13  risk of ovarian cancer.  Right?

14  A.    Yes.

15  Q.    And what the authors of this study include in

16  their published peer-reviewed publication is a

17  proposal to the research community.  Right?  Do you

18  see that?

19  A.    Yes.

20  Q.    What the authors, having conducted this study,

21  state is that, quote:

22          "The current body of experimental and

23  epidemiological evidence is insufficient to establish

24  a causal association between perineal use of talc and

25  ovarian cancer," quote.

Clarke-Pearson - Cross/Ms. Brown

1690

1          Do you see that?

2    A.    I do.

3    Q.    The authors of this study did not conclude, as

4    you have done here, that talc causes ovarian cancer.

5    Right?

6    A.    That's what they say.

7    Q.    And, in fact, one of the things they did was

8    include this forest plot of some of the studies, the

9    cohort studies that they combined in this

10   meta-analysis.  Right?

11   A.    Those are the studies they used in their

12   meta-analysis, and nearly all the relative risks are

13   above 1.

14   Q.    And you were asked some questions about this

15   forest plot in your deposition, and you know that only

16   10 of the 20 studies included here reached statistical

17   significance.  Correct?

18   A.    Subsequently, there have been other studies, and

19   the majority today and the most recent meta-analysis

20   show the majority are statistically significant.  So

21   you are picking a point in time before most recent

22   data is in.

23   Q.    The truth of the matter, Dr. Clarke-Pearson, is

24   that the medical community as a whole does not agree

25   with the opinions that you have given to this Court

Clarke Pearson - Cross/Ms. Brown

1691

1  today.  Right?

2  A.    I don't know if they agree or disagree.  They

3  haven't taken a stand on this.

4  Q.    The gynecologic oncologist medical community has

5  not reached a consensus that talcum powder causes

6  ovarian cancer.  True?

7  A.    I think there is a variety of opinions in that

8  community.

9         MS. BROWN:  Permission to read, Judge?

10        THE COURT:  Yes.

11  Q.    Let's take a look at your deposition, page 25,

12  lines 20 to 23.  Your February 4th, 2019, deposition

13  you were asked:

14        "QUESTION:  Has the gynecologic oncologist

15  medical community reached a consensus that talcum

16  powder causes ovarian cancer?

17        "ANSWER:  As best I know, not at this time."

18  Right?

19  A.    That's correct.

20  Q.    The gynecologic medical community has not

21  reached a consensus on the opinions that you have

22  given to this Court today.  Correct?

23  A.    That's right.

24        MS. BROWN:  Your Honor, I have no further

25  questions at this time.

Clarke Pearson - Cross/Ms. Brown

1692

1        THE COURT:  We'll take a break for a few

2   moments.

3        THE DEPUTY CLERK:  All rise.

4        (Recess.)

5        (Continued on the next page.)

6   ///

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Clarke-Pearson -

1693

```
1         THE DEPUTY CLERK:  All rise.

2         THE COURT:  Thank you.

3

4    DANIEL CLARKE-PEARSON, resumed.

5

6         THE COURT:  I want to ask a couple of

7    questions of the witness.

8         Just to follow up on a couple of the items

9    that you testified, Dr. Clark-Pearson, first on some

10   of the questioning at the end of the questioning on

11   inflammation, and when you indicated not every talc

12   particle is going to cause inflammation.  Correct?

13        THE WITNESS:  Yes.

14        THE COURT:  Your answer in that regard was in

15   trying to explain that it depends on the woman.

16        THE WITNESS:  That's part of it.  The immune

17   system of that woman, where that talc particle lies,

18   those are the variables.

19        THE COURT:  Those are the basic variables as

20   to why it makes a difference?

21        THE WITNESS:  I think so.  And I think the

22   tissues' susceptibility of the ovary may vary a little

23   bit from one woman to another.  We're not saying talc

24   is causing cancer in the vagina or cervix or uterus.

25   The ovary itself, I believe, is susceptible for
```

- Clarke-Pearson -

1694

1     reasons that are not clear.

2          THE COURT:  You said "for reasons that are not

3     clear"?

4          THE WITNESS:  Yes.  That I think likewise we

5     don't know exactly why smoking causes lung cancer.

6     There's chemicals there, but exactly what it causes

7     and why some people smoke and don't get cancer and

8     others do, the immune system is probably a big part of

9     it, the genetics of the patient.

10          THE COURT:  The last question, and I asked you

11     this this morning, following on the inhalation theory.

12     Just to press you a little bit more on that, which is

13     I think you have been very candid to say you've used

14     the words "very unlikely that it will happen."

15          THE WITNESS:  Okay.

16          THE COURT:  But, nonetheless, you continued to

17     assert that it's plausible that it can.

18          THE WITNESS:  There is evidence -- I guess I'm

19     extrapolating from asbestos particles itself and those

20     talcum powder has asbestos in it or not --

21          THE COURT:  That's something that's an open

22     question in this case.

23          THE WITNESS:  Yes.

24          THE COURT:  If you were to take the asbestos

25     out of it, would you still have the same opinion on

Clarke-Pearson - Redirect/Ms. O'Dell

1695

1   inhalation?

2          THE WITNESS:  Probably less so.

3          THE COURT:  So there is a difference in your

4   opinion if it were found not to have asbestos?

5          THE WITNESS:  Yes.

6          THE COURT:  You think it's the asbestos

7   quality of it as one of the components that makes the

8   inhalation theory more plausible?

9          THE WITNESS:  Yes.

10         THE COURT:  Even if still very unlikely?

11         THE WITNESS:  And, again, based on IARC

12   findings that inhaled asbestos can get into the ovary.

13         THE COURT:  I think I have where you are on

14   that.  But I'll still end by saying, I don't think

15   that's where the bulk of your opinion lies.

16         THE WITNESS:  No.  You are correct.  Thank

17   you.

18         THE COURT:  Thank you, Ms. O'Dell.  None of

19   that counted toward you.

20         MS. O'DELL:  May I expand on the question that

21   your Honor asked?

22

23   REDIRECT EXAMINATION

24   BY MS. O'DELL:

25   Q.   Dr. Clarke-Pearson, you mentioned asbestos

Clarke-Pearson - Redirect/Ms. O'Dell

1696

1   fibers in relation to inhalation and that impacts your

2   opinion.  Would that also be true for talc fibers or

3   fibrous talc?

4   A.    Sure.  If I didn't say it just now, yes, I'll

5   answer your question by saying fibrous talc would be

6   the equivalent of impact, as talc has asbestos fibers.

7   Q.    Thank you.

8         At the end of Ms. Brown's questioning she was

9   asking you about consensus in the medical community,

10  and then she asked you questions about consensus in

11  the GYN oncology community.  Do you recall those

12  questions?

13  A.    Yes, I do.

14  Q.    Can there be differences of opinion in the

15  medical community?

16  A.    There are always differences of opinion where

17  there is clinical decision-making or policy.  So, yes,

18  I think there are differences of opinion.  I think

19  right now the medical community is silent on the

20  topic.  I'm not sure there is a difference of opinion.

21  Q.    In regard to your opinion based on your review

22  of the evidence, the totality of the evidence, is it

23  your opinion that there is -- it is biologically

24  plausible that talc can reach the ovary?

25  A.    Can reach the ovary, that's the first question,

Clarke-Pearson - Redirect/Ms. O'Dell

1697

1    yes.

2    Q.    Based on your review of the evidence, is it your

3    opinion that talc, once it reaches the ovary or the

4    Fallopian tube, causes chronic inflammation?

5    A.    Yes.

6          THE COURT:  What can cause chronic

7    inflammation?  Based on your previous testimony, it's

8    not going to cause it in every case.

9          THE WITNESS:  Right.  All the things I had on

10   that one graphic -- endometriosis, chronic pelvic

11   inflammatory disease, obesity.

12   Q.    Based on those two facts, is it your opinion in

13   this case, having considered the totality of the

14   evidence, that it is biologically plausible that the

15   genital use of talc can cause epithelial ovarian

16   cancer?

17   A.    Yes.

18   Q.    I'm going to change topics.

19         Doctor Clarke-Pearson, I'm going to skip

20   around to try to address a few things.

21         You were asked a number of questions about

22   whether you considered the cohort studies in reaching

23   your opinion.  You gave testimony about that earlier?

24   A.    Yes.

25   Q.    You recall that?

Clarke Pearson - Redirect/Ms. O'Dell

1698

1    A.    Yes.

2    Q.    Did you read the cohort studies prior to

3    reaching your opinions in this case?

4    A.    Yes.  I just didn't acknowledge them maybe the

5    way people wanted me to in my report.

6    Q.    And, in fact, are the cohort studies part of the

7    reliance materials that you included at the back of

8    your report?

9    A.    Yes.  And that was part of the totality of my

10   assessment.

11   Q.    And, also, in regard to the Berge study, you

12   were very forthright to say it was an omission not to

13   include it in the chart of meta-analyses, and you've

14   talked about that.

15   A.    Right.

16   Q.    Did you consider the Berge study prior to

17   reaching your opinions in this case?

18   A.    I did.  I just didn't happen to have it on my

19   table in my report.

20   Q.    In fact, did you include the Berge study in your

21   reliance materials that were included in the back of

22   your report?

23   A.    I believe so, if you look at that reference

24   list.

25   Q.    I will.

Clarke-Pearson - Redirect/Ms. O'Dell

1699

1    Dr. Clarke-Pearson, did you include Berge in

2  your reliance material?

3  A.    Yes, it's right there on the reference list.

4  Q.    I think Ms. Brown was alluding to the cited

5  references and suggested that you had not included it

6  in your report, but in fact you had.  Correct?

7  A.    I see, yes.

8  Q.    There were also questions regarding the 2010

9  IARC monograph, the talc monograph pertaining to talc

10  without asbestiform fibers.

11  A.    Yes.

12  Q.    You were asked a series of questions regarding

13  their findings in that particular monograph.  Let me

14  ask you a couple of questions.

15    In IARC 2010, did they consider the data after

16  2006?

17  A.    In their references, the citations that they

18  had, go up to I think just to 2006.  There is a

19  four-year gap of information that was coming out into

20  the medical literature that were not considered.

21  Q.    In fact, if you looked at the charts we looked

22  at earlier, the forest plots that were part of our

23  original presentation, would it be fair to say that

24  all of the case-control studies after Wu, Rosenblatt,

25  Kurta, Wu, 2015, Cramer and Schildkraut were not a

Clarke Pearson - Redirect/Ms. O'Dell

1700

1  part of IARC's consideration for the 2010 monograph?

2  A.    Right.  They couldn't have known that because it

3  was after they published.

4  Q.    And also, in regard to the IARC 2010 monograph,

5  did they consider the meta-analyses that you've

6  discussed here today that were published after 2006,

7  and that would include Langseth 2008, Berge 2018,

8  Taher 2018, not published -- excuse me I skipped

9  Penninkilampi -- Penninkilampi 2018 and Taher 2018,

10 and then also Terry 2013, were those a part of IARC

11 2010 analysis?

12 A.    They couldn't have been because they were

13 published subsequent to that which adds, again, to the

14 totality of what I have been trying to talk about

15 today.

16 Q.    Before lunch Ms. Brown asked you about a

17 reference, a publication that you wrote for the New

18 England Journal of Medicine relating to screening for

19 ovarian cancer.  Do you recall those questions?

20 A.    I do, yes.

21 Q.    She directed your attention -- by the way, was

22 this an invited review of the New England Journal of

23 Medicine?

24 A.    Yes.  I was asked as an expert to write a review

25 paper, so it took a fair amount of time to review the

Clarke-Pearson - Redirect/Ms. O'Dell

1701

1  world's literature on this topic.

2  Q.    Did you consider that to be an honor?

3  A.    Yes.

4  Q.    Looking at the section Ms. Brown directed you to

5  that addressed risk factors, it says:

6        "Risk factors other than age, a family history

7  of ovarian cancer, breast cancer, and the presence of

8  BRCA mutation are poorly understood and approximately

9  90 percent of ovarian cancers appear to be sporadic."

10       Did you include in that recitation of risk

11  factors any inflammatory risk factors that we

12  discussed this morning?

13  A.    No.  The risk factors I listed are the ones that

14  are high risk like BRCA mutations.

15  Q.    Would those be considered genetic risk factors?

16  A.    Yes.

17  Q.    And for that reason, because they were genetic

18  risk factors as opposed to inflammatory risk factors,

19  would it have been appropriate to list other risk

20  factors such as talc usage?

21  A.    The paper was intended to identify patients to

22  discuss whether screening was possible at all, and the

23  answer was no; and it still is no on the one hand,

24  discouraging physicians from doing testing, such as

25  ultrasounds or CA-125 blood tests, which at that point

Case 3:16-md-02738-FLW-LHG   Document 11636   Filed 12/23/19   Page 186 of 279 PageID: 103844
Clarke-Pearson - Redirect/Ms. O'Dell

1702

1  were proven to be not useful but they were still being

2  done and to encourage the medical community to do more

3  research to identify screening techniques, and we

4  still haven't gotten there in the 10 years since I

5  published that paper.  It wasn't intended to review

6  all risk factors.

7  Q.    Dr. Clarke-Pearson, you were asked about the NCI

8  publication, "Ovarian Fallopian Tube and Primary

9  Peritoneal Cancer Prevention," the PDQ as it's

10  referred to.  Do you recall the line of questions Ms.

11  Brown asked about?

12  A.    I do remember some.  Some of my comments were

13  the references were pretty far out of date.

14  Q.    Let's turn and look at the five references that

15  are related to ovarian cancer and talcum powder usage.

16       You see 43 through 47, Huncharek 2003.  Is

17  that one of the meta-analyses that you included in the

18  chart that we looked at earlier?

19  A.    Yes, it was one of the older ones.

20  Q.    Did it include there was an increased risk in

21  the use of talcum powder for that ovarian cancer?

22  A.    The answer is yes, about a 33 percent increased

23  risk that was statistically significant.

24  Q.    And also for the PDQ, they cite the Terry paper.

25  Do you recall that?

Clarke-Pearson - Redirect/Ms. O'Dell

1703

1   A.    The pooled analysis.

2   Q.    And in the Terry paper did they include that

3   there was a 1.24 increased risk of ovarian cancer that

4   was statistically significant?

5   A.    Yes.  It's highlighted there.

6   Q.    And, further, while I'm on the Terry paper, let

7   me follow-up on another item Ms. Brown asked you

8   about, and, specifically, on whether the Terry paper

9   showed a trend toward dose-response.  Do you recall

10  those questions?

11  A.    I recall that, and it does show a trend.

12  Q.    In fact, does the paper include a table that

13  outlines the statistically significant results of the

14  increased risk for certain quartiles of usage?

15  A.    Yes.

16  Q.    Is this the table that shows that there was a

17  statistically significant trend in dose for the Terry

18  study?

19  A.    Yes.

20  Q.    And go further, so we've discussed Huncharek

21  cited by the NCI that showed an increased risk.  We've

22  discussed Terry cited by NCI, which also showed or

23  demonstrated an increased risk.  And then they go to

24  Schildkraut.  And in the Schildkraut paper, of course,

25  you and I discussed that this morning, was there a

Clarke Pearson - Redirect/Ms. O'Dell

1704

1  statistically significant increased risk for ovarian

2  cancer?

3  A.    Yes.  In the specific population of

4  African-American women from, I think, 11 different

5  areas of the United States.

6  Q.    In the Schildkraut paper -- and could we put it

7  up on the screen?  It's Exhibit 8.  It's General

8  Causation Opposition Exhibit 8.  If you could go to

9  page 1416 of the publication, which I think is the

10  next to the last page.

11       On the left side, the lower paragraph there,

12  Doctor, did the researchers in the Schildkraut study

13  write:

14       "The results of the current study showed that

15  genital powder use was associated with ovarian cancer

16  risk in African-American women and are consistent with

17  localized chronic inflammation in the ovary due to

18  particulates that travel through a direct transvaginal

19  route.  The dose-response observed for duration of

20  genital powder use provides further evidence for the

21  relationship between genital powder and overall EOC

22  risk.  Our data suggests that the increased risk due

23  to the use of genital powder applies to both serous

24  and non-serous histologic subtypes."

25       Is that what they concluded?

Clarke-Pearson - Redirect/Ms. O'Dell

1705

1    A.      Yes, that was their conclusion.

2    Q.      Is that consistent with your opinion?

3    A.      Yes.  In the paper and the totality as well.

4    Q.      Going back to the PDQ, we talked about

5    Huncharek, Terry, Schildkraut, Gertig.

6            Dr.  Clarke-Pearson, did the Gertig study, one

7    of the cohort studies show a statistically significant

8    increased risk in serous ovarian cancer?

9    A.      In serous ovarian cancer, which is the most

10   common histologic type of the epithelial ovarian

11   cancers, yes, they did.

12   Q.      Based on the fact NCI cited five references, and

13   the four we have gone through show a statistically

14   significant increased risk, is it somewhat baffling to

15   understand how the NCI concluded there was no data to

16   support a relationship between the genital use of

17   talcum powder and ovarian cancer?

18   A.      It's baffling, and, at the time this is a very

19   recent publication.  There is so much other literature

20   equivalent to those four articles you just presented

21   to me that exist that could have been analyzed.  I'm

22   disappointed the NCI isn't doing a better job of doing

23   good comprehensive research.

24   Q.      You were asked some questions -- I'm going to

25   transition to another topic.  You were asked questions

Clarke Pearson - Redirect/Ms. O'Dell

1706

1  about some of the studies that you relied on in

2  connection with your opinion that talcum powder can

3  migrate to the fallopian tubes and ovaries.  And, in

4  particular, counsel for Johnson & Johnson stated in

5  relation to the Venter paper, that the Venter paper

6  does not support your opinion that talc can migrate.

7  Do you recall that line of questioning?

8  A.    I've forgotten it.

9  Q.    That's fair enough.  You've had a long

10  afternoon.

11       Take a look at the Venter paper, which is

12  general causation opposition 70.

13       The Venter paper discusses the migration of

14  radioactive tracers?

15  A.    Right.  Albumin microspheres that are

16  radioactive.

17  Q.    And in the discussion section of the paper,

18  let's look at the conclusion that the authors reached

19  there.

20       Based on their study, this experiment, they

21  stated:

22       "Evidence is available for migration of

23  different substances in either direction within the

24  female reproductive system between the peritoneal

25  cavity and ovaries via the tubes, uterus, and the

1    vagina, and out."

2         Is that supportive of your opinion that the

3    female reproductive system is an open system?

4    A.    Yes, it goes both ways.

5    Q.    They go on to say:

6         "Various living organisms actively follow this

7    pathway in both directions.  Gases, fluids, bias and

8    contrast media can easily be introduced from the

9    vagina into the peritoneal cavity.  If the transit can

10   take place so easily, it is probably the same for many

11   chemical substances used for hygienic, cosmetic, or

12   medicinal purposes, many of which may have potential

13   carcinogenic or irritating properties."

14        Is that also true of talcum powder?

15   A.    Yes.

16   Q.    You were asked a series of questions about one

17   of the Huncharek papers, and this in particular was

18   the Huncharek 2003.  There are three of the Huncharek

19   papers, but this is 2003, and it was marked by

20   Ms. Brown as A 76.  Do you recall that?  Ms. Brown

21   directed you to the material I have highlighted in

22   pink.

23        Ms. Brown highlighted, walked you through what

24   I have highlighted in pink:

25        "The available observational data do not

Clarke-Pearson - Redirect/Ms. O'Dell

1708

1    support the existence of a causal relationship between

2    perineal talc exposure and an increased risk of

3    epithelial ovarian cancer."

4         I'm sure she was pressed for time.  She missed

5    a paragraph here.  It goes on to say:

6         "These statistical associations raise concerns

7    that there may be a cause effect relationship between

8    perineal talc exposure and ovarian cancer

9    carcinogenesis.  This is further confirmed by the

10   structural similarities between talc and asbestos, a

11   well-recognized human carcinogen."

12        Did the authors state that?

13   A.    Yes, they did.

14   Q.    Let's go to one more of the studies that

15   Ms. Brown directed you to.  It was the Gross and Berg

16   study.  Do you recall that?

17   A.    Yes.

18   Q.    That was one of the early meta-analyses that you

19   reviewed?

20   A.    Yes.

21   Q.    Dr. Clarke-Pearson, why is it important when you

22   are looking at meta-analyses to review and rely on the

23   most recent meta-analyses?

24   A.    Well, I think we want to look at all of the

25   data, and that particular paper was early on, and

Clarke Pearson - Redirect/Ms. O'Dell

1709

1   there were very few studies that had been completed at

2   that time.  So there is nothing wrong with that

3   meta-analysis, but there are more up-to-date

4   meta-analysis that are much stronger in helping us

5   come to a conclusion about risks.

6   Q.    Did the most recent meta-analyses due to the

7   fact that they analyze, I think you said, 27 studies

8   this morning, do they have greater statistical power?

9   A.    Yes, they do.

10  Q.    And because of that, would they provide further

11  information regarding the true risk between genital

12  talc use and ovarian cancer?

13  A.    Yes, they are the most up-to-date information we

14  could base decisions on.

15  Q.    Let me ask you to look at the Shan and Liu --

16  it's General Causation Opposition Exhibit 109.  If we

17  could put that on the screen.

18        Ms. Brown discussed with you the first page of

19  this paper, on the right-hand side at the top, and

20  right under "Etiology of EOC Inflammatory in Nature."

21  Do you see that section?

22  A.    Yes.

23  Q.    Just for those of us who don't operate in the

24  medical community all the time, what does "etiology"

25  mean?

Clarke-Pearson - Redirect/Ms. O'Dell

1710

1    A.    The reason that some event happens, I guess, if

2    I can put it in a generic term, why something happens.

3    Q.    Ms. Brown directed you to the first sentence:

4         "EOC is perhaps one of the most sinuous human

5    cancers.  In an effort to identify the causes of EOC,

6    a few hypotheses have been put forward" and she

7    suggested that inflammation was a hypothesis.  Do you

8    recall that?

9    A.    The incessant ovulation, we're talking

10   hypotheses and inflammation being one, she was

11   suggesting.

12         MS. O'DELL:  And, Cory, if you could put it on

13   the screen, I think it's page 3108 of the article, the

14   second page of the publication.

15   Q.    On the right-hand side, second paragraph at the

16   beginning.  The authors write:

17         "Because inflammation is known to be a causal

18   factor in promoting tubal tumorogenesis the hypothesis

19   that a portion of serous ovarian carcinomas may

20   originate in the fallopian tube provides another link

21   although indirect between inflammation and EOC."

22         Does that support your opinion,

23   Dr. Clarke-Pearson, and is this one of the reasons you

24   cited this particular paper?

25   A.    That, and it ties in with earlier this morning

Clarke-Pearson - Redirect/Ms. O'Dell

1711

1    talking about the fallopian tube making a contribution

2    to cause serous ovarian cancer.

3    Q.    Let me direct you now, Dr. Clarke-Pearson, to

4    the Penninkilampi paper.  We discussed that quite a

5    bit today.

6    A.    Yes.

7    Q.    If you'll turn to page 2 of the publication,

8    and, for the record, it is General Causation

9    Exhibit 62.  It's page 42 of the publication.

10          Ms. Brown directed you to the upper left

11   column at the top, end of the paragraph, and she read:

12          "The association between perineal talc use and

13   ovarian cancer is based on the body of knowledge from

14   observational study, and most of these have been

15   retrospective case-control studies prone to recall

16   bias.  Hence, while perineal talc use has not been

17   shown to be safe, in a similar regard a certain causal

18   link between talc use and ovarian cancer has not yet

19   been established."

20          Do you recall her reading that to you?

21   A.    Yes.

22   Q.    It's reference 8 and 9, and reference 8 is

23   Huncharek 2011.  And just for ease, let me just put

24   Huncharek 2011 on the ELMO.  It's General Causation

25   Opposition Exhibit 155.

1712

1    Is this one of the meta-analyses you reviewed

2    in reaching your opinions in this case?

3    A.    Yes.

4    Q.    And looking at the results of the meta-analyses,

5    did they conclude:

6        "These reports show roughly a 30 to 60 percent

7    increased risk of ovarian cancer associated with

8    perineal talc exposure."

9    A.    That's what I have been saying all day, yes.

10   Q.    And, in fact, on page 5 of the publication

11   Huncharek 2011 -- it's page 5 on the copy I have.

12       MS. BROWN:  I don't think Huncharek 2011 is

13   one he relied on.

14       MS. O'DELL:  It's on his reliance list.

15   Q.    Let me put it on the ELMO.  Huncharek 2011 was

16   another publication by Huncharek and others, and you

17   see it says here:

18       "Asbestos fibers in the lung initiate an

19   inflammatory and scarring process, and it has been

20   proposed that talc as a foreign body might initiate an

21   inflammatory response."

22       There is one other section let me just go to

23   quickly.

24       MS. BROWN:  What's the exhibit number?

25       MS. O'DELL:  155.

1713

1  Q.    Doctor, I think I picked up the wrong Huncharek.

2  I think there are three of them.  I'll come back to

3  that.

4        Back to Penninkilampi.  Penninkilampi cited

5  for purposes of the conclusion that -- or, the

6  statement that Ms. Brown directed you to, it says --

7        MS. O'DELL:  I may need a technical assistant

8  on this.

9        (Pause.)

10  Q.    Ms. Brown took you to this statement regarding a

11  certain causal link between talc use and ovarian

12  cancer has not yet been established, and we looked at

13  Huncharek, and it did show a statistically significant

14  increased risk.  And it also cites Langseth, and

15  Ms. Brown asked you about the Langseth paper, and she

16  directed you to certain portions, but let's go back

17  and take a look at other portions.

18        On page 1 of the Langseth study,

19  Dr. Clarke-Pearson, it says:

20        "From pathology studies it is known that

21  particles and fibers can enter the body and migrate to

22  distant organs.  For instance, asbestos fibers have

23  been found in ovaries for women exposed to asbestos.

24  Analogously following the perineal application talc

25  particulates can migrate from the vagina to the

Clarke-Pearson - Redirect/Ms. O'Dell

1714

1   peritoneal cavity in the ovaries."

2          Does that support your opinion regarding

3   migration?

4   A.    Yes, it does.

5   Q.    Further in the Langseth study I think Ms. Brown

6   focused your attention on this portion that talked

7   about proposal:

8          "The current body of experimental and

9   epidemiological evidence is insufficient to establish

10  a causal association between perineal use of talc and

11  ovarian cancer.  Experimental research is needed."

12         They focused your attention on that portion of

13  the study.  Correct?

14  A.    Correct.

15  Q.    If you turn over to the back, I think you had

16  time to go to this, it says, quote:

17         "The mechanism of carcinogenicity may be

18  related to inflammation.  This paper focuses on the

19  high degree of consistency in the studies accomplished

20  so far, and what should be the focus in future

21  studies."

22         Does that also support your opinion that it is

23  biologically plausible that talcum powder can reach

24  the ovary and cause chronic inflammation?

25  A.    Yes, both events are plausible and necessary to

Clarke-Pearson - Redirect/Ms. O'Dell

1715

1    support the causation of talc causing ovarian cancer.

2    Q.    Two more topics.

3          The CDC has this as part of their website.

4    Ms. Brown showed you this earlier.  She put it on the

5    screen with a slide, but in our books we got a

6    printout from the website.  It lists risk factors for

7    ovarian cancer, and you walked through those earlier.

8    Right?

9    A.    Yes.

10   Q.    And has the CDC sponsored a systematic analysis

11   of the literature regarding ovarian cancer and

12   specifically sort of evolving paradigms and research

13   in ovarian cancer?

14   A.    Yes.  I'm aware of that recent monograph and the

15   group that put it together to do that investigation by

16   CDC and Institute of Medicine.

17         MS. BROWN:  Your Honor, I'm not sure where

18   this is.  Can you direct me to the reliance list where

19   it is?

20         MS. O'DELL:  Your Honor, it specifically

21   relates to an Institute of Medicine report that was

22   published this year, and Dr. Clarke-Pearson saw it

23   before, shortly after his deposition, actually.  It

24   was published recently.  It was not a part of his

25   reliance materials.  But Ms. Brown, in suggesting that

1    talcum powder is not a risk factor recognized by the

2    CDC, is really not accurate.  The CDC commissioned a

3    report by the Institute of Medicine.  It's the

4    National Academy of Science issued a report called

5    "Ovarian Cancers Evolving Paradigms in Research and

6    Care," and they concluded that talcum powder and

7    asbestos are inflammatory risk factors of ovarian

8    cancer.  I feel like that -- putting up that website,

9    suggesting they don't consider talcum powder, that

10   they don't consider talcum powder as a risk factor,

11   opened the door for us to show in fact they did.

12          MS. BROWN:  Your Honor, I object, of course.

13   This is the first time I'm hearing of this document.

14   It was not included, obviously, in advance.  It is not

15   included as part of the report.  It's not included as

16   materials relied on.  It's not included on a

17   supplemental reliance list and does not form the basis

18   of his opinion.

19          To the extent that counsel intended to use it,

20   we did not have the opportunity to review it, to have

21   our own experts comment on it.  I literally have no

22   idea what it is and it was completely not disclosed.

23          THE COURT:  Do you have it at counsel table?

24          MS. BROWN:  I don't.

25          MS. O'DELL:  She does.  It's PSC

Clarke-Pearson - Redirect/Ms. O'Dell

1717

1    Clarke-Pearson 3.  We discussed it this morning.  I

2    admitted it was not on his reliance list.  It was an

3    oversight.  I agreed not to use it.  And then she put

4    into play, the CDC.  It would be unfair to leave the

5    record with the suggestion that they don't consider

6    talcum powder a risk factor when I believe that's not

7    accurate.

8             THE COURT:  Can I have a copy and see what

9    that looks like?

10            MS. O'DELL:  It's in your binder, Judge, I

11   believe.

12            THE COURT:  Let me take a quick look at what

13   this is.

14            MS. O'DELL:  Your Honor, you will see it's the

15   National Academy of Sciences.  I did bring the book,

16   your Honor.  I got copies so counsel can have one,

17   too.  If you want to see the book, I'm happy to hand

18   that up as well.

19            THE COURT:  This was published when?  It says

20   "Copyright 2016"?

21            MS. O'DELL:  That's correct.

22            THE COURT:  I want to understand what the

23   connection between this and the CDC is.

24            MS. O'DELL:  Let me turn to the right page.

25            If you'll turn to page IX in the beginning,

Clarke-Pearson - Redirect/Ms. O'Dell

1718

1   this Congressional mandated report sponsored by the

2   Centers for Disease Control assesses the state of

3   research on ovarian cancer from multiple perspectives

4   and by multiple disciplines.  So it's a CDC-sponsored

5   document or book.

6        MS. BROWN:  Your Honor, it is not at all a

7   proper response to the current CDC position as

8   available on their website right now for what are the

9   risk factors for ovarian cancer.  The proper redirect

10  on an exhibit like this is a page from the current CDC

11  website that says something else.

12        This, instead, is an older article by a

13  different organization that was never disclosed, and

14  no one has ever given an opinion about it, and it is

15  also about 30 to 40 pages.  So I would object as not

16  properly in response to this at all, but, rather, an

17  attempt to backdoor in an undisclosed exhibit that

18  counsel gave me her word this morning it would not be

19  used with Dr. Clarke-Pearson.

20        MS. O'DELL:  I didn't use it on direct, your

21  Honor.  This is a page of the website.  What you have

22  in front of you is a thorough systematic review of the

23  scientific evidence, and it's conducted in association

24  with the National Academies of Science, an

25  organization, I believe, if I remember correctly,

Clarke Pearson - Redirect/Ms. O'Dell

1719

1    Dr. Neel said he wanted to be a part of at some point

2    in his career.

3         It's authoritative.  They have a section

4    called "Inflammatory Risk Factors."  It occurs on page

5    110, and beginning in the paragraph it says:  "Studies

6    of the inflammatory marker, c-reactive protein,

7    suggest a possible association between inflammation

8    and an increased risk of ovarian cancer," and I'll

9    skip the cites for ease.  "Other specific inflammatory

10   factors have been associated with ovarian cancer.  A

11   meta-analysis reported that exposure to asbestos was

12   associated with a 77 percent increased risk of ovarian

13   cancer mortality," citing Camargo and the

14   International Agency For Research on Cancer to

15   determine that there was sufficient evidence to

16   support a causal relationship between asbestos

17   exposure and ovarian cancer," citing Straif.  "This

18   has led to studies of talc use which is chemically

19   similar to asbestos and can cause an inflammatory

20   response.  The use of perineal talcum powder has been

21   associated with 20 to 30 percent increased risk of

22   ovarian cancer, although it has been shown to vary by

23   histologic subtypes," citing Cramer and Terry.

24         MS. BROWN:  You have to finish that paragraph.

25         MS. O'DELL:  I'll be happy to.

Clarke Pearson - Redirect/Ms. O'Dell

1720

1        "One analysis reported 9 percent lower ovarian

2   cancer risk with regular aspirin use with stronger

3   results among daily users.  Trabert.  However, most

4   cohort studies have not observed a similar reduction

5   risk.  Brasky, Lacey, Murphy, Ni, Pinheiro, Prizment,

6   and Setiawan."

7        That's the end of the paragraph.

8        MS. BROWN:  Your Honor, this is not in at all

9   -- first of all, it's just an undisclosed 30-page

10  article that counsel and I spoke about this morning,

11  that she said she could not find on any reliance list,

12  and, therefore, agreed it was not appropriate to use

13  with this witness.

14       And now she's attempting to get it in front of

15  your Honor and to use it with this witness to rely on

16  it.  It's not in his report, not on materials used,

17  not on the supplement.  It has nothing to do with the

18  CDC's web page about ovarian cancer.  It's a totally

19  different organization and it's a full report we would

20  have to read, analyze, have our own folks take a look

21  at.  It's too late at this point, your Honor.

22       THE COURT:  The only thing I'll do at this

23  point is, I don't want to take testimony on the

24  article.  I'll note that the CDC current website is

25  still not listing this on it, even though they would

Clarke-Pearson - Redirect/Ms. O'Dell

1721

1    have had the benefit of a report they allegedly

2    commissioned.

3           So I will let you put on the record there was

4    a report at an earlier time that did study this issue.

5    But we also know what the CDC cites.  So we'll put

6    that out there, and we won't take questioning on it.

7    BY MS. O'DELL:

8    Q.    Dr. Clarke-Pearson, since reviewing the totality

9    of the evidence and reaching your opinions in this

10   case, what steps have you taken to inform others about

11   your opinion that genital use of talcum powder can

12   cause ovarian cancer?

13   A.    I wasn't given the opportunity to make this

14   point --

15          MS. BROWN:  Your Honor, there was nothing

16   disclosed in his deposition or his report about

17   efforts to do anything other than speak to a friend.

18   If the testimony is going beyond that, I would object

19   to his opinion that was not disclosed.

20          MS. O'DELL:  It's not an opinion.  It's a

21   fact.  It's what he's done.  He's engaging in the

22   medical community.  There was no duty for him to stop

23   activities following his deposition on February 4th of

24   this year, and so I think he testified to several

25   items that he was in the process -- several steps he

Clarke Pearson - Redirect/Ms. O'Dell

1722

1       was in the process of taking, and that's what I'm

2       asking about.

3               MS. BROWN:  Your Honor, we had no opportunity

4       to depose him on this.  It's all brand new.  At the

5       time of his deposition, he had not done anything.  If

6       he is here today with new things he has done, it's not

7       only beyond the scope of direct but it's an

8       undisclosed opinion that we have not had the

9       opportunity to depose him on and get to the bottom of

10      and --

11              THE COURT:  I don't think I'm getting

12      opinions.  I guess what I am going to get is, because

13      I understand the questioning was certainly there was

14      substantial questioning, there was nothing he had done

15      prior to being approach by plaintiffs' counsel in this

16      area and had not formed any opinions that there was a

17      causal connection.

18              He then analyzed it, came up with his

19      opinions, and I'm taking what you want to get now, is

20      he being in some way proactive now to do something

21      about his opinions?  That's not more opinion.  If he

22      wants to tell me he's doing things now, I'll listen to

23      what he's doing.  I think that's where we're going.

24              MS. O'DELL:  Yes, that's exactly it.

25              THE COURT:  Go ahead.

Clarke Pearson - Redirect/Ms. O'Dell

1723

1    THE WITNESS:  So I made communication with two

2  organizations.  I have talked to Dr. Hal Lawrence, who

3  is the CEO of ACOG, who had that one brief statement

4  that was --

5    THE COURT:  I don't want to hear what he may

6  have said to you.  Only what you have done.

7    THE WITNESS:  I told him that I was serving as

8  an expert in the plaintiffs' side, but that based on

9  my analysis of the data that I would advise and

10  suggest -- I can't tell ACOG what to do -- that they

11  should investigate this in the format I would expect

12  of the committee opinion that we were talking about

13  earlier today.  Dr. Lawrence I think --

14    THE COURT:  I don't want to hear about that.

15    THE WITNESS:  I also talked to Dr. Laurel

16  Rice, who is the immediate past president of the

17  Society of Gynecologic Oncology, and, finally, with

18  regard to patient information, I said that the patient

19  intake sheet in our oncology clinic doesn't include

20  talc.  We will be updating, when we finish getting rid

21  or using up the forms we currently use in our general

22  obstetrics and gynecology clinic at the University of

23  North Carolina, a question about talc use, just like

24  we have with regard to seatbelts and smoking and those

25  risk factors.

Clarke-Pearson - Redirect/Ms. O'Dell

1724

1     THE COURT:  That last one was an appropriate

2  follow-up to what I asked because I asked what the

3  forms looked like generally outside of his department.

4         You may proceed.

5  BY MS. O'DELL:

6  Q.    Counsel put a number of magnetic labels on the

7  board here representing organizations, and, in

8  particular, statements they may have made to date.

9         To your knowledge, Dr. Clarke-Pearson, has

10  ACOG at this point undertaken a systematic review of

11  the scientific literature in the same way that you

12  have to reach your opinions?

13  A.    I do not believe they have.  That's why I

14  brought this up to Dr. Lawrence.

15  Q.    Would it also be true that the FDA, at least at

16  this point, has not published a systematic review of

17  the scientific literature to date and rendered an

18  opinion on this topic?

19  A.    That's correct.  The only thing I have seen is

20  this letter we talked about earlier.

21  Q.    Would it be true that the Society of Gynecologic

22  Oncology have not undertaken a systematic review of

23  the body of literature to reach an opinion on this

24  subject?

25  A.    That's true.

Clarke Pearson - Recross/Ms. Brown

1725

1    Q.    In terms of a regulatory agency who has

2    undertaken a systematic review, would it be fair to

3    say that the only regulatory body that has reviewed

4    all of the evidence and published their views of the

5    science would be Health Canada?

6    A.    Yes.  Health Canada has done a Bradford Hill

7    analysis.

8    Q.    And what was their conclusion?

9    A.    Their conclusion is very similar to my

10   conclusion.

11         MS. O'DELL:  That's all I have, your Honor.

12   Thank you.

13         MS. BROWN:  May I have a few minutes?

14         THE COURT:  Yes.

15

16   RECROSS-EXAMINATION

17   BY MS. BROWN:

18   Q.    Doctor, I want to start where counsel left off,

19   which is the Health Canada report.

20         Now, at the time that you issued your opinions

21   in this case that talc causes ovarian cancer, you had

22   not seen the Health Canada draft risk assessment.

23   True?

24   A.    I don't believe I had.

25   Q.    And you understand that the approach that Health

1726

 1    Canada took was a precautionary approach to

 2    decision-making that emphasizes the need to take

 3    preventive action.  Right?

 4    A.    I'm not exactly sure what that means.  They did

 5    an analysis, a Bradford Hill analysis based on a

 6    meta-analysis.  I'm not sure what the precautionary

 7    portion that you mentioned exactly means.

 8    Q.    Do you recall answering some questions about

 9    this in your deposition?

10    A.    I don't.

11    Q.    Why don't we just take a look, then, at your

12    testimony.

13          Do you recall agreeing that Health Canada may

14    have made recommendations that are purely

15    precautionary?  Do you recall that?

16    A.    I don't recall it, but if I said it in my

17    deposition, then it would be true.

18    Q.    Why don't we take a quick look at your

19    deposition, page 297, lines 9 through 14.

20          You were asked some questions about the

21    precautionary approach.  You were asked:

22          "QUESTION:  You understand that Health Canada

23    may have made recommendations that are purely

24    precautionary.  Is that right?

25          "ANSWER:  That's what I've read, yes."

1727

1       Correct?

2   A.    I guess that's what I read, but I'm not sure, as

3   I just said, what that exactly means.

4   Q.    Incidentally, Doctor, the Health Canada draft

5   assessment was given to you by plaintiffs' lawyers.

6   Correct?

7   A.    Yes.

8   Q.    One of the things that Health Canada in the risk

9   assessment, the draft risk assessment, that was

10  provided to you by counsel for the plaintiffs

11  concluded was that

12       "There is a lack of an available exposure

13  effect relationship in the human epidemiological

14  data."  Correct?

15  A.    That's what they say.

16  Q.    This is its most recent up-to-date analysis of

17  the data, according to your testimony.  Is that right?

18  A.    I think, once again, looking at all the data is

19  important.

20  Q.    Another document that you were given by

21  plaintiffs' lawyers, after forming your opinion that

22  talc causes ovarian cancer, is a meta-analysis.

23  Correct?

24  A.    Which meta-analysis are you talking about?

25  Q.    You were given a meta-analysis by Taher and

Clarke Pearson - Recross/Ms. Brown

1728

1    others by counsel for the plaintiffs after you had

2    issued your report in this case.  Is that right?

3    A.    Yes, that's true.

4    Q.    You did not rely on the analysis by Taher and

5    others at the time that you issued your opinions.

6    Correct?

7    A.    That's correct.

8    Q.    You understand that the Taher meta-analysis has

9    not been peer-reviewed.  Correct?

10   A.    It has not been published.  I don't know where

11   it is in the process.

12   Q.    Hasn't been published, not available on any

13   journals' website.  Right?

14   A.    Not that I'm aware of.

15   Q.    Did you undertake an analysis to figure out

16   whether any member of the public can access this Taher

17   meta-analysis?

18   A.    I did not.

19   Q.    Did you ask the plaintiffs' lawyers who gave you

20   this meta-analysis how they got it?

21   A.    No.

22   Q.    Have you been to a website that the plaintiffs'

23   lawyers maintain called "The Truth About Talc"?

24   A.    No.

25   Q.    Can we look at slide 36, please.

Clarke Pearson - Recross/Ms. Brown

1729

1    Do you know that although unpublished and

2    un-peer-reviewed, the Taher meta-analysis is available

3    on a website called "The Truth About Talc"?  Did you

4    know that?

5    A.    I didn't know about the website, so I don't know

6    anything about what was on that website.

7    Q.    If we can go to the next slide from this

8    website, did you know that the sponsor of the website

9    that has access to an unpublished meta-analysis that

10   underlies Health Canada is the Beasley Allen law firm?

11   A.    Well, because I didn't know about the website, I

12   didn't know anything more -- I don't know anything

13   about the website.

14   Q.    And in describing themselves as the sponsors of

15   The Truth About Talc website, that has the Taher

16   unpublished and un-peer-reviewed meta-analysis they

17   state:

18        "We have the experience and resources to

19   battle the corporate giant."

20        Have you seen that before?

21   A.    I have not seen that before either.

22   Q.    You know who Doctor Judy Wolf is.  Correct?

23   A.    I did.

24   Q.    She is also an MDL gynecology oncologist expert

25   like yourself.  Correct?

Clarke Pearson - Recross/Ms. Brown

1730

1    A.    That's what I understand.

2    Q.    And in preparing for your deposition in this

3    case, one of the things you did was review Dr. Wolf's

4    own deposition.  Right?

5    A.    I was given that opportunity, yes.

6    Q.    Did you also review -- if we can go to the next

7    slide -- any of the 16 videos that Dr. Wolf has since

8    created for The Truth About Talc web page?

9    A.    I have not seen any of those videos and was not

10   aware of them.

11   Q.    So you are not then familiar with Dr. Wolf, an

12   MDL expert's video about addressing the skeptics in

13   the medical community?

14   A.    I don't know what that is about, no.

15   Q.    Did the plaintiffs' lawyers, in giving you the

16   Health Canada assessments and the Taher assessments,

17   did they give you a PowerPoint that was also

18   commissioned by Health Canada?

19   A.    No.

20   Q.    I want to take a look at that.  It's

21   Exhibit 537.  It would be in your binder,

22   Dr. Clarke-Pearson, at 537.

23        Now, do you know that Dr. Krewski did --

24        MS. O'DELL:  Your Honor, she stated this was

25   commissioned by Health Canada.  I don't know if she

Clarke Pearson - Recross/Ms. Brown

1731

1    intended to say that.

2            MS. BROWN:  I'll go to the end to orient us.

3    Q.    Do you see Dr. Krewski's name on this

4    PowerPoint?  You have never seen this PowerPoint

5    before?

6    A.    I have not seen the PowerPoint.

7    Q.    Do you see that Dr. Krewski is the author of

8    this Population Health Risk Assessment?

9    A.    Yes.

10   Q.    And are you aware that he is also the lead

11   author on the Taher article that you were provided

12   with after your deposition?

13   A.    I was not aware of that, no.

14   Q.    Did you -- and just to follow up on counsel's

15   point, do you see this PowerPoint case:

16           "The work was conducted under a contract with

17   Health Canada and Risk Sciences International to

18   independently evaluate the association between talc

19   and ovarian cancer."

20           Were you aware of this funding source for this

21   PowerPoint?

22   A.    No.  I wasn't aware of the PowerPoint.

23   Q.    I want to direct your attention to page 30 of

24   the PowerPoint that plaintiffs' counsel produced to us

25   a couple of weeks ago called "Cancer Classification."

Clarke Pearson - Recross/Ms. Brown

1732

1   Do you see that, Doctor?

2   A.     I do.

3   Q.     At the top is the IARC's 2010 review.  Right?

4   A.     Yes.

5   Q.     And their conclusion that "The epidemiological

6   studies taken together provide limited evidence of an

7   association between perineal use of talc-based body

8   powder and an increased risk for ovarian cancer."

9   Correct?

10  A.     That's what that says.

11  Q.     Do you see the conclusion of this review which

12  was done for a contract with Health Canada concluding

13  that "based on this review, the criteria for

14  classification is a Group 3 A possibly carcinogenic to

15  humans."  Do you see that?

16  A.     Yes.

17  Q.     And the information in the box, that "data from

18  epidemiological studies indicate an association

19  between exposure and human cancer but alternative

20  explanations such as chance, bias, or confounding

21  cannot be excluded."  Do you see that?

22  A.     Yes.

23  Q.     Counsel for plaintiffs did not provide you with

24  this PowerPoint that they had by the author of Taher

25  done as a funding contract from Health Canada.

Clarke Pearson - Recross/Ms. Brown

1733

1    Correct?

2    A.    Correct.

3    Q.    And so you have not had the opportunity before

4    coming in here to discuss Health Canada to look into

5    what a Group 3 A possible carcinogen means under the

6    Canadian regulatory regime.  Correct?

7    A.    I don't know anything about it.

8    Q.    As far as you know, the Health Canada report is

9    a draft assessment.  Correct?

10   A.    Yes.

11   Q.    And whether or not and how, if at all, this

12   classification plays into Health Canada's final

13   classification is not something you know about.

14   Correct?

15   A.    I do not.

16   Q.    You have not had the opportunity to look through

17   this PowerPoint and see what the actual findings of

18   one of the Taher's authors was, when he conducted the

19   risk assessment.  Correct?

20   A.    Correct.

21   Q.    That would include not having the opportunity to

22   see what he had to say or what the group of folks

23   conducting this risk assessment had to say about

24   biological plausibility.  Correct?

25   A.    Is this a peer-reviewed publication?

Clarke Pearson - Recross/Ms. Brown

1734

1     MS. O'DELL:  I object to the assertion the

2   complete group of authors for the Taher paper

3   contributed to this PowerPoint because that does not

4   appear to be the case.

5          THE COURT:  I think it says Krewski.

6          MS. BROWN:  I'll rephrase to make sure it's

7   the lead author of Taher.

8   Q.     Dr. Krewski.

9          THE COURT:  Okay.

10  Q.     Having not been provided this PowerPoint

11  presentation that we received a couple of weeks ago,

12  you have not had a chance to read and interpret

13  Dr. Krewski's thoughts or conclusions as it relates to

14  biological plausibility.  Correct?

15  A.     I have not.

16  Q.     Including "the specific mechanism and cascade of

17  molecular events by which talc might cause ovarian

18  cancer have not yet been elucidated."  Correct?

19  A.     That's what it says.

20  Q.     You have not had a chance to look through this

21  PowerPoint or any of Dr. Krewski's findings in this

22  risk assessment that was done pursuant to a contract

23  with Health Canada.  Correct?

24  A.     I have not.  That's correct.

25  Q.     You were asked some questions and you were shown

Clarke Pearson - Recross/Ms. Brown

1735

1  some epidemiology studies that suggested that it was

2  possible or even plausible for particles of talc to

3  migrate to the ovaries.  Do you recall those

4  questions?

5  A.    Yes.

6  Q.    And you said that in fact supported your belief

7  that migration is possible.  Correct?

8  A.    I think it's very possible.

9  Q.    And we spoke earlier today, though, about the

10 conclusions from the authors of the Penninkilampi

11 meta-analysis from 2018, the most recent one we have,

12 that "the possible mechanism by which genital talc is

13 associated with an increased risk of ovarian cancer

14 hence remains unclear."

15        Do you remember our discussion about that?

16 A.    I remember we discussed that.  I don't remember

17 exactly what we said.

18 Q.    My question is:  What methodology do you employ

19 to reject the conclusions from the Penninkilampi paper

20 that a mechanism remains unclear but to accept

21 conclusions from other epidemiology studies that

22 migration is the root of exposure?

23 A.    I think I tried to explain it to the Court

24 before.  This is a discussion section in a

25 meta-analysis.  The meta-analysis was not intended to

Clarke Pearson - Recross/Ms. Brown

1736

1   look at biological mechanisms, potential mechanisms to

2   determine whether there was migration or not, or

3   whether there was anything to do with chronic

4   inflammation or not.  These are all part of a

5   discussion after the data has been presented where the

6   author is allowed to speculate and go on with his

7   opinion.  So this is an opinion based on their

8   opinions.  There is no reference there.  But it is not

9   part of the data that's presented in this study.

10  Q.    So there's a bunch of references here, right?

11        When they are talking about the fact that

12  NSAIDs have not consistently been associated with the

13  decreased risk of ovarian cancer, they have a bunch of

14  references, don't they?

15  A.    Yes.  I was talking about the last sentence you

16  were talking about, which isn't referenced.

17  Q.    In support of their conclusion a mechanism

18  remains unclear, they provide a number of references;

19  do they not?

20  A.    They provide four references.

21  Q.    And so what I want to understand, what

22  methodology do you employ to reject this part of the

23  most recent meta-analysis by Penninkilampi, that a

24  mechanism remains unclear, but to accept similar

25  discussions in other papers about the ability of talc

Clarke Pearson - Recross/Ms. Brown

1737

1   to migrate?

2   A.    The scientific evidence and the experiments that

3   show that other particles similar to talc can migrate

4   to the ovaries very quickly from placement in the

5   vagina is more scientific evidence than this opinion

6   in the discussion section.

7   Q.    You discussed with counsel on that score,

8   Doctor, this Venter article.  Do you remember that?

9   A.    Yes.

10  Q.    This is an article from 1979.  Correct?

11  A.    Right.

12  Q.    Regarding radio tracers that were placed near a

13  woman's cervix.  Correct?

14  A.    Yes.

15  Q.    You know the IARC working group reviewed this

16  article in connection with their monograph on talc?

17  A.    I hope they did.  I have to look at their

18  reference list.

19  Q.    And when you do, I'll represent to you you'll

20  find that this is there, and you know that the IARC

21  working group concluded, having, nonetheless, reviewed

22  this 1979 study you discussed with counsel, that they

23  concluded that the evidence of migration in a normal

24  woman is weak.  Right?

25  A.    Yes.  We went through all that, and they talked

Clarke Redeson - Recross/Ms. Brown

1738

1    about something about the function of the genital

2    tract in those women undergoing surgery, which I don't

3    understand.  There is other evidence that talc is

4    embedded in the ovary.  So it gets there somehow.  I

5    think the most plausible mechanism is for it to

6    migrate up the vagina and to the ovary and be embedded

7    in the ovary.

8    Q.    And the 1970 article is one on which you rely

9    for that that opinion.  Correct?

10   A.    The radioactive article?

11   Q.    Correct.

12   A.    That's one of others.

13   Q.    You spoke to counsel about some of your prior

14   publications that do not list talc as a risk factor

15   for ovarian cancer.  Do you remember that?

16   A.    Talking to you?

17   Q.    I'm sorry, to counsel for plaintiffs, Ms. O'Dell

18   -- let me reorient you.

19        You spoke, when Ms. O'Dell came up to ask you

20   some more questions, she pointed out you only listed

21   certain risk factors and not others in certain

22   publications.  Do you remember that?

23   A.    In that review article regarding ovarian cancer

24   screening in the New England Journal 2009.

25   Q.    I think I heard you say that you didn't risk any

Clarke Pearson - Recross/Ms. Brown

1739

1   of the inflammatory risk factors.  Is that right?

2   A.    Yes.

3   Q.    In 2011, though, remember we spoke about this,

4   Pathways to Progress document earlier this morning?

5   A.    Yes.

6   Q.    You, again, had an opportunity to list them --

7   A.    Can I explain -- I was the immediate past

8   president of the Society of Gynecologic Oncology.  I

9   didn't write this.

10  Q.    But before you signed your name on the cover

11  page that was going to go on top of this report, you

12  certainly read it.  Right?

13  A.    Yes.

14  Q.    And this includes a discussion about risk

15  factors that includes family history.  Right?

16  A.    Yes.

17  Q.    And it includes one of the potentially

18  inflammatory risk factors, obesity.  Right?

19  A.    Yes.

20  Q.    It does not include talcum powder?

21  A.    No.

22  Q.    What's the relative risk for obesity and ovarian

23  cancer?

24  A.    I don't know that answer.

25  Q.    Do you consider obesity to be a recognized risk

Clarke Pearson - Recross/Ms. Brown

1740

1  factor for ovarian cancer?

2  A.    It's on the list of recognized risk factors,

3  yes.

4  Q.    You spoke to counsel about the NCI PDQ.  Do you

5  recall that?

6  A.    Yes.

7  Q.    I think you had some concerns that the folks

8  doing that review were not doing a proper job doing

9  the up-to-date evidence.  Correct?

10 A.    Yes.

11 Q.    What is the basis for that opinion?

12 A.    The basis of that opinion was, as we talked

13 about a moment ago in redirect, about five papers that

14 were cited, and I think you pointed out to me this

15 morning or sometime today, that that PDQ is published

16 within the last year.

17 Q.    The PDQ itself provides a reader with some

18 information about how frequently and the process by

19 which the authors update this.  Did you know that?

20 A.    No, I didn't see that.

21 Q.    Let's take a look.

22       On page 17 of the PDQ that we have been

23 talking about that concludes there is inadequate

24 evidence for perineal talc to cause ovarian cancer,

25 we're provided with some information about how the

Clarke Pearson - Recross/Ms. Brown

1741

1    Board members keep up to date on the literature and

2    update these reviews, and what we learn is that this

3    summary is reviewed regularly and updated as necessary

4    by the PDQ screening and prevention editorial board.

5    Correct?

6    A.    That's what that says.  Apparently they are not

7    keeping up, though.

8    Q.    Board members review recently-published articles

9    each month to determine whether an article should be

10   discussed at a meeting, be cited with text or replaced

11   or update an existing article that is already cited.

12   Correct?

13   A.    Yes.

14   Q.    You don't have any information about the

15   discussion or the review that went on by these board

16   members at their monthly meetings to review the

17   science that's contained in this PDQ?

18   A.    I'm not privy to that conversation.

19   Q.    (Reading.)

20         "Changes to the summaries are made through a

21   consensus process in which board members evaluate the

22   strength of the evidence in the published articles and

23   determine how the articles should be included in the

24   summary?"

25         Do you see that?

Clarke Pearson - Recross/Ms. Brown

1742

1    A.    Yes.

2    Q.    (Reading.)

3         "Any comment or questions about the summary

4    content should be submitted to cancer.gov through the

5    NCIs website."

6         Correct?

7    A.    Yes.

8    Q.    You told us a little bit earlier about some

9    activities you have undertaken since your deposition.

10   Have you emailed cancer.gov to complain about the

11   review of the board members on this NCI review?

12   A.    I have not because I wasn't aware of this PDQ.

13   Q.    Doctor, when I was talking to you about this

14   PowerPoint that you hadn't seen, I think counsel

15   raised an objection that it only reflected the views

16   of Dr. Krewski, the lead author, and Mr. Williams

17   reminds me that there is in fact a page of

18   contributors, and you see here that it includes the

19   first named author, Dr. Taher.  Correct?

20   A.    Yes.

21   Q.    All of the authors listed on the Taher

22   meta-analysis.  Right?

23   A.    I believe so.  I don't have the meta-analysis in

24   front of me.

25        MS. BROWN:  I have no further questions, your

Clarke Pearson - Recross/Ms. Brown

1743

1  Honor.  Thank you.

2  FURTHER REDIRECT EXAMINATION.

3  BY MS. O'DELL:

4  Q.    Dr. Clarke-Pearson, the Health Canada

5  assessment, causal assessment, is it a comprehensive

6  review of the scientific evidence at this time?

7  A.    As I've read it, yes, it is.  It has a Bradford

8  Hill analysis.

9  Q.    Does it have a Bradford Hill analysis?  Is that

10  what you said?

11  A.    Yes.

12  Q.    And has it been peer-reviewed?

13  A.    I don't know one way or the other on that topic.

14  Q.    And in that assessment, did Health Canada

15  conclude that the connection between the genital use

16  of talcum powder and ovarian cancer is causal?

17  A.    Yes.

18  Q.    And is that your opinion?

19  A.    Yes.  That supports my opinion or is my opinion.

20  Q.    And you were shown a number of slides from a

21  presentation by Mr. Krewski, Dr. Krewski, and this

22  presentation --

23  A.    This is the PowerPoint I haven't seen?

24  Q.    Yes.  The PowerPoint from a presentation that

25  Dr. Krewski made in France.

Clarke Pearson - Recross/Ms. Brown

1744

1    Let me show you one of the slides you didn't

2    have a chance to see.

3    This is part of Dr. Krewski's presentation,

4    and he's walking through the Bradford Hill analysis

5    that was undertaken.

6    In bullet point No. 1, included in

7    Dr. Krewski's statistical significance presentation,

8    it says:

9    "Particles of talc appear to migrate into the

10   pelvis and ovarian tissue causing irritation and

11   inflammation.  The presence of talc in the ovaries has

12   been documented."

13   A.    That's what I was just saying based on the

14   literature I have read, not this.

15   Q.    It goes on to say:

16   "The specific mechanisms and cascade of

17   molecular events by which talc might cause ovarian

18   cancer have not yet been elucidated.

19   Then it goes on to say:

20   "Chronic inflammatory response and alteration

21   in local immunogenicity are possible mechanisms of

22   action of talc as a risk factor for ovarian cancer."

23   Is that consistent with your opinion?

24   A.    Yes.

25   Q.    Ms. Brown showed you a picture of a website, The

1745

1    Truth About Talc.  You haven't seen that website

2    before?

3    A.    No.

4    Q.    Did anything that Ms. Brown presented to you

5    during her opportunity to do recross, did that change

6    your opinions in this case?

7    A.    No, it does not.

8         MS. O'DELL:  Thank you very much, your Honor.

9         THE COURT:  Thank you.  You may step down.

10   We're done.

11        (Witness excused.)

12        (Court adjourned at 4:30 p.m.)

13   ///

14

15

16

17

18

19

20

21

22

23

24

25

1746

1        **I N D E X**

2

3

4        **Proceedings**                              **Page**

5

6         WITNESSES              Direct Cross   Redirect Recross

7

   **Daniel Clarke-Pearson**
8
   Ms. O'Dell                1519    --    1694,1743    --
9  Ms. Brown                   --   1573         --    1725

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1747

1

2

3

4                    **C E R T I F I C A T E**

5

6         PURSUANT TO TITLE 28, U.S.C., SECTION 753, THE

7    FOLLOWING TRANSCRIPT IS CERTIFIED TO BE AN ACCURATE

8    TRANSCRIPTION OF MY STENOGRAPHIC NOTES IN THE

9    ABOVE-ENTITLED MATTER.

10

11        S/Vincent Russoniello
          Vincent Russoniello, CCR
12        Certificate No. 675

13

14

15

16

17

18

19

20

21

22

23

24

25

**'**

**'10** [1] - 1604:9
**'11** [2] - 1522:17, 1604:9
**'60s** [1] - 1667:14
**'71** [1] - 1564:9
**'96** [1] - 1564:9

**0**

**02** [1] - 1537:19
**08608** [1] - 1517:7

**1**

**1** [16] - 1533:7, 1533:11, 1535:25, 1545:3, 1548:2, 1548:11, 1548:14, 1609:11, 1650:9, 1651:23, 1652:13, 1652:14, 1652:20, 1690:13, 1713:18, 1744:6
**1.13** [1] - 1537:15
**1.22** [1] - 1537:14
**1.24** [1] - 1703:3
**1.3** [2] - 1537:15, 1548:13
**1/2** [1] - 1525:6
**10** [7] - 1560:4, 1576:5, 1590:25, 1591:4, 1686:1, 1690:16, 1702:4
**104** [1] - 1578:25
**109** [2] - 1638:24, 1709:16
**11** [3] - 1534:4, 1574:12, 1704:4
**110** [1] - 1719:5
**12** [3] - 1538:14, 1609:22, 1613:3
**12th** [2] - 1606:10, 1606:22
**13** [1] - 1575:20
**14** [2] - 1675:21, 1726:19
**1416** [1] - 1704:9
**145** [1] - 1678:22
**15** [1] - 1671:1
**1519** [1] - 1746:8
**155** [2] - 1711:25, 1712:25
**1573** [1] - 1746:9
**16** [2] - 1538:16, 1730:7
**16-MD-2738(FLW)(LHG** [1] - 1517:2
**1694,1743** [1] - 1746:8

**17** [3] - 1587:20, 1678:23, 1740:22
**1725** [1] - 1746:9
**18** [4] - 1520:10, 1521:24, 1610:24, 1611:17
**19** [3] - 1528:2, 1611:17, 1627:22
**1961** [3] - 1667:5, 1667:13, 1668:1
**1970** [1] - 1738:8
**1970s** [1] - 1565:20
**1971** [1] - 1668:2
**1975** [2] - 1578:13, 1581:25
**1979** [2] - 1737:10, 1737:22
**1985** [1] - 1577:6
**1990s** [1] - 1684:4
**1992** [1] - 1536:19
**1993** [11] - 1580:3, 1580:25, 1581:9, 1581:19, 1582:4, 1620:19, 1620:22, 1620:25, 1621:16, 1621:20, 1622:1
**1994** [2] - 1619:13, 1619:25
**1995** [5] - 1683:15, 1684:3, 1688:5, 1688:6, 1688:18

**2**

**2** [7] - 1525:6, 1545:3, 1548:2, 1548:11, 1584:17, 1655:5, 1711:7
**20** [7] - 1530:15, 1539:25, 1658:7, 1674:20, 1690:16, 1691:12, 1719:21
**2003** [8] - 1615:4, 1680:14, 1680:15, 1681:25, 1683:5, 1702:16, 1707:18, 1707:19
**2004** [1] - 1669:15
**2005** [2] - 1524:8, 1525:3
**2006** [4] - 1670:4, 1699:16, 1699:18, 1700:6
**2007** [6] - 1630:21, 1631:20, 1631:23, 1632:16, 1635:13,

1681:14
**2008** [3] - 1619:14, 1620:1, 1700:7
**2009** [9] - 1582:10, 1583:15, 1585:5, 1585:13, 1585:20, 1604:7, 1628:18, 1629:15, 1738:24
**2010** [15] - 1522:17, 1604:8, 1656:17, 1657:1, 1659:1, 1659:22, 1660:8, 1660:18, 1680:1, 1699:8, 1699:15, 1700:1, 1700:4, 1700:11, 1732:3
**2011** [13] - 1557:12, 1586:10, 1586:24, 1588:22, 1588:25, 1589:19, 1589:22, 1711:23, 1711:24, 1712:11, 1712:12, 1712:15, 1739:3
**2012** [1] - 1565:1
**2013** [3] - 1615:5, 1615:10, 1700:10
**2014** [18] - 1590:17, 1592:2, 1592:8, 1592:13, 1618:17, 1619:14, 1619:24, 1621:24, 1624:21, 1626:13, 1626:17, 1626:24, 1657:9, 1657:15, 1658:12, 1680:18, 1680:24
**2015** [3] - 1607:17, 1607:23, 1699:25
**2016** [2] - 1616:8, 1717:20
**2017** [6] - 1594:1, 1599:23, 1600:23, 1601:19, 1602:7, 1602:11
**2018** [19] - 1540:21, 1578:17, 1579:10, 1579:17, 1594:2, 1611:5, 1637:13, 1637:17, 1645:17, 1647:3, 1647:10, 1647:19, 1686:9, 1686:21, 1700:7, 1700:8, 1700:9, 1735:11
**2019** [14] - 1517:4,

1574:11, 1576:3, 1577:11, 1578:24, 1583:16, 1585:13, 1588:1, 1588:5, 1598:10, 1603:3, 1611:1, 1611:24, 1691:12
**21** [1] - 1668:8
**219** [2] - 1675:18, 1675:21
**22** [1] - 1537:14
**22,000** [1] - 1525:13
**223** [1] - 1650:8
**224** [1] - 1650:8
**23** [3] - 1627:23, 1675:22, 1691:12
**24** [13] - 1537:24, 1544:5, 1560:25, 1578:25, 1614:4, 1614:17, 1650:8, 1663:5, 1668:11, 1669:4, 1670:20, 1671:5, 1672:6
**25** [3] - 1539:19, 1558:23, 1691:11
**250** [2] - 1523:10, 1573:19
**26** [1] - 1537:19
**27** [4] - 1538:25, 1667:2, 1669:24, 1709:7
**28** [1] - 1747:6
**297** [1] - 1726:19

**3**

**3** [6] - 1548:20, 1578:25, 1620:19, 1717:1, 1732:14, 1733:5
**30** [8] - 1517:4, 1527:5, 1542:14, 1548:14, 1712:6, 1718:15, 1719:21, 1731:23
**30-page** [1] - 1720:9
**30th** [2] - 1611:1, 1611:24
**31** [1] - 1539:7
**3108** [1] - 1710:13
**33** [2] - 1683:6, 1702:22
**36** [1] - 1728:25
**3600** [2] - 1539:10, 1539:11
**38** [2] - 1670:13, 1670:14

## 4

**4** [1] - 1548:21
**40** [13] - 1548:15, 1553:9, 1558:18, 1560:13, 1573:11, 1573:24, 1574:2, 1574:17, 1574:22, 1583:3, 1593:18, 1685:25, 1718:15
**402** [1] - 1517:7
**42** [2] - 1539:11, 1711:9
**423** [1] - 1656:10
**43** [3] - 1615:4, 1615:14, 1702:16
**44** [4] - 1534:7, 1534:20, 1615:13, 1616:17
**45** [1] - 1625:13
**47** [1] - 1702:16
**48** [1] - 1544:5
**4:30** [1] - 1745:12
**4th** [7] - 1574:11, 1576:3, 1577:11, 1578:24, 1627:21, 1691:12, 1721:23

## 5

**5** [5] - 1538:21, 1548:23, 1576:4, 1712:10, 1712:11
**50** [5] - 1524:5, 1525:5, 1527:5, 1553:10, 1611:9
**501** [1] - 1580:12
**502** [1] - 1582:12
**506** [1] - 1618:2
**509** [3] - 1683:16, 1683:24, 1684:1
**510-A** [1] - 1656:3
**511** [1] - 1630:20
**515** [1] - 1597:18
**516** [1] - 1606:19
**517** [2] - 1609:10, 1609:11
**523** [1] - 1599:18
**530** [1] - 1586:15
**532** [1] - 1601:12
**537** [2] - 1730:21, 1730:22
**540** [1] - 1602:17
**541** [1] - 1607:16
**55** [1] - 1528:4
**588-9516** [1] - 1517:25

## 6

**6** [1] - 1548:23
**60** [3] - 1528:4, 1530:15, 1712:6
**609** [1] - 1517:25
**61** [1] - 1685:25
**62** [1] - 1711:9
**675** [1] - 1747:12

## 7

**7** [2] - 1517:5, 1678:22
**70** [2] - 1656:3, 1706:12
**72** [2] - 1544:5, 1656:6
**75** [3] - 1525:20, 1526:5, 1575:23
**753** [1] - 1747:6
**76** [1] - 1707:20
**77** [1] - 1719:12

## 8

**8** [5] - 1533:23, 1704:7, 1704:8, 1711:22
**80** [2] - 1525:2, 1539:22
**80-page** [1] - 1588:9
**88** [3] - 1689:1, 1689:9, 1689:11

## 9

**9** [3] - 1711:22, 1720:1, 1726:19
**90** [2] - 1585:9, 1701:9
**91** [1] - 1627:22
**96** [1] - 1576:4
**98** [1] - 1567:7
**99** [2] - 1651:24, 1652:21

## A

**A-509** [1] - 1683:25
**A-67** [3] - 1680:14, 1680:15, 1681:13
**abdomen** [2] - 1527:19, 1566:2
**abdominal** [5] - 1525:23, 1526:2, 1529:6, 1603:7, 1603:16
**ability** [1] - 1736:25
**able** [6] - 1521:2, 1525:15, 1538:18, 1571:19, 1583:13, 1600:4
**abnormal** [1] - 1569:2

**ABOVE** [1] - 1747:9
**ABOVE-ENTITLED** [1] - 1747:9
**absolute** [1] - 1573:10
**absolutely** [3] - 1580:8, 1591:14, 1606:9
**absorb** [2] - 1654:8, 1654:11
**academic** [7] - 1520:15, 1520:21, 1521:7, 1522:7, 1523:11, 1547:9, 1560:12
**Academies** [1] - 1718:24
**Academy** [2] - 1716:4, 1717:15
**accept** [2] - 1735:20, 1736:24
**accepted** [4] - 1559:17, 1567:2, 1571:10, 1595:19
**access** [2] - 1728:16, 1729:9
**accessible** [1] - 1563:7
**accomplished** [1] - 1714:19
**according** [2] - 1629:9, 1727:17
**account** [1] - 1681:21
**accounts** [1] - 1525:12
**ACCURATE** [1] - 1747:7
**accurate** [2] - 1716:2, 1717:7
**achieve** [1] - 1561:23
**acknowledge** [1] - 1698:4
**ACOG** [28] - 1596:11, 1596:14, 1596:18, 1596:21, 1597:4, 1597:9, 1597:12, 1597:21, 1597:25, 1598:13, 1599:4, 1599:7, 1599:13, 1599:14, 1599:23, 1600:23, 1601:2, 1601:13, 1601:20, 1601:25, 1602:4, 1602:14, 1602:18, 1604:21, 1617:16, 1723:3, 1723:10, 1724:10
**ACOG's** [3] - 1598:25, 1601:8, 1603:3
**act** [1] - 1529:12

**action** [3] - 1588:2, 1726:3, 1744:22
**ACTION** [1] - 1517:2
**active** [2] - 1525:1, 1570:9
**actively** [1] - 1707:6
**activities** [7] - 1519:21, 1521:9, 1562:19, 1562:20, 1563:6, 1721:23, 1742:9
**actual** [3] - 1544:17, 1609:10, 1733:17
**acute** [5] - 1632:22, 1653:21, 1654:6, 1654:24, 1655:2
**add** [2] - 1545:4, 1576:18
**added** [3] - 1536:20, 1536:21, 1557:24
**adding** [1] - 1557:15
**addition** [7] - 1522:7, 1534:9, 1540:5, 1560:11, 1601:2, 1617:16, 1662:23
**additional** [2] - 1619:2, 1630:1
**additionally** [1] - 1616:14
**address** [5] - 1538:6, 1538:7, 1543:8, 1555:22, 1697:20
**addressed** [4] - 1533:20, 1533:21, 1687:10, 1701:5
**addressing** [2] - 1556:1, 1730:12
**adds** [1] - 1700:13
**adequate** [1] - 1616:21
**adequately** [2] - 1589:15, 1611:4
**adhesions** [2] - 1566:3, 1566:5
**adjourned** [1] - 1745:12
**adjusted** [1] - 1688:13
**Administration** [1] - 1619:24
**admit** [2] - 1647:9, 1686:11
**admitted** [1] - 1717:2
**advance** [1] - 1716:14
**advanced** [1] - 1527:6
**advances** [1] - 1523:15
**advice** [1] - 1599:9
**advise** [12] - 1576:8,

1576:17, 1576:23, 1592:12, 1599:7, 1599:9, 1606:15, 1607:6, 1607:8, 1608:12, 1619:3, 1723:9

**advised** [5] - 1575:20, 1575:24, 1576:13, 1576:14, 1607:23

**advises** [2] - 1605:15, 1606:20

**advising** [2] - 1576:13, 1603:19

**advocacy** [1] - 1604:12

**aerosol** [1] - 1623:1

**affect** [1] - 1562:20

**affected** [1] - 1604:12

**African** [5] - 1534:2, 1534:18, 1616:11, 1704:4, 1704:16

**African-American** [5] - 1534:2, 1534:18, 1616:11, 1704:4, 1704:16

**afternoon** [2] - 1626:11, 1706:10

**age** [9] - 1528:2, 1528:4, 1585:7, 1586:4, 1598:17, 1605:25, 1607:1, 1701:6

**agency** [2] - 1610:14, 1725:1

**Agency** [1] - 1719:14

**agenda** [1] - 1590:10

**Agenda** [2] - 1586:17, 1589:17

**agent** [6] - 1543:16, 1585:15, 1585:22, 1589:3, 1597:13, 1605:5

**agents** [1] - 1562:20

**ago** [11] - 1546:1, 1580:7, 1580:9, 1580:15, 1581:23, 1592:13, 1598:10, 1617:6, 1731:25, 1734:11, 1740:13

**agree** [28] - 1578:5, 1582:18, 1591:10, 1595:23, 1599:4, 1599:6, 1604:16, 1611:25, 1615:15, 1622:14, 1626:23, 1627:14, 1629:6, 1630:8, 1634:22,

1648:21, 1656:20, 1662:21, 1665:4, 1685:18, 1686:15, 1687:4, 1687:6, 1689:5, 1689:6, 1689:7, 1690:24, 1691:2

**agreed** [2] - 1717:3, 1720:12

**agreeing** [1] - 1726:13

**agreement** [2] - 1563:13, 1563:15

**ahead** [3] - 1526:17, 1551:7, 1722:25

**aid** [1] - 1580:13

**Akhtar** [1] - 1649:13

**ALABAMA** [2] - 1517:11, 1517:11

**albumin** [2] - 1668:3, 1706:15

**alcohol** [1] - 1557:4

**alleged** [3] - 1599:15, 1617:18, 1671:15

**allegedly** [1] - 1721:1

**Allen** [1] - 1729:10

**ALLEN** [1] - 1517:10

**ALLISON** [1] - 1517:21

**allow** [2] - 1560:5, 1654:9

**allowed** [1] - 1736:6

**allows** [1] - 1569:3

**alluding** [2] - 1619:16, 1699:4

**almost** [1] - 1688:23

**alteration** [1] - 1744:20

**alternative** [1] - 1732:19

**altogether** [2] - 1527:4, 1528:5

**America** [1] - 1548:12

**American** [10] - 1521:14, 1522:21, 1534:2, 1534:18, 1595:21, 1596:4, 1596:10, 1616:11, 1704:4, 1704:16

**amount** [10] - 1649:18, 1650:1, 1650:5, 1650:10, 1650:18, 1650:22, 1651:7, 1651:14, 1653:14, 1700:25

**AN** [1] - 1747:7

**anal** [1] - 1559:22

**analogously** [1] -

1713:24

**analogy** [2] - 1547:2, 1547:6

**analyses** [32] - 1531:23, 1535:14, 1535:18, 1535:21, 1537:5, 1642:3, 1642:6, 1645:7, 1645:21, 1646:16, 1646:22, 1678:12, 1678:15, 1679:6, 1680:9, 1680:17, 1681:14, 1685:11, 1686:2, 1686:13, 1687:19, 1688:8, 1698:13, 1700:5, 1702:17, 1708:18, 1708:22, 1708:23, 1709:6, 1712:1, 1712:4

**analysis** [112] - 1532:11, 1532:13, 1532:21, 1534:4, 1535:19, 1535:20, 1536:4, 1536:5, 1536:13, 1537:9, 1537:11, 1538:25, 1539:1, 1539:4, 1539:13, 1542:4, 1542:6, 1542:7, 1542:10, 1542:14, 1545:9, 1556:19, 1595:11, 1611:4, 1611:22, 1612:2, 1613:13, 1613:19, 1613:22, 1614:7, 1615:10, 1615:19, 1619:12, 1637:13, 1638:1, 1638:3, 1640:16, 1641:25, 1643:5, 1644:10, 1644:18, 1645:17, 1645:18, 1645:25, 1646:4, 1647:3, 1647:4, 1647:11, 1647:17, 1647:19, 1648:3, 1648:11, 1648:18, 1678:11, 1678:19, 1679:11, 1679:15, 1679:19, 1679:20, 1679:23, 1679:25, 1680:15, 1682:11, 1682:15, 1682:22, 1684:3, 1685:9, 1685:16, 1686:10, 1687:8, 1687:23,

1688:6, 1688:19, 1688:25, 1689:2, 1690:10, 1690:12, 1690:19, 1700:11, 1703:1, 1709:3, 1709:4, 1715:10, 1719:11, 1720:1, 1723:9, 1725:7, 1726:5, 1726:6, 1727:16, 1727:22, 1727:24, 1727:25, 1728:4, 1728:8, 1728:15, 1728:17, 1728:20, 1729:2, 1729:9, 1729:16, 1735:11, 1735:25, 1736:23, 1742:22, 1742:23, 1743:8, 1743:9, 1744:4

**analyze** [4] - 1536:16, 1538:19, 1709:7, 1720:20

**analyzed** [5] - 1536:8, 1537:21, 1541:7, 1705:21, 1722:18

**anatomy** [1] - 1665:22

**Angiogenesis** [1] - 1568:18

**angiogenesis** [1] - 1568:23

**anguish** [1] - 1576:18

**animal** [5] - 1531:2, 1565:14, 1665:21, 1665:25, 1666:4

**animals** [3] - 1621:3, 1621:13, 1665:18

**annually** [1] - 1521:21

**ANSWER** [11] - 1574:15, 1576:11, 1577:16, 1579:6, 1579:13, 1579:20, 1628:2, 1650:13, 1679:2, 1691:17, 1726:25

**answer** [16] - 1531:18, 1576:16, 1577:25, 1642:23, 1649:20, 1650:16, 1652:6, 1655:1, 1658:8, 1668:24, 1669:2, 1693:14, 1696:5, 1701:23, 1702:22, 1739:24

**answering** [3] - 1564:6, 1652:12, 1726:8

**anti** [6] - 1634:5, 1634:14, 1635:6, 1638:18, 1639:24, 1640:21
**anti-inflammatories** [2] - 1635:6, 1640:21
**anti-inflammatory** [4] - 1634:5, 1634:14, 1638:18, 1639:24
**antibiotics** [2] - 1552:15, 1632:23
**apart** [1] - 1603:17
**apoptosis** [2] - 1568:13, 1568:14
**apparent** [1] - 1539:9
**appear** [7] - 1526:23, 1585:10, 1606:6, 1631:24, 1701:9, 1734:4, 1744:9
**appearance** [1] - 1687:20
**appeared** [1] - 1590:17
**appetite** [1] - 1526:2
**application** [8] - 1530:2, 1530:12, 1538:10, 1563:23, 1565:3, 1666:23, 1671:8, 1713:24
**applications** [4] - 1534:14, 1539:10, 1614:25, 1615:25
**applied** [4] - 1532:10, 1666:1, 1666:12, 1668:12
**applies** [1] - 1704:23
**applying** [1] - 1666:8
**appointments** [1] - 1575:13
**appreciate** [1] - 1659:13
**approach** [5] - 1580:19, 1722:15, 1725:25, 1726:1, 1726:21
**approached** [4] - 1593:17, 1593:21, 1594:1, 1595:7
**appropriate** [5] - 1625:11, 1659:11, 1701:19, 1720:12, 1724:1
**April** [1] - 1598:10
**area** [12] - 1523:8, 1557:6, 1583:3, 1607:12, 1607:25,

1610:7, 1619:10, 1620:6, 1627:5, 1678:14, 1679:24, 1722:16
**areas** [4] - 1587:10, 1587:16, 1590:7, 1704:5
**argue** [1] - 1524:6
**argument** [1] - 1559:9
**arguments** [3] - 1559:1, 1562:9, 1569:8
**arise** [2] - 1528:21, 1581:10
**arises** [1] - 1528:1
**ARPS** [1] - 1517:17
**article** [68] - 1555:3, 1555:5, 1555:24, 1567:6, 1567:13, 1567:21, 1569:22, 1580:15, 1580:24, 1581:4, 1581:8, 1581:14, 1582:4, 1582:8, 1582:9, 1582:12, 1582:15, 1582:20, 1583:7, 1583:9, 1583:12, 1583:18, 1583:21, 1583:22, 1584:1, 1584:6, 1584:16, 1585:5, 1585:13, 1585:20, 1628:12, 1628:15, 1628:18, 1628:23, 1629:2, 1629:6, 1629:15, 1629:23, 1630:21, 1633:17, 1637:1, 1638:25, 1641:9, 1641:13, 1641:22, 1642:10, 1642:14, 1643:1, 1643:4, 1643:11, 1645:14, 1681:13, 1687:23, 1689:11, 1710:13, 1718:12, 1720:10, 1720:24, 1731:11, 1737:8, 1737:10, 1737:16, 1738:8, 1738:10, 1738:23, 1741:9, 1741:11
**articles** [18] - 1559:6, 1573:17, 1577:18, 1577:21, 1577:24, 1578:1, 1578:4, 1624:24, 1630:17,

1631:2, 1639:19, 1666:21, 1670:22, 1705:20, 1741:8, 1741:22, 1741:23
**asbestiform** [1] - 1699:10
**asbestos** [25] - 1531:6, 1547:5, 1552:22, 1553:21, 1564:13, 1571:2, 1571:5, 1652:18, 1653:9, 1694:19, 1694:20, 1694:24, 1695:4, 1695:6, 1695:12, 1695:25, 1696:6, 1708:10, 1712:18, 1713:22, 1713:23, 1716:7, 1719:11, 1719:16, 1719:19
**ascend** [2] - 1564:10, 1637:4
**ascending** [1] - 1546:19
**ascends** [1] - 1543:14
**ascension** [4] - 1530:18, 1535:2, 1563:3, 1563:22
**ASHCRAFT** [1] - 1517:12
**aside** [4] - 1520:7, 1533:5, 1569:18, 1575:11
**aspects** [1] - 1648:12
**aspirin** [8] - 1634:20, 1639:9, 1639:17, 1639:19, 1639:22, 1639:24, 1640:4, 1720:2
**assert** [1] - 1694:17
**assertion** [1] - 1734:1
**assess** [1] - 1661:22
**assessed** [1] - 1557:10
**assesses** [1] - 1718:2
**assessment** [13] - 1623:6, 1698:10, 1725:22, 1727:5, 1727:9, 1733:9, 1733:19, 1733:23, 1734:22, 1743:5, 1743:14
**Assessment** [1] - 1731:8
**assessments** [2] - 1730:16
**assign** [1] - 1556:9
**assigned** [1] - 1541:9
**assistance** [1] - 1636:18
**assistant** [2] - 1520:6,

1713:7
**associated** [31] - 1522:5, 1524:13, 1534:5, 1534:15, 1534:19, 1537:13, 1545:2, 1548:24, 1549:25, 1550:2, 1556:15, 1556:17, 1556:18, 1579:4, 1600:12, 1631:25, 1632:19, 1633:19, 1638:12, 1638:18, 1639:4, 1640:11, 1673:14, 1684:25, 1704:15, 1712:7, 1719:10, 1719:12, 1719:21, 1735:13, 1736:12
**association** [42] - 1534:12, 1539:15, 1540:3, 1542:9, 1578:7, 1578:13, 1581:24, 1599:15, 1600:5, 1600:9, 1600:13, 1609:24, 1610:7, 1610:16, 1612:6, 1612:23, 1615:23, 1616:25, 1617:19, 1619:9, 1620:6, 1620:11, 1627:4, 1631:10, 1633:7, 1633:21, 1634:16, 1635:5, 1643:20, 1648:15, 1658:9, 1661:20, 1681:22, 1682:21, 1689:24, 1711:12, 1714:10, 1718:23, 1719:7, 1731:18, 1732:7, 1732:18
**Association** [1] - 1613:14
**associations** [4] - 1596:1, 1682:7, 1687:10, 1708:6
**assume** [1] - 1608:9
**assumption** [1] - 1558:19
**attach** [1] - 1525:25
**attempt** [2] - 1539:8, 1718:17
**attempted** [4] - 1534:11, 1556:5, 1674:7, 1676:17
**attempting** [1] - 1720:14

**attention** [6] - 1611:13, 1656:10, 1700:21, 1714:6, 1714:12, 1731:23
**attracted** [1] - 1521:1
**audiences** [2] - 1589:13, 1590:11
**aunts** [1] - 1576:22
**author** [18] - 1580:6, 1580:24, 1581:20, 1581:21, 1582:5, 1582:14, 1582:16, 1589:23, 1590:2, 1630:18, 1731:7, 1731:11, 1732:24, 1734:7, 1736:6, 1742:16, 1742:19
**authored** [2] - 1580:3, 1590:3
**authoritative** [1] - 1719:3
**authors** [51] - 1536:5, 1540:1, 1540:9, 1541:13, 1556:5, 1557:8, 1557:14, 1581:9, 1581:13, 1629:10, 1631:8, 1631:22, 1632:15, 1637:16, 1643:15, 1644:11, 1647:10, 1647:19, 1648:2, 1648:10, 1648:17, 1665:1, 1671:24, 1680:10, 1681:15, 1682:16, 1683:13, 1683:21, 1684:2, 1684:13, 1685:6, 1685:15, 1686:16, 1686:21, 1687:4, 1687:22, 1688:1, 1688:10, 1688:18, 1689:6, 1689:15, 1689:20, 1690:3, 1706:18, 1708:12, 1710:16, 1733:18, 1734:2, 1735:10, 1740:19, 1742:21
**available** [24] - 1590:25, 1601:8, 1604:22, 1606:11, 1656:25, 1657:4, 1658:19, 1658:25, 1659:18, 1660:7, 1660:11, 1660:21, 1667:15,

1680:14, 1680:18, 1680:23, 1681:1, 1681:17, 1706:22, 1707:25, 1718:8, 1727:12, 1728:12, 1729:2
**average** [3] - 1528:2, 1528:4, 1548:12
**avoid** [1] - 1603:9
**aware** [31] - 1533:19, 1565:16, 1578:12, 1581:24, 1603:15, 1603:22, 1603:25, 1606:14, 1607:14, 1607:17, 1607:19, 1609:7, 1609:19, 1617:21, 1618:1, 1618:12, 1620:9, 1620:13, 1650:1, 1655:15, 1655:19, 1674:25, 1680:20, 1715:14, 1728:14, 1730:10, 1731:10, 1731:13, 1731:20, 1731:22, 1742:12

### B

**B-10** [2] - 1574:10, 1576:3
**babies** [1] - 1672:22
**baby** [5] - 1560:3, 1560:5, 1561:7, 1676:19, 1677:6
**Baby** [4] - 1529:18, 1530:3, 1531:5, 1652:3
**Bachelor's** [1] - 1519:24
**backdoor** [1] - 1718:17
**background** [1] - 1519:20
**backward** [1] - 1561:25
**backwards** [2] - 1549:14, 1684:9
**baffling** [2] - 1705:14, 1705:18
**baking** [1] - 1608:11
**balance** [1] - 1665:9
**Balkwill** [2] - 1567:6, 1567:8
**barrier** [1] - 1559:14
**BART** [1] - 1517:19
**base** [2] - 1520:25, 1709:14
**based** [28] - 1530:13,

1532:12, 1537:21, 1565:6, 1574:19, 1582:2, 1610:20, 1612:9, 1623:23, 1631:19, 1643:21, 1656:17, 1678:6, 1688:4, 1695:11, 1696:21, 1697:2, 1697:7, 1697:12, 1705:12, 1706:20, 1711:13, 1723:8, 1726:5, 1732:7, 1732:13, 1736:7, 1744:13
**baseline** [1] - 1533:8
**basic** [1] - 1693:19
**basin** [1] - 1565:25
**basis** [8] - 1608:4, 1639:10, 1647:12, 1648:5, 1655:13, 1716:17, 1740:11, 1740:12
**battle** [1] - 1729:19
**BE** [1] - 1747:7
**bearings** [1] - 1684:3
**BEASLEY** [1] - 1517:10
**Beasley** [1] - 1729:10
**became** [4] - 1554:19, 1581:24, 1592:18, 1592:21
**become** [12] - 1520:13, 1520:24, 1521:13, 1521:15, 1525:3, 1528:20, 1531:2, 1540:17, 1547:21, 1568:7, 1570:1, 1642:19
**becomes** [1] - 1540:18
**becoming** [1] - 1624:21
**bed** [1] - 1668:18
**beginning** [4] - 1583:9, 1710:16, 1717:25, 1719:5
**behalf** [3] - 1517:13, 1517:21, 1519:11
**Behalf** [1] - 1518:6
**BEISNER** [1] - 1517:17
**belief** [3] - 1569:17, 1621:5, 1735:6
**believes** [1] - 1560:7
**below** [6] - 1570:14, 1650:18, 1650:23, 1651:7, 1651:19, 1673:22

**benefit** [2] - 1546:22, 1721:1
**benign** [2] - 1655:16, 1655:18
**Berg** [7] - 1683:15, 1683:17, 1683:21, 1684:17, 1687:7, 1688:18, 1708:15
**Berge** [21] - 1537:6, 1537:8, 1538:13, 1539:5, 1540:20, 1541:13, 1645:18, 1646:24, 1647:4, 1647:7, 1647:10, 1647:19, 1682:12, 1686:9, 1686:21, 1687:4, 1698:11, 1698:16, 1698:20, 1699:1, 1700:7
**beside** [1] - 1550:24
**best** [2] - 1532:13, 1691:17
**better** [4] - 1549:5, 1589:11, 1591:20, 1705:22
**between** [59] - 1527:5, 1529:17, 1530:14, 1540:4, 1541:22, 1559:19, 1566:13, 1566:18, 1577:4, 1577:14, 1578:7, 1581:16, 1599:16, 1600:7, 1610:17, 1612:7, 1612:23, 1616:25, 1617:19, 1619:9, 1620:6, 1620:11, 1622:17, 1627:4, 1631:11, 1633:7, 1635:5, 1643:20, 1644:5, 1648:13, 1654:12, 1671:15, 1671:19, 1671:25, 1672:10, 1681:18, 1682:19, 1682:23, 1686:22, 1689:24, 1704:21, 1705:16, 1706:24, 1708:1, 1708:7, 1708:10, 1709:11, 1710:21, 1711:12, 1711:18, 1713:11, 1714:10, 1717:23, 1719:7, 1719:16,

1731:18, 1732:7, 1732:19, 1743:15
**beyond** [8] - 1521:19, 1525:18, 1526:5, 1557:14, 1601:14, 1638:3, 1721:18, 1722:7
**bias** [10] - 1600:14, 1643:24, 1661:6, 1681:20, 1682:17, 1687:9, 1687:17, 1707:7, 1711:16, 1732:20
**biases** [3] - 1687:11, 1687:19, 1688:12
**BIDDLE** [1] - 1517:15
**big** [2] - 1524:1, 1694:8
**bike** [1] - 1563:5
**bilateral** [1] - 1638:10
**binder** [13] - 1580:11, 1582:11, 1586:15, 1597:17, 1599:18, 1601:12, 1602:17, 1609:9, 1618:3, 1680:15, 1683:16, 1717:10, 1730:21
**biologic** [1] - 1543:7
**biological** [12] - 1543:13, 1545:10, 1624:18, 1625:1, 1625:5, 1627:9, 1647:11, 1647:12, 1648:4, 1733:24, 1734:14, 1736:1
**biologically** [6] - 1561:17, 1562:3, 1571:20, 1696:23, 1697:14, 1714:23
**biology** [1] - 1519:24
**birth** [5] - 1546:23, 1551:25, 1553:7, 1553:10, 1553:13
**bit** [18] - 1526:15, 1545:25, 1579:2, 1589:16, 1592:23, 1595:5, 1595:16, 1617:15, 1617:22, 1655:22, 1661:11, 1664:15, 1667:1, 1667:23, 1693:23, 1694:12, 1711:5, 1742:8
**blister** [2] - 1550:22, 1551:13
**bloating** [1] - 1526:2

**blood** [4] - 1549:3, 1568:20, 1568:24, 1701:25
**bloodstream** [1] - 1564:24
**blow** [3] - 1570:11, 1600:4, 1613:4
**blown** [1] - 1686:18
**Board** [5] - 1521:13, 1521:14, 1521:15, 1522:17, 1741:1
**board** [9] - 1521:21, 1595:6, 1597:4, 1724:7, 1741:4, 1741:8, 1741:15, 1741:21, 1742:11
**boards** [1] - 1521:17
**body** [17] - 1534:18, 1549:18, 1550:4, 1554:14, 1554:21, 1643:22, 1669:13, 1677:20, 1678:5, 1689:22, 1711:13, 1712:20, 1713:21, 1714:8, 1724:23, 1725:3, 1732:7
**book** [5] - 1556:22, 1607:16, 1717:15, 1717:17, 1718:5
**books** [1] - 1715:5
**bottom** [4] - 1610:25, 1614:5, 1633:11, 1722:9
**bowel** [1] - 1526:12
**box** [1] - 1732:17
**Bradford** [14] - 1532:10, 1542:6, 1542:7, 1542:8, 1545:9, 1595:11, 1682:14, 1686:19, 1686:24, 1725:6, 1726:5, 1743:7, 1743:9, 1744:4
**brand** [2] - 1557:12, 1722:4
**Brasky** [1] - 1720:5
**BRCA** [13] - 1545:3, 1548:2, 1548:11, 1548:14, 1548:20, 1557:22, 1585:8, 1586:4, 1598:17, 1605:16, 1607:3, 1701:8, 1701:14
**breadth** [1] - 1523:2
**break** [5] - 1557:1,

1572:9, 1625:12, 1626:13, 1692:1
**breakpoint** [1] - 1539:9
**breast** [7] - 1548:18, 1549:25, 1552:1, 1553:17, 1585:8, 1606:1, 1701:7
**breathe** [1] - 1654:9
**brief** [2] - 1590:20, 1723:3
**briefly** [5] - 1563:17, 1567:18, 1569:25, 1675:8, 1680:8
**bring** [6] - 1580:12, 1582:12, 1586:15, 1609:10, 1679:19, 1717:15
**bringing** [3] - 1562:4, 1562:6, 1562:7
**brings** [1] - 1682:20
**broken** [1] - 1629:12
**brought** [2] - 1536:6, 1724:14
**brown** [1] - 1707:23
**Brown** [20] - 1699:4, 1700:16, 1701:4, 1702:11, 1703:7, 1707:20, 1708:15, 1709:18, 1710:3, 1711:10, 1713:6, 1713:10, 1713:15, 1714:5, 1715:4, 1715:25, 1744:25, 1745:4, 1746:9
**BROWN** [42] - 1517:21, 1573:7, 1574:8, 1576:1, 1577:9, 1578:22, 1580:19, 1595:4, 1625:10, 1625:14, 1626:9, 1627:19, 1629:13, 1630:20, 1636:20, 1636:22, 1642:25, 1675:4, 1675:7, 1675:18, 1675:21, 1678:20, 1683:24, 1684:1, 1689:9, 1691:9, 1691:24, 1712:12, 1712:24, 1715:17, 1716:12, 1716:24, 1718:6, 1719:24, 1720:8, 1721:15, 1722:3, 1725:13,

1725:17, 1731:2, 1734:6, 1742:25
**brown's** [1] - 1696:8
**bulk** [2] - 1526:10, 1695:15
**bullet** [1] - 1744:6
**bulleted** [1] - 1529:25
**bulletin** [1] - 1521:21
**bunch** [2] - 1736:10, 1736:13
**burst** [1] - 1551:11
**bursting** [1] - 1551:15
**bursts** [1] - 1551:1
**buy** [1] - 1592:3
**Buz'Zard** [1] - 1649:13
**BY** [22] - 1517:11, 1517:13, 1517:15, 1517:17, 1517:19, 1517:21, 1518:6, 1519:16, 1524:21, 1541:20, 1546:7, 1564:2, 1565:11, 1573:7, 1595:4, 1626:9, 1636:22, 1695:24, 1721:7, 1724:5, 1725:17, 1743:3

**C**

**c-reactive** [1] - 1719:6
**CA-125** [1] - 1701:25
**CALIFORNIA** [1] - 1517:19
**call-out** [1] - 1636:2
**Camargo** [1] - 1719:13
**Canada** [22] - 1624:10, 1725:5, 1725:6, 1725:19, 1725:22, 1726:1, 1726:13, 1726:22, 1727:4, 1727:8, 1729:10, 1730:16, 1730:18, 1730:25, 1731:17, 1732:12, 1732:25, 1733:4, 1733:8, 1734:23, 1743:4, 1743:14
**Canada's** [1] - 1733:12
**Canadian** [1] - 1733:6
**Cancer** [11] - 1556:23, 1582:21, 1586:17, 1589:7, 1589:14, 1613:14, 1617:13, 1630:24, 1702:9,

1719:14, 1731:25

**cancer** [452] - 1521:6, 1522:3, 1523:9, 1523:14, 1523:16, 1523:17, 1523:18, 1523:20, 1523:21, 1524:1, 1524:2, 1524:4, 1524:7, 1524:10, 1525:10, 1525:11, 1525:13, 1525:19, 1525:22, 1526:4, 1526:8, 1526:9, 1526:11, 1527:6, 1527:8, 1527:10, 1527:12, 1527:13, 1527:14, 1527:17, 1527:20, 1527:24, 1527:25, 1528:1, 1528:3, 1528:5, 1528:6, 1528:16, 1528:17, 1528:19, 1528:20, 1529:3, 1529:7, 1529:8, 1529:15, 1529:19, 1530:5, 1530:6, 1530:12, 1530:24, 1531:16, 1532:1, 1534:6, 1534:16, 1534:19, 1534:22, 1535:12, 1535:25, 1537:10, 1537:13, 1537:23, 1539:16, 1539:18, 1540:4, 1540:7, 1540:10, 1540:12, 1541:23, 1542:13, 1542:18, 1542:19, 1542:23, 1543:19, 1543:21, 1544:1, 1545:3, 1545:5, 1546:5, 1546:17, 1546:24, 1547:4, 1547:5, 1547:7, 1547:12, 1547:14, 1547:17, 1547:18, 1548:6, 1548:13, 1548:18, 1549:8, 1549:21, 1549:22, 1550:1, 1550:2, 1550:9, 1551:23, 1552:3, 1552:4, 1552:6, 1552:21, 1553:2, 1553:11, 1553:20, 1553:23, 1553:24, 1555:3, 1555:5, 1555:6,

1555:9, 1555:17, 1556:4, 1556:6, 1556:9, 1556:11, 1557:7, 1557:11, 1558:4, 1558:8, 1558:14, 1566:17, 1566:20, 1567:3, 1567:4, 1567:14, 1567:15, 1567:20, 1568:12, 1568:15, 1568:19, 1568:25, 1569:7, 1569:9, 1569:18, 1569:23, 1569:25, 1570:3, 1571:22, 1571:24, 1572:2, 1573:15, 1574:4, 1574:14, 1574:19, 1575:9, 1575:12, 1575:22, 1575:25, 1576:9, 1576:15, 1576:17, 1576:21, 1576:25, 1577:5, 1577:8, 1577:15, 1577:18, 1577:22, 1578:2, 1578:8, 1578:19, 1579:4, 1580:4, 1580:25, 1581:10, 1581:18, 1581:25, 1582:25, 1583:4, 1583:5, 1583:11, 1583:13, 1583:15, 1583:16, 1584:2, 1584:3, 1584:7, 1584:12, 1584:13, 1584:21, 1585:2, 1585:4, 1585:8, 1585:16, 1585:19, 1585:22, 1587:11, 1587:16, 1587:23, 1588:1, 1588:6, 1588:13, 1588:19, 1589:2, 1589:4, 1589:11, 1589:15, 1589:20, 1590:8, 1590:12, 1590:14, 1591:3, 1591:16, 1591:21, 1591:25, 1592:4, 1592:9, 1592:16, 1592:20, 1592:22, 1593:14, 1593:23, 1594:13, 1595:10, 1597:13, 1597:23, 1598:7, 1598:14, 1599:5,

1599:10, 1599:16, 1599:25, 1600:8, 1600:21, 1601:4, 1601:10, 1601:21, 1602:10, 1604:12, 1604:24, 1605:2, 1605:6, 1605:25, 1606:1, 1606:5, 1606:16, 1606:22, 1607:9, 1608:6, 1608:14, 1608:20, 1608:22, 1609:7, 1609:14, 1609:25, 1610:7, 1610:14, 1610:18, 1612:3, 1612:8, 1612:24, 1613:7, 1614:4, 1614:11, 1616:18, 1616:21, 1617:1, 1617:20, 1618:11, 1618:16, 1618:21, 1619:10, 1620:7, 1620:12, 1621:7, 1621:11, 1623:19, 1624:19, 1624:23, 1627:5, 1627:10, 1627:13, 1627:18, 1627:25, 1629:18, 1630:11, 1630:14, 1631:6, 1631:16, 1632:1, 1632:6, 1632:17, 1632:19, 1633:3, 1633:6, 1633:8, 1633:15, 1633:22, 1634:4, 1634:13, 1634:16, 1635:1, 1635:11, 1635:15, 1635:21, 1637:10, 1638:13, 1638:19, 1639:5, 1639:6, 1639:11, 1639:17, 1640:5, 1640:9, 1640:12, 1640:17, 1641:3, 1641:7, 1641:11, 1641:24, 1642:2, 1642:8, 1642:12, 1643:3, 1643:13, 1643:21, 1644:5, 1644:21, 1644:24, 1644:25, 1645:2, 1645:10, 1647:21, 1648:22, 1649:6, 1649:7, 1650:20, 1650:24,

1651:11, 1651:15, 1651:17, 1651:20, 1652:1, 1652:22, 1653:6, 1653:10, 1653:12, 1653:19, 1654:17, 1654:20, 1654:25, 1655:8, 1655:20, 1655:24, 1656:16, 1656:22, 1657:20, 1657:23, 1658:4, 1658:15, 1659:5, 1659:16, 1660:3, 1660:13, 1661:21, 1667:22, 1673:18, 1673:23, 1674:21, 1676:2, 1676:16, 1677:7, 1678:15, 1679:8, 1679:21, 1680:19, 1681:11, 1681:20, 1682:13, 1682:14, 1682:20, 1682:24, 1683:3, 1683:6, 1683:9, 1683:18, 1684:12, 1684:20, 1684:25, 1685:7, 1686:4, 1686:23, 1687:5, 1688:20, 1689:4, 1689:13, 1689:25, 1690:4, 1691:6, 1691:16, 1693:24, 1694:5, 1694:7, 1697:16, 1700:19, 1701:7, 1702:15, 1702:21, 1703:3, 1704:2, 1704:15, 1705:8, 1705:9, 1705:17, 1708:3, 1708:8, 1709:12, 1711:2, 1711:13, 1711:18, 1712:7, 1713:12, 1714:11, 1715:1, 1715:7, 1715:11, 1715:13, 1716:8, 1718:3, 1718:9, 1719:8, 1719:10, 1719:13, 1719:17, 1719:22, 1720:2, 1720:18, 1721:12, 1725:21, 1727:22, 1731:19, 1732:8, 1732:19, 1734:18, 1735:13, 1736:13, 1738:15, 1738:23,

1755

1739:23, 1740:1, 1740:24, 1743:16, 1744:18, 1744:22
**cancer.gov** [2] - 1742:4, 1742:10
**cancerous** [1] - 1649:5
**Cancers** [2] - 1587:10, 1716:5
**cancers** [27] - 1522:5, 1523:9, 1524:4, 1527:21, 1528:5, 1528:10, 1529:4, 1529:11, 1539:20, 1539:23, 1542:18, 1543:2, 1546:2, 1547:23, 1549:25, 1556:21, 1567:17, 1573:12, 1581:5, 1585:10, 1587:18, 1588:15, 1597:8, 1641:8, 1701:9, 1705:11, 1710:5
**candid** [1] - 1694:13
**cannot** [5] - 1575:23, 1588:13, 1653:13, 1686:22, 1732:21
**capsule** [1] - 1570:6
**captures** [1] - 1551:3
**carbon** [14] - 1560:17, 1561:2, 1663:3, 1663:9, 1663:13, 1663:15, 1663:19, 1663:20, 1664:5, 1664:12, 1665:7, 1667:7, 1667:10, 1667:15
**carcinogen** [3] - 1571:18, 1708:11, 1733:5
**carcinogenesis** [2] - 1571:11, 1708:9
**carcinogenic** [6] - 1540:18, 1647:13, 1647:18, 1648:5, 1707:13, 1732:14
**carcinogenicity** [4] - 1531:8, 1623:6, 1623:9, 1714:17
**carcinogens** [7] - 1531:6, 1571:6, 1571:7, 1571:23, 1581:12, 1581:17, 1582:6
**carcinomas** [2] - 1556:16, 1710:19

**Care** [2] - 1518:6, 1716:6
**care** [8] - 1520:22, 1524:5, 1525:21, 1575:25, 1576:20, 1591:20, 1604:11, 1655:10
**career** [8] - 1520:15, 1520:18, 1524:4, 1524:23, 1558:22, 1577:3, 1586:12, 1719:2
**careful** [2] - 1608:5, 1618:25
**Carolina** [7] - 1520:4, 1525:3, 1575:3, 1575:19, 1576:7, 1590:19, 1723:23
**cartoon** [1] - 1567:22
**cascade** [3] - 1627:17, 1734:16, 1744:16
**case** [59] - 1531:14, 1531:21, 1532:16, 1533:2, 1533:9, 1533:15, 1533:19, 1534:10, 1535:9, 1535:15, 1536:7, 1536:12, 1537:18, 1538:5, 1541:4, 1541:17, 1542:4, 1543:1, 1547:12, 1567:5, 1571:14, 1579:9, 1583:25, 1595:2, 1600:8, 1613:9, 1616:11, 1620:23, 1621:10, 1627:16, 1643:23, 1645:24, 1646:3, 1646:15, 1648:13, 1651:18, 1652:7, 1658:7, 1660:10, 1660:12, 1660:14, 1661:3, 1678:9, 1684:7, 1694:22, 1697:8, 1697:13, 1698:3, 1698:17, 1699:24, 1711:15, 1712:2, 1721:10, 1725:21, 1728:2, 1730:3, 1731:15, 1734:4, 1745:6
**Case** [1] - 1519:25
**case-control** [23] - 1531:21, 1532:16, 1533:2, 1533:9, 1533:15, 1533:19,

1534:10, 1536:7, 1536:12, 1537:18, 1538:5, 1616:11, 1643:23, 1645:24, 1646:3, 1648:13, 1658:7, 1660:10, 1661:3, 1678:9, 1684:7, 1699:24, 1711:15
**cases** [7] - 1529:6, 1529:9, 1551:22, 1552:2, 1582:25, 1595:1, 1679:6
**categories** [1] - 1527:11
**category** [3] - 1528:6, 1528:15, 1557:2
**causal** [27] - 1541:22, 1619:9, 1620:5, 1620:11, 1627:4, 1631:9, 1644:4, 1644:12, 1644:17, 1645:11, 1648:14, 1681:18, 1682:1, 1682:8, 1683:12, 1686:16, 1686:22, 1689:24, 1708:1, 1710:17, 1711:17, 1713:11, 1714:10, 1719:16, 1722:17, 1743:5, 1743:16
**causation** [8] - 1532:11, 1533:23, 1542:4, 1546:2, 1682:15, 1686:19, 1706:12, 1715:1
**Causation** [4] - 1704:8, 1709:16, 1711:8, 1711:24
**causative** [7] - 1579:7, 1585:15, 1585:22, 1589:3, 1597:13, 1600:7, 1682:14
**caused** [16] - 1532:5, 1547:24, 1552:14, 1566:20, 1574:4, 1574:14, 1576:19, 1592:22, 1593:14, 1621:6, 1621:17, 1630:14, 1634:4, 1635:1, 1635:16, 1651:20
**causes** [78] - 1530:23, 1543:20, 1549:18, 1554:5, 1554:22,

1555:6, 1565:13, 1565:17, 1566:2, 1566:9, 1567:3, 1567:4, 1567:16, 1567:25, 1569:17, 1570:2, 1572:1, 1576:8, 1576:15, 1576:25, 1577:22, 1578:1, 1578:19, 1589:20, 1592:4, 1592:9, 1592:16, 1592:20, 1593:22, 1594:13, 1595:9, 1600:21, 1607:8, 1608:6, 1608:14, 1618:16, 1624:23, 1629:17, 1633:6, 1639:6, 1640:9, 1641:3, 1641:23, 1642:12, 1643:2, 1643:12, 1644:21, 1644:24, 1645:2, 1649:19, 1654:12, 1656:15, 1656:22, 1667:22, 1673:17, 1673:25, 1674:4, 1674:18, 1674:24, 1681:11, 1683:3, 1683:9, 1683:18, 1684:12, 1685:7, 1686:4, 1687:5, 1688:19, 1689:3, 1690:4, 1691:5, 1691:16, 1694:5, 1694:6, 1697:4, 1710:5, 1725:21, 1727:22
**causing** [15] - 1535:11, 1540:9, 1547:4, 1555:14, 1567:20, 1569:13, 1570:17, 1590:14, 1605:6, 1631:6, 1641:7, 1651:16, 1693:24, 1715:1, 1744:10
**cavity** [5] - 1525:23, 1529:6, 1706:25, 1707:9, 1714:1
**CCR** [2] - 1517:24, 1747:11
**CDC** [20] - 1607:6, 1607:11, 1607:17, 1607:21, 1607:22, 1608:5, 1608:12, 1608:14, 1715:3,

1756

1715:10, 1715:16, 1716:2, 1717:4, 1717:23, 1718:4, 1718:7, 1718:10, 1720:24, 1721:5

**CDC's** [1] - 1720:18

**CDC-sponsored** [1] - 1718:4

**cell** [21] - 1527:25, 1528:4, 1528:13, 1537:22, 1539:24, 1540:13, 1540:17, 1540:18, 1544:10, 1547:21, 1547:22, 1549:21, 1556:6, 1556:8, 1556:16, 1568:14, 1568:17, 1568:18, 1649:5, 1649:7

**cells** [17] - 1528:25, 1531:2, 1546:20, 1549:12, 1567:24, 1568:2, 1568:3, 1568:7, 1568:12, 1568:15, 1568:20, 1568:23, 1568:24, 1568:25, 1570:13, 1570:20

**Center** [1] - 1520:4

**Centers** [3] - 1606:13, 1606:20, 1718:2

**centimeters** [1] - 1560:4

**CEO** [3] - 1599:23, 1600:23, 1723:3

**certain** [12] - 1521:17, 1521:18, 1631:11, 1644:4, 1650:1, 1650:10, 1703:14, 1711:17, 1713:11, 1713:16, 1738:21

**certainly** [14] - 1522:12, 1531:15, 1539:3, 1554:13, 1570:25, 1587:19, 1592:10, 1599:4, 1599:7, 1599:9, 1605:4, 1689:6, 1722:13, 1739:12

**certainty** [2] - 1536:25, 1572:5

**Certificate** [1] - 1747:12

**Certified** [3] - 1521:13, 1521:16, 1522:17

**CERTIFIED** [1] - 1747:7

**certifies** [1] - 1521:15

**cervix** [12] - 1530:20,

1543:15, 1549:13, 1559:16, 1559:20, 1561:18, 1562:2, 1664:6, 1667:8, 1669:8, 1693:24, 1737:13

**Chair** [1] - 1525:4

**chair** [1] - 1520:11

**chaired** [3] - 1575:3, 1575:20, 1576:7

**Chairing** [1] - 1522:23

**Chairs** [1] - 1523:6

**chance** [6] - 1621:20, 1661:6, 1732:20, 1734:12, 1734:20, 1744:2

**change** [2] - 1697:18, 1745:5

**changed** [2] - 1686:12, 1687:1

**changes** [4] - 1544:21, 1649:5, 1662:25, 1741:20

**chapter** [3] - 1556:22, 1577:6, 1670:3

**chart** [9] - 1535:18, 1646:21, 1667:1, 1667:14, 1680:9, 1683:5, 1689:2, 1698:13, 1702:18

**charts** [1] - 1699:21

**checked** [1] - 1591:17

**chemical** [1] - 1707:11

**chemically** [1] - 1719:18

**chemicals** [3] - 1531:8, 1571:3, 1694:6

**chemokines** [3] - 1568:4, 1570:7, 1570:15

**chemotherapy** [6] - 1526:20, 1527:1, 1527:2, 1529:10, 1529:13

**cherry** [2] - 1536:14, 1615:7

**cherry-picked** [1] - 1615:7

**chest** [5] - 1566:14, 1566:15, 1566:19, 1566:22, 1654:12

**chests** [1] - 1566:18

**children** [2] - 1598:21, 1598:25

**Chlamydia** [1] - 1552:14

**choice** [1] - 1558:9

**choose** [5] - 1520:19, 1541:15, 1556:14, 1557:3, 1558:13

**chooses** [1] - 1668:19

**chose** [5] - 1524:8, 1541:4, 1541:15, 1680:2, 1686:3

**chosen** [1] - 1612:11

**Chronic** [1] - 1630:22

**chronic** [78] - 1530:25, 1532:4, 1534:25, 1535:6, 1535:11, 1540:10, 1542:1, 1545:22, 1545:23, 1546:3, 1546:13, 1547:22, 1549:18, 1550:3, 1552:8, 1552:11, 1552:16, 1552:18, 1552:19, 1552:24, 1554:22, 1567:4, 1567:16, 1567:25, 1568:2, 1568:6, 1568:11, 1569:13, 1569:14, 1569:16, 1608:3, 1621:5, 1623:9, 1624:22, 1625:9, 1627:17, 1631:5, 1631:8, 1631:14, 1632:5, 1632:23, 1633:5, 1633:9, 1635:9, 1635:21, 1636:7, 1638:5, 1638:20, 1639:2, 1639:6, 1639:20, 1640:8, 1640:22, 1641:3, 1641:6, 1641:14, 1641:23, 1642:11, 1643:1, 1648:22, 1651:11, 1653:15, 1655:3, 1673:25, 1674:4, 1674:8, 1674:16, 1674:18, 1674:24, 1697:4, 1697:6, 1697:10, 1704:17, 1714:24, 1736:3, 1744:20

**cigarette** [1] - 1557:4

**cigarettes** [1] - 1674:20

**cilia** [1] - 1554:16

**circumstances** [2] - 1569:18, 1583:9

**citations** [1] - 1699:17

**cite** [18] - 1613:24, 1620:22, 1620:25, 1624:5, 1653:13, 1666:21, 1667:3, 1668:2, 1669:13, 1670:3, 1671:9, 1677:24, 1681:14, 1683:8, 1683:14, 1683:17, 1687:23, 1702:24

**cited** [17] - 1614:7, 1615:15, 1626:16, 1626:20, 1671:14, 1683:2, 1684:11, 1689:12, 1699:4, 1703:21, 1703:22, 1705:12, 1710:24, 1713:4, 1740:14, 1741:10, 1741:11

**cites** [5] - 1621:14, 1677:24, 1713:14, 1719:9, 1721:5

**citing** [3] - 1719:13, 1719:17, 1719:23

**citizen** [1] - 1623:19

**citizen's** [3] - 1617:24, 1618:5, 1618:10

**CIVIL** [1] - 1517:2

**claim** [1] - 1688:13

**claimed** [1] - 1671:20

**clarifies** [1] - 1525:6

**clarifying** [1] - 1524:20

**Clark** [1] - 1693:9

**Clark-Pearson** [1] - 1693:9

**CLARKE** [4] - 1519:11, 1573:4, 1626:6, 1693:4

**Clarke** [55] - 1519:9, 1519:17, 1531:10, 1533:25, 1542:3, 1547:8, 1557:9, 1558:2, 1558:16, 1563:9, 1567:2, 1573:8, 1574:3, 1574:10, 1574:17, 1577:17, 1578:5, 1578:16, 1579:21, 1580:12, 1580:14, 1582:10, 1586:10, 1586:19, 1591:10, 1592:8, 1595:13, 1595:23, 1597:21, 1604:17, 1611:2, 1615:9, 1626:10,

1627:12, 1663:12, 1675:16, 1684:1, 1690:23, 1695:25, 1697:19, 1699:1, 1702:7, 1705:6, 1708:21, 1710:23, 1711:3, 1713:19, 1715:22, 1717:1, 1718:19, 1721:8, 1724:9, 1730:22, 1743:4, 1746:7

**CLARKE-PEARSON** [4] - 1519:11, 1573:4, 1626:6, 1693:4

**Clarke-Pearson** [55] - 1519:9, 1519:17, 1531:10, 1533:25, 1542:3, 1547:8, 1557:9, 1558:2, 1558:16, 1563:9, 1567:2, 1573:8, 1574:3, 1574:10, 1574:17, 1577:17, 1578:5, 1578:16, 1579:21, 1580:12, 1580:14, 1582:10, 1586:10, 1586:19, 1591:10, 1592:8, 1595:13, 1595:23, 1597:21, 1604:17, 1611:2, 1615:9, 1626:10, 1627:12, 1663:12, 1675:16, 1684:1, 1690:23, 1695:25, 1697:19, 1699:1, 1702:7, 1705:6, 1708:21, 1710:23, 1711:3, 1713:19, 1715:22, 1717:1, 1718:19, 1721:8, 1724:9, 1730:22, 1743:4, 1746:7

**CLARKSON** [1] - 1517:7

**Classification** [1] - 1731:25

**classification** [4] - 1656:12, 1732:14, 1733:12, 1733:13

**classify** [1] - 1529:6

**clear** [20] - 1524:16, 1528:13, 1528:20, 1539:24, 1542:25, 1543:14, 1549:21, 1550:24, 1556:8,

1556:16, 1559:8, 1602:3, 1624:3, 1624:21, 1667:19, 1667:25, 1682:18, 1694:1, 1694:3

**clearance** [5] - 1554:15, 1554:17, 1662:10, 1665:16, 1665:23

**clearly** [2] - 1546:9, 1647:8

**CLERK** [7] - 1519:4, 1572:12, 1573:1, 1625:15, 1626:3, 1692:3, 1693:1

**Cleveland** [1] - 1519:25

**clinic** [2] - 1723:19, 1723:22

**clinical** [10] - 1520:22, 1522:25, 1523:14, 1523:22, 1525:4, 1525:11, 1529:9, 1531:18, 1577:20, 1696:17

**clinically** [1] - 1525:1

**clinicians** [2] - 1601:5, 1601:14

**clip** [1] - 1591:20

**close** [3] - 1526:15, 1526:16, 1603:17

**closer** [3] - 1533:14, 1537:7, 1612:14

**closing** [1] - 1603:8

**closure** [1] - 1603:8

**co** [7] - 1540:9, 1580:6, 1580:24, 1581:9, 1581:13, 1581:21, 1582:5

**co-author** [4] - 1580:6, 1580:24, 1581:21, 1582:5

**co-authors** [3] - 1540:9, 1581:9, 1581:13

**cogent** [4] - 1624:18, 1625:1, 1625:5, 1627:9

**coherence** [2] - 1543:22, 1545:10

**coherent** [1] - 1536:23

**cohort** [49] - 1531:22, 1532:17, 1533:10, 1536:7, 1537:19, 1537:24, 1538:5, 1539:13, 1541:3, 1541:7, 1600:10,

1613:9, 1616:16, 1645:24, 1646:3, 1646:15, 1648:13, 1657:13, 1657:16, 1658:6, 1658:18, 1658:24, 1659:23, 1660:15, 1660:18, 1660:22, 1661:1, 1677:21, 1677:25, 1678:3, 1678:5, 1678:6, 1678:10, 1678:17, 1678:25, 1679:6, 1679:10, 1679:12, 1679:13, 1680:7, 1684:8, 1688:4, 1690:9, 1697:22, 1698:2, 1698:6, 1705:7, 1720:4

**cohorts** [1] - 1680:5

**coin** [1] - 1551:24

**collaboration** [1] - 1604:14

**College** [5] - 1519:23, 1522:21, 1595:22, 1596:4, 1596:10

**colon** [2] - 1526:12, 1550:1

**column** [2] - 1584:17, 1711:11

**combination** [1] - 1545:3

**combine** [2] - 1536:10, 1687:20

**combined** [3] - 1685:18, 1687:12, 1690:9

**coming** [6] - 1549:13, 1551:16, 1575:13, 1656:18, 1699:19, 1733:4

**comment** [7] - 1534:21, 1540:6, 1564:5, 1565:6, 1584:16, 1716:21, 1742:3

**commentary** [1] - 1685:13

**commented** [2] - 1661:10, 1688:1

**comments** [2] - 1619:1, 1702:12

**commissioned** [4] - 1716:2, 1721:2, 1730:18, 1730:25

**commitment** [1] - 1523:12

**committee** [8] - 1522:24,

1522:25, 1596:25, 1602:15, 1602:16, 1602:20, 1603:22, 1723:12

**Committee** [7] - 1517:13, 1522:24, 1523:4, 1602:16, 1602:25, 1603:4, 1603:12

**committees** [4] - 1522:22, 1596:21, 1601:24, 1602:19

**common** [5] - 1524:7, 1528:11, 1537:23, 1539:17, 1705:10

**communication** [1] - 1723:1

**communities** [1] - 1681:10

**community** [21] - 1559:18, 1560:6, 1587:12, 1590:8, 1595:20, 1624:22, 1689:17, 1690:24, 1691:4, 1691:8, 1691:15, 1691:20, 1696:9, 1696:11, 1696:15, 1696:19, 1702:2, 1709:24, 1721:22, 1730:13

**compare** [1] - 1676:17

**compared** [2] - 1530:15, 1534:9

**compelling** [2] - 1646:4, 1646:15

**compensated** [2] - 1594:14, 1594:21

**complain** [1] - 1742:10

**complete** [2] - 1612:12, 1734:2

**completed** [2] - 1579:18, 1709:1

**completely** [3] - 1652:19, 1678:24, 1716:22

**completion** [1] - 1520:5

**complications** [1] - 1662:7

**components** [4] - 1570:22, 1570:23, 1571:13, 1695:7

**composition** [1] - 1652:23

**comprehensive** [3] - 1589:12, 1705:23,

1743:5

**conceded** [1] - 1622:25

**concept** [1] - 1535:11

**concern** [4] - 1661:19, 1684:20, 1684:22, 1687:22

**concerns** [4] - 1600:16, 1685:11, 1708:6, 1740:7

**conclude** [13] - 1541:21, 1610:15, 1631:14, 1635:9, 1644:20, 1656:21, 1681:15, 1685:6, 1686:21, 1688:19, 1690:3, 1712:5, 1743:15

**concluded** [21] - 1534:5, 1579:10, 1581:8, 1582:5, 1616:24, 1618:24, 1619:7, 1622:1, 1623:11, 1656:15, 1661:16, 1662:18, 1665:1, 1681:10, 1681:11, 1704:25, 1705:15, 1716:6, 1727:11, 1737:21, 1737:23

**concludes** [4] - 1583:12, 1612:5, 1640:10, 1740:23

**concluding** [2] - 1615:22, 1732:12

**conclusion** [28] - 1532:13, 1584:6, 1594:13, 1594:16, 1616:20, 1624:3, 1624:6, 1624:7, 1627:4, 1632:4, 1635:12, 1648:11, 1648:17, 1654:19, 1656:18, 1663:7, 1684:24, 1685:2, 1705:1, 1706:18, 1709:5, 1713:5, 1725:8, 1725:9, 1725:10, 1732:5, 1732:11, 1736:17

**conclusions** [12] - 1534:17, 1534:23, 1537:11, 1540:1, 1618:15, 1621:19, 1686:13, 1686:14, 1734:13, 1735:10, 1735:19, 1735:21

**conclusive** [2] - 1619:8,

1620:5

**condition** [3] - 1552:9, 1655:17, 1655:18

**conditions** [7] - 1622:11, 1632:12, 1633:2, 1633:7, 1653:19, 1653:21, 1655:16

**conduct** [1] - 1622:3

**conducted** [13] - 1631:19, 1648:10, 1658:2, 1658:13, 1659:19, 1661:21, 1662:5, 1669:7, 1685:15, 1689:20, 1718:23, 1731:16, 1733:18

**conducting** [3] - 1521:1, 1660:8, 1733:23

**conduit** [1] - 1559:19

**confidence** [5] - 1533:1, 1535:25, 1536:24, 1537:15, 1614:20

**confirmed** [1] - 1708:9

**confirming** [1] - 1633:21

**confounded** [1] - 1662:9

**confounders** [1] - 1688:13

**confounding** [3] - 1661:6, 1681:21, 1732:20

**Congressional** [1] - 1718:1

**connection** [23] - 1559:19, 1560:8, 1579:19, 1584:15, 1591:23, 1618:7, 1620:18, 1623:18, 1631:3, 1633:12, 1635:7, 1635:20, 1654:20, 1656:8, 1667:20, 1671:15, 1671:19, 1671:25, 1706:2, 1717:23, 1722:17, 1737:16, 1743:15

**consensus** [7] - 1600:21, 1691:5, 1691:15, 1691:21, 1696:9, 1696:10, 1741:21

**consider** [22] - 1531:15, 1532:16, 1538:2, 1538:11, 1538:23, 1556:22, 1557:9,

1563:17, 1567:6, 1583:10, 1617:2, 1617:4, 1676:22, 1678:7, 1698:16, 1699:15, 1700:5, 1701:2, 1716:9, 1716:10, 1717:5, 1739:25

**consideration** [4] - 1542:19, 1545:19, 1618:25, 1700:1

**considered** [8] - 1535:13, 1537:6, 1613:21, 1677:13, 1697:13, 1697:22, 1699:20, 1701:15

**considering** [2] - 1616:19, 1679:11

**consistency** [2] - 1542:10, 1714:19

**consistent** [14] - 1530:10, 1534:24, 1535:5, 1535:22, 1539:5, 1540:3, 1542:15, 1543:25, 1545:17, 1581:14, 1670:24, 1704:16, 1705:2, 1744:23

**consistently** [2] - 1557:6, 1736:12

**Consortium** [1] - 1613:14

**consumer** [3] - 1622:6, 1622:14, 1622:18

**contact** [1] - 1565:2

**contain** [6] - 1531:6, 1649:16, 1650:2, 1650:11, 1653:5, 1653:8

**contained** [3] - 1619:21, 1651:23, 1741:17

**containing** [1] - 1653:2

**contains** [1] - 1550:20

**content** [1] - 1742:4

**context** [3] - 1587:6, 1608:18, 1608:19

**continue** [5] - 1525:9, 1546:6, 1546:8, 1568:16, 1589:9

**Continued** [4] - 1572:14, 1625:17, 1626:8, 1692:5

**continued** [3] - 1517:22, 1635:16, 1694:16

**continues** [1] - 1605:24

**continuing** [2] - 1596:18, 1621:5

**continuity** [3] - 1559:15, 1559:16, 1560:5

**continuous** [1] - 1639:10

**contraceptive** [1] - 1557:23

**contraceptives** [1] - 1553:8

**contract** [4] - 1731:16, 1732:12, 1732:25, 1734:22

**contracting** [1] - 1561:6

**contractions** [3] - 1664:24, 1667:7, 1670:7

**contracts** [1] - 1561:8

**contrast** [1] - 1707:8

**contribute** [8] - 1531:8, 1571:14, 1678:4, 1678:17, 1678:19, 1679:3, 1679:13, 1680:5

**contributed** [2] - 1679:15, 1734:3

**contribution** [1] - 1711:1

**contributors** [1] - 1742:18

**Control** [3] - 1606:14, 1606:20, 1718:2

**control** [34] - 1531:21, 1532:16, 1533:2, 1533:9, 1533:15, 1533:19, 1534:10, 1536:7, 1536:12, 1537:18, 1538:5, 1546:23, 1551:25, 1553:8, 1553:10, 1553:13, 1600:8, 1613:9, 1616:11, 1623:7, 1643:23, 1645:24, 1646:3, 1646:15, 1648:13, 1658:7, 1660:10, 1660:12, 1660:14, 1661:3, 1678:9, 1684:7, 1699:24, 1711:15

**control-studies** [2] - 1660:12, 1660:14

**controls** [1] - 1623:5

**conversation** [1] - 1741:18

**convince** [1] - 1545:14

**convincing** [2] - 1581:16, 1622:2

**copies** [1] - 1717:16
**copy** [4] - 1597:17, 1656:3, 1712:11, 1717:8
**Copyright** [1] - 1717:20
**cord** [1] - 1528:7
**cornstarch** [4] - 1651:24, 1652:4, 1652:21, 1669:19
**cornstarch-dusted** [1] - 1669:19
**corporate** [1] - 1729:19
**Correct** [211] - 1573:13, 1573:15, 1573:22, 1574:25, 1577:5, 1577:18, 1578:14, 1581:1, 1581:19, 1582:18, 1582:21, 1582:25, 1583:5, 1583:11, 1584:4, 1584:8, 1584:13, 1584:21, 1585:2, 1585:11, 1586:5, 1586:8, 1586:12, 1587:1, 1587:23, 1588:2, 1588:23, 1589:4, 1589:8, 1589:20, 1590:4, 1590:9, 1590:15, 1591:25, 1592:4, 1592:20, 1593:1, 1593:4, 1593:7, 1593:12, 1593:19, 1594:2, 1594:6, 1594:15, 1594:19, 1595:10, 1595:24, 1596:12, 1596:15, 1596:19, 1597:1, 1597:4, 1597:9, 1597:23, 1598:7, 1598:11, 1598:18, 1598:21, 1599:5, 1599:11, 1599:16, 1599:25, 1600:24, 1601:6, 1602:4, 1602:21, 1603:1, 1604:3, 1604:8, 1604:19, 1604:24, 1605:6, 1605:12, 1605:16, 1605:21, 1606:2, 1606:16, 1606:24, 1607:4, 1607:9, 1608:14, 1608:25, 1612:18,

1613:20, 1615:17, 1616:8, 1616:15, 1616:22, 1617:1, 1617:20, 1618:5, 1618:17, 1620:23, 1621:4, 1621:21, 1621:24, 1622:3, 1624:8, 1626:18, 1626:21, 1627:6, 1628:3, 1628:18, 1628:21, 1628:25, 1629:10, 1630:2, 1630:6, 1630:11, 1630:15, 1634:18, 1635:7, 1635:11, 1635:17, 1637:14, 1637:17, 1638:14, 1640:25, 1641:11, 1641:20, 1642:4, 1642:8, 1642:12, 1645:15, 1645:18, 1645:22, 1646:22, 1648:7, 1648:19, 1648:23, 1649:1, 1649:10, 1649:17, 1649:21, 1650:3, 1650:14, 1651:2, 1651:11, 1651:20, 1652:1, 1653:2, 1653:16, 1653:25, 1654:10, 1655:25, 1656:8, 1656:13, 1656:16, 1657:10, 1657:20, 1658:15, 1658:20, 1659:2, 1659:6, 1659:20, 1659:24, 1660:4, 1660:9, 1660:13, 1660:15, 1664:24, 1665:14, 1666:13, 1667:16, 1669:19, 1669:22, 1669:25, 1671:16, 1674:9, 1675:1, 1676:25, 1677:3, 1677:21, 1677:25, 1680:19, 1680:24, 1682:2, 1683:9, 1683:19, 1686:5, 1687:24, 1688:16, 1690:17, 1691:22, 1699:6, 1714:13, 1727:1, 1727:6, 1727:14, 1727:23, 1728:6,

1728:9, 1729:25, 1732:9, 1733:1, 1733:6, 1733:9, 1733:14, 1733:19, 1733:24, 1734:18, 1734:23, 1735:7, 1737:10, 1737:13, 1738:11, 1740:9, 1741:5, 1741:12, 1742:6, 1742:19
**correct** [62] - 1576:9, 1576:11, 1577:25, 1578:9, 1579:6, 1579:19, 1581:2, 1581:6, 1582:14, 1584:14, 1585:22, 1586:22, 1588:19, 1589:25, 1591:18, 1595:14, 1596:13, 1596:22, 1597:2, 1604:9, 1607:10, 1608:15, 1609:3, 1609:4, 1611:19, 1612:8, 1616:1, 1616:11, 1625:3, 1635:8, 1641:1, 1641:12, 1650:15, 1651:12, 1651:21, 1653:17, 1657:24, 1658:5, 1659:21, 1660:10, 1662:3, 1666:20, 1666:25, 1672:9, 1677:17, 1680:25, 1681:12, 1683:10, 1689:7, 1691:19, 1693:12, 1695:16, 1714:14, 1717:21, 1724:19, 1728:7, 1729:22, 1733:2, 1733:20, 1734:14, 1734:24, 1738:9
**correctly** [1] - 1718:25
**correlation** [1] - 1672:10
**Cory** [1] - 1710:12
**cosmetic** [4] - 1623:19, 1661:19, 1682:23, 1707:11
**Council** [2] - 1518:6, 1523:6
**counsel** [24] - 1596:24, 1626:16, 1636:23, 1642:24, 1677:12,

1706:4, 1716:19, 1716:23, 1717:16, 1718:18, 1720:10, 1722:15, 1724:6, 1725:18, 1727:10, 1728:1, 1731:24, 1732:23, 1737:7, 1737:22, 1738:13, 1738:17, 1740:4, 1742:14
**counsel's** [1] - 1731:14
**count** [1] - 1670:15
**counted** [1] - 1695:19
**counter** [1] - 1576:24
**couple** [8] - 1533:6, 1591:8, 1595:18, 1693:6, 1693:8, 1699:14, 1731:25, 1734:11
**course** [13] - 1520:21, 1523:22, 1524:22, 1577:3, 1586:12, 1591:11, 1594:14, 1604:16, 1617:16, 1624:10, 1655:23, 1703:24, 1716:12
**courses** [1] - 1596:18
**COURT** [76] - 1517:1, 1517:25, 1519:5, 1524:11, 1524:16, 1524:20, 1525:7, 1526:14, 1532:24, 1540:19, 1540:23, 1541:2, 1541:16, 1544:2, 1544:14, 1544:20, 1545:8, 1545:16, 1546:6, 1563:20, 1563:24, 1564:16, 1564:19, 1565:5, 1565:10, 1572:9, 1573:2, 1574:9, 1575:10, 1576:2, 1577:10, 1578:23, 1580:20, 1594:24, 1595:2, 1625:12, 1626:4, 1627:20, 1642:23, 1649:12, 1668:24, 1675:6, 1675:19, 1678:21, 1691:10, 1692:1, 1693:2, 1693:6, 1693:14, 1693:19, 1694:2, 1694:10,

1760

1694:16, 1694:21, 1694:24, 1695:3, 1695:6, 1695:10, 1695:13, 1695:18, 1697:6, 1716:23, 1717:8, 1717:12, 1717:19, 1717:22, 1720:22, 1722:11, 1722:25, 1723:5, 1723:14, 1724:1, 1725:14, 1734:5, 1734:9, 1745:9

**court** [4] - 1519:3, 1680:11, 1684:12, 1745:12

**Court** [22] - 1519:8, 1519:19, 1529:21, 1532:21, 1539:1, 1542:8, 1550:13, 1626:17, 1628:12, 1631:3, 1632:12, 1634:25, 1635:22, 1636:25, 1638:7, 1638:25, 1640:23, 1642:16, 1674:14, 1690:25, 1691:22, 1735:23

**Court's** [1] - 1543:23

**COURTHOUSE** [1] - 1517:7

**courtroom** [2] - 1592:15, 1639:16

**cover** [5] - 1587:2, 1587:4, 1590:3, 1590:13, 1739:10

**Cox-2** [1] - 1641:18

**Cramer** [2] - 1699:25, 1719:23

**create** [4] - 1557:16, 1557:17, 1637:5, 1654:5

**created** [3] - 1568:5, 1646:21, 1730:8

**creating** [1] - 1647:6

**credit** [1] - 1573:10

**criteria** [3] - 1521:18, 1521:22, 1732:13

**critical** [1] - 1545:11

**criticisms** [2] - 1621:24, 1622:8

**critique** [2] - 1622:23, 1623:3

**Cross** [1] - 1746:6

**cross** [1] - 1572:10

**CROSS** [2] - 1573:6, 1626:8

**CROSS-EXAMINATION** [2] - 1573:6, 1626:8

**CRR** [1] - 1517:24

**culture** [1] - 1649:7

**current** [7] - 1639:16, 1689:22, 1704:14, 1714:8, 1718:7, 1718:10, 1720:24

**curriculum** [2] - 1521:12, 1521:16

**curtailed** [1] - 1638:12

**cut** [2] - 1525:4, 1636:12

**cut-and-paste** [1] - 1636:12

**cycle** [10] - 1550:16, 1550:18, 1554:9, 1561:8, 1561:10, 1561:11, 1562:2, 1562:3, 1562:12, 1568:17

**cyst** [1] - 1550:22

**cysts** [1] - 1552:10

**cytokines** [6] - 1540:16, 1551:20, 1553:1, 1568:4, 1570:7, 1570:15

---

**D**

**D.C** [2] - 1517:17, 1518:6

**daily** [6] - 1562:19, 1563:6, 1608:3, 1639:10, 1655:13, 1720:3

**damage** [2] - 1567:25, 1568:11

**dandelion** [1] - 1525:23

**Daniel** [2] - 1519:9, 1746:7

**DANIEL** [4] - 1519:11, 1573:4, 1626:6, 1693:4

**data** [43] - 1530:10, 1532:9, 1532:22, 1536:10, 1543:23, 1581:13, 1581:14, 1582:2, 1612:10, 1612:14, 1613:6, 1617:18, 1618:15, 1619:8, 1619:11, 1620:4, 1633:20, 1656:17, 1676:22, 1679:4, 1681:17, 1682:2, 1682:8,

1682:21, 1683:11, 1686:17, 1686:18, 1688:9, 1690:22, 1699:15, 1704:22, 1705:15, 1707:25, 1708:25, 1723:9, 1727:14, 1727:17, 1727:18, 1732:17, 1736:5, 1736:9

**date** [20] - 1575:18, 1598:2, 1610:20, 1611:14, 1611:18, 1611:24, 1612:1, 1612:10, 1615:5, 1615:8, 1617:14, 1676:1, 1702:13, 1709:13, 1724:8, 1724:17, 1727:16, 1740:9, 1741:1

**dates** [1] - 1658:22

**DAUBERT** [1] - 1517:4

**days** [1] - 1525:6

**dead** [1] - 1670:6

**deal** [2] - 1663:24, 1664:2

**deals** [3] - 1583:9, 1607:22, 1669:14

**dealt** [1] - 1523:13

**death** [3] - 1568:14, 1568:17, 1568:18

**debulking** [1] - 1526:10

**decade** [4] - 1528:20, 1546:1, 1587:12, 1590:9

**decades** [9] - 1531:21, 1542:25, 1550:9, 1578:9, 1596:14, 1600:6, 1604:5, 1654:16, 1668:5

**decision** [5] - 1532:12, 1612:20, 1681:8, 1696:17, 1726:2

**decision-making** [4] - 1612:20, 1681:8, 1696:17, 1726:2

**decisions** [1] - 1709:14

**deck** [1] - 1636:3

**declared** [1] - 1623:13

**declined** [1] - 1600:20

**decreased** [2] - 1526:2, 1736:13

**dedicated** [1] - 1596:2

**Defendant** [2] - 1517:21, 1518:6

**defendants** [1] - 1559:1

**defense** [1] - 1569:8

**define** [1] - 1547:10

**definitely** [1] - 1602:3

**degree** [3] - 1519:24, 1572:4, 1714:19

**degrees** [1] - 1671:1

**demonstrate** [4] - 1543:9, 1581:16, 1666:17, 1670:18

**demonstrated** [6] - 1542:22, 1544:11, 1561:5, 1600:6, 1600:11, 1703:23

**demonstrates** [1] - 1621:17

**demonstration** [1] - 1562:1

**denying** [2] - 1619:4, 1619:19

**department** [4] - 1525:4, 1575:20, 1576:7, 1724:3

**Department** [1] - 1575:4

**dependent** [1] - 1653:1

**depicted** [1] - 1567:19

**depose** [2] - 1722:4, 1722:9

**deposited** [1] - 1667:8

**deposition** [40] - 1574:11, 1575:19, 1576:4, 1577:11, 1578:11, 1578:24, 1580:9, 1580:15, 1597:22, 1617:23, 1627:21, 1627:23, 1650:8, 1675:13, 1675:15, 1675:20, 1675:24, 1676:11, 1676:13, 1677:5, 1677:8, 1677:17, 1677:19, 1678:3, 1678:22, 1680:5, 1690:15, 1691:11, 1691:12, 1715:23, 1721:16, 1721:23, 1722:5, 1726:9, 1726:17, 1726:19, 1730:2, 1730:4, 1731:12, 1742:9

**depth** [2] - 1594:12, 1624:25

**DEPUTY** [7] - 1519:4, 1572:12, 1573:1,

1625:15, 1626:3, 1692:3, 1693:1
**dermal** [1] - 1565:2
**describe** [5] - 1523:19, 1523:21, 1529:21, 1532:21, 1559:4
**described** [4] - 1527:19, 1531:10, 1569:6, 1670:22
**describes** [3] - 1567:6, 1567:22, 1604:10
**describing** [4] - 1523:15, 1527:7, 1541:25, 1729:14
**description** [3] - 1535:5, 1583:22, 1583:24
**design** [2] - 1622:3, 1682:18
**designed** [3] - 1623:8, 1623:9, 1679:4
**despite** [1] - 1600:5
**detail** [1] - 1531:13
**details** [1] - 1620:15
**detect** [1] - 1591:21
**detection** [3] - 1584:20, 1584:22, 1585:1
**determination** [1] - 1612:22
**determine** [5] - 1647:17, 1719:15, 1736:2, 1741:9, 1741:23
**determined** [1] - 1623:23
**determines** [1] - 1674:23
**develop** [6] - 1524:8, 1528:25, 1548:6, 1590:10, 1654:25, 1673:23
**developed** [2] - 1575:9, 1654:17
**developing** [14] - 1525:13, 1530:11, 1537:13, 1542:13, 1548:13, 1549:21, 1550:17, 1552:3, 1552:20, 1568:13, 1640:16, 1650:19, 1650:24, 1679:21
**development** [10] - 1540:11, 1543:2, 1569:4, 1581:17, 1588:12, 1588:14, 1631:16, 1632:6, 1634:13, 1682:24

**develops** [5] - 1548:5, 1566:20, 1627:13, 1627:25, 1674:20
**devoted** [2] - 1520:15, 1522:8
**diagnose** [1] - 1526:4
**diagnosed** [2] - 1573:12, 1575:12
**diagnosis** [1] - 1525:17
**diagram** [3] - 1567:22, 1570:5, 1570:12
**difference** [5] - 1541:16, 1622:16, 1693:20, 1695:3, 1696:20
**differences** [4] - 1540:25, 1696:14, 1696:16, 1696:18
**different** [17] - 1527:2, 1528:5, 1540:24, 1541:1, 1549:6, 1557:1, 1562:2, 1567:17, 1605:24, 1620:24, 1624:4, 1626:19, 1704:4, 1706:23, 1718:13, 1720:19
**differently** [1] - 1541:8
**difficult** [2] - 1526:4, 1587:23
**Direct** [1] - 1746:6
**DIRECT** [1] - 1519:15
**direct** [16] - 1535:1, 1535:7, 1560:7, 1581:11, 1600:7, 1611:13, 1629:3, 1637:20, 1656:2, 1656:10, 1704:18, 1711:3, 1715:18, 1718:20, 1722:7, 1731:23
**directed** [9] - 1634:21, 1700:21, 1701:4, 1707:21, 1708:15, 1710:3, 1711:10, 1713:6, 1713:16
**direction** [2] - 1562:14, 1706:23
**directions** [1] - 1707:7
**director** [5] - 1520:7, 1520:12, 1521:24, 1524:25, 1525:1
**disagree** [9] - 1569:11, 1600:25, 1602:4, 1624:7, 1624:9,

1624:15, 1625:3, 1627:6, 1691:2
**disappointed** [1] - 1705:22
**disappointing** [1] - 1617:12
**disciplines** [1] - 1718:4
**disclosed** [4] - 1716:22, 1718:13, 1721:16, 1721:19
**discomfort** [1] - 1600:16
**discouraging** [1] - 1701:24
**discuss** [5] - 1577:21, 1578:1, 1642:18, 1701:22, 1733:4
**discussed** [15] - 1605:16, 1618:19, 1654:4, 1700:6, 1701:12, 1703:20, 1703:22, 1703:25, 1709:18, 1711:4, 1717:1, 1735:16, 1737:7, 1737:22, 1741:10
**discusses** [2] - 1629:23, 1706:13
**discussing** [1] - 1628:15
**discussion** [25] - 1534:24, 1570:2, 1584:3, 1589:3, 1598:23, 1599:2, 1610:21, 1613:6, 1638:1, 1638:2, 1640:15, 1640:18, 1642:13, 1642:18, 1642:21, 1647:2, 1647:16, 1678:25, 1706:17, 1735:15, 1735:24, 1736:5, 1737:6, 1739:14, 1741:15
**discussions** [2] - 1638:8, 1736:25
**Disease** [3] - 1606:13, 1606:20, 1718:2
**disease** [18] - 1525:14, 1525:18, 1528:17, 1528:21, 1552:13, 1552:18, 1552:20, 1555:15, 1568:1, 1569:15, 1586:1, 1600:15, 1632:8,

1632:11, 1632:18, 1632:22, 1633:9, 1697:11
**diseases** [4] - 1587:11, 1607:18, 1607:21, 1662:7
**dissect** [2] - 1571:19, 1659:9
**distant** [1] - 1713:22
**Distinguished** [1] - 1520:11
**distress** [1] - 1566:21
**distributes** [1] - 1601:13
**DISTRICT** [2] - 1517:1, 1517:1
**division** [1] - 1525:1
**DNA** [3] - 1568:10, 1581:11, 1581:12
**doctor** [10] - 1564:3, 1565:12, 1570:21, 1573:10, 1581:22, 1591:17, 1614:19, 1656:6, 1669:19, 1713:1
**Doctor** [74] - 1520:15, 1537:7, 1546:8, 1554:2, 1564:15, 1567:18, 1569:25, 1571:25, 1572:7, 1572:11, 1575:18, 1576:5, 1584:16, 1585:23, 1587:13, 1587:20, 1589:25, 1590:17, 1592:13, 1595:6, 1599:22, 1601:16, 1602:17, 1605:10, 1606:19, 1607:16, 1608:1, 1609:10, 1609:15, 1610:1, 1611:14, 1614:13, 1616:5, 1617:5, 1617:15, 1618:4, 1620:22, 1624:3, 1632:9, 1635:13, 1639:3, 1639:25, 1645:20, 1649:15, 1650:17, 1651:22, 1653:18, 1655:9, 1655:22, 1656:19, 1664:22, 1666:11, 1667:12, 1667:18, 1672:6, 1672:15, 1673:10, 1674:3, 1675:14, 1675:24,

1680:13, 1681:23, 1683:15, 1684:4, 1685:19, 1688:22, 1697:19, 1704:12, 1725:18, 1727:4, 1729:22, 1732:1, 1737:8, 1742:13

**doctors** [2] - 1596:2, 1604:17

**document** [24] - 1587:20, 1588:9, 1589:7, 1589:19, 1590:3, 1590:14, 1599:19, 1609:11, 1610:3, 1610:22, 1611:23, 1612:4, 1615:22, 1617:5, 1618:17, 1619:23, 1620:4, 1620:10, 1620:16, 1620:18, 1716:13, 1718:5, 1727:20, 1739:4

**documentation** [2] - 1618:9, 1620:13

**documented** [2] - 1648:2, 1744:12

**done** [25] - 1533:20, 1535:14, 1558:21, 1599:13, 1602:11, 1602:12, 1642:7, 1645:17, 1656:21, 1657:16, 1669:18, 1684:6, 1688:23, 1690:4, 1702:2, 1721:21, 1722:5, 1722:6, 1722:14, 1723:6, 1725:6, 1732:12, 1732:25, 1734:22, 1745:10

**door** [2] - 1559:12, 1716:11

**dose** [34] - 1534:12, 1534:13, 1535:3, 1538:2, 1538:6, 1538:7, 1538:8, 1538:12, 1538:16, 1539:8, 1541:12, 1543:7, 1543:9, 1543:10, 1613:25, 1614:6, 1615:7, 1615:17, 1623:24, 1624:2, 1624:4, 1624:8, 1624:12, 1639:21,

1649:23, 1651:3, 1651:4, 1651:5, 1651:19, 1682:19, 1688:2, 1703:9, 1703:17, 1704:19

**dose-response** [23] - 1534:12, 1534:13, 1535:3, 1538:2, 1538:6, 1538:7, 1538:12, 1538:16, 1543:7, 1543:9, 1543:10, 1613:25, 1614:6, 1615:7, 1615:17, 1623:24, 1624:2, 1624:4, 1624:8, 1651:3, 1682:19, 1703:9, 1704:19

**douche** [1] - 1600:18

**down** [15] - 1549:1, 1557:1, 1568:8, 1572:11, 1610:25, 1664:10, 1664:14, 1664:16, 1667:6, 1669:5, 1669:9, 1671:1, 1679:19, 1745:9

**downloaded** [1] - 1606:10

**Dr** [86] - 1519:9, 1519:17, 1531:10, 1533:25, 1542:3, 1547:8, 1557:9, 1558:2, 1558:16, 1563:9, 1567:2, 1573:8, 1574:3, 1574:10, 1574:17, 1577:17, 1578:5, 1578:16, 1579:21, 1580:12, 1580:14, 1582:10, 1586:10, 1586:19, 1591:10, 1592:8, 1593:4, 1593:9, 1593:11, 1593:17, 1593:21, 1594:1, 1594:5, 1594:8, 1595:7, 1595:13, 1595:23, 1597:21, 1599:24, 1602:1, 1602:6, 1604:17, 1611:2, 1615:9, 1626:10, 1627:12, 1649:10, 1663:12, 1667:19, 1675:16, 1690:23, 1693:9, 1695:25, 1699:1, 1702:7, 1705:6,

1708:21, 1710:23, 1711:3, 1713:19, 1715:22, 1718:19, 1719:1, 1721:8, 1723:2, 1723:13, 1723:15, 1724:9, 1724:14, 1730:3, 1730:7, 1730:11, 1730:22, 1730:23, 1731:3, 1731:7, 1734:8, 1734:13, 1734:21, 1742:16, 1742:19, 1743:4, 1743:21, 1743:25, 1744:3, 1744:7

**draft** [4] - 1725:22, 1727:4, 1727:9, 1733:9

**drain** [1] - 1566:22

**drawing** [1] - 1527:14

**DRINKER** [1] - 1517:15

**Drug** [1] - 1619:24

**drugs** [3] - 1529:11, 1638:18, 1667:7

**drugstore** [1] - 1592:3

**due** [8] - 1534:25, 1535:6, 1662:11, 1682:18, 1687:10, 1704:17, 1704:22, 1709:6

**Duke** [4] - 1520:3, 1520:6, 1520:9, 1524:25

**duly** [1] - 1519:12

**duration** [6] - 1534:14, 1538:10, 1538:15, 1543:11, 1688:2, 1704:19

**Durham** [1] - 1520:4

**during** [9] - 1520:12, 1545:8, 1553:16, 1554:9, 1561:7, 1581:25, 1602:24, 1637:20, 1745:5

**dust** [1] - 1623:4

**dusted** [1] - 1669:19

**dusting** [1] - 1672:20

**dusts** [1] - 1623:7

**duties** [1] - 1521:7

**duty** [1] - 1721:22

**dying** [1] - 1527:7

**dysfunction** [1] - 1662:10

---

**E**

---

**early** [11] - 1526:4,

1561:10, 1565:19, 1565:20, 1568:18, 1584:20, 1584:22, 1585:1, 1594:1, 1708:18, 1708:25

**ease** [2] - 1711:23, 1719:9

**easier** [2] - 1565:23, 1654:9

**easily** [2] - 1707:8, 1707:10

**EAST** [1] - 1517:7

**easy** [1] - 1686:15

**edited** [1] - 1556:23

**editorial** [1] - 1741:4

**education** [2] - 1596:18, 1604:13

**educational** [1] - 1597:10

**Eeles** [1] - 1556:23

**effect** [7] - 1647:13, 1647:18, 1648:6, 1682:22, 1687:13, 1708:7, 1727:13

**effort** [6] - 1590:7, 1590:24, 1591:2, 1591:24, 1629:17, 1710:5

**efforts** [2] - 1608:21, 1721:17

**effusion** [1] - 1566:18

**effusions** [2] - 1655:6, 1655:14

**egg** [4] - 1550:25, 1551:15, 1561:12, 1561:15

**Egli** [1] - 1667:5

**eight** [4] - 1557:17, 1557:20, 1557:21, 1557:25

**either** [4] - 1528:21, 1564:24, 1706:23, 1729:21

**elements** [1] - 1521:22

**elevated** [3] - 1633:20, 1644:22, 1685:25

**elicit** [2] - 1621:2, 1621:12

**elicits** [1] - 1531:4

**ELMO** [3] - 1629:12, 1711:24, 1712:15

**elucidated** [2] - 1734:18, 1744:18

**emailed** [1] - 1742:10
**embedded** [4] - 1554:19, 1554:20, 1738:4, 1738:6
**embellish** [1] - 1529:24
**embodied** [1] - 1564:8
**embryo** [1] - 1551:4
**emphasizes** [1] - 1726:2
**employ** [2] - 1735:18, 1736:22
**encourage** [3] - 1590:11, 1591:15, 1702:2
**encourages** [1] - 1591:20
**encouraging** [2] - 1583:14, 1589:9
**end** [12] - 1527:7, 1545:18, 1547:20, 1578:17, 1615:13, 1645:23, 1693:10, 1695:14, 1696:8, 1711:11, 1720:7, 1731:2
**endeavored** [1] - 1651:18
**endeavoring** [1] - 1591:12
**endometrial** [5] - 1524:6, 1524:9, 1546:20, 1549:12, 1642:1
**endometrioid** [4] - 1528:13, 1539:24, 1556:8, 1556:15
**endometriosis** [7] - 1549:20, 1555:14, 1569:15, 1586:1, 1606:1, 1607:4, 1697:10
**endothelial** [1] - 1568:22
**endowed** [1] - 1520:11
**energy** [1] - 1522:9
**engaging** [1] - 1721:21
**England** [9] - 1567:10, 1582:16, 1582:17, 1585:6, 1585:14, 1585:20, 1700:18, 1700:22, 1738:24
**enjoyable** [1] - 1521:3
**enrolled** [1] - 1663:15
**enter** [1] - 1713:21
**entering** [1] - 1562:21
**entire** [3] - 1525:23, 1599:19, 1653:3
**ENTITLED** [1] - 1747:9
**entitled** [6] - 1582:20, 1587:9, 1588:4, 1598:6,

1621:11, 1630:22
**environmental** [3] - 1562:20, 1581:17, 1582:6
**EOC** [5] - 1704:21, 1709:20, 1710:4, 1710:5, 1710:21
**epidemic** [1] - 1549:23
**epidemiologic** [11] - 1530:7, 1530:14, 1531:19, 1532:9, 1532:15, 1542:11, 1542:16, 1543:22, 1581:15, 1631:4, 1688:9
**epidemiological** [8] - 1631:24, 1681:22, 1684:22, 1689:23, 1714:9, 1727:13, 1732:5, 1732:18
**epidemiology** [13] - 1552:18, 1555:7, 1571:15, 1623:20, 1623:24, 1624:8, 1624:18, 1633:11, 1652:10, 1655:24, 1676:8, 1735:1, 1735:21
**epithelial** [43] - 1523:18, 1527:13, 1527:20, 1528:3, 1528:10, 1528:16, 1528:17, 1529:3, 1529:15, 1529:18, 1530:4, 1530:5, 1530:11, 1534:6, 1534:19, 1537:23, 1539:18, 1539:20, 1539:23, 1540:17, 1542:13, 1544:1, 1549:22, 1551:23, 1554:8, 1555:17, 1556:6, 1556:9, 1556:10, 1558:7, 1569:7, 1569:9, 1570:13, 1570:19, 1572:1, 1581:5, 1614:11, 1629:18, 1634:12, 1681:20, 1697:15, 1705:10, 1708:3
**Epithelial** [1] - 1630:23
**epithelium** [7] - 1527:16, 1551:18, 1552:6, 1554:21, 1567:24, 1570:6, 1570:18

**equivalent** [2] - 1696:6, 1705:20
**equivocal** [1] - 1685:1
**error** [1] - 1647:9
**errors** [2] - 1581:10, 1686:12
**especially** [2] - 1549:17, 1566:4
**ESQUIRE** [10] - 1517:11, 1517:11, 1517:13, 1517:15, 1517:16, 1517:17, 1517:19, 1517:19, 1517:21, 1518:6
**ESQUIRES** [7] - 1517:10, 1517:12, 1517:15, 1517:17, 1517:18, 1517:20, 1518:5
**essentially** [1] - 1524:17
**establish** [3] - 1686:16, 1689:23, 1714:9
**established** [19] - 1545:22, 1546:1, 1546:3, 1547:17, 1599:10, 1601:14, 1601:19, 1602:9, 1625:2, 1625:6, 1627:6, 1628:9, 1639:2, 1644:6, 1644:12, 1644:17, 1645:12, 1711:19, 1713:12
**Ethics** [1] - 1523:4
**ethnicity** [1] - 1557:22
**Etiology** [1] - 1709:20
**etiology** [4] - 1555:6, 1632:17, 1638:20, 1709:24
**evaluate** [5] - 1557:18, 1593:13, 1639:16, 1731:18, 1741:21
**evaluated** [1] - 1645:23
**evaluating** [3] - 1555:20, 1614:18, 1620:14
**evaluation** [5] - 1612:9, 1612:12, 1620:16, 1656:11, 1686:19
**event** [3] - 1551:6, 1710:1
**events** [3] - 1714:25, 1734:17, 1744:17
**eventually** [1] - 1675:21
**evidence** [68] - 1532:12, 1545:21, 1546:16,

1551:24, 1552:23, 1564:22, 1565:16, 1566:9, 1567:15, 1571:20, 1592:11, 1609:21, 1609:24, 1610:6, 1610:10, 1610:16, 1612:6, 1612:16, 1612:22, 1614:23, 1615:23, 1616:19, 1616:25, 1617:2, 1617:3, 1617:4, 1619:9, 1620:5, 1623:24, 1627:15, 1627:16, 1637:24, 1639:15, 1639:16, 1643:20, 1665:10, 1665:13, 1665:17, 1665:18, 1674:17, 1677:13, 1678:6, 1678:13, 1684:24, 1686:6, 1688:2, 1689:23, 1694:18, 1696:22, 1697:2, 1697:14, 1704:20, 1706:22, 1714:9, 1718:23, 1719:15, 1721:9, 1725:4, 1732:6, 1737:2, 1737:5, 1737:23, 1738:3, 1740:9, 1740:24, 1741:22, 1743:6
**evidence-based** [1] - 1532:12
**evidenced** [1] - 1562:16
**evolving** [1] - 1715:12
**Evolving** [1] - 1716:5
**exact** [1] - 1623:5
**exactly** [10] - 1591:5, 1594:3, 1633:10, 1694:5, 1694:6, 1722:24, 1726:4, 1726:7, 1727:3, 1735:17
**EXAMINATION** [6] - 1519:15, 1573:6, 1626:8, 1695:23, 1725:16, 1743:2
**examination** [6] - 1560:20, 1629:4, 1637:20, 1669:12, 1669:18, 1685:1
**examine** [2] - 1684:19, 1684:21
**example** [6] - 1586:2,

1589:10, 1651:23, 1653:2, 1671:18, 1687:9
**examples** [2] - 1533:6, 1565:19
**exams** [1] - 1558:22
**excellence** [1] - 1604:11
**excellent** [2] - 1520:21, 1520:24
**excluded** [2] - 1679:22, 1732:21
**excluding** [1] - 1678:25
**excuse** [1] - 1700:8
**excused** [1] - 1745:11
**executed** [1] - 1679:4
**executive** [1] - 1597:4
**Executive** [2] - 1599:23, 1600:22
**Exhibit** [10] - 1533:23, 1567:7, 1630:20, 1689:11, 1704:7, 1704:8, 1709:16, 1711:9, 1711:25, 1730:21
**exhibit** [5] - 1683:23, 1689:8, 1712:24, 1718:10, 1718:17
**exhibits** [1] - 1580:7
**exist** [1] - 1705:21
**existence** [3] - 1681:18, 1682:1, 1708:1
**existing** [3] - 1536:6, 1688:12, 1741:11
**exists** [1] - 1650:17
**expand** [3] - 1566:23, 1642:19, 1695:20
**expands** [2] - 1527:16, 1551:8
**expect** [4] - 1633:6, 1654:23, 1676:7, 1723:11
**expectations** [1] - 1521:16
**expected** [5] - 1561:22, 1632:17, 1634:14, 1638:20, 1639:5
**experience** [2] - 1560:11, 1729:18
**experiment** [1] - 1706:20
**experimental** [8] - 1527:3, 1531:3, 1543:24, 1622:10, 1666:7, 1689:22, 1714:8, 1714:11

**experimentation** [2] - 1546:9, 1546:11
**experiments** [8] - 1546:12, 1546:15, 1546:21, 1560:17, 1561:21, 1670:14, 1670:16, 1737:2
**expert** [14] - 1592:18, 1592:21, 1594:23, 1594:24, 1595:7, 1602:7, 1613:24, 1618:8, 1620:23, 1646:18, 1677:20, 1700:24, 1723:8, 1729:24
**expert's** [1] - 1730:12
**expertise** [2] - 1519:20, 1519:22
**experts** [3] - 1569:8, 1623:13, 1716:21
**explain** [8] - 1541:14, 1544:6, 1554:3, 1554:9, 1618:6, 1693:15, 1735:23, 1739:7
**explaining** [4] - 1543:25, 1644:9, 1644:16, 1661:4
**explains** [1] - 1631:10
**explanation** [1] - 1550:10
**explanations** [1] - 1732:20
**explicitly** [1] - 1681:25
**explodes** [1] - 1551:9
**exposed** [5] - 1640:17, 1650:18, 1650:23, 1673:2, 1713:23
**exposure** [40] - 1530:21, 1530:22, 1542:23, 1543:1, 1544:9, 1552:22, 1553:21, 1555:16, 1563:18, 1565:4, 1581:16, 1610:11, 1610:17, 1612:7, 1612:24, 1613:7, 1616:20, 1617:1, 1617:19, 1622:11, 1638:11, 1651:2, 1651:7, 1661:19, 1671:15, 1672:21, 1673:22, 1675:11, 1675:24, 1676:7, 1681:19, 1685:1, 1708:2, 1708:8,

1712:8, 1719:11, 1719:17, 1727:12, 1732:19, 1735:22
**extensive** [4] - 1526:12, 1526:18, 1530:1, 1531:20
**extent** [1] - 1716:19
**external** [2] - 1666:18, 1671:8
**externally** [2] - 1666:1, 1666:12
**extrapolating** [1] - 1694:19

---

**F**

**facing** [1] - 1597:21
**fact** [47] - 1535:23, 1575:18, 1578:11, 1582:13, 1586:3, 1587:6, 1592:18, 1599:14, 1602:23, 1603:4, 1604:7, 1607:11, 1609:2, 1613:23, 1616:10, 1620:22, 1625:1, 1626:16, 1630:4, 1630:10, 1630:17, 1634:3, 1640:4, 1665:1, 1666:16, 1671:8, 1673:21, 1676:6, 1677:2, 1677:5, 1679:5, 1679:19, 1685:9, 1690:7, 1698:6, 1698:20, 1699:6, 1699:21, 1703:12, 1705:12, 1709:7, 1712:10, 1716:11, 1721:21, 1735:6, 1736:11, 1742:17
**factor** [40] - 1522:3, 1532:9, 1545:11, 1545:20, 1547:1, 1547:9, 1547:10, 1547:11, 1547:16, 1548:5, 1550:8, 1553:6, 1553:22, 1553:24, 1555:2, 1555:17, 1555:21, 1555:23, 1556:13, 1556:25, 1557:6, 1558:3, 1558:7, 1558:12, 1585:15, 1588:14, 1599:5, 1601:21, 1605:2,

1605:19, 1633:15, 1682:10, 1710:18, 1716:1, 1716:10, 1717:6, 1738:14, 1740:1, 1744:22
**Factors** [1] - 1719:4
**factors** [86] - 1522:4, 1542:8, 1545:20, 1547:17, 1547:18, 1548:9, 1548:17, 1548:24, 1549:9, 1551:20, 1552:2, 1553:3, 1553:7, 1555:6, 1555:8, 1555:11, 1555:12, 1556:2, 1556:3, 1556:9, 1557:2, 1557:10, 1557:15, 1557:16, 1557:17, 1557:19, 1557:21, 1557:25, 1560:3, 1568:21, 1568:22, 1570:16, 1584:3, 1584:5, 1585:7, 1585:17, 1586:4, 1588:5, 1588:7, 1588:8, 1588:12, 1588:18, 1589:2, 1590:16, 1591:25, 1592:1, 1597:8, 1597:23, 1598:6, 1598:13, 1601:15, 1601:16, 1601:20, 1604:24, 1605:11, 1605:25, 1606:5, 1606:16, 1606:22, 1609:6, 1609:22, 1609:23, 1610:6, 1610:10, 1628:21, 1631:11, 1701:5, 1701:6, 1701:11, 1701:13, 1701:15, 1701:18, 1701:20, 1702:6, 1715:6, 1716:7, 1718:9, 1719:10, 1723:25, 1738:21, 1739:1, 1739:15, 1739:18, 1740:2
**facts** [1] - 1697:12
**faculties** [1] - 1575:23
**faculty** [6] - 1520:6, 1520:9, 1520:24, 1575:23, 1575:24, 1576:13

**fail** [1] - 1687:17
**failed** [4] - 1581:15, 1612:1, 1646:23, 1648:20
**fair** [17] - 1530:9, 1536:14, 1558:19, 1558:20, 1558:21, 1573:25, 1575:7, 1583:24, 1595:6, 1625:2, 1655:11, 1670:13, 1683:22, 1699:23, 1700:25, 1706:9, 1725:2
**fairly** [2] - 1531:20, 1539:5
**fall** [2] - 1528:25, 1603:17
**Fallopian** [2] - 1697:4, 1702:8
**fallopian** [25] - 1528:22, 1528:23, 1529:3, 1530:20, 1535:3, 1549:4, 1549:15, 1550:23, 1551:2, 1559:3, 1559:16, 1560:24, 1561:15, 1561:23, 1562:5, 1562:14, 1563:4, 1566:6, 1574:24, 1601:10, 1609:13, 1609:24, 1706:3, 1710:20, 1711:1
**familiar** [6] - 1604:2, 1617:25, 1618:4, 1655:9, 1655:23, 1730:11
**family** [10] - 1548:17, 1548:22, 1576:25, 1585:7, 1586:4, 1588:11, 1598:17, 1605:21, 1701:6, 1739:15
**far** [3] - 1702:13, 1714:20, 1733:8
**fashion** [2] - 1531:11, 1561:14
**fast** [1] - 1561:20
**faster** [1] - 1561:22
**fat** [1] - 1603:10
**FDA** [38] - 1563:10, 1563:15, 1617:16, 1617:17, 1617:23, 1618:9, 1618:19,

1618:24, 1619:4, 1619:7, 1619:12, 1619:14, 1619:17, 1620:3, 1620:4, 1620:10, 1620:13, 1620:17, 1621:19, 1621:23, 1622:1, 1622:4, 1622:5, 1622:23, 1623:3, 1623:11, 1623:13, 1623:17, 1623:23, 1624:17, 1624:23, 1625:3, 1626:14, 1626:17, 1626:20, 1626:25, 1724:15
**FDA's** [8] - 1618:14, 1620:15, 1622:9, 1624:3, 1624:7, 1626:23, 1627:3, 1627:8
**February** [7] - 1574:11, 1576:3, 1577:11, 1578:24, 1627:21, 1691:12, 1721:23
**feed** [1] - 1553:18
**feeding** [1] - 1552:1
**fellows** [7] - 1520:13, 1520:23, 1521:8, 1521:11, 1521:12, 1521:15, 1522:1
**fellowship** [6] - 1520:2, 1520:5, 1520:12, 1521:23, 1521:24, 1524:25
**felt** [5] - 1534:24, 1540:3, 1540:9, 1542:10, 1644:17
**female** [5] - 1662:11, 1673:1, 1673:2, 1706:24, 1707:3
**fertilization** [1] - 1551:3
**few** [12] - 1523:20, 1531:12, 1564:15, 1580:9, 1580:15, 1598:10, 1629:18, 1692:1, 1697:20, 1709:1, 1710:6, 1725:13
**fiber** [1] - 1652:18
**fibers** [7] - 1696:1, 1696:2, 1696:6, 1699:10, 1712:18, 1713:21, 1713:22
**fibroblast** [1] - 1570:14
**fibrous** [6] - 1531:7,

1570:14, 1571:2, 1571:5, 1696:3, 1696:5
**field** [15] - 1519:19, 1519:22, 1521:1, 1521:4, 1522:9, 1523:13, 1558:17, 1573:18, 1573:25, 1580:1, 1581:23, 1587:18, 1595:24, 1596:11, 1598:1
**figure** [3] - 1569:20, 1569:24, 1728:15
**filled** [1] - 1566:19
**final** [3] - 1623:3, 1670:2, 1733:12
**finally** [4] - 1531:5, 1571:25, 1619:14, 1723:17
**findings** [13] - 1626:24, 1632:7, 1638:3, 1640:3, 1641:14, 1662:8, 1676:18, 1676:21, 1682:17, 1695:12, 1699:13, 1733:17, 1734:21
**finish** [3] - 1663:10, 1719:24, 1723:20
**finished** [2] - 1564:16, 1675:6
**firm** [2] - 1594:9, 1729:10
**first** [17] - 1519:12, 1560:17, 1581:24, 1586:25, 1587:3, 1613:5, 1615:4, 1656:20, 1661:5, 1685:17, 1693:9, 1696:25, 1709:18, 1710:3, 1716:13, 1720:9, 1742:19
**FISHER** [1] - 1517:7
**fit** [2] - 1557:25, 1643:16
**fits** [3] - 1637:1, 1680:10, 1682:15
**five** [9] - 1527:5, 1553:8, 1592:13, 1628:20, 1680:16, 1680:22, 1702:14, 1705:12, 1740:13
**flaws** [2] - 1622:3, 1622:5
**float** [1] - 1525:24
**FLOM** [1] - 1517:17
**flow** [2] - 1562:8,

1562:10
**flowing** [1] - 1549:3
**fluid** [11] - 1526:7, 1549:12, 1550:20, 1551:10, 1551:15, 1566:17, 1566:19, 1566:22, 1566:24, 1654:9, 1654:11
**fluids** [1] - 1707:7
**fly** [2] - 1636:20, 1636:24
**flying** [1] - 1551:9
**focus** [9] - 1583:2, 1584:20, 1585:1, 1587:12, 1590:8, 1615:9, 1633:16, 1678:16, 1714:20
**focused** [3] - 1524:3, 1714:6, 1714:12
**focuses** [1] - 1714:18
**folding** [1] - 1591:4
**folks** [11] - 1616:10, 1639:18, 1654:20, 1660:20, 1661:18, 1668:13, 1668:15, 1684:18, 1720:20, 1733:22, 1740:7
**follicle** [6] - 1550:16, 1550:19, 1551:1, 1551:8, 1561:11, 1561:12
**follicular** [3] - 1550:20, 1551:10, 1551:15
**follow** [8] - 1660:25, 1675:4, 1680:1, 1693:8, 1703:7, 1707:6, 1724:2, 1731:14
**follow-up** [4] - 1660:25, 1680:1, 1703:7, 1724:2
**followed** [6] - 1659:22, 1659:23, 1660:1, 1660:18, 1669:15, 1670:12
**following** [7] - 1520:5, 1599:24, 1603:5, 1621:1, 1694:11, 1713:24, 1721:23
**FOLLOWING** [1] - 1747:7
**follows** [3] - 1519:13, 1588:10, 1590:4
**Food** [1] - 1619:23
**FOR** [1] - 1517:1
**foreign** [2] - 1549:18,

1712:20
**forest** [10] - 1532:20, 1532:25, 1533:1, 1533:3, 1533:5, 1535:23, 1536:17, 1690:8, 1690:15, 1699:22
**forget** [1] - 1541:8
**forgot** [2] - 1685:13, 1686:9
**forgotten** [2] - 1663:17, 1706:8
**form** [3] - 1570:5, 1575:2, 1716:17
**format** [1] - 1723:11
**formed** [4] - 1578:18, 1578:20, 1579:11, 1722:16
**former** [1] - 1602:15
**forming** [2] - 1603:9, 1727:21
**forms** [3] - 1575:15, 1723:21, 1724:3
**formula** [2] - 1557:16, 1558:1
**formulate** [1] - 1529:16
**forth** [3] - 1551:11, 1560:6, 1642:21
**forthright** [1] - 1698:12
**fortunately** [1] - 1524:3
**forward** [3] - 1521:4, 1629:19, 1710:6
**four** [5] - 1555:19, 1699:19, 1705:13, 1705:20, 1736:20
**four-year** [1] - 1699:19
**Fox** [5] - 1590:17, 1592:2, 1628:20, 1680:18, 1680:24
**fraction** [1] - 1556:20
**fragrance** [2] - 1531:7, 1571:4
**frame** [1] - 1524:1
**France** [1] - 1743:25
**FREDA** [1] - 1517:8
**frequency** [5] - 1534:13, 1538:9, 1538:19, 1543:10, 1548:7
**frequent** [1] - 1550:7
**frequently** [3] - 1538:22, 1598:1, 1740:18
**friend** [1] - 1721:17
**front** [5] - 1580:22,

1582:11, 1718:22, 1720:14, 1742:24
**full** [2] - 1686:18, 1720:19
**function** [2] - 1665:16, 1738:1
**funded** [2] - 1609:3, 1610:5
**funding** [3] - 1589:15, 1731:20, 1732:25
**FURTHER** [1] - 1743:2
**future** [1] - 1714:20

---

### G

**gap** [1] - 1699:19
**gases** [1] - 1707:7
**Gates** [6] - 1541:4, 1541:5, 1541:7, 1659:22, 1660:1, 1680:1
**gathering** [1] - 1578:10
**gene** [6] - 1549:8, 1553:1, 1569:19, 1580:4, 1580:25, 1581:6
**general** [11] - 1521:19, 1522:10, 1523:23, 1527:11, 1533:22, 1553:18, 1596:5, 1597:10, 1685:12, 1706:12, 1723:21
**General** [4] - 1704:7, 1709:16, 1711:8, 1711:24
**generally** [6] - 1567:2, 1570:1, 1571:10, 1595:19, 1618:4, 1724:3
**generally-accepted** [2] - 1567:2, 1595:19
**generation** [2] - 1520:23, 1623:1
**generic** [1] - 1710:2
**genetic** [5] - 1543:18, 1546:13, 1548:1, 1701:15, 1701:17
**genetics** [2] - 1548:20, 1694:9
**genital** [26] - 1530:2, 1534:5, 1537:13, 1538:20, 1556:13, 1556:18, 1557:6, 1563:23, 1572:1, 1607:12, 1607:22, 1607:23, 1607:25, 1640:11, 1676:14,

1697:15, 1704:15, 1704:20, 1704:21, 1704:23, 1705:16, 1709:11, 1721:11, 1735:12, 1738:1, 1743:15
**GEREL** [1] - 1517:12
**germ** [2] - 1527:25, 1528:4
**Gertig** [8] - 1541:4, 1541:5, 1541:7, 1659:23, 1660:17, 1705:5, 1705:6
**GI** [1] - 1526:1
**giant** [1] - 1729:19
**girl** [1] - 1559:12
**Given** [1] - 1688:11
**given** [14] - 1577:2, 1577:3, 1577:13, 1664:19, 1664:20, 1667:6, 1690:25, 1691:22, 1718:14, 1721:13, 1727:5, 1727:20, 1727:25, 1730:5
**global** [1] - 1642:20
**glove** [2] - 1560:19, 1560:21
**gloves** [8] - 1560:20, 1565:21, 1565:22, 1565:23, 1565:24, 1565:25, 1669:19, 1669:21
**gonorrhea** [1] - 1552:14
**Gonzalez** [1] - 1659:1
**GOTSHAL** [1] - 1517:20
**government** [3] - 1610:14, 1614:8, 1615:21
**governmental** [1] - 1608:19
**grade** [8] - 1556:7, 1556:16, 1556:17, 1556:20, 1622:7, 1622:14, 1622:18
**gradient** [1] - 1543:7
**gradual** [1] - 1568:9
**granules** [1] - 1566:8
**granulomas** [1] - 1566:7
**graphic** [2] - 1670:21, 1697:10
**great** [3] - 1527:21, 1600:4, 1687:18

**greater** [2] - 1646:6, 1709:8
**Greensboro** [1] - 1590:19
**Gross** [7] - 1683:14, 1683:17, 1683:21, 1684:17, 1687:7, 1688:18, 1708:15
**ground** [1] - 1671:1
**Group** [2] - 1732:14, 1733:5
**group** [9] - 1522:19, 1656:18, 1665:8, 1665:9, 1715:15, 1733:22, 1734:2, 1737:15, 1737:21
**groups** [1] - 1672:4
**grow** [3] - 1529:1, 1568:16, 1568:19
**growing** [2] - 1525:19, 1525:25
**grows** [1] - 1527:17
**growth** [8] - 1551:19, 1551:20, 1568:12, 1568:21, 1568:22, 1568:23, 1570:16, 1570:19
**guess** [8] - 1575:10, 1624:23, 1628:2, 1671:22, 1694:18, 1710:1, 1722:12, 1727:2
**guidance** [3] - 1597:7, 1599:14, 1609:6
**guidelines** [1] - 1607:18
**guiding** [1] - 1522:25
**guilt** [1] - 1576:19
**guilty** [1] - 1575:8
**gun** [1] - 1594:11
**guys** [3] - 1635:25, 1636:4, 1636:9
**GYN** [3] - 1523:2, 1680:21, 1696:11
**gynecologic** [29] - 1519:22, 1520:3, 1520:7, 1520:13, 1520:14, 1522:5, 1522:11, 1522:15, 1523:9, 1523:13, 1573:12, 1573:18, 1573:21, 1573:25, 1587:18, 1593:18, 1595:20, 1596:7, 1596:25, 1597:6,

1600:3, 1603:5, 1603:14, 1604:12, 1614:19, 1681:10, 1691:4, 1691:14, 1691:20
**Gynecologic** [17] - 1522:16, 1522:18, 1522:24, 1523:4, 1575:4, 1586:11, 1586:18, 1589:1, 1596:6, 1602:15, 1602:25, 1603:3, 1603:12, 1604:1, 1723:17, 1724:21, 1739:8
**Gynecological** [1] - 1589:18
**gynecological** [3] - 1575:15, 1596:3, 1662:6
**gynecologist** [3] - 1521:20, 1662:15, 1662:20
**gynecologists** [4] - 1523:1, 1596:6, 1597:11, 1600:17
**Gynecologists** [1] - 1596:11
**gynecology** [12] - 1520:2, 1520:8, 1522:10, 1523:2, 1558:18, 1559:17, 1559:18, 1560:6, 1593:8, 1595:25, 1723:22, 1729:24
**Gynecology** [5] - 1521:15, 1522:21, 1523:7, 1595:22, 1596:5

---

**H**

---

**habits** [1] - 1662:25
**Hal** [1] - 1723:2
**half** [3] - 1525:11, 1581:4, 1668:13
**hand** [4] - 1701:23, 1709:19, 1710:15, 1717:17
**happy** [4] - 1591:5, 1597:15, 1717:17, 1719:25
**hard** [4] - 1563:1, 1571:17, 1597:17, 1604:18
**Harvard** [1] - 1519:23

**head** [3] - 1639:19, 1664:14, 1664:16
**heads** [1] - 1670:25
**heal** [4] - 1551:18, 1568:3, 1603:8, 1603:17
**healing** [7] - 1550:11, 1551:14, 1551:19, 1554:20, 1568:5, 1570:6, 1570:8
**heals** [1] - 1551:22
**Health** [32] - 1541:6, 1608:25, 1610:4, 1616:15, 1624:10, 1657:10, 1657:16, 1658:13, 1680:3, 1725:5, 1725:6, 1725:19, 1725:22, 1725:25, 1726:13, 1726:22, 1727:4, 1727:8, 1729:10, 1730:16, 1730:18, 1730:25, 1731:8, 1731:17, 1732:12, 1732:25, 1733:4, 1733:8, 1733:12, 1734:23, 1743:4, 1743:14
**health** [5] - 1604:19, 1609:15, 1614:9, 1681:4, 1681:9
**healthcare** [2] - 1520:25, 1604:22
**hear** [4] - 1526:15, 1591:6, 1723:5, 1723:14
**heard** [8] - 1523:17, 1543:23, 1558:24, 1563:11, 1578:6, 1652:14, 1677:12, 1738:25
**HEARING** [1] - 1517:4
**hearing** [2] - 1523:19, 1716:13
**heavy** [6] - 1531:7, 1571:3, 1571:5, 1652:18, 1653:2, 1653:5
**heightened** [1] - 1684:22
**held** [3] - 1586:20, 1671:3, 1671:4
**Heller** [3] - 1671:10, 1671:18, 1671:24
**help** [6] - 1576:20, 1580:19, 1591:12, 1591:24, 1603:7,

1603:17
**helpful** [3] - 1538:15, 1678:12, 1685:10
**helping** [1] - 1709:4
**hence** [3] - 1640:12, 1711:16, 1735:14
**Hence** [1] - 1644:3
**Henderson** [1] - 1671:11
**herein** [1] - 1684:24
**heterogeneity** [1] - 1648:12
**hiding** [1] - 1568:25
**high** [7] - 1553:14, 1556:7, 1556:16, 1588:7, 1592:1, 1701:14, 1714:19
**higher** [2] - 1548:7, 1552:20
**highlighted** [10] - 1556:12, 1584:25, 1636:3, 1636:10, 1640:24, 1703:5, 1707:21, 1707:23, 1707:24
**highlighting** [2] - 1662:21, 1685:11
**Hill** [14] - 1532:10, 1542:6, 1542:7, 1542:9, 1545:9, 1595:11, 1682:15, 1686:19, 1686:24, 1725:6, 1726:5, 1743:8, 1743:9, 1744:4
**hips** [2] - 1664:15, 1664:16
**hired** [4] - 1578:17, 1578:20, 1594:11, 1602:7
**histologic** [4] - 1527:9, 1704:24, 1705:10, 1719:23
**histology** [3] - 1528:11, 1528:13
**history** [9] - 1548:18, 1585:7, 1586:4, 1588:11, 1598:17, 1605:21, 1606:1, 1701:6, 1739:15
**hold** [9] - 1559:23, 1559:25, 1568:19, 1572:4, 1593:22, 1593:24, 1594:6, 1595:17

**honest** [1] - 1536:14
**Honor** [33] - 1519:7, 1519:8, 1564:18, 1574:8, 1576:1, 1577:9, 1578:22, 1625:10, 1625:14, 1627:19, 1629:13, 1642:25, 1649:3, 1675:4, 1678:20, 1691:24, 1695:21, 1715:17, 1715:20, 1716:12, 1717:14, 1717:16, 1718:6, 1718:21, 1720:8, 1720:15, 1720:21, 1721:15, 1722:3, 1725:11, 1730:24, 1743:1, 1745:8
**honor** [1] - 1701:2
**HONORABLE** [1] - 1517:8
**hope** [3] - 1525:6, 1591:19, 1737:17
**hopefully** [4] - 1521:4, 1526:21, 1551:21, 1561:23
**Hopkins** [1] - 1582:2
**horse** [1] - 1563:5
**hours** [10] - 1525:2, 1544:5, 1560:25, 1663:5, 1664:13, 1668:11, 1669:4, 1670:20, 1671:5
**human** [14] - 1545:7, 1560:17, 1581:4, 1622:10, 1623:14, 1647:9, 1665:22, 1665:25, 1666:5, 1668:3, 1708:11, 1710:4, 1727:13, 1732:19
**humans** [6] - 1531:3, 1565:16, 1621:3, 1621:13, 1666:16, 1732:15
**Huncharek** [16] - 1680:14, 1681:25, 1702:16, 1703:20, 1705:5, 1707:17, 1707:18, 1711:23, 1711:24, 1712:11, 1712:12, 1712:15, 1712:16, 1713:1, 1713:13

**hundreds** [1] - 1573:17
**Hunn** [2] - 1555:3, 1555:4
**hygiene** [3] - 1662:25, 1673:1, 1673:2
**hygienic** [1] - 1707:11
**hymen** [1] - 1559:13
**hypotheses** [6] - 1629:18, 1629:22, 1629:24, 1630:2, 1710:6, 1710:10
**hypothesis** [13] - 1628:6, 1628:8, 1630:13, 1631:25, 1637:24, 1637:25, 1638:9, 1639:20, 1641:23, 1648:25, 1652:4, 1710:7, 1710:18
**hypothetical** [4] - 1583:8, 1652:13, 1652:20
**hysterectomy** [2] - 1553:20, 1638:10

**I**

**IARC** [24] - 1565:1, 1654:14, 1655:22, 1656:7, 1656:11, 1656:15, 1656:21, 1656:25, 1657:4, 1657:8, 1658:19, 1659:1, 1659:19, 1660:8, 1661:9, 1661:16, 1662:13, 1695:11, 1699:9, 1699:15, 1700:4, 1700:10, 1737:15, 1737:20
**IARC's** [5] - 1654:19, 1655:23, 1662:18, 1700:1, 1732:3
**idea** [6] - 1550:25, 1585:3, 1587:22, 1654:8, 1665:23, 1716:22
**identified** [11] - 1548:21, 1550:8, 1587:10, 1605:5, 1609:23, 1610:11, 1622:5, 1649:7, 1651:9, 1663:20, 1682:11
**identifies** [2] - 1601:15, 1610:5

**identify** [15] - 1555:13, 1555:22, 1571:17, 1587:16, 1601:20, 1605:1, 1605:5, 1629:17, 1630:1, 1651:18, 1678:13, 1687:8, 1701:21, 1702:3, 1710:5
**identifying** [2] - 1532:2, 1628:21
**II** [1] - 1661:5
**II-B** [1] - 1661:5
**Illinois** [1] - 1520:8
**illustrate** [1] - 1529:23
**illustrated** [2] - 1527:14, 1549:5
**illustration** [5] - 1523:24, 1523:25, 1525:19, 1528:23, 1567:21
**imagine** [1] - 1590:22
**immediate** [5] - 1586:25, 1589:24, 1590:1, 1723:16, 1739:7
**immune** [4] - 1569:1, 1693:16, 1694:8
**immunogenicity** [1] - 1744:21
**impact** [2] - 1570:18, 1696:6
**impacts** [2] - 1568:2, 1696:1
**impaired** [1] - 1665:16
**imperfect** [1] - 1559:13
**implied** [1] - 1589:22
**imply** [1] - 1601:24
**important** [11] - 1522:23, 1536:14, 1548:19, 1600:11, 1614:13, 1614:15, 1614:16, 1614:20, 1614:23, 1708:21, 1727:19
**impossible** [1] - 1559:1
**improve** [2] - 1587:17, 1590:11
**IN** [2] - 1517:4, 1747:8
**inadequate** [8] - 1600:14, 1609:23, 1610:6, 1610:10, 1612:9, 1615:22, 1616:25, 1740:23
**incessant** [7] - 1550:7, 1585:25, 1628:6, 1628:10, 1629:24,

1630:4, 1710:9
**incidence** [4] - 1523:21, 1638:19, 1639:5, 1639:10
**incidentally** [3] - 1645:20, 1667:18, 1727:4
**incisions** [1] - 1603:16
**include** [39] - 1522:2, 1531:21, 1535:14, 1555:8, 1555:16, 1556:3, 1573:15, 1584:2, 1585:18, 1589:2, 1605:24, 1606:23, 1612:1, 1617:7, 1617:10, 1623:4, 1628:24, 1646:1, 1646:5, 1677:24, 1679:6, 1680:1, 1680:9, 1686:3, 1686:18, 1687:16, 1689:15, 1690:8, 1698:13, 1698:20, 1699:1, 1700:7, 1701:10, 1702:20, 1703:2, 1703:12, 1723:19, 1733:21, 1739:20
**included** [27] - 1532:2, 1538:25, 1541:12, 1557:21, 1557:24, 1588:8, 1611:6, 1615:6, 1621:23, 1652:4, 1679:10, 1679:18, 1686:8, 1687:1, 1688:25, 1690:16, 1698:7, 1698:21, 1699:5, 1702:17, 1716:14, 1716:15, 1716:16, 1741:23, 1744:6
**includes** [9] - 1533:1, 1540:13, 1571:2, 1600:14, 1684:7, 1739:14, 1739:15, 1739:17, 1742:18
**including** [9] - 1522:5, 1547:4, 1586:21, 1589:14, 1602:19, 1605:25, 1608:10, 1648:12, 1734:16
**inconsistent** [2] - 1613:10, 1640:3

**increase** [12] - 1534:20, 1540:15, 1545:4, 1548:11, 1548:22, 1557:7, 1600:10, 1614:12, 1637:10, 1641:10, 1645:9, 1677:7
**increased** [85] - 1530:11, 1530:14, 1533:8, 1533:11, 1533:13, 1534:6, 1534:7, 1535:22, 1535:24, 1536:2, 1537:14, 1537:21, 1537:24, 1538:8, 1538:17, 1538:21, 1539:6, 1542:12, 1548:4, 1548:15, 1548:16, 1549:20, 1574:18, 1600:11, 1610:17, 1612:7, 1612:24, 1614:4, 1614:11, 1614:16, 1616:17, 1632:19, 1638:13, 1640:12, 1645:6, 1650:19, 1651:4, 1657:19, 1657:21, 1657:23, 1657:25, 1658:1, 1658:4, 1658:14, 1658:16, 1659:5, 1659:7, 1659:15, 1660:3, 1660:5, 1660:6, 1672:10, 1672:11, 1676:2, 1676:8, 1676:16, 1679:8, 1679:18, 1679:21, 1681:19, 1682:5, 1682:13, 1683:6, 1684:23, 1687:13, 1688:14, 1702:20, 1702:22, 1703:3, 1703:14, 1703:21, 1703:23, 1704:1, 1704:22, 1705:8, 1705:14, 1708:2, 1712:7, 1713:14, 1719:8, 1719:12, 1719:21, 1732:8, 1735:13
**increases** [10] - 1530:4, 1542:15, 1547:11, 1547:13, 1548:18, 1551:22, 1561:10,

1642:1, 1651:16, 1678:14

**increasing** [3] - 1614:25, 1615:24, 1651:5

**independently** [1] - 1731:18

**indicate** [1] - 1732:18

**indicated** [1] - 1693:11

**indication** [2] - 1558:11, 1655:15

**indirect** [1] - 1710:21

**indisputable** [1] - 1563:10

**indistinguishable** [1] - 1529:2

**individual** [1] - 1678:5

**induce** [1] - 1571:11

**induced** [1] - 1649:23

**infants** [1] - 1673:3

**infection** [1] - 1568:1

**infertile** [1] - 1552:10

**infertility** [1] - 1566:6

**inflammation** [112] - 1530:24, 1530:25, 1534:25, 1535:6, 1535:11, 1542:1, 1543:16, 1545:22, 1545:24, 1546:3, 1546:13, 1547:23, 1547:24, 1547:25, 1548:25, 1549:7, 1549:19, 1550:10, 1552:8, 1554:23, 1555:13, 1555:14, 1565:13, 1565:17, 1565:18, 1566:2, 1566:9, 1567:1, 1567:3, 1567:4, 1567:14, 1567:16, 1567:19, 1567:25, 1568:2, 1568:6, 1568:11, 1569:8, 1569:14, 1569:16, 1570:2, 1570:17, 1603:8, 1621:6, 1621:17, 1623:10, 1624:22, 1625:8, 1625:9, 1627:17, 1628:7, 1628:10, 1630:14, 1631:6, 1631:9, 1631:15, 1631:25, 1632:5, 1632:16, 1633:6, 1634:12,

1635:2, 1635:10, 1635:16, 1635:21, 1638:21, 1639:2, 1639:6, 1639:20, 1640:8, 1640:22, 1641:3, 1641:7, 1641:15, 1641:23, 1642:11, 1643:2, 1648:22, 1648:25, 1649:16, 1649:20, 1649:22, 1649:25, 1650:3, 1650:6, 1650:12, 1651:11, 1651:25, 1653:15, 1672:18, 1673:6, 1673:14, 1673:17, 1673:25, 1674:5, 1674:24, 1693:11, 1693:12, 1697:4, 1697:7, 1704:17, 1710:7, 1710:10, 1710:17, 1710:21, 1714:18, 1714:24, 1719:7, 1736:4, 1744:11

**Inflammation** [2] - 1621:11, 1630:22

**inflammatories** [2] - 1635:6, 1640:21

**Inflammatory** [2] - 1709:20, 1719:4

**inflammatory** [71] - 1531:4, 1532:4, 1532:5, 1540:10, 1540:15, 1543:17, 1544:11, 1544:21, 1549:24, 1550:4, 1551:21, 1552:5, 1552:11, 1552:13, 1552:17, 1552:18, 1552:19, 1552:24, 1553:22, 1554:5, 1554:11, 1555:15, 1555:16, 1566:7, 1567:7, 1568:1, 1569:5, 1569:14, 1571:8, 1586:1, 1621:3, 1621:13, 1632:8, 1632:11, 1632:12, 1632:18, 1632:22, 1633:2, 1633:7, 1633:9, 1634:4, 1634:5, 1634:14, 1636:7, 1637:5, 1638:6, 1638:11, 1638:18,

1639:24, 1653:18, 1653:22, 1654:6, 1654:13, 1654:24, 1655:2, 1655:4, 1674:9, 1674:16, 1674:18, 1697:11, 1701:11, 1701:18, 1712:19, 1712:21, 1716:7, 1719:6, 1719:9, 1719:19, 1739:1, 1739:18, 1744:20

**inform** [2] - 1679:5, 1721:10

**information** [26] - 1522:2, 1535:10, 1536:21, 1538:14, 1578:10, 1598:3, 1601:3, 1601:5, 1604:23, 1607:8, 1618:25, 1619:3, 1620:17, 1650:13, 1651:14, 1662:24, 1681:7, 1699:19, 1709:11, 1709:13, 1723:18, 1732:17, 1740:18, 1740:25, 1741:14

**inhalation** [17] - 1530:22, 1563:17, 1564:16, 1564:18, 1565:2, 1565:5, 1675:7, 1675:10, 1675:23, 1676:6, 1676:23, 1676:24, 1694:11, 1695:1, 1695:8, 1696:1

**inhaled** [3] - 1564:23, 1676:2, 1695:12

**inherited** [2] - 1548:3, 1588:11

**initiate** [3] - 1526:19, 1712:18, 1712:20

**Initiative** [4] - 1616:15, 1657:10, 1657:17, 1658:13

**injected** [1] - 1654:3

**injury** [2] - 1540:13, 1554:8

**inserted** [2] - 1670:11, 1670:23

**inside** [6] - 1566:2, 1664:5, 1668:22, 1669:15, 1669:21, 1670:11

**instance** [2] - 1545:9, 1713:22

**instead** [4] - 1549:13, 1568:16, 1622:6, 1718:12

**instigate** [1] - 1638:5

**Institute** [5] - 1589:14, 1617:13, 1715:16, 1715:21, 1716:3

**Institutes** [2] - 1608:24, 1610:4

**instructed** [1] - 1565:21

**insufficient** [2] - 1689:23, 1714:9

**intake** [2] - 1575:2, 1723:19

**intended** [8] - 1583:12, 1583:18, 1589:13, 1701:21, 1702:5, 1716:19, 1731:1, 1735:25

**intense** [2] - 1561:16, 1607:25

**intensify** [1] - 1554:11

**intent** [5] - 1577:23, 1578:3, 1640:20, 1643:4, 1647:16

**intention** [1] - 1566:14

**intentionally** [1] - 1560:21

**interaction** [1] - 1581:12

**intercourse** [2] - 1562:23, 1562:25

**interdisciplinary** [1] - 1604:13

**interest** [1] - 1523:12

**interested** [1] - 1590:22

**International** [2] - 1719:14, 1731:17

**interpret** [1] - 1734:12

**interpretation** [1] - 1648:14

**interpreting** [1] - 1622:4

**interrupt** [2] - 1524:11, 1525:8

**interval** [2] - 1537:15, 1614:20

**intervals** [3] - 1533:1, 1535:25, 1536:24

**interview** [3] - 1590:18, 1591:11, 1591:15

**introduced** [2] - 1563:2, 1707:8

**introduction** [4] - 1644:8, 1644:14, 1645:13, 1645:16
**invasive** [3] - 1546:5, 1584:20, 1585:2
**inversely** [2] - 1638:18, 1639:4
**investigate** [1] - 1723:11
**investigated** [1] - 1600:13
**investigating** [1] - 1631:5
**investigation** [1] - 1715:15
**investigators** [16] - 1534:10, 1622:6, 1622:25, 1633:1, 1633:10, 1633:18, 1633:25, 1634:10, 1635:4, 1649:24, 1658:12, 1658:19, 1658:25, 1659:19, 1660:1, 1661:9
**invited** [2] - 1582:15, 1700:22
**invoice** [1] - 1594:18
**involve** [1] - 1670:3
**involved** [11] - 1522:20, 1523:22, 1524:23, 1592:24, 1593:11, 1595:18, 1612:19, 1613:1, 1667:16, 1668:6, 1669:24
**involvement** [1] - 1522:7
**irritant** [1] - 1554:22
**irritating** [1] - 1707:13
**irritation** [1] - 1744:10
**IS** [1] - 1747:7
**isolated** [1] - 1679:12
**issue** [12] - 1521:6, 1543:22, 1551:12, 1575:8, 1592:12, 1602:20, 1640:15, 1647:11, 1657:3, 1660:13, 1687:9, 1721:4
**issued** [4] - 1716:4, 1725:20, 1728:2, 1728:5
**issues** [6] - 1533:20, 1534:11, 1538:4, 1557:3, 1612:2, 1687:8
**item** [1] - 1703:7
**items** [2] - 1693:8, 1721:25

**itself** [5] - 1590:14, 1683:11, 1693:25, 1694:19, 1740:17
**IV** [1] - 1526:6
**ivory** [1] - 1522:13
**IX** [1] - 1717:25

**J**

**J&J** [3] - 1652:14, 1652:17, 1652:19
**January** [1] - 1601:18
**JERSEY** [3] - 1517:1, 1517:15, 1517:16
**Jewish** [1] - 1557:22
**job** [2] - 1705:22, 1740:8
**JOHN** [1] - 1517:17
**Johns** [1] - 1582:2
**JOHNSON** [2] - 1517:4
**Johnson** [17] - 1517:4, 1530:3, 1652:2, 1652:8, 1652:24, 1653:1, 1653:4, 1653:8, 1653:11, 1706:4
**Johnson's** [5] - 1529:17, 1530:3, 1531:5, 1652:3, 1652:24
**joined** [1] - 1520:6
**Journal** [9] - 1567:10, 1582:16, 1582:17, 1585:6, 1585:14, 1585:20, 1700:18, 1700:22, 1738:24
**journal** [1] - 1582:18
**journals'** [1] - 1728:13
**Judge** [2] - 1691:9, 1717:10
**Judy** [1] - 1729:22
**JULIE** [1] - 1517:16
**JULY** [1] - 1517:4
**June** [1] - 1606:22
**junior** [1] - 1520:23

**K**

**keep** [1] - 1741:1
**keeping** [1] - 1741:7
**key** [1] - 1533:4
**kind** [1] - 1575:13
**knowledge** [9] - 1520:25, 1521:18, 1521:22, 1560:12, 1584:2, 1617:9, 1643:22, 1711:13, 1724:9

**known** [10] - 1543:16, 1571:6, 1571:7, 1588:14, 1596:11, 1621:2, 1621:12, 1700:2, 1710:17, 1713:20
**knows** [3] - 1627:13, 1627:24, 1628:2
**Krewski** [8] - 1730:23, 1731:7, 1734:5, 1734:8, 1742:16, 1743:21, 1743:25
**Krewski's** [5] - 1731:3, 1734:13, 1734:21, 1744:3, 1744:7
**Kurta** [1] - 1699:25

**L**

**label** [1] - 1623:19
**labeled** [1] - 1553:11
**labels** [1] - 1724:6
**labor** [1] - 1561:7
**laboratories** [1] - 1649:1
**laboratory** [3] - 1544:7, 1544:18, 1649:8
**Lacey** [1] - 1720:5
**lack** [2] - 1682:18, 1727:12
**lacking** [3] - 1623:25, 1624:19, 1627:10
**lacks** [1] - 1622:2
**laid** [1] - 1664:13
**Lancet** [3] - 1567:9, 1567:10, 1567:13
**land** [1] - 1525:24
**landing** [1] - 1549:15
**lands** [2] - 1549:17, 1566:1
**Langseth** [8] - 1688:25, 1689:8, 1689:11, 1700:7, 1713:14, 1713:15, 1713:18, 1714:5
**large** [1] - 1526:8
**larger** [1] - 1646:5
**last** [12] - 1523:5, 1528:20, 1550:17, 1573:11, 1592:17, 1595:17, 1668:25, 1694:10, 1704:10, 1724:1, 1736:15, 1740:16
**lasted** [1] - 1590:21

**lastly** [1] - 1557:9
**late** [2] - 1594:1, 1720:21
**latency** [3] - 1542:25, 1544:4, 1544:18
**latest** [1] - 1598:2
**latter** [1] - 1579:17
**laundry** [3] - 1590:21, 1590:23, 1591:4
**Laurel** [1] - 1723:15
**law** [1] - 1729:10
**Lawrence** [5] - 1599:24, 1602:6, 1723:2, 1723:13, 1724:14
**Lawrence's** [1] - 1602:1
**lawsuit** [2] - 1618:8, 1667:21
**lawyers** [9] - 1578:18, 1578:21, 1592:25, 1594:22, 1727:5, 1727:21, 1728:19, 1728:23, 1730:15
**layers** [1] - 1603:10
**laying** [1] - 1667:6
**lead** [9] - 1528:24, 1540:16, 1581:20, 1624:19, 1627:9, 1653:19, 1731:10, 1734:7, 1742:16
**leader** [1] - 1573:20
**leadership** [1] - 1586:20
**leading** [5] - 1522:19, 1595:23, 1597:25, 1600:3, 1681:3
**leads** [6] - 1549:7, 1552:25, 1628:7, 1635:21, 1651:11, 1653:15
**learn** [1] - 1741:2
**learned** [1] - 1592:17
**least** [4] - 1589:6, 1618:7, 1618:9, 1724:15
**leave** [2] - 1680:16, 1717:4
**led** [3] - 1596:17, 1635:9, 1719:18
**LEE** [1] - 1517:19
**left** [9] - 1567:23, 1568:10, 1636:13, 1637:8, 1647:3, 1647:7, 1704:11, 1711:10, 1725:18
**LEIGH** [1] - 1517:11
**lesion** [2] - 1584:19,

1584:24
**less** [9] - 1539:9, 1541:10, 1545:13, 1557:22, 1563:22, 1564:25, 1668:13, 1684:7, 1695:2
**letter** [14] - 1587:2, 1587:4, 1590:13, 1618:1, 1618:2, 1619:3, 1619:18, 1619:21, 1619:25, 1621:24, 1626:14, 1626:17, 1626:20, 1724:20
**letters** [1] - 1563:12
**level** [2] - 1521:18, 1651:1
**levels** [1] - 1662:10
**liability** [1] - 1595:1
**lid** [1] - 1559:12
**lie** [1] - 1664:10
**lies** [3] - 1551:17, 1693:17, 1695:15
**life** [3] - 1553:9, 1573:11, 1596:3
**lifestyle** [7] - 1556:13, 1556:14, 1556:24, 1557:2, 1557:3, 1557:5, 1558:9
**lifetime** [7] - 1534:14, 1539:10, 1548:14, 1549:1, 1549:2, 1614:25, 1615:24
**ligation** [3] - 1546:17, 1553:19, 1638:10
**light** [1] - 1623:12
**likely** [2] - 1563:22, 1564:25
**likewise** [2] - 1546:23, 1694:4
**limitation** [1] - 1663:13
**limitations** [1] - 1600:12
**limited** [4] - 1524:3, 1652:7, 1688:1, 1732:6
**line** [5] - 1574:12, 1614:5, 1650:8, 1702:10, 1706:7
**lines** [8] - 1544:10, 1576:4, 1578:25, 1627:22, 1650:8, 1678:22, 1691:12, 1726:19
**lining** [1] - 1546:20
**link** [8] - 1600:7, 1644:5,

1644:12, 1644:17, 1645:11, 1710:20, 1711:18, 1713:11
**linked** [1] - 1582:6
**list** [34] - 1522:22, 1533:14, 1548:9, 1555:10, 1555:15, 1556:24, 1599:4, 1605:11, 1605:15, 1605:18, 1605:21, 1605:23, 1606:4, 1606:9, 1611:8, 1611:21, 1630:18, 1647:4, 1647:6, 1677:23, 1680:17, 1698:24, 1699:3, 1701:19, 1712:14, 1715:18, 1716:17, 1717:2, 1720:11, 1737:18, 1738:14, 1739:6, 1740:2
**listed** [10] - 1555:11, 1557:5, 1591:24, 1592:1, 1598:24, 1607:5, 1608:10, 1701:13, 1738:20, 1742:21
**listen** [2] - 1659:14, 1722:22
**listening** [2] - 1580:17, 1591:5
**listing** [2] - 1557:15, 1720:25
**lists** [3] - 1598:13, 1602:23, 1715:6
**literally** [2] - 1667:1, 1716:21
**literature** [45] - 1530:2, 1531:17, 1531:20, 1531:25, 1532:6, 1532:16, 1535:10, 1535:15, 1536:7, 1536:16, 1542:11, 1547:3, 1553:23, 1553:25, 1558:4, 1558:8, 1560:9, 1560:14, 1578:8, 1593:16, 1594:12, 1594:15, 1594:19, 1595:8, 1624:2, 1648:3, 1659:10, 1667:20, 1675:1, 1678:18, 1680:21, 1680:23,

1681:2, 1681:5, 1684:14, 1686:7, 1699:20, 1701:1, 1705:19, 1715:11, 1724:11, 1724:17, 1724:23, 1741:1, 1744:14
**lithotomy** [1] - 1669:11
**litigation** [12] - 1558:24, 1579:19, 1592:19, 1592:24, 1593:12, 1595:8, 1595:19, 1602:8, 1667:16, 1667:21, 1668:6, 1686:3
**Liu** [3] - 1569:20, 1628:12, 1709:15
**liver** [2] - 1526:6, 1526:12
**living** [1] - 1707:6
**local** [2] - 1540:15, 1744:21
**localized** [3] - 1534:24, 1535:5, 1704:17
**LOCKE** [1] - 1518:6
**logical** [1] - 1547:15
**long-term** [1] - 1634:20
**look** [89] - 1529:4, 1529:11, 1530:9, 1533:14, 1534:11, 1537:7, 1539:8, 1582:9, 1584:17, 1587:3, 1591:7, 1597:7, 1597:16, 1599:8, 1599:14, 1599:19, 1600:2, 1602:13, 1605:8, 1605:15, 1606:18, 1607:15, 1609:9, 1609:22, 1610:22, 1611:10, 1612:14, 1613:3, 1614:8, 1615:3, 1617:17, 1618:2, 1620:15, 1623:8, 1623:9, 1624:13, 1624:14, 1627:22, 1629:1, 1638:22, 1640:2, 1645:3, 1645:4, 1650:7, 1658:22, 1659:10, 1661:15, 1664:11, 1667:1, 1667:20, 1670:21, 1671:2, 1671:13, 1678:2, 1678:9,

1678:22, 1681:13, 1681:15, 1682:4, 1683:14, 1684:2, 1684:17, 1685:15, 1685:17, 1685:19, 1685:24, 1686:14, 1688:22, 1689:5, 1691:11, 1698:23, 1702:14, 1706:11, 1706:18, 1708:24, 1709:15, 1713:17, 1717:12, 1720:20, 1726:11, 1726:18, 1728:25, 1730:20, 1733:4, 1733:16, 1734:20, 1736:1, 1737:17, 1740:21
**looked** [21] - 1536:6, 1537:17, 1540:25, 1574:10, 1582:4, 1606:23, 1607:3, 1624:6, 1633:25, 1634:10, 1651:4, 1654:15, 1666:22, 1671:9, 1672:15, 1673:4, 1699:21, 1702:18, 1713:12, 1724:3
**looking** [25] - 1530:7, 1531:19, 1545:12, 1545:16, 1598:5, 1606:15, 1607:7, 1608:19, 1610:15, 1611:8, 1611:23, 1615:19, 1633:1, 1640:14, 1640:16, 1643:5, 1647:25, 1656:6, 1678:11, 1684:10, 1684:13, 1701:4, 1708:22, 1712:4, 1727:18
**looks** [1] - 1717:9
**low** [6] - 1541:12, 1556:7, 1556:17, 1556:19, 1639:21, 1688:11
**lower** [2] - 1704:11, 1720:1
**lump** [1] - 1529:14
**lumped** [2] - 1528:15, 1541:10
**lunch** [2] - 1626:13, 1700:16

luncheon [1] - 1625:16
lung [15] - 1526:7, 1547:5, 1554:15, 1554:16, 1566:13, 1566:14, 1566:18, 1566:23, 1654:12, 1655:16, 1655:18, 1674:21, 1694:5, 1712:18
lying [3] - 1669:5, 1669:8, 1670:25
lymph [2] - 1526:13, 1564:10
lymphatics [3] - 1564:11, 1564:12, 1564:24
Lynch [2] - 1599:3, 1605:18

## M

ma'am [1] - 1627:7
magnetic [1] - 1724:6
main [2] - 1520:20, 1677:24
maintain [1] - 1728:23
maintains [1] - 1598:1
major [1] - 1631:15
majority [6] - 1526:23, 1527:21, 1571:1, 1655:5, 1690:19, 1690:20
malignancies [1] - 1542:24
malignancy [3] - 1547:12, 1568:10, 1569:4
malignant [11] - 1528:25, 1531:2, 1540:18, 1543:3, 1544:12, 1544:17, 1544:25, 1547:22, 1568:20, 1655:6, 1655:14
Mallen [2] - 1555:18, 1555:24
malpractice [1] - 1595:1
Management [5] - 1522:24, 1602:15, 1602:25, 1603:3, 1603:12
management [1] - 1596:25
mandated [1] - 1718:1
MANGES [1] - 1517:20

manuscript [2] - 1611:6, 1624:13
MARGARET [1] - 1517:11
marked [1] - 1707:19
marker [1] - 1719:6
market [1] - 1652:9
MARKETING [1] - 1517:4
master [1] - 1521:12
material [2] - 1699:2, 1707:21
materials [5] - 1698:7, 1698:21, 1715:25, 1716:16, 1720:16
matter [3] - 1576:4, 1666:18, 1690:23
MATTER [1] - 1747:9
maximum [1] - 1561:13
MDL [2] - 1729:24, 1730:12
MEAGHER [1] - 1517:17
mean [6] - 1530:25, 1605:13, 1611:3, 1622:20, 1652:16, 1709:25
means [8] - 1533:7, 1549:10, 1651:22, 1662:16, 1726:4, 1726:7, 1727:3, 1733:5
mechanism [54] - 1530:17, 1530:22, 1530:23, 1531:25, 1532:2, 1532:7, 1534:21, 1535:8, 1540:6, 1540:8, 1541:25, 1543:20, 1547:15, 1547:17, 1547:19, 1554:15, 1554:17, 1561:9, 1561:13, 1564:21, 1564:25, 1566:25, 1568:13, 1571:8, 1571:21, 1583:15, 1624:18, 1625:1, 1625:5, 1625:8, 1627:9, 1630:5, 1631:5, 1631:10, 1636:7, 1637:9, 1637:17, 1637:21, 1639:2, 1640:9, 1640:11, 1641:10, 1641:19, 1643:2, 1645:14, 1647:1, 1647:20,

1714:17, 1734:16, 1735:12, 1735:20, 1736:17, 1736:24, 1738:5
mechanisms [5] - 1547:20, 1736:1, 1744:16, 1744:21
media [1] - 1707:8
mediators [2] - 1540:15, 1638:11
medical [30] - 1519:24, 1524:13, 1531:18, 1547:3, 1558:11, 1567:11, 1572:5, 1582:18, 1593:3, 1593:6, 1593:9, 1596:1, 1598:2, 1600:6, 1600:20, 1603:24, 1681:7, 1686:7, 1690:24, 1691:4, 1691:15, 1691:20, 1696:9, 1696:15, 1696:19, 1699:20, 1702:2, 1709:24, 1721:22, 1730:13
Medical [1] - 1520:3
medically [1] - 1566:11
medication [1] - 1634:5
medications [1] - 1634:15
medicinal [1] - 1707:12
medicine [4] - 1520:16, 1520:21, 1532:12
Medicine [9] - 1582:17, 1585:6, 1585:14, 1585:21, 1700:18, 1700:23, 1715:16, 1715:21, 1716:3
meet [1] - 1521:17
meeting [1] - 1741:10
meetings [1] - 1741:16
Melissa [2] - 1630:18, 1630:21
member [6] - 1522:16, 1523:3, 1596:14, 1601:24, 1604:5, 1728:16
members [5] - 1741:1, 1741:8, 1741:16, 1741:21, 1742:11
membership [1] - 1587:2
membrane [1] - 1527:16
memory [1] - 1654:22

men [2] - 1557:3, 1655:5
menstrual [9] - 1549:11, 1549:12, 1550:17, 1550:18, 1561:8, 1561:10, 1562:2, 1562:10, 1562:13
menstruation [3] - 1549:3, 1549:10, 1549:11
mental [1] - 1576:18
mention [6] - 1578:6, 1588:5, 1589:20, 1590:13, 1592:7, 1677:20
mentioned [12] - 1539:23, 1543:19, 1547:8, 1553:4, 1553:19, 1565:13, 1565:14, 1592:5, 1608:16, 1673:9, 1695:25, 1726:7
mentions [1] - 1589:1
Merritt [8] - 1630:19, 1630:21, 1631:22, 1632:15, 1632:24, 1633:18, 1635:3, 1639:7
meta [103] - 1531:23, 1535:14, 1535:18, 1535:19, 1535:21, 1536:4, 1536:5, 1536:13, 1537:5, 1537:11, 1538:25, 1539:4, 1542:14, 1611:4, 1611:22, 1637:13, 1638:1, 1638:3, 1640:16, 1641:25, 1642:3, 1642:6, 1643:5, 1644:10, 1644:18, 1645:7, 1645:17, 1645:21, 1645:25, 1646:4, 1646:16, 1646:22, 1647:3, 1647:4, 1647:11, 1647:17, 1647:19, 1648:3, 1648:11, 1648:18, 1678:11, 1678:12, 1678:15, 1678:19, 1679:6, 1679:11, 1679:15, 1679:19, 1679:20, 1679:23, 1679:25, 1680:9, 1680:15,

1680:17, 1681:14, 1682:11, 1682:22, 1684:3, 1685:9, 1685:11, 1685:16, 1686:2, 1686:13, 1687:8, 1687:19, 1687:23, 1688:6, 1688:8, 1688:19, 1688:25, 1689:2, 1690:10, 1690:12, 1690:19, 1698:13, 1700:5, 1702:17, 1708:18, 1708:22, 1708:23, 1709:3, 1709:4, 1709:6, 1712:1, 1712:4, 1719:11, 1726:6, 1727:22, 1727:24, 1727:25, 1728:8, 1728:17, 1728:20, 1729:2, 1729:9, 1729:16, 1735:11, 1735:25, 1736:23, 1742:22, 1742:23

**meta-analyses** [31] - 1531:23, 1535:14, 1535:18, 1535:21, 1537:5, 1642:3, 1642:6, 1645:7, 1645:21, 1646:16, 1646:22, 1678:12, 1678:15, 1679:6, 1680:9, 1680:17, 1681:14, 1685:11, 1686:2, 1686:13, 1687:19, 1688:8, 1698:13, 1700:5, 1702:17, 1708:18, 1708:22, 1708:23, 1709:6, 1712:1, 1712:4

**meta-analysis** [72] - 1535:19, 1536:4, 1536:5, 1536:13, 1537:11, 1538:25, 1539:4, 1542:14, 1611:4, 1611:22, 1637:13, 1638:1, 1638:3, 1640:16, 1641:25, 1643:5, 1644:10, 1644:18, 1645:17, 1645:25, 1646:4, 1647:3, 1647:4, 1647:11, 1647:17,

1647:19, 1648:3, 1648:11, 1648:18, 1678:11, 1678:19, 1679:11, 1679:15, 1679:19, 1679:20, 1679:23, 1679:25, 1680:15, 1682:11, 1682:22, 1684:3, 1685:9, 1685:16, 1687:8, 1687:23, 1688:6, 1688:19, 1688:25, 1689:2, 1690:10, 1690:12, 1690:19, 1709:3, 1709:4, 1719:11, 1726:6, 1727:22, 1727:24, 1727:25, 1728:8, 1728:17, 1728:20, 1729:2, 1729:9, 1729:16, 1735:11, 1735:25, 1736:23, 1742:22, 1742:23

**metals** [6] - 1531:7, 1571:3, 1571:5, 1652:18, 1653:2, 1653:5

**methodologic** [1] - 1593:15

**methodology** [8] - 1531:11, 1542:5, 1542:6, 1645:21, 1645:23, 1647:6, 1735:18, 1736:22

**methods** [2] - 1584:9, 1589:10

**MICHELLE** [1] - 1517:13

**micronized** [3] - 1622:6, 1622:13, 1622:17

**microscope** [4] - 1528:12, 1529:4, 1529:12, 1674:1

**microsphere** [1] - 1561:3

**microspheres** [4] - 1562:1, 1663:4, 1668:3, 1706:15

**mid** [4] - 1550:16, 1561:11, 1562:3, 1562:12

**mid-cycle** [4] - 1550:16, 1561:11, 1562:3, 1562:12

**middle** [1] - 1607:1

**midway** [2] - 1550:18,

1550:19

**might** [17] - 1529:23, 1531:16, 1531:25, 1548:10, 1548:22, 1550:12, 1557:19, 1557:20, 1559:13, 1624:19, 1627:9, 1640:19, 1655:8, 1712:20, 1734:17, 1744:17

**migrate** [16] - 1559:2, 1560:15, 1563:11, 1564:23, 1666:23, 1667:4, 1671:8, 1706:3, 1706:6, 1713:21, 1713:25, 1735:3, 1737:1, 1737:3, 1738:6, 1744:9

**migrating** [1] - 1664:2

**migration** [25] - 1530:18, 1532:3, 1535:1, 1535:12, 1558:25, 1559:7, 1560:23, 1563:3, 1563:16, 1627:1, 1661:12, 1661:17, 1665:5, 1666:17, 1666:22, 1670:18, 1670:19, 1677:3, 1706:13, 1706:22, 1714:3, 1735:7, 1735:22, 1736:2, 1737:23

**mike** [1] - 1526:14

**mind** [3] - 1522:23, 1547:3, 1564:10

**minerals** [1] - 1547:4

**minimum** [2] - 1649:18, 1650:5

**minute** [4] - 1527:23, 1546:25, 1560:25, 1640:2

**minutes** [5] - 1523:20, 1531:12, 1590:21, 1625:13, 1725:13

**missed** [2] - 1624:23, 1708:4

**mission** [2] - 1604:10, 1604:15

**misspoke** [1] - 1660:15

**mistaken** [1] - 1643:8

**misunderstand** [1] - 1652:15

**misunderstood** [1] -

1576:12

**mode** [1] - 1571:10

**model** [1] - 1665:21

**modest** [1] - 1614:11

**modified** [1] - 1588:13

**molecular** [4] - 1581:12, 1581:14, 1734:17, 1744:17

**moment** [6] - 1538:13, 1542:2, 1570:21, 1581:23, 1629:13, 1740:13

**moments** [1] - 1692:2

**moms** [1] - 1576:22

**money** [1] - 1608:21

**monitoring** [1] - 1574:19

**monograph** [9] - 1656:7, 1662:19, 1699:9, 1699:13, 1700:1, 1700:4, 1715:14, 1737:16

**month** [2] - 1523:5, 1741:9

**monthly** [1] - 1741:16

**months** [6] - 1526:21, 1553:17, 1580:9, 1580:15, 1598:10, 1617:6

**morning** [50] - 1519:5, 1519:7, 1519:17, 1519:18, 1558:17, 1573:8, 1573:9, 1578:6, 1590:20, 1591:1, 1596:24, 1598:23, 1606:24, 1608:16, 1611:5, 1616:5, 1626:18, 1628:6, 1628:16, 1629:16, 1629:23, 1631:4, 1632:13, 1634:25, 1635:19, 1635:22, 1636:1, 1638:25, 1640:7, 1642:10, 1643:11, 1649:4, 1654:4, 1661:11, 1661:13, 1662:2, 1667:24, 1670:9, 1675:9, 1677:12, 1694:11, 1701:12, 1703:25, 1709:8, 1710:25, 1717:1, 1718:18, 1720:10, 1739:4, 1740:15

**mortality** [1] - 1719:13
**most** [46] - 1522:23, 1523:12, 1525:17, 1526:24, 1527:7, 1528:11, 1529:9, 1533:15, 1533:19, 1537:3, 1537:5, 1537:22, 1539:17, 1542:24, 1544:20, 1547:2, 1547:6, 1548:10, 1552:2, 1555:11, 1567:11, 1577:20, 1582:5, 1602:13, 1605:4, 1642:3, 1642:6, 1643:22, 1652:10, 1662:6, 1662:23, 1685:25, 1686:9, 1690:19, 1690:21, 1705:9, 1708:23, 1709:6, 1709:13, 1710:4, 1711:14, 1720:3, 1727:16, 1735:11, 1736:23, 1738:5
**mostly** [1] - 1544:3
**mother's** [1] - 1677:7
**motile** [1] - 1561:20
**motility** [1] - 1561:1
**mounting** [2] - 1592:11, 1627:15
**move** [2] - 1561:20, 1675:7
**moved** [1] - 1521:4
**movement** [2] - 1661:22, 1665:3
**moves** [1] - 1561:22
**MS** [79] - 1519:7, 1519:16, 1524:21, 1533:22, 1541:20, 1546:7, 1564:2, 1564:17, 1565:11, 1569:24, 1572:7, 1573:7, 1574:8, 1576:1, 1577:9, 1578:22, 1580:19, 1595:4, 1625:10, 1625:14, 1626:9, 1627:19, 1629:13, 1630:20, 1636:19, 1636:20, 1636:21, 1636:22, 1642:25, 1675:4, 1675:7, 1675:18,

1675:21, 1678:20, 1683:24, 1683:25, 1684:1, 1689:8, 1689:9, 1691:9, 1691:24, 1695:20, 1695:24, 1710:12, 1712:12, 1712:14, 1712:24, 1712:25, 1713:7, 1715:17, 1715:20, 1716:12, 1716:24, 1716:25, 1717:10, 1717:14, 1717:21, 1717:24, 1718:6, 1718:20, 1719:24, 1719:25, 1720:8, 1721:7, 1721:15, 1721:20, 1722:3, 1722:24, 1724:5, 1725:11, 1725:13, 1725:17, 1730:24, 1731:2, 1734:1, 1734:6, 1742:25, 1743:3, 1745:8
**mucinous** [2] - 1528:14, 1539:24
**mucous** [1] - 1554:16
**multiple** [3] - 1528:18, 1718:3, 1718:4
**Murphy** [1] - 1720:5
**must** [5] - 1585:1, 1649:16, 1650:2, 1650:11, 1651:10
**mutated** [1] - 1568:7
**mutation** [10] - 1540:16, 1547:21, 1548:1, 1548:2, 1548:3, 1548:8, 1585:9, 1586:5, 1701:8
**mutations** [24] - 1531:1, 1543:18, 1544:22, 1544:24, 1544:25, 1545:1, 1545:2, 1546:13, 1548:5, 1548:11, 1548:14, 1549:8, 1553:1, 1553:2, 1557:22, 1569:19, 1580:4, 1581:5, 1581:9, 1582:7, 1598:17, 1605:16, 1607:3, 1701:14
**MY** [1] - 1747:8

**N**

**name** [4] - 1586:24, 1589:19, 1731:3,

1739:10
**named** [1] - 1742:19
**narrative** [1] - 1682:3
**National** [8] - 1589:14, 1608:24, 1610:4, 1617:12, 1620:19, 1716:4, 1717:15, 1718:24
**national** [2] - 1522:14
**nationally** [1] - 1525:22
**natural** [1] - 1546:15
**Nature** [1] - 1709:20
**NCI** [24] - 1589:16, 1608:17, 1608:18, 1608:21, 1608:24, 1609:3, 1609:5, 1609:12, 1609:20, 1610:4, 1610:11, 1610:23, 1612:5, 1612:11, 1612:15, 1612:21, 1702:7, 1703:21, 1703:22, 1705:12, 1705:15, 1705:22, 1740:4, 1742:11
**NCI's** [1] - 1612:15
**NCIs** [1] - 1742:5
**near** [4] - 1664:6, 1667:8, 1669:8, 1737:12
**nearly** [3] - 1533:9, 1533:10, 1690:12
**necessarily** [4] - 1642:18, 1673:19, 1673:25, 1680:20
**necessary** [2] - 1714:25, 1741:3
**need** [5] - 1521:23, 1642:16, 1669:2, 1713:7, 1726:2
**needed** [1] - 1714:11
**needle** [1] - 1566:12
**needs** [2] - 1558:10, 1568:19
**Neel** [1] - 1719:1
**negative** [2] - 1623:4, 1679:23
**neglected** [1] - 1648:4
**never** [14] - 1520:17, 1541:9, 1541:12, 1574:3, 1574:18, 1574:22, 1575:20, 1576:14, 1577:3, 1598:20, 1598:24,

1672:25, 1718:13, 1731:4
**new** [8] - 1557:13, 1598:20, 1598:23, 1599:2, 1628:24, 1629:2, 1722:4, 1722:6
**New** [9] - 1567:10, 1582:15, 1582:17, 1585:6, 1585:13, 1585:20, 1700:17, 1700:22, 1738:24
**NEW** [4] - 1517:1, 1517:15, 1517:16, 1517:19
**News** [4] - 1590:17, 1628:20, 1680:18, 1680:24
**Newton** [1] - 1667:5
**next** [16] - 1520:22, 1530:17, 1544:25, 1555:4, 1572:14, 1582:11, 1587:12, 1590:8, 1596:9, 1625:17, 1668:17, 1671:5, 1692:5, 1704:10, 1729:7, 1730:6
**Ni** [1] - 1720:5
**nicely** [1] - 1527:13
**night** [1] - 1668:18
**NIH** [8] - 1609:12, 1609:17, 1609:20, 1610:11, 1610:23, 1612:5, 1613:8, 1616:24
**nine** [2] - 1553:17, 1668:9
**NJ** [1] - 1517:7
**NO** [1] - 1517:2
**nodes** [2] - 1526:13, 1564:10
**non** [4] - 1638:17, 1639:24, 1676:14, 1704:24
**non-genital** [1] - 1676:14
**non-serous** [1] - 1704:24
**non-steroidal** [2] - 1638:17, 1639:24
**none** [10] - 1535:25, 1544:15, 1557:19, 1577:21, 1577:25, 1649:4, 1666:21, 1671:14, 1681:9, 1695:18
**nonetheless** [2] -

1694:16, 1737:21
**nongenital** [2] - 1676:8, 1676:18
**nonstatistically** [1] - 1676:18
**normal** [12] - 1521:8, 1540:17, 1547:21, 1550:25, 1554:9, 1562:19, 1567:23, 1568:4, 1568:15, 1665:11, 1665:13, 1737:23
**North** [7] - 1520:4, 1525:3, 1575:3, 1575:19, 1576:7, 1590:19, 1723:23
**note** [7] - 1581:3, 1584:15, 1600:12, 1615:13, 1631:22, 1671:24, 1720:24
**noted** [3] - 1537:3, 1581:13, 1672:18
**NOTES** [1] - 1747:8
**notes** [1] - 1623:3
**nothing** [10] - 1526:3, 1572:7, 1601:23, 1603:10, 1603:18, 1663:7, 1709:2, 1720:17, 1721:15, 1722:14
**notoriously** [1] - 1587:23
**November** [1] - 1579:10
**nowhere** [3] - 1601:19, 1606:4, 1645:1
**NSAIDs** [9] - 1630:23, 1634:1, 1634:6, 1634:7, 1639:4, 1639:23, 1640:4, 1641:14, 1736:12
**NTP** [4] - 1620:25, 1621:16, 1621:20, 1622:2
**nucleotide** [1] - 1544:23
**number** [34] - 1522:22, 1524:3, 1534:14, 1536:22, 1545:4, 1545:5, 1547:23, 1556:20, 1571:23, 1577:2, 1577:18, 1585:17, 1588:5, 1596:21, 1598:13, 1605:24, 1614:25, 1615:24, 1632:4,

1646:21, 1654:16, 1663:17, 1670:10, 1671:9, 1671:16, 1672:11, 1676:17, 1688:4, 1689:8, 1697:21, 1712:24, 1724:6, 1736:18, 1743:20
**numbers** [2] - 1540:23, 1646:5
**numerous** [1] - 1596:17
**Nurses'** [3] - 1541:6, 1660:19, 1680:2

---

**O**

**o'clock** [2] - 1590:25, 1591:4
**O'DELL** [39] - 1517:11, 1519:7, 1519:16, 1524:21, 1533:22, 1541:20, 1546:7, 1564:2, 1564:17, 1565:11, 1569:24, 1572:7, 1636:19, 1636:21, 1683:25, 1689:8, 1695:20, 1695:24, 1710:12, 1712:14, 1712:25, 1713:7, 1715:20, 1716:25, 1717:10, 1717:14, 1717:21, 1717:24, 1718:20, 1719:25, 1721:7, 1721:20, 1722:24, 1724:5, 1725:11, 1730:24, 1734:1, 1743:3, 1745:8
**O'Dell** [4] - 1695:18, 1738:17, 1738:19, 1746:8
**obese** [5] - 1550:4, 1552:11, 1603:5, 1603:9, 1603:18
**obesity** [9] - 1549:23, 1550:6, 1557:4, 1569:15, 1588:13, 1697:11, 1739:18, 1739:22, 1739:25
**object** [4] - 1716:12, 1718:15, 1721:18, 1734:1
**objection** [5] - 1576:10, 1579:12, 1628:1,

1679:1, 1742:15
**obligation** [3] - 1521:11, 1521:25, 1522:12
**observable** [1] - 1643:22
**observational** [3] - 1681:17, 1707:25, 1711:14
**observed** [7] - 1535:4, 1600:5, 1631:10, 1634:16, 1635:5, 1704:19, 1720:4
**obstetrician** [2] - 1521:19, 1600:17
**obstetricians** [3] - 1523:1, 1596:5, 1597:11
**obstetrics** [6] - 1520:1, 1522:10, 1559:18, 1593:8, 1595:25, 1723:22
**Obstetrics** [6] - 1521:14, 1522:21, 1523:6, 1595:22, 1596:4, 1596:10
**obvious** [6] - 1543:2, 1547:6, 1559:21, 1566:10, 1584:19, 1584:23
**obviously** [3] - 1545:10, 1624:1, 1716:14
**occupational** [1] - 1521:9
**occupies** [2] - 1524:5, 1525:10
**occur** [4] - 1530:24, 1568:6, 1649:5, 1673:19
**occurred** [1] - 1560:24
**occurrence** [2] - 1534:16, 1644:23
**occurring** [1] - 1683:6
**occurs** [3] - 1523:21, 1568:11, 1719:4
**odd** [1] - 1658:7
**odds** [1] - 1685:20
**OF** [2] - 1517:1, 1747:8
**OFFICIAL** [1] - 1517:25
**Ohio** [1] - 1519:25
**old** [1] - 1667:12
**older** [3] - 1607:1, 1702:19, 1718:12
**oldest** [1] - 1536:19
**omission** [1] - 1698:12
**omitted** [1] - 1648:18

**once** [10] - 1539:4, 1541:10, 1565:21, 1575:9, 1579:17, 1603:13, 1603:22, 1608:9, 1697:3, 1727:18
**oncologic** [1] - 1624:22
**oncologist** [6] - 1593:18, 1597:6, 1614:19, 1691:4, 1691:14, 1729:24
**oncologists** [2] - 1520:14, 1596:8
**Oncologists** [3] - 1586:11, 1586:18, 1604:2
**oncology** [14] - 1519:22, 1520:3, 1520:8, 1520:13, 1522:11, 1522:15, 1523:2, 1523:13, 1573:18, 1573:21, 1573:25, 1596:3, 1696:11, 1723:19
**Oncology** [9] - 1522:16, 1522:19, 1575:4, 1589:1, 1589:18, 1596:6, 1723:17, 1724:22, 1739:8
**Oncology's** [1] - 1523:4
**one** [177] - 1524:6, 1527:12, 1528:17, 1529:2, 1530:17, 1530:24, 1533:6, 1533:15, 1536:5, 1536:9, 1536:18, 1537:6, 1537:21, 1538:4, 1538:24, 1539:17, 1541:4, 1541:8, 1541:12, 1541:15, 1544:16, 1544:23, 1550:10, 1553:4, 1555:12, 1557:20, 1557:23, 1557:25, 1560:17, 1563:12, 1564:6, 1564:18, 1565:18, 1568:22, 1581:3, 1581:4, 1582:23, 1584:11, 1584:18, 1587:20, 1591:11, 1591:19, 1591:23, 1592:25, 1596:1, 1596:9, 1596:25,

1597:6, 1597:20, 1597:25, 1598:9, 1599:13, 1601:2, 1601:8, 1601:25, 1602:18, 1607:21, 1608:9, 1609:5, 1609:20, 1610:3, 1610:10, 1613:21, 1613:23, 1614:15, 1615:4, 1615:19, 1616:4, 1616:16, 1620:17, 1621:16, 1622:5, 1622:8, 1623:17, 1623:22, 1627:12, 1627:24, 1628:2, 1628:5, 1628:23, 1629:13, 1629:22, 1630:17, 1631:2, 1632:6, 1632:11, 1633:1, 1634:22, 1635:19, 1635:21, 1636:14, 1639:7, 1639:18, 1641:17, 1642:3, 1642:6, 1642:11, 1645:7, 1645:20, 1645:24, 1646:23, 1653:24, 1654:14, 1655:2, 1655:18, 1656:3, 1656:19, 1657:8, 1657:12, 1658:6, 1659:9, 1661:4, 1661:9, 1665:7, 1669:18, 1670:6, 1672:14, 1672:15, 1673:7, 1673:9, 1673:11, 1673:17, 1674:1, 1674:2, 1678:4, 1678:15, 1678:17, 1679:3, 1679:14, 1680:6, 1681:7, 1681:13, 1683:4, 1683:5, 1683:14, 1684:5, 1684:6, 1685:20, 1686:2, 1687:17, 1688:22, 1690:7, 1693:23, 1695:7, 1697:10, 1701:23, 1702:17, 1702:19, 1705:6, 1707:16, 1708:14, 1708:18, 1710:4, 1710:10, 1710:23, 1712:1, 1712:13,

1712:22, 1717:16, 1718:14, 1720:1, 1723:3, 1724:1, 1727:8, 1730:3, 1733:18, 1735:11, 1738:8, 1738:12, 1739:17, 1743:13, 1744:1
**one-half** [1] - 1581:4
**ones** [6] - 1543:9, 1577:19, 1602:19, 1649:12, 1701:13, 1702:19
**ongoing** [1] - 1648:23
**onset** [1] - 1542:23
**open** [4] - 1519:3, 1560:2, 1694:21, 1707:3
**opened** [1] - 1716:11
**opens** [1] - 1560:4
**operate** [2] - 1525:5, 1709:23
**operating** [2] - 1566:4, 1668:20
**opinion** [99] - 1535:8, 1542:4, 1542:21, 1546:4, 1554:4, 1559:4, 1559:5, 1560:14, 1563:13, 1566:9, 1571:14, 1571:25, 1572:3, 1572:4, 1578:18, 1578:20, 1579:11, 1579:14, 1589:15, 1593:22, 1593:24, 1594:5, 1595:9, 1595:14, 1595:15, 1595:17, 1595:19, 1602:16, 1631:3, 1635:1, 1635:20, 1643:16, 1648:2, 1648:9, 1649:9, 1651:1, 1651:13, 1651:24, 1652:21, 1652:25, 1653:5, 1653:9, 1653:14, 1666:22, 1667:22, 1671:7, 1675:1, 1677:2, 1677:10, 1683:3, 1683:8, 1683:18, 1684:11, 1686:4, 1687:2, 1688:7, 1689:3, 1694:25, 1695:4, 1695:15, 1696:2, 1696:14, 1696:16, 1696:18, 1696:20,

1696:21, 1696:23, 1697:3, 1697:12, 1697:23, 1705:2, 1706:2, 1706:6, 1707:2, 1710:22, 1714:2, 1714:22, 1716:18, 1718:14, 1721:11, 1721:19, 1721:20, 1722:8, 1722:21, 1723:12, 1724:18, 1724:23, 1727:21, 1736:7, 1737:5, 1738:9, 1740:11, 1740:12, 1743:18, 1743:19, 1744:23
**opinions** [28] - 1522:25, 1529:16, 1529:22, 1531:14, 1592:14, 1602:20, 1602:24, 1633:13, 1652:7, 1654:21, 1656:8, 1690:25, 1691:7, 1691:21, 1698:3, 1698:17, 1712:2, 1721:9, 1722:12, 1722:16, 1722:19, 1722:21, 1724:12, 1725:20, 1728:5, 1736:8, 1745:6
**opportunity** [11] - 1617:18, 1716:20, 1721:13, 1722:3, 1722:9, 1730:5, 1733:3, 1733:16, 1733:21, 1739:6, 1745:5
**opposed** [1] - 1701:18
**opposition** [2] - 1533:23, 1706:12
**Opposition** [3] - 1704:8, 1709:16, 1711:25
**optimize** [1] - 1562:3
**oral** [2] - 1553:8, 1557:23
**order** [1] - 1521:13
**organ** [1] - 1528:18
**organisms** [1] - 1707:6
**organization** [12] - 1522:15, 1586:21, 1595:24, 1596:7, 1600:3, 1604:3, 1608:20, 1614:9, 1619:13, 1718:13, 1718:25, 1720:19
**organizations** [10] -

1522:9, 1522:14, 1573:21, 1597:9, 1598:1, 1617:17, 1681:4, 1681:9, 1723:2, 1724:7
**organizing** [1] - 1608:21
**organs** [6] - 1528:18, 1564:12, 1662:8, 1666:19, 1666:24, 1713:22
**orient** [7] - 1581:22, 1586:19, 1599:20, 1621:8, 1626:12, 1689:1, 1731:2
**origin** [1] - 1630:11
**original** [3] - 1660:17, 1661:1, 1699:23
**originate** [1] - 1710:20
**otherwise** [3] - 1559:14, 1596:11, 1643:7
**ourselves** [1] - 1599:20
**outcome** [2] - 1678:13, 1686:12
**outcomes** [2] - 1590:12, 1640:19
**outline** [2] - 1589:12, 1590:7
**outlined** [1] - 1587:10
**outlines** [1] - 1703:13
**outside** [5] - 1522:13, 1559:11, 1559:19, 1565:23, 1724:3
**ovarian** [406] - 1521:6, 1522:3, 1523:9, 1523:14, 1523:15, 1523:17, 1523:18, 1523:20, 1523:21, 1524:1, 1524:4, 1525:10, 1525:11, 1525:13, 1526:8, 1527:6, 1527:8, 1527:9, 1527:11, 1527:13, 1527:20, 1527:21, 1527:24, 1527:25, 1528:3, 1528:5, 1528:16, 1528:17, 1528:19, 1528:20, 1529:3, 1529:15, 1529:19, 1530:5, 1530:6, 1530:12, 1530:24, 1531:1, 1531:16, 1532:1, 1534:6, 1534:16,

1534:19, 1534:22,
1535:24, 1537:10,
1537:13, 1537:23,
1539:16, 1539:18,
1539:20, 1539:23,
1540:4, 1540:7,
1540:10, 1540:11,
1540:17, 1541:23,
1542:13, 1542:17,
1542:23, 1543:2,
1543:20, 1544:1,
1545:3, 1545:5,
1546:17, 1546:24,
1547:5, 1547:6,
1547:12, 1547:16,
1547:18, 1547:23,
1548:6, 1548:13,
1548:18, 1549:22,
1550:2, 1550:9,
1551:18, 1551:23,
1552:3, 1552:4, 1552:6,
1552:9, 1552:21,
1553:11, 1553:20,
1553:22, 1553:24,
1554:21, 1554:25,
1555:3, 1555:5, 1555:6,
1555:9, 1555:17,
1556:4, 1556:6,
1556:10, 1557:7,
1557:11, 1558:4,
1558:7, 1558:14,
1566:17, 1567:15,
1567:24, 1569:7,
1569:9, 1569:17,
1569:23, 1570:2,
1570:5, 1570:9,
1570:18, 1571:22,
1571:24, 1572:1,
1573:15, 1574:4,
1574:14, 1574:19,
1575:9, 1575:12,
1575:22, 1575:25,
1576:9, 1576:15,
1576:17, 1576:21,
1576:25, 1577:5,
1577:8, 1577:15,
1577:18, 1577:22,
1578:2, 1578:8,
1578:19, 1579:4,
1580:4, 1580:25,
1581:5, 1581:10,
1581:18, 1581:25,
1582:25, 1583:4,
1583:5, 1583:11,

1583:13, 1583:14,
1583:16, 1584:2,
1584:3, 1584:7,
1584:12, 1584:13,
1585:8, 1585:10,
1585:15, 1585:19,
1585:22, 1587:23,
1588:1, 1588:6,
1588:12, 1588:14,
1588:19, 1589:2,
1589:3, 1589:11,
1589:20, 1590:12,
1590:14, 1591:3,
1591:16, 1591:21,
1591:25, 1592:4,
1592:9, 1592:16,
1592:20, 1592:22,
1593:14, 1593:22,
1594:13, 1595:9,
1597:8, 1597:13,
1597:23, 1598:6,
1598:14, 1599:5,
1599:10, 1599:16,
1599:25, 1600:8,
1600:21, 1601:4,
1601:9, 1601:21,
1602:9, 1604:24,
1605:2, 1605:6,
1605:25, 1606:5,
1606:16, 1606:22,
1607:9, 1608:6,
1608:14, 1608:20,
1608:22, 1609:13,
1609:24, 1610:7,
1610:18, 1612:3,
1612:8, 1612:24,
1613:7, 1614:4,
1614:11, 1616:18,
1616:21, 1617:1,
1617:19, 1618:11,
1618:16, 1618:21,
1619:10, 1620:7,
1620:12, 1621:7,
1623:19, 1624:19,
1627:5, 1627:10,
1627:13, 1627:25,
1629:18, 1630:11,
1630:13, 1631:6,
1631:16, 1631:25,
1632:1, 1632:6,
1632:17, 1633:3,
1633:6, 1633:8,
1633:15, 1633:20,
1633:22, 1634:4,

1634:13, 1634:16,
1635:1, 1635:10,
1635:15, 1637:10,
1638:11, 1638:13,
1638:19, 1639:5,
1639:6, 1639:11,
1639:17, 1640:5,
1640:9, 1640:17,
1641:3, 1641:7,
1641:11, 1641:23,
1642:2, 1642:8,
1642:12, 1643:3,
1643:12, 1643:21,
1644:5, 1644:21,
1644:24, 1645:2,
1645:10, 1647:21,
1648:22, 1650:20,
1650:24, 1651:15,
1651:16, 1651:20,
1652:1, 1652:22,
1653:6, 1653:10,
1653:12, 1655:24,
1656:16, 1656:22,
1657:20, 1657:23,
1658:4, 1658:15,
1659:5, 1659:16,
1660:3, 1660:13,
1661:20, 1667:22,
1671:12, 1673:22,
1676:2, 1676:16,
1677:7, 1678:15,
1679:8, 1679:21,
1680:19, 1681:11,
1681:20, 1682:13,
1682:14, 1682:20,
1682:24, 1683:3,
1683:6, 1683:9,
1683:18, 1684:12,
1684:20, 1684:25,
1685:7, 1686:4,
1686:23, 1687:5,
1688:20, 1689:3,
1689:13, 1689:25,
1690:4, 1691:6,
1691:16, 1697:15,
1700:19, 1701:7,
1701:9, 1702:15,
1702:21, 1703:3,
1704:1, 1704:15,
1705:8, 1705:9,
1705:10, 1705:17,
1708:3, 1708:8,
1709:12, 1710:19,
1711:2, 1711:13,

1711:18, 1712:7,
1713:11, 1714:11,
1715:1, 1715:7,
1715:11, 1715:13,
1716:7, 1718:3, 1718:9,
1719:8, 1719:10,
1719:12, 1719:17,
1719:22, 1720:1,
1720:18, 1721:12,
1725:21, 1727:22,
1731:19, 1732:8,
1734:17, 1735:13,
1736:13, 1738:15,
1738:23, 1739:22,
1740:1, 1740:24,
1743:16, 1744:10,
1744:17, 1744:22

**Ovarian** [5] - 1582:21,
1613:14, 1630:24,
1702:8, 1716:5

**ovaries** [35] - 1525:19,
1525:20, 1535:2,
1559:3, 1564:8,
1564:14, 1574:24,
1647:14, 1648:6,
1651:10, 1661:23,
1664:3, 1665:11,
1665:19, 1666:3,
1666:13, 1666:19,
1666:24, 1667:4,
1667:11, 1668:11,
1670:20, 1671:9,
1671:23, 1672:1,
1672:12, 1672:13,
1676:7, 1706:3,
1706:25, 1713:23,
1714:1, 1735:3, 1737:4,
1744:11

**ovary** [47] - 1526:6,
1527:15, 1527:18,
1528:7, 1528:22,
1528:25, 1530:21,
1532:4, 1535:6,
1543:15, 1543:18,
1546:18, 1546:19,
1549:16, 1549:17,
1549:21, 1550:15,
1552:10, 1552:12,
1552:24, 1554:9,
1554:17, 1554:24,
1559:7, 1560:24,
1562:15, 1563:11,
1563:18, 1564:23,

1570:13, 1672:20,
1673:9, 1674:2, 1674:4,
1674:8, 1674:16,
1693:22, 1693:25,
1695:12, 1696:24,
1696:25, 1697:3,
1704:17, 1714:24,
1738:4, 1738:6, 1738:7
**over-the-counter** [1] -
1576:24
**overall** [7] - 1530:13,
1539:6, 1539:11,
1634:15, 1682:17,
1687:20, 1704:21
**overlap** [1] - 1535:25
**oversight** [4] - 1647:8,
1686:11, 1686:25,
1717:3
**overview** [1] - 1523:23
**overwhelming** [1] -
1542:11
**ovulate** [2] - 1553:16,
1553:18
**ovulates** [1] - 1550:19
**ovulating** [1] - 1551:23
**ovulation** [25] - 1546:24,
1546:25, 1549:2,
1550:7, 1550:8,
1550:13, 1550:16,
1551:5, 1551:7,
1551:25, 1552:1,
1552:4, 1553:4, 1553:5,
1554:7, 1554:19,
1570:5, 1570:16,
1585:25, 1628:6,
1628:10, 1629:24,
1630:5, 1710:9
**ovulatory** [1] - 1551:6
**ovum** [3] - 1551:9,
1551:10, 1551:11
**own** [4] - 1598:16,
1716:21, 1720:20,
1730:4
**oxidative** [4] - 1531:1,
1540:14, 1549:8,
1552:25
**oxycontin** [1] - 1664:19
**oxytocin** [5] - 1664:20,
1664:21, 1664:22,
1664:23, 1665:2

**P**

**p.m** [1] - 1745:12

**p53** [5] - 1580:4,
1580:25, 1581:5,
1581:9, 1582:6
**packs** [1] - 1674:20
**page** [46] - 1572:14,
1576:4, 1578:24,
1584:17, 1586:25,
1587:20, 1590:3,
1598:5, 1606:4,
1609:11, 1609:22,
1610:23, 1611:17,
1613:3, 1620:19,
1621:9, 1625:17,
1627:22, 1647:24,
1650:8, 1656:10,
1678:22, 1691:11,
1692:5, 1704:9,
1704:10, 1709:18,
1710:13, 1710:14,
1711:7, 1711:9,
1712:10, 1712:11,
1713:18, 1717:24,
1717:25, 1718:10,
1718:21, 1719:4,
1720:18, 1726:19,
1730:8, 1731:23,
1739:11, 1740:22,
1742:17
**Page** [1] - 1746:4
**pages** [1] - 1718:15
**pain** [7] - 1600:16,
1607:24, 1608:3,
1608:8, 1608:9, 1608:13
**panel** [2] - 1623:13,
1662:21
**paper** [59] - 1541:15,
1555:25, 1556:1,
1561:4, 1567:8, 1567:9,
1580:8, 1613:24,
1615:19, 1630:18,
1633:19, 1634:22,
1635:3, 1641:25,
1642:17, 1642:19,
1644:9, 1644:11,
1644:14, 1644:20,
1644:22, 1645:1,
1645:4, 1673:8,
1673:10, 1677:24,
1682:16, 1683:2,
1683:4, 1683:8,
1683:11, 1684:5,
1684:6, 1684:19,
1684:21, 1700:25,

1701:21, 1702:5,
1702:24, 1703:2,
1703:6, 1703:8,
1703:12, 1703:24,
1704:6, 1705:3, 1706:5,
1706:11, 1706:13,
1706:17, 1708:25,
1709:19, 1710:24,
1711:4, 1713:15,
1714:18, 1734:2,
1735:19
**papers** [12] - 1523:12,
1560:23, 1613:21,
1616:3, 1641:6,
1649:14, 1676:14,
1681:1, 1707:17,
1707:19, 1736:25,
1740:13
**paradigms** [1] - 1715:12
**Paradigms** [1] - 1716:5
**paragraph** [15] -
1584:18, 1587:3,
1613:5, 1633:17,
1634:21, 1634:22,
1636:13, 1663:10,
1704:11, 1708:5,
1710:15, 1711:11,
1719:5, 1719:24, 1720:7
**paraphrase** [1] - 1650:4
**PARFITT** [1] - 1517:13
**Parmley** [1] - 1582:3
**part** [44] - 1521:6,
1521:8, 1521:23,
1523:11, 1561:10,
1566:10, 1567:5,
1579:17, 1583:2,
1586:14, 1587:15,
1602:24, 1608:24,
1612:17, 1622:13,
1626:20, 1626:23,
1627:1, 1629:3, 1638:6,
1638:8, 1638:24,
1640:18, 1647:8,
1649:10, 1657:16,
1672:6, 1681:3,
1686:11, 1693:16,
1694:8, 1698:6, 1698:9,
1699:22, 1700:1,
1700:10, 1715:3,
1715:24, 1716:15,
1719:1, 1736:4, 1736:9,
1736:22, 1744:3
**participate** [1] - 1522:13

**particle** [18] - 1554:20,
1561:1, 1561:2,
1622:11, 1663:9,
1663:16, 1663:25,
1664:2, 1664:5,
1664:12, 1667:15,
1670:11, 1670:12,
1673:5, 1673:25,
1674:24, 1693:12,
1693:17
**particles** [29] - 1554:16,
1560:18, 1560:19,
1562:20, 1571:3,
1622:17, 1661:22,
1663:3, 1663:19,
1663:20, 1665:3,
1665:7, 1667:7,
1667:10, 1669:14,
1670:19, 1670:23,
1671:16, 1671:19,
1672:12, 1672:13,
1672:16, 1673:5,
1674:15, 1694:19,
1713:21, 1735:2,
1737:3, 1744:9
**particular** [13] - 1523:14,
1538:3, 1564:4, 1583:7,
1586:23, 1598:9,
1674:12, 1699:13,
1706:4, 1707:17,
1708:25, 1710:24,
1724:8
**particularly** [2] - 1530:7,
1685:9
**particulate** [1] - 1666:17
**particulates** [4] -
1534:25, 1535:6,
1704:18, 1713:25
**parts** [3] - 1554:14,
1637:19, 1655:1
**passed** [1] - 1548:21
**passive** [1] - 1562:8
**past** [6] - 1523:7,
1586:25, 1589:24,
1590:1, 1723:16, 1739:7
**paste** [1] - 1636:12
**pathogenesis** [1] -
1543:25
**pathologies** [1] -
1662:12
**pathology** [5] - 1562:16,
1564:4, 1672:15,
1673:4, 1713:20

**Pathway** [2] - 1587:9, 1589:17

**pathway** [2] - 1676:6, 1707:7

**Pathways** [5] - 1586:16, 1586:23, 1588:9, 1589:7, 1739:4

**patient** [25] - 1526:19, 1526:22, 1532:14, 1538:9, 1549:10, 1550:19, 1551:3, 1552:15, 1557:18, 1566:20, 1574:3, 1574:6, 1574:13, 1574:23, 1575:2, 1575:8, 1576:21, 1597:21, 1608:9, 1654:3, 1673:19, 1674:19, 1694:9, 1723:18

**patient's** [2] - 1574:20, 1604:22

**patients** [44] - 1520:22, 1524:5, 1524:14, 1524:18, 1524:23, 1524:24, 1525:5, 1525:18, 1525:21, 1526:1, 1526:23, 1527:4, 1527:6, 1528:3, 1536:25, 1538:22, 1539:9, 1541:9, 1541:11, 1547:14, 1549:19, 1549:20, 1552:10, 1552:19, 1553:14, 1566:16, 1575:5, 1575:11, 1575:16, 1575:25, 1576:14, 1576:16, 1576:22, 1582:24, 1601:3, 1603:18, 1646:5, 1672:2, 1672:4, 1672:20, 1674:6, 1674:21, 1701:21

**Pause** [2] - 1656:5, 1713:9

**pause** [3] - 1580:21, 1629:14, 1656:19

**PDQ** [10] - 1702:9, 1702:24, 1705:4, 1740:4, 1740:15, 1740:17, 1740:22, 1741:4, 1741:17, 1742:12

**Pearson** [56] - 1519:9, 1519:17, 1531:10, 1533:25, 1542:3, 1547:8, 1557:9, 1558:2, 1558:16, 1563:9, 1567:2, 1573:8, 1574:3, 1574:10, 1574:17, 1577:17, 1578:5, 1578:16, 1579:21, 1580:12, 1580:14, 1582:10, 1586:10, 1586:19, 1591:10, 1592:8, 1595:13, 1595:23, 1597:21, 1604:17, 1611:2, 1615:9, 1626:10, 1627:12, 1663:12, 1675:16, 1684:1, 1690:23, 1693:9, 1695:25, 1697:19, 1699:1, 1702:7, 1705:6, 1708:21, 1710:23, 1711:3, 1713:19, 1715:22, 1717:1, 1718:19, 1721:8, 1724:9, 1730:22, 1743:4, 1746:7

**PEARSON** [4] - 1519:11, 1573:4, 1626:6, 1693:4

**peer** [11] - 1523:11, 1642:17, 1648:3, 1680:23, 1684:14, 1689:16, 1728:9, 1729:2, 1729:16, 1733:25, 1743:12

**peer-reviewed** [9] - 1523:11, 1642:17, 1648:3, 1680:23, 1684:14, 1689:16, 1728:9, 1733:25, 1743:12

**pelvic** [20] - 1549:15, 1552:13, 1552:19, 1555:14, 1558:22, 1560:20, 1564:9, 1564:12, 1568:1, 1569:14, 1586:1, 1603:20, 1632:7, 1632:11, 1632:18, 1632:21, 1633:9, 1669:12, 1697:10

**Pelvic** [1] - 1630:22

**pelvis** [6] - 1549:15,

1566:2, 1603:20, 1663:5, 1663:21, 1744:10

**Penninkilampi** [28] - 1538:11, 1538:23, 1539:2, 1540:8, 1540:20, 1541:14, 1541:21, 1611:22, 1635:23, 1636:2, 1636:6, 1636:15, 1636:25, 1639:1, 1640:14, 1641:2, 1641:22, 1644:11, 1646:25, 1679:25, 1700:9, 1711:4, 1713:4, 1735:10, 1735:19, 1736:23

**people** [21] - 1599:7, 1599:14, 1606:15, 1635:5, 1654:15, 1655:16, 1655:19, 1663:15, 1667:6, 1668:1, 1668:8, 1669:24, 1670:3, 1670:10, 1670:13, 1670:14, 1672:6, 1672:8, 1672:23, 1694:7, 1698:5

**percent** [44] - 1524:5, 1525:2, 1525:5, 1525:20, 1526:5, 1527:5, 1530:15, 1534:7, 1534:20, 1537:14, 1537:19, 1537:24, 1538:16, 1538:21, 1539:7, 1539:12, 1539:19, 1539:22, 1539:25, 1542:14, 1548:13, 1548:15, 1548:23, 1553:10, 1585:10, 1614:4, 1614:17, 1616:17, 1651:23, 1651:24, 1652:13, 1652:14, 1652:20, 1652:21, 1683:6, 1685:25, 1686:1, 1701:9, 1702:22, 1712:6, 1719:12, 1719:21, 1720:1

**percentage** [1] - 1539:20

**perceptive** [1] - 1558:15

**perhaps** [1] - 1710:4

**perineal** [49] - 1540:4, 1555:16, 1565:3, 1575:21, 1576:8, 1603:19, 1610:7, 1610:11, 1610:17, 1612:7, 1612:23, 1613:7, 1616:20, 1617:1, 1617:19, 1619:10, 1620:6, 1627:5, 1637:9, 1641:10, 1643:21, 1644:3, 1645:10, 1656:12, 1658:4, 1659:16, 1660:3, 1661:18, 1662:25, 1663:6, 1666:2, 1666:23, 1678:14, 1679:22, 1679:24, 1681:19, 1682:23, 1689:12, 1689:24, 1708:2, 1708:8, 1711:12, 1711:16, 1712:8, 1713:24, 1714:10, 1719:20, 1732:7, 1740:24

**perineally** [1] - 1653:15

**perineum** [10] - 1530:13, 1530:16, 1530:19, 1543:14, 1558:12, 1559:2, 1559:10, 1664:3, 1666:9, 1666:18

**period** [8] - 1542:25, 1544:4, 1544:18, 1549:11, 1550:17, 1561:19, 1562:10, 1562:13

**peristaltic** [4] - 1561:4, 1561:21, 1561:24, 1562:12

**peritoneal** [7] - 1529:7, 1601:10, 1609:14, 1609:25, 1706:24, 1707:9, 1714:1

**Peritoneal** [1] - 1702:9

**peritoneum** [3] - 1529:5, 1530:21, 1552:25

**permission** [7] - 1574:8, 1576:1, 1577:9, 1578:22, 1627:19, 1678:20, 1691:9

**permitted** [1] - 1623:5

**person** [5] - 1654:9, 1663:6, 1667:15,

1780

1671:20, 1674:19
**personal** [2] - 1606:1, 1617:9
**Personal** [1] - 1518:6
**personally** [1] - 1612:17
**perspectives** [1] - 1718:3
**pertaining** [1] - 1699:9
**petition** [6] - 1617:24, 1618:5, 1618:10, 1618:20, 1619:13, 1619:19
**petitions** [3] - 1619:1, 1619:2, 1619:4
**physician** [6] - 1521:7, 1522:8, 1547:9, 1560:12, 1583:10, 1583:23
**physicians** [4] - 1524:24, 1583:14, 1609:6, 1701:24
**pick** [1] - 1636:15
**picked** [2] - 1615:7, 1713:1
**picking** [2] - 1536:15, 1690:21
**picture** [1] - 1744:25
**PID** [5] - 1632:18, 1633:8, 1633:14, 1633:19, 1633:22
**piece** [1] - 1590:20
**pieces** [1] - 1620:17
**pills** [4] - 1546:23, 1551:25, 1553:8, 1553:10
**pimple** [1] - 1551:13
**Pinheiro** [1] - 1720:5
**pink** [6] - 1636:10, 1637:3, 1640:25, 1642:22, 1707:22, 1707:24
**place** [2] - 1536:3, 1707:10
**placed** [8] - 1536:9, 1664:5, 1668:22, 1669:1, 1669:7, 1669:14, 1669:21, 1737:12
**placement** [1] - 1737:4
**places** [1] - 1597:7
**plaintiff** [1] - 1583:23
**plaintiffs** [5] - 1618:8, 1727:10, 1728:1,

1732:23, 1738:17
**Plaintiffs** [2] - 1517:13, 1519:12
**plaintiffs'** [12] - 1578:18, 1592:25, 1594:21, 1626:16, 1722:15, 1723:8, 1727:5, 1727:21, 1728:19, 1728:22, 1730:15, 1731:24
**platy** [2] - 1531:7, 1571:1
**plausibility** [9] - 1543:13, 1545:11, 1647:12, 1647:13, 1647:17, 1648:5, 1676:23, 1733:24, 1734:14
**plausible** [15] - 1530:22, 1562:25, 1563:21, 1563:25, 1564:19, 1571:21, 1666:14, 1694:17, 1695:8, 1696:24, 1697:14, 1714:23, 1714:25, 1735:2, 1738:5
**play** [3] - 1631:15, 1632:5, 1717:4
**played** [1] - 1591:9
**plays** [2] - 1632:16, 1733:12
**pleural** [6] - 1526:7, 1566:13, 1566:17, 1654:3, 1655:6, 1655:14
**pleurodesis** [11] - 1566:11, 1653:24, 1654:2, 1654:16, 1654:20, 1654:24, 1655:6, 1655:10, 1655:12, 1655:15, 1655:19
**plot** [9] - 1532:20, 1532:25, 1533:1, 1533:3, 1533:5, 1535:23, 1536:17, 1690:8, 1690:15
**plots** [1] - 1699:22
**plus** [2] - 1535:10, 1682:12
**pneumothorax** [1] - 1655:18
**point** [23] - 1523:19, 1530:17, 1531:11, 1545:18, 1579:7, 1599:17, 1601:25,

1626:25, 1666:10, 1669:3, 1671:22, 1672:19, 1674:13, 1690:21, 1701:25, 1719:1, 1720:21, 1720:23, 1721:14, 1724:10, 1724:16, 1731:15, 1744:6
**pointed** [2] - 1738:20, 1740:14
**points** [3] - 1529:25, 1562:2, 1636:16
**policy** [1] - 1696:17
**polycystic** [1] - 1552:9
**polymorphisms** [1] - 1544:23
**pooled** [7] - 1531:22, 1535:20, 1613:13, 1645:24, 1646:22, 1678:10, 1703:1
**poop** [1] - 1560:1
**poor** [1] - 1536:15
**poorly** [5] - 1585:9, 1586:8, 1679:3, 1679:4, 1701:8
**POPKIN** [1] - 1517:19
**population** [1] - 1704:3
**Population** [1] - 1731:8
**portion** [4] - 1710:19, 1714:6, 1714:12, 1726:7
**portions** [2] - 1713:16, 1713:17
**posed** [2] - 1583:7, 1583:8
**position** [6] - 1594:16, 1669:11, 1671:3, 1671:4, 1674:14, 1718:7
**positioned** [1] - 1664:12
**positions** [3] - 1586:20, 1668:21, 1670:22
**positive** [3] - 1623:4, 1640:6, 1681:21
**possibility** [1] - 1661:11
**possible** [18] - 1563:19, 1563:20, 1577:7, 1601:15, 1601:20, 1631:9, 1647:13, 1648:5, 1661:20, 1675:10, 1701:22, 1719:7, 1733:5, 1735:2, 1735:7, 1735:8, 1735:12, 1744:21
**possibly** [3] - 1532:19,

1614:2, 1732:14
**postgraduates** [1] - 1596:17
**potential** [21] - 1578:7, 1578:12, 1581:24, 1597:8, 1600:16, 1601:3, 1604:22, 1604:23, 1605:11, 1605:18, 1606:5, 1606:16, 1607:23, 1609:21, 1630:5, 1631:5, 1640:10, 1661:22, 1675:23, 1707:12, 1736:1
**potentially** [1] - 1739:17
**POWDER** [1] - 1517:4
**powder** [170] - 1521:6, 1522:3, 1522:6, 1528:9, 1529:17, 1530:3, 1530:12, 1530:16, 1530:18, 1530:23, 1531:3, 1531:16, 1532:1, 1532:3, 1532:8, 1534:5, 1534:18, 1534:22, 1535:2, 1537:14, 1538:19, 1538:22, 1539:10, 1539:16, 1540:7, 1540:9, 1540:14, 1542:12, 1542:22, 1543:1, 1543:14, 1543:17, 1543:20, 1544:10, 1546:20, 1547:6, 1547:25, 1549:4, 1552:22, 1553:21, 1553:24, 1554:5, 1554:11, 1554:18, 1555:2, 1555:20, 1555:22, 1556:13, 1556:18, 1556:24, 1558:3, 1558:6, 1558:11, 1558:13, 1559:2, 1560:15, 1560:19, 1560:22, 1562:7, 1562:15, 1562:23, 1563:2, 1563:11, 1564:23, 1565:12, 1565:16, 1565:20, 1565:22, 1566:1, 1566:12, 1570:18, 1570:23, 1570:24, 1571:14, 1571:16,

1571:21, 1572:1, 1574:4, 1574:14, 1574:20, 1574:25, 1575:5, 1575:21, 1576:15, 1577:5, 1577:7, 1577:14, 1577:22, 1578:1, 1578:7, 1578:19, 1579:4, 1592:4, 1593:14, 1593:22, 1594:13, 1595:9, 1599:5, 1599:9, 1599:16, 1600:7, 1600:19, 1600:21, 1601:21, 1602:9, 1606:6, 1607:8, 1607:12, 1607:25, 1608:13, 1612:3, 1618:11, 1618:16, 1618:20, 1620:14, 1621:2, 1621:6, 1621:12, 1621:18, 1627:16, 1640:17, 1644:20, 1644:23, 1645:2, 1649:16, 1649:19, 1649:23, 1650:2, 1650:11, 1650:19, 1650:23, 1651:2, 1651:7, 1651:9, 1651:14, 1651:19, 1651:24, 1652:2, 1652:8, 1652:17, 1658:15, 1673:17, 1676:3, 1676:19, 1677:6, 1691:5, 1691:16, 1694:20, 1702:15, 1702:21, 1704:15, 1704:20, 1704:21, 1704:23, 1705:17, 1706:2, 1707:14, 1714:23, 1716:1, 1716:6, 1716:9, 1716:10, 1717:6, 1719:20, 1721:11, 1732:8, 1739:20, 1743:16
**Powder** [5] - 1529:18, 1530:3, 1531:5, 1630:22, 1652:3
**powdering** [1] - 1677:6
**powders** [2] - 1565:3, 1571:4
**power** [2] - 1646:6,

1709:8
**powerful** [1] - 1646:1
**PowerPoint** [20] - 1535:17, 1601:9, 1601:13, 1602:1, 1730:17, 1731:4, 1731:6, 1731:15, 1731:21, 1731:22, 1731:24, 1732:24, 1733:17, 1734:3, 1734:10, 1734:21, 1742:14, 1743:23, 1743:24
**practice** [8] - 1520:17, 1523:1, 1524:12, 1525:4, 1574:2, 1574:18, 1574:22, 1655:12
**practiced** [3] - 1558:17, 1560:13, 1573:25
**PRACTICES** [1] - 1517:5
**practicing** [2] - 1593:18, 1597:6
**precautionary** [5] - 1726:1, 1726:6, 1726:15, 1726:21, 1726:24
**preceded** [2] - 1656:18, 1663:1
**precursor** [2] - 1584:19, 1584:23
**precursors** [1] - 1649:6
**predisposed** [1] - 1540:11
**predominantly** [1] - 1569:12
**pregnancy** [6] - 1552:1, 1553:5, 1553:16, 1553:17, 1561:23, 1562:4
**pregnant** [1] - 1551:4
**premalignant** [1] - 1570:19
**premier** [2] - 1596:1, 1596:7
**prepared** [1] - 1636:3
**preparing** [2] - 1579:13, 1730:2
**presence** [6] - 1554:10, 1562:15, 1571:13, 1585:8, 1701:7, 1744:11
**present** [2] - 1554:18, 1631:23

**presentation** [14] - 1577:4, 1577:14, 1601:9, 1601:18, 1626:17, 1640:23, 1675:3, 1699:23, 1734:11, 1743:21, 1743:22, 1743:24, 1744:3, 1744:7
**presentations** [1] - 1577:2
**presented** [8] - 1619:8, 1620:5, 1629:3, 1682:21, 1705:20, 1736:5, 1736:9, 1745:4
**president** [10] - 1522:18, 1523:7, 1586:21, 1586:25, 1587:5, 1589:25, 1590:1, 1604:7, 1723:16, 1739:8
**President** [3] - 1523:5, 1599:23, 1600:23
**press** [1] - 1694:12
**pressed** [1] - 1708:4
**pressure** [1] - 1526:2
**prestigious** [2] - 1582:18, 1585:6
**pretty** [2] - 1566:8, 1702:13
**prevent** [5] - 1553:11, 1566:24, 1583:4, 1588:1, 1589:11
**prevention** [3] - 1589:1, 1609:14, 1741:4
**Prevention** [5] - 1556:23, 1588:4, 1606:14, 1606:20, 1702:9
**preventive** [3] - 1553:14, 1588:2, 1726:3
**previous** [2] - 1633:21, 1697:7
**previously** [4] - 1543:24, 1553:19, 1638:4, 1682:20
**primary** [7] - 1522:14, 1529:7, 1565:3, 1609:13, 1609:25, 1624:24, 1677:2
**Primary** [1] - 1702:8
**printout** [2] - 1609:12, 1715:6
**private** [2] - 1520:17, 1524:12
**privy** [1] - 1741:18

**Prizment** [1] - 1720:5
**proactive** [1] - 1722:20
**probable** [1] - 1563:20
**problem** [2] - 1551:16, 1556:19
**problems** [2] - 1622:25, 1659:8
**procedure** [1] - 1654:2
**procedures** [1] - 1653:24
**proceed** [1] - 1724:4
**Proceedings** [1] - 1746:4
**process** [23] - 1531:13, 1551:19, 1552:5, 1554:20, 1567:7, 1568:4, 1568:5, 1568:8, 1569:5, 1569:6, 1570:6, 1570:9, 1612:17, 1613:1, 1618:5, 1618:13, 1619:15, 1712:19, 1721:25, 1722:1, 1728:11, 1740:18, 1741:21
**proclamation** [1] - 1620:9
**produce** [1] - 1674:16
**produced** [2] - 1570:8, 1731:24
**produces** [3] - 1609:6, 1635:20, 1674:8
**producing** [1] - 1568:25
**product** [16] - 1531:9, 1563:7, 1568:22, 1571:16, 1576:24, 1594:25, 1649:16, 1650:2, 1650:11, 1651:23, 1651:25, 1652:13, 1652:20, 1652:22, 1652:23, 1653:3
**production** [1] - 1553:1
**productive** [1] - 1521:3
**Products** [1] - 1518:6
**products** [14] - 1529:17, 1549:4, 1568:21, 1568:25, 1574:20, 1618:11, 1618:20, 1652:8, 1652:11, 1653:1, 1653:4, 1653:8, 1653:11, 1662:24
**PRODUCTS** [1] - 1517:4
**professional** [9] - 1519:20, 1519:21, 1522:9, 1522:12,

1573:11, 1596:3, 1597:9, 1609:15, 1681:4
**professionals** [1] - 1612:21
**professor** [1] - 1520:6
**Professor** [2] - 1520:10, 1520:11
**Program** [1] - 1620:20
**program** [2] - 1521:24, 1526:20
**programmed** [2] - 1568:14, 1568:17
**Progress** [7] - 1586:16, 1586:24, 1587:9, 1588:9, 1589:7, 1589:17, 1739:4
**progress** [2] - 1587:16, 1589:13
**progression** [1] - 1568:9
**prominent** [2] - 1567:10, 1567:11
**promote** [2] - 1520:25, 1634:12
**promoted** [1] - 1520:10
**promoting** [2] - 1604:10, 1710:18
**promotion** [1] - 1569:3
**prone** [3] - 1643:24, 1668:19, 1711:15
**proper** [3] - 1718:7, 1718:9, 1740:8
**properly** [2] - 1687:10, 1718:16
**properties** [1] - 1707:13
**prophylactic** [1] - 1574:23
**proposal** [2] - 1689:17, 1714:7
**proposed** [5] - 1631:9, 1637:4, 1637:23, 1638:5, 1712:20
**Proposed** [2] - 1586:17, 1589:17
**proposition** [4] - 1613:25, 1615:16, 1639:1, 1667:3
**propositions** [1] - 1642:11
**PROSKAUER** [1] - 1517:18
**prospective** [8] - 1600:10, 1616:15, 1657:16, 1658:2,

1658:18, 1658:24, 1659:23, 1660:22
**Prospective** [1] - 1657:9
**prostaglandins** [3] - 1540:16, 1570:8, 1570:15
**protect** [1] - 1604:18
**protecting** [1] - 1546:18
**protection** [1] - 1639:22
**protective** [6] - 1546:22, 1553:3, 1553:6, 1553:7, 1588:18, 1639:22
**protein** [1] - 1719:6
**protocol** [1] - 1622:10
**proven** [1] - 1702:1
**proves** [1] - 1684:14
**provide** [8] - 1520:21, 1571:20, 1679:5, 1709:10, 1732:6, 1732:23, 1736:18, 1736:20
**provided** [5] - 1522:1, 1727:10, 1731:11, 1734:10, 1740:25
**provider's** [1] - 1604:23
**providers** [1] - 1520:24
**provides** [4] - 1601:5, 1704:20, 1710:20, 1740:17
**providing** [1] - 1601:3
**PSC** [1] - 1716:25
**public** [3] - 1681:4, 1681:9, 1728:16
**publically** [1] - 1681:1
**publically-available** [1] - 1681:1
**publication** [33] - 1555:4, 1557:10, 1569:21, 1580:3, 1586:14, 1586:23, 1587:4, 1587:15, 1587:25, 1588:22, 1588:25, 1589:23, 1590:2, 1597:14, 1598:24, 1599:17, 1609:17, 1619:18, 1620:10, 1656:17, 1656:21, 1689:16, 1700:17, 1702:8, 1704:9, 1705:19, 1710:14, 1711:7, 1711:9, 1712:10, 1712:16, 1733:25

**publications** [8] - 1523:11, 1555:1, 1567:12, 1580:1, 1598:17, 1599:1, 1738:14, 1738:22
**publicly** [1] - 1680:23
**publish** [1] - 1617:13
**published** [33] - 1523:8, 1523:10, 1573:17, 1577:17, 1599:12, 1606:8, 1611:20, 1617:21, 1639:14, 1653:13, 1657:1, 1662:18, 1665:25, 1668:5, 1680:22, 1681:1, 1684:14, 1689:16, 1700:3, 1700:6, 1700:8, 1700:13, 1702:5, 1715:22, 1715:24, 1717:19, 1724:16, 1725:4, 1728:10, 1728:12, 1740:15, 1741:8, 1741:22
**publishes** [1] - 1521:21
**pull** [1] - 1533:22
**pulling** [2] - 1561:17, 1562:14
**pulls** [1] - 1562:8
**pump** [9] - 1561:4, 1561:16, 1561:17, 1561:21, 1561:24, 1561:25, 1562:4, 1562:6, 1562:12
**pumping** [2] - 1561:9, 1561:13
**pumps** [3] - 1561:9, 1561:14, 1562:7
**purchasing** [1] - 1576:24
**pure** [1] - 1652:17
**purely** [3] - 1678:6, 1726:14, 1726:23
**purporting** [1] - 1684:23
**purpose** [5] - 1589:6, 1654:5, 1664:23, 1684:19, 1684:21
**purposely** [1] - 1653:22
**purposes** [2] - 1707:12, 1713:5
**PURSUANT** [1] - 1747:6
**pursuant** [1] - 1734:22
**push** [1] - 1561:7
**put** [41] - 1548:9,

1559:10, 1560:18, 1560:19, 1560:21, 1561:18, 1566:22, 1566:23, 1575:11, 1579:16, 1605:14, 1607:17, 1609:17, 1621:8, 1629:19, 1636:15, 1636:17, 1637:3, 1637:20, 1640:7, 1640:23, 1642:10, 1648:4, 1648:20, 1649:4, 1668:4, 1688:6, 1689:2, 1704:6, 1709:17, 1710:2, 1710:6, 1710:12, 1711:23, 1712:15, 1715:4, 1715:15, 1717:3, 1721:3, 1721:5, 1724:6
**putative** [1] - 1583:23
**puts** [1] - 1599:15
**putting** [4] - 1562:1, 1603:19, 1663:3, 1716:8

---

## Q

**quality** [1] - 1695:7
**quantify** [1] - 1674:7
**quartiles** [1] - 1703:14
**QUESTION** [10] - 1574:13, 1576:6, 1577:13, 1579:8, 1579:16, 1627:24, 1650:10, 1678:24, 1691:14, 1726:22
**questionable** [3] - 1647:15, 1647:22, 1648:7
**questioning** [7] - 1693:10, 1696:8, 1706:7, 1721:6, 1722:13, 1722:14
**questionnaire** [1] - 1575:14
**questions** [28] - 1564:7, 1564:17, 1579:24, 1591:8, 1601:11, 1657:7, 1690:14, 1691:25, 1693:7, 1696:10, 1696:12, 1697:21, 1698:9, 1699:12, 1699:14, 1700:19, 1702:10, 1703:10, 1705:24,

1705:25, 1707:16, 1726:8, 1726:20, 1734:25, 1735:4, 1738:20, 1742:3, 1742:25
**quibble** [1] - 1583:17
**quick** [3] - 1667:1, 1717:12, 1726:18
**quickly** [7] - 1526:18, 1527:18, 1553:3, 1555:10, 1611:8, 1712:23, 1737:4
**quite** [10] - 1559:8, 1559:21, 1566:10, 1605:11, 1619:15, 1624:21, 1643:9, 1661:10, 1671:17, 1711:4
**quote** [5] - 1684:18, 1687:16, 1689:21, 1689:25, 1714:16

**R**

**radio** [1] - 1737:12
**radioactive** [11] - 1560:18, 1561:2, 1663:3, 1668:2, 1668:9, 1668:22, 1668:25, 1669:7, 1706:14, 1706:16, 1738:10
**raise** [3] - 1656:24, 1676:22, 1708:6
**raised** [2] - 1687:23, 1742:15
**raising** [2] - 1575:8, 1657:3
**randomized** [2] - 1546:10, 1546:16
**rare** [2] - 1524:2, 1525:12
**rarely** [1] - 1574:6
**rarity** [1] - 1600:15
**rather** [5] - 1536:8, 1536:14, 1581:11, 1688:11, 1718:16
**rationale** [1] - 1656:12
**ratios** [1] - 1685:20
**RE** [1] - 1517:4
**reaccumulating** [1] - 1566:24
**reach** [10] - 1531:13, 1542:4, 1590:24, 1651:10, 1687:11, 1696:24, 1696:25,

1714:23, 1724:12, 1724:23
**reached** [6] - 1684:24, 1690:16, 1691:5, 1691:15, 1691:21, 1706:18
**reaches** [4] - 1674:4, 1674:8, 1685:21, 1697:3
**reaching** [7] - 1559:5, 1590:23, 1697:22, 1698:3, 1698:17, 1712:2, 1721:9
**react** [1] - 1568:3
**reaction** [1] - 1543:17
**reactions** [1] - 1653:22
**reactive** [1] - 1719:6
**read** [26] - 1557:23, 1562:9, 1563:12, 1574:8, 1576:1, 1577:9, 1578:22, 1611:12, 1616:23, 1624:1, 1627:19, 1634:23, 1639:3, 1657:6, 1678:20, 1680:25, 1691:9, 1698:2, 1711:11, 1720:20, 1726:25, 1727:2, 1734:12, 1739:12, 1743:7, 1744:14
**reader** [1] - 1740:17
**reading** [4] - 1607:19, 1643:19, 1675:19, 1711:20
**Reading** [5] - 1644:2, 1662:4, 1662:22, 1741:19, 1742:2
**real** [3] - 1663:12, 1667:12, 1678:13
**reality** [1] - 1587:8
**really** [15] - 1523:19, 1528:8, 1528:21, 1529:7, 1530:10, 1536:15, 1538:6, 1545:2, 1568:19, 1580:6, 1611:3, 1637:1, 1669:6, 1716:2
**reason** [8] - 1559:4, 1592:7, 1613:23, 1614:7, 1620:24, 1663:2, 1701:17, 1710:1
**reasonable** [2] - 1572:4, 1626:25
**reasonably** [1] - 1634:13

**reasons** [8] - 1520:20, 1549:7, 1613:23, 1626:19, 1637:21, 1694:1, 1694:2, 1710:23
**REATH** [1] - 1517:15
**received** [4] - 1519:23, 1617:23, 1619:1, 1734:11
**receives** [1] - 1538:9
**recent** [22] - 1533:15, 1533:19, 1537:3, 1537:5, 1538:24, 1553:25, 1555:25, 1602:13, 1639:12, 1642:3, 1642:6, 1646:3, 1686:9, 1690:19, 1690:21, 1705:19, 1708:23, 1709:6, 1715:14, 1727:16, 1735:11, 1736:23
**recently** [6] - 1603:13, 1603:23, 1606:21, 1607:22, 1715:24, 1741:8
**recently-published** [1] - 1741:8
**recess** [3] - 1572:13, 1625:16, 1692:4
**recitation** [1] - 1701:10
**recognize** [2] - 1555:2, 1597:12
**recognized** [5] - 1558:12, 1708:11, 1716:1, 1739:25, 1740:2
**recognizes** [1] - 1560:7
**recognizing** [1] - 1569:2
**recommend** [1] - 1600:17
**recommendations** [2] - 1726:14, 1726:23
**recommended** [6] - 1557:8, 1574:18, 1574:23, 1603:4, 1603:7, 1603:13
**recommending** [1] - 1603:23
**recommends** [1] - 1607:11
**record** [4] - 1630:20, 1711:8, 1717:5, 1721:3
**recross** [1] - 1745:5
**RECROSS** [1] - 1725:16
**Recross** [1] - 1746:6

**RECROSS-EXAMINATION** [1] - 1725:16
**rectal** [1] - 1560:1
**rectum** [1] - 1559:22
**recur** [1] - 1526:24
**redirect** [2] - 1718:9, 1740:13
**REDIRECT** [2] - 1695:23, 1743:2
**Redirect** [1] - 1746:6
**reduce** [10] - 1553:5, 1553:18, 1553:20, 1558:13, 1634:6, 1634:15, 1634:20, 1639:10, 1639:17, 1640:4
**reduced** [2] - 1552:3, 1553:4
**reduces** [4] - 1546:17, 1546:23, 1552:4, 1553:9
**reduction** [1] - 1720:4
**reference** [17] - 1555:18, 1585:14, 1585:21, 1585:24, 1585:25, 1611:8, 1611:21, 1615:4, 1615:14, 1619:17, 1698:23, 1699:3, 1700:17, 1711:22, 1736:8, 1737:18
**referenced** [2] - 1638:15, 1736:16
**references** [31] - 1543:11, 1554:3, 1555:19, 1577:7, 1610:20, 1611:6, 1611:9, 1612:2, 1612:10, 1615:3, 1615:6, 1615:8, 1617:7, 1617:10, 1619:17, 1624:5, 1629:1, 1638:23, 1639:7, 1639:9, 1641:16, 1641:17, 1699:5, 1699:17, 1702:13, 1702:14, 1705:12, 1736:10, 1736:14, 1736:18, 1736:20
**referencing** [1] - 1579:23
**referred** [4] - 1590:6, 1630:4, 1630:6, 1702:10
**referring** [1] - 1547:19

**reflected** [1] - 1742:15
**reflective** [1] - 1622:10
**refresh** [1] - 1654:22
**regard** [13] - 1525:10, 1528:8, 1534:11, 1546:9, 1547:4, 1644:4, 1693:14, 1696:21, 1698:11, 1700:4, 1711:17, 1723:18, 1723:24
**regarding** [24] - 1529:16, 1535:8, 1542:21, 1564:3, 1580:3, 1580:25, 1597:7, 1597:23, 1599:15, 1600:16, 1609:13, 1618:21, 1648:21, 1655:24, 1666:22, 1684:25, 1699:8, 1699:12, 1709:11, 1713:10, 1714:2, 1715:11, 1737:12, 1738:23
**regardless** [1] - 1591:3
**regime** [1] - 1733:6
**regimen** [1] - 1529:13
**regimens** [2] - 1527:3, 1529:10
**region** [1] - 1666:2
**regions** [1] - 1534:3
**regular** [2] - 1634:14, 1720:2
**regularly** [2] - 1521:7, 1741:3
**regulatory** [3] - 1725:1, 1725:3, 1733:6
**reinitiate** [1] - 1527:1
**reject** [2] - 1735:19, 1736:22
**relate** [1] - 1632:7
**related** [7] - 1607:18, 1612:2, 1633:3, 1638:20, 1677:3, 1702:15, 1714:18
**relates** [8] - 1620:19, 1627:3, 1636:24, 1655:10, 1661:16, 1674:23, 1715:21, 1734:13
**relating** [1] - 1700:18
**Relation** [1] - 1630:23
**relation** [3] - 1637:24, 1696:1, 1706:5

**relationship** [21] - 1529:17, 1541:22, 1577:4, 1577:14, 1581:16, 1681:18, 1682:1, 1682:8, 1682:19, 1682:23, 1683:12, 1685:2, 1686:16, 1686:22, 1688:3, 1704:21, 1705:16, 1708:1, 1708:7, 1719:16, 1727:13
**relative** [27] - 1532:25, 1533:5, 1533:7, 1533:10, 1533:11, 1535:22, 1536:23, 1537:12, 1537:17, 1537:20, 1538:16, 1539:18, 1614:15, 1614:16, 1623:6, 1644:18, 1645:5, 1657:25, 1658:16, 1659:7, 1660:5, 1679:18, 1685:19, 1685:24, 1688:11, 1690:12, 1739:22
**relatively** [2] - 1524:2, 1555:25
**released** [1] - 1599:24
**relevance** [1] - 1623:14
**reliance** [11] - 1630:18, 1677:23, 1698:7, 1698:21, 1699:2, 1712:14, 1715:18, 1715:25, 1716:17, 1717:2, 1720:11
**relied** [4] - 1555:19, 1706:1, 1712:13, 1716:16
**rely** [14] - 1533:17, 1565:7, 1613:19, 1622:24, 1623:14, 1637:13, 1642:4, 1645:8, 1645:21, 1681:3, 1708:22, 1720:15, 1728:4, 1738:8
**relying** [1] - 1565:8, 1624:25, 1649:9
**remains** [10] - 1637:21, 1640:12, 1645:14, 1647:14, 1647:21, 1648:7, 1735:14, 1735:20, 1736:18,

1736:24
**remember** [21] - 1608:17, 1616:6, 1628:12, 1629:4, 1632:13, 1635:23, 1636:7, 1639:14, 1661:7, 1661:8, 1661:12, 1668:15, 1702:12, 1718:25, 1735:15, 1735:16, 1737:8, 1738:15, 1738:22, 1739:3
**remind** [2] - 1542:5, 1640:1
**reminded** [1] - 1588:21
**reminds** [1] - 1742:17
**remission** [2] - 1526:22, 1526:24
**remove** [2] - 1526:9, 1574:24
**removing** [1] - 1526:12
**rendered** [1] - 1724:17
**reorient** [1] - 1738:18
**repair** [2] - 1552:5, 1581:11
**repeat** [1] - 1545:15
**rephrase** [2] - 1650:6, 1734:6
**replaced** [1] - 1741:10
**report** [55] - 1587:6, 1587:9, 1590:6, 1613:24, 1614:3, 1615:6, 1615:16, 1615:20, 1620:20, 1620:23, 1620:25, 1621:10, 1622:24, 1630:5, 1632:3, 1637:14, 1646:2, 1646:7, 1646:8, 1646:14, 1646:19, 1648:4, 1648:18, 1648:20, 1657:6, 1667:3, 1669:14, 1672:24, 1675:3, 1675:9, 1677:21, 1686:3, 1686:8, 1688:7, 1689:12, 1698:5, 1698:8, 1698:19, 1698:22, 1699:6, 1715:21, 1716:3, 1716:4, 1716:15, 1718:1, 1720:16, 1720:19, 1721:1,

1721:4, 1721:16, 1725:19, 1728:2, 1733:8, 1739:11
**reported** [18] - 1533:4, 1553:23, 1553:25, 1558:3, 1558:7, 1578:8, 1630:10, 1644:15, 1662:9, 1671:25, 1672:8, 1672:11, 1672:16, 1672:25, 1673:8, 1688:11, 1719:11, 1720:1
**REPORTER** [1] - 1517:25
**reports** [4] - 1629:16, 1633:21, 1673:11, 1712:6
**represent** [1] - 1737:19
**representation** [2] - 1570:4, 1570:12
**representing** [1] - 1724:7
**reproduce** [1] - 1665:22
**reproduction** [1] - 1550:25
**reproductive** [9] - 1661:23, 1662:7, 1662:11, 1666:2, 1666:12, 1666:19, 1666:24, 1706:24, 1707:3
**reputation** [2] - 1594:10
**request** [1] - 1623:18
**requesting** [2] - 1618:10, 1618:20
**required** [3] - 1521:12, 1662:8, 1685:2
**requires** [1] - 1551:19
**reread** [1] - 1676:14
**Research** [4] - 1586:17, 1589:17, 1716:5, 1719:14
**research** [32] - 1521:1, 1529:10, 1530:1, 1543:25, 1544:3, 1544:8, 1545:17, 1583:2, 1587:9, 1587:11, 1587:17, 1589:9, 1589:15, 1590:6, 1590:7, 1590:11, 1600:6, 1602:12, 1604:13, 1608:20, 1608:22, 1609:2, 1610:5,

1628:24, 1648:21, 1689:17, 1702:3, 1705:23, 1714:11, 1715:12, 1718:3
**researched** [1] - 1573:24
**researcher** [1] - 1544:7
**researchers** [4] - 1534:21, 1540:6, 1541:21, 1704:12
**resections** [1] - 1526:13
**Reserve** [1] - 1519:25
**residency** [3] - 1520:1, 1578:13, 1581:25
**resident** [1] - 1593:8
**residents** [1] - 1520:23
**resource** [1] - 1606:15
**resources** [1] - 1729:18
**respiratory** [1] - 1566:21
**respond** [1] - 1529:13
**responded** [1] - 1619:14
**responding** [2] - 1618:10, 1618:19
**response** [60] - 1531:4, 1532:5, 1534:12, 1534:13, 1535:3, 1538:2, 1538:6, 1538:7, 1538:12, 1538:16, 1540:11, 1543:7, 1543:9, 1543:10, 1544:11, 1544:21, 1549:24, 1550:4, 1551:21, 1552:11, 1552:17, 1552:24, 1554:5, 1554:12, 1566:7, 1613:25, 1614:6, 1615:7, 1615:17, 1619:2, 1619:25, 1621:3, 1621:13, 1623:24, 1624:2, 1624:4, 1624:8, 1624:12, 1634:5, 1637:5, 1638:6, 1651:3, 1651:4, 1654:6, 1654:13, 1654:24, 1655:3, 1655:4, 1674:9, 1674:16, 1674:18, 1682:19, 1688:2, 1703:9, 1704:19, 1712:21, 1718:7, 1718:16, 1719:20, 1744:20
**responsible** [2] - 1602:2, 1665:2

**rest** [1] - 1530:20
**restart** [1] - 1526:25
**result** [3] - 1547:21, 1553:2, 1563:6
**resulted** [2] - 1622:9, 1649:24
**resulting** [1] - 1651:25
**results** [23] - 1530:25, 1533:25, 1535:18, 1537:8, 1540:5, 1540:14, 1543:18, 1552:6, 1566:3, 1613:8, 1621:6, 1627:18, 1631:19, 1632:4, 1644:15, 1646:5, 1648:12, 1648:13, 1679:22, 1703:13, 1704:14, 1712:4, 1720:3
**resume** [1] - 1602:23
**resumed** [3] - 1573:4, 1626:6, 1693:4
**retained** [1] - 1579:9
**retrograde** [9] - 1549:2, 1549:10, 1549:14, 1561:8, 1561:13, 1661:22, 1665:10, 1665:17, 1665:18
**retrospective** [2] - 1643:23, 1711:15
**returned** [1] - 1520:9
**review** [81] - 1531:23, 1532:15, 1533:16, 1536:3, 1555:5, 1556:1, 1567:5, 1567:8, 1567:9, 1567:13, 1567:21, 1569:21, 1569:22, 1579:10, 1579:14, 1579:18, 1582:15, 1584:1, 1593:15, 1594:4, 1594:7, 1594:14, 1594:18, 1609:21, 1612:15, 1617:18, 1618:14, 1618:25, 1619:2, 1621:20, 1623:18, 1623:23, 1624:23, 1628:18, 1628:23, 1629:6, 1629:15, 1654:19, 1655:23, 1657:1, 1657:5, 1657:9, 1658:20, 1659:1, 1659:19, 1660:8, 1660:20, 1662:14,

1662:18, 1670:24, 1673:11, 1678:4, 1678:18, 1681:4, 1696:21, 1697:2, 1700:22, 1700:24, 1700:25, 1702:5, 1708:22, 1716:20, 1718:22, 1724:10, 1724:16, 1724:22, 1725:2, 1730:3, 1730:6, 1732:3, 1732:11, 1732:13, 1738:23, 1740:8, 1741:8, 1741:15, 1741:16, 1742:11, 1743:6
**reviewed** [37] - 1523:11, 1531:24, 1532:18, 1533:18, 1535:16, 1541:17, 1544:2, 1555:19, 1560:9, 1569:22, 1594:12, 1595:8, 1620:18, 1623:20, 1631:2, 1633:12, 1633:19, 1642:17, 1648:3, 1656:7, 1656:13, 1665:9, 1673:11, 1680:23, 1684:14, 1689:16, 1708:19, 1712:1, 1725:3, 1728:9, 1729:2, 1729:16, 1733:25, 1737:15, 1737:21, 1741:3, 1743:12
**reviewing** [4] - 1612:5, 1624:17, 1685:10, 1721:8
**reviews** [1] - 1741:2
**Rice** [1] - 1723:16
**rid** [2] - 1554:21, 1723:20
**riding** [1] - 1563:5
**right-hand** [2] - 1709:19, 1710:15
**rise** [9] - 1519:4, 1572:12, 1573:1, 1625:15, 1626:3, 1687:18, 1687:20, 1692:3, 1693:1
**Risk** [4] - 1630:23, 1719:4, 1731:8, 1731:17
**risk** [267] - 1522:3, 1522:4, 1530:4, 1530:13, 1532:8,

1532:10, 1533:5, 1533:7, 1533:10, 1533:11, 1533:13, 1534:6, 1534:7, 1534:19, 1535:22, 1535:24, 1536:2, 1536:23, 1537:10, 1537:12, 1537:15, 1537:17, 1537:18, 1537:20, 1538:8, 1538:16, 1538:17, 1538:21, 1539:6, 1539:11, 1539:18, 1542:13, 1545:4, 1546:17, 1546:24, 1546:25, 1547:9, 1547:10, 1547:11, 1547:12, 1547:13, 1547:16, 1547:17, 1547:18, 1548:4, 1548:9, 1548:11, 1548:12, 1548:15, 1548:16, 1548:17, 1548:18, 1548:23, 1548:24, 1549:1, 1549:9, 1549:20, 1550:8, 1551:22, 1552:3, 1552:4, 1552:20, 1553:9, 1553:15, 1553:19, 1553:20, 1553:22, 1553:24, 1555:2, 1555:6, 1555:8, 1555:10, 1555:12, 1555:16, 1555:20, 1555:23, 1556:1, 1556:3, 1556:9, 1556:13, 1556:24, 1557:2, 1557:5, 1557:7, 1557:10, 1557:15, 1557:17, 1557:19, 1557:21, 1557:25, 1558:3, 1558:7, 1558:12, 1558:14, 1577:7, 1584:3, 1584:5, 1585:7, 1585:15, 1585:17, 1586:4, 1588:5, 1588:7, 1588:8, 1588:11, 1588:12, 1588:14, 1589:2, 1590:16, 1591:25, 1592:1, 1597:8, 1597:23, 1598:6, 1598:13, 1599:5,

1600:10, 1600:11, 1601:14, 1601:16, 1601:20, 1601:21, 1604:11, 1604:23, 1605:2, 1605:11, 1605:18, 1605:24, 1606:5, 1606:22, 1609:6, 1609:22, 1610:7, 1610:17, 1612:7, 1612:24, 1614:4, 1614:11, 1614:15, 1614:16, 1616:17, 1616:21, 1618:21, 1623:15, 1628:21, 1631:11, 1632:1, 1632:19, 1633:3, 1633:15, 1633:20, 1634:6, 1634:15, 1634:16, 1634:20, 1637:10, 1638:13, 1639:17, 1640:4, 1640:12, 1640:16, 1641:11, 1642:2, 1643:5, 1644:18, 1644:22, 1645:5, 1645:6, 1645:9, 1650:19, 1650:24, 1651:5, 1651:16, 1657:19, 1657:21, 1657:23, 1658:1, 1658:4, 1658:14, 1658:16, 1659:5, 1659:7, 1659:15, 1660:3, 1660:5, 1660:6, 1676:2, 1676:8, 1676:16, 1677:7, 1678:14, 1679:8, 1679:18, 1679:21, 1681:19, 1682:4, 1682:10, 1682:13, 1682:24, 1683:6, 1684:23, 1684:25, 1685:19, 1685:24, 1688:14, 1689:13, 1701:5, 1701:6, 1701:10, 1701:11, 1701:13, 1701:14, 1701:15, 1701:18, 1701:19, 1702:6, 1702:20, 1702:23, 1703:3, 1703:14, 1703:21, 1703:23, 1704:1, 1704:16, 1704:22, 1705:8,

1705:14, 1708:2, 1709:11, 1712:7, 1713:14, 1715:6, 1716:1, 1716:7, 1716:10, 1717:6, 1718:9, 1719:8, 1719:12, 1719:21, 1720:2, 1720:5, 1723:25, 1725:22, 1727:8, 1727:9, 1732:8, 1733:19, 1733:23, 1734:22, 1735:13, 1736:13, 1738:14, 1738:21, 1738:25, 1739:1, 1739:14, 1739:18, 1739:22, 1739:25, 1740:2, 1744:22

**risks** [7] - 1530:11, 1532:25, 1606:16, 1608:13, 1688:11, 1690:12, 1709:5
**robotic** [1] - 1524:8
**robust** [1] - 1605:11
**Rodriguez** [2] - 1555:3, 1555:4
**role** [4] - 1597:10, 1631:15, 1632:5, 1632:16
**room** [1] - 1668:20
**root** [1] - 1735:22
**ROSE** [1] - 1517:18
**Rosenblatt** [1] - 1699:24
**roughly** [2] - 1668:11, 1712:6
**route** [7] - 1530:21, 1535:1, 1535:7, 1563:18, 1675:11, 1675:24, 1704:19
**routes** [1] - 1565:4
**routine** [1] - 1669:11
**RPR** [1] - 1517:24
**ruled** [1] - 1661:6
**run** [2] - 1551:7, 1659:12
**rupture** [1] - 1570:5
**ruptured** [2] - 1551:13, 1551:14
**Russoniello** [2] - 1747:11, 1747:11
**RUSSONIELLO** [1] - 1517:24

**S**

**S/Vincent** [1] - 1747:11
**Saed** [1] - 1649:10
**safe** [4] - 1644:4, 1651:1, 1651:7, 1711:17
**SALES** [1] - 1517:5
**sample** [2] - 1600:14, 1687:12
**satisfied** [2] - 1543:6, 1545:10
**satisfies** [1] - 1542:19
**saw** [2] - 1524:18, 1715:22
**scar** [1] - 1566:23
**scarring** [6] - 1566:3, 1566:14, 1566:25, 1603:8, 1654:12, 1712:19
**Schildkraut** [16] - 1533:16, 1533:17, 1533:18, 1533:24, 1616:5, 1616:17, 1676:10, 1676:15, 1676:19, 1676:21, 1699:25, 1703:24, 1704:6, 1704:12, 1705:5
**school** [4] - 1519:24, 1524:13, 1593:3, 1593:6
**science** [3] - 1629:9, 1725:5, 1741:17
**Science** [2] - 1716:4, 1718:24
**Sciences** [2] - 1717:15, 1731:17
**scientific** [17] - 1598:3, 1599:8, 1607:7, 1613:6, 1614:18, 1618:15, 1619:3, 1622:2, 1642:17, 1674:25, 1680:23, 1718:23, 1724:11, 1724:17, 1737:2, 1737:5, 1743:6
**scientist** [1] - 1550:5
**scientists** [16] - 1604:18, 1612:21, 1613:8, 1614:8, 1614:24, 1615:21, 1616:24, 1623:11, 1623:22, 1654:14, 1656:11, 1658:2, 1660:8, 1661:16, 1662:13, 1662:17

**SCOG** [1] - 1573:22
**scope** [1] - 1722:7
**score** [9] - 1558:1, 1602:4, 1602:14, 1614:6, 1625:3, 1627:6, 1643:17, 1650:7, 1737:7
**scoring** [1] - 1557:17
**scratching** [1] - 1639:19
**screen** [21] - 1525:15, 1532:20, 1560:10, 1580:13, 1582:13, 1583:3, 1583:13, 1583:14, 1583:16, 1584:10, 1584:13, 1585:19, 1621:9, 1636:4, 1636:9, 1646:11, 1668:25, 1704:7, 1709:17, 1710:13, 1715:5
**screened** [1] - 1584:7
**screening** [13] - 1574:19, 1583:10, 1584:9, 1584:20, 1585:1, 1585:3, 1587:22, 1589:10, 1700:18, 1701:22, 1702:3, 1738:24, 1741:4
**Screening** [2] - 1556:23, 1582:20
**search** [1] - 1531:17
**seatbelts** [1] - 1723:24
**seated** [1] - 1519:6
**second** [10] - 1524:11, 1527:24, 1559:6, 1562:23, 1584:17, 1599:19, 1605:23, 1615:9, 1710:14, 1710:15
**secondary** [1] - 1550:3
**section** [10] - 1587:25, 1588:4, 1621:11, 1701:4, 1706:17, 1709:21, 1712:22, 1719:3, 1735:24, 1737:6
**SECTION** [1] - 1747:6
**see** [109] - 1524:14, 1525:5, 1527:17, 1528:12, 1528:22, 1532:20, 1544:22, 1550:20, 1556:12, 1583:20, 1587:13, 1588:16, 1598:9, 1599:22, 1601:16,

1603:6, 1608:1, 1609:15, 1609:25, 1610:8, 1610:19, 1610:25, 1611:2, 1611:3, 1613:11, 1613:15, 1615:2, 1616:12, 1620:1, 1620:20, 1622:7, 1622:12, 1622:13, 1623:1, 1623:7, 1623:15, 1623:25, 1624:20, 1624:21, 1627:11, 1628:14, 1629:1, 1629:20, 1630:25, 1631:12, 1631:17, 1632:1, 1632:8, 1632:19, 1632:21, 1632:24, 1633:7, 1633:23, 1633:24, 1635:6, 1636:10, 1637:6, 1642:23, 1643:6, 1643:25, 1644:7, 1644:13, 1645:4, 1645:5, 1648:15, 1648:16, 1654:16, 1654:18, 1661:24, 1665:11, 1669:16, 1670:12, 1671:2, 1673:4, 1675:15, 1676:8, 1676:12, 1681:23, 1681:24, 1682:25, 1684:5, 1684:13, 1684:17, 1685:4, 1685:20, 1687:14, 1687:15, 1689:18, 1690:1, 1699:7, 1702:16, 1709:21, 1712:17, 1717:8, 1717:14, 1717:17, 1731:3, 1731:7, 1731:15, 1732:1, 1732:11, 1732:15, 1732:21, 1733:17, 1733:22, 1740:20, 1741:25, 1742:18, 1744:2

**seeds** [1] - 1525:23

**seeing** [1] - 1663:4

**segregate** [1] - 1556:5

**selection** [2] - 1681:20, 1682:17

**sentence** [9] - 1587:5,

1621:1, 1632:24, 1636:14, 1637:8, 1639:3, 1670:6, 1710:3, 1736:15

**sentences** [1] - 1636:15

**separated** [1] - 1541:12

**separating** [1] - 1556:7

**September** [3] - 1599:22, 1600:23, 1606:10

**series** [2] - 1699:12, 1707:16

**serious** [1] - 1622:3

**seriously** [1] - 1592:12

**seromas** [1] - 1603:9

**serous** [20] - 1528:11, 1537:22, 1539:16, 1539:21, 1539:22, 1556:7, 1556:8, 1556:12, 1556:17, 1556:18, 1556:20, 1556:21, 1704:23, 1704:24, 1705:8, 1705:9, 1710:19, 1711:2

**serve** [2] - 1594:24, 1597:10

**served** [5] - 1596:21, 1597:3, 1602:19, 1603:13, 1603:23

**service** [1] - 1602:25

**serving** [1] - 1723:7

**set** [1] - 1635:25

**Setiawan** [1] - 1720:6

**sets** [2] - 1521:22, 1627:17

**setting** [3] - 1554:11, 1666:8, 1679:12

**seven** [1] - 1538:18

**several** [16] - 1531:21, 1543:11, 1547:20, 1600:5, 1600:14, 1614:2, 1630:10, 1633:21, 1648:11, 1649:11, 1655:13, 1658:6, 1661:21, 1684:22, 1721:24, 1721:25

**sex** [1] - 1528:7

**sexual** [1] - 1562:22

**sexually** [2] - 1607:18, 1607:21

**SEYFARRTH** [1] - 1518:5

**SGO** [15] - 1573:22,

1587:8, 1604:2, 1604:5, 1604:7, 1604:10, 1604:18, 1604:21, 1605:1, 1605:4, 1605:8, 1605:10, 1605:15, 1606:4, 1608:23

**SGO's** [1] - 1606:11

**Shan** [3] - 1569:20, 1628:12, 1709:15

**share** [3] - 1519:19, 1539:1, 1652:9

**shared** [1] - 1558:16

**SHARKO** [1] - 1517:15

**SHAW** [1] - 1518:5

**sheds** [1] - 1527:18

**sheet** [1] - 1723:19

**short** [3] - 1544:14, 1561:19, 1608:2

**short-term** [1] - 1608:2

**shortcomings** [1] - 1623:12

**shortly** [1] - 1715:23

**show** [32] - 1533:12, 1535:21, 1535:23, 1537:12, 1544:20, 1546:21, 1550:12, 1559:7, 1577:19, 1597:14, 1624:2, 1624:8, 1634:19, 1639:9, 1641:6, 1649:4, 1651:4, 1665:5, 1671:19, 1676:10, 1679:17, 1684:23, 1689:10, 1690:20, 1703:11, 1705:7, 1705:13, 1712:6, 1713:13, 1716:11, 1737:3, 1744:1

**showed** [29] - 1542:14, 1544:21, 1554:7, 1569:12, 1613:25, 1615:16, 1616:17, 1628:11, 1634:25, 1635:19, 1635:22, 1638:6, 1638:25, 1641:2, 1641:5, 1642:11, 1645:9, 1657:21, 1657:25, 1665:18, 1667:6, 1672:13, 1679:20, 1703:9, 1703:21, 1703:22, 1704:14, 1715:4, 1744:25

**Shower** [8] - 1529:18, 1530:4, 1531:5, 1531:6, 1652:3

**showing** [5] - 1545:6, 1545:14, 1545:18, 1546:13, 1685:25

**shown** [12] - 1542:22, 1554:23, 1557:7, 1589:5, 1589:21, 1612:9, 1639:21, 1644:4, 1711:17, 1719:22, 1734:25, 1743:20

**shows** [14] - 1525:19, 1530:10, 1532:9, 1532:25, 1544:16, 1552:19, 1552:23, 1561:21, 1614:3, 1614:20, 1644:22, 1666:11, 1676:15, 1703:16

**Shukla** [1] - 1649:13

**side** [6] - 1551:24, 1564:13, 1704:11, 1709:19, 1710:15, 1723:8

**sign** [1] - 1594:11

**signed** [1] - 1739:10

**significance** [7] - 1536:22, 1541:24, 1614:21, 1687:11, 1687:21, 1690:17, 1744:7

**significant** [50] - 1530:11, 1532:10, 1533:12, 1534:8, 1534:15, 1535:24, 1536:1, 1537:2, 1537:16, 1537:20, 1537:25, 1538:1, 1538:17, 1538:21, 1539:12, 1545:2, 1548:4, 1548:10, 1558:2, 1558:6, 1614:3, 1614:12, 1614:14, 1615:1, 1615:25, 1644:19, 1645:9, 1657:23, 1658:3, 1658:14, 1659:5, 1660:2, 1660:6, 1676:18, 1679:7, 1679:17, 1679:20, 1682:7, 1682:10,

1685:21, 1687:19, 1690:20, 1702:23, 1703:4, 1703:13, 1703:17, 1704:1, 1705:7, 1705:14, 1713:13

**significantly** [4] - 1534:18, 1638:12, 1644:22, 1645:6

**signs** [1] - 1591:16

**silent** [1] - 1696:19

**similar** [10] - 1532:11, 1542:15, 1587:21, 1644:4, 1711:17, 1719:19, 1720:4, 1725:9, 1736:24, 1737:3

**similarities** [1] - 1708:10

**simple** [1] - 1669:6

**simplify** [1] - 1555:12

**single** [3] - 1544:23, 1574:6, 1673:19

**sinuous** [1] - 1710:4

**Sister** [1] - 1659:3

**sisters** [1] - 1576:22

**sit** [2] - 1639:15, 1664:10

**sitting** [2] - 1669:5, 1673:16

**situations** [1] - 1566:16

**six** [8] - 1526:21, 1536:19, 1645:7, 1680:16, 1680:22, 1681:14, 1685:22, 1686:2

**size** [3] - 1622:11, 1663:25, 1687:12

**sizes** [1] - 1600:15

**SKADDEN** [1] - 1517:17

**skeptics** [1] - 1730:12

**skillset** [1] - 1524:8

**skin** [1] - 1559:11

**skip** [3] - 1564:15, 1697:19, 1719:9

**skipped** [2] - 1564:3, 1700:8

**SLATE** [1] - 1517:17

**sleep** [1] - 1668:19

**slept** [1] - 1668:18

**slide** [27] - 1529:23, 1541:25, 1549:6, 1549:9, 1553:22, 1555:11, 1564:3, 1569:13, 1597:18, 1601:22, 1601:23,

1605:9, 1605:23, 1606:18, 1607:15, 1636:2, 1636:17, 1636:19, 1667:2, 1671:13, 1673:4, 1673:7, 1674:1, 1715:5, 1728:25, 1729:7, 1730:7

**slides** [6] - 1564:15, 1605:14, 1635:25, 1673:12, 1743:20, 1744:1

**slightly** [3] - 1540:23, 1541:1, 1541:8

**small** [6] - 1526:12, 1556:20, 1600:9, 1663:17, 1687:11, 1688:4

**smoke** [1] - 1694:7

**smokes** [1] - 1674:19

**smoking** [3] - 1557:4, 1694:5, 1723:24

**snapshot** [1] - 1544:9

**SNPs** [3] - 1545:1, 1545:4, 1548:22

**Society** [14] - 1522:15, 1522:18, 1523:3, 1586:11, 1586:17, 1587:1, 1588:25, 1589:18, 1589:25, 1596:6, 1604:1, 1723:17, 1724:21, 1739:8

**soda** [1] - 1608:11

**sole** [2] - 1582:13, 1582:16

**someone** [1] - 1523:19

**sometime** [1] - 1740:15

**sometimes** [3] - 1526:6, 1526:11, 1542:25

**somewhat** [1] - 1705:14

**somewhere** [3] - 1527:5, 1528:4, 1530:14

**sorry** [5] - 1525:7, 1558:5, 1598:22, 1656:4, 1738:17

**sort** [12] - 1529:24, 1546:15, 1555:20, 1557:1, 1562:11, 1564:6, 1566:13, 1567:22, 1568:9, 1636:12, 1684:8, 1715:12

**sorts** [1] - 1549:6

**sound** [2] - 1619:16, 1685:2

**sounds** [1] - 1604:15

**source** [3] - 1607:7, 1681:7, 1731:20

**space** [5] - 1526:7, 1566:13, 1566:18, 1636:13, 1654:3

**specific** [12] - 1526:3, 1537:22, 1539:17, 1540:13, 1542:17, 1554:3, 1557:18, 1570:1, 1704:3, 1719:9, 1734:16, 1744:16

**specifically** [9] - 1534:2, 1537:18, 1558:25, 1569:23, 1570:22, 1571:17, 1703:8, 1715:12, 1715:20

**specificity** [2] - 1542:16, 1542:20

**speculate** [1] - 1736:6

**speculating** [1] - 1565:9

**spend** [1] - 1560:16

**spent** [1] - 1573:10

**sperm** [8] - 1561:16, 1561:17, 1561:18, 1561:20, 1561:22, 1562:4, 1562:6, 1670:7

**sphincter** [6] - 1559:21, 1559:23, 1559:24, 1560:1, 1560:2

**spleen** [1] - 1526:12

**sponsor** [2] - 1608:20, 1729:8

**sponsored** [4] - 1596:18, 1715:10, 1718:1, 1718:4

**sponsors** [1] - 1729:14

**spontaneous** [1] - 1581:10

**sporadic** [2] - 1585:10, 1701:9

**spot** [1] - 1625:11

**sprays** [1] - 1600:18

**spread** [3] - 1525:18, 1526:5, 1529:5

**spreads** [2] - 1525:22, 1527:19

**spurious** [1] - 1687:10

**Stage** [1] - 1526:6

**stand** [4] - 1519:9, 1652:11, 1664:10, 1691:3

**standard** [1] - 1655:9

**standing** [6] - 1664:8, 1668:16, 1668:20, 1668:23, 1669:1, 1669:4

**start** [9] - 1525:25, 1568:7, 1572:10, 1592:11, 1595:21, 1596:10, 1635:2, 1680:13, 1725:18

**started** [4] - 1525:12, 1531:17, 1531:19, 1593:15

**starting** [2] - 1549:1, 1567:23

**starts** [4] - 1527:15, 1569:4, 1583:22, 1613:5

**state** [19] - 1584:1, 1585:5, 1612:16, 1613:8, 1615:21, 1621:11, 1629:9, 1631:8, 1638:4, 1643:1, 1644:11, 1645:1, 1683:21, 1687:5, 1688:10, 1689:21, 1708:12, 1718:2, 1729:17

**STATE** [1] - 1517:7

**statement** [12] - 1565:1, 1599:15, 1599:24, 1600:2, 1600:22, 1602:1, 1602:6, 1602:14, 1604:15, 1713:6, 1713:10, 1723:3

**statements** [1] - 1724:8

**states** [6] - 1588:9, 1611:23, 1620:3, 1639:3, 1681:25, 1683:11

**STATES** [2] - 1517:1, 1517:7

**States** [4] - 1534:3, 1549:23, 1616:12, 1704:5

**stating** [1] - 1583:18

**statistical** [11] - 1536:22, 1541:24, 1614:21, 1645:5, 1646:6, 1687:11, 1687:21, 1690:16, 1708:6, 1709:8, 1744:7

**statistically** [51] - 1530:10, 1533:12, 1534:7, 1534:15,

1535:24, 1536:1, 1537:1, 1537:16, 1537:20, 1537:25, 1538:1, 1538:17, 1538:20, 1539:6, 1539:12, 1542:12, 1547:13, 1550:1, 1552:20, 1614:3, 1614:12, 1614:13, 1615:1, 1615:25, 1642:2, 1644:19, 1657:22, 1658:1, 1658:3, 1658:14, 1658:17, 1659:4, 1659:8, 1660:2, 1660:5, 1679:7, 1679:17, 1679:20, 1682:4, 1682:6, 1685:21, 1687:18, 1690:20, 1702:23, 1703:4, 1703:13, 1703:17, 1704:1, 1705:7, 1705:13, 1713:13

**statistics** [1] - 1682:4

**stay** [1] - 1598:2

**stays** [1] - 1536:23

**Steering** [1] - 1517:13

**STENOGRAPHIC** [1] - 1747:8

**step** [4] - 1544:25, 1546:5, 1572:11, 1745:9

**steps** [3] - 1532:2, 1721:10, 1721:25

**steroidal** [2] - 1638:17, 1639:24

**still** [15] - 1525:5, 1647:14, 1648:6, 1648:25, 1650:15, 1653:5, 1653:9, 1679:7, 1694:25, 1695:10, 1695:14, 1701:23, 1702:1, 1702:4, 1720:25

**stimulate** [2] - 1570:19, 1664:24

**stimulates** [1] - 1568:23

**stimulation** [2] - 1551:19, 1568:12

**stood** [2] - 1636:25, 1639:1

**stop** [5] - 1544:14, 1551:25, 1608:10, 1625:11, 1721:22

**stopping** [1] - 1552:4

**stops** [1] - 1552:1

**Straif** [1] - 1719:17

**straight** [1] - 1673:20

**straightforward** [1] - 1547:3

**STREET** [1] - 1517:7

**strength** [3] - 1542:9, 1609:21, 1741:22

**stress** [4] - 1531:1, 1540:14, 1549:8, 1552:25

**stretches** [1] - 1526:21

**strike** [1] - 1537:3

**stroma** [1] - 1570:14

**stromal** [1] - 1528:7

**strong** [3] - 1594:10, 1627:15, 1679:16

**stronger** [6] - 1536:11, 1563:23, 1646:16, 1678:12, 1709:4, 1720:2

**strongest** [1] - 1588:12

**structural** [1] - 1708:10

**stuck** [1] - 1566:12

**student** [1] - 1593:9

**students** [1] - 1520:23

**studied** [4] - 1630:15, 1635:17, 1649:1, 1668:1

**studies** [184] - 1530:8, 1530:14, 1531:3, 1531:22, 1531:23, 1532:17, 1533:2, 1533:3, 1533:4, 1533:9, 1533:10, 1533:12, 1533:15, 1533:16, 1533:18, 1533:21, 1534:10, 1535:13, 1535:23, 1536:7, 1536:8, 1536:11, 1536:12, 1536:13, 1536:15, 1536:20, 1536:22, 1537:3, 1537:6, 1537:12, 1537:19, 1537:24, 1538:5, 1538:6, 1538:7, 1538:14, 1538:18, 1538:25, 1539:14, 1540:20, 1540:24, 1540:25, 1541:1, 1541:3, 1541:17, 1542:17, 1543:8, 1543:24, 1544:5, 1544:10, 1545:5, 1545:7, 1545:23,

1546:4, 1554:23, 1562:16, 1563:3, 1564:4, 1564:8, 1565:13, 1565:14, 1581:15, 1600:9, 1600:10, 1600:13, 1613:9, 1616:4, 1616:11, 1616:16, 1628:9, 1631:24, 1633:14, 1633:22, 1634:19, 1634:25, 1635:19, 1635:22, 1639:12, 1639:21, 1643:22, 1643:23, 1646:1, 1646:3, 1646:4, 1646:15, 1648:13, 1649:4, 1649:22, 1649:24, 1651:3, 1652:10, 1654:18, 1657:11, 1657:13, 1658:7, 1658:21, 1658:23, 1660:11, 1660:12, 1660:14, 1660:15, 1660:22, 1661:1, 1661:3, 1661:21, 1662:1, 1662:9, 1662:23, 1663:8, 1663:13, 1665:4, 1665:17, 1666:4, 1666:16, 1667:2, 1670:24, 1671:2, 1671:9, 1671:11, 1671:14, 1674:13, 1677:21, 1677:25, 1678:3, 1678:5, 1678:6, 1678:9, 1678:10, 1678:17, 1678:25, 1679:6, 1679:10, 1679:12, 1679:13, 1679:16, 1680:7, 1680:11, 1680:22, 1681:22, 1684:8, 1684:11, 1684:23, 1685:17, 1685:20, 1685:22, 1685:23, 1687:12, 1688:4, 1688:12, 1690:8, 1690:9, 1690:11, 1690:16, 1690:18, 1697:22, 1698:2, 1698:6, 1699:24, 1705:7, 1706:1, 1708:14, 1709:1, 1709:7,

1711:15, 1713:20, 1714:19, 1714:21, 1719:5, 1719:18, 1720:4, 1732:6, 1732:18, 1735:1, 1735:21

**Study** [3] - 1541:6, 1657:10, 1659:3

**study** [141] - 1533:16, 1533:17, 1533:24, 1534:1, 1534:2, 1534:9, 1536:19, 1537:8, 1537:10, 1537:18, 1538:3, 1538:11, 1538:13, 1538:23, 1539:2, 1539:5, 1539:7, 1540:2, 1540:5, 1541:6, 1541:7, 1544:23, 1556:5, 1557:14, 1564:4, 1585:18, 1587:17, 1614:10, 1614:18, 1615:15, 1616:5, 1616:8, 1616:15, 1616:17, 1620:25, 1621:16, 1621:20, 1622:2, 1622:24, 1623:4, 1623:8, 1623:14, 1631:5, 1631:20, 1631:22, 1631:23, 1632:3, 1632:15, 1632:24, 1633:12, 1634:7, 1634:17, 1635:23, 1637:16, 1639:25, 1640:7, 1640:10, 1640:14, 1640:19, 1640:21, 1641:19, 1644:15, 1644:16, 1645:24, 1647:23, 1647:24, 1653:13, 1657:19, 1657:22, 1658:3, 1658:6, 1658:13, 1658:24, 1659:1, 1659:4, 1659:8, 1659:9, 1659:15, 1659:18, 1659:22, 1659:24, 1660:17, 1660:19, 1663:10, 1663:16, 1663:24, 1664:8, 1664:11, 1664:12, 1664:18, 1665:1, 1665:25, 1666:7,

1666:11, 1666:15, 1667:6, 1667:12, 1667:15, 1668:2, 1668:5, 1668:8, 1669:7, 1669:13, 1669:15, 1669:24, 1670:2, 1671:18, 1671:24, 1672:2, 1672:6, 1672:14, 1676:10, 1676:15, 1680:3, 1680:14, 1681:15, 1682:18, 1683:2, 1685:6, 1687:9, 1687:17, 1689:6, 1689:15, 1689:20, 1690:3, 1698:11, 1698:16, 1698:20, 1703:18, 1704:12, 1704:14, 1705:6, 1706:20, 1708:16, 1711:14, 1713:18, 1714:5, 1714:13, 1721:4, 1736:9, 1737:22
**subgroup** [1] - 1539:13
**subject** [1] - 1724:24
**submit** [1] - 1686:6
**submitted** [7] - 1594:18, 1619:1, 1619:8, 1619:11, 1619:13, 1620:5, 1742:4
**subsequent** [1] - 1700:13
**subsequently** [1] - 1690:18
**substances** [2] - 1706:23, 1707:11
**substantial** [2] - 1548:15, 1722:14
**subtype** [2] - 1539:17, 1539:21
**subtypes** [8] - 1527:9, 1527:22, 1528:11, 1556:8, 1556:10, 1633:22, 1704:24, 1719:23
**successfully** [2] - 1552:14, 1552:16
**sufficient** [1] - 1719:15
**suggest** [5] - 1620:11, 1622:20, 1643:12, 1719:7, 1723:10
**suggested** [6] - 1600:9, 1640:8, 1682:20,

1699:5, 1710:7, 1735:1
**suggesting** [3] - 1710:11, 1715:25, 1716:9
**suggestion** [2] - 1643:7, 1717:5
**suggests** [2] - 1675:10, 1704:22
**summaries** [1] - 1741:20
**summarize** [2] - 1529:22, 1681:5
**summarizing** [1] - 1629:9
**summary** [4] - 1531:11, 1741:3, 1741:24, 1742:3
**supine** [1] - 1668:18
**suppined** [1] - 1664:13
**supplement** [1] - 1720:17
**supplemental** [1] - 1716:17
**supply** [1] - 1568:20
**support** [37] - 1535:8, 1542:11, 1563:3, 1610:16, 1612:6, 1612:23, 1616:21, 1622:2, 1628:11, 1632:4, 1633:14, 1635:1, 1638:9, 1641:22, 1648:14, 1666:21, 1671:7, 1674:14, 1675:1, 1681:18, 1682:22, 1683:2, 1683:8, 1683:12, 1683:17, 1684:11, 1688:7, 1689:3, 1705:16, 1706:6, 1708:1, 1710:22, 1714:2, 1714:22, 1715:1, 1719:16, 1736:17
**supported** [5] - 1627:2, 1641:14, 1641:19, 1682:1, 1735:6
**supporting** [4] - 1636:6, 1641:25, 1686:3, 1688:2
**supportive** [1] - 1707:2
**supports** [6] - 1532:6, 1535:11, 1560:14, 1653:14, 1682:8, 1743:19
**suppose** [2] - 1525:2, 1559:12

**suppressing** [1] - 1546:24
**surface** [8] - 1525:20, 1527:15, 1527:17, 1543:18, 1554:8, 1554:24, 1570:10, 1570:13
**surfaces** [2] - 1525:24, 1549:16
**surgery** [22] - 1524:9, 1526:9, 1526:11, 1526:18, 1526:19, 1527:1, 1574:24, 1603:5, 1603:15, 1603:18, 1603:20, 1662:6, 1662:8, 1663:1, 1663:5, 1663:7, 1668:17, 1669:4, 1671:6, 1671:12, 1738:2
**surgical** [1] - 1565:21
**survival** [1] - 1527:4
**survive** [1] - 1655:7
**SUSAN** [1] - 1517:15
**susceptibility** [1] - 1693:22
**susceptible** [2] - 1674:21, 1693:25
**suspected** [4] - 1573:12, 1601:4, 1601:15, 1601:19
**suspicion** [1] - 1688:15
**sworn** [1] - 1519:12
**symptoms** [4] - 1523:22, 1525:16, 1525:25, 1526:1
**syndrome** [1] - 1552:9
**Syndrome** [2] - 1599:3, 1605:18
**synthesis** [1] - 1581:11
**system** [9] - 1557:18, 1569:1, 1623:1, 1693:17, 1694:8, 1706:24, 1707:3
**systematic** [6] - 1715:10, 1718:22, 1724:10, 1724:16, 1724:22, 1725:2
**systemic** [1] - 1549:24

---

**T**

---

**tab** [5] - 1580:12, 1582:11, 1601:12, 1606:19, 1607:16

**table** [12] - 1548:17, 1555:8, 1555:10, 1556:3, 1680:16, 1680:17, 1682:12, 1685:24, 1698:19, 1703:12, 1703:16, 1716:23
**Taher** [15] - 1700:8, 1700:9, 1727:25, 1728:4, 1728:8, 1728:16, 1729:2, 1729:15, 1730:16, 1731:11, 1732:24, 1734:2, 1734:7, 1742:19, 1742:21
**Taher's** [1] - 1733:18
**Talc** [5] - 1728:23, 1729:3, 1729:15, 1730:8, 1745:1
**talc** [225] - 1531:7, 1540:4, 1541:9, 1541:11, 1541:22, 1554:20, 1554:24, 1555:16, 1557:5, 1557:6, 1557:24, 1564:7, 1564:9, 1566:23, 1569:12, 1571:2, 1571:5, 1581:25, 1585:15, 1585:21, 1589:3, 1589:20, 1590:14, 1592:9, 1592:16, 1592:19, 1592:21, 1597:12, 1599:24, 1603:4, 1603:11, 1603:14, 1603:19, 1603:24, 1605:1, 1605:5, 1607:25, 1610:11, 1610:17, 1612:7, 1612:23, 1613:7, 1616:20, 1617:1, 1617:19, 1619:9, 1620:6, 1620:12, 1622:6, 1622:7, 1622:13, 1622:14, 1622:17, 1622:18, 1623:19, 1624:19, 1627:4, 1627:9, 1631:11, 1635:20, 1637:4, 1637:9, 1638:5, 1640:9, 1640:11, 1641:3, 1641:10, 1642:1,

1642:7, 1643:2,
1643:12, 1643:21,
1644:3, 1644:5,
1645:10, 1647:13,
1647:20, 1648:6,
1649:5, 1652:13,
1652:14, 1652:16,
1652:18, 1652:20,
1653:14, 1654:2,
1654:8, 1654:11,
1655:8, 1655:24,
1656:7, 1656:13,
1656:15, 1656:22,
1657:20, 1657:23,
1658:5, 1659:5,
1659:16, 1660:3,
1660:13, 1661:19,
1662:24, 1663:6,
1663:24, 1664:1,
1665:10, 1665:19,
1666:1, 1666:8,
1666:11, 1666:23,
1667:3, 1667:22,
1670:18, 1671:8,
1671:15, 1671:20,
1671:23, 1672:1,
1672:3, 1672:8,
1672:11, 1672:13,
1672:19, 1672:21,
1672:23, 1672:24,
1673:5, 1673:9,
1673:15, 1673:17,
1673:22, 1673:24,
1674:2, 1674:3, 1674:4,
1674:8, 1674:11,
1674:15, 1674:17,
1674:22, 1674:24,
1676:6, 1676:9,
1676:15, 1678:13,
1679:24, 1681:11,
1681:19, 1682:19,
1682:23, 1683:3,
1683:7, 1683:9,
1683:18, 1684:12,
1684:20, 1685:1,
1685:7, 1686:4,
1686:22, 1687:5,
1688:19, 1689:3,
1689:12, 1689:24,
1690:4, 1693:11,
1693:17, 1693:23,
1696:2, 1696:3, 1696:5,
1696:6, 1696:24,
1697:3, 1697:15,

1699:9, 1701:20,
1706:6, 1708:2, 1708:8,
1708:10, 1709:12,
1711:12, 1711:16,
1711:18, 1712:8,
1712:20, 1713:11,
1713:24, 1714:10,
1715:1, 1719:18,
1723:20, 1723:23,
1725:21, 1727:22,
1731:18, 1732:7,
1734:17, 1735:2,
1735:12, 1736:25,
1737:3, 1737:16,
1738:3, 1738:14,
1740:24, 1744:9,
1744:11, 1744:17,
1744:22
**talc's** [1] - 1623:6
**talc-based** [1] - 1732:7
**Talcum** [1] - 1630:22
**talcum** [159] - 1521:6,
1522:3, 1522:5, 1528:9,
1529:17, 1530:3,
1530:12, 1530:16,
1530:18, 1530:23,
1531:3, 1531:16,
1532:1, 1532:3, 1532:8,
1534:22, 1535:2,
1537:14, 1538:19,
1538:22, 1539:10,
1539:16, 1540:7,
1540:9, 1540:14,
1542:12, 1542:22,
1543:1, 1543:14,
1543:17, 1543:20,
1544:10, 1546:19,
1547:6, 1547:25,
1549:4, 1552:22,
1553:21, 1553:24,
1554:4, 1554:10,
1554:18, 1555:2,
1555:20, 1555:22,
1556:24, 1558:3,
1558:6, 1558:11,
1558:13, 1559:2,
1560:14, 1562:7,
1562:15, 1562:23,
1563:2, 1563:10,
1564:22, 1565:3,
1565:12, 1565:16,
1565:20, 1565:22,
1566:1, 1566:8,

1566:12, 1570:18,
1570:22, 1570:24,
1571:4, 1571:13,
1571:16, 1571:21,
1572:1, 1574:4,
1574:14, 1574:20,
1574:25, 1575:5,
1575:21, 1576:8,
1576:14, 1577:5,
1577:7, 1577:14,
1577:22, 1578:1,
1578:7, 1578:19,
1579:3, 1592:3,
1593:14, 1593:22,
1594:13, 1595:9,
1599:4, 1599:9,
1599:16, 1600:7,
1600:19, 1600:21,
1601:20, 1602:8,
1606:5, 1607:8,
1607:12, 1608:13,
1612:3, 1618:11,
1618:16, 1618:20,
1620:14, 1621:2,
1621:6, 1621:12,
1621:18, 1627:16,
1640:17, 1644:20,
1644:23, 1645:1,
1649:15, 1649:19,
1649:23, 1650:1,
1650:11, 1650:18,
1650:23, 1651:2,
1651:7, 1651:9,
1651:14, 1651:19,
1651:23, 1652:2,
1652:8, 1652:17,
1658:15, 1676:3,
1677:6, 1691:5,
1691:15, 1694:20,
1702:15, 1702:21,
1705:17, 1706:2,
1707:14, 1714:23,
1716:1, 1716:6, 1716:9,
1716:10, 1717:6,
1719:20, 1721:11,
1739:20, 1743:16
**talks** [4] - 1522:4,
1569:23, 1588:1,
1684:20
**tampon** [1] - 1563:5
**tape** [1] - 1615:24
**task** [1] - 1679:22
**taught** [1] - 1573:24

**teach** [3] - 1520:22,
1521:8, 1521:11
**teaching** [2] - 1524:17,
1524:24
**technical** [1] - 1713:7
**techniques** [1] - 1702:3
**television** [1] - 1591:11
**temporality** [2] -
1542:21, 1543:5
**term** [5] - 1547:8, 1597:3,
1608:2, 1634:20, 1710:2
**terms** [15] - 1534:13,
1538:15, 1542:16,
1543:10, 1567:19,
1611:6, 1611:23,
1614:18, 1622:11,
1660:20, 1670:2,
1670:10, 1670:25,
1678:7, 1725:1
**terrible** [1] - 1584:11
**Terry** [18] - 1535:20,
1613:19, 1613:24,
1614:3, 1614:7,
1614:10, 1615:5,
1615:10, 1615:24,
1700:10, 1702:24,
1703:2, 1703:6, 1703:8,
1703:17, 1703:22,
1705:5, 1719:23
**TERSIGNI** [1] - 1517:16
**tested** [1] - 1631:24
**testified** [9] - 1519:13,
1641:2, 1676:5,
1676:11, 1677:5,
1677:16, 1680:4,
1693:9, 1721:24
**testify** [1] - 1677:12
**testifying** [2] - 1641:5,
1677:18
**testimony** [15] -
1524:17, 1581:23,
1628:7, 1628:11,
1650:7, 1674:3, 1675:9,
1676:1, 1679:9, 1697:7,
1697:23, 1720:23,
1721:18, 1726:12,
1727:17
**testing** [1] - 1701:24
**tests** [1] - 1701:25
**text** [1] - 1741:10
**textbook** [2] - 1557:8,
1670:4
**thankfully** [1] - 1655:12

**THE** [121] - 1517:1, 1517:8, 1519:4, 1519:5, 1524:11, 1524:15, 1524:16, 1524:19, 1524:20, 1525:7, 1526:14, 1532:24, 1540:19, 1540:22, 1540:23, 1541:1, 1541:2, 1541:3, 1541:16, 1541:19, 1544:2, 1544:7, 1544:14, 1544:16, 1544:20, 1544:22, 1545:8, 1545:15, 1545:16, 1545:21, 1546:6, 1563:20, 1563:21, 1563:24, 1564:1, 1564:16, 1564:19, 1564:22, 1565:5, 1565:8, 1565:10, 1572:9, 1572:12, 1573:1, 1573:2, 1574:9, 1575:10, 1575:17, 1576:2, 1577:10, 1578:23, 1580:20, 1594:24, 1594:25, 1595:2, 1595:3, 1625:12, 1625:15, 1626:3, 1626:4, 1627:20, 1642:23, 1649:12, 1649:13, 1668:24, 1669:3, 1675:6, 1675:19, 1678:21, 1691:10, 1692:1, 1692:3, 1693:1, 1693:2, 1693:6, 1693:13, 1693:14, 1693:16, 1693:19, 1693:21, 1694:2, 1694:4, 1694:10, 1694:15, 1694:16, 1694:18, 1694:21, 1694:23, 1694:24, 1695:2, 1695:3, 1695:5, 1695:6, 1695:9, 1695:10, 1695:11, 1695:13, 1695:16, 1695:18, 1697:6, 1697:9, 1716:23, 1717:8, 1717:12, 1717:19, 1717:22, 1720:22, 1722:11,

1722:25, 1723:1, 1723:5, 1723:7, 1723:14, 1723:15, 1724:1, 1725:14, 1734:5, 1734:9, 1745:9, 1747:6, 1747:8
**themselves** [3] - 1672:21, 1680:7, 1729:14
**theories** [3] - 1629:22, 1630:2, 1630:11
**theory** [12] - 1577:21, 1578:1, 1630:6, 1633:5, 1634:3, 1634:8, 1634:9, 1635:15, 1641:15, 1677:3, 1694:11, 1695:8
**therapies** [1] - 1527:3
**thereabouts** [1] - 1593:20
**therefore** [1] - 1720:12
**they've** [1] - 1615:7
**thick** [1] - 1603:9
**thinking** [1] - 1592:11
**third** [3] - 1528:6, 1587:5, 1683:5
**THOMAS** [1] - 1518:6
**Thompson** [10] - 1593:4, 1593:9, 1593:11, 1593:17, 1593:21, 1594:1, 1594:5, 1594:8, 1595:7, 1667:19
**THOMPSON** [1] - 1517:11
**thorough** [1] - 1718:22
**thoughtful** [1] - 1533:20
**thoughts** [1] - 1734:13
**thousands** [2] - 1558:22, 1680:25
**three** [18] - 1520:2, 1520:20, 1527:11, 1533:4, 1560:23, 1586:3, 1597:3, 1621:14, 1660:12, 1660:14, 1660:15, 1660:22, 1663:18, 1663:23, 1664:18, 1674:20, 1707:18, 1713:2
**three-year** [1] - 1597:3
**threshold** [7] - 1650:18, 1650:22, 1651:6, 1651:8, 1651:19, 1673:22, 1673:24

**throughout** [6] - 1520:18, 1525:22, 1527:19, 1534:3, 1584:1, 1645:3
**thrown** [1] - 1652:5
**Thursday** [1] - 1558:23
**ties** [1] - 1710:25
**tighter** [1] - 1536:24
**timeline** [1] - 1543:4
**timely** [1] - 1619:16
**timing** [3] - 1542:24, 1544:3, 1595:5
**tissue** [8] - 1554:25, 1567:25, 1570:14, 1671:10, 1671:12, 1671:14, 1672:25, 1744:10
**tissues** [1] - 1672:23
**tissues'** [1] - 1693:22
**title** [2] - 1589:6, 1661:8
**TITLE** [1] - 1747:6
**TO** [2] - 1747:6, 1747:7
**today** [28] - 1521:5, 1527:12, 1528:1, 1545:25, 1548:12, 1552:23, 1566:11, 1569:12, 1576:6, 1582:24, 1588:20, 1592:15, 1594:6, 1602:4, 1612:10, 1639:15, 1658:23, 1684:6, 1690:19, 1691:1, 1691:22, 1700:6, 1700:15, 1711:5, 1722:6, 1723:13, 1735:9, 1740:15
**today's** [1] - 1610:21
**together** [12] - 1529:14, 1536:6, 1536:8, 1539:25, 1541:11, 1548:9, 1554:10, 1566:24, 1636:17, 1640:24, 1715:15, 1732:6
**took** [5] - 1612:17, 1626:13, 1700:25, 1713:10, 1726:1
**top** [10] - 1533:14, 1535:19, 1584:17, 1584:23, 1646:11, 1683:4, 1709:19, 1711:11, 1732:3,

1739:11
**topic** [10] - 1563:15, 1599:2, 1612:12, 1642:7, 1661:10, 1696:20, 1701:1, 1705:25, 1724:18, 1743:13
**topics** [2] - 1697:18, 1715:2
**total** [4] - 1660:12, 1668:8, 1670:10, 1686:11
**totality** [15] - 1530:8, 1530:9, 1615:18, 1659:9, 1677:13, 1678:8, 1678:11, 1686:6, 1688:9, 1696:22, 1697:13, 1698:9, 1700:14, 1705:3, 1721:8
**totally** [1] - 1720:18
**toward** [5] - 1544:25, 1561:14, 1579:17, 1695:19, 1703:9
**towards** [1] - 1546:5
**tower** [1] - 1522:13
**Toxicology** [1] - 1620:19
**toxicology** [1] - 1620:22
**Trabert** [1] - 1720:3
**tracer** [4] - 1668:2, 1668:9, 1668:22, 1669:1
**tracers** [3] - 1669:8, 1706:14, 1737:12
**traces** [1] - 1666:1
**tract** [7] - 1538:20, 1661:23, 1662:8, 1662:11, 1666:2, 1666:13, 1738:2
**training** [7] - 1520:1, 1520:13, 1521:23, 1521:25, 1522:2, 1560:11, 1565:20
**transcript** [1] - 1643:6
**TRANSCRIPT** [1] - 1747:7
**TRANSCRIPTION** [1] - 1747:8
**transformation** [4] - 1543:3, 1544:13, 1544:17, 1545:19
**transit** [1] - 1707:9
**transition** [5] - 1542:2, 1555:1, 1563:16,

1570:21, 1705:25
**transmitted** [2] - 1607:18, 1607:21
**transport** [6] - 1535:12, 1665:10, 1665:17, 1665:18, 1676:23, 1676:24
**transported** [1] - 1670:7
**transvaginal** [3] - 1535:1, 1535:7, 1704:18
**travel** [4] - 1534:25, 1535:7, 1666:12, 1704:18
**traveled** [1] - 1668:9
**treat** [4] - 1524:24, 1532:14, 1582:24, 1589:11
**treated** [3] - 1552:15, 1552:16, 1632:23
**treating** [4] - 1524:23, 1529:11, 1573:11, 1608:8
**treatment** [6] - 1523:15, 1526:8, 1577:20, 1607:23, 1608:3, 1608:10
**treatments** [1] - 1600:18
**trend** [5] - 1538:8, 1614:24, 1703:9, 1703:11, 1703:17
**TRENTON** [1] - 1517:7
**trials** [4] - 1523:14, 1529:9, 1546:10, 1577:20
**tried** [4] - 1532:18, 1557:18, 1677:15, 1735:23
**true** [55] - 1559:3, 1562:11, 1569:6, 1569:10, 1574:4, 1574:5, 1574:21, 1575:1, 1575:7, 1575:22, 1576:25, 1577:1, 1578:2, 1578:15, 1578:19, 1582:1, 1585:16, 1586:21, 1587:18, 1588:6, 1588:7, 1590:16, 1593:5, 1593:25, 1601:22, 1606:7, 1612:25, 1624:14, 1627:24, 1634:4, 1644:21,

1645:8, 1652:22, 1652:24, 1653:10, 1653:20, 1658:21, 1659:16, 1659:17, 1666:3, 1675:2, 1675:16, 1677:9, 1677:22, 1680:4, 1683:12, 1696:2, 1707:14, 1709:11, 1724:15, 1724:21, 1724:25, 1725:23, 1726:17, 1728:3
**True** [13] - 1574:20, 1575:6, 1598:3, 1598:14, 1601:21, 1602:10, 1606:6, 1610:12, 1624:4, 1643:13, 1653:6, 1653:19, 1691:6
**truly** [1] - 1546:5
**truth** [4] - 1578:16, 1627:12, 1653:18, 1690:23
**Truth** [5] - 1728:23, 1729:3, 1729:15, 1730:8, 1745:1
**try** [4] - 1531:18, 1568:3, 1579:16, 1697:20
**trying** [17] - 1557:16, 1566:7, 1580:17, 1583:17, 1590:10, 1611:12, 1615:3, 1633:11, 1639:16, 1646:10, 1650:4, 1657:6, 1659:9, 1671:22, 1678:8, 1693:15, 1700:14
**tubal** [4] - 1546:17, 1553:19, 1638:10, 1710:18
**tube** [19] - 1528:22, 1528:23, 1529:3, 1530:20, 1543:17, 1546:19, 1550:23, 1551:3, 1560:24, 1561:15, 1561:23, 1563:4, 1566:22, 1601:10, 1609:13, 1609:24, 1697:4, 1710:20, 1711:1
**Tube** [1] - 1702:8
**tubes** [16] - 1535:3, 1549:4, 1549:15,

1559:3, 1559:16, 1561:19, 1562:5, 1562:14, 1566:6, 1574:24, 1637:5, 1667:10, 1668:11, 1670:19, 1706:3, 1706:25
**tumor** [1] - 1568:24
**tumorogenesis** [1] - 1710:18
**tumors** [2] - 1528:7, 1633:20
**turn** [6] - 1532:15, 1702:14, 1711:7, 1714:15, 1717:24, 1717:25
**two** [34] - 1520:7, 1526:25, 1541:13, 1543:5, 1548:10, 1564:8, 1565:19, 1566:23, 1567:11, 1590:21, 1592:17, 1605:14, 1606:4, 1617:5, 1623:7, 1630:1, 1632:21, 1638:22, 1639:7, 1641:16, 1642:10, 1649:13, 1655:1, 1660:22, 1663:22, 1663:23, 1664:13, 1667:6, 1667:15, 1668:1, 1680:4, 1697:12, 1715:2, 1723:1
**two-page** [1] - 1606:4
**two-person** [1] - 1667:15
**type** [7] - 1527:24, 1537:22, 1537:23, 1539:22, 1622:15, 1705:10
**types** [3] - 1556:6, 1600:14, 1632:21

**U**

**U.S** [1] - 1517:25
**U.S.C** [1] - 1747:6
**ultimate** [2] - 1584:6, 1627:3
**ultimately** [3] - 1550:23, 1551:8, 1675:18
**ultrasound** [1] - 1561:5
**ultrasounds** [1] - 1701:25
**un-peer-reviewed** [2] -

1729:2, 1729:16
**unable** [2] - 1671:19, 1671:25
**uncertain** [4] - 1637:10, 1637:17, 1641:11, 1647:1
**unclear** [7] - 1637:22, 1640:12, 1645:15, 1735:14, 1735:20, 1736:18, 1736:24
**uncomfortable** [1] - 1566:21
**uncontrolled** [1] - 1681:21
**under** [6] - 1528:12, 1529:4, 1529:12, 1709:20, 1731:16, 1733:5
**undergo** [4] - 1574:23, 1651:10, 1662:6, 1671:5
**undergoing** [1] - 1738:2
**undergone** [2] - 1603:14, 1654:15
**underlies** [1] - 1729:10
**underlying** [1] - 1662:11
**understood** [6] - 1585:9, 1586:8, 1647:14, 1647:21, 1648:6, 1701:8
**undertake** [1] - 1728:15
**undertaken** [5] - 1724:10, 1724:22, 1725:2, 1742:9, 1744:5
**undertook** [3] - 1520:1, 1531:13, 1644:9
**underwent** [1] - 1654:23
**undisclosed** [3] - 1718:17, 1720:9, 1722:8
**unethical** [2] - 1546:10, 1666:9
**unfair** [1] - 1717:4
**unfortunately** [3] - 1525:14, 1553:12, 1584:11
**UNITED** [2] - 1517:1, 1517:7
**United** [4] - 1534:3, 1549:23, 1616:12, 1704:5
**Universal** [1] - 1523:6
**University** [8] - 1519:25, 1520:3, 1520:8, 1525:3, 1575:3, 1575:19, 1576:6, 1723:22

1794

**unlikely** [5] - 1632:5, 1635:10, 1676:25, 1694:14, 1695:10
**unpublished** [3] - 1729:1, 1729:9, 1729:16
**up** [85] - 1523:5, 1526:14, 1527:7, 1527:20, 1531:11, 1533:22, 1536:17, 1538:4, 1539:22, 1539:24, 1545:4, 1550:17, 1558:1, 1559:10, 1561:14, 1561:22, 1562:4, 1562:6, 1562:7, 1562:8, 1562:14, 1563:4, 1564:8, 1570:11, 1571:3, 1580:11, 1580:13, 1582:12, 1586:16, 1598:2, 1600:4, 1609:10, 1612:1, 1612:10, 1613:4, 1617:14, 1621:8, 1629:11, 1636:9, 1636:15, 1637:3, 1637:20, 1640:7, 1642:10, 1659:22, 1660:1, 1660:18, 1660:25, 1664:9, 1664:10, 1664:15, 1664:16, 1666:2, 1666:12, 1666:18, 1667:8, 1668:16, 1668:20, 1668:23, 1669:2, 1669:4, 1669:8, 1669:16, 1675:5, 1680:1, 1693:8, 1699:18, 1703:7, 1704:7, 1709:3, 1709:13, 1713:1, 1716:8, 1717:18, 1722:18, 1723:21, 1724:2, 1724:14, 1727:16, 1731:14, 1738:6, 1738:19, 1740:9, 1741:1, 1741:7
**up-to-date** [5] - 1612:1, 1709:3, 1709:13, 1727:16, 1740:9
**update** [3] - 1740:19, 1741:2, 1741:11
**updated** [15] - 1598:2,

1598:10, 1601:18, 1610:23, 1611:1, 1611:4, 1611:14, 1611:18, 1611:21, 1611:24, 1612:16, 1617:5, 1617:8, 1741:3
**updating** [1] - 1723:20
**upper** [1] - 1711:10
**upward** [1] - 1561:9
**urethra** [1] - 1559:25
**urine** [1] - 1559:25
**usage** [3] - 1701:20, 1702:15, 1703:14
**USDJ** [1] - 1517:8
**useful** [2] - 1678:7, 1702:1
**users** [1] - 1720:3
**uses** [2] - 1651:15, 1653:15
**usual** [1] - 1526:20
**uterine** [5] - 1524:7, 1542:18, 1561:4, 1637:5, 1670:7
**uterus** [15] - 1528:24, 1530:20, 1543:15, 1546:21, 1549:3, 1551:4, 1559:16, 1559:20, 1561:6, 1561:7, 1562:5, 1562:10, 1693:24, 1706:25
**utilization** [1] - 1538:19

## V

**vagina** [36] - 1530:19, 1543:15, 1549:13, 1559:7, 1559:11, 1559:14, 1559:20, 1559:24, 1560:2, 1560:4, 1560:18, 1560:19, 1560:21, 1560:24, 1562:21, 1563:2, 1563:7, 1563:22, 1564:11, 1637:4, 1663:4, 1664:4, 1664:6, 1666:9, 1668:4, 1668:12, 1668:23, 1669:1, 1669:23, 1670:19, 1693:24, 1707:1, 1707:9, 1713:25, 1737:5, 1738:6
**vaginal** [5] - 1542:18, 1562:24, 1600:18,

1603:10
**vaginally** [1] - 1560:4
**vague** [3] - 1525:16, 1526:1
**valid** [1] - 1684:23
**validate** [1] - 1678:24
**variables** [2] - 1693:18, 1693:19
**variety** [4] - 1567:16, 1590:10, 1668:21, 1691:7
**various** [2] - 1662:10, 1707:6
**vary** [2] - 1693:22, 1719:22
**vascular** [1] - 1568:22
**Venter** [5] - 1706:5, 1706:11, 1706:13, 1737:8
**version** [1] - 1609:15
**vessels** [1] - 1568:24
**via** [1] - 1706:25
**viable** [1] - 1676:6
**Vice** [2] - 1599:23, 1600:22
**video** [7] - 1550:12, 1551:7, 1554:7, 1579:1, 1579:22, 1591:9, 1730:12
**videos** [2] - 1730:7, 1730:9
**view** [4] - 1545:21, 1602:8, 1602:11, 1622:9
**viewed** [1] - 1688:14
**viewers** [2] - 1579:3, 1592:2
**views** [2] - 1725:4, 1742:15
**Vincent** [1] - 1747:11
**VINCENT** [1] - 1517:24
**VIRGINIA** [1] - 1517:13
**vision** [1] - 1587:8
**Vitonis** [1] - 1557:10
**vitro** [11] - 1543:23, 1544:8, 1545:6, 1545:12, 1545:16, 1545:23, 1546:4, 1546:12, 1565:13, 1628:24, 1649:22
**vivo** [8] - 1543:24, 1544:2, 1545:6, 1545:13, 1545:17, 1545:23, 1546:4,

1628:24
**VOLUME** [1] - 1517:5
**volume** [1] - 1674:10
**vulva** [7] - 1530:19, 1559:10, 1559:11, 1562:24, 1563:8, 1666:9, 1672:20

## W

**wait** [1] - 1560:25
**waiting** [1] - 1671:5
**waking** [1] - 1525:2
**walk** [8] - 1537:8, 1542:3, 1542:7, 1549:6, 1550:14, 1565:15, 1567:18, 1581:22
**walked** [2] - 1707:23, 1715:7
**walking** [1] - 1744:4
**wall** [6] - 1564:13, 1566:8, 1566:14, 1566:15, 1566:19, 1654:12
**wants** [2] - 1594:9, 1722:22
**warning** [3] - 1618:11, 1618:21, 1623:20
**wart** [1] - 1607:24
**warts** [1] - 1607:22
**wash** [2] - 1565:23, 1565:25
**WASHINGTON** [2] - 1517:17, 1518:6
**ways** [4] - 1589:10, 1589:11, 1679:16, 1707:4
**weak** [3] - 1665:11, 1665:14, 1737:24
**weaker** [1] - 1536:11
**wearing** [1] - 1669:19
**web** [2] - 1720:18, 1730:8
**website** [30] - 1597:22, 1597:25, 1598:25, 1599:8, 1601:9, 1605:8, 1606:11, 1606:21, 1607:7, 1609:12, 1715:3, 1715:6, 1716:8, 1718:8, 1718:11, 1718:21, 1720:24, 1728:13, 1728:22, 1729:3, 1729:5, 1729:6, 1729:8, 1729:11,

1729:13, 1729:15, 1742:5, 1744:25, 1745:1
**week** [2] - 1525:6, 1541:10
**weekly** [1] - 1608:4
**weeks** [2] - 1731:25, 1734:11
**weigh** [1] - 1608:12
**weight** [9] - 1536:3, 1536:9, 1536:12, 1545:20, 1557:15, 1610:16, 1612:6, 1612:22, 1614:22
**WEIL** [1] - 1517:20
**welcome** [1] - 1626:10
**well-established** [2] - 1546:1, 1628:9
**well-recognized** [1] - 1708:11
**Western** [1] - 1519:25
**whatsoever** [2] - 1619:17, 1620:14
**whereas** [1] - 1541:11
**WHI** [1] - 1658:2
**whole** [8] - 1571:16, 1585:3, 1589:22, 1618:12, 1627:17, 1645:4, 1665:23, 1690:24
**widely** [1] - 1553:25
**WILLIAMS** [1] - 1517:19
**Williams** [2] - 1588:21, 1742:16
**wind** [1] - 1525:24
**Witness** [1] - 1745:11
**WITNESS** [36] - 1524:15, 1524:19, 1540:22, 1541:1, 1541:3, 1541:19, 1544:7, 1544:16, 1544:22, 1545:15, 1545:21, 1563:21, 1564:1, 1564:22, 1565:8, 1575:17, 1594:25, 1595:3, 1649:13, 1669:3, 1693:13, 1693:16, 1693:21, 1694:4, 1694:15, 1694:18, 1694:23, 1695:2, 1695:5, 1695:9, 1695:11, 1695:16, 1697:9, 1723:1, 1723:7, 1723:15

**witness** [6] - 1519:11, 1594:23, 1594:25, 1693:7, 1720:13, 1720:15
**WITNESSES** [1] - 1746:6
**Wolf** [3] - 1729:22, 1730:7, 1730:11
**Wolf's** [1] - 1730:3
**WOLFSON** [1] - 1517:8
**woman** [23] - 1548:2, 1548:5, 1548:12, 1553:16, 1556:14, 1558:10, 1558:13, 1560:3, 1562:19, 1562:24, 1583:10, 1584:7, 1650:18, 1650:23, 1651:14, 1653:14, 1668:17, 1669:15, 1674:12, 1693:15, 1693:17, 1693:23, 1737:24
**Woman's** [1] - 1657:9
**woman's** [5] - 1542:12, 1553:9, 1562:19, 1651:10, 1737:13
**women** [58] - 1525:13, 1528:2, 1530:5, 1530:6, 1530:15, 1534:3, 1534:18, 1548:14, 1552:2, 1552:7, 1552:17, 1553:17, 1557:3, 1566:4, 1573:12, 1575:21, 1576:8, 1583:4, 1584:13, 1590:12, 1590:20, 1590:23, 1590:24, 1591:3, 1591:12, 1591:15, 1591:20, 1591:24, 1601:4, 1603:5, 1603:9, 1603:14, 1604:11, 1616:12, 1652:10, 1655:5, 1655:13, 1661:19, 1661:21, 1662:5, 1664:8, 1664:10, 1664:11, 1664:18, 1665:11, 1665:13, 1665:16, 1669:8, 1669:22, 1670:23, 1670:25, 1671:10, 1672:25, 1704:4, 1704:16, 1713:23, 1738:2

**women's** [5] - 1520:24, 1587:11, 1587:16, 1590:8, 1604:19
**Women's** [6] - 1586:16, 1587:10, 1589:7, 1616:15, 1657:16, 1658:12
**Woodruff** [1] - 1582:3
**word** [4] - 1563:24, 1591:2, 1610:25, 1718:18
**words** [5] - 1645:3, 1646:14, 1646:18, 1647:24, 1694:14
**works** [1] - 1561:14
**workshop** [1] - 1623:13
**world** [2] - 1524:2, 1559:20
**world's** [1] - 1701:1
**wound** [1] - 1603:7
**write** [6] - 1587:5, 1587:21, 1700:24, 1704:13, 1710:16, 1739:9
**writes** [1] - 1522:25
**written** [2] - 1563:10, 1639:19
**wrote** [9] - 1577:6, 1581:19, 1581:20, 1582:10, 1586:7, 1646:9, 1646:18, 1684:13, 1700:17
**Wu** [2] - 1699:24, 1699:25

**Y**

**year** [11] - 1525:13, 1557:23, 1588:22, 1597:3, 1603:13, 1603:23, 1655:13, 1699:19, 1715:22, 1721:24, 1740:16
**years** [29] - 1520:2, 1520:7, 1520:10, 1521:24, 1526:25, 1527:5, 1553:9, 1558:18, 1560:13, 1573:11, 1573:24, 1574:2, 1574:17, 1574:22, 1575:20, 1580:2, 1583:3, 1592:13, 1592:17, 1593:18, 1595:18,

1599:1, 1600:20, 1609:3, 1628:9, 1628:20, 1672:8, 1674:20, 1702:4
**yellow** [1] - 1642:21
**YES** [1] - 1574:9
**YORK** [1] - 1517:19
**young** [2] - 1528:2, 1559:12
**yourself** [4] - 1578:12, 1596:2, 1681:6, 1729:25

**Z**

**zero** [1] - 1674:13