1796

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CIVIL ACTION NO 16-MD-2738(FLW)(LHG)


_____    :
                                :
IN RE JOHNSON & JOHNSON         :  DAUBERT HEARING
POWDER PRODUCTS MARKETING,      :  JULY 31, 2019
SALES PRACTICES.                :  VOLUME 8
----------------------------    :


CLARKSON S. FISHER UNITED STATES COURTHOUSE
402 EAST STATE STREET, TRENTON, NJ  08608


B E F O R E:  THE HONORABLE FREDA L. WOLFSON, USDJ

A P P E A R A N C E S:

BEASLEY ALLEN, ESQUIRES
BY:  P. LEIGH O'DELL, ESQUIRE (ALABAMA)
     MARGARET M. THOMPSON, ESQUIRE  (ALABAMA)
     DAVID DEARING, ESQUIRE  (ALABAMA)
        -and-
ASHCRAFT & GEREL, ESQUIRES
BY:  MICHELLE A. PARFITT, ESQUIRE (VIRGINIA)
On behalf of Plaintiffs Steering Committee

DRINKER, BIDDLE & REATH, ESQUIRES
BY:  SUSAN M. SHARKO, ESQUIRE  (NEW JERSEY)
     JULIE L. TERSIGNI, ESQUIRE  (NEW JERSEY)
        -and-
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, ESQUIRES
BY:  JOHN H. BEISNER, ESQUIRE  (WASHINGTON, D.C.)
        -and-
PROSKAUER ROSE, ESQUIRES
BY:  BART H. WILLIAMS, ESQUIRE  (CALIFORNIA)
        -and-
WEIL GOTSHAL & MANGES, ESQUIRES
BY:  ALLISON M. BROWN, ESQUIRE
On behalf of Defendant Johnson & Johnson

                              (Continued.)


                    * * * * *
          VINCENT RUSSONIELLO, RPR, CRR, CCR
             OFFICIAL U.S. COURT REPORTER
                   (609) 588-9516

1797

A P P E A R A N C E S   C O N T I N U E D:

SEYFARRTH & SHAW, ESQUIRES
BY:  THOMAS L. LOCKE, ESQUIRE  (WASHINGTON D.C.)
On Behalf of Defendant Personal Care Products Council

Saenz - Direct/Mr. Williams

1798

1              **M O R N I N G    S E S S I O N**

2

3              (In open court.)

4              THE DEPUTY CLERK:  All rise.

5              THE COURT:  Thank you.  Good morning.

6    Everyone may be seated.

7              MR. WILLIAMS:  Your Honor, the defense calls

8    Dr. Cheryl Saenz to the stand.

9

10   **CHERYL C. SAENZ,** sworn.

11

12   DIRECT EXAMINATION

13   BY MR. WILLIAMS:

14   Q.    Good morning, Dr. Saenz.

15   A.    Good morning.

16   Q.    Let me just orient you.  There is a notebook in

17   front of you.  We will be referring to that from time

18   to time.  There is also a bound volume that has your

19   report in it and your CV, and things like that, in

20   case you have to refer to that more than once.

21              So let's get started.

22              Dr. Saenz, what kind of physician are you?

23   A.    I'm a gynecologic oncologist.

24   Q.    How long have you been treating woman with

25   gynecologic cancers?

Saenz - Direct/Mr. Williams

1799

1    A.    I have been in practice for a little bit over

2    20 years, and prior to that I did a fellowship in

3    gynecologic oncology for three years.

4    Q.    Where do you presently practice medicine?

5    A.    I presently practice at the University of

6    California San Diego.

7    Q.    How long have you been there?

8    A.    Almost 21 years.

9    Q.    Let's touch briefly on your educational

10   background.  Where did you attend medical school?

11   A.    I went to medical school at the University of

12   California, Irvine.

13   Q.    And your residency?

14   A.    My residency was at the University of

15   California, San Diego.

16   Q.    And what was that in?

17   A.    That was in reproductive medicine, also known as

18   obstetrics and gynecology.

19   Q.    And, next, as I understand it, you completed a

20   fellowship.  Is that right?

21   A.    Yes, that's correct.  I completed a fellowship

22   in gynecologic oncology at Memorial Sloan Kettering

23   Cancer Center.

24   Q.    How many years was that fellowship program?

25   A.    That fellowship was three years.

Saens - Direct/Mr. Williams

1800

1    Q.    What is your current title at UCSD?

2    A.    I am a clinical professor in gynecologic

3    oncology in the Department of Obstetrics, Gynecology

4    and Reproductive Sciences.

5    Q.    Does that job involve teaching?

6    A.    Yes.

7    Q.    And whom do you teach?

8    A.    I teach medical students, I teach residents, and

9    I teach fellows.

10   Q.    In the course of your teaching, do you discuss

11   risk factors for developing ovarian cancer with the

12   medical students and physicians that you are training?

13   A.    All the time.

14   Q.    What ovarian cancer risks do you teach them

15   about?

16   A.    Specifically, I teach them about risk factors

17   such as age because ovarian cancer risk increases as

18   women age.  I teach them about genetic risk factors

19   which can be inherited.  I teach them about the

20   familial risk, meaning specifically that if they have

21   a family member that has cancer, they could be at an

22   increased risk of developing ovarian cancer as well.

23   Q.    Go ahead.

24   A.    Then I teach them about their own personal

25   history; and, specifically, if they had cancer, they

Saens - Direct/Mr. Williams

1801

1    are at an increased risk.

2           And then we also talk about some other risk

3    factors, such as endometriosis, hormone replacement

4    therapy, their own reproductive history, such as

5    whether or not they've had children or not had

6    children, and the ages at which they had those

7    children, as well as factors such as when they first

8    started having their periods and when they went

9    through menopause.

10   Q.   In the course of your teaching, do you ever

11   mention talc as a risk factor for developing ovarian

12   cancer?

13   A.   So in my lectures I do not raise the issue of

14   talc as a risk factor for developing ovarian cancer

15   because I do not believe that it is a risk factor for

16   ovarian cancer.  However, there are some learners that

17   will ask me:  Well, what about talc?  Because they

18   have seen news reports or read about it in another

19   venue.  And I will then discuss with them the state on

20   the current literature on talc as a risk factor for

21   developing ovarian cancer.

22   Q.   When you do that, do you disclose the fact that

23   you have done some work on behalf of parties in

24   litigation?

25   A.   I absolutely do.  And I tell them that I

Saenz - Direct/Mr. Williams

1802

1  actually have served as an expert witness for the

2  defense because oftentimes they are actually a little

3  amazed at the fund of knowledge I have on this

4  subject, but that's because I have done such a

5  thorough review of the topic.

6  Q.    When did you start getting questions from

7  learners -- I think it's how you put it -- when did

8  you start getting questions about talc from your

9  students?

10  A.    So I would say probably about two or three years

11  ago is when I was first asked by learners about the

12  relationship between talc and the development of

13  ovarian cancer.

14  Q.    Did that coincide when you started seeing

15  reports on television?

16  A.    I believe that it did.

17  Q.    Could you give us an example of research that

18  you are currently conducting?

19  A.    The focus of my practice actually is trying to

20  develop screening tests for the early detection of

21  ovarian cancer.  I'm sure there have been other people

22  up here earlier this week that have testified that

23  screening for ovarian cancer is really quite

24  difficult, and actually at the present time, there is

25  no effective screening for ovarian cancer.

Saenz - Direct/Mr. Williams

1803

1    So one of the things that I have done is

2    partner with some of the cellular and molecular

3    medicine folks at UCSD to try and identify some

4    different biomarkers that may actually be secreted

5    into the bloodstream or identified in Pap smears.

6    Very early on in the development of ovarian

7    cancer, if we can identify those biomarkers, then we

8    could save women's lives because the survival rate

9    with Stage I ovarian cancer is much, much better than

10   with advanced stage disease.

11   Q.    During the course of your career, have you

12   performed epidemiologic research?

13   A.    I have.

14   Q.    Can you please provide the Court with some

15   examples of that type of research that you have done.

16   A.    So one of the areas that we've focused on in the

17   Division is actually endometrial cancer, and since

18   endometrial cancer, unlike ovarian cancer, has a very

19   good survival rate, mainly because it's detected early

20   since women present with vaginal bleeding.

21   We've been focusing our efforts on:  What does

22   ultimately kill the women that are diagnosed with

23   endometrial cancer?  Because it's not the cancer --

24   and we've published in epidemiologic studies, that if

25   a woman survives after two years after her diagnosis

Saenz - Direct/Mr. Williams

1804

1    of endometrial cancer, we have found actually it's

2    her, what we call, comorbid conditions, meaning high

3    blood pressure, obesity, cardiac disease, which is

4    most likely going to be her cause of death.

5             So we've actually taken those epidemiologic

6    studies that we've published and put together a

7    survivorship program with the women with endometrial

8    cancer to try to get them to address those other

9    comorbid diseases and perhaps reduce their mortality.

10   Q.    Have you ever written an article specifically on

11   the topic of talc and ovarian cancer?

12   A.    I have not.

13   Q.    Why have you not published such an article?

14   A.    I have not done any primary research in that

15   area.  Most of my research has been focused on

16   clinical trials or things such as we discussed

17   earlier, trying to identify a screening test for

18   ovarian cancer.

19   Q.    In addition to your teaching duties and

20   research, do you also treat patients?

21   A.    I do.

22   Q.    What percentage of your patients are ovarian

23   cancer patients?

24   A.    So even though ovarian cancer is not the most

25   common gynecologic cancer, ovarian cancer patients do

Saenz - Direct/Mr. Williams

1805

1  often recur, and so they stay in your practice for

2  many, many years.  This means that they end up

3  composing a much larger percent of my practice, and so

4  I would say that about 50 percent of my practice is

5  composed of women that have been diagnosed with

6  ovarian cancer.

7  Q.    Over the course of your career, how many ovarian

8  cancer patients have you treated, just as an estimate?

9  A.    It's in the thousands, probably close if not

10  over 2,000.

11  Q.    Do all of the patients who come to see you

12  already have a diagnosis of ovarian cancer?

13  A.    Well, no.  Most women that are ultimately

14  diagnosed with ovarian cancer first present with a

15  pelvic mass, and you don't know whether or not it's

16  cancer.  But there is also other reproductive cancers

17  that I take care of in women including uterine cancer

18  and cervical cancer, and then about, I would say,

19  20 percent of my practice is composed of women that

20  are known to be high risk for the development of

21  ovarian cancer but have not been actually diagnosed

22  with the disease.

23  Q.    Is prevention of ovarian cancer part of your

24  role?

25  A.    Absolutely.

Saenz - Direct/Mr. Williams

1806

1  Q.    How so?

2  A.    Well, women that present to my practice as high

3  risk, we place them into a screening program where we

4  obtain regular pelvic ultrasounds and CA-125s.  That's

5  a tumor marker that has been associated with ovarian

6  cancer.  We perform regular pelvic exams on these

7  women; and if they are not actively trying to

8  conceive, then I highly recommend that they be placed

9  on birth control pills to decrease their risk of

10  developing ovarian cancer because we know that this is

11  one of the interventions that we could make that will

12  decrease their risk by about half.

13        The other thing that we do for them is when

14  they get -- again, depending on the individual

15  mutation that they have, when there's somewhere

16  between 35 to 40 or 40 to 45 years old, we usually

17  recommend that they have surgery to physically remove

18  the tubes and ovaries because that's the only

19  intervention that's actually been shown to improve

20  survival in these women.

21  Q.    Do you ask your patients whether they currently

22  use or have used talcum powder in the perineal area?

23  A.    I do not.

24  Q.    Why not?

25  A.    Because talc is not a known risk factor for the

Saenz - Direct/Mr. Williams

1807

1  development of ovarian cancer.

2  Q.    Have you ever counseled a patient not to use

3  talc?

4  A.    I have not.

5  Q.    Why not?

6  A.    Because talc is not a known risk factor for the

7  development of ovarian cancer, nor does it cause

8  ovarian cancer.

9  Q.    Now, if you believed, based on your review of

10  the scientific literature and your training and

11  experience as a gynecological oncologist that the

12  perineal use of talc did in fact cause or contribute

13  to ovarian cancer, would you tell your patients not to

14  use talcum powder?

15  A.    I absolutely would, but it does not cause

16  ovarian cancer, so I do not tell them that.

17  Q.    Let's turn to your opinions in this case.

18        We asked you to consider whether perineal use

19  of talcum powder products causes ovarian cancer.  Is

20  that right?

21  A.    That's correct.

22  Q.    In your opinion, does the use of talcum powder

23  in the perineal area cause ovarian cancer?

24  A.    In my opinion, perineal application of talcum

25  powder does not cause ovarian cancer.

Saenz - Direct/Mr. Williams

1808

1  Q.    In your experience -- strike that.

2        In your expert opinion -- let me ask you this.

3  How did you go about your task of figuring out the

4  answer to that question?

5  A.    I went about researching this question as to

6  whether or not talc is a risk factor for the

7  development of ovarian cancer, much like I would go

8  about asking any other question in the field of

9  gynecologic oncology.  I did a very extensive

10 literature search.  I reviewed somewhere around 30

11 case-control studies.  I reviewed the four published

12 cohort studies.  I reviewed seven meta-analyses and

13 one pooled analysis.

14        I went back and looked at the literature

15 surrounding what are the known established risk

16 factors for ovarian cancer, and put together a report

17 based on that research.

18        I also relied very heavily upon my experience

19 in the field practicing in the subspecialty of

20 gynecologic oncology for almost 25 years now, and

21 considered all of the patients that I have taken care

22 of that have had the diagnosis of ovarian cancer, as

23 well as the women that are in my practice and that

24 I've taken care of that are at high risk for

25 developing ovarian cancer, including all of the slides

Saenz - Direct/Mr. Williams

1809

1  that I've looked at from their surgeries, all of the

2  findings that I find when I'm operating.  I relied

3  upon the breadth and depth of my experience.

4  Q.    We'll get into some of those findings that

5  you've had, specifically, with regard to inflammation,

6  a little bit later.  But for now, I would like to ask

7  you a question about the limitations or the impact on

8  your opinions of the asbestos.

9         Let me ask you just this one question for now.

10        Now, you understand that the defense in this

11  case vigorously disputes the methodology and

12  replicability and reliability of the analyses that

13  were done by Dr. Longo's analysts.  You understand

14  that.  Correct?

15  A.    I understand that.

16  Q.    If there were in fact trace elements of asbestos

17  in Johnson's Baby Powder, would that change any of the

18  opinions that you have given just a few moments ago

19  that talc does not cause ovarian cancer?

20  A.    No, it would not.

21  Q.    Why not?

22  A.    The literature that is the appropriate

23  literature and the review that is the appropriate

24  review to do in this case involves the application of

25  talcum powder to the perineum, and no matter what is

Saeus - Direct/Mr. Williams

1810

1  in that talcum powder, if that was causing ovarian

2  cancer, then the literature would show an increased

3  risk of developing ovarian cancer with perineal

4  application of talc, and it does not.

5         So the constituents of the product don't

6  matter.  The literature that needs to be examined and

7  the only literature in my opinion that matters is the

8  talcum powder literature.

9  Q.    For purposes of your analysis of that

10 literature, did you focus on considerations of

11 strength and consistency of this association?

12 A.    Absolutely.  The same way that I would in my

13 practice analyzing any other question.  I looked at

14 the strength of the association.  I looked at the

15 consistency of the literature, both comparing the

16 literature to itself, study to study, type of study to

17 study, as well as the consistency within individual

18 study reports.

19        I also looked at the biologic plausibility.

20 Does it make sense?  What the literature is reporting,

21 does it actually make sense?  Is there a mechanism by

22 which this could actually be happening?

23 Q.    Now, were you familiar with the proposed

24 association between the use of talc in the perineal

25 area and ovarian cancer before you began your review

Saenz - Direct/Mr. Williams

1811

1    for this lawsuit?

2    A.    I was.

3    Q.    How so?

4    A.    Well, somewhere along my training at various

5    times I know that there have been publications on talc

6    and the risk of developing ovarian cancer.  I know

7    that Dr. Cramer published the first case-control study

8    on this back in 1982.  I wasn't in medical school in

9    1982.  So I don't think I read that.  But I do

10   remember somewhere along in my training -- be it

11   medical school, be it residency, reading some of the

12   literature and having discussions with other learners,

13   with professors about talc and the risk of developing

14   ovarian cancer.

15   Q.    Now, in the course of your career, have there

16   been other hypotheses put forward in the literature

17   regarding environmental agents and an increased risk

18   of ovarian cancer?

19   A.    Yes.

20   Q.    Can you give me some examples?

21   A.    Since ovarian cancer really is such a horrible

22   disease in terms of killing more than half of the

23   women that are diagnosed with it every year, many,

24   many people are trying to identify environmental

25   agents that may actually increase the risk of ovarian

Saenz - Direct/Mr. Williams

1812

1  cancer in the hopes of somehow impacting the incidence

2  of this disease.

3          More recently, there have actually been three

4  articles, if you will, that I actually put into my

5  report that have identified environmental agents, such

6  as television watching, which they have identified and

7  said doubles the risk of developing ovarian cancer,

8  eating processed meats, which increases the risk of

9  developing ovarian cancer by half, and taking Valium,

10  which has been reported to increase the risk of

11  developing ovarian cancer by almost 20 percent.

12          These are published manuscripts in

13  peer-reviewed literature, but nobody in the

14  gynecologic oncology community really believes that

15  these environmental exposures and reducing these

16  environmental exposures would reduce the incidence of

17  developing ovarian cancer.

18  Q.    Now, the studies -- I just want to be a little

19  bit specific.  The studies you cite in your report,

20  for example, for television watching, is the odds

21  ratio there 2.15 with a statistically significant

22  confidence interval?

23  A.    Yes.

24  Q.    And for eating processed meat, is the point

25  estimate 1.49 with a statistically significant

Saenz - Direct/Mr. Williams

1813

1  confidence interval?

2  A.     Yes.

3  Q.     And for the use of anxiety medication, like

4  Valium, is the risk ratio 1.17 with a statistically

5  significant confidence interval?

6  A.     Yes.

7  Q.     In your counsel -- do you counsel patients not

8  to watch too much TV or to not eat processed meat or

9  to not take anxiety medication in the hope of reducing

10 their risk of getting ovarian cancer?

11 A.     I may counsel them to do those things, but not

12 in order to reduce their risk of ovarian cancer.  For

13 other health reasons I may counsel them to do those

14 things.  But reducing television watching, not eating

15 processed meat, not taking too much Valium, I don't

16 believe there is any biologically plausible mechanism

17 by which doing those things would reduce their risk of

18 ovarian cancer.

19 Q.     Now, we're focused in this litigation on

20 epithelial ovarian cancer.  Are there different

21 subtypes of epithelial ovarian cancer?

22 A.     There are.  And the different subtypes are

23 called the histologies, and the histology is how the

24 cells look under the microscope, or at least that's

25 how we used to limit our discussion.

Saenz - Direct/Mr. Williams

1814

1    Now, we actually know that the different

2    histologic subtypes actually have different origins,

3    different molecular pathways by which these different

4    histologies develop.  Additionally, they responded to

5    most therapies differently.  So it's not just the

6    appearance of the cell; it's also how they come about

7    to be a cancer and the ways that they respond to

8    treatments.

9    Q.   Where do ovarian tumors develop?  Do we know

10   this?

11   A.   That's a complex question.  It seems that the

12   different histologic subtypes probably originate in

13   different areas.  So, for example, the serous subtype,

14   which is the most common histologic subtype, we now

15   think, based on research that has been done in the

16   last 5-to-10 years, that probably 60 to 70 percent of

17   the serous carcinomas actually come from the fallopian

18   tube.  But the other 30 percent may actually still

19   originate in the ovary.

20   Q.   Is it more accurate to describe ovarian cancer

21   as a single disease or as a collection of different

22   unique diseases?

23   A.   They are definitely different unique diseases.

24   We know, for example, that the serous carcinomas have

25   a very different chemo response pattern than, say, the

Saenz - Direct/Mr. Williams

1815

1  mucinous carcinomas which are notoriously insensitive

2  to chemotherapy.

3  Q.    Do each of those unique cancers, what you called

4  the different histologic subtypes, have different risk

5  factors associated with them?

6  A.    So collectively, there are certain risk factors

7  that seem to apply to all of the different histologic

8  subtypes, but there are definitely certain risk

9  factors which seem to only impact or have influence or

10  be associated with certain subtypes.

11  Q.    What about in terms of treatment; does treatment

12  vary by histologic subtypes?

13  A.    Absolutely.  Serous carcinomas are known to be

14  very sensitive to the platinum agents, and the

15  mucinous carcinomas don't seem to actually have any

16  sensitivity or very reduced sensitivity to the

17  platinum agents, and sometimes we actually change the

18  chemotherapy from which we typically give for ovarian

19  cancer to something that you would give for, say, a

20  gastrointestinal cancer because the mucinous ovarian

21  cancers act more like a gastrointestinal cancer.

22  Q.    Let's talk about the risk factors.  You

23  mentioned a bunch of them earlier today.  What is a

24  risk factor?

25  A.    A risk factor is something that has been

Saenz - Direct/Mr. Williams

1816

1  associated with the development of a disease.  It is

2  not necessarily a causal agent.  For example, if we

3  take age, age isn't causing ovarian cancer, but we

4  know that as a woman ages, her risk of developing

5  ovarian cancer increases.

6  Q.    To the extent an expert were to testify that

7  risk factors for a disease and the causes of a disease

8  are the same thing, would that be correct?

9  A.    No, that's not correct.

10  Q.    How does something become an established risk

11  factor for ovarian cancer?

12  A.    Something becomes an established risk factor by

13  epidemiologic studies being conducted to fully explore

14  the association between the risk factor and the

15  development of the disease.  Typically, this would

16  start off with case reports or small series reports

17  where you might collect data on 10 or 20 patients.

18  And then a case-control study would be done in order

19  to determine whether or not there was an odds ratio

20  that was significant.

21       With that information you might then go on and

22  examine a cohort study to again try and solidify the

23  association between that risk factor and the

24  development of the disease.

25  Q.    Now, you've helped us with a slide, and you've

Saenz - Direct/Mr. Williams

1817

1   already mentioned some of these, but I wanted you to

2   note for the Court that some of the established risk

3   factors in the right-hand column listed here have a

4   slightly shaded box, that is the last three,

5   endometriosis, tobacco smoking, and obesity.  Why did

6   you ask us to shade that box?

7   A.    I asked you to shade those boxes because those

8   risk factors are not known to be associated with the

9   entity known as epithelial ovarian cancer, but they

10  are histologic-specific.

11          So, for example, endometriosis is known to be

12  associated with the development of endometrioid and

13  clear cell carcinomas but not high grade serous

14  carcinomas.

15          Tobacco smoking is known to be associated with

16  the development of mucinous carcinomas but not the

17  other histologic subtypes.

18  Q.    What, if anything, does the fact that there are

19  some risk factors that are specific to certain

20  subtypes of ovarian cancer and not others, what does

21  that tell us generally about the causes of ovarian

22  cancer?

23  A.    So what that tells us and also what we know from

24  examining the molecular profiles of these different

25  histologic subtypes is that these different histologic

Saenz - Direct/Mr. Williams

1818

1    subtypes of ovarian cancer are very, very likely to

2    have different underlying causes.

3    Q.    You mentioned genetic mutations earlier as a

4    risk factor.  What is the increased risk associated

5    with inherited mutations?

6    A.    So that depends upon what mutation you inherit.

7    The two most common inherited mutations in ovarian

8    cancer are mutations in either BRCA 1 or BRCA 2.  The

9    risk of ovarian cancer with BRCA 1 is a bit higher

10   than BRCA 2.  With BRCA 1 mutations, increasing the

11   risk of developing ovarian cancer is somewhere in the

12   range of 40 to 53 percent over the course of a woman's

13   lifetime.

14   Q.    As compared to women who do not have that

15   mutation?

16   A.    As compared to women who do not have any known

17   inherited mutations where the risk of developing

18   ovarian cancer is 1.3 percent.

19   Q.    And how about BRCA 2?

20   A.    So if a woman has inherited a mutation in

21   BRCA 2, her risk of developing ovarian cancer is in

22   the range of 22 to 30 percent over the course of her

23   lifetime.

24   Q.    Just to put that in perspective, how would the

25   information you just gave us, which was between

Saenz - Direct/Mr. Williams

1819

1  roughly a 20 percent and a 40 percent risk over the

2  course of a woman's lifetime, how would that be stated

3  in terms of a percentage of increased risk?  Are we

4  talking in the thousands of percent?

5  A.    Yes, because if somebody has a 1.3 percent risk

6  of developing ovarian cancer, a 100 percent increase

7  in developing ovarian cancer, wouldn't she have a two

8  times risk of the 1.3 percent?  So if you take that

9  40 percent that we talked about, that's actually

10 magnifying that 1.3 by about 4,000.

11 Q.    Now, are all of the genetic mutations that

12 increase the risk for ovarian cancer found in either

13 BRCA 1 or 2?  You told us that's not true?

14 A.    That's not true.  They are the two most common,

15 and they -- right now in terms of the state of the

16 science, they account for about 70 percent of the

17 known inherited mutations which increase the risk of

18 ovarian cancer.

19        There is another cluster of genes, if you

20 will, which accounts for another 29 percent of the

21 inherited mutations, and these genes individually

22 don't have a huge amount of responsibility for

23 inherited ovarian cancers, but together they do, and

24 that's about another, right now, 15 to 16 different

25 genes, and then the Lynch syndrome family which

Saenz - Direct/Mr. Williams

1820

1  consists of four genes, accounts for about 1 percent

2  of the inherited cancers.

3  Q.    Are there any factors that decrease the

4  likelihood of getting ovarian cancer that reduce the

5  risk?

6  A.    Yes.  As I mentioned before, use of oral

7  contraceptives for five years or more, contiguous use,

8  can decrease the risk by about half.

9          In addition, breast feeding can reduce a

10  woman's risk of developing ovarian cancer.

11          Tubal ligation can reduce the risk of

12  developing ovarian cancer.

13          Having many children can reduce the risk of

14  ovarian cancer.

15  Q.    Now, sometimes the factors that you just

16  referred to that decrease a woman's risk of developing

17  ovarian cancer are referred to as protective factors.

18  Have you seen that sometimes in the literature?

19  A.    I have seen that, but I don't really use that

20  word, and I don't like that word being used in that

21  context because even a woman who has had many

22  children, breastfed each and every one of them, and

23  then had a tubal ligation, or even used birth control

24  pills, can still get ovarian cancer.

25          So those factors may reduce the risk and have

Saenz - Direct/Mr. Williams

1821

1  been shown in the epidemiologic literature to reduce

2  the risk, but it is not preventative.  The only thing

3  that can prevent ovarian cancer is surgical removing

4  the tubes and ovaries.

5  Q.    Do you prescribe -- strike that.

6        You mentioned earlier today you sometimes

7  prescribe birth control pills to reduce the risk of

8  ovarian cancer.  Is that true?

9  A.    That's correct.

10 Q.    What about NSAIDs or anti-inflammatories?

11 A.    I don't prescribe aspirin or nonaspirin NSAIDs

12 as a method to reduce the risk of ovarian cancer.

13 Q.    Why not?

14 A.    Because the literature on that is very

15 inconsistent.  There have been several studies

16 published that show variances such as low dose daily

17 aspirin may reduce the risk, but then use of

18 nonaspirin NSAIDs may actually increase the risk of

19 ovarian cancer.

20        So since the epidemiologic literature on this

21 is very inconsistent, prescribing NSAIDs as a method

22 to reduce the risk of ovarian cancer is not something

23 that's accepted by the gynecologic oncology community.

24 Q.    One of the issues about which there has been a

25 lot of discussion here over the past two weeks is

Saenz - Direct/Mr. Williams

1822

1    whether or not there is some sort of consensus in the

2    gynecologic oncology community that perineal talc use

3    causes ovarian cancer.  And yesterday there was a

4    whole back and forth between Ms. Brown and

5    Dr. Clarke-Pearson.  I'm not going to go through all

6    the different organizations, but I do want to ask you

7    this:

8           Is there in your view, based upon all of the

9    work that you have done, a general consensus within

10   the gynecologic oncology community that perineal talc

11   use causes ovarian cancer?

12   A.    No.  There is no consensus in the gynecologic

13   oncology community that talc causes ovarian cancer.

14   Our professional organizations do not support that

15   hypothesis.

16   Q.    Now, there has been a lot of testimony regarding

17   the SGO, ACOG, the NCI, which is part of the NIH,

18   Center for Disease Control, the FDA, IARC and multiple

19   different studies that have been done.

20          My question to you is:  Do any of the health

21   organizations that I just mentioned assert that the

22   data supports a causal association between talc and

23   ovarian cancer?

24   A.    No, none of them do.

25   Q.    Good.  I want to be a little bit more specific

Saenz - Direct/Mr. Williams

1823

 1    about one of those agencies, the National Cancer

 2    Institute or NCI.

 3            Yesterday Dr. Clarke-Pearson was critical of

 4    the NCI PDQ.

 5            MR. WILLIAMS:  If we could bring that up,

 6    that's Exhibit A 104.

 7            (Pause.)

 8    Q.    If we could turn to page 13 of A 104.

 9            Dr. Saenz, you are familiar with this

10    description of factors with inadequate evidence of an

11    association?

12    A.    I am.

13    Q.    I want to direct your attention to the perineal

14    talc exposure paragraph at the bottom of this page

15    which says:

16            "The weight of the evidence does not support

17    an association between perineal talc exposure and an

18    increased risk of ovarian cancer."

19            And then it goes on a little bit later to have

20    some citations there, and later on, on the next page.

21            Yesterday there was some discussion with

22    Dr. Clarke-Pearson that the studies here were old

23    studies, that it was not up to date.

24            First of all, did you listen to

25    Dr. Clarke-Pearson's testimony from the other room?

Saenz - Direct/Mr. Williams

1824

1    A.    I did.

2    Q.    Did you listen to all of it?

3    A.    I did, except when I had to go to the bathroom.

4    Q.    Do you agree with the National Cancer Institute

5    that the evidence concerning talc and ovarian cancer

6    is inadequate to establish a causal connection?

7    A.    I agree with the NCI that the literature is

8    inadequate, that there is no demonstration in the

9    literature of a causal role of the perineal

10   application of talc and the development of ovarian

11   cancer.

12   Q.    If we could turn to page 18.

13         There was discussion yesterday concerning this

14   portion of the PDQ, and specifically the portion that

15   talks about the purpose of the summary and the

16   reviewers and updates.

17         Have you reviewed this document?

18   A.    Yes, I have.

19   Q.    You see there and, in particular, the portion

20   under "Reviewers and Updates" there was some

21   discussion yesterday, Doctor, with Dr. Clarke-Pearson

22   when Ms. Brown was cross-examining him that talked

23   about this portion that refers to the methodology that

24   is used by the editorial board of the NCI.

25         Do you recall hearing that?

Saenz - Direct/Mr. Williams

1825

1    A.    I do.

2    Q.    It refers here in the first sentence under

3    "Reviewers and Updates," it says:

4          "This summary is reviewed regularly and

5    updated as necessary by the PDQ Screening and

6    Prevention Editorial Board, which is editorially

7    independent of the NCI."

8          And it goes on to discuss their meetings and

9    how often they discuss things.

10         Have you looked at that link there to the PDQ

11   Screening and Prevention Editorial Board?

12   A.    I have not actually looked at that link.  I have

13   seen this page, but I haven't clicked on that link.

14   Q.    Let me show you what I'll represent to you what

15   appears when one clicks on that list, and it just

16   gives a list of the members of the editorial board.

17         MR. DEARING:  Your Honor, I object to this.

18   This is a demonstration where the witness said she

19   doesn't have any knowledge about this.  It's improper.

20   It's not in her report, and it wasn't in her

21   deposition.

22         MR. WILLIAMS:  The reference to this document

23   is in her report, the NCI website, your Honor.

24         THE COURT:  I want to see where the question

25   goes.  I don't know if we're going to get more

Saenz - Direct/Mr. Williams

1826

1  specific.  I think he's just going to show us what's

2  on the page.

3          MR. WILLIAMS:  I'm just going to show her.

4          THE COURT:  That's what I had a feeling it was

5  going to be.  If there is no more information on it,

6  who the Board members are -- is that what you are

7  representing?

8          MR. WILLIAMS:  That's all.

9          THE COURT:  I had a feeling that's what was

10  coming.  So with that basic representation.

11  BY MR. WILLIAMS:

12  Q.    Dr. Saenz, I realize that you have not -- you

13  have testified, rather, that you have not personally

14  reviewed this document or gone to this link on the

15  website.

16          First, let's take a look at those two pages.

17  Does that purport to be a listing of the Screening and

18  Prevention Editorial Board members?

19  A.    Yes, it does.

20  Q.    Just browsing through that quickly, do you

21  recognize the medical centers and organizations with

22  which the members of that board are affiliated?

23  A.    Yes, I do.

24  Q.    Is it fair to say that the organizations and

25  universities with which those individuals are

Saenz - Direct/Mr. Williams

1827

1    associated are among the best medical organizations in

2    the country?

3    A.    They give a fair representation of excellent

4    cancer centers across the country, yes.

5    Q.    Very good.  Let's switch topics.

6              THE COURT:  While you are switching topics, I

7    want to ask a question of the Doctor.

8              When did you become involved in these

9    litigations?

10             THE WITNESS:  I was first contacted by counsel

11   in November of 2016.

12   BY MR. WILLIAMS:

13   Q.    Let's switch gears and discuss the concept of

14   biologic plausibility.

15             Dr. Saenz, what does that concept of biologic

16   plausibility mean to you?

17   A.    So to me biologic plausibility means that you

18   are proposing a hypothesis, and based on that

19   hypothesis, the concept that whatever it is you are

20   proposing could actually happen is substantiated by

21   some science that has been done in the field.

22   Q.    Now, does the science in your view for biologic

23   plausibility need to be proof positive?

24   A.    No, it does not need to be proof positive for

25   there to be biologic plausibility, nor does it need to

Saenz - Direct/Mr. Williams

1828

1  be an exact representation of whatever is your

2  hypothesis.  It can just be that there is enough

3  science to make sense and extend it.

4          So, for example, if I may, we know that

5  smoking causes lung cancer.  In terms of evaluating

6  whether or not secondhand smoke can cause lung cancer,

7  you don't have to go through the process of repeating

8  everything that you did for secondhand smoke that you

9  did with smoking for you to get that it's biologically

10  plausible that secondhand smoke causes cancer.

11  Q.    Do you believe there needs to be some sort of

12  scientific data that moves us from hypothesis into the

13  realm of a cohesive theory supported by the science

14  that has been done?

15  A.    Absolutely.  You can't just say I'm going to

16  come up with a hypothesis and not have any proof

17  whatsoever, not have any documentation of mechanism of

18  some sort that substantiates that hypothesis in order

19  to say there is biologic plausibility.  That's just

20  guessing.

21  Q.    For example, in this case in the last two weeks

22  there has been discussion about whether scientific

23  data indicates that talc can cause inflammation.  You

24  are aware of that.  Right?

25  A.    Yes.

Saenz - Direct/Mr. Williams

1829

1  Q.    There has been some discussion of the idea that

2  talc -- excuse me -- that inflammation is associated

3  with certain types of cancer.  You are aware of that?

4  A.    Yes.

5  Q.    Here, based and upon your review, is there data

6  indicating that with some weight that ovarian cancer,

7  in particular, is associated with inflammation?

8  A.    So, the hypothesis that has been put forth in

9  this case is that chronic inflammation leads to the

10  development of ovarian cancer, and the weight of the

11  literature that has been published does not support

12  that hypothesis.

13       That means there is not a biologically

14  plausible explanation for how chronic inflammation

15  could cause ovarian cancer.

16  Q.    We'll talk a little more about inflammation a

17  little later.  Let me ask you now about the topic of

18  migration.

19       MR. WILLIAMS:  And if we could go to slide 5.

20  Q.    Plaintiffs' experts claim that talc migrates

21  from the perineum to the ovaries.  Based upon your

22  medical training and experience and your review of the

23  scientific literature, do you agree with that?

24  A.    I do not agree with that.

25  Q.    Can you walk us through the pathway of the

Saenz - Direct/Mr. Williams

1830

1  female reproductive track where talc particles would

2  have to traverse to get to the ovaries?

3  A.    So when talcum powder is applied to the

4  genitalia, it's applied out here on the labia majora,

5  which are a rather large outer organ.  It's the skin

6  surface.  And the labia majora are opposed meaning

7  they are touching each other.  They are naturally

8  closing off entrance into the inner anatomy.

9       Once you get past the labia majora, you

10  encounter the labia minora, which are the inner labia,

11  and these as well, are opposed, which means they are

12  closed off.

13       Beyond that you have to get over the perineal

14  body, which is a muscle to get entry into the

15  vestibule and the vagina.  The vagina is naturally

16  collapsed.  It's not wide open.  It's why we have to

17  use speculums when we are doing pelvic exams, because

18  you can't just separate the labia and see into the

19  vagina.

20       The vagina itself is naturally about 7 to 8

21  centimeters long, sometimes a little bit longer, but

22  it's about as long as my finger, and that entire area

23  would need to be traversed to get to the cervix.

24       The cervix is another 3 to 4 centimeters, and

25  it is filled with mucus.

Saenz - Direct/Mr. Williams

1831

1       The uterus itself has an endometrial cavity,

2  which it, too, is collapsed and the anterior surface

3  opposes the posterior surface.  The entry into the

4  fallopian tubes is way up at the top of the uterus,

5  and that's a small opening that then leads to the

6  fallopian tubes.

7       So there is, No. 1, no literature that has

8  ever shown any particulate matter migrating from the

9  outer labia majora to the perineum all the way to the

10  ovaries.  There are studies that show placing

11  particles way up here in the posterior vagina that

12  those particles can end up being found in the

13  fallopian tubes.  But placing something up here in the

14  posterior vagina is not the same as applying powder

15  out here.

16  Q.    To the extent an expert were to testify that the

17  vagina is open to the outside world, would that be

18  accurate?

19  A.    That is not an accurate description.  It's not

20  reality.  Otherwise, why would we need to place a

21  speculum into the vagina in order to see the vaginal

22  walls and see the cervix?  It is not wide open.  It's

23  not an open cavity.  It's closed.  It's collapsed, and

24  the labia are covering it.

25  Q.    Is there data from the epidemiologic studies

Saens - Direct/Mr. Williams

1832

1  that you have reviewed that informs your opinion on

2  whether it matters if talc could migrate all the way

3  to the ovary?

4  A.    No, it doesn't really matter because even if

5  talc was migrating all the way from the perineum to

6  the ovary, there is still no evidence that chronic

7  inflammation is the cause of ovarian cancer.  There is

8  no biologically plausible mechanism by which that

9  would be causing ovarian cancer.

10  Q.    Let me ask you about some of the literature.

11  One study there has been some discussion about, the

12  Heller 1996 study, which is Exhibit A 60 in your

13  binder -- and let me grab that pointer from you.

14        You reviewed this study, Doctor, haven't you?

15  A.    Yes.

16  Q.    If we could direct your attention to the top of

17  the study.

18        Is this the study that there was an analysis

19  of 24 women, some of whom reported they used talc and

20  some of them did not?

21  A.    Correct.  There were 24 women in this study, 12

22  of whom reported that they had applied talc to their

23  perineum and the other 12 reported that they had never

24  used talc in the perineum.

25  Q.    Why does it matter that there was talc that was

Saenz - Direct/Mr. Williams

1833

1  found in more of the women who reported that they had

2  not used talc in the perineal area than the women who

3  had?

4  A.    Well, in this study the talc was actually found

5  in the women that reported no perineal application.

6  So what it says is that the talc got to those ovaries

7  somehow other than perineal application.  So it's the

8  perineal application itself does not account for

9  finding talc in the ovaries.

10 Q.    Do we know from the review of the Heller study

11 whether the talc in the ovaries got there before or

12 after the tissue was removed from the body?

13 A.    We do not know that.

14 Q.    How, if at all, does your opinion about whether

15 talc can cause ovarian cancer change if talc could

16 migrate to the ovary?

17 A.    It doesn't change my opinion because we still

18 don't have any biologically plausible mechanism by

19 which talc being in the ovaries would then be causing

20 ovarian cancer.

21 Q.    Have you reviewed studies, epidemiological

22 studies, that have analyzed associations related to

23 the introduction of talc into the vaginal area by

24 means of condoms or diaphragms?

25 A.    Yes.

Saenz - Direct/Mr. Williams

1834

1  Q.    Are those studies listed in your report?

2  A.    Yes.

3  Q.    Let's take a look at Cramer 2016, which is

4  Exhibit A 25.  Let's look at Table 1 on page 4.

5        There is a table on page 4 entitled "Type,

6  Timing and Duration of Genital Talc Use."

7        Do you see that?

8  A.    Yes, I do.

9  Q.    What was the finding here with respect to

10  potential exposure in women with no personal use but

11  diaphragm only use?

12  A.    These are women who placed talc on their

13  diaphragms, and what Cramer found in his manuscript

14  published in 2016 is that these women actually had a

15  protective effect against the development of ovarian

16  cancer in the range of about 27 percent because the

17  odds ratio for women who dusted their diaphragms with

18  talc was 0.73 with a significant confidence interval.

19  Q.    Let me stop you there on the confidence

20  interval.  You see this confidence interval crosses

21  the baseline of 1.  Does that tell you this is not a

22  statistically significant finding?

23  A.    Actually, Mr. Williams, it does not.

24  Q.    Excuse me.  I misspoke.  This particular

25  confidence interval.

Saenz - Direct/Mr. Williams

1835

1     THE COURT:  The next one does.

2     MR. WILLIAMS:  Yes, I beg your pardon.

3  Q.    For the diaphragm only use, this specific

4  confidence interval does not cross 1.  What is the

5  significance of that?

6  A.    That means it's a statistically significant

7  finding, but I don't believe this -- I don't believe

8  that dusting your diaphragm with talc would help

9  prevent ovarian cancer.  I'm not going to now go tell

10 patients that, and the reason for that is the same

11 thing.  There is a lack of biologically plausible

12 mechanism by which dusting your diaphragm with talc

13 would protect you against ovarian cancer.

14 Q.    What, if anything, does this statistically

15 significant finding for the introduction of a

16 diaphragm with talc on it, what does it do for you in

17 terms of your analysis of the consistency of the

18 literature on the ultimate question here?

19 A.    So earlier I commented on how, when I read all

20 of these studies I look for inconsistencies, even

21 within an individual study, and to me this is a

22 perfect example of that.  Conceptually it makes no

23 sense that putting talc on your diaphragm, which then

24 goes in and sits at the mouth of your cervix, would

25 reduce your risk of ovarian cancer; whereas, placing

Saenz - Direct/Mr. Williams

1836

1    talc outside on the perineum, a good 7, 8 centimeters

2    away would increase your risk of ovarian cancer.

3    That's where I think the studies conflict within

4    themselves, and that's part and parcel of the reason

5    that I do not believe that the literature supports a

6    causal role of talc in the development of ovarian

7    cancer.

8    Q.    Now, the next line, when I prematurely went to

9    it, that is not statistically significant relates to

10   condoms with or without diaphragm.  Is that correct?

11   A.    Right.  And so condoms could theoretically be

12   dragging talc particles into the vagina or condoms may

13   actually be dusted with the talc, and, again, the odds

14   ratio is less than 1, showing potentially a protective

15   effect, although, as you stated, that confidence

16   interval is not significant because it crosses 1.

17   Q.    Let's look at one more study really quickly on

18   this topic.  It's a study about which we had much

19   discussion.  It's the Penninkilampi 2018 study,

20   Exhibit A 109.

21        Did that study as well look at the question of

22   diaphragm use?

23   A.    Yes.

24   Q.    I'll direct your attention to page 5 of

25   Penninkilampi, Table 1, entitled "Method of Talc Use."

Saenz - Direct/Mr. Williams

1837

1    First of all, Doctor, can you tell by looking

2  at this chart how many studies were combined in the

3  Penninkilampi meta-analysis related to talc dusted

4  diaphragm use?

5  A.    So from this meta-analysis, they were able to

6  identify eight of the studies that reported on

7  diaphragm use -- on talc being applied to the

8  diaphragm.

9  Q.    Does Table 1 have an odds ratio for diaphragm

10 use?

11 A.    Yes, it does.  It has an odds ratio of 0.84,

12 which again, being less than 1 would suggest a

13 protective effect; but like we've talked about before,

14 this is not a statistically significant finding

15 because the confidence interval overlaps 1.

16 Q.    Now, had the .84 odds ratio been statistically

17 significant, what kind of effect or association would

18 that have shown from the use of talc in diaphragms?

19 A.    Again, that would suggest a protective effect

20 from dusting your diaphragm with talc and then

21 inserting it at the mouth of the cervix.

22 Q.    Now, Table 1 also reports just below on sanitary

23 napkins with 12 studies being reviewed.  Is that

24 right?

25 A.    That's correct.

Saenz - Direct/Mr. Williams

1838

1    Q.    How did this result, both individually and

2    collectively with what we saw in Cramer 2016, inform

3    your opinion in this case that the data and the

4    literature supports a finding that perineal use of

5    talcum powder does not cause ovarian cancer?

6    A.    So, again, I find this conflict, if you will,

7    between putting talc on a diaphragm and placing it at

8    the mouth of the cervix creating a protective effect

9    just inconsistent and confusing in terms of why would

10   that be protective; but then placing it on a sanitary

11   napkin outside on your vulva increase your risk of

12   developing ovarian cancer.  It doesn't make sense that

13   you are placing a talcum powder product even further

14   away from the ovary when you put it on the sanitary

15   napkin and increasing the risk, but when you place it

16   at the cervix on the diaphragm, you are decreasing the

17   risk.

18   Q.    New topic.  I want to ask you about your

19   clinical experience treating patients who have ovarian

20   cancer.

21         How many patients with ovarian cancer have you

22   operated on in the course of your career, roughly?

23   A.    Again, it's most of the patients that I care

24   for, I've usually operated on; some patients granted

25   transfer care after they had surgery, but I would say

Saenz - Direct/Mr. Williams

1839

1   it's somewhere between 1500 to 1800.

2   Q.    Have you ever seen evidence of an inflammatory

3   process during any of those procedures?

4   A.    So during the procedure, the cancer itself is

5   already developed and can be inflammatory.  But when

6   we look at the microscope slides, which we do with the

7   pathologist during a treatment planning conference,

8   which we have twice a month, we don't see evidence of

9   foreign body granulomas, evidence of a chronic

10  inflammatory response that would have been incited by

11  a foreign body.

12  Q.    Is part of your practice to review the pathology

13  slides for the women upon whom you have operated?

14  A.    I look at the pathology slides on every patient

15  upon which I perform surgery.

16  Q.    In your over 20 years of practicing as a

17  gynecologic oncologist, have you ever seen evidence of

18  the inflammatory processes that you have mentioned --

19  granulomas, for example, foreign body giant cells?

20  Have you ever seen that type of evidence in your

21  ovarian cancer patients?

22  A.    I've seen it if somebody had prior surgery, and

23  there was old suture material there, or if there were

24  staples that were there, the body has essentially

25  mounted an immune response to that foreign body.  But

Saenz - Direct/Mr. Williams

1840

1  irrespective of that, I have not seen it.

2  Q.    In addition to operating on patients who have

3  already been diagnosed with ovarian cancer, you've

4  told us that you do preventative work as well.  Is

5  that right?

6  A.    That's correct.  I do surgery to remove the

7  tubes and ovaries of women prior to them being

8  diagnosed with ovarian cancer.

9  Q.    Let me ask you about that subset of patients

10  with whom you have associated.

11        Those surgeries are conducted on your patients

12  who are at high risk for developing ovarian cancer?

13  A.    Correct.

14  Q.    How many surgeries of that type have you

15  performed in your career?

16  A.    I never tallied them, but I do two to three a

17  month of that type of surgery.  So you could do the

18  math, but I can't right now.

19  Q.    You were asked about and testified in your

20  deposition about precursor lesions.  What are those?

21  A.    So for the women that have BRCA 1 and 2 lesions,

22  we know that those women are at an increased risk of

23  developing serous carcinomas.  Recently -- and by that

24  I mean in the last five to eight years -- we have

25  become more sophisticated about being able to identify

Saenz - Direct/Mr. Williams

1841

1  changes in the cells in the fallopian tubes which

2  appear to be precursor lesions to the women that are

3  at risk for developing ovarian cancer.

4       And so in any patients that I'm doing surgery

5  prophylactically in order to reduce her risk of

6  cancer, those tissues, the ovaries and the tubes

7  undergo this special staining process in order to look

8  for those precursor lesions.

9  Q.   With respect to those precursor lesions, if

10  those lesions were not removed, is the scientific

11  understanding that they would have progressed to

12  cancer?

13  A.   Yes.  So there is actually an acronym for those

14  lesions.  They are called STICs, which stands for

15  "serous tubal intra-epithelial carcinoma," meaning

16  that the cancer is beginning to develop but it's not

17  yet invasive.

18       Within those STIC lesions we can also stain

19  for a mutation in the p53 gene.

20            THE COURT:  You were using stain?

21            THE WITNESS:  Stain.

22  Q.   Go ahead.

23  A.   It's an antibody that is actually tagged with

24  like a dye, if you will, so that the cells that have

25  the p53 mutation look a different color than the cells

Saenz - Direct/Mr. Williams

1842

1  that do not have the p53 mutation.

2  Q.    Is it your practice to review the pathology for

3  these patients as well?

4  A.    Yes.

5  Q.    Have you seen any evidence of inflammation in

6  these patients with the STIC lesion?

7  A.    No.

8        So I've looked at these specimens, if you

9  will, the tubes and ovaries of these high risk

10  patients.  I've looked at the tissues that have been

11  stained to identify cells that contain p53 mutations

12  and cells that have STIC lesions or tubes that have

13  STIC lesions, and there is no associated inflammation

14  with these tissues, even though the cancer is already

15  in the process of developing.

16  Q.    Let me ask you about pelvic inflammatory

17  disease, PID.  There has been testimony about that.

18  Does PID cause adhesions?

19  A.    PID can definitely cause adhesions.

20  Q.    What are adhesions?

21  A.    Adhesions are essentially scar tissue.  They are

22  mainly composed of fibrin, which is a type of tissue

23  that's fibrous, like you would find in a piece of

24  meat.  They can be thick.  They can be filmy.  They

25  are essentially leftovers from an inflammatory

Saenz - Direct/Mr. Williams

1843

1    process.

2    Q.    Have you reviewed the literature on PID and

3    ovarian cancer?

4    A.    I have.

5    Q.    Dr. Clarke-Pearson testified yesterday that PID

6    causes ovarian cancer.  Did you hear that testimony?

7    A.    I did.

8    Q.    Does the literature support that conclusion?

9    A.    No.  The literature on PID and its relationship

10   to ovarian cancer is actually fairly inconsistent.

11   PID in and of itself has not been the associated with

12   the development of ovarian cancer unless patients have

13   reported having more than one episode, and then the

14   type of ovarian cancer is not invasive epithelial

15   ovarian cancer; it's something called a borderline

16   tumor, and borderline tumors are a distinct entity

17   from the types of cancers we have been talking about

18   here.

19   Q.    Does the data show that rates of ovarian cancer,

20   cancer risk increase in women with known inflammatory

21   conditions?

22   A.    No.  In fact, it doesn't.  We know women, for

23   example, with ulcerative colitis or Crohn's disease,

24   but these women are not at an increased risk for

25   developing colon cancer, and they are inflammatory

Saenz - Direct/Mr. Williams

1844

1    conditions, but these women are not at an increased

2    risk for developing ovarian cancer.

3    Q.    Is one of the cases you've reviewed, the Merritt

4    2008 study?

5    A.    That's one of the case-control studies I've

6    reviewed, yes.

7    Q.    Let's take a look at P 502.  There has been

8    testimony about it.  Can we look at page 2.  I just

9    wanted to point out -- actually, page 3.

10         Who does this indicate was the sponsor of this

11   research?

12   A.    The U.S. Army Medical Research and Materiel

13   Command.

14   Q.    Let's look at page 3 of the document in the

15   second sentence of the second full paragraph.  The

16   author states -- the first full paragraph:

17         "The aim of the current study was to further

18   examine the role of local chronic inflammation in the

19   development of epithelial ovarian cancer overall by

20   histologic subtype."

21         Was that the purpose as you understood it?

22   A.    Overall and histologic subtype, yes.

23   Q.    Let's look at page 5 of Exhibit P 502, Table 3.

24         What do the authors of the Merritt study

25   conclude about whether chronic inflammation causes

Saenz - Direct/Mr. Williams

1845

1  ovarian cancer?

2  A.    So the authors of this study, based on actually

3  trying to examine other inflammatory conditions such

4  as PID, mumps or even endometriosis, concluded that

5  inflammation is not a reasonable hypothesis for the

6  development of ovarian cancer.

7  Q.    Let's look at page 7 at the end in the

8  conclusion.  It's on page 7.  Just above the

9  acknowledgements in the paragraph on the right-hand

10  column, this says:

11        "However, experimental evidence that perineal

12  talc use elicits an inflammatory response in the

13  ovaries is lacking, and, overall, we conclude that

14  chronic inflammation does not play a major role in the

15  development of ovarian cancer."

16        Is that conclusion consistent with the review

17  of literature that you have done?

18  A.    Yes, it is.

19  Q.    Let me ask you about CA-125.  We've heard

20  testimony that's a protein that is ubiquitous on

21  epithelial cells.  What kinds of things elevate CA-125

22  levels?

23  A.    Many things elevate a C-125 level.  It's why it

24  is not a good screening test for ovarian cancer.

25  Pregnancy can elevate a CA-125 level; pelvic

Saed - Direct/Mr. Williams

1846

1    inflammatory disease can elevate it; fibroids can

2    elevate it; pregnancy can elevate it.

3    Q.    Now, Dr. Saed's experiment, one of the

4    experiments that he did, purported to find cells

5    treated with talc produce increased levels of CA-125.

6          My question is:  Is an increase in CA-125

7    evidence of malignant transformation?

8    A.    No.

9    Q.    What, if anything, does an increased level of

10   CA-125 tell us about whether talc causes ovarian

11   cancer?

12   A.    It doesn't tell us anything about whether talc

13   causes ovarian cancer because CA-125 is just a protein

14   that is being shed and can be shed for many, many

15   reasons.  It doesn't elevate as part of the neoplastic

16   transformation.  It's a response marker.  It's not

17   initiating the cancer.

18   Q.    Last topic.  We're not going to do an exhaustive

19   review of all the epidemiological studies.

20          THE COURT:  Excuse me.  Explain what you mean

21   by "It's a response marker."

22          THE WITNESS:  So in ovarian cancer, the CA-125

23   will elevate in about half of the women that have

24   ovarian cancer when it's just Stage I or Stage II.

25   But most women that it's found to be elevated in, it

Saed - Direct/Mr. Williams

1847

1    doesn't elevate until the disease is already Stage III

2    or Stage IV.

3         So it's not even an early marker for ovarian

4    cancer.  It's not there yet.  So it's not elevated

5    even when the cancer is initiating in over half of the

6    women.  It's only elevating after the cancer has

7    already developed.

8         THE COURT:  Now, you reviewed Dr. Saed's

9    expert report?

10        THE WITNESS:  I did.

11        THE COURT:  Did you review his publication?

12        THE WITNESS:  I had not, your Honor, by the

13   time of my deposition, but I have since read his

14   manuscript, okay.

15        THE COURT:  Essentially, his report and the

16   manuscript are very similar and the findings that they

17   make.

18        THE WITNESS:  I think the only major

19   discrepancy I found was that he reported in his report

20   for this matter that he treated the cells for

21   72 hours, but then in his manuscript he changed that

22   to 48 hours.

23        THE COURT:  I think it's the reverse.  The

24   report said 48 and the manuscript said 72.  That was

25   changed at some other point.  Put that aside.

Saenz - Direct/Mr. Williams

1848

1    Did you critique in your report Dr. Saed's

2    findings?

3         THE WITNESS:  Not on his experiments, your

4    Honor.  I really deferred that to Dr. Neel and some of

5    the other cancer biologists involved in this matter.

6         THE COURT:  But as to his findings.

7         THE WITNESS:  I didn't put it in my report,

8    but I'll be happy to answer any questions now.

9         THE COURT:  It's not part of what you have in

10   your report.  Okay.

11        I think there were some parts of it in her

12   deposition testimony that she reacted to.

13        THE WITNESS:  I did get asked questions in my

14   deposition.

15        MR. WILLIAMS:  I think there is some reference

16   in her report as to Dr. Saed's analysis.

17        THE COURT:  There is some, but I don't know

18   how complete it is.

19        THE WITNESS:  If I may, your Honor, in my

20   report I did comment on his abstract about the CA-125

21   levels, but I did not comment on the generation of

22   reactive oxygen species.

23        THE COURT:  Got it.  So we won't go there.

24        MR. WILLIAMS:  The CA-125 reference is on page

25   31 of Dr. Saenz's report.

Saens - Direct/Mr. Williams

1849

1       THE COURT:  That I saw in there and that's as

2   far as it went.

3       Thank you.

4   BY MR. WILLIAMS:

5   Q.    So the last topic I wanted to focus in on is the

6   cohort studies, and, in particular, some of the

7   testimony that we've heard over the last two weeks on

8   the Nurses' Health Study, Penninkilampi and Berge.  I

9   would like to focus on that.

10      Are you familiar with the Nurses' Health

11  Study?

12  A.    Yes, I am.

13  Q.    How old were the women at the time of

14  enrollment?

15      MR. WILLIAMS:  And if we could pull up slide

16  No. 6.

17  Q.    Did you help us prepare this summary in the

18  Nurses' Health study?

19  A.    I did.

20  Q.    How old were the women at the time of

21  enrollment?

22  A.    So at the time of enrollment in 1976 the women

23  spanned the ages of 30 to 55.

24  Q.    In connection with forming your opinions in the

25  case, did you review Gertig 2000, Gates 2008 and Gates

Saenz - Direct/Mr. Williams

1850

1    2010?

2    A.    Yes, I did.

3    Q.    Let's focus on Gertig 2000 first.

4          Did the Nurses' Health Study obtain

5    information about perineal exposure to talc from

6    participants?

7    A.    Yes, it did, although the initial study started

8    in 1976.  In 1982 the study authors sent

9    questionnaires that included questions about the

10   frequency with which women were applying talc to the

11   genital area.

12   Q.    How many women formed the cohort for analysis?

13   A.    It was almost 79,000 women.

14   Q.    How long were the women studied?

15   A.    So the women in this study, this initial Gertig

16   2000 study, were followed for 14 years.

17   Q.    Please take a look at Table II on page 3 of

18   Exhibit A 45.  We'll have it on the slide.

19         What were the results of Gertig 2000 for ever

20   never perineal talc use for all subtypes combined?

21   A.    So Gertig 2000 reported nonstatistically

22   significant relative risk for ever use of talc in

23   terms of increasing the risk of developing ovarian

24   cancer with a value of 1.09, and a nonstatistically

25   significant confidence interval of 0.86 through 1.37.

Saenz - Direct/Mr. Williams

1851

1   Q.    Now, in Gertig 2000 the authors also analyzed

2   the findings for serous ovarian cancer specifically.

3   Right?

4   A.    Yes, they did.

5   Q.    If we look down at the bottom on Table 3 on that

6   page, page 4, I believe, of the exhibit, what was the

7   finding?

8   A.    So Gertig 2000 reported for the serous histology

9   only a statistically significant risk factor of 1.40

10  with a confidence interval that was significant at

11  1.02 through 1.91.

12  Q.    Now, did that statistically significant positive

13  association fall away with Gates 2010?

14  A.    It fell away not only with Gates 2010 but also

15  with Gates 2008.

16  Q.    Let's focus on 2010 first, and this is Exhibit

17  A 42.  We prepared a slide for this one as well.

18          Is Gates 2010 another cohort looking at data

19  from the Nurses' Health Study?

20  A.    I wouldn't say it's another cohort.  I would say

21  it's an extension of the original cohort.  Essentially

22  10 more years of time elapsed.  During that time, the

23  authors collected data, again, on how many more women

24  were developing epithelial ovarian cancer.  So in

25  2000, I believe there were 307 cases.  By 2010, so,

Saenz - Direct/Mr. Williams

1852

1   now a full 24 years of follow-up on this cohort, there

2   were an additional almost 600 more cases.  It went

3   from 307, I believe, to 876 women diagnosed with

4   epithelial ovarian cancer.

5   Q.    Let me stop you there.  You indicated earlier

6   that 1982 was when women were first asked about their

7   use of talcum powder.  Correct?

8   A.    Correct.

9   Q.    Should we assume -- and did you assume in your

10  analysis that those women started using talc on the

11  date in 1982 when they filled out the form?

12  A.    No, not at all, because we know from Cramer 2016

13  as well as from IARC that reported that most women

14  that used perineal talc actually usually start in

15  their twenties.  And so the women in the Gertig study

16  in 1982, when they were first asked about their use of

17  talc, were well beyond that age.  So I did make an

18  assumption but based off of the literature on this

19  topic, that those women were already habitual users if

20  they were users.

21  Q.    Looking at Table 4 of page 8 on Exhibit 842,

22  what were the talc use categories in Gates 2010?

23  A.    So in Gates 2010, they did a comparison not of

24  ever never users, but they did it of women that used

25  talc greater than one times per week versus women that

Saenz - Direct/Mr. Williams

1853

1  used it less than one time per week, which also

2  includes the never users.

3  Q.    And were the results of Gates 2010 -- the Court

4  heard this before -- that there was not a

5  statistically significant association for any subgroup

6  of ovarian cancer or overall?

7  A.    Correct.

8  Q.    Now, let's go to the next slide.

9         Dr. McTiernan told the Court that because

10  Gertig looked at ever/never use, whereas Gates 2010

11  looked at that different metric, meaning greater than

12  once per week versus less than once per week, that you

13  just testified about, that the risk in Gates 2010 was,

14  in her words, attenuated.

15        Let me ask you this:  "Attenuated" in this

16  context would mean that taking out the women who used

17  less than once per week and putting them in the

18  infrequent user category that you mentioned would

19  decrease the risk ratio for the user category.  That's

20  what Dr. McTiernan was saying, right?

21  A.    She's saying that by removing the women that

22  used it less than once per week from the women that

23  used it more often decreased that relative risk

24  number, she's making that assumption.  Correct?

25  Q.    Is Dr. McTiernan's testimony supported by the

Saenz - Direct/Mr. Williams

1854

1    studies upon which you and she relied?

2    A.    No.

3    Q.    Why not?

4    A.    Actually, it's the opposite of what she assumed

5    and asserted.  What Gates 2010 did was focus on the

6    habitual users.  They did not want the risk, if there

7    was one, that would be associated with the habitual

8    users to be diluted, if you will, by the infrequent

9    users.

10          So they pulled the women out that were using

11   talc less than once per week and grouped them with the

12   never users.  The intent of this was to in fact

13   magnify the risk of habitual users if in fact there

14   was a risk.

15   Q.    Let's take a look at Gates 2008 to see what you

16   are saying.

17          Did Gates 2008 report on the same cohort of

18   women from the Nurses' Health Study that we saw in

19   Gertig 2000?

20   A.    Yes, they did.

21   Q.    Let's look at Gates 2008, Table 3.  This is

22   Exhibit A 43.

23          What were the results in Gates 2008 in the

24   category of women that used talc less than once per

25   week?  Was the result above 1.0 or below?

Saenz - Direct/Mr. Williams

1855

1 A.   So in Gates 2008, what the authors found was

2 that the women that used talc less than 1 time per

3 week had a relative risk of 0.98, which meant their

4 risk was actually even lower than the women that were

5 never users.

6        So this is exactly what I was talking about

7 before.  By grouping the never users with the less

8 than one time per week women -- you are pulling out

9 the infrequent users from your more frequent users so

10 that you could in fact magnify an effect if there was

11 actually one there.

12 Q.   Using this table, can you explain to the Court

13 why the data from this study does not support

14 Dr. McTiernan's assumption about attenuation?

15 A.   Dr. McTiernan is making the assumption that any

16 exposure to talc will increase your risk of ovarian

17 cancer.  What this data shows is, actually, that if

18 you use talc less than one time per week, your risk is

19 no different than a never user.

20        So had these women that used less than one

21 time per week been left in the classification with the

22 users that used it one to six times per week, or more

23 often, the reported relative risk would have actually

24 been lower than what was reported in the 2010

25 publication, not higher like what was suggested by

Saenz - Direct/Mr. Williams

1856

1  Dr. McTiernan.

2  Q.    And was that true for the serous subtype as

3  well?

4  A.    That was true for the serous subtype as well.

5  In fact, the -- quote, unquote -- protective effect --

6  because, again, I don't believe that's really

7  protective, but the relative risk for the women that

8  used talc less than one time per week of developing

9  ovarian cancer was only 0.79.  So the magnitude of

10 reduction was even greater in the women with serous

11 ovarian cancer.

12 Q.    Now, is this grouping of infrequent users with

13 the never users unique to Gates 2010?

14 A.    No.  That attempt, if you will, with the study

15 to focus on grouping infrequent users with the never

16 users and trying to really only focus on the habitual

17 users was also done in a few of the case-control

18 studies, specifically in Schildkraut 2016, and I

19 believe in Wu 2015.  Both of those study authors did

20 similar groupings of infrequent users along with the

21 never users.

22 Q.    And you are familiar with the Penninkilampi

23 study?

24 A.    I've am.

25 Q.    Were both Wu 2015 and Schildkraut 2016 with that

Saenz - Direct/Mr. Williams

1857

1  different sort of category usage analyzed by the

2  Penninkilampi authors?

3  A.    They were.  Basically looking at what's called

4  -- quote, unquote -- ever users versus never users,

5  but they really weren't never users.  It was more

6  never/infrequent users in both Wu 2015 and Cramer

7  2016.

8  Q.    Her Honor asked the question yesterday about the

9  differences between the Penninkilampi study and the

10  Berge study.  Did the Penninkilampi study even

11  consider the study that we've just gone through in

12  Gates 2010?

13  A.    No.  Penninkilampi did not include that cohort

14  study at all, and I don't really understand that.

15  Gertig had 14 years of follow-up.  Gates 2010 had

16  24 years of follow-up.  I don't know why you wouldn't

17  want to report data on a more mature study that

18  collected more cases.  The authors never explained it.

19  Q.    Were there other differences with respect to the

20  underlying studies used and analyzed by Penninkilampi

21  and Berge?

22  A.    So with respect to the case-control studies,

23  Berge did not report -- or, I should say, Berge did

24  not include case-control studies, that the data from

25  that study had been subsumed into a later publication,

Saenz - Direct/Mr. Williams

1858

1  but Penninkilampi did.

2       So, for example, Purdie, which was published

3  in 1995, those cases were actually subsumed into Green

4  1997, and Penninkilampi included both of those studies

5  in their analysis.  Berge only included the Green

6  study because that was the later publication.

7  Q.    And so we see here on the slide that's on the

8  board there is a reference here to Purdie 1995.  Do

9  you see that, and Green 1997?

10 A.    Yes.

11 Q.    And the slide on the board is summarizing a

12 chart from the Penninkilampi study?

13 A.    Yes.

14 Q.    Finally, Berge -- we've gone through this

15 before.  Let's take a look at Table II on page 7 of

16 that study.

17      What did the Berge study find with respect to

18 whether there was a positive association between

19 perineal talc use and ovarian cancer in the cohort

20 study?

21 A.    So Berge found in the cohort studies that the

22 perineal application of talc did not increase the risk

23 of developing ovarian cancer.  This was utilizing all

24 three of the cohort studies and specifically not

25 utilizing the Gertig study but using the more mature

Saenz - Direct/Mr. Williams

1859

1  study in the Gates 2010 study.

2  Q.    Over the past few days there has been a fair

3  amount of discussion on the subject of power as it

4  relates to case control and cohort studies.

5       What did the Berge 2018 authors conclude with

6  respect to the power of the cohort studies?

7  A.    So in an attempt to try to understand I think

8  perhaps why there was a difference in the odds ratios

9  with the case-control studies versus the cohort

10  studies, the authors did a power analysis on the

11  meta-analysis of just the three cohort studies, and

12  they found that by grouping those three studies

13  together, the cohort studies were actually

14  sufficiently powered to detect a relative risk of at

15  least 1.25 if one actually existed, and this was to a

16  certainty of 0.99, which meant there is a less than

17  1 percent chance that the grouping of the cohort

18  studies together would not be capable of finding that

19  relative risk, but it means that there is a 99 percent

20  chance that these studies are actually powered to

21  detect that relative risk if it exists.

22       So the authors concluded that you can't simply

23  say that the power of the cohort studies is too low to

24  find that that's not the reason that the cohort

25  studies are not finding a statistically significant

Saenz - Direct/Mr. Williams

1860

1  increased risk.

2  Q.    To summarize that finding in Berge, the cohort

3  studies had a 1.02 relative risk.  Is that right?

4  A.    That's correct.

5  Q.    Dr. Carson testified that because the cohorts

6  were not able to find a statistically significant

7  association, that they must not have been well

8  powered.

9        My question to you is:  Does that comport with

10  your understanding of the scientific method?

11  A.    That's not how it works.

12  Q.    Why not?

13  A.    Because that would mean that any time you don't

14  have a positive finding, you are just saying the study

15  has no power.  That's not how it works.

16  Q.    Is that sort of like saying heads I win, tails

17  you lose?

18  A.    It's kind of saying I'm going to have a positive

19  result; and if I don't get it, then I'm not getting it

20  because the study is not good.  That's cherry-picking

21  your results.

22  Q.    Now there has been testimony about clearance

23  from the ovary.  Simple question:  If something gets

24  to the ovary, for example, a talc particle or

25  bacteria, can it exit?

Saenz - Direct/Mr. Williams

1861

 1    MR. DEARING:  Objection.  There is no evidence
 2  in the report, no statements in the report about
 3  clearance from the ovary.
 4    MR. WILLIAMS:  I believe she's qualified.  She
 5  didn't know people were going to make that statement
 6  here, your Honor.
 7    THE COURT:  I know.  But I am limiting
 8  everyone to the opinions they have already given.
 9    MR. WILLIAMS:  Very well.
10  BY MR. WILLIAMS:
11  Q.    Then my last question is:  Could you, Doctor,
12  summarize your conclusions regarding whether the
13  literature supports a causal finding that talc causes
14  ovarian cancer with particular attention to the
15  consistency factor that you mentioned at the top?
16  A.    So in my opinion the literature on whether or
17  not perineal application of talc is associated or
18  causes ovarian cancer is that the literature is
19  inconsistent.  There are several case-control studies
20  that have been performed which do show an elevated
21  odds ratio in the range of 1.2 to 1.4.  But there are
22  also multiple case-control studies that do not show a
23  statistically significant difference; and the analysis
24  of the cohort studies does not support, it's not
25  consistent, with the findings within the case-control

Saenz - Direct/Mr. Williams

1862

1    studies.

2         So I do not believe that the perineal

3    application of talc causes ovarian cancer.

4         MR. WILLIAMS:  No further questions, your

5    Honor.

6         THE COURT:  Thanks.

7         We'll take our break now.

8         THE DEPUTY CLERK:  All rise.

9         (Recess.)

10        (Continued on the next page.)

11   ///

1863

```
 1          THE DEPUTY CLERK:  All rise.

 2          THE COURT:  Thank you.

 3

 4   CHERYL C. SAENZ, resumed.

 5

 6   CROSS-EXAMINATION

 7   BY MR. DEARING:

 8   Q.    Good morning.

 9          Dr. Saenz, you don't have any degrees in

10   epidemiology, do you?

11   A.    No, I do not.

12   Q.    You are not formally trained in epidemiology,

13   are you?

14   A.    I don't believe that's entirely true because, as

15   a composite part of my fellowship training in

16   gynecologic oncology, I do need to know the

17   epidemiology literature, and I do actually publish in

18   epidemiology on gynecologic cancers.

19   Q.    Did you hear my question?  My question was:  You

20   don't have any formal training in epidemiology.

21   Correct?

22   A.    And I disagree with that, sir.

23          MR. DEARING:  Your Honor, permission to read

24   from her deposition?

25          THE COURT:  Yes.
```

Stone/Cross/Mr. Dearing

1864

1   Q.    Page 129, line 12.

2        MR. WILLIAMS:  Your Honor, we would object.

3   It is not proper impeachment.  The questions are

4   different and, therefore, the answers are different.

5        THE COURT:  That is a different question.

6   Perhaps you have the wrong cite.

7        MR. DEARING:  I may.

8        THE COURT:  Okay.

9   BY MR. DEARING:

10   Q.    Do you hold yourself out as an epidemiologist?

11   A.    I do not.

12   Q.    Is it true you are not formally trained in

13   epidemiology?

14   A.    I do have training in epidemiology as it

15   pertains to the GYN field.

16        THE COURT:  Keep your voice up.  You were

17   doing great this morning.

18   Q.    You are not a toxicologist, are you?

19   A.    No, sir.

20   Q.    And you don't have any formal training in cancer

21   biology?

22   A.    I don't exactly agree with that.  I actually

23   have worked as a WRHR scholar for 4 1/2 years in a

24   cancer biology laboratory, and I published in cancer

25   biology.

Siebz Cross/Mr. Dearing

1865

1  Q.    You don't hold yourself out as a cancer

2  biologist, do you?

3  A.    That's correct.

4  Q.    And you've never published any research on the

5  issue of talc and ovarian cancer.  Is that right?

6  A.    That's correct.

7  Q.    And you have not conducted any experiments on

8  talc and its effect on cells?

9  A.    That's correct.

10  Q.    And you have no opinions whether Johnson &

11  Johnson's Baby Powder or Johnson & Johnson's Shower

12  To Shower products contain asbestos.  Right?

13  A.    I am not giving you my opinions today, sir,

14  based on what the constituents are of the product.

15  That's correct.

16  Q.    And you are not an expert on asbestos, are you?

17  A.    That's correct.

18  Q.    And you have no opinion whether asbestos

19  exposure can cause ovarian cancer.  Right?

20  A.    No, that's not entirely true.  I do know that

21  IARC has published and stated that with heavy

22  occupational exposure there is an increased risk of

23  developing ovarian cancer.

24  Q.    And you don't intend to offer any opinions about

25  the components of the Johnson & Johnson talc products.

Stohr - Cross/Mr. Dearing

1866

1    I just mentioned their chemical compositions.

2    A.    I do not.

3    Q.    You don't have any opinions about whether

4    Johnson & Johnson's talc contains carcinogenic heavy

5    metals or carcinogenic fragrance chemicals.  Right?

6    A.    I will not be giving opinions on the

7    constituents, products or components of Johnson &

8    Johnson Baby Powder.

9    Q.    And you have no opinion whether Johnson &

10   Johnson talc products contain asbestiform fibrous

11   talc.  Right?

12   A.    That's correct.

13   Q.    And you have no opinions whether fibrous talc is

14   an established carcinogen.  Right?

15   A.    So I do know that IARC has published on fibrous

16   talc I believe in the asbestos monograph and grouped

17   it there, but beyond that I have no opinions.

18   Q.    Are you aware that IARC has grouped fibrous talc

19   as a 1-A carcinogen, that's a known human carcinogen.

20   Right?

21         MR. WILLIAMS:  Objection.  Assumes facts and

22   misstates what IARC does.

23         MR. DEARING:  I'm trying to clarify what she

24   just said, your Honor.

25         THE COURT:  She's suggesting that's not

Stone Cross/Mr. Dearing

1867

```
 1    exactly the finding of IARC.  If you want to direct

 2    her to something, why don't you direct her to the

 3    document and what you are relying on.

 4              MR. DEARING:  I will come back to the

 5    document.  I'll lay a foundation for where we are

 6    going to go today.

 7              THE COURT:  Okay.

 8    BY MR. DEARING:

 9    Q.    Let me ask you some questions about migration.

10              First of all, I put up two anatomy boards

11    here.  First of all, where did you get the anatomy

12    slide image you talked about earlier today?  Where did

13    that come from?

14    A.    Counsel.

15    Q.    Do you know whether it came from a textbook or a

16    Google search?

17    A.    I actually helped develop that slide with

18    counsel with a medical artist.

19    Q.    So that image isn't published anywhere.  That's

20    an image you created?

21    A.    Yes, based on what I think about female anatomy.

22    Q.    Here are two other images of the female

23    reproductive tract.  I just want to ask you some

24    questions about it.

25              Is it true that one of the foundational
```

Stone - Cross/Mr. Dearing

1868

1    building blocks of your causation opinion is that talc

2    and whatever is in talc cannot migrate from the

3    perineum to the ovaries?  Is that sort of the

4    foundational pillar of your opinion?

5    A.    I would not call that the foundation of my

6    opinion.  I believe it's one of my opinions.

7    Q.    Well, and to be more precise, what you are

8    saying is that the materials sprinkled on the external

9    genitalia can never enter the vagina.  Is that your

10   opinion?

11   A.    No.  My opinion is that there's never been a

12   study that demonstrates application of any particulate

13   matter to the perineum can then be demonstrated to

14   show migration of that particulate matter all the way

15   to the ovary.

16   Q.    Let's break that down.

17         Is it your opinion that talcum powder

18   particles sprinkled on the exterior genitalia of a

19   woman can penetrate through some circumstance into the

20   vagina?

21   A.    Do I think that could happen?

22   Q.    Yes.

23   A.    I think that probably could happen if those

24   particles are dragged in there, say, through

25   intercourse.  But I don't think there is any

Siems - Cross/Mr. Dearing

1869

1   literature that has demonstrated the main hypothesis

2   here in this case that something that is applied to

3   the external genitalia can migrate all the way to the

4   ovaries.

5   Q.    I'm going to get to the ovaries in a few

6   minutes.  What I'm trying to do right now is discern

7   very clearly what your opinion is with regard to

8   whether powder sprinkled on the external genitalia can

9   enter the vagina.  Are you saying now that is

10  possible?

11  A.    I think it's possible, but I don't know of any

12  studies that have demonstrated that.

13  Q.    If a woman used Johnson's baby powder on herself

14  every day, is it your opinion that if she were to have

15  intercourse that day, that some of those particles

16  might enter the vagina?

17  A.    I think that's possible.

18  Q.    And you do acknowledge some particle matter,

19  when placed in the vagina, can migrate to the ovaries.

20  Right?

21  A.    Yes, I've seen some studies that have

22  demonstrated that.

23  Q.    And in terms of biologic plausibility, there is

24  some data there could be particulate matter that can

25  make it to the ovaries once it gets into the vagina?

Stone Cross/Mr. Dearing

1870

1    A.    There are a couple of studies that have

2    demonstrated that particulates in a slurry can then be

3    found in the fallopian tubes and ovaries under certain

4    experimental conditions.

5    Q.    Would you agree with me both of these diagrams

6    demonstrate an open conduit from the vagina to the

7    ovaries?

8    A.    I can't actually see that one, sir.

9    Q.    I brought two diagrams because I couldn't decide

10   which one to use, and I think they both demonstrate

11   the same point.  But the point is, these are

12   cross-sections of a woman's reproductive tract.

13   Right?

14   A.    Yes.

15   Q.    So when you look at a cross-section, you could

16   see very plainly that it's an open conduit from the

17   vagina all of the way to the fallopian tubes.

18   Correct?

19   A.    So I disagree with your drawings here, sir,

20   because they do not include at all the external

21   genitalia.

22   Q.    I've moved past the external genitalia to the

23   internal reproductive.

24   A.    But that's part and parcel of why it is not an

25   open conduit.

Stohr - Cross/Mr. Dearing

1871

1    Q.    That's why I'm breaking this down into two

2    sections.

3          We just talked about powder sprinkled on the

4    outside can get inside under certain circumstances

5    such as intercourse; and now I'm talking about

6    particles, once they get inside the vagina, there is

7    an open conduit all the way to the ovaries.  Right?

8    A.    So, again, the vagina is not wide open like

9    that.  It is collapsed.  And the studies that you drew

10   my attention to earlier involve placing particles in

11   the posterior fornix at the mouth of the cervix in a

12   slurry.  That's not the same thing as what your

13   drawings are showing.

14   Q.    We'll talk about some of those studies in a

15   minute.  I'm trying to get a foundation to figure out

16   where we are starting from.

17         Have you read the expert report of Dr. Laura

18   Plunkett in this case?

19   A.    No.

20         MR. DEARING:  Can you pull up 54, please.

21   Q.    Dr. Plunkett identified 24 migration studies on

22   the topic of particles and their ability to migrate

23   from the vagina to the ovaries.

24         How many migration studies have you looked at?

25   A.    In humans?

Stone Cross/Mr. Dearing

1872

1  Q.    In humans.

2  A.    Three.

3        MR. DEARING:  Can you pull up slide 5, please.

4  Q.    Of course Dr. Carson and Dr. Clarke-Pearson

5  discussed six migration studies just in the last two

6  days.  Are the three that you reviewed any of these

7  six?

8  A.    So first I would disagree with your

9  characterization that all six of these are migration

10 studies.  The talc found in tissue, 1996, which is the

11 Heller study, does not demonstrate migration.  It

12 simply identifies talc in the ovaries.

13 Q.    Fair enough.  I didn't mean to categorize it

14 that way.

15        Let's talk about the Heller study since you

16 mentioned it.  This is a study that found talc

17 particles in women who both acknowledge using talc for

18 female hygiene and women who did not.  Do you agree?

19 A.    Well, the women stated they applied talc to

20 their perineum.  I don't know that they said they used

21 it for female hygiene.

22        But, yes, the study examined the ovaries of

23 women that applied talc to the perineum and compared

24 them to the ovaries of women that stated they did not

25 apply talc to the perineum.

Stong - Cross/Mr. Dearing

1873

1    Q.    I just presumed they were doing that for

2    feminine hygiene.  But my mistake.

3          Did the scientists in the Heller study

4    actually look at the ovarian tissue under a microscope

5    and detect talc particles?

6    A.    I don't recall exactly how they did that

7    analysis off the top of my head, but I would be happy

8    to look at that study, sir.

9    Q.    We will.  I want to stay focused on migration

10   for the time being.

11         Were any of these six studies among the three

12   that you just told me that you looked at when you

13   formed your migration opinion?

14   A.    So when I told you three, there were three

15   before I read my report.  I've since read a couple

16   other of these studies.  But prior to writing my

17   report, I did read the 1961 and the 1979 study.

18   Q.    Okay.

19         MR. DEARING:  Can you put up 56.

20   Q.    Would you agree with me both the FDA and Health

21   Canada have determined that the ability for particles

22   applied to the perineum -- I'm sorry -- particles

23   applied to the perineum can in fact migrate to the

24   ovaries?

25   A.    So I would say that the FDA and Health Canada

Stone Cross/Mr. Dearing

1874

1    have not determined that because this is not primary

2    science.  But they do make those statements, yes.

3    Q.    To be specific, the FDA said:

4         "While there exists no direct proof of talc

5    and ovarian carcinogenesis, the potential for

6    particulates to migrate from the perineum and vagina

7    to the peritoneal cavity is indisputable.  It is

8    therefore plausible that perineal talc and other

9    particulate that reaches the endometrial cavity, the

10   fallopian tubes, ovaries and peritoneum may elicit a

11   foreign body-type reaction and inflammatory response

12   that in some exposed women may progress to epithelial

13   cancers.  However, there has been no conclusive

14   evidence to support causality."

15        So if the author of this statement has -- no

16   doubt he used the word "indisputable" as to whether

17   talcum powder applied perineally can ascend to the

18   ovaries.  Correct?

19   A.    That's what they say.

20   Q.    Health Canada also looked at the issue and they

21   said:

22        "Biological plausibility: Particles of talc

23   are hypothesized to migrate into the pelvis and

24   ovarian tissue causing irritation and inflammation.

25   The presence of talc in the ovaries has been

Siena - Cross/Mr. Dearing

1875

1    documented," and that's the Heller study.  "This

2    evidence of retrograde transport supports the biologic

3    plausibility of the association between perineal talc

4    application and ovarian exposure, however, the

5    specific mechanisms and cascade of molecular events by

6    which talc might cause ovarian cancer have not been

7    identified."

8            And that's the Taher study.  Have you read the

9    Taher study?

10   A.    I have.

11   Q.    Do you believe the author on behalf of Health

12   Canada also says it's biologically plausible talc used

13   on the perineum can ascend to the ovaries and actually

14   cause an inflammatory response?

15   A.    Well, what they actually say is that it's a

16   hypothesis, and that's in the very first line.  They

17   don't have the same conclusion that you are drawing

18   that it necessarily happens.  They are putting forth

19   that it's a hypothesis.

20   Q.    Do you agree with them that evidence of talc in

21   the ovaries has been documented?

22   A.    Yes, and I believe that Heller showed that.  But

23   even Heller didn't know how that got there because the

24   women that did not report perineal application of talc

25   had shown talc in their ovaries.

Stone/Cross/Mr. Dearing

1876

1    Q.    And the women who did not report using perineal

2    talc, I think a half dozen or so, isn't it true --

3    A.    I'm sorry.  It was actually 12.

4    Q.    Okay.  Isn't it true of those 12 women who did

5    not report using talc perineally, that they either

6    gave a positive history of being diapered with talcum

7    powder or they didn't know whether they were diapered

8    with talcum powder?

9    A.    So what Heller reported was that since they

10   denied using perineal application of talc, she

11   hypothesized that perhaps they had been diapered when

12   they were children with talc.

13   Q.    Well, six of the women actually stated

14   affirmatively that they knew they were diapered with

15   talc.  Do you remember that?

16   A.    No, not specifically.

17   Q.    Can you pull up PSC 80.  This was the IARC 2012

18   monograph excerpt.

19         Are you familiar with this monograph?

20   A.    No.

21   Q.    Would you turn to page 232.  This is in your

22   binder, if you prefer to look at it there.  I'm going

23   to show you a short excerpt.  Hopefully you could see

24   it from there.

25         Down at the bottom left-hand corner, where it

Stone - Cross/Mr. Dearing

1877

1  says "human exposure," that this is IARC explaining

2  human exposure to cosmetic talc, and I would like to

3  read this to you.  They are describing exposure of the

4  general population, and what they are saying is:

5          "Consumer products, cosmetics and

6  pharmaceuticals are the primary sources of exposure to

7  talc for the general population.  Inhalation and

8  dermal contact through perineal application of talcum

9  powders are the primary routes of exposure."

10          Do you agree with that statement of IARC that

11  the primary route of exposure for women would be

12  either inhalation or perineal application of talcum

13  powders?

14  A.    So I've not studied, nor do I have an opinion on

15  the inhalation of talc.

16  Q.    Okay.

17  A.    I only focused my review on the perineal

18  application of talc.

19  Q.    And I knew that.  I only mentioned inhalation

20  because they do.  I'm more focused on the perineal

21  application.

22          Do you disagree with IARC that the perineal

23  application would be the primary exposure source for a

24  woman for talcum powder?

25  A.    I have no reason to disagree with this

Stone - Cross/Mr. Dearing

1878

1  statement.  But I've not studied any other type of

2  application.

3        MR. DEARING:  Would you pull up PSC 5, please.

4  That's the Langseth study.

5  Q.    Are you familiar with the Langseth study?

6  A.    Which one?

7        MR. DEARING:  Can you blow up the title and

8  the date, please.

9  Q.    Are you familiar with this study?

10  A.    May I see the abstract to see if this is one

11  that I've reviewed?

12  Q.    It's in your binder.  It's PSC General Causation

13  Exhibit 5.  In my second binder it's the first study.

14        Can you read the abstract?

15  A.    Yes.

16        I don't know that I've actually seen this

17  particular paper.  If it's in my report, then I have,

18  or in my additional lists, but I don't know that I've

19  actually seen this particular paper.

20  Q.    As you sit here right now, you don't remember

21  this paper, is that what you are saying?

22  A.    As I sit here right now, I don't remember this

23  paper.

24  Q.    Look at the second paragraph of this first page.

25  What it says is:

Stone - Cross/Mr. Dearing

1879

1    "From pathological studies it is known that

2  particles and fibers that enter the body can migrate

3  to distant organs.  For instance, asbestos fibers have

4  been found in ovaries from women exposed to asbestos.

5  Analogously following perineal application, talc

6  particles can migrate from the vagina to the

7  peritoneal cavity and the ovaries."

8          Did I read that correctly?

9  A.    Yes.

10  Q.    It goes on to say:

11    "A majority of woman experience retrograde

12  menstruation.  This suggests a mechanism by which talc

13  particles can travel through the female reproductive

14  tract to the ovaries.  Furthermore, epidemiological

15  studies have shown decreased risks of ovarian cancer

16  after tubal ligation and for hysterectomy suggesting

17  that removing a pathway by which carcinogenic

18  substances can reach the ovaries reduces the risk."

19          Do you agree with the statements in that

20  paragraph?

21          MR. WILLIAMS:  May I interpose an objection?

22  My book from plaintiffs does not have PSC 5.  It's

23  missing.  I want to make sure I know which Langseth

24  we're talking about.

25          MR. DEARING:  I'll give you mine.

Stone/ Cross/Mr. Dearing

1880

BY MR. DEARING

Q.    Do you agree with the paragraph I just read?

A.    So what the authors are putting forth here in
their introduction is, again, more of the hypothesis
that talc applied to the perineum can make it to the
vagina and the ovaries.  That's a hypothesis.  There
is no data, if you will, that that actually occurs.

      I do agree that retrograde menstruation
exists, but this is the authors putting forth the same
hypothesis that we discussed earlier.

Q.    Well, would you agree with me the first sentence
is not a hypothesis; it's a statement of fact from
pathological studies: "It is known that particles and
fibers that enter the body can migrate to distal
organs."

      You agree with that statement, don't you?

A.    I agree with that statement, but I don't know
where those things are getting in because they are not
specific about talking about the entry.

Q.    Are you aware that the talc particles that are
found in the bottles of Johnson & Johnson Baby Powder
and Shower To Shower average to be about 5-to-10
microns in size?  Are you aware of that?

A.    No.  I have no opinion on the size of talc
particles.

Stone Cross/Mr. Dearing

1881

1   Q.    Just to show you I'm not making this up --

2           MR. DEARING:  -- can you pull up plaintiffs'

3   PSC Exhibit 76.  This is the Cramer 2007 study.

4   Q.    And I think you may have referenced it in your

5   direct examination.

6   A.    I don't believe so, sir.

7           THE COURT:  She did, 2016.

8           MR. DEARING:  Okay.  I'm sorry.

9   Q.    If you would, please, take a look at the second

10  page of this study.  It's also in your binder.  All of

11  these will be in your binder.

12          MR. DEARING:  The second page of the study,

13  and if you could highlight on the left-hand column

14  about two thirds of the way down in that paragraph

15  where the sentence starts "scanning electron

16  microscopy."

17  Q.    Now, these are scientists from Harvard, right?

18  Dan Cramer, Dr. William Welch, Dr. John Godleski. Are

19  you familiar with those names?  They've published

20  several times in this area.

21  A.    I'm familiar with Dr. Cramer's name, and I'm

22  familiar with Dr. Godleski's name.  I'm not familiar

23  with Dr. Welch.

24          MR. WILLIAMS:  Your Honor, may we have the

25  exhibit number again?

Stone - Cross/Mr. Dearing

1882

1    THE COURT:  It's 76.

2    MR. WILLIAMS:  Thank you.

3  BY MR. DEARING:

4  Q.    Dr. Godleski's name is familiar to you because

5  the two of you have actually testified in two of the

6  same cases.  Right?

7  A.    I've never seen Dr. Godleski testify, but I have

8  no reason to not believe you, sir.

9  Q.    He's a pulmonary pathologist, but he's also an

10  analytical microscopist.  He specializes in scanning

11  electron microscopy.  And, so, in this study they were

12  looking at the presence of talc in the pelvic lymph

13  nodes of a woman, and what they observed was that the

14  talc particles they saw they averaged in range from

15  5-to-10 microns in size.

16        So to read from the study, it says:

17        "Scanning electron microscopy revealed

18  plate-like particulates in the 5-to-10-micron range

19  within the lymph node, in which energy dispersive

20  X-ray spectroscopy showed a magnesium and silicate

21  signature compatible with talc."

22        What he's saying is they observed talc

23  particles in the pelvic lymph nodes that were in the

24  5-to-10-micron range of a woman with a history of

25  genital talc use.  Are we in agreement on that?

Stone - Cross/Mr. Dearing

1883

1    A.    I agree that it says what you just read.  For

2    purposes of time, I'll agree with you she might have

3    used perineal talc, but you have not actually shown me

4    that.

5    Q.    The talc particles, the size of them in this

6    study were 5-to-10 microns.  Do you agree that's their

7    finding?

8    A.    That is their finding.

9    Q.    And I'd also like to direct your attention to

10   Exhibit P-SC 56.  That's the Health Canada report.

11         Have you seen this assessment?

12   A.    Yes.

13   Q.    It's been talked about a lot during these

14   proceedings.  They say something interesting on page

15   23 in the second paragraph.

16         So when they studied the size of these talcum

17   powder particles, they discovered that the median

18   particle sizes were ranges from 1.7 to 2 microns.

19         See where they found that right in the middle

20   of that paragraph?  The overall range was anywhere

21   from half a micron to 8 microns, but the median range

22   was 1.7 to 2 microns.

23         Is that a fair reading of that?

24   A.    Yes.

25   Q.    Here is where I'm going with all that.  For

Stone - Cross/Mr. Dearing

1884

1    purposes of reference, a human hair is about 50

2    microns in diameter.  Right?

3    A.    I have no idea.

4    Q.    You can Google it.  It will say that I promise.

5    A.    I don't have my phone.

6    Q.    Here is the point.  These talc particles that

7    the women are sprinkling on their external genitalia

8    are extremely small fractions of the diameter of a

9    human hair.  Would you agree with that?

10   A.    I'll go with you on this.

11   Q.    The reason I'm saying that's important is

12   because with each application, a woman is pouring

13   millions, perhaps billions of talc particles on her

14   genitals.  Right?

15         MR. WILLIAMS:  Assumes facts.  Lacks

16   foundation.

17         THE COURT:  Sustained.

18   BY MR. DEARING:

19   Q.    Knowing now what the size of these particles

20   are, is it still your opinion that this closed system

21   prevents talcum powder particles from entering the

22   vagina?

23         MR. WILLIAMS:  Same objection.

24         THE COURT:  Well, assuming that the size is as

25   reflected in this report -- now ask your question.

Stone - Cross/Mr. Dearing

1885

BY MR. DEARING:

Q.    Assuming that the size is as reflected in this Health Canada report and this lymph node study by Dr. Cramer and Dr. Godleski, is it still your opinion that talc particles cannot enter -- that talcum powder placed on the external genitalia cannot enter the vagina?

THE COURT:  I'm not sure this is where the size came from.  Did it come from Cramer?

MR. DEARING:  This is Health Canada.

THE COURT:  I'm confused.  Why don't you start your question again.

Q.    My question was:  Now that you had an opportunity to review Dr. Cramer and Dr. Goldleskit's lymph node study where they identify the size of particles they found and --

THE COURT:  I don't think that's fair to say now that she reviewed the study.  She said she didn't. Ask the question as presented and the excerpt you had, assuming that to be the case.

MR. DEARING:  Okay.

Q.    Can we go back to the Health Canada, please.

Assuming that these measurements are accurate and the median particle size of cosmetic talc is 1.7 to 2 microns.  Is it still your opinion that these

Stone - Cross/Mr. Dearing

1886

1   talc particles cannot enter the vagina after they have

2   been applied to the external genitalia?

3   A.    So two things:  One, I believe you are

4   misstating my earlier testimony where you asked me if

5   it was possible, after the perineal application of

6   talc, if a woman has sex, could a talc particle get

7   dragged into the vagina, and I said I think that's

8   possible.

9          And, two, nothing that you have presented to

10  me with these two papers or the IARC monograph section

11  that we just saw changes the opinions in my report or

12  that I gave at deposition or that I have given here

13  this morning.

14  Q.    Okay.  Is it your testimony that talcum powder

15  applied to the external genitalia cannot enter the

16  vagina just through normal movements throughout the

17  day that a woman might make?

18  A.    I do not believe that it does, sir, and I do not

19  know of any study that shows me that particulate

20  matter applied to the external genitalia moves into

21  the vagina with normal activity.

22  Q.    Is it your opinion that intercourse is the only

23  way that talc applied externally can get into the

24  vagina?

25  A.    So I would say that any talc or particulate

Stone - Cross/Mr. Dearing

1887

1    that's placed on the external genitalia, if you then

2    convert that external exam into an internal exam by

3    entering the vagina with a substance, either

4    intercourse or speculum or your fingers, that would be

5    a vehicle by which the talc could be dragged in.

6         Short of that, where you are moving from an

7    external application without actually doing some sort

8    of internal penetrance into the vagina, I do not

9    believe that the talc gets into the vagina.

10   Q.   So are you saying that the author of the FDA

11   statement we read a minute ago, who used the word

12   "indisputable" and the scientists at IARC just got

13   that wrong; that perineally-applied talcum powder

14   can't enter the vagina?

15   A.   So IARC actually says in the talc monograph that

16   the evidence for migration is weak.  So I'm not

17   disagreeing with that.  The statement by the FDA that

18   migration is indisputable, I don't honestly know where

19   that comes from.  And from my research, I don't see

20   any evidence of what we have been talking about here

21   all morning long.

22   Q.   Would you agree that studies that suggest that

23   the perineally-applied talcum powder can enter the

24   vagina and migrate to the ovaries?  Would you agree

25   that by concluding that it can migrate, they are

Siong - Cross/Mr. Dearing

1888

1   presuming that it can enter the vagina from the

2   external genitalia?

3         MR. WILLIAMS:  Calls for speculation.

4         THE COURT:  I'm not even sure what the

5   question asked.  Could you rephrase the question.

6         MR. DEARING:  Sure.

7   Q.   We talked about some studies that opine that

8   perineally-applied talcum powder can migrate to the

9   ovaries.  But not many of the studies say it can get

10  from the outside of the vagina to the inside of the

11  vagina.

12        My question is:  Based on your reading of

13  those studies, isn't it presumed by those authors that

14  it can get from the outside of the vagina to the

15  inside of the vagina before it migrates?

16  A.   I think that's their hypothesis.  But no one has

17  any data.  So to actually I think correct what you

18  just said, I think you said not many studies show that

19  it gets from the perineum to the vagina when, in fact,

20  there are no studies that show that.

21        So I think the hypothesis is that it must get

22  from the outside, i.e., the external genitalia to the

23  vagina in order to again further migrate to the

24  ovaries.

25  Q.   Is the reason you are not willing to accept the

Stone - Cross/Mr. Dearing

1889

1  proposition that externally-applied talc can get

2  inside absent being forced in there by the way that

3  you have described, is the reason that's your position

4  because there are no studies that show that talcum

5  powder applied to the outside of the vagina can get to

6  the inside of the vagina?

7  A.    It's not simply that.  It's also that the female

8  genitalia in toto, starting with the lower genital

9  tract and the labia minora, women are not an open

10  conduit.  When we go to the ocean and swim in the

11  ocean, you don't get out of the water and have a big

12  gush of ocean water come out of your vagina.  It's not

13  an open system.  That's not what it is.  It's only an

14  open system when we separate the labia and put

15  something physically into the vagina to expand it.

16        So it's not just that there is not a study.

17  It's my experience as a gynecologist, as a GYN

18  oncologist, and honestly as a woman.

19  Q.    Are you aware that several Johnson & Johnson

20  experts have affirmed that particles can migrate from

21  the perineum to the ovaries?

22  A.    What do you mean by "affirm"?

23  Q.    Doctor Michael Birrer, are you familiar with

24  him?

25        MR. WILLIAMS:  Objection.  Relevance.  It's

Stone/Cross/Mr. Dearing

1890

1   not before the Court.

2   BY MR. DEARING:

3   Q.    Doctor Birrer is an expert in the MDL.  He

4   offered a report in this case.  His opinions are

5   before the Court.

6            MR. WILLIAMS:  I'm waiting to see what they

7   read from.

8            THE COURT:  I'll wait too.

9            MR. DEARING:  I was going to offer opinions

10  from other proceedings from that expert on this topic.

11           MS. O'DELL:  Your Honor, if the issue is

12  testimony from a state court case, certainly in the

13  examination of Dr. Longo, I think the entire

14  examination essentially was reading testimony from

15  other proceedings.  So I think it is certainly in

16  keeping with that examination.

17           MR. WILLIAMS:  The difference --

18           THE COURT:  It was Dr. Longo as the witness

19  reading his prior testimony.  We're talking about

20  presenting her with testimony of another expert that

21  is not her, and what that person said and trying to

22  cross her about that.  Presenting a witness on the

23  stand, an expert with his own testimony is absolutely

24  permissible.  That's not what we have here.  If he

25  presented testimony from her in another case, that

Stone/Cross/Mr. Dearing

1891

1  would be fine.

2            MS. O'DELL:  I understand.

3            MR. DEARING:  Okay.

4  BY MR. DEARING:

5  Q.    Can you turn your attention to Plaintiffs'

6  Exhibit 14.  This is Blaustein's "Pathology of the

7  Female Genital Tract."  Are you familiar with this

8  textbook?

9  A.    I'm not sure I'm familiar with that edition, but

10  I am familiar with one of the editions.

11  Q.    This is the most current edition, the 6th

12  Edition.

13  A.    I know I don't have that.

14  Q.    If you look in the 6th Edition on page 681 --

15            (Pause.)

16  A.    Okay.

17  Q.    This is in Chapter 14.  This is the textbook,

18  incidentally, the primary editor is Dr. Robert Kurman.

19  Do you know Dr. Kurman?

20  A.    Not personally.

21  Q.    You know he is an expert for Johnson & Johnson

22  in this litigation.  Right?

23  A.    Yes.

24  Q.    If you turn to Chapter 14, the title of this

25  chapter is "Surface Epithelial Tumors of the Ovary."

Siemer - Cross/Mr. Dearing

1892

1    That's what we are talking about, right, ovarian

2    cancers?

3    A.    Yes.

4    Q.    If you turn to page 681, in the section,

5    "Reproductive Factors" he talks about several things.

6    Then he talked about -- he also talks about

7    "surgically induced protective factors that include

8    hysterectomy, tubal ligation, and bilateral salpingo

9    oophorectomy."

10          Doctor, I know you are not fond of the term

11   "protective factors," but you know what he's talking

12   about are factors reducing a woman's risk of getting

13   ovarian cancer?

14   A.    Ovarian cancer has been shown to be at a

15   decreased incidence in women with some of these

16   factors.  But I would offer that the literature on

17   hysterectomy is inconsistent.  I would agree with

18   tubal ligation and bilateral salpingo oophorectomy.

19   Q.    So what Dr. Kurman writes is that,

20          "In addition, hysterectomy and tubal ligation

21   prevent the introduction of a variety of potential

22   environmental carcinogens from entering the peritoneal

23   cavity and thereby coming into contact with tubal and

24   ovarian tissue."

25          Doctor, do you agree with me that what Dr.

Stone - Cross/Mr. Dearing

1893

1    Kurman is saying, if you close off the fallopian

2    tubes, it protects a woman from environmental

3    exposures that make it into the vagina?  Right?

4    A.    I think you might want to -- that make it into

5    the vagina?

6    Q.    By closing off the fallopian tube, what he is

7    saying here is that you are protecting the woman from

8    environmental carcinogens.  Environmental carcinogens

9    means carcinogens outside of the body that are getting

10   into the vagina.  Right?  That is what he is talking

11   about, and then into the reproductive tract.

12   A.    So that's a hypothesis.  And there isn't a

13   single citation there for that statement.  There is

14   some other literature, specifically, on tubal

15   ligations and why tubal ligations may actually reduce

16   the risk of developing ovarian cancer other than it

17   simply being due to retrograde migration.

18   Q.    Okay.  You say this is a hypothesis.  But this

19   is the explanation he is offering in a well-recognized

20   textbook for medical students and residents.  Right?

21   A.    Hypotheses exist in well-recognized textbooks

22   all the time.  That's not a statement of fact and

23   there is no citation there.

24   Q.    Okay.  While I have this book open, I want to

25   point to some other things that I want to talk about

Stone - Cross/Mr. Dearing

1894

1    in a few minutes.

2           The very next page in this chapter he talks

3    about inflammation.  Do you see that section on

4    inflammation that I've marked?

5    A.    Yes.

6    Q.    It says:

7           "It has been suggested that inflammation

8    potentially incited by ovulation-induced surface

9    damage, by retrograde menstruation, induced

10   salpingitis, or by the introduction of foreign

11   material through the vagina and uterine cavity plays

12   an important role in ovarian carcinogenesis."

13          Did I read that correctly?

14   A.    Yes, you did.

15   Q.    So Dr. Kurman is suggesting there is that --

16   there are suggestions among the gynecologic community

17   and pathologic community that inflammation can occur

18   because of the introduction of foreign material

19   through the vagina and uterine cavity, and that it

20   plays an important role in ovarian carcinogenesis.  Do

21   you agree with me that is what he is trying to

22   explain?

23   A.    Well, I agree that, again, he is putting forth

24   that hypothesis.  But, in particular, for the

25   component of the sentence that refers to the

Siemer/Cross/Mr. Dearing

1895

1  migration, again, there is no citation.  And he even

2  uses the word "suggested."  Suggestion is a

3  hypothesis.  That's not primary science.

4  Q.    While I'm on this page, the very next section

5  says "other risk factors" and it reads:

6         "Other potential risk factors have been

7  studied, but associations with ovarian cancer risk are

8  weak or inconclusive.  These include the body mass

9  index."

10         That's the obesity you were talking about

11  before?

12  A.    Yes.

13  Q.    (Reading continued.)

14         "Age at birth of first child, breastfeeding,

15  weight, diet, talc, smoking, certain types of viral

16  infections in childhood, and ionized radiation."

17         Do you agree that those with the exception of

18  talc are recognized risk factors for ovarian cancer?

19  A.    All of those factors have been evaluated in the

20  literature at one point or another, and there have

21  been different calculated odds ratios, yes.

22  Q.    I have a whole other section on risk factors.

23         THE COURT:  If you are going to a new section,

24  we'll break now for lunch.

25         45 minutes, please.

Stone Cross/Mr. Dearing

1896

1    THE DEPUTY CLERK:  All rise.

2         (The luncheon recess is taken.)

3         (Continued on the next page.)

4    ///

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Saenz - Cross/Mr. Dearing

1897

1    **A F T E R N O O N   S E S S I O N**

2

3            (In open court.)

4            THE DEPUTY CLERK:  All rise.

5            THE COURT:  Thank you.

6

7    **CHERYL C. SAENZ,** resumed.

8

9    CROSS-EXAMINATION (Continued)

10   BY MR. DEARING:

11   Q.    Dr. Saenz, where we left off, I was just showing

12   you where Dr. Robert Kurman, one of Johnson &

13   Johnson's experts in this litigation, identified in

14   his textbook perineal talc use as a potential risk

15   factor in ovarian cancer.

16           You said one example of a way talcum powder

17   can get from the outside of the vagina to the inside

18   is intercourse, or some forceful mechanisms.  I don't

19   think those were your words, but that's what I

20   understood you to say.

21           Would that also include tampon insertion?

22   A.    I think I used the word penetration.  So

23   theoretically, yes.  And as we actually saw earlier

24   this morning, we know that talc can be on diaphragms

25   and women put those in.  That would be a way of

Stone/Cross/Mr. Dearing

1898

1   getting it into the vagina as well, so Blaustein's

2   Pathology book is not the only book that suggests a

3   woman's reproductive tract is an open conduit.

4          I would like to show you what is marked as

5   Exhibit P-SC 34.  This is a medical illustration.  Are

6   you familiar with Netter?

7   A.    Not in the last 20 years have I looked at

8   Netter.

9   Q.    Netter describes the vagina from the Latin,

10  "literally sheath or scabbard, serves as the portal to

11  the internal female reproductive tract and the route

12  of egress for the fetus during delivery."

13         So Dr. Netter describes it as a portal from

14  the outside world to the inside.

15         Are you familiar with Baggish and Karram?

16         THE COURT:  Was there a question?  You just

17  read from that book but you didn't ask anything.

18  Q.    Do you agree the vagina serves as a portal from

19  the outside world to the inside of a woman's

20  reproductive tract?

21  A.    The vagina serves as an organ that is in between

22  the outside world, i.e., the external genitalia, and

23  the upper genital tract, and it is an organ that

24  babies pass through as they are born.

25  Q.    Some of these questions seem elementary, and I

Stone - Cross/Mr. Dearing

1899

1    apologize for that, but I want to make sure that we

2    are clear on what your testimony is.

3         Are you familiar with the Atlas of Pelvic

4    Anatomy and Gynecological Surgery?

5    A.    No.

6    Q.    By Baggish and Karram.  This is PSC 33?

7    A.    No.

8    Q.    This is a current textbook.  If you turn to the

9    chapter on the anatomy of the vagina, the first

10   sentence says:

11        "The vagina is a potential space that connects

12   the lower portion of the uterus, cervix to the outside

13   environment."

14        Do you agree with that statement?

15   A.    I agree with it.  But just so that we are sure

16   what we are saying, "potential space" means it is not

17   an open space.  So that actually substantiates what I

18   have testified to before, which is that the walls of

19   the vagina are collapsed on themselves; and the vagina

20   is part of the lower genital tract.  That's what that

21   sentence says.

22   Q.    It's not your testimony today all vaginas are

23   the same, they are just alike.  I can't believe I'm

24   asking this question.

25   A.    I think you need to specify a little bit more

Stone Cross/Mr. Dearing

1900

1    what you are asking me.

2    Q.     Are you familiar with Crum's Diagnostic

3    Gynecologic and Obstetric Pathology?

4    A.     No.

5    Q.     This is the 2018 version of this textbook.  If

6    you turn to Chapter 24, entitled "Assessing Pelvic

7    Epithelial Cancer Risk."

8            THE COURT:  Do you have an exhibit number?

9            MR. DEARING:  S 35.

10   Q.     Chapter 24 is entitled, "Assessing Pelvic

11   Epithelial Cancer Risk and Intercepting Early

12   Malignancy."

13   A.     Can you show me the title, please.

14   Q.     Sure.

15   A.     Thank you.

16   Q.     There is a section on talc exposure here.  What

17   it says is:

18          "Talc placed on the perineum may enter the

19   vagina and ascend to the upper genital tract.

20   Structurally similar to asbestos, there is theoretical

21   concern talc may potentially increase ovarian cancer

22   risk."

23          Do you agree with that statement that talc

24   placed on the perineum may enter the vagina and ascend

25   to the upper genital tract?

Stone Cross/Mr. Dearing

1901

1  A.    No, and there is no citation there.  That's just

2  a statement.  Additionally, the second sentence that

3  you read had in it the word "theoretical" which is a

4  hypothesis.

5  Q.    The word theoretical had to do with what happens

6  to the tissue when the talc ascends.  That wasn't

7  applying to whether it can ascend.  Right?

8  A.    No.  The word "theoretical" applied to whether

9  or not talc is associated with increased risk of

10  developing ovarian cancer.

11  Q.    The first sentence that I read says:

12        "Talc placed on the perineum may enter the

13  vagina and ascend to the upper genital tract."

14        Do you agree with that statement?

15  A.    No.

16  Q.    So what I'm hearing you say is absent some

17  forced penetration, there is no way for talcum powder

18  particles to enter the vagina from the external

19  genitalia.  Is that what you are saying?

20        MR. WILLIAMS:  Misstates testimony, your

21  Honor.

22        MR. DEARING:  I'm asking her if that is her

23  testimony.

24        THE COURT:  Do you understand the question?

25        THE WITNESS:  Yes, your Honor.

Stone - Cross/Mr. Dearing

1902

1    THE COURT:  Can you answer it?

2    THE WITNESS:  Yes, your Honor.

3    THE COURT:  Go ahead.

4    THE WITNESS:  Sir, I never used the word

5    "forced."  I said that there must be something that

6    actually penetrates into the vagina if there is going

7    to be the possibility of carrying a talc particle with

8    it from the external genitalia into the vagina.

9    "Forced," is your adjective.

10   BY MR. DEARING:

11   Q.    I'm trying to understand what you mean by

12   "penetrate."  Can you explain in layman's terms what

13   you are talking about.

14   A.    Put into.

15   Q.    Are you saying if the talc particles are not put

16   into the vagina, they can't get in there just through

17   natural activities?

18   A.    What do you mean by "natural activities"?

19   Q.    Walking, sleeping, running, sitting.

20   A.    I do not believe that any of those activities

21   would carry a talc particle from the external

22   genitalia into the vagina, and I do not know of any

23   studies that would support that hypothesis.

24   Q.    Is it your opinion talcum powder is safe to use

25   on the perineum for women?

Stone/Cross/Mr. Dearing

1903

1   A.   Yes.

2   Q.   If talcum powder was 50 percent asbestos, would

3   you still say it was safe for women to use?

4   A.   If it were 50 percent asbestos?

5   Q.   Yes.

6   A.   No.

7   Q.   You would not say it's safe to use?

8   A.   I don't know what the constituent particles are

9   within talcum powder.  But if you are giving me a

10  hypothetical, I would say I wouldn't advocate for

11  anybody to put anything that's 50 percent asbestos on

12  their body.  But the literature, as it stands now on

13  this particular topic, does not support a causal

14  association between perineal application of talc and

15  the development of ovarian cancer.

16  Q.   So is the reason that you will not recommend

17  someone to use powder that was 50 percent asbestos on

18  the perineum is because it might get into the

19  reproductive tract?

20  A.   No.  I wouldn't recommend anybody use anything

21  that's 50 percent asbestos in any aspect of their

22  life.

23  Q.   I asked a minute ago whether all vaginas are

24  designed -- or whether they all are anatomically the

25  same.  I don't remember what you said.  I'm sorry.

Stone Cross/Mr. Dearing

1904

1   A.    I asked you to define that a little better.

2   Q.    Are they all anatomically shaped the same?

3   A.    No.

4   Q.    Would you agree some are more open than others?

5   A.    Open to what?

6   Q.    Just open, like not overlapping where the labia

7   is not overlapping.

8   A.    No, the labia are opposed.

9   Q.    I would like to show you my least favorite

10  study, that's PSC 31.  This is a study by a British

11  scientist.  It's called Lloyd from 2005.  Are you

12  familiar with it.

13  A.    No.

14  Q.    So you get a sense of what this study was about,

15  they were actually measuring -- they were taking

16  dynamics, measurements of external genitalia of women,

17  and it was to benefit surgeons contemplating cosmetic

18  surgery for patients or other types of surgery.  But

19  it was a population of 50 premenopausal women having

20  gynecological procedures not involving the external

21  genitalia and under general anesthetic.

22         So they are very graphic in this study to

23  point out several anatomic features of the normal

24  vagina.

25         Can you go to the next page and pull up that

Stone - Cross/Mr. Dearing

1905

1   diagram.  This is the diagram they chose to use to

2   show how they were measuring the anatomic points of

3   the vagina.  Would you agree with me that's not

4   overlapping labia at all?

5   A.    What position are these women in?

6          MR. DEARING:  Well, can you zoom back out.

7   Can you go to the results section.

8   Q.    I'm not sure what position that woman was in,

9   but they were using it to show what they were

10  measuring, what dimensions, top to bottom.

11         Does it make a difference?

12  A.    Absolutely.

13  Q.    Explain that to me.

14  A.    If they are lying supine, and I assume they are

15  because these women were under general anesthesia, and

16  their legs are up in a lithotomy position, that's

17  going to extend their external genitalia and

18  physically pull them apart even without somebody

19  separating them with their fingers.

20         So that is not the way that the external

21  genitalia rest on each other in a woman that's sitting

22  or standing.

23  Q.    Wouldn't you agree with me there are certain

24  movements in everyday life of a woman that would allow

25  for that separation you are talking about, maybe not

Smith - Cross/Mr. Dearing

1906

1  to the extent you are describing, but just some

2  separation just in every day movement?

3  A.     What types of movements?

4  Q.     Running.  Wouldn't that cause some kind of

5  separation?

6  A.     No.

7  Q.     What about sleeping with your legs apart?

8  A.     No.

9  Q.     What about sleeping with a pillow between your

10 knees?

11 A.     No.

12 Q.     Is it your testimony under no circumstance does

13 a vagina open significantly enough for talcum powder

14 particles to get in, unless they are being penetrated,

15 to use your words?

16 A.     Or if, as I suspect in this diagram, this photo

17 you just showed, they are in a lithotomy position

18 where their legs are extended, elevated, and the

19 external genitalia are being separated physically.

20 Q.     Would you agree with me invasive serous ovarian

21 carcinomas are by far the most common of all the

22 epithelial ovarian cancers?

23 A.     Yes.

24 Q.     Would you agree with me they make up 80 to

25 90 percent of the epithelial ovarian cancers?

Sterns Cross/Mr. Dearing

1907

1  A.     I think that number is a little high.  I would

2  say more in the range of 60 to 70 percent, but there

3  are variances depending on what published study you

4  are looking at.

5  Q.     Would you be surprised the NCI Cancer Genome

6  Atlas identified invasive serous ovarian carcinomas as

7  making up 80 to 90 percent of the epithelial ovarian

8  cancers?

9  A.     I would need to see the reference for that

10  because I think what that is referring to is specimens

11  that were submitted for the goal of molecular

12  profiling them.  So I'm not entirely sure that's

13  reflective of the disease incidence.

14         MR. DEARING:  Can you pull up Plaintiffs'

15  Exhibit 51 -- that's not right.  That's wrong.

16         It's PSC Saenz 5.  It's in your binder.

17         Can you pull up that first paragraph.

18  Q.     This is from the National Cancer Institute, and

19  it's from The Cancer Genome Atlas.  That's the TCGA.

20  Midway through it says:

21         "Ovarian serous adenocarcinoma, the cancer

22  studied by TCGA, is a type of epithelial ovarian

23  cancer and it accounts for about 90 percent of all

24  ovarian cancers."

25         Do you see that?

Siemer/Cross/Mr. Dearing

1908

1    A.    Yes.

2    Q.    Do you agree with that statement?

3    A.    I think that's fine.  I said, depending on what

4    study you are looking at, the rate varies a little

5    bit.

6    Q.    Would you agree with me, high grade serous

7    carcinoma is the most aggressive of the epithelial

8    ovarian cancers?

9    A.    I need you to define "aggressive."  The reason

10   for that is that high grade serous carcinomas are not

11   as chemoresistant as some of the other tumors.  So the

12   adjective "aggressive" --

13   Q.    How about most likely to metastasize?

14   A.    I can't agree with that.  I think all the

15   ovarian cancers are likely to metastasize except for

16   perhaps to the same degree the borderline tumors.

17   Q.    Would you agree with me the five-year survival

18   rate for invasive serous carcinomas for Stage III and

19   IV is less than 15 percent?

20   A.    Five-year survival?

21   Q.    For Stage III and IV disease?

22   A.    That's not the current statistics, no.

23   Q.    Would you agree with me Stage III and IV serous,

24   high grade serous has about an 80 percent recurrence

25   rate?

Siemers - Cross/Mr. Dearing

1909

1  A.    Yes.

2  Q.    The point I'm trying to make is high grade

3  serous carcinomas are the most common and possibly the

4  most dangerous of the epithelial ovarian cancers.

5  Would you agree?

6  A.    No.  Again, that's primarily because high grade

7  serous carcinomas -- actually, at least on the first

8  go-around of treatment -- are very sensitive to

9  chemotherapy.  So most women with that cancer will

10  actually go into remission for some period of time.

11  They are not as hard to treat as, say, the mucinous or

12  the clear cell histology.

13  Q.    With an 80 percent recurrence rate, they are

14  almost impossible to cure, aren't they?

15  A.    All of the ovarian cancers, if they are first

16  diagnosed at Stage III and IV are almost impossible to

17  cure.

18  Q.    Where I'm going with all of that is you cited

19  the Gertig study and you discussed it earlier in your

20  direct examination.  Do you agree with me -- let me

21  back up.  In your report, you said you prefer the

22  cohort studies to case-control studies because they

23  were more, I think you used the term, maybe

24  scientifically reliable for something like that.

25  A.    I might have said credible because they are not

Siemer - Cross/Mr. Dearing

1910

1  as subject to selection bias and recall bias.

2  Q.    And so Gertig was one of the cohort studies you

3  used to support your opinions.  Right?

4  A.    Gertig was the first cohort that was published

5  in the year 2000, yes.

6  Q.    Would you agree with me the Gertig study showed

7  that women who applied talc one-to-six times per week

8  had a statistically significant relative risk or

9  increased risk of 49 percent?

10  A.    Can you please show me that table, sir?

11  Q.    Certainly.

12       MR. DEARING:  Can you pull up PSC Exhibit 51,

13  please.  Can you blow up the title and the author.

14  Q.    This is the Gertig 2000 study.  Right?

15  A.    Yes.

16  Q.    If you will, look in the bottom of the first

17  column.  It states one of the findings, starting with

18  the sentence:

19       "There was a modest elevation in risk for ever

20  talc use and invasive serous ovarian cancer with a

21  multivariate relative risk of 1.40 with a confidence

22  interval of 1.02 to 1.91."

23       That's showing a statistically significant

24  40 percent increased risk for invasive serous ovarian

25  cancer.  Right?

Stone - Cross/Mr. Dearing

1911

1    A.    Yes.

2    Q.    And then, if you will, turn the page and go down

3    beneath the chart.  In the very right-hand corner of

4    that page, they discuss some other relative risks, and

5    what they specifically look at is women who used talc

6    at least once a week, which is essentially the women

7    in this MDL, and it says:

8              "The relative risk for ever talc users less

9    than once a week and one to six times per week were

10   noted 1.29" -- that's for the less than once per week

11   -- "and 1.49 for one to six times per week."

12             Did I read that correctly?

13   A.    Yes, you did.

14   Q.    So this Gertig study that you relied on that you

15   said is more scientifically reliable than the

16   case-control studies actually says that women who used

17   perineal talc use, at least once a week, have a

18   statistically significant increased -- I'm sorry --

19   have an increased risk of 1.40 -- a 40 percent

20   increased risk.  Right?

21   A.    Are we going back to the 1.4 or are we

22   discussing the numbers you have up on the marquis

23   right now?

24   Q.    Let me back up.  The 1.49, you see the

25   confidence interval crosses 1.  Does that mean you

Siemon Cross/Mr. Dearing

1912

1   absolutely should discard the results if the

2   confidence interval crosses 1?

3   A.    If the confidence interval crosses 1, it means

4   the finding is not statistically significant, and what

5   that means is that you can't tell that there is really

6   a difference between your study group and your control

7   group.

8   Q.    The point is:  This Gertig study that you rely

9   on, that you said is scientifically reliable because

10  it's a cohort study and not a case-control study,

11  suggests that for invasive serous carcinomas, the most

12  common type of epithelial ovarian cancers with an

13  80 percent recurrence rate increases a woman's risk by

14  40 percent.  Right?

15  A.    So, one, I think you are misstating my

16  testimony.  I did not say the cohorts were more

17  reliable.  I said I think they are more scientifically

18  credible because they are not as subject to the biases

19  of the case-control studies.

20        I also never said I don't find the

21  case-control studies informative.  You are correct,

22  that in this Gertig study, which was the 2000

23  publication, there was a statistically significant

24  finding for ever use of perineal talc and an increased

25  risk of serous ovarian cancer.

Stone, Cross/Mr. Dearing

1913

1       But as we discussed earlier this morning, this

2  study had a follow-up study 10 years later in which

3  this particular finding did not withstand the test of

4  time.  So as more women developed ovarian cancer,

5  there was no unique finding in the serous ovarian

6  cancers, which speaks to the likelihood that this was

7  a random finding within the Gertig study because there

8  is no latency in the Gates study.

9       MR. DEARING:  Can you pull up slide 10.

10  Q.    This is a slide that has been used several

11  times.  This was shown to several witnesses already,

12  but I wanted to go over it with you real quickly.

13       This is a summary of the meta-analyses and

14  pooled analyses of the talcum powder ovarian cancer

15  risk.  I want to make one observation about it because

16  the Court has seen this quite a bit.

17       Do you agree the forest plot confidence

18  intervals shown on this chart are all statistically

19  significant and that they are all right of 1?

20  A.    Yes.

21  Q.    Do you also agree these are in somewhat

22  chronological order?  But the 2018 studies are at the

23  top.  So the more these meta-analyses combine data

24  subjects and the bigger the studies get, the smaller

25  the confidence intervals get.  Do you agree with that

Stone/Cross/Mr. Dearing

1914

1  observation?

2  A.    It would appear from the forest plot that that

3  is the case.

4  Q.    And what that means, when the confidence

5  interval is shrinking is that there is less and less

6  chance that the results are the product of chance.

7  Right?

8  A.    That's correct.  That's the definition.

9  Q.    And would you agree, based on this forest plot,

10  that the relative risk from these meta-analyses and

11  pooled studies all fall within 1.2 to 1.4?

12  A.    Yes.

13  Q.    And when you put up a slide earlier today, or

14  Mr. Williams put up a slide, and you were suggesting

15  watching TV and taking Valium and eating processed

16  meat increases the woman's risk of ovarian cancer, the

17  literature on those things is not as robust as the

18  literature on talc and ovarian cancer, is it?

19         MR. WILLIAMS:  Objection to the preamble, your

20  Honor.  It misstates the evidence.

21         THE COURT:  It wasn't exactly the testimony.

22  Those were identified as things, and she explained why

23  they are not precisely risks.

24         We'll go on.

25  BY MR. DEARING:

Siemer - Cross/Mr. Dearing

1915

1  Q.    Let's talk about risk factors.  As I understand

2  it, your opinion is that there are known risk factors

3  that increase or perhaps decrease the risk of the

4  development of ovarian cancer but genital talc use is

5  not one of them.  Is that a fair summary of your

6  opinion?

7  A.    Yes.

8  Q.    When we're talking about a risk factor, we're

9  talking about some exposure that increases the chance

10  of developing a disease.  Right?

11  A.    Not always.

12  Q.    Well, for purposes of talcum powder and whether

13  talcum powder causes ovarian cancer and the risk

14  factors for ovarian cancer that you talked about, are

15  you referring to when you use the term, "risk factor,"

16  are you referring to exposures that will increase a

17  woman's risk of getting ovarian cancer?

18  A.    But not all risk factors are exposures.

19  Q.    Okay.  Well, that's maybe not a good word then.

20  Is a risk factor something that increases a woman's

21  risk of getting ovarian cancer?

22  A.    I would say a risk factor is something that has

23  been identified as being associated with the

24  development of a disease.

25  Q.    And you identified several risk factors in your

Saenz - Cross/Mr. Dearing

1916

1   report.  I'm not going to go through all of them.

2          You mentioned endometriosis, and you said

3   endometriosis is a risk factor for endometrioid and

4   clear cell carcinoma.  Is that accurate?

5   A.    Yes.

6   Q.    And you said tobacco use is a risk factor for

7   mucinous carcinoma.  Right?

8   A.    It's weak, but it has been associated with the

9   development of mucinous ovarian carcinoma, yes.

10  Q.    You said obesity increases a woman's risk for

11  borderline tumors, clear cell, mucinous and

12  endometrioid.  Right?

13  A.    Right. Again, that's another weak factor, but it

14  has been associated with the development of those

15  different histologic subtypes.

16  Q.    So in identifying endometriosis, smoking and

17  obesity as a risk factor, are you stating that those

18  are things -- that those are biologically plausible

19  contributors to ovarian cancer?

20          In other words, is it biologically plausible

21  that obesity increases a woman's risk of ovarian

22  cancer?

23  A.    So I don't know that a biologically plausible

24  mechanism has been attached to the development of

25  ovarian cancer for each and every one of those risk

Saenz - Cross/Mr. Dearing

1917

1  factors.

2  Q.    But you are still willing to suggest that

3  obesity is a risk factor for each of those four

4  histologies?

5  A.    Yes.  That's because the epidemiological

6  literature on that risk factor across case-control

7  studies and cohort studies has found that consistent

8  albeit weak odds ratio.

9  Q.    You would agree with me that scientists don't

10  know exactly how obesity increases a woman's risk for

11  ovarian cancer.  Right?

12  A.    Yes.

13  Q.    You cite Olsen, the Olsen study to support your

14  inclusion of obesity in your list of risk factors.

15  It's the Olsen 2013 study.  Do you remember that?

16  A.    I don't think -- if I recall, and I could be

17  mistaken, I think Olsen is a review article.  But if

18  you have it and we can look at it, that would be

19  great.

20  Q.    Would you agree you cited it in your report to

21  support your inclusion of obesity in the risk factor

22  list?

23  A.    Yes.

24        MR. DEARING:  Will you pull up Saenz 2,

25  please.

Siemen/Cross/Mr. Dearing

1918

1  Q.    This is a review from an ovarian cancer

2  consortium of about 50 scientists.  Right?

3  A.    Well, they reference at least 25 different

4  institutions.  So I would be guessing.  If you counted

5  all those authors, I'll give it to you.

6  Q.    I have not.  I was guessing.

7  A.    Okay.

8  Q.    I want to look at the results section, which is

9  page 5, and here is where they identified the results

10  having stratified the different histologies.  What

11  they say is that the odds ratio for borderline tumors

12  was 1.24.  Clear cell was 1.06 --

13  A.    Where are you, sir?

14  Q.    Let me come back to this study and I'll find the

15  data when I have more time to look at that.

16       Do you have any recollection as to whether the

17  odds ratio for obesity in this Olsen study or any of

18  the studies you have seen rise to the level of 1.49 as

19  was identified in the last cohort study we just

20  discussed for serous invasive?

21  A.    So the relative risk in the Gertig study that

22  was statistically significant was for ever versus

23  never use and it was not 1.49.  It was 1.40.

24  Q.    I'm sorry.  I misspoke.

25  A.    And my read on the literature on obesity and the

Siemer - Cross/Mr. Dearing

1919

1   literature that I've cited is that the relative risk

2   on obesity is in the range of about 1.2 to 1.3.  But

3   if you have something showing me that there is

4   something higher, I would be happy to look at it.

5   Q.    That's exactly right.  That was my point.

6         You testified earlier about genetic mutations,

7   and probably the most influential risk factor I

8   suppose is a genetic predisposition of ovarian cancer.

9   Do you agree?

10  A.    Yes.

11  Q.    Would you also agree genetic mutations only make

12  up about 1 percent of diagnosed ovarian cancers?

13  A.    Epithelial ovarian cancers?

14  Q.    Yes.

15  A.    No, I would not agree with that at all.

16  Q.    Would you agree only about one in 500 women test

17  positive for the BRCA gene?

18  A.    In the general population?

19  Q.    In the general population, yes.

20  A.    The data on that is quite variable because it

21  depends upon identifying certain founder populations.

22  For example, Ashkenazi Jewish women have the incidence

23  of 11 percent for being positive for BRCA 1 and 2

24  mutations.  There is a known Polish mutation, a French

25  Canadian mutation.  So I don't actually look at

Siong/Cross/Mr. Dearing

1920

1  general population statistics.  I think the more

2  useful metric is to look at women who have been

3  diagnosed with ovarian cancer and what percentage of

4  those women are found to be positive for a genetic

5  mutation that has been inherited.

6  Q.   So that I'm clear, is it your opinion that talc

7  may be a risk factor for ovarian cancer, or it's

8  absolutely no way it's not possible, it's not a risk

9  factor for ovarian cancer?

10  A.   So based on the current state of the science, it

11  is not a risk factor for the development of ovarian

12  cancer.

13  Q.   Would you agree with me many reputable

14  scientists disagree with you on that; many different

15  reputable scientists and researchers do believe

16  perineal talc use increases a woman's risk for ovarian

17  cancer?

18  A.   I know even based on this hearing that there are

19  people that disagree with that opinion, but I don't

20  think that they are looking at the literature

21  correctly because it would not support the position

22  that talc is a risk factor for developing ovarian

23  cancer.

24  Q.   It's been discussed in this hearing there are

25  some institutions that failed to list talc as a risk

Saenz - Cross/Mr. Dearing

1921

1  factor for ovarian cancer.  I'm sure you are familiar

2  with some of them.  You talked about some earlier.

3  Right?  Organizations, I should say.

4  A.    I still wouldn't characterize it as they failed

5  to list it because inherent in that statement is a

6  bias that they are not doing what they are supposed to

7  do.  They don't list it.

8  Q.    Okay.  Would you also agree with me there are

9  academic institutions that do list talc as a risk

10  factor for ovarian cancer?

11  A.    There may be but I don't know what they are

12  basing that determination on.

13  Q.    You've been an attending physician at the

14  University of California San Diego for about 20 years.

15  Right?

16  A.    Almost 21.

17  Q.    And, specifically, you work at the Moores Cancer

18  Center at UCC San Diego, right?

19  A.    That's where my clinic and academic offices are.

20  Q.    I took this quote from your report.  We can look

21  it up if you like.

22        The Moore Cancer Center, you described it as a

23  comprehensive high quality patient center care.

24  That's how you described the care that's being offered

25  there.  Would you agree with that description?

Stehr - Cross/Mr. Dearing

1922

1    A.    Well, an NCI designated comprehensive cancer

2    center.

3    Q.    Part of that comprehensive high quality care is

4    to give information to the public when they are

5    curious about certain topics on cancer.  Right?

6    A.    Yes.

7    Q.    They maintain a website to do that, right?

8    A.    UCSD and the Moores Cancer Center maintains

9    several different websites.

10   Q.    The website offered by Moores Cancer Center, it

11   offers current accurate information about risk factors

12   pertaining to ovarian cancer.  Right?

13   A.    I don't know the answer to that.

14         MR. DEARING:  Well, can you pull up slide PSC

15   3, please.  Actually it's slide 1.

16   Q.    This is from the website from U.C. San Diego

17   Health and the Moores Cancer Center.

18         If you click on, "What Do You Know About

19   Reproductive Cancers?", they have you take a little

20   test.  I thought it was interesting, the answer to No.

21   6.

22         MR. DEARING:  Can you blow up the right side

23   of that slide.

24   Q.    The answer to No. 6, and the question is in the

25   answer:

Stone/Cross/Mr. Dearing

1923

1        "A woman's lifetime chance of getting invasive

2   ovarian cancer is about one in 78.  What are the

3   factors that put a woman at risk for this cancer?"

4        They identify several of the risk factors:

5   Family history, age, child bearing, personal history.

6   Then it goes on to name some others.  It says:

7        "Other possible factors include taking

8   fertility medicines.  These may slightly increase the

9   risk of ovarian cancer.  Talc may be a risk factor.

10  Some studies suggest that women who use talc in the

11  genital area for many years may be at risk.  Hormone

12  therapy may also raise the risk."

13       The last sentence says:

14       "Having one or more risk factors mentioned

15  here does not mean that a women is sure to develop

16  ovarian cancer, but the chance may be higher than

17  average."

18       The fact that U.C. San Diego and Moores Center

19  put this information about risk factors and this

20  information about talc specifically in their website

21  means that they have a different position on talc and

22  risk factors than you do.  Correct?

23  A.    No, that's not correct.

24  Q.    Do you agree with the statement that's up there

25  that talc may be a risk factor?

Stern - Cross/Mr. Dearing

1924

1    A.    No, I do not.

2    Q.    If the institution is putting this information

3    out there that says talc may be a risk factor and you

4    are saying you don't believe that, don't you have a

5    difference of opinion here?

6    A.    May I explain?

7    Q.    Sure.

8    A.    So the information that is posted on the patient

9    friendly websites, if you will, is posted by the

10   marketing and communications department.  They do not

11   consult any of the physicians at UCSD.  They contract

12   with a third-party vendor and post what that

13   third-party vendor posts at multiple institutions

14   across the country.

15   Q.    Are you telling me there is no one at Moores

16   Cancer Center that monitors what goes on their website

17   to the public?

18   A.    That's what I'm telling you.

19   Q.    That seems very risky.

20   A.    I don't disagree with you.  It doesn't make me

21   happy but it is the way the marketing and

22   communications department functions.

23   Q.    Apparently, there is at least one medical

24   physician and one nurse who oversees it, right; an

25   online medical reviewer, Dr. Richard Lo Cicero.  Do

Saenz - Cross/Mr. Dearing

1925

1    you see that?

2    A.    He's not a UCSD physician.

3    Q.    Do you know him?

4    A.    I don't know him.  He is not in our division.

5    He is not in the Moores Cancer Center.

6            MR. DEARING:  Will you pull up PSC Saenz 8,

7    please.

8    Q.    Are you familiar -- this is a publication from

9    Gynecologic Oncology.  Do you subscribe to this

10   journal Gynecologic Oncology?

11   A.    Online.

12   Q.    Do you recall if you have ever seen this -- this

13   is called "Opportunities and Challenges in Ovarian

14   Cancer Research," a perspective from the 11th ovarian

15   cancer action HHMT forum in Lake Como in March 2007.

16   Do you remember ever seeing that?

17   A.    No.

18   Q.    If you will, scroll down to the first page, the

19   abstract.  What this is, this is 50 or more of the

20   world's leading ovarian cancer researchers --

21   A.    Can you say that again?

22   Q.    This is a list of the coordinators of this

23   conference.  One is them is Dr. Jeff Boyd, who is a

24   defense expert.  At this conference there were 50 or

25   more leading researchers and --

Siemz Cross/Mr. Dearing

1926

1    A.    I don't believe there are 50 authors, sir.

2    Q.    I'm having a hard time seeing it up there.  So

3    let me look in my binder real quick.

4          (Pause.)

5          So on page 656, in the bottom right-hand

6    corner, this is a list of the attendees.  There are

7    probably more than 50, I was estimating.

8    A.    That's not necessarily who authored this paper.

9    Right?

10   Q.    I agree with you.

11         These are the attendees that are attending

12   this consortium.  Okay?

13   A.    Okay.

14   Q.    I suspect the authors are listed on the next

15   page, and there are eight or nine of them.  See them

16   on the right?

17   A.    Yes.

18   Q.    What they say, if you go to the first page,

19   second paragraph in the right column:

20         "A combination of demographic, reproductive

21   and environmental risk factors might be used to

22   develop a model that would more accurately predict

23   risk," when they are talking about risk of ovarian

24   cancer.

25         "One preliminary algorithm using seven risk

Saenz - Cross/Mr. Dearing

1927

1  factors: age over 45, long-term genital talc use,

2  family risk of ovarian cancer, or early onset breast

3  cancer," and some other things, "showed that women

4  with six to seven of these events have an odds ratio

5  of 7.59."

6          The point I'm making here is this consortium

7  back in 2007 seem to be identifying long-term genital

8  talc use as a risk factor for ovarian cancer.  Would

9  you agree?

10  A.   Well, they put that into an algorithm that they

11  created in 2007.  But as we sit here now, in 2019, no

12  such algorithm exists in clinical practice.

13  Q.   My point is all the way back in 2007, talc was

14  being discussed as a risk factor for ovarian cancer.

15  Do you agree?

16  A.   Talc is being discussed as a risk factor for

17  ovarian cancer since 1982, but that doesn't mean that

18  it causes it.  In fact, after this was published is

19  when the Gates 2010 study came out.  So the fact that

20  this was proposed in 2007, I haven't stated that it

21  wasn't being discussed back then.  But we're now

22  12 years into the future, and there is no algorithm in

23  clinical practice that plugs genital use of talcum

24  powder into calculating a woman's risk of developing

25  ovarian cancer.

Siong Cross/Mr. Dearing

1928

1  Q.    Okay.  But there are many institutions and

2  consortiums like this that continue to include

3  perineal use of talcum powder a risk factor for

4  ovarian cancer in their general discussions.  Right?

5  A.    I don't know what you are referencing.

6  Q.    You offered some opinions about causation and

7  inflammation on direct.  I want to ask you a couple of

8  questions about that.

9         I think you said there was no evidence that

10 inflammation contributes to ovarian cancer, and to say

11 that you were relying on the Merritt study.  Am I

12 recalling that correctly?

13 A.    What I believe I said is that there is no data

14 that chronic inflammation leads to the development of

15 ovarian cancer.  Merritt is only one of the studies

16 that I looked at to support my opinion.

17 Q.    Would you agree that inflammation does play a

18 role in the initiation and development of many types

19 of cancers?

20 A.    Not ovarian cancer.

21 Q.    But it does for others?

22 A.    It does for certain cancers such as colon

23 cancer.

24 Q.    Are you familiar with the Savant 2018 study?

25 A.    I think I've seen a review article by them.

Stone - Cross/Mr. Dearing

1929

1    MR. DEARING:  Would you pull up PSC 115,

2    please.

3    Q.    Does this study look familiar?

4    A.    It's not a study.  It's a review article.  It's

5    not primary science.

6    Q.    Does this review article look familiar?

7    A.    Yes.

8    Q.    Would you look at the abstract, please.

9          First of all, this is June 14th, 2018,

10   actually published July 30th, 2018.

11         Do you see that?

12   A.    Yes.

13   Q.    It's by three scientists from the University of

14   Indiana.

15         MR. DEARING:  And if you would highlight the

16   abstract, please.

17   Q.    The first sentence of the abstract reads:

18         "Inflammation plays a role in the initiation

19   and development of many types of cancers, including

20   epithelial ovarian cancer, in high grade serous

21   ovarian cancer, a type of epithelial ovarian cancer."

22         Do you see that?

23   A.    I see that they wrote that.

24   Q.    Do you disagree with them?

25   A.    I don't see any citations for that.  I don't see

Siena - Cross/Mr. Dearing

1930

1   this is as primary science, and I don't know of any

2   primary science that supports that chronic

3   inflammation initiates ovarian cancer.

4   Q.    Would you go to the next page, please, top of

5   the page, second line down, the sentence starts:

6            "Chronic inflammation is an important risk

7   factor associated with epithelial ovarian cancer in

8   high grade serous ovarian cancer, the most malignant

9   subtype of epithelial ovarian cancers."

10           Do you see that?

11  A.    I do see that.

12  Q.    You still disagree with them?

13  A.    Yes.  And there is no citation.

14  Q.    Would you go to page 3 of 30, first sentence of

15  that inflammation section, it says:

16           "Amongst other factors, such as hereditary,

17  environmental, and lifestyle, inflammation emerges as

18  an important risk factor for epithelial ovarian

19  cancer."

20           Still disagree with them?

21  A.    Again, sir, there is no citation.  This is a

22  statement that's made without referring to any primary

23  science.

24  Q.    Let's look at some primary science.

25           Would you go to the next page, please, 2.2,

Stone Cross/Mr. Dearing

1931

1   where it says "infection."

2        It says:

3        "Pelvic inflammatory disorder is the infection

4   of the female reproductive organs, like the cervix,

5   uterus, fallopian tubes, and ovaries, it is a

6   significant risk factor for ovarian cancer."

7        You disagree with that?

8   A.    There is literature to show pelvic inflammatory

9   disease, one episode specifically does not increase a

10  woman's risk of developing ovarian cancer.  There is

11  literature to also show that with two or more episodes

12  of PID, that there is an increased risk specifically

13  for borderline ovarian cancers.

14       So I don't just blanket disagree with that

15  statement because there is some literature to support

16  it in terms of women with repeated episodes of PID but

17  for a very specific type of ovarian cancer.

18  Q.    Okay.  I know this question is obvious, but

19  pelvic inflammatory disorder or PID is an inflammatory

20  condition.  Right?

21  A.    It's an infection that leads to inflammation,

22  correct.

23  Q.    In the next paragraph it discusses other sources

24  of inflammation, and it says:

25       "The other causes" -- let's go back up to

Siems - Cross/Mr. Dearing

1932

1    infection.  It cites studies there in the next few

2    lines.  Since we are in agreement about that, I think

3    I'm just going to move on.

4           Now, in the next section "other sources of

5    inflammation," it says, quote:

6           "The other causes of inflammation in the

7    ovaries and/or fallopian tubes are endometriosis,

8    obesity, polycystic ovarian syndrome and talc

9    exposure."

10          Do you believe that endometriosis causes an

11   inflammatory reaction that may lead to some type of

12   ovarian cancer?

13   A.   So I think that endometriosis as a risk factor

14   for developing ovarian cancer is a really complex

15   issue.  I don't think it's necessarily a yes or no

16   answer because endometriosis in and of itself, which

17   involves the implanting of endometrial glands on other

18   organs in the pelvis, that implanting of the glands

19   can cause a localized inflammatory reaction.

20          But the actual precursor lesion for the

21   development of the cancer seems to be that those

22   endometrial cells start to develop atypia which is a

23   precursor lesion of the cancer itself and it's also

24   found within the uterus within the endometrial cavity

25   as endometrial cancer is developing.

Stone - Cross/Mr. Dearing

1933

1    So I think it's a complex issue.

2  Q.    The sort of misplacement of those endometrial

3  cells causes an inflammatory response, doesn't it?

4  A.    It can, but it's not necessarily the cancer is

5  developing from that inflammatory response as much as

6  those endometrial cells are becoming precancerous

7  themselves.

8  Q.    These authors also ascribe an inflammatory

9  process to the obesity risk factor, and it's a lengthy

10 explanation I don't think we really have time for.

11         In the next paragraph they say:

12         "Obese women have higher risks of epithelial

13 ovarian cancer and high grade serous carcinoma and

14 pro-inflammatory cytokines are associated with higher

15 body mass index levels."

16         Do you agree inflammation may play a role in

17 the risk factor of obesity?

18 A.    I don't think that has been worked out.  I think

19 that's a hypothesis.

20 Q.    These authors also say that polycystic ovarian

21 syndrome is a risk factor and a source of

22 inflammation.  Do you agree with that?

23 A.    In and of itself I don't know, nor do I

24 necessarily agree that polycystic ovarian syndrome is

25 a risk factor for ovarian cancer.  I think that gets

Stone - Cross/Mr. Dearing

1934

1  subsumed into women that are nulliparous.  PCOS is a

2  cause of infertility, and we know that infertility is

3  a risk factor for developing ovarian cancer.  So I

4  think that's part and parcel of the infertility risk

5  factor and not necessarily associated with an

6  inflammatory condition.

7  Q.   Okay.  And the last source of inflammation they

8  recognize that increases a woman's risk for ovarian

9  cancer is talc exposure is 2.3, the first sentence.

10          I'm on 430, Section 2.3, at the very beginning

11  of section -- it's page 4 of 30.

12          Of course you disagree with them on that as

13  well.  Right?

14  A.   Well, yes.  And, also, what you were looking at

15  before, actually, really, got it wrong because I think

16  the last paragraph that you highlighted, it said that

17  talc could get to the ovaries from diaphragm use, and

18  we know from what we looked at earlier this morning,

19  having your diaphragm dusted with talc and using your

20  diaphragm decreases the odds ratio.

21  Q.   Isn't it true the instructions that come with

22  the diaphragm tell you to rinse off the diaphragm

23  before you use it?

24  A.   I don't know.  I've never used a diaphragm.

25  Q.   The next page, 5 of 30, Sections 2.4, you were

Stone - Cross/Mr. Dearing

1935

1    also asked some questions about this on direct

2    examination, and that's nonsteroidal anti-

3    inflammatory drugs, and what these authors say in the

4    first sentence is:

5         "Further connecting inflammation to EOC,

6    epithelial ovarian cancers, are several studies that

7    demonstrate that intake of nonsteroidal anti-

8    inflammatory drugs, NSAIDs, specifically of aspirin,

9    correlates inversely with risk of ovarian cancer and

10   endometrial cancer."  And they cite four studies.

11        Do you agree there are studies that show

12   NSAIDs do reduce a woman's risk of ovarian cancer?

13   A.    So what you've highlighted here agrees

14   completely with what I said this morning, but that

15   only further demonstrates the inconsistencies within

16   the NSAIDs, the literature, right, because using low

17   dose aspirin daily decreased the risk of a woman

18   getting cancer.  But in some studies, using the

19   non-aspirin NSAIDs actually increased her risk of

20   getting cancer.

21        So if we're talking specifically about

22   aspirin, it does.  But then when we expand the

23   conversation to the non-aspirin NSAIDs, which also are

24   anti-inflammatory drugs, the risk of ovarian cancer

25   has been shown to increase.

Stone - Cross/Mr. Dearing

1936

1   Q.    At the time that you were formulating your

2   opinions about whether talc can cause ovarian cancer

3   and whether it would cause an inflammatory reaction in

4   cells, you had not considered five seminal cell

5   studies.  You had not considered the Buz'Zard study.

6   Correct?

7   A.    Are you asking about when I wrote my report?

8   Q.    I've got your report and your deposition.  And

9   according to your deposition, you hadn't considered

10  any of these five I'm about to read.  Tell me if I'm

11  wrong.

12  A.    I wouldn't say I hadn't considered.  I hadn't

13  read them.  That's true.  But I knew of the studies

14  and knew what their findings were based on reading

15  plaintiffs' expert reports.

16  Q.    So at the time of your formulation of your

17  causation opinions, and at the time of your deposition

18  even, you had not read the Buz'Zard 2007 study, right?

19  A.    That's correct.

20  Q.    And you had not read the Shukla 2009 study,

21  right?

22  A.    That's correct.

23  Q.    And you had not read the Fletcher Saed 2019

24  study, right?

25  A.    So that's not exactly correct because I did not

Saed - Cross/Mr. Dearing

1937

1  read the published manuscript, but I had read

2  Dr. Saed's report for this matter which he himself

3  said in deposition testimony was the same thing as his

4  manuscript.

5  Q.    Okay.  And you hadn't read the Akhtar 2010 or

6  the 2014 studies?

7  A.    Correct.

8  Q.    And is it your testimony today, reading about

9  studies gives you enough information to testify on the

10  subject or the topic of these five studies beyond your

11  expertise?

12  A.    I would not say the topic of these five studies

13  is beyond my expertise in terms of who I am as a

14  gynecologic oncologist.  But the topic of those five

15  studies is not what I was retained to do in this

16  matter.

17        Other investigators, if you will, M.D.s,

18  Ph.D.s were being retained in this matter to weigh in

19  on if the cancer biology, and that was not my

20  understanding of what I was being asked to do in this

21  matter.

22  Q.    Could you put up 515, please?  These are the

23  five studies I'm referring to.  I should have put this

24  up earlier so you could see it.

25        I think you said you did know about the

Saed - Cross/Mr. Dearing

1938

1   studies.  You just chose not to read them because you

2   weren't asked to offer opinions on this topic.  Am I

3   understanding that right?

4   A.    I knew about the studies, and I knew from

5   reading the expert reports that none of these studies

6   actually showed malignant transformation.

7            So reading them I did not feel was important

8   to my opinion, and I knew that other people that

9   basically are cancer biologists were going to be asked

10   to evaluate the cancer biology questions in this

11   matter.

12   Q.    With the exception of Dr. Saed, because you read

13   his report, someone told you about the results of

14   these studies and how you deemed they were unnecessary

15   for your opinions?

16   A.    What I said was I read your expert reports, and

17   they described these studies in their reports, and I

18   knew from your experts' reports that none of these

19   studies demonstrated malignant transformation.

20            MR. DEARING:  Can you put up slide 9.

21   Q.    Some other things you did not consider in

22   forming your opinions, isn't it true you did not

23   consider whether talcum powder contains asbestos in

24   determining whether talcum powder use might contribute

25   to cause cancer?

Stone - Cross/Mr. Dearing

1939

1    A.    That's true.

2    Q.    And you did not consider whether fibrous talc is

3    contained in the powders and might contribute to cause

4    cancer.  Right?

5    A.    Might contribute to cause ovarian cancer.

6    Q.    Ovarian cancer, right.

7    A.    That's true.

8    Q.    And you did not consider the carcinogenic heavy

9    metals in talcum powder in your analysis as to whether

10   it could cause ovarian cancer.  Right?

11   A.    If talc is the vehicle by which you are saying

12   all of these other things are getting to the women,

13   then that is true, I did not consider the components

14   within the talc.  I focused on the baby powder itself,

15   the perineal application of the baby powder.

16   Q.    If the baby powder contains asbestos and/or

17   fibrous talc and/or carcinogenic heavy metals and

18   potentially carcinogenic fragrance chemicals, and you

19   didn't consider those constituents, then you didn't

20   consider baby powder in its entirety, did you?

21   A.    Yes, I did because I focused on the literature

22   that examined the perineal application of talc and

23   whether or not the risk of ovarian cancer is

24   increased.  If talc contains all of these elements

25   that you are purporting are in there, and that would

1940

1   make the talc carcinogenic, there would be an

2   increased risk of developing ovarian cancer with the

3   perineal application, and that is not supported by the

4   literature.

5   Q.    If asbestos was in talc, and if it migrated to

6   the ovaries, do you believe that it would cause an

7   inflammatory reaction there?

8   A.    Are we talking pure hypothetical?

9   Q.    Yes.

10  A.    Asbestos is a Group 1 carcinogen by IARC.  I do

11  not believe there is a risk, an increased risk with

12  baby powder, the way that it is now, the way that it

13  has been used since, it's been studied since 1982.

14        So I assume asbestos could cause an

15  inflammatory response someplace, but it's not

16  something I've studied.

17  Q.    Do you have an opinion about whether asbestos

18  can cause ovarian cancer?

19  A.    So I know that IARC has published and stated

20  that there is an increased risk of ovarian cancer in

21  woman that have had heavy occupational exposure to

22  asbestos, but I think there are problems with those

23  studies.  But that is what IARC said.

24  Q.    And I'm asking Dr. Saenz's opinion, do you have

25  an opinion on whether asbestos can cause ovarian

Saenz - Cross/Mr. Dearing

1941

1    cancer?

2    A.    It's unfortunately not a yes or no answer for me

3    because I think that I acknowledge what IARC has

4    published, but I think there are some problems with

5    the studies that have been done, and not all the

6    studies have shown an increased risk of developing

7    ovarian cancer with heavy occupational exposure to

8    asbestos.  So I don't think it's as clear an issue as

9    IARC has stated.

10   Q.    That's exactly why we talk in terms of biologic

11   plausibility.  So let me ask you this question:

12        In your opinion, is it biologically plausible

13   if talc contains asbestos and fibrous talc, or

14   carcinogenic heavy metals, or carcinogenic fragrances,

15   and it does reach the ovaries, isn't it biologically

16   plausible that could cause an inflammatory reaction

17   that may set in motion a cascade of a reaction that

18   turns into cancer?

19        MR. WILLIAMS:  Objection, your Honor.  That's

20   clearly not something Dr. Saenz has been asked to

21   opine on in the matter.  She already testified as to

22   the limitations on her knowledge in that area.  We

23   don't think it's appropriate for counsel to ask her, a

24   person who has indicated she is not an expert in

25   asbestos to provide that opinion.

Stone - Cross/Mr. Dearing

1942

1    MR. DEARING:  I believe that was asked on

2  direct about biologic plausibility of talc, and if

3  she's going to talk about talc, we have to talk about

4  the constituents that are in talc.

5    THE COURT:  I'll let the Doctor answer

6  herself.  I think she said she did not consider

7  components.  She's not an expert in heavy metals and

8  asbestos.  She considered talc as a whole, whatever

9  may be in it.

10    I think that was your answer this morning?

11    THE WITNESS:  Yes, your Honor.

12    THE COURT:  That has been her testimony

13  throughout, regardless of what she's looking at as a

14  whole, but we can ask her that question and have her

15  clarify at this time.

16    MR. DEARING:  Let me ask the inverse of the

17  question.

18  Q.    Is it your opinion it's not biologically

19  plausibility that talc can cause ovarian cancer, and

20  is that opinion without regard to whether the talc

21  contains asbestos, fibrous talc, carcinogenic heavy

22  metals, or fragrances?

23  A.    That's correct.

24  Q.    You don't know whether if talc did contain those

25  things, that would change your opinion because you are

Siemer - Cross/Mr. Dearing

1943

1  not an expert in that field?

2  A.    It would not change my opinion because the

3  literature I looked at, talc literature, so if there

4  were components within the talc that are getting to

5  the woman via the talc, the talc literature would show

6  an increased risk of ovarian cancer, and it does not.

7         So my opinion is regardless of the

8  constituents that are in the talc, regardless,

9  perineal application of talcum powder does not

10  increase the risk, nor does it cause ovarian cancer.

11  Q.    Did I just hear you say there is no literature

12  to suggest that perineal talc use increases a woman's

13  risk of ovarian cancer?

14  A.    The sum of the literature, the sum of everything

15  we have been discussing here, looking at the sum of

16  the case-control studies, looking at the cohort

17  studies, the inconsistencies within the case-control

18  studies, between the case-control studies and the

19  cohort studies, the inconsistencies within the

20  individual case-control studies, all of that, all of

21  that is what I've examined as well as the literature

22  on inflammation, the literature on NSAIDs, the slides

23  on patients that have surgery, that have precursor

24  lesions for ovarian cancer that do not show

25  inflammation, all of that is what I have used to form

Siemer - Cross/Mr. Dearing

1944

1    my opinion.

2    Q.    With regard to those slides, isn't it true that

3    if you are looking at a slide of tumor tissue, you

4    will not expect to see the precursor lesion that

5    initiated that cancer process because it's obliterated

6    by the tumor?

7    A.    I'm not talking about the slides where the

8    cancer already developed.  I'm talking about the

9    slides that are on the women who have had prophylactic

10   surgery, and we can identify the STIC lesions and the

11   p53 signatures which are the precursors to the high

12   grade serous carcinomas.  There is no inflammation

13   there.

14          So if those cancers are in the process of

15   developing and you are proposing that chronic

16   inflammation is the inciting event, that should be

17   there, where the precancer is, and it's not.

18   Q.    Are you screening the women that you are

19   prophylactically giving oophorectomies to, whether

20   they are talc users?  Are you asking them that

21   question?

22   A.    No, but your hypothesis is that even exclusive

23   of talc, that chronic inflammation is causing ovarian

24   cancer.  And what I'm saying is talc or not, chronic

25   inflammation is not causing the high grade serous

Siemer Cross/Mr. Dearing

1945

1  carcinoma.  The biology doesn't bare that out.

2  Q.    But you can tell postmenopausal, by looking at

3  pathology slides of an ovarian cancer tumor?

4  A.    That's not what I'm saying.  What I'm saying is

5  I'm looking at the precursor lesions, and there is no

6  inflammation.

7  Q.    I guess my problem is, if you remember looking

8  at what you are calling precursor lesions, but you can

9  never take the tumor and trace it back to those

10  precursor lesions, because the precursor lesion here

11  gets destroyed and subsumed in the tumor.  So you are

12  speculating whether those precursor lesions will morph

13  into a cancer.  Right?

14  A.    Not entirely true and not supported by the

15  science.

16       So one of the criteria for diagnosing

17  fallopian tube cancer as opposed to cancer that

18  originated in the ovary is that somewhere in that

19  fallopian tube, as you examine the entire fallopian

20  tube, you need to find that STIC lesion.  That's how

21  the pathologists said this came from the fallopian

22  tube as opposed to the ovary.

23       So not entirely true.  It's a precursor lesion

24  that allows you to call out and say this is fallopian

25  tube carcinoma.  So you might have a big old tumor but

Stohr - Cross/Mr. Dearing

1946

1  you also have to have evidence of the spectrum, if you

2  will, of development.

3  Q.    You talked some about the Society of Gynecologic

4  Oncology, the SGO.  You are a member of SGO.  Right?

5  A.    Yes.

6  Q.    You are a member of ACOG.  Right?

7  A.    I'm a fellow, yes.

8  Q.    You are a member of the American Congress of

9  Obstetrics and Gynecology?

10 A.    Yes.

11 Q.    Are you Board Certified in OBGYN?

12 A.    Yes.

13 Q.    Are you Board Certified in gynecologic oncology?

14 A.    Yes.

15 Q.    When did you become Board Certified in

16 gynecologic oncology?

17 A.    2001.

18 Q.    How do you become Board Certified in gynecologic

19 oncology?

20 A.    Well, you have to complete a fellowship

21 successfully, and then at the completion of your

22 fellowship, you take a written exam, and then you --

23 it's different now than when I did it.  You don't have

24 to -- I think for me, when I did it, I had to wait

25 1 1/2 to two years before I could collect cases to sit

Stone/Cross/Mr. Dearing

1947

1    for my oral examinations.

2    Q.    Once you become Board Certified, what do you

3    have to do to maintain it?  Do you have continuing

4    education requirements?

5    A.    We do.

6    Q.    Is that the only thing you have to do to

7    maintain it?

8    A.    I think you have to maintain hospital privileges

9    in good standing and submit to the Board that you have

10   that, and your maintenance of Certification means that

11   you have to read 30 articles a year that are posted

12   online, answer test questions about those articles,

13   and receive a passing score, and you have to every

14   year do at least two different chart pulls, if you

15   will, to make sure your practice is consistent with

16   certain objectives of the field.

17   Q.    Who makes up the American Board of Obstetrics

18   and Gynecology?  Is it other gynecologic oncologists

19   around the country?

20   A.    No, it's general OBGYNs, maternal, fetal,

21   medicine specialists, some gyne-oncologists --

22   Q.    Is there a subspecialty you can be Board

23   Certified in, and that's gynecologic oncology?

24   A.    Yes.

25   Q.    Is it the same Board that oversees both the

Stone - Cross/Mr. Dearing

1948

1    General American Board of Obstetrics and Gynecology

2    and the Gynecologic Oncology Board Certified?

3    A.    Yes.

4    Q.    Have you ever served on the American Board of

5    Obstetrics and Gynecology?

6    A.    No.

7    Q.    Have you ever served on any of their committees?

8    A.    Not on the Board's committees, no.

9    Q.    Do you know Dr. Steve Plaxe at UC San Diego

10   School of Medicine?  I only ask because I noticed he

11   sits on the GYN Oncology Committee.  Do you know him?

12   A.    He is one of my partners.

13   Q.    So being Board Certified in Gynecologic Oncology

14   sort of sets you apart from, I guess, other non-Board

15   Certified physicians as having demonstrated a certain

16   expertise in that area.  Would you agree?

17   A.    Well, it means I have specialty training.  But

18   many people have specialty training.  They are just

19   boarded in their specialties.  What you said sounds a

20   bit elitest, and I'm trying not to sound elitest.

21   Q.    Do you know whether the American Board of

22   Obstetrics and Gynecologists recognizes talc as a

23   contaminant that might cause cancer?

24   A.    I don't believe the Board considers it a risk

25   factor per se in the situation by which posting risk

Stone Cross/Mr. Dearing

1949

1    factors because that's not the responsibility of the

2    Board.  I do know that the Board has this list of

3    learning objectives per se that it puts forth for

4    fellowship candidates to learn, and one of the

5    subjects it talks about is talking about potential

6    risk factors that are out there being discussed, and

7    one of the learning objectives in terms of talking

8    about environmental exposures, the Board does list

9    talc as one of them.

10   Q.    Let's look at Plaintiffs' Exhibit 13, slide 3.

11   This is the guide to learning in gynecologic oncology.

12   This gives you sort of an outline of the things you

13   are expected to know about for the exam and be board

14   certified.  Right?

15   A.    It's kind of a listing of topics that the fellow

16   should be prepared to discuss in their oral

17   examination. Can you go to the next page, please.

18   That explains more in detail what it is.

19         Then if you would go to page 13, please.  If

20   you look at Roman numeral III, 8, subsection B 1(e).

21   Q.    It says:

22         "The fellow should understand and be able to

23   describe" and it lists all these things, and one is

24   "environmental contaminants such as the relationship

25   of talc and asbestos to ovarian and other malignancies

Stone Cross/Mr. Dearing

1950

1   and smoking to lower genital track cancer."

2        Do you agree this is one of the topics the

3   American Board of Obstetrics and Gynecologists

4   specifically requires their physicians to know things

5   about in order to become Board Certified?

6   A.   So this listing is a list of topics that the

7   fellowship candidate should be prepared to discuss and

8   review the literature in order to be a responsible

9   gyne-oncologist, yes.

10  Q.   The topic suggests that "environmental

11  contaminants such as the relationship of talc and

12  asbestos to ovarian cancer and other malignancies" --

13  there is an implication in that statement those things

14  are not theoretical, that there is an established

15  relationship, and that's what it says.  Right?

16       MR. WILLIAMS:  That misstates the document,

17  your Honor.

18       THE COURT:  Let me have her answer the

19  question, please, as to what she thinks that's saying.

20  A.   I think that's your interpretation, because, in

21  fact, what the Board wants is fellows and fellowship

22  candidates to be responsible by doing a comprehensive

23  review of the literature to come to appropriate

24  conclusions.  So, for example, right above the segment

25  that you've highlighted they talk about viruses

Stone - Cross/Mr. Dearing

1951

1    including herpes.  This is for GYN oncology.  Herpes

2    is not associated with the development of gynecologic

3    malignancies.  It used to be thought cervical cancer

4    was caused by herpes, but now we know that's not true.

5    So in the same vein, I think the Board is putting out

6    there talc and discussed its relationship to ovarian

7    and other malignancies because fellowship candidates

8    should be prepared to have that discussion.

9    Q.    HPV virus, that's not a theoretical cause of

10   cervical cancer, is it?

11   A.    No, but herpes is, and that's still listed

12   because the Board wants the fellows to be able to have

13   a discussion where they can say, we once thought this

14   was the case for cervical cancer, but now we know it's

15   not true.  Likewise, the board would want educated

16   fellows to be able to have a discussion about the

17   relationship between talc and the development of

18   ovarian cancer.  They want their fellows to stay

19   current.

20   Q.    And just beneath that it says:

21         "Genetic mutations"-- and genetic mutations

22   are not a theoretical cause of ovarian cancer, are

23   they?

24   A.    No, they are not.

25   Q.    Where it says:

Stone - Cross/Mr. Dearing

1952

1    "Environmental contaminants such as the

2    relationship of talc and asbestos," it doesn't say

3    such as the theoretical relationship of talc and

4    asbestos, does it?

5    A.    It doesn't say that with the herpes either, but

6    that is the case.

7    Q.    It says that fellows should be prepared to have

8    a discussion about talc and ovarian cancer.  Yet

9    you've told us you don't have that discussion with

10   your patients.  Right?

11   A.    This is to be prepared for the board exam, sir.

12   That's not the intent of this document.

13   Q.    What's the purpose of learning about the

14   relationship of talc and ovarian cancer if you are not

15   going to share it with your patients?

16   A.    If you get asked a question you can answer it in

17   an educated format which I have said I do with my

18   patients if asked.

19        MR. DEARING:  That's all I have, your Honor.

20   Thank you.

21        THE COURT:  Let's take a break.

22        THE DEPUTY CLERK:  All rise.

23        (Recess.)

24

25

Saenz - Redirect/Mr. Williams

1953

1    THE DEPUTY CLERK:  All rise.

2    THE COURT:  Thank you.

3

4    **CHERYL C. SAENZ,** resumed.

5

6    REDIRECT EXAMINATION

7    BY MR. WILLIAMS:

8    Q.    Dr. Saenz, I just have a few clarifying

9    questions if I could.

10        The first topic is the Savant study from 2018.

11   It's an MDL Exhibit P-527.  Plaintiffs' counsel showed

12   you that article.  Do you recall that?

13   A.    Yes, I do.

14   Q.    And you mentioned that it was a review article.

15   Is that right?

16   A.    That's correct.

17   Q.    And what was the significance of your saying

18   this is a review article?

19   A.    Well, review articles are not peer-reviewed in

20   the same sense as a primary study might be.  So they

21   are reading a bunch of different articles and putting

22   together a summary.  A review article is not bringing

23   anything additional to the science itself because it's

24   just summarizing what's already been published.

25   Q.    Let me direct your attention to the portion of

Saenz - Redirect/Mr. Williams

1954

1   the article that related to talc in particular.  It's

2   on page 5.  There's a paragraph that begins with the

3   word "talc."  Do you see that?

4   A.    Yes.

5   Q.    What it says is:

6         "Talc is a silicate mineral, and exposure to

7   it can cause inflammation of the ovaries and poses a

8   risk hazard for development of EOC."

9         And there is a citation.  Do you see that?

10  A.    Yes.

11  Q.    That citation No. 45, if we go to page 20 of

12  Exhibit P-527, is to the Heller study.  Is that right?

13  A.    That's correct.

14  Q.    That's the same Heller study we talked about a

15  lot.  Right?

16  A.    That's correct.

17  Q.    Does the Heller study provide evidence that talc

18  causes ovarian cancer?

19  A.    No, it does not.

20  Q.    How about the second portion -- the first

21  portion of the sentence that talc causes inflammation

22  of the ovaries.  Did the Heller study say anything

23  about that?

24  A.    No.  In fact, the Heller study is that study you

25  recall that looked at 24 women, 12 of whom reported

Saenz - Redirect/Mr. Williams

1955

1    perineal application of talc, 12 of whom denied they

2    had applied talc to their genitalia and found talc in

3    the ovaries of all 24 women.  Heller then went on to

4    examine microscopically one of the ovaries for

5    evidence of inflammation and found none.

6    Q.    There was some discussion about diapering with

7    respect to the Heller study.  Do you remember that?

8    A.    Yes.

9          MR. WILLIAMS:  If we can pull up A 60, the

10   Heller study, page 4 of 5, Table II, A 60 page 4,

11   Table II.

12   Q.    First a preliminary question:  Do you happen to

13   know, Doctor, the latency period for ovarian cancer --

14   20, 30, 40 years?  Do you happen to know what the

15   literature says on that latency necessarily means to

16   talk about whatever particular exposure you are

17   talking about?

18   A.    We don't really know what the latency is for any

19   environmental exposure, and ovarian cancer, other than

20   there is some suggestion from the asbestos literature

21   that the latency for asbestos and the risk of ovarian

22   cancer is somewhere around 20 to 25 years.

23   Q.    If we look at this chart, if it were 20 to

24   25 years, and we look at the ages of the women

25   involved in the study, that would suggest that they

Saenz - Redirect/Mr. Williams

1956

1    were being diapered well after their infancy.  Would

2    that be accurate to say assuming a 20- to 30-year

3    latency?

4         Let me back up.  This is the Heller study and

5    Table II listed the ages of the women who were

6    studied.  It said they had talc in their ovaries, some

7    of them did and some of them didn't.  Do you recall

8    that?

9    A.    Yes.

10   Q.    Counsel on cross-examination suggested, isn't it

11   true there are six of the women who said they

12   remembered they were diapered in their infancy?  Do

13   you recall that cross-examination?

14   A.    I recall that he said that.  I don't remember

15   that fact, but that's okay.

16   Q.    Assume for purposes of the question that the

17   study says that there were six women who said they

18   were diapered in their infancy.  If the latency period

19   as you just described for asbestos that you've heard

20   is 20 years --

21        THE COURT:  You mean being diapered with baby

22   powder.

23        MR. WILLIAMS:  Yes, being diapered with baby

24   powder.

25        THE COURT:  They're all diapered I'm sure.

Saenz - Redirect/Mr. Williams

1957

1       MR. WILLIAMS:  Thank you, your Honor.

2   BY MR. WILLIAMS:

3   Q.    If the women were the ages that are listed in

4   Table No. 2 and the latency period, were as you

5   described, that would mean they would have been

6   diapered well after their infancy.  Is that accurate?

7   A.    You can say that or you can flip this and say

8   many of these women, if they were diapered with baby

9   powder, they are now of the age that at least 25 years

10  have passed and we would expect to see in their

11  ovaries either inflammation or ovarian cancer, if,

12  indeed, that is the mechanism by which talc is

13  inducing ovarian cancer.

14  Q.    And what we do know about the Heller study is

15  that half of the women reported that they had never

16  used talc in the perineal area, but there was talc in

17  their ovaries nevertheless.  Correct?

18  A.    That's correct.

19  Q.    You were asked questions about the IARC

20  monograph, and, specifically, it's Exhibit A 58.  You

21  read the monograph.  Correct?

22  A.    Which one are we talking about?

23  Q.    You were asked questions about the Health Canada

24  draft assessment.  That's what I'm talking about now.

25  Did you read that?

1958

1  A.     Yes.

2  Q.     It's Exhibit A 58.  Let me call up page 12, if I

3  could.  Do you recall reading this portion, the third

4  paragraph, second full paragraph, that speaks about

5  all of the various exposures that we have to talc.

6  A.     Yes.

7  Q.     It references here chewing gum, dried lagumes,

8  rice, all the ways that we are exposed to talc in our

9  lives.  Do you remember that?

10  A.     Yes.

11  Q.     In the next paragraph it says that talc is

12  present in approximately 8500 self-care products?

13         Do you see that?

14  A.     Yes.

15  Q.     Do you have an understanding as to whether talc,

16  based upon your reading, talc is contained in vitamins

17  or supplement pills that we take?

18  A.     Talc is in almost every pill that we take,

19  actually every prescribed medication.  It's a

20  component of all of those medications.

21  Q.     What I'm getting at is, is there any basis for

22  believing that the existence of talc in the body is

23  necessarily associated with a woman's perineal use of

24  talcum powder as opposed to the other manners in which

25  we are all exposed to talc?

Saenz - Redirect/Mr. Williams

1959

1   A.    Right.  There is no data, as we discussed really

2   throughout most of the day today, that talc applied to

3   the genital region makes it to the ovaries, and there

4   are many other applications of talc that we put into

5   our bodies on a daily basis.

6   Q.    One of the exhibits that you were shown was the

7   Langseth 2007 exhibit.

8         MR. WILLIAMS:  For the record, your Honor, it

9   was PSC Opposition Exhibit 5.

10  Q.    Counsel showed it to you on the topic of

11  migration.  Do you recall that?

12  A.    Yes.

13  Q.    Let me direct you to the conclusion of the

14  study.  I'll just use the ELMO for this.  This is PSC

15  Opposition Exhibit 5, page 359.

16  A.    Counsel, if I may, I believe that based on

17  reading the abstract before, I told Mr. Dearing that I

18  had no recollection, I couldn't recall as I sat here

19  whether or not I had seen this paper before.  And as I

20  look at this table, it refreshes my memory.  I have

21  seen this paper before.  I just want to clean up the

22  record for that.

23  Q.    I just wanted to direct your attention to the

24  end of the paper that talks about it as a proposal to

25  the research community.  Is this the Langseth study

Saenz - Redirect/Mr. Williams

1960

1   that you read that concluded here:

2          "The current body of experimental and

3   epidemiological evidence is insufficient to establish

4   a causal association between perineal use of talc and

5   ovarian cancer risk."

6   A.    Yes.

7   Q.    Counsel showed you a Daniel Cramer study from I

8   believe 2007.  It's one you will recall he co-authored

9   with Dr. Godleski from Harvard.  Do you remember that

10  line of questioning?

11  A.    Yes.

12  Q.    For the record, it's Exhibit P-SC Opposition

13  Exhibit 76.  Here is the cover page, Dr. Saenz.

14          I want to direct your attention to a statement

15  contained on page 500 here.  Do you see over in the

16  right-hand column the authors wrote:

17          "Also we are not claiming that a causal

18  relationship between ovarian cancer and talc use is

19  proven for this case or in general."

20          Is that part of the same study that was put in

21  front of you?

22  A.    Yes, it is.

23  Q.    Counsel put in front of you Blaustein's

24  "Pathology of the Female Genital Tract."  That was PSC

25  Saenz 14.

Saenz - Redirect/Mr. Williams

1961

1       I want to direct your attention to this page

2  which counsel showed you under the heading

3  "Inflammation."  Counsel read the first few sentences

4  here down to the word "carcinogenesis."  You drew

5  counsel's attention to the very first line that said

6  "It has been suggested," and you pointed out that

7  word.  Do you remember that?

8  A.     Yes, I do.

9  Q.     I want to direct your attention to the sixth

10  line, the sentence that begins "Evidence of pro-

11  inflammatory microenvironment in endometriosis

12  supports this hypothesis for Type I tumors."

13       Does the use of the word "hypothesis" make the

14  point that you were making about this section on

15  inflammation?

16  A.     It does.  I think what I stated was something

17  very much along the lines of a suggestion is a

18  hypothesis.

19  Q.     And then below, under "Other Risk Factors,"

20  counsel read this portion that said:

21       "Other potential risk factors have been

22  studied but associations with ovarian cancer risk are

23  weak or inconclusive," and then it goes on to list a

24  number of things.

25       My question to you is, is that consistent with

Saenz - Redirect/Mr. Williams

1962

1    your reading of the literature with respect to talc in

2    particular, that is, that any sort of an association

3    is indeed weak and inconclusive with respect to

4    causation?

5    A.    I would take it further, counsel.  I believe the

6    odds ratio from the case control literature has shown

7    a weak association in the range of 1.2 to 1.4.  But I

8    don't consider the literature inconclusive.  I believe

9    that it is conclusive right now in terms of the state

10   of the science, and this is in part due to the fact

11   that the cohort studies do not show an association.

12   The case-control studies are inconsistent within and

13   of themselves.  There is no biologically plausible

14   mechanism by which the talc would be inducing chronic

15   inflammation.

16   Q.    You were asked some questions about the U.C. San

17   Diego website.  Do you recall that?

18   A.    About the U.C. San Diego website that they put

19   up the questionnaire?

20   Q.    That's right.

21   A.    Yes.

22   Q.    In the questionnaire that was put up counsel

23   directed your attention to the name of a Dr.  Richard

24   J. LoCicero.  Do you remember when that was placed up

25   there?

1963

1    A.    He is not UCSD faculty.

2    Q.    You know that because you know the UCSD faculty

3    tree.  Is that true?

4    A.    That's true.

5    Q.    Now, we looked over the break for Dr. LoCicero,

6    Richard J. LoCicero.  This indicates that he is from

7    the Vanderbilt University.  That's where he got his

8    medical degree, and that he is affiliated, that he's

9    an oncologist and hematologist.  Do you see that?

10   A.    Yes.

11   Q.    Under hospital privileges down at the bottom, it

12   references that he works out of Georgia.  Right?

13   A.    Right.  So someone like him would be contacted

14   by, say, a third-party vendor to write a document such

15   as that, which has been posted on the UCSD website.

16   He's essentially contracted to write those things.

17   It's not reflective of what the UCSD faculty believes.

18   Q.    Let me ask you some questions about the website,

19   not the questionnaire portion, but the website that

20   lists risk factors itself, if I could.

21        MR. WILLIAMS:  If we can bring up exhibit

22   Saenz 505?

23   Q.    This document is not a quiz, is it?  This is

24   just a listing of risk factors?

25   A.    Correct.

Saenz - Redirect/Mr. Williams

1964

1  Q.    And it describes "a risk factor is anything that

2  may increase your chance of having a disease.  Risk

3  factors for certain types of cancer might include

4  smoking, diet, family history, or many other things,"

5  and it lists things you should know about the risk for

6  cancer.  And there are three bullet points.  See that?

7  A.    Yes.

8  Q.    None of those reference talc.  Is that right?

9  A.    That's correct.

10  Q.    Down below there is a separate paragraph that

11  says:

12        "Some risk factors, such as family history,

13  may not be in your control, but other things you can

14  change.  Knowing the risk factors can help you to make

15  choices that might lower your risk.  For example, if

16  an unhealthy diet is a risk factor, you may chose to

17  eat healthy food," and it references weight and so on.

18  Correct?

19  A.    Yes.

20  Q.    Under this portion of the website that lists

21  risk factors for ovarian cancer, is talc listed?

22  A.    No.

23  Q.    Let me end by talking about the Berge case.

24  Counsel asked you some questions.

25        For the record, it's Exhibit A 11.

Saenz - Redirect/Mr. Williams

1965

1    I would like to direct your attention to page

2  9 of Berge and ask you this:

3    You have described how -- and counsel has put

4  in front of you the forest plot where the point

5  estimates are to the right of 1.  Do you recall that?

6  A.    Were we looking at Penninkilampi for that, I

7  thought?

8  Q.    Yes, we were.  I'm not suggesting Berge did it.

9  If we could go to the ELMO very quickly.  This is the

10  forest plot I believe that counsel placed in front of

11  you on cross-examination.  Do you recall that?

12  A.    Yes.

13  Q.    And he pointed to the odds ratios being to the

14  right of 1.  You remember that, right?

15  A.    Right.

16  Q.    My question going back to Berge, do you remember

17  that Berge -- and this is page 9 of Exhibit A 11, left

18  column.

19    Do you recall that that study talks about the

20  notion of the predominance of the retrospective

21  case-control studies as it relates to a meta-analysis?

22  A.    Yes.

23  Q.    And you see the sentence here, it says:

24    "Also, there were limitations not specific to

25  our study, including" -- and then there is a list of a

Saenz - Redirect/Mr. Williams

1966

1  few things, "the predominance of retrospective

2  case-control studies."

3         Do you see that?

4  A.    Yes.

5  Q.    What do understand that to mean?

6  A.    What that discussion is pertaining to is that

7  there were many more women in the case-control studies

8  than there were in the cohort studies.  The volume of

9  cases was in the case-control studies.  The authors

10  are also acknowledging that there was no external

11  validation data, meaning that these women

12  self-reported their main exposure of interest.  They

13  weren't interviews per se.  They were women simply

14  answering retrospectively about their talc use, and,

15  essentially, the authors are basically discussing the

16  biases that are inherent to the case-control studies.

17  Q.    Just the sheer numbers, right.  If there are 20

18  something case-control studies, then there are only a

19  few of the cohort studies.  Does that have an impact

20  on this notion of predominance?

21  A.    It does.  It's dependent on not just the number

22  of studies per se, although that influences it, but

23  the women that were in -- the numbers of women in each

24  of those studies as well, and the predominance favored

25  the case-control studies.

Saenz - Redirect/Mr. Williams

1967

1   Q.   Now, let's end with the last page of this

2   exhibit.  It's actually page 10, just before the

3   acknowledgements.

4        In the Berge study, after going through its

5   analysis of which study to include and which not, the

6   analysis of the cohort studies as well as the

7   case-control study concluded:

8        "Several aspects of our results, including the

9   heterogeneity of results between case control and

10  cohort studies, however, do not support a causal

11  interpretation of the association."

12       Did I read that right?

13  A.   Yes.

14  Q.   Based upon your review of the studies, the data,

15  the information from the cancer watchdogs, if you

16  will, and the organizations that you have reviewed,

17  and based upon your experience for the last 25 years,

18  is there a way reasonably to read that data as

19  suggesting that there is a causal association between

20  talc use and ovarian cancer that is consistent, that

21  is strong, as opposed to weak and inconclusive and

22  lacking in biological plausibility?

23  A.   No, there is not, and the authors of Berge

24  concur.

25       MR. WILLIAMS:  No further questions, your

Saenz - Recross/Mr. Dearing

1968

1    Honor.

2            THE COURT:  Thank you.

3

4    RECROSS-EXAMINATION

5    BY MR. DEARING:

6    Q.    Does your institution know or disclose on its

7    website that the content is not reviewed for accuracy

8    by staff physicians?

9    A.    I don't know.

10   Q.    Does your institution disclose on its website

11   that the content may not be accurate?

12   A.    I don't know.

13   Q.    Does your institution disclose on its website

14   that the content is meant for marketing and not for a

15   woman's health?

16   A.    I don't know.

17   Q.    Were you aware your institution's website

18   mentions talc as a possible risk factor for ovarian

19   cancer before we had that conversation?

20   A.    Before I had what conversation?

21   Q.    Today with me when I asked you about your

22   website.

23   A.    No.

24   Q.    Mr. Williams mentioned the Savant article.  I

25   think he suggested that there is no suggestion here

Saenz - Recross/Mr. Dearing

1969

1  that talc causes inflammation and increases the risk

2  of ovarian cancer, and I wanted to direct you back to

3  it.  So would you turn to 115.  Let's look at page 6.

4          This is the inflammation model in Savant, and

5  it identifies sources of inflammation in the ovary and

6  fimbriae, and it talks about talc exposure right

7  there.  Right?

8          So would you agree this article does discuss

9  and proposes that talc exposure to the ovary does

10  create an inflammatory reaction which could be a

11  precursor to cancer?

12  A.    This is a cartoon graphic, if you will, again,

13  for the hypothesis that talc exposure causes chronic

14  inflammation.  But this is still just their

15  suggestions/hypothesis.  This is not proof.  This is

16  not documentation of a mechanism.

17  Q.    Since your working in California, are you

18  familiar with the California Department of Public

19  Health Occupational Health Cosmetic -- California Safe

20  Cosmetics Program?

21          MR. WILLIAMS:  Beyond the scope, your Honor.

22          THE COURT:  Sustained.

23  BY MR. DEARING:

24  Q.    Do you know whether the state of California

25  recognizes talc as a carcinogen?

Saenz - Recross/Mr. Dearing

1970

1    MR. WILLIAMS:  Same objection.

2    THE COURT:  Sustained.

3    BY MR. DEARING:

4    Q.    You mentioned that there was no current or

5    recent regression model that suggested that talc was a

6    risk factor, and I wanted to draw your attention to

7    the Wu study, which is a 2015.

8    A.    I believe you are misstating my testimony.  What

9    I said is that there is no algorithm -- I think at the

10   time we were looking at that paper from Lake Como, and

11   what I said is there is no algorithm in clinical

12   practice that you plug in risk factors to assess a

13   woman's risk of ovarian cancer.  There is nothing like

14   that in clinical practice.

15   Q.    Okay.

16   A.    I didn't say other authors haven't published.  I

17   said nothing in clinical practice.

18   Q.    I thought you said there was nothing recent.

19   A.    I said there is nothing in clinical practice in

20   2019 that algorithm was suggested in 2007.

21   Q.    This says:

22         "We used multivariate logistic regression to

23   examine parity, oral contraceptive use, tubal

24   ligation, endometriosis, family history of ovarian

25   cancer, and talc use, and risk of invasive epithelial

Saenz - Recross/Mr. Dearing

1971

1   ovarian cancer among Hispanics, African-Americans, and

2   non-Hispanics Whites."

3          So that is exactly what the Wu scientists did;

4   they created a multivariate logistic regression to

5   look at those risk factors?

6   A.    You are completely misrepresenting what this is.

7   Q.    I am?

8   A.    You are.

9   Q.    We can read what it is.

10  A.    This is not an algorithm to calculate a woman's

11  odds ratio.  The authors of this study sat down.  The

12  intent of their study was to look at the following

13  risk factors: parity, oral contraceptive use, tubal

14  ligation, endometriosis, et cetera, and calculate odd

15  ratios for the risk of developing ovarian cancer.

16  This is not an algorithm that is to be applied in

17  clinical practice.  You can poll every case-control

18  study.  You will see something in the methods section

19  that talks about multivariate logistic regression that

20  is the statistical technique to evaluate the influence

21  or the odds ratio of each and every one of these risk

22  factors on the development of ovarian cancer.

23  Q.    I don't think you heard my question.

24         THE COURT:  I don't think there was even a

25  question, so let's go back, Doctor, and listen to his

Saenz - Recross/Mr. Dearing

1972

1  question.  He did not have one yet.  All he had done

2  was read what was in this study.  So let's go back,

3  please.

4  BY MR. DEARING:

5  Q.    Isn't it true they used talc use as a risk

6  factor to calculate the risk of invasive epithelial

7  ovarian cancer?  They list it right there?

8  A.    They evaluated the use of talc and the risk of

9  ovarian cancer, correct.

10  Q.    You mentioned the Heller study on redirect.  I

11  just wanted to ask you something.

12        You remember in the Heller study one of the

13  calculations they discovered when they were

14  calculating the particle burden in the tissue was that

15  the women who reported talc use actually reported

16  about three times more -- actually was found to have

17  about three times the particle burden of the women who

18  did not use talc.  Do you see that?

19  A.    In five of the subjects, yes -- I'm sorry.

20  Could you put that back up for a second?

21  Q.    Yes.

22        (Pause.)

23  A.    Yes.

24  Q.    The five that reported talc use, five of the 12,

25  they had almost three times the number of talc

Saenz - Recross/Mr. Dearing

1973

1   particles as those with no reported talc use.  Right?

2   A.    Right.  It was about 2.5 times, but, yes.

3   Q.    Real quickly, can you pull up PSC 76, please.

4   One more quick look at this Cramer study.  This is the

5   study Mr. Williams just mentioned, Cramer 2007.

6         He took you to the quote that says,

7   "Essentially, this study doesn't establish that talc

8   causes ovarian cancer."  Do you remember that quote?

9   I can find it exactly.

10  A.    Correct.

11  Q.    But you know this is a case note involving a

12  68-year-old woman.  Right?

13  A.    Okay.

14  Q.    No reasonable scientist is ever going to suggest

15  causation based on what they find in a single patient,

16  are they?

17  A.    No.

18  Q.    And that was not the intent of the study?

19  A.    I don't know the intent of the study other than

20  it was to describe what their findings were.

21  Q.    They were not trying to establish causation in

22  that study, were they?

23  A.    No.  That's what they said in their discussion

24  section, they weren't trying to establish causation.

25  Q.    Because you cannot do that with one patient.

Saenz - Recross/Mr. Dearing

1974

1    Right?

2    A.    No responsible scientist would try to establish

3    causation with one patient.  That is correct.

4    Q.    Isn't it true you did not complete a full

5    Bradford Hill analysis when you were forming your

6    causation opinions in this case?

7    A.    So I did not complete a Bradford Hill analysis

8    under the guise of describing it as a Bradford Hill

9    analysis, but in my review of the literature and in

10   the writing of my report I actually did look at many

11   of the criteria.

12          In fact, I would say almost all of the

13   criteria that are described in a Bradford Hill

14   analysis.  I looked for strength of association.  I

15   looked for consistency.  I look for coherence.  I

16   looked for what I call dose-response, which I believe

17   Bradford Hill refers to as biologic gradient.

18          I weighed all of the literature, the things

19   that I reviewed very much along the lines of a

20   Bradford Hill analysis.

21   Q.    You would agree the Bradford Hill is

22   generally-accepted as a method by which causation can

23   be determined, right, or at least a causal

24   association?

25   A.    Yes.

Saed - Recross/Mr. Dearing

1975

1  Q.    To do a complete Bradford Hill analysis you have

2  to consider the totality of the evidence.  Right?  The

3  totality of the studies, whatever you are researching?

4  A.    Yes.

5  Q.    Since you heard some of the testimony yesterday,

6  do you agree that qualified, skilled scientists can

7  conduct a Bradford Hill analysis and actually reach

8  different conclusions at the end?

9  A.    No, I don't agree with that because I think the

10  methodology of the folks that have come to this room

11  and testified that talc causes ovarian cancer, I think

12  their methodology was flawed in the way that they

13  conducted their analysis, because the only conclusion

14  that you can draw is that talc does not cause ovarian

15  cancer.

16  Q.    If you do a thorough review, Doctor, you just

17  said that a thorough complete Bradford Hill analysis

18  requires consideration of the totality of the

19  evidence.

20          Isn't it true that when you were formulating

21  your opinion, you didn't consider the in vitro studies

22  pertaining to talc?

23  A.    That's not entirely true because I actually read

24  Dr. Saed's experiments, and I also knew from your

25  expert reports -- for example, the Shukla study and

Saed - Recross/Mr. Dearing

1976

1  Buz'Zard study did not show any evidence of malignant

2  transformation.  So I considered them in my analysis.

3           Additionally, one of the Bradford Hill

4  criteria, which is experimental evidence, Bradford

5  Hill in the actual document that is the Bradford Hill

6  criteria, says that evidence of experimental evidence

7  is not essential for a proper conduction of a Bradford

8  Hill analysis.

9  Q.    But you didn't read the cell studies, the Shukla

10 studies, the Buz'Zard studies, the Saed studies?

11 A.    I did read the Saed studies, that's incorrect.

12 Q.    I believe you read the report of Dr. Saed.  You

13 didn't read his studies.  Right?

14 A.    That is his study.  His report is his study.  He

15 testified to that in his deposition.

16 Q.    You didn't read the other four studies.

17 Correct?

18 A.    The other four studies we talked about earlier?

19 Q.    Yes.

20 A.    I did not read those prior to writing my report

21 but I did know what the content of them was, and it

22 was not important to my analysis.

23 Q.    One last question for you, Doctor:  Based on the

24 IARC assessment of asbestos and risk of ovarian

25 cancer, I want you now to assume that there is

1977

1    asbestos in Johnson & Johnson's talcum powder

2    products.  Is it your testimony that you would counsel

3    your patients that it is safe, based on your review of

4    the literature, to put that product containing

5    asbestos on her genitals?  Is that your testimony?

6  A.    Yes.

7              MR. DEARING:  Thank you.  That's all I have.

8              MR. WILLIAMS:  No questions, your Honor.

9              THE COURT:  You are excused.

10             (Witness excused.)

11             THE COURT:  Off the record.

12             (Discussion off the record.

13             THE DEPUTY CLERK:  All rise.

14             (Court concluded at 4:00 p.m.)

15 ///

16

17

18

19

20

21

22

23

24

25

1978

# I N D E X

**Proceedings**                                    **Page**

 WITNESSES                    Direct  Cross   Redirect  Recross

**Cheryl C. Saenz**

By Mr. Williams          1798      --      1953      --
By Mr. Dearing            --     1863        --     1969

1979

**C E R T I F I C A T E**

     PURSUANT TO TITLE 28, U.S.C., SECTION 753, THE

FOLLOWING TRANSCRIPT IS CERTIFIED TO BE AN ACCURATE

TRANSCRIPTION OF MY STENOGRAPHIC NOTES IN THE

ABOVE-ENTITLED MATTER.


    S/Vincent Russoniello
    Vincent Russoniello, CCR
    Certificate No. 675

## 0

**0.73** [1] - 1834:18
**0.79** [1] - 1856:9
**0.84** [1] - 1837:11
**0.86** [1] - 1850:25
**0.98** [1] - 1855:3
**0.99** [1] - 1859:16
**08608** [1] - 1796:7

## 1

**1** [30] - 1818:8, 1818:9, 1818:10, 1819:13, 1820:1, 1831:7, 1834:4, 1834:21, 1835:4, 1836:14, 1836:16, 1836:25, 1837:9, 1837:12, 1837:15, 1837:22, 1840:21, 1855:2, 1859:17, 1911:25, 1912:2, 1912:3, 1913:19, 1919:12, 1919:23, 1922:15, 1940:10, 1946:25, 1965:5, 1965:14
**1(e)** [1] - 1949:20
**1-A** [1] - 1866:19
**1.0** [1] - 1854:25
**1.02** [3] - 1851:11, 1860:3, 1910:22
**1.06** [1] - 1918:12
**1.09** [1] - 1850:24
**1.17** [1] - 1813:4
**1.2** [4] - 1861:21, 1914:11, 1919:2, 1962:7
**1.24** [1] - 1918:12
**1.25** [1] - 1859:15
**1.29** [1] - 1911:10
**1.3** [5] - 1818:18, 1819:5, 1819:8, 1819:10, 1919:2
**1.37** [1] - 1850:25
**1.4** [4] - 1861:21, 1911:21, 1914:11, 1962:7
**1.40** [4] - 1851:9, 1910:21, 1911:19, 1918:23
**1.49** [5] - 1812:25, 1911:11, 1911:24, 1918:18, 1918:23
**1.7** [3] - 1883:18, 1883:22, 1885:24

**1.91** [2] - 1851:11, 1910:22
**1/2** [2] - 1864:23, 1946:25
**10** [5] - 1816:17, 1851:22, 1913:2, 1913:9, 1967:2
**100** [1] - 1819:6
**104** [2] - 1823:6, 1823:8
**109** [1] - 1836:20
**11** [3] - 1919:23, 1964:25, 1965:17
**115** [2] - 1929:1, 1969:3
**11th** [1] - 1925:14
**12** [11] - 1832:21, 1832:23, 1837:23, 1864:1, 1876:3, 1876:4, 1927:22, 1954:25, 1955:1, 1958:2, 1972:24
**129** [1] - 1864:1
**13** [3] - 1823:8, 1949:10, 1949:19
**14** [6] - 1850:16, 1857:15, 1891:6, 1891:17, 1891:24, 1960:25
**14th** [1] - 1929:9
**15** [2] - 1819:24, 1908:19
**1500** [1] - 1839:1
**16** [1] - 1819:24
**16-MD-2738(FLW)(LHG** [1] - 1796:2
**1798** [1] - 1978:8
**18** [1] - 1824:12
**1800** [1] - 1839:1
**1863** [1] - 1978:9
**1953** [1] - 1978:8
**1961** [1] - 1873:17
**1969** [1] - 1978:9
**1976** [2] - 1849:22, 1850:8
**1979** [1] - 1873:17
**1982** [8] - 1811:8, 1811:9, 1850:8, 1852:6, 1852:11, 1852:16, 1927:17, 1940:13
**1995** [2] - 1858:3, 1858:8
**1996** [2] - 1832:12, 1872:10
**1997** [2] - 1858:4, 1858:9

## 2

**2** [13] - 1818:8, 1818:10, 1818:19, 1818:21, 1819:13, 1840:21, 1844:8, 1883:18, 1883:22, 1885:25, 1917:24, 1919:23, 1957:4
**2,000** [1] - 1805:10
**2.15** [1] - 1812:21
**2.2** [1] - 1930:25
**2.3** [2] - 1934:9, 1934:10
**2.4** [1] - 1934:25
**2.5** [1] - 1973:2
**20** [15] - 1799:2, 1805:19, 1812:11, 1816:17, 1819:1, 1839:16, 1898:7, 1921:14, 1954:11, 1955:14, 1955:22, 1955:23, 1956:2, 1956:20, 1966:17
**2000** [12] - 1849:25, 1850:3, 1850:16, 1850:19, 1850:21, 1851:1, 1851:8, 1851:25, 1854:19, 1910:5, 1910:14, 1912:22
**2001** [1] - 1946:17
**2005** [1] - 1904:11
**2007** [11] - 1881:3, 1925:15, 1927:7, 1927:11, 1927:13, 1927:20, 1936:18, 1959:7, 1960:8, 1970:20, 1973:5
**2008** [8] - 1844:4, 1849:25, 1851:15, 1854:15, 1854:17, 1854:21, 1854:23, 1855:1
**2009** [1] - 1936:20
**2010** [19] - 1850:1, 1851:13, 1851:14, 1851:16, 1851:18, 1851:25, 1852:22, 1852:23, 1853:3, 1853:10, 1853:13, 1854:5, 1855:24, 1856:13, 1857:12, 1857:15, 1859:1, 1927:19, 1937:5

## 2012

**2012** [1] - 1876:17
**2013** [1] - 1917:15
**2014** [1] - 1937:6
**2015** [4] - 1856:19, 1856:25, 1857:6, 1970:7
**2016** [9] - 1827:11, 1834:3, 1834:14, 1838:2, 1852:12, 1856:18, 1856:25, 1857:7, 1881:7
**2018** [8] - 1836:19, 1859:5, 1900:5, 1913:22, 1928:24, 1929:9, 1929:10, 1953:10
**2019** [4] - 1796:4, 1927:11, 1936:23, 1970:20
**21** [2] - 1799:8, 1921:16
**22** [1] - 1818:22
**23** [1] - 1883:15
**232** [1] - 1876:21
**24** [9] - 1832:19, 1832:21, 1852:1, 1857:16, 1871:21, 1900:6, 1900:10, 1954:25, 1955:3
**25** [7] - 1808:20, 1834:4, 1918:3, 1955:22, 1955:24, 1957:9, 1967:17
**27** [1] - 1834:16
**28** [1] - 1979:6
**29** [1] - 1819:20

## 3

**3** [10] - 1830:24, 1844:9, 1844:14, 1844:23, 1850:17, 1851:5, 1854:21, 1922:15, 1930:14, 1949:10
**30** [9] - 1808:10, 1814:18, 1818:22, 1849:23, 1930:14, 1934:11, 1934:25, 1947:11, 1955:14
**30-year** [1] - 1956:2
**307** [2] - 1851:25, 1852:3
**30th** [1] - 1929:10
**31** [3] - 1796:4, 1848:25, 1904:10
**33** [1] - 1899:6
**34** [1] - 1898:5

**35** [2] - 1806:16, 1900:9
**359** [1] - 1959:15

## 4

**4** [9] - 1830:24, 1834:4, 1834:5, 1851:6, 1852:21, 1864:23, 1934:11, 1955:10
**4,000** [1] - 1819:10
**40** [9] - 1806:16, 1818:12, 1819:1, 1819:9, 1910:24, 1911:19, 1912:14, 1955:14
**402** [1] - 1796:7
**42** [1] - 1851:17
**43** [1] - 1854:22
**430** [1] - 1934:10
**45** [5] - 1806:16, 1850:18, 1895:25, 1927:1, 1954:11
**48** [2] - 1847:22, 1847:24
**49** [1] - 1910:9
**4:00** [1] - 1977:14

## 5

**5** [14] - 1829:19, 1836:24, 1844:23, 1872:3, 1878:3, 1878:13, 1879:22, 1907:16, 1918:9, 1934:25, 1954:2, 1955:10, 1959:9, 1959:15
**5-to-10** [4] - 1814:16, 1880:22, 1882:15, 1883:6
**5-to-10-micron** [2] - 1882:18, 1882:24
**50** [13] - 1805:4, 1884:1, 1903:2, 1903:4, 1903:11, 1903:17, 1903:21, 1904:19, 1918:2, 1925:19, 1925:24, 1926:1, 1926:7
**500** [2] - 1919:16, 1960:15
**502** [2] - 1844:7, 1844:23
**505** [1] - 1963:22
**51** [2] - 1907:15, 1910:12
**515** [1] - 1937:22
**53** [1] - 1818:12

**54** [1] - 1871:20
**55** [1] - 1849:23
**56** [2] - 1873:19, 1883:10
**58** [2] - 1957:20, 1958:2
**588-9516** [1] - 1796:25

## 6

**6** [4] - 1849:16, 1922:21, 1922:24, 1969:3
**60** [5] - 1814:16, 1832:12, 1907:2, 1955:9, 1955:10
**600** [1] - 1852:2
**609** [1] - 1796:25
**656** [1] - 1926:5
**675** [1] - 1979:12
**68-year-old** [1] - 1973:12
**681** [2] - 1891:14, 1892:4
**6th** [2] - 1891:11, 1891:14

## 7

**7** [5] - 1830:20, 1836:1, 1845:7, 1845:8, 1858:15
**7.59** [1] - 1927:5
**70** [3] - 1814:16, 1819:16, 1907:2
**72** [2] - 1847:21, 1847:24
**753** [1] - 1979:6
**76** [4] - 1881:3, 1882:1, 1960:13, 1973:3
**78** [1] - 1923:2
**79,000** [1] - 1850:13

## 8

**8** [7] - 1796:5, 1830:20, 1836:1, 1852:21, 1883:21, 1925:6, 1949:20
**80** [6] - 1876:17, 1906:24, 1907:7, 1908:24, 1909:13, 1912:5
**84** [1] - 1837:16
**842** [1] - 1852:21
**8500** [1] - 1958:12
**876** [1] - 1852:3

## 9

**9** [3] - 1938:20, 1965:2, 1965:17

**90** [3] - 1906:25, 1907:7, 1907:23
**99** [1] - 1859:19

## A

**ability** [2] - 1871:22, 1873:21
**able** [6] - 1837:5, 1840:25, 1860:6, 1949:22, 1951:12, 1951:16
**ABOVE** [1] - 1979:9
**ABOVE-ENTITLED** [1] - 1979:9
**absent** [2] - 1889:2, 1901:16
**absolutely** [10] - 1801:25, 1805:25, 1807:15, 1810:12, 1815:13, 1828:15, 1890:23, 1905:12, 1912:1, 1920:8
**abstract** [8] - 1848:20, 1878:10, 1878:14, 1925:19, 1929:8, 1929:16, 1929:17, 1959:17
**academic** [2] - 1921:9, 1921:19
**accept** [1] - 1888:25
**accepted** [2] - 1821:23, 1974:22
**according** [1] - 1936:9
**account** [2] - 1819:16, 1833:8
**accounts** [3] - 1819:20, 1820:1, 1907:23
**accuracy** [1] - 1968:7
**accurate** [9] - 1814:20, 1831:18, 1831:19, 1885:23, 1916:4, 1922:11, 1956:2, 1957:6, 1968:11
**ACCURATE** [1] - 1979:7
**accurately** [1] - 1926:22
**acknowledge** [3] - 1869:18, 1872:17, 1941:3
**acknowledgements** [2] - 1845:9, 1967:3
**acknowledging** [1] - 1966:10
**ACOG** [2] - 1822:17,

1946:6
**acronym** [1] - 1841:13
**act** [1] - 1815:21
**ACTION** [1] - 1796:2
**action** [1] - 1925:15
**actively** [1] - 1806:7
**activities** [3] - 1902:17, 1902:18, 1902:20
**activity** [1] - 1886:21
**actual** [2] - 1932:20, 1976:5
**addition** [4] - 1804:19, 1820:9, 1840:2, 1892:20
**additional** [3] - 1852:2, 1878:18, 1953:23
**additionally** [3] - 1814:4, 1901:2, 1976:3
**address** [1] - 1804:8
**adenocarcinoma** [1] - 1907:21
**adhesions** [4] - 1842:18, 1842:19, 1842:20, 1842:21
**adjective** [2] - 1902:9, 1908:12
**advanced** [1] - 1803:10
**advocate** [1] - 1903:10
**affiliated** [2] - 1826:22, 1963:8
**affirm** [1] - 1889:22
**affirmatively** [1] - 1876:14
**affirmed** [1] - 1889:20
**African** [1] - 1971:1
**African-Americans** [1] - 1971:1
**age** [9] - 1800:17, 1800:18, 1816:3, 1852:17, 1895:14, 1923:5, 1927:1, 1957:9
**agencies** [1] - 1823:1
**agent** [1] - 1816:2
**agents** [5] - 1811:17, 1811:25, 1812:5, 1815:14, 1815:17
**ages** [6] - 1801:6, 1816:4, 1849:23, 1955:24, 1956:5, 1957:3
**aggressive** [3] - 1908:7, 1908:9, 1908:12
**ago** [4] - 1802:11, 1809:18, 1887:11, 1903:23

1982

**agree** [73] - 1824:4, 1824:7, 1829:23, 1829:24, 1864:22, 1870:5, 1872:18, 1873:20, 1875:20, 1877:10, 1879:19, 1880:2, 1880:8, 1880:11, 1880:16, 1880:17, 1883:1, 1883:2, 1883:6, 1884:9, 1887:22, 1887:24, 1892:17, 1892:25, 1894:21, 1894:23, 1895:17, 1898:18, 1899:14, 1899:15, 1900:23, 1901:14, 1904:4, 1905:3, 1905:23, 1906:20, 1906:24, 1908:2, 1908:6, 1908:14, 1908:17, 1908:23, 1909:5, 1909:20, 1910:6, 1913:17, 1913:21, 1913:25, 1914:9, 1917:9, 1917:20, 1919:9, 1919:11, 1919:15, 1919:16, 1920:13, 1921:8, 1921:25, 1923:24, 1926:10, 1927:9, 1927:15, 1928:17, 1933:16, 1933:22, 1933:24, 1935:11, 1948:16, 1950:2, 1969:8, 1974:21, 1975:6, 1975:9
**agreement** [2] - 1882:25, 1932:2
**agrees** [1] - 1935:13
**ahead** [3] - 1800:23, 1841:22, 1902:3
**aim** [1] - 1844:17
**Akhtar** [1] - 1937:5
**ALABAMA** [3] - 1796:11, 1796:12, 1796:12
**albeit** [1] - 1917:8
**algorithm** [9] - 1926:25, 1927:10, 1927:12, 1927:22, 1970:9, 1970:11, 1970:20, 1971:10, 1971:16
**alike** [1] - 1899:23
**ALLEN** [1] - 1796:11

**ALLISON** [1] - 1796:21
**allow** [1] - 1905:24
**allows** [1] - 1945:24
**almost** [11] - 1799:8, 1808:20, 1812:11, 1850:13, 1852:2, 1909:14, 1909:16, 1921:16, 1958:18, 1972:25, 1974:12
**amazed** [1] - 1802:3
**American** [6] - 1946:8, 1947:17, 1948:1, 1948:4, 1948:21, 1950:3
**Americans** [1] - 1971:1
**amount** [2] - 1819:22, 1859:3
**AN** [1] - 1979:7
**analogously** [1] - 1879:5
**analyses** [6] - 1808:12, 1809:12, 1913:13, 1913:14, 1913:23, 1914:10
**analysis** [30] - 1808:13, 1810:9, 1832:18, 1835:17, 1837:3, 1837:5, 1848:16, 1850:12, 1852:10, 1858:5, 1859:10, 1859:11, 1861:23, 1873:7, 1939:9, 1965:21, 1967:5, 1967:6, 1974:5, 1974:7, 1974:9, 1974:14, 1974:20, 1975:1, 1975:7, 1975:13, 1975:17, 1976:2, 1976:8, 1976:22
**analysts** [1] - 1809:13
**analytical** [1] - 1882:10
**analyzed** [4] - 1833:22, 1851:1, 1857:1, 1857:20
**analyzing** [1] - 1810:13
**anatomic** [2] - 1904:23, 1905:2
**anatomically** [2] - 1903:24, 1904:2
**anatomy** [5] - 1830:8, 1867:10, 1867:11, 1867:21, 1899:9
**Anatomy** [1] - 1899:4
**anesthesia** [1] - 1905:15
**anesthetic** [1] - 1904:21
**answer** [14] - 1808:4,

1848:8, 1902:1, 1922:13, 1922:20, 1922:24, 1922:25, 1932:16, 1941:2, 1942:5, 1942:10, 1947:12, 1950:18, 1952:16
**answering** [1] - 1966:14
**answers** [1] - 1864:4
**anterior** [1] - 1831:2
**anti** [4] - 1821:10, 1935:2, 1935:7, 1935:24
**anti-inflammatories** [1] - 1821:10
**anti-inflammatory** [1] - 1935:24
**antibody** [1] - 1841:23
**anxiety** [2] - 1813:3, 1813:9
**apart** [3] - 1905:18, 1906:7, 1948:14
**apologize** [1] - 1899:1
**appear** [2] - 1841:2, 1914:2
**appearance** [1] - 1814:6
**application** [30] - 1807:24, 1809:24, 1810:4, 1824:10, 1833:5, 1833:7, 1833:8, 1858:22, 1861:17, 1862:3, 1868:12, 1875:4, 1875:24, 1876:10, 1877:8, 1877:12, 1877:18, 1877:21, 1877:23, 1878:2, 1879:5, 1884:12, 1886:5, 1887:7, 1903:14, 1939:15, 1939:22, 1940:3, 1943:9, 1955:1
**applications** [1] - 1959:4
**applied** [25] - 1830:3, 1830:4, 1832:22, 1837:7, 1869:2, 1872:19, 1872:23, 1873:22, 1873:23, 1874:17, 1880:5, 1886:2, 1886:15, 1886:20, 1886:23, 1887:13, 1887:23, 1888:8, 1889:1, 1889:5, 1901:8, 1910:7, 1955:2, 1959:2, 1971:16

**apply** [2] - 1815:7, 1872:25
**applying** [3] - 1831:14, 1850:10, 1901:7
**appropriate** [4] - 1809:22, 1809:23, 1941:23, 1950:23
**area** [13] - 1804:15, 1806:22, 1807:23, 1810:25, 1830:22, 1833:2, 1833:23, 1850:11, 1881:20, 1923:11, 1941:22, 1948:16, 1957:16
**areas** [2] - 1803:16, 1814:13
**Army** [1] - 1844:12
**ARPS** [1] - 1796:17
**article** [13] - 1804:10, 1804:13, 1917:17, 1928:25, 1929:4, 1929:6, 1953:12, 1953:14, 1953:18, 1953:22, 1954:1, 1968:24, 1969:8
**articles** [5] - 1812:4, 1947:11, 1947:12, 1953:19, 1953:21
**artist** [1] - 1867:18
**asbestiform** [1] - 1866:10
**asbestos** [37] - 1809:8, 1809:16, 1865:12, 1865:16, 1865:18, 1866:16, 1879:3, 1879:4, 1900:20, 1903:2, 1903:4, 1903:11, 1903:17, 1903:21, 1938:23, 1939:16, 1940:5, 1940:10, 1940:14, 1940:17, 1940:22, 1940:25, 1941:8, 1941:13, 1941:25, 1942:8, 1942:21, 1949:25, 1950:12, 1952:2, 1952:4, 1955:20, 1955:21, 1956:19, 1976:24, 1977:1, 1977:5
**ascend** [6] - 1874:17, 1875:13, 1900:19, 1900:24, 1901:7,

1901:13
**ascends** [1] - 1901:6
**ascribe** [1] - 1933:8
**ASHCRAFT** [1] - 1796:13
**Ashkenazi** [1] - 1919:22
**aside** [1] - 1847:25
**aspect** [1] - 1903:21
**aspects** [1] - 1967:8
**aspirin** [7] - 1821:11, 1821:17, 1935:8, 1935:17, 1935:19, 1935:22, 1935:23
**assert** [1] - 1822:21
**asserted** [1] - 1854:5
**assess** [1] - 1970:12
**Assessing** [2] - 1900:6, 1900:10
**assessment** [3] - 1883:11, 1957:24, 1976:24
**associated** [25] - 1806:5, 1815:5, 1815:10, 1816:1, 1817:8, 1817:12, 1817:15, 1818:4, 1827:1, 1829:2, 1829:7, 1840:10, 1842:13, 1843:11, 1854:7, 1861:17, 1901:9, 1915:23, 1916:8, 1916:14, 1930:7, 1933:14, 1934:5, 1951:2, 1958:23
**association** [23] - 1810:11, 1810:14, 1810:24, 1816:14, 1816:23, 1822:22, 1823:11, 1823:17, 1837:17, 1851:13, 1853:5, 1858:18, 1860:7, 1875:3, 1903:14, 1960:4, 1962:2, 1962:7, 1962:11, 1967:11, 1967:19, 1974:14, 1974:24
**associations** [3] - 1833:22, 1895:7, 1961:22
**assume** [6] - 1852:9, 1905:14, 1940:14, 1956:16, 1976:25
**assumed** [1] - 1854:4
**assumes** [2] - 1866:21,

1884:15
**assuming** [5] - 1884:24, 1885:2, 1885:20, 1885:23, 1956:2
**assumption** [4] - 1852:18, 1853:24, 1855:14, 1855:15
**Atlas** [3] - 1899:3, 1907:6, 1907:19
**attached** [1] - 1916:24
**attempt** [2] - 1856:14, 1859:7
**attend** [1] - 1799:10
**attendees** [2] - 1926:6, 1926:11
**attending** [2] - 1921:13, 1926:11
**attention** [16] - 1823:13, 1832:16, 1836:24, 1861:14, 1871:10, 1883:9, 1891:5, 1953:25, 1959:23, 1960:14, 1961:1, 1961:5, 1961:9, 1962:23, 1965:1, 1970:6
**attenuated** [2] - 1853:14, 1853:15
**attenuation** [1] - 1855:14
**atypia** [1] - 1932:22
**author** [5] - 1844:16, 1874:15, 1875:11, 1887:10, 1910:13
**authored** [2] - 1926:8, 1960:8
**authors** [27] - 1844:24, 1845:2, 1850:8, 1851:1, 1851:23, 1855:1, 1856:19, 1857:2, 1857:18, 1859:5, 1859:10, 1859:22, 1880:3, 1880:9, 1888:13, 1918:5, 1926:1, 1926:14, 1933:8, 1933:20, 1935:3, 1960:16, 1966:9, 1966:15, 1967:23, 1970:16, 1971:11
**average** [2] - 1880:22, 1923:17
**averaged** [1] - 1882:14
**aware** [7] - 1828:24, 1829:3, 1866:18,

1880:20, 1880:23, 1889:19, 1968:17

**B**

**babies** [1] - 1898:24
**Baby** [4] - 1809:17, 1865:11, 1866:8, 1880:21
**baby** [9] - 1869:13, 1939:14, 1939:15, 1939:16, 1939:20, 1940:12, 1956:21, 1956:23, 1957:8
**background** [1] - 1799:10
**bacteria** [1] - 1860:25
**Baggish** [2] - 1898:15, 1899:6
**bare** [1] - 1945:1
**BART** [1] - 1796:19
**based** [23] - 1807:9, 1808:17, 1814:15, 1822:8, 1827:18, 1829:5, 1829:21, 1845:2, 1852:18, 1865:14, 1867:21, 1888:12, 1914:9, 1920:10, 1920:18, 1936:14, 1958:16, 1959:16, 1967:14, 1967:17, 1973:15, 1976:23, 1977:3
**baseline** [1] - 1834:21
**basic** [1] - 1826:10
**basing** [1] - 1921:12
**basis** [2] - 1958:21, 1959:5
**bathroom** [1] - 1824:3
**BE** [1] - 1979:7
**bearing** [1] - 1923:5
**BEASLEY** [1] - 1796:11
**become** [7] - 1816:10, 1827:8, 1840:25, 1946:15, 1946:18, 1947:2, 1950:5
**becomes** [1] - 1816:12
**becoming** [1] - 1933:6
**beg** [1] - 1835:2
**began** [1] - 1810:25
**beginning** [2] - 1841:16, 1934:10
**begins** [2] - 1954:2, 1961:10

**Behalf** [1] - 1797:9
**behalf** [4] - 1796:14, 1796:21, 1801:23, 1875:11
**BEISNER** [1] - 1796:18
**believes** [2] - 1812:14, 1963:17
**below** [4] - 1837:22, 1854:25, 1961:19, 1964:10
**beneath** [2] - 1911:3, 1951:20
**benefit** [1] - 1904:17
**Berge** [18] - 1849:8, 1857:10, 1857:21, 1857:23, 1858:5, 1858:14, 1858:17, 1858:21, 1859:5, 1860:2, 1964:23, 1965:2, 1965:8, 1965:16, 1965:17, 1967:4, 1967:23
**best** [1] - 1827:1
**better** [2] - 1803:9, 1904:1
**between** [24] - 1802:12, 1806:16, 1810:24, 1816:14, 1816:23, 1818:25, 1822:4, 1822:22, 1823:17, 1838:7, 1839:1, 1857:9, 1858:18, 1875:3, 1898:21, 1903:14, 1906:9, 1912:6, 1943:18, 1951:17, 1960:4, 1960:18, 1967:9, 1967:19
**beyond** [6] - 1830:13, 1852:17, 1866:17, 1937:10, 1937:13, 1969:21
**bias** [3] - 1910:1, 1921:6
**biases** [2] - 1912:18, 1966:16
**BIDDLE** [1] - 1796:15
**big** [2] - 1889:11, 1945:25
**bigger** [1] - 1913:24
**bilateral** [2] - 1892:8, 1892:18
**billions** [1] - 1884:13
**binder** [8] - 1832:13, 1876:22, 1878:12,

1984

1878:13, 1881:10, 1881:11, 1907:16, 1926:3
**biologic** [12] - 1810:19, 1827:14, 1827:15, 1827:17, 1827:22, 1827:25, 1828:19, 1869:23, 1875:2, 1941:10, 1942:2, 1974:17
**biological** [2] - 1874:22, 1967:22
**biologically** [14] - 1813:16, 1828:9, 1829:13, 1832:8, 1833:18, 1835:11, 1875:12, 1916:18, 1916:20, 1916:23, 1941:12, 1941:15, 1942:18, 1962:13
**biologist** [1] - 1865:2
**biologists** [2] - 1848:5, 1938:9
**biology** [6] - 1864:21, 1864:24, 1864:25, 1937:19, 1938:10, 1945:1
**biomarkers** [2] - 1803:4, 1803:7
**Birrer** [2] - 1889:23, 1890:3
**birth** [4] - 1806:9, 1820:23, 1821:7, 1895:14
**bit** [11] - 1799:1, 1809:6, 1812:19, 1818:9, 1822:25, 1823:19, 1830:21, 1899:25, 1908:5, 1913:16, 1948:20
**blanket** [1] - 1931:14
**Blaustein's** [3] - 1891:6, 1898:1, 1960:23
**bleeding** [1] - 1803:20
**blocks** [1] - 1868:1
**blood** [1] - 1804:3
**bloodstream** [1] - 1803:5
**blow** [3] - 1878:7, 1910:13, 1922:22
**board** [8] - 1824:24, 1825:16, 1826:22, 1858:8, 1858:11, 1949:13, 1951:15,

1952:11
**Board** [28] - 1825:6, 1825:11, 1826:6, 1826:18, 1946:11, 1946:13, 1946:15, 1946:18, 1947:2, 1947:9, 1947:17, 1947:22, 1947:25, 1948:1, 1948:2, 1948:4, 1948:13, 1948:14, 1948:21, 1948:24, 1949:2, 1949:8, 1950:3, 1950:5, 1950:21, 1951:5, 1951:12
**Board's** [1] - 1948:8
**boarded** [1] - 1948:19
**boards** [1] - 1867:10
**bodies** [1] - 1959:5
**body** [16] - 1830:14, 1833:12, 1839:9, 1839:11, 1839:19, 1839:24, 1839:25, 1874:11, 1879:2, 1880:14, 1893:9, 1895:8, 1903:12, 1933:15, 1958:22, 1960:2
**body-type** [1] - 1874:11
**book** [5] - 1879:22, 1893:24, 1898:2, 1898:17
**borderline** [6] - 1843:15, 1843:16, 1908:16, 1916:11, 1918:11, 1931:13
**born** [1] - 1898:24
**bottles** [1] - 1880:21
**bottom** [7] - 1823:14, 1851:5, 1876:25, 1905:10, 1910:16, 1926:5, 1963:11
**bound** [1] - 1798:18
**box** [2] - 1817:4, 1817:6
**boxes** [1] - 1817:7
**Boyd** [1] - 1925:23
**Bradford** [14] - 1974:5, 1974:7, 1974:8, 1974:13, 1974:17, 1974:20, 1974:21, 1975:1, 1975:7, 1975:17, 1976:3, 1976:4, 1976:5, 1976:7
**BRCA** [11] - 1818:8,

1818:9, 1818:10, 1818:19, 1818:21, 1819:13, 1840:21, 1919:17, 1919:23
**breadth** [1] - 1809:3
**break** [5] - 1862:7, 1868:16, 1895:24, 1952:21, 1963:5
**breaking** [1] - 1871:1
**breast** [2] - 1820:9, 1927:2
**breastfed** [1] - 1820:22
**breastfeeding** [1] - 1895:14
**briefly** [1] - 1799:9
**bring** [2] - 1823:5, 1963:21
**bringing** [1] - 1953:22
**British** [1] - 1904:10
**brought** [1] - 1870:9
**Brown** [2] - 1822:4, 1824:22
**BROWN** [1] - 1796:21
**browsing** [1] - 1826:20
**building** [1] - 1868:1
**bullet** [1] - 1964:6
**bunch** [2] - 1815:23, 1953:21
**burden** [2] - 1972:14, 1972:17
**Buz'Zard** [4] - 1936:5, 1936:18, 1976:1, 1976:10
**BY** [30] - 1796:11, 1796:14, 1796:16, 1796:18, 1796:19, 1796:21, 1797:8, 1798:13, 1826:11, 1827:12, 1849:4, 1861:10, 1863:7, 1864:9, 1867:8, 1880:1, 1882:3, 1884:18, 1885:1, 1890:2, 1891:4, 1897:10, 1902:10, 1914:25, 1953:7, 1957:2, 1968:5, 1969:23, 1970:3, 1972:4

**C**

**C-125** [1] - 1845:23
**CA-125** [10] - 1845:19, 1845:21, 1845:25, 1846:5, 1846:6,

1846:10, 1846:13, 1846:22, 1848:20, 1848:24
**CA-125s** [1] - 1806:4
**calculate** [3] - 1971:10, 1971:14, 1972:6
**calculated** [1] - 1895:21
**calculating** [2] - 1927:24, 1972:14
**calculations** [1] - 1972:13
**California** [8] - 1799:6, 1799:12, 1799:15, 1921:14, 1969:17, 1969:18, 1969:19, 1969:24
**CALIFORNIA** [1] - 1796:19
**Canada** [9] - 1873:21, 1873:25, 1874:20, 1875:12, 1883:10, 1885:3, 1885:10, 1885:22, 1957:23
**Canadian** [1] - 1919:25
**cancer** [338] - 1800:11, 1800:14, 1800:17, 1800:21, 1800:22, 1800:25, 1801:12, 1801:14, 1801:16, 1801:21, 1802:13, 1802:21, 1802:23, 1802:25, 1803:7, 1803:9, 1803:17, 1803:18, 1803:23, 1804:1, 1804:8, 1804:11, 1804:18, 1804:23, 1804:24, 1804:25, 1805:6, 1805:8, 1805:12, 1805:14, 1805:16, 1805:17, 1805:18, 1805:21, 1805:23, 1806:6, 1806:10, 1807:1, 1807:7, 1807:8, 1807:13, 1807:16, 1807:19, 1807:23, 1807:25, 1808:7, 1808:16, 1808:22, 1808:25, 1809:19, 1810:2, 1810:3, 1810:25, 1811:6, 1811:14, 1811:18, 1811:21, 1812:1,

1812:7, 1812:9, 1812:11, 1812:17, 1813:10, 1813:12, 1813:18, 1813:20, 1813:21, 1814:7, 1814:20, 1815:19, 1815:20, 1815:21, 1816:3, 1816:5, 1816:11, 1817:9, 1817:20, 1817:22, 1818:1, 1818:8, 1818:9, 1818:11, 1818:18, 1818:21, 1819:6, 1819:7, 1819:12, 1819:18, 1820:4, 1820:10, 1820:12, 1820:14, 1820:17, 1820:24, 1821:3, 1821:8, 1821:12, 1821:19, 1821:22, 1822:3, 1822:11, 1822:13, 1822:23, 1823:18, 1824:5, 1824:11, 1827:4, 1828:5, 1828:6, 1828:10, 1829:3, 1829:6, 1829:10, 1829:15, 1832:7, 1832:9, 1833:15, 1833:20, 1834:16, 1835:9, 1835:13, 1835:25, 1836:2, 1836:7, 1838:5, 1838:12, 1838:20, 1838:21, 1839:4, 1839:21, 1840:3, 1840:8, 1840:12, 1841:3, 1841:6, 1841:12, 1841:16, 1842:14, 1843:3, 1843:6, 1843:10, 1843:12, 1843:14, 1843:15, 1843:19, 1843:20, 1843:25, 1844:2, 1844:19, 1845:1, 1845:6, 1845:15, 1845:24, 1846:11, 1846:13, 1846:17, 1846:22, 1846:24, 1847:4, 1847:5, 1847:6, 1848:5, 1850:24, 1851:2, 1851:24, 1852:4, 1853:6, 1855:17,

1856:9, 1856:11, 1858:19, 1858:23, 1861:14, 1861:18, 1862:3, 1864:20, 1864:24, 1865:1, 1865:5, 1865:19, 1865:23, 1875:6, 1879:15, 1892:13, 1892:14, 1893:16, 1895:7, 1895:18, 1897:15, 1900:21, 1901:10, 1903:15, 1907:21, 1907:23, 1909:9, 1910:20, 1910:25, 1912:25, 1913:4, 1913:14, 1914:16, 1914:18, 1915:4, 1915:13, 1915:14, 1915:17, 1915:21, 1916:19, 1916:22, 1916:25, 1917:11, 1918:1, 1919:8, 1920:3, 1920:7, 1920:9, 1920:12, 1920:17, 1920:23, 1921:1, 1921:10, 1922:1, 1922:5, 1922:12, 1923:2, 1923:3, 1923:9, 1923:16, 1925:15, 1925:20, 1926:24, 1927:2, 1927:3, 1927:8, 1927:14, 1927:17, 1927:25, 1928:4, 1928:10, 1928:15, 1928:20, 1928:23, 1929:20, 1929:21, 1930:3, 1930:7, 1930:8, 1930:19, 1931:6, 1931:10, 1931:17, 1932:12, 1932:14, 1932:21, 1932:23, 1932:25, 1933:4, 1933:13, 1933:25, 1934:3, 1934:9, 1935:9, 1935:10, 1935:12, 1935:18, 1935:20, 1935:24, 1936:2, 1937:19, 1938:9, 1938:10, 1938:25, 1939:4, 1939:5, 1939:6, 1939:10, 1939:23, 1940:2, 1940:18, 1940:20, 1941:1,

1941:7, 1941:18, 1942:19, 1943:6, 1943:10, 1943:13, 1943:24, 1944:5, 1944:8, 1944:24, 1945:3, 1945:13, 1945:17, 1948:23, 1950:1, 1950:12, 1951:3, 1951:10, 1951:14, 1951:18, 1951:22, 1952:8, 1952:14, 1954:18, 1955:13, 1955:19, 1955:22, 1957:11, 1957:13, 1960:5, 1960:18, 1961:22, 1964:3, 1964:6, 1964:21, 1967:15, 1967:20, 1968:19, 1969:2, 1969:11, 1970:13, 1970:25, 1971:1, 1971:15, 1971:22, 1972:7, 1972:9, 1973:8, 1975:11, 1975:15, 1976:25

**Cancer** [16] - 1799:23, 1823:1, 1824:4, 1900:7, 1900:11, 1907:5, 1907:18, 1907:19, 1921:17, 1921:22, 1922:8, 1922:10, 1922:17, 1924:16, 1925:5, 1925:14

**Cancers** [1] - 1922:19

**cancers** [29] - 1798:25, 1805:16, 1815:3, 1815:21, 1819:23, 1820:2, 1843:17, 1863:18, 1874:13, 1892:2, 1906:22, 1906:25, 1907:8, 1907:24, 1908:8, 1908:15, 1909:4, 1909:15, 1912:12, 1913:6, 1919:12, 1919:13, 1928:19, 1928:22, 1929:19, 1930:9, 1931:13, 1935:6, 1944:14

**candidate** [1] - 1950:7

**candidates** [3] - 1949:4, 1950:22, 1951:7

**cannot** [6] - 1868:2, 1885:5, 1885:6, 1886:1, 1886:15, 1973:25

**capable** [1] - 1859:18

**carcinogen** [5] - 1866:14, 1866:19, 1940:10, 1969:25

**carcinogenesis** [4] - 1874:5, 1894:12, 1894:20, 1961:4

**carcinogenic** [10] - 1866:4, 1866:5, 1879:17, 1939:8, 1939:17, 1939:18, 1940:1, 1941:14, 1942:21

**carcinogens** [4] - 1892:22, 1893:8, 1893:9

**carcinoma** [8] - 1841:15, 1908:7, 1916:4, 1916:7, 1916:9, 1933:13, 1945:1, 1945:25

**carcinomas** [17] - 1814:17, 1814:24, 1815:1, 1815:13, 1815:15, 1817:13, 1817:14, 1817:16, 1840:23, 1906:21, 1907:6, 1908:10, 1908:18, 1909:3, 1909:7, 1912:11, 1944:12

**cardiac** [1] - 1804:3

**care** [9] - 1805:17, 1808:21, 1808:24, 1838:23, 1838:25, 1921:23, 1921:24, 1922:3, 1958:12

**Care** [1] - 1797:9

**career** [5] - 1803:11, 1805:7, 1811:15, 1838:22, 1840:15

**carry** [1] - 1902:21

**carrying** [1] - 1902:7

**Carson** [2] - 1860:5, 1872:4

**cartoon** [1] - 1969:12

**cascade** [2] - 1875:5, 1941:17

**case** [56] - 1798:20, 1807:17, 1808:11, 1809:11, 1809:24, 1811:7, 1816:16,

1816:18, 1828:21, 1829:9, 1838:3, 1844:5, 1849:25, 1856:17, 1857:22, 1857:24, 1859:4, 1859:9, 1861:19, 1861:22, 1861:25, 1869:2, 1871:18, 1885:20, 1890:4, 1890:12, 1890:25, 1909:22, 1911:16, 1912:10, 1912:19, 1912:21, 1914:3, 1917:6, 1943:16, 1943:17, 1943:18, 1943:20, 1951:14, 1952:6, 1960:19, 1962:6, 1962:12, 1964:23, 1965:21, 1966:2, 1966:7, 1966:9, 1966:16, 1966:18, 1966:25, 1967:7, 1967:9, 1971:17, 1973:11, 1974:6

**case-control** [31] - 1808:11, 1811:7, 1816:18, 1844:5, 1856:17, 1857:22, 1857:24, 1859:9, 1861:19, 1861:22, 1861:25, 1909:22, 1911:16, 1912:10, 1912:19, 1912:21, 1917:6, 1943:16, 1943:17, 1943:18, 1943:20, 1962:12, 1965:21, 1966:2, 1966:7, 1966:9, 1966:16, 1966:18, 1966:25, 1967:7, 1971:17

**cases** [8] - 1844:3, 1851:25, 1852:2, 1857:18, 1858:3, 1882:6, 1946:25, 1966:9

**categories** [1] - 1852:22

**categorize** [1] - 1872:13

**category** [4] - 1853:18, 1853:19, 1854:24, 1857:1

**causal** [12] - 1816:2, 1822:22, 1824:6, 1824:9, 1836:6,

1861:13, 1903:13, 1960:4, 1960:17, 1967:10, 1967:19, 1974:23

**causality** [1] - 1874:14

**causation** [10] - 1868:1, 1928:6, 1936:17, 1962:4, 1973:15, 1973:21, 1973:24, 1974:3, 1974:6, 1974:22

**Causation** [1] - 1878:12

**caused** [1] - 1951:4

**causes** [28] - 1807:19, 1816:7, 1817:21, 1818:2, 1822:3, 1822:11, 1822:13, 1828:5, 1828:10, 1843:6, 1844:25, 1846:10, 1846:13, 1861:13, 1861:18, 1862:3, 1915:13, 1927:18, 1931:25, 1932:6, 1932:10, 1933:3, 1954:18, 1954:21, 1969:1, 1969:13, 1973:8, 1975:11

**causing** [7] - 1810:1, 1816:3, 1832:9, 1833:19, 1874:24, 1944:23, 1944:25

**cavity** [9] - 1831:1, 1831:23, 1874:7, 1874:9, 1879:7, 1892:23, 1894:11, 1894:19, 1932:24

**CCR** [2] - 1796:24, 1979:12

**cell** [8] - 1814:6, 1817:13, 1909:12, 1916:4, 1916:11, 1918:12, 1936:4, 1976:9

**cells** [15] - 1813:24, 1839:19, 1841:1, 1841:24, 1841:25, 1842:11, 1842:12, 1845:21, 1846:4, 1847:20, 1865:8, 1932:22, 1933:3, 1933:6, 1936:4

**cellular** [1] - 1803:2

**Center** [10] - 1799:23, 1822:18, 1921:18,

1921:22, 1922:8, 1922:10, 1922:17, 1923:18, 1924:16, 1925:5

**center** [2] - 1921:23, 1922:2

**centers** [2] - 1826:21, 1827:4

**centimeters** [3] - 1830:21, 1830:24, 1836:1

**certain** [15] - 1815:6, 1815:8, 1815:10, 1817:19, 1829:3, 1870:3, 1871:4, 1895:15, 1905:23, 1919:21, 1922:5, 1928:22, 1947:16, 1948:15, 1964:3

**certainly** [3] - 1890:12, 1890:15, 1910:11

**certainty** [1] - 1859:16

**Certificate** [1] - 1979:12

**Certification** [1] - 1947:10

**certified** [1] - 1949:14

**CERTIFIED** [1] - 1979:7

**Certified** [10] - 1946:11, 1946:13, 1946:15, 1946:18, 1947:2, 1947:23, 1948:2, 1948:13, 1948:15, 1950:5

**cervical** [4] - 1805:18, 1951:3, 1951:10, 1951:14

**cervix** [10] - 1830:23, 1830:24, 1831:22, 1835:24, 1837:21, 1838:8, 1838:16, 1871:11, 1899:12, 1931:4

**cetera** [1] - 1971:14

**Challenges** [1] - 1925:13

**chance** [8] - 1859:17, 1859:20, 1914:6, 1915:9, 1923:1, 1923:16, 1964:2

**change** [7] - 1809:17, 1815:17, 1833:15, 1833:17, 1942:25, 1943:2, 1964:14

**changed** [2] - 1847:21,

1847:25

**changes** [2] - 1841:1, 1886:11

**Chapter** [3] - 1891:17, 1891:24, 1900:6

**chapter** [4] - 1891:25, 1894:2, 1899:9, 1900:10

**characterization** [1] - 1872:9

**characterize** [1] - 1921:4

**chart** [6] - 1837:2, 1858:12, 1911:3, 1913:18, 1947:14, 1955:23

**chemical** [1] - 1866:1

**chemicals** [2] - 1866:5, 1939:18

**chemo** [1] - 1814:25

**chemoresistant** [1] - 1908:11

**chemotherapy** [3] - 1815:2, 1815:18, 1909:9

**cherry** [1] - 1860:20

**cherry-picking** [1] - 1860:20

**Cheryl** [2] - 1798:8, 1978:7

**CHERYL** [4] - 1798:10, 1863:4, 1897:7, 1953:4

**chewing** [1] - 1958:7

**child** [2] - 1895:14, 1923:5

**childhood** [1] - 1895:16

**children** [6] - 1801:5, 1801:6, 1801:7, 1820:13, 1820:22, 1876:12

**choices** [1] - 1964:15

**chose** [3] - 1905:1, 1938:1, 1964:16

**chronic** [15] - 1829:9, 1829:14, 1832:6, 1839:9, 1844:18, 1844:25, 1845:14, 1928:14, 1930:2, 1930:6, 1944:15, 1944:23, 1944:24, 1962:14, 1969:13

**chronological** [1] - 1913:22

**Cicero** [1] - 1924:25

**circumstance** [2] - 1868:19, 1906:12

circumstances [1] - 1871:4
citation [8] - 1893:13, 1893:23, 1895:1, 1901:1, 1930:13, 1930:21, 1954:9, 1954:11
citations [2] - 1823:20, 1929:25
cite [4] - 1812:19, 1864:6, 1917:13, 1935:10
cited [3] - 1909:18, 1917:20, 1919:1
cites [1] - 1932:1
CIVIL [1] - 1796:2
claim [1] - 1829:20
claiming [1] - 1960:17
clarify [2] - 1866:23, 1942:15
clarifying [1] - 1953:8
Clarke [7] - 1822:5, 1823:3, 1823:22, 1823:25, 1824:21, 1843:5, 1872:4
Clarke-Pearson [6] - 1822:5, 1823:3, 1823:22, 1824:21, 1843:5, 1872:4
Clarke-Pearson's [1] - 1823:25
CLARKSON [1] - 1796:7
classification [1] - 1855:21
clean [1] - 1959:21
clear [8] - 1817:13, 1899:2, 1909:12, 1916:4, 1916:11, 1918:12, 1920:6, 1941:8
clearance [2] - 1860:22, 1861:3
clearly [2] - 1869:7, 1941:20
CLERK [8] - 1798:4, 1862:8, 1863:1, 1896:1, 1897:4, 1952:22, 1953:1, 1977:13
click [1] - 1922:18
clicked [1] - 1825:13
clicks [1] - 1825:15
clinic [1] - 1921:19
clinical [10] - 1800:2, 1804:16, 1838:19,

1927:12, 1927:23, 1970:11, 1970:14, 1970:17, 1970:19, 1971:17
close [2] - 1805:9, 1893:1
closed [3] - 1830:12, 1831:23, 1884:20
closing [2] - 1830:8, 1893:6
cluster [1] - 1819:19
co [1] - 1960:8
co-authored [1] - 1960:8
coherence [1] - 1974:15
cohesive [1] - 1828:13
cohort [36] - 1808:12, 1816:22, 1849:6, 1850:12, 1851:18, 1851:20, 1851:21, 1852:1, 1854:17, 1857:13, 1858:19, 1858:21, 1858:24, 1859:4, 1859:6, 1859:9, 1859:11, 1859:13, 1859:17, 1859:23, 1859:24, 1860:2, 1861:24, 1909:22, 1910:2, 1910:4, 1912:10, 1917:7, 1918:19, 1943:16, 1943:19, 1962:11, 1966:8, 1966:19, 1967:6, 1967:10
cohorts [2] - 1860:5, 1912:16
coincide [1] - 1802:14
colitis [1] - 1843:23
collapsed [5] - 1830:16, 1831:2, 1831:23, 1871:9, 1899:19
collect [2] - 1816:17, 1946:25
collected [2] - 1851:23, 1857:18
collection [1] - 1814:21
collectively [2] - 1815:6, 1838:2
colon [2] - 1843:25, 1928:22
color [1] - 1841:25
column [7] - 1817:3, 1845:10, 1881:13, 1910:17, 1926:19,

1960:16, 1965:18
combination [1] - 1926:20
combine [1] - 1913:23
combined [2] - 1837:2, 1850:20
coming [2] - 1826:10, 1892:23
Command [1] - 1844:13
comment [2] - 1848:20, 1848:21
commented [1] - 1835:19
Committee [2] - 1796:14, 1948:11
committees [2] - 1948:7, 1948:8
common [7] - 1804:25, 1814:14, 1818:7, 1819:14, 1906:21, 1909:3, 1912:12
communications [2] - 1924:10, 1924:22
community [8] - 1812:14, 1821:23, 1822:2, 1822:10, 1822:13, 1894:16, 1894:17, 1959:25
Como [2] - 1925:15, 1970:10
comorbid [2] - 1804:2, 1804:9
compared [3] - 1818:14, 1818:16, 1872:23
comparing [1] - 1810:15
comparison [1] - 1852:23
compatible [1] - 1882:21
complete [6] - 1848:18, 1946:20, 1974:4, 1974:7, 1975:1, 1975:17
completed [2] - 1799:19, 1799:21
completely [2] - 1935:14, 1971:6
completion [1] - 1946:21
complex [3] - 1814:11, 1932:14, 1933:1
component [2] - 1894:25, 1958:20
components [5] - 1865:25, 1866:7, 1939:13, 1942:7, 1943:4

comport [1] - 1860:9
composed [3] - 1805:5, 1805:19, 1842:22
composing [1] - 1805:3
composite [1] - 1863:15
compositions [1] - 1866:1
comprehensive [4] - 1921:23, 1922:1, 1922:3, 1950:22
conceive [1] - 1806:8
concept [3] - 1827:13, 1827:15, 1827:19
conceptually [1] - 1835:22
concern [1] - 1900:21
concerning [2] - 1824:5, 1824:13
conclude [3] - 1844:25, 1845:13, 1859:5
concluded [5] - 1845:4, 1859:22, 1960:1, 1967:7, 1977:14
concluding [1] - 1887:25
conclusion [6] - 1843:8, 1845:8, 1845:16, 1875:17, 1959:13, 1975:13
conclusions [3] - 1861:12, 1950:24, 1975:8
conclusive [2] - 1874:13, 1962:9
concur [1] - 1967:24
condition [2] - 1931:20, 1934:6
conditions [5] - 1804:2, 1843:21, 1844:1, 1845:3, 1870:4
condoms [4] - 1833:24, 1836:10, 1836:11, 1836:12
conduct [1] - 1975:7
conducted [4] - 1816:13, 1840:11, 1865:7, 1975:13
conducting [1] - 1802:18
conduction [1] - 1976:7
conduit [6] - 1870:6, 1870:16, 1870:25, 1871:7, 1889:10, 1898:3
conference [3] - 1839:7, 1925:23, 1925:24

confidence [19] - 1812:22, 1813:1, 1813:5, 1834:18, 1834:19, 1834:20, 1834:25, 1835:4, 1836:15, 1837:15, 1850:25, 1851:10, 1910:21, 1911:25, 1912:2, 1912:3, 1913:17, 1913:25, 1914:4

conflict [2] - 1836:3, 1838:6

confused [1] - 1885:11

confusing [1] - 1838:9

Congress [1] - 1946:8

connecting [1] - 1935:5

connection [2] - 1824:6, 1849:24

connects [1] - 1899:11

consensus [3] - 1822:1, 1822:9, 1822:12

consider [13] - 1807:18, 1857:11, 1938:21, 1938:23, 1939:2, 1939:8, 1939:13, 1939:19, 1939:20, 1942:6, 1962:8, 1975:2, 1975:21

consideration [1] - 1975:18

considerations [1] - 1810:10

considered [7] - 1808:21, 1936:4, 1936:5, 1936:9, 1936:12, 1942:8, 1976:2

considers [1] - 1948:24

consistency [6] - 1810:11, 1810:15, 1810:17, 1835:17, 1861:15, 1974:15

consistent [6] - 1845:16, 1861:25, 1917:7, 1947:15, 1961:25, 1967:20

consists [1] - 1820:1

consortium [3] - 1918:2, 1926:12, 1927:6

consortiums [1] - 1928:2

constituent [1] - 1903:8

constituents [6] - 1810:5, 1865:14,

1866:7, 1939:19, 1942:4, 1943:8

consult [1] - 1924:11

consumer [1] - 1877:5

contact [2] - 1877:8, 1892:23

contacted [2] - 1827:10, 1963:13

contain [4] - 1842:11, 1865:12, 1866:10, 1942:24

contained [3] - 1939:3, 1958:16, 1960:15

containing [1] - 1977:4

contains [6] - 1866:4, 1938:23, 1939:16, 1939:24, 1941:13, 1942:21

contaminant [1] - 1948:23

contaminants [3] - 1949:24, 1950:11, 1952:1

contemplating [1] - 1904:17

content [4] - 1968:7, 1968:11, 1968:14, 1976:21

context [2] - 1820:21, 1853:16

contiguous [1] - 1820:7

continue [1] - 1928:2

continued [2] - 1796:22, 1895:13

Continued [3] - 1862:10, 1896:3, 1897:9

continuing [1] - 1947:3

contraceptive [2] - 1970:23, 1971:13

contraceptives [1] - 1820:7

contract [1] - 1924:11

contracted [1] - 1963:16

contribute [4] - 1807:12, 1938:24, 1939:3, 1939:5

contributes [1] - 1928:10

contributors [1] - 1916:19

control [39] - 1806:9, 1808:11, 1811:7, 1816:18, 1820:23, 1821:7, 1844:5, 1856:17, 1857:22,

1857:24, 1859:4, 1859:9, 1861:19, 1861:22, 1861:25, 1909:22, 1911:16, 1912:6, 1912:10, 1912:19, 1912:21, 1917:6, 1943:16, 1943:17, 1943:18, 1943:20, 1962:6, 1962:12, 1964:13, 1965:21, 1966:2, 1966:7, 1966:9, 1966:16, 1966:18, 1966:25, 1967:7, 1967:9, 1971:17

Control [1] - 1822:18

conversation [3] - 1935:23, 1968:19, 1968:20

convert [1] - 1887:2

coordinators [1] - 1925:22

corner [3] - 1876:25, 1911:3, 1926:6

correct [40] - 1799:21, 1807:21, 1816:8, 1816:9, 1821:9, 1832:21, 1836:10, 1837:25, 1840:6, 1840:13, 1852:8, 1853:7, 1853:24, 1860:4, 1865:3, 1865:6, 1865:9, 1865:15, 1865:17, 1866:12, 1888:17, 1912:21, 1914:8, 1923:23, 1931:22, 1936:19, 1936:22, 1936:25, 1937:7, 1942:23, 1953:16, 1954:13, 1954:16, 1957:17, 1957:18, 1963:25, 1964:9, 1972:9, 1973:10, 1974:3

Correct [10] - 1809:14, 1852:7, 1863:21, 1870:18, 1874:18, 1923:22, 1936:6, 1957:21, 1964:18, 1976:17

correctly [5] - 1879:8, 1894:13, 1911:12, 1920:21, 1928:12

correlates [1] - 1935:9

Cosmetic [1] - 1969:19

cosmetic [3] - 1877:2, 1885:24, 1904:17

Cosmetics [1] - 1969:20

cosmetics [1] - 1877:5

Council [1] - 1797:9

counsel [23] - 1813:7, 1813:11, 1813:13, 1827:10, 1867:14, 1867:18, 1941:23, 1953:11, 1956:10, 1959:10, 1959:16, 1960:7, 1960:23, 1961:2, 1961:3, 1961:20, 1962:5, 1962:22, 1964:24, 1965:3, 1965:10, 1977:2

counsel's [1] - 1961:5

counseled [1] - 1807:2

counted [1] - 1918:4

country [4] - 1827:2, 1827:4, 1924:14, 1947:19

couple [3] - 1870:1, 1873:15, 1928:7

course [11] - 1800:10, 1801:10, 1803:11, 1805:7, 1811:15, 1818:12, 1818:22, 1819:2, 1838:22, 1872:4, 1934:12

Court [8] - 1803:14, 1817:2, 1853:3, 1853:9, 1855:12, 1890:1, 1890:5, 1913:16

court [4] - 1798:3, 1890:12, 1897:3, 1977:14

COURT [59] - 1796:1, 1796:25, 1798:5, 1825:24, 1826:4, 1826:9, 1827:6, 1835:1, 1841:20, 1846:20, 1847:8, 1847:11, 1847:15, 1847:23, 1848:6, 1848:9, 1848:17, 1848:23, 1849:1, 1861:7, 1862:6, 1863:2, 1863:25, 1864:5, 1864:8, 1864:16, 1866:25, 1867:7, 1881:7, 1882:1,

1884:17, 1884:24, 1885:8, 1885:11, 1885:17, 1888:4, 1890:8, 1890:18, 1895:23, 1897:5, 1898:16, 1900:8, 1901:24, 1902:1, 1902:3, 1914:21, 1942:5, 1942:12, 1950:18, 1952:21, 1953:2, 1956:21, 1956:25, 1968:2, 1969:22, 1970:2, 1971:24, 1977:9, 1977:11

**COURTHOUSE** [1] - 1796:7

**cover** [1] - 1960:13

**covering** [1] - 1831:24

**Cramer** [14] - 1811:7, 1834:3, 1834:13, 1838:2, 1852:12, 1857:6, 1881:3, 1881:18, 1885:4, 1885:9, 1885:14, 1960:7, 1973:4, 1973:5

**Cramer's** [1] - 1881:21

**create** [1] - 1969:10

**created** [3] - 1867:20, 1927:11, 1971:4

**creating** [1] - 1838:8

**credible** [2] - 1909:25, 1912:18

**criteria** [5] - 1945:16, 1974:11, 1974:13, 1976:4, 1976:6

**critical** [1] - 1823:3

**critique** [1] - 1848:1

**Crohn's** [1] - 1843:23

**cross** [8] - 1824:22, 1835:4, 1870:12, 1870:15, 1890:22, 1956:10, 1956:13, 1965:11

**CROSS** [2] - 1863:6, 1897:9

**Cross** [1] - 1978:6

**cross-examination** [3] - 1956:10, 1956:13, 1965:11

**CROSS-EXAMINATION** [2] - 1863:6, 1897:9

**cross-examining** [1] -

1824:22

**cross-section** [1] - 1870:15

**cross-sections** [1] - 1870:12

**crosses** [5] - 1834:20, 1836:16, 1911:25, 1912:2, 1912:3

**CRR** [1] - 1796:24

**Crum's** [1] - 1900:2

**cure** [2] - 1909:14, 1909:17

**curious** [1] - 1922:5

**current** [11] - 1800:1, 1801:20, 1844:17, 1891:11, 1899:8, 1908:22, 1920:10, 1922:11, 1951:19, 1960:2, 1970:4

**CV** [1] - 1798:19

**cytokines** [1] - 1933:14

---

**D**

**D.C** [2] - 1796:18, 1797:8

**daily** [3] - 1821:16, 1935:17, 1959:5

**damage** [1] - 1894:9

**dan** [1] - 1881:18

**dangerous** [1] - 1909:4

**Daniel** [1] - 1960:7

**data** [25] - 1816:17, 1822:22, 1828:12, 1828:23, 1829:5, 1831:25, 1838:3, 1843:19, 1851:18, 1851:23, 1855:13, 1855:17, 1857:17, 1857:24, 1869:24, 1880:7, 1888:17, 1913:23, 1918:15, 1919:20, 1928:13, 1959:1, 1966:11, 1967:14, 1967:18

**date** [3] - 1823:23, 1852:11, 1878:8

**DAUBERT** [1] - 1796:4

**DAVID** [1] - 1796:12

**days** [2] - 1859:2, 1872:6

**Dearing** [2] - 1959:17, 1978:9

**DEARING** [54] - 1796:12, 1825:17, 1861:1, 1863:7, 1863:23,

1864:7, 1864:9, 1866:23, 1867:4, 1867:8, 1871:20, 1872:3, 1873:19, 1878:3, 1878:7, 1879:25, 1880:1, 1881:2, 1881:8, 1881:12, 1882:3, 1884:18, 1885:1, 1885:10, 1885:21, 1888:6, 1890:2, 1890:9, 1891:3, 1891:4, 1897:10, 1900:9, 1901:22, 1902:10, 1905:6, 1907:14, 1910:12, 1913:9, 1914:25, 1917:24, 1922:14, 1922:22, 1925:6, 1929:1, 1929:15, 1938:20, 1942:1, 1942:16, 1952:19, 1968:5, 1969:23, 1970:3, 1972:4, 1977:7

**death** [1] - 1804:4

**decide** [1] - 1870:9

**decrease** [7] - 1806:9, 1806:12, 1820:3, 1820:8, 1820:16, 1853:19, 1915:3

**decreased** [4] - 1853:23, 1879:15, 1892:15, 1935:17

**decreases** [1] - 1934:20

**decreasing** [1] - 1838:16

**deemed** [1] - 1938:14

**Defendant** [2] - 1796:21, 1797:9

**defense** [4] - 1798:7, 1802:2, 1809:10, 1925:24

**deferred** [1] - 1848:4

**define** [2] - 1904:1, 1908:9

**definitely** [3] - 1814:23, 1815:8, 1842:19

**definition** [1] - 1914:8

**degree** [2] - 1908:16, 1963:8

**degrees** [1] - 1863:9

**delivery** [1] - 1898:12

**demographic** [1] - 1926:20

**demonstrate** [4] - 1870:6, 1870:10, 1872:11, 1935:7

**demonstrated** [7] - 1868:13, 1869:1, 1869:12, 1869:22, 1870:2, 1938:19, 1948:15

**demonstrates** [2] - 1868:12, 1935:15

**demonstration** [2] - 1824:8, 1825:18

**denied** [2] - 1876:10, 1955:1

**Department** [2] - 1800:3, 1969:18

**department** [2] - 1924:10, 1924:22

**dependent** [1] - 1966:21

**deposition** [12] - 1825:21, 1840:20, 1847:13, 1848:12, 1848:14, 1863:24, 1886:12, 1936:8, 1936:9, 1936:17, 1937:3, 1976:15

**depth** [1] - 1809:3

**DEPUTY** [8] - 1798:4, 1862:8, 1863:1, 1896:1, 1897:4, 1952:22, 1953:1, 1977:13

**dermal** [1] - 1877:8

**describe** [3] - 1814:20, 1949:23, 1973:20

**described** [8] - 1889:3, 1921:22, 1921:24, 1938:17, 1956:19, 1957:5, 1965:3, 1974:13

**describes** [3] - 1898:9, 1898:13, 1964:1

**describing** [3] - 1877:3, 1906:1, 1974:8

**description** [3] - 1823:10, 1831:19, 1921:25

**designated** [1] - 1922:1

**designed** [1] - 1903:24

**destroyed** [1] - 1945:11

**detail** [1] - 1949:18

**detect** [3] - 1859:14, 1859:21, 1873:5

**detected** [1] - 1803:19

**detection** [1] - 1802:20

**determination** [1] - 1921:12
**determine** [1] - 1816:19
**determined** [3] - 1873:21, 1874:1, 1974:23
**determining** [1] - 1938:24
**develop** [8] - 1802:20, 1814:4, 1814:9, 1841:16, 1867:17, 1923:15, 1926:22, 1932:22
**developed** [4] - 1839:5, 1847:7, 1913:4, 1944:8
**developing** [49] - 1800:11, 1800:22, 1801:11, 1801:14, 1801:21, 1806:10, 1808:25, 1810:3, 1811:6, 1811:13, 1812:7, 1812:9, 1812:11, 1812:17, 1816:4, 1818:11, 1818:17, 1818:21, 1819:6, 1819:7, 1820:10, 1820:12, 1820:16, 1838:12, 1840:12, 1840:23, 1841:3, 1842:15, 1843:25, 1844:2, 1850:23, 1851:24, 1856:8, 1858:23, 1865:23, 1893:16, 1901:10, 1915:10, 1920:22, 1927:24, 1931:10, 1932:14, 1932:25, 1933:5, 1934:3, 1940:2, 1941:6, 1944:15, 1971:15
**development** [35] - 1802:12, 1803:6, 1805:20, 1807:1, 1807:7, 1808:7, 1816:1, 1816:15, 1816:24, 1817:12, 1817:16, 1824:10, 1829:10, 1834:15, 1836:6, 1843:12, 1844:19, 1845:6, 1845:15, 1903:15, 1915:4, 1915:24, 1916:9, 1916:14, 1916:24,

1920:11, 1928:14, 1928:18, 1929:19, 1932:21, 1946:2, 1951:2, 1951:17, 1954:8, 1971:22
**diagnosed** [11] - 1803:22, 1805:5, 1805:14, 1805:21, 1811:23, 1840:3, 1840:8, 1852:3, 1909:16, 1919:12, 1920:3
**diagnosing** [1] - 1945:16
**diagnosis** [3] - 1803:25, 1805:12, 1808:22
**Diagnostic** [1] - 1900:2
**diagram** [3] - 1905:1, 1906:16
**diagrams** [2] - 1870:5, 1870:9
**diameter** [2] - 1884:2, 1884:8
**diapered** [12] - 1876:6, 1876:7, 1876:11, 1876:14, 1956:1, 1956:12, 1956:18, 1956:21, 1956:23, 1956:25, 1957:6, 1957:8
**diapering** [1] - 1955:6
**diaphragm** [21] - 1834:11, 1835:3, 1835:8, 1835:12, 1835:16, 1835:23, 1836:10, 1836:22, 1837:4, 1837:7, 1837:8, 1837:9, 1837:20, 1838:7, 1838:16, 1934:17, 1934:19, 1934:20, 1934:22, 1934:24
**diaphragms** [5] - 1833:24, 1834:13, 1834:17, 1837:18, 1897:24
**Diego** [9] - 1799:6, 1799:15, 1921:14, 1921:18, 1922:16, 1923:18, 1948:9, 1962:17, 1962:18
**diet** [3] - 1895:15, 1964:4, 1964:16
**difference** [6] - 1859:8, 1861:23, 1890:17,

1905:11, 1912:6, 1924:5
**differences** [2] - 1857:9, 1857:19
**different** [39] - 1803:4, 1813:20, 1813:22, 1814:1, 1814:2, 1814:3, 1814:12, 1814:13, 1814:21, 1814:23, 1814:25, 1815:4, 1815:7, 1817:24, 1817:25, 1818:2, 1819:24, 1822:6, 1822:19, 1841:25, 1853:11, 1855:19, 1857:1, 1864:4, 1864:5, 1895:21, 1916:15, 1918:3, 1918:10, 1920:14, 1922:9, 1923:21, 1946:23, 1947:14, 1953:21, 1975:8
**differently** [1] - 1814:5
**difficult** [1] - 1802:24
**diluted** [1] - 1854:8
**dimensions** [1] - 1905:10
**DIRECT** [1] - 1798:12
**direct** [20] - 1823:13, 1832:16, 1836:24, 1867:1, 1867:2, 1874:4, 1881:5, 1883:9, 1909:20, 1928:7, 1935:1, 1942:2, 1953:25, 1959:13, 1959:23, 1960:14, 1961:1, 1961:9, 1965:1, 1969:2
**Direct** [1] - 1978:6
**directed** [1] - 1962:23
**disagree** [14] - 1863:22, 1870:19, 1872:8, 1877:22, 1877:25, 1920:14, 1920:19, 1924:20, 1929:24, 1930:12, 1930:20, 1931:7, 1931:14, 1934:12
**disagreeing** [1] - 1887:17
**discard** [1] - 1912:1
**discern** [1] - 1869:6
**disclose** [4] - 1801:22, 1968:6, 1968:10,

1968:13
**discovered** [2] - 1883:17, 1972:13
**discrepancy** [1] - 1847:19
**discuss** [9] - 1800:10, 1801:19, 1825:8, 1825:9, 1827:13, 1911:4, 1949:16, 1950:7, 1969:8
**discussed** [13] - 1804:16, 1872:5, 1880:10, 1909:19, 1913:1, 1918:20, 1920:24, 1927:14, 1927:16, 1927:21, 1949:6, 1951:6, 1959:1
**discusses** [1] - 1931:23
**discussing** [3] - 1911:22, 1943:15, 1966:15
**discussion** [19] - 1813:25, 1821:25, 1823:21, 1824:13, 1824:21, 1828:22, 1829:1, 1832:11, 1836:19, 1859:3, 1951:8, 1951:13, 1951:16, 1952:8, 1952:9, 1955:6, 1966:6, 1973:23, 1977:12
**discussions** [2] - 1811:12, 1928:4
**disease** [21] - 1803:10, 1804:3, 1805:22, 1811:22, 1812:2, 1814:21, 1816:1, 1816:7, 1816:15, 1816:24, 1842:17, 1843:23, 1846:1, 1847:1, 1907:13, 1908:21, 1915:10, 1915:24, 1931:9, 1964:2
**Disease** [1] - 1822:18
**diseases** [3] - 1804:9, 1814:22, 1814:23
**disorder** [2] - 1931:3, 1931:19
**dispersive** [1] - 1882:19
**disputes** [1] - 1809:11
**distal** [1] - 1880:14
**distant** [1] - 1879:3
**distinct** [1] - 1843:16
**DISTRICT** [2] - 1796:1,

1796:1
**Division** [1] - 1803:17
**division** [1] - 1925:4
**Doctor** [14] - 1824:21, 1827:7, 1832:14, 1837:1, 1861:11, 1889:23, 1890:3, 1892:10, 1892:25, 1942:5, 1955:13, 1971:25, 1975:16, 1976:23
**document** [11] - 1824:17, 1825:22, 1826:14, 1844:14, 1867:3, 1867:5, 1950:16, 1952:12, 1963:14, 1963:23, 1976:5
**documentation** [2] - 1828:17, 1969:16
**documented** [2] - 1875:1, 1875:21
**done** [16] - 1801:23, 1802:4, 1803:1, 1803:15, 1804:14, 1809:13, 1814:15, 1816:18, 1822:9, 1822:19, 1827:21, 1828:14, 1845:17, 1856:17, 1941:5, 1972:1
**dose** [3] - 1821:16, 1935:17, 1974:16
**dose-response** [1] - 1974:16
**doubles** [1] - 1812:7
**doubt** [1] - 1874:16
**down** [12] - 1851:5, 1868:16, 1871:1, 1876:25, 1881:14, 1911:2, 1925:18, 1930:5, 1961:4, 1963:11, 1964:10, 1971:11
**dozen** [1] - 1876:2
**Dr** [67] - 1798:8, 1798:14, 1798:22, 1809:13, 1811:7, 1822:5, 1823:3, 1823:9, 1823:22, 1823:25, 1824:21, 1826:12, 1827:15, 1843:5, 1846:3, 1847:8, 1848:1, 1848:4, 1848:16,

1848:25, 1853:9, 1853:20, 1853:25, 1855:14, 1855:15, 1856:1, 1860:5, 1863:9, 1871:17, 1871:21, 1872:4, 1881:18, 1881:21, 1881:22, 1881:23, 1882:4, 1882:7, 1885:3, 1885:4, 1885:14, 1890:13, 1890:18, 1891:18, 1891:19, 1892:19, 1892:25, 1894:15, 1897:11, 1897:12, 1898:13, 1924:25, 1925:23, 1937:2, 1938:12, 1940:24, 1941:20, 1948:9, 1953:8, 1960:9, 1960:13, 1962:23, 1963:5, 1975:24, 1976:12
**draft** [1] - 1957:24
**dragged** [3] - 1868:24, 1886:7, 1887:5
**dragging** [1] - 1836:12
**draw** [2] - 1970:6, 1975:14
**drawing** [1] - 1875:17
**drawings** [2] - 1870:19, 1871:13
**drew** [2] - 1871:9, 1961:4
**dried** [1] - 1958:7
**DRINKER** [1] - 1796:15
**drugs** [3] - 1935:3, 1935:8, 1935:24
**due** [2] - 1893:17, 1962:10
**Duration** [1] - 1834:6
**during** [7] - 1803:11, 1839:3, 1839:4, 1839:7, 1851:22, 1883:13, 1898:12
**dusted** [4] - 1834:17, 1836:13, 1837:3, 1934:19
**dusting** [3] - 1835:8, 1835:12, 1837:20
**duties** [1] - 1804:19
**dye** [1] - 1841:24
**dynamics** [1] - 1904:16

**E**

**early** [5] - 1802:20, 1803:6, 1803:19, 1847:3, 1927:2
**Early** [1] - 1900:11
**EAST** [1] - 1796:7
**eat** [2] - 1813:8, 1964:17
**eating** [4] - 1812:8, 1812:24, 1813:14, 1914:15
**edition** [2] - 1891:9, 1891:11
**Edition** [2] - 1891:12, 1891:14
**editions** [1] - 1891:10
**editor** [1] - 1891:18
**editorial** [2] - 1824:24, 1825:16
**Editorial** [3] - 1825:6, 1825:11, 1826:18
**editorially** [1] - 1825:6
**educated** [2] - 1951:15, 1952:17
**education** [1] - 1947:4
**educational** [1] - 1799:9
**effect** [9] - 1834:15, 1836:15, 1837:13, 1837:17, 1837:19, 1838:8, 1855:10, 1856:5, 1865:8
**effective** [1] - 1802:25
**efforts** [1] - 1803:21
**egress** [1] - 1898:12
**eight** [3] - 1837:6, 1840:24, 1926:15
**either** [7] - 1818:8, 1819:12, 1876:5, 1877:12, 1887:3, 1952:5, 1957:11
**elapsed** [1] - 1851:22
**electron** [3] - 1881:15, 1882:11, 1882:17
**elementary** [1] - 1898:25
**elements** [2] - 1809:16, 1939:24
**elevate** [9] - 1845:21, 1845:23, 1845:25, 1846:1, 1846:2, 1846:15, 1846:23, 1847:1
**elevated** [4] - 1846:25, 1847:4, 1861:20,

1906:18
**elevating** [1] - 1847:6
**elevation** [1] - 1910:19
**elicit** [1] - 1874:10
**elicits** [1] - 1845:12
**elitest** [2] - 1948:20
**ELMO** [2] - 1959:14, 1965:9
**emerges** [1] - 1930:17
**encounter** [1] - 1830:10
**end** [7] - 1805:2, 1831:12, 1845:7, 1959:24, 1964:23, 1967:1, 1975:8
**endometrial** [14] - 1803:17, 1803:18, 1803:23, 1804:1, 1804:7, 1831:1, 1874:9, 1932:17, 1932:22, 1932:24, 1932:25, 1933:2, 1933:6, 1935:10
**endometrioid** [3] - 1817:12, 1916:3, 1916:12
**endometriosis** [14] - 1801:3, 1817:5, 1817:11, 1845:4, 1916:2, 1916:3, 1916:16, 1932:7, 1932:10, 1932:13, 1932:16, 1961:11, 1970:24, 1971:14
**energy** [1] - 1882:19
**enrollment** [3] - 1849:14, 1849:21, 1849:22
**enter** [16] - 1868:9, 1869:9, 1869:16, 1879:2, 1880:14, 1885:5, 1885:6, 1886:1, 1886:15, 1887:14, 1887:23, 1888:1, 1900:18, 1900:24, 1901:12, 1901:18
**entering** [3] - 1884:21, 1887:3, 1892:22
**entire** [3] - 1830:22, 1890:13, 1945:19
**entirely** [6] - 1863:14, 1865:20, 1907:12, 1945:14, 1945:23, 1975:23
**entirety** [1] - 1939:20
**entitled** [4] - 1834:5,

1836:25, 1900:6, 1900:10
**ENTITLED** [1] - 1979:9
**entity** [2] - 1817:9, 1843:16
**entrance** [1] - 1830:8
**entry** [3] - 1830:14, 1831:3, 1880:19
**environment** [1] - 1899:13
**environmental** [16] - 1811:17, 1811:24, 1812:5, 1812:15, 1812:16, 1892:22, 1893:2, 1893:8, 1926:21, 1930:17, 1949:8, 1949:24, 1950:10, 1952:1, 1955:19
**EOC** [2] - 1935:5, 1954:8
**epidemiologic** [7] - 1803:12, 1803:24, 1804:5, 1816:13, 1821:1, 1821:20, 1831:25
**epidemiological** [5] - 1833:21, 1846:19, 1879:14, 1917:5, 1960:3
**epidemiologist** [1] - 1864:10
**epidemiology** [7] - 1863:10, 1863:12, 1863:17, 1863:18, 1863:20, 1864:13, 1864:14
**episode** [2] - 1843:13, 1931:9
**episodes** [2] - 1931:11, 1931:16
**Epithelial** [3] - 1891:25, 1900:7, 1900:11
**epithelial** [27] - 1813:20, 1813:21, 1817:9, 1841:15, 1843:14, 1844:19, 1845:21, 1851:24, 1852:4, 1874:12, 1906:22, 1906:25, 1907:7, 1907:22, 1908:7, 1909:4, 1912:12, 1919:13, 1929:20, 1929:21, 1930:7, 1930:9, 1930:18,

1933:12, 1935:6, 1970:25, 1972:6
**ESQUIRE** [10] - 1796:11, 1796:12, 1796:12, 1796:14, 1796:16, 1796:16, 1796:18, 1796:19, 1796:21, 1797:8
**ESQUIRES** [7] - 1796:11, 1796:13, 1796:15, 1796:17, 1796:19, 1796:20, 1797:8
**essential** [1] - 1976:7
**essentially** [9] - 1839:24, 1842:21, 1842:25, 1847:15, 1851:21, 1890:14, 1911:6, 1963:16, 1966:15
**Essentially** [1] - 1973:7
**establish** [6] - 1824:6, 1960:3, 1973:7, 1973:21, 1973:24, 1974:2
**established** [6] - 1808:15, 1816:10, 1816:12, 1817:2, 1866:14, 1950:14
**estimate** [2] - 1805:8, 1812:25
**estimates** [1] - 1965:5
**estimating** [1] - 1926:7
**et** [1] - 1971:14
**evaluate** [2] - 1938:10, 1971:20
**evaluated** [2] - 1895:19, 1972:8
**evaluating** [1] - 1828:5
**event** [1] - 1944:16
**events** [2] - 1875:5, 1927:4
**ever/never** [1] - 1853:10
**everyday** [1] - 1905:24
**evidence** [30] - 1823:10, 1823:16, 1824:5, 1832:6, 1839:2, 1839:8, 1839:9, 1839:17, 1839:20, 1842:5, 1845:11, 1846:7, 1861:1, 1874:14, 1875:2, 1875:20, 1887:16, 1887:20, 1914:20, 1928:9, 1946:1, 1954:17,

1955:5, 1960:3, 1975:2, 1975:19, 1976:1, 1976:4, 1976:6
**Evidence** [1] - 1961:10
**exact** [1] - 1828:1
**exactly** [11] - 1855:6, 1864:22, 1867:1, 1873:6, 1914:21, 1917:10, 1919:5, 1936:25, 1941:10, 1971:3, 1973:9
**exam** [5] - 1887:2, 1946:22, 1949:13, 1952:11
**EXAMINATION** [5] - 1798:12, 1863:6, 1897:9, 1953:6, 1968:4
**examination** [10] - 1881:5, 1890:13, 1890:14, 1890:16, 1909:20, 1935:2, 1949:17, 1956:10, 1956:13, 1965:11
**examinations** [1] - 1947:1
**examine** [6] - 1816:22, 1844:18, 1845:3, 1945:19, 1955:4, 1970:23
**examined** [4] - 1810:6, 1872:22, 1939:22, 1943:21
**examining** [2] - 1817:24, 1824:22
**example** [18] - 1802:17, 1812:20, 1814:13, 1814:24, 1816:2, 1817:11, 1828:4, 1828:21, 1835:22, 1839:19, 1843:23, 1858:2, 1860:24, 1897:16, 1919:22, 1950:24, 1964:15, 1975:25
**examples** [2] - 1803:15, 1811:20
**exams** [2] - 1806:6, 1830:17
**excellent** [1] - 1827:3
**except** [2] - 1824:3, 1908:15
**exception** [2] - 1895:17, 1938:12

**excerpt** [3] - 1876:18, 1876:23, 1885:19
**exclusive** [1] - 1944:22
**excuse** [3] - 1829:2, 1834:24, 1846:20
**excused** [2] - 1977:9, 1977:10
**exhaustive** [1] - 1846:18
**Exhibit** [27] - 1823:6, 1832:12, 1834:4, 1836:20, 1844:23, 1850:18, 1851:16, 1852:21, 1854:22, 1878:13, 1881:3, 1883:10, 1891:6, 1898:5, 1907:15, 1910:12, 1949:10, 1953:11, 1954:12, 1957:20, 1958:2, 1959:9, 1959:15, 1960:12, 1960:13, 1964:25, 1965:17
**exhibit** [6] - 1851:6, 1881:25, 1900:8, 1959:7, 1963:21, 1967:2
**exhibits** [1] - 1959:6
**exist** [1] - 1893:21
**existed** [1] - 1859:15
**existence** [1] - 1958:22
**exists** [4] - 1859:21, 1874:4, 1880:9, 1927:12
**exit** [1] - 1860:25
**expand** [2] - 1889:15, 1935:22
**expect** [2] - 1944:4, 1957:10
**expected** [1] - 1949:13
**experience** [9] - 1807:11, 1808:1, 1808:18, 1809:3, 1829:22, 1838:19, 1879:11, 1889:17, 1967:17
**experiment** [1] - 1846:3
**experimental** [5] - 1845:11, 1870:4, 1960:2, 1976:4, 1976:6
**experiments** [4] - 1846:4, 1848:3, 1865:7, 1975:24
**expert** [20] - 1802:1, 1808:2, 1816:6, 1831:16, 1847:9, 1865:16, 1871:17,

1890:3, 1890:10,
1890:20, 1890:23,
1891:21, 1925:24,
1936:15, 1938:5,
1938:16, 1941:24,
1942:7, 1943:1, 1975:25
**expertise** [3] - 1937:11,
1937:13, 1948:16
**experts** [3] - 1829:20,
1889:20, 1897:13
**experts'** [1] - 1938:18
**explain** [6] - 1846:20,
1855:12, 1894:22,
1902:12, 1905:13,
1924:6
**explained** [2] - 1857:18,
1914:22
**explaining** [1] - 1877:1
**explains** [1] - 1949:18
**explanation** [3] -
1829:14, 1893:19,
1933:10
**explore** [1] - 1816:13
**exposed** [4] - 1874:12,
1879:4, 1958:8, 1958:25
**exposure** [28] - 1823:14,
1823:17, 1834:10,
1850:5, 1855:16,
1865:19, 1865:22,
1875:4, 1877:1, 1877:2,
1877:3, 1877:6, 1877:9,
1877:11, 1877:23,
1900:16, 1915:9,
1932:9, 1934:9,
1940:21, 1941:7,
1954:6, 1955:16,
1955:19, 1966:12,
1969:6, 1969:9, 1969:13
**exposures** [7] - 1812:15,
1812:16, 1893:3,
1915:16, 1915:18,
1949:8, 1958:5
**extend** [2] - 1828:3,
1905:17
**extended** [1] - 1906:18
**extension** [1] - 1851:21
**extensive** [1] - 1808:9
**extent** [3] - 1816:6,
1831:16, 1906:1
**exterior** [1] - 1868:18
**external** [25] - 1868:8,
1869:3, 1869:8,
1870:20, 1870:22,

1884:7, 1885:6, 1886:2,
1886:15, 1886:20,
1887:1, 1887:2, 1887:7,
1888:2, 1888:22,
1898:22, 1901:18,
1902:8, 1902:21,
1904:16, 1904:20,
1905:17, 1905:20,
1906:19, 1966:10
**externally** [2] - 1886:23,
1889:1
**externally-applied** [1] -
1889:1
**extremely** [1] - 1884:8

---

### F

**fact** [21] - 1801:22,
1807:12, 1809:16,
1817:18, 1843:22,
1854:12, 1854:13,
1855:10, 1856:5,
1873:23, 1880:12,
1888:19, 1893:22,
1923:18, 1927:18,
1927:19, 1950:21,
1954:24, 1956:15,
1962:10, 1974:12
**factor** [58] - 1801:11,
1801:14, 1801:15,
1801:20, 1806:25,
1807:6, 1808:6,
1815:24, 1815:25,
1816:11, 1816:12,
1816:14, 1816:23,
1818:4, 1851:9,
1861:15, 1897:15,
1915:8, 1915:15,
1915:20, 1915:22,
1916:3, 1916:6,
1916:13, 1916:17,
1917:3, 1917:6,
1917:21, 1919:7,
1920:7, 1920:9,
1920:11, 1920:22,
1921:1, 1921:10,
1923:9, 1923:25,
1924:3, 1927:8,
1927:14, 1927:16,
1928:3, 1930:7,
1930:18, 1931:6,
1932:13, 1933:9,
1933:17, 1933:21,
1933:25, 1934:3,

1934:5, 1948:25,
1964:1, 1964:16,
1968:18, 1970:6, 1972:6
**Factors** [2] - 1892:5,
1961:19
**factors** [58] - 1800:11,
1800:16, 1800:18,
1801:3, 1801:7,
1808:16, 1815:5,
1815:6, 1815:9,
1815:22, 1816:7,
1817:3, 1817:8,
1817:19, 1820:3,
1820:15, 1820:17,
1820:25, 1823:10,
1892:7, 1892:11,
1892:12, 1892:16,
1895:5, 1895:6,
1895:18, 1895:19,
1895:22, 1915:1,
1915:2, 1915:14,
1915:18, 1915:25,
1917:1, 1917:14,
1922:11, 1923:3,
1923:4, 1923:7,
1923:14, 1923:19,
1923:22, 1926:21,
1927:1, 1930:16,
1949:1, 1949:6,
1961:21, 1963:20,
1963:24, 1964:3,
1964:12, 1964:14,
1964:21, 1970:12,
1971:5, 1971:13,
1971:22
**facts** [2] - 1866:21,
1884:15
**faculty** [3] - 1963:1,
1963:2, 1963:17
**failed** [2] - 1920:25,
1921:4
**fair** [7] - 1826:24, 1827:3,
1859:2, 1872:13,
1883:23, 1885:17,
1915:5
**fairly** [1] - 1843:10
**fall** [2] - 1851:13,
1914:11
**fallopian** [17] - 1814:17,
1831:4, 1831:6,
1831:13, 1841:1,
1870:3, 1870:17,
1874:10, 1893:1,

1893:6, 1931:5, 1932:7,
1945:17, 1945:19,
1945:21, 1945:24
**familial** [1] - 1800:20
**familiar** [27] - 1810:23,
1823:9, 1849:10,
1856:22, 1876:19,
1878:5, 1878:9,
1881:19, 1881:21,
1881:22, 1882:4,
1889:23, 1891:7,
1891:9, 1891:10,
1898:6, 1898:15,
1899:3, 1900:2,
1904:12, 1921:1,
1925:8, 1928:24,
1929:3, 1929:6, 1969:18
**family** [7] - 1800:21,
1819:25, 1923:5,
1927:2, 1964:4,
1964:12, 1970:24
**far** [2] - 1849:2, 1906:21
**favored** [1] - 1966:24
**favorite** [1] - 1904:9
**FDA** [6] - 1822:18,
1873:20, 1873:25,
1874:3, 1887:10,
1887:17
**features** [1] - 1904:23
**feeding** [1] - 1820:9
**fell** [1] - 1851:14
**fellow** [3] - 1946:7,
1949:15, 1949:22
**fellows** [6] - 1800:9,
1950:21, 1951:12,
1951:16, 1951:18,
1952:7
**fellowship** [12] - 1799:2,
1799:20, 1799:21,
1799:24, 1799:25,
1863:15, 1946:20,
1946:22, 1949:4,
1950:7, 1950:21, 1951:7
**female** [9] - 1830:1,
1867:21, 1867:22,
1872:18, 1872:21,
1879:13, 1889:7,
1898:11, 1931:4
**Female** [2] - 1891:7,
1960:24
**feminine** [1] - 1873:2
**fertility** [1] - 1923:8
**fetal** [1] - 1947:20

**fetus** [1] - 1898:12
**few** [10] - 1809:18, 1856:17, 1859:2, 1869:5, 1894:1, 1932:1, 1953:8, 1961:3, 1966:1, 1966:19
**fibers** [3] - 1879:2, 1879:3, 1880:14
**fibrin** [1] - 1842:22
**fibroids** [1] - 1846:1
**fibrous** [9] - 1842:23, 1866:10, 1866:13, 1866:15, 1866:18, 1939:2, 1939:17, 1941:13, 1942:21
**field** [6] - 1808:8, 1808:19, 1827:21, 1864:15, 1943:1, 1947:16
**figure** [1] - 1871:15
**figuring** [1] - 1808:3
**filled** [2] - 1830:25, 1852:11
**filmy** [1] - 1842:24
**fimbriae** [1] - 1969:6
**finally** [1] - 1858:14
**findings** [10] - 1809:2, 1809:4, 1847:16, 1848:2, 1848:6, 1851:2, 1861:25, 1910:17, 1936:14, 1973:20
**fine** [2] - 1891:1, 1908:3
**finger** [1] - 1830:22
**fingers** [2] - 1887:4, 1905:19
**first** [41] - 1801:7, 1802:11, 1805:14, 1811:7, 1823:24, 1825:2, 1826:16, 1827:10, 1837:1, 1844:16, 1850:3, 1851:16, 1852:6, 1852:16, 1867:10, 1867:11, 1872:8, 1875:16, 1878:13, 1878:24, 1880:11, 1895:14, 1899:9, 1901:11, 1907:17, 1909:7, 1909:15, 1910:4, 1910:16, 1925:18, 1926:18, 1929:9, 1929:17, 1930:14, 1934:9,

1935:4, 1953:10, 1954:20, 1955:12, 1961:3, 1961:5
**FISHER** [1] - 1796:7
**five** [13] - 1820:7, 1840:24, 1908:17, 1908:20, 1936:4, 1936:10, 1937:10, 1937:12, 1937:14, 1937:23, 1972:19, 1972:24
**five-year** [2] - 1908:17, 1908:20
**flawed** [1] - 1975:12
**Fletcher** [1] - 1936:23
**flip** [1] - 1957:7
**FLOM** [1] - 1796:17
**focus** [9] - 1802:19, 1810:10, 1849:5, 1849:9, 1850:3, 1851:16, 1854:5, 1856:15, 1856:16
**focused** [8] - 1803:16, 1804:15, 1813:19, 1873:9, 1877:17, 1877:20, 1939:14, 1939:21
**focusing** [1] - 1803:21
**folks** [1] - 1803:3, 1975:10
**follow** [4] - 1852:1, 1857:15, 1857:16, 1913:2
**follow-up** [4] - 1852:1, 1857:15, 1857:16, 1913:2
**followed** [1] - 1850:16
**FOLLOWING** [1] - 1979:7
**following** [2] - 1879:5, 1971:12
**fond** [1] - 1892:10
**food** [1] - 1964:17
**FOR** [1] - 1796:1
**forced** [4] - 1889:2, 1901:17, 1902:5, 1902:9
**forceful** [1] - 1897:18
**foreign** [7] - 1839:9, 1839:11, 1839:19, 1839:25, 1874:11, 1894:10, 1894:18
**forest** [5] - 1913:17, 1914:2, 1914:9, 1965:4,

1965:10
**form** [2] - 1852:11, 1943:25
**formal** [2] - 1863:20, 1864:20
**formally** [2] - 1863:12, 1864:12
**format** [1] - 1952:17
**formed** [2] - 1850:12, 1873:13
**forming** [3] - 1849:24, 1938:22, 1974:5
**formulating** [2] - 1936:1, 1975:20
**formulation** [1] - 1936:16
**fornix** [1] - 1871:11
**forth** [7] - 1822:4, 1829:8, 1875:18, 1880:3, 1880:9, 1894:23, 1949:3
**forum** [1] - 1925:15
**forward** [1] - 1811:16
**foundation** [4] - 1867:5, 1868:5, 1871:15, 1884:16
**foundational** [2] - 1867:25, 1868:4
**founder** [1] - 1919:21
**four** [6] - 1808:11, 1820:1, 1917:3, 1935:10, 1976:16, 1976:18
**fractions** [1] - 1884:8
**fragrance** [2] - 1866:5, 1939:18
**fragrances** [2] - 1941:14, 1942:22
**FREDA** [1] - 1796:9
**French** [1] - 1919:24
**frequency** [1] - 1850:10
**frequent** [1] - 1855:9
**friendly** [1] - 1924:9
**front** [5] - 1798:17, 1960:21, 1960:23, 1965:4, 1965:10
**full** [5] - 1844:15, 1844:16, 1852:1, 1958:4, 1974:4
**fully** [1] - 1816:13
**functions** [1] - 1924:22
**fund** [1] - 1802:3
**furthermore** [1] -

1879:14
**future** [1] - 1927:22

**G**

**gastrointestinal** [2] - 1815:20, 1815:21
**Gates** [23] - 1849:25, 1851:13, 1851:14, 1851:15, 1851:18, 1852:22, 1852:23, 1853:3, 1853:10, 1853:13, 1854:5, 1854:15, 1854:17, 1854:21, 1854:23, 1855:1, 1856:13, 1857:12, 1857:15, 1859:1, 1913:8, 1927:19
**gears** [1] - 1827:13
**gene** [2] - 1841:19, 1919:17
**general** [11] - 1822:9, 1877:4, 1877:7, 1904:21, 1905:15, 1919:18, 1919:19, 1920:1, 1928:4, 1947:20, 1960:19
**General** [2] - 1878:12, 1948:1
**generally** [2] - 1817:21, 1974:22
**generally-accepted** [1] - 1974:22
**generation** [1] - 1848:21
**genes** [4] - 1819:19, 1819:21, 1819:25, 1820:1
**genetic** [9] - 1800:18, 1818:3, 1819:11, 1919:6, 1919:8, 1919:11, 1920:4, 1951:21
**Genital** [3] - 1834:6, 1891:7, 1960:24
**genital** [15] - 1850:11, 1882:25, 1889:8, 1898:23, 1899:20, 1900:19, 1900:25, 1901:13, 1915:4, 1923:11, 1927:1, 1927:7, 1927:23, 1950:1, 1959:3
**genitalia** [26] - 1830:4, 1868:9, 1868:18,

1869:3, 1869:8, 1870:21, 1870:22, 1884:7, 1885:6, 1886:2, 1886:15, 1886:20, 1887:1, 1888:2, 1888:22, 1889:8, 1898:22, 1901:19, 1902:8, 1902:22, 1904:16, 1904:21, 1905:17, 1905:21, 1906:19, 1955:2
**genitals** [2] - 1884:14, 1977:5
**Genome** [2] - 1907:5, 1907:19
**Georgia** [1] - 1963:12
**GEREL** [1] - 1796:13
**Gertig** [22] - 1849:25, 1850:3, 1850:15, 1850:19, 1850:21, 1851:1, 1851:8, 1852:15, 1853:10, 1854:19, 1857:15, 1858:25, 1909:19, 1910:2, 1910:4, 1910:6, 1910:14, 1911:14, 1912:8, 1912:22, 1913:7, 1918:21
**giant** [1] - 1839:19
**given** [3] - 1809:18, 1861:8, 1886:12
**glands** [2] - 1932:17, 1932:18
**go-around** [1] - 1909:8
**goal** [1] - 1907:11
**Godleski** [4] - 1881:18, 1882:7, 1885:4, 1960:9
**Godleski's** [2] - 1881:22, 1882:4
**Goldleskit's** [1] - 1885:14
**Google** [2] - 1867:16, 1884:4
**GOTSHAL** [1] - 1796:20
**grab** [1] - 1832:13
**grade** [11] - 1817:13, 1908:6, 1908:10, 1908:24, 1909:2, 1909:6, 1929:20, 1930:8, 1933:13, 1944:12, 1944:25
**gradient** [1] - 1974:17
**granted** [1] - 1838:24

**granulomas** [2] - 1839:9, 1839:19
**graphic** [2] - 1904:22, 1969:12
**great** [2] - 1864:17, 1917:19
**greater** [3] - 1852:25, 1853:11, 1856:10
**Green** [3] - 1858:3, 1858:5, 1858:9
**Group** [1] - 1940:10
**group** [2] - 1912:6, 1912:7
**grouped** [3] - 1854:11, 1866:16, 1866:18
**grouping** [5] - 1855:7, 1856:12, 1856:15, 1859:12, 1859:17
**groupings** [1] - 1856:20
**guess** [2] - 1945:7, 1948:14
**guessing** [3] - 1828:20, 1918:4, 1918:6
**guide** [1] - 1949:11
**guise** [1] - 1974:8
**gum** [1] - 1958:7
**gush** [1] - 1889:12
**GYN** [4] - 1864:15, 1889:17, 1948:11, 1951:1
**gyne** [2] - 1947:21, 1950:9
**gyne-oncologist** [1] - 1950:9
**gyne-oncologists** [1] - 1947:21
**Gynecologic** [6] - 1900:3, 1925:9, 1925:10, 1946:3, 1948:2, 1948:13
**gynecologic** [25] - 1798:23, 1798:25, 1799:3, 1799:22, 1800:2, 1804:25, 1808:9, 1808:20, 1812:14, 1821:23, 1822:2, 1822:10, 1822:12, 1839:17, 1863:16, 1863:18, 1894:16, 1937:14, 1946:13, 1946:16, 1946:18, 1947:18, 1947:23, 1949:11,

1951:2
**gynecological** [2] - 1807:11, 1904:20
**Gynecological** [1] - 1899:4
**gynecologist** [1] - 1889:17
**Gynecologists** [2] - 1948:22, 1950:3
**gynecology** [1] - 1799:18
**Gynecology** [5] - 1800:3, 1946:9, 1947:18, 1948:1, 1948:5

### H

**habitual** [5] - 1852:19, 1854:6, 1854:7, 1854:13, 1856:16
**hair** [2] - 1884:1, 1884:9
**half** [9] - 1806:12, 1811:22, 1812:9, 1820:8, 1846:23, 1847:5, 1876:2, 1883:21, 1957:15
**hand** [7] - 1817:3, 1845:9, 1876:25, 1881:13, 1911:3, 1926:5, 1960:16
**happy** [4] - 1848:8, 1873:7, 1919:4, 1924:21
**hard** [2] - 1909:11, 1926:2
**Harvard** [2] - 1881:17, 1960:9
**hazard** [1] - 1954:8
**head** [1] - 1873:7
**heading** [1] - 1961:2
**heads** [1] - 1860:16
**Health** [18] - 1849:8, 1849:10, 1849:18, 1850:4, 1851:19, 1854:18, 1873:20, 1873:25, 1874:20, 1875:11, 1883:10, 1885:3, 1885:10, 1885:22, 1922:17, 1957:23, 1969:19
**health** [3] - 1813:13, 1822:20, 1968:15
**healthy** [1] - 1964:17
**hear** [3] - 1843:6, 1863:19, 1943:11

**heard** [6] - 1845:19, 1849:7, 1853:4, 1956:19, 1971:23, 1975:5
**hearing** [4] - 1824:25, 1901:16, 1920:18, 1920:24
**HEARING** [1] - 1796:4
**heavily** [1] - 1808:18
**heavy** [9] - 1865:21, 1866:4, 1939:8, 1939:17, 1940:21, 1941:7, 1941:14, 1942:7, 1942:21
**Heller** [21] - 1832:12, 1833:10, 1872:11, 1872:15, 1873:3, 1875:1, 1875:22, 1875:23, 1876:9, 1954:12, 1954:14, 1954:17, 1954:22, 1954:24, 1955:3, 1955:7, 1955:10, 1956:4, 1957:14, 1972:10, 1972:12
**help** [3] - 1835:8, 1849:17, 1964:14
**helped** [2] - 1816:25, 1867:17
**hematologist** [1] - 1963:9
**hereditary** [1] - 1930:16
**herpes** [5] - 1951:1, 1951:4, 1951:11, 1952:5
**herself** [2] - 1869:13, 1942:6
**heterogeneity** [1] - 1967:9
**HHMT** [1] - 1925:15
**high** [20] - 1804:2, 1805:20, 1806:2, 1808:24, 1817:13, 1840:12, 1842:9, 1907:1, 1908:6, 1908:10, 1908:24, 1909:2, 1909:6, 1921:23, 1922:3, 1929:20, 1930:8, 1933:13, 1944:11, 1944:25
**higher** [6] - 1818:9, 1855:25, 1919:4, 1923:16, 1933:12,

1933:14
**highlight** [2] - 1881:13, 1929:15
**highlighted** [3] - 1934:16, 1935:13, 1950:25
**highly** [1] - 1806:8
**Hill** [14] - 1974:5, 1974:7, 1974:8, 1974:13, 1974:17, 1974:20, 1974:21, 1975:1, 1975:7, 1975:17, 1976:3, 1976:5, 1976:8
**himself** [1] - 1937:2
**Hispanics** [2] - 1971:1, 1971:2
**histologic** [13] - 1814:2, 1814:12, 1814:14, 1815:4, 1815:7, 1815:12, 1817:10, 1817:17, 1817:25, 1844:20, 1844:22, 1916:15
**histologic-specific** [1] - 1817:10
**histologies** [4] - 1813:23, 1814:4, 1917:4, 1918:10
**histology** [3] - 1813:23, 1851:8, 1909:12
**history** [9] - 1800:25, 1801:4, 1876:6, 1882:24, 1923:5, 1964:4, 1964:12, 1970:24
**hold** [2] - 1864:10, 1865:1
**honestly** [2] - 1887:18, 1889:18
**Honor** [27] - 1798:7, 1825:17, 1825:23, 1847:12, 1848:4, 1848:19, 1857:8, 1861:6, 1862:5, 1863:23, 1864:2, 1866:24, 1881:24, 1890:11, 1901:21, 1901:25, 1902:2, 1914:20, 1941:19, 1942:11, 1950:17, 1952:19, 1957:1, 1959:8, 1968:1, 1969:21, 1977:8

**HONORABLE** [1] - 1796:9
**hope** [1] - 1813:9
**hopefully** [1] - 1876:23
**hopes** [1] - 1812:1
**hormone** [2] - 1801:3, 1923:11
**horrible** [1] - 1811:21
**hospital** [2] - 1947:8, 1963:11
**hours** [2] - 1847:21, 1847:22
**HPV** [1] - 1951:9
**huge** [1] - 1819:22
**human** [5] - 1866:19, 1877:1, 1877:2, 1884:1, 1884:9
**humans** [2] - 1871:25, 1872:1
**hygiene** [3] - 1872:18, 1872:21, 1873:2
**hypotheses** [2] - 1811:16, 1893:21
**hypothesis** [31] - 1822:15, 1827:18, 1827:19, 1828:2, 1828:12, 1828:16, 1828:18, 1829:8, 1829:12, 1845:5, 1869:1, 1875:16, 1875:19, 1880:4, 1880:6, 1880:10, 1880:12, 1888:16, 1888:21, 1893:12, 1893:18, 1894:24, 1895:3, 1901:4, 1902:23, 1933:19, 1944:22, 1961:12, 1961:13, 1961:18, 1969:13
**hypothesized** [2] - 1874:23, 1876:11
**hypothetical** [2] - 1903:10, 1940:8
**hysterectomy** [4] - 1879:16, 1892:8, 1892:17, 1892:20

**I**

**i.e** [2] - 1888:22, 1898:22
**IARC** [21] - 1822:18, 1852:13, 1865:21, 1866:15, 1866:18,

1866:22, 1867:1, 1876:17, 1877:1, 1877:10, 1877:22, 1886:10, 1887:12, 1887:15, 1940:10, 1940:19, 1940:23, 1941:3, 1941:9, 1957:19, 1976:24
**idea** [2] - 1829:1, 1884:3
**identified** [12] - 1803:5, 1812:5, 1812:6, 1871:21, 1875:7, 1897:13, 1907:6, 1914:22, 1915:23, 1915:25, 1918:9, 1918:19
**identifies** [2] - 1872:12, 1969:5
**identify** [10] - 1803:3, 1803:7, 1804:17, 1811:24, 1837:6, 1840:25, 1842:11, 1885:15, 1923:4, 1944:10
**identifying** [3] - 1916:16, 1919:21, 1927:7
**II** [6] - 1846:24, 1850:17, 1858:15, 1955:10, 1955:11, 1956:5
**III** [6] - 1847:1, 1908:18, 1908:21, 1908:23, 1909:16, 1949:20
**illustration** [1] - 1898:5
**image** [3] - 1867:12, 1867:19, 1867:20
**images** [1] - 1867:22
**immune** [1] - 1839:25
**impact** [3] - 1809:7, 1815:9, 1966:19
**impacting** [1] - 1812:1
**impeachment** [1] - 1864:3
**implanting** [2] - 1932:17, 1932:18
**implication** [1] - 1950:13
**important** [7] - 1884:11, 1894:12, 1894:20, 1930:6, 1930:18, 1938:7, 1976:22
**impossible** [2] - 1909:14, 1909:16
**improper** [1] - 1825:19
**improve** [1] - 1806:19

**IN** [2] - 1796:4, 1979:8
**inadequate** [3] - 1823:10, 1824:6, 1824:8
**incidence** [5] - 1812:1, 1812:16, 1892:15, 1907:13, 1919:22
**incidentally** [1] - 1891:18
**incited** [2] - 1839:10, 1894:8
**inciting** [1] - 1944:16
**include** [10] - 1857:13, 1857:24, 1870:20, 1892:7, 1895:8, 1897:21, 1923:7, 1928:2, 1964:3, 1967:5
**included** [3] - 1850:9, 1858:4, 1858:5
**includes** [1] - 1853:2
**including** [6] - 1805:17, 1808:25, 1929:19, 1951:1, 1965:25, 1967:8
**inclusion** [2] - 1917:14, 1917:21
**inconclusive** [5] - 1895:8, 1961:23, 1962:3, 1962:8, 1967:21
**inconsistencies** [4] - 1835:20, 1935:15, 1943:17, 1943:19
**inconsistent** [7] - 1821:15, 1821:21, 1838:9, 1843:10, 1861:19, 1892:17, 1962:12
**incorrect** [1] - 1976:11
**increase** [20] - 1811:25, 1812:10, 1819:6, 1819:12, 1819:17, 1821:18, 1836:2, 1838:11, 1843:20, 1846:6, 1855:16, 1858:22, 1900:21, 1915:3, 1915:16, 1923:8, 1931:9, 1935:25, 1943:10, 1964:2
**increased** [29] - 1800:22, 1801:1, 1810:2, 1811:17, 1818:4, 1819:3, 1823:18, 1840:22, 1843:24, 1844:1, 1846:5, 1846:9, 1860:1, 1865:22,

1901:9, 1910:9, 1910:24, 1911:18, 1911:19, 1911:20, 1912:24, 1931:12, 1935:19, 1939:24, 1940:2, 1940:11, 1940:20, 1941:6, 1943:6

**increases** [14] - 1800:17, 1812:8, 1816:5, 1912:13, 1914:16, 1915:9, 1915:20, 1916:10, 1916:21, 1917:10, 1920:16, 1934:8, 1943:12, 1969:1

**increasing** [3] - 1818:10, 1838:15, 1850:23

**indeed** [2] - 1957:12, 1962:3

**independent** [1] - 1825:7

**index** [2] - 1895:9, 1933:15

**Indiana** [1] - 1929:14

**indicate** [1] - 1844:10

**indicated** [2] - 1852:5, 1941:24

**indicates** [2] - 1828:23, 1963:6

**indicating** [1] - 1829:6

**indisputable** [4] - 1874:7, 1874:16, 1887:12, 1887:18

**individual** [4] - 1806:14, 1810:17, 1835:21, 1943:20

**individually** [2] - 1819:21, 1838:1

**individuals** [1] - 1826:25

**induced** [3] - 1892:7, 1894:8, 1894:9

**inducing** [2] - 1957:13, 1962:14

**infancy** [4] - 1956:1, 1956:12, 1956:18, 1957:6

**infection** [4] - 1931:1, 1931:3, 1931:21, 1932:1

**infections** [1] - 1895:16

**infertility** [3] - 1934:2, 1934:4

**Inflammation** [1] - 1961:3

**inflammation** [53] - 1809:5, 1828:23,

1829:2, 1829:7, 1829:9, 1829:14, 1829:16, 1832:7, 1842:5, 1842:13, 1844:18, 1844:25, 1845:5, 1845:14, 1874:24, 1894:3, 1894:4, 1894:7, 1894:17, 1928:7, 1928:10, 1928:14, 1928:17, 1929:18, 1930:3, 1930:6, 1930:15, 1930:17, 1931:21, 1931:24, 1932:5, 1932:6, 1933:16, 1933:22, 1934:7, 1935:5, 1943:22, 1943:25, 1944:12, 1944:16, 1944:23, 1944:25, 1945:6, 1954:7, 1954:21, 1955:5, 1957:11, 1961:15, 1962:15, 1969:1, 1969:4, 1969:5, 1969:14

**inflammatories** [1] - 1821:10

**inflammatory** [33] - 1839:2, 1839:5, 1839:10, 1839:18, 1842:16, 1842:25, 1843:20, 1843:25, 1845:3, 1845:12, 1846:1, 1874:11, 1875:14, 1931:3, 1931:8, 1931:19, 1932:11, 1932:19, 1933:3, 1933:5, 1933:8, 1933:14, 1934:6, 1935:3, 1935:8, 1935:24, 1936:3, 1940:7, 1940:15, 1941:16, 1961:11, 1969:10

**influence** [2] - 1815:9, 1971:20

**influences** [1] - 1966:22

**influential** [1] - 1919:7

**inform** [1] - 1838:2

**information** [12] - 1816:21, 1818:25, 1826:5, 1850:5, 1922:4, 1922:11, 1923:19, 1923:20, 1924:2,

1924:8, 1937:9, 1967:15

**informative** [1] - 1912:21

**informs** [1] - 1832:1

**infrequent** [6] - 1853:18, 1854:8, 1855:9, 1856:12, 1856:15, 1856:20

**inhalation** [4] - 1877:7, 1877:12, 1877:15, 1877:19

**inherent** [2] - 1921:5, 1966:16

**inherit** [1] - 1818:6

**inherited** [10] - 1800:19, 1818:5, 1818:7, 1818:17, 1818:20, 1819:17, 1819:21, 1819:23, 1820:2, 1920:5

**initial** [2] - 1850:7, 1850:15

**initiated** [1] - 1944:5

**initiates** [1] - 1930:3

**initiating** [2] - 1846:17, 1847:5

**initiation** [2] - 1928:18, 1929:18

**inner** [2] - 1830:8, 1830:10

**insensitive** [1] - 1815:1

**inserting** [1] - 1837:21

**insertion** [1] - 1897:21

**inside** [9] - 1871:4, 1871:6, 1888:10, 1888:15, 1889:2, 1889:6, 1897:17, 1898:14, 1898:19

**instance** [1] - 1879:3

**Institute** [3] - 1823:2, 1824:4, 1907:18

**institution** [4] - 1924:2, 1968:6, 1968:10, 1968:13

**institution's** [1] - 1968:17

**institutions** [5] - 1918:4, 1920:25, 1921:9, 1924:13, 1928:1

**instructions** [1] - 1934:21

**insufficient** [1] - 1960:3

**intake** [1] - 1935:7

**intend** [1] - 1865:24

**intent** [5] - 1854:12,

1952:12, 1971:12, 1973:18, 1973:19

**Intercepting** [1] - 1900:11

**intercourse** [6] - 1868:25, 1869:15, 1871:5, 1886:22, 1887:4, 1897:18

**interest** [1] - 1966:12

**interesting** [2] - 1883:14, 1922:20

**internal** [4] - 1870:23, 1887:2, 1887:8, 1898:11

**interpose** [1] - 1879:21

**interpretation** [2] - 1950:20, 1967:11

**interval** [17] - 1812:22, 1813:1, 1813:5, 1834:18, 1834:20, 1834:25, 1835:4, 1836:16, 1837:15, 1850:25, 1851:10, 1910:22, 1911:25, 1912:2, 1912:3, 1914:5

**intervals** [2] - 1913:18, 1913:25

**intervention** [1] - 1806:19

**interventions** [1] - 1806:11

**interviews** [1] - 1966:13

**intra** [1] - 1841:15

**intra-epithelial** [1] - 1841:15

**introduction** [6] - 1833:23, 1835:15, 1880:4, 1892:21, 1894:10, 1894:18

**invasive** [12] - 1841:17, 1843:14, 1906:20, 1907:6, 1908:18, 1910:20, 1910:24, 1912:11, 1918:20, 1923:1, 1970:25, 1972:6

**inverse** [1] - 1942:16

**inversely** [1] - 1935:9

**investigators** [1] - 1937:17

**involve** [2] - 1800:5, 1871:10

**involved** [3] - 1827:8, 1848:5, 1955:25

**involves** [2] - 1809:24,

1932:17
**involving** [2] - 1904:20, 1973:11
**ionized** [1] - 1895:16
**irrespective** [1] - 1840:1
**irritation** [1] - 1874:24
**Irvine** [1] - 1799:12
**IS** [1] - 1979:7
**issue** [7] - 1801:13, 1865:5, 1874:20, 1890:11, 1932:15, 1933:1, 1941:8
**issues** [1] - 1821:24
**itself** [12] - 1810:16, 1830:20, 1831:1, 1833:8, 1839:4, 1843:11, 1932:16, 1932:23, 1933:23, 1939:14, 1953:23, 1963:20
**IV** [5] - 1847:2, 1908:19, 1908:21, 1908:23, 1909:16

**J**

**Jeff** [1] - 1925:23
**JERSEY** [3] - 1796:1, 1796:16, 1796:16
**Jewish** [1] - 1919:22
**job** [1] - 1800:5
**JOHN** [1] - 1796:18
**John** [1] - 1881:18
**JOHNSON** [2] - 1796:4
**Johnson** [19] - 1796:21, 1865:10, 1865:11, 1865:25, 1866:4, 1866:7, 1866:8, 1866:9, 1866:10, 1880:21, 1889:19, 1891:21, 1897:12, 1977:1
**Johnson's** [7] - 1809:17, 1865:11, 1866:4, 1869:13, 1897:13, 1977:1
**journal** [1] - 1925:10
**JULIE** [1] - 1796:16
**JULY** [1] - 1796:4
**July** [1] - 1929:10
**June** [1] - 1929:9

**K**

**Karram** [2] - 1898:15,

1899:6
**keep** [1] - 1864:16
**keeping** [1] - 1890:16
**Kettering** [1] - 1799:22
**kill** [1] - 1803:22
**killing** [1] - 1811:22
**kind** [5] - 1798:22, 1837:17, 1860:18, 1906:4, 1949:15
**kinds** [1] - 1845:21
**knees** [1] - 1906:10
**knowing** [2] - 1884:19, 1964:14
**knowledge** [3] - 1802:3, 1825:19, 1941:22
**known** [18] - 1799:17, 1805:20, 1806:25, 1807:6, 1808:15, 1815:13, 1817:8, 1817:9, 1817:11, 1817:15, 1818:16, 1819:17, 1843:20, 1866:19, 1879:1, 1880:13, 1915:2, 1919:24
**Kurman** [6] - 1891:18, 1891:19, 1892:19, 1893:1, 1894:15, 1897:12

**L**

**labia** [13] - 1830:4, 1830:6, 1830:9, 1830:10, 1830:18, 1831:9, 1831:24, 1889:9, 1889:14, 1904:6, 1904:8, 1905:4
**laboratory** [1] - 1864:24
**lack** [1] - 1835:11
**lacking** [2] - 1845:13, 1967:22
**lacks** [1] - 1884:15
**lagumes** [1] - 1958:7
**Lake** [2] - 1925:15, 1970:10
**Langseth** [5] - 1878:4, 1878:5, 1879:23, 1959:7, 1959:25
**large** [1] - 1830:5
**larger** [1] - 1805:3
**last** [17] - 1814:16, 1817:4, 1828:21, 1840:24, 1846:18,

1849:5, 1849:7, 1861:11, 1872:5, 1898:7, 1918:19, 1923:13, 1934:7, 1934:16, 1967:1, 1967:17, 1976:23
**latency** [8] - 1913:8, 1955:13, 1955:15, 1955:18, 1955:21, 1956:3, 1956:18, 1957:4
**Latin** [1] - 1898:9
**Laura** [1] - 1871:17
**lawsuit** [1] - 1811:1
**lay** [1] - 1867:5
**layman's** [1] - 1902:12
**lead** [1] - 1932:11
**leading** [2] - 1925:20, 1925:25
**leads** [4] - 1829:9, 1831:5, 1928:14, 1931:21
**learn** [1] - 1949:4
**learners** [4] - 1801:16, 1802:7, 1802:11, 1811:12
**learning** [4] - 1949:3, 1949:7, 1949:11, 1952:13
**least** [11] - 1813:24, 1859:15, 1904:9, 1909:7, 1911:6, 1911:17, 1918:3, 1924:23, 1947:14, 1957:9, 1974:23
**lectures** [1] - 1801:13
**left** [5] - 1855:21, 1876:25, 1881:13, 1897:11, 1965:17
**left-hand** [2] - 1876:25, 1881:13
**leftovers** [1] - 1842:25
**legs** [3] - 1905:16, 1906:7, 1906:18
**LEIGH** [1] - 1796:11
**lengthy** [1] - 1933:9
**lesion** [7] - 1842:6, 1932:20, 1932:23, 1944:4, 1945:10, 1945:20, 1945:23
**lesions** [16] - 1840:20, 1840:21, 1841:2, 1841:8, 1841:9, 1841:10, 1841:14,

1841:18, 1842:12, 1842:13, 1943:24, 1944:10, 1945:5, 1945:8, 1945:10, 1945:12
**less** [19] - 1836:14, 1837:12, 1853:1, 1853:12, 1853:17, 1853:22, 1854:11, 1854:24, 1855:2, 1855:7, 1855:18, 1855:20, 1856:8, 1859:16, 1908:19, 1911:8, 1911:10, 1914:5
**level** [4] - 1845:23, 1845:25, 1846:9, 1918:18
**levels** [4] - 1845:22, 1846:5, 1848:21, 1933:15
**life** [2] - 1903:22, 1905:24
**lifestyle** [1] - 1930:17
**lifetime** [4] - 1818:13, 1818:23, 1819:2, 1923:1
**ligation** [8] - 1820:11, 1820:23, 1879:16, 1892:8, 1892:18, 1892:20, 1970:24, 1971:14
**ligations** [2] - 1893:15
**likelihood** [2] - 1820:4, 1913:6
**likely** [4] - 1804:4, 1818:1, 1908:13, 1908:15
**likewise** [1] - 1951:15
**limit** [1] - 1813:25
**limitations** [3] - 1809:7, 1941:22, 1965:24
**limiting** [1] - 1861:7
**line** [7] - 1836:8, 1864:1, 1875:16, 1930:5, 1960:10, 1961:5, 1961:10
**lines** [3] - 1932:2, 1961:17, 1974:19
**link** [4] - 1825:10, 1825:12, 1825:13, 1826:14
**list** [16] - 1825:15, 1825:16, 1917:14, 1917:22, 1920:25,

1999

1921:5, 1921:7, 1921:9, 1925:22, 1926:6, 1949:2, 1949:8, 1950:6, 1961:23, 1965:25, 1972:7

**listed** [7] - 1817:3, 1834:1, 1926:14, 1951:11, 1956:5, 1957:3, 1964:21

**listen** [3] - 1823:24, 1824:2, 1971:25

**listing** [4] - 1826:17, 1949:15, 1950:6, 1963:24

**lists** [5] - 1878:18, 1949:23, 1963:20, 1964:5, 1964:20

**literally** [1] - 1898:10

**literature** [73] - 1801:20, 1807:10, 1808:10, 1808:14, 1809:22, 1809:23, 1810:2, 1810:6, 1810:7, 1810:8, 1810:10, 1810:15, 1810:16, 1810:20, 1811:12, 1811:16, 1812:13, 1820:18, 1821:1, 1821:14, 1821:20, 1824:7, 1824:9, 1829:11, 1829:23, 1831:7, 1832:10, 1835:18, 1836:5, 1838:4, 1843:2, 1843:8, 1843:9, 1845:17, 1852:18, 1861:13, 1861:16, 1861:18, 1863:17, 1869:1, 1892:16, 1893:14, 1895:20, 1903:12, 1914:17, 1914:18, 1917:6, 1918:25, 1919:1, 1920:20, 1931:8, 1931:11, 1931:15, 1935:16, 1939:21, 1940:4, 1943:3, 1943:5, 1943:11, 1943:14, 1943:21, 1943:22, 1950:8, 1950:23, 1955:15, 1955:20, 1962:1, 1962:6, 1962:8, 1974:9, 1974:18, 1977:4

**lithotomy** [2] - 1905:16,

1906:17

**litigation** [4] - 1801:24, 1813:19, 1891:22, 1897:13

**litigations** [1] - 1827:9

**lives** [2] - 1803:8, 1958:9

**Lloyd** [1] - 1904:11

**Lo** [1] - 1924:25

**local** [1] - 1844:18

**localized** [1] - 1932:19

**LoCicero** [3] - 1962:24, 1963:5, 1963:6

**LOCKE** [1] - 1797:8

**logistic** [3] - 1970:22, 1971:4, 1971:19

**long-term** [2] - 1927:1, 1927:7

**Longo** [2] - 1890:13, 1890:18

**Longo's** [1] - 1809:13

**look** [53] - 1813:24, 1826:16, 1834:3, 1834:4, 1835:20, 1836:17, 1836:21, 1839:6, 1839:14, 1841:7, 1841:25, 1844:7, 1844:8, 1844:14, 1844:23, 1845:7, 1850:17, 1851:5, 1854:15, 1854:21, 1858:15, 1870:15, 1873:4, 1873:8, 1876:22, 1878:24, 1881:9, 1891:14, 1910:16, 1911:5, 1917:18, 1918:8, 1918:15, 1919:4, 1919:25, 1920:2, 1921:20, 1926:3, 1929:3, 1929:6, 1929:8, 1930:24, 1949:10, 1949:20, 1955:23, 1955:24, 1959:20, 1969:3, 1971:5, 1971:12, 1973:4, 1974:10, 1974:15

**looked** [23] - 1808:14, 1809:1, 1810:13, 1810:14, 1810:19, 1825:10, 1825:12, 1842:8, 1842:10, 1853:10, 1853:11,

1871:24, 1873:12, 1874:20, 1898:7, 1928:16, 1934:18, 1943:3, 1954:25, 1963:5, 1974:14, 1974:15, 1974:16

**looking** [18] - 1837:1, 1851:18, 1852:21, 1857:3, 1882:12, 1907:4, 1908:4, 1920:20, 1934:14, 1942:13, 1943:15, 1943:16, 1944:3, 1945:2, 1945:5, 1945:7, 1965:6, 1970:10

**lose** [1] - 1860:17

**low** [3] - 1821:16, 1859:23, 1935:16

**lower** [7] - 1855:4, 1855:24, 1889:8, 1899:12, 1899:20, 1950:1, 1964:15

**lunch** [1] - 1895:24

**luncheon** [1] - 1896:2

**lung** [2] - 1828:5, 1828:6

**lying** [1] - 1905:14

**lymph** [5] - 1882:12, 1882:19, 1882:23, 1885:3, 1885:15

**Lynch** [1] - 1819:25

---

## M

**M.D.s** [1] - 1937:17

**magnesium** [1] - 1882:20

**magnify** [2] - 1854:13, 1855:10

**magnifying** [1] - 1819:10

**magnitude** [1] - 1856:9

**main** [2] - 1869:1, 1966:12

**maintain** [4] - 1922:7, 1947:3, 1947:7, 1948:8

**maintains** [1] - 1922:8

**maintenance** [1] - 1947:10

**major** [2] - 1845:14, 1847:18

**majora** [4] - 1830:4, 1830:6, 1830:9, 1831:9

**majority** [1] - 1879:11

**malignancies** [4] - 1949:25, 1950:12,

1951:3, 1951:7

**Malignancy** [1] - 1900:12

**malignant** [5] - 1846:7, 1930:8, 1938:6, 1938:19, 1976:1

**MANGES** [1] - 1796:20

**manners** [1] - 1958:24

**manuscript** [7] - 1834:13, 1847:14, 1847:16, 1847:21, 1847:24, 1937:1, 1937:4

**manuscripts** [1] - 1812:12

**March** [1] - 1925:15

**MARGARET** [1] - 1796:12

**marked** [2] - 1894:4, 1898:4

**marker** [4] - 1806:5, 1846:16, 1846:21, 1847:3

**marketing** [3] - 1924:10, 1924:21, 1968:14

**MARKETING** [1] - 1796:4

**marquis** [1] - 1911:22

**mass** [3] - 1805:15, 1895:8, 1933:15

**material** [3] - 1839:23, 1894:11, 1894:18

**materials** [1] - 1868:8

**Materiel** [1] - 1844:12

**maternal** [1] - 1947:20

**math** [1] - 1840:18

**matter** [18] - 1809:25, 1810:6, 1831:8, 1832:4, 1832:25, 1847:20, 1848:5, 1868:13, 1868:14, 1869:18, 1869:24, 1886:20, 1937:2, 1937:16, 1937:18, 1937:21, 1938:11, 1941:21

**MATTER** [1] - 1979:9

**matters** [2] - 1810:7, 1832:2

**mature** [2] - 1857:17, 1858:25

**McTiernan** [4] - 1853:9, 1853:20, 1855:15, 1856:1

**McTiernan's** [2] - 1853:25, 1855:14

**MDL** [3] - 1890:3, 1911:7,

1953:11
**MEAGHER** [1] - 1796:17
**mean** [15] - 1827:16,
1840:24, 1846:20,
1853:16, 1860:13,
1872:13, 1889:22,
1902:11, 1902:18,
1911:25, 1923:15,
1927:17, 1956:21,
1957:5, 1966:5
**meaning** [6] - 1800:20,
1804:2, 1830:6,
1841:15, 1853:11,
1966:11
**means** [16] - 1805:2,
1827:17, 1829:13,
1830:11, 1833:24,
1835:6, 1859:19,
1893:9, 1899:16,
1912:3, 1912:5, 1914:4,
1923:21, 1947:10,
1948:17, 1955:15
**meant** [3] - 1855:3,
1859:16, 1968:14
**measurements** [2] -
1885:23, 1904:16
**measuring** [3] - 1904:15,
1905:2, 1905:10
**meat** [5] - 1812:24,
1813:8, 1813:15,
1842:24, 1914:16
**meats** [1] - 1812:8
**mechanism** [11] -
1810:21, 1813:16,
1828:17, 1832:8,
1833:18, 1835:12,
1879:12, 1916:24,
1957:12, 1962:14,
1969:16
**mechanisms** [2] -
1875:5, 1897:18
**median** [3] - 1883:17,
1883:21, 1885:24
**medical** [15] - 1799:10,
1799:11, 1800:8,
1800:12, 1811:8,
1811:11, 1826:21,
1827:1, 1829:22,
1867:18, 1893:20,
1898:5, 1924:23,
1924:25, 1963:8
**Medical** [1] - 1844:12
**medication** [3] - 1813:3,

1813:9, 1958:19
**medications** [1] -
1958:20
**Medicine** [1] - 1948:10
**medicine** [4] - 1799:4,
1799:17, 1803:3,
1947:21
**medicines** [1] - 1923:8
**meetings** [1] - 1825:8
**member** [4] - 1800:21,
1946:4, 1946:6, 1946:8
**members** [4] - 1825:16,
1826:6, 1826:18,
1826:22
**Memorial** [1] - 1799:22
**memory** [1] - 1959:20
**menopause** [1] - 1801:9
**menstruation** [3] -
1879:12, 1880:8, 1894:9
**mention** [1] - 1801:11
**mentioned** [19] -
1815:23, 1817:1,
1818:3, 1820:6, 1821:6,
1822:21, 1839:18,
1853:18, 1861:15,
1866:1, 1872:16,
1877:19, 1916:2,
1923:14, 1953:14,
1968:24, 1970:4,
1972:10, 1973:5
**mentions** [1] - 1968:18
**Merritt** [4] - 1844:3,
1844:24, 1928:11,
1928:15
**meta** [8] - 1808:12,
1837:3, 1837:5,
1859:11, 1913:13,
1913:23, 1914:10,
1965:21
**meta-analyses** [4] -
1808:12, 1913:13,
1913:23, 1914:10
**meta-analysis** [4] -
1837:3, 1837:5,
1859:11, 1965:21
**metals** [6] - 1866:5,
1939:9, 1939:17,
1941:14, 1942:7,
1942:22
**metastasize** [2] -
1908:13, 1908:15
**method** [4] - 1821:12,
1821:21, 1860:10,

1974:22
**Method** [1] - 1836:25
**methodology** [4] -
1809:11, 1824:23,
1975:10, 1975:12
**methods** [1] - 1971:18
**metric** [2] - 1853:11,
1920:2
**Michael** [1] - 1889:23
**MICHELLE** [1] - 1796:14
**microenvironment** [1] -
1961:11
**micron** [1] - 1883:21
**microns** [8] - 1880:23,
1882:15, 1883:6,
1883:18, 1883:21,
1883:22, 1884:2,
1885:25
**microscope** [3] -
1813:24, 1839:6, 1873:4
**microscopically** [1] -
1955:4
**microscopist** [1] -
1882:10
**microscopy** [3] -
1881:16, 1882:11,
1882:17
**middle** [1] - 1883:19
**midway** [1] - 1907:20
**might** [18] - 1816:17,
1816:21, 1869:16,
1875:6, 1883:2,
1886:17, 1893:4,
1903:18, 1909:25,
1926:21, 1938:24,
1939:3, 1939:5,
1945:25, 1948:23,
1953:20, 1964:3,
1964:15
**migrate** [17] - 1832:2,
1833:16, 1868:2,
1869:3, 1869:19,
1871:22, 1873:23,
1874:6, 1874:23,
1879:2, 1879:6,
1880:14, 1887:24,
1887:25, 1888:8,
1888:23, 1889:20
**migrated** [1] - 1940:5
**migrates** [2] - 1829:20,
1888:15
**migrating** [2] - 1831:8,
1832:5

**migration** [15] - 1829:18,
1867:9, 1868:14,
1871:21, 1871:24,
1872:5, 1872:9,
1872:11, 1873:9,
1873:13, 1887:16,
1887:18, 1893:17,
1895:1, 1959:11
**millions** [1] - 1884:13
**mine** [1] - 1879:25
**mineral** [1] - 1954:6
**minora** [2] - 1830:10,
1889:9
**minute** [3] - 1871:15,
1887:11, 1903:23
**minutes** [3] - 1869:6,
1894:1, 1895:25
**misplacement** [1] -
1933:2
**misrepresenting** [1] -
1971:6
**missing** [1] - 1879:23
**misspoke** [2] - 1834:24,
1918:24
**misstates** [4] - 1866:22,
1901:20, 1914:20,
1950:16
**misstating** [3] - 1886:4,
1912:15, 1970:8
**mistake** [1] - 1873:2
**mistaken** [1] - 1917:17
**model** [3] - 1926:22,
1969:4, 1970:5
**modest** [1] - 1910:19
**molecular** [5] - 1803:2,
1814:3, 1817:24,
1875:5, 1907:11
**moments** [1] - 1809:18
**monitors** [1] - 1924:16
**monograph** [7] -
1866:16, 1876:18,
1876:19, 1886:10,
1887:15, 1957:20,
1957:21
**month** [2] - 1839:8,
1840:17
**Moore** [1] - 1921:22
**Moores** [7] - 1921:17,
1922:8, 1922:10,
1922:17, 1923:18,
1924:15, 1925:5
**morning** [12] - 1798:5,
1798:14, 1798:15,

1863:8, 1864:17, 1886:13, 1887:21, 1897:24, 1913:1, 1934:18, 1935:14, 1942:10
**morph** [1] - 1945:12
**mortality** [1] - 1804:9
**most** [22] - 1804:4, 1804:15, 1804:24, 1805:13, 1814:5, 1814:14, 1818:7, 1819:14, 1838:23, 1846:25, 1852:13, 1891:11, 1906:21, 1908:7, 1908:13, 1909:3, 1909:4, 1909:9, 1912:11, 1919:7, 1930:8, 1959:2
**motion** [1] - 1941:17
**mounted** [1] - 1839:25
**mouth** [4] - 1835:24, 1837:21, 1838:8, 1871:11
**move** [1] - 1932:3
**moved** [1] - 1870:22
**movement** [1] - 1906:2
**movements** [3] - 1886:16, 1905:24, 1906:3
**moves** [2] - 1828:12, 1886:20
**moving** [1] - 1887:6
**MR** [95] - 1798:7, 1798:13, 1823:5, 1825:17, 1825:22, 1826:3, 1826:8, 1826:11, 1827:12, 1829:19, 1835:2, 1848:15, 1848:24, 1849:4, 1849:15, 1861:1, 1861:4, 1861:9, 1861:10, 1862:4, 1863:7, 1863:23, 1864:2, 1864:7, 1864:9, 1866:21, 1866:23, 1867:4, 1867:8, 1871:20, 1872:3, 1873:19, 1878:3, 1878:7, 1879:21, 1879:25, 1880:1, 1881:2, 1881:8, 1881:12, 1881:24, 1882:2, 1882:3,

1884:15, 1884:18, 1884:23, 1885:1, 1885:10, 1885:21, 1888:3, 1888:6, 1889:25, 1890:2, 1890:6, 1890:9, 1890:17, 1891:3, 1891:4, 1897:10, 1900:9, 1901:20, 1901:22, 1902:10, 1907:14, 1910:12, 1913:9, 1914:19, 1914:25, 1917:24, 1922:14, 1922:22, 1925:6, 1929:15, 1938:20, 1941:19, 1942:1, 1942:16, 1950:16, 1952:19, 1953:7, 1955:9, 1956:23, 1957:1, 1957:2, 1959:8, 1963:21, 1967:25, 1968:5, 1969:21, 1969:23, 1970:1, 1970:3, 1972:4, 1977:7, 1977:8
**MS** [2] - 1890:11, 1891:2
**mucinous** [8] - 1815:1, 1815:15, 1815:20, 1817:16, 1909:11, 1916:7, 1916:9, 1916:11
**mucus** [1] - 1830:25
**multiple** [3] - 1822:18, 1861:22, 1924:13
**multivariate** [4] - 1910:21, 1970:22, 1971:4, 1971:19
**mumps** [1] - 1845:4
**muscle** [1] - 1830:14
**must** [3] - 1860:7, 1888:21, 1902:5
**mutation** [10] - 1806:15, 1818:6, 1818:15, 1818:20, 1841:19, 1841:25, 1842:1, 1919:24, 1919:25, 1920:5
**mutations** [15] - 1818:3, 1818:5, 1818:7, 1818:8, 1818:10, 1818:17, 1819:11, 1819:17, 1819:21, 1842:11, 1919:6, 1919:11,

1919:24, 1951:21
**MY** [1] - 1979:8

**N**

**name** [5] - 1881:21, 1881:22, 1882:4, 1923:6, 1962:23
**names** [1] - 1881:19
**napkin** [2] - 1838:11, 1838:15
**napkins** [1] - 1837:23
**National** [3] - 1823:1, 1824:4, 1907:18
**natural** [2] - 1902:17, 1902:18
**naturally** [3] - 1830:7, 1830:15, 1830:20
**NCI** [9] - 1822:17, 1823:2, 1823:4, 1824:7, 1824:24, 1825:7, 1825:23, 1907:5, 1922:1
**necessarily** [9] - 1816:2, 1875:18, 1926:8, 1932:15, 1933:4, 1933:24, 1934:5, 1955:15, 1958:23
**necessary** [1] - 1825:5
**need** [10] - 1827:23, 1827:24, 1827:25, 1830:23, 1831:20, 1863:16, 1899:25, 1907:9, 1908:9, 1945:20
**needs** [2] - 1810:6, 1828:11
**Neel** [1] - 1848:4
**neoplastic** [1] - 1846:15
**Netter** [4] - 1898:6, 1898:8, 1898:9, 1898:13
**never** [25] - 1832:23, 1840:16, 1850:20, 1852:24, 1853:2, 1854:12, 1855:5, 1855:7, 1855:19, 1856:13, 1856:15, 1856:21, 1857:4, 1857:5, 1857:18, 1865:4, 1868:9, 1868:11, 1882:7, 1902:4, 1912:20, 1918:23, 1934:24, 1945:9, 1957:15
**never/infrequent** [1] - 1857:6

**nevertheless** [1] - 1957:17
**NEW** [3] - 1796:1, 1796:16, 1796:16
**new** [2] - 1838:18, 1895:23
**news** [1] - 1801:18
**next** [20] - 1799:19, 1823:20, 1835:1, 1836:8, 1853:8, 1862:10, 1894:2, 1895:4, 1896:3, 1904:25, 1926:14, 1930:4, 1930:25, 1931:23, 1932:1, 1932:4, 1933:11, 1934:25, 1949:17, 1958:11
**NIH** [1] - 1822:17
**nine** [1] - 1926:15
**NJ** [1] - 1796:7
**NO** [1] - 1796:2
**nobody** [1] - 1812:13
**node** [3] - 1882:19, 1885:3, 1885:15
**nodes** [2] - 1882:13, 1882:23
**non** [4] - 1935:19, 1935:23, 1948:14, 1971:2
**non-aspirin** [2] - 1935:19, 1935:23
**non-Board** [1] - 1948:14
**non-Hispanics** [1] - 1971:2
**nonaspirin** [2] - 1821:11, 1821:18
**none** [5] - 1822:24, 1938:5, 1938:18, 1955:5, 1964:8
**nonstatistically** [2] - 1850:21, 1850:24
**nonsteroidal** [2] - 1935:2, 1935:7
**normal** [3] - 1886:16, 1886:21, 1904:23
**note** [2] - 1817:2, 1973:11
**notebook** [1] - 1798:16
**noted** [1] - 1911:10
**NOTES** [1] - 1979:8
**nothing** [5] - 1886:9, 1970:13, 1970:17,

1970:18, 1970:19
**noticed** [1] - 1948:10
**notion** [2] - 1965:20, 1966:20
**notoriously** [1] - 1815:1
**November** [1] - 1827:11
**NSAIDs** [10] - 1821:10, 1821:11, 1821:18, 1821:21, 1935:8, 1935:12, 1935:16, 1935:19, 1935:23, 1943:22
**nulliparous** [1] - 1934:1
**number** [7] - 1853:24, 1881:25, 1900:8, 1907:1, 1961:24, 1966:21, 1972:25
**numbers** [3] - 1911:22, 1966:17, 1966:23
**numeral** [1] - 1949:20
**nurse** [1] - 1924:24
**Nurses'** [6] - 1849:8, 1849:10, 1849:18, 1850:4, 1851:19, 1854:18

## O

**O'DELL** [3] - 1796:11, 1890:11, 1891:2
**obese** [1] - 1933:12
**obesity** [16] - 1804:3, 1817:5, 1895:10, 1916:10, 1916:17, 1916:21, 1917:3, 1917:10, 1917:14, 1917:21, 1918:17, 1918:25, 1919:2, 1932:8, 1933:9, 1933:17
**OBGYN** [1] - 1946:11
**OBGYNs** [1] - 1947:20
**object** [2] - 1825:17, 1864:2
**objection** [8] - 1861:1, 1866:21, 1879:21, 1884:23, 1889:25, 1914:19, 1941:19, 1970:1
**objectives** [3] - 1947:16, 1949:3, 1949:7
**obliterated** [1] - 1944:5
**observation** [2] - 1913:15, 1914:1
**observed** [2] - 1882:13,

1882:22
**Obstetric** [1] - 1900:3
**obstetrics** [1] - 1799:18
**Obstetrics** [7] - 1800:3, 1946:9, 1947:17, 1948:1, 1948:5, 1948:22, 1950:3
**obtain** [2] - 1806:4, 1850:4
**obvious** [1] - 1931:18
**Occupational** [1] - 1969:19
**occupational** [3] - 1865:22, 1940:21, 1941:7
**occur** [1] - 1894:17
**occurs** [1] - 1880:7
**ocean** [3] - 1889:10, 1889:11, 1889:12
**odd** [1] - 1971:14
**odds** [19] - 1812:20, 1816:19, 1834:17, 1836:13, 1837:9, 1837:11, 1837:16, 1859:8, 1861:21, 1895:21, 1917:8, 1918:11, 1918:17, 1927:4, 1934:20, 1962:6, 1965:13, 1971:11, 1971:21
**OF** [2] - 1796:1, 1979:8
**offer** [4] - 1865:24, 1890:9, 1892:16, 1938:2
**offered** [4] - 1890:4, 1921:24, 1922:10, 1928:6
**offering** [1] - 1893:19
**offers** [1] - 1922:11
**offices** [1] - 1921:19
**OFFICIAL** [1] - 1796:25
**often** [4] - 1805:1, 1825:9, 1853:23, 1855:23
**oftentimes** [1] - 1802:2
**old** [6] - 1806:16, 1823:22, 1839:23, 1849:13, 1849:20, 1945:25
**Olsen** [5] - 1917:13, 1917:15, 1917:17, 1918:17
**once** [16] - 1798:20, 1830:9, 1853:12,

1853:17, 1853:22, 1854:11, 1854:24, 1869:25, 1871:6, 1911:6, 1911:9, 1911:10, 1911:17, 1947:2, 1951:13
**oncologist** [7] - 1798:23, 1807:11, 1839:17, 1889:18, 1937:14, 1950:9, 1963:9
**oncologists** [2] - 1947:18, 1947:21
**Oncology** [6] - 1925:9, 1925:10, 1946:4, 1948:2, 1948:11, 1948:13
**oncology** [17] - 1799:3, 1799:22, 1800:3, 1808:9, 1808:20, 1812:14, 1821:23, 1822:2, 1822:10, 1822:13, 1863:16, 1946:13, 1946:16, 1946:19, 1947:23, 1949:11, 1951:1
**one** [77] - 1803:1, 1803:16, 1806:11, 1808:13, 1809:9, 1820:22, 1821:24, 1823:1, 1825:15, 1832:11, 1835:1, 1836:17, 1843:13, 1844:3, 1844:5, 1846:3, 1851:17, 1852:25, 1853:1, 1854:7, 1855:8, 1855:11, 1855:18, 1855:20, 1855:22, 1856:8, 1859:15, 1867:25, 1868:6, 1870:8, 1870:10, 1878:6, 1878:10, 1886:3, 1888:16, 1891:10, 1895:20, 1897:12, 1897:16, 1910:2, 1910:7, 1910:17, 1911:9, 1911:11, 1912:15, 1913:15, 1915:5, 1916:25, 1919:16, 1923:2, 1923:14, 1924:15, 1924:23, 1924:24, 1925:23, 1926:25, 1928:15,

1931:9, 1945:16, 1948:12, 1949:4, 1949:7, 1949:9, 1949:23, 1950:2, 1955:4, 1957:22, 1959:6, 1960:8, 1971:21, 1972:1, 1972:12, 1973:4, 1973:25, 1974:3, 1976:3, 1976:23
**one-to-six** [1] - 1910:7
**online** [3] - 1924:25, 1925:11, 1947:12
**onset** [1] - 1927:2
**oophorectomies** [1] - 1944:19
**oophorectomy** [2] - 1892:9, 1892:18
**open** [21] - 1798:3, 1830:16, 1831:17, 1831:22, 1831:23, 1870:6, 1870:16, 1870:25, 1871:7, 1871:8, 1889:9, 1889:13, 1889:14, 1893:24, 1897:3, 1898:3, 1899:17, 1904:4, 1904:5, 1904:6, 1906:13
**opening** [1] - 1831:5
**operated** [3] - 1838:22, 1838:24, 1839:13
**operating** [2] - 1809:2, 1840:2
**opine** [2] - 1888:7, 1941:21
**opinion** [46] - 1807:22, 1807:24, 1808:2, 1810:7, 1832:1, 1833:14, 1833:17, 1838:3, 1861:16, 1865:18, 1866:9, 1868:1, 1868:4, 1868:6, 1868:10, 1868:11, 1868:17, 1869:7, 1869:14, 1873:13, 1877:14, 1880:24, 1884:20, 1885:4, 1885:25, 1886:22, 1902:24, 1915:2, 1915:6, 1920:6, 1920:19, 1924:5, 1928:16, 1938:8,

1940:17, 1940:24, 1940:25, 1941:12, 1941:25, 1942:18, 1942:20, 1942:25, 1943:2, 1943:7, 1944:1, 1975:21

**opinions** [24] - 1807:17, 1809:8, 1809:18, 1849:24, 1861:8, 1865:10, 1865:13, 1865:24, 1866:3, 1866:6, 1866:13, 1866:17, 1868:6, 1886:11, 1890:4, 1890:9, 1910:3, 1928:6, 1936:2, 1936:17, 1938:2, 1938:15, 1938:22, 1974:6

**Opportunities** [1] - 1925:13

**opportunity** [1] - 1885:14

**opposed** [7] - 1830:6, 1830:11, 1904:8, 1945:17, 1945:22, 1958:24, 1967:21

**opposes** [1] - 1831:3

**opposite** [1] - 1854:4

**Opposition** [3] - 1959:9, 1959:15, 1960:12

**oral** [5] - 1820:6, 1947:1, 1949:16, 1970:23, 1971:13

**order** [10] - 1813:12, 1816:18, 1828:18, 1831:21, 1841:5, 1841:7, 1888:23, 1913:22, 1950:5, 1950:8

**organ** [3] - 1830:5, 1898:21, 1898:23

**organizations** [8] - 1822:6, 1822:14, 1822:21, 1826:21, 1826:24, 1827:1, 1921:3, 1967:16

**organs** [4] - 1879:3, 1880:15, 1931:4, 1932:18

**orient** [1] - 1798:16

**original** [1] - 1851:21

**originate** [2] - 1814:12, 1814:19

**originated** [1] - 1945:18

**origins** [1] - 1814:2

**otherwise** [1] - 1831:20

**outer** [2] - 1830:5, 1831:9

**outline** [1] - 1949:12

**outside** [14] - 1831:17, 1836:1, 1838:11, 1871:4, 1888:10, 1888:14, 1888:22, 1889:5, 1893:9, 1897:17, 1898:14, 1898:19, 1898:22, 1899:12

**Ovarian** [1] - 1925:13

**ovarian** [304] - 1800:11, 1800:14, 1800:17, 1800:22, 1801:11, 1801:14, 1801:16, 1801:21, 1802:13, 1802:21, 1802:23, 1802:25, 1803:6, 1803:9, 1803:18, 1804:11, 1804:18, 1804:22, 1804:24, 1804:25, 1805:6, 1805:7, 1805:12, 1805:14, 1805:21, 1805:23, 1806:5, 1806:10, 1807:1, 1807:7, 1807:8, 1807:13, 1807:16, 1807:19, 1807:23, 1807:25, 1808:7, 1808:16, 1808:22, 1808:25, 1809:19, 1810:1, 1810:3, 1810:25, 1811:6, 1811:14, 1811:18, 1811:21, 1811:25, 1812:7, 1812:9, 1812:11, 1812:17, 1813:10, 1813:12, 1813:18, 1813:20, 1813:21, 1814:9, 1814:20, 1815:18, 1815:20, 1816:3, 1816:5, 1816:11, 1817:9, 1817:20, 1817:21, 1818:1, 1818:7, 1818:9, 1818:11, 1818:18, 1818:21, 1819:6, 1819:7, 1819:12,

1819:18, 1819:23, 1820:4, 1820:10, 1820:12, 1820:14, 1820:17, 1820:24, 1821:3, 1821:8, 1821:12, 1821:19, 1821:22, 1822:3, 1822:11, 1822:13, 1822:23, 1823:18, 1824:5, 1824:10, 1829:6, 1829:10, 1829:15, 1832:7, 1832:9, 1833:15, 1833:20, 1834:15, 1835:9, 1835:13, 1835:25, 1836:2, 1836:6, 1838:5, 1838:12, 1838:19, 1838:21, 1839:21, 1840:3, 1840:8, 1840:12, 1841:3, 1843:3, 1843:6, 1843:10, 1843:12, 1843:14, 1843:15, 1843:19, 1844:2, 1844:19, 1845:1, 1845:6, 1845:15, 1845:24, 1846:10, 1846:13, 1846:22, 1846:24, 1847:3, 1850:23, 1851:2, 1851:24, 1852:4, 1853:6, 1855:16, 1856:9, 1856:11, 1858:19, 1858:23, 1861:14, 1861:18, 1862:3, 1865:5, 1865:19, 1865:23, 1873:4, 1874:5, 1874:24, 1875:4, 1875:6, 1879:15, 1892:1, 1892:13, 1892:14, 1892:24, 1893:16, 1894:12, 1894:20, 1895:7, 1895:18, 1897:15, 1900:21, 1901:10, 1903:15, 1906:20, 1906:22, 1906:25, 1907:6, 1907:7, 1907:21, 1907:22, 1907:24, 1908:8, 1908:15, 1909:4, 1909:15, 1910:20,

1910:24, 1912:12, 1912:25, 1913:4, 1913:5, 1913:14, 1914:16, 1914:18, 1915:4, 1915:13, 1915:14, 1915:17, 1915:21, 1916:9, 1916:19, 1916:21, 1916:25, 1917:11, 1918:1, 1919:8, 1919:12, 1919:13, 1920:3, 1920:7, 1920:9, 1920:11, 1920:16, 1920:22, 1921:1, 1921:10, 1922:12, 1923:2, 1923:9, 1923:16, 1925:14, 1925:20, 1926:23, 1927:2, 1927:8, 1927:14, 1927:17, 1927:25, 1928:4, 1928:10, 1928:15, 1928:20, 1929:20, 1929:21, 1930:3, 1930:7, 1930:8, 1930:9, 1930:18, 1931:6, 1931:10, 1931:13, 1931:17, 1932:8, 1932:12, 1932:14, 1933:13, 1933:20, 1933:24, 1933:25, 1934:3, 1934:8, 1935:6, 1935:9, 1935:12, 1935:24, 1936:2, 1939:5, 1939:6, 1939:10, 1939:23, 1940:2, 1940:18, 1940:20, 1940:25, 1941:7, 1942:19, 1943:6, 1943:10, 1943:13, 1943:24, 1944:23, 1945:3, 1949:25, 1950:12, 1951:6, 1951:18, 1951:22, 1952:8, 1952:14, 1954:18, 1955:13, 1955:19, 1955:21, 1957:11, 1957:13, 1960:5, 1960:18, 1961:22, 1964:21, 1967:20, 1968:18, 1969:2, 1970:13, 1970:24, 1971:1, 1971:15,

| | P | | |
|---|---|---|---|

1971:22, 1972:7, 1972:9, 1973:8, 1975:11, 1975:14, 1976:24

**ovaries** [54] - 1806:18, 1821:4, 1829:21, 1830:2, 1831:10, 1833:6, 1833:9, 1833:11, 1833:19, 1840:7, 1841:6, 1842:9, 1845:13, 1868:3, 1869:4, 1869:5, 1869:19, 1869:25, 1870:3, 1870:7, 1871:7, 1871:23, 1872:12, 1872:22, 1872:24, 1873:24, 1874:10, 1874:18, 1874:25, 1875:13, 1875:21, 1875:25, 1879:4, 1879:7, 1879:14, 1879:18, 1880:6, 1887:24, 1888:9, 1888:24, 1889:21, 1931:5, 1932:7, 1934:17, 1940:6, 1941:15, 1954:7, 1954:22, 1955:3, 1955:4, 1956:6, 1957:11, 1957:17, 1959:3

**Ovary** [1] - 1891:25

**ovary** [13] - 1814:19, 1832:3, 1832:6, 1833:16, 1838:14, 1860:23, 1860:24, 1861:3, 1868:15, 1945:18, 1945:22, 1969:5, 1969:9

**overall** [5] - 1844:19, 1844:22, 1845:13, 1853:6, 1883:20

**overlapping** [3] - 1904:6, 1904:7, 1905:4

**overlaps** [1] - 1837:15

**oversees** [2] - 1924:24, 1947:25

**ovulation** [1] - 1894:8

**ovulation-induced** [1] - 1894:8

**own** [3] - 1800:24, 1801:4, 1890:23

**oxygen** [1] - 1848:22

**P**

**P-527** [2] - 1953:11, 1954:12

**P-SC** [3] - 1883:10, 1898:5, 1960:12

**p.m** [1] - 1977:14

**p53** [5] - 1841:19, 1841:25, 1842:1, 1842:11, 1944:11

**Page** [1] - 1978:4

**page** [63] - 1823:8, 1823:14, 1823:20, 1824:12, 1825:13, 1826:2, 1834:4, 1834:5, 1836:24, 1844:8, 1844:9, 1844:14, 1844:23, 1845:7, 1845:8, 1848:24, 1850:17, 1851:6, 1852:21, 1858:15, 1862:10, 1864:1, 1876:21, 1878:24, 1881:10, 1881:12, 1883:14, 1891:14, 1892:4, 1894:2, 1895:4, 1896:3, 1904:25, 1911:2, 1911:4, 1918:9, 1925:18, 1926:5, 1926:15, 1926:18, 1930:4, 1930:5, 1930:14, 1930:25, 1934:11, 1934:25, 1949:17, 1949:19, 1954:2, 1954:11, 1955:10, 1958:2, 1959:15, 1960:13, 1960:15, 1961:1, 1965:1, 1965:17, 1967:1, 1967:2, 1969:3

**pages** [1] - 1826:16

**Pap** [1] - 1803:5

**paper** [9] - 1878:17, 1878:19, 1878:21, 1878:23, 1926:8, 1959:19, 1959:21, 1959:24, 1970:10

**papers** [1] - 1886:10

**paragraph** [20] - 1823:14, 1844:15, 1844:16, 1845:9, 1878:24, 1879:20, 1880:2, 1881:14, 1883:15, 1883:20,

1907:17, 1926:19, 1931:23, 1933:11, 1934:16, 1954:2, 1958:4, 1958:11, 1964:10

**parcel** [3] - 1836:4, 1870:24, 1934:4

**pardon** [1] - 1835:2

**PARFITT** [1] - 1796:14

**parity** [2] - 1970:23, 1971:13

**part** [13] - 1805:23, 1822:17, 1836:4, 1839:12, 1846:15, 1848:9, 1863:15, 1870:24, 1899:20, 1922:3, 1934:4, 1960:20, 1962:10

**participants** [1] - 1850:6

**particle** [9] - 1860:24, 1869:18, 1883:18, 1885:24, 1886:6, 1902:7, 1902:21, 1972:14, 1972:17

**particles** [38] - 1830:1, 1831:11, 1831:12, 1836:12, 1868:18, 1868:24, 1869:15, 1871:6, 1871:10, 1871:22, 1872:17, 1873:5, 1873:21, 1873:22, 1874:22, 1879:2, 1879:6, 1879:13, 1880:13, 1880:20, 1880:25, 1882:14, 1882:23, 1883:5, 1883:17, 1884:6, 1884:13, 1884:19, 1884:21, 1885:5, 1885:16, 1886:1, 1889:20, 1901:18, 1902:15, 1903:8, 1906:14, 1973:1

**particular** [13] - 1824:19, 1829:7, 1834:24, 1849:6, 1861:14, 1878:17, 1878:19, 1894:24, 1903:13, 1913:3, 1954:1, 1955:16, 1962:2

**particulate** [7] - 1831:8, 1868:12, 1868:14, 1869:24, 1874:9,

1886:19, 1886:25

**particulates** [3] - 1870:2, 1874:6, 1882:18

**parties** [1] - 1801:23

**partner** [1] - 1803:2

**partners** [1] - 1948:12

**parts** [1] - 1848:11

**party** [3] - 1924:12, 1924:13, 1963:14

**pass** [1] - 1898:24

**passed** [1] - 1957:10

**passing** [1] - 1947:13

**past** [4] - 1821:25, 1830:9, 1859:2, 1870:22

**pathologic** [1] - 1894:17

**pathological** [2] - 1879:1, 1880:13

**pathologist** [2] - 1839:7, 1882:9

**pathologists** [1] - 1945:21

**Pathology** [4] - 1891:6, 1898:2, 1900:3, 1960:24

**pathology** [4] - 1839:12, 1839:14, 1842:2, 1945:3

**pathway** [2] - 1829:25, 1879:17

**pathways** [1] - 1814:3

**patient** [7] - 1807:2, 1839:14, 1921:23, 1924:8, 1973:15, 1973:25, 1974:3

**patients** [31] - 1804:20, 1804:22, 1804:23, 1804:25, 1805:8, 1805:11, 1806:21, 1807:13, 1808:21, 1813:7, 1816:17, 1835:10, 1838:19, 1838:21, 1838:23, 1838:24, 1839:21, 1840:2, 1840:9, 1840:11, 1841:4, 1842:3, 1842:6, 1842:10, 1843:12, 1904:18, 1943:23, 1952:10, 1952:15, 1952:18, 1977:3

**pattern** [1] - 1814:25

**pause** [2] - 1823:7, 1972:22

**Pause** [2] - 1891:15, 1926:4

**PCOS** [1] - 1934:1
**PDQ** [4] - 1823:4, 1824:14, 1825:5, 1825:10
**Pearson** [6] - 1822:5, 1823:3, 1823:22, 1824:21, 1843:5, 1872:4
**Pearson's** [1] - 1823:25
**peer** [2] - 1812:13, 1953:19
**peer-reviewed** [2] - 1812:13, 1953:19
**Pelvic** [3] - 1899:3, 1900:6, 1900:10
**pelvic** [11] - 1805:15, 1806:4, 1806:6, 1830:17, 1842:16, 1845:25, 1882:12, 1882:23, 1931:3, 1931:8, 1931:19
**pelvis** [2] - 1874:23, 1932:18
**penetrance** [1] - 1887:8
**penetrate** [2] - 1868:19, 1902:12
**penetrated** [1] - 1906:14
**penetrates** [1] - 1902:6
**penetration** [2] - 1897:22, 1901:17
**Penninkilampi** [14] - 1836:19, 1836:25, 1837:3, 1849:8, 1856:22, 1857:2, 1857:9, 1857:10, 1857:13, 1857:20, 1858:1, 1858:4, 1858:12, 1965:6
**people** [6] - 1802:21, 1811:24, 1861:5, 1920:19, 1938:8, 1948:18
**per** [22] - 1852:25, 1853:1, 1853:12, 1853:17, 1853:22, 1854:11, 1854:24, 1855:2, 1855:8, 1855:18, 1855:21, 1855:22, 1856:8, 1910:7, 1911:9, 1911:10, 1911:11, 1948:25, 1949:3, 1966:13, 1966:22
**percent** [41] - 1805:3,

1805:4, 1805:19, 1812:11, 1814:16, 1814:18, 1818:12, 1818:18, 1818:22, 1819:1, 1819:4, 1819:5, 1819:6, 1819:8, 1819:9, 1819:16, 1819:20, 1820:1, 1834:16, 1859:17, 1859:19, 1903:2, 1903:4, 1903:11, 1903:17, 1903:21, 1906:25, 1907:2, 1907:7, 1907:23, 1908:19, 1908:24, 1909:13, 1910:9, 1910:24, 1911:19, 1912:13, 1912:14, 1919:12, 1919:23
**percentage** [3] - 1804:22, 1819:3, 1920:3
**perfect** [1] - 1835:22
**perform** [2] - 1806:6, 1839:15
**performed** [3] - 1803:12, 1840:15, 1861:20
**perhaps** [7] - 1804:9, 1859:8, 1864:6, 1876:11, 1884:13, 1908:16, 1915:3
**perineal** [54] - 1806:22, 1807:12, 1807:18, 1807:23, 1807:24, 1810:3, 1810:24, 1822:2, 1822:10, 1823:13, 1823:17, 1824:9, 1830:13, 1833:2, 1833:5, 1833:7, 1833:8, 1838:4, 1845:11, 1850:5, 1850:20, 1852:14, 1858:19, 1858:22, 1861:17, 1862:2, 1874:8, 1875:3, 1875:24, 1876:1, 1876:10, 1877:8, 1877:12, 1877:17, 1877:20, 1877:22, 1879:5, 1883:3, 1886:5, 1897:14, 1903:14, 1911:17, 1912:24, 1920:16, 1928:3, 1939:15, 1939:22,

1940:3, 1943:9, 1943:12, 1955:1, 1957:16, 1958:23, 1960:4
**perineally** [5] - 1874:17, 1876:5, 1887:13, 1887:23, 1888:8
**perineally-applied** [3] - 1887:13, 1887:23, 1888:8
**perineum** [24] - 1809:25, 1829:21, 1831:9, 1832:5, 1832:23, 1832:24, 1836:1, 1868:3, 1868:13, 1872:20, 1872:23, 1872:25, 1873:22, 1873:23, 1874:6, 1875:13, 1880:5, 1888:19, 1889:21, 1900:18, 1900:24, 1901:12, 1902:25, 1903:18
**period** [4] - 1909:10, 1955:13, 1956:18, 1957:4
**periods** [1] - 1801:8
**peritoneal** [3] - 1874:7, 1879:7, 1892:22
**peritoneum** [1] - 1874:10
**permissible** [1] - 1890:24
**permission** [1] - 1863:23
**person** [2] - 1890:21, 1941:24
**personal** [3] - 1800:24, 1834:10, 1923:5
**Personal** [1] - 1797:9
**personally** [2] - 1826:13, 1891:20
**perspective** [2] - 1818:24, 1925:14
**pertaining** [3] - 1922:12, 1966:6, 1975:22
**pertains** [1] - 1864:15
**Ph.D.s** [1] - 1937:18
**pharmaceuticals** [1] - 1877:6
**phone** [1] - 1884:5
**photo** [1] - 1906:16
**physically** [4] - 1806:17, 1889:15, 1905:18, 1906:19

**physician** [4] - 1798:22, 1921:13, 1924:24, 1925:2
**physicians** [5] - 1800:12, 1924:11, 1948:15, 1950:4, 1968:8
**picking** [1] - 1860:20
**PID** [11] - 1842:17, 1842:18, 1842:19, 1843:2, 1843:5, 1843:9, 1843:11, 1845:4, 1931:12, 1931:16, 1931:19
**piece** [1] - 1842:23
**pill** [1] - 1958:18
**pillar** [1] - 1868:4
**pillow** [1] - 1906:9
**pills** [4] - 1806:9, 1820:24, 1821:7, 1958:17
**place** [3] - 1806:3, 1831:20, 1838:15
**placed** [10] - 1806:8, 1834:12, 1869:19, 1885:6, 1887:1, 1900:18, 1900:24, 1901:12, 1962:24, 1965:10
**placing** [7] - 1831:10, 1831:13, 1835:25, 1838:7, 1838:10, 1838:13, 1871:10
**plainly** [1] - 1870:16
**plaintiffs** [1] - 1879:22
**Plaintiffs** [1] - 1796:14
**plaintiffs'** [4] - 1829:20, 1881:2, 1936:15, 1953:11
**Plaintiffs'** [3] - 1891:5, 1907:14, 1949:10
**planning** [1] - 1839:7
**plate** [1] - 1882:18
**plate-like** [1] - 1882:18
**platinum** [2] - 1815:14, 1815:17
**plausibility** [14] - 1810:19, 1827:14, 1827:16, 1827:17, 1827:23, 1827:25, 1828:19, 1869:23, 1874:22, 1875:3, 1941:11, 1942:2, 1942:19, 1967:22

2006

**plausible** [14] - 1813:16, 1828:10, 1829:14, 1832:8, 1833:18, 1835:11, 1874:8, 1875:12, 1916:18, 1916:20, 1916:23, 1941:12, 1941:16, 1962:13
**Plaxe** [1] - 1948:9
**play** [3] - 1845:14, 1928:17, 1933:16
**plays** [3] - 1894:11, 1894:20, 1929:18
**plot** [5] - 1913:17, 1914:2, 1914:9, 1965:4, 1965:10
**plug** [1] - 1970:12
**plugs** [1] - 1927:23
**Plunkett** [2] - 1871:18, 1871:21
**point** [16] - 1812:24, 1844:9, 1847:25, 1870:11, 1884:6, 1893:25, 1895:20, 1904:23, 1909:2, 1912:8, 1919:5, 1927:6, 1927:13, 1961:14, 1965:4
**pointed** [2] - 1961:6, 1965:13
**pointer** [1] - 1832:13
**points** [2] - 1905:2, 1964:6
**Polish** [1] - 1919:24
**poll** [1] - 1971:17
**polycystic** [3] - 1932:8, 1933:20, 1933:24
**pooled** [3] - 1808:13, 1913:14, 1914:11
**population** [6] - 1877:4, 1877:7, 1904:19, 1919:18, 1919:19, 1920:1
**populations** [1] - 1919:21
**portal** [3] - 1898:10, 1898:13, 1898:18
**portion** [12] - 1824:14, 1824:19, 1824:23, 1899:12, 1953:25, 1954:20, 1954:21, 1958:3, 1961:20, 1963:19, 1964:20

**poses** [1] - 1954:7
**position** [7] - 1889:3, 1905:5, 1905:8, 1905:16, 1906:17, 1920:21, 1923:21
**positive** [10] - 1827:23, 1827:24, 1851:12, 1858:18, 1860:14, 1860:18, 1876:6, 1919:17, 1919:23, 1920:4
**possibility** [1] - 1902:7
**possible** [8] - 1869:10, 1869:11, 1869:17, 1886:5, 1886:8, 1920:8, 1923:7, 1968:18
**possibly** [1] - 1909:3
**post** [1] - 1924:12
**posted** [4] - 1924:8, 1924:9, 1947:11, 1963:15
**posterior** [4] - 1831:3, 1831:11, 1831:14, 1871:11
**posting** [1] - 1948:25
**postmenopausal** [1] - 1945:2
**posts** [1] - 1924:13
**potential** [9] - 1834:10, 1874:5, 1892:21, 1895:6, 1897:14, 1899:11, 1899:16, 1949:5, 1961:21
**potentially** [4] - 1836:14, 1894:8, 1900:21, 1939:18
**pouring** [1] - 1884:12
**powder** [55] - 1806:22, 1807:14, 1807:19, 1807:22, 1807:25, 1809:25, 1810:1, 1810:8, 1830:3, 1831:14, 1838:5, 1838:13, 1852:7, 1868:17, 1869:8, 1869:13, 1871:3, 1874:17, 1876:7, 1876:8, 1877:24, 1883:17, 1884:21, 1885:5, 1886:14, 1887:13, 1887:23, 1888:8, 1889:5, 1897:16, 1901:17,

1902:24, 1903:2, 1903:9, 1903:17, 1906:13, 1913:14, 1915:12, 1915:13, 1927:24, 1928:3, 1938:23, 1938:24, 1939:9, 1939:14, 1939:15, 1939:16, 1939:20, 1940:12, 1943:9, 1956:22, 1956:24, 1957:9, 1958:24, 1977:1
**Powder** [4] - 1809:17, 1865:11, 1866:8, 1880:21
**POWDER** [1] - 1796:4
**powders** [3] - 1877:9, 1877:13, 1939:3
**power** [5] - 1859:3, 1859:6, 1859:10, 1859:23, 1860:15
**powered** [3] - 1859:14, 1859:20, 1860:8
**practice** [21] - 1799:1, 1799:4, 1799:5, 1802:19, 1805:1, 1805:3, 1805:4, 1805:19, 1806:2, 1808:23, 1810:13, 1839:12, 1842:2, 1927:12, 1927:23, 1947:15, 1970:12, 1970:14, 1970:17, 1970:19, 1971:17
**PRACTICES** [1] - 1796:5
**practicing** [2] - 1808:19, 1839:16
**preamble** [1] - 1914:19
**precancer** [1] - 1944:17
**precancerous** [1] - 1933:6
**precise** [1] - 1868:7
**precisely** [1] - 1914:23
**precursor** [15] - 1840:20, 1841:2, 1841:8, 1841:9, 1932:20, 1932:23, 1943:23, 1944:4, 1945:5, 1945:8, 1945:10, 1945:12, 1945:23, 1969:11
**precursors** [1] - 1944:11
**predict** [1] - 1926:22
**predisposition** [1] -

1919:8
**predominance** [4] - 1965:20, 1966:1, 1966:20, 1966:24
**prefer** [2] - 1876:22, 1909:21
**pregnancy** [2] - 1845:25, 1846:2
**preliminary** [2] - 1926:25, 1955:12
**prematurely** [1] - 1836:8
**premenopausal** [1] - 1904:19
**prepare** [1] - 1849:17
**prepared** [6] - 1851:17, 1949:16, 1950:7, 1951:8, 1952:7, 1952:11
**prescribe** [3] - 1821:5, 1821:7, 1821:11
**prescribed** [1] - 1958:19
**prescribing** [1] - 1821:21
**presence** [2] - 1874:25, 1882:12
**present** [5] - 1802:24, 1803:20, 1805:14, 1806:2, 1958:12
**presented** [3] - 1885:19, 1886:9, 1890:25
**presenting** [2] - 1890:20, 1890:22
**presently** [2] - 1799:4, 1799:5
**pressure** [1] - 1804:3
**presumed** [2] - 1873:1, 1888:13
**presuming** [1] - 1888:1
**prevent** [3] - 1821:3, 1835:9, 1892:21
**preventative** [2] - 1821:2, 1840:4
**prevention** [1] - 1805:23
**Prevention** [3] - 1825:6, 1825:11, 1826:18
**prevents** [1] - 1884:21
**primarily** [1] - 1909:6
**primary** [14] - 1804:14, 1874:1, 1877:6, 1877:9, 1877:11, 1877:23, 1891:18, 1895:3, 1929:5, 1930:1, 1930:2, 1930:22, 1930:24, 1953:20
**privileges** [2] - 1947:8,

1963:11
**pro** [2] - 1933:14, 1961:10
**pro-inflammatory** [1] - 1933:14
**problem** [1] - 1945:7
**problems** [2] - 1940:22, 1941:4
**procedure** [1] - 1839:4
**procedures** [2] - 1839:3, 1904:20
**proceedings** [3] - 1883:14, 1890:10, 1890:15
**Proceedings** [1] - 1978:4
**process** [8] - 1828:7, 1839:3, 1841:7, 1842:15, 1843:1, 1933:9, 1944:5, 1944:14
**processed** [5] - 1812:8, 1812:24, 1813:8, 1813:15, 1914:15
**processes** [1] - 1839:18
**produce** [1] - 1846:5
**product** [5] - 1810:5, 1838:13, 1865:14, 1914:6, 1977:4
**PRODUCTS** [1] - 1796:4
**Products** [1] - 1797:9
**products** [8] - 1807:19, 1865:12, 1865:25, 1866:7, 1866:10, 1877:5, 1958:12, 1977:2
**professional** [1] - 1822:14
**professor** [1] - 1800:2
**professors** [1] - 1811:13
**profiles** [1] - 1817:24
**profiling** [1] - 1907:12
**Program** [1] - 1969:20
**program** [3] - 1799:24, 1804:7, 1806:3
**progress** [1] - 1874:12
**progressed** [1] - 1841:11
**promise** [1] - 1884:4
**proof** [5] - 1827:23, 1827:24, 1828:16, 1874:4, 1969:15
**proper** [2] - 1864:3, 1976:7
**prophylactic** [1] - 1944:9
**prophylactically** [2] - 1841:5, 1944:19

**proposal** [1] - 1959:24
**proposed** [2] - 1810:23, 1927:20
**proposes** [1] - 1969:9
**proposing** [3] - 1827:13, 1827:20, 1944:15
**proposition** [1] - 1889:1
**PROSKAUER** [1] - 1796:19
**protect** [1] - 1835:13
**protecting** [1] - 1893:7
**protective** [11] - 1820:17, 1834:15, 1836:14, 1837:13, 1837:19, 1838:8, 1838:10, 1856:5, 1856:7, 1892:7, 1892:11
**protects** [1] - 1893:2
**protein** [2] - 1845:20, 1846:13
**proven** [1] - 1960:19
**provide** [3] - 1803:14, 1941:25, 1954:17
**PSC** [16] - 1876:17, 1878:3, 1878:12, 1879:22, 1881:3, 1899:6, 1904:10, 1907:16, 1910:12, 1922:14, 1925:6, 1929:1, 1959:9, 1959:14, 1960:24, 1973:3
**public** [2] - 1922:4, 1924:17
**Public** [1] - 1969:18
**publication** [6] - 1847:11, 1855:25, 1857:25, 1858:6, 1912:23, 1925:8
**publications** [1] - 1811:5
**publish** [1] - 1863:17
**published** [25] - 1803:24, 1804:6, 1804:13, 1808:11, 1811:7, 1812:12, 1821:16, 1829:11, 1834:14, 1858:2, 1864:24, 1865:4, 1865:21, 1866:15, 1867:19, 1881:19, 1907:3, 1910:4, 1927:18, 1929:10, 1937:1, 1940:19,

1941:4, 1953:24, 1970:16
**pull** [18] - 1849:15, 1871:20, 1872:3, 1876:17, 1878:3, 1881:2, 1904:25, 1905:18, 1907:14, 1907:17, 1910:12, 1913:9, 1917:24, 1922:14, 1925:6, 1929:1, 1955:9, 1973:3
**pulled** [1] - 1854:10
**pulling** [1] - 1855:8
**pulls** [1] - 1947:14
**pulmonary** [1] - 1882:9
**Purdie** [2] - 1858:2, 1858:8
**pure** [1] - 1940:8
**purport** [1] - 1826:17
**purported** [1] - 1846:4
**purporting** [1] - 1939:25
**purpose** [2] - 1824:15, 1844:21, 1952:13
**purposes** [5] - 1810:9, 1883:2, 1884:1, 1915:12, 1956:16
**PURSUANT** [1] - 1979:6
**put** [33] - 1802:7, 1804:6, 1808:16, 1811:16, 1812:4, 1818:24, 1829:8, 1838:14, 1847:25, 1848:7, 1867:10, 1873:19, 1889:14, 1897:25, 1902:14, 1902:15, 1903:11, 1914:13, 1914:14, 1923:3, 1923:19, 1927:10, 1937:22, 1937:23, 1938:20, 1959:4, 1960:20, 1960:23, 1962:18, 1962:22, 1965:3, 1972:20, 1977:4
**puts** [1] - 1949:3
**putting** [10] - 1835:23, 1838:7, 1853:17, 1875:18, 1880:3, 1880:9, 1894:23, 1924:2, 1951:5, 1953:21

**Q**

**qualified** [2] - 1861:4, 1975:6

**quality** [2] - 1921:23, 1922:3
**questioning** [1] - 1960:10
**questionnaire** [3] - 1962:19, 1962:22, 1963:19
**questionnaires** [1] - 1850:9
**questions** [22] - 1802:6, 1802:8, 1848:8, 1848:13, 1850:9, 1862:4, 1864:3, 1867:9, 1867:24, 1898:25, 1928:8, 1935:1, 1938:10, 1947:12, 1953:9, 1957:19, 1957:23, 1962:16, 1963:18, 1964:24, 1967:25, 1977:8
**quick** [2] - 1926:3, 1973:4
**quickly** [5] - 1826:20, 1836:17, 1913:12, 1965:9, 1973:3
**quite** [3] - 1802:23, 1913:16, 1919:20
**quiz** [1] - 1963:23
**quote** [6] - 1856:5, 1857:4, 1921:20, 1932:5, 1973:6, 1973:8

**R**

**radiation** [1] - 1895:16
**raise** [2] - 1801:13, 1923:12
**random** [1] - 1913:7
**range** [12] - 1818:12, 1818:22, 1834:16, 1861:21, 1882:14, 1882:18, 1882:24, 1883:20, 1883:21, 1907:2, 1919:2, 1962:7
**ranges** [1] - 1883:18
**rate** [7] - 1803:8, 1803:19, 1908:4, 1908:18, 1908:25, 1909:13, 1912:13
**rates** [1] - 1843:19
**rather** [2] - 1826:13, 1830:5
**ratio** [18] - 1812:21, 1813:4, 1816:19,

1834:17, 1836:14, 1837:9, 1837:11, 1837:16, 1853:19, 1861:21, 1917:8, 1918:11, 1918:17, 1927:4, 1934:20, 1962:6, 1971:11, 1971:21

**ratios** [4] - 1859:8, 1895:21, 1965:13, 1971:15

**ray** [1] - 1882:20

**RE** [1] - 1796:4

**reach** [3] - 1879:18, 1941:15, 1975:7

**reaches** [1] - 1874:9

**reacted** [1] - 1848:12

**reaction** [8] - 1874:11, 1932:11, 1932:19, 1936:3, 1940:7, 1941:16, 1941:17, 1969:10

**reactive** [1] - 1848:22

**read** [52] - 1801:18, 1811:9, 1835:19, 1847:13, 1863:23, 1871:17, 1873:15, 1873:17, 1875:8, 1877:3, 1878:14, 1879:8, 1880:2, 1882:16, 1883:1, 1887:11, 1890:7, 1894:13, 1898:17, 1901:3, 1901:11, 1911:12, 1918:25, 1936:10, 1936:13, 1936:18, 1936:20, 1936:23, 1937:1, 1937:5, 1938:1, 1938:12, 1938:16, 1947:11, 1957:21, 1957:25, 1960:1, 1961:3, 1961:20, 1967:12, 1967:18, 1971:9, 1972:2, 1975:23, 1976:9, 1976:11, 1976:12, 1976:13, 1976:16, 1976:20

**Reading** [1] - 1895:13

**reading** [14] - 1811:11, 1883:23, 1888:12, 1890:14, 1890:19,

1936:14, 1937:8, 1938:5, 1938:7, 1953:21, 1958:3, 1958:16, 1959:17, 1962:1

**reads** [2] - 1895:5, 1929:17

**real** [3] - 1913:12, 1926:3, 1973:3

**reality** [1] - 1831:20

**realize** [1] - 1826:12

**really** [17] - 1802:23, 1811:21, 1812:14, 1820:19, 1832:4, 1836:17, 1848:4, 1856:6, 1856:16, 1857:5, 1857:14, 1912:5, 1932:14, 1933:10, 1934:15, 1955:18, 1959:1

**realm** [1] - 1828:13

**reason** [10] - 1835:10, 1836:4, 1859:24, 1877:25, 1882:8, 1884:11, 1888:25, 1889:3, 1903:16, 1908:9

**reasonable** [2] - 1845:5, 1973:14

**reasonably** [1] - 1967:18

**reasons** [2] - 1813:13, 1846:15

**REATH** [1] - 1796:15

**recalling** [1] - 1928:12

**receive** [1] - 1947:13

**recent** [2] - 1970:5, 1970:18

**recently** [2] - 1812:3, 1840:23

**recess** [3] - 1862:9, 1896:2, 1952:23

**recognize** [2] - 1826:21, 1934:8

**recognized** [3] - 1893:19, 1893:21, 1895:18

**recognizes** [2] - 1948:22, 1969:25

**recollection** [2] - 1918:16, 1959:18

**recommend** [4] - 1806:8, 1806:17, 1903:16, 1903:20

**record** [6] - 1959:8,

1959:22, 1960:12, 1964:25, 1977:11, 1977:12

**Recross** [1] - 1978:6

**RECROSS** [1] - 1968:4

**RECROSS-EXAMINATION** [1] - 1968:4

**recur** [1] - 1805:1

**recurrence** [3] - 1908:24, 1909:13, 1912:13

**REDIRECT** [1] - 1953:6

**redirect** [1] - 1972:10

**Redirect** [1] - 1978:6

**reduce** [18] - 1804:9, 1812:16, 1813:12, 1813:17, 1820:4, 1820:9, 1820:11, 1820:13, 1820:25, 1821:1, 1821:7, 1821:12, 1821:17, 1821:22, 1835:25, 1841:5, 1893:15, 1935:12

**reduced** [1] - 1815:16

**reduces** [1] - 1879:18

**reducing** [4] - 1812:15, 1813:9, 1813:14, 1892:12

**reduction** [1] - 1856:10

**refer** [1] - 1798:20

**reference** [8] - 1825:22, 1848:15, 1848:24, 1858:8, 1884:1, 1907:9, 1918:3, 1964:8

**referenced** [1] - 1881:4

**references** [3] - 1958:7, 1963:12, 1964:17

**referencing** [1] - 1928:5

**referred** [2] - 1820:16, 1820:17

**referring** [6] - 1798:17, 1907:10, 1915:15, 1915:16, 1930:22, 1937:23

**refers** [4] - 1824:23, 1825:2, 1894:25, 1974:17

**reflected** [2] - 1884:25, 1885:2

**reflective** [2] - 1907:13, 1963:17

**refreshes** [1] - 1959:20

**regard** [4] - 1809:5, 1869:7, 1942:20, 1944:2

**regarding** [3] - 1811:17, 1822:16, 1861:12

**regardless** [3] - 1942:13, 1943:7, 1943:8

**region** [1] - 1959:3

**regression** [4] - 1970:5, 1970:22, 1971:4, 1971:19

**regular** [2] - 1806:4, 1806:6

**regularly** [1] - 1825:4

**related** [3] - 1833:22, 1837:3, 1954:1

**relates** [3] - 1836:9, 1859:4, 1965:21

**relationship** [11] - 1802:12, 1843:9, 1949:24, 1950:11, 1950:15, 1951:6, 1951:17, 1952:2, 1952:3, 1952:14, 1960:18

**relative** [16] - 1850:22, 1853:23, 1855:3, 1855:23, 1856:7, 1859:14, 1859:19, 1859:21, 1860:3, 1910:8, 1910:21, 1911:4, 1911:8, 1914:10, 1918:21, 1919:1

**relevance** [1] - 1889:25

**reliability** [1] - 1809:12

**reliable** [4] - 1909:24, 1911:15, 1912:9, 1912:17

**relied** [4] - 1808:18, 1809:2, 1854:1, 1911:14

**rely** [1] - 1912:8

**relying** [2] - 1867:3, 1928:11

**remember** [18] - 1811:10, 1876:15, 1878:20, 1878:22, 1903:25, 1917:15, 1925:16, 1945:7, 1955:7, 1956:14, 1958:9, 1960:9, 1961:7, 1962:24, 1965:14, 1965:16, 1972:12, 1973:8

**remembered** [1] - 1956:12
**remission** [1] - 1909:10
**remove** [2] - 1806:17, 1840:6
**removed** [2] - 1833:12, 1841:10
**removing** [3] - 1821:3, 1853:21, 1879:17
**repeated** [1] - 1931:16
**repeating** [1] - 1828:7
**rephrase** [1] - 1888:5
**replacement** [1] - 1801:3
**replicability** [1] - 1809:12
**report** [46] - 1798:19, 1808:16, 1812:5, 1812:19, 1825:20, 1825:23, 1834:1, 1847:9, 1847:15, 1847:19, 1847:24, 1848:1, 1848:7, 1848:10, 1848:16, 1848:20, 1848:25, 1854:17, 1857:17, 1857:23, 1861:2, 1871:17, 1873:15, 1873:17, 1875:24, 1876:1, 1876:5, 1878:17, 1883:10, 1884:25, 1885:3, 1886:11, 1890:4, 1909:21, 1916:1, 1917:20, 1921:20, 1936:7, 1936:8, 1937:2, 1938:13, 1974:10, 1976:12, 1976:14, 1976:20
**reported** [22] - 1812:10, 1832:19, 1832:22, 1832:23, 1833:1, 1833:5, 1837:6, 1843:13, 1847:19, 1850:21, 1851:8, 1852:13, 1855:23, 1855:24, 1876:9, 1954:25, 1957:15, 1966:12, 1972:15, 1972:24, 1973:1
**REPORTER** [1] - 1796:25
**reporting** [1] - 1810:20
**reports** [12] - 1801:18,

1802:15, 1810:18, 1816:16, 1837:22, 1936:15, 1938:5, 1938:16, 1938:17, 1938:18, 1975:25
**represent** [1] - 1825:14
**representation** [3] - 1826:10, 1827:3, 1828:1
**representing** [1] - 1826:7
**reproductive** [15] - 1799:17, 1801:4, 1805:16, 1830:1, 1867:23, 1870:12, 1870:23, 1879:13, 1893:11, 1898:3, 1898:11, 1898:20, 1903:19, 1926:20, 1931:4
**Reproductive** [3] - 1800:4, 1892:5, 1922:19
**reputable** [2] - 1920:13, 1920:15
**requirements** [1] - 1947:4
**requires** [2] - 1950:4, 1975:18
**Research** [2] - 1844:12, 1925:14
**research** [12] - 1802:17, 1803:12, 1803:15, 1804:14, 1804:15, 1804:20, 1808:17, 1814:15, 1844:11, 1865:4, 1887:19, 1959:25
**researchers** [3] - 1920:15, 1925:20, 1925:25
**researching** [2] - 1808:5, 1975:3
**residency** [3] - 1799:13, 1799:14, 1811:11
**residents** [2] - 1800:8, 1893:20
**respect** [9] - 1834:9, 1841:9, 1857:19, 1857:22, 1858:17, 1859:6, 1955:7, 1962:1, 1962:3
**respond** [1] - 1814:7
**responded** [1] - 1814:4
**response** [12] - 1814:25, 1839:10, 1839:25,

1845:12, 1846:16, 1846:21, 1874:11, 1875:14, 1933:3, 1933:5, 1940:15, 1974:16
**responsibility** [2] - 1819:22, 1949:1
**responsible** [3] - 1950:8, 1950:22, 1974:2
**rest** [1] - 1905:21
**result** [3] - 1838:1, 1854:25, 1860:19
**results** [12] - 1850:19, 1853:3, 1854:23, 1860:21, 1905:7, 1912:1, 1914:6, 1918:8, 1918:9, 1938:13, 1967:8, 1967:9
**resumed** [3] - 1863:4, 1897:7, 1953:4
**retained** [2] - 1937:15, 1937:18
**retrograde** [5] - 1875:2, 1879:11, 1880:8, 1893:17, 1894:9
**retrospective** [2] - 1965:20, 1966:1
**retrospectively** [1] - 1966:14
**revealed** [1] - 1882:17
**reverse** [1] - 1847:23
**review** [31] - 1802:5, 1807:9, 1809:23, 1809:24, 1810:25, 1829:5, 1829:22, 1833:10, 1839:12, 1842:2, 1845:16, 1849:25, 1877:17, 1885:14, 1917:17, 1918:1, 1928:25, 1929:4, 1929:6, 1950:8, 1950:23, 1953:14, 1953:18, 1953:19, 1953:22, 1967:14, 1974:9, 1975:16, 1977:3
**reviewed** [22] - 1808:10, 1808:11, 1808:12, 1812:13, 1824:17, 1825:4, 1826:14, 1832:1, 1832:14, 1833:21, 1837:23, 1843:2, 1844:3, 1844:6,

1847:8, 1872:6, 1878:11, 1885:18, 1953:19, 1967:16, 1968:7, 1974:19
**reviewer** [1] - 1924:25
**reviewers** [1] - 1824:16
**Reviewers** [2] - 1824:20, 1825:3
**rice** [1] - 1958:8
**Richard** [3] - 1924:25, 1962:23, 1963:6
**right-hand** [5] - 1817:3, 1845:9, 1911:3, 1926:5, 1960:16
**rinse** [1] - 1934:22
**rise** [9] - 1798:4, 1862:8, 1863:1, 1896:1, 1897:4, 1918:18, 1952:22, 1953:1, 1977:13
**Risk** [3] - 1900:7, 1900:11, 1961:19
**risk** [247] - 1800:11, 1800:16, 1800:17, 1800:18, 1800:20, 1800:22, 1801:1, 1801:2, 1801:11, 1801:14, 1801:15, 1801:20, 1805:20, 1806:3, 1806:9, 1806:12, 1806:25, 1807:6, 1808:6, 1808:15, 1808:24, 1810:3, 1811:6, 1811:13, 1811:17, 1811:25, 1812:7, 1812:8, 1812:10, 1813:4, 1813:10, 1813:12, 1813:17, 1815:4, 1815:6, 1815:8, 1815:22, 1815:24, 1815:25, 1816:4, 1816:7, 1816:10, 1816:12, 1816:14, 1816:23, 1817:2, 1817:8, 1817:19, 1818:4, 1818:9, 1818:11, 1818:17, 1818:21, 1819:1, 1819:3, 1819:5, 1819:8, 1819:12, 1819:17, 1820:5, 1820:8, 1820:10, 1820:11, 1820:13, 1820:16,

2010

1820:25, 1821:2, 1821:7, 1821:12, 1821:17, 1821:18, 1821:22, 1823:18, 1835:25, 1836:2, 1838:11, 1838:15, 1838:17, 1840:12, 1840:22, 1841:3, 1841:5, 1842:9, 1843:20, 1843:24, 1844:2, 1850:22, 1850:23, 1851:9, 1853:13, 1853:19, 1853:23, 1854:6, 1854:13, 1854:14, 1855:3, 1855:4, 1855:16, 1855:18, 1855:23, 1856:7, 1858:22, 1859:14, 1859:19, 1859:21, 1860:1, 1860:3, 1865:22, 1879:18, 1892:12, 1893:16, 1895:5, 1895:6, 1895:7, 1895:18, 1895:22, 1897:14, 1900:22, 1901:9, 1910:8, 1910:9, 1910:19, 1910:21, 1910:24, 1911:8, 1911:19, 1911:20, 1912:13, 1912:25, 1913:15, 1914:10, 1914:16, 1915:1, 1915:2, 1915:3, 1915:8, 1915:13, 1915:15, 1915:17, 1915:18, 1915:20, 1915:21, 1915:22, 1915:25, 1916:3, 1916:6, 1916:10, 1916:17, 1916:21, 1916:25, 1917:3, 1917:6, 1917:10, 1917:14, 1917:21, 1918:21, 1919:1, 1919:7, 1920:7, 1920:8, 1920:11, 1920:16, 1920:22, 1920:25, 1921:9, 1922:11, 1923:3, 1923:4, 1923:9, 1923:11, 1923:12, 1923:14, 1923:19, 1923:22, 1923:25, 1924:3, 1926:21,

1926:23, 1926:25, 1927:2, 1927:8, 1927:14, 1927:16, 1927:24, 1928:3, 1930:6, 1930:18, 1931:6, 1931:10, 1931:12, 1932:13, 1933:9, 1933:17, 1933:21, 1933:25, 1934:3, 1934:4, 1934:8, 1935:9, 1935:12, 1935:17, 1935:19, 1935:24, 1939:23, 1940:2, 1940:11, 1940:20, 1941:6, 1943:6, 1943:10, 1943:13, 1948:24, 1948:25, 1949:6, 1954:8, 1955:21, 1960:5, 1961:21, 1961:22, 1963:20, 1963:24, 1964:1, 1964:2, 1964:5, 1964:12, 1964:14, 1964:15, 1964:16, 1964:21, 1968:18, 1969:1, 1970:6, 1970:12, 1970:13, 1970:25, 1971:5, 1971:13, 1971:15, 1971:21, 1972:5, 1972:6, 1972:8, 1976:24
**risks** [5] - 1800:14, 1879:15, 1911:4, 1914:23, 1933:12
**risky** [1] - 1924:19
**Robert** [2] - 1891:18, 1897:12
**robust** [1] - 1914:17
**role** [10] - 1805:24, 1824:9, 1836:6, 1844:18, 1845:14, 1894:12, 1894:20, 1928:18, 1929:18, 1933:16
**Roman** [1] - 1949:20
**room** [2] - 1823:25, 1975:10
**ROSE** [1] - 1796:19
**roughly** [2] - 1819:1, 1838:22
**route** [2] - 1877:11, 1898:11

**routes** [1] - 1877:9
**RPR** [1] - 1796:24
**running** [2] - 1902:19, 1906:4
**Russoniello** [2] - 1979:11, 1979:12
**RUSSONIELLO** [1] - 1796:24

**S**

**S/Vincent** [1] - 1979:11
**Saed** [5] - 1936:23, 1938:12, 1976:10, 1976:11, 1976:12
**Saed's** [6] - 1846:3, 1847:8, 1848:1, 1848:16, 1937:2, 1975:24
**Saenz** [17] - 1798:8, 1798:14, 1798:22, 1823:9, 1826:12, 1827:15, 1863:9, 1897:11, 1907:16, 1917:24, 1925:6, 1941:20, 1953:8, 1960:13, 1960:25, 1963:22, 1978:7
**SAENZ** [4] - 1798:10, 1863:4, 1897:7, 1953:4
**Saenz's** [2] - 1848:25, 1940:24
**safe** [4] - 1902:24, 1903:3, 1903:7, 1977:3
**Safe** [1] - 1969:19
**SALES** [1] - 1796:5
**salpingitis** [1] - 1894:10
**salpingo** [2] - 1892:8, 1892:18
**San** [9] - 1799:6, 1799:15, 1921:14, 1921:18, 1922:16, 1923:18, 1948:9, 1962:16, 1962:18
**sanitary** [3] - 1837:22, 1838:10, 1838:14
**sat** [2] - 1959:18, 1971:11
**Savant** [4] - 1928:24, 1953:10, 1968:24, 1969:4
**save** [1] - 1803:8
**saw** [6] - 1838:2, 1849:1, 1854:18, 1882:14,

1886:11, 1897:23
**SC** [3] - 1883:10, 1898:5, 1960:12
**scabbard** [1] - 1898:10
**scanning** [3] - 1881:15, 1882:10, 1882:17
**scar** [1] - 1842:21
**Schildkraut** [2] - 1856:18, 1856:25
**scholar** [1] - 1864:23
**School** [1] - 1948:10
**school** [4] - 1799:10, 1799:11, 1811:8, 1811:11
**science** [16] - 1819:16, 1827:21, 1827:22, 1828:3, 1828:13, 1874:2, 1895:3, 1920:10, 1929:5, 1930:1, 1930:2, 1930:23, 1930:24, 1945:15, 1953:23, 1962:10
**Sciences** [1] - 1800:4
**scientific** [6] - 1807:10, 1828:12, 1828:22, 1829:23, 1841:10, 1860:10
**scientifically** [4] - 1909:24, 1911:15, 1912:9, 1912:17
**scientist** [3] - 1904:11, 1973:14, 1974:2
**scientists** [10] - 1873:3, 1881:17, 1887:12, 1917:9, 1918:2, 1920:14, 1920:15, 1929:13, 1971:3, 1975:6
**scope** [1] - 1969:21
**score** [1] - 1947:13
**screening** [7] - 1802:20, 1802:23, 1802:25, 1804:17, 1806:3, 1845:24, 1944:18
**Screening** [3] - 1825:5, 1825:11, 1826:17
**scroll** [1] - 1925:18
**se** [4] - 1948:25, 1949:3, 1966:13, 1966:22
**search** [2] - 1808:10, 1867:16
**seated** [1] - 1798:6
**second** [13] - 1844:15,

1878:13, 1878:24, 1881:9, 1881:12, 1883:15, 1901:2, 1926:19, 1930:5, 1954:20, 1958:4, 1972:20
**secondhand** [3] - 1828:6, 1828:8, 1828:10
**secreted** [1] - 1803:4
**Section** [1] - 1934:10
**section** [16] - 1870:15, 1886:10, 1892:4, 1894:3, 1895:4, 1895:22, 1895:23, 1900:16, 1905:7, 1918:8, 1930:15, 1932:4, 1934:11, 1961:14, 1971:18, 1973:24
**SECTION** [1] - 1979:6
**Sections** [1] - 1934:25
**sections** [2] - 1870:12, 1871:2
**see** [46] - 1805:11, 1824:19, 1825:24, 1830:18, 1831:21, 1831:22, 1834:7, 1834:20, 1839:8, 1854:15, 1858:7, 1858:9, 1870:8, 1870:16, 1876:23, 1878:10, 1883:19, 1887:19, 1890:6, 1894:3, 1907:9, 1907:25, 1911:24, 1925:1, 1926:15, 1929:11, 1929:22, 1929:23, 1929:25, 1930:10, 1930:11, 1937:24, 1944:4, 1954:3, 1954:9, 1957:10, 1958:13, 1960:15, 1963:9, 1964:6, 1965:23, 1966:3, 1971:18, 1972:18
**seeing** [3] - 1802:14, 1925:16, 1926:2
**seem** [5] - 1815:7, 1815:9, 1815:15, 1898:25, 1927:7
**segment** [1] - 1950:24
**selection** [1] - 1910:1

**self** [2] - 1958:12, 1966:12
**self-care** [1] - 1958:12
**self-reported** [1] - 1966:12
**seminal** [1] - 1936:4
**sense** [7] - 1810:20, 1810:21, 1828:3, 1835:23, 1838:12, 1904:14, 1953:20
**sensitive** [2] - 1815:14, 1909:8
**sensitivity** [2] - 1815:16
**sent** [1] - 1850:8
**sentence** [19] - 1825:2, 1844:15, 1880:11, 1881:15, 1894:25, 1899:10, 1899:21, 1901:2, 1901:11, 1910:18, 1923:13, 1929:17, 1930:5, 1930:14, 1934:9, 1935:4, 1954:21, 1961:10, 1965:23
**sentences** [1] - 1961:3
**separate** [3] - 1830:18, 1889:14, 1964:10
**separated** [1] - 1906:19
**separating** [1] - 1905:19
**separation** [3] - 1905:25, 1906:2, 1906:5
**series** [1] - 1816:16
**serous** [33] - 1814:13, 1814:17, 1814:24, 1815:13, 1817:13, 1840:23, 1841:15, 1851:2, 1851:8, 1856:2, 1856:4, 1856:10, 1906:20, 1907:6, 1907:21, 1908:6, 1908:10, 1908:18, 1908:23, 1908:24, 1909:3, 1909:7, 1910:20, 1910:24, 1912:11, 1912:25, 1913:5, 1918:20, 1929:20, 1930:8, 1933:13, 1944:12, 1944:25
**served** [3] - 1802:1, 1948:4, 1948:7
**serves** [3] - 1898:10, 1898:18, 1898:21

**set** [1] - 1941:17
**sets** [1] - 1948:14
**seven** [3] - 1808:12, 1926:25, 1927:4
**several** [13] - 1821:15, 1861:19, 1881:20, 1889:19, 1892:5, 1904:23, 1913:10, 1913:11, 1915:25, 1922:9, 1923:4, 1935:6, 1967:8
**sex** [1] - 1886:6
**SEYFARRTH** [1] - 1797:8
**SGO** [3] - 1822:17, 1946:4
**shade** [2] - 1817:6, 1817:7
**shaded** [1] - 1817:4
**shaped** [1] - 1904:2
**share** [1] - 1952:15
**SHARKO** [1] - 1796:16
**SHAW** [1] - 1797:8
**sheath** [1] - 1898:10
**shed** [2] - 1846:14
**sheer** [1] - 1966:17
**short** [2] - 1876:23, 1887:6
**show** [28] - 1810:2, 1821:16, 1825:14, 1826:1, 1826:3, 1831:10, 1843:19, 1861:20, 1861:22, 1868:14, 1876:23, 1881:1, 1888:18, 1888:20, 1889:4, 1898:4, 1900:13, 1904:9, 1905:2, 1905:9, 1910:10, 1931:8, 1931:11, 1935:11, 1943:5, 1943:24, 1962:11, 1976:1
**showed** [10] - 1875:22, 1882:20, 1906:17, 1910:6, 1927:3, 1938:6, 1953:11, 1959:10, 1960:7, 1961:2
**Shower** [4] - 1865:11, 1865:12, 1880:22
**showing** [5] - 1836:14, 1871:13, 1897:11, 1910:23, 1919:3
**shown** [14] - 1806:19,

1821:1, 1831:8, 1837:18, 1875:25, 1879:15, 1883:3, 1892:14, 1913:11, 1913:18, 1935:25, 1941:6, 1959:6, 1962:6
**shows** [2] - 1855:17, 1886:19
**shrinking** [1] - 1914:5
**Shukla** [3] - 1936:20, 1975:25, 1976:9
**side** [1] - 1922:22
**signature** [1] - 1882:21
**signatures** [1] - 1944:11
**significance** [2] - 1835:5, 1953:17
**significant** [29] - 1812:21, 1812:25, 1813:5, 1816:20, 1834:18, 1834:22, 1835:6, 1835:15, 1836:9, 1836:16, 1837:14, 1837:17, 1850:22, 1850:25, 1851:9, 1851:10, 1851:12, 1853:5, 1859:25, 1860:6, 1861:23, 1910:8, 1910:23, 1911:18, 1912:4, 1912:23, 1913:19, 1918:22, 1931:6
**significantly** [1] - 1906:13
**silicate** [2] - 1882:20, 1954:6
**similar** [3] - 1847:16, 1856:20, 1900:20
**simple** [1] - 1860:23
**simply** [5] - 1859:22, 1872:12, 1889:7, 1893:17, 1966:13
**single** [3] - 1814:21, 1893:13, 1973:15
**sit** [4] - 1878:20, 1878:22, 1927:11, 1946:25
**sits** [2] - 1835:24, 1948:11
**sitting** [2] - 1902:19, 1905:21
**situation** [1] - 1948:25
**six** [12] - 1855:22,

1872:5, 1872:7, 1872:9, 1873:11, 1876:13, 1910:7, 1911:9, 1911:11, 1927:4, 1956:11, 1956:17

**sixth** [1] - 1961:9

**size** [11] - 1880:23, 1880:24, 1882:15, 1883:5, 1883:16, 1884:19, 1884:24, 1885:2, 1885:9, 1885:15, 1885:24

**sizes** [1] - 1883:18

**SKADDEN** [1] - 1796:17

**skilled** [1] - 1975:6

**skin** [1] - 1830:5

**SLATE** [1] - 1796:17

**sleeping** [3] - 1902:19, 1906:7, 1906:9

**slide** [21] - 1816:25, 1829:19, 1849:15, 1850:18, 1851:17, 1853:8, 1858:7, 1858:11, 1867:12, 1867:17, 1872:3, 1913:9, 1913:10, 1914:13, 1914:14, 1922:14, 1922:15, 1922:23, 1938:20, 1944:3, 1949:10

**slides** [9] - 1808:25, 1839:6, 1839:13, 1839:14, 1943:22, 1944:2, 1944:7, 1944:9, 1945:3

**slightly** [2] - 1817:4, 1923:8

**Sloan** [1] - 1799:22

**slurry** [2] - 1870:2, 1871:12

**small** [3] - 1816:16, 1831:5, 1884:8

**smaller** [1] - 1913:24

**smears** [1] - 1803:5

**smoke** [3] - 1828:6, 1828:8, 1828:10

**smoking** [8] - 1817:5, 1817:15, 1828:5, 1828:9, 1895:15, 1916:16, 1950:1, 1964:4

**Society** [1] - 1946:3

**solidify** [1] - 1816:22

**someone** [3] - 1903:17,

1938:13, 1963:13

**someplace** [1] - 1940:15

**sometimes** [5] - 1815:17, 1820:15, 1820:18, 1821:6, 1830:21

**somewhat** [1] - 1913:21

**somewhere** [8] - 1806:15, 1808:10, 1811:4, 1811:10, 1818:11, 1839:1, 1945:18, 1955:22

**sophisticated** [1] - 1840:25

**sorry** [7] - 1873:22, 1876:3, 1881:8, 1903:25, 1911:18, 1918:24, 1972:19

**sort** [11] - 1822:1, 1828:11, 1828:18, 1857:1, 1860:16, 1868:3, 1887:7, 1933:2, 1948:14, 1949:12, 1962:2

**sound** [1] - 1948:20

**sounds** [1] - 1948:19

**source** [3] - 1877:23, 1933:21, 1934:7

**sources** [4] - 1877:6, 1931:23, 1932:4, 1969:5

**space** [3] - 1899:11, 1899:16, 1899:17

**spanned** [1] - 1849:23

**speaks** [2] - 1913:6, 1958:4

**special** [1] - 1841:7

**specialists** [1] - 1947:21

**specializes** [1] - 1882:10

**specialties** [1] - 1948:19

**specialty** [2] - 1948:17, 1948:18

**species** [1] - 1848:22

**specific** [11] - 1812:19, 1817:10, 1817:19, 1822:25, 1826:1, 1835:3, 1874:3, 1875:5, 1880:19, 1931:17, 1965:24

**specifically** [20] - 1800:16, 1800:20, 1800:25, 1804:10, 1809:5, 1824:14, 1851:2, 1856:18, 1858:24, 1876:16,

1893:14, 1911:5, 1921:17, 1923:20, 1931:9, 1931:12, 1935:8, 1935:21, 1950:4, 1957:20

**specify** [1] - 1899:25

**specimens** [2] - 1842:8, 1907:10

**spectroscopy** [1] - 1882:20

**spectrum** [1] - 1946:1

**speculating** [1] - 1945:12

**speculation** [1] - 1888:3

**speculum** [2] - 1831:21, 1887:4

**speculums** [1] - 1830:17

**sponsor** [1] - 1844:10

**sprinkled** [4] - 1868:8, 1868:18, 1869:8, 1871:3

**sprinkling** [1] - 1884:7

**staff** [1] - 1968:8

**stage** [1] - 1803:10

**Stage** [9] - 1803:9, 1846:24, 1847:1, 1847:2, 1908:18, 1908:21, 1908:23, 1909:16

**stain** [3] - 1841:18, 1841:20, 1841:21

**stained** [1] - 1842:11

**staining** [1] - 1841:7

**stand** [2] - 1798:8, 1890:23

**standing** [2] - 1905:22, 1947:9

**stands** [2] - 1841:14, 1903:12

**staples** [1] - 1839:24

**start** [6] - 1802:6, 1802:8, 1816:16, 1852:14, 1885:11, 1932:22

**started** [5] - 1798:21, 1801:8, 1802:14, 1850:7, 1852:10

**starting** [3] - 1871:16, 1889:8, 1910:17

**starts** [2] - 1881:15, 1930:5

**STATE** [1] - 1796:7

**state** [6] - 1801:19, 1819:15, 1890:12, 1920:10, 1962:9,

1969:24

**statement** [22] - 1861:5, 1874:15, 1877:10, 1878:1, 1880:12, 1880:16, 1880:17, 1887:11, 1887:17, 1893:13, 1893:22, 1899:14, 1900:23, 1901:2, 1901:14, 1908:2, 1921:5, 1923:24, 1930:22, 1931:15, 1950:13, 1960:14

**statements** [3] - 1861:2, 1874:2, 1879:19

**states** [2] - 1844:16, 1910:17

**STATES** [2] - 1796:1, 1796:7

**stating** [1] - 1916:17

**statistical** [1] - 1971:20

**statistically** [22] - 1812:21, 1812:25, 1813:4, 1834:22, 1835:6, 1835:14, 1836:9, 1837:14, 1837:16, 1851:9, 1851:12, 1853:5, 1859:25, 1860:6, 1861:23, 1910:8, 1910:23, 1911:18, 1912:4, 1912:23, 1913:18, 1918:22

**statistics** [2] - 1908:22, 1920:1

**stay** [3] - 1805:1, 1873:9, 1951:18

**Steering** [1] - 1796:14

**STENOGRAPHIC** [1] - 1979:8

**Steve** [1] - 1948:9

**STIC** [6] - 1841:18, 1842:6, 1842:12, 1842:13, 1944:10, 1945:20

**STICs** [1] - 1841:14

**still** [14] - 1814:18, 1820:24, 1832:6, 1833:17, 1884:20, 1885:4, 1885:25, 1903:3, 1917:2, 1921:4, 1930:12, 1930:20, 1951:11, 1969:14

**stop** [2] - 1834:19, 1852:5
**stratified** [1] - 1918:10
**STREET** [1] - 1796:7
**strength** [3] - 1810:11, 1810:14, 1974:14
**strike** [2] - 1808:1, 1821:5
**strong** [1] - 1967:21
**structurally** [1] - 1900:20
**students** [4] - 1800:8, 1800:12, 1802:9, 1893:20
**studied** [10] - 1850:14, 1877:14, 1878:1, 1883:16, 1895:7, 1907:22, 1940:13, 1940:16, 1956:6, 1961:22
**studies** [138] - 1803:24, 1804:6, 1808:11, 1808:12, 1812:18, 1812:19, 1816:13, 1821:15, 1822:19, 1823:22, 1823:23, 1831:10, 1831:25, 1833:21, 1833:22, 1834:1, 1835:20, 1836:3, 1837:2, 1837:6, 1837:23, 1844:5, 1846:19, 1849:6, 1854:1, 1856:18, 1857:20, 1857:22, 1857:24, 1858:4, 1858:21, 1858:24, 1859:4, 1859:6, 1859:9, 1859:10, 1859:11, 1859:12, 1859:13, 1859:18, 1859:20, 1859:23, 1859:25, 1860:3, 1861:19, 1861:22, 1861:24, 1862:1, 1869:12, 1869:21, 1870:1, 1871:9, 1871:14, 1871:21, 1871:24, 1872:5, 1872:10, 1873:11, 1873:16, 1879:1, 1879:15, 1880:13, 1887:22, 1888:7, 1888:9, 1888:13, 1888:18, 1888:20, 1889:4,

1902:23, 1909:22, 1910:2, 1911:16, 1912:19, 1912:21, 1913:22, 1913:24, 1914:11, 1917:7, 1918:18, 1923:10, 1928:15, 1932:1, 1935:6, 1935:10, 1935:11, 1935:18, 1936:5, 1936:13, 1937:6, 1937:9, 1937:10, 1937:12, 1937:15, 1937:23, 1938:1, 1938:4, 1938:5, 1938:14, 1938:17, 1938:19, 1940:23, 1941:5, 1941:6, 1943:16, 1943:17, 1943:18, 1943:19, 1943:20, 1962:11, 1962:12, 1965:21, 1966:2, 1966:7, 1966:8, 1966:9, 1966:16, 1966:18, 1966:19, 1966:22, 1966:24, 1966:25, 1967:6, 1967:10, 1967:14, 1975:3, 1975:21, 1976:9, 1976:10, 1976:11, 1976:13, 1976:16, 1976:18
**study** [152] - 1810:16, 1810:17, 1810:18, 1811:7, 1816:18, 1816:22, 1832:11, 1832:12, 1832:14, 1832:17, 1832:18, 1832:21, 1833:4, 1833:10, 1835:21, 1836:17, 1836:18, 1836:19, 1836:21, 1844:4, 1844:17, 1844:24, 1845:2, 1849:18, 1850:7, 1850:8, 1850:15, 1850:16, 1852:15, 1855:13, 1856:14, 1856:19, 1856:23, 1857:9, 1857:10, 1857:11, 1857:14, 1857:17, 1857:25, 1858:6, 1858:12, 1858:16, 1858:17,

1858:20, 1858:25, 1859:1, 1860:14, 1860:20, 1868:12, 1872:11, 1872:15, 1872:16, 1872:22, 1873:3, 1873:8, 1873:17, 1875:1, 1875:8, 1875:9, 1878:4, 1878:5, 1878:9, 1878:13, 1881:3, 1881:10, 1881:12, 1882:11, 1882:16, 1883:6, 1885:3, 1885:15, 1885:18, 1886:19, 1889:16, 1904:10, 1904:14, 1904:22, 1907:3, 1908:4, 1909:19, 1910:6, 1910:14, 1911:14, 1912:6, 1912:8, 1912:10, 1912:22, 1913:2, 1913:7, 1913:8, 1917:13, 1917:15, 1918:14, 1918:17, 1918:19, 1918:21, 1927:19, 1928:11, 1928:24, 1929:3, 1929:4, 1936:5, 1936:18, 1936:20, 1936:24, 1953:10, 1953:20, 1954:12, 1954:14, 1954:17, 1954:22, 1954:24, 1955:7, 1955:10, 1955:25, 1956:4, 1956:17, 1957:14, 1959:14, 1959:25, 1960:7, 1960:20, 1965:19, 1965:25, 1967:4, 1967:5, 1967:7, 1970:7, 1971:11, 1971:12, 1971:18, 1972:2, 1972:10, 1972:12, 1973:4, 1973:5, 1973:7, 1973:18, 1973:19, 1973:22, 1975:25, 1976:1, 1976:14
**Study** [5] - 1849:8, 1849:11, 1850:4, 1851:19, 1854:18
**subgroup** [1] - 1853:5

**subject** [5] - 1802:4, 1859:3, 1910:1, 1912:18, 1937:10
**subjects** [3] - 1913:24, 1949:5, 1972:19
**submit** [1] - 1947:9
**submitted** [1] - 1907:11
**subscribe** [1] - 1925:9
**subsection** [1] - 1949:20
**subset** [1] - 1840:9
**subspecialty** [2] - 1808:19, 1947:22
**substance** [1] - 1887:3
**substances** [1] - 1879:18
**substantiated** [1] - 1827:20
**substantiates** [2] - 1828:18, 1899:17
**subsumed** [4] - 1857:25, 1858:3, 1934:1, 1945:11
**subtype** [7] - 1814:13, 1814:14, 1844:20, 1844:22, 1856:2, 1856:4, 1930:9
**subtypes** [14] - 1813:21, 1813:22, 1814:2, 1814:12, 1815:4, 1815:8, 1815:10, 1815:12, 1817:17, 1817:20, 1817:25, 1818:1, 1850:20, 1916:15
**successfully** [1] - 1946:21
**sufficiently** [1] - 1859:14
**suggest** [8] - 1837:12, 1837:19, 1887:22, 1917:2, 1923:10, 1943:12, 1955:25, 1973:14
**suggested** [8] - 1855:25, 1894:7, 1895:2, 1956:10, 1961:6, 1968:25, 1970:5, 1970:20
**suggesting** [6] - 1866:25, 1879:16, 1894:15, 1914:14, 1965:8, 1967:19
**suggestion** [4] - 1895:2, 1955:20, 1961:17, 1968:25
**suggestions** [1] -

1894:16
**suggestions/ hypothesis** [1] - 1969:15
**suggests** [4] - 1879:12, 1898:2, 1912:11, 1950:10
**sum** [3] - 1943:14, 1943:15
**summarize** [2] - 1860:2, 1861:12
**summarizing** [2] - 1858:11, 1953:24
**summary** [6] - 1824:15, 1825:4, 1849:17, 1913:13, 1915:5, 1953:22
**supine** [1] - 1905:14
**supplement** [1] - 1958:17
**support** [16] - 1822:14, 1823:16, 1829:11, 1843:8, 1855:13, 1861:24, 1874:14, 1902:23, 1903:13, 1910:3, 1917:13, 1917:21, 1920:21, 1928:16, 1931:15, 1967:10
**supported** [4] - 1828:13, 1853:25, 1940:3, 1945:14
**supports** [7] - 1822:22, 1836:5, 1838:4, 1861:13, 1875:2, 1930:2, 1961:12
**suppose** [1] - 1919:8
**supposed** [1] - 1921:6
**Surface** [1] - 1891:25
**surface** [4] - 1830:6, 1831:2, 1831:3, 1894:8
**surgeons** [1] - 1904:17
**surgeries** [3] - 1809:1, 1840:11, 1840:14
**surgery** [11] - 1806:17, 1838:25, 1839:15, 1839:22, 1840:6, 1840:17, 1841:4, 1904:18, 1943:23, 1944:10
**Surgery** [1] - 1899:4
**surgical** [1] - 1821:3
**surgically** [1] - 1892:7

**surprised** [1] - 1907:5
**surrounding** [1] - 1808:15
**survival** [5] - 1803:8, 1803:19, 1806:20, 1908:17, 1908:20
**survives** [1] - 1803:25
**survivorship** [1] - 1804:7
**SUSAN** [1] - 1796:16
**suspect** [2] - 1906:16, 1926:14
**sustained** [3] - 1884:17, 1969:22, 1970:2
**suture** [1] - 1839:23
**swim** [1] - 1889:10
**switch** [2] - 1827:5, 1827:13
**switching** [1] - 1827:6
**sworn** [1] - 1798:10
**syndrome** [4] - 1819:25, 1932:8, 1933:21, 1933:24
**system** [3] - 1884:20, 1889:13, 1889:14

**T**

**Table** [14] - 1834:4, 1836:25, 1837:9, 1837:22, 1844:23, 1850:17, 1851:5, 1852:21, 1854:21, 1858:15, 1955:10, 1955:11, 1956:5, 1957:4
**table** [4] - 1834:5, 1855:12, 1910:10, 1959:20
**tagged** [1] - 1841:23
**Taher** [2] - 1875:8, 1875:9
**tails** [1] - 1860:16
**talc** [276] - 1801:11, 1801:14, 1801:17, 1801:20, 1802:8, 1802:12, 1804:11, 1806:25, 1807:3, 1807:6, 1807:12, 1808:6, 1809:19, 1810:4, 1810:24, 1811:5, 1811:13, 1822:2, 1822:10, 1822:13, 1822:22, 1823:14, 1823:17, 1824:5, 1824:10,

1828:23, 1829:2, 1829:20, 1830:1, 1832:2, 1832:5, 1832:19, 1832:22, 1832:24, 1832:25, 1833:2, 1833:4, 1833:6, 1833:9, 1833:11, 1833:15, 1833:19, 1833:23, 1834:12, 1834:18, 1835:8, 1835:12, 1835:16, 1835:23, 1836:1, 1836:6, 1836:12, 1836:13, 1837:3, 1837:7, 1837:18, 1837:20, 1838:7, 1845:12, 1846:5, 1846:10, 1846:12, 1850:5, 1850:10, 1850:20, 1850:22, 1852:10, 1852:14, 1852:17, 1852:22, 1852:25, 1854:11, 1854:24, 1855:2, 1855:16, 1855:18, 1856:8, 1858:19, 1858:22, 1860:24, 1861:13, 1861:17, 1862:3, 1865:5, 1865:8, 1865:25, 1866:4, 1866:10, 1866:11, 1866:13, 1866:16, 1866:18, 1868:1, 1868:2, 1872:10, 1872:12, 1872:16, 1872:17, 1872:19, 1872:23, 1872:25, 1873:5, 1874:4, 1874:8, 1874:22, 1874:25, 1875:3, 1875:6, 1875:12, 1875:20, 1875:24, 1875:25, 1876:2, 1876:5, 1876:10, 1876:12, 1876:15, 1877:2, 1877:7, 1877:15, 1877:18, 1879:5, 1879:12, 1880:5, 1880:20, 1880:24, 1882:12, 1882:14, 1882:21, 1882:22, 1882:25, 1883:3, 1883:5, 1884:6, 1884:13, 1885:5,

1885:24, 1886:1, 1886:6, 1886:23, 1886:25, 1887:5, 1887:9, 1887:15, 1889:1, 1895:15, 1895:18, 1897:14, 1897:24, 1900:16, 1900:18, 1900:21, 1900:23, 1901:6, 1901:9, 1901:12, 1902:7, 1902:15, 1902:21, 1903:14, 1910:7, 1910:20, 1911:5, 1911:8, 1911:17, 1912:24, 1914:18, 1915:4, 1920:6, 1920:16, 1920:22, 1920:25, 1921:9, 1923:9, 1923:10, 1923:20, 1923:21, 1923:25, 1924:3, 1927:1, 1927:8, 1927:13, 1927:16, 1932:8, 1934:9, 1934:17, 1934:19, 1936:2, 1939:2, 1939:11, 1939:14, 1939:17, 1939:22, 1939:24, 1940:1, 1940:5, 1941:13, 1942:2, 1942:3, 1942:4, 1942:8, 1942:19, 1942:20, 1942:21, 1942:24, 1943:3, 1943:4, 1943:5, 1943:8, 1943:12, 1944:20, 1944:23, 1944:24, 1948:22, 1949:9, 1949:25, 1950:11, 1951:6, 1951:17, 1952:2, 1952:3, 1952:8, 1952:14, 1954:1, 1954:3, 1954:6, 1954:17, 1954:21, 1955:1, 1955:2, 1956:6, 1957:12, 1957:16, 1958:5, 1958:8, 1958:11, 1958:15, 1958:16, 1958:18, 1958:22, 1958:25, 1959:2, 1959:4, 1960:4, 1960:18, 1962:1, 1962:14, 1964:8, 1964:21, 1966:14,

1967:20, 1968:18, 1969:1, 1969:6, 1969:9, 1969:13, 1969:25, 1970:5, 1970:25, 1972:5, 1972:8, 1972:15, 1972:18, 1972:24, 1972:25, 1973:1, 1973:7, 1975:11, 1975:14, 1975:22

**Talc** [2] - 1834:6, 1836:25

**talcum** [44] - 1806:22, 1807:14, 1807:19, 1807:22, 1807:24, 1809:25, 1810:1, 1810:8, 1830:3, 1838:5, 1838:13, 1852:7, 1868:17, 1874:17, 1876:6, 1876:8, 1877:8, 1877:12, 1877:24, 1883:16, 1884:21, 1885:5, 1886:14, 1887:13, 1887:23, 1888:8, 1889:4, 1897:16, 1901:17, 1902:24, 1903:2, 1903:9, 1906:13, 1913:14, 1915:12, 1915:13, 1927:23, 1928:3, 1938:23, 1938:24, 1939:9, 1943:9, 1958:24, 1977:1

**talks** [9] - 1824:15, 1892:5, 1892:6, 1894:2, 1949:5, 1959:24, 1965:19, 1969:6, 1971:19

**tallied** [1] - 1840:16

**tampon** [1] - 1897:21

**task** [1] - 1808:3

**TCGA** [2] - 1907:19, 1907:22

**teach** [9] - 1800:7, 1800:8, 1800:9, 1800:14, 1800:16, 1800:18, 1800:19, 1800:24

**teaching** [4] - 1800:5, 1800:10, 1801:10, 1804:19

**technique** [1] - 1971:20

**television** [4] - 1802:15,

1812:6, 1812:20, 1813:14

**term** [5] - 1892:10, 1909:23, 1915:15, 1927:1, 1927:7

**terms** [15] - 1811:22, 1815:11, 1819:3, 1819:15, 1828:5, 1835:17, 1838:9, 1850:23, 1869:23, 1902:12, 1931:16, 1937:13, 1941:10, 1949:7, 1962:9

**TERSIGNI** [1] - 1796:16

**test** [6] - 1804:17, 1845:24, 1913:3, 1919:16, 1922:20, 1947:12

**testified** [12] - 1802:22, 1826:13, 1840:19, 1843:5, 1853:13, 1860:5, 1882:5, 1899:18, 1919:6, 1941:21, 1975:11, 1976:15

**testify** [4] - 1816:6, 1831:16, 1882:7, 1937:9

**testimony** [32] - 1822:16, 1823:25, 1842:17, 1843:6, 1844:8, 1845:20, 1848:12, 1849:7, 1853:25, 1860:22, 1886:4, 1886:14, 1890:12, 1890:14, 1890:19, 1890:20, 1890:23, 1890:25, 1899:2, 1899:22, 1901:20, 1901:23, 1906:12, 1912:16, 1914:21, 1937:3, 1937:8, 1942:12, 1970:8, 1975:5, 1977:2, 1977:5

**tests** [1] - 1802:20

**textbook** [7] - 1867:15, 1891:8, 1891:17, 1893:20, 1897:14, 1899:8, 1900:5

**textbooks** [1] - 1893:21

**THE** [83] - 1796:1, 1796:9, 1798:4, 1798:5, 1825:24, 1826:4,

1826:9, 1827:6, 1827:10, 1835:1, 1841:20, 1841:21, 1846:20, 1846:22, 1847:8, 1847:10, 1847:11, 1847:12, 1847:15, 1847:18, 1847:23, 1848:3, 1848:6, 1848:7, 1848:9, 1848:13, 1848:17, 1848:19, 1848:23, 1849:1, 1861:7, 1862:6, 1862:8, 1863:1, 1863:2, 1863:25, 1864:5, 1864:8, 1864:16, 1866:25, 1867:7, 1881:7, 1882:1, 1884:17, 1884:24, 1885:8, 1885:11, 1885:17, 1888:4, 1890:8, 1890:18, 1895:23, 1896:1, 1897:4, 1897:5, 1898:16, 1900:8, 1901:24, 1901:25, 1902:1, 1902:2, 1902:3, 1902:4, 1914:21, 1942:5, 1942:11, 1942:12, 1950:18, 1952:21, 1952:22, 1953:1, 1953:2, 1956:21, 1956:25, 1968:2, 1969:22, 1970:2, 1971:24, 1977:9, 1977:11, 1977:13, 1979:6, 1979:8

**themselves** [4] - 1836:4, 1899:19, 1933:7, 1962:13

**theoretical** [8] - 1900:20, 1901:3, 1901:5, 1901:8, 1950:14, 1951:9, 1951:22, 1952:3

**theoretically** [2] - 1836:11, 1897:23

**theory** [1] - 1828:13

**therapies** [1] - 1814:5

**therapy** [2] - 1801:4, 1923:12

**thereby** [1] - 1892:23

**therefore** [2] - 1864:4, 1874:8

**they've** [2] - 1801:5,

1881:19

**thick** [1] - 1842:24

**thinks** [1] - 1950:19

**third** [4] - 1924:12, 1924:13, 1958:3, 1963:14

**third-party** [3] - 1924:12, 1924:13, 1963:14

**thirds** [1] - 1881:14

**THOMAS** [1] - 1797:8

**THOMPSON** [1] - 1796:12

**thorough** [3] - 1802:5, 1975:16, 1975:17

**thousands** [2] - 1805:9, 1819:4

**three** [19] - 1799:3, 1799:25, 1802:10, 1812:3, 1817:4, 1840:16, 1858:24, 1859:11, 1859:12, 1872:2, 1872:6, 1873:11, 1873:14, 1929:13, 1964:6, 1972:16, 1972:17, 1972:25

**throughout** [3] - 1886:16, 1942:13, 1959:2

**Timing** [1] - 1834:6

**tissue** [10] - 1833:12, 1842:21, 1842:22, 1872:10, 1873:4, 1874:24, 1892:24, 1901:6, 1944:3, 1972:14

**tissues** [3] - 1841:6, 1842:10, 1842:14

**title** [5] - 1800:1, 1878:7, 1891:24, 1900:13, 1910:13

**TITLE** [1] - 1979:6

**TO** [2] - 1979:6, 1979:7

**tobacco** [3] - 1817:5, 1817:15, 1916:6

**today** [10] - 1815:23, 1821:6, 1865:13, 1867:6, 1867:12, 1899:22, 1914:13, 1937:8, 1959:2, 1968:21

**together** [6] - 1804:6, 1808:16, 1819:23, 1859:13, 1859:18, 1953:22

**took** [2] - 1921:20, 1973:6
**top** [7] - 1831:4, 1832:16, 1861:15, 1873:7, 1905:10, 1913:23, 1930:4
**topic** [18] - 1802:5, 1804:11, 1829:17, 1836:18, 1838:18, 1846:18, 1849:5, 1852:19, 1871:22, 1890:10, 1903:13, 1937:10, 1937:12, 1937:14, 1938:2, 1950:10, 1953:10, 1959:10
**topics** [6] - 1827:5, 1827:6, 1922:5, 1949:15, 1950:2, 1950:6
**totality** [3] - 1975:2, 1975:3, 1975:18
**toto** [1] - 1889:8
**touch** [1] - 1799:9
**touching** [1] - 1830:7
**toxicologist** [1] - 1864:18
**trace** [2] - 1809:16, 1945:9
**track** [2] - 1830:1, 1950:1
**Tract** [2] - 1891:7, 1960:24
**tract** [14] - 1867:23, 1870:12, 1879:14, 1889:9, 1893:11, 1898:3, 1898:11, 1898:20, 1898:23, 1899:20, 1900:19, 1900:25, 1901:13, 1903:19
**trained** [2] - 1863:12, 1864:12
**training** [11] - 1800:12, 1807:10, 1811:4, 1811:10, 1829:22, 1863:15, 1863:20, 1864:14, 1864:20, 1948:17, 1948:18
**TRANSCRIPT** [1] - 1979:7
**TRANSCRIPTION** [1] - 1979:8
**transfer** [1] - 1838:25
**transformation** [5] -

1846:7, 1846:16, 1938:6, 1938:19, 1976:2
**transport** [1] - 1875:2
**travel** [1] - 1879:13
**traverse** [1] - 1830:2
**traversed** [1] - 1830:23
**treat** [2] - 1804:20, 1909:11
**treated** [3] - 1805:8, 1846:5, 1847:20
**treating** [2] - 1798:24, 1838:19
**treatment** [4] - 1815:11, 1839:7, 1909:8
**treatments** [1] - 1814:8
**tree** [1] - 1963:3
**TRENTON** [1] - 1796:7
**trials** [1] - 1804:16
**true** [29] - 1819:13, 1819:14, 1821:8, 1856:2, 1856:4, 1863:14, 1864:12, 1865:20, 1867:25, 1876:2, 1876:4, 1934:21, 1936:13, 1938:22, 1939:1, 1939:7, 1939:13, 1944:2, 1945:14, 1945:23, 1951:4, 1951:15, 1956:11, 1963:3, 1963:4, 1972:5, 1974:4, 1975:20, 1975:23
**try** [5] - 1803:3, 1804:8, 1816:22, 1859:7, 1974:2
**trying** [16] - 1802:19, 1804:17, 1806:7, 1811:24, 1845:3, 1856:16, 1866:23, 1869:6, 1871:15, 1890:21, 1894:21, 1902:11, 1909:2, 1948:20, 1973:21, 1973:24
**tubal** [12] - 1820:11, 1820:23, 1841:15, 1879:16, 1892:8, 1892:18, 1892:20, 1892:23, 1893:14, 1893:15, 1970:23, 1971:13
**tube** [7] - 1814:18, 1893:6, 1945:17,

1945:19, 1945:20, 1945:22, 1945:25
**tubes** [16] - 1806:18, 1821:4, 1831:4, 1831:6, 1831:13, 1840:7, 1841:1, 1841:6, 1842:9, 1842:12, 1870:3, 1870:17, 1874:10, 1893:2, 1931:5, 1932:7
**tumor** [8] - 1806:5, 1843:16, 1944:3, 1944:6, 1945:3, 1945:9, 1945:11, 1945:25
**Tumors** [1] - 1891:25
**tumors** [7] - 1814:9, 1843:16, 1908:11, 1908:16, 1916:11, 1918:11, 1961:12
**turn** [11] - 1807:17, 1823:8, 1824:12, 1876:21, 1891:5, 1891:24, 1892:4, 1899:8, 1900:6, 1911:2, 1969:3
**turns** [1] - 1941:18
**TV** [2] - 1813:8, 1914:15
**twenties** [1] - 1852:15
**twice** [1] - 1839:8
**two** [24] - 1802:10, 1803:25, 1818:7, 1819:7, 1819:14, 1821:25, 1826:16, 1828:21, 1840:16, 1849:7, 1867:10, 1867:22, 1870:9, 1871:1, 1872:5, 1881:14, 1882:5, 1886:3, 1886:9, 1886:10, 1931:11, 1946:25, 1947:14
**Type** [2] - 1834:5, 1961:12
**type** [14] - 1803:15, 1810:16, 1839:20, 1840:14, 1840:17, 1842:22, 1843:14, 1874:11, 1878:1, 1907:22, 1912:12, 1929:21, 1931:17, 1932:11
**types** [8] - 1829:3, 1843:17, 1895:15, 1904:18, 1906:3,

1928:18, 1929:19, 1964:3
**typically** [2] - 1815:18, 1816:15

---

**U**

**U.C** [4] - 1922:16, 1923:18, 1962:16, 1962:18
**U.S** [2] - 1796:25, 1844:12
**U.S.C** [1] - 1979:6
**ubiquitous** [1] - 1845:20
**UC** [1] - 1948:9
**UCC** [1] - 1921:18
**UCSD** [9] - 1800:1, 1803:3, 1922:8, 1924:11, 1925:2, 1963:1, 1963:2, 1963:15, 1963:17
**ulcerative** [1] - 1843:23
**ultimate** [1] - 1835:18
**ultimately** [2] - 1803:22, 1805:13
**ultrasounds** [1] - 1806:4
**under** [14] - 1813:24, 1824:20, 1825:2, 1870:3, 1871:4, 1873:4, 1904:21, 1905:15, 1906:12, 1961:2, 1961:19, 1963:11, 1964:20, 1974:8
**undergo** [1] - 1841:7
**underlying** [2] - 1818:2, 1857:20
**understood** [2] - 1844:21, 1897:20
**unfortunately** [1] - 1941:2
**unhealthy** [1] - 1964:16
**unique** [5] - 1814:22, 1814:23, 1815:3, 1856:13, 1913:5
**UNITED** [2] - 1796:1, 1796:7
**universities** [1] - 1826:25
**University** [6] - 1799:5, 1799:11, 1799:14, 1921:14, 1929:13, 1963:7
**unless** [2] - 1843:12, 1906:14

**unlike** [1] - 1803:18
**unnecessary** [1] - 1938:14
**unquote** [2] - 1856:5, 1857:4
**up** [62] - 1802:22, 1805:2, 1823:5, 1823:23, 1828:16, 1831:4, 1831:11, 1831:12, 1831:13, 1849:15, 1852:1, 1857:15, 1857:16, 1864:16, 1867:10, 1871:20, 1872:3, 1873:19, 1876:17, 1878:3, 1878:7, 1881:1, 1881:2, 1904:25, 1905:16, 1906:24, 1907:7, 1907:14, 1907:17, 1909:21, 1910:12, 1910:13, 1911:22, 1911:24, 1913:2, 1913:9, 1914:13, 1914:14, 1917:24, 1919:12, 1921:21, 1922:14, 1922:22, 1923:24, 1925:6, 1926:2, 1929:1, 1931:25, 1937:22, 1937:24, 1938:20, 1947:17, 1955:9, 1956:4, 1958:2, 1959:21, 1962:19, 1962:22, 1962:24, 1963:21, 1972:20, 1973:3
**updated** [1] - 1825:5
**updates** [1] - 1824:16
**Updates** [2] - 1824:20, 1825:3
**upper** [4] - 1898:23, 1900:19, 1900:25, 1901:13
**usage** [1] - 1857:1
**USDJ** [1] - 1796:9
**useful** [1] - 1920:2
**user** [3] - 1853:18, 1853:19, 1855:19
**users** [27] - 1852:19, 1852:20, 1852:24, 1853:2, 1854:6, 1854:8, 1854:9, 1854:12, 1854:13, 1855:5,

1855:7, 1855:9, 1855:22, 1856:12, 1856:13, 1856:15, 1856:16, 1856:17, 1856:20, 1856:21, 1857:4, 1857:5, 1857:6, 1911:8, 1944:20
**uses** [1] - 1895:2
**uterine** [3] - 1805:17, 1894:11, 1894:19
**uterus** [5] - 1831:1, 1831:4, 1899:12, 1931:5, 1932:24
**utilizing** [2] - 1858:23, 1858:25

**V**

**vagina** [71] - 1830:15, 1830:19, 1830:20, 1831:11, 1831:14, 1831:17, 1831:21, 1836:12, 1868:9, 1868:20, 1869:9, 1869:16, 1869:19, 1869:25, 1870:6, 1870:17, 1871:6, 1871:8, 1871:23, 1874:6, 1879:6, 1880:6, 1884:22, 1885:7, 1886:1, 1886:7, 1886:16, 1886:21, 1886:24, 1887:3, 1887:8, 1887:9, 1887:14, 1887:24, 1888:1, 1888:10, 1888:11, 1888:14, 1888:15, 1888:19, 1888:23, 1889:5, 1889:6, 1889:12, 1889:15, 1893:3, 1893:5, 1893:10, 1894:11, 1894:19, 1897:17, 1898:1, 1898:9, 1898:18, 1898:21, 1899:9, 1899:11, 1899:19, 1900:19, 1900:24, 1901:13, 1901:18, 1902:6, 1902:8, 1902:16, 1902:22, 1904:24, 1905:3, 1906:13
**vaginal** [3] - 1803:20,

1831:21, 1833:23
**vaginas** [2] - 1899:22, 1903:23
**validation** [1] - 1966:11
**Valium** [4] - 1812:9, 1813:4, 1813:15, 1914:15
**value** [1] - 1850:24
**Vanderbilt** [1] - 1963:7
**variable** [1] - 1919:20
**variances** [2] - 1821:16, 1907:3
**varies** [1] - 1908:4
**variety** [1] - 1892:21
**various** [2] - 1811:4, 1958:5
**vary** [1] - 1815:12
**vehicle** [2] - 1887:5, 1939:11
**vein** [1] - 1951:5
**vendor** [3] - 1924:12, 1924:13, 1963:14
**venue** [1] - 1801:19
**version** [1] - 1900:5
**versus** [5] - 1852:25, 1853:12, 1857:4, 1859:9, 1918:22
**vestibule** [1] - 1830:15
**via** [1] - 1943:5
**view** [2] - 1822:8, 1827:22
**vigorously** [1] - 1809:11
**Vincent** [1] - 1979:12
**VINCENT** [1] - 1796:24
**viral** [1] - 1895:15
**VIRGINIA** [1] - 1796:14
**virus** [1] - 1951:9
**viruses** [1] - 1950:25
**vitamins** [1] - 1958:16
**vitro** [1] - 1975:21
**voice** [1] - 1864:16
**VOLUME** [1] - 1796:5
**volume** [2] - 1798:18, 1966:8
**vulva** [1] - 1838:11

**W**

**wait** [2] - 1890:8, 1946:24
**waiting** [1] - 1890:6
**walk** [1] - 1829:25
**walking** [1] - 1902:19

**walls** [2] - 1831:22, 1899:18
**wants** [2] - 1950:21, 1951:12
**WASHINGTON** [2] - 1796:18, 1797:8
**watch** [1] - 1813:8
**watchdogs** [1] - 1967:15
**watching** [4] - 1812:6, 1812:20, 1813:14, 1914:15
**water** [2] - 1889:11, 1889:12
**ways** [2] - 1814:7, 1958:8
**weak** [9] - 1887:16, 1895:8, 1916:8, 1916:13, 1917:8, 1961:23, 1962:3, 1962:7, 1967:21
**website** [18] - 1825:23, 1826:15, 1922:7, 1922:10, 1922:16, 1923:20, 1924:16, 1962:17, 1962:18, 1963:15, 1963:18, 1963:19, 1964:20, 1968:7, 1968:10, 1968:13, 1968:17, 1968:22
**websites** [2] - 1922:9, 1924:9
**week** [22] - 1802:22, 1852:25, 1853:1, 1853:12, 1853:17, 1853:22, 1854:11, 1854:25, 1855:3, 1855:8, 1855:18, 1855:21, 1855:22, 1856:8, 1910:7, 1911:6, 1911:9, 1911:10, 1911:11, 1911:17
**weeks** [3] - 1821:25, 1828:21, 1849:7
**weigh** [1] - 1937:18
**weighed** [1] - 1974:18
**weight** [5] - 1823:16, 1829:6, 1829:10, 1895:15, 1964:17
**WEIL** [1] - 1796:20
**Welch** [2] - 1881:18, 1881:23
**well-recognized** [2] - 1893:19, 1893:21

whatsoever [1] - 1828:17
whereas [2] - 1835:25, 1853:10
Whites [1] - 1971:2
whole [4] - 1822:4, 1895:22, 1942:8, 1942:14
wide [3] - 1830:16, 1831:22, 1871:8
William [1] - 1881:18
WILLIAMS [45] - 1796:19, 1798:7, 1798:13, 1823:5, 1825:22, 1826:3, 1826:8, 1826:11, 1827:12, 1829:19, 1835:2, 1848:15, 1848:24, 1849:4, 1849:15, 1861:4, 1861:9, 1861:10, 1862:4, 1864:2, 1866:21, 1879:21, 1881:24, 1882:2, 1884:15, 1884:23, 1888:3, 1889:25, 1890:6, 1890:17, 1901:20, 1914:19, 1941:19, 1950:16, 1953:7, 1955:9, 1956:23, 1957:1, 1957:2, 1959:8, 1963:21, 1967:25, 1969:21, 1970:1, 1977:8
Williams [5] - 1834:23, 1914:14, 1968:24, 1973:5, 1978:8
willing [2] - 1888:25, 1917:2
win [1] - 1860:16
withstand [1] - 1913:3
witness [5] - 1802:1, 1825:18, 1890:18, 1890:22, 1977:10
WITNESS [14] - 1827:10, 1841:21, 1846:22, 1847:10, 1847:12, 1847:18, 1848:3, 1848:7, 1848:13, 1848:19, 1901:25, 1902:2, 1902:4, 1942:11
WITNESSES [1] - 1978:6
witnesses [1] - 1913:11
WOLFSON [1] - 1796:9

woman [25] - 1798:24, 1803:25, 1816:4, 1818:20, 1820:21, 1868:19, 1869:13, 1877:24, 1879:11, 1882:13, 1882:24, 1884:12, 1886:6, 1886:17, 1889:18, 1893:2, 1893:7, 1905:8, 1905:21, 1905:24, 1923:3, 1935:17, 1940:21, 1943:5, 1973:12
woman's [26] - 1818:12, 1819:2, 1820:10, 1820:16, 1870:12, 1892:12, 1898:3, 1898:19, 1912:13, 1914:16, 1915:17, 1915:20, 1916:10, 1916:21, 1917:10, 1920:16, 1923:1, 1927:24, 1931:10, 1934:8, 1935:12, 1943:12, 1958:23, 1968:15, 1970:13, 1971:10
women [122] - 1800:18, 1803:20, 1803:22, 1804:7, 1805:5, 1805:13, 1805:17, 1805:19, 1806:2, 1806:7, 1806:20, 1808:23, 1811:23, 1818:14, 1818:16, 1832:19, 1832:21, 1833:1, 1833:2, 1833:5, 1834:10, 1834:12, 1834:14, 1834:17, 1839:13, 1840:7, 1840:21, 1840:22, 1841:2, 1843:20, 1843:22, 1843:24, 1844:1, 1846:23, 1846:25, 1847:6, 1849:13, 1849:20, 1849:22, 1850:10, 1850:12, 1850:13, 1850:14, 1850:15, 1851:23, 1852:3, 1852:6, 1852:10, 1852:13, 1852:15, 1852:19, 1852:24,

1852:25, 1853:16, 1853:21, 1853:22, 1854:10, 1854:18, 1854:24, 1855:2, 1855:4, 1855:8, 1855:20, 1856:7, 1856:10, 1872:17, 1872:18, 1872:19, 1872:23, 1872:24, 1874:12, 1875:24, 1876:1, 1876:4, 1876:13, 1877:11, 1879:4, 1884:7, 1889:9, 1892:15, 1897:25, 1902:25, 1903:3, 1904:16, 1904:19, 1905:5, 1905:15, 1909:9, 1910:7, 1911:5, 1911:6, 1911:16, 1913:4, 1919:16, 1919:22, 1920:2, 1920:4, 1923:10, 1923:15, 1927:3, 1931:16, 1933:12, 1934:1, 1939:12, 1944:9, 1944:18, 1954:25, 1955:3, 1955:24, 1956:5, 1956:11, 1956:17, 1957:3, 1957:8, 1957:15, 1966:7, 1966:11, 1966:13, 1966:23, 1972:15, 1972:17
women's [1] - 1803:8
word [15] - 1820:20, 1874:16, 1887:11, 1895:2, 1897:22, 1901:3, 1901:5, 1901:8, 1902:4, 1915:19, 1954:3, 1961:4, 1961:7, 1961:13
words [4] - 1853:14, 1897:19, 1906:15, 1916:20
works [3] - 1860:11, 1860:15, 1963:12
world [4] - 1831:17, 1898:14, 1898:19, 1898:22
world's [1] - 1925:20
WRHR [1] - 1864:23
write [2] - 1963:14,

1963:16
writes [1] - 1892:19
writing [3] - 1873:16, 1974:10, 1976:20
written [2] - 1804:10, 1946:22
wrote [3] - 1929:23, 1936:7, 1960:16
Wu [5] - 1856:19, 1856:25, 1857:6, 1970:7, 1971:3

**X**

X-ray [1] - 1882:20

**Y**

year [6] - 1811:23, 1908:17, 1908:20, 1910:5, 1947:11, 1947:14
years [32] - 1799:2, 1799:3, 1799:8, 1799:24, 1799:25, 1802:10, 1803:25, 1805:2, 1806:16, 1808:20, 1814:16, 1820:7, 1839:16, 1840:24, 1850:16, 1851:22, 1852:1, 1857:15, 1857:16, 1864:23, 1898:7, 1913:2, 1921:14, 1923:11, 1927:22, 1946:25, 1955:14, 1955:22, 1955:24, 1956:20, 1957:9, 1967:17
yesterday [8] - 1822:3, 1823:3, 1823:21, 1824:13, 1824:21, 1843:5, 1857:8, 1975:5
yourself [2] - 1864:10, 1865:1

**Z**

zoom [1] - 1905:6