1

```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
              CIVIL ACTION NO 16-MD-2738(FLW)(LHG)


  _____      :
  IN RE JOHNSON & JOHNSON     :  DAUBERT HEARING
  POWDER PRODUCTS MARKETING,  :  JULY 22, 2019
  SALES PRACTICES.            :  VOLUME 1
  --------------------------  :
```

CLARKSON S. FISHER UNITED STATES COURTHOUSE
402 EAST STATE STREET, TRENTON, NJ  08608

B E F O R E:  THE HONORABLE FREDA L. WOLFSON,

A P P E A R A N C E S:

BEASLEY ALLEN, ESQUIRES
BY:  P. LEIGH O'DELL, ESQUIRE (ALABAMA)
     MARGARET M. THOMPSON, ESQUIRE  (ALABAMA)
        -and-
ASHCRAFT & GEREL, ESQUIRES
BY:  MICHELLE A. PARFITT, ESQUIRE (VIRGINIA)
           -and-
MOTLEY RICE, ESQUIRES
BY:  DANIEL R. LAPINSKI, ESQUIRE  (NEW JERSEY)
On Behalf of the Plaintiffs Steering Committee


DRINKER, BIDDLE & REATH, ESQUIRES
BY:  SUSAN M. SHARKO, ESQUIRE  (NEW JERSEY)
     JULIE L. TERSIGNI, ESQUIRE  (NEW JERSEY)
        -and-
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, ESQUIRES
BY:  JOHN H. BEISNER, ESQUIRE  (WASHINGTON, D.C.)
        -and-
PROSKAUER ROSE, ESQUIRES
BY:  BART H. WILLIAMS, ESQUIRE  (CALIFORNIA)
     OM ALLADI, ESQUIRE

                              (Continued.)


                    * * * * *
          **VINCENT RUSSONIELLO, RPR, CRR, CCR**
             **OFFICIAL U.S. COURT REPORTER**
                  **(609) 588-9516**
```

A P P E A R A N C E S   C O N T I N U E D:


WEIL, ESQUIRES
By:  ALLISON M. BROWN, ESQUIRE
On behalf of Defendant Johnson & Johnson

SEYFARTH SHAW, ESQUIRES
BY:  THOMAS L. LOCKE, ESQUIRE  (WASHINGTON D.C.)
On Behalf of Defendant Personal Care Products Council

3

1          M O R N I N G   S E S S I O N

2          (In open court.)

3

4          THE DEPUTY CLERK:  All rise.

5          THE COURT:  Thank you.  I do have the sign-in

6     sheet.  If I could just have the appearances at

7     counsel table, who will be participating in the

8     hearing for plaintiffs, please.

9          MR. LAPINSKI:  Your Honor, good morning.

10          Good morning, your Honor.

11          Daniel Lapinski, Motley Rice, on behalf of

12     plaintiffs.

13          MS. O'DELL:  Good morning, your Honor.

14          Leigh O'Dell on behalf of the plaintiffs

15     Steering Committee.

16          MS. THOMPSON:  Good morning, your Honor.

17          Margaret Thompson, Beasley Allen.

18          MS. PARFITT:  Good morning, your Honor.

19     Michelle Parfitt, Ashcraft & Gerel.

20          MR. WILLIAMS:  Good morning, your Honor.

21          Bart Williams on behalf of defendant Johnson &

22     Johnson.

23          MR. ALLADI:  Good morning, your Honor.

24          Om Alladi on behalf of defendant Johnson &

25     Johnson.

Saed - Direct/Mr. Lapinski

4

1          MS. BROWN:  Good morning, your Honor.

2          Allison Brown, Weil, Gotshal for Johnson &

3     Johnson.

4          MS. SHARKO:  Susan Sharko, Drinker Biddle, for

5     Johnson & Johnson defendants.

6          MS. TERSIGNI:  Julie Tersigni,  Drinker

7     biddle, for the Johnson & Johnson defendants.

8          MR. BEISNER:  Good morning, your Honor.

9          John Beisner, Skadden, Arps, for the Johnson &

10    Johnson defendants.

11         MR. LOCKE:  Good morning, your Honor.

12         Thomas Locke, Seyfarrth & Shaw, for Personal

13    Care Products Council.

14         (Brief recess is taken.)

15         MR. LAPINSKI:  Our first witness, we would

16    like to call Dr. Ghassan Saed.

17

18    **GHASSAN SAED**, called as a witness on behalf of the

19    plaintiffs, having been first duly sworn, testified as

20    follows:

21    DIRECT EXAMINATION

22

23    BY MR. LAPINSKI:

24    Q.    Dr. Saed, good morning.  We are here today as

25    part of the Daubert hearing.  This is not a trial.

Saed - Direct/Mr. Lapinski

5

1    We're here today not for determinations, whether the

2    opinions you offered are right or wrong.  We're here

3    to assist the Court in helping her Honor to decide

4    whether or not your testimony should be presented to a

5    jury.

6            I want to speak with you today and focus on a

7    couple of different areas which are your

8    qualifications, the reliability of the methods you

9    used in reaching your opinions and whether or not your

10   opinions have relevance.  Are you ready?

11   A.    Ready.

12   Q.    Dr. Saed, you have a binder in front of you.

13   I'm going to ask you to take a look at the first

14   exhibit in that binder.  If you can identify that

15   document?

16   A.    This is my expert report.

17   Q.    Is there anything that's part of Exhibit 1 in

18   addition to your expert report, Dr. Saed?

19   A.    Yes.  It's my expert report, my CV.

20   Q.    Dr. Saed, the second tab, can you please

21   identify what the second tab of the document is?

22   A.    The second tab is my expert report that I made

23   some corrections in.

24   Q.    When did you make those corrections, Dr. Saed?

25   A.    The date of my second deposition.

1          MR. LAPINSKI:  For the record, your Honor,

2   that was corrections that were made prior to his first

3   deposition, and that was marked as Exhibit 11 during

4   Dr. Saed's deposition.  We have that there because it

5   was used during the deposition as compared to the

6   report originally provided to the Court.

7

8   BY MR. LAPINSKI:

9   Q.    Dr. Saed, I want to speak about your

10  qualifications.  Would you provide an overview of your

11  current professional practice.

12  A.    Currently I'm an Associate Professor at the

13  School of Medicine, Department of OB/GYN at Wayne

14  State Street.

15          I'm also an Associate Professor in the

16  Department of Oncology at Karmanos Cancer Institute,

17  both in Detroit, Michigan.

18          I'm also the Director of ovarian cancer

19  research in the Department of OB/GYN at Wayne State

20  University, and a member of Tumor Biology Program at

21  Karmanos Cancer Institute, in the same place.

22  Q.    Doctor, can you describe your role as the

23  Director of Cancer Biology Research.

24  A.    Yes.  I started this lab when I was hired,

25  recruited to Wayne State University in 1998, and this

Saed - Direct/Mr. Lapinski

7

1   lab basically studies the effect of oxidative stress,

2   inflammation in the causation of diseases, especially

3   cancer.  And we have -- also part of this lab that I'm

4   responsible for, we train medical residents, clinical

5   fellows that rotate around the department, and also

6   Ph.D. students from departments within Wayne State

7   University School of Medicine that I also hold a

8   secondary appointment to.

9       I hold a secondary appointment in the

10  Department of Physiology and Anatomy, and in the

11  Department of Biology where I oversee Ph.D. students.

12  They come and do the work with me.

13  Q.    Doctor, at any given time how many people are

14  working in your lab?

15  A.    Typically, in any given instant, four to six

16  people working in the lab.

17  Q.    Doctor, could you explain to the Court what

18  "oxidative stress" is and its relationship to ovarian

19  cancer?

20  A.    Oxidative stress is the balance between enzymes

21  that produce oxidants in the body and enzymes that

22  remove oxidants from the body.

23      To keep this balance is very critical.  If

24  this balance is altered, it is an indication of

25  diseases.  I have shown in the past 25 years of my

Saed - Direct/Mr. Lapinski

8

1   experience this balance is altered in ovarian cancer.

2   Also other people have shown a different type of

3   cancer.  Balance between oxidants and antioxidant is

4   called the "redox balance."

5          Your Honor, this is like you have hormones

6   that increase blood sugar, hormones that decrease

7   blood sugar.  The balance between the two is what

8   maintains blood sugar within normal just as an example

9   to simplify it.

10  Q.   Dr. Saed, would you describe for the Court your

11  professional experience as it relates to oxidative

12  stress and ovarian cancer?

13  A.   I have published over 140 peer-reviewed articles

14  in different specialty journals.  Over 50 of these

15  articles are specifically related to oxidative stress

16  and ovarian cancer.

17  Q.   Have you done specific research in this area as

18  well?

19  A.   Yes.  My lab is focussed on studying oxidative

20  stress, inflammatory markers in the pathogenesis in

21  the causation of ovarian cancer.

22  Q.   Has any of your work been published in books?

23  A.   Yes.  I was just -- I just published a book.  I

24  was invited to participate in a book chapter in this

25  book.  The book is called "The Pathogenesis of Ovarian

1    Cancer From Pathogenesis to Treatment," and I

2    participated in a chapter.  The chapter title is "New

3    Insights Into the Pathogenesis of Ovarian Cancer in

4    Relation to Oxidative Stress."

5    Q.    Doctor, have you published review articles in

6    the area of oxidative stress and ovarian cancer?

7    A.    Yes.  I just published a review article that

8    just came out in the GYN Oncology, which is a

9    prestigious journal for our research.  And also I have

10   other review articles in the same area.

11   Q.    Doctor, is there more significance to the

12   publication of a review article as compared to a

13   simple publication in a journal?

14   A.    Yes.  Usually, the review articles are written

15   by experts in the field, where regular manuscripts are

16   written by scientists or anyone.

17   Q.    How many different times have you written a

18   review article on the topic of "oxidative stress"?

19   A.    Maybe around nine or ten.

20   Q.    Have you ever lectured on the topic of oxidative

21   stress in ovarian cancer?

22   A.    Yes.  Many times.  I was an invited speaker at

23   the grand rounds at the national level, lectures in

24   the hospitals, and at the national level, also

25   international level.

Saed - Direct/Mr. Lapinski

10

1   Q.    Have you ever done work on behalf of medical

2   journals?

3   A.    Yes.  I act as a reviewer to several journals

4   including GYN Oncology, Reproductive Sciences,

5   American Society For Reproductive Medicine, and many

6   others.

7         MR. LAPINSKI:  Your Honor, do you have any

8   questions with respect to the Doctor's qualifications.

9         THE COURT:  I do not.

10

11

12  BY MR. LAPINSKI:

13  Q.    Doctor, you had mentioned you had recently

14  published in Gynecologic Oncology a review article.

15  Is this the review article you were referring to  that

16  is on the screen?

17  A.    Yes.

18  Q.    Doctor, is this the review article that you were

19  referring to that was published in Gynecologic

20  Oncology?

21  A.    Yes.

22  Q.    What's the title?

23  A.    It's "Updates of the Role of Oxidative Stress in

24  the Pathogenesis of Ovarian Cancer."

25        MR. LAPINSKI:  Your Honor, for your reference

Saed - Direct/Mr. Lapinski

11

1    a copy of this article is in the binder, and it was

2    previously marked as PSC GC OPP, Exhibit 113.

3    BY MR. LAPINSKI:

4    Q.    Dr. Saed, in the title of the article, what does

5    "pathogenesis" mean?

6    A.    It means causation of ovarian cancer.

7    Q.    In lay terms, what is this review article about?

8    A.    The take-home message from this review article

9    is that oxidative stress plays a very important and

10   essential role in causation of ovarian cancer.

11   Q.    Doctor, in the highlighted section, the first

12   bullet, what's the first bullet in the highlight

13   section of your article?

14   A.    It says:  "Oxidative stress plays an essential

15   role in the pathogenesis of ovarian cancer."

16   Q.    What's the purpose of the highlight section in

17   journal articles?

18   A.    Take-home message to readers.

19   Q.    Doctor, if you could turn to your expert report

20   page if 20.  Doctor, what are the six primary opinions

21   that you are offering in this litigation?

22   A.    I am offering, first of all, that Johnson &

23   Johnson baby powder is not inert.  It has a biological

24   activity.  This biological activity includes causation

25   of inflammation.  It increases inflammation.  It

Saed - Direct/Mr. Lapinski

12

1  increases the redox balance, the balance that keeps

2  oxidants antioxidants in balance.  It changes the

3  redox balance in normal surface ovarian cells to mimic

4  the profile that we see and we observe in ovarian

5  cancer cell lines.

6       Also, Johnson & Johnson Baby Powder exposure

7  can elevate CA-125, which is a marker of inflammation,

8  and it is a biomarker for ovarian cancer for

9  monitoring prognosis and treatment.  And, also, it

10  induces, which is very important, changes in the DNA

11  by inducing mutations in the DNA, and not any random

12  mutation; these mutations were detected in these key

13  enzymes that regulate the oxidants and antioxidants of

14  the cell.

15       It is based on all that, it is my opinion, and

16  based on the literature, and based on my 25 years plus

17  experience in this field, it is my opinion that

18  exposure to talcum powder at the cellular level will

19  induce cells to transformation.

20  Q.   When you say "induce cells to transformation,"

21  what do you mean by that?

22  A.   It means, because we have done assays that are

23  indicative of cells undergoing the transformation

24  process, and these tests are looking at cell

25  proliferation and cell apoptosis; and when we did

Saed - Direct/Mr. Lapinski

13

1    those two tests we found exposure to normal cells of

2    Johnson & Johnson Baby Powder severely increased the

3    proliferation of cells which is uncontrolled cell

4    division and decreased simultaneously apoptosis, which

5    is the natural cell death process for elimination of

6    bad cells, and that is an indication of cells

7    undergoing transformation process.

8    Q.    Dr. Saed, are you offering an opinion in this

9    case that Johnson's Baby Powder causes ovarian cancer?

10   A.    Yes.

11   Q.    Doctor, are you also offering an opinion in this

12   case that exposure to Johnson's Baby Powder worsens

13   the prognosis for women who already have ovarian

14   cancer?

15   A.    Yes.

16   Q.    You touched on it a little bit.  But upon what

17   are your opinions that you are offering in this case

18   based?

19   A.    They are based on the 2 years of research that I

20   spent looking at the effect of exposure of Johnson &

21   Johnson Baby Powder to normal ovarian cells and

22   compared that effect to what we know, what others know

23   about the effect on ovarian cancer cancer cells.  So

24   we compared the two.

25          And also in other published literature out

Saed - Direct/Mr. Lapinski

14

1   there.

2   Q.    Doctor, do you need to conduct additional

3   research to support the opinions that you are offering

4   in this case?

5   A.    No.

6   Q.    Why is that?

7   A.    In vitro studies, which I did, they are the gold

8   standard for trying to figure out the mechanism of the

9   effect of any agent, exposure to any agent in cell

10  culture.

11  Q.    Would you explain to the Court what an in vitro

12  study is?

13  A.    In vitro study it is using cell culture petri

14  dishes outside the body in the lab.

15  Q.    You've referenced the term "biologic activity."

16  Would you explain what you mean by "biologic

17  activity."

18  A.    Biological activity is induction by exposure to

19  Johnson & Johnson Baby Powder includes all what I've

20  just listed.  It induces inflammation; it induces

21  proliferation; it inhibits cell death; changes the

22  redox balance of the cell that mimics what we see in

23  ovarian cancer cells that we studied for 25 plus

24  years.

25            MR. LAPINSKI:  Your Honor, if I can approach

Saed - Direct/Mr. Lapinski

15

1   the witness in order to be able to hand him an

2   exhibit.

3          THE COURT:  Yes.

4

5   BY MR. LAPINSKI:

6   Q.    Dr. Saed, I've just handed you two books.  Would

7   you describe for the Court what those books are.

8   A.    Those are lab notebooks.

9   Q.    Are they the laboratory notebooks that contain

10  your information related to the research you have done

11  on talcum powder?

12  A.    Yes.

13          MR. LAPINSKI:  Your Honor, those notebooks

14  were previously marked at his initial deposition as

15  Exhibits 2 and 3.

16          THE COURT:  Okay.

17  BY MR. LAPINSKI:

18  Q.    Dr. Saed, if you would please go to the binder

19  that we have.  If you would look, Dr. Saed, at Exhibit

20  PSC SAED OPP Exhibit I.

21  A.    I'm here.

22          (Pause.)

23  Q.    Dr. Saed, what is the document that you are

24  currently looking at?

25  A.    This is the first section of the lab notebook.

Saed - Direct/Mr. Lapinski

16

1    This is the very initial study that we conducted using

2    talcum powder from Fisher Scientific.

3           THE WITNESS:  Your Honor, here we used Fisher

4    Scientific talcum powder, and we used this powder to

5    treat three different cancer cell lines -- ovarian

6    cancer cell lines, one normal macrophage, and one

7    normal ovarian epithelial cell line.

8    Q.    What type of test did you run related to this

9    section of your laboratory notebooks, Doctor?

10   A.    Here we did different doses of the talcum

11   powder.  We used 20, 100, and a thousand microgram per

12   milliliter, and then we measured different markers of

13   oxidative stress.  We measure -- in the table we have

14   a list of all the markers that we tested in this

15   study.

16          Now, the outcome of the study, your Honor, is

17   published in an abstract that we submitted to the

18   Society For Reproductive Investigation, and it was

19   presented in their meeting March of 2018.

20          MR. LAPINSKI:  Your Honor, the March 2018

21   abstract that was presented at the Society For

22   Reproductive Investigation is in your binder as PSC

23   SAED OPP Exhibit J.

24          THE COURT:  This isn't one of the journals you

25   identified as serving as a review on, is it?

Saed - Direct/Mr. Lapinski

17

1          THE WITNESS:  Yes.

2

3    BY MR. LAPINSKI:

4    Q.    Dr. Saed, if you would turn to the next section

5    of the binder which is PSC SAED OPP Exhibit G.

6    A.    Yes.

7    Q.    If you could please describe for the Court what

8    that document is.

9    A.    Here we tried different time points.  We used

10   24 hours, 48 hours, 72 hours, with higher doses of the

11   powder.  And then we looked at CA-125 levels, which is

12   the inflammatory level biomarkers for ovarian cancer,

13   and we found that exposure of normal cells to talc

14   induces CA-125 levels, and we published this -- we

15   presented this in an abstract in March 2018 in the SRI

16   meeting, the Society for Reproductive Investigation

17   meeting.

18   Q.    What is the significance of an increase in the

19   CA-125 levels?

20   A.    It is very significant because it is a marker of

21   inflammation, and it is a cancer antigen marker.  And

22   if it's increased upon exposure with talcum powder, it

23   is an indication the cells are going into

24   inflammation.

25          MR. LAPINSKI:  Your Honor, for your reference,

Saed - Direct/Mr. Lapinski

18

1   the abstract that was presented at the SRI meeting

2   related to CA 125 is in the back of your binder, and

3   that has been marked as PSC SAED OPP Exhibit L.

4   Q.    Dr. Saed, in your binder, if you would take a

5   look at PSC SAED OPP Exhibit H.

6   A.    Yes.

7   Q.    What is that document, Doctor?

8   A.    Here, your Honor, we did only Johnson & Johnson

9   Baby Powder, and here we looked at three cancer cell

10  lines: ovarian cancer cancer cell lines and three

11  normal ovarian epithelial cell lines, and we looked at

12  doses that was zero, five, 20 and 100, microgram per

13  milliliter.  And then we exposed cells to 72 hours,

14  and we looked at different markers of oxidative

15  stress, inflammation, apoptosis, proliferation, cell

16  division, and genetic mutations.

17  Q.    Doctor, were the results of this research

18  published?

19  A.    Yes.

20  Q.    Where and when were they published?

21  A.    It is published now in a manuscript for Society

22  For Reproductive Sciences.  It is in the Reproductive

23  Sciences Journal.

24        THE COURT:  Let me ask one question with

25  regard to the lab notebooks.

Saed - Direct/Mr. Lapinski

19

1    The majority of the writing in here, is it

2 yours or one of your lab assistants?

3    THE WITNESS:  One of my lab assistants.

4

5

6 BY MR. LAPINSKI:

7 Q.    Dr. Saed, in regard to the last three documents,

8 can you please describe for the Court what these

9 documents represent?

10 A.    It represents the work that we did, the testing

11 of the effect of talcum powder on Johnson & Johnson

12 Baby Powder on different cell markers.

13 Q.    Doctor, could you please describe how your

14 laboratory maintains the laboratory notebooks?

15 A.    Yes.

16    Nowadays all our instruments are computerized,

17 your Honor.  So all data that we collect, it goes from

18 the computer of the assay machine to a main computer

19 transferred to an Excel sheet, because we have done

20 this many times for many, many years.  We have people

21 coming and trained in our lab.  So everything in the

22 spreadsheet we transferred the data from the computer

23 of the machine to the spreadsheet.  Everything is

24 electronically printed out.  We print it out for the

25 record, and we glue it in that notebook.  Nobody

Saed - Direct/Mr. Lapinski

20

```
 1    touched the data.  Methodology part is what's
 2    handwritten or sometimes stuck as a procedure in the
 3    lab notebook.
 4    Q.    Dr. Saed, you referenced the handwriting in the
 5    methodology parts of the lab notebooks.  The methods
 6    that you employed during the work and the experiments
 7    you did related to these lab notebooks, are those
 8    methods, methods that you employed in the past?
 9    A.    Yes.  These are established methods in our
10    laboratory and also very well known to the scientific
11    research community.  They have been out for several
12    decades now.  We use them for clinical testing.
13          For example, ELISA is a very established
14    clinical technique that doctors ask.  For example,
15    CA-125.  It is clinically standardized not just for
16    research purposes.  These are very well known
17    established methods.  It has been there for decades.
18    Q.    Doctor, you touched on it a little bit, but in
19    regard to the data that was compiled for purposes of
20    your research, could you please explain that data
21    process?
22    A.    Yes.
23          As I said, our machines now are computerized.
24    So you perform the assay using the machine.  The
25    machine gets the data in the computer.  We export the
```

Saed - Direct/Mr. Lapinski

21

1  data from the computer.  The data is transformed into

2  a spreadsheet that has all the formulas, because we

3  have done this several times, and the spreadsheet will

4  calculate -- because it has all the formulas, it will

5  compute all the numbers.

6      What we do, just to confirm, we print them out

7  from the computer and stick them in that notebook.

8  Q.   Doctor, is there any data from your talcum

9  powder experiments that has been manually entered into

10  the laboratory notebooks?

11  A.   No.

12  Q.   I would like to be able to take a look at page

13  49 of the laboratory notebook.

14      MR. LAPINSKI:  Your Honor, the laboratory

15  notebooks have handwritten numbers at the bottom of

16  the pages.  You can use that for your reference.

17  Q.   Doctor, you see the image of page 49 up on the

18  screen.  What does the data on this page represent?

19  A.   Here we measured GPX, which is known

20  antioxidant, and we measured it in cells -- three

21  normal, and three ovarian cancer cells exposed to

22  various doses -- 5, 20 and 100 micrograms per ml of

23  Johnson & Johnson Baby Powder for 72 hours.

24  Q.   Doctor, during your prior depositions questions

25  you were asked about the data in this spreadsheet and

Saed - Direct/Mr. Lapinski

22

1  specifically the second average listed in the

2  spreadsheet that has a value of 2.47.

3       MR. LAPINSKI:  Your Honor, it is in the upper

4  right-hand side corner.

5  Q.    Doctor, is the 2.47 calculation correct?

6  A.    Yes, yes.

7  Q.    Could you explain why it is correct?

8  A.    Because it is taking the average of the three

9  values that are in the column where it says PG,

10  picogram.

11       THE COURT:  This is on page 49?

12       THE WITNESS:  Yes.

13       MR. LAPINSKI:  Cory, could you go back to the

14  full screen shot.  It is in the upper right-hand

15  corner.  It is not highlighted in the lab notebook.

16  We're highlighting it for purposes here.

17  Q.    Doctor, I want to take a step back now that

18  Judge Wolfson has page 49 in front of her.

19       During your deposition you were asked

20  questions about the values in the spreadsheet, and you

21  were specifically asked a question about the 2.47

22  average that's in the upper right-hand corner of the

23  spreadsheet.  Is that calculation correct?

24  A.    Yes.

25  Q.    Would you please explain to the Court why that

Saed - Direct/Mr. Lapinski

23

1   calculation is correct?

2   A.    Your Honor, this is the average of the three

3   numbers highlighted in the column under picogram

4   excluding the outlier.  It is the average of 2.5 and

5   2.44, excluding 2.21 as an outlier.

6         We have formulas in all of these columns, and

7   the average -- all the averages are not the normalized

8   value.  The averages is for the column that is

9   picogram per microliter RNA.

10  Q.    Doctor, you used the term "outlier."  What is an

11  outlier?

12  A.    An outlier is statistically a different number

13  than the other two.  That's what an outlier is.

14  Q.    Dr. Saed, at the time of your depositions you

15  were unable to testify as to the accuracy of that

16  calculation.  For what reason were you unable to

17  testify as to the accuracy?

18  A.    Your Honor, we have over 5,000 data points in

19  the calculation, over a dozen formulas; and when I was

20  asked during my deposition, I could not recall.  When

21  I went to the lab, I checked the formulas and

22  everything is correct.

23  Q.    Doctor, the formulas that are in this

24  spreadsheet, are those formulas calculated manually?

25  A.    No.

Saed - Direct/Mr. Lapinski

24

1    Q.    How are they calculated?

2    A.    Electronically.

3    Q.    If we could go to page 61 of the laboratory

4    notebook.

5          Doctor, what does the data on page 61 of the

6    laboratory notebook represent?

7    A.    This data here represents ELISA assay measuring

8    catalase activity in cells treated with Johnson &

9    Johnson Baby Powder for increasing dosage for

10   72 hours.

11   Q.    Doctor, during your deposition you were asked

12   questions about the data in this spreadsheet as well,

13   and specifically you were asked about the 11.07 value

14   in the upper right-hand side corner of this

15   spreadsheet.  Is the 11.07 calculation correct?

16   A.    Yes.

17   Q.    Could you please explain why that calculation is

18   correct?

19   A.    It is the same way.  It is the average of the

20   three numbers -- 9.98, 11.63, 10.50, eliminating the

21   outlier, which is, in this case, 9.98.  I don't

22   eliminate the outliers manually.  The outliers are

23   eliminated by a formula set up in the computer.

24         THE COURT:  Why would that be an outlier as

25   opposed to the 11.63?  How did you make that

Saed - Direct/Mr. Lapinski

25

1    determination?  Because that's also more than one from

2    the 10.50.  How did you make that determination?

3           MR. LAPINSKI:  Cory, do you have the ability

4    to bring up the full page?

5    A.    Your Honor, this is based on several formulas in

6    the vertical column not just one factor.  There are a

7    lot of corrections to get into that average, and this

8    is set electronically by the formula.

9    Q.    Doctor, in response to Judge Wolfson's question,

10   you referred to the fact that the 9.98 -- strike that.

11          Doctor, could you explain again to the Court

12   why the 9.98 would not just by default -- I'm sorry --

13   why the number other than the 9.98 would be the

14   outlier?

15   A.    Your Honor, as I said, these formulas are all

16   electronically computed, and they are put in based on

17   a certain calculation.  If you look at the vertical

18   column, you will see all these are corrections for

19   certain blanks and standards to compute that formula.

20   This is what the formula ended up doing.

21   Q.    Doctor, when you used the word "correction," can

22   you explain to the Court what you mean by the word

23   "correction"?

24   A.    Correction controlling for the blank,

25   controlling, for the changing in the assay.

Saed - Direct/Mr. Lapinski

26

1    Q.    The formulas that make up these Excel

2    spreadsheets, are these formulas, standard formulas

3    for the testing you are doing?

4    A.    Yes.

5    Q.    And are these formulas you worked on in the past

6    and tested in the past?

7    A.    Yes.

8    Q.    Others in the industry doing the work you've

9    done, are they utilizing the same formulas you used

10   here?

11              MR. WILLIAMS:  Objection.  No foundation.

12              THE COURT:  I would like more questions.

13

14

15   BY MR. LAPINSKI:

16   Q.    Doctor, based upon your experience, do others in

17   the field work with the same type of formulas you are

18   using here?

19   A.    Yes.

20              MR. LAPINSKI:  Your Honor, do you have any

21   other questions in regard to the spreadsheet or how

22   calculations are determined?

23              THE COURT:  Not for now.

24   Q.    Dr. Saed, at the time of your deposition, again,

25   you were unable to testify as to the accuracy of the

Saed - Direct/Mr. Lapinski

27

1   numbers.  What was the reason for that?

2   A.    Your Honor, the same reason; there are too many

3   data points.  There are over 5,000 data points, a lot

4   of formulas.  I cannot recall the exact formula at

5   this time when they asked me about it.

6          THE COURT:  By looking at these documents, the

7   spreadsheet, can you tell what the formula is that was

8   used?

9          THE WITNESS:  From looking at the spreadsheet

10  itself, no.  I have to look at the Excel sheet and in

11  the column, it says the formula.

12

13  BY MR. LAPINSKI:

14  Q.    Doctor, the formulas that you are referring to,

15  where are the formulas derived from?

16  A.    In this case, this is ELISA, so it comes from

17  the manufacturer, the kits.  This is taking into

18  account extinction coefficient, the slope of the

19  standard curve.  There are many formulas involved

20  here.

21          MR. LAPINSKI:  If we could please go to page

22  104 of the laboratory notebook.

23          Your Honor, we're actually going to be looking

24  at page 103 and 104.

25  Q.    Doctor, what does the data on page 104 of the

Saed - Direct/Mr. Lapinski

28

1   laboratory notebook represent?

2   A.    It represents a single nucleotide polymorphism

3   in different markers that we studied.  In this

4   specific one, it looks like catalase, which is a

5   powerful antioxidant enzyme.

6   Q.    One of the defendants' experts, Dr. Boyd, has

7   stated that for the two rows of the Excel spreadsheet

8   that are marked TOV 112-T alleles 1 and 2 should equal

9   1.0.

10        What is your opinion on that?

11  A.    If you look at the upper -- here this is the

12  frequency -- they add up --

13  Q.    I'm going to interrupt you for a second.

14        Doctor, you are referring to the catalase, and

15  that's on page 103 of your lab notebook.  Correct?

16  A.    Correct.

17  Q.    Continue.

18  A.    They add up to 100 percent, 1.0.

19        MR. LAPINSKI:  Your Honor, for your reference,

20  that's the upper left-hand corner, the highlighted

21  line that says SNP assay CAT.

22  Q.    Those add up to 100 percent?

23  A.    Yes.

24        If you go down to the other sheet, the other

25  sheet here representing CHI square, after running the

Saed - Direct/Mr. Lapinski

1    statistical analysis of the data, it is represented

2    here.

3    Q.    Doctor, would you expect the lines in the

4    spreadsheet on page 104 to add up to 1.0?

5    A.    No.

6    Q.    Doctor, are you aware of any data from your

7    Johnson's Baby Powder research that's incorrect?

8    A.    No.

9    Q.    How can you be sure of that?

10   A.    All our data is electronically calculated; and

11   to keep the record in the lab, we print them out from

12   the computer and we stick them in the notebook.

13         MR. LAPINSKI:  Your Honor, if I can approach

14   the bench, I want to take one of the laboratory

15   notebooks from you.

16         THE COURT:  One or two?

17         MR. LAPINSKI:  It's the one that's not labeled

18   "Temple."  It says "Nicole" on the binding of it.

19   Q.    Dr. Saed, the defendants have argued that there

20   have been pages removed from your laboratory

21   notebooks, and, in particular, the defendants have

22   made the argument that approximately 10 pages have

23   been removed including pages 52, 74, 108 through 113

24   and 120.

25         What I would like to do is put up on the ELMO

Saed - Direct/Mr. Lapinski

30

1   page 52 of your laboratory notebook.  Is page 52 of

2   your laboratory notebook missing?

3   A.    No.

4   Q.    What's reflected on page 52 of your laboratory

5   notebook?

6   A.    It is a blank page.

7   Q.    Why would there be blank pages in your

8   laboratory notebook, Doctor?

9   A.    Because this is the end of the section to start

10  a new section.

11  Q.    What's the significance of each section in

12  general, if you remember referencing a second?  Why

13  does your notebook have different sections?

14  A.    Before we start the experiment, we run different

15  experiments at the same time or similar time.  We

16  predivide before we start the experiment.  We divide

17  the lab notebooks into sections and label them.

18        If you look at the lab notebook, your Honor,

19  you will see these stickers that says ELISA.  This is

20  the section where we do ELISA and we write all the

21  results in it.

22        The next section is statistics.  This other

23  section is genetic mutations.  We do this before we do

24  anything.  We just estimate how many pages we need and

25  divide the lab notebook into sections; and when the

Saed - Direct/Mr. Lapinski

31

1    data comes in, we put them in the corresponding

2    sections.

3            THE COURT:  Who put the little stickies on

4    with those words, like ELISA that I see there?

5            THE WITNESS:  My research assistant.

6            THE COURT:  When is that done?

7            THE WITNESS:  When we started to do the

8    experiment.

9            THE COURT:  Right at the outset?

10           THE WITNESS:  Yes, before we fill in any data.

11

12

13   BY MR. LAPINSKI:

14   Q.    Dr. Saed, I'm next going to show you page 74 of

15   your laboratory notebook.  Is page 74 of your

16   laboratory notebook missing?

17   A.    No.

18   Q.    What's on page 74 of your laboratory notebook?

19   A.    Same.  It is a blank page.

20   Q.    Doctor, we're going to look at pages 108 through

21   113 of your laboratory notebook.  Are pages 108

22   through 113 of your laboratory notebook missing?

23   A.    No.

24   Q.    What's on those pages, Doctor?

25   A.    The blank pages.

Saed - Direct/Mr. Lapinski

32

1   Q.    How about page 120, Doctor?  You taped in some

2   additional data.  Correct?

3   A.    No.  This is already there.

4   Q.    Is page 120 missing, Doctor?

5   A.    No.

6        MR. LAPINSKI:  Your Honor, if I could approach

7   the bench, I'm going to give you the laboratory

8   notebook back.

9        THE COURT:  Thank you.

10  Q.    Doctor, I'm going to have the Court turn to page

11  24 of the laboratory notebook.  Doctor, after page 24

12  in the laboratory notebook, there are two pages that

13  have been removed.  Correct?

14  A.    Correct.

15  Q.    Can you please explain to me your understanding

16  as to why those pages from the laboratory notebook

17  were removed?

18       MR. WILLIAMS:  Which one are we using, Exhibit

19  H?  I would ask counsel to identify by the exhibits.

20  We're having trouble following, trying to find the

21  page.

22       MR. LAPINSKI:  By the Bates numbers.

23       MR. WILLIAMS:  Or the exhibit number.

24       MR. LAPINSKI:  Exhibit H.

25       MR. WILLIAMS:  Can I ask the page number.

Saed - Direct/Mr. Lapinski

33

1      MR. LAPINSKI:  24.

2      MR. WILLIAMS:  In the copy we have, your

3   Honor, some of the page numbers are legible but some

4   are not at the bottom of the page.  So we would ask

5   that counsel describe the Bates number rather than the

6   handwritten page number because those are not legible.

7      THE COURT:  Okay.

8

9

10   BY MR. LAPINSKI:

11   Q.    Dr. Saed up on the ELMO we have page 24 of your

12   laboratory notebook, which was in Exhibit G, and the

13   2 pages following page 24 have been removed.  Correct?

14   A.    Correct.

15   Q.    Can you please explain your understanding as to

16   why those pages have been removed?

17   A.    Your Honor, we have a new hire research

18   assistant from China, and she was not familiar with

19   the practice, normal practice of lab notebooks.  She

20   wanted to keep everything related to talcum powder in

21   one notebook.  So she started a different project in

22   those two pages.  So she decided to take them out.  I

23   instructed her not to do it.  This is very bad

24   laboratory conduct.

25   Q.    Dr. Saed, I'm going to ask you to make sure you

Saed - Direct/Mr. Lapinski

34

1    speak up.

2         Dr. Saed, is it normal lab practice to remove

3    pages from your notebooks?

4    A.    Absolutely not.

5    Q.    Doctor, do the missing pages have any

6    substantive effect on the work that you have done?

7    A.    No.

8    Q.    Why not?

9    A.    They are completely for a different project.

10   Typically, in our lab, your Honor, we have small

11   projects and we have one notebook we used for

12   different projects because we divide them into

13   sections.  In this one we decided to keep everything

14   related to talcum powder in one place.

15   Q.    To the extent the pages of the notebook had been

16   removed and those pages had contained a computerized

17   data you put into the notebook.  Would the removal of

18   those pages have any substantive effect on the work

19   you did?

20   A.    No.

21   Q.    Why not?

22   A.    Because they don't have any data, and they are

23   for a different project.

24   Q.    Where is the data for your research maintained?

25   A.    They are all maintained in the computer

Saed - Direct/Mr. Lapinski

35

1   electronically.

2   Q.    Doctor, to the extent the pages that have been

3   removed contain handwritten notes on the methodologies

4   that you employed in your research, would that have

5   any substantive effect on the outcome of your results?

6   A.    Not at all.

7   Q.    Why is that?

8   A.    Because all the data is in the computer, and

9   they are glued into the lab notebook; and, also, these

10  methodologies, we have done several, many, many, many

11  times, and we are familiar with the methodology.  So

12  the lab notebook have no -- we have the data that

13  comes from the computer straight to the lab notebook.

14  No one has any influence in the lab nor in the

15  computerized data.

16  Q.    Dr. Saed, are there certain sections within the

17  notebook where white-out has been used?

18  A.    Yes.

19  Q.    Can you please explain your understanding as to

20  why certain pages of your notebook have white-out on

21  them?

22  A.    Yes.

23          MR. WILLIAMS:  May we ask again what notebook

24  is it, G or H?

25          MR. LAPINSKI:  We are going to end up

Saed - Direct/Mr. Lapinski

36

1  referencing H; but in general, there is white-out in

2  parts of section G and white-out in parts of section

3  H.

4          MR. WILLIAMS:  As counsel is going through

5  those, will he identify whether it is G or H.

6

7

8  BY MR. LAPINSKI:

9  Q.    Doctor, in Exhibits G and H there are pages that

10 have white-out.  Correct?

11 A.    Yes.  Your Honor, this is from the new hired

12 lady.

13         THE COURT:  Speak up.

14         THE WITNESS:  The new research assistant that

15 we hired has this habit of whiting out spelling

16 mistakes, grammar, because she's embarrassed if we see

17 it.  If you look at the white-out, you can see through

18 them.  All the white-out is in the writing section,

19 the methodology part that we already have established

20 in the lab with printouts.  She has no white-out in

21 the data.  All the data is in the computer.  She has

22 nothing to do with that.  I instructed her this is a

23 bad practice.  You cannot white-out stuff.  You have

24 to cross it and write over it, and she never did it

25 after that.  But all the white-out is in the writing,

Saed - Direct/Mr. Lapinski

37

1    the methodology part, not in the data part.  So it

2    will not have any substantial effect on the data.

3    Q.    Dr. Saed, who has ultimate responsibility for

4    the content of these laboratory notebooks?

5    A.    I do.

6    Q.    Dr. Saed, did anyone in your lab use white-out

7    to change information after your experiments had been

8    completed?

9    A.    No.

10   Q.    Did you or anyone in your lab use white-out to

11   change the results in your research?

12         MR. WILLIAMS:  Objection.  Lacks foundation.

13

14   BY MR. LAPINSKI:

15   Q.    Doctor, are you aware of whether anyone in your

16   lab used white-out to change any results of your

17   research?

18   A.    Your Honor, I have lab notebooks dated 20 years

19   ago to now, and I can show there is not one single

20   incident we have white-out in any of those lab

21   notebooks.  This is just because of this new hire.

22   She wasn't familiar with the practice and she started

23   whiting out; and the white-out you could see through

24   it, and no white-out is in the data.  This is just in

25   the methodology.  We don't even need to put in the lab

Saed - Direct/Mr. Lapinski

38

1    notebook.

2    Q.    Dr. Saed, does the white-out have any

3    substantive effect on the results of your research?

4    A.    Absolutely not.

5    Q.    Why not?

6    A.    Because all of the data are electronically kept

7    with formulas.

8         THE COURT:  For instance, when you were doing

9    your results 24, 48, and 72 hours, was that

10   electronically kept simultaneously while you were

11   doing the work?

12        THE WITNESS:  Yes.

13        THE COURT:  Because there are some indications

14   the 48 hours was changed to 72 at some point?

15        THE WITNESS:  Not in the lab notebook.  There

16   was an error in the actual manuscript.  Your Honor,

17   the manuscript -- we have trainees like clinical

18   residents and fellows, and we let them participate in

19   writing, practicing writing a paper and discussing

20   data and doing graphs.  This is part of our mentorship

21   practice.

22        MR. WILLIAMS:  I can't hear him.

23   A.    This is part of our mentorship practice.  If

24   there is an error that's in the manuscript when it

25   gets back to me at the last stage, I will make sure I

Saed - Direct/Mr. Lapinski

39

1  check everything and I correct everything according to

2  what's written in the laboratory notebook.

3          THE COURT:  You would consider that

4  significant, the timing, in the experiments?

5          THE WITNESS:  Yes.

6  Q.   Dr. Saed, is the timing related to the

7  experiment maintained in the computerized data that

8  you previously referred to?

9  A.   The timing of each experiment is logged in in

10  the lab notebook.

11  Q.   And the data that results from the different

12  experiments that you run at different time intervals,

13  where is that data stored?

14  A.   In the computer.

15  Q.   Is it possible to change the timing that you

16  referred to in your research by using white-out?

17  A.   No.

18          THE COURT:  I just want to clarify this.  I

19  asked him the question about timing.  He said it is in

20  the computer.  You just asked him -- you said is the

21  timing related to the experiment; his answer was the

22  timing of the experiment is logged into the lab

23  notebook.  It is not quite consistent to me.  I want

24  to understand before we go on.

25  Q.   Doctor, do you understand the question Judge

Saed - Direct/Mr. Lapinski

40

1    Wolfson is asking?

2           THE COURT:  Clarify where the timing is

3    entered and when it is entered from each of those

4    sources, computer versus lab notebook.

5           THE WITNESS:  I will.

6           In the lab notebook, we write "experiment" as

7    you see there.  We write "cells," what cells we treat;

8    we list them.  What material we use, what type of

9    powder we use, and how long we are going to treat.

10   Then we run the assay.  And in the computer there is a

11   date -- if you look at the electronic copies you see

12   the dates.  There is a date in the electronic copy

13   where we run the assay.  And then all the data from

14   the assay is linked to the computer.  The computer is

15   exported to the spreadsheet  that has all the

16   formulas, all the calculations --

17          THE COURT:  Who inputs into the computer?

18          THE WITNESS:  We remove them from the

19   computer, from the computer that's linked to the

20   machine.  We take them in a flash drive.  We put them

21   in the main computer of the lab, and we transfer,

22   export the data to the spreadsheet.

23          THE COURT:  I'm asking how it appears on the

24   computer.  I just want to understand what your

25   testimony is.

Saed - Direct/Mr. Lapinski

41

1          Is what you are saying, that this assay --

2    what's actually being done on there is somehow on the

3    machine also reflecting the timing, and that is on a

4    flash drive that gets put into the computer or no?

5          THE WITNESS:  No.

6          THE COURT:  So I'm not understanding your

7    testimony.

8    Q.    Dr. Saed, can you clarify in regard to the

9    different treatment times, 24, 48 and 72 hours, how

10   those treatment times are recorded?

11         THE COURT:  How they are recorded into the

12   computer.  He's already said they go into the lab

13   notebook, and I think you answered those are entered

14   into the lab notebook at the time that the experiment

15   is occurring, not after the fact.  Is that correct?

16         THE WITNESS:  We enter them into the lab

17   notebook.

18         THE COURT:  When?

19         THE WITNESS:  When we start the experiment.

20   We write the conditions, the cells, how long they are

21   going to be exposed for, the time, what are the doses

22   we are going to use, and we write this down.  We go

23   and do the experiment.  We print the printout of the

24   experiment from the computer, from the spreadsheet; we

25   print it out and stick it next to those sections where

Saed - Direct/Mr. Lapinski

42

1   we describe it.

2          Am I clear?

3          THE COURT:  I don't think I'm going to get it

4   any clearer.  I guess you'll move on.

5   Q.    Doctor, in section H of the laboratory notebook

6   you previously testified that this section of the

7   laboratory notebook pertains to your testing on

8   Johnson's Baby Powder.  Correct?

9   A.    Yes.

10  Q.    If you would, Doctor, can you please tell the

11  Court how you know that it was Johnson's Baby Powder

12  that was used in this third section of testing?

13  A.    The first page in the introduction where we

14  started.

15  Q.    That's the first page in Exhibit H.  Correct?

16  A.    In the lab notebook, yes.  It shows the picture

17  of Johnson & Johnson Baby Powder.  It shows the cells

18  that we used.  It shows everything in the beginning.

19         THE WITNESS:  If I may, your Honor, to follow

20  up with how we record the time, if you open to the

21  same page as this one here --

22         THE COURT:  I think you are referring in this

23  lab notebook, which page?

24  BY MR. LAPINSKI:

25  Q.    I'm assuming, Doctor, you are referring to the

1   first page in Exhibit H?

2   A.    Yes.

3        MR. LAPINSKI:  Your Honor, I believe in the

4   laboratory notebook that would be page 28, I believe.

5   In that notebook, your Honor --

6        THE COURT:  Somewhere down the line when I

7   have to look at this record I would have no idea what

8   pages you are referring to if you are giving me the

9   lab notebook versus Exhibit H.  Maybe the best thing,

10  let's refer to the exhibits.

11       MR. LAPINSKI:  In your binder, Exhibit H in

12  your binder, the first page, Exhibit H in your binder.

13       THE COURT:  It is a picture of Johnson's --

14  Q.    Dr. Saed, I asked you the question whether or

15  not Johnson's Baby Powder had been used in the

16  experiments that you had conducted, and you said yes.

17  Can you explain to me how you can be sure it was

18  Johnson's Baby Powder that was used?

19  A.    This section of the lab notebook, all the work

20  is done with Johnson & Johnson Baby Powder, and

21  usually we describe the cell lines that we are going

22  to use and where do they come from, and we put a

23  picture and lot number of the Johnson & Johnson Baby

24  Powder that we used.

25       MR. LAPINSKI:  Judge Wolfson, do you have any

Saed - Direct/Mr. Lapinski

44

1   questions in regard to sections in the lab notebook

2   that might have had white-out?

3          THE COURT:  Without going to specific pages.

4   I have his general testimony of what occurred saying

5   it was due to errors by a new lab assistant who didn't

6   understand how to do things, and his view was none of

7   it was substantive.  I'll wait for cross-examination

8   on particular ones. I'll wait for that.

9   Q.    Dr. Saed, I would like to be able to discuss

10  with you the methodologies you employed while

11  conducting your research.

12         In your opinion, are the methodologies you

13  used in conducting your research generally accepted?

14  A.    Yes.

15  Q.    Can you please explain that?

16  A.    As I said, in my research I used realtime PCR,

17  ELISA, MTT proliferation assay, apoptosis assay, cell

18  death assay, and all the assays, your Honor, I just

19  listed, these are very well established assays

20  methodologies, well used by the research community in

21  hundreds, maybe thousands of papers.

22  Q.    Doctor, did you publish on the same methods you

23  used in your Johnson & Johnson Baby Powder recently?

24  A.    Yes.

25  Q.    The methods you used in the research of Johnson

Saed - Direct/Mr. Lapinski

45

1 & Johnson Baby Powder, how many times do you think you

2 have published on those methods?

3 A.    I'll say over a hundred-plus publications.

4 Q.    Are there others in the scientific community

5 that published using those same methods?

6 A.    Yes.

7 Q.    How many times do you think others have

8 published on research using the methods you used in

9 your Johnson's Baby Powder research?

10 A.    This is a -- these are common methodologies.

11 Everybody in cell biology and biochemistry uses them,

12 everybody.

13 Q.    Are you aware of other researchers who published

14 using methods similar to the methods you used where

15 the publications dealt with research on talcum powder?

16 A.    Yes.

17 Q.    Doctor, I would like to discuss several

18 different aspects of your research design and methods.

19       First, Doctor, have you done testing on

20 particles applied to cell cultures in the past?

21 A.    Yes.

22 Q.    Can you give me some examples of testing done on

23 particles involving cell cultures?

24 A.    I was hired by Genzyme to test their product

25 Seprafilm.

Saed - Direct/Mr. Lapinski

46

1          They asked me to test the particulate, their

2     product, they used to prevent or minimize

3     postoperative adhesions.  Those adhesions happen in

4     women after caesarean sections, and I tested the

5     product, and we used the exact same methodology that

6     we used to test Johnson & Johnson Baby Powder, and I

7     found out that their product does not induce any

8     biological activity, and it works by -- simply as a

9     film barrier between juxtaposed surfaces.

10    Q.    Was it testing of the Seprafilm product you

11    referred to?  During that testing did you employ the

12    same methods you employed in testing Johnson's Baby

13    Powder?

14    A.    Yes.

15    Q.    Was your testing published?

16    A.    Yes.

17          MR. WILLIAMS:  Objection to the extent this is

18    not contained in the doctor's report, at least as far

19    as I know.  The testimony regarding the other company

20    and the other products.

21          MR. LAPINSKI:  The publications Dr. Saed is

22    referring to are contained in the CV attached to his

23    expert report.

24          THE COURT:  The question is, did he anywhere

25    indicate he used this method before, and he was

Saed - Direct/Mr. Lapinski

47

1  questioned about it at his deposition, and I take it

2  that was not part of the testimony.

3       MR. LAPINSKI:  The testimony at -- the

4  testimony at his deposition was that he couldn't

5  recall specific instances.  He did recall one instance

6  during his deposition that he had tested on particles

7  and cell cultures, but at the time of his deposition

8  he wasn't able to recall others.

9       Again, your Honor, the publications -- the

10  testing and research we are referring to right now are

11  publications contained in his CV and disclosed as work

12  he had done.

13       MR. WILLIAMS:  As I understand, what counsel

14  is saying, it is not indicated in Dr. Saed's report

15  that either the company or the material, the product

16  was tested.  He was asked about it at his deposition

17  and could not recall.  He could not list any.  So we

18  will ask to strike testimony concerning some prior

19  testing for another company with another product to

20  reach a particular result to the extent it is not in

21  the report.

22       THE COURT:  He certainly didn't have an

23  opportunity to explore it because he didn't identify

24  it before.

25       Let's move on, please.

Saed - Direct/Mr. Lapinski

48

1   BY MR. LAPINSKI:

2   Q.    Dr. Saed, the test methods that you employed in

3   testing Johnson's Baby Powder, have you used those

4   similar test methods to test particles in cell

5   cultures in the past?

6   A.    Yes.

7   Q.    That testing that you have done, have you been

8   published on that testing?

9   A.    Yes.

10  Q.    How many different times have you been published

11  on that form of testing?

12  A.    Over maybe 100 manuscripts.

13  Q.    Dr. Saed, is the testing of particles in cell

14  cultures that you've done in the past published?

15  A.    Yes.

16  Q.    Dr. Saed, are you aware of others who have

17  published on the testing of particles in cell cultures

18  using the same methods you employed in your Johnson's

19  Baby Powder research?

20  A.    Yes.

21  Q.    Dr. Saed, are the methods used by you in your

22  Johnson's Baby Powder research to test particles in

23  cell cultures generally accepted?

24  A.    Yes.

25  Q.    Dr. Saed, I want to talk to you about your use

Saed - Direct/Mr. Lapinski

49

1  of controls during your testing.  Could you explain to

2  the Court what a control is?

3  A.    A control is a vehicle that we use in order to

4  determine if the effect of the agent that we are

5  treating is due to the agent and not due to another

6  artifact.

7  Q.    In basic terms, can you give us an example of a

8  control?

9  A.    What I could think of right now, the best

10 example would be the placebo control when we are

11 testing the effect of drugs.

12 Q.    Doctor, did you use the control in the research

13 you constructed?

14 A.    I did.

15 Q.    What was the control you used?

16 A.    Talcum powder dissolved in DMSO and DMSO alone.

17 Q.    For what reason did you opt to use DMSO?

18 A.    DMSO is an organic solvent commonly used in

19 research studies, and I used it in the past and other

20 people have used it.

21 Q.    Have you used it in the past in research that

22 has been published?

23 A.    Yes.

24 Q.    Are you aware of others who used DMSO for

25 research that has also been published?

Saed - Direct/Mr. Lapinski

50

1    A.    Yes, several, many.

2    Q.    Would you consider DMSO to be generally accepted

3    by the scientific community?

4    A.    Yes.

5    Q.    Doctor, I want to talk to you about the doses

6    you chose to use during the testing of your Johnson's

7    Baby Powder.  What were the doses of talc that you

8    used as part of your research?

9    A.    I used zero, five, 20 and 100-micrograms per

10   milliliter.

11   Q.    How did you come to the decision to use those

12   doses?

13   A.    Those doses are published, similar to these

14   doses are published in the literature that talk about

15   testing talcum powder and determining whether the

16   powder has a biological effect in cells.

17   Q.    Did those published papers play a role in your

18   decision as to the doses you used in testing Johnson's

19   Baby Powder?

20   A.    It helped me to make sure I am in the right

21   range of doses and not using excessive dose that may

22   kill the cell.

23   Q.    Dr. Saed, are you familiar with the scientific

24   concept of testing in triplicate?

25   A.    Yes.

Saed - Direct/Mr. Lapinski

51

1    Q.    Can you explain that concept to the Court?

2    A.    Triplicate, your Honor, in cell culture as we do

3    it.  We do it in one way to take one cell, one plate,

4    and divide it into three different plates, and that's

5    considered the triplicate.

6         The other way which I like to do in cases like

7    this is to, instead of getting one cell line, divide

8    it into three, I got six different cell lines and I

9    used them.

10        So if you find the effect, the same effect

11   that we found with talcum powder in six different cell

12   lines, it will be way more powerful than finding this

13   effect in one cell line split into three.

14        THE COURT:  That's not testing in triplicate?

15        THE WITNESS:  It is.  It is testing more than

16   triplicate.  We tested six different cell lines.

17        THE COURT:  The way you explained the first

18   one, that's not what you are doing here.  What's

19   supports your basis for doing it in this way?

20        THE WITNESS:  When I did have it here, I've

21   decided to do it testing it in six different cell

22   lines rather than one cell line doing it three times.

23        THE COURT:  Then you are not repeating it.

24   You are doing different cell lines and not repeating

25   it three times with those cell lines?

Saed - Direct/Mr. Lapinski

52

1           THE WITNESS:  The experiments are all done in

2      triplicate, your Honor.  The effect that you see in

3      three normal, different normal is more powerful than

4      the same effect that you see in one normal three

5      times.  I published both ways.

6      Q.    Doctor, you've conducted experiments using both

7      designs that you discussed here.  Correct?

8      A.    Yes.

9      Q.    And you published using designs of triplicate

10     that you used here?

11     A.    Yes.

12     Q.    Are you aware of others that have been published

13     using the second form of triplicate that you used here

14     with Johnson's Baby Powder that have been published?

15     A.    Yes.

16     Q.    Doctor, if someone wanted to, how would they go

17     about reproducing the research that you did?

18     A.    They can read the manuscript, look at the

19     methodology part and replicate it.

20     Q.    Are the testing methods that you used in testing

21     Johnson's Baby Powder established testing methods?

22     A.    Yes.

23     Q.    If someone were to take the manuscript that you

24     used, referred to, and applied those general testing

25     methods, they would be able to reproduce the research

Saed - Direct/Mr. Lapinski

53

1   that you did?

2   A.    Yes.

3   Q.    I want to discuss with you the markers that you

4   used in analyzing Johnson's Baby Powder.  What were

5   the five different markers that you looked at?

6   A.    We looked at redox balance.  We looked at CA-125

7   levels.  We looked at cell proliferation.  We looked

8   at apoptosis.  We looked at gene mutations in key

9   enzymes that regulates the redox balance.

10  Q.    Why did you choose these particular markers?

11  A.    So these markers will provide the overall

12  picture of cells going into the transformation mode,

13  and also these are all well known experiments to us.

14  We have previously published with them.  They are

15  within the expertise of my lab.  We have done over 50

16  publications with this different testing in ovarian

17  cancer specifically.

18  Q.    Are you aware of others outside of your lab that

19  used these markers and tested for ovarian cancer using

20  these markers?

21  A.    Yes.

22  Q.    Are you aware of others who published using

23  these markers?

24  A.    Yes.

25  Q.    Would you consider the use of these markers to

Saed - Direct/Mr. Lapinski

54

1   be generally accepted?

2   A.    Yes.

3   Q.    Doctor, I would like you to describe the

4   specific experiments you chose to use in order to test

5   each marker.

6   A.    If you look, your Honor, at the screen, we

7   measured several processes.  We measured the redox

8   balance.  For this we used realtime PCR, which is a

9   well-establish technique by the research community and

10  ELISA, which is a well-established technique.  We used

11  CA-125.  We used ELISA to measure that, and that's a

12  very, very common technique.  We used the MTT cell

13  proliferation assay, which is a very commonly used

14  assay to measure cell divisions, and we used Caspase 3

15  activity, which is an indicator of cells going through

16  apoptosis, which is -- and we used Taqman, again, type

17  which is a very common assay looking at certain,

18  again, mutations and enzymes on proteins.

19  Q.    Doctor, were there other experiments you could

20  have chosen in order to test each marker?

21  A.    Yes.

22  Q.    Is it necessary to run every available

23  experiment for you to make determinations regarding

24  the effect of talcum powder on these various markers?

25  A.    No.

Saed - Direct/Mr. Lapinski

55

1   Q.    Why did you choose these particular experiments?

2   A.    Your Honor, these are very well established

3   methodologies in my lab, and we feel very confident

4   with these methodologies.

5   Q.    Doctor, in addition to them being very well

6   established in your lab, are you aware of others who

7   have used these experiments?

8   A.    Yes.

9   Q.    Are you aware of others who have been published

10  using these experiments?

11  A.    Yes.

12  Q.    Would you consider these experiments to be

13  generally accepted?

14  A.    Yes.

15  Q.    Doctor, could you please explain to the Court

16  what "altered redox balance" means?

17  A.    Redox balance, your Honor, you have two groups

18  of enzymes that regulate the overall oxidant balance:

19  The enzymes that cause oxidation and the enzymes that

20  remove oxidation, and the balance between the two is

21  redox balance.  This balance is very critical

22  especially for ovarian cancer development.  We have

23  published several papers showing this is a hallmark of

24  ovarian cancer pathogenesis.

25  Q.    Dr. Saed, what did your research find in regard

Saed - Direct/Mr. Lapinski

56

1  to redox balance?

2  A.    We found that ovarian cancer cells have enhanced

3  as we characterized previously, enhanced oxidative

4  stress balance.  They have enhanced prooxidant state.

5  What my research showed here, that if you treat normal

6  cells with Johnson & Johnson Baby Powder, you get a

7  huge increase in a dose response manner in oxidants.

8  This side here is oxidants.  This is a huge increase

9  compared to control, and this accompanied with a

10  decrease in antioxidants.

11         We confirmed this finding, your Honor.  We

12  didn't do just PCR one assay, one RNA.  We confirmed

13  the data at the RNA level and the protein level and

14  activity level in both tests.

15  Q.    Doctor, could you please explain to the Court

16  what apoptosis is?

17  A.    Apoptosis is a program cell death.  It is a

18  natural process that occurs in the body that

19  eliminates bad cells that we develop every single

20  minute in our body.

21  Q.    Can you explain to the Court what proliferation

22  is?

23  A.    Proliferation is cell division, but in cancer

24  cell division which is uncontrolled.  So the cells

25  keep dividing without control mechanism.

Saed - Direct/Mr. Lapinski

57

1    Q.    What did your testing of Johnson's Baby Powder

2    find as it relates to apoptosis and proliferation?

3    A.    We found an increase in proliferation in

4    uncontrolled cell division and decrease in apoptosis.

5    These two processes, your Honor, are strong indicators

6    of cells on their way to transformation.

7    Q.    Doctor, what is gene mutation?

8    A.    It is a switch in the nuclear type in the DNA.

9    Q.    What is the significance of gene mutation as it

10   relates to ovarian cancer?

11   A.    Gene mutations occur in almost all cancers that

12   we know.

13   Q.    What did you find out about gene mutation in

14   your research related to Johnson's Baby Powder?

15   A.    Your Honor, we found that if you expose normal

16   surface epithelial cells from the ovary to talcum

17   powder 100 micrograms per mill for 72 hours, you get a

18   switch in the genome in the DNA sequence that

19   corresponds to these key enzymes that regulate the

20   redox balance, and that's very, very significant

21   because it alters -- now we can understand the

22   mechanism by how Johnson & Johnson Baby Powder

23   inducing these mutations that changes the activity of

24   these enzymes that are key players keeping the oxidant

25   redox balance.

Saeed-Direct/Mr. Lapinski

58

1   Q.    Doctor, is there a difference between gene

2   mutation and cell transformation?

3   A.    Usually gene mutation is before transformation.

4   It is very early process.  It happens every day, and

5   we have apoptosis in our bodies that eliminate mutated

6   cells or bad cells.  But gene mutation is a very early

7   process and it is followed by transformation.

8   Q.    In the research you conducted related to

9   Johnson's Baby Powder, did your experiments find cell

10  transformation?

11  A.    No, I did not test for actual cell

12  transformation, but I tested for cell proliferation

13  and apoptosis which are accepted as strong indicators

14  of cells going transformation.

15  Q.    Doctor, what is your opinion as it relates to

16  Johnson's Baby Powder and cell transformation?

17  A.    I think the fact that Johnson & Johnson Baby

18  Powder was able to induce mutations in key oxidant

19  enzymes and antioxidant enzymes and altering their

20  activity and changing the overall redox balance in a

21  way that limits exactly what we have studied for

22  several years.  Ovarian cancer profile is very

23  significant.  It is an indication cells are going in

24  this direction.

25  Q.    Doctor, that opinion that you are offering, is

Saed - Direct/Mr. Lapinski

59

1   that opinion based solely upon the research you did

2   related to Johnson's Baby Powder?

3   A.    Yes, it is part of it, and the research we did

4   here and also in our 25 years experience, your Honor,

5   with oxidative stress and ovarian cancer.

6   Q.    Dr. Saed, what is CA-125?

7   A.    CA-125 is a marker of -- it is a cancer antigen

8   gene, a protein that is increased in cancer cells.

9   Q.    Why did you test for CA-125?

10  A.    It is considered a marker for ovarian cancer for

11  a doctor when they monitor patient response to

12  therapy.

13  Q.    What did your testing of CA-125 show?

14  A.    It shows that if you treat cells with

15  100 micrograms per ml for 72 hours, you will see a

16  significant increase in CA-125, indication of

17  inflammation.

18  Q.    Doctor, what cell lines did you use in the

19  experiments that you ran?

20  A.    Your Honor, we used three different ovarian

21  cancer cells and we used one normal epithelial

22  Fallopian tube cells and one normal primary ovarian

23  epithelial cells and as a control for nonepithelial

24  cell origin.

25  Q.    Doctor, how was it that you decided to use these

Saed - Direct/Mr. Lapinski

60

1  cell lines?

2  A.    These cell lines we have experience, we

3  published with them several times.  They are well

4  known to us in our lab, and we know their oxidative

5  stress profile.

6  Q.    Are you aware of others who have published using

7  these cell lines?

8  A.    Yes.

9  Q.    Doctor, could you have used just a single cell

10 line in your research?

11 A.    Yes.

12 Q.    Why did you choose not to use a single cell

13 line?

14 A.    It is more powerful to show the effect in

15 various cells than just one cell line.

16 Q.    Dr. Saed, I would like you to turn in your

17 binder to Exhibit SAED OPP Exhibit F.

18      MR. LAPINSKI:  That's toward the back, your

19 Honor.

20 Q.    Dr. Saed, what is it that we are looking at that

21 has been marked as SAED OPP Exhibit F?

22 A.    We are looking at hypothesis-driven proposal --

23 budget.

24 Q.    Dr. Saed, who prepared this budget?

25 A.    I did.

Saed - Direct/Mr. Lapinski

61

1    Q.    Why did you prepare this budget?

2    A.    Your Honor, before we start any project in our

3    lab, because we have many trainees and many research

4    assistants, we outline the project in a hypothesis-

5    driven research, because most of our projects end up

6    submitting to agencies for funding, and also for the

7    people in the lab to know the outline of the project,

8    and for us to know how much it will cost to run the

9    project.

10   Q.    Doctor, you used the phrase "hypothesis-driven

11   budget."  Can you please explain what you mean by

12   that?

13   A.    Hypothesis-driven research, I've been doing this

14   for the last 25 years or more.  When you write a grant

15   to agencies like federal agencies, for example, like

16   NIH or NCI, they have a format you should follow, and

17   I got the habit of following this format, which is the

18   hypothesis rationale -- what are your expected

19   results, what do you expect to get; if you don't get

20   what you expect to get, what is your alternative

21   approach, and what is your future direction.

22         I got into this habit of writing that all the

23   time.

24   Q.    If we could, Doctor, what was the objective of

25   the research that you stated in your budget?

Saeed - Direct/Mr. Lapinski

62

1    A.    So here the objective is to determine whether

2    talc can induce mutations in key redox enzymes.  These

3    mutations are responsible and they contribute to the

4    development of the oncogenic phenotype.  It is

5    becoming cancerous.

6    Q.    Doctor, could you please explain what you mean

7    by "oncogenic phenotype"?

8    A.    Cell becoming cancer.

9    Q.    At the time you prepared this budget, did you

10   think whether talc could induce mutations as you've

11   stated in your objective?

12   A.    No.

13   Q.    If we could go to the second page of this.

14         Doctor, this is Aim 1 on page 2 of your

15   proposal.  Could you explain to the Court how Aim 1 is

16   structured in accordance with the hypothesis-driven

17   budget you were previously explaining?

18   A.    In Aim 1 we wanted to determine whether exposing

19   cells to talc will change the overall oxidative stress

20   balance, and looking at key markers of oxidation and

21   key markers of anti-oxidation.

22   Q.    Is that the hypothesis?

23   A.    Yes.

24   Q.    You also mentioned a rationale part of the

25   hypothesis-driven budget.  Correct?

Saed - Direct/Mr. Lapinski

63

1    A.    Yes.

2    Q.    In the image you are looking at Aim 1, what part

3    of that would be the rationale that you are referring

4    to?

5    A.    That we have seen these changes linked to

6    ovarian cancer in previously published work that we

7    have done and others did, and we are looking at the

8    specific markers that are key regulators of oxidative

9    stress and inflammation, and we expect -- this is just

10   as I mentioned, your Honor -- this is just a way we

11   write for granting agencies.

12   Q.    Doctor, are you aware of others who prepared

13   grants that were submitted to agencies that employed

14   the same format you used in this budget?

15   A.    Yes.  Everybody has to use this format.

16   Q.    Doctor, in addition to the hypothesis and

17   rationale sections, you also mentioned there is an

18   expectation that's part of the hypothesis-driven

19   budget.  Correct?

20   A.    Yes.

21   Q.    Do you have an expectation section that's

22   demonstrated here in this aim?

23   A.    Yes.  Expectation doesn't mean this is what I

24   want to get.  It means based on the results would show

25   positive, this is what we would get, and then we would

Saed - Direct/Mr. Lapinski

64

1   have to have a alternative approach if our approach

2   doesn't work.

3   Q.    Is it standard practice when preparing this type

4   of hypothesis-driven budget and submitting a grant to

5   an agency to state what your expectations of your

6   research are?

7   A.    Yes.

8   Q.    In all three aims in your budget did you include

9   a hypothesis, a rationale, and an expectation?

10  A.    Yes.

11  Q.    I would like to go to Aim 3 that's contained in

12  your budget.

13        Doctor, in looking at Aim 3 that's contained

14  in your budget at the bottom in the expectations,

15  what's the expectation you have in Aim 3, Doctor?

16  A.    We expected to see if you treat cells with

17  talcum powder, they will result in neoplastic

18  transformation over time.  That's our expectation.

19  Q.    Doctor, does that sentence note anything else in

20  regard to neoplastic transformation?

21  A.    Yes, which is critical in establishing cause and

22  effect relationship.

23  Q.    Did you run a neoplastic transformation assay in

24  your research?

25  A.    No, I did not.

Saed - Direct/Mr. Lapinski

65

1  Q.    Is a neoplastic transformation assay necessary

2  to support the opinions you are providing here?

3  A.    No.

4  Q.    Why is that?

5  A.    Your Honor, as I mentioned, I have done cell

6  proliferation and apoptosis, and both are accepted as

7  strong indicators of cells going through the

8  transformation process.

9  Q.    Doctor, the research that you did related to

10 Johnson's Baby Powder, has that been reviewed by

11 independent experts?

12 A.    Yes.

13 Q.    I would like to be able to walk through the

14 reviews that have been conducted by independent

15 experts if we could.

16        Doctor, if you look at the screen, what's the

17 first time the research that you conducted related to

18 talcum powder was reviewed by independent experts?

19 A.    The first time is the abstract that we submitted

20 to the 65th annual meeting of the Society For

21 Reproductive Investigation.  This work is looking at

22 the effect of exposing cells to talc and looking at

23 the oxidative stress profile of the cell.

24 Q.    Doctor, what is your understanding as to the

25 number of experts that would review that abstract

Saed - Direct/Mr. Lapinski

66

1    prior to it being accepted for presentation?

2    A.    Typically, they are reviewed by four to six

3    experts.

4    Q.    When is the next time that your work was

5    reviewed by independent experts, Doctor?

6    A.    We submitted to the same meeting another

7    abstract looking at the levels of CA-125 in response

8    to talcum treatment of cells.  This is also reviewed

9    by four to six experts in the field.

10          MR. WILLIAMS:  We object to the lack of

11   foundation for the abstracts as to how many experts

12   reviewed.

13

14   BY MR. LAPINSKI:

15   Q.    Doctor, have you previously served as a reviewer

16   for the Society of Reproductive Investigation?

17   A.    Yes, I did.

18   Q.    In your experience as a reviewer for the Society

19   of Reproductive Investigation, how many experts will

20   commonly review abstracts submitted for presentation?

21   A.    Four to six.

22          THE COURT:  Is that what you are basing your

23   testimony on, your past experience?

24          THE WITNESS:  Yes.

25          THE COURT:  You don't know for a fact how many

Saed - Direct/Mr. Lapinski

67

1    reviewed your abstracts?

2          THE WITNESS:  No.

3          MR. LAPINSKI:  Your Honor, we can hand up an

4    exhibit which is a printout from the Society of

5    Reproductive Investigation that goes through the

6    guidelines required for the submission of an abstract

7    that supports there are four to six experts that do

8    review it.  It was our intention to hand that up

9    assuming he was questioned on cross-examination.  We

10   were going to hand that up on redirect --

11         THE COURT:  I think it was part of your

12   papers.  I thought I looked at it over the weekend.

13         MR. LAPINSKI:  I believe it was an exhibit.

14         THE COURT:  I saw them.

15   Q.   Dr. Saed, your manuscript was also submitted for

16   consideration to Gynecologic Oncology.  Correct?

17   A.   Yes.

18   Q.   Was your manuscript accepted for publication by

19   Gynecologic Oncology?

20   A.   No.

21   Q.   However, the submission was reviewed.  Correct?

22   A.   Correct.

23   Q.   What's your understanding as to the number of

24   experts who reviewed the submission you made to

25   Gynecologic Oncology?

Saed - Direct/Mr. Lapinski

68

1    A.    It is reviewed by two reviewers.

2    Q.    Can you identify what's on the screen?

3    A.    This is a letter from Gynecologic Oncology

4    stating they will not be able to accept my work at

5    this moment.

6          MR. LAPINSKI:  For the record, the exhibit

7    that's now showing on the screen is in the binder and

8    it is PSC Saed OP Exhibit M.

9    Q.    Dr. Saed, did you receive feedback from the

10   independent experts at Gynecologic Oncology with

11   regard to the manuscript that you had submitted?

12   A.    Yes.

13   Q.    I would like to first look at the feedback you

14   reviewed from Reviewer No. 1.  What were the comments

15   that Reviewer No. 1 made in regard to the manuscript

16   that you submitted?

17   A.    The first comment from Reviewer 1, it says that

18   "Overall, this is a well-written manuscript, and the

19   conclusions are supported by the results."

20   Q.    What are other comments that Reviewer No. 1

21   made?

22   A.    Reviewer No. 1 suggested to enhance the study by

23   utilizing mouse models.

24   Q.    In your opinion do you need animal studies to

25   support the opinions you are providing here today?

Saed - Direct/Mr. Lapinski

69

1  A.     No.

2  Q.     If animal studies were done, would the animal

3  study corroborate the work that you have done?

4  A.     Yes.  I have to say, your Honor, cell culture is

5  the gold standard for testing mechanisms if you are

6  looking at the effect of an agent on cell functions.

7  Q.     Dr. Saed, if we look at comment No. 3, and if

8  you could just read what comment No. 3 from Reviewer 1

9  was?

10  A.     It says:

11        "Oxidative stress is a key mechanism to the

12  initialization and progression of ovarian cancer.

13  This is not supported by this investigation and should

14  be omitted."

15  Q.     The quotation there, that's a quotation you had

16  in the manuscript that you submitted.  Correct?

17  A.     Yes.

18  Q.     And Reviewer No. 1 here is stating the opinion

19  that it's not supported by your research?

20  A.     Yes.

21  Q.     Do you agree with that comment, Doctor?

22  A.     No.

23  Q.     Why don't you agree with that comment?

24  A.     Because in the same journal I published a review

25  article, and this statement was the actual highlight

Saed - Direct/Mr. Lapinski

70

1    from that article, take-home message.

2    Q.    Doctor, I would like to take a look at the

3    comments --

4              THE COURT:  What is the review article?

5              MR. LAPINSKI:  Excuse me, your Honor?

6              THE COURT:  What is a review article?

7              THE WITNESS:  A review article is usually

8    written by experts in the field for the journal.  It

9    is a peer-reviewed, published review article.

10             THE COURT:  I'm not sure what that means.

11             THE WITNESS:  It is an article that's a review

12   article.  The review article is reviewed by the same

13   process but usually it's from experts in the field

14   opposed to -- as opposed to just a regular manuscript.

15   Q.    Doctor, is it your understanding, based upon

16   your experience and serving as a peer reviewer for

17   various journals, that those who write review articles

18   are usually invited to write the review article?

19   A.    Yes.

20   Q.    Is it your understanding that those who are

21   invited to write a review article are usually invited

22   because they are experts in the field?

23   A.    Yes.

24   Q.    Doctor, we have up on the screen the

25   February 2017 review article that we previously

Saed - Direct/Mr. Lapinski

71

1    referenced that was published in Gynecologic Oncology

2    which is the same journal you initially submitted your

3    manuscript to.  Correct?

4    A.    Yes.

5           THE COURT:  This was published before the one

6    that was declined.  Correct?

7           MR. LAPINSKI:  That's correct.

8           THE COURT:  This is 2017.  His publication

9    that was declined was 2018?

10          THE WITNESS:  Yes.

11   Q.    Doctor, what is the first highlight of the

12   review article you published in 2017?

13   A.    "Oxidative stress plays an essential role in the

14   pathogenesis of ovarian cancer."

15          That's the take-home message.

16   Q.    That take-home message from your February 2017

17   review article that was published in Gynecologic

18   Oncology.  In your opinion what is the difference

19   between that take-home message and what Reviewer No. 1

20   said is not present in the manuscript that you are

21   submitting?

22   A.    There is no difference.

23   Q.    You've previously been published on the topic

24   that Reviewer 1 said is not supported.  Correct?

25   A.    Correct.

Saed - Direct/Mr. Lapinski

72

1    Q.    If we could take a look at the comments of

2    Reviewer No. 2.

3          THE COURT:  My understanding is, what they

4    were saying is that -- in this criticism was that that

5    statement, however, was not supported by this

6    particular investigation or study.  That's what the

7    statement is as opposed to a general proposition which

8    was, I guess, the highlight in the first article.

9    They are referring to the actual investigation that

10   underlies the article.  Correct?  Isn't that what the

11   criticism is?

12         THE WITNESS:  Yes.

13   Q.    Dr. Saed, a question I would have for you is,

14   first, do you agree with the comments that Reviewer

15   No. 1 had in regard to your statement that oxidative

16   stress is a key mechanism in the initiation and the

17   progression of ovarian cancer, is not being supported

18   by your investigation?

19   A.    No, I disagree.

20   Q.    Doctor, have you previously researched and

21   published on that issue?

22   A.    Yes, I did.

23   Q.    Doctor, in your opinion, the research, the

24   manuscript that you submitted did support that

25   statement?

Saed - Direct/Mr. Lapinski

73

1   A.    Yes.

2         Your Honor, the same reviewer is commenting,

3   saying that the conclusions are supported by the

4   results.

5   Q.    Dr. Saed, we are now going to the comments of

6   Reviewer No. 2.

7         THE COURT:  That's a general comment because

8   it says -- I don't want to argue with the witness.

9   But it just says, the current in vitro study does

10  involve novel information, but there are some

11  important limitations described below, and one was the

12  third criticism.  I don't think you take the first

13  statement in the reviewer's comments in a vacuum.

14        MR. LAPINSKI:  Understood, your Honor.

15  Q.    Dr. Saed, what were the comments of Reviewer No.

16  2?

17  A.    The Reviewer No. 2 basically is saying that my

18  work with talcum powder will be enhanced if we could

19  show transformation evidence, of cell transformation.

20  And he suggested to show cell transformation, at least

21  to do cell proliferation and apoptosis assays.

22  Q.    Dr. Saed, what did you do as a result of the

23  comments that were provided by Reviewer No. 2?

24  A.    I was doing a cell proliferation and apoptosis,

25  and I combined the data on my cell proliferation and

Saed - Direct/Mr. Lapinski

74

1   apoptosis, and I resubmitted the whole thing to

2   Reproductive Sciences.

3   Q.    You resubmitted your manuscript including

4   research you had done on cell proliferation and

5   apoptosis?

6   A.    Yes.

7   Q.    That's what Reviewer No. 2 recommended that you

8   do?

9   A.    They recommended cell proliferation and

10  apoptosis.

11  Q.    Was the manuscript your submitted to

12  Reproductive Sciences accepted for publication?

13  A.    Yes.

14  Q.    Was that manuscript published?

15  A.    Yes.

16  Q.    When that manuscript was submitted to

17  Reproductive Sciences for publication, was that

18  manuscript and the work you had done reviewed by

19  experts?

20  A.    Yes.

21  Q.    What is your understanding as to the number of

22  experts that would have reviewed your work at that

23  time?

24  A.    At least two.

25          THE COURT:  Did you go back and do further

Saed - Direct/Mr. Lapinski

75

1    work?  Is that what you are suggesting?  Or did you

2    simply change how it was being represented?

3              THE WITNESS:  No, I did cell proliferation and

4    apoptosis.

5              THE COURT:  You did further study and

6    investigation?

7              THE WITNESS:  I was in the process of doing it

8    when I submitted the paper to GYN Oncology.  I did

9    apoptosis, and I was in the process of doing

10   proliferation, and I wanted to publish them in a

11   separate manuscript.  When the comments came in, I

12   decided to combine everything and send them to

13   Reproductive Sciences.

14             THE COURT:  The manuscript you finally

15   submitted or the abstract you submitted to the other

16   journal had new information in it?

17             THE WITNESS:  Yes.

18   Q.   Dr. Saed, the activity that you are discussing

19   related to proliferation and apoptosis, they were

20   tests that were done on Johnson's Baby Powder.

21   Correct?

22   A.   Yes.

23   Q.   Dr. Saed, going back to the peer review process,

24   after your manuscript had been accepted for

25   publication by Reproductive Sciences, did you submit

Saed - Direct/Mr. Lapinski

76

1    the results of your research for further consideration

2    and publication?

3    A.    Yes.  We submitted an abstract to the 50th

4    annual meeting of Society of Gynecologic Oncology, and

5    this is looking at the effect of Johnson Baby Powder

6    on gene mutation.

7    Q.    That submission, Doctor, to your understanding,

8    how many experts reviewed that submission prior to it

9    being accepted?

10   A.    My understanding, abstracts are reviewed at

11   least by four experts in the field.

12   Q.    Doctor, did you present or did you submit for

13   expert review and consideration your research another

14   time?

15   A.    Yes.  Also, I presented my work in the 66th

16   annual meeting of Society of Reproductive

17   Investigation, which was held in Paris last March, and

18   this work was also reviewed by at least four experts

19   in the field.

20            THE COURT:  Is this the same as the poster

21   that's mentioned or is this something different?

22            THE WITNESS:  The last two?

23            THE COURT:  I know in reading the materials

24   there was something about the 50th annual meeting, and

25   it was talking about a poster being submitted.  I want

1   to make sure I have the right things in mind.

2   Q.    Dr. Saed, in regard to your submission to the

3   Society of Gynecologic Oncology, could you please

4   explain to the Court the process of the submission and

5   how the poster presentation plays into that

6   submission?

7   A.    Your Honor, this is an abstract that's submitted

8   to the Society of Gynecologic Oncology meeting in

9   Honolulu in March, and it was presented by Dr. Harper,

10  a fellow in my lab, and it is about the effect of

11  talcum powder, Johnson & Johnson Baby Powder, on gene

12  mutations.  It was a poster, yes.

13  Q.    Doctor, could you please explain to the Court

14  the relevance of your research being presented as a

15  poster at the meeting as compared to it being accepted

16  as an abstract?

17  A.    Most abstracts get accepted and the reviewer

18  will decide the method of presentation.  They either

19  give you an oral presentation or poster presentation.

20        MR. LAPINSKI:  For the record, the poster

21  presentation that relates to the March 2019 SRI

22  meeting, is in your binder, and it is marked as PSC

23  Saed 3?

24        THE WITNESS:  That's the cell proliferation

25  and apoptosis.

Saed - Direct/Mr. Lapinski

78

1  Q.    Dr. Saed, since the time that you started your

2  research related to talcum powder, how many

3  independent experts have reviewed your work?

4  A.    I would say at least 20.

5  Q.    Have any of those experts questioned the

6  methodology that you employed in conducting your

7  research?

8  A.    No.

9  Q.    Have any of those experts criticized the

10 methodologies you used in conducting your research?

11 A.    No.

12 Q.    Dr. Saed, do you believe that the work that you

13 did is subject to any conflicts that need to be

14 disclosed?

15 A.    No.

16 Q.    Why is that?

17 A.    I don't believe I have a potential financial

18 interest from this work.  So I don't think there is a

19 conflict of interest.  I checked with the Society of

20 Gynecologic Oncology, and I checked with SRI, and when

21 you submit abstracts, you are not required to submit a

22 conflict of interest.  I actually called them by phone

23 and checked and made sure I'm doing the right thing,

24 and I asked them -- I'm doing this as part of this

25 litigation.  I'm doing this work in my lab.  Is this

Saed - Direct/Mr. Lapinski

79

considered a conflict of interest?  My understanding,

they explained to me, the conflict of interest is when

you have a commercial entity that will fund your lab

to develop a product that you have a potential

financial interest in it.

Q.    Dr. Saed, who paid for the research that you

conducted related to Johnson's Baby Powder?

A.    My lab.

Q.    Dr. Saed, if your research had shown that there

was no biologic activity when testing Johnson's Baby

Powder, would you have attempted to publish your

research anyway?

A.    Yes.

Q.    If you had found there was no biologic activity

as a result of the exposure of cells to Johnson's Baby

Powder, what would your opinion have been?

A.    My opinion would be at the molecular level,

talcum powder exposure does not change the molecular

level of cells.

Q.    Dr. Saed, if you don't believe you have a

conflict, why is it you included a disclosure of

potential conflicts in the manual you submitted to

Reproductive Science?

A.    I was criticized by Johnson & Johnson lawyers

why I didn't put this.  So in the revision when I got

Saed - Direct/Mr. Lapinski

80

1   the paper, the manuscript, I decided to add it in.

2   Q.    As you sit here now, do you believe there is a

3   conflict of interest related to the work you did in

4   regard to Johnson's Baby Powder?

5   A.    No.

6   Q.    What input did plaintiffs' lawyers have into the

7   design of the research that you conducted?

8   A.    None.

9   Q.    What input did plaintiffs' lawyers have into the

10  methodologies that you employed in conducting your

11  research?

12  A.    None.

13  Q.    What input did plaintiffs' lawyers have into the

14  outcome of your research?

15  A.    None.

16  Q.    Did plaintiffs' lawyers have any input into any

17  aspect of the research that you conducted?

18  A.    The only thing, your Honor, I was asked by them

19  is to test -- I initially started with talcum powder

20  from Fisher.  They asked me if I could test with it

21  Johnson & Johnson Baby Powder.  That's the only thing

22  they told me.

23         MR. LAPINSKI:  Judge Wolfson, do you have any

24  questions for Dr. Saed in regard to the methodologies

25  he employed or the reliability of the methodologies he

Saed - Direct/Mr. Lapinski

81

1    employed?

2            THE COURT:  Not at the moment.  I'll wait for

3    the cross-examination, and I know you have redirect.

4    Q.    Doctor, are you aware of the claims being made

5    in this litigation?

6    A.    Yes.

7    Q.    What is your understanding of the claims that

8    are being made?

9    A.    That genital use of Johnson & Johnson Baby

10   Powder subject patients to or individuals, women to

11   increased risk of ovarian cancer.

12   Q.    Doctor, are your opinions -- strike that.

13           Doctor, is the research you conducted and the

14   opinions you provided relevant to this litigation?

15   A.    Yes.

16   Q.    Why do you think so?

17   A.    Because showing an effect at the molecule level,

18   at the cell level, especially showing the

19   transformation process, the gene mutations, the

20   uncontrolled cell division, and most importantly,

21   showing that if you expose normal ovarian cells to

22   Johnson & Johnson Baby Powder, you can mimic exactly

23   what you see in what we see in ovarian cancer hallmark

24   is significant, and it indicates that the exposure to

25   this powder will push the cells towards

Saed - Direct/Mr. Lapinski

82

1    transformation.

2           MR. LAPINSKI:  Your Honor, unless you have any

3    questions, I'm finished with my questioning.

4           THE COURT:  This is a good time to break and

5    we'll come back and start the cross.  Let's try and do

6    about 45 minutes.

7           Thank you.

8           THE DEPUTY CLERK:  All rise.

9           (The luncheon recess is taken.)

10          (Continued on the next page.)

11   ///

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Saed - Cross/Mr. Williams

83

1           **A F T E R N O O N    S E S S I O N**

2

3           THE DEPUTY CLERK:  All rise.

4           THE COURT:  Thank you.

5

6    **GHASSAN SAED,** resumed.

7

8    CROSS-EXAMINATION

9    BY MR. WILLIAMS:

10   Q.    Dr. Saed.  Good afternoon, Dr. Saed.

11   A.    Good afternoon.

12   Q.    Have we met before?

13   A.    No.

14   Q.    My name is Bart Williams, and I represent

15   Johnson & Johnson, and I have some questions for you

16   this afternoon.

17           In front of you you should have two binders,

18   No. 1 and No. 2.  Those will have exhibit numbers I

19   will identify.

20           MR. WILLIAMS:  For the record, the volumes the

21   witness has and defense counsel has, we have two

22   different volumes because they are two-sided copies.

23   The copies for the Court staff and the Court are

24   one-sided --

25           THE COURT:  Were you warned about that?  I do

Saed-Cross/Mr. Williams

84

 1    like single-sided because it is easier for me.

 2            MR. WILLIAMS:  That third binder is one

 3    exhibit.  Exhibit P-298.  We may not use it.  So the

 4    third binder can be set to the side.

 5            Also, there is a red binder that contains the

 6    prior testimony of Dr. Saed for the Court, for

 7    counsel, and for the Court's clerk.

 8    Q.    Dr. Saed, you are not a gynecological

 9    oncologist?

10    A.    No.

11    Q.    You are not a medical doctor?

12    A.    No.

13    Q.    You do not treat patients?

14    A.    No.

15    Q.    I would like to ask you to speak up, if you

16    would.

17            I would like you to think back to August of

18    2017 when you were first contacted by plaintiffs'

19    counsel to do work in this case.  Do you have that

20    timeframe in mind?

21    A.    Yes.

22    Q.    August 2017?

23    A.    Yes.

24    Q.    You were first contacted by plaintiffs' counsel,

25    the Beasley Allen law firm, in the middle of August

Saed - Cross/Mr. Williams

85

1   2017.  Right?

2   A.    Sometime in August.  I can't remember the exact

3   date.

4         MR. WILLIAMS:  Your Honor, I would like to

5   read from the red notebook.  It is the first tab from

6   Dr. Saed's testimony from January 23rd, 2019, page 25,

7   line 2.

8         "QUESTION:  Do you recall the date of your

9   first contact by Beasley Allen?

10        "ANSWER:  Around the middle of August."

11        Is that accurate sir?

12  A.    Yes.

13  Q.    At that time, the middle of August 2017, you had

14  never conducted a study involving talc.  True?

15  A.    True.

16  Q.    In fact, you had never done a laboratory study

17  of any kind involving talcum powder?

18  A.    True.

19  Q.    True or not true:  When the plaintiffs'

20  attorneys first contacted you in August 2017, you had

21  already formed the opinion that talc induces ovarian

22  cancer?

23  A.    Not true.

24  Q.    Let me have you --

25        MR. WILLIAMS:  Your Honor, if I may, I would

Saed - Cross/Mr. Williams

86

```
 1    like to read from the first day of Dr. Saed's
 2    deposition.  It is tab 1 in the red binder.  It is
 3    page 31, line 24 through page 32, line 3.  Paragraph.
 4    Q.   Doctor, do you recall being asked the following
 5    question and giving the following answer?
 6         "QUESTION:  Sure.  As of the time you received
 7    the call from Ms. Thompson, what opinion did you have
 8    with regard to talc and ovarian cancer?
 9         "ANSWER:  That talc is a potential inducer of
10    inflammation and it induces and increases the risk of
11    ovarian cancer."
12         Was that the question you were asked and the
13    answer you gave?
14    A.   Your Honor, I mixed up between opinion and
15    conclusion.
16    Q.   May you speak into the microphone.
17    A.   When I was contacted by Dr. Thompson, I was
18    already exposed to the media and seeing that the story
19    of ovarian cancer and talcum powder were linked.
20    That's what I was referring to.
21         THE COURT:  Based on the media you had an
22    opinion?
23         THE WITNESS:  No.
24         THE COURT:  I didn't understand your answer.
25    That's what I thought you were just saying.  I know
```

Seed/Cross/Mr. Williams

87

1    you are distinguishing opinion and conclusion?

2         THE WITNESS:  When I heard the media talking

3    about ovarian cancer, my specialty what I do in our

4    lab is ovarian cancer.  So when you hear something

5    that is causing ovarian cancer, it would be in a

6    particular interest to me to test it out.

7         THE COURT:  That wasn't the question.  I'll

8    allow you, Mr. Williams, to ask it again and see if he

9    can listen carefully and answer his question.

10   BY MR. WILLIAMS:

11   Q.    My question is this, sir:  At the time when you

12   were first contacted by plaintiffs' counsel, you had

13   the opinion that talc is a potential inducer of

14   inflammation and it induces increased risks of ovarian

15   cancer.  Right?

16        THE WITNESS:  Your Honor, again, maybe what it

17   says there, maybe that's what I said, but let me

18   explain.  I need to explain this.

19        THE COURT:  You'll have an opportunity if you

20   want.  The question is:  Are you answering it today or

21   are you accepting the answer you gave in your

22   deposition?  That was your testimony.  Correct?

23        THE WITNESS:  At that time I did not have an

24   opinion.

25   Q.    So you are backing off of the testimony that you

Saad - Cross/Mr. Williams

88

1   gave during your deposition.  Is that accurate?

2   A.    Can I explain?

3   Q.    That's okay.  I'll move on.

4         THE COURT:  Does he have his deposition in

5   front of him?

6         MR. LAPINSKI:  Can we make sure?

7         MR. WILLIAMS:  Actually, that's not required

8   by the rule, but we will do that.

9         THE COURT:  Since he is accepting what you are

10  reading, I want him to have an opportunity to look at

11  it and see what it says.

12        MR. WILLIAMS:  May I approach, your Honor?

13        THE COURT:  Yes.

14        (Pause.)

15        THE COURT:  Page 31 of your deposition, bottom

16  of the page on 31.

17        (Pause.)

18        THE COURT:  Is that what you said?

19        THE WITNESS:  Yes.

20        THE COURT:  I heard what you said.  Do you

21  still agree with that testimony or are you backing off

22  of that testimony?  That's his question.

23        THE WITNESS:  I agree with the testimony, yes.

24  Q.    I would like to talk about your opinions

25  regarding causation in this matter.

1    As we have been discussing already today with

2    plaintiffs' counsel.  It is your opinion Johnson's

3    baby powder can cause ovarian cancer in humans.

4    Correct?

5    A.    Yes.

6    Q.    It was your objective in preparing your opinion

7    in this case to determine whether the use of talcum

8    powder causes ovarian cancer in humans.  Correct?

9    A.    No.

10    Q.    It was your objective to determine whether the

11    use of talcum powder poses an increased risk of

12    ovarian cancer.  True?

13    A.    My objective was to determine if exposure of

14    cells, normal ovarian cells to talcum powder will

15    induce an inflammatory reaction of the redox balance

16    in the same way that we know it mimics what we see in

17    ovarian cancer.  That's my objective.

18    Q.    The opinion you have given here, both in your

19    report and here today, is that Johnson's Baby Powder

20    can cause ovarian cancer.  Right?

21    A.    Yes.

22    Q.    And you are testifying now that was not your

23    objective?

24    A.    Not true.  We are mixing up stuff here.  I need

25    to explain this.  You are mixing up between objective,

Saed - Cross/Mr. Williams

90

1  the objective of my experiments that I did, and then

2  the opinions that I reached based on not only the

3  experiments that I did but also on the literature that

4  is published, and also on other people who did the

5  same work with talcum powder and cell culture.

6  Q.    Are you or are you not providing an opinion that

7  talcum powder can cause ovarian cancer in humans?

8  A.    Yes.

9  Q.    And you have provided the opinion that it can?

10  A.    Yes.

11  Q.    Your opinion that talcum powder can cause

12  ovarian cancer is based upon your in vitro experiments

13  in part.  Correct?

14  A.    Correct.

15  Q.    Now, you say talc can result in the development

16  of ovarian cancer; true?  That's how the phrasing is

17  in your report.  Do you remember that?

18  A.    Yes.

19  Q.    Do you believe talc exposure can cause other

20  gynecological cancers?

21  A.    Believe this on what, my expertise?

22  Q.    Based on anything.  Your expertise, what you

23  have studied, the analysis you did in this case.

24  A.    I only examined the effect of talcum powder on

25  normal epithelial ovarian cells.  I did not test other

Siedd Cross/Mr. Williams

91

1   gynecologic cancers.

2   Q.    Weren't tests done on fallopian cells?

3   A.    Fallopian is an epithelial that is believed to

4   be the source of where ovarian cancer starts.  So it's

5   relevant to ovarian cancer.

6   Q.    You do not cite any studies in your expert

7   report showing an increase in other gynecological

8   cancers associated with perineal talc use.  Correct?

9   A.    I did not study other gynecologic cancers.

10  Q.    You did not cite any studies showing an

11  association between talc uses and vagina cancer?

12  A.    I did not study.  This is not my specialty.

13  Q.    The same with cervical cancer?

14  A.    I'm only interested in ovarian cancer.  That's

15  my lab focus and this is my research.

16  Q.    The same with uterine cancer.  Is that right?

17  A.    Yes.

18  Q.    You performed in vitro experiments using

19  Johnson's Baby Powder.  Right?

20  A.    Yes.

21  Q.    In vitro experiments refers to experiments done

22  with cell lines in a laboratory.  In vivo

23  experimentation refers to experiments done on animals.

24  Right?

25  A.    And humans.

Seed-Cross/Mr. Williams

92

1  Q.    You conducted only in vitro experimentations for

2  your report in this case.  Right?

3  A.    Yes.

4  Q.    You did not try to replicate the results of your

5  results that you had received from your in vitro work

6  in an in vivo model.  Right?

7  A.    I did not need to.

8  Q.    My question was whether you did or did not.  You

9  did not do any in vivo studies.  Correct?

10  A.    Yes.

11  Q.    Can you and I agree that in vivo animal studies

12  are important to determining whether a substance can

13  cause cancer in humans?

14  A.    Not necessarily.  I disagree.

15  Q.    Isn't it true that you believe that an in vitro

16  model can be a good predictor of carcinogenicity in

17  human beings if the same effect is replicated in vivo?

18  A.    You don't need to.  The gold standard to figure

19  out a mechanism by which an agent affect induces a

20  specific biological effect at cell level is sufficient

21  to draw the conclusion that I did.

22  Q.    When have you ever classified a substance as a

23  carcinogen based on the result in an in vitro model?

24  A.    Like a specific substance you are talking about?

25  Q.    Yes.

Saed - Cross/Mr. Williams

93

1   A.    You mean looking at transformation assays?  What

2   are you referring to?

3   Q.    I'll ask the question again:

4         If ever, when have you, Dr. Saed, ever

5   classified a substance as a carcinogen based on the

6   results of an in vitro model?

7   A.    Yes, now I understand.

8         THE WITNESS:  Your Honor, all of the work I

9   did for the last 25 years is looking at mechanisms of

10  how ovarian cancer develops, and cause, and these

11  mechanisms are the ones that are replicated when we

12  expose cells to Johnson & Johnson Baby Powder.

13        I studied the mechanisms that cause ovarian

14  cancer, and we have published extensively in this

15  field, and these mechanisms are replicated when cells

16  were exposed to Johnson & Johnson Baby Powder.

17  Q.    As you sit here today, Dr. Saed, do you believe

18  an in vitro model is a good predictor to determine

19  whether a substance is a carcinogen or not if the same

20  effect is replicated in vivo?  Do you believe that or

21  not today?

22  A.    If the same effect is replicated in vivo?

23  Q.    Yes.

24  A.    I'm confused.  It is two parts.  Can we refer to

25  one part at a time.

Saed-Cross/Mr. Williams

94

1   Q.   I would like to read from Dr. Saed's testimony

2   from page 333, tab 1, of the binder, line 5, through

3   333, line 12.

4         Here is my question to you, Doctor:

5         Were you asked the following question, and did

6   you give the following answers, on line 5:

7         "QUESTION:  When have you ever classified a

8   substance as a carcinogen based on the result in an in

9   vitro model?

10        "ANSWER:  In vitro model is a good predictor

11  to determine whether a substance is carcinogenic or

12  not if the same effect is replicated in vivo.

13        "QUESTION:  You did not replicate your results

14  in an in vivo model.  Correct?

15        "ANSWER:  Not yet."

16        Were those the questions you were asked and

17  the answers you gave?

18  A.   What page are you reading from, please?

19  Q.   333, line 5, through 333, line 12?

20        MR. WILLIAMS:  This, your Honor, is the reason

21  I didn't want to --

22        THE COURT:  Without looking at the testimony,

23  do you recall giving that testimony?

24        THE WITNESS:  Yes.

25        THE COURT:  We can move on.

Saed-Cross/Mr. Williams

95

1    Q.    You cannot cite a single instance in which a

2    carcinogen has been identified in humans based solely

3    on an in vitro model.  True?

4    A.    No, I can cite the effect of viruses on cells,

5    they induce carcinogenic.  They make cells cancer.  I

6    can cite many publications that show carcinogenic

7    agents can induce and make cells and transform in

8    vitro.  I can cite that.  There are several studies.

9          MR. WILLIAMS:  Your Honor, for this we would

10   like to show the videotape of the question and answer,

11   if we could cue up clip No. 8.  It appears on page

12   333, line 2, through 333, line 4.

13         (The video was played.)

14         "QUESTION: Cite for me an instance when a

15   carcinogen has been identified in humans based solely

16   on an in vitro model.

17         "ANSWER:  I can't remember."

18   BY MR. WILLIAMS:

19   Q.    Now, you have done in vivo studies on animals

20   before and you have studied many, many animal models

21   over the years.  Is that true?

22   A.    Yes.

23   Q.    In this litigation, even though you did not

24   conduct in vivo animal experiments, you still

25   concluded Johnson's Baby Powder can cause ovarian

Saed-Cross/Mr. Williams

96

1    cancer.  Correct?

2    A.    Yes.

3    Q.    Did your in vitro experiments determine whether

4    talc exposure causes cancer in humans -- not in cell

5    lines in a petri dish, but in humans?

6    A.    Could you repeat that.

7    Q.    Did your in vitro experiments determine whether

8    talc exposure causes ovarian cancer in humans, not in

9    cell lines in a petri dish, but in humans?  Do you

10   have an answer, sir?

11   A.    Yes.  My work was done in in vitro and cell

12   lines.  I did not do any in vivo studies in humans.

13   Q.    One reason you have given us for not using an in

14   vivo animal model is that you lacked the time to do

15   it.  Is that correct?

16   A.    And the money.

17   Q.    And the other reason is that you lacked the

18   money.  Is that right?

19   A.    Yes.

20   Q.    So time and money are the reasons why those

21   studies have not yet been done by you?

22   A.    Not the only reason.

23   Q.    Those are among the reasons.  Correct?

24   A.    Yes.

25   Q.    Those are the reasons you explained to us in

Seed/Cross/Mr. Williams

97

1    your deposition?

2    A.    Among the reasons, yes.

3    Q.    Do you remember giving another reason other than

4    time and money?

5    A.    Yes.  The experiments I did in vitro with the

6    cell lines is sufficient to draw my opinion.

7    Q.    If it is not necessary for purposes of

8    determining causation that in vivo studies be done,

9    why is it that you are planning to do biological work

10   looking at talc and ovarian cancer if you've already

11   done enough?

12   A.    If I already did in vitro studies -- I'm sorry.

13   I don't understand the question.

14   Q.    You just testified a moment ago that it is not

15   necessary to do in vivo studies because you already

16   did in vitro studies, did you not?

17   A.    To get to my opinion, yes.

18   Q.    If it is not necessary to get to your opinion on

19   causation to do in vivo studies, then why use the time

20   or money to do those studies?

21   A.    I didn't do them anyways.  I didn't do in vivo

22   studies.  I did not.

23   Q.    I understand you didn't do them.  My question is

24   if they are unnecessary because you have already done

25   in vitro studies, why is it that you have testified

Saed - Cross/Mr. Williams

98

1   that it is your plan to do in vivo animal studies?

2   A.    Our finding, in vitro studies will be enhanced

3   if we can replicate it in a mouse model, an animal

4   model.

5   Q.    That's kind of my point.  You cannot say one way

6   or the other, Professor, whether an in vivo animal

7   model will replicate or contradict the results of the

8   in vitro experiments that you have already performed.

9   Isn't that right?

10  A.    That's not true.  That's not right.  Because the

11  gold standard, using cell lines, when you want to

12  delineate to determine the effect of a substance and

13  find out the mechanism of how it creates this effect,

14  you cannot even use an animal model.  You have to use

15  cell lines.  So there is no escape from using cell

16  lines.  This is the gold standard.

17        And my lab, my interest is to determine the

18  mechanism of how this effect is developing the cells,

19  pushing the cells to become ovarian cancer.  I am not

20  interested in the in vivo effect.  My lab is

21  interested in determining mechanisms, and to determine

22  mechanisms you do mechanisms and cell culture in

23  vitro.  That's my understanding.

24  Q.    Just so we're clear, is it your testimony this

25  afternoon that you can know the results of an in vivo

Saed-Cross/Mr. Williams

99

1    experiment before you run it?

2    A.    It is not my testimony.  I didn't say that.

3    Q.    Isn't it true that you are interested in what

4    the in vivo studies would show?

5    A.    I just said that it will enhance the finding,

6    but it will not by itself stand to determine a

7    mechanism, and that's what my interest is.

8    Q.    Do you believe that it would be contrary to

9    scientific method to purport to know what the results

10   of an in vivo study would be before the study is

11   conducted?

12   A.    I didn't draw any conclusion before the study

13   was conducted.  I don't know where you got that from.

14   Q.    My question is different.  My question is:  Do

15   you believe that it would be proper scientific method

16   to purport to know what the result of an in vivo study

17   would be before the in vivo study is even conducted as

18   a matter of methodology?

19   A.    I'm not objecting to know if someone else did

20   it.  Yes, that's fine.

21        THE COURT:  That wasn't his question.

22   Q.    I'll restate it.

23        THE COURT:  Okay.

24   Q.    Do you think it would be proper scientific

25   method for a scientist to say:  I know what the result

Saed - Cross/Mr. Williams

100

1  of an in vivo study will be because I don't need to do

2  that because I have done an in vitro study?

3  A.    But I didn't say that.

4  Q.    I'm asking whether you think that would be

5  proper scientific method; do you believe it is proper

6  or not?

7  A.    A scientist is always open to know everything.

8  This is my personality.

9  Q.    I'll move on.

10         Let me ask you about some of the animal

11  studies that you say you have read in your report.

12  And I would like to direct your attention to the

13  binder that's in front of you.  And if you would look

14  in the first binder and look for Exhibit C 17, and

15  that is a copy of your report.  I'll direct your

16  attention to page 22 of Exhibit C 17.

17         MR. LAPINSKI:  Your Honor, if I could note for

18  the record, prior to Dr. Saed's January 23rd

19  deposition, he had provided a report that had made

20  additional notations of research that he had reviewed

21  and relied upon.  I don't know whether it is going to

22  be at all related to the questions Mr. Williams is

23  going to be asking here, but I would like him to have

24  the opportunity also to look at that report.

25         THE COURT:  Let's see where it goes,

Sued Cross/Mr. Williams

101

1   Mr. Williams.

2           MR. WILLIAMS:  I have no objection to him

3   looking at that report.

4   BY MR. WILLIAMS:

5   Q.    At the time you gave your initial opinions in

6   this case -- and I'm directing your attention to page

7   22 of Exhibit C 17.  Do you have that in front of you?

8   A.    Yes.

9   Q.    The numbers I'm referring to in your report are

10  the numbers that appear at the very top in blue

11  writing.  Do you see that?  And it tells you page 22

12  of 139.

13  A.    Okay.

14  Q.    Do you have that page in front of you?

15  A.    Yes.

16  Q.    You gave the opinion these opinions were made to

17  a reasonable degree of scientific certainty and are

18  based on your experience, training and expertise.

19  Correct?

20  A.    Correct.

21  Q.    And it says that it is based on a knowledge of

22  the relevant scientific literature and your previous

23  and ongoing research.  Right?

24  A.    Yes.

25  Q.    In your reports you have cited literature in

Saed-Cross/Mr. Williams

102

1    support of certain sentences that appear in the

2    report.  True?

3    A.    Yes.

4    Q.    Look at page 11 of your report -- and, again,

5    this is referring to the top pages, the page numbering

6    at the top of the page, and it is the last sentence

7    that carries over, the last sentence that says,

8    "studies that expose lab animals."  Do you see that?

9    A.    Yes.

10   Q.    You wrote:

11        "Studies that exposed lab animals, rats, mice,

12   and hamsters to asbestos-free talcum powder in various

13   ways have had mixed results with some showing tumor

14   formation, and others finding only inflammation."

15        Do you see that?

16   A.    Yes.

17   Q.    You did not review all of the animal studies

18   that look at talc and ovarian cancer when forming your

19   opinions in this case; did you?

20   A.    All of them?

21   Q.    Right.

22   A.    No.

23   Q.    You did cite some studies at the time you gave

24   your opinions.  True?

25   A.    Yes.

Saed - Cross/Mr. Williams

103

1    Q.    And your citation 50 and 51.  Do you see that at

2    the end of the sentence?

3    A.    Yes.

4    Q.    You expressly cited two studies in your report,

5    and those are the only two studies you cite in there

6    at the time you rendered your opinions.  True?

7            MR. LAPINSKI:  Your Honor, for the record,

8    Dr. Saed's report submitted on January 23rd in these

9    specific footnotes, he did add an additional footnote.

10           MR. WILLIAMS:  I recognize that.  I'm trying

11   to go back to the time he originally rendered his

12   opinion, your Honor.

13           THE COURT:  That's fine.

14   BY MR. WILLIAMS:

15   Q.    We can agree those are the only two studies you

16   cited at that time.  Correct?

17   A.    Yes.

18   Q.    The first of those two studies cited at end note

19   50 is a 1967 study by Graham entitled, "Ovarian Cancer

20   and Asbestos."  Do you remember that?

21   A.    Yes, but I believe that I fixed it.

22   Q.    This 1967 Graham study is about asbestos

23   exposure, not talc.  Right.  I think.

24           Do you remember that?

25   A.    Yes.  I think I fixed this.

Saed - Cross/Mr. Williams

104

1   Q.    Let me have you look at Exhibit A 49 in your

2   binder.  It is a copy of the Graham study.  The last

3   sentence of the abstract says:  "These observations

4   are compatible with the thesis asbestos is an

5   ideologic factor in ovarian cancer."

6         Do you see that?

7   A.    Yes.

8   Q.    Does that refresh your memory the Graham study

9   was not a study on animals related to talc but rather

10  a study relating to asbestos?

11  A.    Your Honor, I have to read the whole manuscript

12  in order to remember.  You are quoting one sentence

13  from a whole study.

14        THE COURT:  Do you remember the study?

15  Obviously, you cited it in your report.

16        THE WITNESS:  Yes, but I don't remember

17  everything in the study.

18  Q.    Do you remember the study mentioning the talc

19  anywhere?

20  A.    I just want to know, your Honor, is this the one

21  that I switched, that I changed?

22  Q.    We haven't gotten there, sir.

23  A.    If it is the wrong citation --

24  Q.    This is not the one that's the wrong citation.

25  As you sit here now, I will represent to you the word

1   talc does not appear anywhere in the study, that the

2   study is about asbestos.

3          As you sit here now testifying to Her Honor,

4   are you able to testify, as you stated in your report,

5   that the Graham and Graham study is a study that

6   exposed lab animals to asbestos free talcum powder and

7   found certain results, can you say that under oath?

8   A.    I have to read the manuscript.

9   Q.    Let's talk about the second study you cited in

10  your report, which is item 51, endnote 51; and this is

11  what I think you were referring to a moment ago, but

12  we'll see.

13          Endnote 51 is a 2004 study by Langseth,

14  entitled, "Ovarian Cancer, Cancer and Occupational

15  Exposure Among Pulp and Paper Employees in Norway."

16          Do you recall that study?

17  A.    This is what it says in the reference here in my

18  article, yes.

19          I believe, your Honor, this is the reference

20  where I changed.  If I acknowledge it is a mistake and

21  I changed it, why are we going back?

22  Q.    Let's do that now.  You were provided a

23  supplemental -- strike that.

24          Plaintiffs' counsel provided the defense a

25  supplemental list of materials that you reviewed, and

Saed-Cross/Mr. Williams

106

1    one of the items listed was the briefing of the

2    parties in this case.

3           Have you read the briefing of the parties in

4    this case as it relates to you?

5    A.    I read the whole briefing, no.  I just read some

6    of it.

7    Q.    It was listed on a list of items that you had

8    reviewed.  Are you saying you did not review the

9    briefs?

10   A.    They provided me with a list of items to review,

11   yes.

12   Q.    Let's take a look at it.

13          If we could call up Saed 501.  Plaintiffs'

14   counsel wrote:  "Dr. Saed mistakenly cited Langseth

15   2004 instead of Langseth 2008, which is an animal

16   study."

17          Let me ask you this:  Did you in fact intend

18   to cite Langseth 2008 in your paper as opposed to

19   Langseth 2004?

20   A.    Yes.

21   Q.    Let's take a look at Langseth 2008.  It is

22   Exhibit A 88 in your first binder.

23          I would direct your attention to page 4, using

24   the numbers at the top of the page at the border, at

25   the top of the page, left-hand column.  There is a box

Saed-Cross/Mr. Williams

107

1   that appears there.  Do you see that?

2   A.    We are on A 88?

3        THE COURT:  Yes.  And the last page of that

4   exhibit.

5   Q.    Do you have that in front of you?

6   A.    Yes.

7   Q.    There is a box there that says what this study

8   adds.  Right?  Do you see that box?

9   A.    Yes.

10  Q.    Now, let me ask you to turn to the previous

11  page.  This is now page 3 in the right-hand column.

12  It says:  "Proposal to research community," and it

13  reads as follows:

14        "The current body of experimental and

15  epidemiologic evidence is insufficient to establish a

16  causal association between peritoneal use of talc and

17  ovarian cancer risk."

18        Is that what it says?

19  A.    Yes.

20  Q.    In your report we just went over the Graham

21  study and Langseth 2008 as being studies that exposed

22  lab results to asbestos talcum powder and those

23  resulting in mixed results.  Right?

24  A.    Before I answer this, the next sentence says:

25  "Experimental research is needed to better" --

Sued - Cross/Mr. Williams

108

1          THE WITNESS:  I feel, your Honor -- I feel a

2   problem cutting one sentence from a whole manuscript

3   and asking me about it, if you read the next sentence

4   right after that, it says, "experimental research is

5   needed," and that's what I did.

6          THE COURT:  He's talking about studies that

7   you relied upon.  And the question is whether, indeed,

8   these studies supported what you were saying that you

9   -- they did this kind of research.

10          The second sentence says that kind of study is

11   needed.  That's not what this study did.  He's asking

12   you why you relied upon it for that basis, for that

13   conclusion in your report when it is not what it says.

14   A.    I relied on it as evidence there is an effect

15   that needs to be further experienced.

16   Q.    Let's go back and clear that up.

17          If we could pull up C 17, your MDL report, and

18   the sentence that talks about what you actually said.

19          You wrote, this is page 12, carrying over to

20   13 of Exhibit C 17.  You wrote:

21          "Studies that exposed lab animals, rats, mice,

22   and hamsters to asbestos-free talcum powder in various

23   ways have had mixed results with some showing tumor

24   formation and others finding only inflammation ."

25          That's what you wrote.  Correct?

Sood-Cross/Mr. Williams

109

1  A.     Yes.

2  Q.     Langseth 2008 did not involve laboratory animal

3  studies.   Can we agree on that?

4  A.     I have to read the whole -- I don't know.

5  Q.     You can't say one way or the other as you sit

6  there.   Right?

7  A.     I have to read the manuscript to be able to

8  remember what I said.

9  Q.     Now, counsel, when he was objecting a moment

10  ago, referenced another item that you read that

11  supported this sentence.   Do you remember that?

12  Counsel objected and he said there was another study

13  added that you read.

14  A.     Keep going.

15  Q.     Do you remember what the other study is that

16  supposedly supports this sentence that appears in your

17  report at pages 12 and 13?

18  A.     I referenced in the new report the independent

19  study.

20  Q.     Is the independent 1993 study and the two that

21  you've cited on page 12 and 13, are those the only

22  studies upon which you are relying for the proposition

23  I read three times on pages 12 and 13?

24  A.     As far as animal studies?

25  Q.     As far as the proposition that you cite on pages

Sued-Cross/Mr. Williams

110

1    12 and 13?

2    A.    Using the effect on animals in vivo?

3    Q.    Yes.

4    A.    Yes.

5    Q.    Are you aware of animal studies that actually

6    have looked at talc exposure in the ovaries?

7    A.    I am aware of a study that injected talc into

8    the perineal cavity of an animal and looked at the

9    severe inflammation of that, yes.

10   Q.    Is that the 2009 study?

11   A.    I can't remember dates.

12         THE COURT:  He's asking if you recognize the

13   author's name of the study?

14         THE WITNESS:  No.

15   Q.    Let me ask you to look in your book at Exhibit A

16   85?

17         MR. WILLIAMS:  For the record, Exhibit A 85 is

18   a document entitled, "Does long-term talc exposure

19   have a carcinogenic effect on the female genital

20   system of rats, an experimental pilot study?"

21   Q.    Have you read this study, sir?

22   A.    No.

23   Q.    Let me direct your attention to page 2 -- which

24   is the page we are on, the first page, the abstract,

25   and in the right-hand column it says:

Saed-Cross/Mr. Williams

111

1          "The experimental animals were allocated into

2     four groups having seven rats each.  Groups 3 and 4

3     received intravaginal or perineal talc application

4     respectively.  Talc was applied for three months on a

5     daily basis."

6          Did I read that right?

7     A.     Yes.

8     Q.     Let me direct your attention to the bottom of

9     postmenopausal column where it says, "Conclusions."

10    Do you see that?

11    A.     Yes.

12    Q.     It says, "Talc has unfavorable effects on the

13    female genital system.  However, this effect is in the

14    form of foreign body reaction and infection rather

15    than being neoplastic."  Did I read it correctly?

16    A.     Yes.

17    Q.     You had not read this study at the time you

18    rendered your opinions in this case.  Correct?

19    A.     I don't remember really.

20    Q.     Did you review a paper called, "The Effects of

21    Talc on the Rat Ovary," written in 1984 called

22    Hamilton?

23    A.     No.

24    Q.     Let me have you look at Exhibit A 53.

25          MR. WILLIAMS:  For the record, your Honor,

Seed - Cross/Mr. Williams

112

1    Exhibit A 53 is Hamilton 1984, "The Effects of Talc on

2    the Rat Ovary."

3    Q.    Do you see it says under the summary, the first

4    line:  "Exposure of rat ovaries to talc was a column

5    published by intrabursal injection."  Do you see that?

6    A.    Yes.

7    Q.    "Intrabursal" here means the scientists here

8    injected the ovaries of the rats with talcum powder.

9    Is that what that means?

10   A.    Yes.

11   Q.    Now, if you look at page 4 of Exhibit A 53 in

12   the right-hand column above the photograph, it says:

13        "No evidence of cellular atypia or of mitotic

14   activity was seen in the nonpapillary areas of the

15   surface epithelium of the injected ovaries and in no

16   ovary was there any evidence of frank neoplasia."  Did

17   I read that right?

18   A.    Yes.

19   Q.    Neoplasia refers to the formation of tumors;

20   does it not?

21   A.    It does.

22   Q.    In this study the rats were injected in their

23   ovaries with talcum powder, there was no evidence of

24   neoplasia was there?

25   A.    That's what they think.

Saed-Cross/Mr. Williams

113

1   Q.    As you sit here now, can you cite for the Court

2   a study that injected rats or other animals in their

3   ovaries with talcum powder where those ovaries showed

4   evidence of neoplasia?

5         THE WITNESS:  Your Honor, the paper where they

6   injected talc in the cavity and found inflammation

7   other than that I don't have.

8   Q.    There is a big difference between inflammation

9   on the one hand and neoplasia on the other.  Can we

10  agree on that?

11  A.    No.

12  Q.    As far as you are concerned, neoplasia and

13  inflammation are one and the same?

14  A.    I didn't say that.

15  Q.    Then let me go back to my original question.

16        We can agree there is a big difference,

17  Doctor, between inflammation on the one hand and

18  neoplasia on the other; can we not?

19  A.    I need to explain this.

20  Q.    Go ahead.

21  A.    What I'm saying is inflammation -- we have two

22  types of inflammation.  If it is acute inflammation,

23  that has been shown it is acute.  It goes for a while.

24  It comes back.  That is not dangerous.  The dangerous

25  type of inflammation, that's what I'm talking about,

Saed-Cross/Mr. Williams

114

1   is chronic inflammation where it persists for a long

2   period.   That is linked in -- several studies to cause

3   cancer, yes.

4   Q.    My question was different.  My question was

5   whether the study -- that you can't remember the name

6   of, but that you are referring to that and talked

7   about placing talc in, I believe, the peritoneal

8   cavity, whether that study showed any actual neoplasia

9   with respect to ovarian cells?

10  A.    It showed severe inflammation because they did

11  not expose it for a long period.

12  Q.    It did not show neoplasia?

13  A.    I don't remember.  They are talking about

14  inflammation.

15  Q.    Let's go back to Hamilton for one second.   It

16  is Exhibit A 53, page 4.  I read to you that paragraph

17  that ends with the word "neoplasia," but it goes on to

18  say in the next paragraph:  "Foreign body granulomas

19  without any surrounding inflammation were seen in five

20  of the injected ovaries, usually cortical areas, and

21  similar lesions were not uncommonly noted in the supra

22  capsular fat and in the connective tissue matrix of

23  the capsule."

24       Did I read that right?

25  A.    Yes.

Saed - Cross/Mr. Williams

115

1  Q.    So the Hamilton study found granulomas.

2  Correct?

3  A.    That's what you read, yes.

4  Q.    Granulomas can result from pricking your finger

5  with a splinter, if there was any kind of foreign

6  body, separate from talc.  You can have a granuloma.

7  A.    I don't know.  I do know that this is a

8  condition study.  So based on the doses that he used,

9  based on their conditions, this is their finding.  I

10  may agree with it.  I may disagree with it.

11        My point I'm trying to tell you here,

12  inflammation -- chronic inflammation is linked, your

13  Honor, to the development, at the causation of ovarian

14  cancer.  Period.

15  Q.    That's the way you want to leave it?

16  A.    That's how I understand it.  There are many

17  researchers that say this and this.  That's okay.  But

18  we are talking about laboratory-evidence based here.

19  Q.    Let me focus you now on that proposal that was

20  shown to you by plaintiffs' counsel.  It is the

21  proposal that set forth your three aims.  Do you

22  recall that document?

23  A.    I do.

24  Q.    You told us earlier you were not able to conduct

25  an in vivo animal experiment with talc because you did

Saed - Cross/Mr. Williams

116

1    not have the money to do so.  Correct?

2    A.    Correct.

3    Q.    For your in vitro experiments you created what

4    you called a budget document entitled, "The Role of

5    Talc Powder Exposure in Ovarian Cancer, a Mechanistic

6    Approach."  Right?

7    A.    Yes.

8    Q.    You prepared that document in September 2017?

9    A.    Yes.

10   Q.    That was about one month after you were first

11   contacted by the plaintiffs' attorneys, which occurred

12   in the middle of August 2017.  We established that

13   earlier.  Right?

14   A.    Yes.

15   Q.    You created the document before you started

16   doing any work in this case?

17   A.    Not true.  Let me explain this.

18   Q.    Hold on.  You said "not true"?

19         You did not start your work on this case until

20   the end of September or October of 2017.  True?

21   A.    May I -- let me see.  When is the first time we

22   started working.

23   Q.    Let me see if I can remind you with your

24   testimony.  Take a look at the red binder, page 23 of

25   tab 1.

Saed - Cross/Mr. Williams

117

1          THE COURT:  Dr. Saed, he's directing you to a

2    document.

3    Q.    Page 23 of tab 1.  That's your testimony, the

4    first day of your deposition.  That was January 23rd,

5    2019.  I'll direct your attention to page 23, line 24,

6    through page 24, line 5:

7          "QUESTION:  When did that something start?

8    When is the first time that you spent any time on this

9    matter on behalf of Beasley Allen?

10          "ANSWER:  So I started October maybe 1st of

11   October, maybe before that.  I can't remember the

12   exact date.

13          "QUESTION:  What is your best estimate?

14          "ANSWER:  I would say end of September."

15          That's what you testified to during your

16   deposition.  Correct?

17   A.    Yes.

18   Q.    Now, no one asked you to prepare the document

19   that is the proposal document.  Right?

20   A.    Yes.

21   Q.    You prepared that document with care?

22   A.    I don't understand what that means?

23   Q.    Were you careful in analyzing the way you were

24   going to go about achieving the aims set forth in the

25   document?

Saed - Cross/Mr. Williams

118

A.     Yes.

Q.     After you completed that document you provided it to the plaintiffs' lawyers who had not asked you for it.  Right?

A.     I can't remember.

Q.     You can't remember if they asked you for it or you can't remember if you gave it to them?

A.     I remember I gave it to them.  I don't remember if they asked me or not.

Q.     Let's look at that document.  We marked it as B-25.  It should be in your first binder.

       Let's look at page 2, which is the page marked at the top.  It says, quote:

       "The role of talc powder exposure in ovarian cancer, the mechanistic approach."

       Right?

A.     Yes.

Q.     The paragraph that follows describes your laboratory's research area and some of its accomplishments.  Do you see that?

A.     Yes.

Q.     The next paragraph on page 2 describes prior research on ovarian cancer including some of the research your own lab has done -- and I'll refer you to the line that has been highlighted, which was

Saed - Cross/Mr. Williams

119

1  underlined in your original report.  Right?

2  A.    Yes.

3  Q.    And then at the bottom, the last sentence of

4  this paragraph on page 2 says, in italics, and

5  underlined:

6        "Here our objective is to determine whether

7  talc can induce such mutations in the key redox

8  enzymes contributing to the oncogenic phenotype."

9        Did I read that right?

10  A.    Yes.

11  Q.    Let's turn to page 3, the first paragraph.

12        Let me ask you this question, is it true as of

13  the time you wrote your proposal, you believed that

14  the direct link and precise mechanism between talc and

15  ovarian cancer had not been figured out?

16  A.    I didn't do any work with talc before that, yes.

17  Q.    At the time you wrote your proposal, you did not

18  believe that a direct link and precise mechanism had

19  been developed suggesting an association between talc

20  use and ovarian cancer.  Right?

21  A.    Yes.  Not enough evidence.

22  Q.    Say that again.

23  A.    I believe there was not enough evidence.  Maybe

24  we needed to do experiments.

25  Q.    It wasn't until your experiments that you

Saed-Cross/Mr. Williams

120

1  believe that link was found?

2  A.    Yes.

3  Q.    Do you agree that one of the fundamental rules

4  for performing scientific analysis is that it should

5  be performed in a forward-looking and unbiased manner?

6  A.    Yes.

7  Q.    Should a scientist determine her or his

8  conclusion before she has done her tests?

9  A.    No.

10  Q.    Let's look at your third aim -- I want to start

11  with that one first, if I may.  It is on page 4 of the

12  document.  Do you see that?

13  A.    Yes.

14  Q.    Aim No. 3 was "Exposure to talc results in

15  neoplastic transformation of normal ovarian surface

16  epithelial cells."

17        You wrote that.  Right?

18  A.    Yes.

19  Q.    That was a declarative sentence.  Right?

20  A.    No.  That's a hypothesis-driven aim.

21  Q.    This is your hypothesis?

22  A.    Correct.

23  Q.    The term "neoplastic transformation" refers to

24  normal ovarian cells changing into cancer cells.

25  Right?

Saed-Cross/Mr. Williams

121

1   A.     Yes.

2   Q.     In the next sentence of Aim No. 3 you write:

3          "To accomplish this aim," comma, and then you

4   go on.  Right?

5   A.     Yes.

6   Q.     What you were doing here was saying, I have a

7   hypothesis and here is how I want to go about testing

8   that hypothesis.  Is that fair?

9   A.     Yes.

10  Q.     The way that you said you would go about testing

11  the hypothesis was that you would "assess the ability

12  of talc exposure to cause neoplastic changes in normal

13  ovarian surface epithelial cells utilizing a

14  neoplastic transformation assay as previously

15  described."  Did I read that right?

16  A.     Yes.

17  Q.     You never performed a neoplastic transformation

18  assay as described in Aim 3.  Right?

19  A.     Right.

20  Q.     Let's go to the bottom of Aim 3.  Do you see the

21  sentence that you had in bold and italics -- we've

22  highlighted it -- you wrote and emphasized:

23         "We expect that exposure of normal ovarian

24  surface epithelial cells to talc will result in

25  neoplastic transformation of these cells over time

Saed - Cross/Mr. Williams

122

1   which is critical in establishing a cause and effect

2   relationship."

3          You wrote that; right?

4   A.    Yes.

5   Q.    As a matter of fact, you never performed tests

6   to look for neoplastic changes in the cells.  Correct?

7   A.    Not correct.

8   Q.    Have you ever done any test to look for

9   neoplastic changes in cells directly?

10  A.    Yes.

11  Q.    Let me have you look at your red binder, and

12  I'll direct you and the Court and counsel to page 465

13  of your first deposition, lines 2 through 4 --

14  actually, it is the second tab, the second day of your

15  deposition, Doctor, page 465, lines 2 through 4.  You

16  were asked the following question and gave the

17  following answer:

18         "QUESTION:  Have you ever done any test to

19  look for neoplastic changes in cells directly?

20         "ANSWER:  No."

21         That was your answer to the question during

22  your deposition on February 14th, 2019.  Correct?

23  A.    Yes.  But let me explain that.

24  Q.    That's all right, Doctor.  You'll do that

25  through plaintiffs' counsel in a moment, if that's

Saed - Cross/Mr. Williams

123

1   okay.  I would like to move on.

2         Your aim was to describe to the reader how you

3   would go about testing your hypothesis.  That's why

4   you wrote Aim No. 3.  Right?

5   A.    To the reader.  That's for me.  That's for my

6   lab.

7   Q.    Your goal as a lab was to do some testing to try

8   to figure out whether there was a cause and effect

9   relationship between talcum powder use and ovarian

10  cancer.  Right?

11  A.    I cannot answer yes or no.  I have to explain.

12        Your Honor, may I?

13        THE COURT:  Go ahead.

14  A.    I proposed three specific aims, not one, three

15  specific aims:  Aim 1 to look at the redox balance

16  change and look at genetic mutation.  Aim 2, looking

17  at inflammation; Aim 3, looking at neoplastic

18  transformation.  We started one by one.  We got

19  convincing evidence from Aim 1 and 2; and when we did

20  the proliferation and apoptosis, which are strong

21  indicators of cell transformation, we were happy with

22  that finding.  We didn't need to do a new

23  transformation assay.

24  Q.    Did you or did you not write on Aim 3 that

25  neoplastic transformation of the cells over time would

Saed-Cross/Mr. Williams

124

1    be critical in establishing a cause and effect

2    relationship?

3    A.    I did.

4    Q.    Let me turn to Aim 1.  That is on page 3.  It

5    states:

6              "Determine the effect of talc on the redox

7    balance on normal ovarian surface epithelial and

8    ovarian cancer cells."

9              Right?

10   A.    Yes.

11   Q.    Like you did for Aim No. 3, the next sentence

12   begins with:

13             "To accomplish this aim," -- a then you set

14   forth how to accomplish it.  Is that fair?

15   A.    Yes.

16   Q.    You go on in this paragraph to discuss specific

17   tests that would accomplish the goal set out in aim

18   No. 1.  Right?

19   A.    Yes.

20   Q.    For example, you refer to measuring the

21   "activity and expression of select oxidants and

22   antioxidants in cell culture lysate from primary

23   cultures of ovarian surface epithelial cells."

24             Did you write that?

25   A.    Yes.

Saed - Cross/Mr. Williams

125

1   Q.    You did not actually perform all of the tests

2   that are described in Aim 1; did you?

3   A.    No, I did not.

4   Q.    Can we agree that you did not set forth in aim

5   No. 1 that you were going to do one of the tests

6   identified, but that you may not do the others?

7          THE WITNESS:  Your Honor, these are all the

8   tests that we have established in the laboratory.  We

9   did six markers out of the list that we proposed to do

10  here.  Do we need to do all of them?  No.  We don't

11  need to do all of them.  From our experience, working

12  with this for the last 25 plus years, we already

13  identified and published markers that play a key role

14  in altering the redox balance.  That's what we

15  reported in our manuscript.

16  Q.    My question was different.  My question was:

17  You did not describe in the portion of Aim No. 1 that

18  speaks about how you were going to accomplish your aim

19  that you were going to try one or maybe two or maybe

20  three of the different types of tests.  You just

21  listed the things that you felt should be done in

22  order to test the hypothesis.  Right?

23  A.    I listed the tests that we had available in our

24  lab to go about and accomplish this aim.  Does that

25  mean we have to do all the tests?  The answer is no.

Saed - Cross/Mr. Williams

126

1   Q.    And the reason you did not do all the tests was

2   money.  Right?

3   A.    In this case, part of it, yes.

4   Q.    Let's go to Aim No. 2.  That one is on page 3.

5   A.    For the record, I believe, your Honor, we did

6   enough to prove the point.

7   Q.    Let's go to Aim 2.  Aim 2 said:

8         "Determine whether exposure to talc can induce

9   point mutations that correspond to known SNPs in key

10  oxidant and antioxidant enzymes as well as BRCA

11  one/two in normal ovarian surface epithelial and

12  ovarian cancer cells."

13        Did I read that right?

14  A.    Yes.

15  Q.    "SNP" refers to a single nucleotide

16  polymorphism.  Right?

17  A.    Yes.

18  Q.    That is a mutation?

19  A.    Yes.  DNA.

20  Q.    Sometimes referred to as a copying error?

21  A.    I'm not sure about that.

22  Q.    In Aim No. 2 you list a number of SNPs that you

23  say you had previously analyzed in ovarian cancer

24  cells and patient DNA.  Right?

25  A.    Yes.

Seed - Cross/Mr. Williams

127

1   Q.    And so on the carry-over paragraph at the top of

2   page 4 you wrote:

3         "We have previously analyzed the following

4   SNPs in EOC cells and patient DNA."

5         And then you give a listing.  Right?

6   A.    Yes.

7   Q.    What I want to do is I want to set out a list of

8   the various SNPs that you had previously analyzed as

9   you indicated here.  Okay?

10  A.    Okay.

11  Q.    I'm just going to refer to them with the letters

12  that are within in parenthesis.  The first is CYBA?

13  A.    Yes.

14  Q.    The second is MnSOD?

15  A.    Yes.

16  Q.    The next is NOS2.

17        Next is GPX1.  Is that right, sir?

18  A.    Yes.

19  Q.    Next is CAT?

20  A.    Yes.

21  Q.    Next is MPO?

22  A.    Yes.

23  Q.    And, finally, GSR?

24  A.    Yes.

25  Q.    You identified seven different SNPs that you had

Saed-Cross/Mr. Williams

128

1   previously analyzed.  Right?

2   A.    Yes.

3   Q.    And you had published findings in a

4   peer-reviewed paper concerning those SNPs; true?

5   A.    Yes, some of them.

6   Q.    Let me point you to one of them.  You

7   co-authored in 2015 a paper entitled, "A Single

8   Nucleotide Polymorphism in Catalase is Strongly

9   Associated With Ovarian Cancer Survival."  Do you

10  remember that?

11  A.    Yes, I do.

12  Q.    Let me have you refer in the second notebook now

13  -- it's the first time we have done that -- to Saed

14  Exhibit 502.  Let me direct you to the third page of

15  that document looking at the bottom -- do you see

16  where it says three of 12 at the bottom of the page?

17  A.    Yes.

18  Q.    The seven selected SNPs that were reviewed by

19  you and your colleagues in this particular study are

20  shown at the top of page 3 on a chart over at the

21  left.  Right?

22  A.    Yes.

23  Q.    And it turns out those are the seven SNPs that

24  you analyzed in connection with your work in this

25  case.  Correct?

Saed - Cross/Mr. Williams

129

1   A.    For the cell culture, yes.

2         MR. WILLIAMS:  For the record, let's point

3   that out.

4   Q.    The first one listed in Table 1 on that page 3

5   is CAT?

6   A.    Catalase.

7   Q.    CYBA is next?

8   A.    Yes.

9   Q.    And GPX1?

10  A.    Yes.

11  Q.    And GSR?

12  A.    Yes.

13  Q.    MnSOD?

14  A.    Yes.

15  Q.    MPO?

16  A.    Yes.

17  Q.    And NOS2.  Correct?

18  A.    Yes.

19  Q.    Those are the same seven that you reviewed for

20  purposes of this matter.  Right?

21  A.    Yes, but I need to, your Honor, clarify this.

22        This study is done in patients with ovarian

23  cancer.  There is no inflammation whatsoever if those

24  patients were exposed to talc powder or not.  This is

25  just DNA from patients that has nothing to do -- what

Saed - Cross/Mr. Williams

130

1   we did here, analyzing these SNPs in cells, treated

2   with Johnson & Johnson Baby Powder, that's the big

3   difference here.  I just want to note that.

4   Q.    Let me ask you this:  Do you remember one way or

5   the other, Dr. Saed, whether of the seven selected

6   SNPs that are listed in this study, there was an

7   association with ovarian cancer risk?  Do you remember

8   one way or the other?

9   A.    I remember, yes.  I remember there was an MPO

10  SNP that is not the one listed here is associated with

11  ovarian cancer, yes.  What I'm trying to explain here

12  is that there are more, your Honor; there are more

13  than one reported SNP on the same gene, more than one.

14  If you pick one and you don't find an effect, that

15  doesn't mean there is no association.  That is very

16  clear.

17  Q.    If we can go back to the abstract.  In the

18  abstract, the conclusion that you reached, you and

19  your colleagues, was of the seven selected SNPs

20  studied, no association with ovarian cancer risk

21  Pearson, CHI-square was found?

22        The conclusion of this study was for the same

23  seven SNPs listed, there was no association with

24  ovarian cancer risk.  Right?

25  A.    Those specific SNPs with those genes -- and

Saed - Cross/Mr. Williams

131

1   these are patients, not cell lines exposed with talcum

2   powder.

3   Q.    Yes or no?

4   A.    Yes.

5   Q.    Was there an association that was found between

6   the SNPs listed on the board right now and ovarian

7   cancer?

8   A.    There was an association of catalase SNP with

9   survival of patients with ovarian cancer.

10  Q.    Let's go back and read the next sentence.  It

11  says:

12          "However, a catalase SNP was identified as a

13  predictor of ovarian cancer survival by the Cox

14  Regression Model."  Did I read that right?

15  A.    That's what I just said.

16  Q.    What that is saying, if someone already had

17  ovarian cancer, there was an association with one of

18  the SNPs with ovarian cancer survival.  Right?

19  A.    Not necessarily.

20  Q.    Well, is it true or not true that the seven SNPs

21  that you and your colleagues studied found no

22  association with ovarian cancer risk as indicated in

23  the abstract?

24  A.    Yes.

25  Q.    That was true?

Saed - Cross/Mr. Williams

132

1    A.    Yes.  But I have to say something else.

2    Q.    There is no question pending.  You will get a

3    chance with other counsel.  Thank you.

4          Do you remember, Dr. Saed, when we were

5    talking about Aim No. 2 of your proposal, you had

6    stated that you were going to look at certain key

7    oxidant and antioxidant enzymes as well as BRCA 1 and

8    2?  Do you remember that?

9    A.    Yes, I do.

10   Q.    BRCA 1 and 2 are human tumor suppressor genes.

11   Right?

12   A.    Yes.

13   Q.    It is well known that mutations to the BRCA 1

14   and 2 genes can result in an increased risk of ovarian

15   cancer.  Right?

16   A.    Yes.  Associated with.  That's different.

17   Q.    That is why in your Aim No. 2 you proposed to

18   analyze SNPs for BRCA 1 and 2.  Right?

19   A.    When I did this, I wanted to do the ones that

20   are relevant to redox balance.  After we run the one

21   with redox balance, if the data shows there is a need

22   for us to differentiate or study if there is a

23   differential effect between patients with BRCA 1

24   mutation positive or negative.  That's the idea why I

25   put it there.  I didn't necessarily want to do them.

Saed - Cross/Mr. Williams

133

1    I wanted to do them if and when I collect enough data

2    to try to segregate and see if the response that we

3    see the association response is linked to patients

4    with BRCA 1 positive versus BRCA 1 negative.

5    Q.    In your Aim No. 2, did you say anything like

6    what you just said was your intention?

7    A.    No.

8    Q.    Let's look at Aim No. 2.  B 25 is the exhibit.

9    And if we could pull up page 4.  What you wrote was:

10          "Due to the known strong association between

11   BRCA 1 and 2 and ovarian cancer, we propose to analyze

12   the following SNPs" -- and then you give a long list.

13   Correct?

14   A.    Where did you get this from?

15   Q.    It is up on your monitor about seven lines down.

16   What you wrote in your proposal -- that's what you

17   wrote.  Right?

18   A.    Yes.

19   Q.    And you didn't write anything about how you were

20   going to do the tests on the other SNPs, and you had

21   only gone into BRCA 1 and BRCA 2 if something

22   happened.  None of that is in here.  Right?

23   A.    I don't have to write it in here.  This is a

24   proposal for me, for my lab.

25   Q.    For the record, so it is clear, at the time you

Saed-Cross/Mr. Williams

134

1   wrote your proposal, you knew there was an association

2   between BRCA 1 and BRCA 2 and ovarian cancer.  Right?

3   A.    Yes.

4   Q.    You had done research yourself concerning the

5   seven SNPs that were listed on the board a moment ago

6   and had come to a conclusion with your colleagues that

7   there was no association between those SNPs and

8   ovarian cancer.  Right?

9   A.    Not right.  Completely not right -- I mean,

10  partially not right.  I'm sorry.

11          I'm surprised, your Honor, how you pick one --

12          THE COURT:  Don't give your view of that.

13  A.    There is another study that linked these same

14  SNPs to chemo-resistant ovarian cancer.

15  Q.    What you're saying now is, there was a study

16  that analyzed the seven SNPs that showed no

17  association with ovarian cancer and another one that

18  found association with ovarian cancer.  Is that what

19  you are saying?

20  A.    No.  What I'm saying is these studies are

21  performed in DNA from patients.  The other studies

22  that we did were DNA from ovarian cancer cells

23  developed to become chemo-resistant to chemotherapy.

24  When we developed them, we derived them, we made them

25  resistant to chemotherapy.  They acquired these SNPs

Saed - Cross/Mr. Williams

135

1   in the key enzymes and they correlated with

2   chemo-resistance.  That we published previously.

3   Q.    Are you saying the conclusions that were drawn

4   in your 2015 study that we had up on the board a

5   moment ago have been disproven?

6   A.    How?  What study?  They are different studies.

7   You cannot compare.  This is DNA from patients and

8   these are specific in vitro studies with cells.  I

9   don't know how you can compare that.

10  Q.    Are you stating that the 2015 study that you and

11  your colleagues corrected concerning the seven SNPs we

12  had up on the board where one of the conclusions

13  reached was there was no association between those

14  seven SNPs and ovarian cancer, are you now saying that

15  conclusion has been disproven since 2015?

16  A.    No.

17  Q.    Let me change subjects and ask you about your

18  manuscripts quickly.

19        You submitted your manuscript to a journal

20  called Reproductive Sciences in January of 2019.  Do

21  you remember that?

22  A.    Yes.

23  Q.    You spent approximately 60 to 70 hours preparing

24  that manuscript.  True?

25  A.    Yes.

Saed-Cross/Mr. Williams

136

1   Q.    You billed your time spent preparing the

2   manuscript to the plaintiffs' lawyers at Beasley

3   Allen.  Correct?

4   A.    Yes.

5   Q.    You charged plaintiffs' counsel $600 an hour for

6   your work on this matter.  Right?

7   A.    The manuscript and the expert report, yes.

8   Q.    You did not tell the Journal of Reproductive

9   Sciences when you originally submitted to them that

10  the lawyers had paid you by the hour to write the

11  manuscript that you submitted.  Correct?

12  A.    I didn't need to.

13  Q.    How many other papers listed on your CV did the

14  lawyers pay for your time to write?

15  A.    Zero.

16  Q.    Did the plaintiffs' lawyers receive the

17  manuscript before you submitted it to the Journal of

18  Reproductive Sciences?

19  A.    No.

20  Q.    Now, unlike your expert report in this case, the

21  manuscript that you submitted for publication, the

22  peer-reviewed article for the Journal of Reproductive

23  Sciences does not say that talc can cause ovarian

24  cancer.  Correct?

25  A.    In what manuscript?  The Reproductive Science

1  one?

2  Q.    Correct.

3  A.    What does it say?

4  Q.    I'm asking you this question:  In the report you

5  set forth for Her Honor in this case --

6  A.    Yes.

7  Q.    -- you rendered the opinion talc can cause

8  ovarian cancer, correct?  You say it flat out.  True?

9  A.    Yes.

10  Q.    In the manuscript that you wrote and submitted

11  to the Journal of Reproductive Sciences, you did not

12  come flat out and say talc can cause ovarian cancer;

13  did you?

14  A.    Yes.  In the manuscript, your Honor, you provide

15  a conclusion, not an opinion.  In the report, I

16  provided a conclusion and an opinion.

17  Q.    Is it your testimony that scientists, when they

18  submit studies, never will set forth an opinion on

19  causation?

20  A.    Yes, sometimes they do.

21  Q.    You did not set forth an opinion on causation

22  for the Journal of Reproductive Sciences; true or not

23  true?

24  A.    I have to remember the exact words that I said

25  in the manuscript.  I can't remember.  I have to read

Saed-Cross/Mr. Williams

138

1   the language, your Honor, that I said.

2   Q.    Let me refer you to your testimony.  This is on

3   page 244.

4         MR. WILLIAMS:  It is tab 1, your Honor, in the

5   red binder, page 244, line 18, through 245, line 12.

6   Q.    You were asked the following questions and gave

7   the following answers:

8         "QUESTION:  Even in your manuscript you don't

9   include the opinion that talcum powder use causes

10  ovarian cancer.  Correct?

11        "ANSWER:  You cannot include opinions in

12  manuscripts.

13        "QUESTION:  That's not my question.  My

14  question is that your manuscript does not include your

15  opinion that talcum powder use causes ovarian cancer.

16  Correct?

17        "ANSWER:  I answered you."

18        So let me ask you this:  Did you or did you

19  not provide a conclusion in the manuscript that you

20  provided to the Journal of Reproductive Sciences that

21  talc can cause ovarian cancer?

22  A.    I did provide a conclusion that based on my data

23  there will be an increased risk of developing ovarian

24  cancer, yes.  I did not provide an opinion.

25  Q.    It will speak for itself.

139

1    The Journal of Reproductive Sciences was not

2  the first journal to receive your manuscript.  Right?

3  A.    Yes.

4  Q.    The first choice or the first journal that you

5  submitted it to was Gynecologic Oncology.  Right?

6  A.    Yes.

7  Q.    I want to ask you about the response you

8  received.  You were asked about this on DIRECT

9  EXAMINATION.  Let me direct you to B-23, page 3.

10    I want to direct your attention to the

11  important limitations that were set forth there by

12  Reviewer No. 1.

13    The first limitation reads:

14    "The significance of the study would be

15  greatly enhanced if the mouse model corroborated the

16  cell line findings."

17  A.    Yes.

18  Q.    That's an in vivo study?

19  A.    Right.

20  Q.    The next sentence indicates the expert believes

21  your cell line studies were not convincing,

22  sufficiently convincing.

23    Do you see that?

24  A.    Yes.

25  Q.    The third limitation, "The first bulleted

Saed-Cross/Mr. Williams

140

1   highlight says, oxidative stress is a key mechanism to

2   the initiation and progression of ovarian cancer is

3   not supported by this investigation and should be

4   omitted."

5           Do you see that?

6   A.    I do.

7   Q.    Now, you said earlier today that you had

8   previously submitted a paper that had language not

9   exactly like that but to that effect.  Do you remember

10  that?

11  A.    The review article?

12  Q.    The review article.  Right?

13  A.    Yes.

14  Q.    Now, you understood when the reviewer was

15  reviewing your manuscript for Gynecologic Oncology the

16  reviewer was not talking about another paper.  Right?

17  A.    Yes.

18  Q.    The reviewer was talking about your paper we are

19  discussing here.  Correct?

20  A.    Correct.

21  Q.    And it was this paper the reviewer was saying

22  did not support that conclusion.  True?  Did you

23  understand that to be what they were saying?

24  A.    Yes, I understand, but may I --

25  Q.    Did you understand at the time the reviewer

Seed-Cross/Mr. Williams

141

1    responded that he or she was saying this paper does

2    not support that proposition?

3    A.    Yes.

4    Q.    Can you name any study that concludes that

5    oxidative stress actually causes ovarian cancer?

6    A.    In vitro studies?

7    Q.    Yes.

8    A.    We have published several in vitro studies

9    showing that alteration oxidative stress -- and we

10   have identified actually a mechanism by which

11   alteration oxidative stress shut down apoptosis.

12   Q.    Let me ask you this:  Do you equate association

13   on the one hand with causation on the other?  Are

14   those two concepts one and the same to you?

15   A.    Association is different than causation.

16   Q.    One shows correlation and the other shows actual

17   cause.  Is that a simple way of looking at it?

18   A.    Yes.

19   Q.    The studies that you were referring to a moment

20   ago that you and others have done, those are studies

21   that show some sort of an association between

22   oxidative stress and ovarian cancer, but they don't

23   say that when you have oxidative stress cancer will be

24   caused.  Did I get that right?

25   A.    Not in all of them.  Some studies say there is a

Siddiqui - Cross/Mr. Williams

142

1   strong association between oxidative stress and

2   ovarian cancer.  But I want to say association studies

3   in the lab, we don't do association studies.  We do

4   mechanism.  There are several mechanistic papers

5   showing these markers of oxidative stress upon

6   exposure to talcum powder actually changed and mimics

7   the one that you see in ovarian cancer.  And we had

8   established a strong link not only with the oxidative

9   stress but also for the uncontrolled cell division and

10  shutdown of programmed cell death.

11  Q.    I'm talking about oxidative stress.  I would

12  like to keep that focus, if I may?

13        My question to you now is:  Is the notion that

14  oxidative stress causes ovarian cancer generally

15  accepted in the scientific community?

16  A.    The exact notion like that, it says it plays a

17  role in causation of ovarian cancer, yes.

18  Q.    And the reason that you made the distinction you

19  just did is it is one thing to say there are

20  circumstances where we note oxidative stress and it is

21  quite another thing to say that when we see oxidative

22  stress, cancer will be caused.  Those are two very

23  different things.  Right?

24  A.    Oxidative stress alteration in the format that

25  we described has been observed in ovarian cancer

Saed - Cross/Mr. Williams

143

1    patients.  So it is there published by us and others.

2            MR. WILLIAMS:  Your Honor, is this a good time

3    to take our afternoon break?

4            THE COURT:  Sure.  That will be fine.

5            THE DEPUTY CLERK:  All rise.

6            (Recess.)

7            (Continued on the next page.)

8    ////

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Saed-Cross/Mr. Williams

144

1          THE DEPUTY CLERK:  All rise.

2          THE COURT:  Thank you.

3

4     **GHASSAN SAED**, resumed.

5

6     CROSS-EXAMINATION (continued)

7     BY MR. WILLIAMS:

8     Q.    Dr. Saed, there was some discussion today about

9     CA-125 levels.  Do you recall that?

10    A.    Yes.

11    Q.    You say in your report that CA-125 is a

12    clinically relevant biomarker, and that's in your

13    report at C 17, page 22.  Do you recall writing that?

14    A.    Yes.

15    Q.    You are not an expert in CA-125 or its clinical

16    utility.  Correct?

17    A.    Yes, I'm not an OB GYN/oncologist.

18    Q.    You don't know whether CA-125 is used to

19    diagnosis ovarian cancer.  Right?

20    A.    What I know about CA-125, it is used to follow

21    the treatment, how effective the treatment for the

22    patient.  That's all.

23    Q.    That's not my question.  My question is whether

24    you know one way or the other whether CA-125 is used

25    to diagnose ovarian cancer?

Seed-Cross/Mr. Williams

145

1   A.     It is not used to diagnose typically.

2   Q.     You know of no studies showing an association

3   between elevated CA-125 levels and an increased risk

4   of ovarian cancer?

5   A.     Yes.

6   Q.     My question, is that accurate.  Do you know of

7   such studies?

8   A.     Say it again, please.

9   Q.     You know of no studies showing an association

10  between elevated CA-125 levels and an increased risk

11  of ovarian cancer; do you?  You know of no such

12  studies?

13  A.     I know that CA-125 is used in some cases as a

14  biomarker for ovarian cancer, especially for the

15  patient --

16         THE COURT:  He asked about studies.  Do you

17  know of any studies showing an association between

18  elevated CA-125 levels and an increased risk of

19  ovarian cancer?  Do you know of such studies?

20         THE WITNESS:  No.

21  Q.     You would need to defer to a gynecological

22  oncologist for that.  Correct?

23  A.     Yes.

24  Q.     Can we agree, Doctor, that CA-125 is not

25  specific to ovarian cancer?

Saed - Cross/Mr. Williams

146

1   A.    To ovarian cancer what?

2   Q.    I'll put it this way:  You don't know whether

3   CA-125 levels can be elevated during menstruation; do

4   you?

5   A.    I know CA-125 is elevated in fibroids, in

6   endometriosis, some pregnancies, also.

7   Q.    It is not unique to ovarian cancer.  Right?

8   A.    Yes.

9   Q.    Let me ask you some questions about dose.

10  A.    It's unique to inflammation.

11  Q.    Let me ask you about dose.  Is it true you

12  cannot cite any data showing that the talc

13  concentrations that you used in your experiments are

14  similar to or the same level of exposure in women who

15  use talc?

16  A.    Very hard to correlate the two.

17  Q.    I asked you whether or not you have data showing

18  the talc concentrations in your experiments are

19  similar to the levels of exposure in women using talc?

20  A.    What I said is, we don't know how much women get

21  exposed to talcum powder.

22  Q.    In fact, you did not make any effort to

23  determine how the concentrations you chose for your

24  experiment compare to the level of exposure in real

25  life for women who use talcum powder; did you?

1   A.   I made the efforts to make sure that the doses I

2   have used to treat my cells are not toxic and the

3   cells are happy when they are there.  They have all

4   the functions.

5   Q.   That's not my question.  My question is, sir,

6   you did not make any effort to determine how the

7   concentrations that you did choose compare to the

8   level of exposure in real life for women who use

9   talcum powder.  You didn't do that; right?

10   A.   It's not known the dose that women are exposed

11   to in real life, it's not known to me.

12   Q.   And what you did if you saw there were some

13   other studies that used certain doses, and you rattled

14   those off earlier -- you remember 20 and 5 and 20 and

15   so on that you used, right?  You used that because

16   other studies had used them.  Right?

17   A.   I started higher, and I tapered it down, and I

18   looked at others, and we found that they are within

19   the same range that I am using.

20   Q.   Actually, that's not quite what you did; is it,

21   sir.  You actually started with 1,000 micrograms per

22   milliliter, and that killed the cells; true?

23   A.   It kills some of the cells, yes.

24   Q.   And you went from 1,000 to zero, five, 20.

25   That's what you did.  Right?

Saed-Cross/Mr. Williams

148

1   A.     No.  I went from 1,000 to 500, and 200, and then

2   I chose those doses.

3   Q.     In the end, the doses that you used were the

4   doses used by others.  Right?

5   A.     Yes.

6   Q.     As you sit here, though, you don't know whether

7   the doses that you used, whether the talc

8   concentrations that you used compare to actual human

9   exposure in women using talcum powder.  Correct?

10  A.     Correct.

11  Q.     A few questions on controls.

12         You created a solution of talc called DMSO and

13  you described that for the Court this morning.  Right?

14  A.     Yes.

15  Q.     DMSO is a liquid that can dissolve other

16  substances.  Correct?

17  A.     Yes.

18  Q.     You used sterile DMSO without talc as a control?

19  A.     Yes.

20  Q.     And the reason you used the DMSO solvent by

21  itself was to test for a response in cells that were

22  not treated with talc.  Right?

23  A.     No.  We compared cells that were treated with

24  DMSO alone; DMSO with talc.  We're comparing the two.

25  Q.     Your reasoning was if DMSO had an effect on the

Saed - Cross/Mr. Williams

149

1 cells, you would see a response in cells that were not

2 treated with talc?

3 A.    If there is an effect, yes.  You control for

4 that effect.  That's what a control is for.

5 Q.    You used a centrifuge to separate the talc that

6 was mixed with the DMSO into two phases, a liquid

7 soluble phase on top and talc particles on the bottom.

8 Right?

9 A.    Yes.

10 Q.    Ideally, the liquid soluble phase on the top

11 should be DMSO only with no talc, right, in an ideal

12 world?

13 A.    There is a solubility of talc in DMSO.

14 Q.    And that liquid phase overlying the talc

15 deposited at the bottom is called supernatant.  Is

16 that what that is called?

17 A.    Yes.

18 Q.    You tested the supernatant to see if there was

19 an effect even without the presence of talc particles.

20 Right?

21 A.    What I'm trying to say, there is a solubility of

22 particles of talc in DMSO at the level of .1-microgram

23 to million; and that is already published.  So there

24 is solubility in there, yes.

25 Q.    When you tested the supernatant to see if there

Saed - Cross/Mr. Williams

150

1   was an effect by the supernatant even without the

2   presence of the talc particles, you found an effect.

3   Right?

4   A.    That's what I'm saying.

5          Your Honor, this DMSO dissolved talc; some

6   talc is dissolved in DMSO.  That's my answer.  To the

7   effect we are seeing, you cannot separate the

8   supernatant or the talcum powder.

9   Q.    What you are saying to Her Honor is you believe

10  the reason you saw an effect was because you could not

11  fully isolate the talc particles from the supernatant.

12  Is that what you are saying?

13  A.    No.  I'm saying some talc may dissolve in the

14  DMSO solution and be in the supernatant.  That's what

15  I'm saying.  So the effect could not be isolated if

16  it's talc or DMSO in the supernatant.  That's why we

17  combined them.

18  Q.    Did you do anything to confirm that hypothesis?

19  A.    We combined them and tested the DMSO alone to

20  compare.  I'm not interested to see which part of the

21  particle is doing the affect.  I'm interested to see

22  the whole preparation in DMSO -- the whole preparation

23  means Johnson & Johnson Baby Powder in DMSO versus

24  DSMO alone.  That's my interest.  Further studies may

25  be done to fractionate to see which part does what.

Sued Cross/Mr. Williams

151

1    That's a different study.

2    Q.    A negative control group is often one in which

3    you would expect to see no response.  Right?

4    A.    Control group, if that's why you have a control

5    group, if there is a response, you can correct for it.

6    That's the idea.

7    Q.    My question is about a negative control group, a

8    benign substance.

9    A.    Okay.

10   Q.    You are testing to see whether a substance

11   causes a harm.  And you also, as a negative control

12   test something known not to cause harm.  Are you

13   familiar with that concept?

14   A.    Yes.

15   Q.    One example of a negative control would be if

16   you exposed the cell line to an inert substance like

17   cornstarch.  Right?

18   A.    I don't know if cornstarch is an inert

19   substance.  I never tested it.

20   Q.    And you did not test cornstarch here?

21   A.    I did not test it.

22   Q.    Let me ask you about doing work in triplicate,

23   replicability of your work.

24         Earlier you discussed the proposal you sent to

25   the plaintiffs' lawyers.  You recall that.  Right?

Saed-Cross/Mr. Williams

152

1    A.    Yes.

2    Q.    The proposal that you sent to the plaintiffs'

3    lawyers said:  "All experiments will be performed in

4    triplicate."  True?

5    A.    True.

6    Q.    The manuscript that you submitted to the

7    Reproductive Sciences also says, "Experiments were

8    performed in triplicate," does it not?

9    A.    It does.

10   Q.    Now, your expert report does not say that your

11   experiments were performed in triplicate?

12   A.    I don't know.  I can't remember.

13   Q.    I'll make that representation to you.

14          Did you in fact perform the experiments

15   described in your report three times for the same type

16   sample, for the identical sample?

17   A.    I need to answer this, your Honor.

18          My understanding to experiments is that I'm

19   referring to assays, and all the assays are done in

20   triplicate.  Let's agree on that first.  All the

21   assays for the study was done in triplicate.

22          Now, let's go -- which I understood from your

23   question, are you referring to the assays to the

24   experiments or how many cell lines?  I just want to

25   clarify that.

Saed - Cross/Mr. Williams

153

1          All of the assays are done in triplicate, and

2     this is very clear in the lab notebook.

3     Q.    What do you mean by "in triplicate"?

4     A.     Three times.

5     Q.    So what you are testifying to is that each one

6     of the cells was put into a petri dish and tested

7     three different times?

8     A.    No.  What I'm saying is -- that's why we are

9     mixing up stuff.  Assays, like realtime, PCR, like

10    ELISA, like proliferation, all the assays I described

11    in my studies, they all are done in triplicate.  What

12    I understood from your question, and correct me, the

13    point that was raised earlier, that traditionally to

14    do triplicates you have to take one cell line, and the

15    same cell line split it into three different dishes

16    and do the experiments.

17    Q.    Did you do that?

18    A.    I have done that in the past but not for this

19    study.  For this study I have done what I believe, and

20    I published with it several times, that even more

21    powerful six times, not three times.  We did it six

22    times, six repeated different times.  We did it with

23    cell one.  We got results.  We did it with cell two.

24    We got similar results.  We did it with a different

25    cell No. 3.  We got the same results.  Similar results

Saed-Cross/Mr. Williams

154

1    were four, five and six.  So six different cell lines,

2    repeated six different times.  We got it similar.  In

3    my opinion, this is more powerful than showing the

4    effect on one single cell line.

5    Q.    So we're clear.  Each cell line individually was

6    not done three times?

7    A.    Correct.

8    Q.    You are relying upon the idea that it is

9    powerful to have six different cell lines tested?

10   A.    Yes.

11   Q.    You have done studies, experiments in triplicate

12   using what we'll call Version 1, or what you called

13   this morning Version 1.  True?

14   A.    True.

15   Q.    You did not do that here?

16   A.    I did more here.

17   Q.    You did not do Version 1 you talked about this

18   morning?

19   A.    No.

20   Q.    Earlier we discussed the manuscript that you

21   submitted to the Journal of Gynecologic Oncology.  The

22   manuscript you submitted to that journal reported that

23   you treated the cell lines that you were experimenting

24   on with talc for 48 hours.  True?

25   A.    The GYN Oncology?

Saed-Cross/Mr. Williams

155

1   Q.    Yes.

2   A.    Yes.

3   Q.    This is Exhibit A 38.  It is page 15.  It is the

4   first full paragraph, lines 115 through 116.  And

5   there it says that the cells were treated 24 hours

6   later with 100 micrograms per milliliter of talc for

7   48 hours.  Right?

8   A.    Yes.

9   Q.    We also discussed comments submitted by the two

10  experts who reviewed your transcript.  I would like to

11  look at those again.

12        Let's pull out Exhibit B 23.  That's in the

13  first notebook you have; and if you would turn to page

14  4.  You see on page 3 the comments from Reviewer No. 2

15  are described, and they carry over to page 4.  Do you

16  see that?

17  A.    Yes.

18  Q.    As it carries over to page 4.  It says:

19        "The fact that SNPs were changed following

20  such short exposure to talcum is surprising and makes

21  one wonder what the biological effect of such changes

22  might be."

23        Did I read that right?

24  A.    Yes.

25  Q.    The Journal of Gynecologic Oncology sent its

Saed-Cross/Mr. Williams

156

1    rejection letter to you on September 19th of 2018.

2    Right?

3    A.    Yes.

4    Q.    Now, after that, on January 3rd of 2019, you

5    submitted a revised version of your manuscript to the

6    Journal of Reproductive Sciences which ultimately

7    accepted it for publication.  Right?

8    A.    Yes.

9    Q.    Your revised manuscript changed the time from 48

10    to 72 hours.  True?

11    A.    Yes.

12    Q.    And that, for the record, is Exhibit B 14, page

13    7, the first full paragraph.

14         Now, in between your submissions to the two

15    journals you did not rerun the experiments to increase

16    the length of talc exposure from 48 to 72 hours.

17    Right?

18    A.    Yes.

19    Q.    You did not do that.  Right?

20    A.    I did not.

21    Q.    Your expert report in this matter says that you

22    exposed the cells to talc for 48 hours.  Right?

23    A.    Yes.

24    Q.    And we've got that on the board, and that is,

25    for the record, Exhibit C 17, page 16, the first full

Saed - Cross/Mr. Williams

157

1    paragraph.

2           Do you recognize that from your report?

3    A.    Yes.  My manuscript that I submitted to GYN

4    Oncology was based on my expert report and both have

5    this error in them.

6           In the lab notebook, your Honor, I can show

7    you at the page where it clearly describes the

8    experiments, the cell type, how many hours, the

9    details for all the experiments.

10   Q.    We'll get to that.

11   A.    I'm just trying to tell you the report was used

12   for my manuscript.  That's why it carried over.

13   Q.    The report was used for the manuscript?

14   A.    I used part of the manuscript for the report.

15          THE COURT:  Which is it?  Which was it?

16          THE WITNESS:  I think the report first and the

17   manuscript second.

18   Q.    The reference to 48 hours in your report was a

19   typo?

20   A.    Yes.

21   Q.    Was the reference to 48 hours in the original

22   manuscript submitted to Gynecologic Oncology also a

23   typo?

24   A.    Yes.

25   Q.    Was that reference to 48 hours everywhere where

Saed - Cross/Mr. Williams

158

1    it was reported?

2    A.    Not everywhere.  In the last section where we

3    did the studies with Johnson & Johnson Baby Powder the

4    last part of the lab notebook, all that study was done

5    for 72 hours with zero, five, 20, 100 micrograms per

6    mill.  All examples are coded.  They have an ID

7    number.  They are all in the computer and have the

8    time we did the study for.

9    Q.    Anytime in any writing that you did that it says

10   48 hours, that was a typo?

11   A.    In the initial experiment in the exposure we did

12   24, 48 and 72 hours, yes, we did.  I cannot say I

13   agree to your sentence because in the first initial

14   abstract that we submitted we did 24 hours, 48 hours

15   and 72 hours.  I cannot remember exactly where is that

16   but we did more time points.

17   Q.    It's a simple question.  Right now we are

18   looking at your report.  It's Exhibit C 17, and it

19   says that the cell lines were treated 24 hours with

20   different amounts for 48 hours.  Correct?

21   A.    Correct.

22   Q.    My question is simply that, if we read a report

23   of yours or a submission of yours that uses 48 hours

24   as opposed to 72, is that an error?

25   A.    In this report it is an error.  In GYN Oncology

Saed - Cross/Mr. Williams

159

1  manuscript it's an error.

2  Q.    Is there anywhere where it says 48 hours that it

3  is not an error?

4  A.    I think in the initial abstract that we

5  submitted.  I'm not sure.  I forgot.

6  Q.    You submitted an abstract to the Society For

7  Gynecologic Oncology.  Right?

8  A.    Yes.

9  Q.    The abstract you submitted also refers to

10 testing for 48 hours.  Right?

11 A.    When was the date of this abstract?  The very

12 initial work, your Honor, we did it for 48 hours.

13        THE COURT:  I didn't get your testimony.

14        THE WITNESS:  The very initial work that we

15 did, part 1 and part 2 of the lab notebook, that was

16 done with different time points.  But the one in the

17 manuscript, it's only done in 72 hours, and that's

18 clearly indicated in the lab notebook.

19 Q.    Let me refer you to your testimony.  Tab 1, page

20 316, lines 3 through 12.  You were asked the following

21 question and gave the following answers:

22        "QUESTION:  I'm showing you what I'm marking

23 as Exhibit 19.  Do you recognize Exhibit 19?

24        "ANSWER:  It looks like the abstract we

25 submitted to SGO.

Saed - Cross/Mr. Williams

160

1        "QUESTION:  This abstract in the middle refers

2   to testing done at 48 hours.  Is that correct?

3        "ANSWER:  48 hours is a typo everywhere you

4   see it.  I acknowledge that."

5        Did I read that right?

6   A.    Yes, I was referring to the report and the

7   manuscript.

8   Q.    You were referring to --

9   A.    The report and the manuscript, and I have to

10  check the abstract, the very first one that we

11  submitted.  I can't remember if it is 48 or 72.

12       THE COURT:  It says 48.  He wants to know if

13  it was a typo.  But in your testimony you said it was

14  accurate, because early on you only did it in 48.

15       MR. LAPINSKI:  Your Honor, if I can object for

16  a second because counsel now is referring to an SGO

17  publication at the end of 2018, and asking about 48

18  hours in the initial studies that he did that were

19  published prior to that, and I want the record to be

20  clear as to the abstracts that are being referred to

21  and where they might have been 48 hours and where they

22  might have been 72 hours.

23       THE WITNESS:  Your Honor, the very first

24  report that we did was 48 hours.

25       THE COURT:  Where is that?

Saed-Cross/Mr. Williams

161

1          THE WITNESS:  At the Gynecology Oncology

2     abstract.  I'm talking about the 48 hours being an

3     error.  I'm talking exclusively only in the report and

4     the manuscript specifically -- the manuscript that we

5     did submit for GYN Oncology.  When I reviewed the

6     manuscript for the accuracy of the time, I checked

7     exactly the time and the description and everything

8     was there.

9          THE COURT:  You did that after you got the

10     criticism?

11          THE WITNESS:  After the paper was rejected

12     from GYN Oncology, we submitted the work to

13     Reproductive Sciences; and when we submitted the work

14     to Reproductive Sciences, it attracted my attention

15     that we did a mistake there.

16          THE COURT:  You went back and looked at it

17     after it was highlighted for you in the criticism?

18          THE WITNESS:  Right.

19     Q.    As recently as the SGO meeting that took place

20     in Honolulu a couple of months ago, that the same

21     reference to 48 hours was made?

22     A.    The one in Honolulu is the SNP study --

23     Q.    It is Exhibit Saed 505.  It would be in the

24     second binder to your right.

25          MR. WILLIAMS:  Your Honor, I'm asking him to

Saed - Cross/Mr. Williams

162

1    look at what I want him to look at.

2            THE COURT:  Please follow the question.  Not

3    your lab book.  It's Exhibit 505.

4    A.    I want to look at the original lab notebook.

5    Q.    I'm asking you about the abstract.

6    A.    I see it in front of me.

7    Q.    This is the abstract presented at this 50th

8    annual meeting of the SGO that happened in March?

9    A.    No, that's not me.

10   Q.    Why do you say it's the wrong manuscript?

11   A.    I'm not the author here.  That's not my work.

12   Q.    You were not a participant in any of this work

13   here?

14   A.    Where?  Oh, now, no, this is different.  There

15   was a different one.

16   Q.    It's from the same summary.  The top of the

17   page -- of page 1 was just for the date.  But my

18   question is whether or not you listed here in the 12,

19   16 poster session where your name appears there, that

20   the cell lines were treated with talc for 48 hours?

21   A.    It says that there, yes.

22           MR. LAPINSKI:  Can we have the page identified

23   that this highlight is coming from so we could follow

24   along?

25           MR. WILLIAMS:  Page 94.  That's where this is

Saed-Cross/Mr. Williams

163

1    from, your Honor.

2    Q.    Where this says 48 hours a couple of months ago

3    that was a typo as well?

4    A.    This is the SNP studies.

5    Q.    Is that a typo as well?

6    A.    To answer you, I have to go and look at the

7    manuscript, what it says in the manuscript.

8    Q.    In the manuscript or your lab book?

9    A.    The Reproductive Sciences manuscript.  I don't

10   have a copy here.

11   Q.    As you sit here today, you don't know one way or

12   the other whether you tested for 48 or 72 hours for

13   the SNPs?

14   A.    I don't know.  If you let me look.  I can't

15   remember.  I need to look at my manuscript.  That's

16   all I'm saying.

17   Q.    Counsel may find it for you and ask you about it

18   on redirect.

19         You wrote 48 hours in your original manuscript

20   in the Journal of Gynecologic Oncology in August of

21   2018.  Correct?

22   A.    The abstract, yes.

23   Q.    You wrote 48 hours in your expert report.

24   Right?

25   A.    Yes.

Saed-Cross/Mr. Williams

164

1   Q.   You wrote 48 hours in your abstract to the SGO?

2   A.   For the SNP studies, yes.

3   Q.   You wrote 48 hours in a poster presentation as

4   well?

5        MR. LAPINSKI:  Can we identify the poster

6   presentation.

7        MR. WILLIAMS:  It's the one we just had from

8   the SGO meeting in Honolulu, Exhibit 505.

9        MR. LAPINSKI:  Can we see the poster

10  presentation.

11  Q.   Now, you testified your lab books reference

12  72 hours as the amount of time the talc was tested.

13  Right?

14  A.   Yes.

15  Q.   Can you cite any other substances that have ever

16  been reported to cause DNA mutations after 72 hours of

17  treatment in cell cultures?

18  A.   Yes.

19  Q.   What is that?

20  A.   I can't remember off the top of my head but

21  there are many.  We get mutations every day.

22  Q.   As you sit here now, you can't remember any?

23  A.   What I'm saying, I don't remember a particular

24  one but there are many --

25       THE COURT:  Think of one.  You don't need to

Saed-Cross/Mr. Williams

165

1   give me many.

2         THE WITNESS:  Like, for example, smoking is

3   linked to a signature of genetic mutations.  Radiation

4   is linked to a signature of mutations.  I don't know

5   how soon that will come up, but I know some studies

6   that were major and they found mutations in 72 hours.

7   Q.    Do you remember being asked at your deposition

8   whether you can cite any other substance that has ever

9   been reported to cause DNA mutations after only

10  72 hours of treatment, and you could not recall that.

11  Do you remember being asked that?

12  A.    Yes.

13  Q.    Since your deposition and up until today, have

14  you had an opportunity to think about and determine

15  whether there are in fact other substances that are

16  shown that type of mutation after 72 hours?

17  A.    No.

18  Q.    The smoking example that you gave a moment ago,

19  can you testify today 72 hours would be sufficient to

20  show the mutations?

21  A.    No, I can't.  I don't know the time.

22  Q.    You mentioned a few moments ago the lab books

23  mentioned 72 hours.  Do you recall that?

24  A.    Yes.

25  Q.    Let me ask you about your lab notebooks.

Saed-Cross/Mr. Williams

166

1    A.    Okay.

2    Q.    You prepared a lab notebook that corresponds to

3    the experiments described in your expert report.

4    Correct?

5    A.    Some of it, yes.

6    Q.    The entries in the lab notebook start in October

7    of 2017, and they end in October 2018.  Correct?

8    A.    Approximately.  I'm not sure.

9    Q.    Let's see what you said in your deposition.

10   Page 88, tab 1 of the red book.  Lines 9 through 19 on

11   page 88 you were asked the following questions and

12   gave the following answers:

13        "QUESTION:  When was this lab notebook Exhibit

14   No. 2 at the deposition prepared?

15        "ANSWER:  I don't know exact dates.

16        "QUESTION:  Correct?

17        "ANSWER:  I don't know.  I can't remember.

18        "QUESTION:  Well, the date -- the dates run

19   from 10/15/17, to?

20        "ANSWER:  All the way to --

21        "QUESTION:  All the way to --

22        "ANSWER:  October.

23        "QUESTION:  October or so of 2018.  So was

24   this notebook prepared over that entire period of

25   time?

Seed-Cross/Mr. Williams

167

1      "ANSWER:  Yes."

2      Were those the questions and answers you gave?

3  A.    Yes.

4  Q.    Not all of the entries in your lab notebook,

5  sir, were prepared at the time the work was being

6  done.  True?

7  A.    Not true because we're referring, your Honor, to

8  two lab notebooks.  I was asked about one of them.

9  The other one here was not in my first deposition, and

10  this is September 26, 2017.  So when I went to my

11  first deposition, we had only the lab book that refers

12  to the manuscript, and this lab notebook was not

13  there.

14  Q.    The lab notebook that you are holding in your

15  hand now, what is the first date and last date

16  reflected?

17  A.    The first date was September 26, 2017.

18      THE COURT:  What is the last date that deals

19  with this matter?  We're not interested in unrelated

20  issues.

21      THE WITNESS:  In this matter it deals with

22  October 2018.

23      THE COURT:  Wasn't that the question he just

24  asked you, and you answered in your deposition.  It is

25  no different.  Is that correct?

Saed/Cross/Mr. Williams

168

1          THE WITNESS:  Okay.

2   Q.    The first date is October 2017.  The last date

3   is October 2018.  Right?

4   A.    Okay.

5   Q.    Is that true?

6   A.    Yes.

7   Q.    And you have the lab book in your hands as we

8   speak.  Right?

9   A.    Yes.

10  Q.    Not all of the entries in your lab book that you

11  are holding in your hand right now were prepared at

12  the time the work was being performed.  True or not

13  true?

14  A.    On the same day?

15  Q.    Yes, on the date reflected in the book.

16  A.    Some entries are entered the same day.  Others

17  might be a week later or two weeks later.  Are you

18  talking about the data entry?

19  Q.    Let me refer you to your testimony.

20          Page 87 of your testimony, lines 15 through

21  21, you were asked the following questions and gave

22  the following answers:

23          "QUESTION:  Were all the entries in Exhibit

24  No. 2 prepared at the time that the work was done?

25          "ANSWER:  No.

Saed-Cross/Mr. Williams

169

1      "QUESTION:  When you say no, does that mean

2  that there was work done and then the -- later on

3  entries were made in the lab notebook?

4      "ANSWER:  Correct."

5      Were those the questions you were asked and

6  the answers you gave?

7  A.    Yes.  And that's what I just said.

8  Q.    There was work that was done and at some later

9  point in time entries were made in the notebook

10  describing the work.  Right?

11  A.    You are talking about data points?

12  Q.    I'm talking about anything that appears in your

13  lab notebook, the work was done and at a later point

14  in time entries are made in the notebook describing

15  the work.

16  A.    We just stick the data that we print out from

17  the computer, yes.

18  Q.    Yes, the work sometimes was reflected later?

19  A.    Yes.

20  Q.    Some of the entries in your lab notebook were

21  made months after the fact.  Is that true?

22  A.    Not true.

23  Q.    You were first deposed in this matter on

24  January 23rd of 2019.  Do you remember that?

25  A.    Around that.

Seed-Cross/Mr. Williams

170

1  Q.    You testified portions of your lab notebook had

2  been put together four weeks prior to that deposition.

3  Do you recall saying that?

4  A.    This lab notebook, yes.

5  Q.    That's the same lab book that starts in October

6  of 2017 and ends in October 2018.  Correct?

7  A.    No.  We have two lab notebooks.

8  Q.    What lab notebook are you holding in your hand

9  now?

10 A.    This lab notebook starts October 17th.

11        MR. LAPINSKI:  Can we ask the witness which of

12 the two notebooks he is referring to?

13        THE WITNESS:  This lab notebook starts

14 October 2017 and goes all the way to October 2018.

15        THE COURT:  It starts on what month and what

16 year?

17        THE WITNESS:  This lab notebook starts

18 October 2017 and ends October 2018.

19        THE COURT:  And what is the other lab

20 notebook?

21        THE WITNESS:  The other lab notebook starts

22 September 26, 2017, and ends with October 2017.

23 Q.    2017 or 2018?

24 A.    2017.

25 Q.    That is a notebook that --

Saad-Cross/Mr. Williams

171

1          THE COURT:  That is a notebook that goes for

2    one month?

3          THE WITNESS:  Yes.

4          THE COURT:  And the other picks up from

5    October 2017 to October 2018?

6          THE WITNESS:  Correct.

7          THE COURT:  I had names on the binders.

8          MR. WILLIAMS:  I would handle it this way,

9    your Honor.

10   Q.    You've now looked at both of your original lab

11   notebooks.  Correct?

12   A.    Correct.

13   Q.    There is no date relating to the work you have

14   done after a date in October of 2018 in either of

15   those books.  Correct?

16   A.    Yes.

17   Q.    One of those books has its last entry of

18   October 2017, a year earlier.  Correct?

19   A.    Yes.

20   Q.    You testified in this case that portions of your

21   lab notebook were put together one month prior to your

22   deposition being taken in January of 2019.  Do you

23   recall that?

24   A.    Yes.

25   Q.    Can we agree that four weeks prior to

Saed - Cross/Mr. Williams

172

1   January 23rd of 2019 would put us in the last week in

2   December of 2018?  Can we agree on that?

3   A.    No.  We agree on the date but we don't agree

4   what happened.

5   Q.    True or not true:  There were some entries in

6   the lab notebook that has a last date of October 2018,

7   which entries were prepared and put into that book in

8   December of 2018?

9   A.    The statistical analysis, yes.

10   Q.    So my original question to you --

11   A.    That I didn't do.

12   Q.    Are you disavowing the statistical entries?

13   A.    No.  I'm saying these are done by statisticians.

14   It's a printout from the computer.  They emailed it to

15   us.  We were late in putting it in the lab notebook.

16   Q.    And the statistical analysis portion is the part

17   that you are certain was actually prepared only

18   one month before your deposition was taken.  Right?

19   A.    Added to the lab notebook.

20        MR. LAPINSKI:  Objection.  That misstates his

21   testimony.  He didn't testify the statistical analysis

22   was performed in December of 2018.

23        MR. WILLIAMS:  If that's what I said, I

24   misspoke.  I'll restate.

25   BY MR. WILLIAMS:

Saed - Cross/Mr. Williams

173

1   Q.   The statistical analysis portion, the part that

2   was actually placed in the notebook only one month

3   before your deposition in this case was done in

4   December of 2018.  Correct?

5   A.   I'm not sure.

6        MR. LAPINSKI:  Objection to the use of the

7   word "done" related to the statistical analysis.  It

8   misstates the testimony and implies the analysis --

9        THE COURT:  Let's break it apart.

10        When was the statistical analysis done and

11   placed in the notebook?

12        THE WITNESS:  The statistics were done June,

13   July of 2018, and they were entered in the lab

14   notebook later in October.

15        THE COURT:  I think you said something was

16   entered in December.

17        THE WITNESS:  He said that.  I didn't say

18   that.

19   Q.   Let's look at your testimony.

20   A.   In my testimony I never said anything about

21   statistical analysis.

22        THE COURT:  I think it was in today's

23   testimony.

24        THE WITNESS:  Not statistical analysis.

25   Q.   Let's look at your testimony.  Tab 1, page 88,

Sued-Cross/Mr. Williams

174

line 20 through page 89, line 3:

1

2      "QUESTION:  It wasn't prepared, put together

3  in its entirety four weeks ago?

4      "ANSWER:  Some of it was, yes.

5      "QUESTION:  What portions were put together

6  4 weeks ago?"

7      MR. WILLIAMS:  Your Honor, four weeks prior to

8  the deposition would be four weeks prior to

9  January 23, 2019?

10      "ANSWER:  I think the one related to the last

11  portion.

12      "QUESTION:  Can you point me to the pages that

13  were put together in the last month or so?

14      "ANSWER:  I can't really exactly remember, but

15  the last, I would say the statistical part for sure."

16      Were those the questions you were asked and

17  the answers you gave?

18  A.    Yes.

19  Q.    We can agree one month prior to January 23rd of

20  this year would be late December of 2018.  Correct?

21  A.    Correct, but I was estimating.

22  Q.    You are responsible for the book?

23  A.    Yes, I am.  I didn't invent data.

24  Q.    You don't actually know the dates when the

25  entries in your lab notebook were put in it; do you?

Saed-Cross/Mr. Williams

175

1  A.    I do know when we sent the data to the

2  biostatistician to run the analysis.  I have the

3  emails.  I have the exact date I did that, and I have

4  the exact date I received all the analysis from the

5  biostatistician.  The only thing we did not do was

6  print out what the biostatistician sent me, the method

7  we used for analysis for statistics, the data for

8  statistics.  I did not print it out from the computer

9  from the data he sent me electronically and include it

10  into the lab notebook.

11        THE COURT:  So he is saying the statistical

12  information was placed in it in December; that is what

13  he said.  The statistical analysis is what was put in

14  later.  He did testify to that.  I went back.

15  Q.    The statistical analysis was placed in the book

16  in December, first month before your deposition.  Is

17  that accurate?

18  A.    When we checked later, it was October 18th, not

19  December.  When I checked, your Honor, here in the lab

20  notebook, the statistical data was October 18th.  I

21  was inaccurate when I said four weeks before.  I was

22  estimating.

23        THE COURT:  You also said it today, though.  I

24  want to make sure we are clear.  Are you now

25  suggesting your testimony both today and at your

Seed-Cross/Mr. Williams

176

1   deposition about the statistical data being put into

2   the lab book only a few weeks before your deposition

3   was an error?

4           THE WITNESS:  A few weeks --

5           THE COURT:  A few weeks meaning the end of

6   December?

7           THE WITNESS:  It was an error, your Honor.

8           THE COURT:  And now you are saying it was done

9   in October?

10          THE WITNESS:  Yes, because I looked at the

11  notebook.

12          THE COURT:  You don't have any independent

13  recollection?

14          THE WITNESS:  From my own memory, no.

15  Q.   We have been talking about the statistical

16  analysis.  Let me ask you about other entries that

17  appear in your book.  Okay?

18  A.   Okay.

19  Q.   With regard to other entries in the notebook

20  that have dates, can you tell whether those pages were

21  created on the date listed on the page or whether they

22  were created later but backdated to the date the work

23  occurred?

24  A.   I will try.  I don't know.  I can't tell all the

25  time.

Saed/Cross/Mr. Williams

177

1    Q.    Take a look at page 90 of your deposition.  This

2    is page 90, lines 11 through 20.  It's the first tab:

3         "QUESTION:  With regard to the other entries

4    in the notebook that have dates, can you tell whether

5    those pages were created on the date listed on the

6    page or were they created later but backdated to the

7    date the work occurred?"

8         There is an objection.

9         "ANSWER:  Yeah, so, again, we do the

10   experiment.  Sometimes it takes a week or two to write

11   it in the notebook because we have the data

12   electronically, so I tell you the exact date when they

13   were put in."

14        Were those the questions and answers that you

15   gave?

16   A.    Yes.

17   Q.    Scientists typically do not use white-out to

18   hide information and then write over the information.

19   Correct?

20   A.    Correct.

21   Q.    That is not proper laboratory practice.

22   Correct?

23   A.    Yes.

24   Q.    Proper laboratory practice would be to draw a

25   line through whatever was there so that the original

Saed-Cross/Mr. Williams

178

1   data would remain intact.  Correct?

2   A.    We have no white-out, just for the record, in

3   any of the original data.

4   Q.    Say that again?

5   A.    We have no white-out in any of the original

6   data.

7   Q.    When we use data in this context; that could be

8   words and not numbers.  Right?

9   A.    The data that we have are all electronically

10  generated.  The white-outs are in the text in the

11  words that describe methodology.

12  Q.    What I'm asking you is whether it is appropriate

13  when you are describing methodology to use white-out

14  and write over what's described in methodology?

15  A.    I said no.

16  Q.    That's not proper?

17  A.    Correct.

18  Q.    So whether we are talking about numbers or we

19  are talking about words describing methodology, it is

20  not proper scientific method to use white-out.  Right?

21  A.    If you do it in the data, there is a big

22  problem.

23  Q.    Now, let's look at some of the changes that were

24  made.

25        In Exhibit B 13, page 125, which is projected

Seed - Cross/Mr. Williams

179

1   on the screen, you see there is an entry where there

2   is white-out, and the words Johnson & Johnson are

3   written over at the white-out.  Do you see that?

4   A.    Yes, I do.

5   Q.    That has to do with what product is being

6   reviewed.  Correct?

7   A.    Yes.

8   Q.    In another entry your lab notebook added the

9   name of the product tested after the time the rest of

10  the entries on the page had been entered.  Do you

11  remember that?  I'll refer you to page 104 of Exhibit

12  D-13.  Exhibit B-13, page 104.

13        Do you have that in front of you?

14  A.    Yes.

15  Q.    Do you see the reference to Johnson's Baby

16  Powder with an arrow?

17  A.    Yes.

18  Q.    And the arrow points to the word "talc"?

19  A.    Yes.

20  Q.    And then on the line after that there is a

21  white-out on a number of words, and there is a

22  reference to changing the sterilization method in the

23  experiment?

24        MR. LAPINSKI:  Objection.  It misrepresents

25  what's on the page.  There is no reference to changing

Saed - Cross/Mr. Williams

180

1  a sterilization method.

2  Q.    Here is my question.  You see there is white-out

3  used where the words appear "sterilization under UV

4  light to avoid endotoxins"? Did I read that right?

5  A.    Yes.

6  Q.    That's a methodology?

7  A.    Yes.

8  Q.    It is whited out and those words appear over it.

9  Right?

10  A.    Yes.

11  Q.    Look at Exhibit B-15, page 31.  For this one on

12  page 31, this entry in the lab notebook used white-out

13  to remove the name of a particular cell line that was

14  used for the experiment.  Is that right?

15  A.    No.

16        MR. LAPINSKI:  Objection, your Honor.  It

17  misrepresents.

18  Q.    What was whited out here?

19  A.    What's whited out, I can read through it.  It

20  says "cell biologic," which is the description of the

21  cell line that is underneath it.  She just misplaced

22  it.  That's for normal ovarian epithelial.  I can see

23  through it.  It says "cell biologic, Chicago,

24  Illinois."

25  Q.    This entry in the lab notebook you used

Seed - Cross/Mr. Williams

181

1   white-out to remove the name of a particular cell

2   line?

3           MR. LAPINSKI:  Objection.  It misrepresents.

4           THE COURT:  The document will speak for

5   itself.  I got it.

6   Q.    Your lab used white-out to change multiple dates

7   from multiple entries in the book.  Is that a fair

8   statement?

9   A.    No.

10  Q.    For example, let's look at Exhibit B 15, page

11  32.  Do you see the entry, 9/26/2017.

12  A.    Yes.

13  Q.    Do you see that is writing over original

14  information?

15  A.    Yes.

16  Q.    The next entry on 9/29/2017 was altered with

17  white-out.  Do you see that?  That's another date

18  there?

19  A.    Yes.

20          MR. LAPINSKI:  Your Honor, can I ask whether

21  or not the doctor has his original notebooks; and, if

22  so, he can look at his original notebooks to see what

23  is being referred to.

24          THE COURT:  He's got them, I think.  Are you

25  looking at your lab notebook?

Seed - Cross/Mr. Williams

182

1          THE WITNESS:  Yes.

2          I have 9/26/2017 in here.  That's different,

3   though.  Give me one second, though.

4   Q.    In the handwriting it would be page 3.  Do you

5   have that?

6   A.    I get what you are trying to say.  There is a

7   change in the date with the white-out.

8   Q.    There was one.  Right?

9   A.    Yes.

10  Q.    The next one I would like you to look at is on

11  page 33 of the exhibit, if you were using the exhibit

12  in the book.  I think it's on page 40, if you are

13  looking at the handwritten numbers on the bottom of

14  the page.  So if you are using the original, go to

15  page 40.  Do you see the entry that refers to

16  10/3/2017 with white-out?

17  A.    Yes.

18  Q.    That date has been altered.  Correct?

19  A.    I don't know if it is altered.  It's just a

20  simple mistake.

21  Q.    You see white-out was used.  Right?

22  A.    Knowing the nature of my research assistant, she

23  is always doing mistakes and white's them out.

24  Q.    There is white-out on the page and handwriting

25  over it.  Correct?

Seed - Cross/Mr. Williams

183

1    A.    Correct.

2    Q.    The same thing with the next date:  10/6/2017;

3    and the next one:  10/7/2017 is what appears there

4    with dates changed.  Right?

5    A.    Yes.  I see that.

6    Q.    If you turn the page, there is another one:

7    October 10, 2017, where the date is changed.  Right?

8    A.    Yes, I see the change.

9         MR. LAPINSKI:  Your Honor, note my objection

10   when the statement is made that something is changed.

11   There is white-out there.  We don't know whether or

12   not it was changed.  There is just a reference to

13   white-out there.

14        THE COURT:  Let's use common sense.  There is

15   no reason to white something out.

16        MR. LAPINSKI:  There are situations, there are

17   changes underneath the white-out.  Yes, common sense

18   would say --

19        THE COURT:  This is in the same place.  I

20   understand the last one where he said he was moving it

21   down the line to biologic.  This looks like he's

22   whiting out a date.  I will employ some common sense.

23   Q.    Let's talk about computational issues.

24        Earlier today, and if we could look at Exhibit

25   B 13, page 122, this was pulled up earlier today by

Seed - Cross/Mr. Williams

184

1    plaintiffs' counsel, and it is on page 122, and you

2    will recall there was a discussion of these entries

3    for a particular cell line, and there was an average

4    taken.  Do you remember that?

5    A.    Yes.

6    Q.    If we could pull those out, these three numbers:

7    2.17, 2.46, 2.39, and then the average was 2.47, and I

8    was using the normalized numbers.  Correct?

9    A.    Yes.

10   Q.    Counsel said the proper numbers to use were the

11   numbers over to the left, which have pg/ulRNA.

12   Correct?

13   A.    I said that.

14   Q.    Now, today you said that the computer works

15   these averages, decides what to exclude, and takes an

16   average excluding the outlier.  Correct?

17   A.    Correct.

18   Q.    Now, you have been conducting studies of this

19   sort, I believe, you testified, for a number of years.

20   Right?

21   A.    Correct.

22   Q.    And you had your deposition taken in this case,

23   and you were asked the very same question about

24   whether or not these averages were accurate, and you

25   gave an answer.  Do you remember that?

Saed - Cross/Mr. Williams

185

1   A.    Yes.

2   Q.    Now, when your deposition was taken and you were

3   asked about this very same set of numbers, you didn't

4   say anything about the computer doing it; did you?

5   A.    No, I didn't.

6   Q.    Let me ask you to look at page 313 of your

7   deposition, line 7, through 315, line 12.  You were

8   asked a number of questions about this very page, and

9   bear with me:

10          "QUESTION:  Why do you only average two of the

11  three numbers sometimes?

12          "ANSWER:  If we have outlier really high

13  different.

14          "QUESTION:  And what's your criteria for

15  throwing out an outlier?

16          "ANSWER:  So if you have 4.5, 4.3 and 6.5,

17  that's an outlier.

18          "QUESTION:  What's your threshold for

19  classifying something as an outlier to not include it

20  in your calculations?

21          "ANSWER:  So if the two numbers match, the

22  closer they match and the higher the outlier is, is

23  what we determine."

24          There has been no reference to a computer yet.

25  Right?  Can we agree on that?

Saed-Cross/Mr. Williams

186

1   A.    Yes.

2   Q.    Next question, line 16:

3         "QUESTION:  Do you always throw out the

4   outlier of the three values?

5         "ANSWER:  Not always, not necessarily.

6         "QUESTION:  So I'm just trying to figure out

7   what's your criteria for --

8         "ANSWER:  So if they are like, for example,

9   close, like, for example, here, if we don't know that

10  it is an outlier, like, for example, here, 3.6, 4.3,

11  3.2, it's very hard to determine an outlier, but if

12  you have 6 and 6 and 7, it is not hard.

13        "QUESTION:  Do you have a certain numerical

14  criteria that you use to classify something as an

15  outlier that you are going to exclude from your

16  calculations?

17        "ANSWER:  I just told you.

18        "QUESTION:  What is the numerical value?

19        "ANSWER:  I don't have a numerical value.

20        "QUESTION:  You just eyeball it."

21        There is an objection.

22        "ANSWER:  No, no, no, no, please.  So I just

23  said, if the two numbers agree, very close, the closer

24  the two numbers together, and the more further is the

25  other number, that is considered an outlier to me.

1          "QUESTION:  But, again, you don't have any

2    numerical formula that you follow to make that

3    determination.  Correct?

4          "ANSWER:  I told you what I follow."

5          There is still no reference to a computer.

6    Right?

7    A.    My understanding to this is, I was giving

8    general explanations to an outlier.  That's what I was

9    trying to do.

10   Q.    My question is:  There was no reference to a

11   computer there.  Right?

12   A.    Not here.  I tried, your Honor, to explain why I

13   said that.  I thought I was explaining to them, what

14   to me, my understanding what is an outlier in general.

15   Q.    And as you sit here today, are you able to tell

16   the Court what the methodology is for choosing to

17   exclude some of the values?

18          For example, Her Honor pointed out the number

19   that was excluded as an outlier was actually closer to

20   the middle number than the other number with which it

21   was attached.  Do you recall the Court pointed that

22   out?

23   A.    Yes.

24   Q.    Can you explain to the Court why that was done?

25   A.    Your Honor, these are all formulas that are done

Saed - Cross/Mr. Williams

188

1    electronically.  The formula -- you only can tell the

2    formula if you click on the column it tells you of the

3    exact formula what it is.  Here it is not available.

4    I can't tell the formula.  So this formula is

5    predetermined and put in the spreadsheet and the

6    spreadsheet calculated automatically.  So in order to

7    see the formula, your Honor, I have to click on the

8    Excel file and look at the formula, which I can't do

9    here.  So the criteria of exclusion is set by the

10   biostatistician as the number that has a significant

11   difference than the other two.  That's what I just

12   said in my deposition.

13   Q.   Are you saying that's what you said in your

14   deposition?

15   A.   That's what I was trying to say at least.  My

16   understanding, your Honor, if I can explain, this in

17   general, that's my understanding.  So that's why I was

18   explaining, as I understood it, not as what is the

19   exact formula in the book.

20   Q.   Let me ask you about your cell proliferation

21   analysis and apoptosis.

22        Exhibit A 39, page 9, I'm referring to the

23   bold page numbers at the bottom.  There is a chart at

24   the top of page 9.  It's Figure 5.  You report an

25   increase in cell proliferation in response to talc

Saed - Cross/Mr. Williams

189

1  treatment.  Correct?

2  A.    Yes.

3  Q.    And the normal ovarian cells are reflected by

4  the second bar there, right?

5  A.    Yes.

6  Q.    Cell proliferation means an increased number of

7  cells when taken into account the balance that you

8  described between cell division and cell death.

9  Right?

10  A.    Yes.

11  Q.    Normal cells without cancer can experience a

12  temporary increase in cell proliferation in response

13  to certain substances.  True?

14  A.    What's the word you threw in there?

15  Q.    I said normal cells without cancer can

16  experience a temporary increase in cell proliferation

17  in response to certain substances or agents.  Right?

18  A.    Yes.

19  Q.    In fact, temporary cell proliferation is a

20  normal response of all cells to agents like talc.

21  Correct?

22  A.    I don't know that it is normal.  What do you

23  describe as "normal"?

24  Q.    I'm actually using your words.  Do you believe,

25  according to your knowledge, that an initial induction

Saed - Cross/Mr. Williams

190

1    of proliferation is a normal response of all normal

2    cells to agents?

3    A.    I said initial induction of inflammation.

4    Q.    Let's take a look at your deposition.  Page 265.

5    A.    By the way, proliferation is correct also.

6    Q.    Take a look at page 265, lines 10 through 17 you

7    were asked:

8         "QUESTION:  But you agree cell proliferation

9    does not equate to cancer?

10        "ANSWER:  Okay.  I am answering you.

11   According to my knowledge, transit, transit or, let's

12   say, temporary or initial induction of proliferation,

13   it is a normal response of all normal cells to agents.

14   If this response continues now, this is a hallmark of

15   cancer.  It is indication that this cell is going that

16   route."

17        Was that how you answered the question at your

18   deposition?

19   A.    Yes.

20   Q.    You cannot cite any studies showing an increased

21   cell proliferation in women using talc?

22   A.    How do you measure cell proliferation in women?

23   Q.    Are you saying it would not be possible to

24   analyze cell proliferation in women?

25   A.    I'm not aware of that.  You need to extract the

Saed-Cross/Mr. Williams

191

1    cells from women to study that.  How would you do that

2    in vivo?

3    Q.    Would it be possible to extract cells from women

4    to study it?

5    A.    It would be after the fact of treated versus not

6    treated.

7    Q.    Wouldn't it be possible to do that type of

8    analysis by extracting cells from women?

9    A.    You can extract ovarian cancer cells from

10   tissues from women, yes.

11   Q.    You have called cell proliferation an indirect

12   measure of a transformation to cancer cells.  Correct?

13   A.    Yes.

14   Q.    It is not direct?

15   A.    It is an indication that the cell is going in

16   this direction.

17   Q.    It is an indication but it is not certain

18   whether the cell would go in that direction or not.

19   Right?

20   A.    Right.

21   Q.    You resorted to this indirect measure for

22   purposes of your study here because you never tested

23   for neoplastic transformations in the cells directly.

24   Correct?

25   A.    For me, looking at all the profiles we have

Saed-Cross/Mr. Williams

192

1    seen, all the changes we have seen with Johnson &

2    Johnson Baby Powder and their effect in a

3    dose-response manner in different areas, not just

4    proliferation.  We're talking about oxidative stress,

5    inflammation, CA-125, induction mutation, all of this

6    in combination with increasing proliferation in this

7    matter, prohibiting apoptosis is a very strong

8    indication the cells have gone this way, yes.

9    Q.    Strong indication but not causal?

10   A.    100 percent causative.  It's my opinion it will

11   cause it, yes.

12   Q.    What percentage would you say it is?

13   A.    I don't know.  Causing this in my experience and

14   the data as I have seen, I think it is very, very

15   likely to cause cancer, yes, ovarian cancer.

16   Q.    How likely?

17   A.    Very likely.

18   Q.    And any studies that you have published that say

19   that, that mere cell proliferation means that there is

20   a mere association is the same thing as a causal

21   connection -- let me rephrase the question.

22          We covered this earlier, but my question to

23   you is:  Do you consider an association between a

24   substance and ovarian cancer to be the same thing as a

25   causal connection between a substance and ovarian

Saed - Cross/Mr. Williams

193

1   cancer?

2   A.    Isolated incidents like that, no.  But provided

3   the data that we established and we got, yes.

4   Q.    Let's talk about your data.  You did this MTT

5   proliferation assay.  Correct?

6   A.    Yes.

7   Q.    Turn to Figure 5 of your Reproductive Sciences

8   article.  That's Exhibit A 39.

9   A.    Okay.

10  Q.    I'll direct your attention to page 9, Figure 5.

11  That's the figure at the top of the page.  Right?

12  A.    Yes.

13  Q.    Below that chart and the bar graphs there in the

14  fine print, you describe what Figure 5 is.  Right?

15  A.    Yes.

16  Q.    In your words it shows that cell proliferation

17  is increased in response to talc treatment.  Right?

18  A.    Right.

19  Q.    So proliferation was determined by something

20  called MTT proliferation assay.  Right?

21  A.    Right.

22  Q.    To conduct that assay you added a reagent, a dye

23  to the cell lines that you intended to study.

24  Correct?

25  A.    Yes.

Seed - Cross/Mr. Williams

194

1    Q.    Some of the cells absorbed the reagent and some

2    did not.  Correct?

3    A.    Correct.

4    Q.    Those cells that absorbed the reagent reduced it

5    to a dye?

6    A.    Absorbed the dye.

7    Q.    They absorbed the dye itself?

8    A.    Yes.

9    Q.    The cells that absorbed the dye are the cells

10   that are proliferating?

11   A.    Viable.

12   Q.    The cells that do not absorb the cells do not.

13   Right?

14   A.    Yes.

15   Q.    Basically, you measure cell proliferation by

16   applying a dye to the cells and seeing how much dye

17   those cells did or did not absorb?

18   A.    This is a very well established technique, yes,

19   sir.

20   Q.    This is what you did?

21   A.    I did, yes.

22   Q.    Let's take a look at how you conducted the

23   assay.  Please look at Exhibit B 13, the lab notebook,

24   page 1-87.

25         There is something pasted into the lab

Seed - Cross/Mr. Williams

195

1   notebook, which is a chart.  Right?

2   A.     Yes.

3   Q.     That shows the intended application of the

4   method -- that is, the MTT cell proliferation assay.

5   Right?  This is how you are going to go about it?

6   A.     I'm sorry.  I missed that.

7   Q.     This chart right here, it has at the top 96

8   wells plate design.  Right?

9   A.     Yes.

10  Q.     This is meant to set forth the design of the --

11  A.     That's the plate you insert into the machine.

12  Q.     A wells plate is a physical object like a tray.

13  Right?

14  A.     Yes.

15  Q.     The 96 refers to the number of wells in that

16  plate.  True?

17  A.     Yes.

18  Q.     Let me show you an example.  That's what it

19  looks like?

20  A.     Yes.

21  Q.     That has eight rows and 12 wells across the top;

22  and 8 times 12 is why it is called a 96 wells plate.

23  Correct?

24  A.     Yes.

25  Q.     Each of those little circles here is a well.

Saed-Cross/Mr. Williams

196

1   Right?

2   A.    Yes.

3   Q.    Your lab notebook includes pictures depicting

4   this type of a well plate at many different places.

5   Correct?

6   A.    Yes.

7   Q.    Do I need to show those to you?

8   A.    No.  I know them.

9   Q.    That's a common way of doing it?

10  A.    Yes.

11  Q.    These are meant to symbolize a wells plate?

12        MR. WILLIAMS:  For the record, we are showing

13  pages 1-77 and 1-30; those pages have wells plate

14  examples like those on the board.

15  Q.    Now, we see the rows on the left-hand side of

16  each of these images.  Each of the rows is assigned a

17  letter A through H.  Is that standard?

18  A.    Yes.

19  Q.    On the top of each plate depicted on these pages

20  we see columns numbered 1 through 12.  Right?

21  A.    Right.

22  Q.    Now, there are handwriting markings on these

23  examples from page 1-77 and page 1-30.  Right?

24  A.    These are for a different assay, though.

25  Q.    I understand.  I'm just -- by way of example,

1  this is what it would look like when you are recording

2  the data.  True?

3  A.    Yes.

4  Q.    Let's go back to page 1-87 and the 96 wells

5  plate design.  Like the examples elsewhere in your

6  notebook, this plate designed chart shows 8 rows,

7  letters A through H.  Correct?

8  A.    Yes.

9  Q.    And 1 through 12 across the top.  Right?

10  A.    Yes.

11  Q.    But below 7 through 12 across the top, there is

12  just an open box because it was your intention not to

13  use all of the wells for this experiment.  Correct?

14  A.    No, there was a standard somewhere.

15  Q.    It was a standard somewhere.  What was the

16  standard?

17  A.    A standard to compare how much dye you could

18  get.

19  Q.    All I'm focused on is here we have different

20  cell lines depicted in the rows that go across A, B

21  through H.  Correct?

22  A.    Okay.

23  Q.    Instead of going all the way across, this is

24  meant to show that there are not going to be wells

25  that are used, 7 through 12 for every one of those

Saed - Cross/Mr. Williams

198

1    types of cells.  There are only going to be three.

2    Right?

3    A.    I'm missing your point.  I don't understand what

4    you are saying.

5          This is the design right here.  I don't see

6    anything wrong with it.  Ask me a question.

7    Q.    In row A there is a cell line A 2780.  Do you

8    see that?  And that's underneath columns 1 through 3.

9    A.    Untreated.

10   Q.    The "UNT" refers to untreated?

11   A.    Yes.

12   Q.    And the B row refers to the same cell line

13   treated with talc.  Right?

14   A.    Right.

15   Q.    And this is only for the three cells in columns

16   1, 2 and 3.  Right?

17   A.    Three times, yes.

18   Q.    What this is depicting is that for the cell line

19   that is entitled EL-1, the experimenters are going to

20   use wells 4, 5 and 6.  Correct?

21   A.    4, 5 and 6, yes.

22   Q.    And row A is for the untreated; row B is for the

23   treated.  Correct?

24   A.    Correct.

25   Q.    Now, the cell lines that are depicted here are

Saed - Cross/Mr. Williams

199

1   the same cell lines that we discussed -- are the same

2   cell lines that you used for all of your studies that

3   you did for this matter.   Correct?

4   A.     Yes.

5   Q.     Is that right?

6   A.     Yes.

7   Q.     "UNT" is for untreated.   Right?

8   A.     Yes.

9   Q.     And the 100 micrograms per milliliter is for

10  those being treated with talc.   Correct?

11  A.     Correct.

12  Q.     Now, let's look at the normal ovarian cancer

13  cell line untreated.   That is Row G.   Correct?

14  A.     Yes.

15  Q.     And the normal ovarian treated is Row H?

16  A.     Yes.

17  Q.     There is not a 9th row here.   Can we agree on

18  that?   There is no Row I on this well plate design.

19  True?

20  A.     Yes.

21  Q.     We've talked about your 96 well plate design,

22  and the intended application of your proliferation

23  assay.

24        I want to talk to you now how you actually

25  applied it and how you applied your methodology.

Saed-Cross/Mr. Williams

200

1          Please turn to page 1-88 of your lab notebook,

2    Exhibit B 13.  This page depicts three things: at the

3    top it has a chart where there is handwriting above it

4    that says "raw data."  Correct?

5    A.    Yes.

6    Q.    This refers to the raw data that actually was

7    collected by you and your colleagues and analyzed in

8    conducting the MTT proliferation assay for your

9    publication Exhibit A 39.  Right?

10   A.    Right.

11   Q.    The numbers in this chart are the raw data.

12   Right?

13   A.    Right.

14   Q.    There are six columns here on your raw data

15   chart.  Correct?

16   A.    Yes.

17   Q.    And that is consistent with the wells plate

18   design that we just look at on the previous page, page

19   187.  Right?

20   A.    Yes.

21   Q.    By "raw data," you are referring to the data

22   that you collected and analyzed.  Right?

23   A.    Collected.  Analyzed is the next.

24   Q.    Let's count together the number of rows that

25   appear here.

Saed-Cross/Mr. Williams

201

1          Would you agree there are nine rows here -- 1,

2    2, 3, 4, 5, 6, 7, 8, 9 rows.  Do you agree?

3    A.    Yes.

4    Q.    Now, a 96 well plate has only eight rows.  We

5    established that.  Correct?

6    A.    Correct.

7    Q.    And if there were actually nine rows times 12,

8    that would be a 108 wells plate design.  Right?

9    A.    Right.

10   Q.    Did you use a 108 wells plate design here?

11   A.    No, I did not.

12   Q.    Unlike the plate design on page 1-87, the raw

13   data does not assign a letter for each row.  Correct?

14   A.    Yes.

15   Q.    On your cell design there is an assignment of a

16   letter for the different cells that are going to be

17   used.  Correct?

18   A.    Say that again, please.

19   Q.    For example, "normal ovarian untreated" is row

20   G, columns 1 through 3.  Right?

21   A.    Yes.

22   Q.    If we go to the actual raw data, can we agree

23   that there is no letter that is assigned?

24   A.    Yes.

25   Q.    And as per what the data records, all of these

Saed-Cross/Mr. Williams

202

1   numbers start with a zero.  There is a decimal point,

2   and then there is a number that appears after that.

3   Right?

4   A.    Yes.

5   Q.    The higher number reflects higher levels of cell

6   proliferation.  True?  A lower number reflects a lower

7   number of critical proliferation.  Right?

8   A.    Yes.

9   Q.    The higher the number the more proliferation.

10  True?

11  A.    It is not as straight as you think.  There is

12  also a correction factor.  Go to the actual

13  calculation.

14  Q.    Go to page 1-88 in the center of the page.

15  A.    This is how the data is calculated.

16  Q.    This is how it is actually reported.  Right?

17  A.    This is how it is calculated too.

18  Q.    Am I correct that the reported data that we're

19  looking at here for each of the different cell types

20  draws its information from the raw data?

21  A.    Yes.

22  Q.    Without the raw data, one cannot fill out this

23  chart, which is the actual reported data from which

24  you prepared the bar chart that's at the bottom of

25  page 1-88.  Right?

Saed - Cross/Mr. Williams

203

1  A.    Yes.

2  Q.    I just want to be clear.  The same data that

3  appears in the middle of the page on page 1-88 is the

4  data from which -- the data that you used in preparing

5  Figure 5 of your manuscript and the article we have

6  been talking about?

7  A.    Yes.  There is something missing in the middle.

8  Q.    Let's pull out the middle.

9         THE COURT:  The folded piece of paper.

10  Q.   What's on the folded piece of paper?

11  A.   The graph that's established directly from the

12  data.

13  Q.   Very good.  Now, the first three columns of data

14  -- I wanted to go back to the middle of the page, the

15  actual reported data.

16        The first three columns of data are identified

17  by the letters OD, and the numbers 1 through 3.

18  Right?

19  A.   Optical different 1 triplicate, yes.

20  Q.   "OD" refers to optical different.  Right?

21  A.   Yes.

22  Q.   I'm going to refer to this chart, the one that

23  has all the cell charts that you reviewed, and has

24  optical different from the numbers you reported on the

25  raw data as on this reported data.  Is that accurate?

204

1   A.    Okay.

2   Q.    We put a slide together that has the plate

3   design, the raw data, and the reported data charts.

4   Is that okay with you?  We already talked about all

5   three of these.  Right?

6   A.    I would rather use the middle figure in my lab

7   notebook.

8   Q.    The middle figure in the lab notebook is the one

9   that's reported at the bottom here.  Right?

10  A.    Yes.

11        MR. LAPINSKI:  Your Honor, note our objection.

12  That's not all the raw data.

13  A.    That's part of the figure, yes.  This is the

14  whole figure from here to here.

15        THE COURT:  It has a colored graph at the end?

16        THE WITNESS:  He's taking only this part, half

17  the numbers.

18  Q.    If we could, let's go back to the reported data,

19  which is on page 1-88, if you would blow up the middle

20  section?

21        MR. LAPINSKI:  Your Honor, just for the

22  record, on the right-hand side of that image, you

23  could see it is covered, and there is additional data

24  underneath it.

25        THE COURT:  There is one last column.  That's

Saed - Cross/Mr. Williams

205

1   correct.

2           MR. WILLIAMS:  Your Honor, can I approach?

3           THE COURT:  Yes.

4   BY MR. WILLIAMS:

5   Q.    In the original book there is a chart that

6   appears over to the right that did not appear with the

7   copies that has talc treatment.  It is in a graph.  It

8   has talc treatment, 100 micrograms per millimeter on

9   the X axis, and it has cytotoxicity by percentage

10  along the Y axis.

11          Did I accurately describe what is not depicted

12  in the copy?

13  A.    Yes.

14          That's just the way the copy was made.

15  Q.    Is it true, sir, the optical densities hereto

16  are the data that is reported in your report?

17  A.    Yes.

18  Q.    For ease of reference --

19  A.    For the data that is reported here -- the graph

20  that you just described that is going to present

21  percentage of cytotoxicity.  Whereas, the graph of the

22  one presented in the paper, which is underneath it, is

23  percent of cell proliferation above baseline.

24  Q.    Are you saying the numbers that appear in the

25  first three columns of OD 1, 2 and 3 do not get

Saed-Cross/Mr. Williams

206

1    factored into the figure at the bottom of the page?

2    A.    They do.  They are the basis of the figure.

3    These are measuring the cytotoxicity.  Your Honor, we

4    have this methodology determines the number of viable

5    cells, and by default, if you have 20 percent viable,

6    there is 80 percent toxicity.  This figure shows

7    percentage of cytotoxicity, the number of killed

8    cells.

9    Q.    I can't hear you.

10   A.    People have 100 cells, 25 percent of cells are

11   viable, 75 percent of cells would be dead.  So here

12   the assay is calculating percent of toxicity, how many

13   dead cells.  In our report we wanted to show how many

14   viable cells, which we used the data to extrapolate

15   how many viable cells.

16   Q.    Let me focus your attention, if we could go back

17   to what we prepared with the three different pieces.

18   I just want to show where we are drawing the

19   information from.  That's the point I'm trying to

20   make.

21        Let me focus your attention on the A 1 well,

22   the very first row and column.  That is for the A-2780

23   untreated cells, correct, and the number drawn out

24   there is 0.1764 in what we have given row A for column

25   1.  Right?

Saed - Cross/Mr. Williams

207

1          Finally, if you look at the bottom chart, that

2     is the number as what is set forth in the reported

3     data for optical different 1 and for A2780 untreated.

4     Is that correct?  That's where the information is

5     drawn?

6          If we look at the raw data which is depicted

7     in the center of the screen, the result for the first

8     well, meaning the first row and the first column, has

9     a result of .1764.  Correct?

10    A.    Yes.

11    Q.    And if you look at the bottom chart, the

12    reported data, the first well in the first row and

13    column under OD 1, we see that is from the very same

14    A2780 untreated cell line, and it is the same value

15    that is placed in the first column.  Is that accurate?

16    A.    Yes.

17    Q.    All I'm trying to establish, sir, is the

18    information depicted on the reported data is drawn

19    from the raw data, the row and column that

20    corresponds.  Is that accurate?

21    A.    Yes.  But in this case we ran an additional one,

22    an additional plate.  If we don't have enough, we

23    always run an additional one.

24    Q.    Now, let's look at the top table again with the

25    plate design.  The amount for well is for the EL-1

Saed-Cross/Mr. Williams

208

1   untreated cells.  Correct?  See where I'm talking

2   about at the top of the screen.  See that?

3   A.    Yes.

4   Q.    All I'm trying to say is that this is the cell

5   line that you are using, correct?  Row A is untreated

6   for the EL cell line; B is the treated.  Right?

7   A.    Okay.

8   Q.    And now let's look at the raw data that appears

9   in Row A-4.  It's .1616.  Do you see that in column

10  No. 4?

11  A.    Yes.

12  Q.    At the bottom, if we look at the EL cell line,

13  that same value point, .1616 is placed there.  Is that

14  where that information came from?

15  A.    Okay.

16  Q.    Are you with me so far?

17  A.    I'm trying.

18  Q.    So you assigned cell lines to specific wells,

19  and you took the data from the raw data chart and put

20  it into the reported data chart.  That's what

21  happened.  Right?

22  A.    I'm completely lost, sorry.

23  Q.    You assigned the cell lines to a particular

24  well.  This is well A-4.  We just talked about that.

25  Right?

A. Okay.
Q. If we look at the raw data, A-4 there is a value there, .1616. Right?
A. Right.
Q. Then at the bottom for the EL-1 untreated, that same value appears. Right?
A. Right.
Q. What is supposed to happen is that this chart, the cell type chart which is the reported data is supposed to reflect the data that is set forth here from the raw data.
A. Yes.
Q. Let's use the normal ovarian cancer line as an example. The normal ovarian cancer line is supposed to be row G, columns 1 through 3. Right?
A. Yes.
Q. And Row H is supposed to be the normal -- is the normal ovarian treated cells. Right?
A. (No response.)
Q. I'm looking at the top of the plate design.
A. Yes.
Q. Look where I'm pointing the laser. The plate design calls for Row H and wells 1 through 3 to be used for the normal ovarian treated cells. Is that correct?

Seed - Cross/Mr. Williams

210

1   A.    Ask your question, please.

2   Q.    I'm trying to ask you whether we have it right

3   -- whether this information that appears in Row H, the

4   8th line down, and column No. 1 is for the normal

5   ovarian untreated cells?

6   A.    0.103, 0.115 --

7   Q.    It's supposed to be treated cells.  I misspoke.

8   Row G is supposed to be for the normal ovarian

9   untreated cells.  Right?

10  A.    No.

11  Q.    This is your methodology.  Right?  So you tell

12  me what is supposed to be in Row G, columns 1 through

13  G, are they normal ovarian cells or are they some

14  other type of cell line?

15  A.    Let me see.  Let me think.

16        (Pause.)

17  Q.    It's a simple question.

18  A.    It's not a simple question.  It took you 3 hours

19  to say the question.  I need to look at the data and

20  see what's happening.

21  Q.    I'm not asking about the data.  I'm asking about

22  the design for your experiment.

23        In the design for your experiment there is

24  supposed to be a well that is assigned for Row G,

25  columns 1 through 3 for normal ovarian untreated

Sued - Cross/Mr. Williams

211

1    cells.  True or not true?

2    A.    I see 1.  I see the .103 is the untreated

3    normal, and the .225 is the treated normal.  That's

4    what I see here.

5    Q.    What are you looking at, sir?

6    A.    I'm looking at the chart in my data here.

7    Q.    Are you looking at the raw data?

8    A.    In the middle, the chart in the middle with the

9    graph.

10   Q.    Let's pull out the bottom on this page, if we

11   could.

12         Now, do you see here in Row G, which was

13   supposed to be for the untreated cells, there is a

14   number .1244.

15         MR. LAPINSKI:  Your Honor, it's counsel that

16   put the amount through I and labeled the cells.  It

17   doesn't mean Row G is supposed to be associated with

18   that.

19   BY MR. WILLIAMS:

20   Q.    Well, now, let's go to the top here.  Is this

21   your plate design or is it not?  The top of the screen

22   which depicts what is on page 1-87 of your lab

23   notebook, which has a cutout to describe the

24   methodology for your experiment assigns certain types

25   of cell lines to certain rows and columns; does it

Saed - Cross/Mr. Williams

212

1    not?

2    A.    To describe the sequence.

3    Q.    And the sequence you are referring to is the

4    sequence for the 96 cell design; right?  The actual

5    tray where the samples are placed and tested.  Right?

6    A.    Yes.

7    Q.    G-1, 2 and 3 are for untreated.  True or not

8    true?

9    A.    G is for untreated, yes.

10   Q.    H is for treated.  Right?

11   A.    Yes.  That's supposed to be.

12   Q.    Plaintiffs' counsel just said that we were the

13   ones who assigned these letters to the rows.  Did you

14   hear that a moment ago?

15   A.    Yes.

16   Q.    Without our adding that, how would you be able

17   to look at this raw data without looking at your cell

18   design and figure out where the data should be placed?

19   A.    I think I can answer that.  As you said, this is

20   not an eight well.  This is nine, first of all.  I

21   think the last one, the H is referred to the blank

22   that we used for that plate --

23   Q.    H is referring to?

24   A.    A blank.  And then there is another plate ran

25   that we put the data in here for the I, the raw data,

Seed - Cross/Mr. Williams

213

1   transferred it to there, if I remember correctly.

2   Q.    Could you point the Court to your lab notebook

3   describing what you just said?

4   A.    Yes.

5   Q.    Tell us the page.

6   A.    As you just said, the 96 well plate will go

7   eight rows vertical and nine rows horizontal.  Eight

8   times 12 is 96.  Here we have nine additional ones.

9   Q.    You have nine what?

10  A.    Nine vertical columns.

11  Q.    There are actually 6, 1 through 6 and 7 through

12  12 are not listed.  Right?

13  A.    Okay.  Here we have one, A,B,C, 1, 2, 3, 4, 5,

14  6, 7, 8, 9 rows.

15  Q.    I think we are mixing up rows and columns.  Rows

16  vertically in your cell design are each given a letter

17  A through H.  Right?

18  A.    Can I talk now?  Can I talk?

19  Q.    I think we have to go with questions and

20  answers.

21       THE COURT:  I think he was just trying to

22  clarify we're all on the same page.  Do we currently

23  have a question pending?

24  Q.    Here is the question:  There are eight rows here

25  with A through H, and that covers all of the six

214

1  different cell lines that you analyzed.  Right?

2  A.     Excluding the control that has to be run with

3  it.

4  Q.     Are you saying line I, the 9th line is the

5  control?

6  A.     Line H is the control.

7  Q.     Where does it say in your book that line H is

8  the control?

9  A.     Each plate has to have a control; each

10  experiment has to have a control with it.  These are

11  labeled cell lines treated, untreated, which are

12  ovarian cancer cells; untreated/treated normal ovarian

13  untreated/treated; and when she did the experiment,

14  she found out these are eight, and she needed to run

15  an additional line, which is a control, and that's the

16  H.  So she did that, and she ran the I, which we call

17  the I here in another plate, and for raw data we put

18  it all together, so we could export it and analyze it.

19  Q.     Take a look at your lab notebook and point out

20  to the Court that it says the methodology is to run

21  seven tests, then do a control, and then an eighth.

22  In other words, other than what you say just now, how

23  would one know that this row, Row H is meant to be a

24  control, and Row I, .225, is meant to be something

25  else?

Saed - Cross/Mr. Williams

215

1  A.    Your Honor, Row I is not part of the plate

2  because the plate maximum capacity is 8 by 12.

3  Q.    Here is the point.  Let me ask you this.  Let's

4  put up the demonstrative with the plate and the raw

5  data.  When we draw numbers here from the raw data and

6  we place it into the reported data, do you see with me

7  the numbers from Row A, column 1, .1764 is placed here

8  in the reported data in row A, column 1?  Can we agree

9  on that?

10  A.    I agree.

11  Q.    For the normal ovarian cancer untreated and

12  treated, the number that is drawn for the normal

13  ovarian cancer untreated .103 is drawn from Row H.  Do

14  you agree with me there?  .103 here, Row H, column 1

15  is reported as normal ovarian cancer untreated.  True

16  or not true?

17  A.    0.13?

18  Q.    0.103 in the raw data is on the eighth row.

19  Correct?

20  A.    Yes.

21  Q.    And it is placed in the normal ovarian cancer

22  untreated cited line.  Correct?

23  A.    Yes.

24  Q.    But here in your design, Row H is for treated

25  normal ovarian cells; is it not?

Saed - Cross/Mr. Williams

216

1   A.    Okay.  Yes, let me explain.  It is not.  She

2   designed and drawn the eight by six.  That's 96.  She

3   found out if she placed all these cells in the plate

4   down, you will not have a place for control.  So what

5   she did, she excluded the last one, which is the

6   normal ovarian treated, and ran a blank with the

7   experiment.  If you cannot run a blank with the

8   experiment, that's a problem.  Then she ran another

9   plate with the treated ovarian cancer cells -- I'm

10  sorry, normal ovarian cells, and added the data to the

11  raw data and computed the calculations.

12  Q.    Can we agree that what you just described, what

13  she noticed, what she added is not set forth at all in

14  your notebook?

15  A.    It's obvious, like the maximum capacity of the

16  96 well plate, as you indicated, is only eight rows,

17  and we have eight samples, and we need a control.  So

18  she decided to run the control with the seven samples

19  and run the other one in the next plate.

20  Q.    Now, you say that the control is the eighth

21  sample and not the ninth.  How do you know that?

22  A.    Because I just answered you.  It's eight lines.

23  Right?  We have eight cells.  So we have to remove one

24  cell in order to run the blank.  That's what I'm

25  saying.

Saed/Cross/Mr. Williams

217

1  Q.    Why couldn't she just put the blank in the ninth

2  cell?

3  A.    There is no ninth cell.

4        THE COURT:  You just said you did run a ninth

5  correctly.  I'm going to have to stop this.

6        THE WITNESS:  You are right.

7        THE COURT:  Every minute we go on it gets more

8  confusing on this issue.

9        You said you ran seven, maybe the eighth one

10  in the control and the ninth ran that other plate.

11  Now you are telling me there is no such thing.

12       MR. WILLIAMS:  Can we get to the punch line?

13       THE COURT:  I'm lost.

14       MR. WILLIAMS:  If we go to a demonstrative, I

15  think it will become clear to the Court.  Can we put

16  up the demonstrative that has the plate design and the

17  raw data, both of them, please.

18       Here is the point.  The untreated talc, if one

19  looks at the raw data, has higher values than the

20  treated talc.  If you look at the raw data, this is

21  how it is depicted.  And the added line has .225,

22  .2248, .2232?

23       In the reported data, the untreated talc has

24  lower values than the treated talc.  But in the raw

25  data, the treated talc has lower values than the

Saed - Cross/Mr. Williams

218

1    untreated talc, unless what Dr. Saed is saying, this

2    ninth row was added -- the eighth row was used

3    suddenly as a blank, and the ninth is meant to depict

4    something different than the cell design.

5            THE COURT:  That's what I'm trying to figure

6    out, what this ninth row is.

7            THE WITNESS:  There is no ninth line.  It's a

8    96 well plate.

9            THE COURT:  What is that?  There are numbers

10   put in there.  There has to be something.

11           THE WITNESS:  This is a demonstration of raw

12   data.  That is not a demonstration of drawing a plate.

13           THE COURT:  We'll go back to questions and

14   answers.

15   BY MR. WILLIAMS:

16   Q.    Let me go back to the cell design.  You agreed

17   with me earlier that the wells plate design indicated

18   that Row H, columns 1, 2 and 3 were for treated normal

19   ovarian cells and Row G was for untreated.  We then

20   have raw data.  And here the seventh row, Row G, has a

21   value, which according to your wells plate design,

22   should be for normal ovarian untreated.  So let me ask

23   that question:

24           How can one tell by looking at the raw data

25   which of the cell lines it relates to?

Saed - Cross/Mr. Williams

219

1    A.    My answer is that the first one is a

2    representation of what samples that will be tested,

3    that we will be testing.  And when we did that, we

4    have two, four, six, eight samples.  So we have eight

5    rows down.  When we figured it out, we found we needed

6    to do a control.  So she eliminated the last one and

7    ran it separately in another 96 well plate and

8    combined all the data together.

9    Q.    Why not do a control with a ninth row?

10   A.    There is no ninth row.  You just said the

11   maximum you could get is a 96 well plate.

12   Q.    Why do you pick in the raw data the control as

13   the second-to-last as opposed to the last row?

14   A.    No, the control is the last row.  The last row

15   in the 96 well plate.  If you count, it will be H.

16   You made up I.  I don't know where you got I from.

17   Q.    You are testifying the last value here, .225 is

18   the control?

19   A.    No.  I'm testifying that H value is the control.

20   Q.    And I is -- the ninth row is?

21   A.    The ninth is another -- when we found out there

22   was no room for the sample to run, we ran it in

23   another 96 well pate, and we put the data here.

24        MR. WILLIAMS:  Let me stop on this topic.  I

25   have one other topic after this if I may.

Saed - Cross/Mr. Williams

220

1    Q.   If you look at the lab notebook, other than what

2    is depicted on the screen with the 96 wells plate

3    design, which assigns a row and a column to each of

4    the different cell types, where in your lab book does

5    it describe how your assistant, your colleague is

6    going to use the control sample?

7    A.   When you have eight samples to run and there is

8    no room for the control, the practice in our lab, to

9    eliminate the last sample and rerun it with another

10   plate.  That's what we did.

11        THE COURT:  You said the practice in your lab.

12   How would someone outside of your lab know that is

13   what is going on?

14        THE WITNESS:  Because there is no space for it

15   on the plate.

16   Q.   But there is space in your lab notebook for

17   someone to describe what your methodology would be so

18   that someone who is looking at this and trying to

19   replicate it can follow it.  Right?

20   A.   Correct.

21   Q.   And there is no description that says, We're

22   going to go through seven.  We're going to apply those

23   to each of the rows and columns that we've indicated

24   up above on the previous page in our cell design, but

25   when we get to the eighth, we are going to then run a

Sued Cross/Mr. Williams

221

```
1   control and put that into the eighth line and going to

2   put the actual data later on --

3   A.    Rerun another plate.

4         THE COURT:  We understand that's what you are

5   saying.  The question is --

6         THE WITNESS:  It's not in the book, no.

7         THE COURT:  We got the answer.  Let's move on.

8         MR. LAPINSKI:  Your Honor, can we take a

9   little break, please.

10        MR. WILLIAMS:  I have two different topics.

11        THE COURT:  Let's give the break now.

12        MR. WILLIAMS:  It was my understanding we

13  would have double the time of the direct exam, so

14  double would be four hours for cross-examination.

15        THE COURT:  You will.  He's asking can we do a

16  break now.  Remember he's under cross, and please

17  don't speak to your witness.

18        MR. LAPINSKI:  I averaged about 3 hours

19  45 minutes, so if Mr. Williams is to finish up in

20  15 minutes with the next two topics he has, that's

21  fine.

22        THE COURT:  All right.

23        THE DEPUTY CLERK:  All rise.

24        (Recess is taken.)

25        (Continued on next page.)
```

Saed-Cross/Mr. Williams

222

```
 1            THE DEPUTY CLERK:  All rise.

 2            THE COURT:  Thank you.

 3

 4     GHASSAN SAED, resumed.

 5

 6     CROSS-EXAMINATION

 7     BY MR. WILLIAMS (continued)

 8     Q.    Last topic, sir.

 9            On DIRECT EXAMINATION you were asked some

10     questions about financial disclosures, and you

11     discussed the amount of money on cross-examination

12     that plaintiffs' counsel paid to you for your work.

13            First question:  The amount paid to you by

14     plaintiffs' attorneys for writing the manuscript that

15     formed the basis for your report and your publication

16     was between 36,000 and 42,000 dollars.  Correct?

17     A.    I can't remember exactly.

18     Q.    You initially submitted your manuscript to the

19     Journal of Gynecologic Oncology.  Right?

20     A.    Right.

21     Q.    This is Exhibit A 38.  Page 23.

22            It said the authors have no conflict of

23     interest to disclose.  Correct?

24     A.    Correct.

25     Q.    By the time you submitted your original
```

Saed - Cross/Mr. Williams

223

1  manuscript to the Journal of Gynecologic Oncology,

2  plaintiffs' counsel paid you tens of thousands of

3  dollars for your work.  Right?

4  A.    Yes.

5  Q.    Is there any doubt in your mind about that?

6  A.    No.

7  Q.    The statement you had no conflicts of interest

8  to declare was not true, was it?

9  A.    It is true.  I believe I have no conflict of

10 interest to declare because this work, your Honor, is

11 completely funded by my lab from my fund.

12 Q.    You just said a moment ago your work was

13 completely funded by your lab.  You were in fact paid

14 to write the manuscript; were you not?

15 A.    I was paid for my time, extra time that I spent

16 doing the work for Beasley Allen.  But the whole work,

17 all the lab supplies, everything I paid for from my

18 own lab.

19 Q.    I'm sorry.

20 A.    I paid for all the supplies from the lab and the

21 salary of my employees from the discretion fund of my

22 lab.  So I believe I have no conflict of interest to

23 report.  I reported, I disclosed my time that I spent

24 working with Beasley Allen in this case to my

25 university that I work for, and I don't see it as a

Saed - Cross/Mr. Williams

224

1    conflict of interest I should disclose.

2           THE COURT:  Doctor, you were paid for, as you

3    put it, extra hours or overtime.  I wasn't quite sure

4    what that meant because, in the academic field, I

5    don't think of it as overtime; but you were paid for

6    some of your hours in doing the manuscript.  Correct?

7           THE WITNESS:  Correct.

8           THE COURT:  We have an answer.  We could move

9    on.

10   BY MR. WILLIAMS:

11   Q.    The revised version of your manuscript you sent

12   to the Journal of Reproductive Sciences included a

13   section entitled, "Conflict of Interest."  Right?

14          MR. WILLIAMS:  This is Exhibit B 14.

15   A.    Which journal is this?

16   Q.    This is the Journal of Reproductive Sciences.

17   There is a section called, "Conflict of Interest"; and

18   on page 14 it says:

19          "The corresponding author Dr. Ghassan Saed

20   acted as a consultant regarding this topic for a fee.

21   Otherwise, the authors declare there are no conflicts

22   of interest."

23          Is that what it said in the conflict of

24   interest statement?

25   A.    Yes.

Saed - Cross/Mr. Williams

225

1    Q.    You personally prepared the conflict of interest

2    section in the revised manuscript.  Right?

3    A.    What do you mean?  I don't understand

4    "personally prepared."

5    Q.    Did you, Dr. Saed, prepare the conflict of

6    interest section that appeared in the Reproductive

7    Sciences manuscript?

8    A.    Yes.

9    Q.    You did not identify who you consulted for.

10   Right?

11   A.    Right.

12   Q.    You did not disclose your consulting work in the

13   matter was ongoing?

14   A.    I didn't need to.

15   Q.    You did not make that disclosure?

16   A.    I didn't need to disclose that.

17   Q.    And you did not disclose that?

18   A.    Sure.

19   Q.    You did not disclose the fact you consulted in

20   litigation involving talc and ovarian cancer.  Right?

21   A.    Not here.  Again, I said in my opinion I don't

22   have a conflict of interest, and I did this because I

23   was criticized by Johnson & Johnson lawyers not to put

24   that.  So I said I'm not hiding anything.  I will put

25   it.

Saho — Cross/Mr. Williams

226

1   Q.    Can we agree that if you had not placed anything

2   in the conflict of interest disclosure, the journal

3   and peer reviewers who reviewed your manuscript would

4   not know you were being paid by plaintiffs' counsel to

5   write the manuscript?

6   A.    I review papers for GYN Oncology.  I review

7   papers for Reproductive Sciences.  And I don't see

8   conflict of interest statements at all.

9         THE COURT:  That wasn't his question.  Let's

10  get to the bottom.  This is why it is taking so long

11  today.

12        All he asked is, if you did not include this

13  conflict of interest statement, isn't it correct no

14  one would have been aware you had consulted with a law

15  firm involved in litigation on this topic.  Isn't that

16  correct?

17        THE WITNESS:  Yes, your Honor.

18        MR. LAPINSKI:  What we are looking at is not

19  the final disclosure that appeared in the manuscript.

20        MR. WILLIAMS:  I'm getting to that.  I'm

21  almost done.

22  BY MR. WILLIAMS:

23  Q.    After being deposed in this case in January of

24  2019, you made additional revisions to your conflict

25  disclosures.  Right?

Saed/Cross/Mr. Williams

227

1   A.     Yes.

2   Q.     You revised the conflict statement.  It is

3   Exhibit A 39, page 10.  You revised the statement to

4   say:

5           "Dr. Saed has served as a paid consultant and

6   expert witness in the talcum powder litigation."

7           Correct?

8   A.     Correct.

9   Q.     Now, you also added a new financial disclosure

10  statement for the first time.  Is that right?

11  A.     This is because Johnson & Johnson lawyers --

12          THE COURT:  Just answer the question.

13  A.     Yes.

14  Q.     If we could pull that up.  This is on page A 39,

15  page 10.  The statement read, under funding:

16          "The authors received no financial support for

17  the research, authorship and/or publication of this

18  article."

19          That's what you wrote.  Correct?

20  A.     Yes.

21  Q.     That's not true, is it?

22  A.     It is true.

23  Q.     You received tens of thousands of dollars from

24  plaintiffs' counsel in connection with your work

25  actually writing the manuscript.  Correct?

1    A.    This is stating that paying for the research.

2    Q.    Research, authorship and/or publication?

3    A.    Expenses of publication, yes.

4    Q.    Does it say expenses of publication?

5    A.    That's what I meant.

6    Q.    You understand authorship refers to writing.  If

7    I'm an author of a book, I wrote the book.  Can we

8    agree on that?

9    A.    Yes.

10   Q.    You were the author of the manuscript; were you

11   not?

12   A.    Yes.

13   Q.    You were paid to author the manuscript.

14   Correct?

15   A.    For some part, yes.

16   Q.    This funding disclosure says that the authors

17   received no financial support for the research,

18   authorship and/or publication.  Right?

19   A.    Okay.

20   Q.    A person could come to the conclusion from

21   reading that funding disclosure that whatever Dr. Saed

22   was paid for pursuant to the other disclosure, at

23   least we know he wasn't paid to author or write this

24   manuscript.  Right?

25   A.    Possible.

Saed - Redirect/Mr. Lapinski

229

1        MR. WILLIAMS:  No further questions, your

2   Honor.

3        THE COURT:  You took less than 15.  Thank you

4   very much.

5        MR. LAPINSKI:  Your Honor, can we have a short

6   break, just five minutes?

7        THE COURT:  All right.

8        THE DEPUTY CLERK:  All rise.

9        (Recess.)

10

11  REDIRECT EXAMINATION

12  BY MR. LAPINSKI:

13  Q.   Dr. Saed, we're going to go back to the binder

14  that was plaintiffs' counsel's binder, and I want to

15  look at your deposition on pages 30 through 32,

16  please.

17       Doctor, you were asked earlier in regard to

18  your testimony at the top of page 32, the question

19  was -- starting at the bottom of page 31, line 24, the

20  question was.

21       "QUESTION:  As of the time you received the

22  call from Ms. Thompson, what opinion did you have with

23  regard to talc and ovarian cancer?"

24       Do you remember being asked about that

25  question and your response to that question?

Saed - Redirect/Mr. Lapinski

230

1   A.    Yes.

2   Q.    Before going to your answer, I would like to go

3   to page 30 of your deposition.  Starting at line 9,

4   you were asked the question as to whether there is a

5   causal link between talc and ovarian cancer.

6         And if you see on page 30, line 11, through

7   13, what was your answer to that?

8   A.    I said:

9         "My opinion, anything that causes inflammation

10  and redox imbalance is linked to increased risk of

11  ovarian cancer."

12  Q.    Now, Doctor, with that in mind, when we go to

13  your answer on page 32, line 2, and your answer is

14  that "talc is a potential inducer of inflammation."

15  Correct?

16  A.    Yes.

17  Q.    After that you said it "induces and increases

18  the risk of ovarian cancer."  Correct?

19  A.    Correct.

20  Q.    What did it refer to in that statement?

21  A.    Inflammation.

22  Q.    Doctor, you were asked questions about the

23  abstract that was submitted to SGO in March of 2019

24  and the fact that the submission to SGO made a

25  statement of testing for 48 hours.  Correct?

231

1    A.    Correct.

2    Q.    I would like you to turn to your binder at the

3    back of the binder marked as PSC Saed Exhibit 3.

4          Doctor, let me know when you have that in

5    front of you.

6    A.    Say that again.

7    Q.    The exhibit is marked PSC Saed 3.

8          MR. LAPINSKI:  Your Honor, if you would like,

9    I can hand a copy up to you.

10   Q.    Doctor, can you please describe for me what that

11   exhibit is.

12   A.    This is the abstract that we submitted to SGO

13   and it is presented by Dr. Harper.  It induces a

14   pro-oxidant state in normal and ovarian cancer cells

15   through gene point mutations.

16   Q.    Dr. Saed, is that the poster that you submitted

17   to SGO in March of 2019?

18   A.    Yes.

19   Q.    Is that the poster presented to SGO in March of

20   2019?

21   A.    Yes.

22   Q.    What are the hours that are noted on that poster

23   that was presented at SGO in 2019 as far as treatment

24   hours?

25   A.    72 hours.

Saed - Redirect/Mr. Lapinski

232

1    Q.    Doctor, does your research conclude that

2    Johnson's Baby Powder causes oxidative stress and

3    ovarian cancer?

4    A.    Yes.

5    Q.    Is it your opinion oxidative stress and

6    inflammation leads to ovarian cancer?

7    A.    Yes.

8    Q.    Is it your opinion that Johnson's Baby Powder

9    causes ovarian cancer?

10   A.    Yes.

11   Q.    Doctor, what are those opinions based upon?

12   A.    It is based on all the results I established in

13   my laboratory and my 25 plus years of experience

14   characterizing the hallmark of ovarian cancer in

15   relation to -- specifically, in relation to oxidative

16   stress and inflammation and also in published

17   literature.

18   Q.    Doctor, there were some questions that were

19   asked, and I'm not sure the record was clear, so I

20   want to go back and try to clarify it.

21         You were asked some questions as to what was

22   written first, the manuscript that you submitted to

23   Gynecologic Oncology or the report you submitted in

24   this litigation.  Could you just clarify which was

25   written first, your manuscript or your expert report

233

1   in this litigation?

2   A.    I believe the report first.

3   Q.    The report first that you submitted in November?

4   A.    I think November, and the manuscript was in --

5   I'm not good on dates.

6   Q.    Doctor, take a look, if you would, at first the

7   exhibit that's in your binder, which is your expert

8   report.  What's the date of that expert report?

9   A.    November 2018.

10  Q.    Doctor, do you recall when it was that you

11  submitted the manuscript to Gynecologic Oncology?

12  A.    August 2018.

13  Q.    Doctor, does that refresh your recollection as

14  to which was written first, the manuscript or the

15  expert report?

16  A.    Yes.

17  Q.    Which was written first, the manuscript or the

18  expert report?

19  A.    The manuscript.

20  Q.    Doctor, going back to the testimony that we just

21  went through in regard to cell proliferation.  Is it a

22  generally accepted practice to leave a blank on a

23  plate?

24  A.    Add a blank to a plate, planning experiment?

25  Q.    Yes.

Saed - Redirect/Mr. Lapinski

234

1   A.    Yes.

2   Q.    Doctor, if someone wanted to, could they

3   replicate your studies based upon the description in

4   your manuscript?

5   A.    Yes.

6   Q.    Doctor, some of the research you did in regard

7   to Johnson & Johnson's Baby Powder dealt with CA-125.

8   Right?

9   A.    Yes.

10  Q.    What is the relevance of CA-125 in your

11  experiments?

12  A.    CA-125 is a cancer antigen marker; and if it is

13  increased, and it is increased when cells are exposed

14  to Johnson & Johnson Baby Powder.  That is very

15  significant.  It's a cancer antigen marker.

16  Q.    The research you did regarding Johnson's Baby

17  Powder was in vitro?

18  A.    Yes.

19  Q.    Doctor, are doses in in vitro studies used to

20  predict exposure in humans?

21  A.    No.

22  Q.    Why is that?

23  A.    Because in concrete studies is a completely

24  different environment; and also the cells you are

25  dealing with 100 percent of the same type of cells in

Saed - Redirect/Mr. Lapinski

235

1   one concentration.  In the human body it is all over.

2   Q.    Doctor, if you would in your binder, turn to

3   Exhibit G in your binder.  It is PSC Saed OP Exhibit

4   G.  And if you would, Doctor, if you could turn to

5   page 20.

6         Doctor, what is that on page 20 that we are

7   looking at?

8   A.    CA-125 --

9   Q.    Take a look on the screen and make sure you are

10  looking at the right page.

11  A.    Oh, this is the plan of the experiment that we

12  did using Johnson & Johnson Baby Powder looking at

13  different doses -- 5, 50, 100 micrograms per

14  milliliter for 72 hours; and these are the lists of

15  all cells that we used in the study, and they are each

16  cell line treated, untreated with different doses

17  giving an ID.

18  Q.    Doctor, what's the significance of the ID number

19  that's next to each cell line?

20  A.    The ID is what is transported into the

21  electronic data.

22  Q.    Doctor, if we were to go to your electronic data

23  and we were to look at your electronic data, would we

24  be able to correlate each cell line based upon the ID

25  number with the data that's in your chart?

Saed - Redirect/Mr. Lapinski

236

1    A.    Yes.

2    Q.    Doctor, while there is a lot of cross-outs on

3    here, which makes us think white-out may be good

4    sometimes, is it clear here, Doctor, you have your six

5    different cell lines, and for your six different cell

6    lines you have the different amount of treatment?

7    A.    Yes.

8    Q.    If we could look at the top of that page,

9    Doctor, what's the treatment time associated with all

10   of those cell lines?

11   A.    72 hours.

12   Q.    Doctor, when was it that that was treated?

13   What's the date on that page, Doctor?

14   A.    February 1st.

15   Q.    Doctor, the experiments you did related to

16   Johnson's Baby Powder, if we flip now to Exhibit H in

17   the binder.

18         First of all, Doctor, can you identify for me

19   what Exhibit H in the binder is?

20   A.    This is the description of the beginning of the

21   experiment using only Johnson & Johnson Baby Powder

22   with the identification of the lot number and the cell

23   line.

24   Q.    Doctor, if you would flip to the third page,

25   which is page No. 32, that also has Bates No. Saed

Saed - Redirect/Mr. Lapinski

237

1   000003.  Doctor, what is that spreadsheet that's shown

2   on that page?

3   A.    This is the spreadsheet with the sample ID which

4   corresponds to the same ID you just showed which we

5   treated with the different doses with Johnson &

6   Johnson Baby Powder for 72 hours.

7   Q.    Doctor, were all of the samples that you used in

8   the Johnson's Baby Powder study those samples

9   identified there treated for 72 hours?

10  A.    Yes.

11  Q.    Doctor, you were able to confirm that in your

12  lab notebook?

13  A.    Yes.

14  Q.    Doctor, in order for you to reach the

15  conclusions that you reached and you are expressing in

16  your expert report, was it necessary to compare the

17  dose that you used in in vitro studies with an amount

18  equivalent to human exposure?

19  A.    No.

20  Q.    Why is that?

21  A.    In vivo human studies are completely different.

22  It needs a different setup.

23  Q.    Doctor, do you need animal studies to support

24  the opinions you are offering in this case?

25  A.    No.

Saed - Redirect/Mr. Lapinski

238

1  Q.    Doctor, the final manuscript that you published

2  in Reproductive Sciences in February of 2019, did that

3  final manuscript correctly reflect the fact that the

4  Johnson's Baby Powder, that the cell lines that were

5  treated with Johnson's Baby Powder were treated for

6  72 hours?

7  A.    Yes.

8  Q.    Dr. Saed, you were asked several questions in

9  regard to white-out that was in your laboratory

10  notebook.  Do you recall that?

11  A.    Yes.

12  Q.    Dr. Saed, the questions that were asked about

13  the white-out were questions for the most part in

14  regard to the section of your notebook that has been

15  marked as PSC Saed OP Exhibit I.  Correct?

16  A.    Yes.

17  Q.    Dr. Saed, in addition there were some white-outs

18  in the section that was marked as PSC Saed OP Exhibit

19  G.  Correct?

20  A.    Yes.

21  Q.    Were those sections of the laboratory notebook

22  performed before you started doing your testing on

23  Johnson's Baby Powder?

24  A.    One more time, please.

25  Q.    Sure.  Exhibit I and Exhibit G, which are copies

Saed - Redirect/Mr. Lapinski

239

1  of the first two sections of your laboratory notebook,

2  do those two sections of the laboratory notebook

3  pertain to work that you did on talcum powder before

4  you started your experiments on Johnson's Baby Powder

5  that form the substance of the manuscript that you

6  published?

7  A.    Yes.

8  Q.    Dr. Saed, there was note made of the fact that

9  on one of the pages of your laboratory notebook in

10  Exhibit H, specifically, page 53 of that notebook,

11  which is Bates stamp number Saed 000025, that there

12  was white-out and Johnson & Johnson was written on top

13  of the white-out.  Do you recall that?

14  A.    Yes.

15  Q.    Dr. Saed, how were you able to confirm Johnson's

16  Baby Powder was in fact used for all of your

17  experiments that start in Exhibit H?

18  A.    This Exhibit H is everything we used in this

19  exhibit where we published the manuscript.  It is all

20  done with Johnson & Johnson Baby Powder.

21  Q.    How are you able to confirm that, Doctor?  Flip

22  to the first page of Exhibit H, if that will assist

23  you.

24  A.    If you go to the first page, your Honor will see

25  that.  Everything in this section is done with this

240

1  powder.

2  Q.    Doctor, you were asked questions about work that

3  you performed that was later added to your laboratory

4  notebook.  Do you recall those questions?

5  A.    Yes.

6  Q.    Doctor, any of the data that was run related to

7  your experiments on Johnson's Baby Powder, was the

8  data run prior to your writing and submitting your

9  manuscripts for consideration to Gynecologic Oncology?

10  A.    Before we submit, of course.

11  Q.    Was all of the data related to Johnson's Baby

12  Powder and the results that you found and submitted as

13  a manuscript to Reproductive Sciences run and analyzed

14  before you submitted the manuscript?

15  A.    Yes.

16        MR. LAPINSKI:  I have no further questions.

17        MR. WILLIAMS:  No questions, your Honor.

18        THE COURT:  Thank you.  You are excused,

19  Doctor.

20        (Witness excused.)

21        THE COURT:  Okay.  9:30 tomorrow morning.

22        THE DEPUTY CLERK:  All rise.

23        (Court adjourned at 6:10 p.m.)

24  ///

25

241

I N D E X

**Proceedings**                                                **Page**


   WITNESSES              Direct  Cross   Redirect  Recross

**Ghassan Saed**

   Mr. Lapinski          4           --       222       --
   Mr. Williams          --          83       --        --

242

# C E R T I F I C A T E

PURSUANT TO TITLE 28, U.S.C., SECTION 753, THE FOLLOWING TRANSCRIPT IS CERTIFIED TO BE AN ACCURATE

TRANSCRIPTION OF MY STENOGRAPHIC NOTES IN THE

ABOVE-ENTITLED MATTER.

S/Vincent Russoniello
Vincent Russoniello, CCR
Certificate No. 675

**$**

**$600** [1] - 136:5

**0**

**0.103** [2] - 210:6, 215:18
**0.115** [1] - 210:6
**0.13** [1] - 215:17
**0.1764** [1] - 206:24
**000003** [1] - 237:1
**000025** [1] - 239:11
**08608** [1] - 1:7

**1**

**1** [75] - 1:5, 5:17, 28:8, 62:14, 62:15, 62:18, 63:2, 68:14, 68:15, 68:17, 68:20, 68:22, 69:8, 69:18, 71:19, 71:24, 72:15, 83:18, 86:2, 94:2, 116:25, 117:3, 123:15, 123:19, 124:4, 124:18, 125:2, 125:5, 125:17, 129:4, 132:7, 132:10, 132:13, 132:18, 132:23, 133:4, 133:11, 133:21, 134:2, 138:4, 139:12, 154:12, 154:13, 154:17, 159:15, 159:19, 162:17, 166:10, 173:25, 196:20, 197:9, 198:8, 198:16, 201:1, 201:20, 203:17, 203:19, 205:25, 206:21, 206:25, 207:3, 207:13, 209:15, 209:23, 210:4, 210:12, 210:25, 211:2, 213:11, 213:13, 215:7, 215:8, 215:14, 218:18
**1,000** [3] - 147:21, 147:24, 148:1
**1-30** [2] - 196:13, 196:23
**1-77** [2] - 196:13, 196:23
**1-87** [4] - 194:24, 197:4, 201:12, 211:22
**1-88** [5] - 200:1, 202:14, 202:25, 203:3, 204:19
**1-microgram** [1] - 149:22
**1.0** [3] - 28:9, 28:18, 29:4
**10** [5] - 29:22, 183:7, 190:6, 227:3, 227:15
**10.50** [2] - 24:20, 25:2
**10/15/17** [1] - 166:19

**10/3/2017** [1] - 182:16
**10/6/2017** [1] - 183:2
**10/7/2017** [1] - 183:3
**100** [16] - 16:11, 18:12, 21:22, 28:18, 28:22, 48:12, 57:17, 59:15, 155:6, 158:5, 192:10, 199:9, 205:8, 206:10, 234:25, 235:13
**100-micrograms** [1] - 50:9
**103** [5] - 27:24, 28:15, 211:2, 215:13, 215:14
**104** [6] - 27:22, 27:24, 27:25, 29:4, 179:11, 179:12
**108** [5] - 29:23, 31:20, 31:21, 201:8, 201:10
**11** [4] - 6:3, 102:4, 177:2, 230:6
**11.07** [2] - 24:13, 24:15
**11.63** [2] - 24:20, 24:25
**112-T** [1] - 28:8
**113** [4] - 11:2, 29:23, 31:21, 31:22
**115** [1] - 155:4
**116** [1] - 155:4
**12** [22] - 94:3, 94:19, 108:19, 109:17, 109:21, 109:23, 110:1, 128:16, 138:5, 159:20, 162:18, 185:7, 195:21, 195:22, 196:20, 197:9, 197:11, 197:25, 201:7, 213:8, 213:12, 215:2
**120** [3] - 29:24, 32:1, 32:4
**122** [2] - 183:25, 184:1
**1244** [1] - 211:14
**125** [2] - 18:2, 178:25
**13** [10] - 108:20, 109:17, 109:21, 109:23, 110:1, 178:25, 183:25, 194:23, 200:2, 230:7
**139** [1] - 101:12
**14** [3] - 156:12, 224:14, 224:18
**140** [1] - 8:13
**14th** [1] - 122:22
**15** [5] - 155:3, 168:20, 181:10, 221:20, 229:3
**16** [3] - 156:25, 162:19, 186:2

**16-MD-2738(FLW)(LHG** [1] - 1:2
**1616** [3] - 208:9, 208:13, 209:3
**17** [9] - 100:14, 100:16, 101:7, 108:17, 108:20, 144:13, 156:25, 158:18, 190:6
**1764** [2] - 207:9, 215:7
**17th** [1] - 170:10
**18** [1] - 138:5
**187** [1] - 200:19
**18th** [2] - 175:18, 175:20
**19** [3] - 159:23, 166:10
**1967** [2] - 103:19, 103:22
**1984** [2] - 111:21, 112:1
**1993** [1] - 109:20
**1998** [1] - 6:25
**19th** [1] - 156:1
**1st** [2] - 117:10, 236:14

**2**

**2** [48] - 13:19, 15:15, 28:8, 33:13, 62:14, 72:2, 73:6, 73:16, 73:17, 73:23, 74:7, 83:18, 85:7, 95:12, 110:23, 118:12, 118:22, 119:4, 122:13, 122:15, 123:16, 123:19, 126:4, 126:7, 126:22, 132:5, 132:8, 132:10, 132:14, 132:17, 132:18, 133:5, 133:8, 133:11, 133:21, 134:2, 155:14, 159:15, 166:14, 168:24, 198:16, 201:2, 205:25, 212:7, 213:13, 218:18, 230:13
**2.17** [1] - 184:7
**2.21** [1] - 23:5
**2.39** [1] - 184:7
**2.44** [1] - 23:5
**2.46** [1] - 184:7
**2.47** [4] - 22:2, 22:5, 22:21, 184:7
**2.5** [1] - 23:4
**20** [16] - 11:20, 16:11, 18:12, 21:22, 37:18, 50:9, 78:4, 147:14, 147:24, 158:5, 174:1, 177:2, 206:5, 235:5, 235:6
**200** [1] - 148:1

**2004** [3] - 105:13, 106:15, 106:19
**2008** [5] - 106:15, 106:18, 106:21, 107:21, 109:2
**2009** [1] - 110:10
**2015** [4] - 128:7, 135:4, 135:10, 135:15
**2017** [26] - 70:25, 71:8, 71:12, 71:16, 84:18, 84:22, 85:1, 85:13, 85:20, 116:8, 116:12, 116:20, 166:7, 167:10, 167:17, 168:2, 170:6, 170:14, 170:18, 170:22, 170:23, 170:24, 171:5, 171:18, 183:7
**2018** [26] - 16:19, 16:20, 17:15, 71:9, 156:1, 160:17, 163:21, 166:7, 166:23, 167:22, 168:3, 170:6, 170:14, 170:18, 170:23, 171:5, 171:14, 172:2, 172:6, 172:8, 172:22, 173:4, 173:13, 174:20, 233:9, 233:12
**2019** [17] - 1:4, 77:21, 85:6, 117:5, 122:22, 135:20, 156:4, 169:24, 171:22, 172:1, 174:9, 226:24, 230:23, 231:17, 231:20, 231:23, 238:2
**21** [1] - 168:21
**22** [5] - 1:4, 100:16, 101:7, 101:11, 144:13
**222** [1] - 241:8
**2232** [1] - 217:22
**2248** [1] - 217:22
**225** [4] - 211:3, 214:24, 217:21, 219:17
**23** [6] - 116:24, 117:3, 117:5, 155:12, 174:9, 222:21
**23rd** [7] - 85:6, 100:18, 103:8, 117:4, 169:24, 172:1, 174:19
**24** [16] - 17:10, 32:11, 33:1, 33:11, 33:13, 38:9, 41:9, 86:3, 117:5, 117:6, 155:5, 158:12, 158:14, 158:19, 229:19
**244** [2] - 138:3, 138:5
**245** [1] - 138:5

**25** [11] - 7:25, 12:16, 14:23, 59:4, 61:14, 85:6, 93:9, 125:12, 133:8, 206:10, 232:13
**26** [3] - 167:10, 167:17, 170:22
**265** [2] - 190:4, 190:6
**2780** [1] - 198:7
**28** [2] - 43:4, 242:3

**3**

**3** [46] - 15:15, 54:14, 64:11, 64:13, 64:15, 69:7, 69:8, 77:23, 86:3, 107:11, 111:2, 119:11, 120:14, 121:2, 121:18, 121:20, 123:4, 123:17, 123:24, 124:4, 124:11, 126:4, 128:20, 129:4, 139:9, 153:25, 155:14, 159:20, 174:1, 182:4, 198:8, 198:16, 201:2, 201:20, 203:17, 205:25, 209:15, 209:23, 210:18, 210:25, 212:7, 213:13, 218:18, 221:18, 231:3, 231:7
**3.2** [1] - 186:11
**3.6** [1] - 186:10
**30** [3] - 229:15, 230:3, 230:6
**31** [6] - 86:3, 88:15, 88:16, 180:11, 180:12, 229:19
**313** [1] - 185:6
**315** [1] - 185:7
**316** [1] - 159:20
**32** [6] - 86:3, 181:11, 229:15, 229:18, 230:13, 236:25
**33** [1] - 182:11
**333** [6] - 94:2, 94:3, 94:19, 95:12
**36,000** [1] - 222:16
**38** [2] - 155:3, 222:21
**39** [5] - 188:22, 193:8, 200:9, 227:3, 227:14
**3rd** [1] - 156:4

**4**

**4** [20] - 95:12, 106:23, 111:2, 112:11, 114:16,

120:11, 122:13, 122:15, 127:2, 133:9, 155:14, 155:15, 155:18, 174:6, 198:20, 198:21, 201:2, 208:10, 213:13, 241:8
**4.3** [2] - 185:16, 186:10
**4.5** [1] - 185:16
**40** [2] - 182:12, 182:15
**402** [1] - 1:7
**42,000** [1] - 222:16
**45** [2] - 82:6, 221:19
**465** [2] - 122:12, 122:15
**48** [38] - 17:10, 38:9, 38:14, 41:9, 154:24, 155:7, 156:9, 156:16, 156:22, 157:18, 157:21, 157:25, 158:10, 158:12, 158:14, 158:20, 158:23, 159:2, 159:10, 159:12, 160:2, 160:3, 160:11, 160:12, 160:14, 160:17, 160:21, 160:24, 161:2, 161:21, 162:20, 163:2, 163:12, 163:19, 163:23, 164:1, 164:3, 230:25
**49** [5] - 21:13, 21:17, 22:11, 22:18, 104:1

**5**

**5** [16] - 21:22, 94:2, 94:6, 94:19, 117:6, 147:14, 188:24, 193:7, 193:10, 193:14, 198:20, 198:21, 201:2, 203:5, 213:13, 235:13
**5,000** [2] - 23:18, 27:3
**50** [5] - 8:14, 53:15, 103:1, 103:19, 235:13
**500** [1] - 148:1
**501** [1] - 106:13
**502** [1] - 128:14
**505** [3] - 161:23, 162:3, 164:8
**50th** [3] - 76:3, 76:24, 162:7
**51** [4] - 103:1, 105:10, 105:13
**52** [4] - 29:23, 30:1, 30:4
**53** [5] - 111:24, 112:1, 112:11, 114:16, 239:10
**588-9516** [1] - 1:25

**6**

**6** [8] - 186:12, 198:20, 198:21, 201:2, 213:11, 213:14
**6.5** [1] - 185:16
**60** [1] - 135:23
**609** [1] - 1:25
**61** [2] - 24:3, 24:5
**65th** [1] - 65:20
**66th** [1] - 76:15
**675** [1] - 242:10
**6:10** [1] - 240:23

**7**

**7** [8] - 156:13, 185:7, 186:12, 197:11, 197:25, 201:2, 213:11, 213:14
**70** [1] - 135:23
**72** [32] - 17:10, 18:13, 21:23, 24:10, 38:9, 38:14, 41:9, 57:17, 59:15, 156:10, 156:16, 158:5, 158:12, 158:15, 158:24, 159:17, 160:11, 160:22, 163:12, 164:12, 164:16, 165:6, 165:10, 165:16, 165:19, 165:23, 231:25, 235:14, 236:11, 237:6, 237:9, 238:6
**74** [4] - 29:23, 31:14, 31:15, 31:18
**75** [1] - 206:11
**753** [1] - 242:3

**8**

**8** [6] - 95:11, 195:22, 197:6, 201:2, 213:14, 215:2
**80** [1] - 206:6
**83** [1] - 241:9
**85** [2] - 110:16, 110:17
**87** [1] - 168:20
**88** [5] - 106:22, 107:2, 166:10, 166:11, 173:25
**89** [1] - 174:1
**8th** [1] - 210:4

**9**

**9** [7] - 166:10, 188:22, 188:24, 193:10, 201:2, 213:14, 230:3

**9.98** [5] - 24:20, 24:21, 25:10, 25:12, 25:13
**9/26/2017** [2] - 181:11, 182:2
**9/29/2017** [1] - 181:16
**90** [2] - 177:1, 177:2
**94** [1] - 162:25
**96** [17] - 195:7, 195:15, 195:22, 197:4, 199:21, 201:4, 212:4, 213:6, 213:8, 216:2, 216:16, 218:8, 219:7, 219:11, 219:15, 219:23, 220:2
**9:30** [1] - 240:21
**9th** [2] - 199:17, 214:4

**A**

**A,B,C** [1] - 213:13
**A-2780** [1] - 206:22
**A-4** [3] - 208:9, 208:24, 209:2
**A2780** [2] - 207:3, 207:14
**ability** [2] - 25:3, 121:11
**able** [17] - 15:1, 21:12, 44:9, 47:8, 52:25, 58:18, 65:13, 68:4, 105:4, 109:7, 115:24, 187:15, 212:16, 235:24, 237:11, 239:15, 239:21
**ABOVE** [1] - 242:6
**ABOVE-ENTITLED** [1] - 242:6
**absolutely** [2] - 34:4, 38:4
**absorb** [2] - 194:12, 194:17
**absorbed** [5] - 194:1, 194:4, 194:6, 194:7, 194:9
**abstract** [32] - 16:17, 16:21, 17:15, 18:1, 65:19, 65:25, 66:7, 67:6, 75:15, 76:3, 77:7, 77:16, 104:3, 110:24, 130:17, 130:18, 131:23, 158:14, 159:4, 159:6, 159:9, 159:11, 159:24, 160:1, 160:10, 161:2, 162:5, 162:7, 163:22, 164:1, 230:23, 231:12
**abstracts** [7] - 66:11, 66:20, 67:1, 76:10, 77:17, 78:21, 160:20

**academic** [1] - 224:4
**accept** [1] - 68:4
**accepted** [17] - 44:13, 48:23, 50:2, 54:1, 55:13, 58:13, 65:6, 66:1, 67:18, 74:12, 75:24, 76:9, 77:15, 77:17, 142:15, 156:7, 233:22
**accepting** [2] - 87:21, 88:9
**accompanied** [1] - 56:9
**accomplish** [6] - 121:3, 124:13, 124:14, 124:17, 125:18, 125:24
**accomplishments** [1] - 118:20
**accordance** [1] - 62:16
**according** [4] - 39:1, 189:25, 190:11, 218:21
**account** [2] - 27:18, 189:7
**accuracy** [4] - 23:15, 23:17, 26:25, 161:6
**accurate** [9] - 85:11, 88:1, 145:6, 160:14, 175:17, 184:24, 203:25, 207:15, 207:20
**ACCURATE** [1] - 242:4
**accurately** [1] - 205:11
**achieving** [1] - 117:24
**acknowledge** [2] - 105:20, 160:4
**acquired** [1] - 134:25
**act** [1] - 10:3
**acted** [1] - 224:20
**ACTION** [1] - 1:2
**activity** [16] - 11:24, 14:15, 14:17, 14:18, 24:8, 46:8, 54:15, 56:14, 57:23, 58:20, 75:18, 79:10, 79:14, 112:14, 124:21
**actual** [13] - 38:16, 58:11, 69:25, 72:9, 114:8, 141:16, 148:8, 201:22, 202:12, 202:23, 203:15, 212:4, 221:2
**acute** [2] - 113:22, 113:23
**add** [7] - 28:12, 28:18, 28:22, 29:4, 80:1, 103:9, 233:24
**added** [10] - 109:13,

172:19, 179:8, 193:22, 216:10, 216:13, 217:21, 218:2, 227:9, 240:3
**adding** [1] - 212:16
**addition** [4] - 5:18, 55:5, 63:16, 238:17
**additional** [11] - 14:2, 32:2, 100:20, 103:9, 204:23, 207:21, 207:22, 207:23, 213:8, 214:15, 226:24
**adds** [1] - 107:8
**adhesions** [2] - 46:3
**adjourned** [1] - 240:23
**affect** [2] - 92:19, 150:21
**afternoon** [5] - 83:10, 83:11, 83:16, 98:25, 143:3
**agencies** [5] - 61:6, 61:15, 63:11, 63:13
**agency** [1] - 64:5
**agent** [6] - 14:9, 49:4, 49:5, 69:6, 92:19
**agents** [5] - 95:7, 189:17, 189:20, 190:2, 190:13
**ago** [15] - 37:19, 97:14, 105:11, 109:10, 134:5, 135:5, 141:20, 161:20, 163:2, 165:18, 165:22, 174:3, 174:6, 212:14, 223:12
**agree** [34] - 69:21, 69:23, 72:14, 88:21, 88:23, 92:11, 103:15, 109:3, 113:10, 113:16, 115:10, 120:3, 125:4, 145:24, 152:20, 158:13, 171:25, 172:2, 172:3, 174:19, 185:25, 186:23, 190:8, 199:17, 201:1, 201:2, 201:22, 215:8, 215:10, 215:14, 216:12, 226:1, 228:8
**agreed** [1] - 218:16
**ahead** [2] - 113:20, 123:13
**Aim** [27] - 62:14, 62:15, 62:18, 63:2, 64:11, 64:13, 64:15, 120:14, 121:2, 121:18, 121:20, 123:4, 123:17, 123:19, 123:24, 124:4, 124:11, 125:2, 125:17, 126:4,

126:7, 126:22, 132:5, 132:17, 133:5, 133:8
**aim** [12] - 63:22, 120:10, 120:20, 121:3, 123:2, 123:15, 123:16, 124:13, 124:17, 125:4, 125:18, 125:24
**aims** [5] - 64:8, 115:21, 117:24, 123:14, 123:15
**ALABAMA** [2] - 1:11, 1:11
**ALLADI** [2] - 1:21, 3:23
**Alladi** [1] - 3:24
**alleles** [1] - 28:8
**Allen** [7] - 3:17, 84:25, 85:9, 117:9, 136:3, 223:16, 223:24
**ALLEN** [1] - 1:10
**ALLISON** [1] - 2:3
**Allison** [1] - 4:2
**allocated** [1] - 111:1
**allow** [1] - 87:8
**almost** [2] - 57:11, 226:21
**alone** [4] - 49:16, 148:24, 150:19, 150:24
**alteration** [3] - 141:9, 141:11, 142:24
**altered** [6] - 7:24, 8:1, 55:16, 181:16, 182:18, 182:19
**altering** [2] - 58:19, 125:14
**alternative** [2] - 61:20, 64:1
**alters** [1] - 57:21
**American** [1] - 10:5
**amount** [7] - 164:12, 207:25, 211:16, 222:11, 222:13, 236:6, 237:17
**amounts** [1] - 158:20
**AN** [1] - 242:4
**analysis** [20] - 29:1, 90:23, 120:4, 172:9, 172:16, 172:21, 173:1, 173:7, 173:8, 173:10, 173:21, 173:24, 175:2, 175:4, 175:7, 175:13, 175:15, 176:16, 188:21, 191:8
**analyze** [4] - 132:18, 133:11, 190:24, 214:18
**analyzed** [11] - 126:23,

127:3, 127:8, 128:1, 128:24, 134:16, 200:7, 200:22, 200:23, 214:1, 240:13
**analyzing** [3] - 53:4, 117:23, 130:1
**Anatomy** [1] - 7:10
**animal** [20] - 68:24, 69:2, 92:11, 95:20, 95:24, 96:14, 98:1, 98:3, 98:6, 98:14, 100:10, 102:17, 106:15, 109:2, 109:24, 110:5, 110:8, 115:25, 237:23
**animals** [10] - 91:23, 95:19, 102:8, 102:11, 104:9, 105:6, 108:21, 110:2, 111:1, 113:2
**annual** [5] - 65:20, 76:4, 76:16, 76:24, 162:8
**answer** [26] - 39:21, 86:5, 86:13, 86:24, 87:9, 87:21, 95:10, 96:10, 107:24, 122:17, 122:21, 123:11, 125:25, 150:6, 152:17, 163:6, 184:25, 212:19, 219:1, 221:7, 224:8, 227:12, 230:2, 230:7, 230:13
**ANSWER** [33] - 85:10, 86:9, 94:10, 94:15, 95:17, 117:10, 117:14, 122:20, 138:11, 138:17, 159:24, 160:3, 166:15, 166:17, 166:20, 166:22, 167:1, 168:25, 169:4, 174:4, 174:10, 174:14, 177:9, 185:12, 185:16, 185:21, 186:5, 186:8, 186:17, 186:19, 186:22, 187:4, 190:10
**answered** [5] - 41:13, 138:17, 167:24, 190:17, 216:22
**answering** [2] - 87:20, 190:10
**answers** [12] - 94:6, 94:17, 138:7, 159:21, 166:12, 167:2, 168:22, 169:6, 174:17, 177:14, 213:20, 218:14
**anti** [1] - 62:21
**anti-oxidation** [1] - 62:21

**antigen** [4] - 17:21, 59:7, 234:12, 234:15
**antioxidant** [6] - 8:3, 21:20, 28:5, 58:19, 126:10, 132:7
**antioxidants** [4] - 12:2, 12:13, 56:10, 124:22
**anytime** [1] - 158:9
**anyway** [1] - 79:12
**anyways** [1] - 97:21
**apart** [1] - 173:9
**apoptosis** [26] - 12:25, 13:4, 18:15, 44:17, 53:8, 54:16, 56:16, 56:17, 57:2, 57:4, 58:5, 58:13, 65:6, 73:21, 73:24, 74:1, 74:5, 74:10, 75:4, 75:9, 75:19, 77:25, 123:20, 141:11, 188:21, 192:7
**appear** [9] - 101:10, 102:1, 105:1, 176:17, 180:3, 180:8, 200:25, 205:6, 205:24
**appearances** [1] - 3:6
**appeared** [2] - 225:6, 226:19
**application** [3] - 111:3, 195:3, 199:22
**applied** [5] - 45:20, 52:24, 111:4, 199:25
**apply** [1] - 220:22
**applying** [1] - 194:16
**appointment** [2] - 7:8, 7:9
**approach** [9] - 14:25, 29:13, 32:6, 61:21, 64:1, 88:12, 118:15, 205:2
**Approach** [1] - 116:6
**appropriate** [1] - 178:12
**area** [4] - 8:17, 9:6, 9:10, 118:19
**areas** [4] - 5:7, 112:14, 114:20, 192:3
**argue** [1] - 73:8
**argued** [1] - 29:19
**argument** [1] - 29:22
**ARPS** [1] - 1:18
**Arps** [1] - 4:9
**arrow** [2] - 179:16, 179:18
**article** [34] - 9:7, 9:12, 9:18, 10:14, 10:15, 10:18, 11:1, 11:4, 11:7,

11:8, 11:13, 69:25, 70:1, 70:4, 70:6, 70:7, 70:9, 70:11, 70:12, 70:18, 70:21, 70:25, 71:12, 71:17, 72:8, 72:10, 105:18, 136:22, 140:11, 140:12, 193:8, 203:5, 227:18
**articles** [7] - 8:13, 8:15, 9:5, 9:10, 9:14, 11:17, 70:17
**artifact** [1] - 49:6
**Asbestos** [1] - 103:20
**asbestos** [8] - 102:12, 103:22, 104:4, 104:10, 105:2, 105:6, 107:22, 108:22
**asbestos-free** [2] - 102:12, 108:22
**Ashcraft** [1] - 3:19
**ASHCRAFT** [1] - 1:12
**aspect** [1] - 80:17
**aspects** [1] - 45:18
**assay** [30] - 19:18, 20:24, 24:7, 25:25, 28:21, 40:10, 40:13, 40:14, 41:1, 44:17, 44:18, 54:13, 54:14, 54:17, 56:12, 64:23, 65:1, 121:14, 121:18, 123:23, 193:5, 193:20, 193:22, 194:23, 195:4, 196:24, 199:23, 200:8, 206:12
**assays** [12] - 12:22, 44:18, 44:19, 73:21, 93:1, 152:19, 152:21, 152:23, 153:1, 153:9, 153:10
**assess** [1] - 121:11
**assign** [1] - 201:13
**assigned** [6] - 196:16, 201:23, 208:18, 208:23, 210:24, 212:13
**assignment** [1] - 201:15
**assigns** [2] - 211:24, 220:3
**assist** [2] - 5:3, 239:22
**assistant** [6] - 31:5, 33:18, 36:14, 44:5, 182:22, 220:5
**assistants** [3] - 19:2, 19:3, 61:4

**Associate** [2] - 6:12, 6:15
**Associated** [1] - 128:9
**associated** [5] - 91:8, 130:10, 132:16, 211:17, 236:9
**association** [29] - 91:11, 107:16, 119:19, 130:7, 130:15, 130:20, 130:23, 131:5, 131:8, 131:17, 131:22, 133:3, 133:10, 134:1, 134:7, 134:17, 134:18, 135:13, 141:12, 141:15, 141:21, 142:1, 142:2, 142:3, 145:2, 145:9, 145:17, 192:20, 192:23
**assuming** [2] - 42:25, 67:9
**attached** [2] - 46:22, 187:21
**attempted** [1] - 79:11
**attention** [12] - 100:12, 100:16, 101:6, 106:23, 110:23, 111:8, 117:5, 139:10, 161:14, 193:10, 206:16, 206:21
**attorneys** [3] - 85:20, 116:11, 222:14
**attracted** [1] - 161:14
**atypia** [1] - 112:13
**August** [10] - 84:17, 84:22, 84:25, 85:2, 85:10, 85:13, 85:20, 116:12, 163:20, 233:12
**author** [6] - 162:11, 224:19, 228:7, 228:10, 228:13, 228:23
**author's** [1] - 110:13
**authored** [1] - 128:7
**authors** [4] - 222:22, 224:21, 227:16, 228:16
**authorship** [4] - 227:17, 228:2, 228:6, 228:18
**automatically** [1] - 188:6
**available** [3] - 54:22, 125:23, 188:3
**average** [12] - 22:1, 22:8, 22:22, 23:2, 23:4, 23:7, 24:19, 25:7, 184:3, 184:7, 184:16, 185:10
**averaged** [1] - 221:18
**averages** [4] - 23:7, 23:8,

184:15, 184:24
**avoid** [1] - 180:4
**aware** [17] - 29:6, 37:15, 45:13, 48:16, 49:24, 52:12, 53:18, 53:22, 55:6, 55:9, 60:6, 63:12, 81:4, 110:5, 110:7, 190:25, 226:14
**axis** [2] - 205:9, 205:10

**B**

**B-13** [1] - 179:12
**B-15** [1] - 180:11
**B-23** [1] - 139:9
**B-25** [1] - 118:11
**baby** [2] - 11:23, 89:3
**Baby** [78] - 12:6, 13:2, 13:9, 13:12, 13:21, 14:19, 18:9, 19:12, 21:23, 24:9, 29:7, 42:8, 42:11, 42:17, 43:15, 43:18, 43:20, 43:23, 44:23, 45:1, 45:9, 46:6, 46:12, 48:3, 48:19, 48:22, 50:7, 50:19, 52:14, 52:21, 53:4, 56:6, 57:1, 57:14, 57:22, 58:9, 58:16, 58:17, 59:2, 65:10, 75:20, 76:5, 77:11, 79:7, 79:10, 79:15, 80:4, 80:21, 81:9, 81:22, 89:19, 91:19, 93:12, 93:16, 95:25, 130:2, 150:23, 158:3, 179:15, 192:2, 232:2, 232:8, 234:7, 234:14, 234:16, 235:12, 236:16, 236:21, 237:6, 237:8, 238:4, 238:5, 238:23, 239:4, 239:16, 239:20, 240:7, 240:11
**backdated** [2] - 176:22, 177:6
**backing** [2] - 87:25, 88:21
**bad** [5] - 13:6, 33:23, 36:23, 56:19, 58:6
**balance** [34] - 7:20, 7:23, 7:24, 8:1, 8:3, 8:4, 8:7, 12:1, 12:2, 12:3, 14:22, 53:6, 53:9, 54:8, 55:16, 55:17, 55:18, 55:20, 55:21, 56:1, 56:4, 57:20,

57:25, 58:20, 62:20, 89:15, 123:15, 124:7, 125:14, 132:20, 132:21, 189:7
**bar** [3] - 189:4, 193:13, 202:24
**barrier** [1] - 46:9
**Bart** [2] - 3:21, 83:14
**BART** [1] - 1:20
**based** [31] - 12:15, 12:16, 13:18, 13:19, 25:5, 25:16, 26:16, 59:1, 63:24, 70:15, 86:21, 90:2, 90:12, 90:22, 92:23, 93:5, 94:8, 95:2, 95:15, 101:18, 101:21, 115:8, 115:9, 115:18, 138:22, 157:4, 232:11, 232:12, 234:3, 235:24
**baseline** [1] - 205:23
**basic** [1] - 49:7
**basing** [1] - 66:22
**basis** [5] - 51:19, 108:12, 111:5, 206:2, 222:15
**Bates** [4] - 32:22, 33:5, 236:25, 239:11
**BE** [1] - 242:4
**bear** [1] - 185:9
**BEASLEY** [1] - 1:10
**Beasley** [7] - 3:17, 84:25, 85:9, 117:9, 136:2, 223:16, 223:24
**become** [3] - 98:19, 134:23, 217:15
**becoming** [2] - 62:5, 62:8
**beginning** [2] - 42:18, 236:20
**begins** [1] - 124:12
**behalf** [8] - 2:3, 3:11, 3:14, 3:21, 3:24, 4:18, 10:1, 117:9
**Behalf** [2] - 1:15, 2:5
**beings** [1] - 92:17
**Beisner** [1] - 4:9
**BEISNER** [2] - 1:19, 4:8
**believes** [1] - 139:20
**below** [3] - 73:11, 193:13, 197:11
**bench** [2] - 29:14, 32:7
**benign** [1] - 151:8
**best** [3] - 43:9, 49:9, 117:13

**better** [1] - 107:25
**between** [33] - 7:20, 8:3, 8:7, 46:9, 55:20, 58:1, 71:19, 86:14, 89:25, 91:11, 107:16, 113:8, 113:17, 119:14, 119:19, 123:9, 131:5, 132:23, 133:10, 134:2, 134:7, 135:13, 141:21, 142:1, 145:3, 145:10, 145:17, 156:14, 189:8, 192:23, 192:25, 222:16, 230:5
**BIDDLE** [1] - 1:16
**Biddle** [1] - 4:4
**biddle** [1] - 4:7
**big** [4] - 113:8, 113:16, 130:2, 178:21
**billed** [1] - 136:1
**binder** [37] - 5:12, 5:14, 11:1, 15:18, 16:22, 17:5, 18:2, 18:4, 43:11, 43:12, 60:17, 68:7, 77:22, 84:2, 84:4, 84:5, 86:2, 94:2, 100:13, 100:14, 104:2, 106:22, 116:24, 118:11, 122:11, 138:5, 161:24, 229:13, 229:14, 231:2, 231:3, 233:7, 235:2, 235:3, 236:17, 236:19
**binders** [2] - 83:17, 171:7
**binding** [1] - 29:18
**biochemistry** [1] - 45:11
**biologic** [7] - 14:15, 14:16, 79:10, 79:14, 180:20, 180:23, 183:21
**biological** [8] - 11:23, 11:24, 14:18, 46:8, 50:16, 92:20, 97:9, 155:21
**Biology** [3] - 6:20, 6:23, 7:11
**biology** [1] - 45:11
**biomarker** [3] - 12:8, 144:12, 145:14
**biomarkers** [1] - 17:12
**biostatistician** [4] - 175:2, 175:5, 175:6, 188:10
**bit** [2] - 13:16, 20:18
**blank** [14] - 25:24, 30:6, 30:7, 31:19, 31:25, 212:21, 212:24, 216:6,

216:7, 216:24, 217:1, 218:3, 233:22, 233:24
**blanks** [1] - 25:19
**blood** [3] - 8:6, 8:7, 8:8
**blow** [1] - 204:19
**blue** [1] - 101:10
**board** [6] - 131:6, 134:5, 135:4, 135:12, 156:24, 196:14
**bodies** [1] - 58:5
**body** [10] - 7:21, 7:22, 14:14, 56:18, 56:20, 107:14, 111:14, 114:18, 115:6, 235:1
**bold** [2] - 121:21, 188:23
**book** [27] - 8:23, 8:24, 8:25, 110:15, 162:3, 163:8, 166:10, 167:11, 168:7, 168:10, 168:15, 170:5, 172:7, 174:22, 175:15, 176:2, 176:17, 181:7, 182:12, 188:19, 205:5, 214:7, 220:4, 221:6, 228:7
**books** [7] - 8:22, 15:6, 15:7, 164:11, 165:22, 171:15, 171:17
**border** [1] - 106:24
**bottom** [23] - 21:15, 33:4, 64:14, 88:15, 111:8, 119:3, 121:20, 128:15, 128:16, 149:7, 149:15, 182:13, 188:23, 202:24, 204:9, 206:1, 207:1, 207:11, 208:12, 209:5, 211:10, 226:10, 229:19
**box** [4] - 106:25, 107:7, 107:8, 197:12
**Boyd** [1] - 28:6
**BRCA** [13] - 126:10, 132:7, 132:10, 132:13, 132:18, 132:23, 133:4, 133:11, 133:21, 134:2
**break** [7] - 82:4, 143:3, 173:9, 221:9, 221:11, 221:16, 229:6
**Brief** [1] - 4:14
**briefing** [3] - 106:1, 106:3, 106:5
**briefs** [1] - 106:9
**bring** [1] - 25:4
**Brown** [1] - 4:2

**BROWN** [2] - 2:3, 4:1
**budget** [15] - 60:23, 60:24, 61:1, 61:11, 61:25, 62:9, 62:17, 62:25, 63:14, 63:19, 64:4, 64:8, 64:12, 64:14, 116:4
**bullet** [2] - 11:12
**bulleted** [1] - 139:25
**BY** [38] - 1:11, 1:13, 1:14, 1:17, 1:19, 1:20, 2:5, 4:23, 6:8, 10:12, 11:3, 15:5, 15:17, 17:3, 19:6, 26:15, 27:13, 31:13, 33:10, 36:8, 37:14, 42:24, 48:1, 66:14, 83:9, 87:10, 95:18, 101:4, 103:14, 144:7, 172:25, 205:4, 211:19, 218:15, 222:7, 224:10, 226:22, 229:12

**C**

**CA** [1] - 18:2
**CA-125** [31] - 12:7, 17:11, 17:14, 17:19, 20:15, 53:6, 54:11, 59:6, 59:7, 59:9, 59:13, 59:16, 66:7, 144:9, 144:11, 144:15, 144:18, 144:20, 144:24, 145:3, 145:10, 145:13, 145:18, 145:24, 146:3, 146:5, 192:5, 234:7, 234:10, 234:12, 235:8
**caesarean** [1] - 46:4
**calculate** [1] - 21:4
**calculated** [6] - 23:24, 24:1, 29:10, 188:6, 202:15, 202:17
**calculating** [1] - 206:12
**calculation** [9] - 22:5, 22:23, 23:1, 23:16, 23:19, 24:15, 24:17, 25:17, 202:13
**calculations** [5] - 26:22, 40:16, 185:20, 186:16, 216:11
**CALIFORNIA** [1] - 1:20
**Cancer** [11] - 6:16, 6:21, 6:23, 9:1, 9:3, 10:24, 103:19, 105:14, 116:5, 128:9

**cancer** [170] - 6:18, 7:3, 7:19, 8:1, 8:3, 8:12, 8:16, 8:21, 9:6, 9:21, 11:6, 11:10, 11:15, 12:5, 12:8, 13:9, 13:14, 13:23, 14:23, 16:5, 16:6, 17:12, 17:21, 18:9, 18:10, 21:21, 53:17, 53:19, 55:22, 55:24, 56:2, 56:23, 57:10, 58:22, 59:5, 59:7, 59:8, 59:10, 59:21, 62:8, 63:6, 69:12, 71:14, 72:17, 81:11, 81:23, 85:22, 86:8, 86:11, 86:19, 87:3, 87:4, 87:5, 87:15, 89:3, 89:8, 89:12, 89:17, 89:20, 90:7, 90:12, 90:16, 91:4, 91:5, 91:11, 91:13, 91:14, 91:16, 92:13, 93:10, 93:14, 95:5, 96:1, 96:4, 96:8, 97:10, 98:19, 102:18, 104:5, 107:17, 114:3, 115:14, 118:15, 118:23, 119:15, 119:20, 120:24, 123:10, 124:8, 126:12, 126:23, 129:23, 130:7, 130:11, 130:20, 130:24, 131:7, 131:9, 131:13, 131:17, 131:18, 131:22, 132:15, 133:11, 134:2, 134:8, 134:14, 134:17, 134:18, 134:22, 135:14, 136:24, 137:8, 137:12, 138:10, 138:15, 138:21, 138:24, 140:2, 141:5, 141:22, 141:23, 142:2, 142:7, 142:14, 142:17, 142:22, 142:25, 144:19, 144:25, 145:4, 145:11, 145:14, 145:19, 145:25, 146:1, 146:7, 189:11, 189:15, 190:9, 190:15, 191:9, 191:12, 192:15, 192:24, 193:1, 199:12, 209:13, 209:14, 214:12, 215:11, 215:13, 215:15, 215:21, 216:9, 225:20, 229:23, 230:5, 230:11, 230:18, 231:14, 232:3, 232:6, 232:9, 232:14, 234:12, 234:15
**cancerous** [1] - 62:5

**cancers** [5] - 57:11, 90:20, 91:1, 91:8, 91:9
**cannot** [15] - 27:4, 36:23, 95:1, 98:5, 98:14, 123:11, 135:7, 138:11, 146:12, 150:7, 158:12, 158:15, 190:20, 202:22, 216:7
**capacity** [2] - 215:2, 216:15
**capsular** [1] - 114:22
**capsule** [1] - 114:23
**carcinogen** [6] - 92:23, 93:5, 93:19, 94:8, 95:2, 95:15
**carcinogenic** [4] - 94:11, 95:5, 95:6, 110:19
**carcinogenicity** [1] - 92:16
**Care** [2] - 2:5, 4:13
**care** [1] - 117:21
**careful** [1] - 117:23
**carefully** [1] - 87:9
**carried** [1] - 157:12
**carries** [2] - 102:7, 155:18
**carry** [2] - 127:1, 155:15
**carry-over** [1] - 127:1
**carrying** [1] - 108:19
**case** [28] - 13:9, 13:12, 13:17, 14:4, 24:21, 27:16, 84:19, 89:7, 90:23, 92:2, 101:6, 102:19, 106:2, 106:4, 111:18, 116:16, 116:19, 126:3, 128:25, 136:20, 137:5, 171:20, 173:3, 184:22, 207:21, 223:24, 226:23, 237:24
**cases** [2] - 51:6, 145:13
**Caspase** [1] - 54:14
**CAT** [3] - 28:21, 127:19, 129:5
**catalase** [6] - 24:8, 28:4, 28:14, 129:6, 131:8, 131:12
**Catalase** [1] - 128:8
**causal** [5] - 107:16, 192:9, 192:20, 192:25, 230:5
**causation** [14] - 7:2, 8:21, 11:6, 11:10, 11:24, 88:25, 97:8, 97:19,

115:13, 137:19, 137:21, 141:13, 141:15, 142:17
**causative** [1] - 192:10
**caused** [2] - 141:24, 142:22
**causes** [12] - 13:9, 89:8, 96:4, 96:8, 138:9, 138:15, 141:5, 142:14, 151:11, 230:9, 232:2, 232:9
**causing** [2] - 87:5, 192:13
**cavity** [3] - 110:8, 113:6, 114:8
**CCR** [2] - 1:24, 242:10
**cell** [182] - 12:5, 12:14, 12:24, 12:25, 13:3, 13:5, 14:9, 14:13, 14:21, 14:22, 16:5, 16:6, 16:7, 18:9, 18:10, 18:11, 18:15, 19:12, 43:21, 44:17, 45:11, 45:20, 45:23, 47:7, 48:4, 48:13, 48:17, 48:23, 50:22, 51:2, 51:3, 51:7, 51:8, 51:11, 51:13, 51:16, 51:21, 51:22, 51:24, 51:25, 53:7, 54:12, 54:14, 56:17, 56:23, 56:24, 57:4, 58:2, 58:9, 58:11, 58:12, 58:16, 59:18, 59:24, 60:1, 60:2, 60:7, 60:9, 60:12, 60:15, 62:8, 65:5, 65:23, 69:4, 69:6, 73:19, 73:20, 73:21, 73:24, 73:25, 74:4, 74:9, 75:3, 77:24, 81:18, 81:20, 90:5, 91:22, 92:20, 96:4, 96:9, 96:11, 97:6, 98:11, 98:15, 98:22, 123:21, 124:22, 129:1, 131:1, 139:16, 139:21, 142:9, 142:10, 151:16, 152:24, 153:14, 153:15, 153:23, 153:25, 154:1, 154:4, 154:5, 154:9, 154:23, 157:8, 158:19, 162:20, 164:17, 180:13, 180:20, 180:21, 180:23, 181:1, 184:3, 188:20, 188:25, 189:6, 189:8, 189:12, 189:16, 189:19, 190:8,

190:15, 190:21, 190:22, 190:24, 191:11, 191:15, 191:18, 192:19, 193:16, 193:23, 194:15, 195:4, 197:20, 198:7, 198:12, 198:18, 198:25, 199:1, 199:2, 199:13, 201:15, 202:5, 202:19, 203:23, 205:23, 207:14, 208:4, 208:6, 208:12, 208:18, 208:23, 209:9, 210:14, 211:25, 212:4, 212:17, 213:16, 214:1, 214:11, 216:24, 217:2, 217:3, 218:4, 218:16, 218:25, 220:4, 220:24, 233:21, 235:16, 235:19, 235:24, 236:5, 236:10, 236:22, 238:4

**cells** [146] - 12:3, 12:19, 12:20, 12:23, 13:1, 13:3, 13:6, 13:21, 13:23, 14:23, 17:13, 17:23, 18:13, 21:20, 21:21, 24:8, 40:7, 41:20, 42:17, 50:16, 53:12, 54:15, 56:2, 56:6, 56:19, 56:24, 57:6, 57:16, 58:6, 58:14, 58:23, 59:8, 59:14, 59:21, 59:22, 59:23, 60:15, 62:19, 64:16, 65:7, 65:22, 66:8, 79:15, 79:19, 81:21, 81:25, 89:14, 90:25, 91:2, 93:12, 93:15, 95:4, 95:5, 95:7, 98:18, 98:19, 114:9, 120:16, 120:24, 121:13, 121:24, 121:25, 122:6, 122:9, 122:19, 123:25, 124:8, 124:23, 126:12, 126:24, 127:4, 130:1, 134:22, 135:8, 147:2, 147:3, 147:22, 147:23, 148:21, 148:23, 149:1, 153:6, 155:5, 156:22, 189:3, 189:7, 189:11, 189:15, 189:20, 190:2, 190:13, 191:1, 191:3, 191:8, 191:9, 191:12, 191:23, 192:8, 194:1, 194:4, 194:9, 194:12, 194:16, 194:17, 198:1, 198:15, 201:16,

206:5, 206:8, 206:10, 206:11, 206:13, 206:14, 206:15, 206:23, 208:1, 209:18, 209:24, 210:5, 210:7, 210:9, 210:13, 211:1, 211:13, 211:16, 214:12, 215:25, 216:3, 216:9, 216:10, 216:23, 218:19, 231:14, 234:13, 234:24, 234:25, 235:15
**cellular** [2] - 12:18, 112:13
**center** [2] - 202:14, 207:7
**centrifuge** [1] - 149:5
**certain** [16] - 25:17, 25:19, 35:16, 35:20, 54:17, 102:1, 105:7, 132:6, 147:13, 172:17, 186:13, 189:13, 189:17, 191:17, 211:24, 211:25
**certainly** [1] - 47:22
**certainty** [1] - 101:17
**Certificate** [1] - 242:10
**CERTIFIED** [1] - 242:4
**cervical** [1] - 91:13
**chance** [1] - 132:3
**change** [12] - 37:7, 37:11, 37:16, 39:15, 62:19, 75:2, 79:18, 123:16, 135:17, 181:6, 182:7, 183:8
**changed** [11] - 38:14, 104:21, 105:20, 105:21, 142:6, 155:19, 156:9, 183:4, 183:7, 183:10, 183:12
**changes** [13] - 12:2, 12:10, 14:21, 57:23, 63:5, 121:12, 122:6, 122:9, 122:19, 155:21, 178:23, 183:17, 192:1
**changing** [5] - 25:25, 58:20, 120:24, 179:22, 179:25
**chapter** [3] - 8:24, 9:2
**characterized** [1] - 56:3
**characterizing** [1] - 232:14
**charged** [1] - 136:5
**chart** [22] - 128:20, 188:23, 193:13, 195:1, 195:7, 197:6, 200:3, 200:11, 200:15, 202:23,

202:24, 203:22, 205:5, 207:1, 207:11, 208:19, 208:20, 209:8, 209:9, 211:6, 211:8, 235:25
**charts** [2] - 203:23, 204:3
**check** [2] - 39:1, 160:10
**checked** [7] - 23:21, 78:19, 78:20, 78:23, 161:6, 175:18, 175:19
**chemo** [3] - 134:14, 134:23, 135:2
**chemo-resistance** [1] - 135:2
**chemo-resistant** [2] - 134:14, 134:23
**chemotherapy** [2] - 134:23, 134:25
**CHI** [2] - 28:25, 130:21
**CHI-square** [1] - 130:21
**Chicago** [1] - 180:23
**China** [1] - 33:18
**choice** [1] - 139:4
**choose** [4] - 53:10, 55:1, 60:12, 147:7
**choosing** [1] - 187:16
**chose** [4] - 50:6, 54:4, 146:23, 148:2
**chosen** [1] - 54:20
**chronic** [2] - 114:1, 115:12
**circles** [1] - 195:25
**circumstances** [1] - 142:20
**citation** [3] - 103:1, 104:13, 104:24
**cite** [16] - 91:6, 91:10, 95:1, 95:4, 95:6, 95:8, 95:14, 102:23, 103:5, 106:18, 109:25, 113:1, 146:12, 164:15, 165:8, 190:20
**cited** [9] - 101:25, 103:4, 103:16, 103:18, 104:15, 105:9, 106:14, 109:21, 215:22
**CIVIL** [1] - 1:2
**claims** [2] - 81:4, 81:7
**clarify** [8] - 39:18, 40:2, 41:8, 129:21, 152:25, 213:22, 232:20, 232:24
**CLARKSON** [1] - 1:7
**classified** [3] - 92:22, 93:5, 94:7

**classify** [1] - 186:14
**classifying** [1] - 185:19
**clear** [13] - 42:2, 98:24, 108:16, 130:16, 133:25, 153:2, 154:5, 160:20, 175:24, 203:2, 217:15, 232:19, 236:4
**clearer** [1] - 42:4
**clearly** [2] - 157:7, 159:18
**CLERK** [9] - 3:4, 82:8, 83:3, 143:5, 144:1, 221:23, 222:1, 229:8, 240:22
**clerk** [1] - 84:7
**click** [2] - 188:2, 188:7
**clinical** [5] - 7:4, 20:12, 20:14, 38:17, 144:15
**clinically** [2] - 20:15, 144:12
**clip** [1] - 95:11
**close** [2] - 186:9, 186:23
**closer** [3] - 185:22, 186:23, 187:19
**co** [1] - 128:7
**co-authored** [1] - 128:7
**coded** [1] - 158:6
**coefficient** [1] - 27:18
**colleague** [1] - 220:5
**colleagues** [6] - 128:19, 130:19, 131:21, 134:6, 135:11, 200:7
**collect** [2] - 19:17, 133:1
**collected** [3] - 200:7, 200:22, 200:23
**colored** [1] - 204:15
**column** [26] - 22:9, 23:3, 23:8, 25:6, 25:18, 27:11, 106:25, 107:11, 110:25, 111:9, 112:4, 112:12, 188:2, 204:25, 206:22, 206:24, 207:8, 207:13, 207:15, 207:19, 208:9, 210:4, 215:7, 215:8, 215:14, 220:3
**columns** [17] - 23:6, 196:20, 198:8, 198:15, 200:14, 201:20, 203:13, 203:16, 205:25, 209:15, 210:12, 210:25, 211:25, 213:10, 213:15, 218:18, 220:23
**combination** [1] - 192:6

**combine** [1] - 75:12
**combined** [4] - 73:25, 150:17, 150:19, 219:8
**coming** [2] - 19:21, 162:23
**comma** [1] - 121:3
**comment** [6] - 68:17, 69:7, 69:8, 69:21, 69:23, 73:7
**commenting** [1] - 73:2
**comments** [12] - 68:14, 68:20, 70:3, 72:1, 72:14, 73:5, 73:13, 73:15, 73:23, 75:11, 155:9, 155:14
**commercial** [1] - 79:3
**Committee** [2] - 1:15, 3:15
**common** [7] - 45:10, 54:12, 54:17, 183:14, 183:17, 183:22, 196:9
**commonly** [3] - 49:18, 54:13, 66:20
**community** [7] - 20:11, 44:20, 45:4, 50:3, 54:9, 107:12, 142:15
**company** [3] - 46:19, 47:15, 47:19
**compare** [8] - 135:7, 135:9, 146:24, 147:7, 148:8, 150:20, 197:17, 237:16
**compared** [7] - 6:5, 9:12, 13:22, 13:24, 56:9, 77:15, 148:23
**comparing** [1] - 148:24
**compatible** [1] - 104:4
**compiled** [1] - 20:19
**completed** [2] - 37:8, 118:2
**completely** [7] - 34:9, 134:9, 208:22, 223:11, 223:13, 234:23, 237:21
**computational** [1] - 183:23
**compute** [2] - 21:5, 25:19
**computed** [2] - 25:16, 216:11
**computer** [35] - 19:18, 19:22, 20:25, 21:1, 21:7, 24:23, 29:12, 34:25, 35:8, 35:13, 36:21,

39:14, 39:20, 40:4, 40:10, 40:14, 40:17, 40:19, 40:21, 40:24, 41:4, 41:12, 41:24, 158:7, 169:17, 172:14, 175:8, 184:14, 185:4, 185:24, 187:5, 187:11

**computerized** [5] - 19:16, 20:23, 34:16, 35:15, 39:7

**concentration** [1] - 235:1

**concentrations** [5] - 146:13, 146:18, 146:23, 147:7, 148:8

**concept** [3] - 50:24, 51:1, 151:13

**concepts** [1] - 141:14

**concerned** [1] - 113:12

**concerning** [4] - 47:18, 128:4, 134:4, 135:11

**conclude** [1] - 232:1

**concluded** [1] - 95:25

**concludes** [1] - 141:4

**conclusion** [16] - 86:15, 87:1, 92:21, 99:12, 108:13, 120:8, 130:18, 130:22, 134:6, 135:15, 137:15, 137:16, 138:19, 138:22, 140:22, 228:20

**Conclusions** [1] - 111:9

**conclusions** [5] - 68:19, 73:3, 135:3, 135:12, 237:15

**concrete** [1] - 234:23

**condition** [1] - 115:8

**conditions** [2] - 41:20, 115:9

**conduct** [5] - 14:2, 33:24, 95:24, 115:24, 193:22

**conducted** [16] - 16:1, 43:16, 52:6, 58:8, 65:14, 65:17, 79:7, 80:7, 80:17, 81:13, 85:14, 92:1, 99:11, 99:13, 99:17, 194:22

**conducting** [7] - 44:11, 44:13, 78:6, 78:10, 80:10, 184:18, 200:8

**confident** [1] - 55:3

**confirm** [5] - 21:6, 150:18, 237:11, 239:15,

239:21

**confirmed** [2] - 56:11, 56:12

**Conflict** [2] - 224:13, 224:17

**conflict** [19] - 78:19, 78:22, 79:1, 79:2, 79:21, 80:3, 222:22, 223:9, 223:22, 224:1, 224:23, 225:1, 225:5, 225:22, 226:2, 226:8, 226:13, 226:24, 227:2

**conflicts** [4] - 78:13, 79:22, 223:7, 224:21

**confused** [1] - 93:24

**confusing** [1] - 217:8

**connection** [4] - 128:24, 192:21, 192:25, 227:24

**connective** [1] - 114:22

**consider** [5] - 39:3, 50:2, 53:25, 55:12, 192:23

**consideration** [4] - 67:16, 76:1, 76:13, 240:9

**considered** [4] - 51:5, 59:10, 79:1, 186:25

**consistent** [2] - 39:23, 200:17

**constructed** [1] - 49:13

**consultant** [2] - 224:20, 227:5

**consulted** [3] - 225:9, 225:19, 226:14

**consulting** [1] - 225:12

**contact** [1] - 85:9

**contacted** [6] - 84:18, 84:24, 85:20, 86:17, 87:12, 116:11

**contain** [2] - 15:9, 35:3

**contained** [6] - 34:16, 46:18, 46:22, 47:11, 64:11, 64:13

**contains** [1] - 84:5

**content** [1] - 37:4

**context** [1] - 178:7

**continue** [1] - 28:17

**continued** [3] - 144:6, 221:25, 222:7

**Continued** [3] - 1:22, 82:10, 143:7

**continues** [1] - 190:14

**contradict** [1] - 98:7

**contrary** [1] - 99:8

**contribute** [1] - 62:3

**contributing** [1] - 119:8

**control** [41] - 49:2, 49:3, 49:8, 49:10, 49:12, 49:15, 56:9, 56:25, 59:23, 148:18, 149:3, 149:4, 151:2, 151:4, 151:7, 151:11, 151:15, 214:2, 214:5, 214:6, 214:8, 214:9, 214:10, 214:15, 214:21, 214:24, 216:4, 216:17, 216:18, 216:20, 217:10, 219:6, 219:9, 219:12, 219:14, 219:18, 219:19, 220:6, 220:8, 221:1

**controlling** [2] - 25:24, 25:25

**controls** [2] - 49:1, 148:11

**convincing** [3] - 123:19, 139:21, 139:22

**copies** [5] - 40:11, 83:22, 83:23, 205:7, 238:25

**copy** [9] - 11:1, 33:2, 40:12, 100:15, 104:2, 163:10, 205:12, 205:14, 231:9

**copying** [1] - 126:20

**corner** [5] - 22:4, 22:15, 22:22, 24:14, 28:20

**cornstarch** [3] - 151:17, 151:18, 151:20

**Correct** [95] - 28:15, 32:13, 33:13, 36:10, 42:8, 42:15, 52:7, 62:25, 63:19, 67:16, 67:21, 69:16, 71:3, 71:24, 75:21, 89:4, 89:8, 90:13, 91:8, 92:9, 96:1, 96:23, 101:19, 108:25, 111:18, 115:2, 116:1, 117:16, 122:6, 122:22, 128:25, 129:17, 133:13, 136:3, 136:11, 136:24, 140:19, 144:16, 145:22, 148:9, 148:16, 158:20, 163:21, 166:4, 166:7, 170:6, 171:11, 171:15, 171:18, 173:4, 174:20, 177:19, 177:22, 178:1, 179:6, 182:18, 182:25, 184:8, 184:12, 184:16, 189:1,

189:21, 191:12, 191:24, 193:5, 193:24, 194:2, 195:23, 196:5, 197:7, 197:13, 197:21, 198:20, 198:23, 199:3, 199:10, 199:13, 200:4, 201:5, 201:13, 201:17, 207:9, 215:19, 215:22, 222:16, 222:23, 224:6, 227:7, 227:19, 228:14, 230:15, 230:18, 230:25, 238:15, 238:19

**correct** [72] - 22:5, 22:7, 22:23, 23:1, 23:22, 24:15, 24:18, 28:16, 32:2, 32:14, 33:14, 39:1, 41:15, 67:22, 71:6, 71:7, 71:25, 72:10, 87:22, 90:14, 94:14, 96:15, 101:20, 103:16, 116:2, 120:22, 122:7, 137:2, 137:8, 138:10, 138:16, 140:20, 148:10, 151:5, 153:12, 154:7, 158:21, 160:2, 166:16, 167:25, 169:4, 171:6, 171:12, 174:21, 177:20, 178:17, 183:1, 184:17, 184:21, 187:3, 190:5, 194:3, 198:24, 199:11, 200:15, 201:6, 202:18, 205:1, 206:23, 207:4, 208:1, 208:5, 209:25, 220:20, 222:24, 224:7, 226:13, 226:16, 227:8, 227:25, 230:19, 231:1

**corrected** [1] - 135:11

**correction** [4] - 25:21, 25:23, 25:24, 202:12

**corrections** [5] - 5:23, 5:24, 6:2, 25:7, 25:18

**correctly** [4] - 111:15, 213:1, 217:5, 238:3

**correlate** [1] - 146:16, 235:24

**correlated** [1] - 135:1

**correlation** [1] - 141:16

**correspond** [1] - 126:9

**corresponding** [2] - 31:1, 224:19

**corresponds** [4] - 57:19, 162:2, 207:20, 237:4

**corroborate** [1] - 69:3

**corroborated** [1] - 139:15
**cortical** [1] - 114:20
**Cory** [2] - 22:13, 25:3
**cost** [1] - 61:8
**Council** [2] - 2:5, 4:13
**counsel** [30] - 3:7, 32:19, 33:5, 36:4, 47:13, 83:21, 84:7, 84:19, 84:24, 87:12, 89:2, 105:24, 106:14, 109:9, 109:12, 115:20, 122:12, 122:25, 132:3, 136:5, 160:16, 163:17, 184:1, 184:10, 211:15, 212:12, 222:12, 223:2, 226:4, 227:24
**counsel's** [1] - 229:14
**count** [2] - 200:24, 219:15
**couple** [3] - 5:7, 161:20, 163:2
**course** [1] - 240:10
**court** [2] - 3:2, 240:23
**COURT** [139] - 1:1, 1:25, 3:5, 10:9, 15:3, 15:16, 16:24, 18:24, 22:11, 24:24, 26:12, 26:23, 27:6, 29:16, 31:3, 31:6, 31:9, 32:9, 33:7, 36:13, 38:8, 38:13, 39:3, 39:18, 40:2, 40:17, 40:23, 41:6, 41:11, 41:18, 42:3, 42:22, 43:6, 43:13, 44:3, 46:24, 47:22, 51:14, 51:17, 51:23, 66:22, 66:25, 67:11, 67:14, 70:4, 70:6, 70:10, 71:5, 71:8, 72:3, 73:7, 74:25, 75:5, 75:14, 76:20, 76:23, 81:2, 82:4, 83:4, 83:25, 86:21, 86:24, 87:7, 87:19, 88:4, 88:9, 88:13, 88:15, 88:18, 88:20, 94:22, 94:25, 99:21, 99:23, 100:25, 103:13, 104:14, 107:3, 108:6, 110:12, 117:1, 123:13, 134:12, 143:4, 144:2, 145:16, 157:15, 159:13, 160:12, 160:25, 161:9, 161:16, 162:2, 164:25, 167:18, 167:23, 170:15, 170:19, 171:1,

171:4, 171:7, 173:9, 173:15, 173:22, 175:11, 175:23, 176:5, 176:8, 176:12, 181:4, 181:24, 183:14, 183:19, 203:9, 204:15, 204:25, 205:3, 213:21, 217:4, 217:7, 217:13, 218:5, 218:9, 218:13, 220:11, 221:4, 221:7, 221:11, 221:15, 221:22, 222:2, 224:2, 224:8, 226:9, 227:12, 229:3, 229:7, 240:18, 240:21
**Court** [33] - 5:3, 6:6, 7:17, 8:10, 14:11, 15:7, 17:7, 19:8, 22:25, 25:11, 25:22, 32:10, 42:11, 49:2, 51:1, 55:15, 56:15, 56:21, 62:15, 77:4, 77:13, 83:23, 84:6, 113:1, 122:12, 148:13, 187:16, 187:21, 187:24, 213:2, 214:20, 217:15
**Court's** [1] - 84:7
**COURTHOUSE** [1] - 1:7
**covered** [2] - 192:22, 204:23
**covers** [1] - 213:25
**Cox** [1] - 131:13
**created** [7] - 116:3, 116:15, 148:12, 176:21, 176:22, 177:5, 177:6
**creates** [1] - 98:13
**criteria** [4] - 185:14, 186:7, 186:14, 188:9
**critical** [6] - 7:23, 55:21, 64:21, 122:1, 124:1, 202:7
**criticism** [5] - 72:4, 72:11, 73:12, 161:10, 161:17
**criticized** [3] - 78:9, 79:24, 225:23
**Cross** [1] - 241:6
**cross** [9] - 36:24, 44:7, 67:9, 81:3, 82:5, 221:14, 221:16, 222:11, 236:2
**CROSS** [3] - 83:8, 144:6, 222:6
**cross-examination** [5] - 44:7, 67:9, 81:3, 221:14, 222:11

**CROSS-EXAMINATION** [3] - 83:8, 144:6, 222:6
**cross-outs** [1] - 236:2
**CRR** [1] - 1:24
**cue** [1] - 95:11
**culture** [8] - 14:10, 14:13, 51:2, 69:4, 90:5, 98:22, 124:22, 129:1
**cultures** [9] - 45:20, 45:23, 47:7, 48:5, 48:14, 48:17, 48:23, 124:23, 164:17
**current** [3] - 6:11, 73:9, 107:14
**curve** [1] - 27:19
**cutout** [1] - 211:23
**cutting** [1] - 108:2
**CV** [4] - 5:19, 46:22, 47:11, 136:13
**CYBA** [2] - 127:12, 129:7
**cytotoxicity** [4] - 205:9, 205:21, 206:3, 206:7

**D**

**D-13** [1] - 179:12
**D.C** [2] - 1:19, 2:5
**daily** [1] - 111:5
**dangerous** [2] - 113:24
**DANIEL** [1] - 1:14
**Daniel** [1] - 3:11
**data** [148] - 19:17, 19:22, 20:1, 20:19, 20:20, 20:25, 21:1, 21:8, 21:18, 21:25, 23:18, 24:5, 24:7, 24:12, 27:3, 27:25, 29:1, 29:6, 29:10, 31:1, 31:10, 32:2, 34:17, 34:22, 34:24, 35:8, 35:12, 35:15, 36:21, 37:1, 37:2, 37:24, 38:6, 38:20, 39:7, 39:11, 39:13, 40:13, 40:22, 56:13, 73:25, 132:21, 133:1, 138:22, 146:12, 146:17, 168:18, 169:11, 169:16, 174:23, 175:1, 175:7, 175:9, 175:20, 176:1, 177:11, 178:1, 178:3, 178:6, 178:7, 178:9, 178:21, 192:14, 193:3, 193:4, 197:2, 200:4, 200:6, 200:11, 200:14, 200:21, 201:13, 201:22, 201:25,

202:15, 202:18, 202:20, 202:22, 202:23, 203:2, 203:4, 203:12, 203:13, 203:15, 203:16, 203:25, 204:3, 204:12, 204:18, 204:23, 205:16, 205:19, 206:14, 207:3, 207:6, 207:12, 207:18, 207:19, 208:8, 208:19, 208:20, 209:2, 209:9, 209:10, 209:11, 210:19, 210:21, 211:6, 211:7, 212:17, 212:18, 212:25, 214:17, 215:5, 215:6, 215:8, 215:18, 216:10, 216:11, 217:17, 217:19, 217:20, 217:23, 217:25, 218:12, 218:20, 218:24, 219:8, 219:12, 219:23, 221:2, 235:21, 235:22, 235:23, 235:25, 240:6, 240:8, 240:11
**date** [35] - 5:25, 40:11, 40:12, 85:3, 85:8, 117:12, 159:11, 162:17, 166:18, 167:15, 167:17, 167:18, 168:2, 168:15, 171:13, 171:14, 172:3, 172:6, 175:3, 175:4, 176:21, 176:22, 177:5, 177:7, 177:12, 181:17, 182:7, 182:18, 183:2, 183:7, 183:22, 233:8, 236:13
**dated** [1] - 37:18
**dates** [10] - 40:12, 110:11, 166:15, 166:18, 174:24, 176:20, 177:4, 181:6, 183:4, 233:5
**Daubert** [1] - 4:25
**DAUBERT** [1] - 1:4
**dead** [2] - 206:11, 206:13
**dealing** [1] - 234:25
**deals** [2] - 167:18, 167:21
**dealt** [2] - 45:15, 234:7
**death** [6] - 13:5, 14:21, 44:18, 56:17, 142:10, 189:8
**decades** [2] - 20:12, 20:17
**December** [10] - 172:2, 172:8, 172:22, 173:4,

173:16, 174:20, 175:12, 175:16, 175:19, 176:6
**decide** [2] - 5:3, 77:18
**decided** [7] - 33:22, 34:13, 51:21, 59:25, 75:12, 80:1, 216:18
**decides** [1] - 184:15
**decimal** [1] - 202:1
**decision** [2] - 50:11, 50:18
**declarative** [1] - 120:19
**declare** [3] - 223:8, 223:10, 224:21
**declined** [2] - 71:6, 71:9
**decrease** [3] - 8:6, 56:10, 57:4
**decreased** [1] - 13:4
**default** [2] - 25:12, 206:5
**Defendant** [2] - 2:3, 2:5
**defendant** [2] - 3:21, 3:24
**defendants** [5] - 4:5, 4:7, 4:10, 29:19, 29:21
**defendants'** [1] - 28:6
**defense** [2] - 83:21, 105:24
**defer** [1] - 145:21
**degree** [1] - 101:17
**delineate** [1] - 98:12
**demonstrated** [1] - 63:22
**demonstration** [2] - 218:11, 218:12
**demonstrative** [3] - 215:4, 217:14, 217:16
**densities** [1] - 205:15
**Department** [5] - 6:13, 6:16, 6:19, 7:10, 7:11
**department** [1] - 7:5
**departments** [1] - 7:6
**depict** [1] - 218:3
**depicted** [8] - 196:19, 197:20, 198:25, 205:11, 207:6, 207:18, 217:21, 220:2
**depicting** [2] - 196:3, 198:18
**depicts** [2] - 200:2, 211:22
**deposed** [2] - 169:23, 226:23
**deposited** [1] - 149:15
**deposition** [51] - 5:25, 6:3, 6:4, 6:5, 15:14,

22:19, 23:20, 24:11, 26:24, 47:1, 47:4, 47:6, 47:7, 47:16, 86:2, 87:22, 88:1, 88:4, 88:15, 97:1, 100:19, 117:4, 117:16, 122:13, 122:15, 122:22, 165:7, 165:13, 166:9, 166:14, 167:9, 167:11, 167:24, 170:2, 171:22, 172:18, 173:3, 174:8, 175:16, 176:1, 176:2, 177:1, 184:22, 185:2, 185:7, 188:12, 188:14, 190:4, 190:18, 229:15, 230:3
**depositions** [2] - 21:24, 23:14
**DEPUTY** [9] - 3:4, 82:8, 83:3, 143:5, 144:1, 221:23, 222:1, 229:8, 240:22
**derived** [2] - 27:15, 134:24
**describe** [21] - 6:22, 8:10, 15:7, 17:7, 19:8, 19:13, 33:5, 42:1, 43:21, 54:3, 123:2, 125:17, 178:11, 189:23, 193:14, 205:11, 211:23, 212:2, 220:5, 220:17, 231:10
**described** [14] - 73:11, 121:15, 121:18, 125:2, 142:25, 148:13, 152:15, 153:10, 155:15, 166:3, 178:14, 189:8, 205:20, 216:12
**describes** [3] - 118:18, 118:22, 157:7
**describing** [5] - 169:10, 169:14, 178:13, 178:19, 213:3
**description** [5] - 161:7, 180:20, 220:21, 234:3, 236:20
**design** [31] - 45:18, 80:7, 195:8, 195:10, 197:5, 198:5, 199:18, 199:21, 200:18, 201:8, 201:10, 201:12, 201:15, 204:3, 207:25, 209:20, 209:23, 210:22, 210:23, 211:21, 212:4, 212:18, 213:16, 215:24, 217:16, 218:4,

218:16, 218:17, 218:21, 220:3, 220:24
**designed** [2] - 197:6, 216:2
**designs** [2] - 52:7, 52:9
**details** [1] - 157:9
**detected** [1] - 12:12
**determination** [3] - 25:1, 25:2, 187:3
**determinations** [2] - 5:1, 54:23
**determine** [23] - 49:4, 62:1, 62:18, 89:7, 89:10, 89:13, 93:18, 94:11, 96:3, 96:7, 98:12, 98:17, 98:21, 99:6, 119:6, 120:7, 124:6, 126:8, 146:23, 147:6, 165:14, 185:23, 186:11
**determined** [2] - 26:22, 193:19
**determines** [1] - 206:4
**determining** [4] - 50:15, 92:12, 97:8, 98:21
**Detroit** [1] - 6:17
**develop** [2] - 56:19, 79:4
**developed** [3] - 119:19, 134:23, 134:24
**developing** [2] - 98:18, 138:23
**development** [4] - 55:22, 62:4, 90:15, 115:13
**develops** [1] - 93:10
**diagnose** [2] - 144:25, 145:1
**diagnosis** [1] - 144:19
**difference** [7] - 58:1, 71:18, 71:22, 113:8, 113:16, 130:3, 188:11
**different** [83] - 5:7, 8:2, 8:14, 9:17, 16:5, 16:10, 16:12, 17:9, 18:14, 19:12, 23:12, 28:3, 30:13, 30:14, 33:21, 34:9, 34:12, 34:23, 39:11, 39:12, 41:9, 45:18, 48:10, 51:4, 51:8, 51:11, 51:16, 51:21, 51:24, 52:3, 53:5, 53:16, 59:20, 76:21, 83:22, 99:14, 114:4, 125:16, 125:20, 127:25, 132:16, 135:6, 141:15, 142:23,

151:1, 153:7, 153:15, 153:22, 153:24, 154:1, 154:2, 154:9, 158:20, 159:16, 162:14, 162:15, 167:25, 182:2, 185:13, 192:3, 196:4, 196:24, 197:19, 201:16, 202:19, 203:19, 203:20, 203:24, 206:17, 207:3, 214:1, 218:4, 220:4, 221:10, 234:24, 235:13, 235:16, 236:5, 236:6, 237:5, 237:21, 237:22
**differential** [1] - 132:23
**differentiate** [1] - 132:22
**DIRECT** [3] - 4:21, 139:8, 222:9
**Direct** [1] - 241:6
**direct** [15] - 100:12, 100:15, 106:23, 110:23, 111:8, 117:5, 119:14, 119:18, 122:12, 128:14, 139:9, 139:10, 191:14, 193:10, 221:13
**directing** [2] - 101:6, 117:1
**direction** [4] - 58:24, 61:21, 191:16, 191:18
**directly** [4] - 122:9, 122:19, 191:23, 203:11
**Director** [2] - 6:18, 6:23
**disagree** [3] - 72:19, 92:14, 115:10
**disavowing** [1] - 172:12
**disclose** [6] - 222:23, 224:1, 225:12, 225:16, 225:17, 225:19
**disclosed** [3] - 47:11, 78:14, 223:23
**disclosure** [8] - 79:21, 225:15, 226:2, 226:19, 227:9, 228:16, 228:21, 228:22
**disclosures** [2] - 222:10, 226:25
**discretion** [1] - 223:21
**discuss** [4] - 44:9, 45:17, 53:3, 124:16
**discussed** [6] - 52:7, 151:24, 154:20, 155:9, 199:1, 222:11
**discussing** [4] - 38:19, 75:18, 89:1, 140:19

**discussion** [2] - 144:8, 184:2
**diseases** [2] - 7:2, 7:25
**dish** [3] - 96:5, 96:9, 153:6
**dishes** [2] - 14:14, 153:15
**disproven** [2] - 135:5, 135:15
**dissolve** [2] - 148:15, 150:13
**dissolved** [3] - 49:16, 150:5, 150:6
**distinction** [1] - 142:18
**distinguishing** [1] - 87:1
**DISTRICT** [2] - 1:1, 1:1
**divide** [5] - 30:16, 30:25, 34:12, 51:4, 51:7
**dividing** [1] - 56:25
**division** [8] - 13:4, 18:16, 56:23, 56:24, 57:4, 81:20, 142:9, 189:8
**divisions** [1] - 54:14
**DMSO** [24] - 49:16, 49:17, 49:18, 49:24, 50:2, 148:12, 148:15, 148:18, 148:20, 148:24, 148:25, 149:6, 149:11, 149:13, 149:22, 150:5, 150:6, 150:14, 150:16, 150:19, 150:22, 150:23
**DNA** [13] - 12:10, 12:11, 57:8, 57:18, 126:19, 126:24, 127:4, 129:25, 134:21, 134:22, 135:7, 164:16, 165:9
**doctor** [61] - 6:22, 7:17, 9:5, 11:19, 11:20, 14:2, 19:13, 20:18, 21:24, 22:17, 23:23, 24:5, 24:11, 25:11, 26:16, 27:14, 27:25, 28:14, 29:3, 32:11, 45:17, 52:6, 52:16, 55:15, 59:11, 62:6, 62:14, 63:16, 64:13, 65:9, 65:16, 66:15, 70:2, 70:15, 71:11, 72:23, 76:12, 77:13, 81:13, 84:11, 181:21, 229:17, 230:22, 231:4, 232:1, 232:18, 233:6, 233:10, 233:13, 233:20, 234:2, 234:19,

235:2, 235:6, 235:18, 235:22, 236:2, 236:24, 237:1, 240:2, 240:6
**Doctor** [83] - 7:13, 9:11, 10:13, 10:18, 11:11, 13:11, 16:9, 18:7, 18:17, 21:8, 21:17, 22:5, 23:10, 25:9, 25:21, 29:6, 30:8, 31:20, 31:24, 32:1, 32:4, 32:10, 34:5, 35:2, 36:9, 37:15, 39:25, 42:5, 42:10, 42:25, 44:22, 45:19, 49:12, 50:5, 54:3, 54:19, 55:5, 56:15, 57:7, 58:1, 58:15, 58:25, 59:18, 59:25, 60:9, 61:10, 61:24, 63:12, 64:15, 64:19, 65:24, 66:5, 69:21, 70:24, 72:20, 76:7, 81:4, 81:12, 86:4, 94:4, 113:17, 122:15, 122:24, 145:24, 224:2, 230:12, 231:10, 232:11, 234:6, 235:4, 236:4, 236:9, 236:12, 236:13, 236:15, 236:18, 237:7, 237:11, 237:14, 237:23, 238:1, 239:21, 240:19
**Doctor's** [1] - 10:8
**doctor's** [1] - 46:18
**doctors** [1] - 20:14
**document** [20] - 5:15, 5:21, 15:23, 17:8, 18:7, 110:18, 115:22, 116:4, 116:8, 116:15, 117:2, 117:18, 117:19, 117:21, 117:25, 118:2, 118:10, 120:12, 128:15, 181:4
**documents** [3] - 19:7, 19:9, 27:6
**dollars** [3] - 222:16, 223:3, 227:23
**done** [76] - 8:17, 10:1, 12:22, 15:10, 19:19, 21:3, 26:9, 31:6, 34:6, 35:10, 41:2, 43:20, 45:19, 45:22, 47:12, 48:7, 48:14, 52:1, 53:15, 63:7, 65:5, 69:2, 69:3, 74:4, 74:18, 75:20, 85:16, 91:2, 91:21, 91:23, 95:19, 96:11,

96:21, 97:8, 97:11, 97:24, 100:2, 118:24, 120:8, 122:8, 122:18, 125:21, 128:13, 129:22, 134:4, 141:20, 150:25, 152:19, 152:21, 153:1, 153:11, 153:18, 153:19, 154:6, 154:11, 158:4, 159:16, 159:17, 160:2, 167:6, 168:24, 169:2, 169:8, 169:13, 171:14, 172:13, 173:3, 173:7, 173:10, 173:12, 176:8, 187:24, 187:25, 226:21, 239:20, 239:25
**dosage** [1] - 24:9
**dose** [7] - 50:21, 56:7, 146:9, 146:11, 147:10, 192:3, 237:17
**dose-response** [1] - 192:3
**doses** [23] - 16:10, 17:10, 18:12, 21:22, 41:21, 50:5, 50:7, 50:12, 50:13, 50:14, 50:18, 50:21, 115:8, 147:1, 147:13, 148:2, 148:3, 148:4, 148:7, 234:19, 235:13, 235:16, 237:5
**double** [2] - 221:13, 221:14
**doubt** [1] - 223:5
**down** [10] - 28:24, 41:22, 43:6, 133:15, 141:11, 147:17, 183:21, 210:4, 216:4, 219:5
**dozen** [1] - 23:19
**Dr** [95] - 4:16, 4:24, 5:12, 5:18, 5:20, 5:24, 6:4, 6:9, 8:10, 11:4, 13:8, 15:6, 15:18, 15:19, 15:23, 17:4, 18:4, 19:7, 20:4, 23:14, 26:24, 28:6, 29:19, 31:14, 33:11, 33:25, 34:2, 35:16, 37:3, 37:6, 38:2, 39:6, 41:8, 43:14, 44:9, 46:21, 47:14, 48:2, 48:13, 48:16, 48:21, 48:25, 50:23, 55:25, 59:6, 60:16, 60:20, 60:24, 67:15, 68:9, 69:7, 72:13, 73:5, 73:15, 73:22,

75:18, 75:23, 77:2, 77:9, 78:1, 78:12, 79:6, 79:9, 79:20, 80:24, 83:10, 84:6, 84:8, 85:6, 86:1, 86:17, 93:4, 93:17, 94:1, 100:18, 103:8, 106:14, 117:1, 130:5, 132:4, 144:8, 218:1, 224:19, 225:5, 227:5, 228:21, 229:13, 231:13, 231:16, 238:8, 238:12, 238:17, 239:8, 239:15
**draw** [5] - 92:21, 97:6, 99:12, 177:24, 215:5
**drawing** [2] - 206:18, 218:12
**drawn** [7] - 135:3, 206:23, 207:5, 207:18, 215:12, 215:13, 216:2
**draws** [1] - 202:20
**DRINKER** [1] - 1:16
**Drinker** [2] - 4:4, 4:6
**drive** [2] - 40:20, 41:4
**driven** [9] - 60:22, 61:5, 61:10, 61:13, 62:16, 62:25, 63:18, 64:4, 120:20
**drugs** [1] - 49:11
**DSMO** [1] - 150:24
**due** [3] - 44:5, 49:5
**Due** [1] - 133:10
**duly** [1] - 4:19
**During** [1] - 22:19
**during** [14] - 6:3, 6:5, 20:6, 21:24, 23:20, 24:11, 46:11, 47:6, 49:1, 50:6, 88:1, 117:15, 122:21, 146:3
**dye** [8] - 193:22, 194:5, 194:6, 194:7, 194:9, 194:16, 197:17

**E**

**early** [3] - 58:4, 58:6, 160:14
**ease** [1] - 205:18
**easier** [1] - 84:1
**EAST** [1] - 1:7
**effect** [61] - 7:1, 13:20, 13:22, 13:23, 14:9, 19:11, 34:6, 34:18, 35:5, 37:2, 38:3, 39:4, 49:4, 49:11, 50:16, 51:10, 51:13,

52:2, 52:4, 54:24, 60:14, 64:22, 65:22, 69:6, 76:5, 77:10, 81:17, 90:24, 92:17, 92:20, 93:20, 93:22, 94:12, 95:4, 98:12, 98:13, 98:18, 98:20, 108:14, 110:2, 110:19, 111:13, 122:1, 123:8, 124:1, 124:6, 130:14, 132:23, 140:9, 148:25, 149:3, 149:4, 149:19, 150:1, 150:2, 150:7, 150:10, 150:15, 154:4, 155:21, 192:2
**effective** [1] - 144:21
**effects** [1] - 111:12
**Effects** [2] - 111:20, 112:1
**effort** [2] - 146:22, 147:6
**efforts** [1] - 147:1
**eight** [15] - 195:21, 201:4, 212:20, 213:7, 213:24, 214:14, 216:2, 216:16, 216:17, 216:22, 216:23, 219:4, 220:7
**eighth** [7] - 214:21, 215:18, 216:20, 217:9, 218:2, 220:25, 221:1
**either** [3] - 47:15, 77:18, 171:14
**EL** [2] - 208:6, 208:12
**EL-1** [3] - 198:19, 207:25, 209:5
**electronic** [5] - 40:11, 40:12, 235:21, 235:22, 235:23
**electronically** [12] - 19:24, 24:2, 25:8, 25:16, 29:10, 35:1, 38:6, 38:10, 175:9, 177:12, 178:9, 188:1
**elevate** [1] - 12:7
**elevated** [5] - 145:3, 145:10, 145:18, 146:3, 146:5
**eliminate** [3] - 24:22, 58:5, 220:9
**eliminated** [2] - 24:23, 219:6
**eliminates** [1] - 56:19
**eliminating** [1] - 24:20
**elimination** [1] - 13:5
**ELISA** [10] - 20:13, 24:7,

27:16, 30:19, 30:20, 31:4, 44:17, 54:10, 54:11, 153:10
**ELMO** [2] - 29:25, 33:11
**elsewhere** [1] - 197:5
**emailed** [1] - 172:14
**emails** [1] - 175:3
**embarrassed** [1] - 36:16
**emphasized** [1] - 121:22
**employ** [2] - 46:11, 183:22
**employed** [12] - 20:6, 20:8, 35:4, 44:10, 46:12, 48:2, 48:18, 63:13, 78:6, 80:10, 80:25, 81:1
**employees** [1] - 223:21
**Employees** [1] - 105:15
**end** [12] - 30:9, 35:25, 61:5, 103:2, 103:18, 116:20, 117:14, 148:3, 160:17, 166:7, 176:5, 204:15
**ended** [1] - 25:20
**endnote** [2] - 105:10, 105:13
**endometriosis** [1] - 146:6
**endotoxins** [1] - 180:4
**ends** [4] - 114:17, 170:6, 170:18, 170:22
**enhance** [2] - 68:22, 99:5
**enhanced** [6] - 56:2, 56:3, 56:4, 73:18, 98:2, 139:15
**enter** [1] - 41:16
**entered** [8] - 21:9, 40:3, 41:13, 168:16, 173:13, 173:16, 179:10
**entire** [1] - 166:24
**entirety** [1] - 174:3
**ENTITLED** [1] - 242:6
**entitled** [7] - 103:19, 105:14, 110:18, 116:4, 128:7, 198:19, 224:13
**entity** [1] - 79:3
**entries** [19] - 166:6, 167:4, 168:10, 168:16, 168:23, 169:3, 169:9, 169:14, 169:20, 172:5, 172:7, 172:12, 174:25, 176:16, 176:19, 177:3, 179:10, 181:7, 184:2
**entry** [9] - 168:18,

171:17, 179:1, 179:8, 180:12, 180:25, 181:11, 181:16, 182:15
**environment** [1] - 234:24
**enzyme** [1] - 28:5
**enzymes** [17] - 7:20, 7:21, 12:13, 53:9, 54:18, 55:18, 55:19, 57:19, 57:24, 58:19, 62:2, 119:8, 126:10, 132:7, 135:1
**EOC** [1] - 127:4
**epidemiologic** [1] - 107:15
**epithelial** [14] - 16:7, 18:11, 57:16, 59:21, 59:23, 90:25, 91:3, 120:16, 121:13, 121:24, 124:7, 124:23, 126:11, 180:22
**epithelium** [1] - 112:15
**equal** [1] - 28:8
**equate** [2] - 141:12, 190:9
**equivalent** [1] - 237:18
**error** [11] - 38:16, 38:24, 126:20, 157:5, 158:24, 158:25, 159:1, 159:3, 161:3, 176:3, 176:7
**errors** [1] - 44:5
**escape** [1] - 98:15
**especially** [4] - 7:2, 55:22, 81:18, 145:14
**ESQUIRE** [11] - 1:11, 1:11, 1:13, 1:14, 1:17, 1:17, 1:19, 1:20, 1:21, 2:3, 2:5
**ESQUIRES** [8] - 1:10, 1:12, 1:14, 1:16, 1:18, 1:20, 2:2, 2:4
**essential** [3] - 11:10, 11:14, 71:13
**establish** [3] - 54:9, 107:15, 207:17
**established** [17] - 20:9, 20:13, 20:17, 36:19, 44:19, 52:21, 54:10, 55:2, 55:6, 116:12, 125:8, 142:8, 193:3, 194:18, 201:5, 203:11, 232:12
**establishing** [3] - 64:21, 122:1, 124:1

**estimate** [2] - 30:24, 117:13
**estimating** [2] - 174:21, 175:22
**everywhere** [3] - 157:25, 158:2, 160:3
**evidence** [11] - 73:19, 107:15, 108:14, 112:13, 112:16, 112:23, 113:4, 115:18, 119:21, 119:23, 123:19
**exact** [12] - 27:4, 46:5, 85:2, 117:12, 137:24, 142:16, 166:15, 175:3, 175:4, 177:12, 188:3, 188:19
**exactly** [7] - 58:21, 81:22, 140:9, 158:15, 161:7, 174:14, 222:17
**exam** [1] - 221:13
**EXAMINATION** [7] - 4:21, 83:8, 139:9, 144:6, 222:6, 222:9, 229:11
**examination** [5] - 44:7, 67:9, 81:3, 221:14, 222:11
**examined** [1] - 90:24
**example** [19] - 8:8, 20:13, 20:14, 49:7, 49:10, 61:15, 124:20, 151:15, 165:2, 165:18, 181:10, 186:8, 186:9, 186:10, 187:18, 195:18, 196:25, 201:19, 209:14
**examples** [5] - 45:22, 158:6, 196:14, 196:23, 197:5
**Excel** [5] - 19:19, 26:1, 27:10, 28:7, 188:8
**excessive** [1] - 50:21
**exclude** [3] - 184:15, 186:15, 187:17
**excluded** [2] - 187:19, 216:5
**excluding** [4] - 23:4, 23:5, 184:16, 214:2
**exclusion** [1] - 188:9
**exclusively** [1] - 161:3
**excuse** [1] - 70:5
**excused** [2] - 240:18, 240:20
**exhibit** [16] - 5:14, 15:2, 32:23, 67:4, 67:13, 68:6,

83:18, 84:3, 107:4, 133:8, 182:11, 231:7, 231:11, 233:7, 239:19
**Exhibit** [74] - 5:17, 6:3, 11:2, 15:19, 15:20, 16:23, 17:5, 18:3, 18:5, 32:18, 32:24, 33:12, 42:15, 43:1, 43:9, 43:11, 43:12, 60:17, 60:21, 68:8, 84:3, 100:14, 100:16, 101:7, 104:1, 106:22, 108:20, 110:15, 110:17, 111:24, 112:1, 112:11, 114:16, 128:14, 155:3, 155:12, 156:12, 156:25, 158:18, 159:23, 161:23, 162:3, 164:8, 166:13, 168:23, 178:25, 179:11, 179:12, 180:11, 181:10, 183:24, 188:22, 193:8, 194:23, 200:2, 200:9, 222:21, 224:14, 227:3, 231:3, 235:3, 236:16, 236:19, 238:15, 238:18, 238:25, 239:10, 239:17, 239:18, 239:22
**Exhibits** [2] - 15:15, 36:9
**exhibits** [2] - 32:19, 43:10
**expect** [6] - 29:3, 61:19, 61:20, 63:9, 121:23, 151:3
**expectation** [6] - 63:18, 63:21, 63:23, 64:9, 64:15, 64:18
**expectations** [2] - 64:5, 64:14
**expected** [2] - 61:18, 64:16
**expenses** [2] - 228:3, 228:4
**experience** [15] - 8:1, 8:11, 12:17, 26:16, 59:4, 60:2, 66:18, 66:23, 70:16, 101:18, 125:11, 189:11, 189:16, 192:13, 232:13
**experienced** [1] - 108:15
**experiment** [31] - 30:14, 30:16, 31:8, 39:7, 39:9, 39:21, 39:22, 40:6, 41:14, 41:19, 41:23, 41:24, 54:23, 99:1,

115:25, 146:24, 158:11, 177:10, 179:23, 180:14, 197:13, 210:22, 210:23, 211:24, 214:10, 214:13, 216:7, 216:8, 233:24, 235:11, 236:21
**experimental** [5] - 107:14, 107:25, 108:4, 110:20, 111:1
**experimentation** [1] - 91:23
**experimentations** [1] - 92:1
**experimenters** [1] - 198:19
**experimenting** [1] - 154:23
**experiments** [51] - 20:6, 21:9, 30:15, 37:7, 39:4, 39:12, 43:16, 52:1, 52:6, 53:13, 54:4, 54:19, 55:1, 55:7, 55:10, 55:12, 58:9, 59:19, 90:1, 90:3, 90:12, 91:18, 91:21, 91:23, 95:24, 96:3, 96:7, 97:5, 98:8, 116:3, 119:24, 119:25, 146:13, 146:18, 152:3, 152:11, 152:14, 152:18, 152:24, 153:16, 154:11, 156:15, 157:8, 157:9, 166:3, 234:11, 236:15, 239:4, 239:17, 240:7
**Experiments** [1] - 152:7
**expert** [24] - 5:16, 5:18, 5:19, 5:22, 11:19, 46:23, 76:13, 91:6, 136:7, 136:20, 139:20, 144:15, 152:10, 156:21, 157:4, 163:23, 166:3, 227:6, 232:25, 233:7, 233:8, 233:15, 233:18, 237:16
**expertise** [4] - 53:15, 90:21, 90:22, 101:18
**experts** [26] - 9:15, 28:6, 65:11, 65:15, 65:18, 65:25, 66:3, 66:5, 66:9, 66:11, 66:19, 67:7, 67:24, 68:10, 70:8, 70:13, 70:22, 74:19, 74:22, 76:8, 76:11, 76:18, 78:3, 78:5, 78:9, 155:10

**explain** [37] - 7:17, 14:11, 14:16, 20:20, 22:7, 22:25, 24:17, 25:11, 25:22, 32:15, 33:15, 35:19, 43:17, 44:15, 49:1, 51:1, 55:15, 56:15, 56:21, 61:11, 62:6, 62:15, 77:4, 77:13, 87:18, 88:2, 89:25, 113:19, 116:17, 122:23, 123:11, 130:11, 187:12, 187:24, 188:16, 216:1
**explained** [3] - 51:17, 79:2, 96:25
**explaining** [3] - 62:17, 187:13, 188:18
**explanations** [1] - 187:8
**explore** [1] - 47:23
**export** [3] - 20:25, 40:22, 214:18
**exported** [1] - 40:15
**expose** [5] - 57:15, 81:21, 93:12, 102:8, 114:11
**exposed** [16] - 18:13, 21:21, 41:21, 86:18, 93:16, 102:11, 105:6, 107:21, 108:21, 129:24, 131:1, 146:21, 147:10, 151:16, 156:22, 234:13
**exposing** [2] - 62:18, 65:22
**Exposure** [3] - 105:15, 116:5, 120:14
**exposure** [35] - 12:6, 12:18, 13:1, 13:12, 13:20, 14:9, 14:18, 17:13, 17:22, 79:15, 79:18, 81:24, 89:13, 90:19, 96:4, 96:8, 103:23, 110:6, 110:18, 112:4, 118:14, 121:12, 121:23, 126:8, 142:6, 146:14, 146:19, 146:24, 147:8, 148:9, 155:20, 156:16, 158:11, 234:20, 237:18
**expressing** [1] - 237:15
**expression** [1] - 124:21
**expressly** [1] - 103:4
**extensively** [1] - 93:14
**extent** [4] - 34:15, 35:2, 46:17, 47:20

**extinction** [1] - 27:18
**extra** [2] - 223:15, 224:3
**extract** [3] - 190:25, 191:3, 191:9
**extracting** [1] - 191:8
**extrapolate** [1] - 206:14
**eyeball** [1] - 186:20

**F**

**fact** [20] - 25:10, 41:15, 58:17, 66:25, 85:16, 106:17, 122:5, 146:22, 152:14, 155:19, 165:15, 169:21, 189:19, 191:5, 223:13, 225:19, 230:24, 238:3, 239:8, 239:16
**factor** [3] - 25:6, 104:5, 202:12
**factored** [1] - 206:1
**fair** [3] - 121:8, 124:14, 181:7
**Fallopian** [1] - 59:22
**fallopian** [2] - 91:2, 91:3
**familiar** [5] - 33:18, 35:11, 37:22, 50:23, 151:13
**far** [6] - 46:18, 109:24, 109:25, 113:12, 208:16, 231:23
**fat** [1] - 114:22
**February** [5] - 70:25, 71:16, 122:22, 236:14, 238:2
**federal** [1] - 61:15
**fee** [1] - 224:20
**feedback** [2] - 68:9, 68:13
**fellow** [1] - 77:10
**fellows** [2] - 7:5, 38:18
**felt** [1] - 125:21
**female** [2] - 110:19, 111:13
**few** [5] - 148:11, 165:22, 176:2, 176:4, 176:5
**fibroids** [1] - 146:5
**field** [11] - 9:15, 12:17, 26:17, 66:9, 70:8, 70:13, 70:22, 76:11, 76:19, 93:15, 224:4
**Figure** [5] - 188:24, 193:7, 193:10, 193:14, 203:5
**figure** [14] - 14:8, 92:18,

123:8, 186:6, 193:11, 204:6, 204:8, 204:13, 204:14, 206:1, 206:2, 206:6, 212:18, 218:5

**figured** [2] - 119:15, 219:5

**file** [1] - 188:8

**fill** [2] - 31:10, 202:22

**film** [1] - 46:9

**final** [3] - 226:19, 238:1, 238:3

**finally** [3] - 75:14, 127:23, 207:1

**financial** [6] - 78:17, 79:5, 222:10, 227:9, 227:16, 228:17

**findings** [2] - 128:3, 139:16

**fine** [5] - 99:20, 103:13, 143:4, 193:14, 221:21

**finger** [1] - 115:4

**finish** [1] - 221:19

**finished** [1] - 82:3

**firm** [2] - 84:25, 226:15

**first** [92] - 4:15, 4:19, 5:13, 6:2, 11:11, 11:12, 11:22, 15:25, 42:13, 42:15, 43:1, 43:12, 45:19, 51:17, 65:17, 65:19, 68:13, 68:17, 71:11, 72:8, 72:14, 73:12, 84:18, 84:24, 85:5, 85:9, 85:20, 86:1, 87:12, 100:14, 103:18, 106:22, 110:24, 112:3, 116:10, 116:21, 117:4, 117:8, 118:11, 119:11, 120:11, 122:13, 127:12, 128:13, 129:4, 139:2, 139:4, 139:13, 139:25, 152:20, 155:4, 155:13, 156:13, 156:25, 157:16, 158:13, 160:10, 160:23, 167:9, 167:11, 167:15, 167:17, 168:2, 169:23, 175:16, 177:2, 203:13, 203:16, 205:25, 206:22, 207:7, 207:8, 207:12, 207:15, 212:20, 219:1, 222:13, 227:10, 232:22, 232:25, 233:2, 233:3, 233:6, 233:14, 233:17, 236:18, 239:1, 239:22,

239:24

**Fisher** [3] - 16:2, 16:3, 80:20

**FISHER** [1] - 1:7

**five** [8] - 18:12, 50:9, 53:5, 114:19, 147:24, 154:1, 158:5, 229:6

**fixed** [2] - 103:21, 103:25

**flash** [2] - 40:20, 41:4

**flat** [2] - 137:8, 137:12

**flip** [3] - 236:16, 236:24, 239:21

**FLOM** [1] - 1:18

**focus** [6] - 5:6, 91:15, 115:19, 142:12, 206:16, 206:21

**focused** [1] - 197:19

**focussed** [1] - 8:19

**folded** [2] - 203:9, 203:10

**follow** [8] - 42:19, 61:16, 144:20, 162:2, 162:23, 187:2, 187:4, 220:19

**followed** [1] - 58:7

**following** [20] - 32:20, 33:13, 61:17, 86:4, 86:5, 94:5, 94:6, 122:16, 122:17, 127:3, 133:12, 138:6, 138:7, 155:19, 159:20, 159:21, 166:11, 166:12, 168:21, 168:22

**FOLLOWING** [1] - 242:4

**follows** [3] - 4:20, 107:13, 118:18

**footnote** [1] - 103:9

**footnotes** [1] - 103:9

**FOR** [1] - 1:1

**foreign** [3] - 111:14, 114:18, 115:5

**forgot** [1] - 159:5

**form** [4] - 48:11, 52:13, 111:14, 239:5

**format** [5] - 61:16, 61:17, 63:14, 63:15, 142:24

**formation** [3] - 102:14, 108:24, 112:19

**formed** [2] - 85:21, 222:15

**forming** [1] - 102:18

**formula** [16] - 24:23, 25:8, 25:19, 25:20, 27:4, 27:7, 27:11, 187:2, 188:1, 188:2, 188:3, 188:4, 188:7, 188:8,

188:19

**formulas** [22] - 21:2, 21:4, 23:6, 23:19, 23:21, 23:23, 23:24, 25:5, 25:15, 26:1, 26:2, 26:5, 26:9, 26:17, 27:4, 27:14, 27:15, 27:19, 38:7, 40:16, 187:25

**forth** [12] - 115:21, 117:24, 124:14, 125:4, 137:5, 137:18, 137:21, 139:11, 195:10, 207:2, 209:10, 216:13

**forward** [1] - 120:5

**forward-looking** [1] - 120:5

**foundation** [3] - 26:11, 37:12, 66:11

**four** [17] - 7:15, 66:2, 66:9, 66:21, 67:7, 76:11, 76:18, 111:2, 154:1, 170:2, 171:25, 174:3, 174:7, 174:8, 175:21, 219:4, 221:14

**fractionate** [1] - 150:25

**frank** [1] - 112:16

**FREDA** [1] - 1:8

**free** [3] - 102:12, 105:6, 108:22

**frequency** [1] - 28:12

**front** [11] - 5:12, 22:18, 83:17, 88:5, 100:13, 101:7, 101:14, 107:5, 162:6, 179:13, 231:5

**full** [5] - 22:14, 25:4, 155:4, 156:13, 156:25

**fully** [1] - 150:11

**functions** [2] - 69:6, 147:4

**fund** [3] - 79:3, 223:11, 223:21

**fundamental** [1] - 120:3

**funded** [2] - 223:11, 223:13

**funding** [4] - 61:6, 227:15, 228:16, 228:21

**future** [1] - 61:21

## G

**G-1** [1] - 212:7

**GC** [1] - 11:2

**gene** [14] - 53:8, 57:7, 57:9, 57:11, 57:13, 58:1,

58:3, 58:6, 59:8, 76:6, 77:11, 81:19, 130:13, 231:15

**general** [9] - 30:12, 36:1, 44:4, 52:24, 72:7, 73:7, 187:8, 187:14, 188:17

**generally** [7] - 44:13, 48:23, 50:2, 54:1, 55:13, 142:14, 233:22

**generated** [1] - 178:10

**genes** [3] - 130:25, 132:10, 132:14

**genetic** [4] - 18:16, 30:23, 123:16, 165:3

**genital** [3] - 81:9, 110:19, 111:13

**genome** [1] - 57:18

**Genzyme** [1] - 45:24

**Gerel** [1] - 3:19

**GEREL** [1] - 1:12

**Ghassan** [3] - 4:16, 224:19, 241:7

**GHASSAN** [4] - 4:18, 83:6, 144:4, 222:4

**given** [6] - 7:13, 7:15, 89:18, 96:13, 206:24, 213:16

**glue** [1] - 19:25

**glued** [1] - 35:9

**goal** [2] - 123:7, 124:17

**gold** [5] - 14:7, 69:5, 92:18, 98:11, 98:16

**Gotshal** [1] - 4:2

**GPX** [1] - 21:19

**GPX1** [2] - 127:17, 129:9

**Graham** [7] - 103:19, 103:22, 104:2, 104:8, 105:5, 107:20

**grammar** [1] - 36:16

**grand** [1] - 9:23

**grant** [2] - 61:14, 64:4

**granting** [1] - 63:11

**grants** [1] - 63:13

**granuloma** [1] - 115:6

**granulomas** [3] - 114:18, 115:1, 115:4

**graph** [6] - 203:11, 204:15, 205:7, 205:19, 205:21, 211:9

**graphs** [2] - 38:20, 193:13

**greatly** [1] - 139:15

**group** [4] - 151:2, 151:4,

151:5, 151:7
**groups** [3] - 55:17, 111:2
**GSR** [2] - 127:23, 129:11
**guess** [2] - 42:4, 72:8
**guidelines** [1] - 67:6
**GYN** [9] - 9:8, 10:4, 75:8, 154:25, 157:3, 158:25, 161:5, 161:12, 226:6
**GYN/oncologist** [1] - 144:17
**Gynecologic** [25] - 10:14, 10:19, 67:16, 67:19, 67:25, 68:3, 68:10, 71:1, 71:17, 76:4, 77:3, 77:8, 78:20, 139:5, 140:15, 154:21, 155:25, 157:22, 159:7, 163:20, 222:19, 223:1, 232:23, 233:11, 240:9
**gynecologic** [2] - 91:1, 91:9
**gynecological** [4] - 84:8, 90:20, 91:7, 145:21
**Gynecology** [1] - 161:1

---

**H**

**habit** [3] - 36:15, 61:17, 61:22
**half** [1] - 204:16
**hallmark** [4] - 55:23, 81:23, 190:14, 232:14
**Hamilton** [4] - 111:22, 112:1, 114:15, 115:1
**hamsters** [2] - 102:12, 108:22
**hand** [22] - 15:1, 22:4, 22:14, 22:22, 24:14, 28:20, 67:3, 67:8, 67:10, 106:25, 107:11, 110:25, 112:12, 113:9, 113:17, 141:13, 167:15, 168:11, 170:8, 196:15, 204:22, 231:9
**handed** [1] - 15:6
**handle** [1] - 171:8
**hands** [1] - 168:7
**handwriting** [5] - 20:4, 182:4, 182:24, 196:22, 200:3
**handwritten** [5] - 20:2, 21:15, 33:6, 35:3, 182:13
**happy** [2] - 123:21, 147:3

**hard** [3] - 146:16, 186:11, 186:12
**harm** [2] - 151:11, 151:12
**Harper** [2] - 77:9, 231:13
**head** [1] - 164:20
**hear** [4] - 38:22, 87:4, 206:9, 212:14
**heard** [2] - 87:2, 88:20
**hearing** [2] - 3:8, 4:25
**HEARING** [1] - 1:4
**held** [1] - 76:17
**helped** [1] - 50:20
**helping** [1] - 5:3
**hereto** [1] - 205:15
**hide** [1] - 177:18
**hiding** [1] - 225:24
**high** [1] - 185:12
**higher** [7] - 17:10, 147:17, 185:22, 202:5, 202:9, 217:19
**highlight** [7] - 11:12, 11:16, 69:25, 71:11, 72:8, 140:1, 162:23
**highlighted** [7] - 11:11, 22:15, 23:3, 28:20, 118:25, 121:22, 161:17
**highlighting** [1] - 22:16
**hire** [2] - 33:17, 37:21
**hired** [4] - 6:24, 36:11, 36:15, 45:24
**hold** [3] - 7:7, 7:9, 116:18
**holding** [3] - 167:14, 168:11, 170:8
**home** [6] - 11:8, 11:18, 70:1, 71:15, 71:16, 71:19
**Honolulu** [4] - 77:9, 161:20, 161:22, 164:8
**Honor** [135] - 3:9, 3:10, 3:13, 3:16, 3:18, 3:20, 3:23, 4:1, 4:8, 4:11, 5:3, 6:1, 8:5, 10:7, 10:25, 14:25, 15:13, 16:3, 16:16, 16:20, 17:25, 18:8, 19:17, 21:14, 22:3, 23:2, 23:18, 25:5, 25:15, 26:20, 27:2, 27:23, 28:19, 29:13, 30:18, 32:6, 33:3, 33:17, 34:10, 36:11, 37:18, 38:16, 42:19, 43:3, 43:5, 44:18, 47:9, 51:2, 52:2, 54:6, 55:2, 55:17, 56:11, 57:5,

57:15, 59:4, 59:20, 60:19, 61:2, 63:10, 65:5, 67:3, 69:4, 70:5, 73:2, 73:14, 77:7, 80:18, 82:2, 85:4, 85:25, 86:14, 87:16, 88:12, 93:8, 94:20, 95:9, 100:17, 103:7, 103:12, 104:11, 104:20, 105:3, 105:19, 108:1, 111:25, 113:5, 115:13, 123:12, 125:7, 126:5, 129:21, 130:12, 134:11, 137:5, 137:14, 138:1, 138:4, 143:2, 150:5, 150:9, 152:17, 157:6, 159:12, 160:15, 160:23, 161:25, 163:1, 167:7, 171:9, 174:7, 175:19, 176:7, 180:16, 181:20, 183:9, 187:12, 187:18, 187:25, 188:7, 188:16, 204:11, 204:21, 205:2, 206:3, 211:15, 215:1, 221:8, 223:10, 226:17, 229:2, 229:5, 231:8, 239:24, 240:17
**HONORABLE** [1] - 1:8
**horizontal** [1] - 213:7
**hormones** [2] - 8:5, 8:6
**hospitals** [1] - 9:24
**hour** [2] - 136:5, 136:10
**hours** [71] - 17:10, 18:13, 21:23, 24:10, 38:9, 38:14, 41:9, 57:17, 59:15, 135:23, 154:24, 155:5, 155:7, 156:10, 156:16, 156:22, 157:8, 157:18, 157:21, 157:25, 158:5, 158:10, 158:12, 158:14, 158:15, 158:19, 158:20, 158:23, 159:2, 159:10, 159:12, 159:17, 160:2, 160:3, 160:18, 160:21, 160:22, 160:24, 161:2, 161:21, 162:20, 163:2, 163:12, 163:19, 163:23, 164:1, 164:3, 164:12, 164:16, 165:6, 165:10, 165:16, 165:19, 165:23, 210:18, 221:14, 221:18, 224:3, 224:6, 230:25, 231:22, 231:24, 231:25, 235:14, 236:11,

237:6, 237:9, 238:6
**huge** [2] - 56:7, 56:8
**human** [6] - 92:17, 132:10, 148:8, 235:1, 237:18, 237:21
**humans** [13] - 89:3, 89:8, 90:7, 91:25, 92:13, 95:2, 95:15, 96:4, 96:5, 96:8, 96:9, 96:12, 234:20
**hundred** [1] - 45:3
**hundred-plus** [1] - 45:3
**hundreds** [1] - 44:21
**hypothesis** [20] - 60:22, 61:4, 61:10, 61:13, 61:18, 62:16, 62:22, 62:25, 63:16, 63:18, 64:4, 64:9, 120:20, 120:21, 121:7, 121:8, 121:11, 123:3, 125:22, 150:18
**hypothesis-driven** [8] - 60:22, 61:10, 61:13, 62:16, 62:25, 63:18, 64:4, 120:20

---

**I**

**ID** [7] - 158:6, 235:17, 235:18, 235:20, 235:24, 237:3, 237:4
**idea** [4] - 43:7, 132:24, 151:6, 154:8
**ideal** [1] - 149:11
**ideally** [1] - 149:10
**identical** [1] - 152:16
**identification** [1] - 236:22
**identified** [11] - 16:25, 95:2, 95:15, 125:6, 125:13, 127:25, 131:12, 141:10, 162:22, 203:16, 237:9
**identify** [10] - 5:14, 5:21, 32:19, 36:5, 47:23, 68:2, 83:19, 164:5, 225:9, 236:18
**ideologic** [1] - 104:5
**Illinois** [1] - 180:24
**image** [3] - 21:17, 63:2, 204:22
**images** [1] - 196:16
**imbalance** [1] - 230:10
**implies** [1] - 173:8
**important** [5] - 11:9,

12:10, 73:11, 92:12, 139:11

**importantly** [1] - 81:20

**IN** [2] - 1:4, 242:5

**inaccurate** [1] - 175:21

**incident** [1] - 37:20

**incidents** [1] - 193:2

**include** [7] - 64:8, 138:9, 138:11, 138:14, 175:9, 185:19, 226:12

**included** [2] - 79:21, 224:12

**includes** [3] - 11:24, 14:19, 196:3

**including** [4] - 10:4, 29:23, 74:3, 118:23

**incorrect** [1] - 29:7

**increase** [11] - 8:6, 17:18, 56:7, 56:8, 57:3, 59:16, 91:7, 156:15, 188:25, 189:12, 189:16

**increased** [17] - 13:2, 17:22, 59:8, 81:11, 87:14, 89:11, 132:14, 138:23, 145:3, 145:10, 145:18, 189:6, 190:20, 193:17, 230:10, 234:13

**increases** [4] - 11:25, 12:1, 86:10, 230:17

**increasing** [2] - 24:9, 192:6

**indeed** [1] - 108:7

**independent** [9] - 65:11, 65:14, 65:18, 66:5, 68:10, 78:3, 109:18, 109:20, 176:12

**indicate** [1] - 46:25

**indicated** [7] - 47:14, 127:9, 131:22, 159:18, 216:16, 218:17, 220:23

**indicates** [2] - 81:24, 139:20

**indication** [10] - 7:24, 13:6, 17:23, 58:23, 59:16, 190:15, 191:15, 191:17, 192:8, 192:9

**indications** [1] - 38:13

**indicative** [1] - 12:23

**indicator** [1] - 54:15

**indicators** [4] - 57:5, 58:13, 65:7, 123:21

**indirect** [2] - 191:11, 191:21

**individually** [1] - 154:5

**individuals** [1] - 81:10

**induce** [11] - 12:19, 12:20, 46:7, 58:18, 62:2, 62:10, 89:15, 95:5, 95:7, 119:7, 126:8

**inducer** [3] - 86:9, 87:13, 230:14

**induces** [10] - 12:10, 14:20, 17:14, 85:21, 86:10, 87:14, 92:19, 230:17, 231:13

**inducing** [2] - 12:11, 57:23

**induction** [5] - 14:18, 189:25, 190:3, 190:12, 192:5

**industry** [1] - 26:8

**inert** [3] - 11:23, 151:16, 151:18

**infection** [1] - 111:14

**inflammation** [39] - 7:2, 11:25, 12:7, 14:20, 17:21, 17:24, 18:15, 59:17, 63:9, 86:10, 87:14, 102:14, 108:24, 110:9, 113:6, 113:8, 113:13, 113:17, 113:21, 113:22, 113:25, 114:1, 114:10, 114:14, 114:19, 115:12, 123:17, 129:23, 146:10, 190:3, 192:5, 230:9, 230:14, 230:21, 232:6, 232:16

**inflammatory** [3] - 8:20, 17:12, 89:15

**influence** [1] - 35:14

**information** [14] - 15:10, 37:7, 73:10, 75:16, 175:12, 177:18, 181:14, 202:20, 206:19, 207:4, 207:18, 208:14, 210:3

**inhibits** [1] - 14:21

**initial** [12] - 15:14, 16:1, 101:5, 158:11, 158:13, 159:4, 159:12, 159:14, 160:18, 189:25, 190:3, 190:12

**initialization** [1] - 69:12

**initiation** [2] - 72:16, 140:2

**injected** [7] - 110:7, 112:8, 112:15, 112:22,

113:2, 113:6, 114:20

**injection** [1] - 112:5

**input** [4] - 80:6, 80:9, 80:13, 80:16

**inputs** [1] - 40:17

**insert** [1] - 195:11

**Insights** [1] - 9:3

**instance** [4] - 38:8, 47:5, 95:1, 95:14

**instances** [1] - 47:5

**instant** [1] - 7:15

**instead** [3] - 51:7, 106:15, 197:23

**Institute** [2] - 6:16, 6:21

**instructed** [2] - 33:23, 36:22

**instruments** [1] - 19:16

**insufficient** [1] - 107:15

**intact** [1] - 178:1

**intend** [1] - 106:17

**intended** [3] - 193:23, 195:3, 199:22

**intention** [3] - 67:8, 133:6, 197:12

**Interest** [2] - 224:13, 224:17

**interest** [24] - 78:18, 78:19, 78:22, 79:1, 79:2, 79:5, 80:3, 87:6, 98:17, 99:7, 150:24, 222:23, 223:7, 223:10, 223:22, 224:1, 224:22, 224:24, 225:1, 225:6, 225:22, 226:2, 226:8, 226:13

**interested** [7] - 91:14, 98:20, 98:21, 99:3, 150:20, 150:21, 167:19

**international** [1] - 9:25

**interrupt** [1] - 28:13

**intervals** [1] - 39:12

**intrabursal** [2] - 112:5, 112:7

**intravaginal** [1] - 111:3

**introduction** [1] - 42:13

**invent** [1] - 174:23

**investigation** [6] - 69:13, 72:6, 72:9, 72:18, 75:6, 140:3

**Investigation** [8] - 16:18, 16:22, 17:16, 65:21, 66:16, 66:19, 67:5, 76:17

**invited** [5] - 8:24, 9:22,

70:18, 70:21

**involve** [2] - 73:10, 109:2

**involved** [2] - 27:19, 226:15

**involving** [4] - 45:23, 85:14, 85:17, 225:20

**IS** [1] - 242:4

**isolate** [1] - 150:11

**isolated** [2] - 150:15, 193:2

**issue** [2] - 72:21, 217:8

**issues** [2] - 167:20, 183:23

**italics** [2] - 119:4, 121:21

**item** [2] - 105:10, 109:10

**items** [3] - 106:1, 106:7, 106:10

**itself** [6] - 27:10, 99:6, 138:25, 148:21, 181:5, 194:7

---

**J**

---

**January** [12] - 85:6, 100:18, 103:8, 117:4, 135:20, 156:4, 169:24, 171:22, 172:1, 174:9, 174:19, 226:23

**JERSEY** [4] - 1:1, 1:14, 1:17, 1:17

**John** [1] - 4:9

**JOHN** [1] - 1:19

**JOHNSON** [2] - 1:4

**Johnson** [94] - 2:3, 3:21, 3:22, 3:24, 3:25, 4:2, 4:3, 4:5, 4:7, 4:9, 4:10, 11:22, 11:23, 12:6, 13:2, 13:20, 13:21, 14:19, 18:8, 19:11, 21:23, 24:8, 24:9, 42:17, 43:20, 43:23, 44:23, 44:25, 45:1, 46:6, 56:6, 57:22, 58:17, 76:5, 77:11, 79:24, 80:21, 81:9, 81:22, 83:15, 93:12, 93:16, 130:2, 150:23, 158:3, 179:2, 192:1, 192:2, 225:23, 227:11, 234:7, 234:14, 235:12, 236:21, 237:5, 237:6, 239:12, 239:20

**Johnson's** [47] - 13:9, 13:12, 29:7, 42:8, 42:11, 43:13, 43:15, 43:18,

45:9, 46:12, 48:3, 48:18, 48:22, 50:6, 50:18, 52:14, 52:21, 53:4, 57:1, 57:14, 58:9, 58:16, 59:2, 65:10, 75:20, 79:7, 79:10, 79:15, 80:4, 89:2, 89:19, 91:19, 95:25, 179:15, 232:2, 232:8, 234:7, 234:16, 236:16, 237:8, 238:4, 238:5, 238:23, 239:4, 239:15, 240:7, 240:11

**journal** [13] - 9:9, 9:13, 11:17, 69:24, 70:8, 71:2, 75:16, 135:19, 139:2, 139:4, 154:22, 224:15, 226:2

**Journal** [16] - 18:23, 136:8, 136:17, 136:22, 137:11, 137:22, 138:20, 139:1, 154:21, 155:25, 156:6, 163:20, 222:19, 223:1, 224:12, 224:16

**journals** [6] - 8:14, 10:2, 10:3, 16:24, 70:17, 156:15

**Judge** [5] - 22:18, 25:9, 39:25, 43:25, 80:23

**JULIE** [1] - 1:17

**Julie** [1] - 4:6

**July** [1] - 173:13

**JULY** [1] - 1:4

**June** [1] - 173:12

**jury** [1] - 5:5

**juxtaposed** [1] - 46:9

**K**

**Karmanos** [2] - 6:16, 6:21

**keep** [7] - 7:23, 29:11, 33:20, 34:13, 56:25, 109:14, 142:12

**keeping** [1] - 57:24

**keeps** [1] - 12:1

**kept** [2] - 38:6, 38:10

**key** [17] - 12:12, 53:8, 57:19, 57:24, 58:18, 62:2, 62:20, 62:21, 63:8, 69:11, 72:16, 119:7, 125:13, 126:9, 132:6, 135:1, 140:1

**kill** [1] - 50:22

**killed** [2] - 147:22, 206:7

**kills** [1] - 147:23

**kind** [5] - 85:17, 98:5, 108:9, 108:10, 115:5

**kits** [1] - 27:17

**knowing** [1] - 182:22

**knowledge** [3] - 101:21, 189:25, 190:11

**known** [11] - 20:10, 20:16, 21:19, 53:13, 60:4, 126:9, 132:13, 133:10, 147:10, 147:11, 151:12

**L**

**lab** [149] - 6:24, 7:1, 7:3, 7:14, 7:16, 8:19, 14:14, 15:8, 15:25, 18:25, 19:2, 19:3, 19:21, 20:3, 20:5, 20:7, 22:15, 23:21, 28:15, 29:11, 30:17, 30:18, 30:25, 33:19, 34:2, 34:10, 35:9, 35:12, 35:13, 35:14, 36:20, 37:6, 37:10, 37:16, 37:18, 37:20, 37:25, 38:15, 39:10, 39:22, 40:4, 40:6, 40:21, 41:12, 41:14, 41:16, 42:16, 42:23, 43:9, 43:19, 44:1, 44:5, 53:15, 53:18, 55:3, 55:6, 60:4, 61:3, 61:7, 77:10, 78:25, 79:3, 79:8, 87:4, 91:15, 98:17, 98:20, 102:8, 102:11, 105:6, 107:22, 108:21, 118:24, 123:6, 123:7, 125:24, 133:24, 142:3, 153:2, 157:6, 158:4, 159:15, 159:18, 162:3, 162:4, 163:8, 164:11, 165:22, 165:25, 166:2, 166:6, 166:13, 167:4, 167:8, 167:11, 167:12, 167:14, 168:7, 168:10, 169:3, 169:13, 169:20, 170:1, 170:4, 170:5, 170:7, 170:8, 170:10, 170:13, 170:17, 170:19, 170:21, 171:10, 171:21, 172:6, 172:15, 172:19, 173:13, 174:25, 175:10, 175:19, 176:2, 179:8, 180:12, 180:25, 181:6,

181:25, 194:23, 194:25, 196:3, 200:1, 204:6, 204:8, 211:22, 213:2, 214:19, 220:1, 220:4, 220:8, 220:11, 220:12, 220:16, 223:11, 223:13, 223:17, 223:18, 223:20, 223:22, 237:12

**label** [1] - 30:17

**labeled** [3] - 29:17, 211:16, 214:11

**laboratory** [48] - 15:9, 16:9, 19:14, 20:10, 21:10, 21:13, 21:14, 24:3, 24:6, 27:22, 28:1, 29:14, 29:20, 30:1, 30:2, 30:4, 30:8, 31:15, 31:16, 31:18, 31:21, 31:22, 32:7, 32:11, 32:12, 32:16, 33:12, 33:24, 37:4, 39:2, 42:5, 42:7, 43:4, 85:16, 91:22, 109:2, 115:18, 125:8, 177:21, 177:24, 232:13, 238:9, 238:21, 239:1, 239:2, 239:9, 240:3

**laboratory's** [1] - 118:19

**laboratory-evidence** [1] - 115:18

**lack** [1] - 66:10

**lacked** [2] - 96:14, 96:17

**lacks** [1] - 37:12

**lady** [1] - 36:12

**Langseth** [8] - 105:13, 106:14, 106:15, 106:18, 106:19, 106:21, 107:21, 109:2

**language** [2] - 138:1, 140:8

**LAPINSKI** [82] - 1:14, 3:9, 4:15, 4:23, 6:1, 6:8, 10:7, 10:12, 10:25, 11:3, 14:25, 15:5, 15:13, 15:17, 16:20, 17:3, 17:25, 19:6, 21:14, 22:3, 22:13, 25:3, 26:15, 26:20, 27:13, 27:21, 28:19, 29:13, 29:17, 31:13, 32:6, 32:22, 32:24, 33:1, 33:10, 35:25, 36:8, 37:14, 42:24, 43:3, 43:11, 43:25, 46:21, 47:3, 48:1,

60:18, 66:14, 67:3, 67:13, 68:6, 70:5, 71:7, 73:14, 77:20, 80:23, 82:2, 88:6, 100:17, 103:7, 160:15, 162:22, 164:5, 164:9, 170:11, 172:20, 173:6, 179:24, 180:16, 181:3, 181:20, 183:9, 183:16, 204:11, 204:21, 211:15, 221:8, 221:18, 226:18, 229:5, 229:12, 231:8, 240:16

**Lapinski** [2] - 3:11, 241:8

**laser** [1] - 209:22

**last** [35] - 19:7, 38:25, 61:14, 76:17, 76:22, 93:9, 102:6, 102:7, 104:2, 107:3, 119:3, 125:12, 158:2, 158:4, 167:15, 167:18, 168:2, 171:17, 172:1, 172:6, 174:10, 174:13, 174:15, 183:20, 204:25, 212:21, 216:5, 219:6, 219:13, 219:14, 219:17, 220:9, 222:8

**late** [2] - 172:15, 174:20

**law** [2] - 84:25, 226:14

**lawyers** [14] - 79:24, 80:6, 80:9, 80:13, 80:16, 118:3, 136:2, 136:10, 136:14, 136:16, 151:25, 152:3, 225:23, 227:11

**lay** [1] - 11:7

**leads** [1] - 232:6

**least** [8] - 46:18, 73:20, 74:24, 76:11, 76:18, 78:4, 188:15, 228:23

**leave** [2] - 115:15, 233:22

**lectured** [1] - 9:20

**lectures** [1] - 9:23

**left** [5] - 28:20, 106:25, 128:21, 184:11, 196:15

**left-hand** [3] - 28:20, 106:25, 196:15

**legible** [2] - 33:3, 33:6

**Leigh** [1] - 3:14

**LEIGH** [1] - 1:11

**length** [1] - 156:16

**lesions** [1] - 114:21

**less** [1] - 229:3

**letter** [7] - 68:3, 156:1,

196:17, 201:13, 201:16, 201:23, 213:16
**letters** [4] - 127:11, 197:7, 203:17, 212:13
**level** [17] - 9:23, 9:24, 9:25, 12:18, 17:12, 56:13, 56:14, 79:17, 79:19, 81:17, 81:18, 92:20, 146:14, 146:24, 147:8, 149:22
**levels** [12] - 17:11, 17:14, 17:19, 53:7, 66:7, 144:9, 145:3, 145:10, 145:18, 146:3, 146:19, 202:5
**life** [3] - 146:25, 147:8, 147:11
**light** [1] - 180:4
**likely** [3] - 192:15, 192:16, 192:17
**limitation** [2] - 139:13, 139:25
**limitations** [2] - 73:11, 139:11
**limits** [1] - 58:21
**line** [74] - 16:7, 28:21, 43:6, 51:7, 51:13, 51:22, 60:10, 60:13, 60:15, 85:7, 86:3, 94:2, 94:3, 94:6, 94:19, 95:12, 112:4, 117:5, 117:6, 118:25, 138:5, 139:16, 139:21, 151:16, 153:14, 153:15, 154:4, 154:5, 174:1, 177:25, 179:20, 180:13, 180:21, 181:2, 183:21, 184:3, 185:7, 186:2, 198:7, 198:12, 198:18, 199:13, 207:14, 208:5, 208:6, 208:12, 209:13, 209:14, 210:4, 210:14, 214:4, 214:6, 214:7, 214:15, 215:22, 217:12, 217:21, 218:7, 221:1, 229:19, 230:3, 230:6, 230:13, 235:16, 235:19, 235:24, 236:23
**lines** [58] - 12:5, 16:5, 16:6, 18:10, 18:11, 29:3, 43:21, 51:8, 51:12, 51:16, 51:22, 51:24, 51:25, 59:18, 60:1, 60:2, 60:7, 91:22, 96:5, 96:9,

96:12, 97:6, 98:11, 98:15, 98:16, 122:13, 122:15, 131:1, 133:15, 152:24, 154:1, 154:9, 154:23, 155:4, 158:19, 159:20, 162:20, 166:10, 168:20, 177:2, 190:6, 193:23, 197:20, 198:25, 199:1, 199:2, 208:18, 208:23, 211:25, 214:1, 214:11, 216:22, 218:25, 236:5, 236:6, 236:10, 238:4
**link** [5] - 119:14, 119:18, 120:1, 142:8, 230:5
**linked** [11] - 40:14, 40:19, 63:5, 86:19, 114:2, 115:12, 133:3, 134:13, 165:3, 165:4, 230:10
**liquid** [4] - 148:15, 149:6, 149:10, 149:14
**list** [10] - 16:14, 40:8, 47:17, 105:25, 106:7, 106:10, 125:9, 126:22, 127:7, 133:12
**listed** [18] - 14:20, 22:1, 44:19, 106:1, 106:7, 125:21, 125:23, 129:4, 130:6, 130:10, 130:23, 131:6, 134:5, 136:13, 162:18, 176:21, 177:5, 213:12
**listen** [1] - 87:9
**listing** [1] - 127:5
**lists** [1] - 235:14
**literature** [7] - 12:16, 13:25, 50:14, 90:3, 101:22, 101:25, 232:17
**litigation** [10] - 11:21, 78:25, 81:5, 81:14, 95:23, 225:20, 226:15, 227:6, 232:24, 233:1
**Locke** [1] - 4:12
**LOCKE** [2] - 2:5, 4:11
**logged** [2] - 39:9, 39:22
**long-term** [1] - 110:18
**look** [86] - 5:13, 15:19, 18:5, 21:12, 25:17, 27:10, 28:11, 30:18, 31:20, 36:17, 40:11, 43:7, 52:18, 54:6, 65:16, 68:13, 69:7, 70:2, 72:1,

88:10, 100:13, 100:14, 100:24, 102:4, 102:18, 104:1, 106:12, 106:21, 110:15, 111:24, 112:11, 116:24, 118:10, 118:12, 120:10, 122:6, 122:8, 122:11, 122:19, 123:15, 123:16, 132:6, 133:8, 155:11, 162:1, 162:4, 163:6, 163:14, 163:15, 173:19, 173:25, 177:1, 178:23, 180:11, 181:10, 181:22, 182:10, 183:24, 185:6, 188:8, 190:4, 190:6, 194:22, 194:23, 197:1, 199:12, 200:18, 207:1, 207:6, 207:11, 207:24, 208:8, 208:12, 209:2, 209:22, 210:19, 212:17, 214:19, 217:20, 220:1, 229:15, 233:6, 235:9, 235:23, 236:8
**looked** [17] - 17:11, 18:9, 18:11, 18:14, 53:5, 53:6, 53:7, 53:8, 67:12, 110:6, 110:8, 147:18, 161:16, 171:10, 176:10
**looking** [44] - 12:24, 13:20, 15:24, 27:6, 27:9, 27:23, 54:17, 60:20, 60:22, 62:20, 63:2, 63:7, 64:13, 65:21, 65:22, 66:7, 69:6, 76:5, 93:1, 93:9, 94:22, 97:10, 101:3, 120:5, 123:16, 123:17, 128:15, 141:17, 158:18, 181:25, 182:13, 191:25, 202:19, 209:20, 211:5, 211:6, 211:7, 212:17, 218:24, 220:18, 226:18, 235:7, 235:10, 235:12
**looks** [5] - 28:4, 159:24, 183:21, 195:19, 217:19
**lost** [2] - 208:22, 217:13
**lower** [4] - 202:6, 217:24, 217:25
**luncheon** [1] - 82:9
**lysate** [1] - 124:22

**M**

**machine** [7] - 19:18, 19:23, 20:24, 20:25,

40:20, 41:3, 195:11
**machines** [1] - 20:23
**macrophage** [1] - 16:6
**main** [2] - 19:18, 40:21
**maintained** [3] - 34:24, 34:25, 39:7
**maintains** [2] - 8:8, 19:14
**major** [1] - 165:6
**majority** [1] - 19:1
**manner** [3] - 56:7, 120:5, 192:3
**manual** [1] - 79:22
**manually** [3] - 21:9, 23:24, 24:22
**manufacturer** [1] - 27:17
**manuscript** [102] - 18:21, 38:16, 38:17, 38:24, 52:18, 52:23, 67:15, 67:18, 68:11, 68:15, 68:18, 69:16, 70:14, 71:3, 71:20, 72:24, 74:3, 74:11, 74:14, 74:16, 74:18, 75:11, 75:14, 75:24, 80:1, 104:11, 105:8, 108:2, 109:7, 125:15, 135:19, 135:24, 136:2, 136:7, 136:11, 136:17, 136:21, 136:25, 137:10, 137:14, 137:25, 138:8, 138:14, 138:19, 139:2, 140:15, 152:6, 154:20, 154:22, 156:5, 156:9, 157:3, 157:12, 157:13, 157:14, 157:17, 157:22, 159:1, 159:17, 160:7, 160:9, 161:4, 161:6, 162:10, 163:7, 163:8, 163:9, 163:15, 163:19, 167:12, 203:5, 222:14, 222:18, 223:1, 223:14, 224:6, 224:11, 225:2, 225:7, 226:3, 226:5, 226:19, 227:25, 228:10, 228:13, 228:24, 232:22, 232:25, 233:4, 233:11, 233:14, 233:17, 233:19, 234:4, 238:1, 238:3, 239:5, 239:19, 240:13, 240:14
**manuscripts** [5] - 9:15, 48:12, 135:18, 138:12, 240:9

**March** [10] - 16:19, 16:20, 17:15, 76:17, 77:9, 77:21, 162:8, 230:23, 231:17, 231:19
**MARGARET** [1] - 1:11
**Margaret** [1] - 3:17
**marked** [13] - 6:3, 11:2, 15:14, 18:3, 28:8, 60:21, 77:22, 118:10, 118:12, 231:3, 231:7, 238:15, 238:18
**marker** [9] - 12:7, 17:20, 17:21, 54:5, 54:20, 59:7, 59:10, 234:12, 234:15
**markers** [21] - 8:20, 16:12, 16:14, 18:14, 19:12, 28:3, 53:3, 53:5, 53:10, 53:11, 53:19, 53:20, 53:23, 53:25, 54:24, 62:20, 62:21, 63:8, 125:9, 125:13, 142:5
**MARKETING** [1] - 1:4
**marking** [1] - 159:22
**markings** [1] - 196:22
**match** [2] - 185:21, 185:22
**material** [2] - 40:8, 47:15
**materials** [2] - 76:23, 105:25
**matrix** [1] - 114:22
**matter** [13] - 88:25, 99:18, 117:9, 122:5, 129:20, 136:6, 156:21, 167:19, 167:21, 169:23, 192:7, 199:3, 225:13
**MATTER** [1] - 242:6
**maximum** [3] - 215:2, 216:15, 219:11
**MDL** [1] - 108:17
**MEAGHER** [1] - 1:18
**mean** [15] - 11:5, 12:21, 14:16, 25:22, 61:11, 62:6, 63:23, 93:1, 125:25, 130:15, 134:9, 153:3, 169:1, 211:17, 225:3
**meaning** [2] - 176:5, 207:8
**means** [11] - 11:6, 12:22, 55:16, 63:24, 70:10, 112:7, 112:9, 117:22, 150:23, 189:6, 192:19

**meant** [8] - 195:10, 196:11, 197:24, 214:23, 214:24, 218:3, 224:4, 228:5
**measure** [7] - 16:13, 54:11, 54:14, 190:22, 191:12, 191:21, 194:15
**measured** [5] - 16:12, 21:19, 21:20, 54:7
**measuring** [3] - 24:7, 124:20, 206:3
**mechanism** [14] - 14:8, 56:25, 57:22, 69:11, 72:16, 92:19, 98:13, 98:18, 99:7, 119:14, 119:18, 140:1, 141:10, 142:4
**mechanisms** [8] - 69:5, 93:9, 93:11, 93:13, 93:15, 98:21, 98:22
**Mechanistic** [1] - 116:5
**mechanistic** [2] - 118:15, 142:4
**media** [3] - 86:18, 86:21, 87:2
**medical** [3] - 7:4, 10:1, 84:11
**Medicine** [3] - 6:13, 7:7, 10:5
**meeting** [15] - 16:19, 17:16, 17:17, 18:1, 65:20, 66:6, 76:4, 76:16, 76:24, 77:8, 77:15, 77:22, 161:19, 162:8, 164:8
**member** [1] - 6:20
**memory** [2] - 104:8, 176:14
**menstruation** [1] - 146:3
**mentioned** [8] - 10:13, 62:24, 63:10, 63:17, 65:5, 76:21, 165:22, 165:23
**mentioning** [1] - 104:18
**mentorship** [2] - 38:20, 38:23
**mere** [2] - 192:19, 192:20
**message** [6] - 11:8, 11:18, 70:1, 71:15, 71:16, 71:19
**met** [1] - 83:12
**method** [11] - 46:25, 77:18, 99:9, 99:15,

99:25, 100:5, 175:6, 178:20, 179:22, 180:1, 195:4
**methodologies** [12] - 35:3, 35:10, 44:10, 44:12, 44:20, 45:10, 55:3, 55:4, 78:10, 80:10, 80:24, 80:25
**methodology** [22] - 20:1, 20:5, 35:11, 36:19, 37:1, 37:25, 46:5, 52:19, 78:6, 99:18, 178:11, 178:13, 178:14, 178:19, 180:6, 187:16, 199:25, 206:4, 210:11, 211:24, 214:20, 220:17
**methods** [22] - 5:8, 20:5, 20:8, 20:9, 20:17, 44:22, 44:25, 45:2, 45:5, 45:8, 45:14, 45:18, 46:12, 48:2, 48:4, 48:18, 48:21, 52:20, 52:21, 52:25
**mice** [2] - 102:11, 108:21
**Michelle** [1] - 3:19
**MICHELLE** [1] - 1:13
**Michigan** [1] - 6:17
**microgram** [2] - 16:11, 18:12
**micrograms** [9] - 21:22, 57:17, 59:15, 147:21, 155:6, 158:5, 199:9, 205:8, 235:13
**microliter** [1] - 23:9
**microphone** [1] - 86:16
**middle** [15] - 84:25, 85:10, 85:13, 116:12, 160:1, 187:20, 203:3, 203:7, 203:8, 203:14, 204:6, 204:8, 204:19, 211:8
**might** [5] - 44:2, 155:22, 160:21, 160:22, 168:17
**mill** [2] - 57:17, 158:6
**milliliter** [7] - 16:12, 18:13, 50:10, 147:22, 155:6, 199:9, 235:14
**millimeter** [1] - 205:8
**million** [1] - 149:23
**mimic** [2] - 12:3, 81:22
**mimics** [3] - 14:22, 89:16, 142:6
**mind** [4] - 77:1, 84:20, 223:5, 230:12

**minimize** [1] - 46:2
**minute** [2] - 56:20, 217:7
**minutes** [4] - 82:6, 221:19, 221:20, 229:6
**misplaced** [1] - 180:21
**misrepresents** [3] - 179:24, 180:17, 181:3
**missed** [1] - 195:6
**missing** [7] - 30:2, 31:16, 31:22, 32:4, 34:5, 198:3, 203:7
**misspoke** [2] - 172:24, 210:7
**misstates** [2] - 172:20, 173:8
**mistake** [3] - 105:20, 161:15, 182:20
**mistakenly** [1] - 106:14
**mistakes** [2] - 36:16, 182:23
**mitotic** [1] - 112:13
**mixed** [5] - 86:14, 102:13, 107:23, 108:23, 149:6
**mixing** [4] - 89:24, 89:25, 153:9, 213:15
**ml** [2] - 21:22, 59:15
**MnSOD** [2] - 127:14, 129:13
**mode** [1] - 53:12
**Model** [1] - 131:14
**model** [16] - 92:6, 92:16, 92:23, 93:6, 93:18, 94:9, 94:10, 94:14, 95:3, 95:16, 96:14, 98:3, 98:4, 98:7, 98:14, 139:15
**models** [2] - 68:23, 95:20
**molecular** [2] - 79:17, 79:18
**molecule** [1] - 81:17
**moment** [12] - 68:5, 81:2, 97:14, 105:11, 109:9, 122:25, 134:5, 135:5, 141:19, 165:18, 212:14, 223:12
**moments** [1] - 165:22
**money** [8] - 96:16, 96:18, 96:20, 97:4, 97:20, 116:1, 126:2, 222:11
**monitor** [2] - 59:11, 133:15
**monitoring** [1] - 12:9
**month** [9] - 116:10,

170:15, 171:2, 171:21, 172:18, 173:2, 174:13, 174:19, 175:16
**months** [4] - 111:4, 161:20, 163:2, 169:21
**morning** [15] - 3:9, 3:10, 3:13, 3:16, 3:18, 3:20, 3:23, 4:1, 4:8, 4:11, 4:24, 148:13, 154:13, 154:18, 240:21
**most** [4] - 61:5, 77:17, 81:20, 238:13
**MOTLEY** [1] - 1:14
**Motley** [1] - 3:11
**mouse** [3] - 68:23, 98:3, 139:15
**move** [8] - 42:4, 47:25, 88:3, 94:25, 100:9, 123:1, 221:7, 224:8
**moving** [1] - 183:20
**MPO** [3] - 127:21, 129:15, 130:9
**MR** [142] - 3:9, 3:20, 3:23, 4:8, 4:11, 4:15, 4:23, 6:1, 6:8, 10:7, 10:12, 10:25, 11:3, 14:25, 15:5, 15:13, 15:17, 16:20, 17:3, 17:25, 19:6, 21:14, 22:3, 22:13, 25:3, 26:11, 26:15, 26:20, 27:13, 27:21, 28:19, 29:13, 29:17, 31:13, 32:6, 32:18, 32:22, 32:23, 32:24, 32:25, 33:1, 33:2, 33:10, 35:23, 35:25, 36:4, 36:8, 37:12, 37:14, 38:22, 42:24, 43:3, 43:11, 43:25, 46:17, 46:21, 47:3, 47:13, 48:1, 60:18, 66:10, 66:14, 67:3, 67:13, 68:6, 70:5, 71:7, 73:14, 77:20, 80:23, 82:2, 83:9, 83:20, 84:2, 85:4, 85:25, 87:10, 88:6, 88:7, 88:12, 94:20, 95:9, 95:18, 100:17, 101:2, 101:4, 103:7, 103:10, 103:14, 110:17, 111:25, 129:2, 138:4, 143:2, 144:7, 160:15, 161:25, 162:22, 162:25, 164:5, 164:7, 164:9,

170:11, 171:8, 172:20, 172:23, 172:25, 173:6, 174:7, 179:24, 180:16, 181:3, 181:20, 183:9, 183:16, 196:12, 204:11, 204:21, 205:2, 205:4, 211:15, 211:19, 217:12, 217:14, 218:15, 219:24, 221:8, 221:10, 221:12, 221:18, 222:7, 224:10, 224:14, 226:18, 226:20, 226:22, 229:1, 229:5, 229:12, 231:8, 240:16, 240:17
**MS** [6] - 3:13, 3:16, 3:18, 4:1, 4:4, 4:6
**MTT** [6] - 44:17, 54:12, 193:4, 193:20, 195:4, 200:8
**multiple** [2] - 181:6, 181:7
**mutated** [1] - 58:5
**mutation** [13] - 12:12, 57:7, 57:9, 57:13, 58:2, 58:3, 58:6, 76:6, 123:16, 126:18, 132:24, 165:16, 192:5
**mutations** [25] - 12:11, 12:12, 18:16, 30:23, 53:8, 54:18, 57:11, 57:23, 58:18, 62:2, 62:3, 62:10, 77:12, 81:19, 119:7, 126:9, 132:13, 164:16, 164:21, 165:3, 165:4, 165:6, 165:9, 165:20, 231:15
**MY** [1] - 242:5

### N

**name** [8] - 83:14, 110:13, 114:5, 141:4, 162:19, 179:9, 180:13, 181:1
**names** [1] - 171:7
**national** [2] - 9:23, 9:24
**natural** [2] - 13:5, 56:18
**nature** [1] - 182:22
**NCI** [1] - 61:16
**necessarily** [4] - 92:14, 131:19, 132:25, 186:5
**necessary** [6] - 54:22, 65:1, 97:7, 97:15, 97:18, 237:16
**need** [28] - 14:2, 30:24,

37:25, 68:24, 78:13, 87:18, 89:24, 92:7, 92:18, 100:1, 113:19, 123:22, 125:10, 125:11, 129:21, 132:21, 136:12, 145:21, 152:17, 163:15, 164:25, 190:25, 196:7, 210:19, 216:17, 225:14, 225:16, 237:23
**needed** [6] - 107:25, 108:5, 108:11, 119:24, 214:14, 219:5
**needs** [2] - 108:15, 237:22
**negative** [6] - 132:24, 133:4, 151:2, 151:7, 151:11, 151:15
**neoplasia** [10] - 112:16, 112:19, 112:24, 113:4, 113:9, 113:12, 113:18, 114:8, 114:12, 114:17
**neoplastic** [17] - 64:17, 64:20, 64:23, 65:1, 111:15, 120:15, 120:23, 121:12, 121:14, 121:17, 121:25, 122:6, 122:9, 122:19, 123:17, 123:25, 191:23
**never** [9] - 36:24, 85:14, 85:16, 121:17, 122:5, 137:18, 151:19, 173:20, 191:22
**NEW** [4] - 1:1, 1:14, 1:17, 1:17
**new** [10] - 30:10, 33:17, 36:11, 36:14, 37:21, 44:5, 75:16, 109:18, 123:22, 227:9
**New** [1] - 9:2
**next** [30] - 17:4, 30:22, 31:14, 41:25, 66:4, 82:10, 107:24, 108:3, 114:18, 118:22, 121:2, 124:11, 127:16, 127:17, 127:19, 127:21, 129:7, 131:10, 139:20, 143:7, 181:16, 182:10, 183:2, 183:3, 186:2, 200:23, 216:19, 221:20, 221:25, 235:19
**Nicole** [1] - 29:18
**NIH** [1] - 61:16
**nine** [8] - 9:19, 201:1,

201:7, 212:20, 213:7, 213:8, 213:9, 213:10
**ninth** [13] - 216:21, 217:1, 217:3, 217:4, 217:10, 218:2, 218:3, 218:6, 218:7, 219:9, 219:10, 219:20, 219:21
**NJ** [1] - 1:7
**NO** [1] - 1:2
**nobody** [1] - 19:25
**none** [5] - 44:6, 80:8, 80:12, 80:15, 133:22
**nonepithelial** [1] - 59:23
**nonpapillary** [1] - 112:14
**normal** [63] - 8:8, 12:3, 13:1, 13:21, 16:6, 16:7, 17:13, 18:11, 21:21, 33:19, 34:2, 52:3, 52:4, 56:5, 57:15, 59:21, 59:22, 81:21, 89:14, 90:25, 120:15, 120:24, 121:12, 121:23, 124:7, 126:11, 180:22, 189:3, 189:11, 189:15, 189:20, 189:22, 189:23, 190:1, 190:13, 199:12, 199:15, 201:19, 209:13, 209:14, 209:17, 209:18, 209:24, 210:4, 210:8, 210:13, 210:25, 211:3, 214:12, 215:11, 215:12, 215:15, 215:21, 215:25, 216:6, 216:10, 218:18, 218:22, 231:14
**normalized** [2] - 23:7, 184:8
**Norway** [1] - 105:15
**NOS2** [2] - 127:16, 129:17
**notations** [1] - 100:20
**note** [8] - 64:19, 100:17, 103:18, 130:3, 142:20, 183:9, 204:11, 239:8
**notebook** [129] - 15:25, 19:25, 20:3, 21:7, 21:13, 22:15, 24:4, 24:6, 27:22, 28:1, 28:15, 29:12, 30:1, 30:2, 30:5, 30:8, 30:13, 30:18, 30:25, 31:15, 31:16, 31:18, 31:21, 31:22, 32:8, 32:11, 32:12, 32:16, 33:12, 33:21, 34:11, 34:15,

34:17, 35:9, 35:12, 35:13, 35:17, 35:20, 35:23, 38:1, 38:15, 39:2, 39:10, 39:23, 40:4, 40:6, 41:13, 41:14, 41:17, 42:5, 42:7, 42:16, 42:23, 43:4, 43:5, 43:9, 43:19, 44:1, 85:5, 128:12, 153:2, 155:13, 157:6, 158:4, 159:15, 159:18, 162:4, 166:2, 166:6, 166:13, 166:24, 167:4, 167:12, 167:14, 169:3, 169:9, 169:13, 169:14, 169:20, 170:1, 170:4, 170:8, 170:10, 170:13, 170:17, 170:20, 170:21, 170:25, 171:1, 171:21, 172:6, 172:15, 172:19, 173:2, 173:11, 173:14, 174:25, 175:10, 175:20, 176:11, 176:19, 177:4, 177:11, 179:8, 180:12, 180:25, 181:25, 194:23, 195:1, 196:3, 197:6, 200:1, 204:7, 204:8, 211:23, 213:2, 214:19, 216:14, 220:1, 220:16, 237:12, 238:10, 238:14, 238:21, 239:1, 239:2, 239:9, 239:10, 240:4
**notebooks** [25] - 15:8, 15:9, 15:13, 16:9, 18:25, 19:14, 20:5, 20:7, 21:10, 21:15, 29:15, 29:21, 30:17, 33:19, 34:3, 37:4, 37:18, 37:21, 165:25, 167:8, 170:7, 170:12, 171:11, 181:21, 181:22
**noted** [2] - 114:21, 231:22
**NOTES** [1] - 242:5
**notes** [1] - 35:3
**nothing** [2] - 36:22, 129:25
**noticed** [1] - 216:13
**notion** [2] - 142:13, 142:16
**novel** [1] - 73:10
**November** [3] - 233:3, 233:4, 233:9
**nowadays** [1] - 19:16
**nuclear** [1] - 57:8

**nucleotide** [2] - 28:2, 126:15
**Nucleotide** [1] - 128:8
**number** [38] - 23:12, 25:13, 32:23, 32:25, 33:5, 33:6, 43:23, 65:25, 67:23, 74:21, 126:22, 158:7, 179:21, 184:19, 185:8, 186:25, 187:18, 187:20, 188:10, 189:6, 195:15, 200:24, 202:2, 202:5, 202:6, 202:7, 202:9, 206:4, 206:7, 206:23, 207:2, 211:14, 215:12, 235:18, 235:25, 236:22, 239:11
**numbered** [1] - 196:20
**numbering** [1] - 102:5
**numbers** [33] - 21:5, 21:15, 23:3, 24:20, 27:1, 32:22, 33:3, 83:18, 101:9, 101:10, 106:24, 178:8, 178:18, 182:13, 184:6, 184:8, 184:10, 184:11, 185:3, 185:11, 185:21, 186:23, 186:24, 188:23, 200:11, 202:1, 203:17, 203:24, 204:17, 205:24, 215:5, 215:7, 218:9
**numerical** [4] - 186:13, 186:18, 186:19, 187:2

---

**O**

**O'DELL** [2] - 1:11, 3:13
**O'Dell** [1] - 3:14
**oath** [1] - 105:7
**OB** [1] - 144:17
**OB/GYN** [2] - 6:13, 6:19
**object** [3] - 66:10, 160:15, 195:12
**objected** [1] - 109:12
**objecting** [2] - 99:19, 109:9
**objection** [13] - 26:11, 37:12, 46:17, 101:2, 172:20, 173:6, 177:8, 179:24, 180:16, 181:3, 183:9, 186:21, 204:11
**objective** [11] - 61:24, 62:1, 62:11, 89:6, 89:10, 89:13, 89:17, 89:23, 89:25, 90:1, 119:6

**observations** [1] - 104:3
**observe** [1] - 12:4
**observed** [1] - 142:25
**obvious** [1] - 216:15
**obviously** [1] - 104:15
**Occupational** [1] - 105:14
**occur** [1] - 57:11
**occurred** [4] - 44:4, 116:11, 176:23, 177:7
**occurring** [1] - 41:15
**occurs** [1] - 56:18
**October** [28] - 116:20, 117:10, 117:11, 166:6, 166:7, 166:22, 166:23, 167:22, 168:2, 168:3, 170:5, 170:6, 170:10, 170:14, 170:18, 170:22, 171:5, 171:14, 171:18, 172:6, 173:14, 175:18, 175:20, 176:9, 183:7
**OD** [4] - 203:17, 203:20, 205:25, 207:13
**OF** [2] - 1:1, 242:5
**offered** [1] - 5:2
**offering** [8] - 11:21, 11:22, 13:8, 13:11, 13:17, 14:3, 58:25, 237:24
**OFFICIAL** [1] - 1:25
**often** [1] - 151:2
**Om** [1] - 3:24
**OM** [1] - 1:21
**omitted** [2] - 69:14, 140:4
**oncogenic** [3] - 62:4, 62:7, 119:8
**oncologist** [2] - 84:9, 145:22
**Oncology** [36] - 6:16, 9:8, 10:4, 10:14, 10:20, 67:16, 67:19, 67:25, 68:3, 68:10, 71:1, 71:18, 75:8, 76:4, 77:3, 77:8, 78:20, 139:5, 140:15, 154:21, 154:25, 155:25, 157:4, 157:22, 158:25, 159:7, 161:1, 161:5, 161:12, 163:20, 222:19, 223:1, 226:6, 232:23, 233:11, 240:9
**one** [137] - 16:6, 16:24, 18:24, 19:2, 19:3, 25:1,

25:6, 28:4, 28:6, 29:14, 29:16, 29:17, 32:18, 33:21, 34:11, 34:13, 34:14, 35:14, 37:19, 42:21, 47:5, 51:3, 51:7, 51:13, 51:18, 51:22, 52:4, 56:12, 59:21, 59:22, 60:15, 71:5, 73:11, 83:24, 84:2, 93:25, 96:13, 98:5, 104:12, 104:20, 104:24, 106:1, 108:2, 109:5, 113:9, 113:13, 113:17, 114:15, 116:10, 117:18, 120:3, 120:11, 123:14, 123:18, 125:5, 125:19, 126:4, 128:6, 129:4, 130:4, 130:8, 130:10, 130:13, 130:14, 131:17, 132:20, 134:11, 134:17, 135:12, 137:1, 141:13, 141:14, 141:16, 142:7, 142:19, 144:24, 151:2, 151:15, 153:5, 153:14, 153:23, 154:4, 155:21, 159:16, 160:10, 161:22, 162:15, 163:11, 164:7, 164:24, 164:25, 167:8, 167:9, 171:2, 171:17, 171:21, 172:18, 173:2, 174:10, 174:19, 180:11, 182:3, 182:8, 182:10, 183:3, 183:6, 183:20, 197:25, 202:22, 203:22, 204:8, 204:25, 205:22, 207:21, 207:23, 212:21, 213:13, 214:23, 216:5, 216:19, 216:23, 217:9, 217:18, 218:24, 219:1, 219:6, 219:25, 226:14, 235:1, 238:24, 239:9
**one-sided** [1] - 83:24
**one/two** [1] - 126:11
**ones** [5] - 44:8, 93:11, 132:19, 212:13, 213:8
**ongoing** [2] - 101:23, 225:13
**OP** [4] - 68:8, 235:3, 238:15, 238:18
**open** [4] - 3:2, 42:20, 100:7, 197:12
**opinion** [48] - 12:15, 12:17, 13:8, 13:11,

28:10, 44:12, 58:15, 58:25, 59:1, 68:24, 69:18, 71:18, 72:23, 79:16, 79:17, 85:21, 86:7, 86:14, 86:22, 87:1, 87:13, 87:24, 89:2, 89:6, 89:18, 90:6, 90:9, 90:11, 97:6, 97:17, 97:18, 101:16, 103:12, 137:7, 137:15, 137:16, 137:18, 137:21, 138:9, 138:15, 138:24, 154:3, 192:10, 225:21, 229:22, 230:9, 232:5, 232:8

**opinions** [21] - 5:2, 5:9, 5:10, 11:20, 13:17, 14:3, 65:2, 68:25, 81:12, 81:14, 88:24, 90:2, 101:5, 101:16, 102:19, 102:24, 103:6, 111:18, 138:11, 232:11, 237:24

**OPP** [8] - 11:2, 15:20, 16:23, 17:5, 18:3, 18:5, 60:17, 60:21

**opportunity** [5] - 47:23, 87:19, 88:10, 100:24, 165:14

**opposed** [7] - 24:25, 70:14, 72:7, 106:13, 158:24, 219:13

**opt** [1] - 49:17

**optical** [5] - 203:19, 203:20, 203:24, 205:15, 207:3

**oral** [1] - 77:19

**order** [9] - 15:1, 49:3, 54:4, 54:20, 104:12, 125:22, 188:6, 216:24, 237:14

**organic** [1] - 49:18

**origin** [1] - 59:24

**original** [16] - 113:15, 119:1, 157:21, 162:4, 163:19, 171:10, 172:10, 177:25, 178:3, 178:5, 181:13, 181:21, 181:22, 182:14, 205:5, 222:25

**originally** [3] - 6:6, 103:11, 136:9

**otherwise** [1] - 224:21

**outcome** [3] - 16:16, 35:5, 80:14

**outlier** [23] - 23:4, 23:5,

23:10, 23:11, 23:12, 23:13, 24:21, 24:24, 25:14, 184:16, 185:12, 185:15, 185:17, 185:19, 185:22, 186:4, 186:10, 186:11, 186:15, 186:25, 187:8, 187:14, 187:19

**outliers** [2] - 24:22

**outline** [2] - 61:4, 61:7

**outs** [3] - 178:10, 236:2, 238:17

**outset** [1] - 31:9

**outside** [3] - 14:14, 53:18, 220:12

**Ovarian** [7] - 8:25, 9:3, 10:24, 103:19, 105:14, 116:5, 128:9

**ovarian** [173] - 6:18, 7:18, 8:1, 8:12, 8:16, 8:21, 9:6, 9:21, 11:6, 11:10, 11:15, 12:3, 12:4, 12:8, 13:9, 13:13, 13:21, 13:23, 14:23, 16:5, 16:7, 17:12, 18:10, 18:11, 21:21, 53:16, 53:19, 55:22, 55:24, 56:2, 57:10, 58:22, 59:5, 59:10, 59:20, 59:22, 63:6, 69:12, 71:14, 72:17, 81:11, 81:21, 81:23, 85:21, 86:8, 86:11, 86:19, 87:3, 87:4, 87:5, 87:14, 89:3, 89:8, 89:12, 89:14, 89:17, 89:20, 90:7, 90:12, 90:16, 90:25, 91:4, 91:5, 91:14, 93:10, 93:13, 95:25, 96:8, 97:10, 98:19, 102:18, 104:5, 107:17, 114:9, 115:13, 118:14, 118:23, 119:15, 119:20, 120:15, 120:24, 121:13, 121:23, 123:9, 124:7, 124:8, 124:23, 126:11, 126:12, 126:23, 129:22, 130:7, 130:11, 130:20, 130:24, 131:6, 131:9, 131:13, 131:17, 131:18, 131:22, 132:14, 133:11, 134:2, 134:8, 134:14, 134:17, 134:18, 134:22, 135:14, 136:23, 137:8, 137:12, 138:10,

138:15, 138:21, 138:23, 140:2, 141:5, 141:22, 142:2, 142:7, 142:14, 142:17, 142:25, 144:19, 144:25, 145:4, 145:11, 145:14, 145:19, 145:25, 146:1, 146:7, 180:22, 189:3, 191:9, 192:15, 192:24, 192:25, 199:12, 199:15, 201:19, 209:13, 209:14, 209:18, 209:24, 210:5, 210:8, 210:13, 210:25, 214:12, 215:11, 215:13, 215:15, 215:21, 215:25, 216:6, 216:9, 216:10, 218:19, 218:22, 225:20, 229:23, 230:5, 230:11, 230:18, 231:14, 232:3, 232:6, 232:9, 232:14

**ovaries** [8] - 110:6, 112:4, 112:8, 112:15, 112:23, 113:3, 114:20

**ovary** [2] - 57:16, 112:16

**Ovary** [2] - 111:21, 112:2

**overall** [4] - 53:11, 55:18, 58:20, 62:19

**Overall** [1] - 68:18

**overlying** [1] - 149:14

**oversee** [1] - 7:11

**overtime** [2] - 224:3, 224:5

**overview** [1] - 6:10

**own** [3] - 118:24, 176:14, 223:18

**oxidant** [6] - 55:18, 57:24, 58:18, 126:10, 132:7, 231:14

**oxidants** [8] - 7:21, 7:22, 8:3, 12:2, 12:13, 56:7, 56:8, 124:21

**oxidation** [4] - 55:19, 55:20, 62:20, 62:21

**Oxidative** [2] - 9:4, 10:23

**oxidative** [40] - 7:1, 7:18, 7:20, 8:11, 8:15, 8:19, 9:6, 9:18, 9:20, 11:9, 11:14, 16:13, 18:14, 56:3, 59:5, 60:4, 62:19, 63:8, 65:23, 69:11, 71:13, 72:15, 140:1, 141:5, 141:9, 141:11, 141:22, 141:23, 142:1,

142:5, 142:8, 142:11, 142:14, 142:20, 142:21, 142:24, 192:4, 232:2, 232:5, 232:15

**P**

**P-298** [1] - 84:3

**p.m** [1] - 240:23

**page** [188] - 11:20, 21:12, 21:17, 21:18, 22:11, 22:18, 24:3, 24:5, 25:4, 27:21, 27:24, 27:25, 28:15, 29:4, 30:1, 30:4, 30:6, 31:14, 31:15, 31:18, 31:19, 32:1, 32:4, 32:10, 32:11, 32:21, 32:25, 33:3, 33:4, 33:6, 33:11, 33:13, 42:13, 42:15, 42:21, 42:23, 43:1, 43:4, 43:12, 62:13, 62:14, 82:10, 85:6, 86:3, 88:15, 88:16, 94:2, 94:18, 95:11, 100:16, 101:6, 101:11, 101:14, 102:4, 102:5, 102:6, 106:23, 106:24, 106:25, 107:3, 107:11, 108:19, 109:21, 110:23, 110:24, 112:11, 114:16, 116:24, 117:3, 117:5, 117:6, 118:12, 118:22, 119:4, 119:11, 120:11, 122:12, 122:15, 124:4, 126:4, 127:2, 128:14, 128:16, 128:20, 129:4, 133:9, 138:3, 138:5, 139:9, 143:7, 144:13, 155:3, 155:13, 155:14, 155:15, 155:18, 156:12, 156:25, 157:7, 159:19, 162:17, 162:22, 162:25, 166:10, 166:11, 168:20, 173:25, 174:1, 176:21, 177:1, 177:2, 177:6, 178:25, 179:10, 179:11, 179:12, 179:25, 180:11, 180:12, 181:10, 182:4, 182:11, 182:12, 182:14, 182:15, 182:24, 183:6, 183:25, 184:1, 185:6, 185:8, 188:22, 188:23, 188:24, 190:4, 190:6, 193:10, 193:11, 194:24, 196:23,

197:4, 200:1, 200:2, 200:18, 201:12, 202:14, 202:25, 203:3, 203:14, 204:19, 206:1, 211:10, 211:22, 213:5, 213:22, 220:24, 221:25, 222:21, 224:18, 227:3, 227:14, 227:15, 229:18, 229:19, 230:3, 230:6, 230:13, 235:5, 235:6, 235:10, 236:8, 236:13, 236:24, 236:25, 237:2, 239:10, 239:22, 239:24

**Page** [1] - 241:4
**pages** [37] - 21:16, 29:20, 29:22, 29:23, 30:7, 30:24, 31:20, 31:21, 31:24, 31:25, 32:12, 32:16, 33:13, 33:16, 33:22, 34:3, 34:5, 34:15, 34:16, 34:18, 35:2, 35:20, 36:9, 43:8, 44:3, 102:5, 109:17, 109:23, 109:25, 174:12, 176:20, 177:5, 196:13, 196:19, 229:15, 239:9
**paid** [16] - 79:6, 136:10, 222:12, 222:13, 223:2, 223:13, 223:15, 223:17, 223:20, 224:2, 224:5, 226:4, 227:5, 228:13, 228:22, 228:23
**paper** [17] - 38:19, 75:8, 80:1, 106:18, 111:20, 113:5, 128:4, 128:7, 140:8, 140:16, 140:18, 140:21, 141:1, 161:11, 203:9, 203:10, 205:22
**Paper** [1] - 105:15
**papers** [8] - 44:21, 50:17, 55:23, 67:12, 136:13, 142:4, 226:6, 226:7
**paragraph** [12] - 86:3, 114:16, 114:18, 118:18, 118:22, 119:4, 119:11, 124:16, 127:1, 155:4, 156:13, 157:1
**parenthesis** [1] - 127:12
**PARFITT** [2] - 1:13, 3:18
**Parfitt** [1] - 3:19
**Paris** [1] - 76:17
**part** [35] - 4:25, 5:17, 7:3, 20:1, 36:19, 37:1, 38:20,

38:23, 47:2, 50:8, 52:19, 59:3, 62:24, 63:2, 63:18, 67:11, 78:24, 90:13, 93:25, 126:3, 150:20, 150:25, 157:14, 158:4, 159:15, 172:16, 173:1, 174:15, 204:13, 204:16, 215:1, 228:15, 238:13
**partially** [1] - 134:10
**participant** [1] - 162:12
**participate** [2] - 8:24, 38:18
**participated** [1] - 9:2
**participating** [1] - 3:7
**particle** [1] - 150:21
**particles** [12] - 45:20, 45:23, 47:6, 48:4, 48:13, 48:17, 48:22, 149:7, 149:19, 149:22, 150:2, 150:11
**particular** [13] - 29:21, 44:8, 47:20, 53:10, 55:1, 72:6, 87:6, 128:19, 164:23, 180:13, 181:1, 184:3, 208:23
**particulate** [1] - 46:1
**parties** [2] - 106:2, 106:3
**parts** [4] - 20:5, 36:2, 93:24
**past** [11] - 7:25, 20:8, 26:5, 26:6, 45:20, 48:5, 48:14, 49:19, 49:21, 66:23, 153:18
**pasted** [1] - 194:25
**pate** [1] - 219:23
**pathogenesis** [5] - 8:20, 11:5, 11:15, 55:24, 71:14
**Pathogenesis** [4] - 8:25, 9:1, 9:3, 10:24
**patient** [5] - 59:11, 126:24, 127:4, 144:22, 145:15
**patients** [12] - 81:10, 84:13, 129:22, 129:24, 129:25, 131:1, 131:9, 132:23, 133:3, 134:21, 135:7, 143:1
**Pause** [3] - 15:22, 88:14, 88:17
**pause** [1] - 210:16
**pay** [1] - 136:14
**paying** [1] - 228:1

**PCR** [4] - 44:16, 54:8, 56:12, 153:9
**Pearson** [1] - 130:21
**peer** [7] - 8:13, 70:9, 70:16, 75:23, 128:4, 136:22, 226:3
**peer-reviewed** [4] - 8:13, 70:9, 128:4, 136:22
**pending** [2] - 132:2, 213:23
**people** [8] - 7:13, 7:16, 8:2, 19:20, 49:20, 61:7, 90:4, 206:10
**per** [14] - 16:11, 18:12, 21:22, 23:9, 50:9, 57:17, 59:15, 147:21, 155:6, 158:5, 199:9, 201:25, 205:8, 235:13
**percent** [10] - 28:18, 28:22, 192:10, 205:23, 206:5, 206:6, 206:10, 206:11, 206:12, 234:25
**percentage** [4] - 192:12, 205:9, 205:21, 206:7
**perform** [3] - 20:24, 125:1, 152:14
**performed** [13] - 91:18, 98:8, 120:5, 121:17, 122:5, 134:21, 152:3, 152:8, 152:11, 168:12, 172:22, 238:22, 240:3
**performing** [1] - 120:4
**perineal** [3] - 91:8, 110:8, 111:3
**period** [4] - 114:2, 114:11, 115:14, 166:24
**peritoneal** [2] - 107:16, 114:7
**persists** [1] - 114:1
**person** [1] - 228:20
**Personal** [2] - 2:5, 4:12
**personality** [1] - 100:8
**personally** [2] - 225:1, 225:4
**pertain** [1] - 239:3
**pertains** [1] - 42:7
**petri** [4] - 14:13, 96:5, 96:9, 153:6
**PG** [1] - 22:9
**pg/ulRNA** [1] - 184:11
**Ph.D** [2] - 7:6, 7:11
**phase** [3] - 149:7, 149:10, 149:14

**phases** [1] - 149:6
**phenotype** [3] - 62:4, 62:7, 119:8
**phone** [1] - 78:22
**photograph** [1] - 112:12
**phrase** [1] - 61:10
**phrasing** [1] - 90:16
**physical** [1] - 195:12
**Physiology** [1] - 7:10
**pick** [3] - 130:14, 134:11, 219:12
**picks** [1] - 171:4
**picogram** [3] - 22:10, 23:3, 23:9
**picture** [4] - 42:16, 43:13, 43:23, 53:12
**pictures** [1] - 196:3
**piece** [2] - 203:9, 203:10
**pieces** [1] - 206:17
**pilot** [1] - 110:20
**place** [6] - 6:21, 34:14, 161:19, 183:19, 215:6, 216:4
**placebo** [1] - 49:10
**placed** [12] - 173:2, 173:11, 175:12, 175:15, 207:15, 208:13, 212:5, 212:18, 215:7, 215:21, 216:3, 226:1
**places** [1] - 196:4
**placing** [1] - 114:7
**plaintiffs** [4] - 3:8, 3:12, 3:14, 4:19
**Plaintiffs** [1] - 1:15
**plaintiffs'** [28] - 80:6, 80:9, 80:13, 80:16, 84:18, 84:24, 85:19, 87:12, 89:2, 105:24, 106:13, 115:20, 116:11, 118:3, 122:25, 136:2, 136:5, 136:16, 151:25, 152:2, 184:1, 212:12, 222:12, 222:14, 223:2, 226:4, 227:24, 229:14
**plan** [2] - 98:1, 235:11
**planning** [2] - 97:9, 233:24
**plate** [52] - 51:3, 195:8, 195:11, 195:12, 195:16, 195:22, 196:4, 196:11, 196:13, 196:19, 197:5, 197:6, 199:18, 199:21, 200:17, 201:4, 201:8,

201:10, 201:12, 204:2, 207:22, 207:25, 209:20, 209:22, 211:21, 212:22, 212:24, 213:6, 214:9, 214:17, 215:1, 215:2, 215:4, 216:3, 216:9, 216:16, 216:19, 217:10, 217:16, 218:8, 218:12, 218:17, 218:21, 219:7, 219:11, 219:15, 220:2, 220:10, 220:15, 221:3, 233:23, 233:24

**plates** [1] - 51:4

**play** [2] - 50:17, 125:13

**played** [1] - 95:13

**players** [1] - 57:24

**plays** [5] - 11:9, 11:14, 71:13, 77:5, 142:16

**plus** [5] - 12:16, 14:23, 45:3, 125:12, 232:13

**point** [20] - 38:14, 98:5, 115:11, 126:6, 126:9, 128:6, 129:2, 153:13, 169:9, 169:13, 174:12, 198:3, 202:1, 206:19, 208:13, 213:2, 214:19, 215:3, 217:18, 231:15

**pointed** [2] - 187:18, 187:21

**pointing** [1] - 209:22

**points** [8] - 17:9, 23:18, 27:3, 158:16, 159:16, 169:11, 179:18

**polymorphism** [2] - 28:2, 126:16

**Polymorphism** [1] - 128:8

**portion** [4] - 125:17, 172:16, 173:1, 174:11

**portions** [3] - 170:1, 171:20, 174:5

**poses** [1] - 89:11

**positive** [3] - 63:25, 132:24, 133:4

**possible** [5] - 39:15, 190:23, 191:3, 191:7, 228:25

**poster** [14] - 76:20, 76:25, 77:5, 77:12, 77:15, 77:19, 77:20, 162:19, 164:3, 164:5, 164:9, 231:16, 231:19, 231:22

**postmenopausal** [1] - 111:9

**postoperative** [1] - 46:3

**potential** [6] - 78:17, 79:4, 79:22, 86:9, 87:13, 230:14

**powder** [61] - 11:23, 12:18, 15:11, 16:2, 16:4, 16:11, 17:11, 17:22, 19:11, 21:9, 33:20, 34:14, 40:9, 45:15, 49:16, 50:15, 50:16, 51:11, 54:24, 57:17, 64:17, 65:18, 73:18, 77:11, 78:2, 79:18, 80:19, 81:25, 85:17, 86:19, 89:3, 89:8, 89:11, 89:14, 90:5, 90:7, 90:11, 90:24, 102:12, 105:6, 107:22, 108:22, 112:8, 112:23, 113:3, 118:14, 123:9, 129:24, 131:2, 138:9, 138:15, 142:6, 146:21, 146:25, 147:9, 148:9, 150:8, 227:6, 239:3, 240:1

**POWDER** [1] - 1:4

**Powder** [79] - 12:6, 13:2, 13:9, 13:12, 13:21, 14:19, 18:9, 19:12, 21:23, 24:9, 29:7, 42:8, 42:11, 42:17, 43:15, 43:18, 43:20, 43:24, 44:23, 45:1, 45:9, 46:6, 46:13, 48:3, 48:19, 48:22, 50:7, 50:19, 52:14, 52:21, 53:4, 56:6, 57:1, 57:14, 57:22, 58:9, 58:16, 58:18, 59:2, 65:10, 75:20, 76:5, 77:11, 79:7, 79:11, 79:16, 80:4, 80:21, 81:10, 81:22, 89:19, 91:19, 93:12, 93:16, 95:25, 116:5, 130:2, 150:23, 158:3, 179:16, 192:2, 232:2, 232:8, 234:7, 234:14, 234:17, 235:12, 236:16, 236:21, 237:6, 237:8, 238:4, 238:5, 238:23, 239:4, 239:16, 239:20, 240:7, 240:12

**powerful** [7] - 28:5, 51:12, 52:3, 60:14, 153:21, 154:3, 154:9

**practice** [14] - 6:11, 33:19, 34:2, 36:23, 37:22, 38:21, 38:23, 64:3, 177:21, 177:24, 220:8, 220:11, 233:22

**PRACTICES** [1] - 1:5

**practicing** [1] - 38:19

**precise** [2] - 119:14, 119:18

**predetermined** [1] - 188:5

**predict** [1] - 234:20

**predictor** [4] - 92:16, 93:18, 94:10, 131:13

**predivide** [1] - 30:16

**pregnancies** [1] - 146:6

**preparation** [2] - 150:22

**prepare** [3] - 61:1, 117:18, 225:5

**prepared** [18] - 60:24, 62:9, 63:12, 116:8, 117:21, 166:2, 166:14, 166:24, 167:5, 168:11, 168:24, 172:7, 172:17, 174:2, 202:24, 206:17, 225:1, 225:4

**preparing** [5] - 64:3, 89:6, 135:23, 136:1, 203:4

**presence** [2] - 149:19, 150:2

**present** [3] - 71:20, 76:12, 205:20

**presentation** [10] - 66:1, 66:20, 77:5, 77:18, 77:19, 77:21, 164:3, 164:6, 164:10

**presented** [13] - 5:4, 16:19, 16:21, 17:15, 18:1, 76:15, 77:9, 77:14, 162:7, 205:22, 231:13, 231:19, 231:23

**prestigious** [1] - 9:9

**prevent** [1] - 46:2

**previous** [4] - 101:22, 107:10, 200:18, 220:24

**previously** [19] - 11:2, 15:14, 39:8, 42:6, 53:14, 56:3, 62:17, 63:6, 66:15, 70:25, 71:23, 72:20,

121:14, 126:23, 127:3, 127:8, 128:1, 135:2, 140:8

**pricking** [1] - 115:4

**primary** [3] - 11:20, 59:22, 124:22

**print** [9] - 19:24, 21:6, 29:11, 41:23, 41:25, 169:16, 175:6, 175:8, 193:14

**printed** [1] - 19:24

**printout** [3] - 41:23, 67:4, 172:14

**printouts** [1] - 36:20

**pro** [1] - 231:14

**pro-oxidant** [1] - 231:14

**problem** [3] - 108:2, 178:22, 216:8

**procedure** [1] - 20:2

**Proceedings** [1] - 241:4

**process** [14] - 12:24, 13:5, 13:7, 20:21, 56:18, 58:4, 58:7, 65:8, 70:13, 75:7, 75:9, 75:23, 77:4, 81:19

**processes** [2] - 54:7, 57:5

**produce** [1] - 7:21

**product** [10] - 45:24, 46:2, 46:5, 46:7, 46:10, 47:15, 47:19, 79:4, 179:5, 179:9

**products** [1] - 46:20

**Products** [2] - 2:5, 4:13

**PRODUCTS** [1] - 1:4

**professional** [2] - 6:11, 8:11

**Professor** [3] - 6:12, 6:15, 98:6

**profile** [4] - 12:4, 58:22, 60:5, 65:23

**profiles** [1] - 191:25

**prognosis** [2] - 12:9, 13:13

**program** [1] - 56:17

**Program** [1] - 6:20

**programmed** [1] - 142:10

**progression** [3] - 69:12, 72:17, 140:2

**prohibiting** [1] - 192:7

**project** [7] - 33:21, 34:9, 34:23, 61:2, 61:4, 61:7,

61:9
**projected** [1] - 178:25
**projects** [3] - 34:11, 34:12, 61:5
**proliferating** [1] - 194:10
**proliferation** [54] - 12:25, 13:3, 14:21, 18:15, 44:17, 53:7, 54:13, 56:21, 56:23, 57:2, 57:3, 58:12, 65:6, 73:21, 73:24, 73:25, 74:4, 74:9, 75:3, 75:10, 75:19, 77:24, 123:20, 153:10, 188:20, 188:25, 189:6, 189:12, 189:16, 189:19, 190:1, 190:5, 190:8, 190:12, 190:21, 190:22, 190:24, 191:11, 192:4, 192:6, 192:19, 193:5, 193:16, 193:19, 193:20, 194:15, 195:4, 199:22, 200:8, 202:6, 202:7, 202:9, 205:23, 233:21
**prooxidant** [1] - 56:4
**proper** [9] - 99:15, 99:24, 100:5, 177:21, 177:24, 178:16, 178:20, 184:10
**proposal** [14] - 60:22, 62:15, 107:12, 115:19, 115:21, 117:19, 119:13, 119:17, 132:5, 133:16, 133:24, 134:1, 151:24, 152:2
**propose** [1] - 133:11
**proposed** [3] - 123:14, 125:9, 132:17
**proposition** [4] - 72:7, 109:22, 109:25, 141:2
**PROSKAUER** [1] - 1:20
**protein** [2] - 56:13, 59:8
**proteins** [1] - 54:18
**prove** [1] - 126:6
**provide** [6] - 6:10, 53:11, 137:14, 138:19, 138:22, 138:24
**provided** [12] - 6:6, 73:23, 81:14, 90:9, 100:19, 105:22, 105:24, 106:10, 118:2, 137:16, 138:20, 193:2
**providing** [3] - 65:2, 68:25, 90:6

**PSC** [13] - 11:2, 15:20, 16:22, 17:5, 18:3, 18:5, 68:8, 77:22, 231:3, 231:7, 235:3, 238:15, 238:18
**publication** [18] - 9:12, 9:13, 67:18, 71:8, 74:12, 74:17, 75:25, 76:2, 136:21, 156:7, 160:17, 200:9, 222:15, 227:17, 228:2, 228:3, 228:4, 228:18
**publications** [7] - 45:3, 45:15, 46:21, 47:9, 47:11, 53:16, 95:6
**publish** [3] - 44:22, 75:10, 79:11
**published** [63] - 8:13, 8:22, 8:23, 9:5, 9:7, 10:14, 10:19, 13:25, 16:17, 17:14, 18:18, 18:20, 18:21, 45:2, 45:5, 45:8, 45:13, 46:15, 48:8, 48:10, 48:14, 48:17, 49:22, 49:25, 50:13, 50:14, 50:17, 52:5, 52:9, 52:12, 52:14, 53:14, 53:22, 55:9, 55:23, 60:3, 60:6, 63:6, 69:24, 70:9, 71:1, 71:5, 71:12, 71:17, 71:23, 72:21, 74:14, 90:4, 93:14, 112:5, 125:13, 128:3, 135:2, 141:8, 143:1, 149:23, 153:20, 160:19, 192:18, 232:16, 238:1, 239:6, 239:19
**pull** [7] - 108:17, 133:9, 155:12, 184:6, 203:8, 211:10, 227:14
**pulled** [1] - 183:25
**Pulp** [1] - 105:15
**punch** [1] - 217:12
**purport** [2] - 99:9, 99:16
**purpose** [1] - 11:16
**purposes** [6] - 20:16, 20:19, 22:16, 97:7, 129:20, 191:22
**pursuant** [1] - 228:22
**PURSUANT** [1] - 242:3
**push** [1] - 81:25
**pushing** [1] - 98:19
**put** [40] - 25:16, 29:25,

31:1, 31:3, 34:17, 37:25, 40:20, 41:4, 43:22, 79:25, 132:25, 146:2, 153:6, 170:2, 171:21, 172:1, 172:7, 174:2, 174:5, 174:13, 174:25, 175:13, 176:1, 177:13, 188:5, 204:2, 208:19, 211:16, 212:25, 214:17, 215:4, 217:1, 217:15, 218:10, 219:23, 221:1, 221:2, 224:3, 225:23, 225:24
**putting** [1] - 172:15

**Q**

**qualifications** [3] - 5:8, 6:10, 10:8
**QUESTION** [34] - 85:8, 86:6, 94:7, 94:13, 95:14, 117:7, 117:13, 122:18, 138:8, 138:13, 159:22, 160:1, 166:13, 166:16, 166:18, 166:21, 166:23, 168:23, 169:1, 174:2, 174:5, 174:12, 177:3, 185:10, 185:14, 185:18, 186:3, 186:6, 186:13, 186:18, 186:20, 187:1, 190:8, 229:21
**questioned** [3] - 47:1, 67:9, 78:5
**questioning** [1] - 82:3
**questions** [36] - 10:8, 21:24, 22:20, 24:12, 26:12, 26:21, 44:1, 80:24, 82:3, 83:15, 94:16, 100:22, 138:6, 146:9, 148:11, 166:11, 167:2, 168:21, 169:5, 174:16, 177:14, 185:8, 213:19, 218:13, 222:10, 229:1, 230:22, 232:18, 232:21, 238:8, 238:12, 238:13, 240:2, 240:4, 240:16, 240:17
**quickly** [1] - 135:18
**quite** [4] - 39:23, 142:21, 147:20, 224:3
**quotation** [2] - 69:15
**quote** [1] - 118:13
**quoting** [1] - 104:12

**R**

**radiation** [1] - 165:3
**raised** [1] - 153:13
**ran** [10] - 59:19, 207:21, 212:24, 214:16, 216:6, 216:8, 217:9, 217:10, 219:7, 219:22
**random** [1] - 12:11
**range** [2] - 50:21, 147:19
**Rat** [2] - 111:21, 112:2
**rat** [1] - 112:4
**rather** [5] - 33:5, 51:22, 104:9, 111:14, 204:6
**rationale** [5] - 61:18, 62:24, 63:3, 63:17, 64:9
**rats** [7] - 102:11, 108:21, 110:20, 111:2, 112:8, 112:22, 113:2
**rattled** [1] - 147:13
**raw** [34] - 200:4, 200:6, 200:11, 200:14, 200:21, 201:12, 201:22, 202:20, 202:22, 203:25, 204:3, 204:12, 207:6, 207:19, 208:8, 208:19, 209:2, 209:11, 211:7, 212:17, 212:25, 214:17, 215:4, 215:5, 215:18, 216:11, 217:17, 217:19, 217:20, 217:24, 218:11, 218:20, 218:24, 219:12
**RE** [1] - 1:4
**reach** [2] - 47:20, 237:14
**reached** [4] - 90:2, 130:18, 135:13, 237:15
**reaching** [1] - 5:9
**reaction** [2] - 89:15, 111:14
**read** [37] - 52:18, 69:8, 85:5, 86:1, 94:1, 100:11, 104:11, 105:8, 106:3, 106:5, 108:3, 109:4, 109:7, 109:10, 109:13, 109:23, 110:21, 111:6, 111:15, 111:17, 112:17, 114:16, 114:24, 115:3, 119:9, 121:15, 126:13, 131:10, 131:14, 137:25, 155:23, 158:22, 160:5, 180:4, 180:19, 227:15
**reader** [2] - 123:2, 123:5
**readers** [1] - 11:18

**reading** [4] - 76:23, 88:10, 94:18, 228:21
**reads** [2] - 107:13, 139:13
**ready** [2] - 5:10, 5:11
**reagent** [3] - 193:22, 194:1, 194:4
**real** [3] - 146:24, 147:8, 147:11
**really** [3] - 111:19, 174:14, 185:12
**realtime** [3] - 44:16, 54:8, 153:9
**reason** [14] - 23:16, 27:1, 27:2, 49:17, 94:20, 96:13, 96:17, 96:22, 97:3, 126:1, 142:18, 148:20, 150:10, 183:15
**reasonable** [1] - 101:17
**reasoning** [1] - 148:25
**reasons** [4] - 96:20, 96:23, 96:25, 97:2
**REATH** [1] - 1:16
**receive** [3] - 68:9, 136:16, 139:2
**received** [9] - 86:6, 92:5, 111:3, 139:8, 175:4, 227:16, 227:23, 228:17, 229:21
**recently** [3] - 10:13, 44:23, 161:19
**recess** [4] - 4:14, 82:9, 143:6, 221:24
**Recess** [1] - 229:9
**recognize** [4] - 103:10, 110:12, 157:2, 159:23
**recollection** [2] - 176:13, 233:13
**recommended** [2] - 74:7, 74:9
**record** [22] - 6:1, 19:25, 29:11, 42:20, 43:7, 68:6, 77:20, 83:20, 100:18, 103:7, 110:17, 111:25, 126:5, 129:2, 133:25, 156:12, 156:25, 160:19, 178:2, 196:12, 204:22, 232:19
**recorded** [2] - 41:10, 41:11
**recording** [1] - 197:1
**records** [1] - 201:25
**Recross** [1] - 241:6

**recruited** [1] - 6:25
**red** [7] - 84:5, 85:5, 86:2, 116:24, 122:11, 138:5, 166:10
**Redirect** [1] - 241:6
**REDIRECT** [1] - 229:11
**redirect** [3] - 67:10, 81:3, 163:18
**redox** [23] - 8:4, 12:1, 12:3, 14:22, 53:6, 53:9, 54:7, 55:16, 55:17, 55:21, 56:1, 57:20, 57:25, 58:20, 62:2, 89:15, 119:7, 123:15, 124:6, 125:14, 132:20, 132:21, 230:10
**reduced** [1] - 194:4
**refer** [12] - 43:10, 93:24, 118:24, 124:20, 127:11, 128:12, 138:2, 159:19, 168:19, 179:11, 203:22, 230:20
**reference** [19] - 10:25, 17:25, 21:16, 28:19, 105:17, 105:19, 157:18, 157:21, 157:25, 161:21, 164:11, 179:15, 179:22, 179:25, 183:12, 185:24, 187:5, 187:10, 205:18
**referenced** [5] - 14:15, 20:4, 71:1, 109:10, 109:18
**referencing** [2] - 30:12, 36:1
**referred** [9] - 25:10, 39:8, 39:16, 46:11, 52:24, 126:20, 160:20, 181:23, 212:21
**referring** [29] - 10:15, 10:19, 27:14, 28:14, 42:22, 42:25, 43:8, 46:22, 47:10, 63:3, 72:9, 86:20, 93:2, 101:9, 102:5, 105:11, 114:6, 141:19, 152:19, 152:23, 160:6, 160:8, 160:16, 167:7, 170:12, 188:22, 200:21, 212:3, 212:23
**refers** [15] - 91:21, 91:23, 112:19, 120:23, 126:15, 159:9, 160:1, 167:11, 182:15, 195:15, 198:10, 198:12, 200:6,

203:20, 228:6
**reflect** [2] - 209:10, 238:3
**reflected** [5] - 30:4, 167:16, 168:15, 169:18, 189:3
**reflecting** [1] - 41:3
**reflects** [2] - 202:5, 202:6
**refresh** [2] - 104:8, 233:13
**regard** [23] - 18:25, 19:7, 20:19, 26:21, 41:8, 44:1, 55:25, 64:20, 68:11, 68:15, 72:15, 77:2, 80:4, 80:24, 86:8, 176:19, 177:3, 229:17, 229:23, 233:21, 234:6, 238:9, 238:14
**regarding** [5] - 46:19, 54:23, 88:25, 224:20, 234:16
**Regression** [1] - 131:14
**regular** [2] - 9:15, 70:14
**regulate** [3] - 12:13, 55:18, 57:19
**regulates** [1] - 53:9
**regulators** [1] - 63:8
**rejected** [1] - 161:11
**rejection** [1] - 156:1
**related** [25] - 8:15, 15:10, 16:8, 18:2, 20:7, 33:20, 34:14, 39:6, 39:21, 57:14, 58:8, 59:2, 65:9, 65:17, 75:19, 78:2, 79:7, 80:3, 100:22, 104:9, 173:7, 174:10, 236:15, 240:6, 240:11
**relates** [7] - 8:11, 57:2, 57:10, 58:15, 77:21, 106:4, 218:25
**relating** [2] - 104:10, 171:13
**Relation** [1] - 9:4
**relation** [2] - 232:15
**relationship** [5] - 7:18, 64:22, 122:2, 123:9, 124:2
**relevance** [3] - 5:10, 77:14, 234:10
**relevant** [5] - 81:14, 91:5, 101:22, 132:20, 144:12
**reliability** [2] - 5:8, 80:25
**relied** [4] - 100:21, 108:7, 108:12, 108:14

**relying** [2] - 109:22, 154:8
**remain** [1] - 178:1
**remember** [55] - 30:12, 85:2, 90:17, 95:17, 97:3, 103:20, 103:24, 104:12, 104:14, 104:16, 104:18, 109:8, 109:11, 109:15, 110:11, 111:19, 114:5, 114:13, 117:11, 118:5, 118:6, 118:7, 118:8, 128:10, 130:4, 130:7, 130:9, 132:4, 132:8, 135:21, 137:24, 137:25, 140:9, 147:14, 152:12, 158:15, 160:11, 163:15, 164:20, 164:22, 164:23, 165:7, 165:11, 166:17, 169:24, 174:14, 179:11, 184:4, 184:25, 213:1, 221:16, 222:17, 229:24
**remind** [1] - 116:23
**removal** [1] - 34:17
**remove** [7] - 7:22, 34:2, 40:18, 55:20, 180:13, 181:1, 216:23
**removed** [8] - 29:20, 29:23, 32:13, 32:17, 33:13, 33:16, 34:16, 35:3
**rendered** [4] - 103:6, 103:11, 111:18, 137:7
**repeat** [1] - 96:6
**repeated** [2] - 153:22, 154:2
**repeating** [2] - 51:23, 51:24
**rephrase** [1] - 192:21
**replicability** [1] - 151:23
**replicate** [7] - 52:19, 92:4, 94:13, 98:3, 98:7, 220:19, 234:3
**replicated** [6] - 92:17, 93:11, 93:15, 93:20, 93:22, 94:12
**report** [72] - 5:16, 5:18, 5:19, 5:22, 6:6, 11:19, 46:18, 46:23, 47:14, 47:21, 89:19, 90:17, 91:7, 92:2, 100:11, 100:15, 100:19, 100:24, 101:3, 101:9, 102:2, 102:4, 103:4, 103:8,

104:15, 105:4, 105:10, 107:20, 108:13, 108:17, 109:17, 109:18, 119:1, 136:7, 136:20, 137:4, 137:15, 144:11, 144:13, 152:10, 152:15, 156:21, 157:2, 157:4, 157:11, 157:13, 157:14, 157:16, 157:18, 158:18, 158:22, 158:25, 160:6, 160:9, 160:24, 161:3, 163:23, 166:3, 188:24, 205:16, 206:13, 222:15, 223:23, 232:23, 232:25, 233:2, 233:3, 233:8, 233:15, 233:18, 237:16

**reported** [27] - 125:15, 130:13, 154:22, 158:1, 164:16, 165:9, 202:16, 202:18, 202:23, 203:15, 203:24, 203:25, 204:3, 204:9, 204:18, 205:16, 205:19, 207:2, 207:12, 207:18, 208:20, 209:9, 215:6, 215:8, 215:15, 217:23, 223:23

**REPORTER** [1] - 1:25
**reports** [1] - 101:25
**represent** [6] - 19:9, 21:18, 24:6, 28:1, 83:14, 104:25
**representation** [2] - 152:13, 219:2
**represented** [2] - 29:1, 75:2
**representing** [1] - 28:25
**represents** [3] - 19:10, 24:7, 28:2
**reproduce** [1] - 52:25
**reproducing** [1] - 52:17
**Reproductive** [39] - 10:4, 10:5, 16:18, 16:22, 17:16, 18:22, 65:21, 66:16, 66:19, 67:5, 74:2, 74:12, 74:17, 75:13, 75:25, 76:16, 79:23, 135:20, 136:8, 136:18, 136:22, 136:25, 137:11, 137:22, 138:20, 139:1, 152:7, 156:6, 161:13, 161:14, 163:9, 193:7, 224:12, 224:16, 225:6, 226:7, 238:2, 240:13

**required** [3] - 67:6, 78:21, 88:7
**rerun** [3] - 156:15, 220:9, 221:3
**Research** [1] - 6:23
**research** [91] - 6:19, 8:17, 9:9, 13:19, 14:3, 15:10, 18:17, 20:11, 20:16, 20:20, 29:7, 31:5, 33:17, 34:24, 35:4, 36:14, 37:11, 37:17, 38:3, 39:16, 44:11, 44:13, 44:16, 44:20, 44:25, 45:8, 45:9, 45:15, 45:18, 47:10, 48:19, 48:22, 49:12, 49:19, 49:21, 49:25, 50:8, 52:17, 52:25, 54:9, 55:25, 56:5, 57:14, 58:8, 59:1, 59:3, 60:10, 61:3, 61:5, 61:13, 61:25, 64:6, 64:24, 65:9, 65:17, 69:19, 72:23, 74:4, 76:1, 76:13, 77:14, 78:2, 78:7, 78:10, 79:6, 79:9, 79:12, 80:7, 80:11, 80:14, 80:17, 81:13, 91:15, 100:20, 101:23, 107:12, 107:25, 108:4, 108:9, 118:19, 118:23, 118:24, 134:4, 182:22, 227:17, 228:1, 228:2, 228:17, 232:1, 234:6, 234:16
**researched** [1] - 72:20
**researchers** [2] - 45:13, 115:17
**residents** [2] - 7:4, 38:18
**resistance** [1] - 135:2
**resistant** [3] - 134:14, 134:23, 134:25
**resorted** [1] - 191:21
**respect** [2] - 10:8, 114:9
**respectively** [1] - 111:4
**responded** [1] - 141:1
**response** [22] - 25:9, 56:7, 59:11, 66:7, 133:2, 133:3, 139:7, 148:21, 149:1, 151:3, 151:5, 188:25, 189:12, 189:17, 189:20, 190:1, 190:13, 190:14, 192:3, 193:17, 209:19, 229:25
**responsibility** [1] - 37:3

**responsible** [3] - 7:4, 62:3, 174:22
**rest** [1] - 179:9
**restate** [2] - 99:22, 172:24
**resubmitted** [2] - 74:1, 74:3
**result** [14] - 47:20, 64:17, 73:22, 79:15, 90:15, 92:23, 94:8, 99:16, 99:25, 115:4, 121:24, 132:14, 207:7, 207:9
**resulting** [1] - 107:23
**results** [32] - 18:17, 30:21, 35:5, 37:11, 37:16, 38:3, 38:9, 39:11, 61:19, 63:24, 68:19, 73:4, 76:1, 92:4, 92:5, 93:6, 94:13, 98:7, 98:25, 99:9, 102:13, 105:7, 107:22, 107:23, 108:23, 120:14, 153:23, 153:24, 153:25, 232:12, 240:12
**resumed** [3] - 83:6, 144:4, 222:4
**review** [38] - 9:5, 9:7, 9:10, 9:12, 9:14, 9:18, 10:14, 10:15, 10:18, 11:7, 11:8, 16:25, 65:25, 66:20, 67:8, 69:24, 70:4, 70:6, 70:7, 70:9, 70:11, 70:12, 70:17, 70:18, 70:21, 70:25, 71:12, 71:17, 75:23, 76:13, 102:17, 106:8, 106:10, 111:20, 140:11, 140:12, 226:6
**reviewed** [32] - 8:13, 65:10, 65:18, 66:2, 66:5, 66:8, 66:12, 67:1, 67:21, 67:24, 68:1, 68:14, 70:9, 70:12, 74:18, 74:22, 76:8, 76:10, 76:18, 78:3, 100:20, 105:25, 106:8, 128:4, 128:18, 129:19, 136:22, 155:10, 161:5, 179:6, 203:23, 226:3
**Reviewer** [18] - 68:14, 68:15, 68:17, 68:20, 68:22, 69:8, 69:18, 71:19, 71:24, 72:2, 72:14, 73:6, 73:15, 73:17, 73:23, 74:7,

139:12, 155:14
**reviewer** [11] - 10:3, 66:15, 66:18, 70:16, 73:2, 77:17, 140:14, 140:16, 140:18, 140:21, 140:25
**reviewer's** [1] - 73:13
**reviewers** [2] - 68:1, 226:3
**reviewing** [1] - 140:15
**reviews** [1] - 65:14
**revised** [6] - 156:5, 156:9, 224:11, 225:2, 227:2, 227:3
**revision** [1] - 79:25
**revisions** [1] - 226:24
**RICE** [1] - 1:14
**Rice** [1] - 3:11
**right-hand** [8] - 22:4, 22:14, 22:22, 24:14, 107:11, 110:25, 112:12, 204:22
**rise** [9] - 3:4, 82:8, 83:3, 143:5, 144:1, 221:23, 222:1, 229:8, 240:22
**risk** [15] - 81:11, 86:10, 89:11, 107:17, 130:7, 130:20, 130:24, 131:22, 132:14, 138:23, 145:3, 145:10, 145:18, 230:10, 230:18
**risks** [1] - 87:14
**RNA** [3] - 23:9, 56:12, 56:13
**role** [8] - 6:22, 11:10, 11:15, 50:17, 71:13, 118:14, 125:13, 142:17
**Role** [2] - 10:23, 116:4
**room** [2] - 219:22, 220:8
**ROSE** [1] - 1:20
**rotate** [1] - 7:5
**rounds** [1] - 9:23
**route** [1] - 190:16
**row** [29] - 198:7, 198:12, 198:22, 199:17, 201:13, 201:19, 206:22, 206:24, 207:8, 207:12, 207:19, 208:5, 209:15, 210:8, 214:23, 215:8, 215:18, 218:2, 218:6, 218:20, 219:9, 219:10, 219:13, 219:14, 219:20, 220:3
**Row** [21] - 199:13,

199:15, 199:18, 208:9, 209:17, 209:23, 210:3, 210:12, 210:24, 211:12, 211:17, 214:23, 214:24, 215:1, 215:7, 215:13, 215:14, 215:24, 218:18, 218:19, 218:20
**rows** [22] - 28:7, 195:21, 196:15, 196:16, 197:6, 197:20, 200:24, 201:1, 201:2, 201:4, 201:7, 211:25, 212:13, 213:7, 213:14, 213:15, 213:24, 216:16, 219:5, 220:23
**RPR** [1] - 1:24
**rule** [1] - 88:8
**rules** [1] - 120:3
**run** [27] - 16:8, 30:14, 39:12, 40:10, 40:13, 54:22, 61:8, 64:23, 99:1, 132:20, 166:18, 175:2, 207:23, 214:2, 214:14, 214:20, 216:7, 216:18, 216:19, 216:24, 217:4, 219:22, 220:7, 220:25, 240:6, 240:8, 240:13
**running** [1] - 28:25
**RUSSONIELLO** [1] - 1:24
**Russoniello** [2] - 242:9, 242:10

---

**S**

**S/Vincent** [1] - 242:9
**Saed** [97] - 4:16, 4:24, 5:12, 5:18, 5:20, 5:24, 6:9, 8:10, 11:4, 13:8, 15:6, 15:18, 15:19, 15:23, 17:4, 18:4, 19:7, 20:4, 23:14, 26:24, 29:19, 31:14, 33:11, 33:25, 34:2, 35:16, 37:3, 37:6, 38:2, 39:6, 41:8, 43:14, 44:9, 46:21, 48:2, 48:13, 48:16, 48:21, 48:25, 50:23, 55:25, 59:6, 60:16, 60:20, 60:24, 67:15, 68:8, 68:9, 69:7, 72:13, 73:5, 73:15, 73:22, 75:18, 75:23, 77:2, 77:23, 78:1, 78:12, 79:6, 79:9, 79:20, 80:24, 83:10, 84:6, 84:8, 93:4,

93:17, 106:13, 106:14, 117:1, 128:13, 130:5, 132:4, 144:8, 161:23, 218:1, 224:19, 225:5, 227:5, 228:21, 229:13, 231:3, 231:7, 231:16, 235:3, 236:25, 238:8, 238:12, 238:15, 238:17, 238:18, 239:8, 239:11, 239:15, 241:7
**SAED** [11] - 4:18, 15:20, 16:23, 17:5, 18:3, 18:5, 60:17, 60:21, 83:6, 144:4, 222:4
**Saed's** [7] - 6:4, 47:14, 85:6, 86:1, 94:1, 100:18, 103:8
**salary** [1] - 223:21
**SALES** [1] - 1:5
**sample** [7] - 152:16, 216:21, 219:22, 220:6, 220:9, 237:3
**samples** [8] - 212:5, 216:17, 216:18, 219:2, 219:4, 220:7, 237:7, 237:8
**saw** [3] - 67:14, 147:12, 150:10
**School** [2] - 6:13, 7:7
**Science** [2] - 79:23, 136:25
**Sciences** [28] - 10:4, 18:22, 18:23, 74:2, 74:12, 74:17, 75:13, 75:25, 135:20, 136:9, 136:18, 136:23, 137:11, 137:22, 138:20, 139:1, 152:7, 156:6, 161:13, 161:14, 163:9, 193:7, 224:12, 224:16, 225:7, 226:7, 238:2, 240:13
**scientific** [13] - 20:10, 45:4, 50:3, 50:23, 99:9, 99:15, 99:24, 100:5, 101:17, 101:22, 120:4, 142:15, 178:20
**Scientific** [2] - 16:2, 16:4
**scientist** [3] - 99:25, 100:7, 120:7
**scientists** [4] - 9:16, 112:7, 137:17, 177:17
**screen** [14] - 10:16, 21:18, 22:14, 54:6,

65:16, 68:2, 68:7, 70:24, 179:1, 207:7, 208:2, 211:21, 220:2, 235:9
**second** [22] - 5:20, 5:21, 5:22, 5:25, 22:1, 28:13, 30:12, 52:13, 62:13, 105:9, 108:10, 114:15, 122:14, 127:14, 128:12, 157:17, 160:16, 161:24, 182:3, 189:4, 219:13
**second-to-last** [1] - 219:13
**secondary** [2] - 7:8, 7:9
**SECTION** [1] - 242:3
**section** [29] - 11:11, 11:13, 11:16, 15:25, 16:9, 17:4, 30:9, 30:10, 30:11, 30:20, 30:22, 30:23, 36:2, 36:18, 42:5, 42:6, 42:12, 43:19, 63:21, 158:2, 204:20, 224:13, 224:17, 225:2, 225:6, 238:14, 238:18, 239:25
**sections** [13] - 30:13, 30:17, 30:25, 31:2, 34:13, 35:16, 41:25, 44:1, 46:4, 63:17, 238:21, 239:1, 239:2
**see** [92] - 12:4, 14:22, 21:17, 25:18, 30:19, 31:4, 36:16, 36:17, 37:23, 40:7, 40:11, 52:2, 52:4, 59:15, 64:16, 81:23, 87:8, 88:11, 89:16, 100:25, 101:11, 102:8, 102:15, 103:1, 104:6, 105:12, 107:1, 107:8, 111:10, 112:3, 112:5, 116:21, 116:23, 118:20, 120:12, 121:20, 128:15, 133:2, 133:3, 139:23, 140:5, 142:7, 142:21, 149:1, 149:18, 149:25, 150:20, 150:21, 150:25, 151:3, 151:10, 155:14, 155:16, 160:4, 162:6, 164:9, 166:9, 179:1, 179:3, 179:15, 180:2, 180:22, 181:11, 181:13, 181:17, 181:22, 182:15, 182:21, 183:5, 183:8, 188:7, 196:15,

196:20, 198:5, 198:8, 204:23, 207:13, 208:1, 208:2, 208:9, 210:15, 210:20, 211:2, 211:4, 211:12, 215:6, 223:25, 226:7, 230:6, 239:24
**seeing** [3] - 86:18, 150:7, 194:16
**segregate** [1] - 133:2
**select** [1] - 124:21
**selected** [3] - 128:18, 130:5, 130:19
**send** [1] - 75:12
**sense** [3] - 183:14, 183:17, 183:22
**sent** [7] - 151:24, 152:2, 155:25, 175:1, 175:6, 175:9, 224:11
**sentence** [21] - 64:19, 102:6, 102:7, 103:2, 104:3, 104:12, 107:24, 108:2, 108:3, 108:10, 108:18, 109:11, 109:16, 119:3, 120:19, 121:2, 121:21, 124:11, 131:10, 139:20, 158:13
**sentences** [1] - 102:1
**separate** [4] - 75:11, 115:6, 149:5, 150:7
**separately** [1] - 219:7
**Seprafilm** [2] - 45:25, 46:10
**September** [7] - 116:8, 116:20, 117:14, 156:1, 167:10, 167:17, 170:22
**sequence** [4] - 57:18, 212:2, 212:3, 212:4
**served** [2] - 66:15, 227:5
**serving** [2] - 16:25, 70:16
**session** [1] - 162:19
**set** [19] - 24:23, 25:8, 84:4, 115:21, 117:24, 124:13, 124:17, 125:4, 127:7, 137:5, 137:18, 137:21, 139:11, 185:3, 188:9, 195:10, 207:2, 209:10, 216:13
**setup** [1] - 237:22
**seven** [18] - 111:2, 127:25, 128:18, 128:23, 129:19, 130:5, 130:19, 130:23, 131:20, 133:15, 134:5, 134:16, 135:11,

135:14, 214:21, 216:18, 217:9, 220:22
**seventh** [1] - 218:20
**several** [17] - 10:3, 20:11, 21:3, 25:5, 35:10, 45:17, 50:1, 54:7, 55:23, 58:22, 60:3, 95:8, 114:2, 141:8, 142:4, 153:20, 238:8
**severe** [2] - 110:9, 114:10
**severely** [1] - 13:2
**Seyfarrth** [1] - 4:12
**SEYFARTH** [1] - 2:4
**SGO** [12] - 159:25, 160:16, 161:19, 162:8, 164:1, 164:8, 230:23, 230:24, 231:12, 231:17, 231:19, 231:23
**Sharko** [1] - 4:4
**SHARKO** [2] - 1:17, 4:4
**Shaw** [1] - 4:12
**SHAW** [1] - 2:4
**sheet** [5] - 3:6, 19:19, 27:10, 28:24, 28:25
**short** [2] - 155:20, 229:5
**shot** [1] - 22:14
**show** [19] - 31:14, 37:19, 59:13, 60:14, 63:24, 73:19, 73:20, 95:6, 95:10, 99:4, 114:12, 141:21, 157:6, 165:20, 195:18, 196:7, 197:24, 206:13, 206:18
**showed** [6] - 56:5, 113:3, 114:8, 114:10, 134:16, 237:4
**showing** [20] - 55:23, 68:7, 81:17, 81:18, 81:21, 91:7, 91:10, 102:13, 108:23, 141:9, 142:5, 145:2, 145:9, 145:17, 146:12, 146:17, 154:3, 159:22, 190:20, 196:12
**shown** [8] - 7:25, 8:2, 79:9, 113:23, 115:20, 128:20, 165:16, 237:1
**shows** [11] - 42:16, 42:17, 42:18, 59:14, 132:21, 141:16, 193:16, 195:3, 197:6, 206:6
**shut** [1] - 141:11

**shutdown** [1] - 142:10
**side** [6] - 22:4, 24:14, 56:8, 84:4, 196:15, 204:22
**sided** [3] - 83:22, 83:24, 84:1
**sign** [1] - 3:5
**sign-in** [1] - 3:5
**signature** [2] - 165:3, 165:4
**significance** [6] - 9:11, 17:18, 30:11, 57:9, 139:14, 235:18
**significant** [8] - 17:20, 39:4, 57:20, 58:23, 59:16, 81:24, 188:10, 234:15
**similar** [10] - 30:15, 45:14, 48:4, 50:13, 114:21, 146:14, 146:19, 153:24, 153:25, 154:2
**simple** [6] - 9:13, 141:17, 158:17, 182:20, 210:17, 210:18
**simplify** [1] - 8:9
**simply** [3] - 46:8, 75:2, 158:22
**simultaneously** [2] - 13:4, 38:10
**single** [9] - 28:2, 37:19, 56:19, 60:9, 60:12, 84:1, 95:1, 126:15, 154:4
**Single** [1] - 128:7
**single-sided** [1] - 84:1
**sit** [10] - 80:2, 93:17, 104:25, 105:3, 109:5, 113:1, 148:6, 163:11, 164:22, 187:15
**situations** [1] - 183:16
**six** [24] - 7:15, 11:20, 51:8, 51:11, 51:16, 51:21, 66:2, 66:9, 66:21, 67:7, 125:9, 153:21, 153:22, 154:1, 154:2, 154:9, 200:14, 213:25, 216:2, 219:4, 236:4, 236:5
**Skadden** [1] - 4:9
**SKADDEN** [1] - 1:18
**SLATE** [1] - 1:18
**slide** [1] - 204:2
**slope** [1] - 27:18
**small** [1] - 34:10

**smoking** [2] - 165:2, 165:18
**SNP** [9] - 28:21, 126:15, 130:10, 130:13, 131:8, 131:12, 161:22, 163:4, 164:2
**SNPs** [28] - 126:9, 126:22, 127:4, 127:8, 127:25, 128:4, 128:18, 128:23, 130:1, 130:6, 130:19, 130:23, 130:25, 131:6, 131:18, 131:20, 132:18, 133:12, 133:20, 134:5, 134:7, 134:14, 134:16, 134:25, 135:11, 135:14, 155:19, 163:13
**Society** [15] - 10:5, 16:18, 16:21, 17:16, 18:21, 65:20, 66:16, 66:18, 67:4, 76:4, 76:16, 77:3, 77:8, 78:19, 159:6
**solely** [3] - 59:1, 95:2, 95:15
**solubility** [3] - 149:13, 149:21, 149:24
**soluble** [2] - 149:7, 149:10
**solution** [2] - 148:12, 150:14
**solvent** [2] - 49:18, 148:20
**someone** [8] - 52:16, 52:23, 99:19, 131:16, 220:12, 220:17, 220:18, 234:2
**sometime** [1] - 85:2
**sometimes** [7] - 20:2, 126:20, 137:20, 169:18, 177:10, 185:11, 236:4
**somewhere** [3] - 43:6, 197:14, 197:15
**soon** [1] - 165:5
**sorry** [7] - 25:12, 97:12, 134:10, 195:6, 208:22, 216:10, 223:19
**sort** [2] - 141:21, 184:19
**source** [1] - 91:4
**sources** [1] - 40:4
**space** [2] - 220:14, 220:16
**speaker** [1] - 9:22
**speaks** [1] - 125:18
**specialty** [3] - 8:14, 87:3,

91:12
**specific** [16] - 8:17, 28:4, 44:3, 47:5, 54:4, 63:8, 92:20, 92:24, 103:9, 123:14, 123:15, 124:16, 130:25, 135:8, 145:25, 208:18
**specifically** [8] - 8:15, 22:1, 22:21, 24:13, 53:17, 161:4, 232:15, 239:10
**spelling** [1] - 36:15
**spent** [6] - 13:20, 117:8, 135:23, 136:1, 223:15, 223:23
**splinter** [1] - 115:5
**split** [2] - 51:13, 153:15
**spreadsheet** [23] - 19:22, 19:23, 21:2, 21:3, 21:25, 22:2, 22:20, 22:23, 23:24, 24:12, 24:15, 26:21, 27:7, 27:9, 28:7, 29:4, 40:15, 40:22, 41:24, 188:5, 188:6, 237:1, 237:3
**spreadsheets** [1] - 26:2
**square** [2] - 28:25, 130:21
**SRI** [4] - 17:15, 18:1, 77:21, 78:20
**staff** [1] - 83:23
**stage** [1] - 38:25
**stamp** [1] - 239:11
**stand** [1] - 99:6
**standard** [13] - 14:8, 26:2, 27:19, 64:3, 69:5, 92:18, 98:11, 98:16, 196:17, 197:14, 197:15, 197:16, 197:17
**standardized** [1] - 20:15
**standards** [1] - 25:19
**start** [12] - 30:9, 30:14, 30:16, 41:19, 61:2, 82:5, 116:19, 117:7, 120:10, 166:6, 202:1, 239:17
**started** [15] - 6:24, 31:7, 33:21, 37:22, 42:14, 78:1, 80:19, 116:15, 116:22, 117:10, 123:18, 147:17, 147:21, 238:22, 239:4
**starting** [2] - 229:19, 230:3

272

**starts** [7] - 91:4, 170:5, 170:10, 170:13, 170:15, 170:17, 170:21
**state** [3] - 56:4, 64:5, 231:14
**STATE** [1] - 1:7
**State** [4] - 6:14, 6:19, 6:25, 7:6
**statement** [17] - 69:25, 72:5, 72:7, 72:15, 72:25, 73:13, 181:8, 183:10, 223:7, 224:24, 226:13, 227:2, 227:3, 227:10, 227:15, 230:20, 230:25
**statements** [1] - 226:8
**states** [1] - 124:5
**STATES** [2] - 1:1, 1:7
**stating** [4] - 68:4, 69:18, 135:10, 228:1
**statistical** [17] - 29:1, 172:9, 172:12, 172:16, 172:21, 173:1, 173:7, 173:10, 173:21, 173:24, 174:15, 175:11, 175:13, 175:15, 175:20, 176:1, 176:15
**statistically** [1] - 23:12
**statisticians** [1] - 172:13
**statistics** [4] - 30:22, 173:12, 175:7, 175:8
**Steering** [2] - 1:15, 3:15
**STENOGRAPHIC** [1] - 242:5
**step** [1] - 22:17
**sterile** [1] - 148:18
**sterilization** [3] - 179:22, 180:1, 180:3
**stick** [4] - 21:7, 29:12, 41:25, 169:16
**stickers** [1] - 30:19
**stickies** [1] - 31:3
**still** [3] - 88:21, 95:24, 187:5
**stop** [2] - 217:5, 219:24
**stored** [1] - 39:13
**story** [1] - 86:18
**straight** [2] - 35:13, 202:11
**Street** [1] - 6:14
**STREET** [1] - 1:7
**stress** [40] - 7:1, 7:18, 7:20, 8:12, 8:15, 8:20, 9:6, 9:18, 9:21, 11:9,

11:14, 16:13, 18:15, 56:4, 59:5, 60:5, 62:19, 63:9, 65:23, 69:11, 71:13, 72:16, 140:1, 141:5, 141:9, 141:11, 141:22, 141:23, 142:1, 142:5, 142:9, 142:11, 142:14, 142:20, 142:22, 142:24, 192:4, 232:2, 232:5, 232:16
**Stress** [2] - 9:4, 10:23
**strike** [4] - 25:10, 47:18, 81:12, 105:23
**strong** [9] - 57:5, 58:13, 65:7, 123:20, 133:10, 142:1, 142:8, 192:7, 192:9
**Strongly** [1] - 128:8
**structured** [1] - 62:16
**stuck** [1] - 20:2
**students** [2] - 7:6, 7:11
**studied** [8] - 14:23, 28:3, 58:21, 90:23, 93:13, 95:20, 130:20, 131:21
**studies** [82] - 7:1, 14:7, 49:19, 68:24, 69:2, 91:6, 91:10, 92:9, 92:11, 95:8, 95:19, 96:12, 96:21, 97:8, 97:12, 97:15, 97:16, 97:19, 97:20, 97:22, 97:25, 98:1, 98:2, 99:4, 100:11, 102:8, 102:11, 102:17, 102:23, 103:4, 103:5, 103:15, 103:18, 107:21, 108:6, 108:8, 108:21, 109:3, 109:22, 109:24, 110:5, 114:2, 134:20, 134:21, 135:6, 135:8, 137:18, 139:21, 141:6, 141:8, 141:19, 141:20, 141:25, 142:2, 142:3, 145:2, 145:7, 145:9, 145:12, 145:16, 145:17, 145:19, 147:13, 147:16, 150:24, 153:11, 154:11, 158:3, 160:18, 163:4, 164:2, 165:5, 184:18, 190:20, 192:18, 199:2, 234:3, 234:19, 234:23, 237:17, 237:21, 237:23
**study** [85] - 14:12, 14:13, 16:1, 16:15, 16:16,

68:22, 69:3, 72:6, 73:9, 75:5, 85:14, 85:16, 91:9, 91:12, 99:10, 99:12, 99:16, 99:17, 100:1, 100:2, 103:19, 103:22, 104:2, 104:8, 104:9, 104:10, 104:13, 104:14, 104:17, 104:18, 105:1, 105:2, 105:5, 105:9, 105:13, 105:16, 106:16, 107:7, 107:21, 108:10, 108:11, 109:12, 109:15, 109:19, 109:20, 110:7, 110:10, 110:13, 110:20, 110:21, 111:17, 112:22, 113:2, 114:5, 114:8, 115:1, 115:8, 128:19, 129:22, 130:6, 130:22, 132:22, 134:13, 134:15, 135:4, 135:6, 135:10, 139:14, 139:18, 141:4, 151:1, 152:21, 153:19, 158:4, 158:8, 161:22, 191:1, 191:4, 191:22, 193:23, 235:15, 237:8
**studying** [1] - 8:19
**stuff** [3] - 36:23, 89:24, 153:9
**subject** [2] - 78:13, 81:10
**subjects** [1] - 135:17
**submission** [10] - 67:6, 67:21, 67:24, 76:7, 76:8, 77:2, 77:4, 77:6, 158:23, 230:24
**submissions** [1] - 156:14
**submit** [7] - 75:25, 76:12, 78:21, 137:18, 161:5, 240:10
**submitted** [55] - 16:17, 63:13, 65:19, 66:6, 66:20, 67:15, 68:11, 68:16, 69:16, 71:2, 72:24, 74:11, 74:16, 75:8, 75:15, 76:3, 76:25, 77:7, 79:22, 103:8, 135:19, 136:9, 136:11, 136:17, 136:21, 137:10, 139:5, 140:8, 152:6, 154:21, 154:22, 155:9, 156:5, 157:3, 157:22, 158:14, 159:5, 159:6, 159:9, 159:25, 160:11,

161:12, 161:13, 222:18, 222:25, 230:23, 231:12, 231:16, 232:22, 232:23, 233:3, 233:11, 240:12, 240:14
**submitting** [4] - 61:6, 64:4, 71:21, 240:8
**substance** [16] - 92:12, 92:22, 92:24, 93:5, 93:19, 94:8, 94:11, 98:12, 151:8, 151:10, 151:16, 151:19, 165:8, 192:24, 192:25, 239:5
**substances** [5] - 148:16, 164:15, 165:15, 189:13, 189:17
**substantial** [1] - 37:2
**substantive** [5] - 34:6, 34:18, 35:5, 38:3, 44:7
**suddenly** [1] - 218:3
**sufficient** [3] - 92:20, 97:6, 165:19
**sufficiently** [1] - 139:22
**sugar** [3] - 8:6, 8:7, 8:8
**suggested** [2] - 68:22, 73:20
**suggesting** [3] - 75:1, 119:19, 175:25
**summary** [2] - 112:3, 162:16
**supernatant** [8] - 149:15, 149:18, 149:25, 150:1, 150:8, 150:11, 150:14, 150:16
**supplemental** [2] - 105:23, 105:25
**supplies** [2] - 223:17, 223:20
**support** [10] - 14:3, 65:2, 68:25, 72:24, 102:1, 140:22, 141:2, 227:16, 228:17, 237:23
**supported** [10] - 68:19, 69:13, 69:19, 71:24, 72:5, 72:17, 73:3, 108:8, 109:11, 140:3
**supports** [3] - 51:19, 67:7, 109:16
**supposed** [11] - 209:8, 209:10, 209:14, 209:17, 210:7, 210:8, 210:12, 210:24, 211:13, 211:17, 212:11

**supposedly** [1] - 109:16
**suppressor** [1] - 132:10
**supra** [1] - 114:21
**surface** [9] - 12:3, 57:16, 112:15, 120:15, 121:13, 121:24, 124:7, 124:23, 126:11
**surfaces** [1] - 46:9
**surprised** [1] - 134:11
**surprising** [1] - 155:20
**surrounding** [1] - 114:19
**Survival** [1] - 128:9
**survival** [3] - 131:9, 131:13, 131:18
**Susan** [1] - 4:4
**SUSAN** [1] - 1:17
**switch** [2] - 57:8, 57:18
**switched** [1] - 104:21
**sworn** [1] - 4:19
**symbolize** [1] - 196:11
**system** [2] - 110:20, 111:13

**T**

**tab** [14] - 5:20, 5:21, 5:22, 85:5, 86:2, 94:2, 116:25, 117:3, 122:14, 138:4, 159:19, 166:10, 173:25, 177:2
**Table** [1] - 129:4
**table** [3] - 3:7, 16:13, 207:24
**take-home** [6] - 11:8, 11:18, 70:1, 71:15, 71:16, 71:19
**Talc** [4] - 111:12, 111:21, 112:1, 116:5
**talc** [97] - 17:13, 50:7, 62:2, 62:10, 62:19, 65:22, 85:14, 85:21, 86:8, 86:9, 87:13, 90:15, 90:19, 91:8, 91:11, 96:4, 96:8, 97:10, 102:18, 103:23, 104:9, 104:18, 105:1, 107:16, 110:6, 110:7, 110:18, 111:3, 111:4, 112:4, 113:6, 114:7, 115:6, 115:25, 118:14, 119:7, 119:14, 119:16, 119:19, 120:14, 121:12, 121:24, 124:6, 126:8, 129:24, 136:23, 137:7, 137:12, 138:21,

146:12, 146:15, 146:18, 146:19, 148:7, 148:12, 148:18, 148:22, 148:24, 149:2, 149:5, 149:7, 149:11, 149:13, 149:14, 149:19, 149:22, 150:2, 150:5, 150:6, 150:11, 150:13, 150:16, 154:24, 155:6, 156:16, 156:22, 162:20, 164:12, 179:18, 188:25, 189:20, 190:21, 193:17, 198:13, 199:10, 205:7, 205:8, 217:18, 217:20, 217:23, 217:24, 217:25, 218:1, 225:20, 229:23, 230:5, 230:14
**talcum** [53] - 12:18, 15:11, 16:2, 16:4, 16:10, 17:22, 19:11, 21:8, 33:20, 34:14, 45:15, 49:16, 50:15, 51:11, 54:24, 57:16, 64:17, 65:18, 66:8, 73:18, 77:11, 78:2, 79:18, 80:19, 85:17, 86:19, 89:7, 89:11, 89:14, 90:5, 90:7, 90:11, 90:24, 102:12, 105:6, 107:22, 108:22, 112:8, 112:23, 113:3, 123:9, 131:1, 138:9, 138:15, 142:6, 146:21, 146:25, 147:9, 148:9, 150:8, 155:20, 227:6, 239:3
**talks** [1] - 108:18
**taped** [1] - 32:1
**tapered** [1] - 147:17
**Taqman** [1] - 54:16
**technique** [5] - 20:14, 54:9, 54:10, 54:12, 194:18
**Temple** [1] - 29:18
**temporary** [4] - 189:12, 189:16, 189:19, 190:12
**ten** [1] - 9:19
**tens** [2] - 223:2, 227:23
**term** [4] - 14:15, 23:10, 110:18, 120:23
**terms** [2] - 11:7, 49:7
**Tersigni** [1] - 4:6
**TERSIGNI** [2] - 1:17, 4:6
**test** [23] - 16:8, 45:24, 46:1, 46:6, 48:2, 48:4,

48:22, 54:4, 54:20, 58:11, 59:9, 80:19, 80:20, 87:6, 90:25, 122:8, 122:18, 125:22, 148:21, 151:12, 151:20, 151:21
**tested** [20] - 16:14, 26:6, 46:4, 47:6, 47:16, 51:16, 53:19, 58:12, 149:18, 149:25, 150:19, 151:19, 153:6, 154:9, 163:12, 164:12, 179:9, 191:22, 212:5, 219:2
**testified** [9] - 4:19, 42:6, 97:14, 97:25, 117:15, 164:11, 170:1, 171:20, 184:19
**testify** [7] - 23:15, 23:17, 26:25, 105:4, 165:19, 172:21, 175:14
**testifying** [5] - 89:22, 105:3, 153:5, 219:17, 219:19
**testimony** [40] - 5:4, 40:25, 41:7, 44:4, 46:19, 47:2, 47:3, 47:4, 47:18, 66:23, 84:6, 85:6, 87:22, 87:25, 88:21, 88:22, 88:23, 94:1, 94:22, 94:23, 98:24, 99:2, 116:24, 117:3, 137:17, 138:2, 159:13, 159:19, 160:13, 168:19, 168:20, 172:21, 173:8, 173:19, 173:20, 173:23, 173:25, 175:25, 229:18, 233:20
**testing** [47] - 19:10, 20:12, 26:3, 42:7, 42:12, 45:19, 45:22, 46:10, 46:11, 46:12, 46:15, 47:10, 47:19, 48:3, 48:7, 48:8, 48:11, 48:13, 48:17, 49:1, 49:11, 50:6, 50:15, 50:18, 50:24, 51:14, 51:15, 51:21, 52:20, 52:21, 52:24, 53:16, 57:1, 59:13, 69:5, 79:10, 121:7, 121:10, 123:3, 123:7, 151:10, 159:10, 160:2, 219:3, 230:25, 238:22
**tests** [17] - 12:24, 13:1, 56:14, 75:20, 91:2,

120:8, 122:5, 124:17, 125:1, 125:5, 125:8, 125:20, 125:23, 125:25, 126:1, 133:20, 214:21
**text** [1] - 178:10
**THE** [226] - 1:1, 1:8, 3:4, 3:5, 10:9, 15:3, 15:16, 16:3, 16:24, 17:1, 18:24, 19:3, 22:11, 22:12, 24:24, 26:12, 26:23, 27:6, 27:9, 29:16, 31:3, 31:5, 31:6, 31:7, 31:9, 31:10, 32:9, 33:7, 36:13, 36:14, 38:8, 38:12, 38:13, 38:15, 39:3, 39:5, 39:18, 40:2, 40:5, 40:17, 40:18, 40:23, 41:5, 41:6, 41:11, 41:16, 41:18, 41:19, 42:3, 42:19, 42:22, 43:6, 43:13, 44:3, 46:24, 47:22, 51:14, 51:15, 51:17, 51:20, 51:23, 52:1, 66:22, 66:24, 66:25, 67:2, 67:11, 67:14, 70:4, 70:6, 70:7, 70:10, 70:11, 71:5, 71:8, 71:10, 72:3, 72:12, 73:7, 74:25, 75:3, 75:5, 75:7, 75:14, 75:17, 76:20, 76:22, 76:23, 77:24, 81:2, 82:4, 82:8, 83:3, 83:4, 83:25, 86:21, 86:23, 86:24, 87:2, 87:7, 87:16, 87:19, 87:23, 88:4, 88:9, 88:13, 88:15, 88:18, 88:19, 88:20, 88:23, 93:8, 94:22, 94:24, 94:25, 99:21, 99:23, 100:25, 103:13, 104:14, 104:16, 107:3, 108:1, 108:6, 110:12, 110:14, 113:5, 117:1, 123:13, 125:7, 134:12, 143:4, 143:5, 144:1, 144:2, 145:16, 145:20, 157:15, 157:16, 159:13, 159:14, 160:12, 160:23, 160:25, 161:1, 161:9, 161:11, 161:16, 161:18, 162:2, 164:25, 165:2, 167:18, 167:21, 167:23, 168:1, 170:13, 170:15, 170:17, 170:19, 170:21,

171:1, 171:3, 171:4, 171:6, 171:7, 173:9, 173:12, 173:15, 173:17, 173:22, 173:24, 175:11, 175:23, 176:4, 176:5, 176:7, 176:8, 176:10, 176:12, 176:14, 181:4, 181:24, 182:1, 183:14, 183:19, 203:9, 204:15, 204:16, 204:25, 205:3, 213:21, 217:4, 217:6, 217:7, 217:13, 218:5, 218:7, 218:9, 218:11, 218:13, 220:11, 220:14, 221:4, 221:6, 221:7, 221:11, 221:15, 221:22, 221:23, 222:1, 222:2, 224:2, 224:7, 224:8, 226:9, 226:17, 227:12, 229:3, 229:7, 229:8, 240:18, 240:21, 240:22, 242:3, 242:5

**therapy** [1] - 59:12
**thesis** [1] - 104:4
**third** [8] - 42:12, 73:12, 84:2, 84:4, 120:10, 128:14, 139:25, 236:24
**Thomas** [1] - 4:12
**THOMAS** [1] - 2:5
**THOMPSON** [2] - 1:11, 3:16
**Thompson** [4] - 3:17, 86:7, 86:17, 229:22
**thousand** [1] - 16:11
**thousands** [3] - 44:21, 223:2, 227:23
**three** [43] - 16:5, 18:9, 18:10, 19:7, 21:20, 21:21, 22:8, 23:2, 24:20, 51:4, 51:8, 51:13, 51:22, 51:25, 52:3, 52:4, 59:20, 64:8, 109:23, 111:4, 115:21, 123:14, 125:20, 128:16, 152:15, 153:4, 153:7, 153:15, 153:21, 154:6, 184:6, 185:11, 186:4, 198:1, 198:15, 198:17, 200:2, 203:13, 203:16, 204:5, 205:25, 206:17
**threshold** [1] - 185:18
**threw** [1] - 189:14
**throw** [1] - 186:3

**throwing** [1] - 185:15
**timeframe** [1] - 84:20
**timing** [9] - 39:4, 39:6, 39:9, 39:15, 39:19, 39:21, 39:22, 40:2, 41:3
**tissue** [1] - 114:22
**tissues** [1] - 191:10
**TITLE** [1] - 242:3
**title** [3] - 9:2, 10:22, 11:4
**TO** [2] - 242:3, 242:4
**today** [21] - 4:24, 5:1, 5:6, 68:25, 87:20, 89:1, 89:19, 93:17, 93:21, 140:7, 144:8, 163:11, 165:13, 165:19, 175:23, 175:25, 183:24, 183:25, 184:14, 187:15, 226:11
**today's** [1] - 173:22
**together** [10] - 170:2, 171:21, 174:2, 174:5, 174:13, 186:24, 200:24, 204:2, 214:18, 219:8
**tomorrow** [1] - 240:21
**took** [4] - 161:19, 208:19, 210:18, 229:3
**top** [28] - 101:10, 102:5, 102:6, 106:24, 106:25, 118:13, 127:1, 128:20, 149:7, 149:10, 162:16, 164:20, 188:24, 193:11, 195:7, 195:21, 196:19, 197:9, 197:11, 200:3, 207:24, 208:2, 209:20, 211:20, 211:21, 229:18, 236:8, 239:12
**topic** [8] - 9:18, 9:20, 71:23, 219:24, 219:25, 222:8, 224:20, 226:15
**topics** [2] - 221:10, 221:20
**touched** [3] - 13:16, 20:1, 20:18
**TOV** [1] - 28:8
**toward** [1] - 60:18
**towards** [1] - 81:25
**toxic** [1] - 147:2
**toxicity** [2] - 206:6, 206:12
**traditionally** [1] - 153:13
**train** [1] - 7:4
**trained** [1] - 19:21
**trainees** [2] - 38:17, 61:3
**training** [1] - 101:18

**transcript** [1] - 155:10
**TRANSCRIPT** [1] - 242:4
**TRANSCRIPTION** [1] - 242:5
**transfer** [1] - 40:21
**transferred** [3] - 19:19, 19:22, 213:1
**transform** [1] - 95:7
**transformation** [34] - 12:19, 12:20, 12:23, 13:7, 53:12, 57:6, 58:2, 58:3, 58:7, 58:10, 58:12, 58:14, 58:16, 64:18, 64:20, 64:23, 65:1, 65:8, 73:19, 73:20, 81:19, 82:1, 93:1, 120:15, 120:23, 121:14, 121:17, 121:25, 123:18, 123:21, 123:23, 123:25, 191:12
**transformations** [1] - 191:23
**transformed** [1] - 21:1
**transit** [2] - 190:11
**transported** [1] - 235:20
**tray** [2] - 195:12, 212:5
**treat** [8] - 16:5, 40:7, 40:9, 56:5, 59:14, 64:16, 84:13, 147:2
**treated** [36] - 24:8, 130:1, 148:22, 148:23, 149:2, 154:23, 155:5, 158:19, 162:20, 191:5, 191:6, 198:13, 198:23, 199:10, 199:15, 208:6, 209:18, 209:24, 210:7, 211:3, 212:10, 214:11, 215:12, 215:24, 216:6, 216:9, 217:20, 217:24, 217:25, 218:18, 235:16, 236:12, 237:5, 237:9, 238:5
**treating** [1] - 49:5
**treatment** [15] - 12:9, 41:9, 41:10, 66:8, 144:21, 164:17, 165:10, 189:1, 193:17, 205:7, 205:8, 231:23, 236:6, 236:9
**Treatment** [1] - 9:1
**TRENTON** [1] - 1:7
**trial** [1] - 4:25
**tried** [2] - 17:9, 187:12
**triplicate** [19] - 50:24,

51:2, 51:5, 51:14, 51:16, 52:2, 52:9, 52:13, 151:22, 152:4, 152:8, 152:11, 152:20, 152:21, 153:1, 153:3, 153:11, 154:11, 203:19
**triplicates** [1] - 153:14
**trouble** [1] - 32:20
**True** [12] - 85:14, 102:2, 102:24, 135:24, 137:8, 152:4, 154:13, 156:10, 195:16, 197:2, 199:19, 202:10
**true** [52] - 85:15, 85:18, 85:19, 85:23, 89:12, 89:24, 90:16, 92:15, 95:3, 95:21, 98:10, 99:3, 103:6, 116:17, 116:18, 116:20, 119:12, 128:4, 131:20, 131:25, 137:22, 137:23, 140:22, 146:11, 147:22, 152:5, 154:14, 154:24, 167:6, 167:7, 168:5, 168:12, 168:13, 169:21, 169:22, 172:5, 189:13, 202:6, 205:15, 211:1, 212:7, 212:8, 215:15, 215:16, 223:8, 223:9, 227:21, 227:22
**try** [7] - 82:5, 92:4, 123:7, 125:19, 133:2, 176:24, 232:20
**trying** [19] - 14:8, 32:20, 103:10, 115:11, 130:11, 149:21, 157:11, 182:6, 186:6, 187:9, 188:15, 206:19, 207:17, 208:4, 208:17, 210:2, 213:21, 218:5, 220:18
**tube** [1] - 59:22
**Tumor** [1] - 6:20
**tumor** [3] - 102:13, 108:23, 132:10
**tumors** [1] - 112:19
**turn** [14] - 11:19, 17:4, 32:10, 60:16, 107:10, 119:11, 124:4, 155:13, 183:6, 193:7, 200:1, 231:2, 235:2, 235:4
**turns** [1] - 128:23
**two** [49] - 8:7, 13:1, 13:24, 15:6, 23:13, 28:7, 29:16, 32:12, 33:22,

55:17, 55:20, 57:5, 68:1, 74:24, 76:22, 83:17, 83:21, 83:22, 93:24, 103:4, 103:5, 103:15, 103:18, 109:20, 113:21, 125:19, 141:14, 142:22, 146:16, 148:24, 149:6, 153:23, 155:9, 156:14, 167:8, 168:17, 170:7, 170:12, 177:10, 185:10, 185:21, 186:23, 186:24, 188:11, 219:4, 221:10, 221:20, 239:1, 239:2
**two-sided** [1] - 83:22
**type** [16] - 8:2, 16:8, 26:17, 40:8, 54:16, 57:8, 64:3, 113:25, 152:15, 157:8, 165:16, 191:7, 196:4, 209:9, 210:14, 234:25
**types** [6] - 113:22, 125:20, 198:1, 202:19, 211:24, 220:4
**typically** [5] - 7:15, 34:10, 66:2, 145:1, 177:17
**typo** [7] - 157:19, 157:23, 158:10, 160:3, 160:13, 163:3, 163:5

**U**

**U.S** [1] - 1:25
**U.S.C** [1] - 242:3
**ultimate** [1] - 37:3
**ultimately** [1] - 156:6
**unable** [3] - 23:15, 23:16, 26:25
**unbiased** [1] - 120:5
**uncommonly** [1] - 114:21
**uncontrolled** [5] - 13:3, 56:24, 57:4, 81:20, 142:9
**under** [7] - 23:3, 105:7, 112:3, 180:3, 207:13, 221:16, 227:15
**undergoing** [2] - 12:23, 13:7
**underlies** [1] - 72:10
**underlined** [2] - 119:1, 119:5
**underneath** [5] - 180:21, 183:17, 198:8, 204:24,

205:22
**understood** [5] - 73:14, 140:14, 152:22, 153:12, 188:18
**unfavorable** [1] - 111:12
**unique** [2] - 146:7, 146:10
**UNITED** [2] - 1:1, 1:7
**University** [3] - 6:20, 6:25, 7:7
**university** [1] - 223:25
**unless** [2] - 82:2, 218:1
**unlike** [2] - 136:20, 201:12
**unnecessary** [1] - 97:24
**unrelated** [1] - 167:19
**UNT** [2] - 198:10, 199:7
**untreated** [30] - 198:9, 198:10, 198:22, 199:7, 199:13, 201:19, 206:23, 207:3, 207:14, 208:1, 208:5, 209:5, 210:5, 210:9, 210:25, 211:2, 211:13, 212:7, 212:9, 214:11, 215:11, 215:13, 215:15, 215:22, 217:18, 217:23, 218:1, 218:19, 218:22, 235:16
**untreated/treated** [2] - 214:12, 214:13
**up** [46] - 21:17, 24:23, 25:4, 25:20, 26:1, 28:12, 28:18, 28:22, 29:4, 29:25, 33:11, 34:1, 35:25, 36:13, 42:20, 61:5, 67:3, 67:8, 67:10, 70:24, 84:15, 86:14, 89:24, 89:25, 95:11, 106:13, 108:16, 108:17, 133:9, 133:15, 135:4, 135:12, 153:9, 165:5, 165:13, 171:4, 183:25, 204:19, 213:15, 215:4, 217:16, 219:16, 220:24, 221:19, 227:14, 231:9
**Updates** [1] - 10:23
**upper** [6] - 22:3, 22:14, 22:22, 24:14, 28:11, 28:20
**uses** [3] - 45:11, 91:11, 158:23
**uterine** [1] - 91:16
**utility** [1] - 144:16

**utilizing** [3] - 26:9, 68:23, 121:13
**UV** [1] - 180:3

**V**

**vacuum** [1] - 73:13
**vagina** [1] - 91:11
**value** [12] - 22:2, 23:8, 24:13, 186:18, 186:19, 207:14, 208:13, 209:2, 209:6, 218:21, 219:17, 219:19
**values** [7] - 22:9, 22:20, 186:4, 187:17, 217:19, 217:24, 217:25
**various** [7] - 21:22, 54:24, 60:15, 70:17, 102:12, 108:22, 127:8
**vehicle** [1] - 49:3
**Version** [3] - 154:12, 154:13, 154:17
**version** [2] - 156:5, 224:11
**versus** [5] - 40:4, 43:9, 133:4, 150:23, 191:5
**vertical** [4] - 25:6, 25:17, 213:7, 213:10
**vertically** [1] - 213:16
**viable** [6] - 194:11, 206:4, 206:5, 206:11, 206:14, 206:15
**video** [1] - 95:13
**videotape** [1] - 95:10
**view** [2] - 44:6, 134:12
**Vincent** [1] - 242:10
**VINCENT** [1] - 1:24
**VIRGINIA** [1] - 1:13
**viruses** [1] - 95:4
**vitro** [36] - 14:7, 14:11, 14:13, 73:9, 90:12, 91:18, 91:21, 92:1, 92:5, 92:15, 92:23, 93:6, 93:18, 94:9, 94:10, 95:3, 95:8, 95:16, 96:3, 96:7, 96:11, 97:5, 97:12, 97:16, 97:25, 98:2, 98:8, 98:23, 100:2, 116:3, 135:8, 141:6, 141:8, 234:17, 234:19, 237:17
**vivo** [31] - 91:22, 92:6, 92:9, 92:11, 92:17, 93:20, 93:22, 94:12, 94:14, 95:19, 95:24,

96:12, 96:14, 97:8, 97:15, 97:19, 97:21, 98:1, 98:6, 98:20, 98:25, 99:4, 99:10, 99:16, 99:17, 100:1, 110:2, 115:25, 139:18, 191:2, 237:21
**VOLUME** [1] - 1:5
**volumes** [2] - 83:20, 83:22

**W**

**wait** [3] - 44:7, 44:8, 81:2
**walk** [1] - 65:13
**wants** [1] - 160:12
**warned** [1] - 83:25
**WASHINGTON** [2] - 1:19, 2:5
**Wayne** [4] - 6:13, 6:19, 6:25, 7:6
**ways** [3] - 52:5, 102:13, 108:23
**week** [3] - 168:17, 172:1, 177:10
**weekend** [1] - 67:12
**weeks** [11] - 168:17, 170:2, 171:25, 174:3, 174:6, 174:7, 174:8, 175:21, 176:2, 176:4, 176:5
**Weil** [1] - 4:2
**WEIL** [1] - 2:2
**well-establish** [1] - 54:9
**well-established** [1] - 54:10
**well-written** [1] - 68:18
**wells** [19] - 195:8, 195:12, 195:15, 195:21, 195:22, 196:11, 196:13, 197:4, 197:13, 197:24, 198:20, 200:17, 201:8, 201:10, 208:18, 209:23, 218:17, 218:21, 220:2
**whatsoever** [1] - 129:23
**whereas** [1] - 205:21
**white** [47] - 35:17, 35:20, 36:1, 36:2, 36:10, 36:17, 36:18, 36:20, 36:23, 36:25, 37:6, 37:10, 37:16, 37:20, 37:23, 37:24, 38:2, 39:16, 44:2, 177:17, 178:2, 178:5, 178:10, 178:13, 178:20,

179:2, 179:3, 179:21, 180:2, 180:12, 181:1, 181:6, 181:17, 182:7, 182:16, 182:21, 182:24, 183:11, 183:13, 183:15, 183:17, 236:3, 238:9, 238:13, 238:17, 239:12, 239:13

**white's** [1] - 182:23

**white-out** [44] - 35:17, 35:20, 36:1, 36:2, 36:10, 36:17, 36:18, 36:20, 36:23, 36:25, 37:6, 37:10, 37:16, 37:20, 37:23, 37:24, 38:2, 39:16, 44:2, 177:17, 178:2, 178:5, 178:13, 178:20, 179:2, 179:3, 179:21, 180:2, 180:12, 181:1, 181:6, 181:17, 182:7, 182:16, 182:21, 182:24, 183:11, 183:13, 183:17, 236:3, 238:9, 238:13, 239:12, 239:13

**white-outs** [2] - 178:10, 238:17

**whited** [3] - 180:8, 180:18, 180:19

**whiting** [3] - 36:15, 37:23, 183:22

**whole** [10] - 74:1, 104:11, 104:13, 106:5, 108:2, 109:4, 150:22, 204:14, 223:16

**WILLIAMS** [59] - 1:20, 3:20, 26:11, 32:18, 32:23, 32:25, 33:2, 35:23, 36:4, 37:12, 38:22, 46:17, 47:13, 66:10, 83:9, 83:20, 84:2, 85:4, 85:25, 87:10, 88:7, 88:12, 94:20, 95:9, 95:18, 101:2, 101:4, 103:10, 103:14, 110:17, 111:25, 129:2, 138:4, 143:2, 144:7, 161:25, 162:25, 164:7, 171:8, 172:23, 172:25, 174:7, 196:12, 205:2, 205:4, 211:19, 217:12, 217:14, 218:15, 219:24, 221:10, 221:12, 222:7, 224:10, 224:14, 226:20, 226:22,

229:1, 240:17

**Williams** [7] - 3:21, 83:14, 87:8, 100:22, 101:1, 221:19, 241:9

**Witness** [1] - 240:20

**WITNESS** [76] - 16:3, 17:1, 19:3, 22:12, 27:9, 31:5, 31:7, 31:10, 36:14, 38:12, 38:15, 39:5, 40:5, 40:18, 41:5, 41:16, 41:19, 42:19, 51:15, 51:20, 52:1, 66:24, 67:2, 70:7, 70:11, 71:10, 72:12, 75:3, 75:7, 75:17, 76:22, 77:24, 86:23, 87:2, 87:16, 87:23, 88:19, 88:23, 93:8, 94:24, 104:16, 108:1, 110:14, 113:5, 125:7, 145:20, 157:16, 159:14, 160:23, 161:1, 161:11, 161:18, 165:2, 167:21, 168:1, 170:13, 170:17, 170:21, 171:3, 171:6, 173:12, 173:17, 173:24, 176:4, 176:7, 176:10, 176:14, 182:1, 204:16, 217:6, 218:7, 218:11, 220:14, 221:6, 224:7, 226:17

**witness** [8] - 4:15, 4:18, 15:1, 73:8, 83:21, 170:11, 221:17, 227:6

**WITNESSES** [1] - 241:6

**Wolfson** [4] - 22:18, 40:1, 43:25, 80:23

**WOLFSON** [1] - 1:8

**Wolfson's** [1] - 25:9

**women** [17] - 13:13, 46:4, 81:10, 146:14, 146:19, 146:20, 146:25, 147:8, 147:10, 148:9, 190:21, 190:22, 190:24, 191:1, 191:3, 191:8, 191:10

**wonder** [1] - 155:21

**word** [7] - 25:21, 25:22, 104:25, 114:17, 173:7, 179:18, 189:14

**words** [12] - 31:4, 137:24, 178:8, 178:11, 178:19, 179:2, 179:21, 180:3, 180:8, 189:24,

193:16, 214:22

**works** [2] - 46:8, 184:14

**world** [1] - 149:12

**worsens** [1] - 13:12

**write** [24] - 30:20, 36:24, 40:6, 40:7, 41:20, 41:22, 61:14, 63:11, 70:17, 70:18, 70:21, 121:2, 123:24, 124:24, 133:19, 133:23, 136:10, 136:14, 177:10, 177:18, 178:14, 223:14, 226:5, 228:23

**writing** [14] - 19:1, 36:18, 36:25, 38:19, 61:22, 101:11, 144:13, 158:9, 181:13, 222:14, 227:25, 228:6, 240:8

**written** [13] - 9:14, 9:16, 9:17, 39:2, 68:18, 70:8, 111:21, 179:3, 232:22, 232:25, 233:14, 233:17, 239:12

**wrote** [23] - 102:10, 106:14, 108:19, 108:20, 108:25, 119:13, 119:17, 120:17, 121:22, 122:3, 123:4, 127:2, 133:9, 133:16, 133:17, 134:1, 137:10, 163:19, 163:23, 164:1, 164:3, 227:19, 228:7

---

**Y**

---

**year** [3] - 170:16, 171:18, 174:20

**years** [14] - 7:25, 12:16, 13:19, 14:24, 19:20, 37:18, 58:22, 59:4, 61:14, 93:9, 95:21, 125:12, 184:19, 232:13

**yourself** [1] - 134:4

---

**Z**

---

**zero** [6] - 18:12, 50:9, 136:15, 147:24, 158:5, 202:1