277

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CIVIL ACTION NO 16-MD-2738(FLW)(LHG)


_____  :
IN RE JOHNSON & JOHNSON   : DAUBERT HEARING
POWDER PRODUCTS MARKETING, : JULY 23, 2019
SALES PRACTICES.          : VOLUME 2
--------------------------  :


CLARKSON S. FISHER UNITED STATES COURTHOUSE
402 EAST STATE STREET, TRENTON, NJ  08608


B E F O R E:  THE HONORABLE FREDA L. WOLFSON, USDJ


A P P E A R A N C E S:

BEASLEY ALLEN, ESQUIRES
BY:  P. LEIGH O'DELL, ESQUIRE (ALABAMA)
     MARGARET M. THOMPSON, ESQUIRE  (ALABAMA)
     JENNIFER K. EMMEL, ESQUIRE  (ALABAMA)
        -and-
MOTLEY RICE, ESQUIRES
BY:  DANIEL R. LAPINSKI, ESQUIRE  (NEW JERSEY)
            -and-
DALIMONTE RUEB STOLLER, ESQUIRES
BY:  JOHN M. RESTAINO, JR., ESQUIRE  (CALIFORNIA)
On behalf of Plaintiffs Steering Committee


DRINKER, BIDDLE & REATH, ESQUIRES
BY:  SUSAN M. SHARKO, ESQUIRE  (NEW JERSEY)
     JULIE L. TERSIGNI, ESQUIRE  (NEW JERSEY)
        -and-
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, ESQUIRES
BY:  JOHN H. BEISNER, ESQUIRE  (WASHINGTON, D.C.)
        -and-
PROSKAUER ROSE, ESQUIRES
BY:  BART H. WILLIAMS, ESQUIRE  (CALIFORNIA)

                              (Continued.)


* * * * *
VINCENT RUSSONIELLO, RPR, CRR, CCR
OFFICIAL U.S. COURT REPORTER
(609) 588-9516

278

A P P E A R A N C E S   C O N T I N U E D


WEIL GOTSHAL & MANGES, ESQUIRES
BY:  ALLISON M. BROWN, ESQUIRE
On behalf of Defendant Johnson & Johnson


SEYFARRTH & SHAW, ESQUIRES
BY:  THOMAS L. LOCKE, ESQUIRE  (WASHINGTON D.C.)
On Behalf of Defendant Personal Care Products Council

Neel - Direct/Ms. Sharko

279

1              M O R N I N G      S E S S I O N

2

3          (In open court.)

4          THE DEPUTY CLERK:  All rise.

5          THE COURT:  Thank you.

6          Everyone may be seated.

7          Ready to start?

8          MS. SHARKO:  Yes.  Thank you, Judge.

9          Defendant Johnson & Johnson calls Dr. Benjamin

10   G. Neel.

11

12   **BENJAMIN G. NEEL**, called as a witness on behalf of

13   the Defendant, having been first duly sworn, testified

14   as follows:

15

16   DIRECT EXAMINATION

17   BY MS. SHARKO:

18   Q.    Dr. Neel, welcome back to New Jersey.

19   A.    Thank you.

20   Q.    Where did you grow up?

21   A.    I grew up in the Philadelphia area.  When I was

22   in eighth grade we moved to Cherry Hill.  South

23   Jersey.

24   Q.    What is your job generally?

25   A.    I am the director of the Laura and Isaac

Neel - Direct/Ms. Sharko

280

1  Perlmutter Cancer Center at NYU Langone Health, and I

2  run a 13-person research laboratory at NYU School of

3  Medicine as a Professor of Medicine.

4  Q.   To what has your life been dedicated, Dr. Neel,

5  your professional life?

6  A.   My professional life has been dedicated to the

7  study of cancer, biology, and, more specifically, to

8  understanding cell signalling, which is the mechanism

9  by which cells receive signals from the outside world

10  and how that is abnormal in cancer cell, and more

11  recently, on mechanisms of ovarian cancer

12  pathogenesis.

13  Q.   Now, the Judge has your CV, and it is in

14  evidence, but let's just go through a couple of

15  highlights.  I have it on the slides to make it go

16  quicker.

17       You talked about your current position.  Some

18  of the past positions you've had include having a

19  Chair and being a Full Professor of Medicine at

20  Harvard Medical School and being the director of

21  Princess Margaret Hospital Center in Toronto, which is

22  the major cancer center up there.  Correct?

23  A.   It's the largest cancer center in Canada.

24  Q.   Does the slide summarize some of your major

25  research interests?

Neel - Direct/Ms. Sharko

281

1   A.    Yes.

2   Q.    Now, you have over 200 peer reviewed

3   publications?

4   A.    Yes.

5   Q.    You have been cited more than 45,000 times by

6   the scientific community?

7   A.    Yes.

8   Q.    Does this slide list some of the editorial

9   boards of major journals that you have been involved

10  with?

11  A.    Yes.  Including the two most prominent cancer

12  journals currently.

13  Q.    What are those?

14  A.    Cancer Cell and Cancer Discovery.

15  Q.    Does this slide list a few of the honors and

16  awards you've earned as a faculty member?

17  A.    Yes.

18  Q.    Does it include some of your key speaking

19  engagements and meetings that you organized?

20  A.    Yes.

21  Q.    You have done more speeches than the two or

22  three listed on here?

23  A.    Yes.  Ms. Sharko, actually, last week I was the

24  keynote speaker at the FASEB Kinase Meeting in Palm

25  Springs; and tomorrow I will be leaving for a major

Neel-Direct/Ms. Sharko

282

1    meeting in Tokyo.

2    Q.    What are the areas of focus for you and your

3    team in the research lab?

4    A.    So about half of my lab works on cell signalling

5    in normal cells and how that is regulated in cancer

6    with a particular focus on tyrosine phosphatase, and

7    the other half works on generating new models of

8    ovarian cancer and the cell of origin of ovarian

9    cancer.

10   Q.    Are you doing anything with the mouse and

11   ovarian cancer currently?

12   A.    Yes.  The new models.  I should have been more

13   specific, our new mouse models of ovarian cancer.  So

14   we basically introduce the same genetic changes that

15   are found in human ovarian cancer.  We model them in

16   mouse fallopian tube organoids, and we can study their

17   properties in cell culture and we can take the same

18   cells and inject them in the ovarian bursa and test

19   whether they generate ovarian cancer.

20   Q.    Dr. Neel, has the scientific community's

21   knowledge and understanding of ovarian cancer changed

22   since the time you earned your degrees in the 1980s?

23   A.    Yes.  Actually, I tell my students and post docs

24   nothing is the same today as it was when I was their

25   age, and we have actually learned more about cancer

Neel-Direct/Ms. Sharko

283

1    biology in the last 15 years than in all of recorded

2    history before that.  We've also learned more I think

3    about the pathogenesis, the molecular pathogenesis of

4    ovarian cancer during that time in the last 15 years

5    than we knew before.

6    Q.    Have you written a report in connection with

7    this litigation?

8    A.    I have.

9    Q.    And the Judge has a copy of your report.  It is

10   in evidence.  It is also in the binder in front of

11   you.

12         Are the opinions in your report and your prior

13   testimony and your testimony here today, has all that

14   been expressed or will be expressed to a reasonable

15   degree of scientific and medical probability?

16   A.    Yes.

17   Q.    And are the opinions that you are going to give

18   here today your own?

19   A.    Yes.

20   Q.    What are they derived from?

21   A.    They are derived from my 40 years of experience

22   in the field of cancer biology including 30 years as a

23   faculty member at the institutions that you had on the

24   slide and that are in my CV, and also a review of the

25   relevant literature concerning the topic and a review

Neel - Direct/Ms. Sharko

284

1  of the expert reports of some of our experts and some

2  of the plaintiffs experts and the depositions of some

3  of them.

4       MS. SHARKO:  We'll move on to substantive

5  areas, unless, Judge -- do you have any questions?

6       THE COURT:  No.

7  BY MS. SHARKO:

8  Q.    Okay.  Cancer.  Topic One.

9       Dr. Neel, what is cancer?

10 A.    Cancer is a disease of what we have called the

11 genome, and that's the collection of genes that we

12 have in our body, and it consists of different types

13 of mutations affecting usually six to eight different

14 types of genes that take a normal cell and change it

15 into a cancer cell.

16 Q.    Are there different types of mutations that can

17 occur in a cell to cause cancer?

18 A.    Yes.

19 Q.    What are they and what do they do?

20 A.    As shown on this slide, there are three general

21 categories of mutations that are found in cancer cells

22 and they contribute to cancer: point mutations -- so

23 DNA is like an alphabet, and it's like reading a book.

24 There are different letters, and the precise order of

25 the letters determines the genetic code and also

Neel - Direct/Ms. Sharko

285

1    determines the regulation of the genes that are

2    encoding the genetic code.  If you change the letter

3    in a single position -- for example, if you change an

4    A to a T or G to a C, that's a point mutation.

5         These point mutations can have two different

6    types of consequence.  They can cause a gain of

7    function in a protein.  They can increase the function

8    of an enzyme, for example, or if they occur in a

9    regulatory sequence, they can increase the expression

10   of a gene of interest.

11        Alternatively, if they occur in a structural

12   part of a protein, they can cause a loss of function

13   or a decrease in that particular cell activity.

14        The second general type of mutation is what we

15   call a structural variant, and that involves a change

16   in the structure of chromosomes.  That can be, for

17   example, a translocation, and a translocation occurs

18   when chromosomes break and they rejoin

19   inappropriately.  For example, the classic example of

20   a translocation is the breakage of chromosomes 9 and

21   22; and the rejoining of chromosome 9 to 22 to form

22   the Philadelphia chromosome, which causes chronic

23   myelogenous leukemia or CML.

24        THE COURT:  Ms. Sharko, do you have a copy of

25   the PowerPoint?

Neel - Direct/Ms. Sharko

286

1        MS. SHARKO:  Yes.

2        (Pause.)

3   A.    So when the Philadelphia chromosome, for

4   example, is created, that result is in a fusion

5   protein, and in that case a piece of one protein is

6   joined inappropriately to the piece of another

7   protein, and it makes that protein stay on all the

8   time; its activity stays on all the time.

9        You can also have an inversion which alters

10  the structure of a chromosome.  Both translocations

11  and inversions can lead to insertional activation or

12  inactivation of genes.

13       The third kind of cancer associated

14  abnormality is called a copy number abnormality.  A

15  copy number abnormality means an increase or a

16  decrease in the number of copies of a gene or genetic

17  region.  Amplification means too many copies, more

18  than the usual number of copies, more than two copies.

19  Deletion means a loss of one or more copies of a gene.

20       Those are the three major categories of

21  mutations that are associated with cancer.

22  Q.    Now, if a person develops a mutation, does that

23  mean that the person is certain to go on to develop

24  cancer?

25  A.    No.

Neel - Direct/Ms. Sharko

287

1    Q.    So in your report at the Bates stamp number

2    pages 9 and 10, you discuss the process of how cancer

3    in general disrupts normal cell regulation.  Is this

4    slide and what will follow a fair and accurate

5    representation or summary of how some of the ways in

6    which cancer disrupts normal cell regulation?

7    A.    Yes.

8    Q.    Could you explain that a little please?

9    A.    Sure.

10          As you can see, on the left-hand part of the

11   slide normal cells have a variety of characteristics.

12   They typically don't grow without growth factor

13   signals.  They need certain signals to grow.  They

14   also are able to respond to other signals that are

15   called growth inhibitory signals.  They self-destruct

16   or undergo, a term you heard yesterday, apoptosis,

17   when they suffer DNA damage that is unrepairable or

18   other types of cellular insults that are unrepairable.

19          They also divide typically only a limited

20   number of times.  They replicate or reproduce their

21   genomes, their genes, with high fidelity.  They do not

22   send signals to surrounding blood vessel cells to make

23   new blood vessels, a process known as angiogenesis.

24   They typically are located within a defined region of

25   your body, so a cell in your colon doesn't end up in

288

1    your liver.

2         When normal cells express abnormal proteins,

3    they can display pieces of these abnormal proteins to

4    the immune system and your immune system can eliminate

5    the cells.

6         Finally, they typically have defining

7    characteristics that make them look unique.  A breast

8    cell looks different than a stomach cell, for example.

9    We call this the differentiated state of the cell.

10   Q.    So, now, bring on the mutations, and there are

11   numerous ways that mutations can change cells.  Fair

12   to say?

13   A.    Right.  The combination of mutations that occur

14   in cancer result in the disruption of all of the

15   processes that I listed on the left-hand part of the

16   slide and just discussed and results in transformation

17   to a cancer cell.

18   Q.    Now, reactive oxygen species commonly known as

19   ROS, what are they?

20   A.    Cells have processes that are normal that

21   generate oxygen or nitrogen radicals.  For example,

22   cells, when they respond to certain growth factors,

23   generate hydrogen peroxide, which is one example of a

24   reactive oxygen species.  Your mitochondria, which are

25   part of your cells that carry out respiration and

Neel - Direct/Ms. Sharko

289

1   generate energy, they also generate reactive oxygen

2   species as part of normal metabolism.  So ROS are

3   produced normally in cells.  Also, under certain

4   disease conditions or stress conditions, there can be

5   excess ROS produced.  So you can have both normal ROS

6   production and abnormal ROS production in cells.

7   That's what reactive species are.

8   Q.    Is the generation of reactive oxygen species

9   necessarily or always a bad development for the human

10  body?

11  A.    No.  As I just tried to explain, part of normal

12  cellular physiology is the production of reactive

13  oxygen species.  Cell signalling is impaired in

14  certain cases if you block the production of reactive

15  oxygen.

16  Q.    We have been using the term "cancer" a lot this

17  morning.  Is cancer one single disease?

18  A.    No.  Actually, one of the major advances in the

19  last 20 years has been the sequencing of, first, the

20  normal human genome, and multiple different types of

21  cancer cells, and that's told us cancer is actually

22  many different types of diseases caused by many

23  different types of mutations such as I've already

24  discussed occurring in different cells of origin.  So

25  cancer has many diseases.

Neel - Direct/Ms. Sharko

290

1   Q.    Let's now switch topics and go to ovarian

2   cancer.  Is ovarian cancer a single disease?

3   A.    No.

4   Q.    What are the different types of ovarian cancer?

5   A.    So, again, this is also information that has

6   become available over the last -- more available over

7   the last 15 to 20 years.  And there is nonepithelial

8   ovarian cancer, and epithelial ovarian cancer.  As I

9   understand it, the subject of this litigation is

10  epithelial ovarian cancer.  So I won't discuss the

11  non-epithelial forms, and these forms account for

12  90 percent of ovarian cancer anyway.

13          THE COURT:  Which accounts for 90 percent?

14          THE WITNESS:  Epithelial ovarian cancers.  So

15  the epithelial ovarian cancers have been subdivided

16  into two large subcategories:  Type I tumors, as you

17  can see on the slide, and these are low grade serous

18  ovarian cancer, mucinous carcinoma, endometrioid, and

19  clear cell carcinoma.

20  Q.    So do these two types of tumors have different

21  cells of origin and different genetic mutations that

22  lead to them?

23  A.    Yes.  You can see on the slide the cell of

24  origin of Type I tumors are often from endometriosis

25  or endometriotic lesions that come from the

291

1  endometrium in the uterus and are transplanted to the

2  peritoneum, and the mutations that cause Type I

3  tumors, as you can see from the slide, are generally

4  point mutations in genes that are involved in cellular

5  signalling or epigenetic regulation.

6  Q.    Let's go to Type II cancers or Type II tumors.

7  A.    The Type II tumors are mainly serous high grade,

8  serous ovarian carcinoma, and its relatives.  These

9  are all very similar types of tumors, and one of the

10  major discoveries in the last 15 years has been that

11  at least 60 percent of high grade serous ovarian

12  cancers originate in the fimbriae of the fallopian

13  tube.  And unlike the Type I tumors high grade serous

14  ovarian cancer or Type II tumors is a copy number and

15  structural variant disease.  Its hallmark is genetic

16  or genomic instability.

17         So if I can summarize, the Type I and Type II

18  tumors originate in different cells of origin, and

19  they are caused by different mutations, and they are

20  caused by different mutagenic or mutational processes.

21  Q.    I see on the slide under Type II tumors TP53 in

22  several boxes, but I don't see that for Type I tumors.

23         First of all, what is TP53 or a p53 mutation?

24  A.    Scientists have a nomenclature.  So TP53 is the

25  official human gene name for the gene that encodes a

Neel - Direct/Ms. Sharko

292

 1    protein called p53.  Most of us refer to it as p53,
 2    but the official gene name is TP53, and p53 is a
 3    particularly important gene in cancer.
 4    Q.    Why?
 5    A.    P53 is a hallmark tumor suppressor gene.  As I
 6    said earlier, there are a gain of function mutations
 7    and loss of function mutations in different cancers.
 8    Gain of function mutations occur in genes that we call
 9    oncogenes.  And the loss of function mutations occur
10    in the other kind of cancer-associated gene tumor
11    suppressor genes.  P53 is the hallmark tumor
12    suppressor gene and at this time has many important
13    functions in maintaining cell integrity.
14    Q.    What is the p53 relationship to the causation of
15    ovarian cancer?
16    A.    The Type II tumors essentially all have either a
17    point mutation followed by a deletion in p53 or they
18    have loss of both copies of p53.  So p53 mutation or
19    deletion or both is sort of the sine qua non of Type
20    II tumors, and it's also the earliest event in the
21    Type II tumors.
22    Q.    Dr. Neel, do you have an opinion to a reasonable
23    degree of scientific and medical probability as to
24    whether talc exposure causes p53 or any other gene
25    mutation?

Neel - Direct/Ms. Sharko

293

1  A.    Yes.

2  Q.    What is your opinion?

3  A.    There is no evidence to support that claim.

4  Q.    Now, in your expert opinion as a cancer

5  biologist, what is the significance of epidemiologic

6  studies that lump together all the ovarian cancer

7  subtypes?

8  A.    I would view them with some skepticism.

9  Q.    Why?

10  A.    Because as the slide indicates, these tumors are

11  caused in different cells of origin by different types

12  of mutations, and, generally, mutagenic agents cause

13  different types of mutational processes.  They don't

14  cause multiple types of mutational processes such as

15  the case for the Type I tumors versus the Type II

16  tumors.

17  Q.    Now, let's turn to another one of the

18  plaintiffs' hypotheses.

19        What are MUC-1 antibodies?

20  A.    MUC-1 is a mucus glycoprotein that is expressed

21  on fallopian tube cells and other cells, and

22  antibodies against MUC-1 would be antibodies directed

23  against that glycoprotein, directed against MUC-1.

24  Q.    Dr. Neel, do you have an opinion to a reasonable

25  degree of medical and scientific probability as to

Neel-Direct/Ms. Sharko

294

1  whether the use of talcum powder products increases

2  the risk of ovarian cancer or causes ovarian cancer by

3  prohibiting MUC-1 antibodies as hypothesized by the

4  plaintiffs' experts?

5  A.    Yes.

6  Q.    What is your opinion?

7  A.    There is no evidence to support that claim.

8  Q.    Okay.  Let's turn to biologic plausibility.

9        MS. SHARKO:  Judge, there are more details in

10 his report on some of his opinions, but to save time,

11 we're just covering the highlights.

12       THE COURT:  I understand.

13 Q.    Biologic plausibility, what is it?

14 A.    Biologic plausibility means to me that there is

15 some experimental evidence to support a hypothesis

16 about a potential cause of a cancer.

17 Q.    Why is that important particularly in a case

18 like this?

19 A.    It's particularly important when the other

20 evidence is relatively inconsistent or weak.  For

21 example, when the epidemiological evidence is in

22 conflict and/or the purported effect size of a

23 particular agent is small or relatively small, it's

24 particularly important to have some sort of scientific

25 evidence as to the mechanism by which a particular

Noel - Direct/Ms. Sharko

295

1    agent would be proposed to cause the cancer.

2    Q.    When you are reviewing papers for scientific

3    journals, is biologic plausibility something you look

4    for?

5    A.    Actually, it's everything I look for along with

6    technical credibility.  In fact, every paper that I

7    publish is designed to test the biological

8    plausibility of a hypothesis.

9    Q.    Is biologic plausibility also one of the several

10   Bradford Hill criteria?

11   A.    Yes, it is.

12   Q.    Do you need absolute proof of mechanism to have

13   biologic plausibility?

14   A.    No, but you need to have some credible

15   scientific evidence supporting the hypothesis.

16   Q.    Why do you need more than just a hypothesis to

17   show biologic plausibility?

18   A.    A hypothesis without evidence is basically an

19   opinion or speculation.

20   Q.    In your opinion, to a reasonable degree of

21   medical and scientific probability, is it biologically

22   plausible that the perineal application of talcum

23   powder products causes ovarian cancer?

24   A.    No, not with the present evidence.

25   Q.    Now, what does our current understanding of Type

296

1    I and Type II tumors tell us about whether the

2    plaintiffs' theory here is biologically plausible?

3    A.    It's unlikely a single agent would cause both

4    types of tumors because, as I said earlier, both types

5    of tumors initiate in different cells of origin and

6    have different mutagenic processes underlying them.

7    It's also unlikely an agent that has never been shown

8    to be mutagenic would cause these mutations.

9    Q.    We talked about biologic plausibility.  Let's go

10   to causation.

11          Do you have an opinion to a reasonable degree

12   of scientific and medical probability as to whether

13   the perineal use of talcum powder products cause

14   ovarian cancer?

15   A.    Yes.

16   Q.    And what is your opinion?

17   A.    There is no evidence to support that claim.

18   Q.    Now, moving along.  Next would be migration.

19   We'll skip over that in deference to other experts so

20   we don't have repetition, and let's go to

21   inflammation.

22          Do ovarian tumors have inflammation associated

23   with them in general?

24   A.    Fully blown ovarian cancers -- so if a woman has

25   a fully blown ovarian cancer, those tumors are

Neel - Direct/Ms. Sharko

297

1    associated with inflammation.  Interestingly, those

2    tumors are associated with different types of

3    inflammation.  For example, one woman's tumor could be

4    associated with different types of inflammation than

5    another woman's tumor.  This is tumor-associated

6    information.  So ovarian tumors are associated with

7    inflammation.

8    Q.    Does that mean the inflammation caused the

9    ovarian cancer?

10   A.    No.  In order to understand or to study whether

11   inflammation causes ovarian cancer, you have to look

12   at the early events in ovarian cancer and ask whether

13   there is any evidence that the early events are

14   associated with inflammation.

15   Q.    So what are precursor lesions?  Is that the

16   earlier events you are talking about?

17   A.    Yes.  So precursor lesions are lesions you can

18   see under a microscope either with standard stains or

19   sometimes with specialized immunohistochemical stains.

20   These lesions have been shown by molecular approaches

21   to be the cells that give rise to the eventual fully

22   blown ovarian cancer.  So that's what a precursor

23   lesion is.

24   Q.    What are STICs?

25   A.    STICs stands for serous tubal intraepithelial

Neel - Direct/Ms. Sharko

298

1    carcinoma, and STICs are the hallmark of preneoplastic

2    or precursor lesion of high grade serous ovarian

3    cancer.  They are an example of a precursor lesion for

4    high grade serous ovarian cancer.

5    Q.    What is a p53 signature?

6    A.    So p53 signature is thought to be potentially an

7    earlier precursor lesion.  So p53 signature means a

8    cluster of cells that stains with an antibody directed

9    against p53, and many times the p53 mutations result

10   in an abnormally stable form of the protein, and that

11   means that it can be detected by an antibody.

12   Typically p53 is very unstable and it doesn't stain

13   well with antibodies.

14         So a p53 lesion can indicate an even earlier

15   tumor but it is not as strongly associated as a STIC.

16   Q.    Are precursor lesions, STICs, and p53 signatures

17   associated with chronic inflammation?

18   A.    Not as far as I'm aware, no.

19   Q.    Why is that important?

20   A.    Well, because, as I just said, if you want to

21   adduce a particular -- an agent as causing a

22   particular condition, you should be able to see that

23   that process or agent is present in the precursor

24   lesion because that's where the tumor is being formed.

25   Q.    Have people actually looked at STICs under the

Neel-Direct/Ms. Sharko

299

1    microscope to see if they are associated with chronic

2    inflammation?

3    A.    Yes.

4    Q.    Who has done that, which scientists?

5    A.    A study by Malmberg looked at STICs from normal

6    patients and patients undergoing risk reduction

7    surgery for BRCA1 and BRCA2 lesions and found no

8    evidence of increased inflammation.

9         A second study by Dr. Shih, which is

10   unpublished but I reviewed, showed similar findings.

11        THE COURT:  When was the other study done, by

12   Malberg, the earlier one you mentioned, when was that?

13        THE WITNESS:  The date, I can look that up.

14   It is cited in my report.  2016.

15        MS. SHARKO:  Malmberg is Exhibit A 91 to the

16   Tersigni certification, and it was published in 2016.

17        THE COURT:  Thank you.

18   Q.    Dr. Shih's paper is in the notebook of exhibits

19   and it starts in his expert report around page 25.

20        Who is Dr. Shih?

21   A.    He is one of the world's prominent and respected

22   gynecological pathologists, and he is a professor at

23   Johns Hopkins Medical School.

24   Q.    Would it be accurate to classify Dr. Shih's work

25   as a mere hypothesis?

Neel-Direct/Ms. Sharko

300

1  A.    No.

2  Q.    Why not?

3  A.    He actually posed a hypothesis as part of his

4  report and he tested that hypothesis by examining a

5  number of specimens, and that would be an experiment.

6  So it is not a hypothesis.

7  Q.    Now, after you wrote and submitted your expert

8  report, did you have access to Dr. Shih's study?

9  A.    Yes.

10  Q.    Did you review it as critically as you would if

11  you were peer reviewing a paper for one of your

12  journals?

13  A.    Yes.

14  Q.    What conclusions did Dr. Shih reach regarding

15  STICs and chronic inflammation?

16  A.    He found no evidence for an antecedent

17  inflammation in these lesions.

18  Q.    What does all of this evidence tell us about

19  chronic inflammation and ovarian cancer pathogenesis?

20  A.    It means that although several authors have

21  suggested chronic inflammation might play a role in

22  ovarian cancer, that remains a hypothesis and

23  basically speculation at this point.

24  Q.    Switching topics.

25       Asbestos.  Plaintiffs claim that the products

Neel - Direct/Ms. Sharko

301

1    are contaminated with some amount of asbestos which we

2    deny.  But if the defendants' talcum powder products

3    are shown to contain asbestos, would that matter to

4    your analysis, findings, and conclusions?

5    A.    No.

6    Q.    Why not?

7              MR. RESTAINO:  Your Honor, I object.  Dr. Neel

8    did not go into asbestos in his expert report.  When

9    he was asked during his deposition about his opinions

10   regarding asbestos and ovarian cancer, he said, I have

11   no opinion in this regard, and we didn't go any

12   further into that based upon his opinions.

13             MS. SHARKO:  It is not a problem because I

14   only have one final question in this area, and it is

15   exactly what he was asked and testified in his

16   deposition.

17             THE COURT:  Let me hear the question.

18             Don't answer.

19   BY MS. SHARKO:

20   Q.    I think the question was -- he said that it

21   wouldn't matter, and I asked, why not?

22             THE COURT:  I guess the question is:  Was that

23   asked in the deposition and explored?

24             MS. SHARKO:  What I expect Dr. Neel is going

25   to say is exactly what he said at his deposition at

Neel-Direct/Ms. Sharko

302

1   page 49:19 --

2          THE COURT:  The issue was whether it was

3   explored in his deposition?

4          MS. SHARKO:  Yes, it was.

5          THE COURT:  Okay.  Proceed.

6          Do you have the question?

7          THE WITNESS:  Yes.

8          I was asked my understanding of my role in

9   this litigation, was to offer comments as to the

10  biological plausibility of talc products or talc in

11  ovarian cancer, and, therefore, I reviewed the

12  literature concerning that topic, and whatever was

13  used in that literature is what the plaintiffs are

14  alleging is the evidence in favor of biological

15  plausibility.  So, no, it wouldn't matter what was in

16  them because I found no evidence supporting that

17  claim.

18  BY MS. SHARKO:

19  Q.    Now, last big topic.

20         Dr. Saed, have you reviewed the expert report,

21  depositions, lab notebooks, peer reviews, drafts and

22  manuscripts of Dr. Saed?

23  A.    Yes.

24  Q.    Do you have an opinion to a reasonable degree of

25  medical and scientific probability on the methodology

Neel - Direct/Ms. Sharko

303

1    that Dr. Saed used in coming to his opinions?

2    A.    Yes.

3    Q.    And what is your opinion?

4    A.    It's seriously flawed on multiple levels.

5    Q.    Does the data that Dr. Saed reports from his

6    experiment support the conclusion that exposure to

7    Johnson & Johnson's talcum powder products can cause

8    ovarian cancer?

9    A.    No.  And in my opinion they don't even address

10   that question.

11   Q.    Now, your report, the reports of Dr. Boyd,

12   Dr. Shih, and Dr. Mossman, all critique Dr. Saed's

13   experiment at length, and the Judge has those.  So I'm

14   going to cover a couple of the specific methodological

15   criticisms outlined in your report, but we're not

16   going to do everything.

17         What are SNPs?

18   A.    SNPs are single nucleotide polymorphisms.  So

19   SNPs are actually normal variants that are present in

20   all of us.  If we compare my DNA to your DNA, or to

21   the Judge's DNA, we will have a variation on average

22   every 300 bases, and those variants are called SNPs.

23   Most SNPs have no biological consequence.  They

24   represent the normal variation we have between all of

25   us in our courtroom.

Neel - Direct/Ms. Sharko

304

1          SNPs are useful in science because they can be

2    used to map genes, and some SNPs are actually

3    deleterious and associated with disease.

4    Q.    What do we know about these risk conferring

5    SNPs?

6    A.    We know that large-scaled genetic association

7    studies called GWAS or genome-wide association

8    studies.  So we know that large scale genetic

9    association studies or GWAS have mapped a number of

10   SNPs that are associated with risk of ovarian cancer.

11   Q.    Where do I find this GWAS thing?

12   A.    You can go to any browser and type in GWAS

13   catalog, and it will take you to the website; and when

14   you get to that website, you can put in any SNP or you

15   could put in any gene that has SNPs in it which all

16   genes do, or you can put in a disease like ovarian

17   cancer and it will list all the SNPs associated with

18   the disease to statistical significance.

19   Q.    About how many SNPs are associated with an

20   increased risk of ovarian cancer?

21   A.    The last time I did the analysis was around the

22   time of my deposition, and I went to GWAS catalog and

23   there are about 100 SNPs that have been associated to

24   varying degrees of statistical relevance with ovarian

25   cancer.

Neel - Direct/Ms. Sharko

305

1          Another important point about SNPs is because

2    when you look at SNPs, the way these studies work,

3    they look at all of the SNPs at once.  So there is a

4    statistical problem of multiple comparisons.  So in

5    order to associate a given SNP with a disease, you

6    have to have a high statistical relevance.  So only

7    ones that are statistically significant to a P value

8    of 10 to the minus 8 or less are statistically

9    significant.  That's how you interpret the data on

10   GWAS.

11   Q.    Doctor, did Dr. Saed study in his experiments

12   any of those SNPs that are associated with ovarian

13   cancer according to the GWAS compendium?

14   A.    As far as I'm aware at the time I last checked

15   none of the SNPs that Dr. Saed studied in any of his

16   publications or for his deposition or expert report

17   have been linked conclusively to ovarian cancer

18   generation while many others have been.

19   Q.    Now, do you have an opinion to a reasonable

20   degree of medical and scientific probability as to

21   whether talc can cause the specific changes in

22   specific SNPs that Dr. Saed believes it can?

23   A.    Yes.

24   Q.    And what is that opinion?

25   A.    It is completely inconsonant with everything we

Neel  Direct/Ms. Sharko

306

1    know about modern molecular biology.

2    Q.    Why?

3    A.    Well, I think it is easier to understand if I

4    explain how true mutagens work.  A typical real

5    carcinogen or mutagen like benzopyrene or X-rays or UV

6    randomly introduce DNA damage into cells.  So if you

7    have a plate of cells and you expose the cells to a

8    mutagen, there will be DNA damage, and some of that

9    DNA damage won't be repaired if you have enough

10   mutagen and you will get mutations, but those

11   mutations will be random.  Then when you mutate a

12   gene, that provides a selective advantage to the cell

13   over time but not 48 or 72 hours, that clone of cells

14   will grow out, and you will see the mutation.  But it

15   is impossible, as far as we know, for any substance to

16   quantitatively convert a particular locus to another

17   code within 48 to 72 hours, as Dr. Saed alleges, and

18   even more incredible to allege that multiple SNPs are

19   changed during that time period.  It simply is not

20   credible.

21   Q.    Can any substance do that that you are aware of?

22   A.    Not that I'm aware of.  In fact, even our most

23   modern engineering technologies like CRISPR /CAS

24   technology would not be able to do that.  It would be

25   difficult to do with that technology.

Neel - Direct/Ms. Sharko

307

1   Q.   Let's go to animal studies.  Is Dr. Saed's

2   experiment validated by animal studies?

3   A.   No.  As far as I know, he didn't do any animal

4   studies.

5   Q.   Why is animal testing important when you go from

6   in vitro or the lab to in vivo or humans?

7   A.   Well, the standard in the field to assess

8   whether a cell is a cancer cell is to see whether it

9   can form a tumor.  There are examples of cells that

10   behave in a semi-transformed way in cellular assays

11   but do not form tumors, and they are not fully

12   developed cancer cells or can't be shown to be fully

13   developed cancer cells.  So it is essential -- if you

14   are going to assert something is a cancer cell you

15   have to test it as its tumor-forming capability.

16   Q.   What do the animal studies show with regard to

17   talc and ovarian cancer, limiting your answer to the

18   studies you discussed in your report.

19   A.   There is no evidence there is any neoplastic or

20   preneoplastic changes caused by introduction of talc

21   either directly into the ovarian bursa or on the

22   perineum.

23   Q.   Let's go now to lab notebooks.  Did you review

24   Dr. Saed's lab notebooks?

25   A.   I did.

Neel - Direct/Ms. Sharko

308

1    Q.    Why are lab notebooks created?

2    A.    Because it is essential to create a

3    contemporaneous record of the hypothesis that's being

4    tested, the procedures that are being carried out to

5    test that hypothesis, the results that are obtained

6    and usually the provisional interpretation of those

7    results.

8    Q.    Why is that important?

9    A.    Because in order for science to be replicated.

10   You have to know what the experimentalist did.

11   Q.    What did you tell your grad students about this?

12   A.    Well, it's a little flippant.  What I usually

13   tell them is that it is critical to keep good

14   laboratory notebooks because if they go outside and

15   get hit by a truck, after we're finished mourning

16   them, we want to be able to get on with their work.

17   Q.    Now, what did your review of Dr. Saed's lab

18   notebooks and other materials tell you about his

19   laboratory practices?

20   A.    They are irregular at best and sloppy at worst.

21   Q.    Is it acceptable to use white-out in a lab

22   notebook?

23   A.    No.  I've never seen anyone use white-out in my

24   30 years as a faculty member.

25   Q.    Dr. Neel, what does it mean to do an experiment

Neel - Direct/Ms. Sharko

309

1    in triplicate?

2    A.    This is complicated.  In general science

3    requires replicates or replications, and there are two

4    different types of replicate -- biological replicates

5    and technical replicates.  Biological replicates means

6    you take the same cells, you plate them on day one and

7    you expose them to some sort of a stimulus or agent;

8    and you read out a result, and you do the same thing

9    on days two and three.

10          Biological replicates are important to rule

11   out the typical biological variability that occurs

12   between cells.

13          Technical replicates means you do the same

14   assay in multiple times, and that has to do with the

15   precision of the assay measurement.

16          So, typically, experiments are done with both

17   biological and technical replicates.

18   Q.    Let's go to cell lines.  Did Dr. Saed test the

19   correct cell lines in his experiment in your opinion?

20   A.    In almost all cases, no.

21   Q.    For example, SKOV-3 what is the significance of

22   testing that to you?

23   A.    I think the choice of SKOV-3, for example, is

24   inapt in two different ways.  The first way is

25   Dr. Saed was investigating whether talc had effects on

Neel - Direct/Ms. Sharko

310

1  the initiation or the causation of ovarian cancer.

2  SKOV-3 is already an ovarian cancer cell.  So you

3  really can't learn much about whether something is

4  causing a cancer by testing something that is already

5  a cancer.

6          Secondly, SKOV-3 is not a high grade serous

7  ovarian cancer cell line.  As I understand the

8  contention of the plaintiffs, there are major claims

9  on serous ovarian cancer.

10  Q.   Let's go to oxidative stress and transformation.

11  Plaintiffs claim the papers by Buz'Zard and Shukla are

12  supportive of Dr. Saed's data and conclusions.  Are

13  they consistent with Dr. Saed's data and conclusions?

14  A.   No.

15  Q.   Let's start with the Buz'Zard paper.  What is

16  not consistent there?

17  A.   If you actually look -- so one of Dr. Saed's

18  claims is that you could measure oxidative stress

19  simply by measuring the levels of the RNA or protein

20  for pro and/or antioxidant enzymes.  I contend in my

21  report and testify now that it is essential to

22  actually measure reactive oxygen species in the same

23  cells.

24          In the Buz'Zard paper they used the same dose

25  of talc as Dr. Saed did and actually found ROS levels

Neel - Direct/Ms. Sharko

311

1    were actually lower in the treated cells than in the

2    controlled cells, and Dr. Saed claims that ROS would

3    be higher.  So I think that is definitely

4    inconsistent.

5            The second inconsistency is that the effects

6    of proliferation which Dr. Saed claims were also not

7    seen by Buz'Zard at the same dose of talc.

8    Q.    What is gene expression?

9    A.    As you know, we have multiple genes, and at any

10   given time, many of them are making RNA and that's

11   called gene expression.  They are making messenger

12   RNA, and that's called gene expression.  You can

13   measure that by doing today something called RNA

14   sequencing, or RNA-seq for short, and previously you

15   could do that by using Affymetrix arrays.  That's what

16   gene expression is.

17   Q.    Dr. Shukla's experiment as reported in her paper

18   found no changes in gene expression in cells exposed

19   to talc.  Correct?

20   A.    That's correct.

21   Q.    Why is that significant?

22   A.    Because if you don't significantly affect gene

23   express, that essentially means a substance is

24   biologically inert in that cell type.

25   Q.    Plaintiffs and Dr. Saed claim talc is

Neel - Direct/Ms. Sharko

312

1   pro-oxidative and that ovarian cancer is associated

2   with oxidative stress.  What is oxidative stress?

3   A.    Oxidative stress is when reactive levels of

4   reactive oxygen species exceed the level of

5   antioxidants in cells.  So there is an excess of ROS.

6   Q.    Dr. Neel, is it generally accepted in the

7   scientific and medical community that oxidative stress

8   causes ovarian cancer?

9   A.    No.  That's one of the hypotheses that exists,

10  but it is not in any way accepted.

11  Q.    Is it generally accepted in the scientific and

12  medical community that oxidative stress plays a role

13  in the pathogenesis of ovarian cancer?

14  A.    No.

15  Q.    Do Dr. Saed's data even establish that talc

16  increases oxidative stress?

17  A.    No.

18  Q.    Do the data that Dr. Saed reports from his

19  experiment support the conclusion that inflammation or

20  oxidative stress are relevant to ovarian

21  carcinogenesis?

22  A.    No.  In fact, in my opinion, the experiments he

23  did can't even address that question.

24  Q.    Let's go to CA-125, which Dr. Saed said was a

25  hallmark of ovarian cancer.

Neel - Direct/Ms. Sharko

313

1          First of all, what is CA-125?

2    A.    CA-125 is what we call a biomarker of ovarian

3    cancer.  It's basically used by physicians to monitor

4    the level of ovarian cancer cells in a woman's body

5    who has ovarian cancer.

6    Q.    Is it a hallmark of ovarian cancer?

7    A.    Not insofar as hallmark means that it is

8    involved in the causation of the ovarian cancer.

9    There is no evidence to support that.

10   Q.    Let's go to peer review.  Did you review the

11   Gynecologic Oncology peer review comments on

12   Dr. Saed's manuscript?

13   A.    Yes.

14   Q.    What are your opinions as to those comments?

15   A.    I agree with those criticisms.

16   Q.    Are all peer review processes created equal?

17   A.    No.

18   Q.    What kind of peer reviews are given for an

19   abstract or a poster in your experience?

20   A.    Having led many meetings, both national and

21   international, I'm very familiar with what happens

22   with poster reviews.  What happens is the authors or

23   the applicants to the meeting submit an abstract.

24   That's all they submit.  They don't submit any data.

25   They just submit the abstract.  And then a decision is

Neel-Direct/Ms. Sharko

314

1   made as to whether to give a poster presentation or a

2   talk.

3         The most interesting and most provocative

4   papers or abstracts, sorry, are given public oral

5   publications and the less interesting ones are given

6   posters.

7   Q.    When it was asserted yesterday that 20 to 25

8   people peer reviewed Dr. Saed's paper before it was

9   published, what does that mean to you as a scientist

10  with over 200 peer reviewed publications and the

11  editor of six journals?

12  A.    I think that's a highly misleading assertion.

13  Q.    Okay.  In summary, last topic, let's turn to the

14  relevance of what Dr. Saed did.

15        Do you have an opinion to a reasonable degree

16  of medical and scientific probability as to Dr. Saed's

17  study, including the conclusions that he draws, has

18  any relevance to the cause of human ovarian cancer?

19  A.    Not in my opinion, no.

20  Q.    Is it justifiable in your opinion from a

21  scientific point of view to extrapolate from

22  Dr. Saed's work to the cause of ovarian cancer in

23  humans?

24  A.    No.

25  Q.    Dr. Neel, are there good grounds for Dr. Saed's

Noel - Direct/Ms. Sharko

315

1   opinions?

2   A.    Not in my opinion, no.

3   Q.    Do Dr. Saed's conclusions flow from facts known

4   to scientists or the methodology that Dr. Saed

5   employed?

6   A.    No.  As I've indicated, some of his conclusions

7   are completely inconsistent with modern molecular

8   biology.

9   Q.    Does Dr. Saed's experiment tell us anything at

10   all about how talc behaves in the real world of the

11   female reproductive system?

12   A.    No.

13         MS. SHARKO:  Thank you very much.

14         Judge, I'm finished unless you have any

15   questions.

16         THE COURT:  No.  Thank you.

17         Plaintiffs want a few moments before you

18   start?

19         MS. O'DELL:  Yes, please.

20         THE DEPUTY CLERK:  All rise.

21         (Recess.)

22         (Continued on the next page.)

23   ///

24

25

Neel - Cross/Mr. Restaino

316

1          THE DEPUTY CLERK:  All rise.

2          THE COURT:  Thank you.

3

4    **BENJAMIN G. NEEL**, resumed.

5

6    CROSS-EXAMINATION

7    BY MR. RESTAINO:

8    Q.    Good morning, Dr. Neel.  My name is John

9    Restaino.  We had the brief privilege of meeting each

10   other during your deposition in New York.  I have some

11   questions that I prepared and some questions based

12   upon your testimony this morning.

13          No. 1, first, it would be helpful for us to

14   establish the standard by which you wrote your expert

15   report and you based the opinions therein, because I

16   heard multiple times today your opinion was based on a

17   reasonable basis of scientific probability.  Does that

18   sound familiar?

19   A.    I don't recall exactly.  I don't recall saying

20   that.

21   Q.    Well, you were asked if your opinions were held

22   to a reasonable degree of medical certainty or medical

23   probability.  Do you remember that?

24   A.    Yes.

25   Q.    That's not what you testified in your

Neal - Cross/Mr. Restaino

317

1  deposition, did you, sir?

2  A.    I probably testified to what I was asked.

3  Q.    Let's look at what you testified as to the

4  standard you employed in developing your opinions and

5  writing your expert report.

6        For example, on the Bradford Hill viewpoints,

7  you are familiar with them?

8  A.    Yes.

9  Q.    You reviewed the Bradford Hill viewpoints in

10  preparation for writing your expert report.  Right?

11  A.    Yes.

12  Q.    It was reference 5 in your expert report.  And

13  you were asked at your deposition on page 153, 23 --

14  A.    I don't have that deposition.  Do I?  Do I have

15  it?

16        THE COURT:  Is it in the binder you gave to

17  me?

18        MR. RESTAINO:  Page 153, 23, to page 154, 1.

19        MS. SHARKO:  I object.  I don't see how this

20  goes to the questions he was asked.

21        THE COURT:  I think we're looking at different

22  things.  You are asking him generally what is the

23  standard, and we know what the standard is under

24  Daubert and how opinions should be held.  Now, you are

25  asking specifically about Bradford Hill.  I think it's

1   a bit of a disconnect, but feel free to ask him about

2   Bradford Hill.

3   BY MR. RESTAINO:

4   Q.    In fact, throughout your deposition it was your

5   opinion the evidence must be compelling.  Correct?

6   A.    Yes.

7   Q.    Definitive?

8   A.    Well, I think it probably would depend on the

9   context of the exact question when I said

10  "definitive."

11         THE COURT:  There is a difference between his

12  opinions, and we're looking at something different

13  here.  Keep going.

14  Q.    In order to have an argument in favor of

15  biological plausibility, do you have an opinion

16  whether or not the evidence must be compelling and

17  definitive?

18  A.    I understand where the concern is.  The evidence

19  itself has to be compelling and definitive, but it

20  doesn't mean the evidence covers everything.  The

21  evidence produced has to be compelling and definitive.

22  Is that helpful?

23  Q.    Doctor, you are a cancer biologist.  Correct?

24  A.    Yes.

25  Q.    An MD and Ph.D.?

Neel - Cross/Mr. Restaino

319

1    A.    Yes.

2    Q.    When is the last time you actually examined a

3    patient?

4    A.    1988.

5    Q.    Would that be the last time you examined the

6    genitals of a female?

7    A.    Yes.

8    Q.    You are not an oncologist actively treating

9    patients with cancer.  Correct?

10   A.    Correct.

11   Q.    Doctor, you are a cancer biologist that works in

12   a laboratory.  Correct?

13   A.    I work in a laboratory for part of my time, and

14   the rest of my time I run the Perlmutter Cancer Center

15   at NYU Langone, and in that capacity I'm responsible

16   for the entire cancer service line and all cancer

17   research at NYU Langone Health.

18   Q.    That's more of a role as an administrator.

19   Correct?

20   A.    Yes.

21   Q.    But in the laboratory you conduct research

22   involving cancer biology?

23   A.    I oversee the research.  I don't do many

24   experiments anymore.  My post docs would think that is

25   a bad thing.

Neel - Cross/Mr. Restaino

320

1    Q.    Have you or the individuals you oversee ever

2    conducted a study looking at the molecular effects of

3    talc?

4    A.    No.

5    Q.    Now, in preparing your opinions for this case

6    and your expert report, it is true one of the

7    methodologies you employed was an online search using

8    search engines such as Google and PubMed?

9    A.    Yes.

10   Q.    And you developed keywords to conduct that

11   search .  Correct?

12   A.    Yes.

13   Q.    Two of the key words you utilized were

14   "ovarian" and "cancer."  Correct?

15   A.    Yes.

16   Q.    And another one was "inflammation."  Correct?

17   A.    Yes.

18   Q.    On PubMed, if one types in "ovarian cancer,"

19   then a list of a lot of articles are going to come up

20   that either have "ovarian cancer" in their title or

21   "ovarian cancer" in the corpus of the article.

22   Correct?

23   A.    Yes.  I didn't just do "ovarian cancer."  I did

24   "ovarian cancer" and various questions because,

25   obviously, "ovarian cancer" would be very large, just

Neel-Cross/Mr. Restaino

321

1    to clarify.

2    Q.    And you also searched for "inflammation"?

3    A.    In the context of "ovarian cancer."  So it would

4    be "ovarian cancer" and "inflammation."  It's been a

5    long time, so I don't remember exactly everything I

6    searched, to be honest.

7    Q.    Once the list of articles came up on the screen

8    in PubMed -- last night, when I ran a search using

9    "ovarian cancer," "talc" and "inflammation," there

10   were 1,122 articles that came up.  Then you scanned

11   those articles that were germane to your opinions.

12   Correct?

13   A.    Yes.

14   Q.    Some you selected and some you did not select.

15   Correct?

16   A.    Yes.  I looked at the abstracts for most of

17   them, as I recall.

18   Q.    And from those abstracts you then selected

19   articles that you would review in full.  Right?

20   A.    Correct.  Mostly focused on the more recent

21   data.

22   Q.    Now, once you saw the abstracts -- looking at

23   "talc" and "inflammation," there are articles written

24   and published that come down on the side of talc

25   causing inflammation and talc not causing

Neel - Cross/Mr. Restaino

322

1    inflammation.  Is that correct?

2    A.    Yes.

3         Can I expound on that?  Some people would

4    consider granulomas to be inflammation.  So there is

5    no that question talc causes granulomas.  The issue I

6    was looking for when I prepared my expert report was

7    whether talc caused the kind of inflammation that is

8    associated with cancer or cancer initiation.  That was

9    the focus of my expert report.

10   Q.    Granuloma formation is one of the results of the

11   body's immune system reacting to, for example, a

12   foreign body.  Correct?

13   A.    That's correct.

14   Q.    That is an inflammatory reaction?

15   A.    Again, to clarify, granulomas are not associated

16   with ovarian cancer development.  Inflammation is a

17   broad term, as you know, and it is important to focus

18   on the key aspects when you are trying to investigate

19   a subject.

20   Q.    However, for clarification, inflammation would

21   be the first step in acute foreign body reaction

22   inflammation which then can in some cases go on to

23   cause chronic inflammation, which has been caused with

24   cancer formation or the body may form a granuloma to

25   wall that foreign body or splinter one might get

Neel - Cross/Mr. Restaino

323

1   walking on the boardwalk?

2   A.    I think it is much more complicated than you are

3   making it.

4   Q.    There are specific cells we have within our body

5   that are part of the innate immune system.  Correct?

6   A.    That's correct.

7   Q.    These would include macrophages?

8   A.    Correct.

9   Q.    Lymphocytes?

10  A.    Lymphocytes are part of the adaptive immune

11  system and not the innate immune system.

12  Q.    Can you explain that?

13  A.    Macrophages are part of the innate immune

14  system.  These are the official cells that respond to

15  invaders like infections, and then they trigger the

16  production of cytokines and chemokines which can lead

17  to the engagement of the innate immune system.

18  Lymphocytes are part of the innate immune system.

19  Q.    What other cells in addition to the lymphocytes

20  would you expect to find within the innate system?

21  A.    As I just said, lymphocytes are not part of the

22  innate system.

23  Q.    I'm sorry.  The adaptive.

24        THE COURT:  I want to be clear.  Lymphocytes

25  are part of --

```
 1   A.    (Continuing) -- lymphocytes are the sine qua non

 2   of the adaptive immune system.   Innate and adaptive.

 3   Lymphocytes -- there are two major classes of

 4   lymphocytes. T lymphocytes and B lymphocytes.   T

 5   lymphocytes mediate cell immunity and B lymphocytes

 6   produce antibodies.   They are the adaptive immune

 7   system.

 8   Q.    Are there other cells that are listed or can

 9   overlap with the adaptive system?

10   A.    If you are taking about NK cells, most people

11   would classify them as innate.   They are sort of an

12   overlap category.   It stands for natural killer cells.

13   Q.    The presence of NK cells can suggest chronic

14   inflammation.   Correct?

15   A.    Yes.

16   Q.    The presence of lymphocytes can indicate chronic

17   inflammation?

18   A.    Yes.

19   Q.    The presence of macrophages can indicate chronic

20   inflammation?

21   A.    Yes.

22   Q.    Doctor, according to your expert report, you

23   published 234 peer-reviewed manuscripts.   I'm assuming

24   since the time you filled this out, there are probably

25   more?
```

Neel - Cross/Mr. Restaino

325

1    A.    I think this was pretty up to date.  There may
2    be one more.
3    Q.    You also published 33 invited review articles.
4    Correct?
5    A.    Correct.
6    Q.    We heard yesterday from Dr. Saed that an invited
7    review article involves an individual who is
8    recognized by a journal, by a journal editor, whatever
9    the case may be, to be an expert in that area and
10   asked to write a review of the literature germane to
11   that particular topic of which the person is an
12   expert.  Right?
13   A.    It is a little bit more complicated than that.
14   I guess I would have to say no because it is a little
15   more complicated than that.
16   Q.    Are you aware of any situation where a review
17   article has been written by someone who was not an
18   expert in that field?
19   A.    Yes.
20   Q.    Have you ever written a review article on an
21   area in which you do not hold expertise?
22   A.    I try not to.
23   Q.    So you have not?
24   A.    No.
25   Q.    Have you ever written a review article looking

Neel - Cross/Mr. Restaino

326

1    at the inflammatory effects of talcum powder?

2    A.    No, I haven't.

3    Q.    Have you ever written a review article looking

4    at the inflammatory aspects of involving premalignant

5    ovarian cancer?

6    A.    No.

7    Q.    In your review of the abstracts and then

8    articles that you have selected to review for your

9    opinions, did you see abstracts and articles that were

10   contrary to your opinions?

11   A.    On the surface, yes.

12   Q.    Did you read those in addition to those that

13   supported your opinions?

14   A.    Of course.

15   Q.    How did you go about weighing which article

16   would be utilized in your expert report?  For example,

17   the con and the pro, what was the methodology you used

18   to weigh those?

19   A.    The same methodology I would use to write any

20   review article for the scientific literature.  If I

21   thought the topic was on point, then I would

22   definitely include.  If I thought the topic was not, I

23   wouldn't include it.

24   Q.    If the topic was on point and the conclusion was

25   long-term genital exposure to talc resulted in an

Neel/Cross/Mr. Restaino

327

1   increased risk of ovarian cancer, would you include

2   that?

3   A.     Yes.

4   Q.     You testified of your 234 peer-reviewed

5   manuscripts you have been cited 45,000 times.

6   Correct?

7   A.     That was at the time of submission of my CV,

8   yes.  It may be a little higher now.

9   Q.     Why did you share that information with the

10  Court?

11  A.     I think it speaks to the level of impact that I

12  have in the field and my expertise along with my H

13  index.

14         THE COURT:  What is that?

15         THE WITNESS:  The H index is the number of

16  papers you have that have been cited that number of

17  times.  So 107 papers cited at least 107 times.

18  Q.     You consider the H index to be indicative of

19  general acceptance of your work?

20  A.     I think all metrics are imperfect, but the H

21  index is thought to be along with the i10 and several

22  other metrics you can use them together to sort of

23  assess expertise, yes.

24  Q.     A reader seeing your work and noticing an H

25  index of what is probably 107 would then consider your

Neel - Cross/Mr. Restaino

328

1  work to be at least worthy of reading.  Would you not

2  agree?

3  A.    Yes, in general.

4        Can I clarify?

5  Q.    Of course.

6  A.    Generally, readers of papers don't necessarily

7  look at H indices to evaluate that.  People in the

8  field know the names of people in the field.

9  Q.    Your time at Harvard, do you know Dr. Graham

10  Colditz?  He is a physician epidemiologist?

11  A.    I believe he is at Washington University,

12  St. Louis.

13  Q.    Are you familiar with Dr. Graham Colditz's work

14  looking at talc and ovarian cancer?

15  A.    He is an epidemiologist.  So if he was involved

16  in the epidemiological study I read, then, yes.  I

17  don't remember all the authors on the papers, frankly.

18  Q.    Did you read an expert report written by

19  Dr. Graham Colditz in talc litigation?

20  A.    I did not.

21  Q.    Do you know that Doctor Graham Colditz has

22  concluded long-term genital to talc has resulted in an

23  increased risk of ovarian cancer?

24        MS. SHARKO:  I object.  Dr. Colditz is not an

25  expert in this particular case.  No expert report was

Neel - Cross/Mr. Restaino

329

1    served by him.

2              THE COURT:  Mr. Restaino.

3    BY MR. RESTAINO:

4    Q.    When you were doing your PubMed search for

5    ovarian cancer, did you see the publications by

6    Dr. Graham Colditz?

7    A.    As I just indicated, Mr. Restaino, I reviewed a

8    large number of epidemiological studies and I don't

9    recall who was the author on all of those studies.  I

10   remember some of the names but not all of them, but I

11   do remember a large number of epidemiological studies.

12   I don't remember the authors, all of the authors on

13   each of those studies and the most recent

14   meta-analyses.

15   Q.    In looking at the various epidemiological

16   studies that you did review, did you pull those

17   studies that found an association in addition to those

18   that did not?

19   A.    Yes.

20   Q.    Do you know what Dr. Graham Colditz's H index

21   is?

22   A.    I'm sure it is quite high.

23   Q.    If I represent to you Dr. Colditz is the No. 2

24   cited author in the world with an H index of 287,

25   would that surprise you?

Neel-Cross/Mr. Restaino

330

1   A.     No.

2          MS. SHARKO:  Objection.  Relevance.

3          THE COURT:  He's answered it.

4          Move on.

5   BY MR. RESTAINO:

6   Q.     Doctor, you were asked about ROS reactive oxygen

7   species?

8   A.     Yes.

9   Q.     Anything that leads to increased inflammation

10  can lead to an increased production of reactive oxygen

11  species.  Correct?

12  A.     There are two conditionals there.  Can you

13  simplify that question.

14  Q.     Let me reask the question.

15         It is true anything that leads to increased

16  inflammation can result in increased production of

17  ROS?

18  A.     If the answer is, is it possible?  Yes.

19  Q.     Is it more likely than not?

20  A.     That anything that causes chronic inflammation

21  -- anything that causes chronic inflammation where

22  there is macrophages and neutrophils in the

23  environment, if they are chronically stimulated, they

24  can produce excess reactive oxygen species, yes, not

25  lymphocytes.

Neel - Cross/Mr. Restaino

331

1    Q.    You just mentioned a cell type that hadn't been

2    mentioned previously, and that's neutrophils.

3    A.    I mentioned that earlier.

4    Q.    Are neutrophils part of the adaptive or innate

5    system?

6    A.    Innate.  Innate is classically defined as

7    macrophages and neutrophils.

8    Q.    When there is an inflammatory process, there is

9    not, for lack of a better word, barrier that prevents

10   the macrophages, neutrophils from co-mingling with

11   lymphocytes.  Correct?

12   A.    Sometimes.  It depends on the type of

13   inflammation, what is in the inflammatory

14   microenvironment.

15   Q.    Do you agree that reactive oxygen species have

16   the potential to damage DNA and lead to mutations

17   under certain conditions?

18   A.    Yes.

19   Q.    In fact, if we can bring up on the slide your

20   expert report, page 8, in the first full paragraph.

21   You wrote agents or conditions that lead to increased

22   inflammation can result in the production of reactive

23   oxygen species ROS which can damage DNA and lead to

24   mutations under the certain conditions?

25          That's your opinion.  Correct?

Neel-Cross/Mr. Restaino

332

1   A.    Yes.

2   Q.    You will agree any agent that promotes

3   especially chronic inflammation can result in increase

4   ROS formation?

5   A.    It is possible.

6   Q.    Is it more likely than not that it is going to

7   occur?

8   A.    It depends on the type of inflammation.

9   Q.    And that increased ROS development can result in

10  mutagenesis?

11  A.    Yes.  And that can be tested for.

12  Q.    Now, associated with reactive oxygen species is

13  also oxidative stress.  Correct?

14  A.    That's not exactly correct.

15  Q.    Isn't oxidative stress produced by an imbalance

16  between ROS production and the body's ability to

17  detoxify those?

18  A.    That's an accurate statement.

19  Q.    Would you agree that oxidative stress is

20  generally accepted as a critical path though

21  physiological mechanism in different human pathologies

22  including cancer?

23  A.    Can you repeat the question.

24  Q.    It is generally accepted that oxidative stress

25  is a critical pathophysiological mechanism in

Neel - Cross/Mr. Restaino

333

1    different frequent human pathologies which can include

2    cancer?

3    A.    Yes.  But not all.  Just so I'm clear on the

4    question, because it had a lot of modifiers.

5    Q.    ROS can cause protein damage?

6    A.    Yes.

7    Q.    ROS can cause lipid damage?

8    A.    Excess ROS.

9    Q.    Thank you for saying that because you testified

10   that this is also a normal process?

11   A.    Yes.  ROS production is a normal process, yes.

12   Q.    And apoptosis is a normal physiological process?

13   A.    Absolutely.

14   Q.    We are all experiencing apoptosis now by virtue

15   of being alive.  Right?

16   A.    Yes.

17   Q.    It's the programmed normal death of a cell?

18   A.    Yes.

19   Q.    Cellular proliferation is a normal cellular

20   process?

21   A.    In some cells, yes.

22   Q.    All of us in the courtroom are undergoing in

23   some of our cells cellular proliferation right now.

24   Right?

25   A.    Yes.

Neel-Cross/Mr. Restaino

334

1    Q.    Excess abnormal apoptosis is not normal

2    physiological process.  Correct?

3    A.    That's correct.

4    Q.    Excess cellular proliferation is not normal.

5    Correct?

6    A.    Correct.

7    Q.    We all need oxygen here in this room to stay

8    alive.  Correct?

9    A.    Yes.

10   Q.    If this room was filled with 100 percent oxygen,

11   we are not going to stay alive very long?

12   A.    That's complicated.  What do you mean by "very

13   long."

14        THE COURT:  I think we can move on.

15   Q.    There is a difference between normal

16   physiological responses and abnormal physiological

17   responses even if they are the same thing, for

18   example, as cellular proliferation?

19   A.    Yes.

20   Q.    Now, you agree that different lifestyle and

21   environmental related factors may be pro-carcinogenic?

22   A.    Yes.

23   Q.    All cancer does not develop strictly because of

24   genetic abnormalities?

25   A.    That's incorrect.  All cancers result from

Neel - Cross/Mr. Restaino

335

1    genetic abnormalities.  That's what cancer is.

2    Q.    Is it also true those genetic mutations or

3    abnormalities could be secondary to environmental

4    factors?

5    A.    Yes.

6    Q.    So in that sense, almost all cancers are not

7    only genetic but only environmental in basis?

8    A.    That's incorrect.

9    Q.    Are you aware of individuals who published to

10   the contrary?

11   A.    I'm not sure.  I would have to see the actual

12   papers that you are referring to because that's your

13   interpretation.  I'm not sure that I would agree with

14   your characterization of the papers.

15   Q.    Do you agree that cigarette smoking is linked to

16   the development of lung cancer?

17   A.    Yes.

18   Q.    Do you agree that excessive UV light is

19   associated with the development of cancer,

20   specifically especially malignant melanomas?

21   A.    Skin cancer in general, yes.

22   Q.    In fact, you have said people who use tanning

23   beds have over a 50 percent increased risk of

24   developing melanomas.  Correct?

25   A.    Yes.

Neill-Cross/Mr. Restaino

336

1   Q.    That's as a result of the UV light?

2   A.    That's correct.

3   Q.    The UV light is an environmental factor.  Right?

4   A.    Absolutely.

5   Q.    Not everyone who sits long-term in tanning beds

6   develop cancer?

7   A.    That's correct.

8   Q.    In fact, only 10% of long-term smokers, those

9   with high pack year histories, develop lung cancer?

10  A.    I believe I put that in my report.

11  Q.    You did.  That would indicate there is a genetic

12  component also.  Correct?

13  A.    Not exactly correct.  Can I elaborate?

14        Again, this is one of the areas that's very

15  confusing to the lay public.  All cancer is genetic in

16  the sense that it derives from changes in genes or

17  their gene expression.  By that criteria, that's how

18  scientists talk about cancer.  There is not a single

19  credible scientist who would say that cancer is not a

20  genetic or genomic disease.  What you are, I believe,

21  referring to are inherited genomic predispositions, or

22  something like that.  That's different than saying

23  cancer is not genetic.  All cancer is genetic.

24  Q.    There is a difference between inherited

25  mutations and somatic?

1    A.    Yes.

2    Q.    Can you explain to the Court what is meant by a

3    somatic?

4    A.    A somatic mutation is one that occurs after

5    birth.

6    Q.    On page 68 of my outline, looking at your expert

7    report, Doctor, it is your opinion most cancer causing

8    somatic mutations probably occur as a consequence of

9    unrepaired errors in DNA replication and are thus mere

10   bad luck.  Put another way, the cancer causing

11   environment is our own body and the enemy lies within.

12   That's your opinion.  Correct, sir

13   A.    I wrote it in my report, yes.

14   Q.    You have four references after that?

15   A.    Yes.

16   Q.    All four references by Tomasetti and Vogelstein?

17   A.    Yes.

18   Q.    Now, as you mentioned a moment ago, first of

19   all, it is your opinion 60 percent of cancers are

20   preventable.  Correct?

21   A.    Yes.

22   Q.    Not just bad luck?

23   A.    Well, the environment, your body is still

24   causing the cancers, yes.

25   Q.    Now, the publications by Tomasetti and

Neel - Cross/Mr. Restaino

338

1    Vogelstein, that resulted in a impressive controversy

2    in the medical literature, did it not?

3    A.    Yes.

4    Q.    But you provide four articles by just Tomasetti

5    and Vogelstein?

6    A.    Yes.

7    Q.    Now, can you go to Exhibit PSC Neel 21.  There

8    is a paper by Tomasetti and Vogelstein titled,

9    "Variation in Cancer Risk Among Tissues Can Be

10   Explained by the Number of Stem Cell Divisions."

11   A.    Yes.

12   Q.    This is part of the literature search you did in

13   finding these articles, sir?

14   A.    Yes.

15   Q.    And you are utilizing these articles as giving a

16   fair and balanced approach to what your opinions are

17   in this litigation?

18   A.    I don't remember if I cited this particular

19   paper.  I would have to see.

20   Q.    I believe this is your reference No. 14.

21   A.    Okay.

22   Q.    Now, amongst the responses when this paper was

23   published -- first of all, if you look four lines up

24   from the time they say, "The majority is due to bad

25   luck, that is, random mutations arising during DNA

Neel - Cross/Mr. Restaino

339

1    replication in normal noncancerous stem cells."

2    Correct?

3    A.    Yes.

4    Q.    You put that in your expert report?

5    A.    Yes.  Not exactly the same statement.

6    Q.    Now, if we could go to Exhibit PSC Neel 12,

7    there is a paper by Nowak and Waclaw, titled, "Genes

8    Environment and Bad Luck," explain cancer risk in a

9    statistical sense.  This was published in Science in

10   March 2017, and Science is a highly rated scientific

11   journal.  Correct, sir?

12   A.    Yes.

13   Q.    You are not a statistician.  Correct?

14   A.    No.

15   Q.    Now, in the first paragraph of this paper they

16   write:

17         "It is a human trait to search for

18   explanations for catastrophic events and rule out mere

19   chance or bad luck.  When it comes to human cancer,

20   the issue of natural causes versus bad luck was raised

21   by Tomasetti and Vogelstein about two years ago.

22   Their study, which was widely misinterpreted as saying

23   that most cancers are due neither to genetic or

24   inheritance nor environmental factors but simply bad

25   luck, sparked controversy.  To date, a few hundred

1  papers have been written in response including two to

2  six with some such as two coming to opposite

3  conclusions."

4        Do you agree the Tomasetti/Vogelstein paper

5  sparked controversy?

6  A.    Yes.  I'm not claiming all cancers are caused by

7  bad luck.  I'm saying definitely -- multiple things

8  contribute to any given cancer.  Inherited

9  predisposition can contribute.  Abnormal replication

10  errors that just occur by bad luck, and in some cases

11  environmental agents.

12  Q.    In your expert report, which Her Honor read and

13  has to read, you wrote specifically:  "Rather most

14  cancer causing somatic mutations" -- somatic being

15  after birth -- "probably occurs as a consequence of

16  unrepaired errors in DNA replication and are thus mere

17  bad luck"?

18  A.    I think the context is that not all cancers are

19  caused by environmental agents; and if I miswrote or

20  misspoke, I'm happy to clarify.

21  Q.    It's not your opinion as an expert in cancer

22  biology that women who have developed ovarian cancer

23  perhaps due to long-term genital use of talc didn't

24  get the cancer from the talc but it is just bad luck

25  on their part.  That's not their testimony, is it?

Neel-Cross/Mr. Restaino

341

1  A.    That's a very difficult question.  It is my

2  testimony that there is no evidence perineal

3  application of talc contributes to ovarian cancer in

4  any woman.  That is my testimony.  That's more clear.

5  Q.    Looking at those studies that have a contrary

6  opinion the epidemiological studies that come to a

7  contrary opinion, it is not your opinion that talc had

8  no role at all because this is all due to merely bad

9  luck?

10  A.    That's a mischaracterization of my opinion.

11  Q.    If so, I apologize, and I just want that

12  clarified.

13  A.    Would you like me to clarify my opinion?  That

14  is a mischaracterization of my opinion.

15        THE COURT:  Tell me what your opinion is.

16        THE WITNESS:  My opinion is there is no

17  evidence from the epidemiological studies alone that

18  makes it more likely than not that perineal talc

19  causes ovarian cancer.  That's my opinion.

20  BY MR. RESTAINO:

21  Q.    Have you seen the epidemiological studies that

22  have found an increased risk between long-term

23  exposure to talc and ovarian cancer?

24  A.    Yes, I have.

25  Q.    That is evidence in and of itself.  Correct?

1    A.    No.   That is evidence of an association between

2    a particular agent and a particular outcome.   There

3    are also many other studies that show the opposite

4    including the more compelling studies.

5    Q.    Compelling in your opinion?

6    A.    Compelling as I understand it from all

7    epidemiologists that cohort studies are more reliable

8    than case-control studies.   As I said, I'm not an

9    epidemiologist.

10   Q.    Would you agree a properly designed, properly

11   performed case-control study outweighs a poorly

12   designed, poorly conducted cohort study?

13   A.    I don't have an opinion on that.

14   Q.    You agree smoking causes cancer?

15   A.    Smoking causes several kinds of cancer, yes.

16   Q.    You would agree asbestos causes lung cancer?

17   A.    Yes.

18   Q.    Do you know if there is an actual increased risk

19   in individuals who both smoke and are exposed to

20   asbestos?

21   A.    Yes.

22   Q.    That would be known as the -- could be described

23   as dramatically cocarcinogenic.   Does that sound

24   familiar?

25   A.    Yes.   I think I wrote that.

Neal - Cross/Mr. Restaino

343

1   Q.    Are you familiar with the epidemiological term

2   "interaction or effect modification"?

3   A.    I'm not an expert in epidemiology.  I've read

4   that.  I can't state with confidence what that means.

5   Q.    How about if we just go along with "dramatically

6   cocarcinogenic," inasmuch as you wrote that?

7   A.    I understand what that means.

8   Q.    There are risk factors associated with the

9   development of ovarian cancer.  Correct?

10  A.    Yes.

11  Q.    If we can turn to your expert report, page 12.

12  In the bottom paragraph you have a section that you

13  wrote, expert report.

14        Sir, you wrote:

15        "Multiple factors rather than a single cause

16  likely contribute to ovarian cancer generation.  It is

17  difficult to attribute a specific case of cancer to a

18  single cause."

19        You wrote that, sir.  Correct?

20  A.    Yes.

21  Q.    In fact, it is true that most disease states are

22  multifactorial with the exception of trauma or direct

23  poisoning.  Don't you agree?

24  A.    I think that's generally true, yes.

25  Q.    Most causes are multifactorial.  Would you

Neel - Cross/Mr. Restaino

344

1    agree?

2    A.    I don't know what you mean.

3    Q.    In order to determine something is actually

4    caused in effect most of the time, that's

5    multifactorial?

6    A.    I'm not sure I thought that through enough to

7    give a yes or no answer.

8    Q.    If we go to page 13 of your expert report, you

9    are discussing risk factors, you write:

10          "There are several clearly established risk

11   factors for all ovarian cancer and others for specific

12   types" reviewed in 43.

13   A.    Yes.  Can I clarify?

14   Q.    Of course.

15   A.    (Continued reading.)

16          For example, those risk factors were

17   attributed to all ovarian cancers.  It doesn't mean

18   that the studies actually broke out their attribution

19   to specific subtypes, and I think I was a little loose

20   in the way I wrote that sentence.

21   Q.    Take a look at that.  Your reference is

22   reference 43, "Reid, et al, Epidemiology of Ovarian

23   Cancer, a Review."

24          Sound familiar, sir?

25   A.    Yes.

345

1   Q.    Now --

2   A.    That's by Tom Sellers, the senior author on that

3   paper.

4   Q.    If you go --

5   A.    Can you tell me what exhibit that is?

6   Q.    PSC Neel 16.

7   A.    What page?

8   Q.    Page 11.  There is a section there titled

9   "Genetic Epidemiology."

10          See that?

11  A.    Yes.

12  Q.    Reference 43, they write:

13          "One of the most significant risk factors for

14  ovarian cancer is a family history of the disease.

15  First degree relatives of probands have a 3 to 7 fold

16  of increased risk especially if multiple relatives are

17  affected and at an early age of onset."

18          Did I read that correctly?

19  A.    Yes.

20  Q.    A proband is the starting point in a family for

21  a genetic study?

22  A.    It is the person in this case who has the

23  cancer.  Probably, that's what they meant.

24  Q.    Doctor, you would agree it is biologically

25  plausible for a family history of ovarian cancer to be

Neel - Cross/Mr. Restaino

346

1    a risk factor for the development of ovarian cancer?

2    A.    This is one of those cases where I feel I wasn't

3    exactly accurate.  Some of the genetic predispositions

4    that Dr. Sellers cites in his paper are only risk

5    factors for one subtype of ovarian cancer.  For

6    example, BRCA1, BRCA2, those DNA repair mutations are

7    all high grade serous cancer risk factors.

8          However, this paper by Reid does not break

9    down the description of ovarian cancer and risk

10   factors to subtypes, does it?

11   A.    At this time, actually does, if you read the

12   paper.

13   Q.    Let's go through the different risk factors and

14   their references.  Reid provides four references for

15   the statement, "The risk of ovarian cancer and first

16   introduce degree relatives are probands, 43 to 47."

17   A.    Okay.

18   Q.    Did you pull those references numbers 43 and 47

19   to review them?

20   A.    I would have to go see 43 and 47.

21         No, I didn't read those papers.  It's well

22   known those genes cause high grade serous ovarian

23   cancer.  The mutations in those genes are risk factors

24   for high grade serous cancers.

25   Q.    The four references that Sellers -- that they

Neal - Cross/Mr. Restaino

347

1  referenced, these are four epidemiological studies

2  published in the peer-reviewed literature.  Correct?

3  A.    I didn't read them.  I assume they are

4  epidemiological studies.

5  Q.    Because you are relying on what Dr. Reid wrote

6  as your reference?

7  A.    I'm relying on the fact BRCA1 and BRCA2 and

8  these genetic factors are associated with high grade

9  serous ovarian cancer.  That is well-established

10  knowledge for anybody who works in the field of

11  ovarian cancer.

12  Q.    You referenced Reid for your statement there are

13  several clearly established risk factors for all

14  ovarian cancers.  Right?

15  A.    I did write that.  I meant that some papers will

16  say ovarian cancer and not break it down; especially

17  the earlier papers which were published before these

18  subtypes were appreciated.

19  Q.    In the same exhibit, if we go to page 11, on the

20  right column there is a heading risk factors and

21  preventive factors, hormonal and reproductive risk

22  factors.  See that?

23  A.    Yes.

24  Q.    They write there:

25        "Epidemiological research has clearly

Neel - Cross/Mr. Restaino

348

1   implicated hormonal and reproductive factors in the

2   pathogenesis of ovarian cancer."

3           Do you agree epidemiological research has

4   clearly implicated hormonal and reproductive factors

5   in the pathogenesis of ovarian cancer?

6   A.    Yes.  But with qualifications that, for example,

7   the risk for hormonal factors appear to be more for

8   the Type I endometrioid tumors, for example.

9   Q.    Is it biologically plausible for a woman without

10  a history of giving birth to have higher risk factors

11  for the development of ovarian cancer?

12  A.    Yes, it is biologically plausible.

13  Q.    They next describe age at menarche and age at

14  menopause.  They write:

15          "According to incessant ovulation hypothesis,

16  early age at menarche and late age at menopause

17  increases risk by increasing the number of ovulatory

18  cycles."

19          Did I read that correctly?

20  A.    Yes.

21  Q.    Do you agree that the incessant ovulation

22  hypothesis, at an early age of menarche and menopause

23  at a later age increase the risk of ovarian cancer?

24  A.    With the qualification Dr. Sellers also makes on

25  page 13 at the end of the paragraph, regardless the

Neel-Cross/Mr. Restaino

349

```
 1   available --
 2           THE COURT:  Slow down a little bit.
 3   A.    Sorry.  On page 13 Dr. Sellers also writes:
 4           "Regardless, available evidence suggests the
 5   magnitude of any effect is small."
 6           With that qualification, which Dr. Sellers has
 7   also made in his review,.
 8   Q.    "Small" still means there is an increased risk?
 9   A.    There is an increased risk, yes.
10   Q.    And it is an huge increased risk for the woman
11   who develops ovarian cancer?
12   A.    That's hard to answer.  You can't make a risk
13   assessment for an individual.
14           THE COURT:  He didn't expect an answer to
15   that.  It is more of a statement.
16           THE WITNESS:  I'm trying to help.
17   Q.    Dr. Reid also provided references for the notion
18   that the increased risk of ovarian cancer associated
19   with the age of menarche and menopause.  Did you pull
20   those studies and review them.
21   A.    I probably looked at some of them but not all of
22   them.  Again, the purpose of my report was to assess
23   the biological experiments.  I read the
24   epidemiological experiments to see if there was any
25   evidence at all in favor of the hypothesis.
```

1    Q.    Doctor, parity indicates a number of pregnancies

2    reaching viable gestational age, including live births

3    and still births.  Correct?

4    A.    Yes.

5    Q.    They have a section on page 13 they titled

6    "Parity and Infertility."  See that?

7    A.    Yes.

8    Q.    They write:

9          "The association between pregnancy and ovarian

10   cancer risk has been studied extensively."

11         See that, sir?

12   A.    I do.

13   Q.    Do you agree that association has been studied

14   extensively?

15   A.    I think Dr. Sellers would be more able to make

16   that statement than I, but yes, I agree.

17   Q.    Further down they write:

18         "Indeed, parous women have a 30 percent to 60

19   percent lower risk than nulliparous women" and they

20   have many references, "and each additional full-term

21   pregnancy lowers risk by approximately 15 percent.

22   Did you pull all those references?

23   A.    I did not pull all of those studies, no.

24   Q.    Do you know if any of those referenced

25   epidemiological studies break down the analysis by

Neal - Cross/Mr. Restaino

351

1   ovarian cancer subtype?

2   A.    I don't know if those studies do that, but a

3   more recent study does.

4   Q.    Is that more recent study published in your

5   expert report?

6   A.    It is in my supplemental report.  It is not in

7   my original report.

8   Q.    Now, continuing on, on page 13 they have a

9   section on lactation.  Do you see that, sir?

10  A.    Yes.

11  Q.    Once again they write:

12        "Both the incessant ovulation and gonadotropin

13  hypotheses would predict lactation reduces the risk of

14  ovarian cancer.  In fact, most studies indicate a

15  slight protective affect from breast feeding with odds

16  ratio approximating 0.6, to 0.7"  with many references

17  "although some have not,." And other references.

18        Correct?

19  A.    Yes.

20  Q.    Did you pull those epidemiological studies?

21  A.    No.

22  Q.    Do you know if any of those studies in this

23  paper by Reid et al, which is your reference 43 and

24  you are relying upon break down the ovarian cancer by

25  subtype?

Neal - Cross/Mr. Restaino

352

1    A.    I don't.

2    Q.    If we go over to page 14, right column, final

3    paragraph:

4         "Several gynecologic procedures appear to

5    influence the risk for ovarian cancer.  It is well

6    established that among high risk women bilateral

7    prophylactic oophorectomy decreases risk by at least

8    90 percent reference 176."

9         Do you agree with Reid at all that several

10   gynecologic procedures appear to influence the risk of

11   ovarian cancer?

12   A.    Yes.

13   Q.    Do you agree it is well-established among high

14   risk women bilateral prophylactic oophorectomy

15   decreases that risk by at least 90 percent?

16   A.    Yes.

17   Q.    Did you pull that reference?

18   A.    I don't recall if I pulled that reference.

19   That's well-established.

20   Q.    And that looks at ovarian cancer in general, not

21   by subtype.  Correct?

22   A.    Yes.

23   Q.    Now, Doctor, is it biologically plausible for a

24   woman who has undergone a tubal ligation -- for a

25   woman who has not undergone tubal ligation to be a

Neel - Cross/Mr. Restaino

353

1  risk factor for ovarian cancer -- how about if I

2  strike that and try that in English.

3       Is it biologically plausible for a woman who

4  has not undergone a tubal ligation to have a higher

5  risk for the development of ovarian cancer?

6  A.    Actually, if you read the complete context of

7  Dr. Sellers' review, you will notice in the last

8  sentence of that section, says:

9       "Indeed, this hypothesis is supported by

10 epidemiological studies that show the strongest

11 associations between tubal ligation and ENOC carcinoma

12 and CCOC" -- which stands for clear cell carcinoma.

13 A.    Again, there is biological plausibility for that

14 because it blocks the egress of endometriotic lesions

15 from the uterus to the tube.  I think that's a good

16 example of how modern epidemiology would in fact break

17 ovarian cancer into separate diseases, as I said in my

18 expert report and I said this morning.

19 Q.    Now, you referenced the Reid and Sellers paper?

20 A.    I did.

21 Q.    To support your opinion regarding risk factors

22 for ovarian cancer?

23 A.    Yes.

24 Q.    In this paper not only their opinions regarding

25 risk factors but all the supporting epidemiological

1  studies there all look at risk factors as it relates

2  to the development of ovarian cancer, and you did not

3  state that this paper should be read with skepticism,

4  did you?

5  A.    I said -- I did not state this paper should be

6  read with skepticism, no.

7  Q.    But you did write studies including

8  epidemiological reports that treat ovarian cancer as a

9  single entity should in your opinion be viewed with

10 skepticism?

11 A.    Yes.  Both statements are correct.

12 Q.    Now, there is a couple of other risk factors

13 that Reid and Sellers did not discuss, and that would

14 include, for example, Jewish ethnicity.  Correct?

15 A.    They did not discuss it.

16 Q.    But it is biologically plausible for some woman

17 of Jewish ethnicity to get ovarian cancer?

18 A.    If they have a BRCA mutation.

19 Q.    And Reid et al did not discuss long-term genital

20 talc use as a risk factor for ovarian cancer?

21 A.    They actually did discuss long term genital talc

22 use for ovarian cancer.  It is on page 18.  Can I read

23 it?

24 Q.    Sure.

25 A.    (Reading.)

1          "Mechanistic pathology in animal studies do

2    not support:

3          THE COURT:  That's clearly not slow.

4    A.    This is on page 18.

5          "While mechanistic, pathology, and animal

6    studies do not support evidence for the

7    carcinogenicity of talc on the ovarian epithelium

8    epidemiological studies have indicated an association

9    of talc use in increased ovarian cancer risk."

10          I agree with that.  I agree completely with

11    Dr. Sellers' opinion.  There is no animal,

12    mechanistic, pathological, or other evidence for an

13    effect of talc on the ovarium epithelium, and I would

14    add the Fallopian tube epithelium to that.

15    Q.    But there is epidemiological evidence?

16    A.    There is some epidemiological evidence which she

17    discusses in this review, and I'm sure I read all of

18    those papers which was the subject of my expert

19    report.

20    Q.    Now, when you were doing your initial PubMed

21    search and utilizing key words such as "ovarian

22    cancer," did you find a paper titled, "Opportunities

23    and Challenges in Ovarian Cancer Research, a

24    Perspective from the 11th Ovarian Cancer Action/HHMT

25    Forum, Lake Como, March 2007"?

Neel - Cross/Mr. Restaino

356

1   A.    I don't believe I read that.

2   Q.    Have you ever seen this paper?

3   A.    No.  I'm just seeing it now.  That's like

4   ancient history 2007.

5   Q.    The Bible is from ancient history --

6         THE COURT:  That's not appropriate.  Let's

7   move on.  We are talking science today.

8   Q.    This was published in Gynecologic Oncology in

9   2008.  Correct?

10  A.    Yes.

11  Q.    Not referenced in your expert report?

12  A.    No.

13  Q.    Not listed in your reliance list?

14  A.    No.

15  Q.    Not listed in your supplementary reliance list?

16  A.    No.

17  Q.    Has "ovarian cancer" in the title?

18  A.    Yes, it does.

19  Q.    If you go to the tab which is PSC Neel 24, they

20  write:  "Identification of woman at increased risk

21  will facilitate prevention and early detection in

22  subsets of patients."  As a physician, you would agree

23  that's a good thing to do.  Correct?

24  A.    Absolutely.

25  Q.    Now, if you go on to the first page, the right

Neel/Cross/Mr. Restaino

357

1  column, at the bottom of the first paragraph, this is

2  PSC Neel 24:

3          "Aside from genetic profiling there may be

4  reproductive or environmental risk factors which could

5  be combined to identify women at increased risk for

6  the disease.  Such women might be candidates for more

7  intensive screening or chemo or immune prevention."

8          Did I read that correctly?

9  A.    Yes.

10  Q.    We just went through with the Reid and Sellers

11  paper reproductive and environmental risk factors, did

12  we not?

13  A.    Yes.

14  Q.    Which could be combined to identify women at

15  increased risk that's akin to smoking and asbestos,

16  and I think your co-carcinogenic risk factors

17  combining smoking, combining asbestos, you get a

18  higher risk than each agent by itself.

19          Do you understand that, sir?

20  A.    Sure.  Absolutely.  Yes.  Although it is not the

21  case all risk factors when combined would increase the

22  ability to prevent things.  There could be

23  antagonistic effects, but just to be clear.

24  Q.    That could be adjusted for in any

25  epidemiological studies?

Neel - Cross/Mr. Restaino

358

1  A.    Epidemiological studies are basically attempts

2  to do that.  You have to do a prospective study to see

3  whether it is successful.

4  Q.    To see what is successful?

5  A.    Epidemiological studies can suggest a strategy,

6  but you have to do a prospective study to see whether

7  it actually works.

8  Q.    You are saying that as an expert in

9  epidemiology?

10  A.    As an expert in medicine.

11  Q.    If I conducted a study retrospectively looking

12  at miners from the state of Colorado that both smoke

13  and are exposed to radon and look at their medical

14  history and I determine that smokers have an odds

15  ratio of 25 where as those exposed to radon have a

16  risk factor of four, and when combining them to affect

17  modification see a risk of 100, is that an invalid

18  study?

19  A.    No.  That's such a strong risk factor that it

20  makes a big difference.  I misspoke.

21  Q.    Let's go to the next paragraph which starts:

22        "A combination of demographic reproductive and

23  environmental risk factors might be used to develop a

24  model that would more accurately predict risk.  One

25  preliminary algorithm using seven risk factors -- in

Neel - Cross/Mr. Restaino

359

1    parenthesis age over 45, long-term genital talc use,

2    family history of ovarian cancer, early onset breast

3    cancer, Jewish ethnicity, no oral contraceptive OC

4    use, no live birth, no breast feeding, no tubal

5    ligation, show that women with six to seven of these

6    events have an odds ratio of 7.55."

7              Did I read that correctly?

8    A.    Yes.

9    Q.    Now, those risk factors that are listed there.

10   We just went through many with the exception of Jewish

11   ethnicity described in your reference 43, the

12   Reid/Sellers paper.  Correct?

13   A.    Yes.

14   Q.    Now, OR equates to an odds ratio.  Correct?

15   A.    Yes.

16   Q.    An odds ratio of 7.59 equates to an increased

17   risk of 659 percent.  Correct?

18   A.    I would have to do the calculation but I would

19   trust you.

20   Q.    An odds ratio of 1 means no increased risk?

21   A.    Yes.

22   Q.    It's the background rate?

23   A.    Yes.

24   Q.    If we go up to 0 1.5 we have a 50 percent

25   increased risk.

Neel-Cross/Mr. Restaino

360

1   A.    Yes.  I'm not contesting your math.

2   Q.    Now, the co-authors of this paper -- the

3   conference was in 2007, the paper was published in

4   2008 -- reported on this algorithm indicating that a

5   woman with six to seven of these events, including

6   long-term genital talc use, had an increase of

7   659 percent of developing ovarian cancer, and you

8   didn't find this study, sir?

9   A.    I remember seeing the study on that model.  I do

10  remember seeing that study, but I don't remember in

11  detail what it said.

12  Q.    Now, if we go down further in the paper we see a

13  list of authors.

14  A.    Yes.  I have the list.

15  Q.    Now, at the second author is Frances Balkwill.

16  Frances.  You know Dr. Balkwill?

17  A.    Yes.

18  Q.    You recognize her as an esteemed researcher in

19  the area of ovarian cancer?

20  A.    Along with Dr. Boyd who is also listed as an

21  expert.

22  Q.    That would be Jeffrey A. Boyd, who is a defense

23  expert?

24  A.    Yes.  Actually, I recognize most of them.

25  Q.    In fact, you had Dr. Balkwill as one of your

1    lead speakers at the AACR meeting in 2012 that you

2    chaired.  Correct?

3    A.    Correct.

4         MR. RESTAINO:  Your Honor, would this be a

5    good time to take a lunch break?

6         THE COURT:  Yes.

7         THE DEPUTY CLERK:  All rise.

8         (The luncheon recess is taken.)

9         (Continued on the next page.)

10   ///

362

1          **A F T E R N O O N   S E S S I O N**

2

3          THE DEPUTY CLERK:  All rise.

4          THE COURT:  Thank you.

5

6    **BENJAMIN G. NEEL,** resumed

7

8    CROSS-EXAMINATION (continued)

9    BY MR. RESTAINO:

10   Q.    Good afternoon, Dr. Neel.

11   A.    Good afternoon.

12   Q.    Dr. Neel,, I'm just going to finish off where we

13   left, the studies regarding risk factors and the Lake

14   Como studies, and I would like to put up on the screen

15   your deposition testimony.

16          You were asked --

17          MS. SHARKO:  I object.  This isn't proper use

18   of the deposition.  There is no contradiction.

19          MR. RESTAINO:  I think it is complete

20   contradiction.

21          MS. SHARKO:  I don't think it is proper use of

22   deposition testimony.

23          THE COURT:  Take it off.  Ask him the question

24   and see if he agrees with that.  It will still happen,

25   I'm sure.

Neel - Cross/Mr. Restaino

363

1    BY MR. RESTAINO:

2    Q.     Dr. Neel, can credible scientists look at the

3    evidence and determine the genital use of talcum

4    powder is a risk factor for ovarian cancer?

5    A.     Not in 2019, no.

6    Q.     That's because of the epidemiological studies

7    that have been published since then?

8    A.     No, the biology studies that show no evidence of

9    causation.

10   Q.     And you are relying strictly on biology studies

11   for that?

12   A.     Those are the primary studies I reviewed as part

13   of my expert report.

14   Q.     If there is a biology study that has an unknown

15   mechanism, you would not agree that study could

16   indicate carcinogenicity in a human being.  Is that

17   true?

18   A.     That's a hypothetical.  I don't know what you

19   mean by a biological study without a mechanism.

20   Q.     A molecular mechanism study.

21   A.     I don't think there is any biologic evidence

22   talc causes ovarian cancer.  Is that fair?

23   Q.     Did you write your expert report with the same

24   care that you used in writing your published papers?

25   A.     I tried to.

Neel-Cross/Mr. Restaino

364

1    Q.    You recognize there are some errors in your

2    expert report or misquotes as you used them so far

3    this morning?  Have you had papers returned by

4    reviewers indicating that changes needed to be made?

5    A.    Absolutely.

6    Q.    In fact, it is not uncommon to send in a

7    published or a manuscript for publication to one

8    journal and have the journal, for whatever reason,

9    reject it and have it published in another journal.

10   Correct?

11   A.    That's correct.

12   Q.    That happens all the time actually?

13   A.    Yes.

14   Q.    Now, let's turn to your expert report.  I'm on

15   page 53 of the outline -- your expert report on page

16   17, I believe, and it is paragraph B.  You start off

17   with a quote, "MPO"?

18   A.    Yes.

19   Q.    "MPO and iNOS are highly expressed and

20   co-localized in EOC cells"?

21   A.    That's referring to a quote from Dr. Saed's

22   paper.

23   Q.    It is indeed.  It is from Dr. Saed's report, the

24   bottom of page 5.  And you write:

25         "Even if this statement were true," this

Neill-Cross/Mr. Restaino

```
 1   statement may in fact be true.
 2          Correct?
 3   A.    I don't agree that it's true; but even if it
 4   were true it's a non sequitur.  That's what I wrote.
 5   Q.    The statement may be true?
 6   A.    No, that's not what I'm saying.
 7   Q.    You write, "Even if the statement were true" --
 8   A.    That's a hypothetical, if it were true, it's a
 9   non sequitur.  If you read the rest of it, you will
10   see it isn't.
11   Q.    Let's go to Dr. Saed's report, the bottom of
12   page 5.
13          THE COURT:  Is page 5 quoting from his expert
14   report or his manuscript?
15          MR. RESTAINO:  The expert report.
16   Q.    (Reading.)
17          "My laboratory has previously reported that
18   MPO, a hemoprotein present solely in myeloid cells
19   that acts as a powerful oxidant, and iNOS, a key
20   pro-oxidant enzyme, are highly expressed and
21   co-localized to the same cell in EOC cells."
22   A.    I don't have his report, but I believe that's
23   what he wrote, yes.
24   Q.    He has a reference there.  Correct?
25   A.    Yes.
```

Neel - Cross/Mr. Restaino

366

1    Q.    Reference 17, which is the paper published 2010

2    in Gynecologic Oncology?

3    A.    Yes.

4    Q.    A well-respected journal?

5    A.    Yes.

6    Q.    Now, you find this seriously flawed?

7    A.    Yes.

8    Q.    The peer reviewers did not?

9    A.    They made a mistake, and there is knowledge

10   since that time that helps to address that mistake.

11   Q.    The editor did not have a problem with this and

12   it was published.  Correct?

13   A.    Yes.  There are many things published that are

14   not accurate.

15   Q.    If this was seriously flawed, since this time in

16   2010, did you see a single letter to the editor of the

17   journal Gynecological Oncology pointing out serious

18   flaws in Dr. Saed's manuscript?

19   A.    No.

20   Q.    Did you write a letter to the editor at the time

21   indicating this paper had serious flaws?

22   A.    I didn't read the paper at the time.

23   Q.    You only read this paper after you were retained

24   as an expert by Johnson & Johnson.  Correct?

25   A.    This particular paper, that's correct.

Neel - Cross/Mr. Restaino

367

1    Q.    Are you planning on writing a letter to the

2    editor of the journal indicating this study has

3    serious flaws?

4    A.    I hadn't thought about it.

5    Q.    MPO is an oxidant and an inflammatory marker?

6    A.    It is a pro-oxidant molecule inside of myeloid

7    cells, but it is not a marker of inflammation.

8    Q.    Has it been shown in ovarian cancer to affect

9    proliferation and apoptosis?

10   A.    Dr. Saed I believe claimed that, but it is not

11   expressed in ovarian cancer cells.

12   Q.    Now, is your opinion that any effect on any cell

13   line by talcum powder is irrelevant?

14   A.    No.  It depends what the question is.

15   Irrelevant to what?

16   Q.    Irrelevant to biological activity.

17   A.    It depends on the context.

18   Q.    Is it relevant to biological activity resulting

19   in inflammation?

20   A.    Not if it concerns the ovarian cancer cell, no.

21   Q.    Regarding the criticism of the SKOV-3 cell line,

22   in the same paragraph SKOV-3 is in fact still the most

23   widely used cell line for ovarian cancer.  Correct?

24   A.    I don't know if it is still.  It depends on the

25   context.

Neill - Cross/Mr. Restaino

368

1  Q.    Have you seen any recent publications -- and

2  I'll limit it to 2018, 2019 -- advising the general

3  scientific community to not use SKOV-3 as a cell line

4  for study of ovarian cancer?

5  A.    There are three papers published, but not in

6  2018, that did make exactly that advice.

7  Q.    There are also papers that follow that in

8  response indicating the value of SKOV-3 for studying

9  ovarian cancer.  Right?

10  A.    I don't know which papers you are referring to.

11  Q.    You didn't review both sides of those?

12  A.    It is not two sides to that.  It is

13  well-established from the genetic data that SKOV-3 is

14  not a serous ovarian cancer line.  That is what the

15  controversy is about.

16  Q.    What there is no controversy about, it is

17  generally accepted to test in that cell line for an

18  effect for ovarian cancer and then, if necessary,

19  check another cell line?

20  A.    No, that's incorrect in my opinion.

21  Q.    In your opinion?

22  A.    Yes.

23  Q.    Now, in paragraph C of your expert report on

24  page 18 you wrote:

25         "Common SNPs in the redox enzymes are known to

Neel - Cross/Mr. Restaino

369

1    be strongly associated with altered enzymatic activity

2    that has been linked to ovarian cancer," and you put

3    pages 7 and 8, quoting Dr. Saed.  Correct?

4    A.    Correct.

5    Q.    In fact, Dr. Saed does not state altered

6    enzymatic activity has been linked to ovarian cancer;

7    does he?

8    A.    I don't have his expert report so I can't

9    comment on that.

10   Q.    Let's turn to his expert report.  And the

11   section entitled, "Common Polymechanism and Reduction

12   Enzymes Are Associated With Ovarian Cancer."  What he

13   actually writes is:

14        "Common SNPs in the redox enzymes are known to

15   be strongly associated with an altered enzymatic

16   activity in these enzymes and helps explain the

17   enhanced redox state that has been linked to several

18   malignancies including ovarian cancers."

19        Correct?

20   A.    That's what he wrote, yes.

21   Q.    This has been generally accepted by the

22   scientific community?

23   A.    No, it has not.

24   Q.    Dr. Saed provide two references for this

25   statement which are not in your expert report?

Neel-Cross/Mr. Restaino

370

1   A.    I don't have the references in front of me, so I

2   can't comment on those references.  If you want to

3   give me his expert report, I would be happy to help.

4           THE COURT:  We can get it from chambers.

5           MS. O'DELL:  Judge, that would be helpful.

6           (Pause.)

7           THE COURT:  You are checking the cites 12 and

8   16.

9           THE WITNESS:  Reference 12 is Dr. Saed's own

10  paper and reference 16 is a paper about -- I haven't

11  read that paper but that's not relevant to the

12  question whether these SNPs are linked to a redox

13  state.  I don't believe this paper has anything to do

14  with those SNPs.  In any event, those SNPs are not

15  associated with ovarian cancer which is what I was

16  writing.

17  BY MR. RESTAINO:

18  Q.    Doctor, you didn't read this.  The first one is

19  published in Reproductive Sciences and the second one

20  is published in Gynecologic Oncology, two peer-

21  reviewed journals.  They have been peer-reviewed and

22  published.  Right?

23  A.    As I recall, I think you asked me if it has been

24  validated by others.  The first paper is Dr. Saed's

25  paper.  That's not "others."  The second paper, I

Neel Cross/Mr. Restaino

371

1   don't remember if I read it or not, but I don't

2   believe that has anything to do with the SNPs.  And I

3   checked for the SNPs, which is what I was writing

4   about in that paragraph.

5   Q.    Doctor, there is nothing wrong with quoting

6   one's previous work from a laboratory, and that

7   happens all the time?

8   A.    Absolutely.  I wasn't questioning that.  You

9   said by others and I was answering that.

10  Q.    Once it is published, are there any letters to

11  the editor in any of these journals pointing out flaws

12  or errors in these papers?

13  A.    Not to my knowledge.

14  Q.    Paragraph E on page 20 of Dr. Saed's expert

15  report -- I'm sorry -- of your expert report.

16  A.    Yes, I see it.

17  Q.    You wrote:  "Talc initiates an inflammatory

18  response."  Page 10-11.  Is that correct?

19  A.    Yes.

20  Q.    Now, if you actually go to Dr. Saed's report

21  from that section, he writes:

22        "Asbestos fibers in the lung initiate an

23  inflammatory and scarring process, and it has been

24  proposed that ground talc as a foreign body initiates

25  a similar inflammatory response, and it has been

Neel - Cross/Mr. Restaino

372

1    proposed that ground talc as a foreign body might

2    initiate an inflammatory response."

3           Isn't that correct?

4    A.    That's what he writes, yes.

5    Q.    That's fundamentally different than what you

6    wrote as a synopsis of saying talc initiates an

7    inflammatory response.  Correct?

8    A.    I don't think so, no.

9    Q.    As you wrote it, and in your experience as a

10   peer reviewer and editor, this would not be accepted

11   for publication in a peer-reviewed journal, the way

12   you mischaracterize that full sentence by Dr. Saed?

13   A.    I don't think this mischaracterizes the sentence

14   insofar as it appears to talc.  If you believe it was

15   a mischaracterization, I apologize.  That's not what

16   my intent was, to mischaracterize his statement.

17   Q.    Now, if we go to paragraph G of your report,

18   page 21, you write:

19           "Migration/transport of particles through the

20   genital tract is universally accepted."

21           Correct?

22   A.    Yes.

23           MR. RESTAINO:  I'm going to withdraw the

24   question.  I didn't strike that out.

25   Q.    If you go to your expert report, page 23,

Neel - Cross/Mr. Restaino

373

1    paragraph K, in the middle of the paragraph you write:

2           "He does not seem to be aware of recent

3    evidence that full blown cancers are often more

4    sensitive to oxidative stress.  Reference 12.  Indeed,

5    one therapeutic approach under investigation in

6    several laboratories is to promote increased oxidative

7    stress in cancer cells."

8           Did I read that correctly?

9    A.    Yes, you did.

10   Q.    Now, reference 12 is the two phases of reactive

11   oxygen species in cancer?

12   A.    Yes.

13   Q.    They write there:

14          "Reactive oxygen species is not appreciated

15   for their cellular signalling capabilities for having

16   a dual role in cancer."

17          Isn't that true?

18   A.    I don't remember the paper by heart.  Can you

19   please tell me where to find it and we can discuss it.

20   Q.    Let me ask you --

21   A.    I'll agree with that statement.

22   Q.    You would agree with it?

23   A.    Yes.

24   Q.    And yet on the one hand ROS can promote

25   protumorigenic signalling.  Correct?

Neel-Cross/Mr. Restaino

374

1    A.    In certain cells, yes.

2    Q.    That would facilitate cell proliferation?

3    A.    That's a little more complicated than that.  I

4    don't think that's exactly an accurate statement as

5    you've made it.  Definitely in certain contexts,

6    oxidative stress can contribute to cancer.

7    Q.    Do you agree that ROS can promote and facilitate

8    cancer cell proliferation?

9    A.    Not directly.  Indirectly.

10   Q.    Resulting in cellular proliferation?

11   A.    All cancer cells proliferate.  You are

12   oversimplifying a complex issue with respect.

13   Q.    Do you remember in your expert report, from what

14   I'm reading, you have a reference 12.  Correct?

15   A.    Yes.

16   Q.    Do you know what reference 12 is?

17   A.    Not by heart.  I'll have to look it up.

18         Yes, I know the paper and know the author.

19   Q.    They state therein that ROS can promote cellular

20   survival also.  Correct?

21   A.    Indirectly by causing mutations.

22   Q.    And adaptation to hypoxia?

23   A.    Yes.

24   Q.    On the other hand, ROS can promote anti tumor

25   genetic signalling and trigger oxidative-induced

Neel - Cross/Mr. Restaino

375

1    cancer cell death?

2    A.    Yes.  That's what I was referring to in that

3    sentence.

4    Q.    When you indicate Dr. Saed does not seem to be

5    aware of recent evidence that full-blown cancers are

6    often more sensitive to oxidative-stress, citing this

7    paper, this paper does indicate there are the two

8    sides of the coin.

9    A.    Yes.  I'm aware of both sides.

10   Q.    And Dr. Saed is pointing out one side of that

11   coin?

12   A.    Yes.  But he's not pointing out the other side.

13   He was implying, I believe, in the context I was

14   writing that he was implying oxidative stress is

15   always good for cancer cells.

16   Q.    Is that what Dr. Saed's manuscript states?

17   A.    Yes.  In my opinion, yes.

18   Q.    In your opinion?

19   A.    Yes.

20   Q.    Now, if we could turn to your expert report,

21   page 22.

22   A.    Yes.

23   Q.    You write:

24        "Similarly, Reviewer Two noted that, quote,

25   their data do not show, despite the author's claim,

Neel - Cross/Mr. Restaino

376

1   any evidence that these cells are transformed, i.e.

2   malignant...  Consequently, neither tumor initiation

3   nor progression is documented in this study as opposed

4   to the statement in highlight No. 1 in the text and

5   elsewhere."

6        Did I read that correctly?

7   A.    Yes.

8   Q.    Now, if we put up what Reviewer Two actually

9   stated, you see they write:

10        "Their data do not show, despite the author's

11   claim, any evidence that these cells are transformed"

12   -- however you leave out -- "specifically, no

13   experiments documenting changes in cell survival,

14   proliferation, or resistance to apoptosis have been

15   performed."  Correct?

16   A.    Yes.

17   Q.    And you didn't include that sentence in your

18   expert report.  Correct?

19   A.    I don't think it changes the context of my

20   statement.

21   Q.    Would it change the context of your statement if

22   in fact those studies were in fact performed?

23   A.    No, because the last statement is still true.

24   Q.    Do you know if in the published final manuscript

25   by Fletcher and Saed, if in fact they documented

Neel/Cross/Mr. Restaino

377

1   increased cell proliferation and decreased apoptosis

2   as this Reviewer No. 2 recommended.

3           (Pause.)

4   A.      Yes.   In the finally published manuscript are

5   experiments that purport to examine those questions

6   but both of the experiments are seriously flawed in my

7   opinion.

8   Q.      Have you written a letter to the editor pointing

9   out that those observations are flawed in your

10  opinion?

11  A.      No.

12  Q.      Has anyone written to the journal?

13  A.      Not that I know of.

14  Q.      Doctor, Dr. Saed never said that CA-125

15  indicated the pathogenesis of ovarian cancer, did he?

16  A.      He said it was a hallmark of ovarian cancer.

17  That may be a misstatement or may be a

18  misunderstanding on my part what he misrepresents by

19  hallmark.

20  Q.      Do you consider CA-125 to be the gold standard

21  tumor marker in ovarian cancer?

22  A.      For monitoring the amount of tumor, yes.

23  Q.      And do you agree the pathogenesis and

24  development of ovarian cancer have been closely linked

25  to inflammatory process?

Neil - Cross/Mr. Restaino

378

1   A.    Could you repeat the question a little bit

2   slower.  I'm not sure I followed that.

3   Q.    Would you agree the pathogenesis and development

4   of ovarian cancer have been closely linked to an

5   inflammatory process?

6   A.    If by pathogenesis and development you mean once

7   the cancer is established that it is linked to

8   inflammation, I think that is an accurate statement.

9   If you mean inflammation has been shown to induce or

10  initiate ovarian cancer, I think that remains in the

11  realm of hypothesis or speculation.

12          (Pause.)

13  Q.    Doctor, are you familiar with the study, the

14  Balkwill and Mantovani article?

15  A.    Yes, it is a review article.

16  Q.    Titled, "Inflammation and Cancer Back to

17  Virchow."

18  A.    Yes.  I am familiar with the paper.

19  Q.    And you are familiar with Dr. Balkwill and Dr.

20  Mantovani.

21          This is published in the Langseth?

22  A.    In 2001.

23  Q.    Now, if you turn to panel one of the document.

24  A.    What exhibit is that, please?

25  Q.    Seven.  Panel 1 now.  It should be on here.

379

1          MR. RESTAINO:  We'll move on.  I'll strike it.

2     Q.     Doctor, are you familiar with the National

3     Cancer Institute?

4     A.     Yes.

5     Q.     Does the National Cancer Institute, to the best

6     of your knowledge, associate asbestos with the

7     formation of malignant mesothelioma, pleural

8     peritoneal, and ovarian cancer?

9     A.     I believe that's in the PDQ link for ovarian

10    cancer.

11    Q.     Now, if we have PSC 19, and this is a review

12    article.  The author is Sekido out of the Division of

13    Molecular Oncology in Japan; again, a review article

14    as we discussed, typically written by someone learned

15    in the area.  Correct?

16    A.     It depends on the journal in which it is

17    published.

18    Q.     Now, if we move down to page 1, the right

19    column, second full paragraph, they have a section

20    there, "Genetic Damages Induced By Asbestos."

21    A.     I got it.

22    Q.     See the second paragraph they write:

23          "After long and thin asbestos fibers are

24    inhaled deeply into the lung and penetrate the pleural

25    space, interaction of asbestos fibers with

Neel-Cross/Mr. Restaino

380

1   mesothelioma cells and inflammatory cells are thought

2   to initiate prolonged cycles of tissue damage, repair

3   and local inflammation which finally lead to

4   carcinogenesis of MM," which they describe as

5   malignant mesothelioma "with unknown mechanisms."

6           Did I read that correctly?

7   A.    Yes.

8   Q.    To the best of your knowledge, is there a known

9   mechanism by which asbestos fibers today cause the

10  cancers of the pleural space?

11  A.    I'm not an expert in mesothelioma, and I can't

12  comment in an intelligent way on that question at all.

13  Q.    When you went through the Bradford Hill view

14  points, one of the viewpoints is analogy.  Correct?

15  A.    Yes.

16  Q.    You would agree analogy to other conditions

17  could be important for an investigator?

18  A.    It would be one of the factors one would weigh

19  in coming to a conclusion.

20  Q.    For example, in today's day and age, it would be

21  incumbent upon a company who is coming up with a new

22  medication to treat morning sickness in women to be

23  aware of what happened with thalidomide?

24          MS. SHARKO:  Objection.  This is well beyond

25  the scope of what we are here for, the obligation of a

Neel-Cross/Mr. Restaino

381

1    company to do something.

2            THE COURT:  I think phrasing in the context of

3    the company is not appropriate in your question.

4            Go ahead.

5    Q.    In today's day and age --

6            THE COURT:  Put it in that context, thank you.

7    BY MR. RESTAINO:

8    Q.    Thalidomide is associated with phocomelia, or

9    something like that.

10           In this case we have a known substance

11   recognized by NCI causing cancer in the lung pleural

12   cavity, peritoneal and in the ovary inducing

13   inflammation, but the exact mechanism is unknown.

14           Doctor, does that mechanism have to be known

15   for one to assume and recognize that asbestos causes

16   ovarian cancer?

17   A.    First of all, I didn't make any statement as to

18   whether asbestos causes ovarian cancer.

19           Second of all, I did not make any statement as

20   to whether there has to be an expert on mesothelioma,

21   so I can't comment on that on an intelligent way.

22   Q.    Doctor, you didn't provide testimony on your

23   knowledge of any of the constituents that are found

24   and reported to be found in talc.  Correct?

25   A.    I'm not sure I understand your question.  Maybe

1    I can answer it in a way that will be clear.  What I

2    said was I wasn't aware of any information about the

3    constituents.

4    Q.    And have you undertaken any research since the

5    time of your deposition to determine what constituents

6    are found within talc powders?

7    A.    No.

8    Q.    Do you know if asbestos is present?

9    A.    No, I don't know one way or the other.

10   Q.    Do you know if any form of asbestos is present?

11   A.    I don't know one way or the other.

12   Q.    Do you know if fragrances are present?

13   A.    I don't know one way or the other.

14   Q.    Do you know if heavy metal is present?

15   A.    I don't know one way or the other.

16   Q.    Isn't it important that you are going to be

17   evaluating the potential carcinogenic effect of a

18   substance that you know whether or not a known

19   carcinogen is within that substance?

20   A.    No, not in my opinion, no.

21   Q.    So if someone came to you as the director of

22   your Cancer Institute and asked you to conduct a study

23   looking at the carcinogenic effect of their paint,

24   wouldn't one of the seminal questions be:  Well, is

25   there lead in your paint?  Because if so there is an

383

1   increased risk of liver and esophageal cancer?

2   A.    No.  That would not be relevant if I were

3   actually going to do a study to test the substance.

4   That's what biological plausibility means.

5   Q.    Without the presence of lead, it is true, is it

6   not, you keep getting negative results?  Because the

7   known carcinogen is absent?

8   A.    I don't know -- you asked me if I was going to

9   test something.  I told you how I was going to test.

10   Can you clarify.

11   Q.    If you wanted to establish a study that showed

12   no evidence of carcinogenicity for a particular form

13   of paint, one could say:  I want just lead-free paint;

14   and, lo and behold, look, there is no cancer here.

15   Correct?

16   A.    That's incorrect on multiple levels in my

17   opinion.

18        First of all, I wouldn't design a study to

19   show something.  I would design a study to test

20   something.  You said if somebody came to me with a

21   substance and asked me to test it, would I know what's

22   in it.  The only reason I would need to know what's in

23   it is if I thought it was potentially dangerous to the

24   people who are going to be doing the experiments.  But

25   I wouldn't need to know what's in it to do the

Neel - Cross/Mr. Restaino

384

1    experiment and get the result.

2    Q.    So if you did this experiment with paint not

3    knowing if there is any lead in it, and the experiment

4    was negative, then you would say there is no

5    carcinogenic effect associated with this substance.

6    Would that be a valid study?

7    A.    It would be a valid study for the question you

8    asked me to address, which is:  Is this substance

9    carcinogenic?  And that's what I would do, yes.

10   Q.    Now, if you tested it and it had lead in it, and

11   it had a different effect, wouldn't that be important

12   for you to know?

13   A.    If I tested it, I would know it.  I don't

14   understand the question.

15   Q.    If you tested the substance that had lead in it,

16   and you saw a carcinogenic effect, you would come to

17   the conclusion there is carcinogenicity going on here.

18   Correct?

19   A.    Yes.

20   Q.    If you tested a substance with no lead in it,

21   you would say there is no carcinogenicity study.

22   Correct?

23   A.    That would be the correct study.  There would be

24   no carcinogenicity to that substance.

25   Q.    Now if you were given an unknown substance and

Neut - Cross/Mr. Restaino

385

1   you don't know it has lead in it, and it comes out

2   with no carcinogenic effect, how could you say there

3   is no carcinogenic effects without knowing there is

4   potentially the presence of a carcinogen in it?

5   A.    With respect Mr. Restaino, you can't prove a

6   negative.  You can only test a hypothesis.  Beyond

7   your question.  That's not the scientific method.  The

8   scientific method is pose a hypothesis, design an

9   experiment, do the experiment and decide what the

10  experiment shows you.  That's the scientific method.

11  Q.    And in that method, one must adjust potential

12  and known confounders.  Correct?

13  A.    Confounders is not a term of biology.

14  Confounders is a term of epidemiology.  If you are

15  asking me about biology, I don't know what you mean by

16  "confounders."  You have to control for all of the

17  issues in that experiment.  And in this experiment,

18  the hypothetical experiment you have outlined to me,

19  you would take a substance, you would test it in the

20  right assay with proper replicate and proper controls,

21  and then you would make proper measurements again with

22  validated assays, and you would come to a conclusion.

23  That is the scientific method -- at least a scientific

24  method of a cancer biologist.  And I'm a cancer

25  biologist, so I can give you my opinion on that.  I

Neel-Cross/Mr. Restaino

386

1    hope that's helpful.

2    Q.    We'll move on.

3         You said you reviewed a study by Dr. Shih.

4    Correct?

5    A.    Yes.

6    Q.    That study by Dr. Shih has not been published?

7    A.    That's correct.

8    Q.    That study by Dr. Shih is not complete.

9    Correct?

10   A.    I don't know that this not complete.  I have no

11   information one way or the other.

12   Q.    Did you review his deposition?

13   A.    I don't think I read his deposition actually.

14   Q.    Did you discuss his deposition with anyone?

15   A.    No.  I wouldn't discuss it with anybody if I

16   hadn't read it.  It would be hard to discuss.

17   Q.    And Dr. Shih obtained histopathology slides from

18   a grant, and the slides include evidence of ovarian

19   cancer, normal ovarian tissue, Fallopian tissue.

20   Correct?

21   A.    Yes.

22   Q.    And Dr. Shih looked in the slides and observed

23   those slides that had evidence of STICs.  Correct?

24   A.    Yes, and p53 signatures to be complete.  It also

25   had p53 signatures in that, yes.  There were several

1    samples that had p53 signatures.

2    Q.    And he looked for evidence of inflammation?

3    A.    Yes.

4    Q.    And he looked for inflammation as evidenced by

5    the presence or absence of lymphocytes.  Correct?

6    A.    It was the presence and absence of macrophages,

7    neutrophils and lymphocytes.

8    Q.    Did he list presence of macrophages and

9    neutrophils in his report?

10    A.    I don't recall, to be honest.  That was my

11    recollection, but I haven't read that in a while,

12    maybe a week.

13    Q.    Because macrophages as we discussed are another

14    marker of inflammation?

15    A.    Macrophages are normal cell types, so they are

16    not by themselves a marker of inflammation.  Excessive

17    macrophages in full penetration into tissues would be

18    a marker of inflammation.

19    Q.    Lymphocytes are a marker of inflammation?

20    A.    Again, to be clear, lymphocytes are normal cells

21    in the body, and excessive accumulation of lymphocytes

22    could be a marker of inflammation.  It's the excess

23    that's the critical point.

24    Q.    In fact, that's what Dr. Shih was looking for,

25    the evidence of inflammation.  Correct?

Neel - Cross/Mr. Restaino

388

1    A.    Correct.

2    Q.    His hypothesis was that if the STICs are

3    developing as a result of inflammation, there must be

4    inflammation around them.  Correct?

5    A.    I believe that was his hypothesis, yes.

6    Q.    But if he did not see an increased number of

7    lymphocytes and did not report whether there were

8    macrophages or any other cells associated with the

9    innate and adaptive immunity, that alone doesn't tell

10   us that there is no inflammation present.  That just

11   tells us there is no increase in lymphocytes.

12   Correct?

13   A.    Again, I would have to look at his report.  If

14   you want to give me his report and the study.  I don't

15   feel comfortable commenting from memory on that.

16   Q.    If one is looking for signs of inflammation and

17   one says, I do not see an increased number of

18   lymphocytes, but I don't report the number of

19   macrophages, neutrophils, NK cells, and all the cells

20   associated with the innate and adaptive process, all

21   that tells you, there is not an increase in

22   lymphocytes; it doesn't tell you there is not an

23   increase in inflammation.  Wouldn't you agree?

24   A.    It doesn't say there is an increase in those

25   other cell types.  I'll agree with that.

Neel - Cross/Mr. Restaino

389

1    Q.    Did Dr. Shih have access to the medical records

2    from the woman in which these slides came from?

3    A.    I don't recall.

4    Q.    That would be important; would it not?

5    A.    Important for what?

6    Q.    Well, if we are going to say there is no

7    evidence of increased lymphocytosis, if there is no

8    increase in lymphocytes, wouldn't one want to know if

9    the patients from which they came had underlying

10   medical conditions that were being treated with

11   medications known to decrease lymphocyte counts?

12   A.    Not if the question is whether there is any

13   evidence or inflammatory cells in STICs.  That's the

14   question.  He was asking whether in 43 cases that he

15   saw of STICs or p53 signatures, if whether there was

16   any indication of inflammation, and that's what the

17   study was addressing.

18   Q.    Limited to his observation of the number of

19   lymphocytes?

20   A.    As I said, I can't testify honestly to that

21   without seeing the report.

22   Q.    Let's assume for a moment the study was limited

23   just to the presence of lymphocytes.  He doesn't know

24   if the patient from which that study came was on

25   tegretol, which is known to cause decreased lymphocyte

Neel-Cross/Mr. Restaino

390

1   counts.  You don't know that, do you?

2   A.    You would have to speculate a large number of

3   the patients were on that because he looked at

4   43 cases.

5   Q.    Of those 43 patients, we don't know how many of

6   those patients had heartburn and were going across the

7   street to take Tagamet, do we?

8   A.    No.

9   Q.    We don't know if any of them had a prior organ

10  transplantation, and they were on organ rejection

11  medication, which reduces the immune response.

12  Correct?

13  A.    Yes.

14  Q.    And we also don't know how many of those STICs

15  that he observed, that were devoid of evidence of

16  inflammation around them, were actually metastatic

17  cells from elsewhere, whether the Fallopian tube or

18  anywhere else, because there is publication showing up

19  to 25 percent of STIC are seen in the ovary are

20  metastatic?

21  A.    I'm extremely familiar with that publication,

22  and you are misstating the evidence completely because

23  those patients would have had ovarian cancer, and he

24  discriminated in his study between patients with

25  ovarian cancer and patients with STICs, and the STICs

Neel - Cross/Mr. Restaino

391

1   he looked at were STICs from patients are without

2   evidence of ovarian cancer.

3   Q.    If you are familiar with that study, you know

4   they did.  And I'm going blank on the exact name of it

5   -- is it genomic testing?

6   A.    Genomic analysis, yes.

7   Q.    It would tell you from whence in the body the

8   cell came?

9   A.    It's a paper by Lengyel, and he is a well known

10  ovarian cancer researcher from Chicago, and that was

11  studying whether some STICs were metastatic ovarian

12  cancer cases.  That was the study.

13  Q.    I believe I'm referring to another.  I want to

14  ask you this:

15        Do you have an opinion as to whether or not

16  some percentage of STICs that can be observed in the

17  ovaries of women have actually come from elsewhere?

18  A.    Yes.  Can I elaborate?  You are asking it

19  completely out of context.

20  Q.    If those STIC lesions came from elsewhere, we

21  really don't know if inflammation caused those STIC

22  elsewhere and they then migrated?

23  A.    That's not what happens.  I think you are

24  misstating the way that things actually happen.

25        The studies that show some STICs can be

Neel-Cross/Mr. Restaino

392

1  metastatic show that they come from a widely

2  metastatic tumor.  You wouldn't expect to see a STIC

3  in a patient without a relatively obvious cancer and

4  that patient would have been excluded from Dr. Shih's

5  study.

6          Furthermore, there is no question that fully

7  blown ovarian cancer is associated with inflammation;

8  and, so, if anything, a metastatic STIC would be much

9  more likely to have inflammation associated with it

10  than not.  So I don't accept the premise of your

11  question.

12  Q.    Do you know if Dr. Shih was unable to account

13  how many of the STICs he observed came from elsewhere

14  in the body?

15  A.    As I tried to answer, he said these were from

16  patients without ovarian cancer.  So this was a study

17  -- this study I'm pretty familiar with.  It was a

18  large scale study which our institution when I was in

19  Canada at Princess Margaret Hospital participated in,

20  and it collected a large number of samples from

21  patients with ovarian cancer and other patients, and

22  that was what the study was about.  I think it was the

23  DOD academy study.

24          MS. SHARKO:  Your Honor, I think we are a

25  little past the two-hour mark.

Neel-Cross/Mr. Restaino

393

1          THE COURT:  How much longer do you have?

2          MR. RESTAINO:  How much longer are you going

3     to give me?

4          THE COURT:  We're a little earlier than

5     yesterday.  So I'll give you a little more time.

6     BY MR. RESTAINO:

7     Q.     Doctor, the STICs are serous lesions?

8     A.     Precursor lesions for high grade serous ovarian

9     cancer but they are early lesions.

10    Q.     Are they associated only with the high grade

11    serous ovarian cancer?

12    A.     Yes.

13    Q.     Group 1?

14    A.     Type II tumors.

15    Q.     They are not what you would call the Group 1?

16    A.     Correct.

17    Q.     Do you agree a lack of inflammation with STIC

18    tells us nothing about the pathogenesis of Group 1

19    ovarian cancer?

20    A.     Can we use the term Type I.

21    Q.     Let's talk about what you call Type I or ovarian

22    cancers.  These are primarily the high grade tumors.

23    Correct?

24    A.     No, exactly the opposite.  Type II tumors are

25    the high grade tumors.  Type I tumors are more often

Neel-Cross/Mr. Restaino

394

1   the ones that come from endometriosis.

2   Q.    You would agree 60 percent and possibly all of

3   the high grade serous ovarian cancers originate in the

4   Fallopian tube?

5   A.    I think you are quoting my report.

6   Q.    Do you agree?

7   A.    That's an example where I did consider both

8   sides of the question.  Actually, many ovarian cancer

9   researchers are firmly convinced 100 percent of high

10   grade serous cancers come from the Fallopian tube, and

11   the evidence is still not that strong.  That's why I

12   couched that.

13   Q.    If inflammation caused the initial mutation,

14   wouldn't that inflammation be found in the Fallopian

15   tube?

16   A.    What do you mean "the initial mutation"?

17   Q.    The inflammation that led to the DNA errors

18   which leads to mutagenesis and carcinogenesis.

19   A.    What's the question?

20   Q.    If inflammation initiated this cascade leading

21   to the Type II high grade which originated in the

22   Fallopian tube, you would expect to see it in the

23   Fallopian tube.  Correct?

24   A.    Yes.

25   Q.    Did Dr. Shih look in the Fallopian tube?

Neel - Cross/Mr. Restaino

395

A.     Yes.  He looked in STICs which are in the
Fallopian tube, in the fimbria.

Q.     For the remaining 40 percent where you wrote "no
precursor lesion can be identified," so there is no
specific site where scientists can even look for
inflammation.  Correct?

A.     Again, I did write that, but in the context of
your question, it is a little bit misleading.  So,
again, in the studies that have been done thus far,
the studies look for synchronous lesions in patients
with ovarian cancer and Fallopian tubes that were not
completely involved in the cancer.  And in those cases
they could in 60 percent of the cases find a precursor
lesion, a STIC, if you will, and they check to see
whether the STIC had the same mutation or in some
cases mutations as in the ovarian cancer.  That
doesn't really mean that there is no precursor lesion
in the other 60 percent.  It just means that, for
example, the tumor was so developed that it encased
the Fallopian tube and you couldn't find the original
precursor lesion.  That's what it means.  Just to be
clear.

          THE COURT:  Do your timing by 2:30, please.

          MR. RESTAINO:  Yes, your Honor, thank you.

BY MR. RESTAINO:

Neel-Cross/Mr. Restaino

396

1    Q.    Doctor, you testified this morning that p53

2    deactivation is the sine qua non of what you call Type

3    II ovarian cancers which include the high grade.  Is

4    that correct?

5    A.    p53 mutations is what I said.  Some of the

6    mutations are neomorphic activity, and they are

7    inactivating p53 function, but they are interfering

8    with two other tumor suppressors, and I was trying to

9    make it simple because it is very complex.

10   Q.    Doctor, the p53 gene, when it becomes mutated,

11   is a oncogene?

12   A.    P53 is generally termed the tumor suppressor

13   gene.

14   Q.    Mutated p53 is by definition --

15   A.    That's an argument that one can have.

16   Q.    But you indicate in your report Dr. Shih doesn't

17   have a basic knowledge of biology because he called

18   p53 an oncogene in his deposition, right?

19   A.    It was the context he used the term.  If you

20   want to go to that part, I would show you why that's

21   true.

22          THE COURT:  Dr. Shih or Dr. Saed?

23          THE WITNESS:  Dr. Saed?

24   A.    You meant Dr. Saed.

25   Q.    Dr. Saed.  I apologize.

Neill/Cross/Mr. Restaino

397

1        Now, if you were asked on direct examination

2    about the Buz'Zard study?

3    A.    Yes.

4    Q.    You stated the paper was not consistent with

5    Dr. Saed's data and conclusions?

6    A.    That's correct.  Not in detail.  If you look in

7    detail at the actual data.

8    Q.    If you look at the Buz'Zard data they have the

9    same dose of talc Dr. Saed found ROS that were

10   actually lower than the treated cells in the

11   controlled.  Correct?

12   A.    One of the doses they used was the same as

13   Dr. Saed used, yes.

14   Q.    If you look at the Buz'Zard scientists actually

15   found -- if we looked at A 16, which is the Buz'Zard

16   2007.

17   A.    Yes.

18   Q.    Turning to page 5, Figure 3, the authors

19   reported, "the ROS generation of ovarian epithelial

20   cells, granular ovarian cells had the effects over

21   time."  Correct?

22   A.    Yes.

23   Q.    Their report results in the paragraph below.

24   Correct?

25   A.    Yes.

Neel - Cross/Mr. Restaino

398

1    Q.    And they write that "Talc caused an initial dose

2    dependent decrease in ROS generation."

3          You stated that, correct, in your report.  You

4    discussed that?

5    A.    I don't believe I expressed that detail in my

6    report.  I stated it this morning in response to

7    Ms. Sharko's questions.

8    Q.    Now, the talc caused an increase in ROS with

9    time; did it not?

10   A.    Can we actually look at the data instead of

11   their statement?  We just looked at the data.  I'll be

12   happy to point out my point.  Let's look at the figure

13   you put up.

14   Q.    It is page 5, Figure 3.

15   A.    If you look at the panel that says 100-microgram

16   per mill dose, which is the dose Dr. Saed used 24 and

17   72 hours, which hours -- 72 hours is, I believe, the

18   time of Dr. Saed's experiment, and you compare it to

19   the 0., you will notice both at 24 hours of talc and

20   72 hours of talc, the ROS has measured directly by ECF

21   staining, which is a standard assay for measuring ROS

22   is decreased.  That's what I said in response to

23   Ms. Sharko's question this morning.

24   Q.    It was decreased, but other times it was

25   increased?

Neel - Cross/Mr. Restaino

399

1  A.    No.  Every time point at a hundred it is

2  decreased.  Even at the 120 point.

3         Again, with respect, if I can clarify, this

4  morning -- yesterday Dr. Saed said that you don't need

5  to measure ROS levels directly.  You can simply infer

6  them or deduce them from measuring the level of pro

7  and antioxidants in the cell.  And I said that that

8  wasn't true in my report.  I think this is a good

9  example of why what I said was accurate.

10        Furthermore, the statement that the Buz'Zard

11 paper supports Dr. Saed's study is repudiated or

12 questioned by this data, isn't it?

13 Q.    It is not your opinion that over time these

14 levels increased?

15 A.    I don't think it is a matter of opinion.  If you

16 simply look at the data, you can see that in the 100

17 point, which is what Dr. Saed did, all time points in

18 the study is reduced.  That's not an opinion.  That's

19 data.

20 Q.    Now, I want to finalize that some of your

21 opinions and used examples of, that certain

22 inflammatory disease are not associated with cancer?

23 A.    I didn't say that.

24 Q.    You didn't say rheumatoid arthritis is not

25 associated with levels of cancer?

Neill-Cross/Mr. Restaino

400

1    A.    I said it wasn't clearly associated with ovarian

2    cancer to my knowledge.

3    Q.    I stand corrected.  It is not associated with

4    ovarian cancer.  Rheumatoid arthritis is in fact an

5    inflammatory arthritic condition.  Correct?

6    A.    Yes.

7    Q.    And rheumatoid arthritis has been associated

8    with other forms of cancer?

9    A.    Perhaps I can't remember in detail whether

10   that's true or not.  I wouldn't be surprised, though.

11   I'm not testifying as to that.  I'm testifying as to

12   ovarian cancer.

13   Q.    However, it is the inflammatory effect that I'm

14   focusing in on.  It is associated with Hodgkin's and

15   nonHodgkin's lymphoma, is it not?

16   A.    Yes, but that's misleading in terms of the

17   conclusion because Hodgkin's disease is a disease of

18   the lymphocytes.  So it is a little -- that's the

19   innate and inactive immune system interacting.  So

20   it's not analogous to an epithelial cancer.

21   Q.    You mentioned SLE in your expert report?

22   A.    Correct.

23   Q.    And you said it was not associated with ovarian

24   cancer?

25   A.    Not to my knowledge.

Neel-Cross/Mr. Restaino

401

1    Q.    And SLE is an auto inflammatory immune disease?

2    A.    Yes.

3    Q.    And SLE is in fact associated with other forms

4    of cancer including nonHodgkin's lymphoma?

5    A.    What you are saying is true, but it misstates

6    the connections.  But it is part of the immune system,

7    so it is not surprising a frequently stimulated immune

8    system may lead to an immune cancer.

9    Q.    You write psoriatic arthritis is also not

10   associated with ovarian cancer?

11   A.    As far as I know, no.

12   Q.    But the inflammatory process of psoriatic

13   arthritis is associated with the development of cancer

14   elsewhere?

15   A.    Again, cancer is not one disease.

16   Q.    And you also said NSAIDS, non-steroidals are not

17   associated with a decrease in the incidence of ovarian

18   cancer.  Correct?

19   A.    That's correct.

20   Q.    The implication being if in fact ovarian cancer

21   is caused by inflammation, individuals taking an

22   NSAID, Aleve, would have a decreased incidence of

23   ovarian cancer?

24   A.    That was not my implication.  That may be your

25   inference.

Neel-Cross/Mr. Restaino

402

1   Q.    You state it is not associated with a decreased

2   risk?

3   A.    That's correct.

4   Q.    And you put in several references?

5   A.    Yes.

6   Q.    Aspirin is a form of a non-steroidal anti-

7   inflammatory drug.  Correct?

8   A.    That's correct.

9   Q.    And aspirin is associated with a decreased risk

10  of ovarian cancer?

11  A.    That's a very complex issue which you reduced to

12  a sound bite which is not exactly accurate.  Can I

13  elaborate?

14  Q.    Sir, in the last minute I have, if you can look

15  at PSC Neel 14.  That's the associations between

16  aspirin use and risk of cancer meta-analysis.

17  Q.    Sir, in the abstract you can see this is a

18  meta-analysis of observational studies.

19        "We have conducted an updated meta-analysis to

20  assess the associations between aspirin use and

21  cancers."

22        And under "results" 218 studies, you see

23  "aspirin use was associated with a significant

24  decrease in the risk of overall cancer, relative risk

25  0.89," and going down a couple of more lines,

Neel - Cross/Mr. Restaino

403

1   "ovarian" with a relative risk of 0.89.

2          "These findings suggest that aspirin use is

3   associated with a reduced of gastric, esophageal,

4   colorectal, pancreatic, ovarian, endometrial, breast,

5   and prostate cancers and small intestine

6   neuroendocrine tumors."

7   A.    Yes.  But if you look in detail at the paper and

8   the follow-up paper which was published in 2019, it

9   shows the effect of aspirin is only for people who use

10  it every day, and only over a certain time period, and

11  not people who use it four times a week, and only at

12  the lowest doses, and aspirin has other effects NSAIDs

13  don't have.

14         In particular, low dose aspirin affects

15  platelets, and platelets have an independent possible

16  effect on ovarian cancer.  So the fact that aspirin at

17  low doses, given with very defined dosing intervals

18  has an effect, does not really give you much

19  information about inflammation in ovarian cancer, in

20  my opinion.

21  Q.    But the aspirin is shown in association with

22  decrease risk of these studies and aspirin is a

23  non-steroidal inflammatory drug?

24  A.    Again, you are cherry-picking, in my opinion, a

25  small piece of a study and trying to come to a general

Neel-Cross/Mr. Restaino

404

1   conclusion.  Your statement is, as stated, correct,

2   but the implications are not correct in my opinion.

3          THE COURT:  Thank you.

4          MR. RESTAINO:  Thank you for your indulgence.

5          THE COURT:  No problem.

6          MS. SHARKO:  I have a very short redirect.

7   Can I have five minutes?

8          THE COURT:  Sure.

9          THE DEPUTY CLERK:  All rise.

10          (Recess.)

11          (Continued on the next page.)

12   ///

13

14

15

16

17

18

19

20

21

22

23

24

25

Neel - Redirect/Ms. Sharko

405

1    THE DEPUTY CLERK:  All rise.

2    THE COURT:  Thank you.

3

4    **BENJAMIN G. NEEL**, resumed.

5

6    REDIRECT EXAMINATION

7    BY MS. SHARKO:

8    Q.    Dr. Neel, let's take a look at Exhibit 16, the

9    Reid paper that Mr. Restaino used on

10   cross-examination.

11        First of all, is Reid a review article or is

12   it an epi study?

13   A.    It's a review article.

14   Q.    Secondly, do you need to have biologic

15   plausibility for a risk factor?

16   A.    No.

17   Q.    And what Mr. Restaino was discussing with you in

18   connection with this paper were risk factors.

19   Correct?

20   A.    Yes.

21   Q.    Now, if we could go to Table II of the exhibit.

22        Now, Dr. Neel, you asked several times or

23   pointed several times to the idea of separating out

24   risk factors based on subtype of ovarian cancer.

25   Correct?

406

1    A.    Yes.

2    Q.    Does Table II on page 20 of the Reid paper in

3    fact do that?

4    A.    Yes.

5    Q.    And, so, if we look across the top, it lists

6    five subtypes of ovarian cancer.  Correct?

7    A.    Correct.

8    Q.    Now, let's look at the left-hand column of the

9    paper.  There is a title there that is "established

10   risk factor."  Correct?

11   A.    Yes.

12   Q.    Please take a look at the established risk

13   factors identified by Reid in his paper in the

14   left-hand column.  Do you see "talc use" there?

15   A.    No.

16   Q.    Now, let's go to Exhibit A 104, please.

17         Mr. Restaino asked you about the PDQ from the

18   NCI for asbestos.  Correct?

19   A.    Yes.

20   Q.    But there is a PDQ for ovarian cancer, isn't

21   there?

22   A.    Yes, there is.

23   Q.    Let's take a look at what the PDQ for ovarian

24   cancer says about perineal talc use on page 13.

25         It says:

407

1        "The weight of evidence does not support an

2    association between perineal talc exposure and an

3    increased risk of ovarian cancer."

4        Correct?

5    A.    Correct.

6        MS. SHARKO:  No more questions.  Thank you.

7        THE COURT:  Thank you.  You are excused,

8    Dr. Neel.

9        (Witness excused.)

10        THE DEPUTY CLERK:  All rise.

11        (Court adjourned at 2:50 p.m.)

12    ///

408

I N D E X

**Proceedings**                                              **Page**

WITNESSES          Direct  Cross   Redirect  Recross

**Benjamin G. Neel**

Ms. Sharko         279       --       405       --
Mr. Restaino       --        316       --        --

409

1

## C E R T I F I C A T E

2

3

    PURSUANT TO TITLE 28, U.S.C., SECTION 753, THE

4

FOLLOWING TRANSCRIPT IS CERTIFIED TO BE AN ACCURATE

5

TRANSCRIPTION OF MY STENOGRAPHIC NOTES IN THE

6

ABOVE-ENTITLED MATTER.

7

8

    S/Vincent Russoniello

9
    Vincent Russoniello, CCR
    Certificate No. 675

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

410

**/**

**/CAS** [1] - 306:23

**0**

**0** [2] - 359:24, 398:19
**0.6** [1] - 351:16
**0.7** [1] - 351:16
**0.89** [2] - 402:25, 403:1
**08608** [1] - 277:7

**1**

**1** [9] - 316:13, 317:18, 359:20, 376:4, 378:25, 379:18, 393:13, 393:15, 393:18
**1,122** [1] - 321:10
**1.5** [1] - 359:24
**10** [2] - 287:2, 305:8
**10%** [1] - 336:8
**10-11** [1] - 371:18
**100** [5] - 304:23, 334:10, 358:17, 394:9, 399:16
**100-microgram** [1] - 398:15
**104** [1] - 406:16
**107** [3] - 327:17, 327:25
**11** [2] - 345:8, 347:19
**11th** [1] - 355:24
**12** [8] - 339:6, 343:11, 370:7, 370:9, 373:4, 373:10, 374:14, 374:16
**120** [1] - 399:2
**13** [6] - 344:8, 348:25, 349:3, 350:5, 351:8, 406:24
**13-person** [1] - 280:2
**14** [3] - 338:20, 352:2, 402:15
**15** [5] - 283:1, 283:4, 290:7, 291:10, 350:21
**153** [2] - 317:13, 317:18
**154** [1] - 317:18
**16** [5] - 345:6, 370:8, 370:10, 397:15, 405:8
**16-MD-2738(FLW)(LHG** [1] - 277:2
**17** [2] - 364:16, 366:1
**176** [1] - 352:8
**18** [3] - 354:22, 355:4, 368:24
**19** [1] - 379:11

**1980s** [1] - 282:22
**1988** [1] - 319:4

**2**

**2** [3] - 277:5, 329:23, 377:2
**20** [5] - 289:19, 290:7, 314:7, 371:14, 406:2
**200** [2] - 281:2, 314:10
**2001** [1] - 378:22
**2007** [4] - 355:25, 356:4, 360:3, 397:16
**2008** [2] - 356:9, 360:4
**2010** [2] - 366:1, 366:16
**2012** [1] - 361:1
**2016** [2] - 299:14, 299:16
**2017** [1] - 339:10
**2018** [2] - 368:2, 368:6
**2019** [4] - 277:4, 363:5, 368:2, 403:8
**21** [2] - 338:7, 372:18
**218** [1] - 402:22
**22** [3] - 285:21, 375:21
**23** [4] - 277:4, 317:13, 317:18, 372:25
**234** [2] - 324:23, 327:4
**24** [4] - 356:19, 357:2, 398:16, 398:19
**25** [4] - 299:19, 314:7, 358:15, 390:19
**279** [1] - 408:8
**28** [1] - 409:3
**287** [1] - 329:24
**2:30** [1] - 395:23
**2:50** [1] - 407:11

**3**

**3** [3] - 345:15, 397:18, 398:14
**30** [3] - 283:22, 308:24, 350:18
**300** [1] - 303:22
**316** [1] - 408:9
**33** [1] - 325:3

**4**

**40** [2] - 283:21, 395:3
**402** [1] - 277:7
**405** [1] - 408:8
**43** [11] - 344:12, 344:22, 345:12, 346:16, 346:18, 346:20, 351:23, 359:11,

389:14, 390:4, 390:5
**45** [1] - 359:1
**45,000** [2] - 281:5, 327:5
**47** [3] - 346:16, 346:18, 346:20
**48** [2] - 306:13, 306:17
**49:19** [1] - 302:1

**5**

**5** [6] - 317:12, 364:24, 365:12, 365:13, 397:18, 398:14
**50** [2] - 335:23, 359:24
**53** [1] - 364:15
**588-9516** [1] - 277:25

**6**

**60** [6] - 291:11, 337:19, 350:18, 394:2, 395:13, 395:18
**609** [1] - 277:25
**659** [2] - 359:17, 360:7
**675** [1] - 409:9
**68** [1] - 337:6

**7**

**7** [2] - 345:15, 369:3
**7.55** [1] - 359:6
**7.59** [1] - 359:16
**72** [5] - 306:13, 306:17, 398:17, 398:20
**753** [1] - 409:3

**8**

**8** [3] - 305:8, 331:20, 369:3

**9**

**9** [3] - 285:20, 285:21, 287:2
**90** [4] - 290:12, 290:13, 352:8, 352:15
**91** [1] - 299:15

**A**

**AACR** [1] - 361:1
**ability** [2] - 332:16, 357:22
**able** [5] - 287:14, 298:22, 306:24, 308:16, 350:15
**abnormal** [7] - 280:10,

288:2, 288:3, 289:6, 334:1, 334:16, 340:9
**abnormalities** [3] - 334:24, 335:1, 335:3
**abnormality** [3] - 286:14, 286:15
**abnormally** [1] - 298:10
**ABOVE** [1] - 409:6
**ABOVE-ENTITLED** [1] - 409:6
**absence** [2] - 387:5, 387:6
**absent** [1] - 383:7
**absolute** [1] - 295:12
**absolutely** [6] - 333:13, 336:4, 356:24, 357:20, 364:5, 371:8
**abstract** [4] - 313:19, 313:23, 313:25, 402:17
**abstracts** [6] - 314:4, 321:16, 321:18, 321:22, 326:7, 326:9
**academy** [1] - 392:23
**accept** [1] - 392:10
**acceptable** [1] - 308:21
**acceptance** [1] - 327:19
**accepted** [9] - 312:6, 312:10, 312:11, 332:20, 332:24, 368:17, 369:21, 372:10, 372:20
**access** [2] - 300:8, 389:1
**according** [3] - 305:13, 324:22, 348:15
**account** [2] - 290:11, 392:12
**accounts** [1] - 290:13
**accumulation** [1] - 387:21
**accurate** [9] - 287:4, 299:24, 332:18, 346:3, 366:14, 374:4, 378:8, 399:9, 402:12
**ACCURATE** [1] - 409:4
**accurately** [1] - 358:24
**ACTION** [1] - 277:2
**Action/HHMT** [1] - 355:24
**activation** [1] - 286:11
**actively** [1] - 319:8
**activity** [8] - 285:13, 286:8, 367:16, 367:18, 369:1, 369:6, 369:16, 396:6

**acts** [1] - 365:19
**actual** [3] - 335:11, 342:18, 397:7
**acute** [1] - 322:21
**adaptation** [1] - 374:22
**adaptive** [9] - 323:10, 323:23, 324:2, 324:6, 324:9, 331:4, 388:9, 388:20
**add** [1] - 355:14
**addition** [3] - 323:19, 326:12, 329:17
**additional** [1] - 350:20
**address** [4] - 303:9, 312:23, 366:10, 384:8
**addressing** [1] - 389:17
**adduce** [1] - 298:21
**adjourned** [1] - 407:11
**adjust** [1] - 385:11
**adjusted** [1] - 357:24
**administrator** [1] - 319:18
**advances** [1] - 289:18
**advantage** [1] - 306:12
**advice** [1] - 368:6
**advising** [1] - 368:2
**affect** [4] - 311:22, 351:15, 358:16, 367:8
**affected** [1] - 345:17
**affecting** [1] - 284:13
**affects** [1] - 403:14
**Affymetrix** [1] - 311:15
**afternoon** [2] - 362:10, 362:11
**age** [13] - 282:25, 345:17, 348:13, 348:16, 348:22, 348:23, 349:19, 350:2, 359:1, 380:20, 381:5
**agent** [10] - 294:23, 295:1, 296:3, 296:7, 298:21, 298:23, 309:7, 332:2, 342:2, 357:18
**agents** [4] - 293:12, 331:21, 340:11, 340:19
**ago** [2] - 337:18, 339:21
**agree** [38] - 313:15, 328:2, 331:15, 332:2, 332:19, 334:20, 335:13, 335:15, 335:18, 340:4, 342:10, 342:14, 342:16, 343:23, 344:1, 345:24, 348:3, 348:21, 350:13,

350:16, 352:9, 352:13, 355:10, 356:22, 363:15, 365:3, 373:21, 373:22, 374:7, 377:23, 378:3, 380:16, 388:23, 388:25, 393:17, 394:2, 394:6
**agrees** [1] - 362:24
**ahead** [1] - 381:4
**akin** [1] - 357:15
**al** [3] - 344:22, 351:23, 354:19
**ALABAMA** [3] - 277:12, 277:12, 277:13
**Aleve** [1] - 401:22
**algorithm** [2] - 358:25, 360:4
**alive** [3] - 333:15, 334:8, 334:11
**allege** [1] - 306:18
**alleges** [1] - 306:17
**alleging** [1] - 302:14
**ALLEN** [1] - 277:11
**ALLISON** [1] - 278:6
**almost** [2] - 309:20, 335:6
**alone** [2] - 341:17, 388:9
**alphabet** [1] - 284:23
**altered** [3] - 369:1, 369:5, 369:15
**alternatively** [1] - 285:11
**alters** [1] - 286:9
**amount** [2] - 301:1, 377:22
**amplification** [1] - 286:17
**AN** [1] - 409:4
**analogous** [1] - 400:20
**analogy** [2] - 380:14, 380:16
**analyses** [1] - 329:14
**analysis** [7] - 301:4, 304:21, 350:25, 391:6, 402:16, 402:18, 402:19
**ancient** [2] - 356:4, 356:5
**angiogenesis** [1] - 287:23
**animal** [8] - 307:1, 307:2, 307:3, 307:5, 307:16, 355:1, 355:5, 355:11
**answer** [8] - 301:18, 307:17, 330:18, 344:7, 349:12, 349:14, 382:1, 392:15

**answered** [1] - 330:3
**answering** [1] - 371:9
**antagonistic** [1] - 357:23
**antecedent** [1] - 300:16
**anti** [2] - 374:24, 402:6
**antibodies** [6] - 293:19, 293:22, 294:3, 298:13, 324:6
**antibody** [2] - 298:8, 298:11
**antioxidant** [1] - 310:20
**antioxidants** [2] - 312:5, 399:7
**anyway** [1] - 290:12
**apologize** [3] - 341:11, 372:15, 396:25
**apoptosis** [7] - 287:16, 333:12, 333:14, 334:1, 367:9, 376:14, 377:1
**appear** [2] - 348:7, 352:4, 352:10
**applicants** [1] - 313:23
**application** [2] - 295:22, 341:3
**appreciated** [2] - 347:18, 373:14
**approach** [2] - 338:16, 373:5
**approaches** [1] - 297:20
**appropriate** [2] - 356:6, 381:3
**approximating** [1] - 351:16
**area** [6] - 279:21, 301:14, 325:9, 325:21, 360:19, 379:15
**areas** [3] - 282:2, 284:5, 336:14
**argument** [2] - 318:14, 396:15
**arising** [1] - 338:25
**ARPS** [1] - 277:20
**arrays** [1] - 311:15
**arthritic** [1] - 400:5
**arthritis** [5] - 399:24, 400:4, 400:7, 401:9, 401:13
**article** [14] - 320:21, 325:7, 325:17, 325:20, 325:25, 326:3, 326:15, 326:20, 378:14, 378:15, 379:12, 379:13, 405:11, 405:13

**articles** [12] - 320:19, 321:7, 321:10, 321:11, 321:19, 321:23, 325:3, 326:8, 326:9, 338:4, 338:13, 338:15
**asbestos** [19] - 300:25, 301:1, 301:3, 301:8, 301:10, 342:16, 342:20, 357:15, 357:17, 371:22, 379:6, 379:23, 379:25, 380:9, 381:15, 381:18, 382:8, 382:10, 406:18
**Asbestos** [1] - 379:20
**aside** [1] - 357:3
**aspects** [2] - 322:18, 326:4
**aspirin** [12] - 402:6, 402:9, 402:16, 402:20, 402:23, 403:2, 403:9, 403:12, 403:14, 403:16, 403:21, 403:22
**assay** [4] - 309:14, 309:15, 385:20, 398:21
**assays** [2] - 307:10, 385:22
**assert** [1] - 307:14
**asserted** [1] - 314:7
**assertion** [1] - 314:12
**assess** [4] - 307:7, 327:23, 349:22, 402:20
**assessment** [1] - 349:13
**associate** [2] - 305:5, 379:6
**Associated** [1] - 369:12
**associated** [52] - 286:13, 286:21, 292:10, 296:22, 297:1, 297:2, 297:4, 297:5, 297:6, 297:14, 298:15, 298:17, 299:1, 304:3, 304:10, 304:17, 304:19, 304:23, 305:12, 312:1, 322:8, 322:15, 332:12, 335:19, 343:8, 347:8, 349:18, 369:1, 369:15, 370:15, 381:8, 384:5, 388:8, 388:20, 392:7, 392:9, 393:10, 399:22, 399:25, 400:1, 400:3, 400:7, 400:14, 400:23, 401:3, 401:10, 401:13, 401:17, 402:1, 402:9, 402:23, 403:3
**association** [10] - 304:6,

412

304:7, 304:9, 329:17, 342:1, 350:9, 350:13, 355:8, 403:21, 407:2
**associations** [3] - 353:11, 402:15, 402:20
**assume** [3] - 347:3, 381:15, 389:22
**assuming** [1] - 324:23
**attempts** [1] - 358:1
**attribute** [1] - 343:17
**attributed** [1] - 344:17
**attribution** [1] - 344:18
**author** [6] - 329:9, 329:24, 345:2, 360:15, 374:18, 379:12
**author's** [2] - 375:25, 376:10
**authors** [8] - 300:20, 313:22, 328:17, 329:12, 360:2, 360:13, 397:18
**auto** [1] - 401:1
**available** [4] - 290:6, 349:1, 349:4
**average** [1] - 303:21
**awards** [1] - 281:16
**aware** [11] - 298:18, 305:14, 306:21, 306:22, 325:16, 335:9, 373:2, 375:5, 375:9, 380:23, 382:2

**B**

**background** [1] - 359:22
**bad** [13] - 289:9, 319:25, 337:10, 337:22, 338:24, 339:19, 339:20, 339:24, 340:7, 340:10, 340:17, 340:24, 341:8
**Bad** [1] - 339:8
**balanced** [1] - 338:16
**Balkwill** [5] - 360:15, 360:16, 360:25, 378:14, 378:19
**barrier** [1] - 331:9
**BART** [1] - 277:22
**based** [5] - 301:12, 316:11, 316:15, 316:16, 405:24
**bases** [1] - 303:22
**basic** [1] - 396:17
**basis** [2] - 316:17, 335:7
**Bates** [1] - 287:1
**BE** [1] - 409:4

**BEASLEY** [1] - 277:11
**become** [1] - 290:6
**becomes** [1] - 396:10
**beds** [2] - 335:23, 336:5
**behalf** [3] - 277:16, 278:6, 279:12
**Behalf** [1] - 278:9
**behave** [1] - 307:10
**behaves** [1] - 315:10
**behold** [1] - 383:14
**BEISNER** [1] - 277:20
**believes** [1] - 305:22
**below** [1] - 397:23
**BENJAMIN** [4] - 279:12, 316:4, 362:6, 405:4
**Benjamin** [2] - 279:9, 408:7
**benzopyrene** [1] - 306:5
**best** [3] - 308:20, 379:5, 380:8
**better** [1] - 331:9
**between** [14] - 303:24, 309:12, 318:11, 332:16, 334:15, 336:24, 341:22, 342:1, 350:9, 353:11, 390:24, 402:15, 402:20, 407:2
**beyond** [2] - 380:24, 385:6
**Bible** [1] - 356:5
**BIDDLE** [1] - 277:18
**big** [2] - 302:19, 358:20
**bilateral** [2] - 352:6, 352:14
**binder** [2] - 283:10, 317:16
**biologic** [10] - 294:8, 294:13, 294:14, 295:3, 295:9, 295:13, 295:17, 296:9, 363:21, 405:14
**biological** [6] - 295:7, 302:10, 302:14, 303:23, 309:4, 309:5, 309:10, 309:11, 309:17, 318:15, 349:23, 353:13, 363:19, 367:16, 367:18, 383:4
**biologically** [9] - 295:21, 296:2, 311:24, 345:24, 348:9, 348:12, 352:23, 353:3, 354:16
**biologist** [5] - 293:5, 318:23, 319:11, 385:24, 385:25

**biology** [13] - 280:7, 283:1, 283:22, 306:1, 315:8, 319:22, 340:22, 363:8, 363:10, 363:14, 385:13, 385:15, 396:17
**biomarker** [1] - 313:2
**birth** [4] - 337:5, 340:15, 348:10, 359:4
**births** [2] - 350:2, 350:3
**bit** [5] - 318:1, 325:13, 349:2, 378:1, 395:8
**bite** [1] - 402:12
**blank** [1] - 391:4
**block** [1] - 289:14
**blocks** [1] - 353:14
**blood** [2] - 287:22, 287:23
**blown** [6] - 296:24, 296:25, 297:22, 373:3, 375:5, 392:7
**boards** [1] - 281:9
**boardwalk** [1] - 323:1
**body** [16] - 284:12, 287:25, 289:10, 313:4, 322:12, 322:21, 322:24, 322:25, 323:4, 337:11, 337:23, 371:24, 372:1, 387:21, 391:7, 392:14
**body's** [2] - 322:11, 332:16
**book** [1] - 284:23
**bottom** [4] - 343:12, 357:1, 364:24, 365:11
**boxes** [1] - 291:22
**Boyd** [3] - 303:11, 360:20, 360:22
**Bradford** [6] - 295:10, 317:6, 317:9, 317:25, 318:2, 380:13
**BRCA** [1] - 354:18
**BRCA1** [3] - 299:7, 346:6, 347:7
**BRCA2** [3] - 299:7, 346:6, 347:7
**break** [7] - 285:18, 346:8, 347:16, 350:25, 351:24, 353:16, 361:5
**breakage** [1] - 285:20
**breast** [5] - 288:7, 351:15, 359:2, 359:4, 403:4
**brief** [1] - 316:9
**bring** [2] - 288:10,

331:19
**broad** [1] - 322:17
**broke** [1] - 344:18
**BROWN** [1] - 278:6
**browser** [1] - 304:12
**bursa** [2] - 282:18, 307:21
**Buz'Zard** [9] - 310:11, 310:15, 310:24, 311:7, 397:2, 397:8, 397:14, 397:15, 399:10
**BY** [23] - 277:12, 277:14, 277:16, 277:18, 277:20, 277:22, 278:6, 278:8, 279:17, 301:19, 302:18, 316:7, 318:3, 329:3, 330:5, 341:20, 362:9, 363:1, 370:17, 381:7, 393:6, 395:25, 405:7

**C**

**CA-125** [5] - 312:24, 313:1, 313:2, 377:14, 377:20
**calculation** [1] - 359:18
**CALIFORNIA** [2] - 277:16, 277:22
**Canada** [2] - 280:23, 392:19
**Cancer** [13] - 280:1, 281:14, 319:14, 338:9, 344:23, 355:23, 355:24, 369:12, 378:16, 379:3, 379:5, 382:22
**cancer** [275] - 280:7, 280:10, 280:11, 280:22, 280:23, 281:11, 282:5, 282:8, 282:9, 282:11, 282:13, 282:15, 282:19, 282:21, 282:25, 283:4, 283:22, 284:8, 284:9, 284:10, 284:15, 284:17, 284:21, 284:22, 286:13, 286:21, 286:24, 287:2, 287:6, 288:14, 288:17, 289:16, 289:17, 289:21, 289:25, 290:2, 290:4, 290:8, 290:10, 290:12, 290:18, 291:14, 292:3, 292:10, 292:15, 293:4, 293:6, 294:2, 294:16, 295:1, 295:23, 296:14, 296:25, 297:9, 297:11,

297:12, 297:22, 298:3, 298:4, 300:19, 300:22, 301:10, 302:11, 303:8, 304:10, 304:17, 304:20, 304:25, 305:13, 305:17, 307:8, 307:12, 307:13, 307:14, 307:17, 310:1, 310:2, 310:4, 310:5, 310:7, 310:9, 312:1, 312:8, 312:13, 312:25, 313:3, 313:4, 313:5, 313:6, 313:8, 314:18, 314:22, 318:23, 319:9, 319:11, 319:16, 319:22, 320:14, 320:18, 320:20, 320:21, 320:23, 320:24, 320:25, 321:3, 321:4, 321:9, 322:8, 322:16, 322:24, 326:5, 327:1, 328:14, 328:23, 329:5, 332:22, 333:2, 334:23, 335:1, 335:16, 335:19, 335:21, 336:6, 336:9, 336:15, 336:18, 336:19, 336:23, 337:7, 337:10, 339:8, 339:19, 340:8, 340:14, 340:21, 340:22, 340:24, 341:3, 341:19, 341:23, 342:14, 342:15, 342:16, 343:9, 343:16, 343:17, 344:11, 345:14, 345:23, 345:25, 346:1, 346:5, 346:7, 346:9, 346:15, 346:23, 347:9, 347:11, 347:16, 348:2, 348:5, 348:11, 348:23, 349:11, 349:18, 350:10, 351:1, 351:14, 351:24, 352:5, 352:11, 352:20, 353:1, 353:5, 353:17, 353:22, 354:2, 354:8, 354:17, 354:20, 354:22, 355:9, 355:22, 356:17, 359:2, 359:3, 360:7, 360:19, 363:4, 363:22, 367:8, 367:11, 367:20, 367:23, 368:4, 368:9, 368:14, 368:18, 369:2, 369:6, 370:15, 373:7, 373:11, 373:16, 374:6, 374:8, 374:11, 375:1, 375:15, 377:15, 377:16, 377:21, 377:24, 378:4, 378:7, 378:10, 379:8,

379:10, 381:11, 381:16, 381:18, 383:1, 383:14, 385:24, 386:19, 390:23, 390:25, 391:2, 391:10, 391:12, 392:3, 392:7, 392:16, 392:21, 393:9, 393:11, 393:19, 394:8, 395:11, 395:12, 395:16, 399:22, 399:25, 400:2, 400:4, 400:8, 400:12, 400:20, 400:24, 401:4, 401:8, 401:10, 401:13, 401:15, 401:18, 401:20, 401:23, 402:10, 402:16, 402:24, 403:16, 403:19, 405:24, 406:6, 406:20, 406:24, 407:3
**cancer-associated** [1] - 292:10
**cancers** [26] - 290:14, 290:15, 291:6, 291:12, 292:7, 296:24, 334:25, 335:6, 337:19, 337:24, 339:23, 340:6, 340:18, 344:17, 346:24, 347:14, 369:18, 373:3, 375:5, 380:10, 393:22, 394:3, 394:10, 396:3, 402:21, 403:5
**candidates** [1] - 357:6
**capabilities** [1] - 373:15
**capability** [1] - 307:15
**capacity** [1] - 319:15
**carcinogen** [4] - 306:5, 382:19, 383:7, 385:4
**carcinogenesis** [3] - 312:21, 380:4, 394:18
**carcinogenic** [9] - 334:21, 357:16, 382:17, 382:23, 384:5, 384:9, 384:16, 385:2, 385:3
**carcinogenicity** [6] - 355:7, 363:16, 383:12, 384:17, 384:21, 384:24
**carcinoma** [6] - 290:18, 290:19, 291:8, 298:1, 353:11, 353:12
**care** [1] - 363:24
**Care** [1] - 278:9
**carried** [1] - 308:4
**carry** [1] - 288:25
**cascade** [1] - 394:20
**case** [12] - 286:5,

293:15, 294:17, 320:5, 325:9, 328:25, 342:8, 342:11, 343:17, 345:22, 357:21, 381:10
**case-control** [2] - 342:8, 342:11
**cases** [11] - 289:14, 309:20, 322:22, 340:10, 346:2, 389:14, 390:4, 391:12, 395:12, 395:13, 395:16
**catalog** [2] - 304:13, 304:22
**catastrophic** [1] - 339:18
**categories** [2] - 284:21, 286:20
**category** [1] - 324:12
**causation** [5] - 292:14, 296:10, 310:1, 313:8, 363:9
**caused** [16] - 289:22, 291:19, 291:20, 293:11, 297:8, 307:20, 322:7, 322:23, 340:6, 340:19, 344:4, 391:21, 394:13, 398:1, 398:8, 401:21
**causes** [18] - 285:22, 292:24, 294:2, 295:23, 297:11, 312:8, 322:5, 330:20, 330:21, 339:20, 341:19, 342:14, 342:15, 342:16, 343:25, 363:22, 381:15, 381:18
**causing** [10] - 289:21, 310:4, 321:25, 337:7, 337:10, 337:24, 340:14, 374:21, 381:11
**cavity** [1] - 381:12
**CCOC** [1] - 353:12
**CCR** [2] - 277:24, 409:9
**Cell** [2] - 281:14, 338:10
**cell** [50] - 280:8, 280:10, 282:4, 282:8, 282:17, 284:14, 284:15, 284:17, 285:13, 287:3, 287:6, 287:25, 288:8, 288:9, 288:17, 289:13, 290:19, 290:23, 292:13, 306:12, 307:8, 307:14, 309:18, 309:19, 310:2, 310:7, 311:24, 324:5, 331:1, 333:17, 353:12, 365:21, 367:12, 367:20, 367:21,

367:23, 368:3, 368:17, 368:19, 374:2, 374:8, 375:1, 376:13, 377:1, 387:15, 388:25, 391:8, 399:7
**cells** [71] - 280:9, 282:5, 282:18, 284:21, 287:11, 287:22, 288:2, 288:5, 288:11, 288:20, 288:22, 288:25, 289:3, 289:6, 289:21, 289:24, 290:6, 291:18, 293:11, 293:21, 296:5, 297:21, 298:8, 306:6, 306:7, 306:13, 307:9, 307:12, 307:13, 309:6, 309:12, 310:23, 311:1, 311:2, 311:18, 312:5, 313:4, 323:4, 323:14, 323:19, 324:8, 324:10, 324:12, 324:13, 333:21, 333:23, 339:1, 364:20, 365:18, 365:21, 367:7, 367:11, 373:7, 374:1, 374:11, 375:15, 376:1, 376:11, 380:1, 387:20, 388:8, 388:19, 389:13, 390:17, 397:10, 397:20
**cellular** [12] - 287:18, 289:12, 291:4, 307:10, 333:19, 333:23, 334:4, 334:18, 373:15, 374:10, 374:19
**center** [2] - 280:22, 280:23
**Center** [3] - 280:1, 280:21, 319:14
**certain** [11] - 286:23, 287:13, 288:22, 289:3, 289:14, 331:17, 331:24, 374:1, 374:5, 399:21, 403:10
**certainty** [1] - 316:22
**Certificate** [1] - 409:9
**certification** [1] - 299:16
**CERTIFIED** [1] - 409:4
**Chair** [1] - 280:19
**chaired** [1] - 361:2
**Challenges** [1] - 355:23
**chambers** [1] - 370:4
**chance** [1] - 339:19
**change** [6] - 284:14, 285:2, 285:3, 285:15,

288:11, 376:21

**changed** [2] - 282:21, 306:19

**changes** [8] - 282:14, 305:21, 307:20, 311:18, 336:16, 364:4, 376:13, 376:19

**characteristics** [2] - 287:11, 288:7

**characterization** [1] - 335:14

**check** [2] - 368:19, 395:14

**checked** [2] - 305:14, 371:3

**checking** [1] - 370:7

**chemo** [1] - 357:7

**chemokines** [1] - 323:16

**Cherry** [1] - 279:22

**cherry** [1] - 403:24

**cherry-picking** [1] - 403:24

**Chicago** [1] - 391:10

**choice** [1] - 309:23

**chromosome** [4] - 285:21, 285:22, 286:3, 286:10

**chromosomes** [3] - 285:16, 285:18, 285:20

**chronic** [13] - 285:22, 298:17, 299:1, 300:15, 300:19, 300:21, 322:23, 324:13, 324:16, 324:19, 330:20, 330:21, 332:3

**chronically** [1] - 330:23

**cigarette** [1] - 335:15

**cited** [7] - 281:5, 299:14, 327:5, 327:16, 327:17, 329:24, 338:18

**cites** [2] - 346:4, 370:7

**citing** [1] - 375:6

**CIVIL** [1] - 277:2

**claim** [9] - 293:3, 294:7, 296:17, 300:25, 302:17, 310:11, 311:25, 375:25, 376:11

**claimed** [1] - 367:10

**claiming** [1] - 340:6

**claims** [4] - 310:8, 310:18, 311:2, 311:6

**clarification** [1] - 322:20

**clarified** [1] - 341:12

**clarify** [8] - 321:1,

322:15, 328:4, 340:20, 341:13, 344:13, 383:10, 399:3

**CLARKSON** [1] - 277:7

**classes** [1] - 324:3

**classic** [1] - 285:19

**classically** [1] - 331:6

**classify** [2] - 299:24, 324:11

**clear** [9] - 290:19, 323:24, 333:3, 341:4, 353:12, 357:23, 382:1, 387:20, 395:22

**clearly** [6] - 344:10, 347:13, 347:25, 348:4, 355:3, 400:1

**CLERK** [8] - 279:4, 315:20, 316:1, 361:7, 362:3, 404:9, 405:1, 407:10

**clone** [1] - 306:13

**closely** [2] - 377:24, 378:4

**cluster** [1] - 298:8

**CML** [1] - 285:23

**co** [5] - 331:10, 357:16, 360:2, 364:20, 365:21

**co-authors** [1] - 360:2

**co-carcinogenic** [1] - 357:16

**co-localized** [2] - 364:20, 365:21

**co-mingling** [1] - 331:10

**cocarcinogenic** [2] - 342:23, 343:6

**code** [3] - 284:25, 285:2, 306:17

**cohort** [2] - 342:7, 342:12

**coin** [2] - 375:8, 375:11

**Colditz** [6] - 328:10, 328:19, 328:21, 328:24, 329:6, 329:23

**Colditz's** [2] - 328:13, 329:20

**collected** [1] - 392:20

**collection** [1] - 284:11

**colon** [1] - 287:25

**Colorado** [1] - 358:12

**colorectal** [1] - 403:4

**column** [6] - 347:20, 352:2, 357:1, 379:19, 406:8, 406:14

**combination** [2] - 288:13, 358:22

**combined** [3] - 357:5, 357:14, 357:21

**combining** [3] - 357:17, 358:16

**comfortable** [1] - 388:15

**coming** [4] - 303:1, 340:2, 380:19, 380:21

**comment** [4] - 369:9, 370:2, 380:12, 381:21

**commenting** [1] - 388:15

**comments** [3] - 302:9, 313:11, 313:14

**Committee** [1] - 277:16

**common** [2] - 368:25, 369:14

**Common** [1] - 369:11

**commonly** [1] - 288:18

**community** [5] - 281:6, 312:7, 312:12, 368:3, 369:22

**community's** [1] - 282:20

**Como** [2] - 355:25, 362:14

**company** [3] - 380:21, 381:1, 381:3

**compare** [2] - 303:20, 398:18

**comparisons** [1] - 305:4

**compelling** [7] - 318:5, 318:16, 318:19, 318:21, 342:4, 342:5, 342:6

**compendium** [1] - 305:13

**complete** [5] - 353:6, 362:19, 386:8, 386:10, 386:24

**completely** [6] - 305:25, 315:7, 355:10, 390:22, 391:19, 395:12

**complex** [3] - 374:12, 396:9, 402:11

**complicated** [6] - 309:2, 323:2, 325:13, 325:15, 334:12, 374:3

**component** [1] - 336:12

**con** [1] - 326:17

**concern** [1] - 318:18

**concerning** [2] - 283:25, 302:12

**concerns** [1] - 367:20

**concluded** [1] - 328:22

**conclusion** [8] - 303:6, 312:19, 326:24, 380:19, 384:17, 385:22, 400:17, 404:1

**conclusions** [9] - 300:14, 301:4, 310:12, 310:13, 314:17, 315:3, 315:6, 340:3, 397:5

**conclusively** [1] - 305:17

**condition** [2] - 298:22, 400:5

**conditionals** [1] - 330:12

**conditions** [7] - 289:4, 331:17, 331:21, 331:24, 380:16, 389:10

**conduct** [3] - 319:21, 320:10, 382:22

**conducted** [4] - 320:2, 342:12, 358:11, 402:19

**conference** [1] - 360:3

**conferring** [1] - 304:4

**confidence** [1] - 343:4

**conflict** [1] - 294:22

**confounders** [4] - 385:12, 385:13, 385:14, 385:16

**confusing** [1] - 336:15

**connection** [2] - 283:6, 405:18

**connections** [1] - 401:6

**consequence** [4] - 285:6, 303:23, 337:8, 340:15

**Consequently** [1] - 376:2

**consider** [5] - 322:4, 327:18, 327:25, 377:20, 394:7

**consistent** [3] - 310:13, 310:16, 397:4

**consists** [1] - 284:12

**constituents** [3] - 381:23, 382:3, 382:5

**contain** [1] - 301:3

**contaminated** [1] - 301:1

**contemporaneous** [1] - 308:3

**contend** [1] - 310:20

**contention** [1] - 310:8

**contesting** [1] - 360:1

**context** [14] - 318:9, 321:3, 340:18, 353:6, 367:17, 367:25, 375:13,

376:19, 376:21, 381:2, 381:6, 391:19, 395:7, 396:19

**contexts** [1] - 374:5
**Continued** [4] - 315:22, 344:15, 361:9, 404:11
**continued** [2] - 277:23, 362:8
**continuing** [1] - 351:8
**Continuing** [1] - 324:1
**contraceptive** [1] - 359:3
**contradiction** [2] - 362:18, 362:20
**contrary** [4] - 326:10, 335:10, 341:5, 341:7
**contribute** [5] - 284:22, 340:8, 340:9, 343:16, 374:6
**contributes** [1] - 341:3
**control** [3] - 342:8, 342:11, 385:16
**controlled** [2] - 311:2, 397:11
**controls** [1] - 385:20
**controversy** [5] - 338:1, 339:25, 340:5, 368:15, 368:16
**convert** [1] - 306:16
**convinced** [1] - 394:9
**copies** [6] - 286:16, 286:17, 286:18, 286:19, 292:18
**copy** [5] - 283:9, 285:24, 286:14, 286:15, 291:14
**corpus** [1] - 320:21
**Correct** [81] - 311:19, 318:5, 318:23, 319:12, 319:19, 320:14, 320:16, 320:22, 321:12, 321:15, 322:12, 323:5, 324:14, 325:4, 327:6, 330:11, 331:25, 332:13, 334:2, 334:5, 334:8, 335:24, 339:2, 339:11, 339:13, 341:25, 343:9, 343:19, 347:2, 350:3, 351:18, 352:21, 354:14, 356:9, 356:23, 359:12, 359:14, 359:17, 361:2, 364:10, 365:2, 365:24, 366:12, 366:24, 367:23, 369:3, 369:19, 372:7, 372:21, 374:14, 374:20, 379:15,

380:14, 381:24, 383:15, 384:22, 385:12, 386:4, 386:9, 386:20, 386:23, 387:5, 387:25, 388:4, 388:12, 390:12, 393:23, 394:23, 395:6, 397:11, 397:21, 397:24, 400:5, 401:18, 402:7, 405:19, 405:25, 406:6, 406:10, 406:18, 407:4
**correct** [48] - 280:22, 309:19, 311:20, 319:9, 319:10, 320:11, 321:20, 322:1, 322:13, 323:6, 323:8, 325:5, 331:11, 332:14, 334:3, 334:6, 336:2, 336:7, 336:12, 336:13, 337:12, 337:20, 354:11, 361:3, 364:11, 366:25, 369:4, 371:18, 372:3, 373:25, 376:15, 376:18, 384:18, 384:23, 386:7, 388:1, 393:16, 396:4, 397:6, 398:3, 400:22, 401:19, 402:3, 402:8, 404:1, 404:2, 406:7, 407:5
**corrected** [1] - 400:3
**correctly** [7] - 345:18, 348:19, 357:8, 359:7, 373:8, 376:6, 380:6
**couched** [1] - 394:12
**Council** [1] - 278:9
**counts** [2] - 389:11, 390:1
**couple** [4] - 280:14, 303:14, 354:12, 402:25
**course** [3] - 326:14, 328:5, 344:14
**COURT** [45] - 277:1, 277:25, 279:5, 284:6, 285:24, 290:13, 294:12, 299:11, 299:17, 301:17, 301:22, 302:2, 302:5, 315:16, 316:2, 317:16, 317:21, 318:11, 323:24, 327:14, 329:2, 330:3, 334:14, 341:15, 349:2, 349:14, 355:3, 356:6, 361:6, 362:4, 362:23, 365:13, 370:4, 370:7, 381:2, 381:6, 393:1, 393:4, 395:23, 396:22,

404:3, 404:5, 404:8, 405:2, 407:7
**Court** [2] - 327:10, 337:2
**court** [2] - 279:3, 407:11
**COURTHOUSE** [1] - 277:7
**courtroom** [2] - 303:25, 333:22
**cover** [1] - 303:14
**covering** [1] - 294:11
**covers** [1] - 318:20
**create** [1] - 308:2
**created** [3] - 286:4, 308:1, 313:16
**credibility** [1] - 295:6
**credible** [4] - 295:14, 306:20, 336:19, 363:2
**CRISPR** [1] - 306:23
**criteria** [2] - 295:10, 336:17
**critical** [4] - 308:13, 332:20, 332:25, 387:23
**critically** [1] - 300:10
**criticism** [1] - 367:21
**criticisms** [2] - 303:15, 313:15
**critique** [1] - 303:12
**Cross** [1] - 408:6
**cross** [1] - 405:10
**CROSS** [2] - 316:6, 362:8
**cross-examination** [1] - 405:10
**CROSS-EXAMINATION** [2] - 316:6, 362:8
**CRR** [1] - 277:24
**culture** [1] - 282:17
**current** [2] - 280:17, 295:25
**CV** [3] - 280:13, 283:24, 327:7
**cycles** [2] - 348:18, 380:2
**cytokines** [1] - 323:16

**D**

**D.C** [2] - 277:20, 278:8
**DALIMONTE** [1] - 277:15
**damage** [9] - 287:17, 306:6, 306:8, 306:9, 331:16, 331:23, 333:5, 333:7, 380:2
**Damages** [1] - 379:20

**dangerous** [1] - 383:23
**DANIEL** [1] - 277:14
**data** [19] - 303:5, 305:9, 310:12, 310:13, 312:15, 312:18, 313:24, 321:21, 368:13, 375:25, 376:10, 397:5, 397:7, 397:8, 398:10, 398:11, 399:12, 399:16, 399:19
**date** [3] - 299:13, 325:1, 339:25
**Daubert** [1] - 317:24
**DAUBERT** [1] - 277:4
**days** [1] - 309:9
**deactivation** [1] - 396:2
**death** [2] - 333:17, 375:1
**decide** [1] - 385:9
**decision** [1] - 313:25
**decrease** [7] - 285:13, 286:16, 389:11, 398:2, 401:17, 402:24, 403:22
**decreased** [8] - 377:1, 389:25, 398:22, 398:24, 399:2, 401:22, 402:1, 402:9
**decreases** [2] - 352:7, 352:15
**dedicated** [2] - 280:4, 280:6
**deduce** [1] - 399:6
**deeply** [1] - 379:24
**Defendant** [3] - 278:6, 278:9, 279:13
**defendant** [1] - 279:9
**defendants'** [1] - 301:2
**defense** [1] - 360:22
**deference** [1] - 296:19
**defined** [3] - 287:24, 331:6, 403:17
**defining** [1] - 288:6
**definitely** [4] - 311:3, 326:22, 340:7, 374:5
**definition** [1] - 396:14
**definitive** [5] - 318:7, 318:10, 318:17, 318:19, 318:21
**degree** [11] - 283:15, 292:23, 293:25, 295:20, 296:11, 302:24, 305:20, 314:15, 316:22, 345:15, 346:16
**degrees** [2] - 282:22, 304:24

deleterious [1] - 304:3
deletion [3] - 286:19, 292:17, 292:19
demographic [1] - 358:22
deny [1] - 301:2
dependent [1] - 398:2
deposition [20] - 301:9, 301:16, 301:23, 301:25, 302:3, 304:22, 305:16, 316:10, 317:1, 317:13, 317:14, 318:4, 362:15, 362:18, 362:22, 382:5, 386:12, 386:13, 386:14, 396:18
depositions [2] - 284:2, 302:21
DEPUTY [8] - 279:4, 315:20, 316:1, 361:7, 362:3, 404:9, 405:1, 407:10
derived [2] - 283:20, 283:21
derives [1] - 336:16
describe [2] - 348:13, 380:4
described [2] - 342:22, 359:11
description [1] - 346:9
design [3] - 383:18, 383:19, 385:8
designed [3] - 295:7, 342:10, 342:12
despite [2] - 375:25, 376:10
destruct [1] - 287:15
detail [6] - 360:11, 397:6, 397:7, 398:5, 400:9, 403:7
details [1] - 294:9
detected [1] - 298:11
detection [1] - 356:21
determine [4] - 344:3, 358:14, 363:3, 382:5
determines [2] - 284:25, 285:1
detoxify [1] - 332:17
develop [5] - 286:23, 334:23, 336:6, 336:9, 358:23
developed [5] - 307:12, 307:13, 320:10, 340:22, 395:19

developing [4] - 317:4, 335:24, 360:7, 388:3
development [14] - 289:9, 322:16, 332:9, 335:16, 335:19, 343:9, 346:1, 348:11, 353:5, 354:2, 377:24, 378:3, 378:6, 401:13
develops [2] - 286:22, 349:11
devoid [1] - 390:15
difference [4] - 318:11, 334:15, 336:24, 358:20
different [35] - 284:12, 284:13, 284:16, 284:24, 285:5, 288:8, 289:20, 289:22, 289:23, 289:24, 290:4, 290:20, 290:21, 291:18, 291:19, 291:20, 292:7, 293:11, 293:13, 296:5, 296:6, 297:2, 297:4, 309:4, 309:24, 317:21, 318:12, 332:21, 333:1, 334:20, 336:22, 346:13, 372:5, 384:11
differentiated [1] - 288:9
difficult [3] - 306:25, 341:1, 343:17
DIRECT [1] - 279:16
Direct [1] - 408:6
direct [2] - 343:22, 397:1
directed [3] - 293:22, 293:23, 298:8
directly [4] - 307:21, 374:9, 398:20, 399:5
director [3] - 279:25, 280:20, 382:21
disconnect [1] - 318:1
discoveries [1] - 291:10
Discovery [1] - 281:14
discriminated [1] - 390:24
discuss [10] - 287:2, 290:10, 354:13, 354:15, 354:19, 354:21, 373:19, 386:14, 386:15, 386:16
discussed [6] - 288:16, 289:24, 307:18, 379:14, 387:13, 398:4
discusses [1] - 355:17
discussing [2] - 344:9, 405:17
disease [18] - 284:10,

289:4, 289:17, 290:2, 291:15, 304:3, 304:16, 304:18, 305:5, 336:20, 343:21, 345:14, 357:6, 399:22, 400:17, 401:1, 401:15
diseases [3] - 289:22, 289:25, 353:17
display [1] - 288:3
disruption [1] - 288:14
disrupts [2] - 287:3, 287:6
DISTRICT [2] - 277:1, 277:1
divide [1] - 287:19
Division [1] - 379:12
Divisions [1] - 338:10
DNA [15] - 284:23, 287:17, 303:20, 303:21, 306:6, 306:8, 306:9, 331:16, 331:23, 337:9, 338:25, 340:16, 346:6, 394:17
docs [2] - 282:23, 319:24
Doctor [15] - 305:11, 324:22, 328:21, 337:7, 345:24, 350:1, 352:23, 370:18, 371:5, 378:13, 379:2, 381:14, 393:7, 396:1, 396:10
doctor [5] - 318:23, 319:11, 330:6, 377:14, 381:22
document [1] - 378:23
documented [2] - 376:3, 376:25
documenting [1] - 376:13
DOD [1] - 392:23
done [5] - 281:21, 299:4, 299:11, 309:16, 395:9
dose [7] - 310:24, 311:7, 397:9, 398:1, 398:16, 403:14
doses [3] - 397:12, 403:12, 403:17
dosing [1] - 403:17
down [10] - 321:24, 346:9, 347:16, 349:2, 350:17, 350:25, 351:24, 360:12, 379:18, 402:25
Dr [125] - 279:9, 279:18, 280:4, 282:20, 284:9,

292:22, 293:24, 299:9, 299:18, 299:20, 299:24, 300:8, 300:14, 301:7, 301:24, 302:20, 302:22, 303:1, 303:5, 303:11, 303:12, 305:11, 305:15, 305:22, 306:17, 307:1, 307:24, 308:17, 308:25, 309:18, 309:25, 310:12, 310:13, 310:17, 310:25, 311:2, 311:6, 311:17, 311:25, 312:6, 312:15, 312:18, 312:24, 313:12, 314:8, 314:14, 314:16, 314:22, 314:25, 315:3, 315:4, 315:9, 316:8, 325:6, 328:9, 328:13, 328:19, 328:24, 329:6, 329:20, 329:23, 346:4, 347:5, 348:24, 349:3, 349:6, 349:17, 350:15, 353:7, 355:11, 360:16, 360:20, 360:25, 362:10, 362:12, 363:2, 364:21, 364:23, 365:11, 366:18, 367:10, 369:3, 369:5, 369:24, 370:9, 370:24, 371:14, 371:20, 372:12, 375:4, 375:10, 375:16, 377:14, 378:19, 386:3, 386:6, 386:8, 386:17, 386:22, 387:24, 389:1, 392:4, 392:12, 394:25, 396:16, 396:22, 396:23, 396:24, 396:25, 397:5, 397:9, 397:13, 398:16, 398:18, 399:4, 399:11, 399:17, 405:8, 405:22, 407:8
drafts [1] - 302:21
dramatically [2] - 342:23, 343:5
draws [1] - 314:17
DRINKER [1] - 277:18
drug [2] - 402:7, 403:23
dual [1] - 373:16
due [4] - 338:24, 339:23, 340:23, 341:8
duly [1] - 279:13
during [5] - 283:4, 301:9, 306:19, 316:10, 338:25

**E**

earliest [1] - 292:20
early [8] - 297:12, 297:13, 345:17, 348:16, 348:22, 356:21, 359:2, 393:9
earned [2] - 281:16, 282:22
easier [1] - 306:3
EAST [1] - 277:7
ECF [1] - 398:20
editor [9] - 314:11, 325:8, 366:11, 366:16, 366:20, 367:2, 371:11, 372:10, 377:8
editorial [1] - 281:8
effect [17] - 294:22, 343:2, 344:4, 349:5, 355:13, 367:12, 368:18, 382:17, 382:23, 384:5, 384:11, 384:16, 385:2, 400:13, 403:9, 403:16, 403:18
effects [8] - 309:25, 311:5, 320:2, 326:1, 357:23, 385:3, 397:20, 403:12
egress [1] - 353:14
eight [1] - 284:13
eighth [1] - 279:22
either [4] - 292:16, 297:18, 307:21, 320:20
elaborate [3] - 336:13, 391:18, 402:13
eliminate [1] - 288:4
elsewhere [7] - 376:5, 390:17, 391:17, 391:20, 391:22, 392:13, 401:14
EMMEL [1] - 277:13
employed [3] - 315:5, 317:4, 320:7
encased [1] - 395:19
encodes [1] - 291:25
encoding [1] - 285:2
end [2] - 287:25, 348:25
endometrial [1] - 403:4
endometrioid [2] - 290:18, 348:8
endometriosis [2] - 290:24, 394:1
endometriotic [2] - 290:25, 353:14

endometrium [1] - 291:1
enemy [1] - 337:11
energy [1] - 289:1
engagement [1] - 323:17
engagements [1] - 281:19
engineering [1] - 306:23
engines [1] - 320:8
English [1] - 353:2
enhanced [1] - 369:17
ENOC [1] - 353:11
entire [1] - 319:16
ENTITLED [1] - 409:6
entitled [1] - 369:11
entity [1] - 354:9
environment [3] - 330:23, 337:11, 337:23
Environment [1] - 339:8
environmental [10] - 334:21, 335:3, 335:7, 336:3, 339:24, 340:11, 340:19, 357:4, 357:11, 358:23
enzymatic [3] - 369:1, 369:6, 369:15
enzyme [2] - 285:8, 365:20
enzymes [4] - 310:20, 368:25, 369:14, 369:16
Enzymes [1] - 369:12
EOC [2] - 364:20, 365:21
epi [1] - 405:12
epidemiologic [1] - 293:5
epidemiological [26] - 294:21, 328:16, 329:8, 329:11, 329:15, 341:6, 341:17, 341:21, 343:1, 347:1, 347:4, 347:25, 348:3, 349:24, 350:25, 351:20, 353:10, 353:25, 354:8, 355:8, 355:15, 355:16, 357:25, 358:1, 358:5, 363:6
epidemiologist [3] - 328:10, 328:15, 342:9
epidemiologists [1] - 342:7
epidemiology [4] - 343:3, 353:16, 358:9, 385:14
Epidemiology [2] - 344:22, 345:9

epigenetic [1] - 291:5
epithelial [7] - 290:8, 290:10, 290:11, 290:14, 290:15, 397:19, 400:20
epithelium [3] - 355:7, 355:13, 355:14
equal [1] - 313:16
equates [2] - 359:14, 359:16
errors [6] - 337:9, 340:10, 340:16, 364:1, 371:12, 394:17
esophageal [2] - 383:1, 403:3
especially [4] - 332:3, 335:20, 345:16, 347:16
ESQUIRE [11] - 277:12, 277:12, 277:13, 277:14, 277:16, 277:18, 277:19, 277:20, 277:22, 278:6, 278:8
ESQUIRES [8] - 277:11, 277:14, 277:15, 277:18, 277:20, 277:21, 278:5, 278:8
essential [3] - 307:13, 308:2, 310:21
essentially [2] - 292:16, 311:23
establish [3] - 312:15, 316:14, 383:11
established [10] - 344:10, 347:9, 347:13, 352:6, 352:13, 352:19, 368:13, 378:7, 406:9, 406:12
esteemed [1] - 360:18
et [3] - 344:22, 351:23, 354:19
ethnicity [4] - 354:14, 354:17, 359:3, 359:11
evaluate [1] - 328:7
evaluating [1] - 382:17
event [2] - 292:20, 370:14
events [6] - 297:12, 297:13, 297:16, 339:18, 359:6, 360:5
eventual [1] - 297:21
evidence [54] - 280:14, 283:10, 293:3, 294:7, 294:15, 294:20, 294:21, 294:25, 295:15, 295:18,

295:24, 296:17, 297:13, 299:8, 300:16, 300:18, 302:14, 302:16, 307:19, 313:9, 318:5, 318:16, 318:18, 318:20, 318:21, 341:2, 341:17, 341:25, 342:1, 349:4, 349:25, 355:6, 355:12, 355:15, 355:16, 363:3, 363:8, 363:21, 373:3, 375:5, 376:1, 376:11, 383:12, 386:18, 386:23, 387:2, 387:25, 389:7, 389:13, 390:15, 390:22, 391:2, 394:11, 407:1
evidenced [1] - 387:4
exact [3] - 318:9, 381:13, 391:4
exactly [12] - 301:15, 301:25, 316:19, 321:5, 332:14, 336:13, 339:5, 346:3, 368:6, 374:4, 393:24, 402:12
examination [2] - 397:1, 405:10
EXAMINATION [4] - 279:16, 316:6, 362:8, 405:6
examine [1] - 377:5
examined [2] - 319:2, 319:5
examining [1] - 300:4
example [28] - 285:3, 285:8, 285:17, 285:19, 286:4, 288:8, 288:21, 288:23, 294:21, 297:3, 298:3, 309:21, 309:23, 317:6, 322:11, 326:16, 334:18, 344:16, 346:6, 348:6, 348:8, 353:16, 354:14, 380:20, 394:7, 395:19, 399:9
examples [2] - 307:9, 399:21
exceed [1] - 312:4
exception [2] - 343:22, 359:10
excess [7] - 289:5, 312:5, 330:24, 333:8, 334:1, 334:4, 387:22
excessive [3] - 335:18, 387:16, 387:21
excluded [1] - 392:4

**excused** [2] - 407:7, 407:9

**exhibit** [4] - 345:5, 347:19, 378:24, 405:21

**Exhibit** [5] - 299:15, 338:7, 339:6, 405:8, 406:16

**exhibits** [1] - 299:18

**exists** [1] - 312:9

**expect** [5] - 301:24, 323:20, 349:14, 392:2, 394:22

**experience** [3] - 283:21, 313:19, 372:9

**experiencing** [1] - 333:14

**experiment** [19] - 300:5, 303:6, 303:13, 307:2, 308:25, 309:19, 311:17, 312:19, 315:9, 384:1, 384:2, 384:3, 385:9, 385:10, 385:17, 385:18, 398:18

**experimental** [1] - 294:15

**experimentalist** [1] - 308:10

**experiments** [10] - 305:11, 309:16, 312:22, 319:24, 349:23, 349:24, 376:13, 377:5, 377:6, 383:24

**expert** [61] - 284:1, 293:4, 299:19, 300:7, 301:8, 302:20, 305:16, 316:14, 317:5, 317:10, 317:12, 320:6, 322:6, 322:9, 324:22, 325:9, 325:12, 325:18, 326:16, 328:18, 328:25, 331:20, 337:6, 339:4, 340:12, 340:21, 343:3, 343:11, 343:13, 344:8, 351:5, 353:18, 355:18, 356:11, 358:8, 358:10, 360:21, 360:23, 363:13, 363:23, 364:2, 364:14, 364:15, 365:13, 365:15, 366:24, 368:23, 369:8, 369:10, 369:25, 370:3, 371:14, 371:15, 372:25, 374:13, 375:20, 376:18, 380:11, 381:20, 400:21

**expertise** [3] - 325:21, 327:12, 327:23

**experts** [4] - 284:1, 284:2, 294:4, 296:19

**explain** [7] - 287:8, 289:11, 306:4, 323:12, 337:2, 339:8, 369:16

**Explained** [1] - 338:10

**explanations** [1] - 339:18

**explored** [2] - 301:23, 302:3

**expose** [2] - 306:7, 309:7

**exposed** [4] - 311:18, 342:19, 358:13, 358:15

**exposure** [5] - 292:24, 303:6, 326:25, 341:23, 407:2

**expound** [1] - 322:3

**express** [2] - 288:2, 311:23

**expressed** [7] - 283:14, 293:20, 364:19, 365:20, 367:11, 398:5

**expression** [7] - 285:9, 311:8, 311:11, 311:12, 311:16, 311:18, 336:17

**extensively** [2] - 350:10, 350:14

**extrapolate** [1] - 314:21

**extremely** [1] - 390:21

---

**F**

**facilitate** [3] - 356:21, 374:2, 374:7

**fact** [25] - 295:6, 306:22, 312:22, 318:4, 331:19, 335:22, 336:8, 343:21, 347:7, 351:14, 353:16, 360:25, 364:6, 365:1, 367:22, 369:5, 376:22, 376:25, 387:24, 400:4, 401:3, 401:20, 403:16, 406:3

**factor** [10] - 287:12, 336:3, 346:1, 353:1, 354:20, 358:16, 358:19, 363:4, 405:15, 406:10

**factors** [40] - 288:22, 334:21, 335:4, 339:24, 343:8, 343:15, 344:9, 344:11, 344:16, 345:13, 346:5, 346:7, 346:10,

346:13, 346:23, 347:8, 347:13, 347:20, 347:21, 347:22, 348:1, 348:4, 348:7, 348:10, 353:21, 353:25, 354:1, 354:12, 357:4, 357:11, 357:16, 357:21, 358:23, 358:25, 359:9, 362:13, 380:18, 405:18, 405:24, 406:13

**facts** [1] - 315:3

**faculty** [3] - 281:16, 283:23, 308:24

**fair** [4] - 287:4, 288:11, 338:16, 363:22

**Fallopian** [12] - 355:14, 386:19, 390:17, 394:4, 394:10, 394:14, 394:22, 394:23, 394:25, 395:2, 395:11, 395:20

**fallopian** [3] - 282:16, 291:12, 293:21

**familiar** [14] - 313:21, 316:18, 317:7, 328:13, 342:24, 343:1, 344:24, 378:13, 378:18, 378:19, 379:2, 390:21, 391:3, 392:17

**family** [4] - 345:14, 345:20, 345:25, 359:2

**far** [7] - 298:18, 305:14, 306:15, 307:3, 364:2, 395:9, 401:11

**FASEB** [1] - 281:24

**favor** [3] - 302:14, 318:14, 349:25

**feeding** [2] - 351:15, 359:4

**female** [2] - 315:11, 319:6

**few** [3] - 281:15, 315:17, 339:25

**fibers** [4] - 371:22, 379:23, 379:25, 380:9

**fidelity** [1] - 287:21

**field** [7] - 283:22, 307:7, 325:18, 327:12, 328:8, 347:10

**Figure** [2] - 397:18, 398:14

**figure** [1] - 398:12

**filled** [2] - 324:24, 334:10

**fimbria** [1] - 395:2

**fimbriae** [1] - 291:12

**final** [3] - 301:14, 352:2, 376:24

**finalize** [1] - 399:20

**finally** [3] - 288:6, 377:4, 380:3

**findings** [3] - 299:10, 301:4, 403:2

**finish** [1] - 362:12

**finished** [2] - 308:15, 315:14

**firmly** [1] - 394:9

**first** [20] - 279:13, 289:19, 291:23, 309:24, 313:1, 316:13, 322:21, 331:20, 337:18, 338:23, 339:15, 345:15, 346:15, 356:25, 357:1, 370:18, 370:24, 381:17, 383:18, 405:11

**FISHER** [1] - 277:7

**five** [2] - 404:7, 406:6

**flawed** [5] - 303:4, 366:6, 366:15, 377:6, 377:9

**flaws** [4] - 366:18, 366:21, 367:3, 371:11

**Fletcher** [1] - 376:25

**flippant** [1] - 308:12

**FLOM** [1] - 277:20

**flow** [1] - 315:3

**focus** [4] - 282:2, 282:6, 322:9, 322:17

**focused** [1] - 321:20

**focusing** [1] - 400:14

**fold** [1] - 345:15

**follow** [3] - 287:4, 368:7, 403:8

**follow-up** [1] - 403:8

**followed** [2] - 292:17, 378:2

**FOLLOWING** [1] - 409:4

**follows** [1] - 279:14

**FOR** [1] - 277:1

**foreign** [5] - 322:12, 322:21, 322:25, 371:24, 372:1

**form** [8] - 285:21, 298:10, 307:9, 307:11, 322:24, 382:10, 383:12, 402:6

**formation** [4] - 322:10, 322:24, 332:4, 379:7

**formed** [1] - 298:24

**forming** [1] - 307:15

**forms** [4] - 290:11, 400:8, 401:3
**Forum** [1] - 355:25
**four** [9] - 337:14, 337:16, 338:4, 338:23, 346:14, 346:25, 347:1, 358:16, 403:11
**fragrances** [1] - 382:12
**Frances** [2] - 360:15, 360:16
**frankly** [1] - 328:17
**FREDA** [1] - 277:9
**free** [2] - 318:1, 383:13
**frequent** [1] - 333:1
**frequently** [1] - 401:7
**front** [2] - 283:10, 370:1
**full** [8] - 321:19, 331:20, 350:20, 372:12, 373:3, 375:5, 379:19, 387:17
**Full** [1] - 280:19
**full-blown** [1] - 375:5
**full-term** [1] - 350:20
**fully** [6] - 296:24, 296:25, 297:21, 307:11, 307:12, 392:6
**function** [8] - 285:7, 285:12, 292:6, 292:7, 292:8, 292:9, 396:7
**functions** [1] - 292:13
**fundamentally** [1] - 372:5
**furthermore** [2] - 392:6, 399:10
**fusion** [1] - 286:4

**G**

**gain** [3] - 285:6, 292:6, 292:8
**gastric** [1] - 403:3
**gene** [22] - 285:10, 286:16, 286:19, 291:25, 292:2, 292:3, 292:5, 292:10, 292:12, 292:24, 304:15, 306:12, 311:8, 311:11, 311:12, 311:16, 311:18, 311:22, 336:17, 396:10, 396:13
**general** [11] - 284:20, 285:14, 287:3, 296:23, 309:2, 327:19, 328:3, 335:21, 352:20, 368:2, 403:25
**generally** [13] - 279:24,

291:3, 293:12, 312:6, 312:11, 317:22, 328:6, 332:20, 332:24, 343:24, 368:17, 369:21, 396:12
**generate** [5] - 282:19, 288:21, 288:23, 289:1
**generating** [1] - 282:7
**generation** [5] - 289:8, 305:18, 343:16, 397:19, 398:2
**genes** [14] - 284:11, 284:14, 285:1, 286:12, 287:21, 291:4, 292:8, 292:11, 304:2, 304:16, 311:9, 336:16, 346:22, 346:23
**Genes** [1] - 339:7
**Genetic** [2] - 345:9, 379:20
**genetic** [24] - 282:14, 284:25, 285:2, 286:16, 290:21, 291:15, 304:6, 304:8, 334:24, 335:1, 335:2, 335:7, 336:11, 336:15, 336:20, 336:23, 339:23, 345:21, 346:3, 347:8, 357:3, 368:13, 374:25
**genital** [9] - 326:25, 328:22, 340:23, 354:19, 354:21, 359:1, 360:6, 363:3, 372:20
**genitals** [1] - 319:6
**genome** [3] - 284:11, 289:20, 304:7
**genome-wide** [1] - 304:7
**genomes** [1] - 287:21
**genomic** [5] - 291:16, 336:20, 336:21, 391:5, 391:6
**germane** [2] - 321:11, 325:10
**gestational** [1] - 350:2
**given** [8] - 305:5, 311:10, 313:18, 314:4, 314:5, 340:8, 384:25, 403:17
**glycoprotein** [2] - 293:20, 293:23
**gold** [1] - 377:20
**gonadotropin** [1] - 351:12
**Google** [1] - 320:8
**GOTSHAL** [1] - 278:5

**grad** [1] - 308:11
**grade** [20] - 279:22, 290:17, 291:7, 291:11, 291:13, 298:2, 298:4, 310:6, 346:7, 346:22, 346:24, 347:8, 393:8, 393:10, 393:22, 393:25, 394:3, 394:10, 394:21, 396:3
**Graham** [6] - 328:9, 328:13, 328:19, 328:21, 329:6, 329:20
**grant** [1] - 386:18
**granular** [1] - 397:20
**granuloma** [2] - 322:10, 322:24
**granulomas** [3] - 322:4, 322:5, 322:15
**grew** [1] - 279:21
**ground** [2] - 371:24, 372:1
**grounds** [1] - 314:25
**Group** [3] - 393:13, 393:15, 393:18
**grow** [4] - 279:20, 287:12, 287:13, 306:14
**growth** [3] - 287:12, 287:15, 288:22
**guess** [2] - 301:22, 325:14
**GWAS** [7] - 304:7, 304:9, 304:11, 304:12, 304:22, 305:10, 305:13
**Gynecologic** [4] - 313:11, 356:8, 366:2, 370:20
**gynecologic** [2] - 352:4, 352:10
**Gynecological** [1] - 366:17
**gynecological** [1] - 299:22

**H**

**half** [2] - 282:4, 282:7
**hallmark** [9] - 291:15, 292:5, 292:11, 298:1, 312:25, 313:6, 313:7, 377:16, 377:19
**hand** [6] - 287:10, 288:15, 373:24, 374:24, 406:8, 406:14
**happy** [3] - 340:20,

370:3, 398:12
**hard** [2] - 349:12, 386:16
**Harvard** [2] - 280:20, 328:9
**heading** [1] - 347:20
**Health** [2] - 280:1, 319:17
**hear** [1] - 301:17
**heard** [3] - 287:16, 316:16, 325:6
**HEARING** [1] - 277:4
**heart** [2] - 373:18, 374:17
**heartburn** [1] - 390:6
**heavy** [1] - 382:14
**held** [2] - 316:21, 317:24
**help** [2] - 349:16, 370:3
**helpful** [4] - 316:13, 318:22, 370:5, 386:1
**helps** [2] - 366:10, 369:16
**hemoprotein** [1] - 365:18
**high** [24] - 287:21, 291:7, 291:11, 291:13, 298:2, 298:4, 305:6, 310:6, 329:22, 336:9, 346:7, 346:22, 346:24, 347:8, 352:6, 352:13, 393:8, 393:10, 393:22, 393:25, 394:3, 394:9, 394:21, 396:3
**higher** [5] - 311:3, 327:8, 348:10, 353:4, 357:18
**highlight** [1] - 376:4
**highlights** [2] - 280:15, 294:11
**highly** [4] - 314:12, 339:10, 364:19, 365:20
**Hill** [7] - 279:22, 295:10, 317:6, 317:9, 317:25, 318:2, 380:13
**histopathology** [1] - 386:17
**histories** [1] - 336:9
**history** [8] - 283:2, 345:14, 345:25, 348:10, 356:4, 356:5, 358:14, 359:2
**hit** [1] - 308:15
**Hodgkin's** [2] - 400:14, 400:17
**hold** [1] - 325:21
**honest** [2] - 321:6,

387:10
**honestly** [1] - 389:20
**Honor** [5] - 301:7, 340:12, 361:4, 392:24, 395:24
**HONORABLE** [1] - 277:9
**honors** [1] - 281:15
**hope** [1] - 386:1
**Hopkins** [1] - 299:23
**hormonal** [4] - 347:21, 348:1, 348:4, 348:7
**Hospital** [2] - 280:21, 392:19
**hour** [1] - 392:25
**hours** [7] - 306:13, 306:17, 398:17, 398:19, 398:20
**huge** [1] - 349:10
**human** [10] - 282:15, 289:9, 289:20, 291:25, 314:18, 332:21, 333:1, 339:17, 339:19, 363:16
**humans** [2] - 307:6, 314:23
**hundred** [2] - 339:25, 399:1
**hydrogen** [1] - 288:23
**hypotheses** [3] - 293:18, 312:9, 351:13
**hypothesis** [21] - 294:15, 295:8, 295:15, 295:16, 295:18, 299:25, 300:3, 300:4, 300:6, 300:22, 308:3, 308:5, 348:15, 348:22, 349:25, 353:9, 378:11, 385:6, 385:8, 388:2, 388:5
**hypothesized** [1] - 294:3
**hypothetical** [3] - 363:18, 365:8, 385:18
**hypoxia** [1] - 374:22

---

**I**

**i.e** [1] - 376:1
**i10** [1] - 327:21
**idea** [1] - 405:23
**identification** [1] - 356:20
**identified** [2] - 395:4, 406:13
**identify** [2] - 357:5, 357:14
**II** [17] - 291:6, 291:7,

291:14, 291:17, 291:21, 292:16, 292:20, 292:21, 293:15, 296:1, 393:14, 393:24, 394:21, 396:3, 405:21, 406:2
**imbalance** [1] - 332:15
**immune** [18] - 288:4, 322:11, 323:5, 323:10, 323:11, 323:13, 323:17, 323:18, 324:2, 324:6, 357:7, 390:11, 400:19, 401:1, 401:6, 401:7, 401:8
**immunity** [2] - 324:5, 388:9
**immunohistochemical** [1] - 297:19
**impact** [1] - 327:11
**impaired** [1] - 289:13
**imperfect** [1] - 327:20
**implicated** [2] - 348:1, 348:4
**implication** [2] - 401:20, 401:24
**implications** [1] - 404:2
**implying** [2] - 375:13, 375:14
**important** [16] - 292:3, 292:12, 294:17, 294:19, 294:24, 298:19, 305:1, 307:5, 308:8, 309:10, 322:17, 380:17, 382:16, 384:11, 389:4, 389:5
**impossible** [1] - 306:15
**impressive** [1] - 338:1
**IN** [2] - 277:4, 409:5
**inactivating** [1] - 396:7
**inactivation** [1] - 338:1
**inactive** [1] - 400:19
**inappropriately** [2] - 285:19, 286:6
**inapt** [1] - 309:24
**inasmuch** [1] - 343:6
**incessant** [3] - 348:15, 348:21, 351:12
**incidence** [2] - 401:17, 401:22
**include** [11] - 280:18, 281:18, 323:7, 326:22, 326:23, 327:1, 333:1, 354:14, 376:17, 386:18, 396:3
**including** [11] - 281:11,

283:22, 314:17, 332:22, 340:1, 342:4, 350:2, 354:7, 360:5, 369:18, 401:4
**inconsistency** [1] - 311:5
**inconsistent** [3] - 294:20, 311:4, 315:7
**inconsonant** [1] - 305:25
**incorrect** [4] - 334:25, 335:8, 368:20, 383:16
**increase** [13] - 285:7, 285:9, 286:15, 332:3, 348:23, 357:21, 360:6, 388:11, 388:21, 388:23, 388:24, 389:8, 398:8
**increased** [34] - 299:8, 304:20, 327:1, 328:23, 330:9, 330:10, 330:15, 330:16, 331:21, 332:9, 335:23, 341:22, 342:18, 345:16, 349:8, 349:9, 349:10, 349:18, 355:9, 356:20, 357:5, 357:15, 359:16, 359:20, 359:25, 373:6, 377:1, 383:1, 388:6, 388:17, 389:7, 398:25, 399:14, 407:3
**increases** [3] - 294:1, 312:16, 348:17
**increasing** [1] - 348:17
**incredible** [1] - 306:18
**incumbent** [1] - 380:21
**indeed** [4] - 350:18, 353:9, 364:23, 373:4
**independent** [1] - 403:15
**index** [7] - 327:13, 327:15, 327:18, 327:21, 327:25, 329:20, 329:24
**indicate** [9] - 298:14, 324:16, 324:19, 336:11, 351:14, 363:16, 375:4, 375:7, 396:16
**indicated** [4] - 315:6, 329:7, 355:8, 377:15
**indicates** [2] - 293:10, 350:1
**indicating** [5] - 360:4, 364:4, 366:21, 367:2, 368:8
**indication** [1] - 389:16
**indicative** [1] - 327:18
**indices** [1] - 328:7

**indirectly** [2] - 374:9, 374:21
**individual** [2] - 325:7, 349:13
**individuals** [4] - 320:1, 335:9, 342:19, 401:21
**induce** [1] - 378:9
**Induced** [1] - 379:20
**induced** [1] - 374:25
**inducing** [1] - 381:12
**indulgence** [1] - 404:4
**inert** [1] - 311:24
**infections** [1] - 323:15
**infer** [1] - 399:5
**inference** [1] - 401:25
**Infertility** [1] - 350:6
**inflammation** [73] - 296:21, 296:22, 297:1, 297:3, 297:4, 297:7, 297:8, 297:11, 297:14, 298:17, 299:2, 299:8, 300:15, 300:17, 300:19, 300:21, 312:19, 320:16, 321:2, 321:4, 321:9, 321:23, 321:25, 322:1, 322:4, 322:7, 322:16, 322:20, 322:22, 322:23, 324:14, 324:17, 324:20, 330:9, 330:16, 330:20, 330:21, 331:13, 331:22, 332:3, 332:8, 367:7, 367:19, 378:8, 378:9, 380:3, 381:13, 387:2, 387:4, 387:14, 387:16, 387:18, 387:19, 387:22, 387:25, 388:3, 388:4, 388:10, 388:16, 388:23, 389:16, 390:16, 391:21, 392:7, 392:9, 393:17, 394:13, 394:14, 394:17, 394:20, 395:6, 401:21, 403:19
**Inflammation** [1] - 378:16
**inflammatory** [22] - 322:14, 326:1, 326:4, 331:8, 331:13, 367:5, 371:17, 371:23, 371:25, 372:2, 372:7, 377:25, 378:5, 380:1, 389:13, 399:22, 400:5, 400:13, 401:1, 401:12, 402:7, 403:23

421

influence [2] - 352:5, 352:10
information [6] - 290:5, 297:6, 327:9, 382:2, 386:11, 403:19
inhaled [1] - 379:24
inheritance [1] - 339:24
inherited [3] - 336:21, 336:24, 340:8
inhibitory [1] - 287:15
initial [4] - 355:20, 394:13, 394:16, 398:1
initiate [5] - 296:5, 371:22, 372:2, 378:10, 380:2
initiated [1] - 394:20
initiates [3] - 371:17, 371:24, 372:6
initiation [3] - 310:1, 322:8, 376:2
inject [1] - 282:18
innate [15] - 323:5, 323:11, 323:13, 323:17, 323:18, 323:20, 323:22, 324:2, 324:11, 331:4, 331:6, 388:9, 388:20, 400:19
iNOS [2] - 364:19, 365:19
insertional [1] - 286:11
inside [1] - 367:6
insofar [2] - 313:7, 372:14
instability [1] - 291:16
instead [1] - 398:10
Institute [3] - 379:3, 379:5, 382:22
institution [1] - 392:18
institutions [1] - 283:23
insults [1] - 287:18
integrity [1] - 292:13
intelligent [2] - 380:12, 381:21
intensive [1] - 357:7
intent [1] - 372:16
interacting [1] - 400:19
interaction [2] - 343:2, 379:25
interest [1] - 285:10
interesting [2] - 314:3, 314:5
interestingly [1] - 297:1
interests [1] - 280:25
interfering [1] - 396:7

international [1] - 313:21
interpret [1] - 305:9
interpretation [2] - 308:6, 335:13
intervals [1] - 403:17
intestine [1] - 403:5
intraepithelial [1] - 297:25
introduce [3] - 282:14, 306:6, 346:16
introduction [1] - 307:20
invaders [1] - 323:15
invalid [1] - 358:17
inversion [1] - 286:9
inversions [1] - 286:11
investigate [1] - 322:18
investigating [1] - 309:25
investigation [1] - 373:5
investigator [1] - 380:17
invited [2] - 325:3, 325:6
involved [5] - 281:9, 291:4, 313:8, 328:15, 395:12
involves [2] - 285:15, 325:7
involving [2] - 319:22, 326:4
irregular [1] - 308:20
irrelevant [3] - 367:13, 367:15, 367:16
IS [1] - 409:4
Isaac [1] - 279:25
issue [5] - 302:2, 322:5, 339:20, 374:12, 402:11
issues [1] - 385:17
itself [3] - 318:19, 341:25, 357:18

J

Japan [1] - 379:13
Jeffrey [1] - 360:22
JENNIFER [1] - 277:13
Jersey [2] - 279:18, 279:23
JERSEY [4] - 277:1, 277:14, 277:18, 277:19
Jewish [4] - 354:14, 354:17, 359:3, 359:10
job [1] - 279:24
John [1] - 316:8
JOHN [2] - 277:16,

277:20
Johns [1] - 299:23
JOHNSON [2] - 277:4
Johnson [7] - 278:6, 279:9, 303:7, 366:24
Johnson's [1] - 303:7
joined [1] - 286:6
journal [12] - 325:8, 339:11, 364:8, 364:9, 366:4, 366:17, 367:2, 372:11, 377:12, 379:16
journals [7] - 281:9, 281:12, 295:3, 300:12, 314:11, 370:21, 371:11
JR [1] - 277:16
judge [1] - 315:14
Judge [7] - 279:8, 280:13, 283:9, 284:5, 294:9, 303:13, 370:5
Judge's [1] - 303:21
JULIE [1] - 277:19
JULY [1] - 277:4
justifiable [1] - 314:20

K

keep [3] - 308:13, 318:13, 383:6
key [5] - 281:18, 320:13, 322:18, 355:21, 365:19
keynote [1] - 281:24
keywords [1] - 320:10
killer [1] - 324:12
Kinase [1] - 281:24
kind [4] - 286:13, 292:10, 313:18, 322:7
kinds [1] - 342:15
knowing [2] - 384:3, 385:3
knowledge [10] - 282:21, 347:10, 366:9, 371:13, 379:6, 380:8, 381:23, 396:17, 400:2, 400:25
known [16] - 287:23, 288:18, 315:3, 342:22, 346:22, 368:25, 369:14, 380:8, 381:10, 381:14, 382:18, 383:7, 385:12, 389:11, 389:25, 391:9

L

lab [9] - 282:3, 282:4, 302:21, 307:6, 307:23,

307:24, 308:1, 308:17, 308:21
laboratories [1] - 373:6
laboratory [8] - 280:2, 308:14, 308:19, 319:12, 319:13, 319:21, 365:17, 371:6
lack [2] - 331:9, 393:17
lactation [2] - 351:9, 351:13
Lake [2] - 355:25, 362:13
Langone [3] - 280:1, 319:15, 319:17
Langseth [1] - 378:21
LAPINSKI [1] - 277:14
large [9] - 290:16, 304:6, 304:8, 320:25, 329:8, 329:11, 390:2, 392:18, 392:20
large-scaled [1] - 304:6
largest [1] - 280:23
last [17] - 281:23, 283:1, 283:4, 289:19, 290:6, 290:7, 291:10, 302:19, 304:21, 305:14, 314:13, 319:2, 319:5, 321:8, 353:7, 376:23, 402:14
late [1] - 348:16
Laura [1] - 279:25
lay [1] - 336:15
lead [18] - 286:11, 290:22, 323:16, 330:10, 331:16, 331:21, 331:23, 361:1, 380:3, 382:25, 383:5, 383:13, 384:3, 384:10, 384:15, 384:20, 385:1, 401:8
lead-free [1] - 383:13
leading [1] - 394:20
leads [3] - 330:9, 330:15, 394:18
learn [1] - 310:3
learned [3] - 282:25, 283:2, 379:14
least [6] - 291:11, 327:17, 328:1, 352:7, 352:15, 385:23
leave [1] - 376:12
leaving [1] - 281:25
led [2] - 313:20, 394:17
left [5] - 287:10, 288:15, 362:13, 406:8, 406:14
left-hand [4] - 287:10,

288:15, 406:8, 406:14
**LEIGH** [1] - 277:12
**length** [1] - 303:13
**Lengyel** [1] - 391:9
**lesion** [10] - 297:23, 298:2, 298:3, 298:7, 298:14, 298:24, 395:4, 395:14, 395:17, 395:21
**lesions** [14] - 290:25, 297:15, 297:17, 297:20, 298:16, 299:7, 300:17, 353:14, 391:20, 393:7, 393:8, 393:9, 395:10
**less** [2] - 305:8, 314:5
**letter** [5] - 285:2, 366:16, 366:20, 367:1, 377:8
**letters** [3] - 284:24, 284:25, 371:10
**leukemia** [1] - 285:23
**level** [4] - 312:4, 313:4, 327:11, 399:6
**levels** [8] - 303:4, 310:19, 310:25, 312:3, 383:16, 399:5, 399:14, 399:25
**lies** [1] - 337:11
**life** [3] - 280:4, 280:5, 280:6
**lifestyle** [1] - 334:20
**ligation** [5] - 352:24, 352:25, 353:4, 353:11, 359:5
**light** [3] - 335:18, 336:1, 336:3
**likely** [5] - 330:19, 332:6, 341:18, 343:16, 392:9
**limit** [1] - 368:2
**limited** [3] - 287:19, 389:18, 389:22
**limiting** [1] - 307:17
**line** [9] - 310:7, 319:16, 367:13, 367:21, 367:23, 368:3, 368:14, 368:17, 368:19
**lines** [4] - 309:18, 309:19, 338:23, 402:25
**link** [1] - 379:9
**linked** [9] - 305:17, 335:15, 369:2, 369:6, 369:17, 370:12, 377:24, 378:4, 378:7
**lipid** [1] - 333:7
**list** [10] - 281:8, 281:15,

304:17, 320:19, 321:7, 356:13, 356:15, 360:13, 360:14, 387:8
**listed** [7] - 281:22, 288:15, 324:8, 356:13, 356:15, 359:9, 360:20
**lists** [1] - 406:5
**literature** [8] - 283:25, 302:12, 302:13, 325:10, 326:20, 338:2, 338:12, 347:2
**litigation** [5] - 283:7, 290:9, 302:9, 328:19, 338:17
**live** [2] - 350:2, 359:4
**liver** [2] - 288:1, 383:1
**lo** [1] - 383:14
**local** [1] - 380:3
**localized** [2] - 364:20, 365:21
**located** [1] - 287:24
**LOCKE** [1] - 278:8
**locus** [1] - 306:16
**long-term** [9] - 326:25, 328:22, 336:5, 336:8, 340:23, 341:22, 354:19, 359:1, 360:6
**look** [35] - 288:7, 295:3, 295:5, 297:11, 299:13, 305:2, 305:3, 310:17, 317:3, 328:7, 338:23, 344:21, 354:1, 358:13, 363:2, 374:17, 383:14, 388:13, 394:25, 395:5, 395:10, 397:6, 397:8, 397:14, 398:10, 398:12, 398:15, 399:16, 402:14, 403:7, 405:8, 406:5, 406:8, 406:12, 406:23
**looked** [12] - 298:25, 299:5, 321:16, 349:21, 386:22, 387:2, 387:4, 390:3, 391:1, 395:1, 397:15, 398:11
**looking** [15] - 317:21, 318:12, 320:2, 321:22, 322:6, 325:25, 326:3, 328:14, 329:15, 337:6, 341:5, 358:11, 382:23, 387:24, 388:16
**looks** [2] - 288:8, 352:20
**loose** [1] - 344:19
**loss** [5] - 285:12, 286:19,

292:7, 292:9, 292:18
**Louis** [1] - 328:12
**low** [3] - 290:17, 403:14, 403:17
**lower** [3] - 311:1, 350:19, 397:10
**lowers** [1] - 350:21
**lowest** [1] - 403:12
**luck** [11] - 337:10, 337:22, 338:25, 339:19, 339:20, 339:25, 340:7, 340:10, 340:17, 340:24, 341:9
**Luck** [1] - 339:8
**lump** [1] - 293:6
**lunch** [1] - 361:5
**luncheon** [1] - 361:8
**lung** [6] - 335:16, 336:9, 342:16, 371:22, 379:24, 381:11
**lymphocyte** [2] - 389:11, 389:25
**lymphocytes** [29] - 323:9, 323:10, 323:18, 323:19, 323:21, 323:24, 324:1, 324:3, 324:4, 324:5, 324:16, 330:25, 331:11, 387:5, 387:7, 387:19, 387:20, 387:21, 388:7, 388:11, 388:18, 388:22, 389:8, 389:19, 389:23, 400:18
**lymphocytosis** [1] - 389:7
**lymphoma** [2] - 400:15, 401:4

## M

**macrophages** [13] - 323:7, 323:13, 324:19, 330:22, 331:7, 331:10, 387:6, 387:8, 387:13, 387:15, 387:17, 388:8, 388:19
**magnitude** [1] - 349:5
**maintaining** [1] - 292:13
**major** [9] - 280:22, 280:24, 281:9, 281:25, 286:20, 289:18, 291:10, 310:8, 324:3
**majority** [1] - 338:24
**Malberg** [1] - 299:12
**malignancies** [1] -

369:18
**malignant** [3] - 335:20, 379:7, 380:5
**malignant..** [1] - 376:2
**Malmberg** [2] - 299:5, 299:15
**MANGES** [1] - 278:5
**Mantovani** [2] - 378:14, 378:20
**manuscript** [7] - 313:12, 364:7, 365:14, 366:18, 375:16, 376:24, 377:4
**manuscripts** [3] - 302:22, 324:23, 327:5
**map** [1] - 304:2
**mapped** [1] - 304:9
**March** [2] - 339:10, 355:25
**Margaret** [2] - 280:21, 392:19
**MARGARET** [1] - 277:12
**mark** [1] - 392:25
**marker** [8] - 367:5, 367:7, 377:21, 387:14, 387:16, 387:18, 387:19, 387:22
**MARKETING** [1] - 277:4
**materials** [1] - 308:18
**math** [1] - 360:1
**MATTER** [1] - 409:6
**matter** [4] - 301:3, 301:21, 302:15, 399:15
**MD** [1] - 318:25
**MEAGHER** [1] - 277:20
**mean** [14] - 286:23, 297:8, 308:25, 314:9, 318:20, 334:12, 344:2, 344:17, 363:19, 378:6, 378:9, 385:15, 394:16, 395:17
**means** [18] - 286:15, 286:17, 286:19, 294:14, 298:7, 298:11, 300:20, 309:5, 309:13, 311:23, 313:7, 343:4, 343:7, 349:8, 359:20, 383:4, 395:18, 395:21
**meant** [4] - 337:2, 345:23, 347:15, 396:24
**measure** [4] - 310:18, 310:22, 311:13, 399:5
**measured** [1] - 398:20
**measurement** [1] -

309:15
**measurements** [1] - 385:21
**measuring** [3] - 310:19, 398:21, 399:6
**mechanism** [11] - 280:8, 294:25, 295:12, 332:21, 332:25, 363:15, 363:19, 363:20, 380:9, 381:13, 381:14
**mechanisms** [2] - 280:11, 380:5
**Mechanistic** [1] - 355:1
**mechanistic** [2] - 355:5, 355:12
**mediate** [1] - 324:5
**medical** [16] - 283:15, 292:23, 293:25, 295:21, 296:12, 302:25, 305:20, 312:7, 312:12, 314:16, 316:22, 338:2, 358:13, 389:1, 389:10
**Medical** [2] - 280:20, 299:23
**medication** [2] - 380:22, 390:11
**medications** [1] - 389:11
**medicine** [1] - 358:10
**Medicine** [3] - 280:3, 280:19
**Meeting** [1] - 281:24
**meeting** [4] - 282:1, 313:23, 316:9, 361:1
**meetings** [2] - 281:19, 313:20
**melanomas** [2] - 335:20, 335:24
**member** [3] - 281:16, 283:23, 308:24
**memory** [1] - 388:15
**menarche** [4] - 348:13, 348:16, 348:22, 349:19
**menopause** [4] - 348:14, 348:16, 348:22, 349:19
**mentioned** [6] - 299:12, 331:1, 331:2, 331:3, 337:18, 400:21
**mere** [4] - 299:25, 337:9, 339:18, 340:16
**merely** [1] - 341:8
**mesothelioma** [5] - 379:7, 380:1, 380:5, 380:11, 381:20

**messenger** [1] - 311:11
**meta** [4] - 329:14, 402:16, 402:18, 402:19
**meta-analyses** [1] - 329:14
**meta-analysis** [3] - 402:16, 402:18, 402:19
**metabolism** [1] - 289:2
**metal** [1] - 382:14
**metastatic** [6] - 390:16, 390:20, 391:11, 392:1, 392:2, 392:8
**method** [6] - 385:7, 385:8, 385:10, 385:11, 385:23, 385:24
**methodological** [1] - 303:14
**methodologies** [1] - 320:7
**methodology** [4] - 302:25, 315:4, 326:17, 326:19
**metrics** [2] - 327:20, 327:22
**microenvironment** [1] - 331:14
**microscope** [2] - 297:18, 299:1
**middle** [1] - 373:1
**might** [5] - 300:21, 322:25, 357:6, 358:23, 372:1
**migrated** [1] - 391:22
**migration** [1] - 296:18
**migration/transport** [1] - 372:19
**mill** [1] - 398:16
**miners** [1] - 358:12
**mingling** [1] - 331:10
**minus** [1] - 305:8
**minute** [1] - 402:14
**minutes** [1] - 404:7
**mischaracterization** [3] - 341:10, 341:14, 372:15
**mischaracterize** [2] - 372:12, 372:16
**mischaracterizes** [1] - 372:13
**misinterpreted** [1] - 339:22
**misleading** [3] - 314:12, 395:8, 400:16
**misquotes** [1] - 364:2

**misrepresents** [1] - 377:18
**misspoke** [2] - 340:20, 358:20
**misstatement** [1] - 377:17
**misstates** [1] - 401:5
**misstating** [2] - 390:22, 391:24
**mistake** [2] - 366:9, 366:10
**misunderstanding** [1] - 377:18
**miswrote** [1] - 340:19
**mitochondria** [1] - 288:24
**MM** [1] - 380:4
**model** [3] - 282:15, 358:24, 360:9
**models** [3] - 282:7, 282:12, 282:13
**modern** [4] - 306:1, 306:23, 315:7, 353:16
**modification** [2] - 343:2, 358:17
**modifiers** [1] - 333:4
**molecular** [6] - 283:3, 297:20, 306:1, 315:7, 320:2, 363:20
**Molecular** [1] - 379:13
**molecule** [1] - 367:6
**moment** [2] - 337:18, 389:22
**moments** [1] - 315:17
**monitor** [1] - 313:3
**monitoring** [1] - 377:22
**morning** [10] - 289:17, 316:8, 316:12, 353:18, 364:3, 380:22, 396:1, 398:6, 398:23, 399:4
**Mossman** [1] - 303:12
**most** [19] - 281:11, 292:1, 303:23, 306:22, 314:3, 321:16, 324:10, 329:13, 337:7, 339:23, 340:13, 343:21, 343:25, 344:4, 345:13, 351:14, 360:24, 367:22
**mostly** [1] - 321:20
**MOTLEY** [1] - 277:14
**mourning** [1] - 308:15
**mouse** [3] - 282:10, 282:13, 282:16

**move** [7] - 284:4, 330:4, 334:14, 356:7, 379:1, 379:18, 386:2
**moved** [1] - 279:22
**moving** [1] - 296:18
**MPO** [4] - 364:17, 364:19, 365:18, 367:5
**MR** [21] - 301:7, 316:7, 317:18, 318:3, 329:3, 330:5, 341:20, 361:4, 362:9, 362:19, 363:1, 365:15, 370:17, 372:23, 379:1, 381:7, 393:2, 393:6, 395:24, 395:25, 404:4
**MS** [25] - 279:8, 279:17, 284:4, 284:7, 286:1, 294:9, 299:15, 301:13, 301:19, 301:24, 302:4, 302:18, 315:13, 315:19, 317:19, 328:24, 330:2, 362:17, 362:21, 370:5, 380:24, 392:24, 404:6, 405:7, 407:6
**MUC-1** [5] - 293:19, 293:20, 293:22, 293:23, 294:3
**mucinous** [1] - 290:18
**mucus** [1] - 293:20
**multifactorial** [3] - 343:22, 343:25, 344:5
**multiple** [12] - 289:20, 293:14, 303:4, 305:4, 306:18, 309:14, 311:9, 316:16, 340:7, 343:15, 345:16, 383:16
**must** [4] - 318:5, 318:16, 385:11, 388:3
**mutagen** [3] - 306:5, 306:8, 306:10
**mutagenesis** [2] - 332:10, 394:18
**mutagenic** [4] - 291:20, 293:12, 296:6, 296:8
**mutagens** [1] - 306:4
**mutate** [1] - 306:11
**mutated** [2] - 396:10, 396:14
**mutation** [13] - 285:4, 285:14, 286:22, 291:23, 292:17, 292:18, 292:25, 306:14, 337:4, 354:18, 394:13, 394:16, 395:15

**mutational** [3] - 291:20, 293:13, 293:14

**mutations** [36] - 284:13, 284:16, 284:21, 284:22, 285:5, 286:21, 288:10, 288:11, 288:13, 289:23, 290:21, 291:2, 291:4, 291:19, 292:6, 292:7, 292:8, 292:9, 293:12, 296:8, 298:9, 306:10, 306:11, 331:16, 331:24, 335:2, 336:25, 337:8, 338:25, 340:14, 346:6, 346:23, 374:21, 395:16, 396:5, 396:6

**MY** [1] - 409:5

**myelogenous** [1] - 285:23

**myeloid** [2] - 365:18, 367:6

## N

**name** [4] - 291:25, 292:2, 316:8, 391:4

**names** [2] - 328:8, 329:10

**National** [2] - 379:2, 379:5

**national** [1] - 313:20

**natural** [2] - 324:12, 339:20

**NCI** [2] - 381:11, 406:18

**necessarily** [2] - 289:9, 328:6

**necessary** [1] - 368:18

**need** [9] - 287:13, 295:12, 295:14, 295:16, 334:7, 383:22, 383:25, 399:4, 405:14

**needed** [1] - 364:4

**Neel** [26] - 279:10, 279:18, 280:4, 282:20, 284:9, 292:22, 293:24, 301:7, 301:24, 308:25, 312:6, 314:25, 316:8, 338:7, 339:6, 345:6, 356:19, 357:2, 362:10, 362:12, 363:2, 402:15, 405:8, 405:22, 407:8, 408:7

**NEEL** [4] - 279:12, 316:4, 362:6, 405:4

**negative** [3] - 383:6,

384:4, 385:6

**neomorphic** [1] - 396:6

**neoplastic** [1] - 307:19

**neuroendocrine** [1] - 403:6

**neutrophils** [8] - 330:22, 331:2, 331:4, 331:7, 331:10, 387:7, 387:9, 388:19

**never** [3] - 296:7, 308:23, 377:14

**NEW** [4] - 277:1, 277:14, 277:18, 277:19

**new** [5] - 282:7, 282:12, 282:13, 287:23, 380:21

**New** [2] - 279:18, 316:10

**next** [6] - 296:18, 315:22, 348:13, 358:21, 361:9, 404:11

**night** [1] - 321:8

**nitrogen** [1] - 288:21

**NJ** [1] - 277:7

**NK** [3] - 324:10, 324:13, 388:19

**NO** [1] - 277:2

**nomenclature** [1] - 291:24

**non** [9] - 290:11, 292:19, 324:1, 365:4, 365:9, 396:2, 401:16, 402:6, 403:23

**non-epithelial** [1] - 290:11

**non-steroidal** [2] - 402:6, 403:23

**non-steroidals** [1] - 401:16

**noncancerous** [1] - 339:1

**none** [1] - 305:15

**nonepithelial** [1] - 290:7

**nonHodgkin's** [2] - 400:15, 401:4

**normal** [26] - 282:5, 284:14, 287:3, 287:6, 287:11, 288:2, 288:20, 289:2, 289:5, 289:11, 289:20, 299:5, 303:19, 303:24, 333:10, 333:11, 333:12, 333:17, 333:19, 334:1, 334:4, 334:15, 339:1, 386:19, 387:15, 387:20

**normally** [1] - 289:3

**not,** [1] - 351:17

**notebook** [2] - 299:18, 308:22

**notebooks** [6] - 302:21, 307:23, 307:24, 308:1, 308:14, 308:18

**noted** [1] - 375:24

**NOTES** [1] - 409:5

**nothing** [3] - 282:24, 371:5, 393:18

**notice** [2] - 353:7, 398:19

**noticing** [1] - 327:24

**notion** [1] - 349:17

**Nowak** [1] - 339:7

**NSAID** [1] - 401:22

**NSAIDS** [1] - 401:16

**NSAIDs** [1] - 403:12

**nucleotide** [1] - 303:18

**nulliparous** [1] - 350:19

**Number** [1] - 338:10

**number** [21] - 286:14, 286:15, 286:16, 286:18, 287:1, 287:20, 291:14, 300:5, 304:9, 327:15, 327:16, 329:8, 329:11, 348:17, 350:1, 388:6, 388:17, 388:18, 389:18, 390:2, 392:20

**numbers** [1] - 346:18

**numerous** [1] - 288:11

**NYU** [4] - 280:1, 280:2, 319:15, 319:17

## O

**O'DELL** [3] - 277:12, 315:19, 370:5

**object** [4] - 301:7, 317:19, 328:24, 362:17

**objection** [2] - 330:2, 380:24

**obligation** [1] - 380:25

**observation** [1] - 389:18

**observational** [1] - 402:18

**observations** [1] - 377:9

**observed** [4] - 386:22, 390:15, 391:16, 392:13

**obtained** [2] - 308:5, 386:17

**obvious** [1] - 392:3

**obviously** [1] - 320:25

**OC** [1] - 359:3

**occur** [9] - 284:17, 285:8, 285:11, 288:13, 292:8, 292:9, 332:7, 337:8, 340:10

**occurring** [1] - 289:24

**occurs** [4] - 285:17, 309:11, 337:4, 340:15

**odds** [6] - 351:15, 358:14, 359:6, 359:14, 359:16, 359:20

**OF** [2] - 277:1, 409:5

**offer** [1] - 302:9

**OFFICIAL** [1] - 277:25

**official** [3] - 291:25, 292:2, 323:14

**often** [4] - 290:24, 373:3, 375:6, 393:25

**once** [6] - 305:3, 321:7, 321:22, 351:11, 371:10, 378:6

**oncogene** [2] - 396:11, 396:18

**oncogenes** [1] - 292:9

**oncologist** [1] - 319:8

**Oncology** [6] - 313:11, 356:8, 366:2, 366:17, 370:20, 379:13

**One** [1] - 284:8

**one** [54] - 286:5, 286:19, 288:23, 289:17, 289:18, 291:9, 293:17, 295:9, 297:3, 299:12, 299:21, 300:11, 301:14, 309:6, 310:17, 312:9, 320:6, 320:16, 320:18, 322:10, 322:25, 325:2, 336:14, 337:4, 345:13, 346:2, 346:5, 358:24, 360:25, 364:7, 370:18, 370:19, 373:5, 373:24, 375:10, 378:23, 380:14, 380:18, 381:15, 382:9, 382:11, 382:13, 382:15, 382:24, 383:13, 385:11, 386:11, 388:16, 388:17, 389:8, 396:15, 397:12, 401:15

**one's** [1] - 371:6

**ones** [3] - 305:7, 314:5, 394:1

**online** [1] - 320:7

**onset** [2] - 345:17, 359:2

**oophorectomy** [2] -

352:7, 352:14
**open** [1] - 279:3
**opinion** [60] - 292:22, 293:2, 293:4, 293:24, 294:6, 295:19, 295:20, 296:11, 296:16, 301:11, 302:24, 303:3, 303:9, 305:19, 305:24, 309:19, 312:22, 314:15, 314:19, 314:20, 315:2, 316:16, 318:5, 318:15, 331:25, 337:7, 337:12, 337:19, 340:21, 341:6, 341:7, 341:10, 341:13, 341:14, 341:15, 341:16, 341:19, 342:5, 342:13, 353:21, 354:9, 355:11, 367:12, 368:20, 368:21, 375:17, 375:18, 377:7, 377:10, 382:20, 383:17, 385:25, 391:15, 399:13, 399:15, 399:18, 403:20, 403:24, 404:2
**opinions** [21] - 283:12, 283:17, 294:10, 301:9, 301:12, 303:1, 313:14, 315:1, 316:15, 316:21, 317:4, 317:24, 318:12, 320:5, 321:11, 326:9, 326:10, 326:13, 338:16, 353:24, 399:21
**Opportunities** [1] - 355:22
**opposed** [1] - 376:3
**opposite** [3] - 340:2, 342:3, 393:24
**OR** [1] - 359:14
**oral** [2] - 314:4, 359:3
**order** [6] - 284:24, 297:10, 305:5, 308:9, 318:14, 344:3
**organ** [2] - 390:9, 390:10
**organized** [1] - 281:19
**organoids** [1] - 282:16
**origin** [7] - 282:8, 289:24, 290:21, 290:24, 291:18, 293:11, 296:5
**original** [2] - 351:7, 395:20
**originate** [3] - 291:12, 291:18, 394:3
**originated** [1] - 394:21
**outcome** [1] - 342:2

**outline** [2] - 337:6, 364:15
**outlined** [2] - 303:15, 385:18
**outside** [2] - 280:9, 308:14
**outweighs** [1] - 342:11
**ovarian** [195] - 280:11, 282:8, 282:11, 282:13, 282:15, 282:18, 282:19, 282:21, 283:4, 290:1, 290:2, 290:4, 290:8, 290:10, 290:12, 290:14, 290:15, 290:18, 291:8, 291:11, 291:14, 292:15, 293:6, 294:2, 295:23, 296:14, 296:22, 296:24, 296:25, 297:6, 297:9, 297:11, 297:12, 297:22, 298:2, 298:4, 300:19, 300:22, 301:10, 302:11, 303:8, 304:10, 304:16, 304:20, 304:24, 305:12, 305:17, 307:17, 307:21, 310:1, 310:2, 310:7, 310:9, 312:1, 312:8, 312:13, 312:20, 312:25, 313:2, 313:4, 313:5, 313:6, 313:8, 314:18, 314:22, 320:14, 320:18, 320:20, 320:21, 320:23, 320:24, 320:25, 321:3, 321:4, 321:9, 322:16, 326:5, 327:1, 328:14, 328:23, 329:5, 340:22, 341:3, 341:19, 341:23, 343:9, 343:16, 344:11, 344:17, 345:14, 345:25, 346:1, 346:5, 346:9, 346:15, 346:22, 347:9, 347:11, 347:14, 347:16, 348:2, 348:5, 348:11, 348:23, 349:11, 349:18, 350:9, 351:1, 351:14, 351:24, 352:5, 352:11, 352:20, 353:1, 353:5, 353:17, 353:22, 354:2, 354:8, 354:17, 354:20, 354:22, 355:7, 355:9, 355:21, 356:17, 359:2, 360:7, 360:19, 363:4, 363:22, 367:8, 367:11, 367:20, 367:23, 368:4,

368:9, 368:14, 368:18, 369:2, 369:6, 369:18, 370:15, 377:15, 377:16, 377:21, 377:24, 378:4, 378:10, 379:8, 379:9, 381:16, 381:18, 386:18, 386:19, 390:23, 390:25, 391:2, 391:10, 391:11, 392:7, 392:16, 392:21, 393:8, 393:11, 393:19, 393:21, 394:3, 394:8, 395:11, 395:16, 396:3, 397:19, 397:20, 400:1, 400:4, 400:12, 400:23, 401:10, 401:17, 401:20, 401:23, 402:10, 403:1, 403:4, 403:16, 403:19, 405:24, 406:6, 406:20, 406:23, 407:3
**Ovarian** [4] - 344:22, 355:23, 355:24, 369:12
**ovaries** [1] - 391:17
**ovarium** [1] - 355:13
**ovary** [2] - 381:12, 390:19
**overall** [1] - 402:24
**overlap** [2] - 324:9, 324:12
**oversee** [2] - 319:23, 320:1
**oversimplifying** [1] - 374:12
**ovulation** [3] - 348:15, 348:21, 351:12
**ovulatory** [1] - 348:17
**own** [3] - 283:18, 337:11, 370:9
**oxidant** [4] - 365:19, 365:20, 367:5, 367:6
**oxidative** [20] - 310:10, 310:18, 312:1, 312:2, 312:3, 312:7, 312:12, 312:16, 312:20, 332:13, 332:15, 332:19, 332:24, 373:4, 373:6, 374:6, 374:25, 375:6, 375:14
**oxidative-induced** [1] - 374:25
**oxidative-stress** [1] - 375:6
**oxygen** [19] - 288:18, 288:21, 288:24, 289:1, 289:8, 289:13, 289:15,

310:22, 312:4, 330:6, 330:10, 330:24, 331:15, 331:23, 332:12, 334:7, 334:10, 373:11, 373:14

---

**P**

**p.m** [1] - 407:11
**p53** [30] - 291:23, 292:1, 292:2, 292:5, 292:11, 292:14, 292:17, 292:18, 292:24, 298:5, 298:6, 298:7, 298:9, 298:12, 298:14, 298:16, 386:24, 386:25, 387:1, 389:15, 396:1, 396:5, 396:7, 396:10, 396:12, 396:14, 396:18
**pack** [1] - 336:9
**page** [39] - 299:19, 302:1, 315:22, 317:13, 317:18, 331:20, 337:6, 343:11, 344:8, 345:7, 345:8, 347:19, 348:25, 349:3, 350:5, 351:8, 352:2, 354:22, 355:4, 356:25, 361:9, 364:15, 364:24, 365:12, 365:13, 368:24, 371:14, 371:18, 372:18, 372:25, 375:21, 379:18, 397:18, 398:14, 404:11, 406:2, 406:24
**Page** [1] - 408:4
**pages** [2] - 287:2, 369:3
**paint** [5] - 382:23, 382:25, 383:13, 384:2
**Palm** [1] - 281:24
**pancreatic** [1] - 403:4
**panel** [3] - 378:23, 378:25, 398:15
**paper** [57] - 295:6, 299:18, 300:11, 310:15, 310:24, 311:17, 314:8, 338:8, 338:19, 338:22, 339:7, 339:15, 340:4, 345:3, 346:4, 346:8, 346:12, 351:23, 353:19, 353:24, 354:3, 354:5, 355:22, 356:2, 357:11, 359:12, 360:2, 360:3, 360:12, 364:22, 366:1, 366:21, 366:22, 366:23, 366:25, 370:10, 370:11, 370:13, 370:24, 370:25,

373:18, 374:18, 375:7, 378:18, 391:9, 397:4, 399:11, 403:7, 403:8, 405:9, 405:18, 406:2, 406:9, 406:13
**papers** [20] - 295:2, 310:11, 314:4, 327:16, 327:17, 328:6, 328:17, 335:12, 335:14, 340:1, 346:21, 347:15, 347:17, 355:18, 363:24, 364:3, 368:5, 368:7, 368:10, 371:12
**paragraph** [18] - 331:20, 339:15, 343:12, 348:25, 352:3, 357:1, 358:21, 364:16, 367:22, 368:23, 371:4, 371:14, 372:17, 373:1, 379:19, 379:22, 397:23
**parenthesis** [1] - 359:1
**parity** [1] - 350:1
**Parity** [1] - 350:6
**parous** [1] - 350:18
**part** [21] - 285:12, 287:10, 288:15, 288:25, 289:2, 289:11, 300:3, 319:13, 323:5, 323:10, 323:13, 323:18, 323:21, 323:25, 331:4, 338:12, 340:25, 363:12, 377:18, 396:20, 401:6
**participated** [1] - 392:19
**particles** [1] - 372:19
**particular** [15] - 282:6, 285:13, 294:23, 294:25, 298:21, 298:22, 306:16, 325:11, 328:25, 338:18, 342:2, 366:25, 383:12, 403:14
**particularly** [4] - 292:3, 294:17, 294:19, 294:24
**past** [2] - 280:18, 392:25
**path** [1] - 332:20
**pathogenesis** [12] - 280:12, 283:3, 300:19, 312:13, 348:2, 348:5, 377:15, 377:23, 378:3, 378:6, 393:18
**pathological** [1] - 355:12
**pathologies** [2] - 332:21, 333:1
**pathologists** [1] - 299:22

**pathology** [2] - 355:1, 355:5
**pathophysiological** [1] - 332:25
**patient** [4] - 319:3, 389:24, 392:3, 392:4
**patients** [16] - 299:6, 319:9, 356:22, 389:9, 390:3, 390:5, 390:6, 390:23, 390:24, 390:25, 391:1, 392:16, 392:21, 395:10
**pause** [1] - 370:6
**Pause** [3] - 286:2, 377:3, 378:12
**PDQ** [4] - 379:9, 406:17, 406:20, 406:23
**peer** [17] - 281:2, 300:11, 302:21, 313:10, 313:11, 313:16, 313:18, 314:8, 314:10, 324:23, 327:4, 347:2, 366:8, 370:20, 370:21, 372:10, 372:11
**peer-reviewed** [5] - 324:23, 327:4, 347:2, 370:21, 372:11
**penetrate** [1] - 379:24
**penetration** [1] - 387:17
**people** [10] - 298:25, 314:8, 322:3, 324:10, 328:7, 328:8, 335:22, 383:24, 403:9, 403:11
**per** [1] - 398:16
**percent** [20] - 290:12, 290:13, 291:11, 334:10, 335:23, 337:19, 350:18, 350:19, 350:21, 352:8, 352:15, 359:17, 359:24, 360:7, 390:19, 394:2, 394:9, 395:3, 395:13, 395:18
**percentage** [1] - 391:16
**performed** [3] - 342:11, 376:15, 376:22
**perhaps** [2] - 340:23, 400:9
**perineal** [6] - 295:22, 296:13, 341:2, 341:18, 406:24, 407:2
**perineum** [1] - 307:22
**period** [2] - 306:19, 403:10
**peritoneal** [2] - 379:8,

381:12
**peritoneum** [1] - 291:2
**Perlmutter** [2] - 280:1, 319:14
**peroxide** [1] - 288:23
**person** [4] - 286:22, 286:23, 325:11, 345:22
**Personal** [1] - 278:9
**Perspective** [1] - 355:24
**Ph.D** [1] - 318:25
**phases** [1] - 373:10
**Philadelphia** [3] - 279:21, 285:22, 286:3
**phocomelia** [1] - 381:8
**phosphatase** [1] - 282:6
**phrasing** [1] - 381:2
**physician** [2] - 328:10, 356:22
**physicians** [1] - 313:3
**physiological** [5] - 332:21, 333:12, 334:2, 334:16
**physiology** [1] - 289:12
**picking** [1] - 403:24
**piece** [3] - 286:5, 286:6, 403:25
**pieces** [1] - 288:3
**Plaintiffs** [1] - 277:16
**plaintiffs** [7] - 284:2, 300:25, 302:13, 310:8, 310:11, 311:25, 315:17
**plaintiffs'** [3] - 293:18, 294:4, 296:2
**planning** [1] - 367:1
**plate** [2] - 306:7, 309:6
**platelets** [2] - 403:15
**plausibility** [15] - 294:8, 294:13, 294:14, 295:3, 295:8, 295:9, 295:13, 295:17, 296:9, 302:10, 302:15, 318:15, 353:13, 383:4, 405:15
**plausible** [8] - 295:22, 296:2, 345:25, 348:9, 348:12, 352:23, 353:3, 354:16
**play** [1] - 300:21
**plays** [1] - 312:12
**pleural** [4] - 379:7, 379:24, 380:10, 381:11
**point** [17] - 284:22, 285:4, 285:5, 291:4, 292:17, 300:23, 305:1,

314:21, 326:21, 326:24, 345:20, 387:23, 398:12, 399:1, 399:2, 399:17
**pointed** [1] - 405:23
**pointing** [5] - 366:17, 371:11, 375:10, 375:12, 377:8
**points** [2] - 380:14, 399:17
**poisoning** [1] - 343:23
**Polymechanism** [1] - 369:11
**polymorphisms** [1] - 303:18
**poorly** [2] - 342:11, 342:12
**pose** [1] - 385:8
**posed** [1] - 300:3
**position** [2] - 280:17, 285:3
**positions** [1] - 280:18
**possible** [3] - 330:18, 332:5, 403:15
**possibly** [1] - 394:2
**post** [2] - 282:23, 319:24
**poster** [3] - 313:19, 313:22, 314:1
**posters** [1] - 314:6
**potential** [4] - 294:16, 331:16, 382:17, 385:11
**potentially** [3] - 298:6, 383:23, 385:4
**POWDER** [1] - 277:4
**powder** [8] - 294:1, 295:23, 296:13, 301:2, 303:7, 326:1, 363:4, 367:13
**powders** [1] - 382:6
**powerful** [1] - 365:19
**PowerPoint** [1] - 285:25
**practices** [1] - 308:19
**PRACTICES** [1] - 277:5
**precise** [1] - 284:24
**precision** [1] - 309:15
**precursor** [13] - 297:15, 297:17, 297:22, 298:2, 298:3, 298:7, 298:16, 298:23, 393:8, 395:4, 395:13, 395:17, 395:21
**predict** [2] - 351:13, 358:24
**predisposition** [1] - 340:9

**predispositions** [2] - 336:21, 346:3
**pregnancies** [1] - 350:1
**pregnancy** [2] - 350:9, 350:21
**preliminary** [1] - 358:25
**premalignant** [1] - 326:4
**premise** [1] - 392:10
**preneoplastic** [2] - 298:1, 307:20
**preparation** [1] - 317:10
**prepared** [2] - 316:11, 322:6
**preparing** [1] - 320:5
**presence** [9] - 324:13, 324:16, 324:19, 383:5, 385:4, 387:5, 387:6, 387:8, 389:23
**present** [9] - 295:24, 298:23, 303:19, 365:18, 382:8, 382:10, 382:12, 382:14, 388:10
**presentation** [1] - 314:1
**pretty** [2] - 325:1, 392:17
**prevent** [1] - 357:22
**preventable** [1] - 337:20
**prevention** [2] - 356:21, 357:7
**preventive** [1] - 347:21
**prevents** [1] - 331:9
**previous** [1] - 371:6
**previously** [3] - 311:14, 331:2, 365:17
**primarily** [1] - 393:22
**primary** [1] - 363:12
**Princess** [2] - 280:21, 392:19
**privilege** [1] - 316:9
**pro** [7] - 310:20, 312:1, 326:17, 334:21, 365:20, 367:6, 399:6
**pro-carcinogenic** [1] - 334:21
**pro-oxidant** [2] - 365:20, 367:6
**pro-oxidative** [1] - 312:1
**probability** [10] - 283:15, 292:23, 293:25, 295:21, 296:12, 302:25, 305:20, 314:16, 316:17, 316:23
**proband** [1] - 345:20
**probands** [2] - 345:15, 346:16

**problem** [4] - 301:13, 305:4, 366:11, 404:5
**procedures** [3] - 308:4, 352:4, 352:10
**proceed** [1] - 302:5
**Proceedings** [1] - 408:4
**process** [14] - 287:2, 287:23, 298:23, 331:8, 333:10, 333:11, 333:12, 333:20, 334:2, 371:23, 377:25, 378:5, 388:20, 401:12
**processes** [7] - 288:15, 288:20, 291:20, 293:13, 293:14, 296:6, 313:16
**produce** [2] - 324:6, 330:24
**produced** [4] - 289:3, 289:5, 318:21, 332:15
**production** [10] - 289:6, 289:12, 289:14, 323:16, 330:10, 330:16, 331:22, 332:16, 333:11
**products** [7] - 294:1, 295:23, 296:13, 300:25, 301:2, 302:10, 303:7
**Products** [1] - 278:9
**PRODUCTS** [1] - 277:4
**professional** [2] - 280:5, 280:6
**professor** [1] - 299:22
**Professor** [2] - 280:3, 280:19
**profiling** [1] - 357:3
**programmed** [1] - 333:17
**progression** [1] - 376:3
**prohibiting** [1] - 294:3
**proliferate** [1] - 374:11
**proliferation** [11] - 311:6, 333:19, 333:23, 334:4, 334:18, 367:9, 374:2, 374:8, 374:10, 376:14, 377:1
**prolonged** [1] - 380:2
**prominent** [2] - 281:11, 299:21
**promote** [5] - 373:6, 373:24, 374:7, 374:19, 374:24
**promotes** [1] - 332:2
**proof** [1] - 295:12
**proper** [5] - 362:17,

362:21, 385:20, 385:21
**properly** [2] - 342:10
**properties** [1] - 282:17
**prophylactic** [2] - 352:7, 352:14
**proposed** [3] - 295:1, 371:24, 372:1
**PROSKAUER** [1] - 277:21
**prospective** [2] - 358:2, 358:6
**prostate** [1] - 403:5
**protective** [1] - 351:15
**protein** [10] - 285:7, 285:12, 286:5, 286:7, 292:1, 298:10, 310:19, 333:5
**proteins** [2] - 288:2, 288:3
**protumorigenic** [1] - 373:25
**prove** [1] - 385:5
**provide** [3] - 338:4, 369:24, 381:22
**provided** [1] - 349:17
**provides** [2] - 306:12, 346:14
**provisional** [1] - 308:6
**provocative** [1] - 314:3
**PSC** [7] - 338:7, 339:6, 345:6, 356:19, 357:2, 379:11, 402:15
**psoriatic** [2] - 401:9, 401:12
**public** [2] - 314:4, 336:15
**publication** [4] - 364:7, 372:11, 390:18, 390:21
**publications** [7] - 281:3, 305:16, 314:5, 314:10, 329:5, 337:25, 368:1
**publish** [1] - 295:7
**published** [31] - 299:16, 314:9, 321:24, 324:23, 325:3, 335:9, 338:23, 339:9, 347:2, 347:17, 351:4, 356:8, 360:3, 363:7, 363:24, 364:7, 364:9, 366:1, 366:12, 366:13, 368:5, 370:19, 370:20, 370:22, 371:10, 376:24, 377:4, 378:21, 379:17, 386:6, 403:8
**PubMed** [5] - 320:8,

320:18, 321:8, 329:4, 355:20
**pull** [7] - 329:16, 346:18, 349:19, 350:22, 350:23, 351:20, 352:17
**pulled** [1] - 352:18
**purport** [1] - 377:5
**purported** [1] - 294:22
**purpose** [1] - 349:22
**PURSUANT** [1] - 409:3
**put** [12] - 304:14, 304:15, 304:16, 336:10, 337:10, 339:4, 362:14, 369:2, 376:8, 381:6, 398:13, 402:4

## Q

**qua** [3] - 292:19, 324:1, 396:2
**qualification** [2] - 348:24, 349:6
**qualifications** [1] - 348:6
**quantitatively** [1] - 306:16
**questioned** [1] - 399:12
**questioning** [1] - 371:8
**questions** [10] - 284:5, 315:15, 316:11, 317:20, 320:24, 377:5, 382:24, 398:7, 407:6
**quicker** [1] - 280:16
**quite** [1] - 329:22
**quote** [3] - 364:17, 364:21, 375:24
**quoting** [4] - 365:13, 369:3, 371:5, 394:5

## R

**radicals** [1] - 288:21
**radon** [2] - 358:13, 358:15
**raised** [1] - 339:20
**ran** [1] - 321:8
**random** [2] - 306:11, 338:25
**randomly** [1] - 306:6
**rate** [1] - 359:22
**rated** [1] - 339:10
**rather** [2] - 340:13, 343:15
**ratio** [6] - 351:16, 358:15, 359:6, 359:14, 359:16,

359:20
**rays** [1] - 306:5
**RE** [1] - 277:4
**reach** [1] - 300:14
**reaching** [1] - 350:2
**reacting** [1] - 322:11
**reaction** [2] - 322:14, 322:21
**reactive** [18] - 288:18, 288:24, 289:1, 289:7, 289:8, 289:12, 289:14, 310:22, 312:3, 312:4, 330:6, 330:10, 330:24, 331:15, 331:22, 332:12, 373:10, 373:14
**read** [33] - 309:8, 326:12, 328:16, 328:18, 340:12, 340:13, 343:3, 345:18, 346:11, 346:21, 347:3, 348:19, 349:23, 353:6, 354:3, 354:6, 354:22, 355:17, 356:1, 357:8, 359:7, 365:9, 366:22, 366:23, 370:11, 370:18, 371:1, 373:8, 376:6, 380:6, 386:13, 386:16, 387:11
**reader** [1] - 327:24
**readers** [1] - 328:6
**Reading** [1] - 365:16
**reading** [5] - 284:23, 328:1, 344:15, 354:25, 374:14
**ready** [1] - 279:7
**real** [2] - 306:4, 315:10
**really** [4] - 310:3, 391:21, 395:17, 403:18
**realm** [1] - 378:11
**reask** [1] - 330:14
**reason** [2] - 364:8, 383:22
**reasonable** [10] - 283:14, 292:22, 293:24, 295:20, 296:11, 302:24, 305:19, 314:15, 316:17, 316:22
**REATH** [1] - 277:18
**receive** [1] - 280:9
**recent** [7] - 321:20, 329:13, 351:3, 351:4, 368:1, 373:2, 375:5
**recently** [1] - 280:11
**recess** [3] - 315:21,

361:8, 404:10
**recognize** [4] - 360:18, 360:24, 364:1, 381:15
**recognized** [2] - 325:8, 381:11
**recollection** [1] - 387:11
**recommended** [1] - 377:2
**record** [1] - 308:3
**recorded** [1] - 283:1
**records** [1] - 389:1
**Recross** [1] - 408:6
**redirect** [1] - 404:6
**Redirect** [1] - 408:6
**REDIRECT** [1] - 405:6
**redox** [4] - 368:25, 369:14, 369:17, 370:12
**reduced** [3] - 399:18, 402:11, 403:3
**reduces** [2] - 351:13, 390:11
**reduction** [1] - 299:6
**Reduction** [1] - 369:11
**refer** [1] - 292:1
**reference** [19] - 317:12, 338:20, 344:21, 344:22, 345:12, 347:6, 351:23, 352:8, 352:17, 352:18, 359:11, 365:24, 366:1, 370:9, 370:10, 373:4, 373:10, 374:14, 374:16
**referenced** [5] - 347:1, 347:12, 350:24, 353:19, 356:11
**references** [15] - 337:14, 337:16, 346:14, 346:18, 346:25, 349:17, 350:20, 350:22, 351:16, 351:17, 369:24, 370:1, 370:2, 402:4
**referring** [6] - 335:12, 336:21, 364:21, 368:10, 375:2, 391:13
**regard** [2] - 301:11, 307:16
**regarding** [6] - 300:14, 301:10, 353:21, 353:24, 362:13, 367:21
**regardless** [2] - 348:25, 349:4
**region** [2] - 286:17, 287:24
**regulated** [1] - 282:5

**regulation** [4] - 285:1, 287:3, 287:6, 291:5
**regulatory** [1] - 285:9
**Reid** [16] - 344:22, 346:8, 346:14, 347:5, 347:12, 349:17, 351:23, 352:9, 353:19, 354:13, 354:19, 357:10, 405:9, 405:11, 406:2, 406:13
**Reid/Sellers** [1] - 359:12
**reject** [1] - 364:9
**rejection** [1] - 390:10
**rejoin** [1] - 285:18
**rejoining** [1] - 285:21
**related** [1] - 334:21
**relates** [1] - 354:1
**relationship** [1] - 292:14
**relative** [2] - 402:24, 403:1
**relatively** [3] - 294:20, 294:23, 392:3
**relatives** [4] - 291:8, 345:15, 345:16, 346:16
**relevance** [5] - 304:24, 305:6, 314:14, 314:18, 330:2
**relevant** [5] - 283:25, 312:20, 367:18, 370:11, 383:2
**reliable** [1] - 342:7
**reliance** [2] - 356:13, 356:15
**relying** [4] - 347:5, 347:7, 351:24, 363:10
**remaining** [1] - 395:3
**remains** [2] - 300:22, 378:10
**remember** [14] - 316:23, 321:5, 328:17, 329:10, 329:11, 329:12, 338:18, 360:9, 360:10, 371:1, 373:18, 374:13, 400:9
**repair** [2] - 346:6, 380:2
**repaired** [1] - 306:9
**repeat** [2] - 332:23, 378:1
**repetition** [1] - 296:20
**replicate** [3] - 287:20, 309:4, 385:20
**replicated** [1] - 308:9
**replicates** [7] - 309:3, 309:4, 309:5, 309:10, 309:13, 309:17
**replication** [4] - 337:9,

339:1, 340:9, 340:16
**replications** [1] - 309:3
**report** [79] - 283:6, 283:9, 283:12, 287:1, 294:10, 299:14, 299:19, 300:4, 300:8, 301:8, 302:20, 303:11, 303:15, 305:16, 307:18, 310:21, 316:15, 317:5, 317:10, 317:12, 320:6, 322:6, 322:9, 324:22, 326:16, 328:18, 328:25, 331:20, 336:10, 337:7, 337:13, 339:4, 340:12, 343:11, 343:13, 344:8, 349:22, 351:5, 351:6, 351:7, 353:18, 355:19, 356:11, 363:13, 363:23, 364:2, 364:14, 364:15, 364:23, 365:11, 365:14, 365:15, 365:22, 368:23, 369:8, 369:10, 369:25, 370:3, 371:15, 371:20, 372:17, 372:25, 374:13, 375:20, 376:18, 387:9, 388:7, 388:13, 388:14, 388:18, 389:21, 394:5, 396:16, 397:23, 398:3, 398:6, 399:8, 400:21
**reported** [5] - 311:17, 360:4, 365:17, 381:24, 397:19
**REPORTER** [1] - 277:25
**reports** [5] - 284:1, 303:5, 303:11, 312:18, 354:8
**represent** [2] - 303:24, 329:23
**representation** [1] - 287:5
**reproduce** [1] - 287:20
**reproductive** [7] - 315:11, 347:21, 348:1, 348:4, 357:4, 357:11, 358:22
**Reproductive** [1] - 370:19
**repudiated** [1] - 399:11
**requires** [1] - 309:3
**research** [9] - 280:2, 280:25, 282:3, 319:17, 319:21, 319:23, 347:25, 348:3, 382:4

**Research** [1] - 355:23
**researcher** [2] - 360:18, 391:10
**researchers** [1] - 394:9
**resistance** [1] - 376:14
**respect** [3] - 374:12, 385:5, 399:3
**respected** [2] - 299:21, 366:4
**respiration** [1] - 288:25
**respond** [3] - 287:14, 288:22, 323:14
**response** [9] - 340:1, 368:8, 371:18, 371:25, 372:2, 372:7, 390:11, 398:6, 398:22
**responses** [3] - 334:16, 334:17, 338:22
**responsible** [1] - 319:15
**rest** [2] - 319:14, 365:9
**RESTAINO** [22] - 277:16, 301:7, 316:7, 317:18, 318:3, 329:3, 330:5, 341:20, 361:4, 362:9, 362:19, 363:1, 365:15, 370:17, 372:23, 379:1, 381:7, 393:2, 393:6, 395:24, 395:25, 404:4
**Restaino** [8] - 316:9, 329:2, 329:7, 385:5, 405:9, 405:17, 406:17, 408:9
**result** [12] - 286:4, 288:14, 298:9, 309:8, 330:16, 331:22, 332:3, 332:9, 334:25, 336:1, 384:1, 388:3
**resulted** [3] - 326:25, 328:22, 338:1
**resulting** [2] - 367:18, 374:10
**results** [7] - 288:16, 308:5, 308:7, 322:10, 383:6, 397:23, 402:22
**resumed** [3] - 316:4, 362:6, 405:4
**retained** [1] - 366:23
**retrospectively** [1] - 358:11
**returned** [1] - 364:3
**review** [32] - 283:24, 283:25, 300:10, 307:23, 308:17, 313:10, 313:11,

313:16, 321:19, 325:3, 325:7, 325:10, 325:16, 325:20, 325:25, 326:3, 326:7, 326:8, 326:20, 329:16, 346:19, 349:20, 353:7, 355:17, 368:11, 378:15, 379:11, 379:13, 386:12, 405:11, 405:13
**Review** [1] - 344:23
**review,** [1] - 349:7
**reviewed** [17] - 281:2, 299:10, 302:11, 302:20, 314:8, 314:10, 317:9, 324:23, 327:4, 329:7, 344:12, 347:2, 363:12, 370:21, 372:11, 386:3
**Reviewer** [4] - 375:24, 376:8, 377:2
**reviewer** [1] - 372:10
**reviewers** [2] - 364:4, 366:8
**reviewing** [2] - 295:2, 300:11
**reviews** [3] - 302:21, 313:18, 313:22
**rheumatoid** [3] - 399:24, 400:4, 400:7
**RICE** [1] - 277:14
**rise** [9] - 279:4, 297:21, 315:20, 316:1, 361:7, 362:3, 404:9, 405:1, 407:10
**Risk** [1] - 338:9
**risk** [88] - 294:2, 299:6, 304:4, 304:10, 304:20, 327:1, 328:23, 335:23, 339:8, 341:22, 342:18, 343:8, 344:9, 344:10, 344:16, 345:13, 345:16, 346:1, 346:4, 346:7, 346:9, 346:13, 346:15, 346:23, 347:13, 347:20, 347:21, 348:7, 348:10, 348:17, 348:23, 349:8, 349:9, 349:10, 349:12, 349:18, 350:10, 350:19, 350:21, 351:13, 352:5, 352:6, 352:7, 352:10, 352:14, 352:15, 353:1, 353:5, 353:21, 353:25, 354:1, 354:12, 354:20, 355:9, 356:20, 357:4, 357:5, 357:11, 357:15,

357:16, 357:18, 357:21, 358:16, 358:17, 358:19, 358:23, 358:24, 358:25, 359:9, 359:17, 359:20, 359:25, 362:13, 363:4, 383:1, 402:2, 402:9, 402:16, 402:24, 403:1, 403:22, 405:15, 405:18, 405:24, 406:10, 406:12, 407:3
**RNA** [5] - 310:19, 311:10, 311:12, 311:13, 311:14
**RNA-seq** [1] - 311:14
**role** [6] - 300:21, 302:8, 312:12, 319:18, 341:8, 373:16
**room** [2] - 334:7, 334:10
**ROS** [29] - 288:19, 289:2, 289:5, 289:6, 310:25, 311:2, 312:5, 330:6, 330:17, 331:23, 332:4, 332:9, 332:16, 333:5, 333:7, 333:8, 333:11, 373:24, 374:7, 374:19, 374:24, 397:9, 397:19, 398:2, 398:8, 398:20, 398:21, 399:5
**ROSE** [1] - 277:21
**RPR** [1] - 277:24
**RUEB** [1] - 277:15
**rule** [2] - 309:10, 339:18
**run** [2] - 280:2, 319:14
**Russoniello** [2] - 409:8, 409:9
**RUSSONIELLO** [1] - 277:24

---

### S

**S/Vincent** [1] - 409:8
**Saed** [37] - 302:20, 302:22, 303:1, 303:5, 305:11, 305:15, 305:22, 306:17, 309:18, 309:25, 310:25, 311:2, 311:6, 311:25, 312:18, 312:24, 314:14, 315:4, 325:6, 367:10, 369:3, 369:5, 369:24, 372:12, 375:4, 375:10, 376:25, 377:14, 396:22, 396:23, 396:24, 396:25, 397:9, 397:13, 398:16, 399:4, 399:17
**Saed's** [27] - 303:12,

307:1, 307:24, 308:17, 310:12, 310:13, 310:17, 312:15, 313:12, 314:8, 314:16, 314:22, 314:25, 315:3, 315:9, 364:21, 364:23, 365:11, 366:18, 370:9, 370:24, 371:14, 371:20, 375:16, 397:5, 398:18, 399:11
**SALES** [1] - 277:5
**samples** [2] - 387:1, 392:20
**save** [1] - 294:10
**saw** [3] - 321:22, 384:16, 389:15
**scale** [2] - 304:8, 392:18
**scaled** [1] - 304:6
**scanned** [1] - 321:10
**scarring** [1] - 371:23
**School** [3] - 280:2, 280:20, 299:23
**Science** [2] - 339:9, 339:10
**science** [4] - 304:1, 308:9, 309:2, 356:7
**Sciences** [1] - 370:19
**scientific** [26] - 281:6, 282:20, 283:15, 292:23, 293:25, 294:24, 295:2, 295:15, 295:21, 296:12, 302:25, 305:20, 312:7, 312:11, 314:16, 314:21, 316:17, 326:20, 339:10, 368:3, 369:22, 385:7, 385:8, 385:10, 385:23
**scientist** [2] - 314:9, 336:19
**scientists** [7] - 291:24, 299:4, 315:4, 336:18, 363:2, 395:5, 397:14
**scope** [1] - 380:25
**screen** [2] - 321:7, 362:14
**screening** [1] - 357:7
**search** [8] - 320:7, 320:8, 320:11, 321:8, 329:4, 338:12, 339:17, 355:21
**searched** [2] - 321:2, 321:6
**seated** [1] - 279:6
**second** [9] - 285:14, 299:9, 311:5, 360:15, 370:19, 370:25, 379:19,

430

379:22, 381:19
**secondary** [1] - 335:3
**secondly** [1] - 310:6
**Secondly** [1] - 405:14
**section** [8] - 343:12, 345:8, 350:5, 351:9, 353:8, 369:11, 371:21, 379:19
**SECTION** [1] - 409:3
**see** [43] - 287:10, 290:17, 290:23, 291:3, 291:21, 291:22, 297:18, 298:22, 299:1, 306:14, 307:8, 317:19, 326:9, 329:5, 335:11, 338:19, 345:10, 346:20, 347:22, 349:24, 350:6, 350:11, 351:9, 358:2, 358:4, 358:6, 358:17, 360:12, 362:24, 365:10, 366:16, 371:16, 376:9, 379:22, 388:6, 388:17, 392:2, 394:22, 395:14, 399:16, 402:17, 402:22, 406:14
**seeing** [5] - 327:24, 356:3, 360:9, 360:10, 389:21
**seem** [2] - 373:2, 375:4
**Sekido** [1] - 379:12
**select** [1] - 321:14
**selected** [3] - 321:14, 321:18, 326:8
**selective** [1] - 306:12
**self** [1] - 287:15
**self-destruct** [1] - 287:15
**Sellers** [10] - 345:2, 346:4, 346:25, 348:24, 349:3, 349:6, 350:15, 353:19, 354:13, 357:10
**Sellers'** [2] - 353:7, 355:11
**semi** [1] - 307:10
**semi-transformed** [1] - 307:10
**seminal** [1] - 382:24
**send** [2] - 287:22, 364:6
**senior** [1] - 345:2
**sense** [3] - 335:6, 336:16, 339:9
**sensitive** [2] - 373:4, 375:6
**sentence** [6] - 344:20, 353:8, 372:12, 372:13,

375:3, 376:17
**separate** [1] - 353:17
**separating** [1] - 405:23
**seq** [1] - 311:14
**sequence** [1] - 285:9
**sequencing** [2] - 289:19, 311:14
**sequitur** [2] - 365:4, 365:9
**serious** [3] - 366:17, 366:21, 367:3
**seriously** [4] - 303:4, 366:6, 366:15, 377:6
**serous** [20] - 290:17, 291:7, 291:8, 291:11, 291:13, 297:25, 298:2, 298:4, 310:6, 310:9, 346:7, 346:22, 346:24, 347:9, 368:14, 393:7, 393:8, 393:11, 394:3, 394:10
**served** [1] - 329:1
**service** [1] - 319:16
**seven** [4] - 358:25, 359:5, 360:5, 378:25
**several** [15] - 291:22, 295:9, 300:20, 327:21, 342:15, 344:10, 347:13, 352:4, 352:9, 369:17, 373:6, 386:25, 402:4, 405:22, 405:23
**SEYFARRTH** [1] - 278:8
**share** [1] - 327:9
**Sharko** [3] - 281:23, 285:24, 408:8
**SHARKO** [24] - 277:18, 279:8, 279:17, 284:4, 284:7, 286:1, 294:9, 299:15, 301:13, 301:19, 301:24, 302:4, 302:18, 315:13, 317:19, 328:24, 330:2, 362:17, 362:21, 380:24, 392:24, 404:6, 405:7, 407:6
**Sharko's** [2] - 398:7, 398:23
**SHAW** [1] - 278:8
**Shih** [15] - 299:9, 299:20, 300:14, 303:12, 386:3, 386:6, 386:8, 386:17, 386:22, 387:24, 389:1, 392:12, 394:25, 396:16, 396:22

**Shih's** [4] - 299:18, 299:24, 300:8, 392:4
**short** [2] - 311:14, 404:6
**show** [12] - 295:17, 307:16, 342:3, 353:10, 359:5, 363:8, 375:25, 376:10, 383:19, 391:25, 392:1, 396:20
**showed** [2] - 299:10, 383:11
**showing** [1] - 390:18
**shown** [8] - 284:20, 296:7, 297:20, 301:3, 307:12, 367:8, 378:9, 403:21
**shows** [2] - 385:10, 403:9
**Shukla** [1] - 310:11
**Shukla's** [1] - 311:17
**sickness** [1] - 380:22
**side** [3] - 321:24, 375:10, 375:12
**sides** [5] - 368:11, 368:12, 375:8, 375:9, 394:8
**signalling** [7] - 280:8, 282:4, 289:13, 291:5, 373:15, 373:25, 374:25
**signals** [6] - 280:9, 287:13, 287:14, 287:15, 287:22
**signature** [3] - 298:5, 298:6, 298:7
**signatures** [5] - 298:16, 386:24, 386:25, 387:1, 389:15
**significance** [3] - 293:5, 304:18, 309:21
**significant** [5] - 305:7, 305:9, 311:21, 345:13, 402:23
**significantly** [1] - 311:22
**signs** [1] - 388:16
**similar** [3] - 291:9, 299:10, 371:25
**similarly** [1] - 375:24
**simple** [1] - 396:9
**simplify** [1] - 330:13
**simply** [5] - 306:19, 310:19, 339:24, 399:5, 399:16
**sine** [3] - 292:19, 324:1, 396:2

**single** [10] - 285:3, 289:17, 290:2, 296:3, 303:18, 336:18, 343:15, 343:18, 354:9, 366:16
**site** [1] - 395:5
**sits** [1] - 336:5
**situation** [1] - 325:16
**six** [5] - 284:13, 314:11, 340:2, 359:5, 360:5
**size** [1] - 294:22
**SKADDEN** [1] - 277:20
**skepticism** [4] - 293:8, 354:3, 354:6, 354:10
**skin** [1] - 335:21
**skip** [1] - 296:19
**SKOV-3** [9] - 309:21, 309:23, 310:2, 310:6, 367:21, 367:22, 368:3, 368:8, 368:13
**SLATE** [1] - 277:20
**SLE** [3] - 400:21, 401:1, 401:3
**slide** [14] - 280:24, 281:8, 281:15, 283:24, 284:20, 287:4, 287:11, 288:16, 290:17, 290:23, 291:3, 291:21, 293:10, 331:19
**slides** [6] - 280:15, 386:17, 386:18, 386:22, 386:23, 389:2
**slight** [1] - 351:15
**sloppy** [1] - 308:20
**slow** [2] - 349:2, 355:3
**slower** [1] - 378:2
**small** [6] - 294:23, 349:5, 349:8, 403:5, 403:25
**smoke** [2] - 342:19, 358:12
**smokers** [2] - 336:8, 358:14
**smoking** [5] - 335:15, 342:14, 342:15, 357:15, 357:17
**SNP** [2] - 304:14, 305:5
**SNPs** [27] - 303:17, 303:18, 303:19, 303:22, 303:23, 304:1, 304:2, 304:5, 304:10, 304:15, 304:17, 304:19, 304:23, 305:1, 305:2, 305:3, 305:12, 305:15, 305:22, 306:18, 368:25, 369:14,

370:12, 370:14, 371:2, 371:3

**solely** [1] - 365:18

**somatic** [6] - 336:25, 337:3, 337:4, 337:8, 340:14

**someone** [3] - 325:17, 379:14, 382:21

**sometimes** [2] - 297:19, 331:12

**sorry** [4] - 314:4, 323:23, 349:3, 371:15

**sort** [5] - 292:19, 294:24, 309:7, 324:11, 327:22

**sound** [4] - 316:18, 342:23, 344:24, 402:12

**South** [1] - 279:22

**space** [2] - 379:25, 380:10

**sparked** [2] - 339:25, 340:5

**speaker** [1] - 281:24

**speakers** [1] - 361:1

**speaking** [1] - 281:18

**speaks** [1] - 327:11

**specialized** [1] - 297:19

**species** [16] - 288:18, 288:24, 289:2, 289:7, 289:8, 289:13, 310:22, 312:4, 330:7, 330:11, 330:24, 331:15, 331:23, 332:12, 373:11, 373:14

**specific** [9] - 282:13, 303:14, 305:21, 305:22, 323:4, 343:17, 344:11, 344:19, 395:5

**specifically** [5] - 280:7, 317:25, 335:20, 340:13, 376:12

**specimens** [1] - 300:5

**speculate** [1] - 390:2

**speculation** [3] - 295:19, 300:23, 378:11

**speeches** [1] - 281:21

**splinter** [1] - 322:25

**Springs** [1] - 281:25

**St** [1] - 328:12

**stable** [1] - 298:10

**stain** [1] - 298:12

**staining** [1] - 398:21

**stains** [3] - 297:18, 297:19, 298:8

**stamp** [1] - 287:1

**stand** [1] - 400:3

**standard** [8] - 297:18, 307:7, 316:14, 317:4, 317:23, 377:20, 398:21

**stands** [3] - 297:25, 324:12, 353:12

**start** [4] - 279:7, 310:15, 315:18, 364:16

**starting** [1] - 345:20

**starts** [2] - 299:19, 358:21

**STATE** [1] - 277:7

**state** [10] - 288:9, 343:4, 354:3, 354:5, 358:12, 369:5, 369:17, 370:13, 374:19, 402:1

**statement** [24] - 332:18, 339:5, 346:15, 347:12, 349:15, 350:16, 364:25, 365:1, 365:5, 365:7, 369:25, 372:16, 373:21, 374:4, 376:4, 376:20, 376:21, 376:23, 378:8, 381:17, 381:19, 398:11, 399:10, 404:1

**statements** [1] - 354:11

**states** [2] - 343:21, 375:16

**STATES** [2] - 277:1, 277:7

**statistical** [5] - 304:18, 304:24, 305:4, 305:6, 339:9

**statistically** [2] - 305:7, 305:8

**statistician** [1] - 339:13

**stay** [3] - 286:7, 334:7, 334:11

**stays** [1] - 286:8

**Steering** [1] - 277:16

**Stem** [1] - 338:10

**stem** [1] - 339:1

**STENOGRAPHIC** [1] - 409:5

**step** [1] - 322:21

**steroidal** [2] - 402:6, 403:23

**steroidals** [1] - 401:16

**STIC** [9] - 298:15, 390:19, 391:20, 391:21, 392:2, 392:8, 393:17, 395:14, 395:15

**STICs** [21] - 297:24,

297:25, 298:1, 298:16, 298:25, 299:5, 300:15, 386:23, 388:2, 389:13, 389:15, 390:14, 390:25, 391:1, 391:11, 391:16, 391:25, 392:13, 393:7, 395:1

**still** [8] - 337:23, 349:8, 350:3, 362:24, 367:22, 367:24, 376:23, 394:11

**stimulated** [2] - 330:23, 401:7

**stimulus** [1] - 309:7

**STOLLER** [1] - 277:15

**stomach** [1] - 288:8

**strategy** [1] - 358:5

**street** [1] - 390:7

**STREET** [1] - 277:7

**stress** [19] - 289:4, 310:10, 310:18, 312:2, 312:3, 312:7, 312:12, 312:16, 312:20, 332:13, 332:15, 332:19, 332:24, 373:4, 373:7, 374:6, 375:6, 375:14

**strictly** [2] - 334:23, 363:10

**strike** [3] - 353:2, 372:24, 379:1

**strong** [2] - 358:19, 394:11

**strongest** [1] - 353:10

**strongly** [3] - 298:15, 369:1, 369:15

**structural** [3] - 285:11, 285:15, 291:15

**structure** [2] - 285:16, 286:10

**students** [2] - 282:23, 308:11

**studied** [3] - 305:15, 350:10, 350:13

**studies** [56] - 293:6, 304:7, 304:8, 304:9, 305:2, 307:1, 307:2, 307:4, 307:16, 307:18, 329:8, 329:9, 329:11, 329:13, 329:16, 329:17, 341:5, 341:6, 341:17, 341:21, 342:3, 342:4, 342:7, 342:8, 344:18, 347:1, 347:4, 349:20, 350:23, 350:25, 351:2,

351:14, 351:20, 351:22, 353:10, 354:1, 354:7, 355:1, 355:6, 355:8, 357:25, 358:1, 358:5, 362:13, 362:14, 363:6, 363:8, 363:10, 363:12, 376:22, 391:25, 395:9, 395:10, 402:18, 402:22, 403:22

**study** [62] - 280:7, 282:16, 297:10, 299:5, 299:9, 299:11, 300:8, 305:11, 314:17, 320:22, 328:16, 339:22, 342:11, 342:12, 345:21, 351:3, 351:4, 358:2, 358:6, 358:11, 358:18, 360:8, 360:9, 360:10, 363:14, 363:15, 363:19, 363:20, 367:2, 368:4, 376:3, 378:13, 382:22, 383:3, 383:11, 383:18, 383:19, 384:6, 384:7, 384:21, 384:23, 386:3, 386:6, 386:8, 388:14, 389:17, 389:22, 389:24, 390:24, 391:3, 391:12, 392:5, 392:16, 392:17, 392:18, 392:22, 392:23, 397:2, 399:11, 399:18, 403:25, 405:12

**studying** [2] - 368:8, 391:11

**subcategories** [1] - 290:16

**subdivided** [1] - 290:15

**subject** [3] - 290:9, 322:19, 355:18

**submission** [1] - 327:7

**submit** [4] - 313:23, 313:24, 313:25

**submitted** [1] - 300:7

**subsets** [1] - 356:22

**substance** [15] - 306:15, 306:21, 311:23, 381:10, 382:18, 382:19, 383:3, 383:21, 384:5, 384:8, 384:15, 384:20, 384:24, 384:25, 385:19

**substantive** [1] - 284:4

**subtype** [5] - 346:5, 351:1, 351:25, 352:21, 405:24

432

**subtypes** [5] - 293:7, 344:19, 346:10, 347:18, 406:6
**successful** [2] - 358:3, 358:4
**suffer** [1] - 287:17
**suggest** [3] - 324:13, 358:5, 403:2
**suggested** [1] - 300:21
**suggests** [1] - 349:4
**summarize** [2] - 280:24, 291:17
**summary** [2] - 287:5, 314:13
**supplemental** [1] - 351:6
**supplementary** [1] - 356:15
**support** [11] - 293:3, 294:7, 294:15, 296:17, 303:6, 312:19, 313:9, 353:21, 355:2, 355:6, 407:1
**supported** [2] - 326:13, 353:9
**supporting** [3] - 295:15, 302:16, 353:25
**supportive** [1] - 310:12
**supports** [1] - 399:11
**suppressor** [4] - 292:5, 292:11, 292:12, 396:12
**suppressors** [1] - 396:8
**surface** [1] - 326:11
**surgery** [1] - 299:7
**surprise** [1] - 329:25
**surprised** [1] - 400:10
**surprising** [1] - 401:7
**surrounding** [1] - 287:22
**survival** [2] - 374:20, 376:13
**SUSAN** [1] - 277:18
**switch** [1] - 290:1
**switching** [1] - 300:24
**sworn** [1] - 279:13
**synchronous** [1] - 395:10
**synopsis** [1] - 372:6
**system** [19] - 288:4, 315:11, 322:11, 323:5, 323:11, 323:14, 323:17, 323:18, 323:20, 323:22, 324:2, 324:7, 324:9, 331:5, 400:19, 401:6, 401:8

**T**

**tab** [1] - 356:19
**Table** [2] - 405:21, 406:2
**Tagamet** [1] - 390:7
**Talc** [1] - 398:1
**talc** [52] - 292:24, 302:10, 305:21, 307:17, 307:20, 309:25, 310:25, 311:7, 311:19, 311:25, 312:15, 315:10, 320:3, 321:9, 321:23, 321:24, 321:25, 322:5, 322:7, 326:25, 328:14, 328:19, 328:22, 340:23, 340:24, 341:3, 341:7, 341:18, 341:23, 354:20, 354:21, 355:7, 355:9, 355:13, 359:1, 360:6, 363:22, 371:17, 371:24, 372:1, 372:6, 372:14, 381:24, 382:6, 397:9, 398:8, 398:19, 398:20, 406:14, 406:24, 407:2
**talcum** [8] - 294:1, 295:22, 296:13, 301:2, 303:7, 326:1, 363:3, 367:13
**tanning** [2] - 335:22, 336:5
**team** [1] - 282:3
**technical** [4] - 295:6, 309:5, 309:13, 309:17
**technologies** [1] - 306:23
**technology** [2] - 306:24, 306:25
**tegretol** [1] - 389:25
**term** [19] - 287:16, 289:16, 322:17, 326:25, 328:22, 336:5, 336:8, 340:23, 341:22, 343:1, 350:20, 354:19, 354:21, 359:1, 360:6, 385:13, 385:14, 393:20, 396:19
**termed** [1] - 396:12
**terms** [1] - 400:16
**Tersigni** [1] - 299:16
**TERSIGNI** [1] - 277:19
**test** [13] - 282:18, 295:7, 307:15, 308:5, 309:18, 368:17, 383:3, 383:9, 383:19, 383:21, 385:6, 385:19

**tested** [7] - 300:4, 308:4, 332:11, 384:10, 384:13, 384:15, 384:20
**testified** [8] - 279:13, 301:15, 316:25, 317:2, 317:3, 327:4, 333:9, 396:1
**testify** [2] - 310:21, 389:20
**testifying** [2] - 400:11
**testimony** [9] - 283:13, 316:12, 340:25, 341:2, 341:4, 362:15, 362:22, 381:22
**testing** [4] - 307:5, 309:22, 310:4, 391:5
**text** [1] - 376:4
**thalidomide** [2] - 380:23, 381:8
**THE** [63] - 277:1, 277:9, 279:4, 279:5, 284:6, 285:24, 290:13, 290:14, 294:12, 299:11, 299:13, 299:17, 301:17, 301:22, 302:2, 302:5, 302:7, 315:16, 315:20, 316:1, 316:2, 317:16, 317:21, 318:11, 323:24, 327:14, 327:15, 329:2, 330:3, 334:14, 341:15, 341:16, 349:2, 349:14, 349:16, 355:3, 356:6, 361:6, 361:7, 362:3, 362:4, 362:23, 365:13, 370:4, 370:7, 370:9, 381:2, 381:6, 393:1, 393:4, 395:23, 396:22, 396:23, 404:3, 404:5, 404:8, 404:9, 405:1, 405:2, 407:7, 407:10, 409:3, 409:5
**themselves** [1] - 387:16
**theory** [1] - 296:2
**therapeutic** [1] - 373:5
**therefore** [1] - 302:11
**therein** [2] - 316:15, 374:19
**thin** [1] - 379:23
**third** [1] - 286:13
**THOMAS** [1] - 278:8
**THOMPSON** [1] - 277:12
**three** [5] - 281:22, 284:20, 286:20, 309:9,

368:5
**throughout** [1] - 318:4
**timing** [1] - 395:23
**tissue** [3] - 380:2, 386:19
**Tissues** [1] - 338:9
**tissues** [1] - 387:17
**title** [3] - 320:20, 356:17, 406:9
**TITLE** [1] - 409:3
**titled** [6] - 338:8, 339:7, 345:8, 350:5, 355:22, 378:16
**TO** [2] - 409:3, 409:4
**today** [7] - 282:24, 283:13, 283:18, 311:13, 316:16, 356:7, 380:9
**today's** [2] - 380:20, 381:5
**together** [2] - 293:6, 327:22
**Tokyo** [1] - 282:1
**Tom** [1] - 345:2
**Tomasetti** [5] - 337:16, 337:25, 338:4, 338:8, 339:21
**Tomasetti/Vogelstein** [1] - 340:4
**tomorrow** [1] - 281:25
**top** [1] - 406:5
**topic** [9] - 283:25, 284:8, 302:12, 302:19, 314:13, 325:11, 326:21, 326:22, 326:24
**topics** [2] - 290:1, 300:24
**Toronto** [1] - 280:21
**TP53** [4] - 291:21, 291:23, 291:24, 292:2
**tract** [1] - 372:20
**trait** [1] - 339:17
**TRANSCRIPT** [1] - 409:4
**TRANSCRIPTION** [1] - 409:5
**transformation** [2] - 288:16, 310:10
**transformed** [3] - 307:10, 376:1, 376:11
**translocation** [3] - 285:17, 285:20
**translocations** [1] - 286:10
**transplantation** [1] - 390:10
**transplanted** [1] - 291:1

**trauma** [1] - 343:22
**treat** [2] - 354:8, 380:22
**treated** [3] - 311:1, 389:10, 397:10
**treating** [1] - 319:8
**TRENTON** [1] - 277:7
**tried** [3] - 289:11, 363:25, 392:15
**trigger** [2] - 323:15, 374:25
**triplicate** [1] - 309:1
**truck** [1] - 308:15
**true** [21] - 306:4, 320:6, 330:15, 335:2, 343:21, 343:24, 363:17, 364:25, 365:1, 365:3, 365:4, 365:5, 365:7, 365:8, 373:17, 376:23, 383:5, 396:21, 399:8, 400:10, 401:5
**trust** [1] - 359:19
**try** [2] - 325:22, 353:2
**trying** [4] - 322:18, 349:16, 396:8, 403:25
**tubal** [6] - 297:25, 352:24, 352:25, 353:4, 353:11, 359:4
**tube** [14] - 282:16, 291:13, 293:21, 353:15, 355:14, 390:17, 394:4, 394:10, 394:15, 394:22, 394:23, 394:25, 395:2, 395:20
**tubes** [1] - 395:11
**tumor** [18] - 292:5, 292:10, 292:11, 297:3, 297:5, 298:15, 298:24, 307:9, 307:15, 374:24, 376:2, 377:21, 377:22, 392:2, 395:19, 396:8, 396:12
**tumor-associated** [1] - 297:5
**tumor-forming** [1] - 307:15
**tumors** [33] - 290:16, 290:20, 290:24, 291:3, 291:6, 291:7, 291:9, 291:13, 291:14, 291:18, 291:21, 291:22, 292:16, 292:20, 292:21, 293:10, 293:15, 293:16, 296:1, 296:4, 296:5, 296:22,

296:25, 297:2, 297:6, 307:11, 348:8, 393:14, 393:22, 393:24, 393:25, 403:6
**turn** [8] - 293:17, 294:8, 314:13, 343:11, 364:14, 369:10, 375:20, 378:23
**turning** [1] - 397:18
**two** [22] - 281:11, 281:21, 285:5, 286:18, 290:16, 290:20, 309:3, 309:9, 309:24, 320:13, 324:3, 330:12, 339:21, 340:1, 340:2, 368:12, 369:24, 370:20, 373:10, 375:7, 392:25, 396:8
**Two** [2] - 375:24, 376:8
**two-hour** [1] - 392:25
**Type** [27] - 290:16, 290:24, 291:2, 291:6, 291:7, 291:13, 291:14, 291:17, 291:21, 291:22, 292:16, 292:19, 292:21, 293:15, 295:25, 296:1, 348:8, 393:14, 393:20, 393:21, 393:24, 393:25, 394:21, 396:2
**type** [6] - 285:14, 304:12, 311:24, 331:1, 331:12, 332:8
**types** [23] - 284:12, 284:14, 284:16, 285:6, 287:18, 289:20, 289:22, 289:23, 290:4, 290:20, 291:9, 293:11, 293:13, 293:14, 296:4, 297:2, 297:4, 309:4, 320:18, 344:12, 387:15, 388:25
**typical** [2] - 306:4, 309:11
**typically** [7] - 287:12, 287:19, 287:24, 288:6, 298:12, 309:16, 379:14
**tyrosine** [1] - 282:6

**U**

**U.S** [1] - 277:25
**U.S.C** [1] - 409:3
**unable** [1] - 392:12
**uncommon** [1] - 364:6
**under** [9] - 289:3, 291:21, 297:18, 298:25, 317:23, 331:17, 331:24,

373:5, 402:22
**undergo** [1] - 287:16
**undergoing** [2] - 299:6, 333:22
**undergone** [3] - 352:24, 352:25, 353:4
**underlying** [2] - 296:6, 389:9
**undertaken** [1] - 382:4
**unique** [1] - 288:7
**UNITED** [2] - 277:1, 277:7
**universally** [1] - 372:20
**University** [1] - 328:11
**unknown** [4] - 363:14, 380:5, 381:13, 384:25
**unless** [2] - 284:5, 315:14
**unlike** [1] - 291:13
**unlikely** [2] - 296:3, 296:7
**unpublished** [1] - 299:10
**unrepairable** [2] - 287:17, 287:18
**unrepaired** [2] - 337:9, 340:16
**unstable** [1] - 298:12
**up** [19] - 279:20, 279:21, 280:22, 287:25, 299:13, 320:19, 321:7, 321:10, 325:1, 331:19, 338:23, 359:24, 362:14, 374:17, 376:8, 380:21, 390:18, 398:13, 403:8
**updated** [1] - 402:19
**USDJ** [1] - 277:9
**useful** [1] - 304:1
**usual** [1] - 286:18
**uterus** [2] - 291:1, 353:15
**utilized** [2] - 320:13, 326:16
**utilizing** [2] - 338:15, 355:21
**UV** [4] - 306:5, 335:18, 336:1, 336:3

**V**

**valid** [2] - 384:6, 384:7
**validated** [3] - 307:2, 370:24, 385:22
**value** [2] - 305:7, 368:8
**variability** [1] - 309:11

**variant** [2] - 285:15, 291:15
**variants** [2] - 303:19, 303:22
**Variation** [1] - 338:9
**variation** [2] - 303:21, 303:24
**variety** [1] - 287:11
**various** [2] - 320:24, 329:15
**varying** [1] - 304:24
**versus** [2] - 293:15, 339:20
**vessel** [1] - 287:22
**vessels** [1] - 287:23
**viable** [1] - 350:2
**view** [3] - 293:8, 314:21, 380:13
**viewed** [1] - 354:9
**viewpoints** [3] - 317:6, 317:9, 380:14
**Vincent** [1] - 409:9
**VINCENT** [1] - 277:24
**Virchow** [1] - 378:17
**virtue** [1] - 333:14
**vitro** [1] - 307:6
**vivo** [1] - 307:6
**Vogelstein** [5] - 337:16, 338:1, 338:5, 338:8, 339:21
**VOLUME** [1] - 277:5

**W**

**Waclaw** [1] - 339:7
**walking** [1] - 323:1
**wall** [1] - 322:25
**WASHINGTON** [2] - 277:20, 278:8
**Washington** [1] - 328:11
**ways** [3] - 287:5, 288:11, 309:24
**weak** [1] - 294:20
**website** [2] - 304:13, 304:14
**week** [3] - 281:23, 387:12, 403:11
**weigh** [2] - 326:18, 380:18
**weighing** [1] - 326:15
**weight** [1] - 407:1
**WEIL** [1] - 278:5
**welcome** [1] - 279:18

434

**well-established** [4] - 347:9, 352:13, 352:19, 368:13
**well-respected** [1] - 366:4
**whence** [1] - 391:7
**white** [2] - 308:21, 308:23
**white-out** [2] - 308:21, 308:23
**wide** [1] - 304:7
**widely** [3] - 339:22, 367:23, 392:1
**WILLIAMS** [1] - 277:22
**withdraw** [1] - 372:23
**WITNESS** [8] - 290:14, 299:13, 302:7, 327:15, 341:16, 349:16, 370:9, 396:23
**witness** [1] - 279:12
**Witness** [1] - 407:9
**WITNESSES** [1] - 408:6
**WOLFSON** [1] - 277:9
**woman** [11] - 296:24, 341:4, 348:9, 349:10, 352:24, 352:25, 353:3, 354:16, 356:20, 360:5, 389:2
**woman's** [3] - 297:3, 297:5, 313:4
**women** [11] - 340:22, 350:18, 350:19, 352:6, 352:14, 357:5, 357:6, 357:14, 359:5, 380:22, 391:17
**word** [1] - 331:9
**words** [2] - 320:13, 355:21
**works** [5] - 282:4, 282:7, 319:11, 347:10, 358:7
**world** [3] - 280:9, 315:10, 329:24
**world's** [1] - 299:21
**worst** [1] - 308:20
**worthy** [1] - 328:1
**write** [26] - 325:10, 326:19, 339:16, 344:9, 345:12, 347:15, 347:24, 348:14, 350:8, 350:17, 351:11, 354:7, 356:20, 363:23, 364:24, 365:7, 366:20, 372:18, 373:1, 373:13, 375:23, 376:9,

379:22, 395:7, 398:1, 401:9
**writes** [4] - 349:3, 369:13, 371:21, 372:4
**writing** [7] - 317:5, 317:10, 363:24, 367:1, 370:16, 371:3, 375:14
**written** [11] - 283:6, 321:23, 325:17, 325:20, 325:25, 326:3, 328:18, 340:1, 377:8, 377:12, 379:14
**wrote** [20] - 300:7, 316:14, 331:21, 337:13, 340:13, 342:25, 343:6, 343:13, 343:14, 343:19, 344:20, 347:5, 365:4, 365:23, 368:24, 369:20, 371:17, 372:6, 372:9, 395:3

---

**X**

---

**X-rays** [1] - 306:5

---

**Y**

---

**year** [1] - 336:9
**years** [9] - 283:1, 283:4, 283:21, 283:22, 289:19, 290:7, 291:10, 308:24, 339:21
**yesterday** [5] - 287:16, 314:7, 325:6, 393:5, 399:4
**York** [1] - 316:10